**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA

Case number *(if known)* _____   Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Generations on 1st LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-4986148 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>1405 1st Avenue N<br>Fargo, ND 58102<br>Number, Street, City, State & ZIP Code<br><br>Cass<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>26 1st Ave SW Watertown, SD 57201<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   Generations on 1st LLC                                    Case number (*if known*)_____
_____Name_____

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
  6513

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

Debtor    Generations on 1st LLC                                          Case number (*if known*) _____
          Name

List all cases. If more than 1,
attach a separate list

Debtor _____    When _____    Relationship _____
District                                                    Case number, if known _____

**11. Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Generations on 1st LLC                                                    Case number (*if known*)  _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      January 6, 2025
                ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                MM / DD / YYYY

**X** /s/  Jesse Craig                                       Jesse Craig
   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Signature of authorized representative of debtor          Printed name

Title    Managing Member
      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**18. Signature of attorney**

**X** /s/ Maurice VerStandig                          Date    January 6, 2025
   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Signature of attorney for debtor                          MM / DD / YYYY

   Maurice VerStandig
   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Printed name

   The Dakota Bankruptcy Firm
   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Firm name

   1630 1st Avenue N
   Suite B PMB 24
   Fargo, North Dakota 58102-4246
   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Number, Street, City, State & ZIP Code

   Contact phone    701-394-3215              Email address    mac@dakotabankruptcy.com
                   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

   MD18071 / District of Columbia
   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Bar number and State

## RESOLUTION OF SOLE MEMBER AND
## DIRECTOR OF GENERATIONS ON 1ST, LLC

The undersigned, constituting the sole equity holder and officer of Generations on 1st, LLC ("Generations"), does hereby resolve as follows:

WHEREAS, Generations has become burdened by various debts to third parties; and

WHEREAS, receivership proceedings in South Dakota have caused Generations to be operated by a third party in a suboptimal manner, whilst depriving Generations of access to revenues realized on the business operations of Generations; and

WHEREAS, Generations believes it can operate at a profitable level if permitted occasion to reorganize certain debts; and

IT IS NOW, THEREFORE, RESOLVED as follows:

1.    Pursuant to Section 47-34A-404.1 of the South Dakota Codified Laws, Jesse Craig, acting on behalf of Generations, is authorized to take any and all actions necessary to file a petition for relief pursuant to Section 301 of Title 11 of the United States Code;

2.    Pursuant to Section 47-34A-404.1 of the South Dakota Codified Laws, Jesse Craig, acting on behalf of Generations, is authorized to engage counsel to act as general reorganization counsel to Generations, and any efforts already so taken are hereby ratified and affirmed to the extent necessary; and

3.    Pursuant to Section 47-34A-404.1 of the South Dakota Codified Laws, Jesse Craig, acting on behalf of Generations, is authorized and directed to work with the general reorganization counsel of Generations to reorganize Generations through whatever means may be most efficient, including reapportionment of equity, sale and/or liquidation.

Dated this 4th day of January, 2025

Generations on 1st, LLC

By: _____
    Jesse Craig
    Its: Sole and Managing Member

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25- |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## NOTES ACCOMPANYING SCHEDULES
## AND STATEMENT OF FINANCIAL AFFAIRS

1.	Certain litigation rights against Red River State Bank are scheduled on line 74 of Schedule A/B. These include claims for fraud and constructive fraud, as well as a statutory claim for deceit. These claims are not a mere setoff instrumentality against the debt alleged by Red River State Bank but, indeed, genuine free-standing litigation claims. Generations on 1st, LLC ("Generations" or the "Debtor") has declined to value these claims on Schedule A/B insofar as certain portions of a damages calculation remain contingent (with such contingencies partially turning, not ironically, on the disposition of this chapter 11 case), and in light of the innately difficult task of valuing tort claims.

2.	Line 3 of Schedule A/B reflects security deposits being held by CP Business Management, Inc., which is the Debtor's former property manager and which is expected to resume property management duties post-petition. These are monies held by CP Business Management, Inc., in a bank account in that entity's name, for the benefit of tenants of the Debtor.

3.	Insofar as the Debtor's building is listed on Line 55 of Schedule A/B, and valued as being inclusive of all fixtures and internal assets, specific assets are not otherwise broken out in response to other prompts on Schedule A/B (ie, in-unit washers and dryers, though owned by the Debtor, are not separately scheduled).

1

4.      On Schedule A/B, the Debtor lists bank accounts being maintained by the state court receiver as assets of the Debtor. Insofar as these accounts are believed to solely hold monies to which the Debtor is entitled, it is believed these accounts are properly scheduled as such. However, it merits notation that the subject accounts are not actually held in the Debtor's name.

5.      Since the Debtor's real property asset has been operated by a receiver for the past three months, the Debtor is not certain if various regular vendors have been paid for work through the date of this filing. As such, a large number of regular vendors are listed on Schedule F as being owed "$0.00," with such being designed to ensure the vendors are given notice of this case and an opportunity to file a proof of claim.

6.      On Line 1 of the Statement of Financial Affairs (the "SOFA"), the 2025 revenues— if any—of the Debtor are unknown insofar as the entity's operating asset has been under the possession and control of a receiver for the entirety of the calendar year (all five days), with the receivership having commenced on October 1, 2024.

7.      On Line 1 of the SOFA, the 2024 revenues of Generations do *not* include any revenues realized in the month of December 2024. The number on the SOFA has been arrived at by adding the Debtor's pre-receivership rental revenues to those post-receivership revenues reported by the receiver. The receiver is, however, yet to file a report for December 2024, and the number for that month is accordingly not presently known to the Debtor. Additionally, the receiver's report for October 2024 does not specifically identify rents collected in the subject month (whereas the receiver's report for November 2024 does specifically identify revenues realized in the subject month), so deposits from a reconciliation report are being relied upon as an approximation of rents collected for October 2024. This may be an errant assumption and the resulting number may, accordingly, be inaccurate.

2

8.     On Line 16 of the SOFA, the Debtor does not have a privacy policy because Social Security numbers are collected by third party management, not the Debtor itself. If the Debtor ever came into possession of tenant Social Security numbers, a privacy policy would be immediately implemented.

9.     The security deposits indicated on Line 21 of the SOFA are currently in the custody of (i) the state court receiver; and (ii) CP Business Management, Inc. (which, in turn, holds the security deposits in a bank account).

10.     The Debtor has given financial statements to approximately 27 persons and entities over the preceding two years. Accordingly, Line 26d on the SOFA is answered in the affirmative. A number of these recipients are private individuals. The Debtor can make more information available as needed.

11.     On January 2, 2025, Generations borrowed $15,000.00 from Blacktail Investments, LLC ("Blacktail"), for purposes of funding a retainer to be paid to undersigned counsel. The purpose of the loan was expressly disclosed to Blacktail, which was knowledgeable—prior to loaning the monies—that the funds would be used to facilitate a bankruptcy filing and that the loan obligation would, resultantly, give rise to an unsecured claim therein.

12.     Insofar as Generations does not presently maintain its own bank account (excepting those opened by the state court receiver), the aforementioned loan proceeds were disbursed to Intuition, LLC, an insider of the Debtor, and then transferred to undersigned counsel's trust account via e-check. The Debtor regards Intuition, LLC as having been an incidental custodian of the funds for the brief period of time in which the monies passed through the account of Intuition, LLC.

13.     As of the filing of this petition, the aforementioned e-check transaction has been processed but, for reasons wholly correlative to the payments systems used by undersigned counsel and not idiosyncratic to the Debtor, the funds are yet to clear into undersigned counsel's trust account. Pursuant to North Dakota Rule of Professional Conduct 1.15(g), undersigned counsel uses a Maryland trust account to hold client monies. Pursuant to Maryland Rule 19-408(b)(2), two ledgers have been established within the trust account, in anticipation of receipt of the deposited funds: (i) one ledger, with a balance of $5,721.33, denoting fees earned pre-petition by counsel, which will be immediately withdrawn from the trust account upon receipt; and (ii) one ledger, with a balance of $9,278.67, denoting retainer funds remaining for the benefit of Generations, which will remain in the trust account until such a time as disbursed in accord with an order of this Honorable Court.

14.     In billing for pre-petition work, undersigned proposed counsel generally billed time to a fictitious overarching client and then evenly allotted said time, in one third increments, amongst the three related cases being filed together. Where work was uniquely applicable to one case, however, such work was billed solely to that case. Similarly, where work was applicable to receivership-centric issues, which impact two of the three cases, time was evenly divided between those two cases but not the third case.

15.     Without being unnecessarily adversarial, there is a genuine lack of clarity as to how much money is owed to Red River State Bank, insofar as multiple loan facilities exist, the bank has not been overly forthcoming in producing complete records for each loan facility, and the Debtor believes there to be a right of setoff as to at least part of the relevant debt. Accordingly, it is urged that the number reflected on these schedules not be relied upon; insofar as the debt is listed as disputed, it is believed Red River State Bank will file a proof of claim in this case; should the

4

bank fail to do so, the Debtor will assess whether or not to file a protective claim and then object thereto.

16.     The Debtor has pledged collateral as security for loans from Red River State Bank to one or more insiders of the Debtor, though it does not appear the Debtor is actually obligated—directly or as a guarantor—on the correlative loan facilities. This is an unusual lending practice that was assumed by Red River State Bank, where the monies loaned were clearly intended to be utilized by the Debtor (and where such monies were, generally, used by the Debtor), but the bank—for one reason or another—did not wish to actually bind the Debtor on the loans. There exist various theories as to why this practice was undertaken (one of which involves the cognizant evasion of state regulations and lending limits), and such will be explored, to the extent necessary, during the pendency of this case. For instant purposes, however, a secured loan with a debt of $0.00 has been listed on Schedule D, with the primary obligor listed on Schedule H, to denote these obligations. The loan is listed as disputed.

17.     Three related entities are petitioning for bankruptcy protection in rapid succession of even date herewith. By design, the first such entity is Generations on 1st, LLC, a South Dakota limited liability company that, since its inception, has always regarded—and listed on state filings—an address in Fargo, North Dakota as its principal place of business. Venue for that case is accordingly properly laid in this Honorable Court. 28 U.S.C. § 1408(1). One of the two other entities has, similarly, normally (albeit not always) utilized a North Dakota address as its principal place of business, including in filings with the State of South Dakota. Since all three entities are affiliates of one another, 11 U.S.C. § 101(2), the establishment of venue for the first-filed case does, in turn, establish venue for the two subsequently-filed cases, 28 U.S.C. 1408(2). It does bear notation, however, that the election of this venue is neither arbitrary nor capricious: the principal

5

of all three entities resides in Fargo; all three debtors are largely managed from their principal's

office and home in Fargo; counsel for the largest creditor of all three entities is based in Fargo; the

largest creditor itself is a bank with two branches, both of which are closer to Fargo than to any

federal courthouse in South Dakota; and proposed counsel for the three debtors maintains a regular

bankruptcy practice in Fargo.

Respectfully Submitted,

Dated: January 6, 2025             By:     /s/ Maurice B. VerStandig
                                           Maurice B. VerStandig, Esq.
                                           The Dakota Bankruptcy Firm
                                           1630 1st Avenue N
                                           Suite B PMB 24
                                           Fargo, North Dakota 58102-4246
                                           Phone: (701) 394-3215
                                           mac@dakotabankruptcy.com
                                           *Proposed Counsel for the Debtor*

6

**Fill in this information to identify the case:**

Debtor name    Generations on 1st LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 6, 2025        **X** /s/   Jesse Craig
                                    Signature of individual signing on behalf of debtor

                                    Jesse Craig
                                    Printed name

                                    Managing Member
                                    Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    Generations on 1st LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known): _____

☐ Check if this is an

amended filing

---

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Blacktail Investments, LLC<br>PO Box 628<br>Fargo, ND 58107 | | Loan to Debtor to Pay Bankruptcy Retainer | | | | $15,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    Generations on 1st LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................ $    13,180,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................... $    387,037.25

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................ $    13,567,037.25

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    12,066,330.23

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$    70,772.21

4. **Total liabilities** .........................................................................................
   Lines 2 + 3a + 3b      $    12,137,102.44

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Generations on 1st LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NORTH DAKOTA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Dacotah Bank | Checking | | $325,667.25 |
| 3.2. | Dacotah Bank | Security Deposits | | $4,675.00 |
| 3.3. | CP Business Management, Inc. | Security Deposits | | $56,695.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $387,037.25 |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Generations on 1st LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   26 1st Avenue SW Watertown, South Dakota 57201 | Fee Simple | $0.00 | Appraisal | $13,180,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $13,180,000.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | Generations on 1st LLC | Case number *(If known)* |
|--------|------------------------|--------------------------|
|        | Name                   |                          |

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Generations on 1st LLC | Case number *(if known)* | |
|--------|------------------------|--------------------------|---|
| | Name | | |

---

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $387,037.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................> | | $13,180,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $387,037.25 | + 91b. $13,180,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,567,037.25 |

Fill in this information to identify the case:

Debtor name ___Generations on 1st LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Red River State Bank | **Describe debtor's property that is subject to a lien**<br>Dacotah Bank; 26 1st Avenue SWWatertown, South Dakota 57201 | $8,055,042.23 | $13,505,667.25 |

Creditor's Name
114 N Mill St
PO Box 98
Fertile, MN 56540

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
April 17, 2023

**Last 4 digits of account number**
1676

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Red River State Bank
2. Watertown Development Company

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** Red River State Bank | **Describe debtor's property that is subject to a lien**<br>Dacotah Bank; 26 1st Avenue SWWatertown, South Dakota 57201 | $0.00 | $13,505,667.25 |

Creditor's Name
114 N Mill St
PO Box 98
Fertile, MN 56540

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor,

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Generations on 1st LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.
Specified on line 2.1

☒ Unliquidated
☒ Disputed

---

| 2.3 | Watertown Development Company | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $4,011,288.00 | $13,180,000.00 |
| | 1 East Kemp Avenue Watertown, SD 57201-3606 | 26 1st Avenue SWWatertown, South Dakota 57201 | | |
| | Creditor's mailing address | | | |

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
October 14, 2020
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $12,066,330.23 |
|---|---|---|

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Caren Stanley, Esq.<br>Vogel Law Firm<br>218 NP Avenue<br>Fargo, ND 58102 | Line  2.1 | |
| Caren Stanley, Esq.<br>Vogel Law Firm<br>218 NP Avenue<br>Fargo, ND 58102 | Line  2.2 | |

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 2 of 2 |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name ___Generations on 1st LLC_____

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA_____

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Codington County Treasurer?s Office<br>14 1st Ave SE<br>Watertown, SD 57201 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Real Estate Taxes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>South Dakota Department of Revenue<br>445 E. Capitol Avenue<br>Pierre, SD 57501 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

| Debtor | Generations on 1st LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

---

**3.1** | **Nonpriority creditor's name and mailing address** | | $0.00
Automatic Building Controls, Inc.
4300 W 61st St N
Sioux Falls, SD 57107

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | | $0.00
Baete-Forseth HVAC
4700 N. Northview Ave
Sioux Falls, SD 57118

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | | $15,000.00
Blacktail Investments, LLC
PO Box 628
Fargo, ND 58107

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _January 3, 2025_

**Last 4 digits of account number** _

**Basis for the claim:** _Loan to Debtor to Pay Bankruptcy Retainer_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | | $0.00
Carrico Law Office
657 W Kemp Ave
Watertown, SD 57201

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | | $0.00
Clarity Telecom, LLC
d/b/a Bluepeak Fiber
7979 E. Tufts Ave
Suite 850
Denver, CO 80237

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | | $55,772.21
CP Business Management, Inc.
1401 1st Ave N
B
Fargo, ND 58102

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Property Management Services and Expense Reimbursements_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | | $0.00
Dakota Clean, LLC
509 9th Ave S
Clear Lake, SD 57226

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | Generations on 1st LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address
George's Sanitation Inc
3367 12th Ave NW
Watertown, SD 57201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.9** | Nonpriority creditor's name and mailing address
HME Companies, LLC
432 5th Street
Brookings, SD 57006

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.10** | Nonpriority creditor's name and mailing address
Ike's Window Washing, LLC
1126 E Kemp Ave
Watertown, SD 57201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.11** | Nonpriority creditor's name and mailing address
Justice Fire & Safety, Inc.
3601 N. Potsdam Avenue
Sioux Falls, SD 57104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.12** | Nonpriority creditor's name and mailing address
Liberty Mutual Group Inc.
175 Berkeley Street
Boston, MA 02116

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.13** | Nonpriority creditor's name and mailing address
Schumacher Elevator Company
One Schumacher Way
Denver, IA 50622

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.14** | Nonpriority creditor's name and mailing address
Watertown Municipal Utilities
901 4th Ave SW
Watertown, SD 57201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.15** | Nonpriority creditor's name and mailing address
White Glove Cleaning Service, LLC
2340 S Ellis RD
Apartment 100
Sioux Falls, SD 57106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

| Debtor | Generations on 1st LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | White Glove Cleaning<br>17892 449th Ave<br>Hayti, SD 57241 | Line  3.15 <br><br>☐  Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 70,772.21 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 70,772.21 |

**Fill in this information to identify the case:**

Debtor name ___Generations on 1st LLC_____

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Addison Rassel & Weston Weber |
| List the contract number of any government contract | 26 1st Avenue SW Unit 3513 Watertown, SD 57201 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Alexis Burbach |
| List the contract number of any government contract | 26 1st Avenue SW Unit 3310 Watertown, SD 57201 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Alexis Willett |
| List the contract number of any government contract | 26 1st Avenue SW Unit 3318 Watertown, SD 57201 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Allie Weiss |
| List the contract number of any government contract | 26 1st Avenue SW Unit 3403 Watertown, SD 57201 |

| Debtor 1 | Generations on 1st LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Allison Foote |
| | List the contract number of any government contract | | 26 1st Avenue SW<br>Unit 3213<br>Watertown, SD 57201 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Allyssa Kirchberg |
| | List the contract number of any government contract | | 26 1st Avenue SW<br>Unit 3315<br>Watertown, SD 57201 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Fire alarm monitoring | |
|---|---|---|---|
| | State the term remaining | Six months | |
| | List the contract number of any government contract | | Automatic Building Controls, Inc.<br>4300 W 61st St N<br>Sioux Falls, SD 57107 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Barb Wegman |
| | List the contract number of any government contract | | 26 1st Avenue SW<br>Unit 3311<br>Watertown, SD 57201 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Barbara Goens |
| | List the contract number of any government contract | | 26 1st Avenue SW<br>Unit 3301<br>Watertown, SD 57201 |

Debtor 1    Generations on 1st LLC
First Name    Middle Name    Last Name

Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.**  State what the contract or lease is for and the nature of the debtor's interest

Residential Lease (Unclear if Lease is Extant)

State the term remaining

List the contract number of any government contract _____

Blake Theisen
26 1st Avenue SW
Unit 3316
Watertown, SD 57201

**2.11.**  State what the contract or lease is for and the nature of the debtor's interest

Residential Lease

State the term remaining

List the contract number of any government contract _____

Brianna Pederson
26 1st Avenue SW
Unit 3305
Watertown, SD 57201

**2.12.**  State what the contract or lease is for and the nature of the debtor's interest

Residential Lease

State the term remaining

List the contract number of any government contract _____

Casey Kirley
26 1st Avenue SW
Unit 3206
Watertown, SD 57201

**2.13.**  State what the contract or lease is for and the nature of the debtor's interest

Residential Lease

State the term remaining

List the contract number of any government contract _____

Charles Olson
26 1st Avenue SW
Unit 3501
Watertown, SD 57201

**2.14.**  State what the contract or lease is for and the nature of the debtor's interest

Residential Lease

State the term remaining

List the contract number of any government contract _____

Clayton Alban
26 1st Avenue SW
Unit 3313
Watertown, SD 57201

| Debtor 1 | Generations on 1st LLC | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease |
| State the term remaining | |
| List the contract number of any government contract | County Fair Foods of Watertown Inc.<br>14 2nd St NE<br>Watertown, SD 57201 |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease of Unit 3507 |
| State the term remaining | |
| List the contract number of any government contract | CP Business Management, Inc.<br>1401 1st Ave N<br>B<br>Fargo, ND 58102 |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | |
| List the contract number of any government contract | Cynthia Wells<br>26 1st Avenue SW<br>Unit 3407<br>Watertown, SD 57201 |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | |
| List the contract number of any government contract | Daryl Tapio<br>26 1st Avenue SW<br>Unit 3413<br>Watertown, SD 57201 |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | |
| List the contract number of any government contract | Dionne Zweig<br>26 1st Avenue SW<br>Unit 3412<br>Watertown, SD 57201 |

Debtor 1    Generations on 1st LLC _____    Case number (*if known*) _____

First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Ethaniel Wellnitz |
| | | | 26 1st Avenue SW |
| | List the contract number of any government contract | | Unit 3502 |
| | | | Watertown, SD 57201 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | |
|---|---|---|---|
| | State the term remaining | | |
| | | | GT Brothers, LLC |
| | List the contract number of any government contract | | 14 2nd St NE |
| | | | Watertown, SD 57201 |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Hali Anderson & Daniel Williams |
| | | | 26 1st Avenue SW |
| | List the contract number of any government contract | | Unit 3512 |
| | | | Watertown, SD 57201 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Helga Myers |
| | | | 26 1st Avenue SW |
| | List the contract number of any government contract | | Unit 3205 |
| | | | Watertown, SD 57201 |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Management contract pursuant to state court receivership order | |
|---|---|---|---|
| | State the term remaining | Nine Months (Subject to Earlier Judicial Termination) | HME Companies, LLC |
| | | | Attn: Lane Warzecha |
| | List the contract number of any government contract | | 432 5th Street |
| | | | Brookings, SD 57006 |

Debtor 1    Generations on 1st LLC _____     Case number *(if known)* _____
    First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
|     State the term remaining | Jacob Kranz & Sierra Overshiner |
|     List the contract number of any government contract | 26 1st Avenue SW<br>Unit 3510<br>Watertown, SD 57201 |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
|     State the term remaining | Jacobe Tramp |
|     List the contract number of any government contract | 26 1st Avenue SW<br>Unit 3416<br>Watertown, SD 57201 |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
|     State the term remaining | Jesse and Marie Heer |
|     List the contract number of any government contract | 26 1st Avenue SW<br>Unit 3404<br>Watertown, SD 57201 |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
|     State the term remaining | John Timmons |
|     List the contract number of any government contract | 26 1st Avenue SW<br>Unit 3505<br>Watertown, SD 57201 |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
|     State the term remaining | Joni Dystra |
|     List the contract number of any government contract | 26 1st Avenue SW<br>Unit 3209<br>Watertown, SD 57201 |

Debtor 1    Generations on 1st LLC            Case number *(if known)* _____

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Jordan Jierman |
| List the contract number of any government contract _____ | 26 1st Avenue SW<br>Unit 3214<br>Watertown, SD 57201 |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Joshua Escamilla-Vigil |
| List the contract number of any government contract _____ | 26 1st Avenue SW<br>Unit 3516<br>Watertown, SD 57201 |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Judith Zirbel |
| List the contract number of any government contract _____ | 26 1st Avenue SW<br>Unit 3201<br>Watertown, SD 57201 |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Karen Jensen |
| List the contract number of any government contract _____ | 26 1st Avenue SW<br>Unit 3410<br>Watertown, SD 57201 |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Keegan Schelle |
| List the contract number of any government contract _____ | 26 1st Avenue SW<br>Unit 3309<br>Watertown, SD 57201 |

Debtor 1   Generations on 1st LLC
   First Name       Middle Name       Last Name             Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Kendell Gronholz & Cole Gilsdorf |
| List the contract number of any government contract | 26 1st Avenue SW<br>Unit 3208<br>Watertown, SD 57201 |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Kyle Marx & Dawson Treeby |
| List the contract number of any government contract | 26 1st Avenue SW<br>Unit 3405<br>Watertown, SD 57201 |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Kyle Wisseman |
| List the contract number of any government contract | 26 1st Avenue SW<br>Unit 3308<br>Watertown, SD 57201 |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | LaVerne Coyle |
| List the contract number of any government contract | 26 1st Avenue SW<br>Unit 3408<br>Watertown, SD 57201 |
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Lew Knapp |
| List the contract number of any government contract | 26 1st Avenue SW<br>Unit 3216<br>Watertown, SD 57201 |

Debtor 1    Generations on 1st LLC
First Name        Middle Name        Last Name

Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Lois Stadheim |
| | List the contract number of any government contract | | 26 1st Avenue SW |
| | | | Unit 3207 |
| | | | Watertown, SD 57201 |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Lorna Harstad |
| | List the contract number of any government contract | | 26 1st Avenue SW |
| | | | Unit 3401 |
| | | | Watertown, SD 57201 |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Lynelle Herstedt |
| | List the contract number of any government contract | | 26 1st Avenue SW |
| | | | Unit 3506 |
| | | | Watertown, SD 57201 |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Madison Premus |
| | List the contract number of any government contract | | 26 1st Avenue SW |
| | | | Unit 3509 |
| | | | Watertown, SD 57201 |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Marilyn Boik |
| | List the contract number of any government contract | | 26 1st Avenue SW |
| | | | Unit 3210 |
| | | | Watertown, SD 57201 |

Debtor 1   Generations on 1st LLC _____     Case number (*if known*) _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Marissa Rober |
| | List the contract number of any government contract | | 26 1st Avenue SW<br>Unit 3418<br>Watertown, SD 57201 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Mason McDonald |
| | List the contract number of any government contract | | 26 1st Avenue SW<br>Unit 3517<br>Watertown, SD 57201 |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Nicholas Petersen |
| | List the contract number of any government contract | | 26 1st Avenue SW<br>Unit 3508<br>Watertown, SD 57201 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Nick Kasten & Karly Monnier |
| | List the contract number of any government contract | | 26 1st Avenue SW<br>Unit 3414<br>Watertown, SD 57201 |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Orley Wangsness |
| | List the contract number of any government contract | | 26 1st Avenue SW<br>Unit 3307<br>Watertown, SD 57201 |

Debtor 1  Generations on 1st LLC _____                  Case number (if known) _____
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.50.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Paige Hall |
| List the contract number of any government contract | 26 1st Avenue SW Unit 3317 Watertown, SD 57201 |
| **2.51.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Phyllis Jackson |
| List the contract number of any government contract | 26 1st Avenue SW Unit 3204 Watertown, SD 57201 |
| **2.52.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Piper Naughton |
| List the contract number of any government contract | 26 1st Avenue SW Unit 3417 Watertown, SD 57201 |
| **2.53.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Ray Bradbury |
| List the contract number of any government contract | 26 1st Avenue SW Unit 3504 Watertown, SD 57201 |
| **2.54.** State what the contract or lease is for and the nature of the debtor's interest | Residential Lease |
| State the term remaining | Reagan Crandall |
| List the contract number of any government contract | 26 1st Avenue SW Unit 3303 Watertown, SD 57201 |

Debtor 1    Generations on 1st LLC

First Name    Middle Name    Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Renee Hanlon |
| | List the contract number of any government contract | | 26 1st Avenue SW Unit 3201 Watertown, SD 57201 |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Saylor Hallstrom |
| | List the contract number of any government contract | | 26 1st Avenue SW Unit 3415 Watertown, SD 57201 |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | Elevator maintenance and service contract | |
|---|---|---|---|
| | State the term remaining | Three years | Schumacher Elevator Company |
| | List the contract number of any government contract | | One Schumacher Way Denver, IA 50622 |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Selmer Hatlestad |
| | List the contract number of any government contract | | 26 1st Avenue SW Unit 3402 Watertown, SD 57201 |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Sheila Kammerer |
| | List the contract number of any government contract | | 26 1st Avenue SW Unit 3203 Watertown, SD 57201 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   Generations on 1st LLC _____
First Name      Middle Name         Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.60.** State what the contract or lease is for and the nature of the debtor's interest — Residential Lease

State the term remaining

List the contract number of any government contract

Sherma George Gore
26 1st Avenue SW
Unit 3514
Watertown, SD 57201

**2.61.** State what the contract or lease is for and the nature of the debtor's interest — Residential Lease

State the term remaining

List the contract number of any government contract

Steven Almquist
26 1st Avenue SW
Unit 3518
Watertown, SD 57201

**2.62.** State what the contract or lease is for and the nature of the debtor's interest — Residential Lease

State the term remaining

List the contract number of any government contract

Steven Rosbach
26 1st Avenue SW
Unit 3304
Watertown, SD 57201

**2.63.** State what the contract or lease is for and the nature of the debtor's interest — Residential Lease

State the term remaining

List the contract number of any government contract

Tha Dah Htoo & Ta Mala Wah
26 1st Avenue SW
Unit 3312
Watertown, SD 57201

**2.64.** State what the contract or lease is for and the nature of the debtor's interest — Residential Lease

State the term remaining

List the contract number of any government contract

Tiara Dehoet & Lucas Simon
26 1st Avenue SW
Unit 3306
Watertown, SD 57201

Debtor 1   Generations on 1st LLC       Case number *(if known)*

First Name      Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Verna Olson |
| | List the contract number of any government contract | | 26 1st Avenue SW<br>Unit 3215<br>Watertown, SD 57201 |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | Long term lease at rate of $1.00 per year | |
|---|---|---|---|
| | State the term remaining | 95+ years | Watertown Senior Activity Center |
| | List the contract number of any government contract | | 26 1st Ave SW<br>Suite 101<br>Watertown, SD 57201 |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Willow Seurer |
| | List the contract number of any government contract | | 26 1st Avenue SW<br>Unit 3503<br>Watertown, SD 57201 |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | | Zihui Gong |
| | List the contract number of any government contract | | 26 1st Avenue SW<br>Unit 3515<br>Watertown, SD 57201 |

**Fill in this information to identify the case:**

Debtor name ___Generations on 1st LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Mulinda Sue Craig | PO Box 426<br>Fargo, ND 58107-0426 | Red River State Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

Debtor name      Generations on 1st LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other _____ | Unknown |
| For year before that: From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $882,264.00 |
| For the fiscal year: From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $228,158.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | Generations on 1st LLC | Case number *(if known)* | |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Red River State Bank v. Generations on 1st LLC, et al.<br>14CIV24-000064 | Civil | Third Judicial Circuit Court<br>14 1st Ave SE<br>Watertown, SD 57201 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Red River State Bank<br>114 N Mill St<br>PO Box 98<br>Fertile, MN 56540 | 26 1st Avenue SW, Watertown, South Dakota 57201 &<br>Approximately $330,342.25 in Cash and Cash Equivalents | $14,062,946.76 |
| | **Case title**<br>Red River State Bank v. Generations on 1<br>**Case number**<br>14CIV24-000064<br>**Date of order or assignment**<br>October 1, 2024 | **Court name and address**<br>Third Judicial Circuit Court<br>14 1st Ave SE<br>Watertown, SD 57201 |

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

Debtor   Generations on 1st LLC                                                    Case number *(if known)*  _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102 | | January 3, 2025 | $15,000.00 |
| | **Email or website address**<br>http://www.dakotabankruptcy.com | | | |
| | **Who made the payment, if not debtor?**<br>Intuition, LLC f/b/o Generations on 1st, LLC | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Debtor   Generations on 1st LLC _____   Case number *(if known)* _____

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

   Outside management (but not the debtor itself) collects Social Security
   numbers.

   Does the debtor have a privacy policy about that information?
   ☒ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    Generations on 1st LLC                                          Case number *(if known)* _____

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Tenants<br>26 1st Avenue SW<br>Watertown, SD 57201 | Dacotah Bank<br>1310 9th Ave SE<br>Watertown, SD 57201 | Tenant Security Deposits | $4,675.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Tenants<br>26 1st Avenue SW<br>Watertown, SD 57201 | CP Business Management, Inc.<br>1401 1st Ave N<br>B<br>Fargo, ND 58102 | Tenant Security Deposits | $56,695.00 |

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Generations on 1st LLC | Case number (if known) | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   Jerry Kuhn
Haga Kommer, Ltd.
5195 45th Street South
Fargo, ND 58104 | In excess of two years |
| 26a.2.   HME Companies, LLC
432 5th Street
Brookings, SD 57006 | October 1, 2024 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Jesse Craig
PO Box 426
Fargo, ND 58107-0426 | |
| 26c.2.   HME Companies, LLC
432 5th Street
Brookings, SD 57006 | |
| 26c.3.   CP Business Management, Inc.
1401 1st Ave N
B
Fargo, ND 58102 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Various |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

Debtor    Generations on 1st LLC _____    Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jesse Craig | PO Box 426<br>Fargo, ND 58107-0426 | Sole and Managing Member | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 6, 2025

/s/  Jesse Craig _____    Jesse Craig _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Managing Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

## United States Bankruptcy Court
### District of North Dakota

In re    Generations on 1st LLC

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jesse Craig<br>PO Box 426<br>Fargo, ND 58107-0426 | Member | | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    January 6, 2025

Signature    /s/  Jesse Craig

Jesse Craig

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of North Dakota

In re   Generations on 1st LLC _____   Case No. _____

_____   Chapter   11
                                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ...................................................... $ _____

Prior to the filing of this statement I have received ...................................... $ _____

Balance Due ............................................................................................... $ _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of........................... $ _____15,000.00

The undersigned shall bill against the retainer at an hourly rate of................................. $ _____400.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☐ Debtor      ☒ Other (specify):      Intuition, LLC paid the retainer using monies held for the benefit of the debtor

3.  The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        Representation of the debtor in this bankruptcy proceeding, including any adversary proceedings

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtor in any other court or in any matters external to this bankruptcy proceeding

In re     Generations on 1st LLC _____     Case No. _____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

January 6, 2025 _____           /s/ Maurice VerStandig _____
*Date*                                             Maurice VerStandig
                                                   *Signature of Attorney*
                                                   The Dakota Bankruptcy Firm
                                                   1630 1ˢᵗ Avenue N
                                                   Suite B PMB 24
                                                   Fargo, North Dakota 58102-4246
                                                    Fax:
                                                   mac@dakotabankruptcy.com
                                                   *Name of law firm*

**United States Bankruptcy Court**
**District of North Dakota**

In re    Generations on 1st LLC _____    Case No. _____
                                              Debtor(s)              Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    January 6, 2025 _____          /s/  Jesse Craig _____
                                                      Jesse Craig/Managing Member
                                                      Signer/Title

```
Addison Rassel & Weston Weber
26 1st Avenue SW
Unit 3513
Watertown, SD 57201


Alexis Burbach
26 1st Avenue SW
Unit 3310
Watertown, SD 57201


Alexis Willett
26 1st Avenue SW
Unit 3318
Watertown, SD 57201


Allie Weiss
26 1st Avenue SW
Unit 3403
Watertown, SD 57201


Allison Foote
26 1st Avenue SW
Unit 3213
Watertown, SD 57201


Allyssa Kirchberg
26 1st Avenue SW
Unit 3315
Watertown, SD 57201


Automatic Building Controls, Inc.
4300 W 61st St N
Sioux Falls, SD 57107


Baete-Forseth HVAC
4700 N. Northview Ave
Sioux Falls, SD 57118


Barb Wegman
26 1st Avenue SW
Unit 3311
Watertown, SD 57201


Barbara Goens
26 1st Avenue SW
Unit 3301
Watertown, SD 57201


Blacktail Investments, LLC
PO Box 628
Fargo, ND 58107


Blake Theisen
26 1st Avenue SW
Unit 3316
Watertown, SD 57201
```

Brianna Pederson
26 1st Avenue SW
Unit 3305
Watertown, SD 57201


Caren Stanley, Esq.
Vogel Law Firm
218 NP Avenue
Fargo, ND 58102


Carrico Law Office
657 W Kemp Ave
Watertown, SD 57201


Casey Kirley
26 1st Avenue SW
Unit 3206
Watertown, SD 57201


Charles Olson
26 1st Avenue SW
Unit 3501
Watertown, SD 57201


Clarity Telecom, LLC
d/b/a Bluepeak Fiber
7979 E. Tufts Ave Suite 850
Denver, CO 80237


Clayton Alban
26 1st Avenue SW
Unit 3313
Watertown, SD 57201


Codington County Treasurer's Office
14 1st Ave SE
Watertown, SD 57201


County Fair Foods of Watertown Inc.
14 2nd St NE
Watertown, SD 57201


CP Business Management, Inc.
1401 1st Ave N
B
Fargo, ND 58102


Cynthia Wells
26 1st Avenue SW
Unit 3407
Watertown, SD 57201


Dakota Clean, LLC
509 9th Ave S
Clear Lake, SD 57226

```
Daryl Tapio
26 1st Avenue SW
Unit 3413
Watertown, SD 57201


Dionne Zweig
26 1st Avenue SW
Unit 3412
Watertown, SD 57201


Ethaniel Wellnitz
26 1st Avenue SW
Unit 3502
Watertown, SD 57201


George's Sanitation Inc
3367 12th Ave NW
Watertown, SD 57201


GT Brothers, LLC
14 2nd St NE
Watertown, SD 57201


Hali Anderson & Daniel Williams
26 1st Avenue SW
Unit 3512
Watertown, SD 57201


Helga Myers
26 1st Avenue SW
Unit 3205
Watertown, SD 57201


HME Companies, LLC
432 5th Street
Brookings, SD 57006


HME Companies, LLC
Attn: Lane Warzecha
432 5th Street
Brookings, SD 57006


Ike's Window Washing, LLC
1126 E Kemp Ave
Watertown, SD 57201


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jacob Kranz & Sierra Overshiner
26 1st Avenue SW
Unit 3510
Watertown, SD 57201
```

Jacobe Tramp
26 1st Avenue SW
Unit 3416
Watertown, SD 57201


Jesse and Marie Heer
26 1st Avenue SW
Unit 3404
Watertown, SD 57201


John Timmons
26 1st Avenue SW
Unit 3505
Watertown, SD 57201


Joni Dystra
26 1st Avenue SW
Unit 3209
Watertown, SD 57201


Jordan Jierman
26 1st Avenue SW
Unit 3214
Watertown, SD 57201


Joshua Escamilla-Vigil
26 1st Avenue SW
Unit 3516
Watertown, SD 57201


Judith Zirbel
26 1st Avenue SW
Unit 3201
Watertown, SD 57201


Justice Fire & Safety, Inc.
3601 N. Potsdam Avenue
Sioux Falls, SD 57104


Karen Jensen
26 1st Avenue SW
Unit 3410
Watertown, SD 57201


Keegan Schelle
26 1st Avenue SW
Unit 3309
Watertown, SD 57201


Kendell Gronholz & Cole Gilsdorf
26 1st Avenue SW
Unit 3208
Watertown, SD 57201


Kyle Marx & Dawson Treeby
26 1st Avenue SW
Unit 3405
Watertown, SD 57201

Kyle Wisseman
26 1st Avenue SW
Unit 3308
Watertown, SD 57201


LaVerne Coyle
26 1st Avenue SW
Unit 3408
Watertown, SD 57201


Lew Knapp
26 1st Avenue SW
Unit 3216
Watertown, SD 57201


Liberty Mutual Group Inc.
175 Berkeley Street
Boston, MA 02116


Lois Stadheim
26 1st Avenue SW
Unit 3207
Watertown, SD 57201


Lorna Harstad
26 1st Avenue SW
Unit 3401
Watertown, SD 57201


Lynelle Herstedt
26 1st Avenue SW
Unit 3506
Watertown, SD 57201


Madison Premus
26 1st Avenue SW
Unit 3509
Watertown, SD 57201


Marilyn Boik
26 1st Avenue SW
Unit 3210
Watertown, SD 57201


Marissa Rober
26 1st Avenue SW
Unit 3418
Watertown, SD 57201


Marli Schippers
Nooney & Solay, LLP
326 Founders Park
Rapid City, SD 57701


Mason McDonald
26 1st Avenue SW
Unit 3517
Watertown, SD 57201

Mulinda Sue Craig
PO Box 426
Fargo, ND 58107-0426


Nicholas Petersen
26 1st Avenue SW
Unit 3508
Watertown, SD 57201


Nick Kasten & Karly Monnier
26 1st Avenue SW
Unit 3414
Watertown, SD 57201


Orley Wangsness
26 1st Avenue SW
Unit 3307
Watertown, SD 57201


Paige Hall
26 1st Avenue SW
Unit 3317
Watertown, SD 57201


Phyllis Jackson
26 1st Avenue SW
Unit 3204
Watertown, SD 57201


Piper Naughton
26 1st Avenue SW
Unit 3417
Watertown, SD 57201


Ray Bradbury
26 1st Avenue SW
Unit 3504
Watertown, SD 57201


Reagan Crandall
26 1st Avenue SW
Unit 3303
Watertown, SD 57201


Red River State Bank
114 N Mill St
PO Box 98
Fertile, MN 56540


Renee Hanlon
26 1st Avenue SW
Unit 3201
Watertown, SD 57201


Saylor Hallstrom
26 1st Avenue SW
Unit 3415
Watertown, SD 57201

Schumacher Elevator Company
One Schumacher Way
Denver, IA 50622


Selmer Hatlestad
26 1st Avenue SW
Unit 3402
Watertown, SD 57201


Sheila Kammerer
26 1st Avenue SW
Unit 3203
Watertown, SD 57201


Sherma George Gore
26 1st Avenue SW
Unit 3514
Watertown, SD 57201


South Dakota Department of Revenue
445 E. Capitol Avenue
Pierre, SD 57501


Steven Almquist
26 1st Avenue SW
Unit 3518
Watertown, SD 57201


Steven Rosbach
26 1st Avenue SW
Unit 3304
Watertown, SD 57201


Tha Dah Htoo & Ta Mala Wah
26 1st Avenue SW
Unit 3312
Watertown, SD 57201


Tiara Dehoet & Lucas Simon
26 1st Avenue SW
Unit 3306
Watertown, SD 57201


Verna Olson
26 1st Avenue SW
Unit 3215
Watertown, SD 57201


Watertown Development Company
1 East Kemp Avenue
Watertown, SD 57201-3606


Watertown Municipal Utilities
901 4th Ave SW
Watertown, SD 57201

```
Watertown Senior Activity Center
26 1st Ave SW
Suite 101
Watertown, SD 57201


White Glove Cleaning
17892 449th Ave
Hayti, SD 57241


White Glove Cleaning Service, LLC
2340 S Ellis RD
Apartment 100
Sioux Falls, SD 57106


Willow Seurer
26 1st Avenue SW
Unit 3503
Watertown, SD 57201


Zihui Gong
26 1st Avenue SW
Unit 3515
Watertown, SD 57201
```

# United States Bankruptcy Court
## District of North Dakota

In re   Generations on 1st LLC

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Generations on 1st LLC___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

January 6, 2025

Date

/s/ Maurice Verstandig

Maurice Verstandig

Signature of Attorney or Litigant

Counsel for   Generations on 1st LLC

The Belmont Firm
1050 Connecticut NW
Suite 500
Washington, DC 20036
 Fax:
mac@mbvesq.com