UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No. 25-30002 | |
| ) | Chapter 11 | |
| Generations on 1st LLC, ) | | |
| ) | | |
| Debtor. ) | | |
| ) | | |
| Parkside Place LLC, ) | Bankruptcy No. 25-30003 | |
| ) | Chapter 11 | |
| Debtor. ) | | |
| ) | | |
| The Ruins, LLC, ) | Bankruptcy No. 25-30004 | |
| ) | Chapter 11 | |
| Debtor. ) | | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING
ON FIRST DAY MOTIONS**

Debtors, Generations on 1st LLC, Parkside Place LLC, and The Ruins, LLC, filed a Motion for Expedited Hearing, seeking to be heard on its First Day Motions filed on January 6, 2025, January 7, 2025, and January 8, 2025:

1. Motion for Joint Administration [Doc. 5].

2. Motion to Reject Management Agreement [Doc. 11].

3. Motion for Leave to Use Cash Collateral on an Interim and Final Basis [Doc. 12].

4. Motion to Utilize FDIC-Insured Depository Accounts [Doc. 13].

The Court finds that it is appropriate to conduct a preliminary hearing on these motions on an expedited basis. Therefore, IT IS ORDERED that Debtor's motion is GRANTED. The First Day Motions listed above will be heard on **Thursday, January 16, 2025, at 10:00 a.m. in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**. The Court will grant all requests to appear by video conference given the short notice.

Written objections shall be filed by **5:00 p.m. Wednesday, January 15, 2025.** All objections will be heard at this preliminary hearing. The Court will consider interim relief on the motions and only

1

authorize relief necessary to avoid immediate and irreparable harm to the estate pending a final hearing.

A final hearing on all the motions listed above will be held on **Tuesday, January 28, 2025, at 10:00 a.m. in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**. Additional objections to the motions, if any, must be filed not later than **Thursday, January 23, 2025**. If the court receives no objections to these motions, it may enter an order granting the relief requested and cancel the hearing on one or more of the motions.

Please be advised that all hearings are evidentiary unless, upon the court's initiative or the written request of a party, the court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter unless the Court granted an expedited hearing.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

Dated: January 8, 2025.

*Shon Hastings*

SHON HASTINGS, JUDGE
U.S. BANKRUPTCY COURT

\*All times referred to in this Order are Central Standard Time.
Copy filed and sent electronically January 8, 2025, to Attorney Maurice VerStandig for service.