United States Bankruptcy Court

District of North Dakota

In re:  Case No. 25-30002-skh

Generations on 1st LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 3
Date Rcvd: Jan 06, 2025      Form ID: 309F1      Total Noticed: 92

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Generations on 1st LLC, 1405 1st Avenue N, Fargo, ND 58102-4203 |
| 1108906 | + | Addison Rassel & Weston Weber, 26 1st Avenue SW, Unit 3513, Watertown, SD 57201-4256 |
| 1108907 | + | Alexis Burbach, 26 1st Avenue SW, Unit 3310, Watertown, SD 57201-4236 |
| 1108908 | + | Alexis Willett, 26 1st Avenue SW, Unit 3318, Watertown, SD 57201-4236 |
| 1108909 | + | Allie Weiss, 26 1st Avenue SW, Unit 3403, Watertown, SD 57201-4237 |
| 1108910 | + | Allison Foote, 26 1st Avenue SW, Unit 3213, Watertown, SD 57201-4200 |
| 1108911 | + | Allyssa Kirchberg, 26 1st Avenue SW, Unit 3315, Watertown, SD 57201-4236 |
| 1108912 | + | Automatic Building Controls, Inc., 4300 W 61st St N, Sioux Falls, SD 57107-6474 |
| 1108913 | + | Baete-Forseth HVAC, 4700 N. Northview Ave, Sioux Falls, SD 57107-0869 |
| 1108914 | + | Barb Wegman, 26 1st Avenue SW, Unit 3311, Watertown, SD 57201-4236 |
| 1108915 | + | Barbara Goens, 26 1st Avenue SW, Unit 3301, Watertown, SD 57201-4236 |
| 1108916 | + | Blacktail Investments, LLC, PO Box 628, Fargo, ND 58107-0628 |
| 1108917 | + | Blake Theisen, 26 1st Avenue SW, Unit 3316, Watertown, SD 57201-4236 |
| 1108918 | + | Brianna Pederson, 26 1st Avenue SW, Unit 3305, Watertown, SD 57201-4236 |
| 1108927 | + | CP Business Management, Inc., 1401 1st Ave N, B, Fargo, ND 58102-4203 |
| 1108919 | + | Caren Stanley, Esq., Vogel Law Firm, 218 NP Avenue, Fargo, ND 58102-4834 |
| 1108920 | + | Carrico Law Office, 657 W Kemp Ave, Watertown, SD 57201-2249 |
| 1108921 | + | Casey Kirley, 26 1st Avenue SW, Unit 3206, Watertown, SD 57201-4200 |
| 1108922 | + | Charles Olson, 26 1st Avenue SW, Unit 3501, Watertown, SD 57201-4256 |
| 1108923 | + | Clarity Telecom, LLC, d/b/a Bluepeak Fiber, 7979 E. Tufts Ave Suite 850, Denver, CO 80237-2845 |
| 1108924 | + | Clayton Alban, 26 1st Avenue SW, Unit 3313, Watertown, SD 57201-4236 |
| 1108925 | + | Codington County Treasurer?s Office, 14 1st Ave SE, Watertown, SD 57201-3611 |
| 1108926 | + | County Fair Foods of Watertown Inc., 14 2nd St NE, Watertown, SD 57201-3622 |
| 1108928 | + | Cynthia Wells, 26 1st Avenue SW, Unit 3407, Watertown, SD 57201-4237 |
| 1108929 | + | Dakota Clean, LLC, 509 9th Ave S, Clear Lake, SD 57226-2166 |
| 1108930 | + | Daryl Tapio, 26 1st Avenue SW, Unit 3413, Watertown, SD 57201-4237 |
| 1108931 | + | Dionne Zweig, 26 1st Avenue SW, Unit 3412, Watertown, SD 57201-4237 |
| 1108932 | + | Ethaniel Wellnitz, 26 1st Avenue SW, Unit 3502, Watertown, SD 57201-4256 |
| 1108934 | + | GT Brothers, LLC, 14 2nd St NE, Watertown, SD 57201-3622 |
| 1108933 | + | George's Sanitation Inc, 3367 12th Ave NW, Watertown, SD 57201-7225 |
| 1108937 | + | HME Companies, LLC, 432 5th Street, Brookings, SD 57006-2007 |
| 1108938 | + | HME Companies, LLC, Attn: Lane Warzecha, 432 5th Street, Brookings, SD 57006-2007 |
| 1108935 | + | Hali Anderson & Daniel Williams, 26 1st Avenue SW, Unit 3512, Watertown, SD 57201-4256 |
| 1108936 | + | Helga Myers, 26 1st Avenue SW, Unit 3205, Watertown, SD 57201-4200 |
| 1108939 | + | Ike's Window Washing, LLC, 1126 E Kemp Ave, Watertown, SD 57201-3755 |
| 1108941 | + | Jacob Kranz & Sierra Overshiner, 26 1st Avenue SW, Unit 3510, Watertown, SD 57201-4256 |
| 1108942 | + | Jacobe Tramp, 26 1st Avenue SW, Unit 3416, Watertown, SD 57201-4237 |
| 1108943 | + | Jesse and Marie Heer, 26 1st Avenue SW, Unit 3404, Watertown, SD 57201-4237 |
| 1108944 | + | John Timmons, 26 1st Avenue SW, Unit 3505, Watertown, SD 57201-4256 |
| 1108945 | + | Joni Dystra, 26 1st Avenue SW, Unit 3209, Watertown, SD 57201-4200 |
| 1108946 | + | Jordan Jierman, 26 1st Avenue SW, Unit 3214, Watertown, SD 57201-4200 |
| 1108947 | + | Joshua Escamilla-Vigil, 26 1st Avenue SW, Unit 3516, Watertown, SD 57201-4256 |
| 1108948 | + | Judith Zirbel, 26 1st Avenue SW, Unit 3201, Watertown, SD 57201-4200 |
| 1108949 | + | Justice Fire & Safety, Inc., 3601 N. Potsdam Avenue, Sioux Falls, SD 57104-7032 |
| 1108950 | + | Karen Jensen, 26 1st Avenue SW, Unit 3410, Watertown, SD 57201-4237 |
| 1108951 | + | Keegan Schelle, 26 1st Avenue SW, Unit 3309, Watertown, SD 57201-4236 |
| 1108952 | + | Kendell Gronholz & Cole Gilsdorf, 26 1st Avenue SW, Unit 3208, Watertown, SD 57201-4200 |
| 1108953 | + | Kyle Marx & Dawson Treeby, 26 1st Avenue SW, Unit 3405, Watertown, SD 57201-4237 |

| District/off: 0868-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2025 | Form ID: 309F1 | Total Noticed: 92 |

| | | |
|---|---|---|
| 1108954 | + | Kyle Wisseman, 26 1st Avenue SW, Unit 3308, Watertown, SD 57201-4236 |
| 1108955 | + | LaVerne Coyle, 26 1st Avenue SW, Unit 3408, Watertown, SD 57201-4237 |
| 1108956 | + | Lew Knapp, 26 1st Avenue SW, Unit 3216, Watertown, SD 57201-4200 |
| 1108958 | + | Lois Stadheim, 26 1st Avenue SW, Unit 3207, Watertown, SD 57201-4200 |
| 1108959 | + | Lorna Harstad, 26 1st Avenue SW, Unit 3401, Watertown, SD 57201-4237 |
| 1108960 | + | Lynelle Herstedt, 26 1st Avenue SW, Unit 3506, Watertown, SD 57201-4256 |
| 1108961 | + | Madison Premus, 26 1st Avenue SW, Unit 3509, Watertown, SD 57201-4256 |
| 1108962 | + | Marilyn Boik, 26 1st Avenue SW, Unit 3210, Watertown, SD 57201-4200 |
| 1108963 | + | Marissa Rober, 26 1st Avenue SW, Unit 3418, Watertown, SD 57201-4237 |
| 1108964 | + | Marli Schippers, Nooney & Solay, LLP, 326 Founders Park, Rapid City, SD 57701-8090 |
| 1108965 | + | Mason McDonald, 26 1st Avenue SW, Unit 3517, Watertown, SD 57201-4256 |
| 1108966 | | Mulinda Sue Craig, PO Box 426, Fargo, ND 58107-0426 |
| 1108967 | + | Nicholas Petersen, 26 1st Avenue SW, Unit 3508, Watertown, SD 57201-4256 |
| 1108968 | + | Nick Kasten & Karly Monnier, 26 1st Avenue SW, Unit 3414, Watertown, SD 57201-4237 |
| 1108969 | + | Orley Wangsness, 26 1st Avenue SW, Unit 3307, Watertown, SD 57201-4236 |
| 1108970 | + | Paige Hall, 26 1st Avenue SW, Unit 3317, Watertown, SD 57201-4236 |
| 1108971 | + | Phyllis Jackson, 26 1st Avenue SW, Unit 3204, Watertown, SD 57201-4200 |
| 1108972 | + | Piper Naughton, 26 1st Avenue SW, Unit 3417, Watertown, SD 57201-4237 |
| 1108973 | + | Ray Bradbury, 26 1st Avenue SW, Unit 3504, Watertown, SD 57201-4256 |
| 1108974 | + | Reagan Crandall, 26 1st Avenue SW, Unit 3303, Watertown, SD 57201-4236 |
| 1108975 | + | Red River State Bank, 114 N Mill St, PO Box 98, Fertile, MN 56540-0098 |
| 1108976 | + | Renee Hanlon, 26 1st Avenue SW, Unit 3201, Watertown, SD 57201-4200 |
| 1109071 | + | Sarah J. Wencil, Office of the U.S. Trustee, Suite 1015 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415-1320 |
| 1108977 | + | Saylor Hallstrom, 26 1st Avenue SW, Unit 3415, Watertown, SD 57201-4237 |
| 1108978 | | Schumacher Elevator Company, One Schumacher Way, Denver, IA 50622 |
| 1108979 | + | Selmer Hatlestad, 26 1st Avenue SW, Unit 3402, Watertown, SD 57201-4237 |
| 1108980 | + | Sheila Kammerer, 26 1st Avenue SW, Unit 3203, Watertown, SD 57201-4200 |
| 1108981 | + | Sherma George Gore, 26 1st Avenue SW, Unit 3514, Watertown, SD 57201-4256 |
| 1108982 | + | South Dakota Department of Revenue, 445 E. Capitol Avenue, Pierre, SD 57501-3100 |
| 1108983 | + | Steven Almquist, 26 1st Avenue SW, Unit 3518, Watertown, SD 57201-4256 |
| 1108984 | + | Steven Rosbach, 26 1st Avenue SW, Unit 3304, Watertown, SD 57201-4236 |
| 1108985 | + | Tha Dah Htoo & Ta Mala Wah, 26 1st Avenue SW, Unit 3312, Watertown, SD 57201-4236 |
| 1108986 | + | Tiara Dehoet & Lucas Simon, 26 1st Avenue SW, Unit 3306, Watertown, SD 57201-4236 |
| 1108987 | + | Verna Olson, 26 1st Avenue SW, Unit 3215, Watertown, SD 57201-4200 |
| 1108988 | | Watertown Development Company, 1 East Kemp Avenue, Watertown, SD 57201-3606 |
| 1108989 | + | Watertown Municipal Utilities, 901 4th Ave SW, Watertown, SD 57201-4106 |
| 1108990 | + | Watertown Senior Activity Center, 26 1st Ave SW, Suite 101, Watertown, SD 57201-4268 |
| 1108991 | + | White Glove Cleaning, 17892 449th Ave, Hayti, SD 57241-5223 |
| 1108992 | + | White Glove Cleaning Service, LLC, 2340 S Ellis RD, Apartment 100, Sioux Falls, SD 57106-7134 |
| 1108993 | + | Willow Seurer, 26 1st Avenue SW, Unit 3503, Watertown, SD 57201-4256 |
| 1108994 | + | Zihui Gong, 26 1st Avenue SW, Unit 3515, Watertown, SD 57201-4256 |

TOTAL: 89

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mac@mbvesq.com | Jan 06 2025 18:47:00 | Maurice VerStandig, The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND 58102 |
| 1108940 | EDI: IRS.COM | Jan 06 2025 23:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1108957 | + Email/Text: LibertySOP@cscglobal.com | Jan 06 2025 18:48:00 | Liberty Mutual Group Inc., 175 Berkeley Street, Boston, MA 02116-3350 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0868-3 | User: admin | Page 3 of 3
Date Rcvd: Jan 06, 2025 | Form ID: 309F1 | Total Noticed: 92

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Maurice VerStandig | on behalf of Debtor Generations on 1st LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Generations on 1st LLC <br> Name | EIN: | 84–4986148 |
| United States Bankruptcy Court | District of North Dakota | Date case filed for chapter: | 11    1/6/25 |
| Case number: | 25–30002 | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Generations on 1st LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1405 1st Avenue N <br> Fargo, ND 58102 | |
| 4. | **Debtor's attorney** <br> Name and address | Maurice VerStandig <br> The Dakota Bankruptcy Firm <br> 1630 1st Avenue N <br> Suite B PMB 24 <br> Fargo, ND 58102 | Contact phone  701–394–3215 <br><br> Email:  mac@mbvesq.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 655 1ST AVENUE NORTH, SUITE 210 <br> FARGO, ND 58102 | Hours open: <br> 8:00am–4:30pm Mon–Fri <br><br> Contact phone  (701) 297–7100 <br><br> Date: 1/6/25 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **February 6, 2025 at 01:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Teleconference *ONLY*, Toll Free: <br> 866–821–5980, Participant# 9065076** |

**For more information, see page 2 >**

Official Form 309F1 (For Corporations or Partnerships)           **Notice of Chapter 11 Bankruptcy Case**           page 1

Debtor **Generations on 1st LLC**                                                                                           Case number **25–30002**

| 7. Proof of claim deadline | **Deadline for filing proof of claim:** | |
|---|---|---|
| | **For all creditors (except a governmental unit):** | 3/17/25 |
| | **For a governmental unit:** | 7/7/25 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. Exception to discharge deadline<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** | 4/7/25 |
| 9. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |