IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Case No. 25-30004 |
| | ) | (Chapter 11) |
| THE RUINS, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | (*Joint Administration Motion Pending*) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Wednesday, January 8, 2025, I tendered this Honorable Court's Order Granting Motion to Expedite Hearing on First Day Motions (the "Order," being DE #12 in The Ruins, LLC matter and DE #15 in the Generations on 1st, LLC and Parkside Place, LLC matters) to a third party mailing vendor and that the Order was thereafter served, on January 10, 2025,[1] via first class mail, postage prepaid, to all parties on the attached mailing matrix (with

---

[1] In recognition of the passing of President Carter, January 9, 2025 was designated a "National Day of Mourning throughout the United States." Proclamation Announcing the Death of James Earl Carter, Jr. (Dec. 29, 2024) (available online at https://www.whitehouse.gov/briefing-room/presidential-actions/2024/12/29/proclamation-announcing-the-death-of-james-earl-carter-jr/). It appears the United States Postal Service accordingly observed January 9, 2025 as a holiday, hence a document being tendered on January 8, 2025 but not actually mailed until January 10, 2025.

1

the mailing matrix appended to this certificate being the mailing matrix correlative to service in the case in which this certificate is filed).

Respectfully Submitted,

Dated: January 11, 2025    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Proposed Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2