```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

CASE INFO                          DEBTOR
 LABEL MATRIX FOR LOCAL NOTICING   GENERATIONS ON 1ST LLC          RED RIVER STATE BANK
NCRS ADDRESS DOWNLOAD              1405 1ST AVENUE N               ATTN  CAREN W STANLEY
CASE 25-30002                      FARGO   ND 58102-4203           VOGEL  LAW FIRM
DISTRICT OF NORTH DAKOTA                                           PO BOX 1389
FRI JAN 10 6-52-22 PST 2025                                        FARGO   ND 58107-1389


EXCLUDE

US BANKRUPTCY COURT                ADDISON RASSEL  WESTON WEBER    ALEXIS BURBACH
655 1ST AVENUE NORTH  SUITE 210    26 1ST AVENUE SW                26 1ST AVENUE SW
FARGO   ND 58102-4932              UNIT 3513                       UNIT 3310
                                   WATERTOWN   SD 57201-4256       WATERTOWN   SD 57201-4236


ALEXIS WILLETT                     ALLIE WEISS                     ALLISON FOOTE
26 1ST AVENUE SW                   26 1ST AVENUE SW                26 1ST AVENUE SW
UNIT 3318                          UNIT 3403                       UNIT 3213
WATERTOWN   SD 57201-4236          WATERTOWN   SD 57201-4237       WATERTOWN   SD 57201-4200


ALLYSSA KIRCHBERG                  AUTOMATIC BUILDING CONTROLS  INC    BAETEFORSETH HVAC
26 1ST AVENUE SW                   4300 W 61ST ST N                4700 N NORTHVIEW AVE
UNIT 3315                          SIOUX FALLS   SD 57107-6474     SIOUX FALLS   SD 57107-0869
WATERTOWN   SD 57201-4236


BARB WEGMAN                        BARBARA GOENS                   BLACKTAIL INVESTMENTS  LLC
26 1ST AVENUE SW                   26 1ST AVENUE SW                PO BOX 628
UNIT 3311                          UNIT 3301                       FARGO   ND 58107-0628
WATERTOWN   SD 57201-4236          WATERTOWN   SD 57201-4236


BLAKE THEISEN                      BRIANNA PEDERSON                CP BUSINESS MANAGEMENT  INC
26 1ST AVENUE SW                   26 1ST AVENUE SW                1401 1ST AVE N
UNIT 3316                          UNIT 3305                       B
WATERTOWN   SD 57201-4236          WATERTOWN   SD 57201-4236       FARGO   ND 58102-4203


CAREN STANLEY  ESQ                 CARRICO LAW OFFICE              CASEY KIRLEY
VOGEL LAW FIRM                     657 W KEMP AVE                  26 1ST AVENUE SW
218 NP AVENUE                      WATERTOWN   SD 57201-2249       UNIT 3206
FARGO   ND 58102-4834                                              WATERTOWN   SD 57201-4200


CHARLES OLSON                      CLARITY TELECOM  LLC            CLAYTON ALBAN
26 1ST AVENUE SW                   DBA BLUEPEAK FIBER              26 1ST AVENUE SW
UNIT 3501                          7979 E TUFTS AVE SUITE 850      UNIT 3313
WATERTOWN   SD 57201-4256          DENVER   CO 80237-2845          WATERTOWN   SD 57201-4236


CODINGTON COUNTY TREASURERS OFFICE COUNTY FAIR FOODS OF WATERTOWN INC   CYNTHIA WELLS
14 1ST AVE SE                      14 2ND ST NE                    26 1ST AVENUE SW
WATERTOWN   SD 57201-3611          WATERTOWN   SD 57201-3622       UNIT 3407
                                                                   WATERTOWN   SD 57201-4237
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| DAKOTA CLEAN LLC<br>509 9TH AVE S<br>CLEAR LAKE  SD 57226-2166 | DARYL TAPIO<br>26 1ST AVENUE SW<br>UNIT 3413<br>WATERTOWN  SD 57201-4237 | DIONNE ZWEIG<br>26 1ST AVENUE SW<br>UNIT 3412<br>WATERTOWN  SD 57201-4237 |
| ETHANIEL WELLNITZ<br>26 1ST AVENUE SW<br>UNIT 3502<br>WATERTOWN  SD 57201-4256 | GT BROTHERS LLC<br>14 2ND ST NE<br>WATERTOWN  SD 57201-3622 | GEORGES SANITATION INC<br>3367 12TH AVE NW<br>WATERTOWN  SD 57201-7225 |
| HME COMPANIES LLC<br>432 5TH STREET<br>BROOKINGS  SD 57006-2007 | HME COMPANIES LLC<br>ATTN LANE WARZECHA<br>432 5TH STREET<br>BROOKINGS  SD 57006-2007 | HALI ANDERSON  DANIEL WILLIAMS<br>26 1ST AVENUE SW<br>UNIT 3512<br>WATERTOWN  SD 57201-4256 |
| HELGA MYERS<br>26 1ST AVENUE SW<br>UNIT 3205<br>WATERTOWN  SD 57201-4200 | IKES WINDOW WASHING LLC<br>1126 E KEMP AVE<br>WATERTOWN  SD 57201-3755 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| JACOB KRANZ  SIERRA OVERSHINER<br>26 1ST AVENUE SW<br>UNIT 3510<br>WATERTOWN  SD 57201-4256 | JACOBE TRAMP<br>26 1ST AVENUE SW<br>UNIT 3416<br>WATERTOWN  SD 57201-4237 | JESSE AND MARIE HEER<br>26 1ST AVENUE SW<br>UNIT 3404<br>WATERTOWN  SD 57201-4237 |
| JOHN TIMMONS<br>26 1ST AVENUE SW<br>UNIT 3505<br>WATERTOWN  SD 57201-4256 | JONI DYSTRA<br>26 1ST AVENUE SW<br>UNIT 3209<br>WATERTOWN  SD 57201-4200 | JORDAN JIERMAN<br>26 1ST AVENUE SW<br>UNIT 3214<br>WATERTOWN  SD 57201-4200 |
| JOSHUA ESCAMILLAVIGIL<br>26 1ST AVENUE SW<br>UNIT 3516<br>WATERTOWN  SD 57201-4256 | JUDITH ZIRBEL<br>26 1ST AVENUE SW<br>UNIT 3201<br>WATERTOWN  SD 57201-4200 | JUSTICE FIRE SAFETY INC<br>3601 N POTSDAM AVENUE<br>SIOUX FALLS  SD 57104-7032 |
| KAREN JENSEN<br>26 1ST AVENUE SW<br>UNIT 3410<br>WATERTOWN  SD 57201-4237 | KEEGAN SCHELLE<br>26 1ST AVENUE SW<br>UNIT 3309<br>WATERTOWN  SD 57201-4236 | KENDELL GRONHOLZ  COLE GILSDORF<br>26 1ST AVENUE SW<br>UNIT 3208<br>WATERTOWN  SD 57201-4200 |
| KYLE MARX  DAWSON TREEBY<br>26 1ST AVENUE SW<br>UNIT 3405<br>WATERTOWN  SD 57201-4237 | KYLE WISSEMAN<br>26 1ST AVENUE SW<br>UNIT 3308<br>WATERTOWN  SD 57201-4236 | LAVERNE COYLE<br>26 1ST AVENUE SW<br>UNIT 3408<br>WATERTOWN  SD 57201-4237 |

USPS FIRST CLASS MAILING RECIPIENTS - NOT SERVICE parties served via First Class USPS Mail Service.
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

```
LEW KNAPP                        LIBERTY MUTUAL GROUP INC         LOIS STADHEIM
26 1ST AVENUE SW                 175 BERKELEY STREET              26 1ST AVENUE SW
UNIT 3216                        BOSTON   MA 02116-3350           UNIT 3207
WATERTOWN   SD 57201-4200                                         WATERTOWN   SD 57201-4200


LORNA HARSTAD                    LYNELLE HERSTEDT                 MADISON PREMUS
26 1ST AVENUE SW                 26 1ST AVENUE SW                 26 1ST AVENUE SW
UNIT 3401                        UNIT 3506                        UNIT 3509
WATERTOWN   SD 57201-4237        WATERTOWN   SD 57201-4256        WATERTOWN   SD 57201-4256


MARILYN BOIK                     MARISSA ROBER                    MARLI SCHIPPERS
26 1ST AVENUE SW                 26 1ST AVENUE SW                 NOONEY   SOLAY   LLP
UNIT 3210                        UNIT 3418                        326 FOUNDERS PARK
WATERTOWN   SD 57201-4200        WATERTOWN   SD 57201-4237        RAPID CITY   SD 57701-8090


MASON MCDONALD                   MULINDA SUE CRAIG                NICHOLAS PETERSEN
26 1ST AVENUE SW                 PO BOX 426                       26 1ST AVENUE SW
UNIT 3517                        FARGO   ND 58107-0426            UNIT 3508
WATERTOWN   SD 57201-4256                                         WATERTOWN   SD 57201-4256


NICK KASTEN   KARLY MONNIER      ORLEY WANGSNESS                  PAIGE HALL
26 1ST AVENUE SW                 26 1ST AVENUE SW                 26 1ST AVENUE SW
UNIT 3414                        UNIT 3307                        UNIT 3317
WATERTOWN   SD 57201-4237        WATERTOWN   SD 57201-4236        WATERTOWN   SD 57201-4236


PHYLLIS JACKSON                  PIPER NAUGHTON                   RAY BRADBURY
26 1ST AVENUE SW                 26 1ST AVENUE SW                 26 1ST AVENUE SW
UNIT 3204                        UNIT 3417                        UNIT 3504
WATERTOWN   SD 57201-4200        WATERTOWN   SD 57201-4237        WATERTOWN   SD 57201-4256


REAGAN CRANDALL                  RED RIVER STATE BANK             RED RIVER STATE BANK
26 1ST AVENUE SW                 114 N MILL ST                    CO CAREN W STANLEY
UNIT 3303                        PO BOX 98                        VOGEL LAW FIRM
WATERTOWN   SD 57201-4236        FERTILE   MN 56540-0098          PO BOX 1389
                                                                  FARGO   ND  58107-1389


RED RIVER STATE BANK             RENEE HANLON                     SARAH J WENCIL
CO DREW J HUSHKA                 26 1ST AVENUE SW                 OFFICE OF THE US TRUSTEE
VOGEL LAW FIRM                   UNIT 3201                        SUITE 1015 US COURTHOUSE
PO BOX 1389                      WATERTOWN   SD 57201-4200        300 SOUTH FOURTH STREET
FARGO ND  58107-1389                                              MINNEAPOLIS   MN 55415-1320


SAYLOR HALLSTROM                 SCHUMACHER ELEVATOR COMPANY      SELMER HATLESTAD
26 1ST AVENUE SW                 ONE SCHUMACHER WAY               26 1ST AVENUE SW
UNIT 3415                        DENVER   IA 50622                UNIT 3402
WATERTOWN   SD 57201-4237                                         WATERTOWN   SD 57201-4237
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SHEILA KAMMERER<br>26 1ST AVENUE SW<br>UNIT 3203<br>WATERTOWN  SD 57201-4200 | SHERMA GEORGE GORE<br>26 1ST AVENUE SW<br>UNIT 3514<br>WATERTOWN   SD 57201-4256 | SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E CAPITOL AVENUE<br>PIERRE   SD 57501-3100 |
| STEVEN ALMQUIST<br>26 1ST AVENUE SW<br>UNIT 3518<br>WATERTOWN  SD 57201-4256 | STEVEN ROSBACH<br>26 1ST AVENUE SW<br>UNIT 3304<br>WATERTOWN   SD 57201-4236 | THA DAH HTOO  TA MALA WAH<br>26 1ST AVENUE SW<br>UNIT 3312<br>WATERTOWN   SD 57201-4236 |
| TIARA DEHOET   LUCAS SIMON<br>26 1ST AVENUE SW<br>UNIT 3306<br>WATERTOWN  SD 57201-4236 | VERNA OLSON<br>26 1ST AVENUE SW<br>UNIT 3215<br>WATERTOWN   SD 57201-4200 | WATERTOWN DEVELOPMENT COMPANY<br>1 EAST KEMP AVENUE<br>WATERTOWN   SD 57201-3606 |
| WATERTOWN MUNICIPAL UTILITIES<br>901 4TH AVE SW<br>WATERTOWN  SD 57201-4106 | WATERTOWN SENIOR ACTIVITY CENTER<br>26 1ST AVE SW<br>SUITE 101<br>WATERTOWN   SD 57201-4268 | WHITE GLOVE CLEANING<br>17892 449TH AVE<br>HAYTI   SD 57241-5223 |
| WHITE GLOVE CLEANING SERVICE   LLC<br>2340 S ELLIS RD<br>APARTMENT 100<br>SIOUX FALLS   SD 57106-7134 | WILLOW SEURER<br>26 1ST AVENUE SW<br>UNIT 3503<br>WATERTOWN  SD 57201-4256 | ZIHUI GONG<br>26 1ST AVENUE SW<br>UNIT 3515<br>WATERTOWN   SD 57201-4256 |
| CHRISTIANNA A CATHCART<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 FIRST AVE N<br>STE B PMB 24<br>FARGO   ND 58102-4246 | MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO   ND 58102-4246 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS   MN 55415-1320 |