IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | (*Joint Administration Motion Pending*) |

## NOTICE OF FILING ACCOUNTING

Come now Generations on 1st, LLC and Parkside Place, LLC (collectively, the "Debtors"), by and through undersigned counsel, and give notice of filing herewith accountings received from HME Companies, LLC ("HME"), by and through counsel for HME, concerning HME's activities in connection with the respective Debtors' assets during the month of December 2024.

These accountings are being docketed as received of even date herewith from HME, through counsel, and do not represent assertions of the Debtors. While the Debtors do not feign to speak for HME, it is their good faith belief that these accountings are shared pursuant to Section 543(b)(2) of Title 11 of the United States Code.

*[Signature on Following Page]*

1

                                                  Respectfully Submitted,

Dated: January 13, 2025          By:    /s/ Maurice B. VerStandig
                                                      Maurice B. VerStandig, Esq.
                                                        The Dakota Bankruptcy Firm
                                                       1630 1st Avenue N
                                                       Suite B PMB 24
                                                       Fargo, North Dakota 58102-4246
                                                       Phone: (701) 394-3215
                                                       mac@dakotabankruptcy.com
                                                       *Proposed Counsel for the Debtors*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 13th day of January, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                        /s/ Maurice B. VerStandig
                                                        Maurice B. VerStandig