Label Matrix for local noticing
0868-3
Case 25-30002
District of North Dakota
Fargo
Tue Jan 14 08:33:11 CST 2025

Department of the Treasury
15th & Pennsylvania
Washington, DC 20222-0001

Generations on 1st LLC
1405 1st Avenue N
Fargo, ND 58102-4203

Exhibit A

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Red River State Bank
Attn:  Caren W. Stanley
Vogel  Law Firm.
PO Box 1389
Fargo, ND 58107-1389

Securities & Exchange Commission
175 W. Jackson Blvd.
Chicago, IL 60604-2908

U.S. Attorney
655 First Avenue North, Suite 250
Fargo, ND 58102-4932

U.S. BANKRUPTCY COURT
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932

Addison Rassel & Weston Weber
26 1st Avenue SW
Unit 3513
Watertown, SD 57201-4256

Alexis Burbach
26 1st Avenue SW
Unit 3310
Watertown, SD 57201-4236

Alexis Willett
26 1st Avenue SW
Unit 3318
Watertown, SD 57201-4236

Allie Weiss
26 1st Avenue SW
Unit 3403
Watertown, SD 57201-4237

Allison Foote
26 1st Avenue SW
Unit 3213
Watertown, SD 57201-4200

Allyssa Kirchberg
26 1st Avenue SW
Unit 3315
Watertown, SD 57201-4236

Automatic Building Controls, Inc.
4300 W 61st St N
Sioux Falls, SD 57107-6474

Baete-Forseth HVAC
4700 N. Northview Ave
Sioux Falls, SD 57107-0869

Barb Wegman
26 1st Avenue SW
Unit 3311
Watertown, SD 57201-4236

Barbara Goens
26 1st Avenue SW
Unit 3301
Watertown, SD 57201-4236

Blacktail Investments, LLC
PO Box 628
Fargo, ND 58107-0628

Blake Theisen
26 1st Avenue SW
Unit 3316
Watertown, SD 57201-4236

Brianna Pederson
26 1st Avenue SW
Unit 3305
Watertown, SD 57201-4236

CP Business Management, Inc.
1401 1st Ave N
B
Fargo, ND 58102-4203

Caren Stanley, Esq.
Vogel Law Firm
218 NP Avenue
Fargo, ND 58102-4834

Carrico Law Office
657 W Kemp Ave
Watertown, SD 57201-2249

Casey Kirley
26 1st Avenue SW
Unit 3206
Watertown, SD 57201-4200

Charles Olson
26 1st Avenue SW
Unit 3501
Watertown, SD 57201-4256

Clarity Telecom, LLC
d/b/a Bluepeak Fiber
7979 E. Tufts Ave Suite 850
Denver, CO 80237-2845

Clayton Alban
26 1st Avenue SW
Unit 3313
Watertown, SD 57201-4236

Codington County Treasurer?s Office
14 1st Ave SE
Watertown, SD 57201-3611

County Fair Foods of Watertown Inc.
14 2nd St NE
Watertown, SD 57201-3622

Cynthia Wells
26 1st Avenue SW
Unit 3407
Watertown, SD 57201-4237

Dakota Clean, LLC
509 9th Ave S
Clear Lake, SD 57226-2166

Daryl Tapio
26 1st Avenue SW
Unit 3413
Watertown, SD 57201-4237

Dionne Zweig
26 1st Avenue SW
Unit 3412
Watertown, SD 57201-4237

Ethaniel Wellnitz
26 1st Avenue SW
Unit 3502
Watertown, SD 57201-4256

GT Brothers, LLC
14 2nd St NE
Watertown, SD 57201-3622

George's Sanitation Inc
3367 12th Ave NW
Watertown, SD 57201-7225

HME Companies, LLC
432 5th Street
Brookings, SD 57006-2007

HME Companies, LLC
Attn: Lane Warzecha
432 5th Street
Brookings, SD 57006-2007

Hali Anderson & Daniel Williams
26 1st Avenue SW
Unit 3512
Watertown, SD 57201-4256

Helga Myers
26 1st Avenue SW
Unit 3205
Watertown, SD 57201-4200

Ike's Window Washing, LLC
1126 E Kemp Ave
Watertown, SD 57201-3755

Jacob Kranz & Sierra Overshiner
26 1st Avenue SW
Unit 3510
Watertown, SD 57201-4256

Jacobe Tramp
26 1st Avenue SW
Unit 3416
Watertown, SD 57201-4237

Jesse and Marie Heer
26 1st Avenue SW
Unit 3404
Watertown, SD 57201-4237

John Timmons
26 1st Avenue SW
Unit 3505
Watertown, SD 57201-4256

Joni Dystra
26 1st Avenue SW
Unit 3209
Watertown, SD 57201-4200

Jordan Jierman
26 1st Avenue SW
Unit 3214
Watertown, SD 57201-4200

Joshua Escamilla-Vigil
26 1st Avenue SW
Unit 3516
Watertown, SD 57201-4256

Judith Zirbel
26 1st Avenue SW
Unit 3201
Watertown, SD 57201-4200

Justice Fire & Safety, Inc.
3601 N. Potsdam Avenue
Sioux Falls, SD 57104-7032

Karen Jensen
26 1st Avenue SW
Unit 3410
Watertown, SD 57201-4237

Keegan Schelle
26 1st Avenue SW
Unit 3309
Watertown, SD 57201-4236

Kendell Gronholz & Cole Gilsdorf
26 1st Avenue SW
Unit 3208
Watertown, SD 57201-4200

Kyle Marx & Dawson Treeby
26 1st Avenue SW
Unit 3405
Watertown, SD 57201-4237

Kyle Wisseman
26 1st Avenue SW
Unit 3308
Watertown, SD 57201-4236

LaVerne Coyle
26 1st Avenue SW
Unit 3408
Watertown, SD 57201-4237

Lew Knapp
26 1st Avenue SW
Unit 3216
Watertown, SD 57201-4200

Liberty Mutual Group Inc.
175 Berkeley Street
Boston, MA 02116-3350

Lois Stadheim
26 1st Avenue SW
Unit 3207
Watertown, SD 57201-4200

Lorna Harstad
26 1st Avenue SW
Unit 3401
Watertown, SD 57201-4237

Lynelle Hershedt
26 1st Avenue SW
Unit 3506
Watertown, SD 57201-4256

Madison Premus
26 1st Avenue SW
Unit 3509
Watertown, SD 57201-4256

Marilyn Boik
26 1st Avenue SW
Unit 3210
Watertown, SD 57201-4200

Marissa Rober
26 1st Avenue SW
Unit 3418
Watertown, SD 57201-4237

Marli Schippers
Nooney & Solay, LLP
326 Founders Park
Rapid City, SD 57701-8090

Mason McDonald
26 1st Avenue SW
Unit 3517
Watertown, SD 57201-4256

Mulinda Sue Craig
PO Box 426
Fargo, ND 58107-0426

Nicholas Petersen
26 1st Avenue SW
Unit 3508
Watertown, SD 57201-4256

Nick Kasten & Karly Monnier
26 1st Avenue SW
Unit 3414
Watertown, SD 57201-4237

Orley Wangsness
26 1st Avenue SW
Unit 3307
Watertown, SD 57201-4236

Paige Hall
26 1st Avenue SW
Unit 3317
Watertown, SD 57201-4236

Phyllis Jackson
26 1st Avenue SW
Unit 3204
Watertown, SD 57201-4200

Piper Naughton
26 1st Avenue SW
Unit 3417
Watertown, SD 57201-4237

Ray Bradbury
26 1st Avenue SW
Unit 3504
Watertown, SD 57201-4256

Reagan Crandall
26 1st Avenue SW
Unit 3303
Watertown, SD 57201-4236

Red River State Bank
114 N Mill St
PO Box 98
Fertile, MN 56540-0098

Red River State Bank
c/o Caren W. Stanley
Vogel Law Firm
PO Box 1389
Fargo, ND  58107-1389

Red River State Bank
c/o: Drew J. Hushka
Vogel Law Firm
PO Box 1389
Fargo ND  58107-1389

Renee Hanlon
26 1st Avenue SW
Unit 3201
Watertown, SD 57201-4200

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Saylor Hallstrom
26 1st Avenue SW
Unit 3415
Watertown, SD 57201-4237

Schumacher Elevator Company
One Schumacher Way
Denver, IA 50622

Selmer Hatlestad
26 1st Avenue SW
Unit 3402
Watertown, SD 57201-4237

Sheila Kammerer
26 1st Avenue SW
Unit 3203
Watertown, SD 57201-4200

Sherma George Gore
26 1st Avenue SW
Unit 3514
Watertown, SD 57201-4256

South Dakota Department of Revenue
445 E. Capitol Avenue
Pierre, SD 57501-3100

Steven Almquist
26 1st Avenue SW
Unit 3518
Watertown, SD 57201-4256

Steven Rosbach
26 1st Avenue SW
Unit 3304
Watertown, SD 57201-4236

Tha Dah Htoo & Ta Mala Wah
26 1st Avenue SW
Unit 3312
Watertown, SD 57201-4236

Tiara Dehoet & Lucas Simon
26 1st Avenue SW
Unit 3306
Watertown, SD 57201-4236

Verna Olson
26 1st Avenue SW
Unit 3215
Watertown, SD 57201-4200

Watertown Development Company
1 East Kemp Avenue
Watertown, SD 57201-3606

Watertown Municipal Utilities
901 4th Ave SW
Watertown, SD 57201-4106

Watertown Senior Activity Center
26 1st Ave SW
Suite 101
Watertown, SD 57201-4268

White Glove Cleaning
17892 449th Ave
Hayti, SD 57241-5223

White Glove Cleaning Service, LLC
2340 S Ellis RD
Apartment 100
Sioux Falls, SD 57106-7134

Willow Seurer
26 1st Avenue SW
Unit 3503
Watertown, SD 57201-4256

Zihui Gong
26 1st Avenue SW
Unit 3515
Watertown, SD 57201-4256

Christianna A. Cathcart
The Dakota Bankruptcy Firm
1630 First Ave N
Ste. B PMB 24
Fargo, ND 58102-4246

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246

Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(d)Red River State Bank
c/o: Caren W. Stanley
Vogel Law Firm
P.O. Box 1389
Fargo, ND  58107-1389

End of Label Matrix
Mailable recipients    101
Bypassed recipients      2
Total                  103