IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| Debtor | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| Debtor | ) | |
| | ) | |
| In re: | ) | Case No. 25-30004 |
| | ) | (Chapter 11) |
| THE RUINS, LLC | ) | |
| Debtor | ) | |
| | ) | (*Joint Administration Motion Pending*) |

## EXHIBIT LIST

Come now Generations on 1st, LLC ("Generations"), Parkside Place, LLC ("Parkside") and The Ruins, LLC ("Ruins") (collectively, the "Debtors" and each a "Debtor"), by and through undersigned counsel, and furnish this list of exhibits reasonably anticipated to be relied upon at a hearing in these matters on January 16, 2025:

1. Cash collateral budget for Parkside
2. Cash collateral budget for Generations
3. Putative agreement with HME Companies, LLC[1]

---

[1] Unfortunately and somewhat confusingly, this exhibit bears a marker indicating it is "Exhibit 1." This is because the only copy in the Debtors' possession is from a state court filing. The exhibit sticker denotes the state court case number, which does help show the designation as "Exhibit 1" was in the state court case and not the above-captioned cases.

1

4. Generations accounting for December 2024

5. Parkside accounting for December 2024

The Debtors reasonably anticipate also utilizing at least one demonstrative exhibit and making reference to at least one docket entry in these cases.

                                                Respectfully Submitted,

Dated: January 15, 2025        By:   /s/ Maurice B. VerStandig
                                                Maurice B. VerStandig, Esq.
                                                The Dakota Bankruptcy Firm
                                                1630 1st Avenue N
                                                Suite B PMB 24
                                                Fargo, North Dakota 58102-4246
                                                Phone: (701) 394-3215
                                                mac@dakotabankruptcy.com
                                                *Proposed Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                /s/ Maurice B. VerStandig
                                                Maurice B. VerStandig