UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORRTH DAKOTA

In re:

| | |
|---|---|
| Generations on 1st LLC, | Bankr. No. 25-30002 |
| Debtor, | Chapter 11 |
| Parkside Place LLC, | Bankr. No. 25-30003 |
| Debtor, | Chapter 11 |
| The Ruins, LLC, | Bankr. No. 25-30004 |
| Debtor, | Chapter 11 |

## MOTION TO APPEAR BY VIDEO CONFERENCE

1) David R. Strait, attorney for Watertown Development Company, respectfully moves this Court to enter an order under Local Rule 5001-2 allowing him to appear by video conference on Thursday, January 16, 2024, at 10:00 a.m. on Motions for Joint Administration (Docs. 5, 5, 5), Motions to Reject Management Agreement (Docs. 11, 11, n/a), Motions for Leave to Use Cash Collateral on an Interim and Final Basis filed by Debtor Generations on 1st LLC (Docs. 12, 12, n/a), and Motions to Utilize FDIC-Insured Depository Accounts filed by Debtor Generations on 1st LLC (Docs. 13, 13, 10).

2) David R. Strait requests that the Court take into consideration savings in travel time and expenses. For this

hearing, counsel is only monitoring and does not anticipate active participation.

WHEREFORE, Counsel requests that he be allowed to appear by video conference.

Dated:   January 15, 2025

>                    AUSTIN, STRAIT, BENSON
>                    THOLE & KOEHN LLP
>
> BY: _____
>     David R. Strait (SD Atty ID 1665)
>     Austin, Strait, Benson, Thole & Koehn LLP
>     25 First Avenue Southwest
>     Watertown, SD  57201
>     Telephone:  (605) 886-5823
>     Email:  david@austinlawsd.com
>     ATTORNEYS FOR WATERTOWN DEVELOPMENT COMPANY