UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORRTH DAKOTA

In re:

| | |
|---|---|
| Generations on 1st LLC, | Bankr. No. 25-30002 |
| Debtor, | Chapter 11 |
| Parkside Place LLC, | Bankr. No. 25-30003 |
| Debtor, | Chapter 11 |
| The Ruins, LLC, | Bankr. No. 25-30004 |
| Debtor, | Chapter 11 |

CERTIFICATE OF SERVICE

David R. Strait, Attorney for Watertown Development Company, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: January 15, 2025

                                        AUSTIN, STRAIT, BENSON
                                        THOLE & KOEHN LLP

BY: _____
David R. Strait (SD Atty ID 1665)
Austin, Strait, Benson, Thole & Koehn LLP
25 First Avenue Southwest
Watertown, SD 57201
Telephone: (605) 886-5823
Email: david@austinlawsd.com
**ATTORNEYS FOR WATERTOWN DEVELOPMENT COMPANY**