UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> Generations on 1st LLC, <br><br>    Debtor. | Case No.: 25-30002 <br><br> Chapter 11 |
| In Re: <br><br> Parkside Place LLC, <br><br>    Debtor. | Case No. 25-30003 <br><br> Chapter 11 |
| In re: <br><br> The Ruins, LLC, <br><br>    Debtor. | Case No. 25-30004 <br><br> Chapter 11 |

## WITNESS LIST OF RED RIVER STATE BANK

Creditor Red River State Bank hereby provides the following Witness List with respect to the expedited hearing set for Thursday, January 16, 2025, at 10:00 a.m., regarding the following motions: [5] Motion for Joint Administration filed by Debtor Generations on 1st LLC, [11] Motion to Reject Management Agreement filed by Debtor Generations on 1st LLC, [12] Motion for Leave to Use Cash Collateral on an Interim and Final Basis filed by Debtor Generations on 1st LLC, and [13] Motion to Utilize FDIC-Insured Depository Accounts filed by Debtor Generations on 1st LLC.

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Charles Aaerstad<br>Red River State Bank<br>300 2nd Ave. West<br>Halstad, MN  56548 | Will | Loan documents, security for loans, loan balance, receivership issues |
| Danielle Harless<br>Red River State Bank<br>300 2nd Ave. West<br>Halstad, MN  56548 | Will | Loan documents, security for loans, loan balance, receivership issues |
| Lane Warzecha<br>Vice President of Development<br>HME Companies, LLC<br>Sioux Falls, SD | May | Receivership issues |

Red River State Bank reserves the right to call any witnesses identified by any other party.  Red River State Bank also reserves the right to call rebuttal witnesses as necessary.

Dated this 15th day of January, 2025.

                **VOGEL LAW FIRM**

BY:  */s/ Caren W. Stanley*
       Caren W. Stanley (#06100
       218 NP Avenue
       PO Box 1389
       Fargo, ND  58107-1389
       Telephone:  (701) 237-6983
       Fax:  (701) 476-7676
       Email: cstanley@vogellaw.com
       ATTORNEYS FOR RED RIVER STATE BANK