UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |

**ORDER DENYING MOTION TO REJECT MANAGEMENT AGREEMENT**

Debtors Generations on 1st, LLC and Parkside Place, LLC filed Motions to Reject Management Agreement. Doc. 11. On January 16, 2025, the Court held a preliminary hearing on the motions. For the reasons stated on the record, the motions are denied.

Dated: January 16, 2025.

Shon Hastings, Judge
United States Bankruptcy Court