**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| The Ruins, LLC, | ) | Bankruptcy No. 25-30004 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |

**ORDER GRANTING DEBTORS' MOTION**
**TO UTILIZE FDIC-INSURED DEPOSITORY ACCOUNTS**

Debtors Generations on 1st, LLC, Parkside Place, LLC, and The Ruins, LLC, filed a Motion to Utilize FDIC-Insured Depository Accounts. Doc. 13. The Court held an expedited hearing on the motion on January 16, 2025.

In their motion, Debtors argue that the Court should grant it authority to open and maintain depository accounts at institutions that are insured by the Federal Deposit Insurance Corporation but that are not necessarily participants in the debtor-in-possession bank account program. The Court received no objections from the parties who attended the hearing.

Based on the record, the Court finds cause for granting Debtors the relief they seek. Therefore,

**IT IS ORDERED** that Debtors Motion to Utilize FDIC-Insured Depository Accounts is granted. Debtor is authorized to open and maintain depository accounts at institutions that are insured by FDIC provided it complies with 11 U.S.C. § 345.

Dated: January 16, 2025.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT