# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |

### INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

Debtors Generations on 1st, LLC, and Parkside Place, LLC, filed Motions for Leave to Use Cash Collateral (Doc. 12) and Motions to Expedite Relief, seeking a prompt hearing on their request for interim relief pending a final hearing. Creditor Red River State Bank filed an objection. Doc. 31. The Court held a preliminary hearing on January 16, 2025.

Debtors and Red River State Bank reached an agreement regarding use of cash collateral, but they have not yet filed it. The parties agreed to file their stipulation, which will include terms consenting to and restricting Debtors' use of cash collateral, not later than **January 17, 2025**. Interested parties are granted until **January 24, 2025**, to object to the terms of the stipulation or any order approving use of cash collateral based on the stipulation.

Based upon the Motions, Parkside Place Receiver's Second Interim Report (Exhibit A) and Generations Receiver's Second Interim Report (Exhibit B), Debtors' representations at the hearing and other pleadings filed in this case, the Court finds that the interim relief is necessary to avoid immediate and irreparable harm. Therefore,

**IT IS ORDERED:**

1. The Motions are granted on an interim basis subject to the terms and conditions in this Interim Order. Debtors shall not use cash except as expressly authorized and permitted in this Order or by subsequent order of the Court.

Parkside Place is authorized to use not more than $1,500 in cash deposited in its accounts from January 6, 2025, to January 27, 2025, to pay costs and expenses of its operations consistent with the expenses listed in the budget marked as Exhibit 1 [Doc. 25-1].

Generations is authorized to use not more than $1,500 in cash deposited in its accounts from January 6, 2025, to January 27, 2025, to pay costs and expenses of its operations consistent with the expenses listed in the budget marked as Exhibit 2 [Doc. 25-2].

2. A Final Hearing on the Motions for an Order Authorizing the Use of Cash Collateral will be held on **Tuesday, January 28, 2025, at 10:00 a.m. in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**. Additional objections to the motions, if any, must be filed not later than **Thursday, January 23, 2025**. If the Court receives no objections to the motions or if the objections are withdrawn, the Court may enter an order granting the relief requested and cancel the hearing.

Dated: January 16, 2025.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

2