IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor, Jointly Administered | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor, Jointly Administered | ) | |
| _____ | ) | |

**<u>NOTICE OF FILING CASH COLLATERAL STIPULATION</u>**

Come now Generations on 1st, LLC ("Generations") and Parkside Place, LLC ("Parkside") (collectively, the "Debtors" and each a "Debtor"), by and through undersigned counsel, pursuant to this Honorable Court's Interim Order Authorizing Use of Cash Collateral, DE #42, and file herewith a stipulation between the Debtors and Red River State Bank ("RRSB") concerning the use of cash collateral in these jointly administered cases.

The Debtors and RRSB reasonably anticipate an amended stipulation will be filed, on or before Tuesday, January 21, 2025, in which the monetary figures in paragraphs D, E, 5(i), 5(iii), and 10 may be altered. These changes will be solely correlative to the Debtors and RRSB receiving final figures concerning the total monies being turned over by a third party custodian that formerly acted as a receiver. Aside from the dates accompanying signatures, it is not reasonably anticipated any other provisions will be altered, and the substantive provisions of the stipulation have been formally agreed to by the Debtors and RRSB (subject to approval by this Honorable Court, per section 16 of the stipulation).

*[Signature on Following Page]*

1

                                                              Respectfully Submitted,

Dated: January 17, 2025        By:    /s/ Maurice B. VerStandig
                                                                Maurice B. VerStandig, Esq.
                                                                The Dakota Bankruptcy Firm
                                                                1630 1st Avenue N
                                                                Suite B PMB 24
                                                                Fargo, North Dakota 58102-4246
                                                               Phone: (701) 394-3215
                                                               mac@dakotabankruptcy.com
                                                               *Proposed Counsel for the Debtors*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 17th day of January, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                                       /s/ Maurice B. VerStandig
                                                                       Maurice B. VerStandig