Telephone: (701) 394-3215          **THE DAKOTA BANKRUPTCY FIRM**          Toll Free: (855) 987-DEBT

Date: January 21, 2025

Bankruptcy Clerk's Office
Quentin N. Burdick United States Courthouse
655 1st Ave North, Suite 210
Fargo, ND 58102

> **RE:   Correspondence to Update Address of Creditor**
> **Case No. 25-30002, Generations on 1st LLC., Debtor**

Dear Clerk of the Court,

Please take notice that the address of the following creditor in the above-referenced case has been updated as follows:

**Previous Address:**
Blacktail Investments, LLC
PO Box 628
Fargo, ND 58107

**Updated Address:**
Blacktail Investments, LLC
PO Box 629
Fargo, ND 58107

Respectfully submitted,

By:   /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

**1 of 1**
*We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.*