UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| Generations on 1st LLC, | Bankr. No. 25-30002 |
| Debtor, Jointly Administered | Chapter 11 |
| Parkside Place LLC, | Bankr. No. 25-30003 |
| Debtor, Jointly Administered | Chapter 11 |

**MOTION TO APPEAR BY TELEPHONE**

1. Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by telephone on Tuesday, January 28, 2025, at 10:00 a.m. on   Motion for Joint Administration, Motion to Reject Management Agreement, Motion for Leave to Use Cash Collateral on a Final Basis and Stipulation.

2. The UST does not anticipate any objections to the motions. Upon information and belief, the Debtor will file an amended Stipulation for use of cash collatearl to address a resolution of the IOLTA bank account issue raised at the interim hearing.  Therefore, if a hearing is held, the UST wishes to monitor the hearing.  Travel for such a limited purpose would be burdensome and expensive.

WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated: January 24, 2025

MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

 /s/ Sarah J. Wencil
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| **Generations on 1st LLC,** | **Bankr. No. 25-30002** |
|    Debtor, Jointly Administered | Chapter 11 |
| **Parkside Place LLC,** | **Bankr. No. 25-30003** |
|    Debtor, Jointly Administered | Chapter 11 |

**CERTIFICATE OF SERVICE**

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   January 24, 2025

/s/ Sarah J. Wencil
Sarah J. Wencil