UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING
MOTION FOR JOINT ADMINISTRATION**

Debtors Generations on 1st, LLC, Parkside Place, LLC, and The Ruins, LLC, filed a Motion for Joint Administration.  Doc. 5.  On January 16, 2025, the Court held a preliminary hearing on the motion.  At the hearing, Debtor The Ruins advised that it is no longer seeking joint administration with the other Debtors.

For the reasons stated on the record at the preliminary hearing, the Court finds that Debtors Generations and Parkside Place are related entities controlled by the same individual, and that joint administration of Debtors' estates does not appear to create conflicts of interest or harm creditors.  Based on the record, it is also apparent that joint administration will save time and expense.  Accordingly, the Court finds cause for jointly administering Generations and Parkside Place.

**IT IS ORDERED** that Debtors' Motion for Joint Administration is granted.  In re Generations on 1st, LLC, Bankruptcy No. 25-30002, is designated the lead case.  All documents must be filed in the lead case, except for claims, schedules, statements and amendments to schedules and statements.  Each Debtor must maintain its own claims register, and all proofs of claim must be filed in the appropriate case. Unless ordered otherwise, Debtors will file a combined plan of reorganization, given the intertwined operations.

All parties shall use the following caption:

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |

The Clerk shall enter the following note in Parkside Place, LLC, (Bk. No. 25-30003):

The Court entered an Order directing the joint administration of the following Chapter 11 cases: Generations on 1st, LLC (Case No. 25-30002) and Parkside Place, LLC (Case No. 25-30003). The Docket in Case No. 25-30002 should be consulted for all matters affecting this case, and all further filings, except for proofs of claim, schedules, statements and amendments to schedules and statements, should be made in Case No. 25-30002.

Dated:  January 27, 2025.


Shon Hastings, Judge
United States Bankruptcy Court