2/18/2025 9:20 PM

**Payables Aging Report**

Period: -01/2025

As of : 01/31/2025

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTOMATIC BUILDING CONTROLS | | | | | | | | | | | | |
| | | PS Expense Acct | 1/16/2025 | 1/16/2025 | 6235 Electrical/Fire Prevention | 011625 | 923.94 | 923.94 | 0.00 | 0.00 | 0.00 | PRE-PAY FOR FIRE ALARM TESTING, REQUIRED FOR FIRE CODE |
| **AUTOMATIC BUILDING CONTROLS** | | | | | | | **923.94** | **923.94** | **0.00** | **0.00** | **0.00** | |
| | | | | | | | | | | | | |
| WMU WATERTOWN MUNICIPAL UTILITIES | | | | | | | | | | | | |
| | | PS Expense Acct | 1/10/2025 | 1/10/2025 | 7801 Electricity-Building | 011025 | 5,500.00 | 5,500.00 | 0.00 | 0.00 | 0.00 | DEPOSIT FOR PARKSIDE BKTCY ACCT |
| **WMU WATERTOWN MUNICIPAL UTILITIES** | | | | | | | **5,500.00** | **5,500.00** | **0.00** | **0.00** | **0.00** | |
| | | | | | | | | | | | | |
| **Grand Total** | | | | | | | **6,423.94** | **6,423.94** | **0.00** | **0.00** | **0.00** | |