Balance Sheet Page 1

Owner =  PARKSIDE PLACE (all properties)
Month = Jan 2025
Book = Cash

| ACCOUNT | CURRENT BALANCE |
|---|---|
| Parkside Apartment DIP Checking | -10,819.05 |
| Parkside Real Estate Tax Escrow | 6,903.87 |
| **Total DIP Checking Account** | **-3,915.18** |
| The Dakota Bankruptcy Firm Trust | 73,500.00 |
| | |
| Property and Equipment | |
| Buildings | 6,350,000.00 |
| Appliances/AC | 205,000.00 |
| Land | 425,000.00 |
| Total Property and Equipment | 6,980,000.00 |
| | |
| **Total Assets** | **7,049,584.82** |
| | |
| **LIABILITIES & CAPITAL** | |
| | |
| Liabilities | |
| Parkside Security Deposits DIP Acct | 40,510.00 |
| Mortgage 1st | 4,020,752.48 |
| Total Liabilities | 3,980,242.48 |
| | |
| Capital | |
| Retained Earnings | 3,069,342.34 |
| Total Capital | 3,069,342.34 |
| | |
| **Total Liabilities & Capital** | **7,049,584.82** |

Tuesday, February 18, 2025
02:40 PM