PARKSIDE DIP APT  Page 1
Bank Rec In-Progress Report

Balance Per Bank Statement as of 01/31/2025  0.97

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 01/31/2025 | 20003 | ACTIVE HEATING INC | 329.22 |
| 01/31/2025 | 20004 | Alexis Burbach | 755.16 |
| 01/31/2025 | 20005 | BLUEPEAK | 247.63 |
| 01/31/2025 | 20006 | CP BUSINESS MANAGEMENT | 19.13 |
| 01/31/2025 | 20007 | GLASS PRODUCTS | 334.16 |
| 01/31/2025 | 20008 | JAXON SCHMIDT | 120.00 |
| 01/31/2025 | 20009 | SETHS SCAPES | 260.19 |
| 01/31/2025 | 20010 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,392.90 |
| 01/31/2025 | 20011 | Mindy Craig | 11.25 |
| 01/31/2025 | 20013 | CP BUSINESS MANAGEMENT | 984.48 |
| 01/31/2025 | 20014 | JESSE CRAIG | 849.03 |
| 01/31/2025 | 20015 | CP BUSINESS MANAGEMENT | 38.00 |
| 01/29/2025 | 20002 | Mindy Craig | 1,748.74 |

Less: Outstanding Checks  8,089.89

**Other Items**

| Date | Notes | | Amount |
|---|---|---|---|
| 01/31/2025 | JE 4027 | RE Tax Escrow (payable 4/31) | -6,903.87 |

Plus / Minus: Other Items  -6,903.87
Reconciled Bank Balance  -14,992.79

Balance per GL as of 01/31/2025  -13,244.05
Reconciled Balance Per G/L  -13,244.05

Difference  -1,748.74

**Cleared Items:**
**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 2023 | yardi test ach | 0.20 | 01/31/2025 |
| 01/30/2025 | 2025 | tx from 1110 | 1.00 | 01/31/2025 |

Total Cleared Deposits  1.20

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 1 | yardi | -0.23 | 01/31/2025 |

Total Cleared Other Items  -0.23

Tuesday, February 18, 2025
04:38 PM