## Owner Statement

Owner = PARKSIDE PLACE (all properties)

Month = Jan 2025

Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|---|---|---|---|---|---:|---:|---:|
| | | | | **Beginning Balance** | | | 0.00 |
| 1/30/2025 | tx from 1110 | Parkside Place | CP Business | tx from 1110 to prevent overdraft from Yardi test | 1.00 | 0.00 | 1.00 |
| 1/30/2025 | 1 | Parkside Place | yardi | yardi test ach | 0.00 | 0.23 | 0.77 |
| 1/30/2025 | yardi test ach | Parkside Place | yardi | | 0.20 | 0.00 | 0.97 |
| 1/31/2025 | 20003 | Parkside Place | ACTIVE HEATING INC | HME BILL, plugged pressure hose. | 0.00 | 329.22 | -328.25 |
| 1/31/2025 | 20004 | Parkside Place | Alexis Burbach | sales tax | 0.00 | 32.41 | -360.66 |
| 1/31/2025 | 20004 | Parkside Place | Alexis Burbach | 20.5 hrs | 0.00 | 522.75 | -883.41 |
| 1/31/2025 | 20004 | Parkside Place | Alexis Burbach | 2309 | 0.00 | 200.00 | -1,083.41 |
| 1/31/2025 | 20005 | Parkside Place | BLUEPEAK | | 0.00 | 247.63 | -1,331.04 |
| 1/31/2025 | 20015 | Parkside Place | CP BUSINESS MANAG | software fee | 0.00 | 38.00 | -1,369.04 |
| 1/31/2025 | 20013 | Parkside Place | CP BUSINESS MANAG | collected rents | 0.00 | 46.25 | -1,415.29 |
| 1/31/2025 | 20006 | Parkside Place | CP BUSINESS MANAG | jan 6-15 (AB .75hrs) | 0.00 | 19.13 | -1,434.42 |
| 1/31/2025 | 20013 | Parkside Place | CP BUSINESS MANAG | misc mgr | 0.00 | 200.00 | -1,634.42 |
| 1/31/2025 | 20013 | Parkside Place | CP BUSINESS MANAG | misc prof | 0.00 | 250.00 | -1,884.42 |
| 1/31/2025 | 20013 | Parkside Place | CP BUSINESS MANAG | offsite equip/supplies | 0.00 | 102.13 | -1,986.55 |
| 1/31/2025 | 20013 | Parkside Place | CP BUSINESS MANAG | offsite office rent | 0.00 | 317.54 | -2,304.09 |
| 1/31/2025 | 20013 | Parkside Place | CP BUSINESS MANAG | offsite utilties | 0.00 | 68.56 | -2,372.65 |
| 1/31/2025 | 20007 | Parkside Place | GLASS PRODUCTS | (HME BILL)  2212 WINDOW LOCK | 0.00 | 102.85 | -2,475.50 |
| 1/31/2025 | 20007 | Parkside Place | GLASS PRODUCTS | (HME BILL)  2312 WINDOW LOCK | 0.00 | 102.85 | -2,578.35 |
| 1/31/2025 | 20007 | Parkside Place | GLASS PRODUCTS | (HME BILL) 2401 WINDOW LATCH X2 | 0.00 | 128.46 | -2,706.81 |
| 1/31/2025 | 20008 | Parkside Place | JAXON SCHMIDT | JAN 27TH 4 HRS | 0.00 | 120.00 | -2,826.81 |
| 1/31/2025 | 20014 | Parkside Place | JESSE CRAIG | 73 UNITS, $45/UNIT, 15 DAYS, PRORATED | 0.00 | 849.03 | -3,675.84 |
| 1/31/2025 | 20011 | Parkside Place | Mindy Craig | torch kit for lock box (split w/ parkside) | 0.00 | 11.25 | -3,687.09 |
| 1/31/2025 | 20009 | Parkside Place | SETHS SCAPES | (HME BILL) SNOW 1/9, 1/13 | 0.00 | 260.19 | -3,947.28 |
| 1/31/2025 | 20010 | Parkside Place | WMU WATERTOWN M | 1/6-1/22 dates vacants | 0.00 | 117.69 | -4,064.97 |
| 1/31/2025 | 20010 | Parkside Place | WMU WATERTOWN M | 1/6-1/22 house electric | 0.00 | 446.68 | -4,511.65 |
| 1/31/2025 | 20010 | Parkside Place | WMU WATERTOWN M | 1/6-1/22 house gas | 0.00 | 129.33 | -4,640.98 |
| 1/31/2025 | 20010 | Parkside Place | WMU WATERTOWN M | 1/6-1/22 house sewer | 0.00 | 1,461.96 | -6,102.94 |
| 1/31/2025 | 20010 | Parkside Place | WMU WATERTOWN M | 1/6-1/22 house water | 0.00 | 237.24 | -6,340.18 |
| 1/31/2025 | N/A | Parkside Place | JE-4027 | RE Tax Escrow (payable 4/31) | 0.00 | 6,903.87 | -13,244.05 |
| 2/2/2025 | 14002518 | Parkside Place | GARY HOFER | rec'd jan rent in Feb. | 925.00 | 0.00 | -12,319.05 |
| 2/3/2025 | TRUST Wire | Parkside Place | PARKSIDE PLACE | per amgt; January operating funds | 1,500.00 | 0.00 | -10,819.05 |
| | | | | **Ending Balance** | **2,426.20** | **13,245.25** | **-10,819.05** |
| | | | | Reserves Needed | | 0.00 | |