Aged Receivable

Page 1

Property = Parkside Place   Status: Current   Month From: 01/2025

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-Payments | Total Owed |
|---|---|---|---:|---:|---:|---:|---:|---:|---:|
| Parkside Place | | | | | | | | | |
| Parkside Place | CASPER RILEY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -980.00 | -980.00 |
| Parkside Place | PEERY CHANDLER | Current | 1,006.48 | 0.00 | 0.00 | 0.00 | 1,006.48 | 0.00 | 1,006.48 |
| Parkside Place | HOFER GARY | Current | 45.00 | 45.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45.00 |
| **Parkside Place** | | | **1,051.48** | **45.00** | **0.00** | **0.00** | **1,006.48** | **-980.00** | **71.48** |
| | | | | | | | | | |
| **Grand Total** | | | **1,051.48** | **45.00** | **0.00** | **0.00** | **1,006.48** | **-980.00** | **71.48** |

UserId : mcraig@cpbusmgt.com   Date : 02/18/2025   Time : 23:25

Tuesday, February 18, 2025
05:25 PM