2/18/2025 3:08 PM

# Rent Roll

Property =  Parkside Place

As Of = 01/30/2025

Month = 01/2025

| Unit | Tenant Name | Rent | Tenant Deposit | CAM | Misc /Incentive | Move In | Lease Expiration | Move Out | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice/Vacant Tenants** | | | | | | | | | |
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 519.04 | 0.00 | 09/01/2021 | 08/31/2026 | | 0.00 |
| 202 | COUNTY FAIR FOODS OF WATERTOW | 1,290.00 | 2,000.00 | 267.15 | 0.00 | 10/01/2021 | 09/30/2026 | | 0.00 |
| 2201 | ERIN KRAVIK | 925.00 | 925.00 | 0.00 | 0.00 | 05/04/2024 | 05/31/2025 | | 0.00 |
| 2202 | HOLLY // LISA OHMAN | 1,025.00 | 965.00 | 0.00 | 0.00 | 08/01/2022 | | | 0.00 |
| 2203 | ZOIE FRASER | 667.10 | 750.00 | 0.00 | 0.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2204 | INDY OSENDORF | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 04/13/2024 | 05/31/2025 | | 0.00 |
| 2205 | QUINN KOTEK | 925.00 | 925.00 | 0.00 | 0.00 | 07/01/2024 | 06/30/2025 | | 0.00 |
| 2206 | JAMES BRUMBAUGH | 1,025.00 | 980.00 | 0.00 | 0.00 | 04/01/2023 | 03/31/2024 | | 0.00 |
| 2207 | MARGARET MELAND | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 08/05/2024 | 08/31/2025 | | 0.00 |
| 2208 | WILLIAM JOHNSON | 1,025.00 | 945.00 | 0.00 | 0.00 | 03/01/2022 | | | 0.00 |
| 2209 | MARIAH GAUKLER | 980.00 | 980.00 | 0.00 | 0.00 | 05/01/2023 | 04/30/2024 | | 0.00 |
| 2210 | Mark Keller | 1,025.00 | 945.00 | 0.00 | 0.00 | 03/11/2022 | | | 0.00 |
| 2211 | JARED SAUER | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 2212 | CHANNELLE COSS | 667.10 | 750.00 | 0.00 | 0.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2301 | SHANYA MEHLHAFF | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 10/01/2023 | 09/30/2024 | | 0.00 |
| 2302 | TIFFANY SANDERSON | 1,025.00 | 980.00 | 0.00 | 0.00 | 01/01/2023 | 12/31/2023 | | 0.00 |
| 2303 | SAMANTHA ADAM | 1,025.00 | 945.00 | 0.00 | 0.00 | 05/10/2022 | 04/30/2025 | | 0.00 |
| 2304 | CHANDLER PEERY | 925.00 | 925.00 | 0.00 | 0.00 | 05/10/2024 | 05/31/2025 | | 1,006.48 |
| 2305 | BAYLEE BOESE | 1,025.00 | 750.00 | 0.00 | -55.00 | 12/04/2024 | 12/31/2025 | | 0.00 |
| 2306 | GARY HOFER | 925.00 | 925.00 | 0.00 | 0.00 | 05/15/2024 | 05/31/2025 | | 45.00 |
| 2307 | ANDREW BOT | 925.00 | 925.00 | 0.00 | 0.00 | 07/16/2024 | 07/31/2025 | | 0.00 |
| 2308 | JORGE ROSA | 667.10 | 1,000.00 | 0.00 | -85.00 | 01/10/2025 | 01/09/2026 | | 0.00 |
| 2309 | MITCHELL NEWMAN | 1,025.00 | 980.00 | 0.00 | 0.00 | 03/01/2023 | 02/29/2024 | 02/28/2025 | 0.00 |
| 2310 | JOSHUA MEEHL | 1,025.00 | 750.00 | 0.00 | 0.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2311 | NATHAN SIK | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 06/01/2024 | 05/31/2025 | | 0.00 |
| 2312 | NATHAN SCHENKEL | 925.00 | 925.00 | 0.00 | 0.00 | 06/01/2024 | 05/31/2025 | | 0.00 |
| 2401 | ALLYSON HOLDEN | 1,025.00 | 750.00 | 0.00 | -80.00 | 11/18/2024 | 11/30/2025 | | 0.00 |
| 2402 | RILEY CASPER | 980.00 | 980.00 | 0.00 | 0.00 | 08/01/2023 | 04/30/2024 | 03/31/2025 | -980.00 |

2/18/2025 3:08 PM

# Rent Roll

Property = Parkside Place

As Of = 01/30/2025

Month = 01/2025

| Unit | Tenant Name | Rent | Tenant Deposit | CAM | Misc /Incentive | Move In | Lease Expiration | Move Out | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2403 | MADELYN PUGSLEY | 985.00 | 750.00 | 0.00 | 0.00 | 01/01/2025 | 12/31/2025 | | 0.00 |
| 2404 | BRANDON BROWN | 1,025.00 | 980.00 | 0.00 | 0.00 | 12/01/2022 | 12/31/2025 | | 0.00 |
| 2405 | DEBBIE STUCHL | 1,025.00 | 1,025.00 | 0.00 | -50.00 | 10/01/2024 | 09/30/2025 | | 0.00 |
| 2406 | KURTIS JOHNSON | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 05/01/2024 | 04/30/2025 | 06/30/2025 | 0.00 |
| 2407 | COLE WEGNER | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 08/14/2024 | 08/31/2025 | | 0.00 |
| 2408 | JOSEPH NOELDNER | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 09/01/2023 | 08/31/2024 | | 0.00 |
| 2409 | JOSHUA GILLILAND | 1,025.00 | 500.00 | 0.00 | 0.00 | 12/01/2021 | | | 0.00 |
| 2410 | ANDY NGUYEN | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 11/01/2023 | 12/31/2023 | | 0.00 |
| 2411 | MARLYS HOLUBOK | 995.00 | 980.00 | 0.00 | 0.00 | 06/01/2023 | 05/31/2024 | | 0.00 |
| 2412 | BENJAMIN WAGNER | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 06/01/2024 | 05/31/2025 | | 0.00 |
| **Total** | **Parkside Place** | **38,869.30** | **39,485.00** | **786.19** | **-270.00** | | | | **71.48** |