# Starion Bank

PO Box 848
Mandan, ND 58554

>000414 7884992 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

**Statement Ending 01/31/2025**

PARKSIDE PLACE LLC                                      Page 1 of 2
Customer Number: 

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |

## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING |  | $0.97 |

## ND STAR CHECKING - ████8688

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/24/2025 | Beginning Balance | $0.00 |
| | 2 Credit(s) This Period | $1.20 |
| | 1 Debit(s) This Period | $0.23 |
| 01/31/2025 | Ending Balance | $0.97 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 01/30/2025 | CPBUSINESSMANAGE Settlement ████ 17230 | $0.20 |
| 01/30/2025 | 531022 ONLINE BANKING DEPOSIT FROM ND PROGRESSIVE CK XXXXXX2258 ON 1/30/25 | $1.00 |

*[handwritten: "Yardi testing ACH process" / "From Apt chking"]*

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 01/30/2025 | CPBUSINESSMANAGE Settlement ████ 2726 | $0.23 |

### Daily Balances

| Date | Amount |
|---|---|
| 01/30/2025 | $0.97 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |


Equal Housing Lender · Member FDIC