UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.:  25-30002 |
|---|---|
| Generations on 1st LLC, | Chapter 11 |
| Debtor. | |
| In Re: | Case No. 25-30003 |
| Parkside Place LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

## NOTES ACCOMPANYING JANUARY MONTHLY
## OPERATING REPORT FOR PARKSIDE PLACE LLC

1.  **Cash Balance Beginning of the Month.**  The debtor does not have access to the bank account statements for HME Companies, LLC, the Court-appointed Receiver ("Receiver"). However, pursuant to the stipulation governing the use of cash collateral ("Stipulation"), as of January 6, 2025 (the "Petition Date"), the receiver was holding pre-petition rents for Parkside Place, LLC ("Parkside" or the "Debtor") in the amount of $124,341.92. The Debtor acknowledges that, without access to the detailed statement, this figure cannot be independently verified.

2.  **Gross Income Statement/Sales.** The gross income statement and sales figures were previously provided to the Debtor by the Receiver. The Debtor relies on these figures as accurate representations of the gross income generated from post-petition rent collected.

1

| Date | Tenant Name | Receiving Party | Amount Collected |
|------|-------------|-----------------|------------------|
| 01/08/2025 | ZOIE FRASER- Rent | HME Companies | 667.10 |
| 01/09/2025 | GT BROTHERS- Rent | HME Companies | 2,513.00 |
| 01/09/2025 | GT BROTHERS- CAM | HME Companies | 519.04 |
| 01/10/2025 | JORGE ROSA- Rent | HME Companies | 667.10 |
| 01/10/2025 | CHANNELLE COSS- Rent | HME Companies | 667.10 |
| 01/15/2025 | DEBBIE STUCHL- Rent | HME Companies | 975.00 |
| 01/17/2025 | MARIAH GAUKLER- Rent | HME Companies | 980.00 |
| | | TOTAL | $6,988.34 |

3.      **Accounts Receivable.** The Debtor is currently in the process of verifying the validity of accounts receivable for balances outstanding beyond 30 days. This review has become necessary due to multiple transactions in tenant payment systems, evidencing a flow of money changing hands three or more times. Correlative with these transactions, some balances were not properly identified in a timely manner—particularly when Red River State Bank had imposed an assignment of rents, pre-receivership, but was not providing rent collection reports and/or tenant names. As a result, certain amounts could not be reconciled before the Receiver took over.

4.      **Summary of New Leases Signed, Short Cancel Notification, and Lease Ended.** Under this reporting period, one new lease was signed, no short cancel notifications were issues, and no leases ended.

5.      **Transactions in Which Cash Collateral was Utilized**

2/18/2025 3:34 PM

**Owner Statement**

Owner =  PARKSIDE PLACE (all properties)

Month = Jan 2025

Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Beginning Balance | | | 0.00 |
| 1/30/2025 | tx from 1110 | Parkside Place | CP Business | tx from 1110 to prevent overdraft from Yardi test | 1.00 | 0.00 | 1.00 |
| 1/30/2025 | 1 | Parkside Place | yardi | yardi test ach | 0.00 | 0.23 | 0.77 |
| 1/30/2025 | yardi test ach | Parkside Place | yardi | | 0.20 | 0.00 | 0.97 |
| 1/31/2025 | 20003 | Parkside Place | ACTIVE HEATING INC | HME BILL, plugged pressure hose. | 0.00 | 329.22 | -328.25 |
| 1/31/2025 | 20004 | Parkside Place | Alexis Burbach | sales tax | 0.00 | 32.41 | -360.66 |
| 1/31/2025 | 20004 | Parkside Place | Alexis Burbach | 20.5 hrs | 0.00 | 522.75 | -883.41 |
| 1/31/2025 | 20004 | Parkside Place | Alexis Burbach | 2309 | 0.00 | 200.00 | -1,083.41 |
| 1/31/2025 | 20005 | Parkside Place | BLUEPEAK | | 0.00 | 247.63 | -1,331.04 |
| 1/31/2025 | 20015 | Parkside Place | CP BUSINESS MANAG | software fee | 0.00 | 38.00 | -1,369.04 |
| 1/31/2025 | 20013 | Parkside Place | CP BUSINESS MANAG | collected rents | 0.00 | 46.25 | -1,415.29 |
| 1/31/2025 | 20006 | Parkside Place | CP BUSINESS MANAG | Jan 6-15 (AB .75hrs) | 0.00 | 19.13 | -1,434.42 |
| 1/31/2025 | 20013 | Parkside Place | CP BUSINESS MANAG | misc mgr | 0.00 | 200.00 | -1,634.42 |
| 1/31/2025 | 20013 | Parkside Place | CP BUSINESS MANAG | misc prof | 0.00 | 250.00 | -1,884.42 |
| 1/31/2025 | 20013 | Parkside Place | CP BUSINESS MANAG | offsite equip/supplies | 0.00 | 102.13 | -1,986.55 |
| 1/31/2025 | 20013 | Parkside Place | CP BUSINESS MANAG | offsite office rent | 0.00 | 317.54 | -2,304.09 |
| 1/31/2025 | 20013 | Parkside Place | CP BUSINESS MANAG | offsite utilties | 0.00 | 68.56 | -2,372.65 |
| 1/31/2025 | 20007 | Parkside Place | GLASS PRODUCTS | (HME BILL)  2212 WINDOW LOCK | 0.00 | 102.85 | -2,475.50 |
| 1/31/2025 | 20007 | Parkside Place | GLASS PRODUCTS | (HME BILL)  2312 WINDOW LOCK | 0.00 | 102.85 | -2,578.35 |
| 1/31/2025 | 20007 | Parkside Place | GLASS PRODUCTS | (HME BILL) 2401 WINDOW LATCH X2 | 0.00 | 128.46 | -2,706.81 |
| 1/31/2025 | 20008 | Parkside Place | JAXON SCHMIDT | JAN 27TH 4 HRS | 0.00 | 120.00 | -2,826.81 |
| 1/31/2025 | 20014 | Parkside Place | JESSE CRAIG | 73 UNITS, $45/UNIT, 15 DAYS, PRORATED | 0.00 | 849.03 | -3,675.84 |
| 1/31/2025 | 20011 | Parkside Place | Mindy Craig | torch kit for lock box (split w/ parkside) | 0.00 | 11.25 | -3,687.09 |
| 1/31/2025 | 20009 | Parkside Place | SETHS SCAPES | (HME BILL) SNOW 1/9, 1/13 | 0.00 | 260.19 | -3,947.28 |
| 1/31/2025 | 20010 | Parkside Place | WMU WATERTOWN M | 1/6-1/22 dates vacants | 0.00 | 117.69 | -4,064.97 |
| 1/31/2025 | 20010 | Parkside Place | WMU WATERTOWN M | 1/6-1/22 house electric | 0.00 | 446.68 | -4,511.65 |
| 1/31/2025 | 20010 | Parkside Place | WMU WATERTOWN M | 1/6-1/22 house gas | 0.00 | 129.33 | -4,640.98 |
| 1/31/2025 | 20010 | Parkside Place | WMU WATERTOWN M | 1/6-1/22 house sewer | 0.00 | 1,461.96 | -6,102.94 |
| 1/31/2025 | 20010 | Parkside Place | WMU WATERTOWN M | 1/6-1/22 house water | 0.00 | 237.24 | -6,340.18 |
| 1/31/2025 | N/A | Parkside Place | JE-4027 | RE Tax Escrow (payable 4/31) | 0.00 | 6,903.87 | -13,244.05 |
| 2/2/2025 | 14002518 | Parkside Place | GARY HOFER | rec'd jan rent in Feb. | 925.00 | 0.00 | -12,319.05 |
| 2/3/2025 | TRUST Wire | Parkside Place | PARKSIDE PLACE | per amgt; January operating funds | 1,500.00 | 0.00 | -10,819.05 |
| | | | | Ending Balance | 2,426.20 | 13,245.25 | -10,819.05 |
| | | | | Reserves Needed | | 0.00 | |

6.      **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly setoff by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20003

01/31/25

$329.22*****

TO THE
ORDER OF     **** THREE HUNDRED TWENTY NINE AND 22/100 DOLLARS

ACTIVE HEATING INC
115 N MAPLE
WATERTOWN, SD    57201                        NON-NEGOTIABLE



Active Heating
115 N. Maple, Watertown, SD 57201
(605) 882-2663
www.activeheatinginc.com

**BILL TO**
HME Companies
432 5th Street
Brookings, SD 57006 USA

| INVOICE | INVOICE DATE |
|---------|--------------|
| 120197  | Jan 24, 2025 |

**JOB ADDRESS**
Parkside Place - Quickcare/ Downtown Drug
26 2nd Street Northeast #101
Watertown, SD 57201 USA

### DESCRIPTION OF WORK

01/14/2025 - Service call for heat not keeping up in Quick Care office (north tenant). System is a 2 stage Heil furnace with a Honeywell zone kit and two zones. Tested operations of both zone dampers, thermostats, and furnace. Furnace had multiple codes for high stage pressure switch. Diagnosed plugged pressure switch hose. Cleared blockage, condensate drain, and hoses. Tested system operation from each thermostat. System is operating properly at this time.

| TASK | DESCRIPTION | QTY | PRICE | TOTAL |
|------|-------------|-----|-------|-------|
| 1 | Labor | 1.00 | $310.00 | $310.00 |

| | |
|---|---|
| **SUB-TOTAL** | $310.00 |
| **SD STATE SALES TAX 4.2%** | $13.02 |
| **WATERTOWN CITY SALES TAX 2%** | $6.20 |
| **TOTAL DUE** | $329.22 |
| **BALANCE DUE** | $329.22 |

Thank you for choosing Active Heating.
This invoice is payable upon receipt. A finance charge will be assessed on all past due accounts of 1.5% per month on the new balance after payment or credits. A service fee will be charged for any returned checks.

CUSTOMER AUTHORIZATION

I authorize Active Heating to perform the recommended work as presented to, and chosen by, me. I agree that the amount set forth in the space marked "Total Due" is the price I have agreed to. I also understand that payment for such services is payable immediately upon completion and that the warranty expressed only covers the repairs made today and does not imply a warranty on the entire system. Warranty repairs are to be performed during Active Heating's regular business hours.

Sign here                                    Date   1/14/2025

CUSTOMER ACKNOWLEDGEMENT

I acknowledge that all work performed by Active Heating has been completed in a satisfactory and workmanlike manner. I
have been given the opportunity to address concerns and/or discrepancies in the work provided, and I either have no such
concerns or have found no discrepancies or they have been addressed to my satisfaction. My signature here signifies my full
and final acceptance of all work performed by the contractor.

Sign here                                    Date   1/14/2025

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20004

01/31/25

$755.16*****

TO THE
ORDER OF

**** SEVEN HUNDRED FIFTY FIVE AND 16/100 DOLLARS

Alexis Burbach
813 2nd St NW
Watertown, SD    57201

NON-NEGOTIABLE

Alexis Hours Jan 15-31 2025: **20.5**
Incentives: **2309 David T**
Sales Tax: $**32.41**

Parkside: 20.5

- 1/17 10:30-11:30 walk through with mindy
- 1/17 3:30-4:00 turn out memos handed out – painter talked with on what she had left per HME instructions
- 1/20 3:00-4:00 questions from 2306 – find missing dolly – walk through building – clean up garbage in parking garage
- 1/21 1:30-2:00 walk through with jaxon showing him around and instructions on some to dos for an idea of what he will expect from maintenance
- 1/22 11:00-11:15 try lock box – HME confirms lockbox code hasn't changed
- 1/22 2:30-3:00 deicer in lockbox
- 1/22 5:00-5:30 try lockbox one more time – ran into 2306, questions on maintenance for fan looked at and end piece counter top piece – look for any additional wet paint signs to be taken down
- 1/24 11:15-1:15 lock box code changed, updated in system – walk building – janitor closets cleaned out on 4th, 3rd, 2nd, - still some larger tenant items jaxon will get – garbage pick up walk through in garage –
- 1/27 9:30-9:45 maintenance scheduled for 2410 bedroom door – jaxon and tenants notified
- 1/27 9:45-1:00 renewal lease 2303 adams sent – move in sheet – leads back to back – update list – tenants text for email verification
- 1/27 1:30-2:30 memo check in sheets handed out – move sheets handed out for 2309, 2402 – look over maintenance that was done by jaxon –
- 1/27 3:45-4:00 showing David 2309
- 1/27 4:00-4:30 showing Laura 2309
- 1/28 9:30-10:00 renewal lease 2404 brown
- 1/28 12:15-12:45 showing Hayden 2309 – thermostats measured for covers – patio looked over for snow
- 1/28 2:15-4:45 apps processed joseph cosigner – hayden – notifed both on whats needed – maintenance contacted – files saved and uploaded – look over 2203 hme lease – to dos notes and updated
- 1/29 10:45-11:45 texts and lease for 2203 – emails gone through for updated new tenants –
- 1/29 12:15-1:00 lease for 2212 – leads – emails
- 1/29 1:45-2:45 leads contacted from HME – apartments.com not updated in time
- 1/30 12:00-2:00 finish re do leases for parkside new tenants
- 1/31 9:45-10:30 showing missy 2402 – 2306 help with window closing -



**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

01/31/25

20005

TO THE
ORDER OF

**** TWO HUNDRED FORTY SEVEN AND 63/100 DOLLARS

$247.63******

BLUEPEAK
PO BOX 5002
SIOUX FALLS, SD   57117-5002

NON-NEGOTIABLE



## Contact Us
**www.mybluepeak.com
866-991-9722**



@HelloBluepeak



page 1 of 4

| | |
|---|---|
| **Account Number:** | 045515701 |
| **Billing Date:** | 01/20/25 |
| **Total Amount Due:** | **$247.63** |
| **Payment Due By:** | 02/13/25 |

As part of our commitment to delivering the best products and services, we periodically review our prices. Starting February 1, 2025, the following pricing updates will take effect:

Late payment fee will increase to $15.00

### STATEMENT SUMMARY
| | |
|---|---|
| Previous Balance | $247.43 |
| Payments and Adjustments | -$247.43 |
| New Charges | $247.63 |
| **Total Amount Due** | **$247.63** |

### NEW CHARGES SUMMARY
| | |
|---|---|
| Monthly Service Charges | $175.99 |
| Taxes | $71.64 |
| **Total New Charges** | **$247.63** |

A late fee will be applied to your account if the amount of $247.63 is not received before 02/13/25. Payments received after 01/20/25 are not reflected on this statement.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices.  Your acknowledgement of this agreement is confirmed by your payment.



**Contact Us**
**www.mybluepeak.com**
**866-991-9722**


@HelloBluepeak

| Account Number: | 045515701 |
| --- | --- |
| Billing Date: | 01/20/25 |
| **Total Amount Due:** | **$247.63** |
| Payment Due By: | 02/13/25 |

| | |
| --- | --- |
| Federal USF Fee........................ | $14.18 |
| State Telecommunications Relay Srvc ......................................... | $0.45 |
| Total Taxes and Fees .............. | $71.64 |
| **Total Amount Due**............................................. | **$247.63** |

**SERVICE LOCATIONS**
8 2ND ST  NE WATERTOWN, SD 57201-3624

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20006

01/31/25

$19.13******

TO THE
ORDER OF

**** NINETEEN AND 13/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,     58106

NON-NEGOTIABLE

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20007

01/31/25

$334.16*****

TO THE
ORDER OF

**** THREE HUNDRED THIRTY FOUR AND 16/100 DOLLARS

GLASS PRODUCTS
125 5TH ST NE
WATERTOWN, SD    57201

NON-NEGOTIABLE
_____



**EXHIBIT IV1014**

Glass Products
125 5th St NE
Watertown, SD, 57201
P: 605-882-2344
F: 605-882-2373
E: INFO@GLASSPRODUCTSINC.COM

# Invoice

| | |
|---|---|
| **Invoice Number:** | I-25-1047 |
| **Date:** | Jan 08, 2025 |
| **Project Manager:** | RACHEL LIVINGSTON |

**Bill To Contact :** HME PROPERTIES
**Bill To :** **HME PROPERTIES**
432 5TH ST
BROOKINGS, SD, 57006

**Site Info:** PARKSIDE APARTMENTS
8 2ND ST NE
WATERTOWN, SD, 57201

**Job Name:** WINDOW LATCH REPLACEMENT
**Customer PO:** WO: 1019-1 PARKSIDE 2401
**Description:**

**Job Number:** WO-24-2110

| Qty | Description | Part # / Size | Total Size | Unit Price | Total Price Tax |
|---|---|---|---|---|---|
| 2 | LOCK AND KEEPER KIT WITH SCREWS - WHITE | | Each | $24.40/ each | $48.80 |
| 1 | STANDARD LABOR CHARGE | | Total cost | $75.00/ total cost | $75.00 |
| 1 | SALES AND EXCISE TAX | | Total cost | $4.66/ total cost | $4.66 |

*TA 1/14/25*

| | |
|---|---|
| **Subtotal:** | $128.46 |
| **Total:** | $128.46 |

**Payment Terms:** Terms of payment are 30 days from the invoice date. A service charge of 1.500% per month (18.000% annum) will be added to past due accounts.

| | |
|---|---|
| **Total Applied:** | $0.00 |
| **Balance Due:** | $128.46 |

Authorized Signature ..............................   Date ..............................

Authorized Name ..............................



Glass Products
125 5th St NE
Watertown, SD, 57201
P: 605-882-2344
F: 605-882-2373
E: INFO@GLASSPRODUCTSINC.COM

# Invoice

**Invoice Number:** I-25-1055
**Date:** **Jan 09, 2025**
**Project Manager:** **RACHEL LIVINGSTON**

**Customer :** **HME PROPERTIES**
432 5TH ST
BROOKINGS, SD, 57006

**Contact:** HME PROPERTIES
**Contact Phone:** 605-736-1972

**Site Info:** PARKSIDE APARTMENTS
8 2ND ST NE
WATERTOWN, SD, 57201

**Bill To Contact :** HME PROPERTIES
**Bill To :** **HME PROPERTIES**
432 5TH ST
BROOKINGS, SD, 57006

**Job Name:** WINDOW SERVICE _Amt 2312_

**Job Number:** WO-24-2113

| Qty | Description | Part # / Size | Total Size | Unit Price | Total Price | Tax |
|-----|-------------|---------------|------------|------------|-------------|-----|
| 1 | MAXIM MULTI-POINT LOCK | | Each | $24.80/ each | $24.80 | |
| 1 | STANDARD LABOR CHARGE | | Total cost | $75.00/ total cost | $75.00 | |
| 1 | SALES AND EXCISE TAX | | Total cost | $3.05/ total cost | $3.05 | |

_1/10/25_

| | |
|---|---|
| **Subtotal:** | **$102.85** |
| **Total:** | **$102.85** |

**Payment Terms:** Terms of payment are 30 days from the invoice date. A service charge of 1.500% per month (18.000% annum) will be added to past due accounts.

| | |
|---|---|
| **Total Applied:** | **$0.00** |
| **Balance Due:** | **$102.85** |

Authorized Signature ......................................................

Date ......................................................

Authorized Name ......................................................

1 of 2



Glass Products
125 5th St NE
Watertown, SD, 57201
P: 605-882-2344
F: 605-882-2373
E: INFO@GLASSPRODUCTSINC.COM

# Invoice

**Invoice Number:** **I-25-1058**
**Date:** **Jan 09, 2025**
**Project Manager:** **MARISA JOHNSON**

**Bill To Contact :** HME PROPERTIES
**Bill To :** **HME PROPERTIES**
432 5TH ST
BROOKINGS, SD, 57006

**Site Info:** PARKSIDE APARTMENTS
8 2ND ST NE
WATERTOWN, SD, 57201

**Job Name:** WINDOW REPAIR SERVICES
**Customer PO:** WO: 959-2 APT 2212

**Job Number:** WO-24-2250

| Qty | Description | Part # / Size | Total Size | Unit Price | Total Price Tax |
|-----|-------------|---------------|------------|------------|-----------------|
| 1 | MAXIM MULTI-POINT LOCK | | Each | $24.80/ each | $24.80 |
| 1 | STANDARD LABOR CHARGE | | Each | $75.00/ each | $75.00 |
| 1 | SALES AND EXCISE TAX | | Each | $3.05/ each | $3.05 |

|  |  |
|--|--|
| **Subtotal:** | **$102.85** |
| **Total:** | **$102.85** |

**Payment Terms:** Terms of payment are 30 days from the invoice date. A service charge of 1.500% per month (18.000% annum) will be added to past due accounts.

| | |
|--|--|
| **Total Applied:** | **$0.00** |
| **Balance Due:** | **$102.85** |

Authorized Signature .................................................................

Date .................................................................

Authorized Name .................................................................

1 of 2



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20008

TO THE
ORDER OF

JAXON SCHMIDT
325 27TH ST NW
WATERTOWN, SD    58201

**** ONE HUNDRED TWENTY AND 00/100 DOLLARS

01/31/25          $120.00******

NON-NEGOTIABLE

Jan 17 – 31st
2024

Jaxon Hours Maintenance: 4 hours total  $ 120. 00

Parkside Place:

1/27/25 9:00-9:30 measure bed room door in unit 2410 to see if we have any on hand to replace broken door from previous tenant

1/27/25 9:30-10:00 removed pallet from garage – broke down to fit into dumpster

1/27/25 10:00-11:00 heaters in garage were not functioning correctly – diagnosed to find thermostats were turned off and the north east heater had the gas turned off – got heaters on and turned onto 45 degrees and made sure fired up

1/27/25 11:00-12:30 removed personal belongings from janitor closet 2 and 3. Broke down large items to fit into dumpster

1/27/25 12:30-1:00 heater in stairwell, mailroom, and back door turned to notch 3



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

01/31/25

20009

TO THE
ORDER OF

**** TWO HUNDRED SIXTY AND 19/100 DOLLARS

SETHS SCAPES
505 3RD ST SE
WATERTOWN, SD    57201

$260.19******

NON-NEGOTIABLE

# INVOICE

**Seth's Scapes LLC**
505 3rd St SE, SD 57201

sethsowen@gmail.com
+1 (605) 237-0625

**Bill to**
Parkside

**Ship to**
Parkside
8 2nd St NE
Watertown, SD 57201

**Invoice details**

Invoice no.: 1588
Terms: Net 15
Invoice date: 01/31/2025  — Emailed 1/21/25.
Due date: 02/15/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 01/09/2025 | Ice Management | | 1 | $70.00 | $70.00 |
| 2. | 01/13/2025 | Commercial Snow Removal | | 1 | $175.00 | $175.00 |

| | | |
|---|---|---|
| Subtotal | | $245.00 |
| Sales tax | | $15.19 |
| **Total** | | **$260.19** |

## Ways to pay

Apple Pay · VISA · Mastercard · Discover · AMEX · BANK

**View and pay**

**View invoice online**
Scan code or go to the link below to view the invoice online
View invoice



## Mindy Craig

| | |
|---|---|
| **From:** | Seth's Scapes LLC <quickbooks@notification.intuit.com> |
| **Sent:** | Tuesday, January 21, 2025 1:24 PM |
| **To:** | Mindy Craig |
| **Subject:** | New payment request from Seth's Scapes LLC due on 02/15/2025 - invoice 1588 |
| **Attachments:** | Invoice_1588_from_Seths_Scapes_LLC.pdf |

# Your invoice is ready!



BALANCE DUE $260.19

View and pay



Dear Parkside,

We appreciate your business. Please find your invoice details here. Feel free
to contact us if you have any questions.

Have a great day!
Seth's Scapes LLC

**Seth's Scapes LLC**

505 3rd St SE, SD 57201

sethsowen@gmail.com
+1 (605) 237-0625

If you receive an email that seems fraudulent, please check with the business owner
before paying, or you can forward the email to security@intuit.com so we can look into it.
Read more at security.intuit.com.



Powered by QuickBooks
© 2025 Intuit, Inc. All rights reserved.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20010

TO THE
ORDER OF

01/31/25

**** TWO THOUSAND THREE HUNDRED NINETY TWO AND 90/100 DOLLARS

$2,392.90****

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD  57201

**NON-NEGOTIABLE**

| PARKSIDE | UNIT | AMOUNT | |
|---|---|---|---|
| 1/6-1/21 | 2308 | 25.24 | final |
| 1/6-1/21 | 2403 | 58.49 | first |
| 1/6-1/10 | 2203 | 15.86 | final |
| 1/6-1/10 | 2212 | 18.1 | final |
| | | **117.69** | |
| | | | |
| 1/6-1/22 | house elect | 446.68 | |
| | gas | 129.33 | |
| | water | 237.24 | |
| | sewer | 1461.96 | |
| total house meter/use | | **2275.21** | |
| | | | |
| | | | |
| | total check | 2392.9 | |

PLEASE REMIT TO:

**WATERTOWN MUNICIPAL UTILITIES**
901 FOURTH AVE. SW
WATERTOWN, SD 57201
Office 605-882-6233   www.watertownmu.com

| Customer Account Number |
| --- |

| Due Date | Amount Due | Late Amount |
| --- | --- | --- |
| 02/10/2025 | 2,275.21 | 2,388.97 |
| Service Address | | Amount Enclosed |
| 8 2 ST NE HOUSE | | |

PARKSIDE PLACE. LLC
PO BOX 9379
FARGO, ND  58106-9379

\*0018735501000227521\*

\*\* FIRST BILL \*\*

---

Page 1                     Please detach top portion and return with payment.                     Page 1

**MUNICIPAL UTILITIES DEPT.**    Account Number          Name                          Service Address

Name: PARKSIDE PLACE, LLC
Service Address: 8 2 ST NE HOUSE

| Meter Number | Read Dates Present | Read Dates Previous | Billing Days | Code | Meter Readings Present | Meter Readings Previous | Multiplier | Usage | Units | Power factor |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ELECTRIC: 0000030986 | 01/22/2025 | 01/06/2025 | 16 | MR | 58158 | 53094 | 1 | 5074 | kWh | |
| ELECTRIC: 0000030986 | 01/22/2025 | 01/06/2025 | 16 | MR | 18137 | | 1 | 18.14 | kW | |
| WATER: 0200555043 | 01/22/2025 | 01/06/2025 | 16 | MR | 02729 | 02692 | 1 | 37 | ccf | |
| GAS: 0104951134 | 01/22/2025 | 01/06/2025 | 16 | MR | 11192 | 11045 | 1.119 | 164 | ccf | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)



Jan 2025

WATER (100 cu.ft)



Jan 2025

GAS (ccf)



Jan 2025

121360

| | |
| --- | --- |
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| **ELECTRIC SERVICE** | |
| Electric Customer Charge | 19.75 |
| Electric Energy | 400.85 |
| Electric State Tax | 17.67 |
| Electric City Tax | 8.41 |
| TOTAL ELECTRIC CHARGES | 446.68 |
| **GAS SERVICE** | |
| Gas Customer Charge | 17.00 |
| Gas Consumption | 104.78 |
| Gas State Tax | 5.11 |
| Gas City Tax | 2.44 |
| TOTAL GAS CHARGES | 129.33 |
| **WATER SERVICE** | |
| Water Customer Charge | 38.06 |
| Water Consumption | 155.92 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 237.24 |
| **SEWER SERVICE** | |
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 1,421.35 |
| TOTAL SEWER CHARGES | 1,461.96 |
| CURRENT CHARGES | $2,275.21 |
| TOTAL AMOUNT DUE | $2,275.21 |

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
| --- | --- | --- | --- | --- | --- |
| FIRST BILL | ELECTRIC GENERAL | 02/01/2025 | 02/10/2025 | 2,275.21 | 2,388.97 |

MESSAGES:

PLEASE REMIT TO:

**WATERTOWN MUNICIPAL UTILITIES**
901 FOURTH AVE. SW
WATERTOWN, SD 57201
Office 605-882-6233 www.watertownmu.com

| | Customer Account Number | |
|---|---|---|
| Due Date | Amount Due | Late Amount |
| 02/10/2025 | 25.24 | 26.50 |
| Service Address | | Amount Enclosed |
| 8 2 ST NE 2308 | | |

PARKSIDE PLACE, LLC
C/O LANE WARZECHA
432 5TH STREET
BROOKINGS, SD 57006-2007

** FINAL BILL **

---

Page 1                    Please detach top portion and return with payment.                    Page 1

**MUNICIPAL UTILITIES DEPT.**  Account Number          Name          Service Address

                                        PARKSIDE PLACE, LLC          8 2 ST NE 2308

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049037 | 01/21/2025 | 01/06/2025 | 15 | MR | 13671 | 13525 | 1 | 146 | kWh | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 10.66 |
| Electric State Tax | 1.00 |
| Electric City Tax | 0.48 |
| TOTAL ELECTRIC CHARGES | 25.24 |
| | |
| CURRENT CHARGES | $25.24 |
| | |
| TOTAL AMOUNT DUE | $25.24 |

Jan 2025

---

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 25.24 | 26.50 |

MESSAGES:

PLEASE REMIT TO:

**WATERTOWN MUNICIPAL UTILITIES**
901 FOURTH AVE. SW
WATERTOWN, SD 57201
Office 605-882-6233   www.watertownmu.com

| | Customer Account Number |
|---|---|

| Due Date | Amount Due | Late Amount |
|---|---|---|
| 02/10/2025 | 58.49 | 61.41 |
| Service Address | | Amount Enclosed |
| 8 2 ST NE 2403 | | |

PARKSIDE PLACE, LLC
PO BOX 9379
FARGO, ND  58106-9379

\*\* FIRST BILL \*\*

---

| Page 1 | | Please detach top portion and return with payment. | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|---|---|

**MUNICIPAL UTILITIES DEPT.**   Account Number         Name                  Service Address

PARKSIDE PLACE, LLC          8 2 ST NE 2403

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049020 | 01/21/2025 | 01/06/2025 | 15 | MR | 18905 | 18330 | 1 | 575 | kWh | |

YOUR MONTHLY USAGE

ELECTRIC (kWh)



Jan 2025

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 41.98 |
| Electric State Tax | 2.31 |
| Electric City Tax | 1.10 |
| TOTAL ELECTRIC CHARGES | 58.49 |
| | |
| CURRENT CHARGES | $58.49 |
| | |
| TOTAL AMOUNT DUE | $58.49 |

---

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 58.49 | 61.41 |

MESSAGES:

PLEASE REMIT TO:

**WATERTOWN MUNICIPAL UTILITIES**
901 FOURTH AVE. SW
WATERTOWN, SD 57201
Office 605-882-6233  www.watertownmu.com

| Customer Account Number | | |
|---|---|---|
| | | |

| Due Date | Amount Due | Late Amount |
|---|---|---|
| 02/10/2025 | 15.86 | 16.65 |
| Service Address | | Amount Enclosed |
| 8 2 ST NE 2203 | | |

PARKSIDE PLACE, LLC
PO BOX 9379
FARGO, ND  58106-9379

\*0018744007000001586\*

\*\* FINAL BILL \*\*

---

Page 1                      Please detach top portion and return with payment.                      Page 1

**MUNICIPAL UTILITIES DEPT.**   Account Number   Name                          Service Address
                                                  PARKSIDE PLACE, LLC          8 2 ST NE 2203

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049012 | 01/10/2025 | 01/06/2025 | 4 | MR | 15192 | 15167 | 1 | 25 | kWh | |

YOUR MONTHLY USAGE

ELECTRIC (kWh)

| PREVIOUS BALANCE | 0.00 |
|---|---|
| BALANCE FORWARD | 0.00 |

| ELECTRIC SERVICE | |
|---|---|
| Electric Customer Charge | 13.10 |
| Electric Energy | 1.83 |
| Electric State Tax | 0.63 |
| Electric City Tax | 0.30 |
| TOTAL ELECTRIC CHARGES | 15.86 |
| CURRENT CHARGES | $15.86 |
| TOTAL AMOUNT DUE | $15.86 |

---

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 15.86 | 16.65 |

MESSAGES:

PLEASE REMIT TO:

**WATERTOWN MUNICIPAL UTILITIES**
*901 FOURTH AVE. SW*
*WATERTOWN, SD 57201*
*Office 605-882-6233   www.watertownmu.com*

| | Customer Account Number |
|---|---|
| | |

| Due Date | Amount Due | Late Amount |
|---|---|---|
| 02/10/2025 | 18.10 | 19.01 |
| Service Address | | Amount Enclosed |
| 8 2 ST NE 2212 | | |

PARKSIDE PLACE, LLC
PO BOX 9379
FARGO, ND  58106-9379

\*00187449050000001810\*

\*\* FINAL BILL \*\*

---

Please detach top portion and return with payment.

Page 1                                                                                                           Page 1

**MUNICIPAL UTILITIES DEPT.**     Account Number          Name                              Service Address
                                                          PARKSIDE PLACE, LLC               8 2 ST NE 2212

| Meter Number | Read Dates Present | Read Dates Previous | Billing Days | Code | Meter Readings Present | Meter Readings Previous | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000049025 | 01/10/2025 | 01/06/2025 | 4 | MR | 30857 | 30803 | 1 | 54 | kWh | |



YOUR MONTHLY USAGE — ELECTRIC (kWh)

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 3.94 |
| Electric State Tax | 0.72 |
| Electric City Tax | 0.34 |
| TOTAL ELECTRIC CHARGES | 18.10 |
| | |
| CURRENT CHARGES | $18.10 |
| | |
| TOTAL AMOUNT DUE | $18.10 |

---

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 18.10 | 19.01 |

MESSAGES:

PAID

PNWBDC
V# 20011

Walmart

You could win a $1000 GiftCard!
Visit survey.walmart.com#7WWYiJ7JGL
For more details, see back of receipt.

ST# 01500  OP# 009023  TE# 23  TR# 00701

WM Supercenter
605-882-0801 Mgr. KALEE
1201 29TH ST SE
WATERTOWN SD 57201

TORCH KIT            014045495320
TORCH KIT            014045495320

TC# 2182 0407 4404 5843 1245

# ITEMS SOLD 3

SUBTOTAL              75.78
TAX1      6.2000 %     4.70
TOTAL                80.48
MCARD TEND           80.48
CHANGE DUE            0.00

MASTERCARD- 6025 I I APPR#687977
80.48  TOTAL PURCHASE
REF # 502385091816
PAYMENT SERVICE - A
AID A0000000041010
TERMINAL # 23407788
*No Signature Required
01/23/25            10:05:44

$80 11.25
per Building

21.18 X
21.18 X

Low prices You Can Trust. Every Day.
01/23/25            10:05:52

Get free delivery
from this store
with Walmart+

Scan for 30 day free trial



PARKSIDE PLACE, LLC

DEBTOR IN POSSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

01/31/25

20013

TO THE
ORDER OF

**** NINE HUNDRED EIGHTY FOUR AND 48/100 DOLLARS

$984.48******

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369, 58106

NON-NEGOTIABLE

# CP Business Management

## 2025

**Parkside Place**

| | |
|---|---|
| From: | 16-Jan |
| To: | 31-Jan |

| | |
|---|---|
| Invoice #: | 2001 |
| Invoice Date: | 1/31/2025 |
| Due Date: | 2/1/2025 |

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Jan Rents | $925.00 | $46.25 |
| | **Total Management Fee** | $925.00 | **$46.25** |

| | Offsite Office | | Total |
|---|---|---|---|
| 1312.5 | 50% share of Off Site Office Rent x 15 days | | $317.54 |
| 422.12 | 50% share of Off Site Office Supplies x 15 days | | $102.13 |
| 283.37 | 50% share of Off Site Office Utilities x 15 days | | $68.56 |
| | **Total Offsite Office** | | **$488.23** |

| Other Collected Income | Total |
|---|---|
| **Total Other Collected Income** | **$0.00** |

| Miscellaneous | Total |
|---|---|
| Misc Manager | $200.00 |
| Misc Prof. | $250.00 |
| **Total Miscellaneous** | **$450.00** |

| | |
|---|---|
| **Total Management Fee** | $46.25 |
| **Total Offsite Office** | $488.23 |
| **Total Other Collected Income** | $0.00 |
| **Total Miscellaneous** | $450.00 |
| **Parkside Place Total** | $984.48 |

Please make checks payable to CP Business Management no later than  2/1/2025



**PARKSIDE PLACE, LLC**
DEBTOR IN POSSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20014

01/31/25                    $849.03******

TO THE
ORDER OF

\*\*\*\* EIGHT HUNDRED FORTY NINE AND 03/100 DOLLARS

JESSE CRAIG
1405 1ST AVE N
FARGO, ND  58102

NON-NEGOTIABLE

**JESSE CRAIG**

*PARKSIDE PLACE*

**2025**

| | |
|---|---|
| From: | 16-Jan |
| To: | 31-Jan |

| | |
|---|---|
| Invoice #: | 6001 |
| Invoice Date: | 1/31/2025 |
| Due Date: | 2/1/2025 |

| | | | Total |
|---|---|---|---|
| 39 | Manager oversite $45/unit (15 DAYS=$21.77) | $21.77 | $849.03 |
| | | $21.77 | $849.03 |

Please make checks payable to Jesse Craig no later than   2/1/2025

# CP Business Management

**Parkside Place**

## 2025

| | | |
|---|---|---|
| From: | 16-Jan | |
| To: | 31-Jan | |

Invoice #: 2001-1
Invoice Date: 1/31/2025
Due Date: 2/1/2025

| Miscellaneous | | | |
|---|---|---|---|
| 7057 | Software Fee | | $38.00 |

**Total Miscellaneous**     **$38.00**

PAID 2015

Official Real Estate Tax Notice
14 FIRST AVENUE S.E. • WATERTOWN, SD  57201
(605) 882-6285

**EXHIBIT**

**IV1064**

2024 – 12152

2024 TAXES DUE AND PAYABLE IN 2025

**Legal:**    Sch: 14-4        S/T/R:                    Acres/Lots: .00        Record#: 9358

WATERTOWN CITY  PARKSIDE PLACE ADD

PARKSIDE PLACE ADD

8 2 ST NE

**Taxes In Name Of**

PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 20,711.62 |
| **Second Half** | 20,711.62 |
| **TOTAL** | 41,423.24 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 65,136 | 2.525 | 164.48 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 65,136 | 9.478 | 617.36 |
| WATERTOWN CITY | 67,568 | 65,136 | 1.691 | 110.14 |
| EAST DAKOTA WATER | 67,568 | 65,136 | 0.020 | 1.30 |
| TAX INCREMENT 12 NA | 67,568 | 2,955,371 | 13.714 | 40,529.96 |

*JE: 4027*
*Escrow $6903.87*
*(need to Add TiF Line!)*

NA: 41423.24

**TOTAL:**    41,423.24

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⇩ Please detach stubs and return with your payment ⇩          ⇩ Please detach stubs and return with your payment ⇩

**-FIRST PAYMENT-**

PARKSIDE PLACE LLC

CODINGTON
Record #
9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |

DELINQUENT AFTER APRIL 30th

**-SECOND PAYMENT-**

PARKSIDE PLACE LLC

CODINGTON
Record #
9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |

DELINQUENT AFTER OCTOBER 31st