# Aged Receivable

Page 1

Property = Generations on 1st  Status: Current  Month From: 01/2025

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-Payments | Total Owed |
|---|---|---|---:|---:|---:|---:|---:|---:|---:|
| Generations on 1st | | | | | | | | | |
| Generations on 1st | HATLESTAD SELMER | Current | 135.00 | 0.00 | 0.00 | 135.00 | 0.00 | 0.00 | 135.00 |
| Generations on 1st | ESCAMILLA-VIGIL JOSHUA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,010.00 | -1,010.00 |
| Generations on 1st | MCDONALD MASON | Current | 165.00 | 5.00 | 0.00 | 80.00 | 80.00 | -155.00 | 10.00 |
| Generations on 1st | TIMMONS JOHN | Current | 160.00 | 0.00 | 0.00 | 80.00 | 80.00 | -160.00 | 0.00 |
| Generations on 1st | TAPIO DARYL | Current | 90.00 | 30.00 | 0.00 | 30.00 | 30.00 | 0.00 | 90.00 |
| Generations on 1st | KASTEN NICHOLAS | Current | 160.00 | 0.00 | 0.00 | 80.00 | 80.00 | -160.00 | 0.00 |
| Generations on 1st | CENTER SENIOR | Current | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 |
| Generations on 1st | DEHOET TIARA | Current | 105.00 | 0.00 | 0.00 | 0.00 | 105.00 | 0.00 | 105.00 |
| Generations on 1st | HERSTEDT LYNELL | Current | 164.35 | 0.00 | 0.00 | 0.00 | 164.35 | 0.00 | 164.35 |
| Generations on 1st | KRANZ JACOB | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -800.00 | -800.00 |
| Generations on 1st | JENSEN KAREN | Current | 160.00 | 0.00 | 0.00 | 80.00 | 80.00 | -160.00 | 0.00 |
| Generations on 1st | WELLNITZ ETHAN | Current | 165.00 | 0.00 | 0.00 | 0.00 | 165.00 | 0.00 | 165.00 |
| Generations on 1st | DYKSTRA JONI | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | HEER JESSE | Current | 1,765.00 | 0.00 | 0.00 | 0.00 | 1,765.00 | 0.00 | 1,765.00 |
| Generations on 1st | ZIRBEL JUDITH | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -240.00 | -240.00 |
| Generations on 1st | KIRLEY CASEY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -220.00 | -220.00 |
| Generations on 1st | CRANDALL REAGAN | Current | 3,137.11 | 1,091.20 | 151.20 | 838.20 | 1,056.51 | 0.00 | 3,137.11 |
| Generations on 1st | ROSBACH STEVEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -160.00 | -160.00 |
| Generations on 1st | FEENSTRA DWIGHT | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -240.00 | -240.00 |
| Generations on 1st | WEISS ALLIE | Current | 107.02 | 0.00 | 0.00 | 0.00 | 107.02 | 0.00 | 107.02 |
| Generations on 1st | TREEBY DAWSON | Current | 562.56 | 0.00 | 0.00 | 0.00 | 562.56 | 0.00 | 562.56 |
| Generations on 1st | KNAPP LEW | Current | 62.52 | -17.48 | 0.00 | 40.00 | 40.00 | 0.00 | 62.52 |
| **Generations on 1st** | | | **6,939.56** | **1,108.72** | **151.20** | **1,363.20** | **4,316.44** | **-4,395.00** | **2,544.56** |
| | | | | | | | | | |
| **Grand Total** | | | **6,939.56** | **1,108.72** | **151.20** | **1,363.20** | **4,316.44** | **-4,395.00** | **2,544.56** |

UserId : mcraig@cpbusmgt.com  Date : 02/18/2025  Time : 23:40

Tuesday, February 18, 2025
05:40 PM