**Balance Sheet** Page 1

Owner =  Generations On 1st (all properties)
Month = Jan 2025
Book = Cash

| ACCOUNT | CURRENT BALANCE |
|---|---:|
| Generations Apartment DIP Checking | -12,986.37 |
| Generations Real Estate Tax Escrow | 12,749.16 |
| **Total DIP Checking Account** | **-237.21** |
| The Dakota Bankruptcy Firm Trust | 113,092.04 |
| | |
| Property and Equipment | |
| Buildings | 12,001,518.81 |
| Appliances/AC | 344,481.19 |
| Land | 834,000.00 |
| Total Property and Equipment | 13,180,000.00 |
| | |
| **Total Assets** | **13,292,854.83** |
| | |
| **LIABILITIES & CAPITAL** | |
| | |
| Liabilities | |
| Generations Security Deposits DIP Acct | 61,945.00 |
| Mortgage 1st | 10,332,355.23 |
| Total Liabilities | 10,270,410.23 |
| | |
| Capital | |
| Retained Earnings | 3,022,444.60 |
| Total Capital | 3,022,444.60 |
| | |
| **Total Liabilities & Capital** | **13,292,854.83** |

Tuesday, February 18, 2025
02:41 PM