Bank Rec In-Progress Report

| Balance Per Bank Statement as of 01/31/2025 | | | 2,729.98 |
|---|---|---|---|

**Outstanding Deposits**

| Deposit Date | Deposit Number | | Amount |
|---|---|---|---|
| 01/31/2025 | 3007 | ACH BATCH 1/31/25 | 2,565.00 |
| **Plus: Outstanding Deposits** | | | **2,565.00** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 01/29/2025 | 30000 | Mindy Craig | 2,415.58 |
| 01/31/2025 | 30001 | Alexis Burbach | 971.80 |
| 01/31/2025 | 30002 | BLUEPEAK | 22.66 |
| 01/31/2025 | 30003 | CANNON ELECTRIC | 203.90 |
| 01/31/2025 | 30004 | CP BUSINESS MANAGEMENT | 38.25 |
| 01/31/2025 | 30005 | SETHS SCAPES | 260.19 |
| 01/31/2025 | 30006 | WMU WATERTOWN MUNICIPAL UTILITIES | 5,004.61 |
| 01/31/2025 | 30007 | CP BUSINESS MANAGEMENT | 16.76 |
| 01/31/2025 | 30008 | Mindy Craig | 11.25 |
| 01/31/2025 | 30010 | CP BUSINESS MANAGEMENT | 1,354.98 |
| 01/31/2025 | 30011 | JESSE CRAIG | 1,589.21 |
| 01/31/2025 | 30014 | CP BUSINESS MANAGEMENT | 73.00 |
| 01/31/2025 | 30015 | CP BUSINESS MANAGEMENT | 94.50 |
| **Less: Outstanding Checks** | | | **12,056.69** |

**Other Items**

| Date | Notes | | Amount |
|---|---|---|---|
| 01/31/2025 | JE 4019 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| **Plus / Minus: Other Items** | | | **-12,749.16** |
| **Reconciled Bank Balance** | | | **-19,510.87** |

| Balance per GL as of 01/31/2025 | | | -14,486.37 |
|---|---|---|---|
| **Reconciled Balance Per G/L** | | | **-14,486.37** |

| Difference | | | -5,024.50 |
|---|---|---|---|

**Cleared Items:**

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 3025 | yardi test | 0.08 | 01/31/2025 |
| 01/31/2025 | 3006 | ACH BATCH 1/31/25 | 2,730.00 | 01/31/2025 |
| **Total Cleared Deposits** | | | **2,730.08** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 300 | yardi | -0.10 | 01/31/2025 |
| **Total Cleared Other Items** | | | **-0.10** | |