**12 Months Cash Flow Statement**
Generations on 1st
Month = Jan 2025
Book = Cash

| ACCOUNT | | Jan 2025 | CP Business Collected | HME Collected; per their records | Total |
|---|---|---:|---:|---:|---:|
| **4000** | **INCOME** | | | | |
| 4300 | Gross Potential Rent/HOA | 78,305.00 | 6,000.00 | 60,286.61 | 78,305.00 |
| 4600 | Garage Income | 3,340.00 | 160.00 | | 3,340.00 |
| 4601 | Storage Unit Income | 335.00 | 160.00 | | 320.00 |
| 4730 | Less: Vacancy Apartment | -11,473.39 | | | |
| 4710 | Less: Incentives | -2,595.00 | | | -770.00 |
| 4715 | Less: HME Incentives | -230.00 | | | -515.00 |
| 4720 | Less: Delinquency | -1,075.00 | | | -1,075.00 |
| 4810 | Plus: Prepaid Rent/HOA | | 3,905.00 | 385.00 | 0.00 |
| 4990 | Net Rent/HOA Income | 66,606.61 | 10,225.00 | 60,671.61 | 66,606.61 |
| | | | | | |
| 5600 | Other Income | | | | |
| 5651 | Lease Fees | 75.00 | | 75.00 | 75.00 |
| 5700 | Other Income | -0.02 | -0.02 | | -0.02 |
| 5890 | Total Other Income | 74.98 | -0.02 | 75.00 | 74.98 |
| | | | | | |
| 5990 | Total Income | 66,681.59 | 10,224.98 | 60,746.61 | 66,681.59 |
| | | | | | |
| **6000** | **EXPENSES** | | | | |
| 6100 | Maintenance Expenses | | | | |
| 6210 | Repairs/Maintenance | 11.25 | 11.25 | | 11.25 |
| 6235 | Electrical/Fire Prevention | 203.90 | 203.90 | | 203.90 |
| 6250 | Appliances/Laundry | 16.76 | 16.76 | | 16.76 |
| 6260 | Resident Manager | 810.05 | 810.05 | | 810.05 |
| 6275 | Snow Removal | 260.19 | 260.19 | | 260.19 |
| 6990 | Total Maintenance Expenses | 1,302.15 | 1,302.15 | | 1,302.15 |
| | | | | | |
| 7000 | Operating Expenses | | | | |
| 7010 | Offsite Office Rent | 317.54 | 317.54 | | 317.54 |
| 7030 | Offsite Office Utilities | 68.56 | 68.56 | | 68.56 |
| 7040 | Offsite Office Equip/Supplies | 102.13 | 102.13 | | 102.13 |
| 7057 | Software Fee | 73.00 | 73.00 | | 73.00 |
| 7060 | Leasing Commissions (payout) | 200.00 | 200.00 | | 200.00 |
| 7130 | Internet & Phone Costs/Service | 22.66 | 22.66 | | 22.66 |
| 7400 | Property Management | 416.75 | 416.75 | | 416.75 |
| 7440 | Insurance | 2,415.58 | 2,415.58 | | 2,415.58 |
| 7800 | Electricity-Vacant | 374.66 | 374.66 | | 374.66 |
| 7801 | Electricity-Building | 790.33 | 790.33 | | 790.33 |
| 7861 | Gas-Building | 547.83 | 547.83 | | 547.83 |
| 7870 | Water & Sewer | 3,291.79 | 3,291.79 | | 3,291.79 |
| 7990 | Total Operating Expenses | 8,620.83 | 8,620.83 | | 8,620.83 |
| | | | | | |
| 8001 | Other Expenses | | | | |
| 8004 | Misc. PM Fees | 200.00 | 200.00 | | 200.00 |
| 8005 | Misc Professional Fees | 250.00 | 250.00 | | 250.00 |
| 8006 | Manager Oversite $45/unit | 1,589.21 | 1,589.21 | | 1,589.21 |
| 8020 | Total Other Expenses | 2,039.21 | 2,039.21 | | 2,039.21 |
| | | | | | |
| 8990 | Total Expenses | 11,962.19 | 11,962.19 | | 11,962.19 |
| | | | | | |
| **9090** | **NET INCOME** | **54,719.40** | **-1,737.21** | **60,746.61** | **54,719.40** |
| | | | | | |
| | ADJUSTMENTS | | | | |
| 1131 | Generations Real Estate Tax Escrow | -12,749.16 | -12,749.16 | | -12,749.16 |
| | Cash Collateral Funds | | 1,500.00 | | |
| | TOTAL ADJUSTMENTS | -12,749.16 | -11,249.16 | 0.00 | -12,749.16 |
| | | | | | |
| | CASH FLOW | 41,970.24 | -12,986.37 | 60,746.61 | 41,970.24 |
| | | | | | |
| **1111** | **Generations Apartment DIP Checking** | | | | |
| | Beginning Balance | 0.00 | | | **0.00** |
| | Ending Balance | -12,986.37 | | | **-12,986.37** |
| | **Difference** | **-12,986.37** | | | **-12,986.37** |
| | | | | | |
| **1155** | **The Dakota Bankruptcy Firm Trust** | | | | |
| | Beginning Balance | 0.00 | | | **0.00** |
| | Ending Balance | 186,592.04 | | | **186,592.04** |
| | **Difference** | **186,592.04** | | | **186,592.04** |
| | | | | | |
| **2111** | **Generations Security Deposits DIP Acct** | | | | |
| | Beginning Balance | 0.00 | | | **0.00** |
| | Ending Balance | 61,945.00 | | | **61,945.00** |
| | **Difference** | **61,945.00** | | | **61,945.00** |