# Starion Bank

PO Box 848
Mandan, ND 58554

>000413 7884992 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

**Statement Ending 01/31/2025**

GENERATIONS ON 1ST LLC                                Page 1 of 2
Customer Number:

### Managing Your Accounts

 Branch — 2754 Brandt Dr S, Fargo, ND 58104

 Phone — 701.281.5600

 Website — Starionbank.com

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | | $2,729.98 |

## ND STAR CHECKING - ████8666

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/24/2025 | Beginning Balance | $0.00 |
| | 2 Credit(s) This Period | $2,730.08 |
| | 1 Debit(s) This Period | $0.10 |
| 01/31/2025 | Ending Balance | $2,729.98 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 01/30/2025 | CPBUSINESSMANAGE Settlement ████03682 | $0.08 |
| 01/30/2025 | CP BUSINESS MANA JanRent XXXXX6888 | $2,730.00 |

*yardi testing ACH process*

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 01/30/2025 | CPBUSINESSMANAGE Settlement 0████2718 | $0.10 |

*yardi testing ACH process*

### Daily Balances

| Date | Amount |
|---|---|
| 01/30/2025 | $2,729.98 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

