2/18/2025 9:22 PM

## Payables Aging Report
Period: -01/2025
As of : 01/31/2025

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTIVE HEATING INC | | | | | | | | | | | | |
| | | GO1 Expense Record | 1/6/2025 | 1/6/2025 | 6225 Plumbing | 120069 | 765.00 | 765.00 | 0.00 | 0.00 | 0.00 | 3302 OPEN CEILNG TO FIND BROKEN PIPE |
| **ACTIVE HEATING INC** | | | | | | | **765.00** | **765.00** | **0.00** | **0.00** | **0.00** | |
| AUTOMATIC BUILDING CONTROLS | | | | | | | | | | | | |
| | | GO1 Expense Record | 1/16/2025 | 1/16/2025 | 6235 Electrical/Fire Prevention | 011625 | 1,403.96 | 1,403.96 | 0.00 | 0.00 | 0.00 | PRE-PAY FOR FIRE ALARM TESTING, REQUIRED FOR FIRE CODE |
| **AUTOMATIC BUILDING CONTROLS** | | | | | | | **1,403.96** | **1,403.96** | **0.00** | **0.00** | **0.00** | |
| BRUSH & BRISTLE LLC | | | | | | | | | | | | |
| | | GO1 Expense Record | 1/6/2025 | 1/6/2025 | 6220 Painting/Decorating | 1024 | 408.16 | 408.16 | 0.00 | 0.00 | 0.00 | 3409 "PAINT WALLS THAT NEEDED PATCHING. PAINT NOT INCLUDED" |
| **BRUSH & BRISTLE LLC** | | | | | | | **408.16** | **408.16** | **0.00** | **0.00** | **0.00** | |
| WILLIAMS CARPET ONE | | | | | | | | | | | | |
| | | GO1 Expense Record | 1/6/2025 | 1/6/2025 | 6245 Flooring | 30015 | 668.68 | 668.68 | 0.00 | 0.00 | 0.00 | 3314 BEDROOM CARPET |
| **WILLIAMS CARPET ONE** | | | | | | | **668.68** | **668.68** | **0.00** | **0.00** | **0.00** | |
| WMU WATERTOWN MUNICIPAL UTILITIES | | | | | | | | | | | | |
| | | GO1 Expense Record | 1/10/2025 | 1/10/2025 | 7801 Electricity-Building | 011025 | 10,000.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | DEPOSIT FOR GO1ST BKTCY ACCT |
| **WMU WATERTOWN MUNICIPAL UTILITIES** | | | | | | | **10,000.00** | **10,000.00** | **0.00** | **0.00** | **0.00** | |
| **Grand Total** | | | | | | | **13,245.80** | **13,245.80** | **0.00** | **0.00** | **0.00** | |