UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.:  25-30002 |
|---|---|
| Generations on 1st LLC, | Chapter 11 |
| Debtor. | |
| In Re: | Case No. 25-30003 |
| Parkside Place LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

**NOTES ACCOMPANYING JANUARY MONTHLY
OPERATING REPORT FOR GENERATIONS ON 1st LLC**

1.     **Cash Balance Beginning of the Month.**  The debtor does not have access to the bank account statements for HME Companies, LLC, the Court-appointed Receiver ("Receiver"). However, pursuant to the stipulation governing the use of cash collateral ("Stipulation"), as of January 6, 2025 (the "Petition Date"), the receiver was holding pre-petition rents for Generations on 1st, LLC ("Generation" or the "Debtor") in the amount of $229,184.07. The Debtor acknowledges that, without access to the detailed statement, this figure cannot be independently verified.

2.     **Gross Income Statement/Sales.** The gross income statement and sales figures were previously provided to the Debtor by the Receiver. The Debtor relies on these figures as accurate representations of the gross income generated from post-petition rent collected.

1

| Generations on 1st, LLC | | | |
|---|---|---|---|
| Date | Tenant Name | Receiving Party | Amount Collected |
| 01/08/2025 | COLE DONALD | HME Companies | 1,010.00 |
| 01/09/2025 | MARILYN BOIK | HME Companies | 1,550.00 |
| 01/17/2025 | KIERA WEISSER | HME Companies | 474.19 |
| 01/09/2025 | LAVERNA COYLE | HME Companies | 1,060.00 |
| 01/12/2025 | JUDITH HOFFMAN | HME Companies | 537.42 |
| 01/07/2025 | DIONNE ZWEIG | HME Companies | 1,090.00 |
| 01/06/2025 | GUEST SUITE | HME Companies | 450.00 |
| | | TOTAL | $6,171.61 |

3.      **Accounts Receivable.** With the exception of the tenant, Reagan Crandall, whom has a current eviction hearing scheduled, the Debtor is currently in the process of verifying account receivable information for balances outstanding beyond 30 days. This review has become necessary due to multiple transactions in tenant payment systems, evidencing a flow of money changing hands three or more times. Correlative with these transactions, some balances were not properly identified in a timely manner—particularly when Red River State Bank had imposed an assignment of rents, pre-receivership, but was not providing rent collection reports and/or tenant names. As a result, certain amounts could not be reconciled before the Receiver took over.

4.      **Summary of New Leases Signed, Short Cancel Notification, and Lease Ended.** Under this reporting period, one new lease was signed, no short cancel notifications were issues, and two leases ended.

5.        **Transactions in Which Cash Collateral was Utilized.**

**Owner Statement**

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Jan 2025

Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Beginning Balance | | | 0.00 |
| 1/28/2025 | 5289 | Generations on 1st | Generations On 1st | PREPAY: KRANZ, DYKSTRA, ESCAMILLA from 1110 | 2,900.00 | 0.00 | 2,900.00 |
| 1/29/2025 | 30000 | Generations on 1st | Mindy Craig | Jan 28th ins. premium | 0.00 | 2,415.58 | 484.42 |
| 1/30/2025 | 300 | Generations on 1st | yardi | yardi ach test | 0.00 | 0.10 | 484.32 |
| 1/30/2025 | yardi ach test deposit | Generations on 1st | yardi | | 0.08 | 0.00 | 484.40 |
| 1/31/2025 | 30001 | Generations on 1st | Alexis Burbach | 28.5 hrs | 0.00 | 726.75 | -242.35 |
| 1/31/2025 | 30001 | Generations on 1st | Alexis Burbach | 3314 | 0.00 | 200.00 | -442.35 |
| 1/31/2025 | 30001 | Generations on 1st | Alexis Burbach | taxes | 0.00 | 45.05 | -487.40 |
| 1/31/2025 | 30002 | Generations on 1st | BLUEPEAK | INTERNET MODEM; IP | 0.00 | 22.66 | -510.06 |
| 1/31/2025 | 30003 | Generations on 1st | CANNON ELECTRIC | 3203, 3415 THERMO REPLCMENT | 0.00 | 203.90 | -713.96 |
| 1/31/2025 | 30007 | Generations on 1st | CP BUSINESS MANAGEMENT | #3510 fridge light switch (dey distributing) | 0.00 | 16.76 | -730.72 |
| 1/31/2025 | 30014 | Generations on 1st | CP BUSINESS MANAGEMENT | collected rents | 0.00 | 416.75 | -1,147.47 |
| 1/31/2025 | 30014 | Generations on 1st | CP BUSINESS MANAGEMENT | software fee | 0.00 | 73.00 | -1,220.47 |
| 1/31/2025 | 30004 | Generations on 1st | CP BUSINESS MANAGEMENT | Jan 6-15 (AB 1.5hr) | 0.00 | 38.25 | -1,258.72 |
| 1/31/2025 | 30010 | Generations on 1st | CP BUSINESS MANAGEMENT | misc mgr | 0.00 | 200.00 | -1,458.72 |
| 1/31/2025 | 30010 | Generations on 1st | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 250.00 | -1,708.72 |
| 1/31/2025 | 30010 | Generations on 1st | CP BUSINESS MANAGEMENT | offsite equip/supplies | 0.00 | 102.13 | -1,810.85 |
| 1/31/2025 | 30010 | Generations on 1st | CP BUSINESS MANAGEMENT | offsite office rent | 0.00 | 317.54 | -2,128.39 |
| 1/31/2025 | 30010 | Generations on 1st | CP BUSINESS MANAGEMENT | offsite utilities | 0.00 | 68.56 | -2,196.95 |
| 1/31/2025 | 30011 | Generations on 1st | JESSE CRAIG | 73 UNITS, $45/UNIT, 15 DAYS, PRORATED | 0.00 | 1,589.21 | -3,786.16 |
| 1/31/2025 | 30008 | Generations on 1st | Mindy Craig | torch kit for lock box (split w/ parkside) | 0.00 | 11.25 | -3,797.41 |
| 1/31/2025 | 30005 | Generations on 1st | SETHS SCAPES | SNOW 1/9, 1/13 | 0.00 | 260.19 | -4,057.60 |
| 1/31/2025 | 30006 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTII | 1/6-1/22 dates vacants | 0.00 | 374.66 | -4,432.26 |
| 1/31/2025 | 30006 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTII | 1/6-1/22 house electric | 0.00 | 790.33 | -5,222.59 |
| 1/31/2025 | 30006 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTII | 1/6-1/22 house gas | 0.00 | 547.83 | -5,770.42 |
| 1/31/2025 | 30006 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTII | 1/6-1/22 house sewer | 0.00 | 2,923.92 | -8,694.34 |
| 1/31/2025 | 30006 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTII | 1/6-1/22 house water | 0.00 | 367.87 | -9,062.21 |
| 1/31/2025 | ACH 1/31/25 JAN REP | Generations on 1st | BARBARA GOENS | | 1,555.00 | 0.00 | -7,507.21 |
| 1/31/2025 | ACH Jan rent , 1/31/2 | Generations on 1st | CHARLES OLSON | ACH Jan rent + hme failed storages , 1/31/25 | 1,640.00 | 0.00 | -5,867.21 |
| 1/31/2025 | N/A | Generations on 1st | JE-4019 | RE Tax Escrow (payable 4/31) | 0.00 | 12,749.16 | -18,616.37 |
| 1/31/2025 | 275122713 | Generations on 1st | JORDAN NIERMAN | Debit Card On-Line Payment ; Mobile App - Resident Service | 1,005.00 | 0.00 | -17,611.37 |
| 1/31/2025 | 1640 | Generations on 1st | LYNELL HERSTEDT | | 1,025.00 | 0.00 | -16,586.37 |
| 1/31/2025 | ACH, Jan rent 1/31/2 | Generations on 1st | ORLEY WANGSNESS | | 1,090.00 | 0.00 | -15,496.37 |
| 1/31/2025 | ACH, 1/31/25 | Generations on 1st | PHYLLIS JACKSON | | 1,010.00 | 0.00 | -14,486.37 |
| 2/3/2025 | TRUST Wire | Generations on 1st | Generations On 1st | per amgt; Jan. operating funds | 1,500.00 | 0.00 | -12,986.37 |
| | | | | Ending Balance | 11,725.08 | 24,711.45 | -12,986.37 |
| | | | | Reserves Needed | | 0.00 | |

6.        **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly setoff by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30000

01/29/25

$2,415.58***

TO THE
ORDER OF

**** TWO THOUSAND FOUR HUNDRED FIFTEEN AND 58/100 DOLLARS

Mindy Craig
PO BOX 426
Fargo, ND   58107

NON-NEGOTIABLE

**Mindy Craig**

| | |
|---|---|
| **From:** | Liberty Mutual Insurance Billing <ebilling@email-libertymutual.com> |
| **Sent:** | Friday, January 31, 2025 1:53 PM |
| **To:** | Mindy Craig |
| **Subject:** | Your payment has been processed. |

*Chk#t 30000*
*Mindy craig*

[ ] View online

Billing account number: 9000344025

*V# 40001 —   30.478% RUINS : $2391.39*
*V# 20002 —   20.675% Parkside $1748.74*
*V# 30000 —   38.847% Generations : $2415.58*

Hello,

Thank you for your recent payment. Your payment will be applied to your balance on 01/31/2025 and reflected on your online account.

**Make a payment**

[x]  Billing summary

**Confirmation number:**
D0003T6MZ

**Payment date:**
01/31/2025

**Policy(s):**
BKS65299485

**Total payment:**

**$6555.71**

Payment amount: $6395.81

Payment service fee: $159.90

**Payment method:**

Credit/Debit Card ending in 4141

*Repay Mindy.*

Easily manage your payments online.

1

SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104



THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Your Account:**
#9000344025
THE RUINS LLC GENERATIONS ON 1ST
LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Policies on Account:**
BKS65299485 - BK-Package

**Your Agent(s):**
#0059540
SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104
(701) 390-1994

## Your Billing Statement as of January 8, 2025

# Billing Notice

## Small Commercial Insurance

| | |
|---|---|
| Amount Due: (incl. fees) | **$6,395.81** |
| Due Date: | **01/28/2025** |
| Account Balance: | **$44,572.65** |

### Billing Details

| Policy | Frequency | Policy Term | Amount Due |
|---|---|---|---|
| **Package - BKS65299485** | Monthly - 2 down 10 install | 09/28/2024 - 09/28/2025 | $6,387.81 |
| Fees | | | $8.00 |
| **Total Amount Due** | | | **$6,395.81** |

| Account Summary | |
|---|---|
| **Previous Account Balance** | $50,910.46 |
| Fees | $33.00 |
| Payments | -$6,370.81 |
| **Account Balance** | **$44,572.65** |



*Handwritten:*
Generations: $2,356.66
Parkside: $1,706.08
Ruins: $2,333.06



**Save time & PAY ONLINE!**
Pay your bill online 24/7 at
**mybusinessonline.libertymutual.com**



**For Billing Questions...**
Call 844-961-0334
Mon.-Fri. 8AM-8PM EST

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30001

01/31/25

TO THE
ORDER OF

**** NINE HUNDRED SEVENTY ONE AND 80/100 DOLLARS

$971.80******

Alexis Burbach
813 2nd St NW
Watertown, SD   57201

NON-NEGOTIABLE



<u>Alexis Hours Jan 15-31 2025:</u> **28.5 hours**
<u>Incentives:</u> **3314 Hannah H**
<u>Sales Tax:</u> **$45.05**

Generations: 28.5

- 1/17 10:00-10:30 walk through building – 3311/3402 talked with about garage spot to change to help her husband better and move out coming up
- 1/17 1:15-3:30 memos handed out – building inspected with Mindy
- 1/20 1:00-2:00 memos handed out to parking garage tenants for clean up, 3213, 3404, 3216 – meet 3409 for storage key per hme instructions – 3212 mailbox keys handed over – amentiry room windows looked over – walk building
- 1/21 2:00-2:30 walk through with jaxon for maintenance instructions
- 1/22 10:30-11:00 work on lock box – confirm with HME codes haven't changed
- 1/22 12:00-12:30 meet karen 3410 in office for ACH info
- 1/22 12:30-1:00 ACH questions – 3515, 3317, 3203
- 1/22 2:00-2:30 deicer on lockbox
- 1/22 3:00-5:00 smoking memos 3510, 3210, 3201 – cameras for smoking in garage/ possibly amenity room – look over updated vaca list for new tenants
- 1/23 9:15-10:00 smoking memos handed out 3210, 3201, 3510 – 3207 maintenance sink drain plugged – cleaned out and fixed back in place, water drains great
- 1/24 11:00-11:15 lockbox code changed and updated in system
- 1/27 3:30-3:45 showing David 3314
- 1/27 4:30-6:00 showing laura – 3408 blinds measured in living room – 3307, 3301 payment info updated
- 1/28 9:00-9:30 pictures 3302 uploadd – check patio for snow
- 1/28 10:00-12:15 renewal lease 3203 – to dos gone through – 3212 contacted – emails – storage key ready for 3212, #201 – HME leads looked through on who has already been contacted – maintenance items
- 1/28 12:45-1:45 showing hayden 3314 – 3415 contacted if HME fixed thermostat, yes – 3212 storage unit key dropped off – 3307 to get rent info filled out, bank contacted help –
- 1/28 1:45-2:15 redo lease for 3510 – emails
- 1/29 9:15-10:45 replace 3408 blinds – screens in 5th and 4th amenity windows – still need 3rd floor – 5th floors chute pushed back in – 2nd floor chute room vent cover measured
- 1/29 11:45-12:15 new roof hatch padlock key made – adam contacted for his copy for FD
- 1/29 2:45-4:45 leads contacted from HME – apartments.com not updated with number – 3303 notice on door – approval for ACH 3301 and 3204
- 1/30 10:30-12:00 showing micah – move in inspection 3314 – look for blind rod – double check 2nd floor chute room for vent size –
- 1/30 2:00-3:30 all info updated for gen updated re do lease – emails for what is needed for them – move out verna 3215 – scheduled carpets for 3215 and 3308
- 1/31 9:00-9:45 clean up glass in parking garage 15/16 spots – drop off 3303 evection –
- 1/31 10:30-12:00 leases continued worked on for hme re do

- 1/31 12:30-3:00 leases continued for hme re dos
- 1/31 3:00-4:30 move out 3308 – move in 3314 – walk building – bathroom vent cleaned 3215, checked for leak in 3215 kitchen sink – small drip -

Alexis Hours Jan 15-31 2025: **2 hours**
Sales Tax: **$3.16**



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

TO THE
ORDER OF

**** TWENTY TWO AND 66/100 DOLLARS

BLUEPEAK
PO BOX 5002
SIOUX FALLS, SD   57117-5002

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

01/31/25

30002

$22.66*******

NON-NEGOTIABLE



## Contact Us
## www.mybluepeak.com
## 866-991-9722



@HelloBluepeak

page 1 of 2

| | |
|---|---|
| **Account Number:** | 046789401 |
| **Billing Date:** | 01/08/25 |
| **Total Amount Due:** | **$22.66** |
| **Payment Due By:** | 02/01/25 |



As part of our commitment to delivering the best products and services, we periodically review our prices. Starting February 1, 2025, the following pricing updates will take effect:

Late payment fee will increase to $15.00

### STATEMENT SUMMARY

| | |
|---|---|
| Previous Balance | $72.96 |
| Payments and Adjustments | -$72.96 |
| New Charges | $22.66 |
| **Total Amount Due** | **$22.66** |

### NEW CHARGES SUMMARY

| | |
|---|---|
| Monthly Service Charges | $22.00 |
| Taxes | $0.66 |
| **Total New Charges** | **$22.66** |

A late fee will be applied to your account if the amount of $22.66 is not received before 02/01/25. Payments received after 01/08/25 are not reflected on this statement.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices.  Your acknowledgement of this agreement is confirmed by your payment.

*Generations*



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30003

01/31/25

$203.90******

TO THE
ORDER OF

**** TWO HUNDRED THREE AND 90/100 DOLLARS

CANNON ELECTRIC
708 9TH AVE SE
#308
WATERTOWN, SD    57201

NON-NEGOTIABLE



**Cannon Electric LLC**
708 9th Ave SE, #308
Watertown, SD 57201

| JOB | #2392 |
|---|---|
| SERVICE DATE | Jan 22, 2025 |
| INVOICE DATE | Jan 22, 2025 |
| PAYMENT TERMS | Upon receipt |
| DUE DATE | Jan 22, 2025 |
| **AMOUNT DUE** | **$203.90** |

CP Business Management
CP Business Management
PO Box 9379
Fargo, ND 58106

📞 (701) 239-2630
✉️ mcraig@cpbusmgt.com

SERVICE ADDRESS

Generations On 1st- CP Business
26 1st Ave SW
Watertown, SD 57201

CONTACT US

📞 (605) 520-0433
✉️ cannon.electric@outlook.com

## INVOICE

| Services | qty |
|---|---|
| PO 1165-1 | 1.0 |

2 Thermostats quit working, replaced with new thermostats

This Bills to CP Business

*3203, 3415 - per Tony*

| | |
|---|---|
| Subtotal | $199.82 |
| Total Tax | $4.08 |
| SD Excise Tax (2.041%) | $4.08 |
| **Job Total** | **$203.90** |
| **Amount Due** | **$203.90** |

Thank You for your Business!

Cannon Electric LLC                 http://www.cannonelectricllc.com                 1 of 2



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

TO THE
ORDER OF

\*\*\*\* THIRTY EIGHT AND 25/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,          58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

01/31/25

$38.25\*\*\*\*\*\*

30004

NON-NEGOTIABLE

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

01/31/25

30005

TO THE
ORDER OF

**** TWO HUNDRED SIXTY AND 19/100 DOLLARS

SETHS SCAPES
505 3RD ST SE
WATERTOWN, SD    57201

$260.19******

NON-NEGOTIABLE



# INVOICE

**Seth's Scapes LLC**
505 3rd St SE, SD 57201

sethsowen@gmail.com
+1 (605) 237-0625

**Bill to**
Generations on 1st

**Ship to**
Generations on 1st
26 1st Ave SW
Watertown, SD 57201

**Invoice details**
Invoice no.: 1587
Terms: Net 15
Invoice date: 01/21/2025
Due date: 02/05/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 01/09/2025 | **Ice Management** | | 1 | $70.00 | $70.00 |
| 2. | 01/13/2025 | **Commercial Snow Removal** | | 1 | $175.00 | $175.00 |

| | |
|---|---|
| Subtotal | $245.00 |
| Sales tax | $15.19 |
| **Total** | **$260.19** |

## Ways to pay



View and pay

**View invoice online**
Scan code or go to the link below to view the invoice online
View invoice



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30006

01/31/25          $5,004.61***

TO THE
ORDER OF

**** FIVE THOUSAND FOUR AND 61/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD  57201

NON-NEGOTIABLE

| GENERATIONS | UNIT | AMOUNT | |
|---|---|---|---|
| 1/6-1/8 | 3315 | 14.69 | final |
| 1/6-1/17 | 3212 | 43.84 | FINAL |
| 1/6-2/21 | 3511 | 31.5 | first |
| 1/6-2/21 | 3514 | 28.95 | first |
| 1/6-2/21 | 3211 | 45.62 | first |
| 1/6-2/21 | 3216 | 50.51 | first |
| 1/6-2/21 | 3217 | 34.07 | first |
| 1/6-2/21 | 3218 | 38.48 | first |
| 1/6-2/21 | 3302 | 18.41 | first |
| 1/6-2/21 | 3314 | 18.56 | first |
| 1/6-2/21 | 3406 | 14.99 | first |
| 1/6-2/21 | 3411 | 16.86 | first |
| 1/6-2/21 | 3507 | 18.18 | first |
| | total vacants | **374.66** | |
| | | | |
| 1/6-1/22 | house elect | 790.33 | |
| | house gas | 547.83 | |
| | house water | 367.87 | |
| | house sewer | 2923.92 | |
| total house meter cost/usage | | **4629.95** | |
| | total check | **5004.61** | |

PLEASE REMIT TO:

**WATERTOWN MUNICIPAL UTILITIES**
*901 FOURTH AVE. SW*
*WATERTOWN, SD 57201*
*Office 605-882-6233    www.watertownmu.com*

| Customer Account Number | |
|---|---|
| 008-00187532-02R | |

| Due Date | Amount Due |
|---|---|
| 02/10/2025 | 4,629.95 |
| Service Address | Late Amount |
| 26 1 AVE SW HOUSE | 4,861.45 |
| | Amount Enclosed |

GENERATIONS ON 1ST
PO BOX 9379
FARGO, ND  58106-9379

*0018753202000462995*

** FIRST BILL **

---

*Page 1*                    *Please detach top portion and return with payment.*                    *Page 1*

**MUNICIPAL UTILITIES DEPT.**

| Account Number | Name | Service Address |
|---|---|---|
| 008-00187532-02 | GENERATIONS ON 1ST | 26 1 AVE SW HOUSE |

| Meter Number | Read Dates Present | Read Dates Previous | Billing Days | Code | Meter Readings Present | Meter Readings Previous | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000030955 | 01/22/2025 | 01/06/2025 | 16 | MR | 399850 | 391510 | 1 | 8340 | kWh | |
| ELECTRIC: 0000030955 | 01/22/2025 | 01/06/2025 | 16 | MR | 31770 | | 1 | 31.77 | kW | |
| WATER: 0200555042 | 01/22/2025 | 01/06/2025 | 16 | MR | 03536 | 03468 | 1 | 68 | ccf | |
| GAS: 0002116659 | 01/22/2025 | 01/06/2025 | 16 | MR | 28347 | 27600 | 1 | 747 | ccf | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)
Jan 2025

WATER (100 cu.ft)
Jan 2025

GAS (ccf)
Jan 2025

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Demand | 393.95 |
| Electric Customer Charge | 50.00 |
| Electric Energy | 300.24 |
| Electric State Tax | 31.26 |
| Electric City Tax | 14.88 |
| TOTAL ELECTRIC CHARGES | 790.33 |
| GAS SERVICE | |
| Gas Customer Charge | 40.00 |
| Gas Consumption | 475.84 |
| Gas State Tax | 21.67 |
| Gas City Tax | 10.32 |
| TOTAL GAS CHARGES | 547.83 |
| WATER SERVICE | |
| Water Customer Charge | 38.06 |
| Water Consumption | 286.55 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 367.87 |
| SEWER SERVICE | |
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 2,883.31 |
| TOTAL SEWER CHARGES | 2,923.92 |
| CURRENT CHARGES | $4,629.95 |
| TOTAL AMOUNT DUE | $4,629.95 |

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | ELECTRIC LARGE | 02/01/2025 | 02/10/2025 | 4,629.95 | 4,861.45 |

MESSAGES:

*PLEASE REMIT TO:*

**WATERTOWN MUNICIPAL UTILITIES**
*901 FOURTH AVE. SW*
*WATERTOWN, SD 57201*
Office 605-882-6233    www.watertownmu.com

| Customer Account Number | |
|---|---|
| 001-00187746-03R | |

| Due Date | Amount Due | Late Amount |
|---|---|---|
| 02/10/2025 | 14.69 | 15.42 |

| Service Address | Amount Enclosed |
|---|---|
| 26 1 AVE SW 3315 | |

GENERATIONS ON 1ST
PO BOX 9379
FARGO, ND  58106-9379

*00187746030000001469*

** FINAL BILL **

---

*Page 1*                                                                                     *Page 1*

**MUNICIPAL UTILITIES DEPT.**    Account Number          Name                    Service Address
                                001-00187746-03    GENERATIONS ON 1ST      26 1 AVE SW 3315

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | | | | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | Multiplier | Usage | Units | |
| ELECTRIC: 0000049566 | 01/08/2025 | 01/06/2025 | 2 | MR | 05109 | 05099 | 1 | 10 | kWh | |

**YOUR MONTHLY USAGE**



ELECTRIC (kWh)

Jan 2025

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 0.73 |
| Electric State Tax | 0.58 |
| Electric City Tax | 0.28 |
| TOTAL ELECTRIC CHARGES | 14.69 |
| | |
| CURRENT CHARGES | $14.69 |
| | |
| TOTAL AMOUNT DUE | $14.69 |

---

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 14.69 | 15.42 |
| MESSAGES: | | | | | |

*PLEASE REMIT TO:*

**WATERTOWN MUNICIPAL UTILITIES**
**901 FOURTH AVE. SW**
**WATERTOWN, SD 57201**
Office 605-882-6233   www.watertownmu.com

| Customer Account Number | |
|---|---|
| 001-00187727-01R | |

| Due Date | Amount Due | Late Amount |
|---|---|---|
| 02/10/2025 | 43.84 | 46.03 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW 3212 | | |

GENERATIONS ON 1ST
PO BOX 9379
FARGO, ND  58106-9379

\*0018772701000004384\*

\*\* FINAL BILL \*\*

---

*Page 1*                Please detach top portion and return with payment.                *Page 1*

**MUNICIPAL UTILITIES DEPT.**   Account Number   Name   Service Address

001-00187727-01   GENERATIONS ON 1ST   26 1 AVE SW 3212

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049541 | 01/17/2025 | 01/06/2025 | 11 | MR | 02811 | 02425 | 1 | 386 | kWh | |

| YOUR MONTHLY USAGE | |
|---|---|

ELECTRIC (kWh)

Jan 2025

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 28.18 |
| Electric State Tax | 1.73 |
| Electric City Tax | 0.83 |
| TOTAL ELECTRIC CHARGES | 43.84 |
| | |
| CURRENT CHARGES | $43.84 |
| | |
| TOTAL AMOUNT DUE | $43.84 |

---

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 43.84 | 46.03 |
| MESSAGES: | | | | | |

**PLEASE REMIT TO:**

**WATERTOWN MUNICIPAL UTILITIES**
901 FOURTH AVE. SW
WATERTOWN, SD 57201
Office 605-882-6233   www.watertownmu.com

| Customer Account Number | | |
|---|---|---|
| 001-00187591-03R | | |
| Due Date | Amount Due | Late Amount |
| 02/10/2025 | 31.20 | 32.76 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW 3511 | | |

GENERATIONS ON 1ST
PO BOX 9379
FARGO, ND  58106-9379

\*0018759103000003120\*

** FIRST BILL **

---

Page 1

**MUNICIPAL UTILITIES DEPT.**    Please detach top portion and return with payment.    Page 1

Account Number    Name    Service Address
001-00187591-03    GENERATIONS ON 1ST    26 1 AVE SW 3511

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049201 | 01/21/2025 | 01/06/2025 | 15 | MR | 12712 | 12489 | 1 | 223 | kWh | |

| YOUR MONTHLY USAGE | |
|---|---|
| ELECTRIC (kWh) | |

PREVIOUS BALANCE                                                0.00
BALANCE FORWARD                                                 0.00

ELECTRIC SERVICE
Electric Customer Charge                                      13.10
Electric Energy                                              16.28
Electric State Tax                                             1.23
Electric City Tax                                              0.59
TOTAL ELECTRIC CHARGES                                       31.20

CURRENT CHARGES                                            $31.20

TOTAL AMOUNT DUE                                           $31.20

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 31.20 | 32.76 |

MESSAGES:

*PLEASE REMIT TO:*

## WATERTOWN MUNICIPAL UTILITIES
**901 FOURTH AVE. SW**
**WATERTOWN, SD 57201**
Office 605-882-6233   www.watertownmu.com

| Customer Account Number | |
|---|---|
| 001-00187592-05R | |

| Due Date | Amount Due | Late Amount |
|---|---|---|
| 02/10/2025 | 28.95 | 30.40 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW 3514 | | |

GENERATIONS ON 1ST
PO BOX 9379
FARGO, ND  58106-9379

*001875920500000002895*

** FIRST BILL **

---

*Page 1*   Please detach top portion and return with payment.   *Page 1*

**MUNICIPAL UTILITIES DEPT.**   Account Number   Name   Service Address
001-00187592-05   GENERATIONS ON 1ST   26 1 AVE SW 3514

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049198 | 01/21/2025 | 01/06/2025 | 15 | MR | 21216 | 21022 | 1 | 194 | kWh | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

Jan 2025

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 14.16 |
| Electric State Tax | 1.14 |
| Electric City Tax | 0.55 |
| TOTAL ELECTRIC CHARGES | 28.95 |
| | |
| CURRENT CHARGES | $28.95 |
| | |
| TOTAL AMOUNT DUE | $28.95 |

---

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 28.95 | 30.40 |

MESSAGES:

PLEASE REMIT TO:

**WATERTOWN MUNICIPAL UTILITIES**
901 FOURTH AVE. SW
WATERTOWN, SD 57201
Office 605-882-6233   www.watertownmu.com

| Customer Account Number | | |
|---|---|---|
| 001-00187726-03R | | |
| Due Date | Amount Due | Late Amount |
| 02/10/2025 | 45.62 | 47.90 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW 3211 | | |

GENERATIONS ON 1ST
PO BOX 9379
FARGO, ND  58106-9379

*00187726030000004562*

** FIRST BILL **

---

Page 1      *Please detach top portion and return with payment.*      Page 1

MUNICIPAL UTILITIES DEPT.    Account Number    Name       Service Address
001-00187726-03    GENERATIONS ON 1ST    26 1 AVE SW 3211

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049594 | 01/21/2025 | 01/06/2025 | 15 | MR | 21985 | 21576 | 1 | 409 | kWh | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 29.86 |
| Electric State Tax | 1.80 |
| Electric City Tax | 0.86 |
| TOTAL ELECTRIC CHARGES | 45.62 |
| | |
| CURRENT CHARGES | $45.62 |
| | |
| TOTAL AMOUNT DUE | $45.62 |

---

121598

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 45.62 | 47.90 |

MESSAGES:

*PLEASE REMIT TO:*

## WATERTOWN MUNICIPAL UTILITIES
**901 FOURTH AVE. SW**
**WATERTOWN, SD 57201**
Office 605-882-6233    www.watertownmu.com

| Customer Account Number | | |
|---|---|---|
| 001-00187730-01R | | |
| **Due Date** | **Amount Due** | **Late Amount** |
| 02/10/2025 | 50.51 | 53.04 |
| **Service Address** | | **Amount Enclosed** |
| 26 1 AVE SW 3216 | | |

GENERATIONS ON 1ST
PO BOX 9379
FARGO, ND  58106-9379

*00187730010000005051*

** FIRST BILL **

---

*Page 1*                 *Please detach top portion and return with payment.*                 *Page 1*

**MUNICIPAL UTILITIES DEPT.**     Account Number     Name     Service Address
001-00187730-01     GENERATIONS ON 1ST     26 1 AVE SW 3216

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Present** | **Previous** | | | **Present** | **Previous** | | | | |
| ELECTRIC: 0000049538 | 01/21/2025 | 01/06/2025 | 15 | MR | 03582 | 03110 | 1 | 472 | kWh | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

Jan 2025

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 34.46 |
| Electric State Tax | 2.00 |
| Electric City Tax | 0.95 |
| TOTAL ELECTRIC CHARGES | 50.51 |
| | |
| CURRENT CHARGES | $50.51 |
| | |
| TOTAL AMOUNT DUE | $50.51 |

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 50.51 | 53.04 |
| MESSAGES: | | | | | |

PLEASE REMIT TO:

**WATERTOWN MUNICIPAL UTILITIES**
901 FOURTH AVE. SW
WATERTOWN, SD 57201
Office 605-882-6233   www.watertownmu.com

| | Customer Account Number |
|---|---|
| | 001-00187731-03R |

| Due Date | Amount Due | Late Amount |
|---|---|---|
| 02/10/2025 | 34.07 | 35.77 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW 3217 | | |

GENERATIONS ON 1ST
PO BOX 9379
FARGO, ND  58106-9379

*00187731030000003407*

** FIRST BILL **

---

*Page 1*                    *Please detach top portion and return with payment.*                    *Page 1*

**MUNICIPAL UTILITIES DEPT.**

| Account Number | Name | Service Address |
|---|---|---|
| 001-00187731-03 | GENERATIONS ON 1ST | 26 1 AVE SW 3217 |

| Meter Number | Read Dates Present | Read Dates Previous | Billing Days | Code | Meter Readings Present | Meter Readings Previous | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000049593 | 01/21/2025 | 01/06/2025 | 15 | MR | 13795 | 13535 | 1 | 260 | kWh | |

**YOUR MONTHLY USAGE**


ELECTRIC (kWh)
Jan 2025

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 18.98 |
| Electric State Tax | 1.35 |
| Electric City Tax | 0.64 |
| TOTAL ELECTRIC CHARGES | 34.07 |
| | |
| CURRENT CHARGES | $34.07 |
| | |
| TOTAL AMOUNT DUE | $34.07 |

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 34.07 | 35.77 |

MESSAGES:

PLEASE REMIT TO:

**WATERTOWN MUNICIPAL UTILITIES**
901 FOURTH AVE. SW
WATERTOWN, SD 57201
Office 605-882-6233    www.watertownmu.com

| Customer Account Number | | |
|---|---|---|
| 001-00187732-01R | | |
| Due Date | Amount Due | Late Amount |
| 02/10/2025 | 38.48 | 40.40 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW 3218 | | |

GENERATIONS ON 1ST
PO BOX 9379
FARGO, ND  58106-9379

*00187732010000003848*

** FIRST BILL **

Page 1      *Please detach top portion and return with payment.*      Page 1

MUNICIPAL UTILITIES DEPT.

| | Account Number | | | Name | | | Service Address | | |
|---|---|---|---|---|---|---|---|---|---|
| | 001-00187732-01 | | | GENERATIONS ON 1ST | | | 26 1 AVE SW 3218 | | |

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049592 | 01/21/2025 | 01/06/2025 | 15 | MR | 03922 | 03605 | 1 | 317 | kWh | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 23.14 |
| Electric State Tax | 1.52 |
| Electric City Tax | 0.72 |
| TOTAL ELECTRIC CHARGES | 38.48 |
| | |
| CURRENT CHARGES | $38.48 |
| | |
| TOTAL AMOUNT DUE | $38.48 |

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 38.48 | 40.40 |

MESSAGES:

*PLEASE REMIT TO:*

**WATERTOWN MUNICIPAL UTILITIES**
**901 FOURTH AVE. SW**
**WATERTOWN, SD 57201**
Office 605-882-6233    www.watertownmu.com

| Customer Account Number | | |
|---|---|---|
| 001-00187734-03R | | |
| Due Date | Amount Due | Late Amount |
| 02/10/2025 | 18.41 | 19.33 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW 3302 | | |

GENERATIONS ON 1ST
PO BOX 9379
FARGO, ND  58106-9379

*00187734030000001841*

** FIRST BILL **

---

Page 1

MUNICIPAL UTILITIES DEPT.          *Please detach top portion and return with payment.*          Page 1

| | Account Number | | Name | | | | Service Address | | |
|---|---|---|---|---|---|---|---|---|---|
| | 001-00187734-03 | | GENERATIONS ON 1ST | | | | 26 1 AVE SW 3302 | | |

| Meter Number | Read Dates Present | Read Dates Previous | Billing Days | Code | Meter Readings Present | Meter Readings Previous | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000049591 | 01/21/2025 | 01/06/2025 | 15 | MR | 09606 | 09548 | 1 | 58 | kWh | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

Jan 2025

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 4.23 |
| Electric State Tax | 0.73 |
| Electric City Tax | 0.35 |
| TOTAL ELECTRIC CHARGES | 18.41 |
| | |
| CURRENT CHARGES | $18.41 |
| | |
| TOTAL AMOUNT DUE | $18.41 |

---

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 18.41 | 19.33 |
| MESSAGES: | | | | | |

*PLEASE REMIT TO:*

**WATERTOWN MUNICIPAL UTILITIES**
**901 FOURTH AVE. SW**
**WATERTOWN, SD 57201**
Office 605-882-6233   www.watertownmu.com

| Customer Account Number | | |
|---|---|---|
| 001-00187745-03R | | |
| Due Date | Amount Due | Late Amount |
| 02/10/2025 | 18.56 | 19.49 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW 3314 | | |

GENERATIONS ON 1ST
PO BOX 9379
FARGO, ND 58106-9379

*0018774503000001856*

** FIRST BILL **

Page 1                    *Please detach top portion and return with payment.*                    Page 1

**MUNICIPAL UTILITIES DEPT.**

| | Account Number | | Name | | | | Service Address | | |
|---|---|---|---|---|---|---|---|---|---|
| | 001-00187745-03 | | GENERATIONS ON 1ST | | | | 26 1 AVE SW 3314 | | |

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049567 | 01/21/2025 | 01/06/2025 | 15 | MR | 06997 | 06937 | 1 | 60 | kWh | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

Jan 2025

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 4.38 |
| Electric State Tax | 0.73 |
| Electric City Tax | 0.35 |
| TOTAL ELECTRIC CHARGES | 18.56 |
| | |
| CURRENT CHARGES | $18.56 |
| | |
| TOTAL AMOUNT DUE | $18.56 |

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 18.56 | 19.49 |
| MESSAGES: | | | | | |

*PLEASE REMIT TO:*

## WATERTOWN MUNICIPAL UTILITIES
**901 FOURTH AVE. SW**
**WATERTOWN, SD 57201**
Office 605-882-6233   www.watertownmu.com

| Customer Account Number | |
|---|---|
| 001-00187755-03R | |

| Due Date | Amount Due | Late Amount |
|---|---|---|
| 02/10/2025 | 14.99 | 15.74 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW 3406 | | |

GENERATIONS ON 1ST
PO BOX 9379
FARGO, ND  58106-9379

*00187755030000001499*

** FIRST BILL **

---

Page 1                                    *Please detach top portion and return with payment.*                    Page 1

**MUNICIPAL UTILITIES DEPT.**   Account Number   Name                              Service Address

001-00187755-03   GENERATIONS ON 1ST          26 1 AVE SW 3406

| Meter Number | Read Dates Present | Read Dates Previous | Billing Days | Code | Meter Readings Present | Meter Readings Previous | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000049607 | 01/21/2025 | 01/06/2025 | 15 | MR | 18220 | 18206 | 1 | 14 | kWh | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 1.02 |
| Electric State Tax | 0.59 |
| Electric City Tax | 0.28 |
| TOTAL ELECTRIC CHARGES | 14.99 |
| | |
| CURRENT CHARGES | $14.99 |
| | |
| TOTAL AMOUNT DUE | $14.99 |

Jan 2025

---

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 14.99 | 15.74 |

MESSAGES:

*PLEASE REMIT TO:*

## *WATERTOWN MUNICIPAL UTILITIES*
*901 FOURTH AVE. SW*
*WATERTOWN, SD 57201*
*Office 605-882-6233   www.watertownmu.com*

| Customer Account Number | | |
|---|---|---|
| 001-00187760-03R | | |
| Due Date | Amount Due | Late Amount |
| 02/10/2025 | 16.86 | 17.70 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW 3411 | | |

GENERATIONS ON 1ST
PO BOX 9379
FARGO, ND  58106-9379

*0018776003000001686*

** FIRST BILL **

---

*Page 1*                    *Please detach top portion and return with payment.*                    *Page 1*

**MUNICIPAL UTILITIES DEPT.**   Account Number   Name   Service Address
001-00187760-03   GENERATIONS ON 1ST   26 1 AVE SW 3411

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | | | | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | Multiplier | Usage | Units | |
| ELECTRIC: 0000049604 | 01/21/2025 | 01/06/2025 | 15 | MR | 06196 | 06158 | 1 | 38 | kWh | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)



Jan 2025

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| **ELECTRIC SERVICE** | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 2.77 |
| Electric State Tax | 0.67 |
| Electric City Tax | 0.32 |
| TOTAL ELECTRIC CHARGES | 16.86 |
| CURRENT CHARGES | $16.86 |
| TOTAL AMOUNT DUE | $16.86 |

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 16.86 | 17.70 |

MESSAGES:

PLEASE REMIT TO:

**WATERTOWN MUNICIPAL UTILITIES**
**901 FOURTH AVE. SW**
**WATERTOWN, SD 57201**
**Office 605-882-6233   www.watertownmu.com**

| Customer Account Number |
| --- |
| 001-00187668-01R |

| Due Date | Amount Due | Late Amount |
| --- | --- | --- |
| 02/10/2025 | 18.18 | 19.09 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW 3507 | | |

GENERATIONS ON 1ST
PO BOX 9379
FARGO, ND  58106-9379

*0018766801000001818*

** FIRST BILL **

---

*Page 1*                Please detach top portion and return with payment.                *Page 1*

**MUNICIPAL UTILITIES DEPT.**   Account Number        Name                        Service Address
                          001-00187668-01   GENERATIONS ON 1ST      26 1 AVE SW 3507

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049598 | 01/21/2025 | 01/06/2025 | 15 | MR | 10681 | 10626 | 1 | 55 | kWh | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

| | |
| --- | --- |
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 4.02 |
| Electric State Tax | 0.72 |
| Electric City Tax | 0.34 |
| TOTAL ELECTRIC CHARGES | 18.18 |
| | |
| CURRENT CHARGES | $18.18 |
| | |
| TOTAL AMOUNT DUE | $18.18 |

Jan 2025

126372

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
| --- | --- | --- | --- | --- | --- |
| FIRST BILL | ELECTRIC RESIDENTIAL | 02/01/2025 | 02/10/2025 | 18.18 | 19.09 |

MESSAGES:



**Distributors of Major Appliance Parts – Commercial – HVAC**

Dey Distributing
2810 3RD AVE N
FARGO ND 58102-4021

701-239-8343
FAX: 701-239-8379



**INVOICE**
7334833

Page 1

CP Business management
Aaaaaaaa Claaa
**PAID**
#~~CREDIT~~
30007

| Sold To | |
|---|---|
| CRAIG PROPERTIES | |
| PO BOX 426 | |
| FARGO ND 58107-0426 | |

| Order number | 3938584 |
|---|---|
| Inv. date | 01/28/25 |
| Order date | 01/28/25 |
| Customer number | 16141 |
| | |
| Your order number | STOCK |
| Your reference | jesse |
| | |
| Terms of payment | Due on 15th of next month |
| Due date | 02/15/25 |
| Ship Via | Willcall at Fargo |

| Ship To | |
|---|---|
| CRAIG PROPERTIES | |
| 2810 3RD AVE N | |
| FARGO ND 58102-4021 | |

| Item | Description | # Ord | # Ship | Sugg List | Price | Discount | Amount |
|---|---|---|---|---|---|---|---|
| W11123941 | SWITCH | 1 | 1 | 22.28 | 15.59 | | 15.59 |

| | | |
|---|---|---|
| Order line total............. | | 15.59 |
| Tax     7.5000   % | | 1.17 |
| | | |
| Order total.................. | | 16.76 |



Petty cash –
Reimburse.

generations
Fridge Switch
# 3510

| Please remit amount due to: | Total before tax | Total tax | Total adjustments | Invoice amount due |
|---|---|---|---|---|
| Dey Distributing 1401 Willow Lake Blvd Vadnais Heights, MN 55110 | 15.59 | 1.17 | | 16.76 |

*Thank you for your order!*
Place orders and manage your account on our website: www.deydistributing.com

DMR344J



You could win a $1000 GiftCard!
Visit survey.walmart.com#7WNGY1J7JGL
For more details, see back of receipt.

**Walmart**

WM Supercenter
605-882-0801  Mgr. KALEE
1201 29TH ST SE
WATERTOWN SD 57201
ST# 01500  OP# 009023  TE# 23  TR# 00701

TORCH KIT          01404549530
TORCH KIT          01404549530

TC# 2182 0407 4404 5843 1245

# ITEMS SOLD 3

SUBTOTAL                75.78
TAX 1    6.2000 %        4.70
TOTAL                   80.48
MCARD TEND              80.48
CHANGE DUE               0.00

MASTERCARD  6025 I I APP#687977Z
80.48  TOTAL PURCHASE
REF # 502385091816
PAYMENT SERVICE - A
AID A0000000041010
TERMINAL # 28407788
*No Signature Required
01/23/25              10:05:44

21.18   X
21.18   X

Get free delivery
from this store
with Walmart+

Low prices You Can Trust. Every Day.
01/23/25              10:05:52

Scan for 30 day free trial

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30010

01/31/25

$1,354.98***

TO THE
ORDER OF   **** ONE THOUSAND THREE HUNDRED FIFTY FOUR AND 98/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,      58106

NON-NEGOTIABLE

# CP Business Management

## 2025

**Generations on 1st**

| | | | Invoice #: | 3001 |
| From: | 16-Jan | | Invoice Date: | 1/31/2025 |
| To: | 31-Jan | | Due Date: | 2/1/2025 |

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Jan. Rents | $6,000.00 | $300.00 |
| 5% | Management Fee Jan. Garage | $160.00 | $8.00 |
| 5% | Management Fee Jan. Storage (and past due storages) | $160.00 | $8.00 |
| 5% | Management Fee Prepaid Feb Rents | $2,015.00 | $100.75 |
| | **Total Management Fee** | **$8,335.00** | **$416.75** |

| | Offsite Office | | Total |
|---|---|---|---|
| 1312.5 | 50% share of Off Site Office Rent x 15 days | $317.54 | $317.54 |
| 422.12 | 50% share of Off Site Office Supplies x 15 days | $102.13 | $102.13 |
| 283.37 | 50% share of Off Site Office Utilities x 15 days | $68.56 | $68.56 |
| | **Total Offsite Office** | | **$488.22** |

| | Other Collected Income | | Total |
|---|---|---|---|
| | | | |
| | | | |
| | **Total Other Collected Income** | | **$0.00** |

| | Miscellaneous | | |
|---|---|---|---|
| | Misc Mgr | | $200.00 |
| | Misc Prof | | $250.00 |
| | **Total Miscellaneous** | | **$450.00** |

| | | |
|---|---|---|
| **Total Management Fee** | | $416.75 |
| **Total Offsite Office** | | $488.22 |
| **Total Other Collected Income** | | $0.00 |
| **Total Miscellaneous** | | $450.00 |
| **Generations on 1st Total** | | $1,354.97 |

Please make checks payable to CP Business Management no later than   2/1/2025

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30011

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

01/31/25

TO THE
ORDER OF

JESSE CRAIG
1405 1ST AVE N
FARGO, ND 58102

**** ONE THOUSAND FIVE HUNDRED EIGHTY NINE AND 21/100 DOLLARS

$1,589.21***

NON-NEGOTIABLE

# JESSE CRAIG

## GENERATIONS ON 1ST

**2025**

| From: | 16-Jan |
| To: | 31-Jan |

Invoice #: 5001
Invoice Date: 1/31/2025
Due Date: 2/1/2025

| | | | | Total |
|---|---|---|---|---|
| 73 | Manager oversite $45/unit (15 DAYS = $21.77) | | $21.77 | $1,589.21 |
| | | | **$21.77** | **$1,589.21** |

Please make checks payable to Jesse Craig no later than  2/1/2025

Software fee

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30014

01/31/25

$73.00********

TO THE
ORDER OF

**** SEVENTY THREE AND 00/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,   58106

NON-NEGOTIABLE

## CP Business Management

### 2025

**Generations on 1st**

|  | |
|---|---|
| From: | 16-Jan |
| To: | 31-Jan |

| | |
|---|---|
| Invoice #: | 3001 |
| Invoice Date: | 1/31/2025 |
| Due Date: | 2/1/2025 |

### Miscellaneous

| 7057 | Software Fee | | $73.00 |
|---|---|---|---|

| | |
|---|---|
| **Total Miscellaneous** | **$73.00** |



# CODINGTON COUNTY TREASURER
Official Real Estate Tax Notice
14 FIRST AVENUE S.E. * WATERTOWN, SD  57201
(605) 882-6285

**EXHIBIT**

**IV1063**

2024 – 8963

## 2024 TAXES DUE AND PAYABLE IN 2025

Record#: 9580

**Legal:**  Sch: 14-4       S/T/R:                Acres/Lots: .00

WATERTOWN CITY  GENERATIONS ON 1ST ADD
GENERATIONS ON 1ST ADD
26 1 AVE SW

**Taxes In Name Of**

GENERATIONS ON 1ST LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 38,247.49 |
| **Second Half** | 38,247.49 |
| **TOTAL** | 76,494.98 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 70,748 | 68,201 | 2.525 | 172.22 |
| WATERTOWN SCHOOL Non-Ag | 70,748 | 68,201 | 9.478 | 646.41 |
| WATERTOWN CITY | 70,748 | 68,201 | 1.691 | 115.33 |
| EAST DAKOTA WATER | 70,748 | 68,201 | 0.020 | 1.36 |
| TAX INCREMENT 13 NA | 70,748 | 5,509,673 | 13.714 | 75,559.66 |

*JE: 4019 $12,749.16 Escrow*

*-need to add INF*

NA: 76494.98

| | |
|---|---|
| **TOTAL:** | 76,494.98 |

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⇩ Please detach stubs and return with your payment ⇩        ⇩ Please detach stubs and return with your payment ⇩

**-FIRST PAYMENT-**
GENERATIONS ON 1ST LLC

CODINGTON
Record #
9580

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 - 8963 | 38,247.49 |

DELINQUENT AFTER APRIL 30th

**-SECOND PAYMENT-**
GENERATIONS ON 1ST LLC

CODINGTON
Record #
9580

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 - 8963 | 38,247.49 |

DELINQUENT AFTER OCTOBER 31st