UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1ˢᵗ LLC,<br><br>　　　　　Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>　　　　　Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

STATE OF NORTH DAKOTA　)
　　　　　　　　　　　　) SS
COUNTY OF CASS　　　　　)

　　　Sonie Thompson, being first duly sworn, does depose and say: she is a resident of Cass County, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

　　　On February 25, 2025, affiant caused the following document(s):

**MOTION FOR RULE 2004 EXAMS**

to be served electronically on all ECF participants:

**Counsel for Debtors and The Ruins**

Maurice VerStandig
mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Christianna A. Cathcart
christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

**Office of the United States Trustee**

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov

and on <u>February 26, 2025</u>, to be served by United States postal mail on:

The Lofts, LLC
Lisa Carrico, Registered Agent
657 West Kemp Avenue
Watertown, SD  57201

Jesse Craig
PO Box 426
Fargo, ND  58107-0426

Mulinda Craig
PO Box 426
Fargo, ND  58107-0426

Craig Development, LLC
PO Box 426
Fargo, ND  58107-0426

Craig Holdings, LLC
Jesse Craig, Registered Agent
PO Box 426
Fargo, ND  58107-0426

Craig Properties, LLC
Jesse Craig, Registered Agent
PO Box 426
Fargo, ND  58107-0426

CP Business Management, Inc.
Jesse Craig, Registered Agent
1401 1st Ave N, #B
Fargo, ND 58102

Prevail LLC
Lisa Carrico, Registered Agent
657 West Kemp Avenue
Watertown, SD  57201

                    */s/ Sonie Thompson*
                    Sonie Thompson

Subscribed and sworn to before me this 26th day of February, 2025.

                    */s/ Jill Nona*
(SEAL)             Notary Public, Cass County, North Dakota