UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>      Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>      Debtor. | Case No.: 25-30003<br><br>Chapter 11 |

**RED RIVER STATE BANK'S NOTICE OF MOTION
FOR ENTRY OF AN ORDER REQUIRING CERTAIN ENTITIES
TO PROVIDE INFORMATION PURSUANT TO BANKRUPTCY RULE 2004**

      NOTICE IS HEREBY GIVEN that Red River State Bank has filed a Motion for Entry of an Order Requiring Certain Entities to Provide Information Pursuant to Bankruptcy Rule 2004 [Doc 58], a copy of which is herewith served upon you.

      NOTICE IS FURTHER GIVEN that written objections to said motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court, whose address is 655 First Avenue North, Suite 210, Fargo, ND  58102-4932, with a copy mailed to counsel for Red River State Bank, whose name and address is listed below, <u>within fourteen (14) days from the date of the mailing of this Notice</u>.  Any objections not filed and served may be deemed waived.

Dated this 26th day of February, 2025.

**VOGEL LAW FIRM**

BY: */s/ Caren W. Stanley*
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
ATTORNEYS FOR RED RIVER STATE BANK

4938-6236-8800 V.1

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> Generations on 1st LLC, <br><br> Debtor. | Case No.: 25-30002 <br><br> Chapter 11 |
| In Re: <br><br> Parkside Place LLC, <br><br> Debtor. | Case No. 25-30003 <br><br> Chapter 11 <br><br> (Jointly Administered) |

**CERTIFICATE OF SERVICE**

STATE OF NORTH DAKOTA    )
                         )   SS
COUNTY OF CASS           )

Sonie Thompson, being first duly sworn, does depose and say: she is a resident of Cass County, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

On February 26, 2025, affiant caused the following document(s):

**NOTICE OF MOTION FOR RULE 2004 EXAMS**

to be served electronically on all ECF participants:

*Counsel for Debtors and The Ruins*

Maurice VerStandig
mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Christianna A. Cathcart
christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

*Office of the United States Trustee*

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov

and to be served by United States postal mail on:

The Lofts, LLC
Lisa Carrico, Registered Agent
657 West Kemp Avenue
Watertown, SD  57201

Jesse Craig
PO Box 426
Fargo, ND  58107-0426

Mulinda Craig
PO Box 426
Fargo, ND  58107-0426

Craig Development, LLC
PO Box 426
Fargo, ND  58107-0426

Craig Holdings, LLC
Jesse Craig, Registered Agent
PO Box 426
Fargo, ND  58107-0426

Craig Properties, LLC
Jesse Craig, Registered Agent
PO Box 426
Fargo, ND  58107-0426

CP Business Management, Inc.
Jesse Craig, Registered Agent
1401 1st Ave N, #B
Fargo, ND 58102

Prevail LLC
Lisa Carrico, Registered Agent
657 West Kemp Avenue
Watertown, SD  57201

*/s/ Sonie Thompson*
Sonie Thompson

Subscribed and sworn to before me this 26th day of February, 2025.

*/s/ Jill Nona*
(SEAL)   Notary Public, Cass County, North Dakota