IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE**

Please note the appearance of Christianna A. Cathcart as counsel for Generations on 1st LLC and Parkside Place LLC, collectively the debtors herein, and serve all pleadings and court papers upon undersigned counsel.

Respectfully Submitted,

Dated: February 28, 2025    By:   /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtors*

1

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 28th day of February, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
