**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

In Re:                                                    Bankruptcy No. 25-30002
                                                          Chapter 11
Generations on 1st, LLC,

        Debtor, Jointly Administered.

_____/

In Re:                                                    Bankruptcy No. 25-30003
                                                          Chapter 11
Parkside Place, LLC,

        Debtor, Jointly Administered.

_____/

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON
SECOND MOTION FOR LEAVE TO USE CASH COLLATERAL**

Debtor Twin Falls Oil Service, LLC filed a Motion for Expedited Hearing, seeking to be heard on its Second Motion for Leave to Use Cash Collateral filed March 3, 2025. (Doc. 63).

The Court finds that it is appropriate to conduct a preliminary hearing on this motion on an expedited basis. Therefore, IT IS ORDERED that Debtor's Motion is GRANTED. The Second Motion for Leave to Use Cash Collateral will be heard on **Thursday, March 13, 2025, at 2:00 p.m. in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**.

Written objections shall be filed by **Wednesday, March 12, 2025**. The Court will consider interim relief on the motion and only authorize relief necessary to avoid immediate and irreparable harm to the estate pending a final hearing.

A final hearing on the Second Motion for Leave to Use Cash Collateral [Doc. 63] will be held on **Thursday, March 20, 2025, at 10:00 a.m. in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North,**

**Fargo, North Dakota**. Additional objections to the motion, if any, must be filed not later than **Tuesday, March 18, 2025.** If the Court receives no additional objections to the motion, it may enter an order granting the relief requested and cancel the hearing.

Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter unless the hearing is scheduled on an expedited basis.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

Dated:  March 4, 2025.

Shon Hastings, Judge
United States Bankruptcy Court

*All times referred to in this Order are Central Standard Time.
Copy filed and sent electronically March 4, 2025, to Attorney Maruice VerStandig for service.