USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

Case 25-30002    Doc 66-1    Filed 03/06/25    Entered 03/06/25 12:29:36    Desc Mailing Matrix    Page 1 of 4

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-30002
SOUTHERN DISTRICT OF NORTH DAKOTA
THU MAR 6 9-50-44 PST 2025

DEBTOR
GENERATIONS ON 1ST LLC
1405 1ST AVENUE N
FARGO  ND 58102-4203

RED RIVER STATE BANK
ATTN  CAREN W STANLEY
VOGEL  LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

WATERTOWN DEVELOPMENT COMPANY
1 EAST KEMP AVENUE
WATERTOWN  SD 57201-3606

EXCLUDE
US BANKRUPTCY COURT
655 1ST AVENUE NORTH  SUITE 210
FARGO  ND 58102-4932

ADDISON RASSEL  WESTON WEBER
26 1ST AVENUE SW
UNIT 3513
WATERTOWN  SD 57201-4256

ALEXIS BURBACH
26 1ST AVENUE SW
UNIT 3310
WATERTOWN  SD 57201-4236

ALEXIS WILLETT
26 1ST AVENUE SW
UNIT 3318
WATERTOWN  SD 57201-4236

ALLIE WEISS
26 1ST AVENUE SW
UNIT 3403
WATERTOWN  SD 57201-4237

ALLISON FOOTE
26 1ST AVENUE SW
UNIT 3213
WATERTOWN  SD 57201-4200

ALLYSSA KIRCHBERG
26 1ST AVENUE SW
UNIT 3315
WATERTOWN  SD 57201-4236

AUTOMATIC BUILDING CONTROLS  INC
4300 W 61ST ST N
SIOUX FALLS  SD 57107-6474

BAETEFORSETH HVAC
4700 N NORTHVIEW AVE
SIOUX FALLS  SD 57107-0869

BARB WEGMAN
26 1ST AVENUE SW
UNIT 3311
WATERTOWN  SD 57201-4236

BARBARA GOENS
26 1ST AVENUE SW
UNIT 3301
WATERTOWN  SD 57201-4236

BLACKTAIL INVESTMENTS  LLC
PO BOX 629
FARGO  ND 58107-0629

BLAKE THEISEN
26 1ST AVENUE SW
UNIT 3316
WATERTOWN  SD 57201-4236

BRIANNA PEDERSON
26 1ST AVENUE SW
UNIT 3305
WATERTOWN  SD 57201-4236

CP BUSINESS MANAGEMENT  INC
1401 1ST AVE N
B
FARGO  ND 58102-4203

CAREN STANLEY  ESQ
VOGEL LAW FIRM
218 NP AVENUE
FARGO  ND 58102-4834

CARRICO LAW OFFICE
657 W KEMP AVE
WATERTOWN  SD 57201-2249

CASEY KIRLEY
26 1ST AVENUE SW
UNIT 3206
WATERTOWN  SD 57201-4200

CHARLES OLSON
26 1ST AVENUE SW
UNIT 3501
WATERTOWN  SD 57201-4256

CHRISTIANNA A CATHCART  ESQ
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N  SUITE B PMB 24
FARGO  NORTH DAKOTA 58102-4246

CLARITY TELECOM  LLC
DBA BLUEPEAK FIBER
7979 E TUFTS AVE SUITE 850
DENVER  CO 80237-2845

CLAYTON ALBAN
26 1ST AVENUE SW
UNIT 3313
WATERTOWN  SD 57201-4236

CODINGTON COUNTY TREASURER
14 1ST AVE SE
WATERTOWN  SD 57201-3611

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

```
COUNTY FAIR FOODS OF WATERTOWN INC      CYNTHIA WELLS                           DAKOTA CLEAN   LLC
14 2ND ST NE                            26 1ST AVENUE SW                        509 9TH AVE S
WATERTOWN   SD 57201-3622               UNIT 3407                               CLEAR LAKE   SD 57226-2166
                                        WATERTOWN   SD 57201-4237


DARYL TAPIO                             DIONNE ZWEIG                            ETHANIEL WELLNITZ
26 1ST AVENUE SW                        26 1ST AVENUE SW                        26 1ST AVENUE SW
UNIT 3413                               UNIT 3412                               UNIT 3502
WATERTOWN   SD 57201-4237               WATERTOWN   SD 57201-4237               WATERTOWN   SD 57201-4256


GT BROTHERS   LLC                       GEORGES SANITATION INC                  HME COMPANIES   LLC
14 2ND ST NE                            3367 12TH AVE NW                        432 5TH STREET
WATERTOWN   SD 57201-3622               WATERTOWN   SD 57201-7225               BROOKINGS   SD 57006-2007


HME COMPANIES   LLC                     HALI ANDERSON   DANIEL WILLIAMS         HELGA MYERS
ATTN LANE WARZECHA                      26 1ST AVENUE SW                        26 1ST AVENUE SW
432 5TH STREET                          UNIT 3512                               UNIT 3205
BROOKINGS   SD 57006-2007               WATERTOWN   SD 57201-4256               WATERTOWN   SD 57201-4200


IKES WINDOW WASHING   LLC               INTERNAL REVENUE SERVICE                JACOB KRANZ   SIERRA OVERSHINER
1126 E KEMP AVE                         PO BOX 7346                             26 1ST AVENUE SW
WATERTOWN  SD 57201-3755                PHILADELPHIA   PA 19101-7346            UNIT 3510
                                                                                WATERTOWN   SD 57201-4256


JACOBE TRAMP                            JESSE AND MARIE HEER                    JOHN TIMMONS
26 1ST AVENUE SW                        26 1ST AVENUE SW                        26 1ST AVENUE SW
UNIT 3416                               UNIT 3404                               UNIT 3505
WATERTOWN   SD 57201-4237               WATERTOWN   SD 57201-4237               WATERTOWN   SD 57201-4256


JONI DYSTRA                             JORDAN JIERMAN                          JOSHUA ESCAMILLAVIGIL
26 1ST AVENUE SW                        26 1ST AVENUE SW                        26 1ST AVENUE SW
UNIT 3209                               UNIT 3214                               UNIT 3516
WATERTOWN   SD 57201-4200               WATERTOWN   SD 57201-4200               WATERTOWN   SD 57201-4256


JUDITH ZIRBEL                           JUSTICE FIRE   SAFETY   INC             KAREN JENSEN
26 1ST AVENUE SW                        3601 N POTSDAM AVENUE                   26 1ST AVENUE SW
UNIT 3201                               SIOUX FALLS   SD 57104-7032             UNIT 3410
WATERTOWN   SD 57201-4200                                                       WATERTOWN   SD 57201-4237


KEEGAN SCHELLE                          KENDELL GRONHOLZ   COLE GILSDORF        KYLE MARX   DAWSON TREEBY
26 1ST AVENUE SW                        26 1ST AVENUE SW                        26 1ST AVENUE SW
UNIT 3309                               UNIT 3208                               UNIT 3405
WATERTOWN   SD 57201-4236               WATERTOWN   SD 57201-4200               WATERTOWN   SD 57201-4237
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| KYLE WISSEMAN<br>26 1ST AVENUE SW<br>UNIT 3308<br>WATERTOWN SD 57201-4236 | LAVERNE COYLE<br>26 1ST AVENUE SW<br>UNIT 3408<br>WATERTOWN SD 57201-4237 | LEW KNAPP<br>26 1ST AVENUE SW<br>UNIT 3216<br>WATERTOWN SD 57201-4200 |
| LIBERTY MUTUAL GROUP INC<br>175 BERKELEY STREET<br>BOSTON MA 02116-3350 | LOIS STADHEIM<br>26 1ST AVENUE SW<br>UNIT 3207<br>WATERTOWN SD 57201-4200 | LORNA HARSTAD<br>26 1ST AVENUE SW<br>UNIT 3401<br>WATERTOWN SD 57201-4237 |
| LYNELLE HERSTEDT<br>26 1ST AVENUE SW<br>UNIT 3506<br>WATERTOWN SD 57201-4256 | MADISON PREMUS<br>26 1ST AVENUE SW<br>UNIT 3509<br>WATERTOWN SD 57201-4256 | MARILYN BOIK<br>26 1ST AVENUE SW<br>UNIT 3210<br>WATERTOWN SD 57201-4200 |
| MARISSA ROBER<br>26 1ST AVENUE SW<br>UNIT 3418<br>WATERTOWN SD 57201-4237 | MARLI SCHIPPERS<br>NOONEY SOLAY LLP<br>326 FOUNDERS PARK<br>RAPID CITY SD 57701-8090 | MASON MCDONALD<br>26 1ST AVENUE SW<br>UNIT 3517<br>WATERTOWN SD 57201-4256 |
| MULINDA SUE CRAIG<br>PO BOX 426<br>FARGO ND 58107-0426 | NICHOLAS PETERSEN<br>26 1ST AVENUE SW<br>UNIT 3508<br>WATERTOWN SD 57201-4256 | NICK KASTEN KARLY MONNIER<br>26 1ST AVENUE SW<br>UNIT 3414<br>WATERTOWN SD 57201-4237 |
| ORLEY WANGSNESS<br>26 1ST AVENUE SW<br>UNIT 3307<br>WATERTOWN SD 57201-4236 | PAIGE HALL<br>26 1ST AVENUE SW<br>UNIT 3317<br>WATERTOWN SD 57201-4236 | PHYLLIS JACKSON<br>26 1ST AVENUE SW<br>UNIT 3204<br>WATERTOWN SD 57201-4200 |
| PIPER NAUGHTON<br>26 1ST AVENUE SW<br>UNIT 3417<br>WATERTOWN SD 57201-4237 | RAY BRADBURY<br>26 1ST AVENUE SW<br>UNIT 3504<br>WATERTOWN SD 57201-4256 | REAGAN CRANDALL<br>26 1ST AVENUE SW<br>UNIT 3303<br>WATERTOWN SD 57201-4236 |
| RED RIVER STATE BANK<br>114 N MILL ST<br>PO BOX 98<br>FERTILE MN 56540-0098 | RED RIVER STATE BANK<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | EXCLUDE<br>(D)RED RIVER STATE BANK<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 |
| RED RIVER STATE BANK<br>CO DREW J HUSHKA<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | RENEE HANLON<br>26 1ST AVENUE SW<br>UNIT 3201<br>WATERTOWN SD 57201-4200 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-1320 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

```
SAYLOR HALLSTROM                    SCHUMACHER ELEVATOR COMPANY         SELMER HATLESTAD
26 1ST AVENUE SW                    ONE SCHUMACHER WAY                  26 1ST AVENUE SW
UNIT 3415                           DENVER   IA 50622                   UNIT 3402
WATERTOWN  SD 57201-4237                                                WATERTOWN  SD 57201-4237


SHEILA KAMMERER                     SHERMA GEORGE GORE                  SOUTH DAKOTA DEPARTMENT OF REVENUE
26 1ST AVENUE SW                    26 1ST AVENUE SW                    445 E CAPITOL AVENUE
UNIT 3203                           UNIT 3514                           PIERRE   SD 57501-3100
WATERTOWN  SD 57201-4200            WATERTOWN  SD 57201-4256


STEVEN ALMQUIST                     STEVEN ROSBACH                      THA DAH HTOO  TA MALA WAH
26 1ST AVENUE SW                    26 1ST AVENUE SW                    26 1ST AVENUE SW
UNIT 3518                           UNIT 3304                           UNIT 3312
WATERTOWN  SD 57201-4256            WATERTOWN  SD 57201-4236            WATERTOWN  SD 57201-4236


                                                                        EXCLUDE
TIARA DEHOET  LUCAS SIMON           VERNA OLSON                         (D)WATERTOWN DEVELOPMENT COMPANY
26 1ST AVENUE SW                    26 1ST AVENUE SW                    1 EAST KEMP AVENUE
UNIT 3306                           UNIT 3215                           WATERTOWN   SD 57201-3606
WATERTOWN  SD 57201-4236            WATERTOWN  SD 57201-4200


WATERTOWN DEVELOPMENT COMPANY       WATERTOWN DEVELOPMENT COMPANY       WATERTOWN MUNICIPAL UTILITIES
CO DAVID R STRAIT                   CO JORDAN FEIST                     901 4TH AVE SW
AUSTIN STRAIT BENSON THOLEKOEHN LLP PO BOX 5027                         WATERTOWN  SD 57201-4106
25 FIRST AVENUE SOUTHWEST           300 SOUTH PHILLIPS AVE  SUITE 300
WATERTOWN  SD 57201-3507            SIOUX FALLS  SD 57104-6322


WATERTOWN SENIOR ACTIVITY CENTER    WHITE GLOVE CLEANING                WHITE GLOVE CLEANING SERVICE  LLC
26 1ST AVE SW                       17892 449TH AVE                     2340 S ELLIS RD
SUITE 101                           HAYTI   SD 57241-5223               APARTMENT 100
WATERTOWN  SD 57201-4268                                                SIOUX FALLS  SD 57106-7134


WILLOW SEURER                       ZIHUI GONG                          CHRISTIANNA A CATHCART
26 1ST AVENUE SW                    26 1ST AVENUE SW                    THE DAKOTA BANKRUPTCY FIRM
UNIT 3503                           UNIT 3515                           1630 FIRST AVE N
WATERTOWN  SD 57201-4256            WATERTOWN  SD 57201-4256            STE B PMB 24
                                                                        FARGO  ND 58102-4246


MAURICE VERSTANDIG                  ROBERT B RASCHKE
THE DAKOTA BANKRUPTCY FIRM          ASSISTANT US TRUSTEE
1630 1ST AVENUE N                   SUITE 1015 US COURTHOUSE
SUITE B PMB 24                      300 SOUTH FOURTH STREET
FARGO  ND 58102-4246                MINNEAPOLIS  MN 55415-1320
```