IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | Jointly Administered |

## EXHIBIT LIST

Come now Generations on 1st, LLC and Parkside Place, LLC, by and through undersigned counsel, and furnish this list of exhibits reasonably anticipated to be relied upon at a hearing in this matter on March 13, 2025:

1. Cash collateral budget for Parkside

2. Cash collateral budget for Generations

Respectfully Submitted,

Dated: March 11, 2025      By:   /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtors*

*[Certificate of Service on Following Page]*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of March, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig