# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |

## ORDER AUTHORIZING USE OF CASH COLLATERAL

Debtors Generations on 1st, LLC, and Parkside Place, LLC, filed a Second Motion for Leave to Use Cash Collateral (Doc. 63) and Motion to Expedite Relief, seeking a prompt hearing on their request for interim relief pending a final hearing.

Debtors and Red River State Bank reached an agreement regarding use of cash collateral, and Red River State Bank filed a Second Stipulation for Use of Cash Collateral on March 12, 2025. The Court received no objections to the Second Stipulation or motion. The United States Trustee filed a reply of no objection to the motion and Second Stipulation.

Based upon the motion, the budgets filed as exhibits to the Stipulation for Use of Cash Collateral (Docs. 44-2, 44-3), the Second Stipulation, and other documents filed in this case, the Court finds cause for approving the Second Stipulation and granting Debtors relief on their motion.

**IT IS ORDERED:**

1. The Second Motion for Leave to Use Cash Collateral is granted as conditioned by the terms of the Second Stipulation for Use of Cash Collateral. The term of the agreement is from March 16, 2025, to May 15, 2025.

2. The Court is not bound by legal conclusions included in the Second Stipulation.

3. The hearing scheduled for March 13, 2025, is cancelled.

Dated: March 13, 2025.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

2