United States Bankruptcy Court
District of North Dakota

IN RE:
Generations on 1st LLC

Debtor(s)

Bankruptcy No: 25-30002
Chapter: 11

## AMENDMENT COVER SHEET

**Schedules and Statements Amended (check all that apply):**

- ☐ Voluntary Petition
- ☑ Summary of Assets and Liabilities
- ☑ Schedule A/B – Property
- ☐ Schedule C
- ☑ Schedule D
- ☑ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Declaration Concerning Schedules
- ☐ Statement of Financial Affairs
- ☐ Attorney's Disclosure of Compensation
- ☐ Statement of Intention
- ☐ Statement of Current Monthly Income
- ☐ Other_____

If amending schedules D or E/F, the amendment is to:

- ☐ Add new creditor(s) (Notice to Creditors of Amended Schedules must be served and filed)
- ☑ Correct or delete information.

Describe changes: (ex. "Added creditor XYZ to Schedule E/F")

Updated 26 1st Ave SW Current Value of Debtor's Interest on Schedule A/B
Corrected Watertown Development Company Amount of Claim on Schedule D
Corrected CP Business Management, INC Amount of Claim on Schedule E/F

## DECLARATION

I certify under penalty of perjury that the foregoing is true and correct, and that the attached amendments are true and correct.

Dated: 3/17/2025

DocuSigned by:
_____
351F4038ED65436...
Debtor 1 (Signature)

_____
Debtor 2 (Signature)

PRINT                                                                 RESET

**Fill in this information to identify the case:**

Debtor name: Generations on 1st LLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): 3:25-bk-30002

☒ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................  $ 14,500,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................................  $ 387,037.25

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................  $ 14,887,037.25

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ 10,066,330.23

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................  $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ 74,771.87

4. **Total liabilities** ........................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                    $ 10,141,102.10

**Fill in this information to identify the case:**

Debtor name: Generations on 1st LLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): 3:25-bk-30002

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                            Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Dacotah Bank | Checking | | $325,667.25 |
   | 3.2. | Dacotah Bank | Security Deposits | | $4,675.00 |
   | 3.3. | CP Business Management, Inc. | Security Deposits | | $56,695.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $387,037.25
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

---

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1

| Debtor | Generations on 1st LLC | Case number (If known) | 3:25-bk-30002 |
|---|---|---|---|
| | Name | | |

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:  Investments**

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:  Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:  Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  26 1st Avenue SW<br>Watertown, South Dakota 57201 | Fee Simple | $0.00 | | $14,500,000.00 |

| Debtor | Generations on 1st LLC | Case number (If known) | 3:25-bk-30002 |
|---|---|---|---|
| | Name | | |

56. **Total of Part 9.**  $14,500,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | Generations on 1st LLC | Case number (If known) | 3:25-bk-30002 |
|---|---|---|---|
| | Name | | |

### Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $387,037.25 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9............> | | $14,500,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $387,037.25 + 91b. | $14,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,887,037.25 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Generations on 1st LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NORTH DAKOTA |
| Case number (if known) | 3:25-bk-30002 |

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Red River State Bank
*Creditor's Name*
114 N Mill St
PO Box 98
Fertile, MN 56540
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**
April 17, 2023
**Last 4 digits of account number**
1676
**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Red River State Bank
2. Watertown Development Company

**Describe debtor's property that is subject to a lien**
Dacotah Bank; 26 1st Avenue SW Watertown, South Dakota 57201

**Describe the lien**
Deed of Trust
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

$8,055,042.23          $14,825,667.25

---

**2.2** Red River State Bank
*Creditor's Name*
114 N Mill St
PO Box 98
Fertile, MN 56540
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Dacotah Bank; 26 1st Avenue SW Watertown, South Dakota 57201

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$0.00          $14,825,667.25

---

Debtor  Generations on 1st LLC _____  Case number (if known) 3:25-bk-30002
        Name

☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

☐ Contingent
☒ Unliquidated
☒ Disputed

| 2.3 | Watertown Development Company | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $2,011,288.00 | $14,500,000.00 |
| | 1 East Kemp Avenue Watertown, SD 57201-3606 | 26 1st Avenue SW Watertown, South Dakota 57201 | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | Mortgage | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☒ No | | |
| | October 14, 2020 | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ☒ Contingent | | |
| | ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | Specified on line 2.1 | ☒ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $10,066,330.23

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Caren Stanley, Esq. Vogel Law Firm 218 NP Avenue Fargo, ND 58102 | Line 2.1 | |
| Caren Stanley, Esq. Vogel Law Firm 218 NP Avenue Fargo, ND 58102 | Line 2.2 | |

**Fill in this information to identify the case:**

Debtor name: Generations on 1st LLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): 3:25-bk-30002

☒ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                                                                 |                                                                                          | Total claim | Priority amount |
|-----|-------------------------------------------------------------------------------------------------|------------------------------------------------------------------------------------------|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>Codington County Treasurer?s Office<br>14 1st Ave SE<br>Watertown, SD 57201 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|     | Date or dates debt was incurred | Basis for the claim:<br>Real Estate Taxes | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00 | $0.00 |
|     | Date or dates debt was incurred | Basis for the claim: | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Generations on 1st LLC | | Case number (if known) | 3:25-bk-30002 |
|---|---|---|---|---|
| | Name | | | |

**2.3** Priority creditor's name and mailing address
South Dakota Department of Revenue
445 E. Capitol Avenue
Pierre, SD 57501

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Automatic Building Controls, Inc.
4300 W 61st St N
Sioux Falls, SD 57107

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Baete-Forseth HVAC
4700 N. Northview Ave
Sioux Falls, SD 57118

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Blacktail Investments, LLC
PO Box 628
Fargo, ND 58107

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,000.00

**Date(s) debt was incurred** January 3, 2025

**Basis for the claim:** Loan to Debtor to Pay Bankruptcy Retainer

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Carrico Law Office
657 W Kemp Ave
Watertown, SD 57201

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Clarity Telecom, LLC
d/b/a Bluepeak Fiber
7979 E. Tufts Ave
Suite 850
Denver, CO 80237

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| Debtor | Generations on 1st LLC | Case number (if known) | 3:25-bk-30002 |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>CP Business Management, Inc.<br>1401 1st Ave N<br>B<br>Fargo, ND 58102 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $59,771.87 |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **Basis for the claim:** Property Management Services and Expense Reimbursements<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>Dakota Clean, LLC<br>509 9th Ave S<br>Clear Lake, SD 57226 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **Basis for the claim:**  _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>George's Sanitation Inc<br>3367 12th Ave NW<br>Watertown, SD 57201 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **Basis for the claim:**  _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>HME Companies, LLC<br>432 5th Street<br>Brookings, SD 57006 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **Basis for the claim:**  _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>Ike's Window Washing, LLC<br>1126 E Kemp Ave<br>Watertown, SD 57201 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **Basis for the claim:**  _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>Justice Fire & Safety, Inc.<br>3601 N. Potsdam Avenue<br>Sioux Falls, SD 57104 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **Basis for the claim:**  _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>Liberty Mutual Group Inc.<br>175 Berkeley Street<br>Boston, MA 02116 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **Basis for the claim:**  _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

Docusign Envelope ID: 2664FF0B-1C31-4141-A428-0858075689A7

| Debtor | Generations on 1st LLC | Case number (if known) | 3:25-bk-30002 |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>Schumacher Elevator Company<br>One Schumacher Way<br>Denver, IA 50622 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>Watertown Municipal Utilities<br>901 4th Ave SW<br>Watertown, SD 57201 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>White Glove Cleaning Service, LLC<br>2340 S Ellis RD<br>Apartment 100<br>Sioux Falls, SD 57106 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | White Glove Cleaning<br>17892 449th Ave<br>Hayti, SD 57241 | Line  3.15<br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 74,771.87 |
| **5c. Total of Parts 1 and 2**<br>      Lines 5a + 5b = 5c. | 5c. | $ | 74,771.87 |