UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | ) |
| Generations on 1st, LLC | ) Case No. 25-30002 |
| Debtor(s) | ) Chapter 11 |

### NOTICE TO CREDITOR(S) OF AMENDED SCHEDULE(S)

You are hereby notified that the debtor has filed the attached amended schedules to changes in the claim amount for the creditors listed below.

Watertown Development Company
1 East Kemp Avenue
Watertown, SD 57201-3606
Claim amount: $2,011,288.00

CP Business Management, Inc.
1401 1st Avenue N, Suite B
Fargo, ND 58102
Claim amount: $59,771.87

Date: March 18, 2025

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Ave N
Suite B, PMB 24
Fargo, ND 58104-4246
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of March 2025, I caused a copy of the (1) Amended Cover Sheet and Amended Schedules, and (2) Notice to Creditor of Amended Schedules, to be served, via U.S. Mail, postage prepaid, on all parties on the following creditor:

Watertown Development
1 East Kemp Avenue
Watertown, SD 57201-3606

CP Business Management, Inc
1401 1st Ave N, Suite B
Fargo, ND 58102

Respectfully Submitted,

Date: March 18th, 2025     By:     /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 First Avenue North
Suite B PMB 24
Fargo, ND 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart