UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |

**ORDER AUTHORIZING 2004 EXAMINATIONS**

Red River State Bank filed a motion seeking an order authorizing examinations under Federal Rule of Bankruptcy Procedure 2004. Doc. 58. Debtors filed a limited opposition. Doc. 70.

For the reasons stated on the record,

**IT IS ORDERED:**

1. The motion [Doc. 58] is granted in part and denied in part.

2. Red River State Bank is authorized to examine a representative of the following third-party subcontractors and to issue subpoenas as provided under Rule 9016 to compel testimony and documents within the scope of Rule 2004:

> Clausen Construction Inc.,
> Limoges Construction Inc.,
> Watertown Cashway Lumber, Inc.,
> Freddy's Drywall, LLC,
> Innovative Wall Designs, Inc.,
> Kloos Electric LLC,
> Don Johnson Construction Inc.,
> Baete-Forseth HVAC, LLC,
> Dugan Sales & Service Inc.,
> United Rentals (North America), Inc.,
> KLJ Engineering Inc.,
> Gage Bros Concrete Prod. Inc.,

    Swanston Equipment Corp.,
    Rusco Window Co.,
    Duininck Concrete LLC and Duinick Inc.,
    TL Stroh Architects LTD,
    LaDue Construction, Inc.,
    Hebron Brick Supply Co,
    Lakeside Construction & Masonry LLC,
    RL Drywall and Insulation Inc.,
    Infrastructure Design Group Inc.,
    Glacial Lakes Title LLC d/b/a First Dakota Title Watertown,
    Expert Insulation of Minnesota LLC d/b/a Interstate Insulation,
    ARS, a Tecta America Company, LLC.

  These examinations and document demands may not be duplicative of discovery previously obtained in state court litigation. Additionally, Red River State Bank may not subpoena bank records or tax returns unless they are the only documents evidencing payments to or from Debtors. Red River State Bank must include limiting language in its document requests clarifying this limitation.

  3. Red River State Bank is granted authority to issue a subpoena to Town and Country Credit Union seeking copies of bank statements, checks (front and back), wire transfer records, deposits, etc., for the accounts of Debtors and their Affiliates for the time-period 2020 to present.

  4. Red River State Bank's request to issue document subpoenas and conduct depositions of Debtors' representatives is denied in light of the pending bankruptcy adversary proceeding initiated by Debtors, the overlapping subject matter in Red River State Bank's proposed investigation for potential derivative actions and Adversary Proceeding No. 25-7009 pending in this Court, and the risk that Movant's subpoena will circumvent the procedural safeguards imposed by the Federal Rules of Civil Procedure as applied by the Federal Rules of Bankruptcy Procedure.

5.  Red River State Bank is authorized to examine Jesse Craig, Mulinda Craig, and a representative of the other insiders and affiliates listed below and to issue subpoenas as provided under Rule 9016 to compel testimony and documents within the scope of Rule 2004:

> The Lofts, LLC
> Craig Development, LLC,
> Craig Holdings, LLC,
> Craig Properties, LLC,
> CP Business Management, Inc., and
> Prevail, LLC.

Document subpoenas issued to these persons and entities must be narrowly tailored to seek information within the scope of Rule 2004 that does not overlap with the subject matter of Adversary Proceeding No. 25-7009 pending in this Court. Additionally, these examinations and document demands may not be duplicative of discovery previously obtained in state court litigation.

6.  All other requests included in Red River State Bank's motion are denied.

7.  It is also ORDERED that all Rule 2004 examinations shall be conducted in person or remotely via video conference (at the Movant's discretion) at a time and location convenient to all parties.

8.  It is also Ordered that Red River State Bank must serve a copy of all subpoenas it issues pursuant to this Order to Debtors before or contemporaneously with serving subpoenas on third parties.

Dated: March 21, 2025.

*Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

3