## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | Jointly Administered |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

### ORDER AUTHORIZING 2004 EXAMINATION

On April 10, 2025, Red River State Bank filed a second motion seeking an order authorizing an examination under Federal Rule of Bankruptcy Procedure 2004.  Doc. 85. The Court received no objections. Upon review of the motion, the Court finds cause for granting it.  Therefore, **IT IS ORDERED:**

1. The motion [Doc. 85] is granted.

2. Red River State Bank is authorized to examine a representative of First Community Credit Union and Starion Financial and/or to issue a subpoena seeking copies of bank statements, checks (front and back), wire transfer records, deposits, or other documents within the scope of Rule 2004 for the accounts of Debtors and their Affiliates for the time-period 2020 to present.

3. The Rule 2004 examinations (if requested) shall be conducted in person or remotely via video conference (at the Movant's discretion) at a time and location convenient to all parties.

2

4.      Red River State Bank must serve a copy of all subpoenas it issues pursuant to this Order to Debtors before or contemporaneously with serving subpoenas on third parties.

Dated this 2nd day of May, 2025.

/s/ Shon Hastings
SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

2