United States Bankruptcy Court

District of North Dakota

In re:                                                                      Case No. 25-30002-skh

Generations on 1st LLC                                                      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3                          User: admin                                    Page 1 of 2

Date Rcvd: May 02, 2025                       Form ID: pdf2some                              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Generations on 1st LLC, 1405 1st Avenue N, Fargo, ND 58102-4203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2025                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Defendant Red River State Bank cstanley@vogellaw.com jnona@vogellaw.com;sthompson@vogellaw.com;jschares@vogellaw.com |
| Caren Stanley | on behalf of Creditor Red River State Bank cstanley@vogellaw.com jnona@vogellaw.com;sthompson@vogellaw.com;jschares@vogellaw.com |
| Christianna A. Cathcart | on behalf of Debtor Generations on 1st LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff The Ruins  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |

District/off: 0868-3 | User: admin | Page 2 of 2
Date Rcvd: May 02, 2025 | Form ID: pdf2some | Total Noticed: 1

Christianna A. Cathcart
on behalf of Debtor Parkside Place LLC christianna@dakotabankruptcy.com  Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart
on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com
Cathcart.ChristiannaB114029@notify.bestcase.com

David R. Strait
on behalf of Creditor Watertown Development Company david@austinlawsd.com  aphillips@austinlawsd.com

Drew J. Hushka
on behalf of Creditor Red River State Bank dhushka@vogellaw.com
jnona@vogellaw.com,sthompson@vogellaw.com,jschares@vogellaw.com

Drew J. Hushka
on behalf of Defendant Red River State Bank dhushka@vogellaw.com
jnona@vogellaw.com,sthompson@vogellaw.com,jschares@vogellaw.com

Jordan J Feist
on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com  bailey.jacobsma@woodsfuller.com

Maurice VerStandig
on behalf of Debtor Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Plaintiff The Ruins  LLC mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Debtor Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov


TOTAL: 18

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | Jointly Administered |
| Debtor. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

### ORDER AUTHORIZING 2004 EXAMINATION

On April 10, 2025, Red River State Bank filed a second motion seeking an order authorizing an examination under Federal Rule of Bankruptcy Procedure 2004.  Doc. 85. The Court received no objections. Upon review of the motion, the Court finds cause for granting it.  Therefore, **IT IS ORDERED:**

1.      The motion [Doc. 85] is granted.

2.      Red River State Bank is authorized to examine a representative of First Community Credit Union and Starion Financial and/or to issue a subpoena seeking copies of bank statements, checks (front and back), wire transfer records, deposits, or other documents within the scope of Rule 2004 for the accounts of Debtors and their Affiliates for the time-period 2020 to present.

3.      The Rule 2004 examinations (if requested) shall be conducted in person or remotely via video conference (at the Movant's discretion) at a time and location convenient to all parties.

4.      Red River State Bank must serve a copy of all subpoenas it issues pursuant to this Order to Debtors before or contemporaneously with serving subpoenas on third parties.

Dated this 2nd day of May, 2025.

/s/ Shon Hastings
SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT