| Creditor | Class | Claim | Secured | Priority | General Unsecured | Disputed |
|---|---|---|---|---|---|---|
| Red River State Bank | 1 & 6 | 1 | $4,500,000.00 | $0.00 | $0.00 | Yes |
| CP Business Management | 5 | 2 | $0.00 | $0.00 | $16,722.52 | No |
| Codington County Treasurer | 3 | 3 | $0.00 | $0.00 | $0.00 | Yes |
| Internal Revenue Service | 7 | 4 | $0.00 | $0.00 | $0.00 | Yes |
| Watertown Development Company | 2 | 5 | $1,605,415.95 | $0.00 | $0.00 | No |
| George's Sanitation Inc. | 5 | 6 | $0.00 | $0.00 | $193.81 | No |
| Watertown Municipal Utilities | 4 | 7 | $0.00 | $0.00 | $2,353.70 | No |
| White Glove Cleaning | 5 | 8 | $0.00 | $0.00 | $617.38 | No |
| HME Companies LLC | 5 | 9 | $0.00 | $0.00 | $0.00 | Yes |
| Cannon Electric LLC | 5 | 10 | $0.00 | $0.00 | $178.57 | No |
| Blacktail Investments, LLC | 7 | n/a | $0.00 | $0.00 | $15,000.00 | No |