

Phone: 701.237.6983
218 NP Avenue | Fargo, ND 58102
PO Box 1389 | Fargo, ND 58107-1389
Fax: 701.476.7676
cstanley@vogellaw.com



April 25, 2025

Dan Frisk
dan@stflawfirm.com

**VIA EMAIL ONLY**

Mark Schwab
mark@stflawfirm.com

Re:   **Red River State Bank v. The Ruins LLC**
      **Red River State Bank v. Generations on 1st LLC**
      **Red River State Bank v. Parkside Place LLC**
      **Our File No.: 034534.25025**
      **034534.25026**
      **034534.25027**

Dear Dan and Mark:

As you are aware, subpoenas in the above-titled bankruptcy cases were served on April 8, 2025 on the following individuals and entities:

1. Craig Holdings, LLC;

2. Craig Properties, LLC;

3. Craig Development, LLC;

4. CP Business Management, Inc.;

5. Mulinda a/k/a Mindy Craig; and

6. Jesse Craig;

The deadline to respond was Monday, April 21, 2025 at 3:00 p.m. No objection was received and no documents were provided. Please provide the requested documents on or before Friday, May 2, 2025 at 3:00 p.m.

Please consider this letter as a good faith effort to resolve a discovery dispute prior to bringing a motion to enforce the subpoenas.

April 25, 2025
Page 2

Regards,

*[signature: Caren Stanley]*

Caren W. Stanley

4935-0790-9947 v.1