# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>   Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>   Debtor. | Case No.: 25-30003<br><br>Chapter 11 |

## ORDER FOR CONTEMPT, SANCTIONS, AND TO COMPEL PRODUCTION OF DOCUMENTS

Red River State Bank ("RRSB")'s Motion to Compel Production of Documents and for Contempt ("Motion") with supporting documents was filed on May 12, 2025. [Doc. __] Based on all the files and pleadings herein, this Court believes that good cause exists to grant the relief requested by RRSB.

Therefore, it is the ORDER OF THIS COURT that:

1. Craig Holdings, LLC, Craig Properties, LLC, Craig Development, LLC, CP Business Management, Inc., Jesse Craig, and Mulinda Craig (collectively, the "Craig Affiliates") are found in contempt for failing to comply with the subpoenas served on or about April 7, 2025.

2. Within ten (10) days after notice of entry of this Order, the Craig Affiliates will fully and completely comply with the subpoenas.

      3.      RRSB shall file a supplemental affidavit of its counsel as to the attorneys' fees incurred in bringing this motion and the Court will determine a reasonable amount of fees to be awarded.

Dated: _____      _____
                                                      The Honorable Shon Hastings
                                                     United States Bankruptcy Judge