UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:                          | Case No.: 25-30002      |
|---------------------------------|-------------------------|
| Generations on 1st LLC,         | Chapter 11              |
|     Debtor. |                         |
| In Re:                          | Case No. 25-30003       |
| Parkside Place LLC,             | Chapter 11              |
|     Debtor. | (Jointly Administered)  |

**CERTIFICATE OF SERVICE**

STATE OF NORTH DAKOTA   )
                                         ) SS
COUNTY OF CASS               )

Sonie Thompson, being first duly sworn, does depose and say: she is a resident of Cass County, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

On May 12, 2025, affiant caused the following document(s):

1. **RED RIVER STATE BANK'S NOTICE OF MOTION TO COMPEL DISCOVERY OF DOCUMENTS AND FOR CONTEMPT;**

2. **RED RIVER STATE BANK'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS AND FOR CONTEMPT WITH EXHIBIT A, EXHIBITS B-1 THROUGH B-6, AND EXHIBIT C;**

3. **PROPOSED ORDER**

to be served electronically on all ECF participants:

*Counsel for Debtors and The Ruins*

Maurice VerStandig
mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Christianna A. Cathcart
christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

***Office of the United States Trustee***

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov

and to be served by United States postal mail on:

Jesse Craig
PO Box 426
Fargo, ND  58107-0426

Mulinda Craig
PO Box 426
Fargo, ND  58107-0426

Craig Development, LLC
PO Box 426
Fargo, ND  58107-0426

Craig Holdings, LLC
Jesse Craig, Registered Agent
PO Box 426
Fargo, ND  58107-0426

Craig Properties, LLC
Jesse Craig, Registered Agent
PO Box 426
Fargo, ND  58107-0426

CP Business Management, Inc.
Jesse Craig, Registered Agent
1401 1st Ave N, #B
Fargo, ND 58102

Dan Frisk
Mark Schwab
Schwab, Thompson & Frisk
820 34th Ave E #200
West Fargo, ND 58078

                */s/ Sonie Thompson*
                Sonie Thompson

Subscribed and sworn to before me this 12th day of May, 2025.

                */s/ Justin Schares*
(SEAL)          Notary Public, Cass County, North Dakota