UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | **Jointly Administered** |
| Generations on 1st, LLC, | Bankruptcy No. 25-30002 |
| Parkside Place, LLC, | Bankruptcy No. 25-30003 |
| Debtors. | Chapter 11 |
| _____/ | |

### ORDER

On May 6, 2025, Debtors filed a Motion to Extend Exclusivity Period, seeking an Order extending the exclusivity period for Debtors to obtain acceptances of their plans of reorganization, including future amended iterations of the plans. Doc. 95. The Court received no objections to the motion. Upon review of the motion, the Court finds cause for granting it. **IT IS ORDERED** that the motion is **GRANTED**. The period during which only Debtors may obtain acceptances of their plans of reorganization is extended to January 1, 2026.

Until the Court approves a disclosure statement(s) (which Debtors have not yet filed), it will not schedule a confirmation hearing or set deadlines to vote for or object to a proposed plan. Pursuant to section 1125(b), a Debtor may not solicit an acceptance or rejection of a plan until after it serves a written disclosure statement that the Court approved and the plan or summary of the plan. Debtors acknowledge this restriction in their motion.

Dated this 23rd day of May, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court