United States Bankruptcy Court
District of North Dakota

In re:  Case No. 25-30002-skh
Generations on 1st LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 2
Date Rcvd: May 23, 2025      Form ID: pdf2some      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Generations on 1st LLC, 1405 1st Avenue N, Fargo, ND 58102-4203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Defendant Red River State Bank cstanley@vogellaw.com jnona@vogellaw.com;sthompson@vogellaw.com;jschares@vogellaw.com |
| Caren Stanley | on behalf of Creditor Red River State Bank cstanley@vogellaw.com jnona@vogellaw.com;sthompson@vogellaw.com;jschares@vogellaw.com |
| Christianna A. Cathcart | on behalf of Debtor Generations on 1st LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff The Ruins LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 23, 2025 | Form ID: pdf2some | Total Noticed: 1 |

Christianna A. Cathcart
    on behalf of Debtor Parkside Place LLC christianna@dakotabankruptcy.com  Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart
    on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com
    Cathcart.ChristiannaB114029@notify.bestcase.com

David R. Strait
    on behalf of Creditor Watertown Development Company david@austinlawsd.com  aphillips@austinlawsd.com

Drew J. Hushka
    on behalf of Creditor Red River State Bank dhushka@vogellaw.com
    jnona@vogellaw.com,sthompson@vogellaw.com,jschares@vogellaw.com

Drew J. Hushka
    on behalf of Defendant Red River State Bank dhushka@vogellaw.com
    jnona@vogellaw.com,sthompson@vogellaw.com,jschares@vogellaw.com

Jordan J Feist
    on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com  bailey.jacobsma@woodsfuller.com

Kesha Tanabe
    on behalf of Creditor Red River State Bank ktanabe@vogellaw.com
    jnona@vogellaw.com;sthompson@vogellaw.com;jschares@vogellaw.com

Maurice VerStandig
    on behalf of Debtor Generations on 1st LLC mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Plaintiff The Ruins  LLC mac@mbvesq.com,
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Debtor Parkside Place LLC mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Robert B. Raschke
    USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
    on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

TOTAL: 19

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | **Jointly Administered** |
| Generations on 1st, LLC, | Bankruptcy No. 25-30002 |
| Parkside Place, LLC, | Bankruptcy No. 25-30003 |
| Debtors. | Chapter 11 |
| _____/ | |

**ORDER**

On May 6, 2025, Debtors filed a Motion to Extend Exclusivity Period, seeking an Order extending the exclusivity period for Debtors to obtain acceptances of their plans of reorganization, including future amended iterations of the plans. Doc. 95. The Court received no objections to the motion. Upon review of the motion, the Court finds cause for granting it. **IT IS ORDERED** that the motion is **GRANTED**. The period during which only Debtors may obtain acceptances of their plans of reorganization is extended to January 1, 2026.

Until the Court approves a disclosure statement(s) (which Debtors have not yet filed), it will not schedule a confirmation hearing or set deadlines to vote for or object to a proposed plan. Pursuant to section 1125(b), a Debtor may not solicit an acceptance or rejection of a plan until after it serves a written disclosure statement that the Court approved and the plan or summary of the plan. Debtors acknowledge this restriction in their motion.

Dated this 23rd day of May, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court