**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30002 |
| | Chapter 11 |
| Generations on 1st, LLC, | |
|     Debtor, Jointly Administered. | |
| _____/ | |
| In Re: | Bankruptcy No. 25-30003 |
| | Chapter 11 |
| Parkside Place, LLC, | |
|     Debtor, Jointly Administered. | |
| _____/ | |
| In re: | Bankruptcy No. 25-30004 |
| | Chapter 11 |
| The Ruins, LLC, | |
|     Debtor, Separately Administered. | |
| _____/ | |

**ORDER DENYING MOTION TO**
**APPROVE STIPULATION**

    Debtors Generations on 1st, LLC, Parkside Place, LLC, and The Ruins and Creditor Red River State Bank filed a Stipulation RE Scope of the Automatic Stay.  Doc. 92.  Twenty days later, Debtors filed a motion seeking approval of this stipulation.  Doc. 110.  The Stipulation RE Scope of the Automatic Stay is not linked to a disputed issue, contested matter or adversary proceeding.

    In the Stipulation, Debtors represent, and Red River State Bank agrees, that nondebtor affiliate Craig Holdings, LLC, seeks to redeem a house located at 22587 Knollwood Lane, Pelican Rapids, Minnesota.  Debtors represent, and Red River State Bank agrees, that this house is not property of the estate.  Doc. 92.  In its motion seeking approval of the stipulation, Debtors again represent: "Debtors do not own

the CHL House, have never owned the CHL House, and do not plan to acquire the CHL House.  CHL is not a debtor in bankruptcy and never has been a debtor in bankruptcy."  Doc. 110 at 2.

Based on these representations, Court approval of the Stipulation RE Scope of the Automatic Stay is not necessary or appropriate because the house located in Pelican Rapids, Minnesota, is not property of the estate, the automatic stay does not extend to the nondebtor entity that pledged property that is not property of the estate, and the nondebtor does not need court approval to redeem the property under the circumstances outlined in the Stipulation RE Scope of the Automatic Stay.  Accordingly,

IT IS ORDERED that the Motion to Approve Stipulation [Doc. 110] is denied.  The Motion for Expedited Hearing, seeking to be heard on its Motion to Approve Stipulation filed May 26, 2025, [Doc. 111] is also denied.

Dated: May 27, 2025.

Shon Hastings, Judge
United States Bankruptcy Court