**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>      Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>      Debtor. | Case No.: 25-30003<br><br>Chapter 11 |

**ORDER TO SHOW CAUSE WHY CRAIG HOLDINGS, LLC, CRAIG DEVELOPMENT, LLC, JESSE CRAIG, MULINDA AKA MINDY CRAIG AND CP BUSINESS MANAGEMENT SHOULD NOT BE HELD IN CONTEMPT OR OTHERWISE SANCTIONED FOR REFUSING TO COMPLY WITH SUBPOENAS**

Red River State Bank filed a Motion to Compel Discovery of Documents and for Contempt with supporting documents showing Red River State Bank served Craig Holdings, LLC; Craig Development, LLC; Jesse Craig; Mulinda aka Mindy Craig and CP Business Management with subpoenas under Federal Rule of Bankruptcy Procedure 9016 and Federal Rule of Civil Procedure 45.  Red River State Bank, through counsel, also advised Attorneys Dan Frisk and Mark Schwab that it served Craig Holdings, LLC; Craig Development, LLC; Jesse Craig; Mulinda aka Mindy Craig and CP Business Management with the subpoenas, and it reminded counsel of the deadline to comply with the subpoenas.  Red River State Bank also claims that its counsel spoke with Attorney Dan Frisk on the telephone to advise him that it had not received responses or

objections to the subpoenas. The deadline to comply with the subpoenas passed on April 21, 2025. Red River State Bank asserts that these parties failed to comply with the subpoenas.

Based on the motion and other documents filed in this case,

**IT IS ORDERED** that Craig Holdings, LLC; Craig Development, LLC; Jesse Craig; Mulinda aka Mindy Craig and CP Business Management shall appear at the following place and time to show cause why they should not be held in contempt of court and sanctioned under Federal Rule of Bankruptcy Procedure 9016 and Federal Rule of Civil Procedure 45(g), 11 U.S.C. § 105 and the inherent power of this Court for failing or refusing to comply with the subpoenas issued by Red River State Bank:

**<u>Tuesday, July 8, 2025, at 10:00 a.m. (Central Standard Time) ) at the Bankruptcy Courtroom, United States Courthouse, 655 1st Avenue North, Fargo, North Dakota</u>**

Failure to appear and explain why they failed or refused to comply with the Court's Order will result in sanctions. Craig Holdings, LLC; Craig Development, LLC; Jesse Craig; Mulinda aka Mindy Craig and CP Business Management may avoid sanctions and appearing at this hearing by producing the documents and information requested before July 8, 2025.

Red River State Bank shall arrange for this Order to be personally served upon the parties who failed to comply with their subpoenas.

Dated: June 13, 2025.

Shon Hastings, Judge
United States Bankruptcy Court