UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30002 |
| | Chapter 11 |
| Generations on 1st LLC, | |
| Debtor, Jointly Administered. / | |
| Parkside Place LLC, | Bankruptcy No. 25-30003 |
| | Chapter 11 |
| Debtor, Jointly Administered. / | |

**NOTICE OF SCHEDULING CONFERENCE AND STATUS CONFERENCE**

A scheduling conference and status conference will be held at <u>Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u> on **<u>Tuesday, July 8, 2025, at 10:30 A.M.</u>** to consider and act upon the following matters:

- **Scheduling Conference *to discuss deadlines and hearing date* on Objection by Debtors to Proof of Claim No. 1 by Red River State Bank filed May 6, 2025. (<u>Doc. 96</u>)**

- **Status Conference re Continued Use of Cash Collateral.**

Your rights may be affected in this action. You should read these papers carefully and discuss the matter with your attorney, if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: June 16, 2025.                Kay A. Melquist, Clerk
                                     United States Bankruptcy Court
                                     Quentin N. Burdick United States Courthouse
                                     655 1st Avenue North, Suite 210
                                     Fargo, ND 58102-4392

                                By:  /s/ *Sharon Horsager*
                                     Sharon Horsager, Deputy Clerk

Copy served electronically June 16, 2025, to Electronic Mail Notice List for Case No. 25-30002.