# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>Generations on 1st, LLC<br>Parkside Place, LLC | CASE NO: 25-30002, 25-30003<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 113 |

On 6/24/2025, I did cause a copy of the following documents, described below,

Order to Show Cause  ECF Docket Reference No. 113

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/24/2025

/s/ Kesha L. Tanabe
Kesha L. Tanabe  0237250

Vogel Law Firm
218 NP Ave
Fargo, ND  58102
701 237 6983
ktanabe@vogellaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>Generations on 1st, LLC<br>Parkside Place, LLC | CASE NO: 25-30002, 25-30003<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 113 |

On 6/24/2025, a copy of the following documents, described below,

Order to Show Cause  ECF Docket Reference No. 113

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/24/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kesha L. Tanabe
Vogel Law Firm
218 NP Ave
Fargo, ND  58102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JESSE CRAIG<br>PO BOX 426<br>FARGO, ND  58107-0426 | MULINDA CRAIG<br>PO BOX 426<br>FARGO, ND  58107-0426 | CRAIG DEVELOPMENT, LLC<br>PO BOX 426<br>FARGO, ND  58107-0426 |
| CRAIG HOLDINGS, LLC<br>JESSE CRAIG, REGISTERED AGENT<br>PO BOX 426<br>FARGO, ND  58107-0426 | CRAIG PROPERTIES, LLC<br>JESSE CRAIG, REGISTERED AGENT<br>PO BOX 426<br>FARGO, ND  58107-0426 | CP BUSINESS MANAGEMENT, INC.<br>JESSE CRAIG, REGISTERED AGENT<br>1401 1ST AVE N, #B<br>FARGO, ND  58102 |

DAN FRISK
MARK SCHWAB
SCHWAB, THOMPSON & FRISK
820 34TH AVE E #200
WEST FARGO, ND  58078