# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 25-30002 |
| ) | Chapter 11 |
| Generations on 1st, LLC, ) | |
| ) | |
| Debtor, Jointly Administered. ) | |
| ) | |
| Parkside Place, LLC, ) | Bankruptcy No. 25-30003 |
| ) | Chapter 11 |
| Debtor, Jointly Administered. ) | |

## ORDER AUTHORIZING USE OF CASH COLLATERAL

At the July 8, 2025, hearing, Debtors Generations on 1st, LLC, and Parkside Place, LLC, and Red River State Bank orally agreed to extend their Third Stipulation for Use of Cash Collateral for 30 additional days under the same terms and conditions. <u>See</u> Doc. 91. The Court finds cause for approving their agreement.

**IT IS ORDERED:**

1. The parties' agreement to extend their Stipulation for Use of Cash Collateral is approved. The term of the agreement is from July 15, 2025, to August 14, 2025.

2. The Court is not bound by legal conclusions included in the Third Stipulation.

Dated: July 9, 2025.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT