**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |

**ORDER REGARDING SHOW CAUSE HEARING**

Red River State Bank filed a Motion to Compel Discovery of Documents and for Contempt with supporting documents showing Red River State Bank served Craig Holdings, LLC; Craig Development, LLC; Jesse Craig; Mulinda aka Mindy Craig and CP Business Management with subpoenas under Federal Rule of Bankruptcy Procedure 9016 and Federal Rule of Civil Procedure 45. Red River State Bank, through counsel, also advised Attorneys Dan Frisk and Mark Schwab that it served their clients, Craig Holdings, LLC; Craig Development, LLC; Jesse Craig; Mulinda aka Mindy Craig and CP Business Management with the subpoenas, and it reminded counsel of the deadline to comply with the subpoenas. Red River State Bank also claims that its counsel spoke with Attorney Dan Frisk on the telephone to advise him that it had not received responses or objections to the subpoenas. The deadline to comply with the subpoenas passed on April 21, 2025. Red River State Bank asserts that these parties failed to comply with the subpoenas.

On June 13, 2025, the Court entered an Order to Show Cause why Craig Holdings, LLC; Craig Development, LLC; Jesse Craig; Mulinda aka Mindy Craig and CP

Business Management Should Not Be Held in Contempt or Otherwise Sanctioned for Refusing to Comply with Subpoenas.

Attorney Dan Frisk, counsel for Craig Holdings, LLC; Craig Development, LLC; Jesse Craig; Mulinda aka Mindy Craig and CP Business Management, appeared at the hearing. Red River State Bank did not appear.

At the hearing, Attorney Frisk represented that he accepted service of the subpoenas on behalf of the subpoenaed parties, the subpoenaed parties produced over 2000 documents and the subpoenaed parties are willing to cooperate with the bank to produce the documents to which the bank is entitled. Although RRSB filed a letter at 10:19 p.m. on July 7, 2025, suggesting that the subpoenaed parties had not yet fully complied with the subpoenas, the Court is satisfied that the parties subject to the subpoenas are not refusing to provide the information the bank is entitled to receive. Accordingly,

IT IS ORDERED that Red River State Bank's request for contempt sanctions, costs and fees is denied.

Dated: July 10, 2025.

Shon Hastings, Judge
United States Bankruptcy Court