UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30002<br>Chapter 11 |
| Generations on 1st, LLC,<br>     Debtor, Jointly Administered._____/ | |
| Parkside Place, LLC,<br><br>     Debtor, Jointly Administered._____/ | Bankruptcy No. 25-30003<br>Chapter 11 |

## NOTICE OF TELEPHONIC
## MID DISCOVERY STATUS CONFERENCE

NOTICE IS GIVEN that a Telephonic Mid Discovery Status Conference is scheduled for

**Wednesday, August 6, 2025, at 11:00 a.m.**

  *The deadline to file a letter or pleading outlining any concerns related to discovery
   is **July 30, 2025**.

  *The deadline to respond to any pleading outlining discovery concerns is **August 4, 2025**.


Please use the following instructions for the telephone conference:

Telephonic Conference Instructions:

1) Call **701-297-7116**
2) Enter Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**


Dated: July 10, 2025.            Kay A. Melquist, Clerk
                                 United States Bankruptcy Court
                                 Quentin N. Burdick United States Courthouse
                                 655 1st Avenue North, Suite 210
                                 Fargo, ND 58102-4932

                         By:     _/s/ Sharon Horsager_____
                                 Sharon Horsager, Deputy Clerk,

Copy served electronically July 10, 2025, to Electronic Mail Notice List for Case No. 25-30002.