7/15/2025 3:21 PM

# Rent Roll

Property = Generations on 1st

As Of = 06/29/2025

Month = 06/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|---|---|---|---|---|---|---|---|---|
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 101 | SENIOR CENTER | 0.00 | 0.00 | 0.00 | 05/01/2022 | 08/31/2110 | | 0.00 |
| 3201 | RENEE HANLON | 1,495.00 | 1,475.00 | 80.00 | 03/03/2023 | | | 0.00 |
| 3202 | JUDITH ZIRBEL | 1,010.00 | 925.00 | -20.00 | 08/09/2024 | 08/31/2025 | | 0.00 |
| 3203 | SHEILA KAMMERER | 985.00 | 955.00 | 80.00 | 05/01/2023 | 01/31/2026 | | 0.00 |
| 3204 | PHYLLIS JACKSON | 1,010.00 | 1,010.00 | 0.00 | 04/01/2024 | 04/30/2025 | | 0.00 |
| 3205 | CONNOR KAUP | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3206 | CASEY KIRLEY | 1,010.00 | 910.00 | -20.00 | 08/07/2024 | 08/31/2025 | | -220.00 |
| 3207 | LOIS STADHEIM | 985.00 | 955.00 | 75.00 | 06/01/2023 | 05/31/2024 | | 0.00 |
| 3208 | COLE GILSDORF | 1,010.00 | 1,010.00 | 0.00 | 05/05/2024 | 06/30/2025 | 06/30/2025 | 0.00 |
| 3209 | JONI DYKSTRA | 1,010.00 | 1,010.00 | 80.00 | 08/15/2024 | 08/14/2025 | | -1,090.00 |
| 3210 | MARILYN BOIK | 1,475.00 | 1,475.00 | 75.00 | 04/01/2023 | 03/31/2024 | | 0.00 |
| 3211 | KIERA WEISSER | 1,520.00 | 1,520.00 | -45.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3212 | EMILY PETERSON | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | | -15.00 |
| 3213 | ALLISON FOOTE | 910.00 | 910.00 | 80.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 3214 | MIKALA WAGNER | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | | -15.00 |
| 3215 | ALEXANDRIA MACALUSO | 1,010.00 | 1,010.00 | 65.00 | 05/01/2025 | 04/30/2026 | | -30.00 |
| 3216 | LEW KNAPP | 1,010.00 | 750.00 | 15.00 | 10/17/2024 | 10/31/2025 | | 50.24 |
| 3217 | VACANT | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 3218 | MASON CORDINGLEY | 1,010.00 | 1,010.00 | -15.00 | 05/24/2025 | 05/31/2026 | | -15.00 |
| 3301 | BARBARA GOENS | 1,475.00 | 1,475.00 | 80.00 | 09/01/2022 | 08/31/2023 | | 0.00 |
| 3302 | ISABELLE RICHARDSON | 1,010.00 | 750.00 | -30.00 | 04/01/2025 | 03/31/2026 | | 0.00 |
| 3303 | BRITTEN LAPOINTE | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | | 995.00 |
| 3304 | STEVEN ROSBACH | 910.00 | 1,010.00 | 80.00 | 07/19/2024 | 07/31/2025 | | 0.00 |
| 3305 | DWIGHT FEENSTRA | 910.00 | 910.00 | 80.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 3306 | TIARA DEHOET | 985.00 | 955.00 | 75.00 | 04/01/2023 | 03/31/2024 | | 0.00 |
| 3307 | ORLEY WANGSNESS | 1,010.00 | 1,090.00 | 80.00 | 10/01/2024 | 09/30/2025 | | 0.00 |
| 3308 | MARQUS MCDONNELL | 1,010.00 | 1,010.00 | 15.00 | 04/18/2025 | 04/30/2026 | | 0.00 |

7/15/2025 3:21 PM

## Rent Roll

Property = Generations on 1st

As Of = 06/29/2025

Month = 06/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|---|---|---:|---:|---:|---|---|---|---:|
| 3309 | KEEGAN SCHELLE | 1,010.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | | 0.00 |
| 3310 | ALEXIS BURBACH | 1,280.00 | 0.00 | 0.00 | 03/01/2024 | | | 0.00 |
| 3311 | BARBARA WEGMAN | 0.00 | 1,425.00 | 80.00 | 07/01/2022 | 05/31/2026 | | 0.00 |
| 3312 | THA DAH HTOO | 910.00 | 910.00 | 0.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 3313 | CLAYTON ALBAN | 910.00 | 910.00 | 0.00 | 08/09/2024 | 08/31/2025 | | 0.00 |
| 3314 | HANNAH HUPPLER | 1,010.00 | 1,010.00 | 65.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 3315 | ALLYSSA KIRCHBERG | 985.00 | 750.00 | 80.00 | 10/28/2024 | 10/27/2025 | | 0.00 |
| 3316 | MICAH WARRINGTON | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | | 995.00 |
| 3317 | KALEN GODEL | 995.00 | 1,090.00 | 80.00 | 06/01/2025 | 05/31/2026 | | -70.00 |
| 3318 | ALEXIS WILLETT | 925.00 | 925.00 | 0.00 | 07/01/2024 | 06/30/2025 | 06/30/2025 | 0.00 |
| 3401 | LORNA HARSTAD | 1,520.00 | 1,375.00 | 0.00 | 08/01/2022 | | | 0.00 |
| 3402 | TARYN OPDAHL | 1,010.00 | 1,010.00 | 40.00 | 04/05/2025 | 01/31/2026 | | 40.00 |
| 3403 | ALLIE WEISS | 910.00 | 910.00 | 0.00 | 08/09/2024 | 08/31/2025 | 06/30/2025 | 525.00 |
| 3404 | VACANT | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 3405 | DAWSON TREEBY | 1,010.00 | 1,010.00 | 0.00 | 08/16/2024 | 08/31/2025 | | 0.00 |
| 3406 | VACANT | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 3407 | CYNTHIA WELLS | 910.00 | 1,090.00 | 80.00 | 11/01/2024 | 10/31/2025 | | 0.00 |
| 3408 | LAVERNA COYLE | 985.00 | 985.00 | 75.00 | 07/01/2023 | 06/30/2024 | | 0.00 |
| 3409 | JUDITH HOFFMAN | 1,010.00 | 750.00 | -30.00 | 01/15/2025 | 01/14/2026 | | 0.00 |
| 3410 | KAREN JENSEN | 1,520.00 | 1,520.00 | 80.00 | 03/01/2024 | 02/28/2025 | | 0.00 |
| 3411 | PAIGE HALL | 1,520.00 | 1,520.00 | 50.00 | 05/01/2025 | 04/30/2026 | | 80.00 |
| 3412 | DIONNE ZWEIG | 1,010.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | | 0.00 |
| 3413 | DARYL TAPIO | 1,010.00 | 985.00 | 80.00 | 11/01/2022 | 10/31/2023 | | 0.00 |
| 3414 | NICHOLAS KASTEN | 1,010.00 | 955.00 | 80.00 | 11/01/2022 | 10/31/2023 | | 0.00 |
| 3415 | SAYLOR HALLSTROM | 1,010.00 | 750.00 | -25.00 | 10/25/2024 | 10/24/2025 | | 0.00 |
| 3416 | JACOBE TRAMP | 1,010.00 | 1,010.00 | 80.00 | 03/01/2024 | 02/28/2025 | | 0.00 |
| 3417 | PIPER NAUGHTON | 910.00 | 910.00 | 80.00 | 08/08/2024 | 08/31/2025 | | 0.00 |
| 3418 | MARISSA ROBER | 1,010.00 | 1,010.00 | 0.00 | 09/27/2024 | 09/30/2025 | | 0.00 |

7/15/2025 3:21 PM

## Rent Roll

Property = Generations on 1st

As Of = 06/29/2025

Month = 06/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|---|---|---:|---:|---:|---|---|---|---:|
| 3501 | CHARLES OLSON | 1,520.00 | 1,415.00 | 40.00 | 04/01/2022 | | | 0.00 |
| 3502 | ETHAN WELLNITZ | 1,010.00 | 1,010.00 | 80.00 | 03/11/2024 | 04/30/2025 | | 165.00 |
| 3503 | WILLOW SEURER | 1,010.00 | 925.00 | 0.00 | 05/10/2024 | 05/31/2025 | | 0.00 |
| 3504 | RAY BRADBERRY | 965.00 | 500.00 | 75.00 | 04/01/2022 | | | 0.00 |
| 3505 | JOHN TIMMONS | 1,010.00 | 935.00 | 80.00 | 10/12/2022 | | | 0.00 |
| 3506 | LYNELL HERSTEDT | 985.00 | 985.00 | 40.00 | 07/01/2023 | 06/30/2024 | | -156.14 |
| 3507 | GUEST SUITE | 450.00 | 0.00 | 0.00 | 01/01/2025 | 12/31/2025 | | 0.00 |
| 3508 | NICHOLAS PETERSEN | 925.00 | 925.00 | 60.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 3509 | MADISON PREMUS | 1,010.00 | 1,010.00 | 0.00 | 09/01/2023 | 08/31/2024 | | 0.00 |
| 3510 | JACOB KRANZ | 1,520.00 | 1,520.00 | 80.00 | 01/01/2024 | 12/31/2024 | | -1,600.00 |
| 3511 | DEAN SHULTZ | 1,520.00 | 1,520.00 | -45.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3512 | HALI ANDERSON | 1,010.00 | 935.00 | 40.00 | 07/01/2022 | 09/30/2024 | | 0.00 |
| 3513 | ADDISON RASSEL | 925.00 | 925.00 | 0.00 | 07/01/2024 | 06/30/2025 | | -1,010.00 |
| 3514 | HAYDEN MULDER | 1,010.00 | 1,010.00 | 80.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 3515 | KADEN BENNETT | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3516 | JOSHUA ESCAMILLA-VIGIL | 1,010.00 | 935.00 | 0.00 | 07/01/2022 | | | -1,010.00 |
| 3517 | MASON MCDONALD | 1,010.00 | 1,005.00 | 80.00 | 07/01/2022 | | | 0.00 |
| 3518 | STEVE ALMQUIST | 1,010.00 | 1,090.00 | 80.00 | 09/01/2024 | 08/31/2025 | | 0.00 |
| **Future Tenants/Applicants** | | | | | | | | |
| 3208 | BRAUN KADOUN | 0.00 | 1,090.00 | 0.00 | 08/01/2025 | 07/31/2026 | | 0.00 |
| 3217 | AVERY REMMERDE | 0.00 | 1,090.00 | 0.00 | 08/01/2025 | 07/31/2026 | | -1,010.00 |
| 3318 | DARRIEN MARTIN | 0.00 | 1,010.00 | 0.00 | 07/01/2025 | 06/30/2026 | | 0.00 |
| 3403 | LILY BEADLE | 0.00 | 1,010.00 | 0.00 | 07/01/2025 | 06/30/2026 | | 0.00 |
| 3404 | CHRISTIAN SNYDER | 0.00 | 1,010.00 | 80.00 | 07/01/2025 | 06/30/2026 | | 99.51 |
| 3406 | TIMOTHY BEAUDRY | 0.00 | 160.00 | 0.00 | 08/01/2025 | 07/31/2026 | | -1,090.00 |
| **Total** | **Generations on 1st** | **72,110.00** | **75,080.00** | **2,725.00** | | | | **-4,381.39** |

7/15/2025 3:21 PM

## Rent Roll

Property = Generations on 1st

As Of = 06/29/2025

Month = 06/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc Move In | Lease Expiration | Move Out | Balance |
|---|---|---|---|---|---|---|---|
| **Summary Groups** | **Square Footage** | **Actual Rent** | **Security Deposit** | **Misc** | **# Of Units** | **% Unit Occupancy** | **% Sqft Occupied** | **Balance** |
| Current/Notice/Vacant Tenants | 56,944.00 | 72,110.00 | 69,710.00 | 2,645.00 | 73 | 95.89 | 96.22 | -2,380.90 |
| Future Tenants/Applicants | 4,303.00 | 0.00 | 5,370.00 | 80.00 | 6 | 0.00 | 0.00 | -2,000.49 |
| Occupied Units | 54,793.00 | 0.00 | 0.00 | 0.00 | 70 | 95.89 | 96.22 | 0.00 |
| Total Vacant Units | 2,151.00 | 0.00 | 0.00 | 0.00 | 3 | 4.10 | 3.77 | 0.00 |
| **Totals:** | **56,944.00** | **72,110.00** | **75,080.00** | **2,725.00** | **73** | **100.00** | **100.00** | **-4,381.39** |