**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30111

06/30/25

TO THE
ORDER OF    **** SIXTY SIX AND 64/100 DOLLARS                    $66.64********

BRIANS GLASS AND DOOR
533 1ST AVE NW #4
WATERTOWN, SD    57201-0743

NON-NEGOTIABLE

# Invoice

Brian's Glass and Door LLC

516 3rd Ave NW, #5
Watertown, SD 57201
605-886-5328



PAID
30111

| Date | Invoice # |
| --- | --- |
| 6/19/2025 | 96504 |

| Bill To | Ship To |
| --- | --- |
| CP Business Management<br>PO Box 9379<br>Fargo, ND 58106 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
| --- | --- | --- | --- | --- | --- | --- |
| Generations on 1st | Net 30 | | 6/19/2025 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| | Locks | Lock on walk thru by garage door | 66.64 | 66.64T |
| | | Reinstall tail piece<br>Excise tax included | | 66.64 |
| | | | 0.00% | 0.00 |

| | Total | $66.64 |
| --- | --- | --- |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30116

06/30/25

$3,766.21***

**** THREE THOUSAND SEVEN HUNDRED SIXTY SIX AND 21/100 DOLLARS

TO THE
ORDER OF

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30117

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/30/25

$967.28******

TO THE
ORDER OF

**** NINE HUNDRED SIXTY SEVEN AND 28/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD 57201

NON-NEGOTIABLE

**GENERATIONS**

| UNIT | Service Fron | Service to | AMOUNT | |
|------|--------------|-----------|--------|---|
| 3205 | 5/20/2025 | 5/30/25 | 14.85 | final |
| 3211 | 5/20/2025 | 5/29/25 | 16.78 | final |
| 3216 | 5/20/2025 | 6/19/25 | 25.77 | |
| 3217 | 5/20/2025 | 6/19/25 | 18.78 | |
| 3218 | 5/20/2025 | 5/27/25 | 14.62 | final |
| 3303 | 5/20/2025 | 6/2/25 | 16.30 | final |
| 3317 | 5/20/2025 | 6/2/25 | 15.35 | final |
| 3406 | 5/20/2025 | 6/19/25 | 17.06 | |
| 3511 | 5/20/2025 | 6/3/25 | 17.45 | final |

*(handwritten, red ink) PAID  30116 + 30117  30116 $3744.21  30117 $967.29*

**total vacants**            156.96

| | | | AMOUNT | |
|--|--|--|--------|---|
| 5/22/2025 | 6/23/2025 | | 572.81 | house elect |
| 3/24/2025 | 4/22/2025 | | 370.59 | house gas |
| 3/24/2025 | 4/22/2025 | | 709.21 | house water |
| 3/24/2025 | 4/22/2025 | | 2,923.92 | house sewer |

*(handwritten) 66.52  46.0*

**total house meter/usage**        4,576.53

**total check**            4,733.49

**MUNICIPAL UTILITIES DEPT.**

| | Account Number | Name | | Service Address |
|---|---|---|---|---|
| | 008-00187532-02 | GENERATIONS ON 1ST | | 26 1 AVE SW HOUSE |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000030955 | 06/23/2025 | 05/22/2025 | 32 | MR | 444000 | 436370 | 1 | 7630 | kWh | |
| ELECTRIC: 0000030955 | 06/23/2025 | 05/22/2025 | 32 | MR | 15382 | 15.38 | 1 | 15.38 | kW | |
| WATER: 0200555042 | 06/23/2025 | 05/22/2025 | 32 | MR | 04225 | 04076 | 1 | 149 | ccf | |
| GAS: 0002116659 | 06/23/2025 | 05/22/2025 | 32 | MR | 32285 | 31800 | 1 | 485 | ccf | |

### YOUR MONTHLY USAGE

**ELECTRIC (kWh)**



**WATER (100 cu.ft)**



**GAS (ccf)**



121588

| | | |
|---|---|---|
| PREVIOUS BALANCE | | 4,436.82 |
| PAYMENT    06/13/2025 | | -221.85 |
| PAYMENT    06/13/2025 | | -4,484.85 |
| LATE PENALTY    06/11/2025 | | 221.85 |
| BALANCE FORWARD | | -48.03 |
| | | |
| ELECTRIC SERVICE | | |
| Electric Demand | | 259.92 |
| Electric Customer Charge | | 50.00 |
| Electric Energy | | 274.68 |
| Electric State Tax | | 24.55 |
| Electric City Tax | | 11.69 |
| TOTAL ELECTRIC CHARGES | | 620.84 |
| GAS SERVICE | | |
| Gas Customer Charge | | 40.00 |
| Gas Consumption | | 308.95 |
| Gas State Tax | | 14.66 |
| Gas City Tax | | 6.98 |
| TOTAL GAS CHARGES | | 370.59 |
| WATER SERVICE | | |
| Water Customer Charge | | 38.06 |
| Water Consumption | | 627.89 |
| Water Private Fire Service | | 43.26 |
| TOTAL WATER CHARGES | | 709.21 |
| SEWER SERVICE | | |
| Sewer Customer Charge | | 40.61 |
| Sewer Multiple Use | | 2,883.31 |
| TOTAL SEWER CHARGES | | 2,923.92 |
| | | |
| CURRENT CHARGES | | $4,624.56 |
| | | |
| TOTAL AMOUNT DUE | | $4,576.53 |

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 07/01/2025 | 07/10/2025 | 4,576.53 | 4,805.36 |

**MESSAGES:** Call 811 before you dig!

Please detach top portion and return with payment.

**MUNICIPAL UTILITIES DEPT.**

| Account Number | Name | Service Address |
|---|---|---|
| 001-00187714-02 | GENERATIONS ON 1ST | 26 1 AVE SW 3205 |

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049486 | 05/30/2025 | 05/20/2025 | 10 | MR | 18302 | 18290 | 1 | 12 | KWH | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

| | |
|---|---|
| | May 2025 · May |

| | |
|---|---|
| PREVIOUS BALANCE | 15.16 |
| BALANCE FORWARD | 15.16 |
| | |
| ELECTRIC SERVICE | 13.10 |
| Electric Customer Charge | 0.88 |
| Electric Energy | 0.59 |
| Electric State Tax | 0.28 |
| Electric City Tax | 14.85 |
| TOTAL ELECTRIC CHARGES | |
| | |
| CURRENT CHARGES | $14.85 |
| | |
| TOTAL AMOUNT DUE | $30.01 |

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| 121588 | | 07/01/2025 | 07/10/2025 | 30.01 | 30.75 |
| FINAL BILL | | | | | |

**MESSAGES:** Call 811 before you dig!

Please detach top portion and return with payment

Page 1

**MUNICIPAL UTILITIES DEPT.**

Account Number: 001-00187726-03

Name: GENERATIONS ON 1ST

Service Address: 26 1 AVE SW 3211

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049594 | 05/29/2025 | 05/20/2025 | 9 | MR | 22122 | 22085 | 1 | 37 | KWH | |

| | |
|---|---|
| | 16.24 |
| PREVIOUS BALANCE | 16.24 |
| BALANCE FORWARD | |
| ELECTRIC SERVICE | 13.10 |
| Electric Customer Charge | 2.70 |
| Electric Energy | 0.66 |
| Electric State Tax | 0.32 |
| Electric City Tax | 16.78 |
| TOTAL ELECTRIC CHARGES | |
| CURRENT CHARGES | $16.78 |
| TOTAL AMOUNT DUE | $33.02 |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

Jan 2025  Feb  Mar  Apr  May  May

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | | 07/01/2025 | 07/10/2025 | 33.02 | 33.86 |

**MESSAGES:** Call 811 before you dig!

Page 1    Please detach top portion and return with payment.    Page 1

**MUNICIPAL UTILITIES DEPT.**

| | Account Number 001-00187730-01 | | | Name GENERATIONS ON 1ST | | | | Service Address 26 1 AVE SW 3216 | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049538 | 06/19/2025 | 05/20/2025 | 30 | MR | 05562 | 05438 | 1 | 124 | kWh | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

| | |
|---|---|
| PREVIOUS BALANCE | 25.24 |
| PAYMENT    06/13/2025 | -1.26 |
| PAYMENT    06/13/2025 | -25.24 |
| LATE PENALTY    06/11/2025 | 1.26 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | 13.10 |
| Electric Customer Charge | 11.16 |
| Electric Energy | 1.02 |
| Electric State Tax | 0.49 |
| Electric City Tax | 25.77 |
| TOTAL ELECTRIC CHARGES | |
| | |
| CURRENT CHARGES | $25.77 |
| | |
| TOTAL AMOUNT DUE | $25.77 |

*tenant Bill*
*+ admin*

| 121588 | | | | | |
|---|---|---|---|---|---|
| Bill Type REGULAR | Account Type | Bill Date 07/01/2025 | Due Date 07/10/2025 | Amount Due 25.77 | Late Amount 27.06 |
| **MESSAGES:** Call 811 before you dig! | | | | | |

Page 1                                    Please detach top portion and return with payment.                                    Page 1

**MUNICIPAL UTILITIES DEPT.**

| | Account Number | Name | | Service Address |
|---|---|---|---|---|
| | 001-00187731-03 | GENERATIONS ON 1ST | | 26 1 AVE SW 3217 |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049593 | 06/19/2025 | 05/20/2025 | 30 | MR | 14308 | 14257 | 1 | 51 | kWh | |

**YOUR MONTHLY USAGE**



ELECTRIC (kWh)

Jan 2025 · Feb · Mar · Apr · May · Jun

| | |
|---|---|
| PREVIOUS BALANCE | 15.86 |
| PAYMENT      06/13/2025 | -0.79 |
| PAYMENT      06/13/2025 | -15.86 |
| LATE PENALTY  06/11/2025 | 0.79 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 4.59 |
| Electric State Tax | 0.74 |
| Electric City Tax | 0.35 |
| TOTAL ELECTRIC CHARGES | 18.78 |
| | |
| CURRENT CHARGES | $18.78 |
| | |
| TOTAL AMOUNT DUE | $18.78 |

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 07/01/2025 | 07/10/2025 | 18.78 | 19.72 |

**MESSAGES:** Call 811 before you dig!

Please detach top portion and return with payment.

**MUNICIPAL UTILITIES DEPT.**

| | | | |
|---|---|---|---|
| Account Number | Name | Service Address |
| 001-00187732-01 | GENERATIONS ON 1ST | 26 1 AVE SW 3218 |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | kWh | |
| ELECTRIC: 0000049592 | 05/27/2025 | 05/20/2025 | 7 | MR | 04173 | 04164 | 1 | 9 | | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

(bar chart: Jan 2025, Feb, Mar, Apr, May, May)

| | |
|---|---|
| PREVIOUS BALANCE | 21.82 |
| BALANCE FORWARD | 21.82 |
| | |
| ELECTRIC SERVICE | 13.10 |
| Electric Customer Charge | 0.66 |
| Electric Energy | 0.58 |
| Electric State Tax | 0.28 |
| Electric City Tax | 14.62 |
| TOTAL ELECTRIC CHARGES | |
| | |
| CURRENT CHARGES | $14.62 |
| | |
| TOTAL AMOUNT DUE | $36.44 |

*pd.*



tenant moved in
5/24 - Bill 3 days

$ 6.26

| 121588 | | | | | |
|---|---|---|---|---|---|
| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
| FINAL BILL | | 07/01/2025 | 07/10/2025 | 36.44 | 37.17 |

**MESSAGES:** Call 811 before you dig!

Please detach top portion and return with payment.

**MUNICIPAL UTILITIES DEPT.**

| | Account Number | Name | | Service Address |
|---|---|---|---|---|
| | 001-00187735-04 | GENERATIONS ON 1ST | | 26 1 AVE SW 3303 |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | KWH | |
| ELECTRIC: 0000049493 | 06/02/2025 | 05/20/2025 | 13 | MR | 07214 | 07189 | 1 | 25 | | |

**YOUR MONTHLY USAGE**



ELECTRIC (kWh)

Feb 2025   Mar   Apr   May   Jun

|  |  |
|---|---|
| PREVIOUS BALANCE | 16.54 |
| BALANCE FORWARD | 16.54 |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 2.25 |
| Electric State Tax | 0.64 |
| Electric City Tax | 0.31 |
| TOTAL ELECTRIC CHARGES | 16.30 |
| CURRENT CHARGES | $16.30 |
| TOTAL AMOUNT DUE | $32.84 |

*tenant moved in uli.*
*Bill #1025*

| 121588 | | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| Bill Type | Account Type | 07/01/2025 | 07/10/2025 | 32.84 | 33.66 |
| FINAL BILL | | | | | |

**MESSAGES:** Call 811 before you dig!

Please detach top portion and return with payment.

**MUNICIPAL UTILITIES DEPT.**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Account Number | | | Name | | | Service Address | | |
| | 001-00187748-04 | | | GENERATIONS ON 1ST | | | 26 1 AVE SW 3317 | | |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049484 | 06/02/2025 | 05/20/2025 | 13 | MR | 07416 | 07401 | 1 | 15 | kWh | |

| | |
|---|---|
| PREVIOUS BALANCE | 23.92 |
| BALANCE FORWARD | 23.92 pd |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 1.35 |
| Electric State Tax | 0.61 |
| Electric City Tax | 0.29 |
| TOTAL ELECTRIC CHARGES | 15.35 |
| | |
| CURRENT CHARGES | $15.35 |
| | |
| TOTAL AMOUNT DUE | $39.27 |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

May Jun
2025

| 121588 | | | | | |
|---|---|---|---|---|---|
| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
| FINAL BILL | | 07/01/2025 | 07/10/2025 | 39.27 | 40.04 |

**MESSAGES:** Call 811 before you dig!

Page 1

**MUNICIPAL UTILITIES DEPT.**

| | Account Number | Name | | | Service Address | | |
|---|---|---|---|---|---|---|---|
| | 001-00187755-03 | GENERATIONS ON 1ST | | | 26 1 AVE SW 3406 | | |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049607 | 06/19/2025 | 05/20/2025 | 30 | MR | 18382 | 18349 | 1 | 33 | kWh | |

|  |  |
|---|---|
| PREVIOUS BALANCE | 17.71 |
| PAYMENT  06/13/2025 | -0.89 |
| PAYMENT  06/13/2025 | -17.71 |
| LATE PENALTY  06/11/2025 | 0.89 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | 13.10 |
| Electric Customer Charge | 2.97 |
| Electric Energy | 0.67 |
| Electric State Tax | 0.32 |
| Electric City Tax | 17.06 |
| TOTAL ELECTRIC CHARGES | $17.06 |
| | |
| CURRENT CHARGES | $17.06 |
| | |
| TOTAL AMOUNT DUE | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

| 121588 | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| Bill Type | | 07/01/2025 | 07/10/2025 | 17.06 | 17.91 |
| REGULAR | | | | | |

**MESSAGES:** Call 811 before you dig!

Page 1

**MUNICIPAL UTILITIES DEPT.**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Account Number** 001-00187591-03 | | | **Name** GENERATIONS ON 1ST | | | | **Service Address** 26 1 AVE SW 3511 | | **Power factor** |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Present** | **Previous** | | Code | **Present** | **Previous** | | | KWH | |
| ELECTRIC: 0000049201 | 06/03/2025 | 05/20/2025 | 14 | MR | 12877 | 12840 | 1 | 37 | | |

PREVIOUS BALANCE ......... 16.94

BALANCE FORWARD ......... 16.94 pd

ELECTRIC SERVICE
Electric Customer Charge ......... 13.10
Electric Energy ......... 3.33
Electric State Tax ......... 0.69
Electric City Tax ......... 0.33
TOTAL ELECTRIC CHARGES ......... 17.45

CURRENT CHARGES ......... $17.45

TOTAL AMOUNT DUE ......... $34.39

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

(bar chart: Jan 2025, Feb, Mar, Apr, May, Jun)

*tenant moved to eli.*
*Bill $ 3.74.*

| Bill Type 121588 FINAL BILL | Account Type | Bill Date 07/01/2025 | Due Date 07/10/2025 | Amount Due 34.39 | Late Amount 35.26 |
|---|---|---|---|---|---|

**MESSAGES:** Call 811 before you dig!

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30114

06/30/25

$244.26******

TO THE
ORDER OF

**** TWO HUNDRED FORTY FOUR AND 26/100 DOLLARS

SAFE N SECURE
25769 COTTONWOOD AVE
SIOUX FALLS, SD    57107

NON-NEGOTIABLE

Peters Distributing, Inc.
dba Safe-N-Secure
25769 Cottonwood Avenue
Sioux Falls, SD  57107

# SAFE-N-SECURE
## SECURITY EQUIPMENT™

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 06/02/2025 | 100932 |

6055435068

BILL TO

**PAID**
3011⁴

SHIP TO

CP Business Management
Parkside Place
1405 1st Ave. N. Suite B
Fargo, ND 58102

Generations on 1st
26 1st Ave. SW
Watertown, SD 57201

| P.O. NO. | TERMS | DUE DATE | Original REP |
|----------|-------|----------|--------------|
|  | Net 15 | 06/17/2025 | BJH |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Details 05/30/2025:  Technician sent to troubleshoot keypad not functioning.  Power and data were good, power cycled keypad and tested OK.<br><br>Technician: Scott E.<br><br>On Site/Service Charge | 1 | 110.00 | 110.00T |
| Travel Charge - Round Trip. | 192 | 1.25 | 240.00T |
| Discounted Travel Charge - Split Travel with other customer in area. | -96 | 1.25 | -120.00T |
| Watertown, SD City & State Sales Tax |  | 6.20% | 14.26 |

***We now offer an online payment option with CC or ACH***
For link please email accounting@sns605.com

A MONTHLY FINANCE CHARGE OF 1.5% PER MONTH (18% ANNUALLY)
MAY BE ADDED TO ALL OVERDUE INVOICES .  THE MINIMUM FINANCE
CHARGE IS $2.00.  WE ACCEPT VISA, MASTERCARD AND DISCOVER.

| | |
|---|---|
| **Total** | $244.26 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $244.26 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30115

06/30/25

$743.40******

TO THE
ORDER OF    **** SEVEN HUNDRED FORTY THREE AND 40/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

NON-NEGOTIABLE

White Glove Cleaning

17892 449th Ave
Hayti, SD 57241

# Invoice



| Date | Invoice # |
|------|-----------|
| 6/1/2025 | 2216 |

| Bill To |
|---------|
| Generations |
| Unit # |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Building Cleaning | 700.00 | 700.00T |
|  | Sales Tax | 6.20% | 43.40 |

| **Total** | $743.40 |
|-----------|---------|

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30108

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/30/25

$649.00******

TO THE
ORDER OF    **** SIX HUNDRED FORTY NINE AND 00/100 DOLLARS

APARTMENTS LLC
2563 COLLECTION CENTER DR
CHICAGO, IL    60693

NON-NEGOTIABLE



501 S 5th Street
Richmond, VA 23219



PAID

| Invoice | Page 1 of 2 |
|---|---|
| Invoice Number | 122203823 |
| Account #/Location ID | 180274941 |
| Invoice Date | 06/02/2025 |
| CoStar Federal Tax ID | 52-2134617 |
| Payment Terms | Net 30 |
| Due Date | 07/02/2025 |
| Service Period | 06/01/2025 to 06/30/2025 |
| Invoice Amount | USD 649.00 |



1323 1 MB 0.622   E0102 I0203 D14390830666 S2 P10831275 0002:0003



ACCOUNTS PAYABLE
CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO ND 58106-9379

Pay by credit card or checking account online by
registering at **CoStar.BillTrust.com**

Use your personalized **Enrollment Token** below.

## CURRENT INVOICE See the following page(s) for detail

| | |
|---|---|
| Apartments Network 3 Gold | USD 649.00 |
| Sub-Total | USD 649.00 |
| Tax | USD 0.00 |
| **Current Invoice Total** | **USD 649.00** |

For questions about your bill, please call us at 800-894-4720.
Email: Billing@costar.com

Office Hours: Monday - Friday 9:00 AM - 8:00 PM EST

TEAR HERE

TEAR HERE

**REMITTANCE DOCUMENT - Please Include With Your Payment**

TEAR HERE

30107

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/30/25

$286.74******

TO THE
ORDER OF     **** TWO HUNDRED EIGHTY SIX AND 74/100 DOLLARS

AMERICAN CARPET CARE, INC
931 23RD ST SW
WATERTOWN, SD     57201

NON-NEGOTIABLE

# AMERICAN
# CARPET CARE INC



931 23rd St SW
Watertown, SD 57201
Phone 605/880-6676

**PAID**
3·10·25

**Carpet & Upholstery Cleaning**
**Commercial/Residential**
americancarpetcaresd@gmail.com

Generations on 1st
# 3502 & #3208
Watertown S.D. 57201

| S/F = | S = | TAX CD = | MLG = |
|-------|-----|----------|-------|
| # 3502 - 1·BR | | | 90.00 |
| # 3208 - 1-BR | | | 90.00 |
| | | | 180.00 |
| | | Tax - | 11.16 |
| | | Total - | ~~XXXX~~ |
| Thank-you!! | | | |
| # 3404 - 1-BR | | | 90.00 |
| w/3404 added | | | 286.74 |

**Payment due upon completion of service.**
Subject to late fees if not paid within 30 days. ($10.00 minimum)

*Thank You!*



page 1 of 2

046789401
06/08/25

**Account Number:**
**Billing Date:**
**Total Amount Due:** **$59.86**
**Payment Due By:** Due Upon Receipt

**Contact Us**
**www.mybluepeak.com**
**866-991-9722**
@HelloBluepeak

bluepeak

PAID

**STATEMENT SUMMARY**
Previous Balance                    $22.43
Payments and Adjustments            $15.00
New Charges                         $22.43
Total Amount Due                    $59.86

**NEW CHARGES SUMMARY**
Monthly Service Charges             $22.00
Taxes                               $0.43
Total New Charges                   $22.43

me of this mailing we did not
y, a late fee was applied. To
se apply payment of $59.86
your-bill/ or call us at

sed by federal, state, and
ay vary by the state and
ervices purchased and are

ons at mybluepeak.com/te
practices. Your
t is confirmed by your p

30109

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

$37.43******

06/30/25

NON-NEGOTIABLE

**ONS ON 1ST, LLC**
ESSION - CASE #25-30002

,106

**** THIRTY SEVEN AND 43/100 DOLLARS

OF          BLUEPEAK
            PO BOX 5002
            SIOUX FALLS, SD   57117-5002



GENERATIONS ON 1ST, LLC
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/30/25

$39.71*******

NON-NEGOTIABLE

**** THIRTY NINE AND 71/100 DOLLARS

Capital One Commercial       91716-0506
PO BOX 60506
CITY OF INDUSTRY, CA

TO THE
ORDER OF

MEMO: 6004-3002-0037-4038





**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/30/25

30113

$2,406.14***

**** TWO THOUSAND FOUR HUNDRED SIX AND 14/100 DOLLARS

TO THE
ORDER OF

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

NON-NEGOTIABLE

**Mindy Craig**

| | |
|---|---|
| **From:** | Liberty Mutual Insurance Billing <ebilling@email-libertymutual.com> |
| **Sent:** | Tuesday, July 1, 2025 12:31 PM |
| **To:** | Mindy Craig |
| **Subject:** | Your payment has been processed. |



☐ View online



Billing account number: 9000344025

# Hello,

Thank you for your recent payment. Your payment will be applied to your balance on 07/01/2025 and reflected on your online account.

*Gen = $2,406.14*
*Park = $1,741.90*
*Runs = $2,382.04*

> **Make a payment**

---

## ☒ Billing summary

**Confirmation number:**
D0004FK7K

**Payment date:**
07/01/2025

**Policy(s):**
BKS65299485

**Total payment:**
$6530.08
   Payment amount: $6370.81
   Payment service fee: $159.27

**Payment method:**
Credit/Debit Card ending in 4141

Easily manage your payments online.

1

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30110

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/30/25

$256.00******

TO THE
ORDER OF      **** TWO HUNDRED FIFTY SIX AND 00/100 DOLLARS

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE



## Maintenance Hours
### 2025

Invoice #:  3010

**Maintenance Name:** *Bradley Warns*

$32.00  Hourly Rate

From:  15-Jun

To:  30-Jun

Invoice Date:  6/30/2025

Due Date:  7/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 6/17 | | 6:00 PM | 9:00 PM | 3:00 | adjusted doors 3404, counter side strip 3217, bala | $96.00 |
| 6/22 | 3301 | 12:00 PM | 1:00 PM | 1:00 | looked over AC unit - hard keeping up to temp on | $32.00 |
| 6/23 | | 3:00 PM | 4:00 PM | 1:00 | replaced sill in 3212 | $32.00 |
| 6/23 | | 18:00 | 21:00 | 3:00 | checked valve in 3310 shower, looked over water | $96.00 |

**Total Hours      8:00:**            **Total Hourly Pay $3/hour      $256.00**

**Generations on 1st Paycheck :**      $256.00

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30106

06/30/25

$440.07******

TO THE
ORDER OF    **** FOUR HUNDRED FORTY AND 07/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

PAID
20\|06

**Alexis Burbach**

**2025**

From: 15-Jun
To: 30-Jun

*Generations on 1st*

Invoice #: 3011
Invoice Date: 6/30/2025
Due Date: 7/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 6/16 | | 1:30 PM | 2:00 PM | 0:30 | showing kimberly and rebecca | $12.75 |
| 6/16 | | 3:00 PM | 3:15 PM | 0:15 | showing judy | $6.38 |
| 6/16 | | 4:00 PM | 5:00 PM | 1:00 | walk building - pick up any trash | $25.50 |
| 6/17 | | 10:00 | 11:30 | 1:30 | items picked up, reset modem, mailroom organized | $38.25 |
| 6/18 | 3510 | 1:00 PM | 1:30 PM | 0:30 | clean out ac unit spitting out debris | $12.75 |
| 6/22 | 3301 | 11:00 | 12:00 PM | 1:00 | maintenance calls from barb, ac not keeping up/bl | $25.50 |
| 6/22 | | 5:00 PM | 6:00 PM | 1:00 | new battery for 3502 bedroom fan/remote, 3416 m | $25.50 |
| 6/23 | | 11:45 | 12:45 PM | 1:00 | showing elliot, 3212 inspection add garage to lease | $25.50 |
| 6/23 | | 4:15 PM | 4:45 PM | 0:30 | showing mackenzie and desianne | $12.75 |
| 6/24 | | 11:45 | 12:45 PM | 1:00 | garage garbage oick up, showing Miles and GF for | $25.50 |
| 6/25 | | 1:00 PM | 2:00 PM | 1:00 | move out 3208 inspection, 3404 drain stopper in u | $25.50 |
| 6/26 | | 12:30 PM | 1:30 PM | 1:00 | inspection 3404, 3208 remote battery, check amen | $25.50 |
| 6/26 | | 3:00 PM | 4:00 PM | 1:00 | showing Jolica - showing Donna/son - added to wa | $25.50 |
| 6/27 | | 9:00 | 10:45 | 1:45 | garbage in garage, move out 3502, showing matt 1 | $44.63 |
| 6/27 | | 11:00 | 12:30 PM | 1:30 | move out 3318, move in 3404, carpet cleaner talke | $38.25 |
| 6/27 | | 2:00 PM | 3:00 PM | 1:00 | inspection ready for 3318 move in, carpets schedu | $25.50 |
| 6/27 | | 5:00 PM | 5:45 PM | 0:45 | move out inspection 3403, lots of hair/pictures | $19.13 |

| | | Total Hours | 16:15 | | Total Hourly Pay $25.50/hour | $414.38 |
|---|---|---|---|---|---|---|

| Date | Unit | Start | End | Total Hours | Painting | |
|------|------|-------|-----|-------------|----------|---|
| | | Total Hours | 0:00 | | Total Painting $35/hour | $0.00 |

| Date | Unit | Reimbursement | | |
|------|------|---------------|---|---|
| | | Total Reimbursement | | $0.00 |

| Date | Unit | Commission | | |
|------|------|------------|---|---|
| | | $200 per new lease | | |
| | | $200 per new lease | | |
| | | $200 per new lease | | |
| | | $200 per new lease | | |
| | | Total Commissions | | $0.00 |

| | |
|---|---|
| Generations on 1st Total Hours Amount: | $414.38 |
| Generations on 1st Total Painting Amount: | $0.00 |
| Generations on 1st Total Reimbursements: | $0.00 |
| Generations on 1st Total Commissions: | $0.00 |
| Generations on 1st Subtotal: | $414.38 |
| Generations on 1st Sales Tax (6.2%): | $25.69 |
| Generations on 1st Total Paycheck Amount: | $440.07 |

30105

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/30/25

$3,285.00***

TO THE
ORDER OF    **** THREE THOUSAND TWO HUNDRED EIGHTY FIVE AND 00/100 DOLLARS

JESSE CRAIG
1405 1ST AVE N
FARGO, ND   58102

NON-NEGOTIABLE



**JESSE CRAIG**                    *GENERATIONS ON 1ST*

**2025**

| | |
|---|---|
| From: | 1-Jun |
| To: | 30-Jun |

| | |
|---|---|
| Invoice #: | 5006 |
| Invoice Date: | 6/30/2025 |
| Due Date: | 7/1/2025 |

| | | | Total |
|---|---|---|---|
| 73 | Manager oversite $45/unit | $45.00 | $3,285.00 |
| | | $45.00 | $3,285.00 |

Please make checks payable to Jesse Craig no later than  7/1/2025



**JESSE CRAIG**                     *GENERATIONS ON 1ST*

**2025**

| From: | 1-Jun | | Invoice #: | 5006 |
|---|---|---|---|---|
| To: | 30-Jun | | Invoice Date: | 6/30/2025 |
| | | | Due Date: | 7/1/2025 |

| | | | | Total |
|---|---|---|---|---|
| 73 | | Manager oversite $45/unit | $45.00 | $3,285.00 |
| | | | **$45.00** | **$3,285.00** |

Please make checks payable to Jesse Craig no later than   7/1/2025

# GENERATIONS ON 1ST, LLC

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30123

06/30/25

$6,665.70***

TO THE
ORDER OF      **** SIX THOUSAND SIX HUNDRED SIXTY FIVE AND 70/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,      58106

## NON-NEGOTIABLE

PAID

# CP Business Management

## 2025


Generations on 1st

| | | | | |
|---|---|---|---|---|
| | | Invoice #: | 3006 | |
| From: | 1-Jun | Invoice Date: | 6/30/2025 | |
| To: | 30-Jun | Due Date: | 7/1/2025 | |

| | Gross Collected Rents | | | Total |
|---|---|---|---|---|
| 5% | Management Fee Collected funds | | $77,269.34 | $3,863.47 |
| | | | | |
| | | | | |
| | | | | |
| | **Total Management Fee** | | **$77,269.34** | **$3,863.47** |

| | Offsite Office | Total |
|---|---|---|
| 7010 | Off Site Office Rent | $1,312.50 |
| 7030 | Off Site Office Utilities | $54.64 |
| 7040 | Off Site Office Supplies | $214.56 |
| | **Total Offsite Office** | **$1,581.70** |

| | Other Collected Income | Total |
|---|---|---|
| other | herstedt collected admin fee for electric not switched | $19.74 |
| | 3515: overage from cleaning 215.70, carpet 104.42, paint 50 | $370.12 |
| | 3212 overage cleaning 57.67 | $57.67 |
| | | |
| | | |
| | | |
| | **Total Other Collected Income** | **$447.53** |

| | Miscellaneous | Total |
|---|---|---|
| 8004 | Misc Manager | $200.00 |
| 8005 | Misc Prof. | $500.00 |
| 7057 | Software Fee | $73.00 |
| | | |
| | **Total Miscellaneous** | **$773.00** |

| | |
|---|---|
| **Total Management Fee** | $3,863.47 |
| **Total Offsite Office** | $1,581.70 |
| **Total Other Collected Income** | $447.53 |
| **Total Miscellaneous** | $773.00 |
| **Generations on 1st Total** | $6,665.70 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30104

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/15/25

$96.00********

TO THE
ORDER OF   **** NINETY SIX AND 00/100 DOLLARS

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

# Maintenance Hours
## 2025



*Generations on 1st*

## Maintenance Name *Bradley Warns*

Invoice #: ~~3002~~ 3009

PAID 30104

$32.00 Hourly Rate

From: 1-Jun

To: 15-Jun

Invoice Date: 6/15/2025

Due Date: 6/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 6/13 | | 10:00 AM | 1:00 PM | 3:00: | tilt ac back 3510, 3311 window latch, bathroom light | $96.00 |

| | | Total Hours | 3:00: | | Total Hourly Pay $3/hour | $96.00 |
|---|---|---|---|---|---|---|
| | | | | | Generations on 1st Paycheck : | $96.00 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30103

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/15/25

$604.24******

TO THE
ORDER OF    **** SIX HUNDRED FOUR AND 24/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

## Alexis Burbach

### 2025

*Generations on 1st*



PAID
20103

From: 1-June
To: 15-Jun

Invoice #:  3010
Invoice Date:  6/15/2025
Due Date:  6/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 5/31 | | 1:00 PM | 1:30 PM | 0:30 | move in 3316 | $12.75 |
| 6/1 | | 10:00 AM | 10:45 AM | 0:45 | move in 3214, look over 3212 cleaning | $19.13 |
| 6/1 | | 1:00 PM | 1:30 PM | 0:30 | move in 3212 | $12.75 |
| 6/3 | | 12:30 PM | 1:00 PM | 0:30 | move in 3317 | $12.75 |
| 6/3 | | 2:00 PM | 4:30 PM | 2:30 | ac uploads and records organized for report | $63.75 |
| 6/4 | | 11:00 AM | 11:30 AM | 0:30 | showing dalton - | $12.75 |
| 6/4 | | 5:00 PM | 6:00 PM | 1:00 | move out 3404, uploads, maintenance/cleaner contacted | $25.50 |
| 6/6 | | 9:30 AM | 11:30 AM | 2:00 | showing brenda, showing garette, showing madeline, ga | $51.00 |
| 6/6 | | 13:30 | 14:00 | 0:30 | maizee showing | $12.75 |
| 6/10 | | 12:00 | 1:00 PM | 1:00 | elevator call from eric/tenants being down for maintenar | $25.50 |
| 6/11 | | 10:30 AM | 11:00 | 0:30 | move out scheduled 3403, ESA Forms 3305 | $12.75 |
| 6/11 | | 11:30 AM | 12:00 PM | 0:30 | showing matthew, low credit same with cosigner | $12.75 |
| 6/12 | | 1:00 PM | 1:15 PM | 0:15 | no show showing tanner -- long time later responded ba | $6.38 |
| 6/12 | | 4:00 PM | 4:45 PM | 0:45 | window latch 3311/clean out ac - 3218 issues with oven | $19.13 |
| 6/13 | | 11:00 | 12:30 PM | 1:30 | building walk through, 3303 storage junk tossed, 3218 c | $38.25 |
| 6/13 | | 3:30 PM | 4:00 PM | 0:30 | showing nicole/riley | $12.75 |

| | | Total Hours | 13:45 | | Total Hourly Pay $25.50/hour | $350.64 |
|---|---|---|---|---|---|---|

| Date | Unit | Start | End | Total Hours | Maintenance | |
|------|------|-------|-----|-------------|-------------|---|
| 6/3 | | 1:00 PM | 2:00 PM | 1:00 | reset fan/remote code for light to turn on - 3218 dryer, k | $30.00 |

| | | Total Hours | 1:00 | | Total Painting $30/hour | $30.00 |
|---|---|---|---|---|---|---|

| Date | Unit | | Reimbursement | | |
|------|------|---|---------------|---|---|
| | | | | | |

| | | | | Total Reimbursement | $0.00 |
|---|---|---|---|---|---|

| Date | Unit | Commission | |
|------|------|------------|---|
| 6/1 | 3318 | Darrien Martin, Nicholas Florey | $200.00 |

| | | Total Commission | $200.00 |
|---|---|---|---|

| | | |
|---|---|---|
| | Generations Total Hours Amount: | $350.64 |
| | Generations Total Maint/Painting Amount: | $30.00 |
| | Generations Total Reimbursements: | $0.00 |
| | Generations Subtotal: | $380.64 |
| | Generations Sales Tax (6.2%): | $23.60 |
| | Generations Total Commissions: | $200.00 |
| | Generations Total Paycheck Amount: | $604.24 |

# GENERATIONS ON 1ST, LLC

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30100

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/11/25

$35,000.00**

TO THE
ORDER OF    **** THIRTY FIVE THOUSAND AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

MEMO: Loan Payment

NON-NEGOTIABLE

     i.      Not contained in the Budgets except as approved by the Bankruptcy Court after written notice to the Bank and a hearing or after written request to the Bank and the Bank's written consent; or

     ii.     In excess of one hundred ten percent (110%) of the amount set forth in the Budget, in the aggregate from the Petition Date.

5.    <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

     i.      Pre-Petition Rents held by the VerStandig Law Firm, LLC Attorney Trust Account are considered to be cash collateral and subject to the constraints of the Budgets. Debtors waive and release any claim against the Bank that the Pre-Petition Rents remitted under this paragraph 5(i) or paragraph 10 below are property of the estate or that the Bank did not have a properly perfected lien in these specific monies, to the extent of any allowed claims of the Bank.

     ii.     Parkside will pay the sum of $14,500 on the 15th day of each month to be applied to debt service.



     iii.    Generations will pay the sum of $35,000 on the 15th day of each month to be applied to debt service.

     iv.    The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30102

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/13/25

$507.09******

TO THE
ORDER OF    **** FIVE HUNDRED SEVEN AND 09/100 DOLLARS

ZIHUI GONG
511 2nd St SW
Watertown, SD  57201

NON-NEGOTIABLE

Deposit Return

### CODINGTON COUNTY TREASURER

Official Real Estate Tax Notice
14 FIRST AVENUE S.E. * WATERTOWN, SD 57201
(605) 882-6285

**EXHIBIT**

**IV1063**

2024 - 8963

*handwritten: 4374.58/mo*

#### 2024 TAXES DUE AND PAYABLE IN 2025

Record#: 9580

**Legal:**  Sch: 14-4     S/T/R:          Acres/Lots: .00
WATERTOWN CITY  GENERATIONS ON 1ST ADD
GENERATIONS ON 1ST ADD
26 1 AVE SW

**Taxes In Name Of**

GENERATIONS ON 1ST LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 38,247.49 |
| **Second Half** | 38,247.49 |
| **TOTAL** | 76,494.98 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 70,748 | 68,201 | 2.525 | 172.22 |
| WATERTOWN SCHOOL Non-Ag | 70,748 | 68,201 | 9.478 | 646.41 |
| WATERTOWN CITY | 70,748 | 68,201 | 1.691 | 115.33 |
| EAST DAKOTA WATER | 70,748 | 68,201 | 0.020 | 1.36 |
| TAX INCREMENT 13 NA | 70,748 | 5,509,673 | 13.714 | 75,559.66 |

*handwritten: 6/15/25 JE. ESCROW $5,403.93*

NA: 76494.98

**TOTAL:**  76,494.98

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⇩ Please detach stubs and return with your payment ⇩        ⇩ Please detach stubs and return with your payment ⇩

| -FIRST PAYMENT- | CODINGTON Record # 9580 |
|---|---|
GENERATIONS ON 1ST LLC

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 - 8963 | 38,247.49 |

DELINQUENT AFTER APRIL 30th

| -SECOND PAYMENT- | CODINGTON Record # 9580 |
|---|---|
GENERATIONS ON 1ST LLC

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 - 8963 | 38,247.49 |

DELINQUENT AFTER OCTOBER 31st

Page 54

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30119

06/30/25

$765.00******

TO THE
ORDER OF

\*\*\*\* SEVEN HUNDRED SIXTY FIVE AND 00/100 DOLLARS

ACTIVE HEATING INC
115 N MAPLE
WATERTOWN, SD    57201

NON-NEGOTIABLE



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30127

06/30/25

$15.61*******

TO THE
ORDER OF

**** FIFTEEN AND 61/100 DOLLARS

ACTIVE HEATING INC
115 N MAPLE
WATERTOWN, SD    57201

NON-NEGOTIABLE

EXHIBIT
IV1001
BROKER


PAID
30119 +30127



Active Heating
115 N. Maple, Watertown, SD 57201
(605) 882-2663
www.activeheatinginc.com

**BILL TO**
HME Companies
432 5th Street
Brookings, SD 57006 USA

| INVOICE | INVOICE DATE |
|---|---|
| 120069 | Jan 06, 2025 |

**JOB ADDRESS**
Generations on 1st
26 1st. Ave. SW #3302
Watertown, SD 57201 USA

| TASK | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| | | *Dryer pipe* | | |
| 1 | Time and Materials: | *Broken @ Elbow.* 1.00 | $765.00 | $765.00 |
| | Testing to find broken pipe | *Resealed + Supported.* | | |
| | Open ceiling, fix, and reseal pipe | | | |
| | ~~Repair sheet rock~~ — *just put piece of rock up per Tony. Tony said he had a* | | | |
| | *— dryer vent pipe disconnected.* *Rock guy — to finish.* | | | |

| | | |
|---|---|---|
| | SUB-TOTAL | $765.00 |
| | EXCISE TAX 2.041% | $15.61 |
| | TOTAL DUE | $780.61 |
| | BALANCE DUE | $780.61 |

Thank you for choosing Active Heating.
This invoice is payable upon receipt. A finance charge will be assessed on all past due accounts of 1.5% per month on the new balance after payment or credits. A service fee will be charged for any returned checks.
**CUSTOMER AUTHORIZATION**
I authorize Active Heating to perform the recommended work as presented to, and chosen by, me. I agree that the amount set forth in the space marked "Total Due" is the price I have agreed to. I also understand that payment for such services is payable immediately upon completion and that the warranty expressed only covers the repairs made today and does not imply a warranty on the entire system. Warranty repairs are to be performed during Active Heating's regular business hours.

Sign here _____    Date _____

**CUSTOMER ACKNOWLEDGEMENT**
I acknowledge that all work performed by Active Heating has been completed in a satisfactory and workmanlike manner. I have been given the opportunity to address concerns and/or discrepancies in the work provided, and I either have no such

Invoice #120069    Page 1 of 2

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30121

06/30/25

$668.68******

TO THE
ORDER OF    **** SIX HUNDRED SIXTY EIGHT AND 68/100 DOLLARS

WILLIAMS CARPET ONE
1904 9TH AVE SE
WATERTOWN, SD   57201

NON-NEGOTIABLE







# WILLIAMS CARPET ONE

**1904 9TH AVE SE**
**WATERTOWN, SD 57201**

EXHIBIT
IV1009

# Invoice

| Date | Invoice # |
|---|---|
| 1/6/2025 | 30015 |

| Bill To | Ship To |
|---|---|
| HME PROPERTIES<br>432 5TH ST.<br>BROOKINGS, SD  57006 | GENERATIONS #3314 |

| Terms | Rep |
|---|---|
| 10th of month follo... | MW |

| Qty | Description | Price Each | Amount |
|---|---|---|---|
|  | GENERATIONS #3314:       (BEDROOM ONLY) |  |  |
| 132 | QS 854 PIER  Carpet | 2.37 | 312.84T |
| 132 | Carpet Cushion | 0.55 | 72.60T |
| 132 | CARPET  Installation | 1.60 | 211.20T |
| 132 | REMOVAL & DISPOSAL  Installation | 0.25 | 33.00T |

Thank you for the opportunity to work with you on your project!

After 30 days a finance charge of 1.5% (18% APR) will be added.  After 60 days, account will be turned over to collections.  All filing & legal fees will be the responsibility of the customer.

A 3% surcharge fee will be accessed on all credit card payments over $1500.00.

| Subtotal | $629.64 |
|---|---|
| Sales Tax  (6.2%) | $39.04 |
| **Total** | $668.68 |

| Phone # | Fax # |
|---|---|
| (605) 882-1963 | (605) 882-0886 |

Page 56



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/30/25

30120

$408.16*****

TO THE
ORDER OF

**** FOUR HUNDRED EIGHT AND 16/100 DOLLARS

BRUSH & BRISTLE LLC
44633 173RD ST
WATERTOWN, SD  57201

NON-NEGOTIABLE



**INVOICE**

**Brush & Bristle LLC**
44633 173rd St
Watertown, SD 57201

EXHIBIT
**IV1002**

:man@hotmail.com
81-7487

**PAID** 20\20



Bill to
HME Properties
432 5th St.
Brookings, SD 57006

**Invoice details**

Invoice no.: 1024
Terms: Net 30
Invoice date: 01/06/2025
Due date: 02/05/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **Painting Services** | Labor to paint the walls that needed patching. All supplies included in price, not including paint. | 1 | $400.00 | $400.00 |
| 2. | | **Job name** | Generations on 1st. Apartment 3409 | 1 | $0.00 | $0.00 |

| | | |
|---|---|---|
| Subtotal | | $400.00 |
| Sales tax | | $8.16 |
| **Total** | | **$408.16** |

TRS 1/14/25

Page 57

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30124

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

TO THE
ORDER OF

LIBBY BURGHARDT
311 OAK STREET
BRANDT, SD   57218

**** ONE THOUSAND FIVE HUNDRED THIRTY ONE AND 25/100 DOLLARS

06/30/25

$1,531.25***

NON-NEGOTIABLE

**Subject:**                           Mindy Craig
                                       Libby May hours


MAY HOURS

GENERATIONS
5/21: 11:30-2 wall repairs, repainting, clean up 3515 (2.5)

PARKSIDE
5/21: 2-3:30 wall repairs, repaint, clean up 2204 (1.5)

—4@$35

******$140******

**Subject:**         Mindy Craig
                  Libby's March hours

March maintenance hours

Parkside
3/27: 2:15-3:30 recaulk counters, fill holes/repairs, paint touchups 2402 (1.5)

Generations
3/5:  10-11 grab supplies, get supplies from ruins take to generations (1)
      11:15-12 sand drywall repairs, second coat mud ceiling, prep for texture 3302 (.75)
      12-12:45 pull hooks/anchors from walls, fill holes/repairs, try to clean dirty walls 3402 (.75)
      12:45-1:15 drywall repairs first coat mud, clean dirty walls to determine if new paint is needed or not in bedroom 3406 (.5)
      1:15-1:30 remove nails/command strips, fill holes/wall repairs 3411 (.25)
      1:30-1:45 fill nail holes throughout, try to clean wall in bedroom to determine if new paint is needed 3511 (.25)
      1:45-2:15 drywall repair bathroom ceiling, window sill repairs, fill holes 3217 (.5)
      2:15-2:45 prep, sand, texture repairs 3402 (.5)
      2:45-4:15 prep, sand, texture repairs (2 large repairs still drying), clean dirty walls(did not have to repaint bathroom/bedroom wall) 3406 (1.5)
      4:15-4:45 prep, sand, texture 3411 (.5)
3/6: 9-10:30 go through closets find any salvageable paint, took all paint buckets to diamond Vogel to shake/mix them, to office for caulking supplies, bring all supplies up into building (1.5)
      10:30-11 second coats mud 3406 (.5)
      11-11:15 final coat mud ceiling repair 3302 (.25)
      11:15-11:45 prime drywall repairs 3402 (.5)
      11:45-12:15 prime drywall repairs 3406 (.5)
      12:15-12:30 prime drywall repairs 3411 (.25)
      12:30-1 fill missed holes (14)small nail holes in bedroom, sand repairs, prep for paint 3511 (.5)
      1-4 paint, deprep, clean up 3402 (3)
3/10: 10:30-12 prep, sand, texture 3302 (1.5)
      12-2 prep, sand, texture 3217 (2)
      2-2:15 go to office for new tray/liner (.25)
      2:15-3 prime ceiling/drywall repairs 3302 (.75)
      3-3:45 fix caulking, clean up/finish in 3402 (.75)
      3:45-4 caulk kitchen counter 3411 (.25)
      4-4:15 fix caulk kitchen counter behind sink 3511 (.25)
      4:15-8 paint, deprep, move supplies to next unit, clean up 3302 (3.75)
3/26: 9:15-12:45 get supplies moved to 3411, prep for paint, paint walls, deprep, clean up, move supplies to next unit (3.5)
      12:45-3:15 paint walls throughout, recaulk bedroom windows, deprep, clean up, move supplies to next unit 3511 (2.5)
      3:15-4:30 start paint 3217 (1.25)
3/27: 9:45-12:45 finish painting, deprep, clean up, move supplies out 3217 (3)
      12:45-1:30 sand, final coat mud on 2 big repairs 3406 (.75)
      1:30-1:45 first coat mud drywall repairs 3303(.25)
      1:45-2:15 cut out anchor, scrap hanger off wall, drywall mud repairs, clean up 3205 (.5)

—36.25@$35

$ 1,248.75

1

**To:**                              Mindy Craig
**Subject:**                         Libby April hours


APRIL HOURS:
Generations
4/28: 9-9:30 get supplies/materials (.5)
        9:30-9:45 sand/texture, prep for paint 3303(.25)
        9:45-10:15 sand/texture, prep for paint 3205(.5)
        10:15-1:15 texture, paint walls, clean up 3406 (3)
        1:15-2:30 paint, clean up 3205 (1.25)
        2:30-3 paint clean up 3303 (.5)
        3-3:30 move all supplies to janitor closet (.5)

—6.5@$35

******$227.50******