**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20095

06/30/25

TO THE
ORDER OF

\*\*\*\* FIFTY SIX AND 44/100 DOLLARS

$56.44\*\*\*\*\*\*\*

BRIANS GLASS AND DOOR
533 1ST AVE NW #4
WATERTOWN, SD    57201-0743

NON-NEGOTIABLE

Brian's Glass and Door LLC

# Invoice

516 3rd Ave NW, #5
Watertown, SD 57201
605-886-5328



| Date | Invoice # |
|---|---|
| 6/19/2025 | 96552 |

| Bill To |
|---|
| Parkside Place
PO Box 9379
Fargo, ND 58106 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Quickcare | Net 30 | | 6/19/2025 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | Repl Sales | Door caught in window | 56.44 | 56.44 |
| | | Reinstalled door closer and adjusted | | |
| | | | | 56.44 |
| | | | 0.00% | 0.00 |

| | Total | $56.44 |
|---|---|---|

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20102

06/30/25

$2,523.96****

TO THE
ORDER OF

**** TWO THOUSAND FIVE HUNDRED TWENTY THREE AND 96/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE



**PARKSIDE**

| UNIT | Service From | Service to | AMOUNT |
|---|---|---|---|
| | | | |
| 2311 | 5/28/2025 | 5/30 | 14.99 |
| 2403 | 5/20/2025 | 6/2/2025 | 25.19 |
| | **Total** | | **40.18** |
| | 5/22 | 6/23/2025 | 450.75 |
| | 5/22 | 6/23/2025 | 198.98 |
| | 5/22 | 6/23/2025 | 372.09 |
| | 5/22 | 6/23/2025 | 1,461.96 |
| | **total house meter/use** | | **2,483.78** |
| | **total check** | | **2,523.96** |

# MUNICIPAL UTILITIES DEPT.

**Account Number:** 008-00187355-01

**Name:** PARKSIDE PLACE, LLC

**Service Address:** 8 2 ST NE HOUSE

| Meter Number | Read Dates Present | Read Dates Previous | Billing Days | Code | Meter Readings Present | Meter Readings Previous | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000030986 | 06/23/2025 | 05/22/2025 | 32 | MR | 82022 | 77850 | 1 | 4172 | kWh | |
| ELECTRIC: 0000030986 | 06/23/2025 | 05/22/2025 | 32 | MR | 8321 | | 1 | 8.32 | kW | |
| WATER: 0200555043 | 06/23/2025 | 05/22/2025 | 32 | MR | 03106 | 03037 | 1 | 69 | ccf | |
| GAS: 0104951134 | 06/23/2025 | 05/22/2025 | 32 | MR | 12639 | 12400 | 1.119 | 267 | ccf | |



### YOUR MONTHLY USAGE

ELECTRIC (kWh)

WATER (100 cu.ft)

GAS (ccf)

| | |
|---|---:|
| PREVIOUS BALANCE | 2,423.85 |
| PAYMENT    06/13/2025 | -121.20 |
| PAYMENT    06/13/2025 | -2,423.85 |
| LATE PENALTY    06/11/2025 | 121.20 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 19.75 |
| Electric Energy | 404.68 |
| Electric State Tax | 17.83 |
| Electric City Tax | 8.49 |
| TOTAL ELECTRIC CHARGES | 450.75 |
| GAS SERVICE | |
| Gas Customer Charge | 17.00 |
| Gas Consumption | 170.36 |
| Gas State Tax | 7.87 |
| Gas City Tax | 3.75 |
| TOTAL GAS CHARGES | 198.98 |
| WATER SERVICE | |
| Water Customer Charge | 38.06 |
| Water Consumption | 290.77 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 372.09 |
| SEWER SERVICE | |
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 1,421.35 |
| TOTAL SEWER CHARGES | 1,461.96 |
| | |
| CURRENT CHARGES | $2,483.78 |
| | |
| TOTAL AMOUNT DUE | $2,483.78 |

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 07/01/2025 | 07/10/2025 | 2,483.78 | 2,607.97 |

**MESSAGES:** Call 811 before you dig!

Page 1                                   Please detach top portion and return with payment.

**MUNICIPAL UTILITIES DEPT.**

| Account Number | Name | Service Address |
|---|---|---|
| 002-00187414-04 | PARKSIDE PLACE, LLC | 8 2 ST NE 2311 |

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049028 | 05/30/2025 | 05/28/2025 | 2 | MR | 21881 | 21867 | 1 | 14 | kWh | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

May 2025

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 1.02 |
| Electric State Tax | 0.59 |
| Electric City Tax | 0.28 |
| TOTAL ELECTRIC CHARGES | 14.99 |
| | |
| CURRENT CHARGES | $14.99 |
| | |
| TOTAL AMOUNT DUE | $14.99 |

*tenant Bill*
*moved in 5/29/25*

121360                          Deposit $300.00 on account as of Jul 01,2025

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | | 07/01/2025 | 07/10/2025 | 14.99 | 15.74 |
| **MESSAGES:** Call 811 before you dig! | | | | | |

## MUNICIPAL UTILITIES DEPT.

| | Account Number | Name | | Service Address |
|---|---|---|---|---|
| | 002-00187425-07 | PARKSIDE PLACE, LLC | | 8 2 ST NE 2403 |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049020 | 06/02/2025 | 05/20/2025 | 13 | MR | 21633 | 21515 | 1 | 118 | kWh | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

| | |
|---|---|
| PREVIOUS BALANCE | 36.94 |
| BALANCE FORWARD | 36.94 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 10.62 |
| Electric State Tax | 1.00 |
| Electric City Tax | 0.47 |
| TOTAL ELECTRIC CHARGES | 25.19 |
| CURRENT CHARGES | $25.19 |
| TOTAL AMOUNT DUE | $62.13 |

*tenant Bill + Admn Fee.*

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | | 07/01/2025 | 07/10/2025 | 62.13 | 63.39 |
| **MESSAGES:** Call 811 before you dig! | | | | | |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20100

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/30/25

$494.05******

TO THE
ORDER OF    **** FOUR HUNDRED NINETY FOUR AND 05/100 DOLLARS

SCHUMACHER
PO BOX 393
DENVER, IA    50622

NON-NEGOTIABLE



**SCHUMACHER** ELEVATOR

PO Box 393
One Schumacher Way
Denver, Iowa 50622

Phone: (319) 984-5676
Website: www.schumacherelevator.com
Email:accounting@schumacherelevator.com



PAID
2,0100

# Invoice

### Billing Address

SOLD TO ACCT NO 1018221

PARKSIDE PLACE LLC
1405 1ST AVE NORTH
FARGO ND  58102

### Shipping Address

SHIP TO ACCT NO 1016883

PARKSIDE PLACE APARTMENTS
8 2ND ST NE
WATERTOWN SD  57201

### Information

| | |
|---|---|
| Document Number | 90649740 |
| Document Date | 06/01/2025 |
| | |
| Purchase Order No. | |
| Purchase Order Date | |
| Sales Order Number | 40011195 |
| Payment Terms | Net 30 Days |
| Billing Date | **06/01/2025** |
| Currency | USD |

1  of  1

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | *Quarterly invoice for elevator maintenance.* | | | |
| 0010 | FM QT MAINTENANCE | | 465.21 | 465.21 |
| | HP-PARKSIDE PLACE APTS-WATERTOWN SD | | | |
| | | | Items Tot | 465.21 |
| | | | State Tax | 19.54 |
| | | | County Tax | 0.00 |
| | | | City Tax | 9.30 |
| | | | **Total Amount** | $    **494.05** |

zsec_invoice1std    01/2004



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20101

06/30/25

TO THE
ORDER OF   **** SEVEN HUNDRED FORTY THREE AND 40/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

$743.40******

NON-NEGOTIABLE

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*



# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2025 | 2208 |

| Due Date | Terms |
|----------|-------|
| 7/1/2025 | Net 30 |

**Bill To**

Parkside
Unit #

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Parkside Monthly ... | Monthly Building Cleaning May 2025<br>Sales Tax | 400.00<br>6.20% | 400.00T<br>24.80 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total**    $424.80

*pd $7434° - credit $*
*$ 318.60 tous*
*up!*

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20093

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/30/25

$247.77*****

TO THE
ORDER OF

**** TWO HUNDRED FORTY SEVEN AND 77/100 DOLLARS

BLUEPEAK
PO BOX 5002
SIOUX FALLS, SD    57117-5002

NON-NEGOTIABLE



**Contact Us**
**www.mybluepeak.com**
**866-991-9722**


@HelloBluepeak

page 1 of 4

| Account Number: | 045515701 |
|---|---|
| Billing Date: | 06/20/25 |
| **Total Amount Due:** | **$247.77** |
| Payment Due By: | 07/14/25 |



# It pays to have friends.

Refer your friends to Bluepeak and **get a $50 credit** on your bill when they sign up.

mybluepeak.com/help/refer-a-friend

**STATEMENT SUMMARY**

| | |
|---|---|
| Previous Balance | $247.77 |
| Payments and Adjustments | -$247.77 |
| New Charges | $247.77 |
| **Total Amount Due** | **$247.77** |

**NEW CHARGES SUMMARY**

| | |
|---|---|
| Monthly Service Charges | $175.99 |
| Taxes | $71.78 |
| **Total New Charges** | **$247.77** |

A late fee will be applied to your account if the amount of $247.77 is not received before 07/14/25. Payments received after 06/20/25 are not reflected on this statement.

Government taxes and fees are imposed by federal, state, and local governments. These charges may vary by the state and locality of your service address or services purchased and are subject to change from time to time.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices. Your acknowledgement of this agreement is confirmed by your payment.


PAID 20093



**Contact Us**
**www.mybluepeak.com**
**866-991-9722**


@HelloBluepeak



| | |
|---|---|
| Account Number: | 045515701 |
| Billing Date: | 06/20/25 |
| Total Amount Due: | $247.77 |
| Payment Due By: | 07/14/25 |

Federal USF Fee......................  $14.30
State Telecommunications Relay   $0.45
Srvc ..........................................
**Total Taxes and Fees ..............**  **$71.78**

Total Amount Due...............................................  $247.77

**SERVICE LOCATIONS**
8 2ND ST  NE WATERTOWN, SD 57201-3624

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20098

06/30/25

$111.51******

TO THE
ORDER OF   **** ONE HUNDRED ELEVEN AND 51/100 DOLLARS

IKES WINDOW WASHING
PO BOX 486
WATERTOWN, SD   57201

NON-NEGOTIABLE

# Invoice

**Invoice No:** 3402
**Invoice Date:** Jun 27, 2025

## Ike's Window Washing

PO Box 486
Watertown, SD 57201
605-233-0628 Office
ikesww.com
ikeswindowwashing@gmail.com





**Bill To:**
Parkside Place
PO BOX 9379
Fargo, ND 58106

| Job Date | Description | Job location | Qty | Each | Amount |
|---|---|---|---|---|---|
| Jun 27, 2025 | **Quarterly Clean** | Parkside Place, 8 2nd Street Northeast; Watertown, SD 57201 | 1 | $105.00 | $105.00 |
| | | Parkside Place | | | |

**Service Person(s):** Isaac Holzwarth

| | | |
|---|---|---|
| **6.2% Tax** | | $6.51 |
| **Total** | | $111.51 |

**Thank you for your Business!**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20096

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/30/25

$19.68*******

TO THE
ORDER OF    ****  NINETEEN AND 68/100 DOLLARS

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA   91716-0506

NON-NEGOTIABLE

MEMO: 6004-3002-0037-4038



12.08 outside
39.71 Generator



**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20097

06/30/25                    $1,741.90****

TO THE
ORDER OF

**** ONE THOUSAND SEVEN HUNDRED FORTY ONE AND 90/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

NON-NEGOTIABLE

**Mindy Craig**

**From:** Liberty Mutual Insurance Billing <ebilling@email-libertymutual.com>
**Sent:** Tuesday, July 1, 2025 12:31 PM
**To:** Mindy Craig
**Subject:** Your payment has been processed.



☐ View online



Billing account number: 9000344025

## Hello,

Thank you for your recent payment. Your payment will be applied to your balance on 07/01/2025 and reflected on your online account.

*gen = $2,406.14*
*park = $1,741.90*
*Runs = $2,382.04*

**Make a payment**

☒ **Billing summary**

**Confirmation number:**
D0004FK7K

**Total payment:**
$6530.08
  Payment amount: $6370.81
  Payment service fee: $159.27

**Payment date:**
07/01/2025

**Payment method:**
Credit/Debit Card ending in 4141

**Policy(s):**
BKS65299485

Easily manage your payments online.

1

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20099

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/30/25

$60.00******

TO THE
ORDER OF     **** SIXTY AND 00/100 DOLLARS

JORDAN BERNDT
216 2ND ST NE
WATERTOWN, SD     57201

NON-NEGOTIABLE

**PAID**
2049

## Maintenance Hours
## 2025

**Parkside Place**

### Maintenance Jordan Berndt

$30.00 Hourly Rate

From: 15-Jun

To: 30-Jun

Invoice #: 4010

Invoice Date: 6/30/2025

Due Date: 7/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 6/21 | 2410 | 11:30 AM | 1:30 PM | 2:00 | fridge issues | $60.00 |

| | | | | |
|--|--|--|--|--|
| | Total Hours | 2:00: | Total Hourly Pay $3/hour | $60.00 |
| | | | Parkside Place Paycheck : | $60.00 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20094

06/30/25

$256.00******

TO THE
ORDER OF    **** TWO HUNDRED FIFTY SIX AND 00/100 DOLLARS

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

## Maintenance Hours
## 2025

PAID
2084

*Parkside Place*

Invoice #: 2010

## Maintenance Name: Bradley Warns

$32.00 Hourly Rate

From: 15-Jun

To: 30-Jun

Invoice Date: 6/30/2025

Due Date: 7/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------|---------------|---|
| 6/17 | | 3:00 PM | 6:00 PM | 3:00: | cleaned floor drains, check for clog back door, insp | $96.00 |
| 6/21 | | 11:30 AM | 1:30 PM | 2:00: | fridge issues | $64.00 |
| 6/23 | | 4:00 PM | 6:00 PM | 2:00: | installed bumpers outside back door by dumpster | $64.00 |
| 6/24 | | 8:00 | 9:00 | 1:00: | measurements for covers for overhead garage do | $32.00 |

**Total Hours    8:00:**          **Total Hourly Pay $3/hour        $256.00**

**Parkside Place Paycheck :**   $256.00

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20092

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/30/25

$169.26******

**** ONE HUNDRED SIXTY NINE AND 26/100 DOLLARS

TO THE
ORDER OF

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**  *Parkside Place*

**2025**

From: 15-Jun

To: 30-Jun

Invoice #: 2011

Invoice Date: 6/30/2025

Due Date: 7/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------|---------------|---|
| 6/16 | | 3:15 PM | 3:30 PM | 0:15 | water leak items put away all dried up | $6.38 |
| 6/17 | | 12:00 PM | 12:30 PM | 0:30 | maintenance arranged/scheduled | $12.75 |
| 6/18 | 2410 | 4:00 PM | 4:30 PM | 0:30 | look over fridge/freezer not cooling, sill is in place | $12.75 |
| 6/21 | 2410 | 11:30 | 12:30 PM | 1:00 | Maintance reached out to and scheduled for fridge | $25.50 |
| 6/23 | | 9:00 | 9:30 | 0:30 | fan back in back entry, musty stinky smell | $12.75 |
| 6/24 | | 10:45 | 11:45 | 1:00 | walk building, check screen sizes in jan closets for | $25.50 |
| 6/25 | | 9:00 | 9:30 | 0:30 | look over rain fall if bumpers are blocking the water | $12.75 |
| 6/26 | | 10:30 | 11:30 | 1:00 | move out 2312 inspection, building walk, patio leak | $25.50 |
| 6/27 | | 10:45 | 11:00 | 0:15 | gary in office for rent payment money order, send o | $6.37 |
| 6/27 | | 1:15 PM | 2:00 PM | 0:45 | move out 2401, supply in closet, contact carpet cle | $19.13 |
| | | Total Hours | 6:15 | | Total Hourly Pay $25.50/hour | $159.38 |

| Date | Unit | Start | End | Total Hours | Painting | |
|------|------|-------|-----|-------|----------|---|
| | | Total Hours | 0:00 | | Total Painting $35/hour | $0.00 |

| Date | Unit | | Reimbursement | | |
|------|------|--|---------------|--|---|
| | | | Total Reimbursement | | $0.00 |

| Date | Unit | Commission | |
|------|------|------------|---|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | Total Commissions | $0.00 |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $159.38 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Subtotal: | $159.38 |
| Parkside Place Sales Tax (6.2%): | $9.88 |
| Parkside Place Total Paycheck Amount: | $169.26 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20091

TO THE
ORDER OF

JESSE CRAIG
1405 1ST AVE N
FARGO, ND   58102

**** ONE THOUSAND SEVEN HUNDRED FIFTY FIVE AND 00/100 DOLLARS

06/30/25

$1,755.00***

NON-NEGOTIABLE



## JESSE CRAIG

## *PARKSIDE PLACE*

**2025**

| | |
| --- | --- |
| From: | 1-Jun |
| To: | 30-Jun |

| | |
| --- | --- |
| Invoice #: | 6006 |
| Invoice Date: | 6/30/2025 |
| Due Date: | 07/01/25 |

| | | | | Total |
| --- | --- | --- | --- | --- |
| 39 | | Manager oversite $45/unit | $45.00 | $1,755.00 |
| | | | | |
| | | | **$45.00** | **$1,755.00** |

Please make checks payable to Jesse Craig no later than   07/01/25

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20104

06/30/25

$4,701.56***

TO THE
ORDER OF     **** FOUR THOUSAND SEVEN HUNDRED ONE AND 56/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,     58106

NON-NEGOTIABLE



## CP Business Management

*Parkside Place*

### 2025

| | |
|---|---|
| From: | 1-Jun |
| To: | 30-Jun |

Invoice #: 2006
Invoice Date: 6/30/2025
Due Date: 07/01/25

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected Funds | $39,464.68 | $1,973.23 |
| | | | |
| | **Total Management Fee** | **$39,464.68** | **$1,973.23** |

| | Offsite Office | Total |
|---|---|---|
| 7010 | Off Site Office Rent | $1,312.50 |
| 7030 | Off Site Office Utilities | $54.64 |
| 7040 | Off Site Office Supplies | $214.56 |
| **Total Offsite Office** | | **$1,581.70** |

| | Other Collected Income | Total |
|---|---|---|
| 2700 | pugsley admin fee for nonswitched electricity | $25.00 |
| janitorial | 2402 casper dep. overages (collected 6/9/25) | $115.35 |
| | 2204: cleaning 86.51, carpet 40.70, paint 134.50 | $261.71 |
| | 2401: collected $0.17 so far of re-rental fee | $0.17 |
| | 2311: cleaning 215.70, carpet 40.70 | $256.40 |
| | **Total Other Collected Income** | **$658.63** |

| | Miscellaneous | Total |
|---|---|---|
| 8004 | Misc Manager | $200.00 |
| 8005 | Misc Prof. | $250.00 |
| 7057 | Software Fee | $38.00 |
| | **Total Miscellaneous** | **$488.00** |

| | |
|---|---|
| **Total Management Fee** | $1,973.23 |
| **Total Offsite Office** | $1,581.70 |
| **Total Other Collected Income** | $658.63 |
| **Total Miscellaneous** | $488.00 |
| **Parkside Place Total** | $4,701.56 |

Please make checks payable to CP Business Management no later than   7/1/2025

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20090

06/15/25

$32.00********

TO THE
ORDER OF    **** THIRTY TWO AND 00/100 DOLLARS

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

## Maintenance Hours
## 2025
### Maintenance Name Bradley Warns

*Parkside Place*

$32.00 Hourly Rate
From: 1-Jun
To: 15-Jun

**PAID** 2090

Invoice #: ~~3001~~ 2009

Invoice Date: 6/15/2025
Due Date: 6/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------|---------------|---|
| 6/2 | 2203 | 6:00 PM | 7:00 PM | 1:00: | replaced ac unit | $32.00 |

| | | Total Hours | 1:00: | | Total Hourly Pay $3/hour | $32.00 |
|---|---|---|---|---|---|---|
| | | | | | Parkside Place Paycheck : | $32.00 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20089

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/15/25

$389.57******

TO THE
ORDER OF

**** THREE HUNDRED EIGHTY NINE AND 57/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**
**2025**

From: 1-Jun
To: 12-Jun



*Parkside Place*

Invoice #: 2010
Invoice Date: 6/15/2025
Due Date: 6/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 5/31 | 2311 | 12:00 PM | 1:00 PM | 1:00 | move in 2311, show around building, help with rent | $25.50 |
| 6/3 | | 11:00 AM | 12:00 PM | 1:00 | move in 2204 - showing lauriann 2307 | $25.50 |
| 6/4 | | 11:30 AM | 1:00 PM | 1:30 | ac uploads and records organized for report | $38.25 |
| 6/13 | | 10:00 AM | 11:00 AM | 0:30 | water back door, locate fan, garbage pick up in garage | $12.75 |
| 6/13 | | 12:30 | 15:30 | 3:00 | clean up back door water/ LOTS | $76.50 |

| | | Total Hours | 7:00: | | Total Hourly Pay $25.50/hour | $178.50 |
|---|---|---|---|---|---|---|

| Date | Unit | Start | End | Total Hours | Painting | |
|------|------|-------|-----|-------------|----------|---|
| | | Total Hours | 0:00: | | Total Painting $35/hour | $0.00 |

| Date | Unit | | | | Reimbursement | |
|------|------|---|---|---|---------------|---|
| | | | | | Total Reimbursement | $0.00 |

| Date | Unit | | | | Commission | |
|------|------|---|---|---|------------|---|
| 6/12/25 | 2307 | | | | Zachary Reuschlein | $200.00 |
| | | | | | $200 per new lease | |
| | | | | | $200 per new lease | |
| | | | | | $200 per new lease | |
| | | | | | Total Commissions | $200.00 |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $178.50 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $178.50 |
| Parkside Place Sales Tax (6.2%): | $11.07 |
| Parkside Place Total Commissions: | $200.00 |
| Parkside Place Total Paycheck Amount: | $389.57 |

**CODINGTON COUNTY TREASURER**

Official Real Estate Tax Notice
14 FIRST AVENUE S.E. * WATERTOWN, SD  57201
(605) 882-6285

*3451.93/mo*

**EXHIBIT**
**IV1064**

2024 – 12152

2024 TAXES DUE AND PAYABLE IN 2025

Record#: 9358

Legal:        Sch: 14-4      S/T/R:                    Acres/Lots: .00
                    WATERTOWN CITY  PARKSIDE PLACE ADD
        PARKSIDE PLACE ADD
              8 2 ST NE

| Taxes In Name Of | PARKSIDE PLACE LLC %JESSE CRAIG 1405 1 AVE N FARGO ND  58102 | | |
|---|---|---|---|

| | |
|---|---|
| **First Half** | 20,711.62 |
| **Second Half** | 20,711.62 |
| **TOTAL** | 41,423.24 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 65,136 | 2.525 | 164.48 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 65,136 | 9.478 | 617.36 |
| WATERTOWN CITY | 67,568 | 65,136 | 1.691 | 110.14 |
| EAST DAKOTA WATER | 67,568 | 65,136 | 0.020 | 1.30 |
| TAX INCREMENT 12 NA | 67,568 | 2,955,371 | 13.714 | 40,529.96 |

*6/15/25*
*JE*
*ESCROW*
*$ 2,958.80*

NA: 41423.24

| | |
|---|---|
| **TOTAL:** | 41,423.24 |

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⇩  Please detach stubs and return with your payment  ⇩              ⇩  Please detach stubs and return with your payment  ⇩

**-FIRST PAYMENT-**

CODINGTON
Record #
9358

PARKSIDE PLACE LLC

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |

DELINQUENT AFTER APRIL 30th

**-SECOND PAYMENT-**

CODINGTON
Record #
9358

PARKSIDE PLACE LLC

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |

DELINQUENT AFTER OCTOBER 31st

Page 50

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20087

TO THE
ORDER OF

06/11/25          $14,500.00**

**** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

*MEMO: Loan Payment*

NON-NEGOTIABLE

    i.     Not contained in the Budgets except as approved by the Bankruptcy Court after written notice to the Bank and a hearing or after written request to the Bank and the Bank's written consent; or

    ii.    In excess of one hundred ten percent (110%) of the amount set forth in the Budget, in the aggregate from the Petition Date.

5.    <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

    i.     Pre-Petition Rents held by the VerStandig Law Firm, LLC Attorney Trust Account are considered to be cash collateral and subject to the constraints of the Budgets. Debtors waive and release any claim against the Bank that the Pre-Petition Rents remitted under this paragraph 5(i) or paragraph 10 below are property of the estate or that the Bank did not have a properly perfected lien in these specific monies, to the extent of any allowed claims of the Bank.



    ii.    Parkside will pay the sum of $14,500 on the 15th day of each month to be applied to debt service.

    iii.   Generations will pay the sum of $35,000 on the 15th day of each month to be applied to debt service.

    iv.   The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20088

06/13/25

TO THE
ORDER OF

INDY OSENDORF
529 Morning Side Ave
Paynesville, MN  56362

**** FOUR HUNDRED FORTY FOUR AND 25/100 DOLLARS

$444.25******

Deposit Return

NON-NEGOTIABLE

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/30/25

$125.00******

TO THE
ORDER OF

\*\*\*\* ONE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,         58106

NON-NEGOTIABLE

## Order Details

Order placed June 23, 2025    Order # 112-5473879-7105027

**Ship to**

CP Business Management
10 N BROADWAY STE 102
WATERTOWN, SD 57201-3627
United States

**Payment method**

Visa  ending in 1559

CP Business
PAID
2010

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $58.85 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $58.85 |
| Estimated tax to be collected: | $3.65 |
| **Grand Total:** | **$62.50** |

---

**Delivered June 27**



Reliancer 4 Pack 1-Channel Rubber Cable Protector Ramp Traffic Speed Bump 18000lbs Capacity Heavy Duty Cable Protective Cover Ramp Driveway Hose Cord Track Protector Wires Concealer for Garage Parking
Sold by: Reliancer
Return or replace items: Eligible through July 30, 2025
$58.85

parkside    Back door sidewalk area.

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

# Order Details

Order placed June 15, 2025        Order # 112-5848458-4525808

| | | |
|---|---|---|
| **Ship to** | **Payment method** | **Order Summary** |
| CP Business Management | Visa  ending in 1559 | Item(s) Subtotal: $58.85 |
| 10 N BROADWAY STE 102 | | Shipping & Handling: $0.00 |
| WATERTOWN, SD 57201-3627 | | Total before tax: $58.85 |
| United States | | Estimated tax to be collected: $3.65 |
| | | **Grand Total:** **$62.50** |

*CP Business PAID 7019e* (handwritten)

---

### Delivered June 19



Reliancer 4 Pack 1-Channel Rubber Cable Protector Ramp Traffic Speed Bump 18000lbs Capacity Heavy Duty Cable Protective Cover Ramp Driveway Hose Cord Track Protector Wires Concealer for Garage Parking

Sold by: Reliancer

Return or replace items: Eligible through July 18, 2025

$58.85

*Parkside back door curb area* (handwritten)

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20105

TO THE
ORDER OF     **** ONE HUNDRED FIVE AND 00/100 DOLLARS

LIBBY BURGHARDT
311 OAK STREET
BRANDT, SD   57218

06/30/25

$105.00******

NON-NEGOTIABLE

**Subject:**                     Mindy Craig
                                 Libby May hours

MAY HOURS

GENERATIONS
5/21: 11:30-2 wall repairs, repainting, clean up 3515 (2.5)

PARKSIDE
5/21: 2-3:30 wall repairs, repaint, clean up 2204 (1.5)

—4@$35

******$140******

*park   52.50*

*PAID 2010S*

*gen   87.50*

1

**Subject:** Libby's March hours

March maintenance hours

Parkside
3/27: 2:15-3:30 recaulk counters, fill holes/repairs, paint touchups 2402 (1.5)

Generations
3/5:  10-11 grab supplies, get supplies from ruins take to generations (1)
     11:15-12 sand drywall repairs, second coat mud ceiling, prep for texture 3302 (.75)
     12-12:45 pull hooks/anchors from walls, fill holes/repairs, try to clean dirty walls 3402 (.75)
     12:45-1:15 drywall repairs first coat mud, clean dirty walls to determine if new paint is needed or not in bedroom
3406 (.5)
     1:15-1:30 remove nails/command strips, fill holes/wall repairs 3411 (.25)
     1:30-1:45 fill nail holes throughout, try to clean wall in bedroom to determine if new paint is needed 3511 (.25)
     1:45-2:15 drywall repair bathroom ceiling, window sill repairs, fill holes 3217 (.5)
     2:15-2:45 prep, sand, texture repairs 3402 (.5)
     2:45-4:15 prep, sand, texture repairs (2 large repairs still drying), clean dirty walls(did not have to repaint
bathroom/bedroom wall) 3406 (1.5)
     4:15-4:45 prep, sand, texture 3411 (.5)
3/6: 9-10:30 go through closets find any salvageable paint, took all paint buckets to diamond Vogel to shake/mix them,
to office for caulking supplies, bring all supplies up into building (1.5)
     10:30-11 second coats mud 3406 (.5)
     11-11:15 final coat mud ceiling repair 3302 (.25)
     11:15-11:45 prime drywall repairs 3402 (.5)
     11:45-12:15 prime drywall repairs 3406 (.5)
     12:15-12:30 prime drywall repairs 3411 (.25)
     12:30-1 fill missed holes (14)small nail holes in bedroom, sand repairs, prep for paint 3511 (.5)
     1-4 paint, deprep, clean up 3402 (3)
3/10: 10:30-12 prep, sand, texture 3302 (1.5)
     12-2 prep, sand, texture 3217 (2)
     2-2:15 go to office for new tray/liner (.25)
     2:15-3 prime ceiling/drywall repairs 3302 (.75)
     3-3:45 fix caulking, clean up/finish in 3402 (.75)
     3:45-4 caulk kitchen counter 3411 (.25)
     4-4:15 fix caulk kitchen counter behind sink 3511 (.25)
     4:15-8 paint, deprep, move supplies to next unit, clean up 3302 (3.75)
3/26: 9:15-12:45 get supplies moved to 3411, prep for paint, paint walls, deprep, clean up, move supplies to next unit
(3.5)
     12:45-3:15 paint walls throughout, recaulk bedroom windows, deprep, clean up, move supplies to next unit 3511
(2.5)
     3:15-4:30 start paint 3217 (1.25)
3/27: 9:45-12:45 finish painting, deprep, clean up, move supplies out 3217 (3)
     12:45-1:30 sand, final coat mud on 2 big repairs 3406 (.75)
     1:30-1:45 first coat mud drywall repairs 3303(.25)
     1:45-2:15 cut out anchor, scrap hanger off wall, drywall mud repairs, clean up 3205 (.5)

—36.25@$35

$1,248.75

1