IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Thursday, July 17, 2025, I tendered this Honorable Court's Discovery, Scheduling, and Prehearing Order, DE #127, to a third-party mailing vendor and that the Order was thereafter served, via first-class mail, postage prepaid, to all parties on the attached mailing matrix for Case No. 25-30002.

I FURTHER CERTIFY that a copy of the Court's Discovery, Scheduling, and Prehearing Order, DE #128, was likewise served, via first-class mail, postage prepaid, to all parties on the attached mailing matrix for Case No. 25-3003.

                                                                                   Respectfully Submitted,

Dated: July 17, 2025                  By:    /s/ Christianna A. Cathcart
                                                                                  Christianna A. Cathcart, Esq.
                                                                                  The Dakota Bankruptcy Firm
                                                                                   1630 1st Avenue N
                                                                                   Suite B PMB 24
                                                                                   Fargo, North Dakota 58102-4246
                                                                                   Phone: (701) 970-2770
                                                                                   christianna@dakotabankruptcy.com
                                                                                  *Counsel for the Debtors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of July, 2025, a copy of the foregoing was served electronically upon filing via the ECF.

/s/ Christianna A. Cathcart
Christianna A. Cathcart
