USPS FIRST CLASS MAILING REQUIREMENTS
Parties with names struck through or labeled "EXCLUDE" are not served via First Class USPS Mail Service.

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-30002
DISTRICT OF NORTH DAKOTA
THU JUL 17 10-31-15 PST 2025

EXCLUDE
(U)CP BUSINESS MANAGEMENT  INC

EXCLUDE
(U)CRAIG DEVELOPMENT   LLC

EXCLUDE
(U)CRAIG HOLDINGS   LLC

EXCLUDE
(U)CRAIG PROPERTIES   LLC

DEBTOR
GENERATIONS ON 1ST LLC
1405 1ST AVENUE N
FARGO  ND 58102-4203

EXCLUDE
RED RIVER STATE BANK
ATTN  CAREN W STANLEY
VOGEL  LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

WATERTOWN DEVELOPMENT COMPANY
1 EAST KEMP AVENUE
WATERTOWN  SD 57201-3606

EXCLUDE
US BANKRUPTCY COURT
655 1ST AVENUE NORTH  SUITE 210
FARGO  ND 58102-4932

ADDISON RASSEL  WESTON WEBER
26 1ST AVENUE SW
UNIT 3513
WATERTOWN  SD 57201-4256

ALEXIS BURBACH
26 1ST AVENUE SW
UNIT 3310
WATERTOWN  SD 57201-4236

ALEXIS WILLETT
26 1ST AVENUE SW
UNIT 3318
WATERTOWN  SD 57201-4236

ALLIE WEISS
26 1ST AVENUE SW
UNIT 3403
WATERTOWN  SD 57201-4237

ALLISON FOOTE
26 1ST AVENUE SW
UNIT 3213
WATERTOWN  SD 57201-4200

ALLYSSA KIRCHBERG
26 1ST AVENUE SW
UNIT 3315
WATERTOWN  SD 57201-4236

AUTOMATIC BUILDING CONTROLS  INC
4300 W 61ST ST N
SIOUX FALLS  SD 57107-6474

BAETEFORSETH HVAC
4700 N NORTHVIEW AVE
SIOUX FALLS  SD 57107-0869

BARB WEGMAN
26 1ST AVENUE SW
UNIT 3311
WATERTOWN  SD 57201-4236

BARBARA GOENS
26 1ST AVENUE SW
UNIT 3301
WATERTOWN  SD 57201-4236

BLACKTAIL INVESTMENTS  LLC
PO BOX 629
FARGO  ND 58107-0629

BLAKE THEISEN
26 1ST AVENUE SW
UNIT 3316
WATERTOWN  SD 57201-4236

BRIANNA PEDERSON
26 1ST AVENUE SW
UNIT 3305
WATERTOWN  SD 57201-4236

CP BUSINESS MANAGEMENT  INC
1401 1ST AVE N
B
FARGO  ND 58102-4203

CANNON ELECTRIC LLC
708 9TH AVE SE
308
WATERTOWN  SD 57201-5222

EXCLUDE
CAREN STANLEY  ESQ
VOGEL LAW FIRM
218 NP AVENUE
FARGO  ND 58102-4834

CARRICO LAW OFFICE
657 W KEMP AVE
WATERTOWN  SD 57201-2249

CASEY KIRLEY
26 1ST AVENUE SW
UNIT 3206
WATERTOWN  SD 57201-4200

USPS FIRST CLASS MAILING REQUIREMENTS
Parties with names struck through or labeled "EXCLUDE" are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CHARLES OLSON<br>26 1ST AVENUE SW<br>UNIT 3501<br>WATERTOWN, SD 57201-4256 | ~~CHRISTIANNA A CATHCART, ESQ~~<br>~~THE DAKOTA BANKRUPTCY FIRM~~<br>~~1630 1ST AVENUE N, SUITE B PMB 24~~<br>~~FARGO, NORTH DAKOTA 58102-4246~~<br>EXCLUDE | CLARITY TELECOM, LLC<br>DBA BLUEPEAK FIBER<br>7979 E TUFTS AVE SUITE 850<br>DENVER, CO 80237-2845 |
| CLAYTON ALBAN<br>26 1ST AVENUE SW<br>UNIT 3313<br>WATERTOWN, SD 57201-4236 | CODINGTON COUNTY TREASURER<br>14 1ST AVE SE<br>WATERTOWN, SD 57201-3611 | COUNTY FAIR FOODS OF WATERTOWN INC<br>14 2ND ST NE<br>WATERTOWN, SD 57201-3622 |
| CYNTHIA WELLS<br>26 1ST AVENUE SW<br>UNIT 3407<br>WATERTOWN, SD 57201-4237 | DAKOTA CLEAN, LLC<br>509 9TH AVE S<br>CLEAR LAKE, SD 57226-2166 | DARYL TAPIO<br>26 1ST AVENUE SW<br>UNIT 3413<br>WATERTOWN, SD 57201-4237 |
| DIONNE ZWEIG<br>26 1ST AVENUE SW<br>UNIT 3412<br>WATERTOWN, SD 57201-4237 | ETHANIEL WELLNITZ<br>26 1ST AVENUE SW<br>UNIT 3502<br>WATERTOWN, SD 57201-4256 | GT BROTHERS, LLC<br>14 2ND ST NE<br>WATERTOWN, SD 57201-3622 |
| GEORGES SANITATION INC<br>3367 12TH AVE NW<br>WATERTOWN, SD 57201-7225 | HME COMPANIES, LLC<br>432 5TH STREET<br>BROOKINGS, SD 57006-2007 | HME COMPANIES, LLC<br>ATTN LANE WARZECHA<br>432 5TH STREET<br>BROOKINGS, SD 57006-2007 |
| HALI ANDERSON, DANIEL WILLIAMS<br>26 1ST AVENUE SW<br>UNIT 3512<br>WATERTOWN, SD 57201-4256 | HELGA MYERS<br>26 1ST AVENUE SW<br>UNIT 3205<br>WATERTOWN, SD 57201-4200 | IKES WINDOW WASHING, LLC<br>1126 E KEMP AVE<br>WATERTOWN, SD 57201-3755 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JACOB KRANZ, SIERRA OVERSHINER<br>26 1ST AVENUE SW<br>UNIT 3510<br>WATERTOWN, SD 57201-4256 | JACOBE TRAMP<br>26 1ST AVENUE SW<br>UNIT 3416<br>WATERTOWN, SD 57201-4237 |
| JESSE AND MARIE HEER<br>26 1ST AVENUE SW<br>UNIT 3404<br>WATERTOWN, SD 57201-4237 | JOHN TIMMONS<br>26 1ST AVENUE SW<br>UNIT 3505<br>WATERTOWN, SD 57201-4256 | JONI DYSTRA<br>26 1ST AVENUE SW<br>UNIT 3209<br>WATERTOWN, SD 57201-4200 |
| JORDAN JIERMAN<br>26 1ST AVENUE SW<br>UNIT 3214<br>WATERTOWN, SD 57201-4200 | JOSHUA ESCAMILLAVIGIL<br>26 1ST AVENUE SW<br>UNIT 3516<br>WATERTOWN, SD 57201-4256 | JUDITH ZIRBEL<br>26 1ST AVENUE SW<br>UNIT 3201<br>WATERTOWN, SD 57201-4200 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled "EXCLUDE" not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JUSTICE FIRE SAFETY INC<br>3601 N POTSDAM AVENUE<br>SIOUX FALLS  SD 57104-7032 | KAREN JENSEN<br>26 1ST AVENUE SW<br>UNIT 3410<br>WATERTOWN  SD 57201-4237 | KEEGAN SCHELLE<br>26 1ST AVENUE SW<br>UNIT 3309<br>WATERTOWN  SD 57201-4236 |
| KENDELL GRONHOLZ  COLE GILSDORF<br>26 1ST AVENUE SW<br>UNIT 3208<br>WATERTOWN  SD 57201-4200 | KYLE MARX  DAWSON TREEBY<br>26 1ST AVENUE SW<br>UNIT 3405<br>WATERTOWN  SD 57201-4237 | KYLE WISSEMAN<br>26 1ST AVENUE SW<br>UNIT 3308<br>WATERTOWN  SD 57201-4236 |
| LAVERNE COYLE<br>26 1ST AVENUE SW<br>UNIT 3408<br>WATERTOWN  SD 57201-4237 | LEW KNAPP<br>26 1ST AVENUE SW<br>UNIT 3216<br>WATERTOWN  SD 57201-4200 | LIBERTY MUTUAL GROUP INC<br>175 BERKELEY STREET<br>BOSTON  MA 02116-3350 |
| LOIS STADHEIM<br>26 1ST AVENUE SW<br>UNIT 3207<br>WATERTOWN  SD 57201-4200 | LORNA HARSTAD<br>26 1ST AVENUE SW<br>UNIT 3401<br>WATERTOWN  SD 57201-4237 | LYNELLE HERSTEDT<br>26 1ST AVENUE SW<br>UNIT 3506<br>WATERTOWN  SD 57201-4256 |
| MADISON PREMUS<br>26 1ST AVENUE SW<br>UNIT 3509<br>WATERTOWN  SD 57201-4256 | MARILYN BOIK<br>26 1ST AVENUE SW<br>UNIT 3210<br>WATERTOWN  SD 57201-4200 | MARISSA ROBER<br>26 1ST AVENUE SW<br>UNIT 3418<br>WATERTOWN  SD 57201-4237 |
| MARLI SCHIPPERS<br>NOONEY  SOLAY  LLP<br>326 FOUNDERS PARK<br>RAPID CITY  SD 57701-8090 | MASON MCDONALD<br>26 1ST AVENUE SW<br>UNIT 3517<br>WATERTOWN  SD 57201-4256 | MULINDA SUE CRAIG<br>PO BOX 426<br>FARGO  ND 58107-0426 |
| NICHOLAS PETERSEN<br>26 1ST AVENUE SW<br>UNIT 3508<br>WATERTOWN  SD 57201-4256 | NICK KASTEN  KARLY MONNIER<br>26 1ST AVENUE SW<br>UNIT 3414<br>WATERTOWN  SD 57201-4237 | ORLEY WANGSNESS<br>26 1ST AVENUE SW<br>UNIT 3307<br>WATERTOWN  SD 57201-4236 |
| PAIGE HALL<br>26 1ST AVENUE SW<br>UNIT 3317<br>WATERTOWN  SD 57201-4236 | PHYLLIS JACKSON<br>26 1ST AVENUE SW<br>UNIT 3204<br>WATERTOWN  SD 57201-4200 | PIPER NAUGHTON<br>26 1ST AVENUE SW<br>UNIT 3417<br>WATERTOWN  SD 57201-4237 |
| RAY BRADBURY<br>26 1ST AVENUE SW<br>UNIT 3504<br>WATERTOWN  SD 57201-4256 | REAGAN CRANDALL<br>26 1ST AVENUE SW<br>UNIT 3303<br>WATERTOWN  SD 57201-4236 | ~~EXCLUDE~~<br>~~RED RIVER STATE BANK~~<br>~~114 N MILL ST~~<br>~~PO BOX 98~~<br>~~FERTILE  MN 56540-0098~~ |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "EXCLUDE" are not served via First Class USPS Mail Service.

EXCLUDE                         EXCLUDE                              EXCLUDE
RED RIVER STATE BANK            RED RIVER STATE BANK                 (D)RED RIVER STATE BANK
CO CAREN W STANLEY              CO KESHA L TANABE                    CO CAREN W STANLEY
VOGEL LAW FIRM                  VOGEL LAW FIRM                       VOGEL LAW FIRM
PO BOX 1389                     PO BOX 1389                          PO BOX 1389
FARGO  ND  58107-1389           FARGO ND 58107-1389                  FARGO  ND  58107-1389


EXCLUDE
RED RIVER STATE BANK            RENEE HANLON                         SARAH J WENCIL
CO DREW J HUSHKA                26 1ST AVENUE SW                     OFFICE OF THE US TRUSTEE
VOGEL LAW FIRM                  UNIT 3201                            SUITE 1015 US COURTHOUSE
PO BOX 1389                     WATERTOWN  SD 57201-4200             300 SOUTH FOURTH STREET
FARGO ND  58107-1389                                                 MINNEAPOLIS  MN 55415-1320




SAYLOR HALLSTROM                SCHUMACHER ELEVATOR COMPANY          SELMER HATLESTAD
26 1ST AVENUE SW                ONE SCHUMACHER WAY                   26 1ST AVENUE SW
UNIT 3415                       DENVER  IA 50622                     UNIT 3402
WATERTOWN  SD 57201-4237                                             WATERTOWN  SD 57201-4237




SHEILA KAMMERER                 SHERMA GEORGE GORE                   SOUTH DAKOTA DEPARTMENT OF REVENUE
26 1ST AVENUE SW                26 1ST AVENUE SW                     445 E CAPITOL AVENUE
UNIT 3203                       UNIT 3514                            PIERRE  SD 57501-3100
WATERTOWN  SD 57201-4200        WATERTOWN  SD 57201-4256




STEVEN ALMQUIST                 STEVEN ROSBACH                       THA DAH HTOO  TA MALA WAH
26 1ST AVENUE SW                26 1ST AVENUE SW                     26 1ST AVENUE SW
UNIT 3518                       UNIT 3304                            UNIT 3312
WATERTOWN  SD 57201-4256        WATERTOWN  SD 57201-4236             WATERTOWN  SD 57201-4236



                                                                     EXCLUDE
TIARA DEHOET  LUCAS SIMON       VERNA OLSON                          (D)WATERTOWN DEVELOPMENT COMPANY
26 1ST AVENUE SW                26 1ST AVENUE SW                     1 EAST KEMP AVENUE
UNIT 3306                       UNIT 3215                            WATERTOWN  SD 57201-3606
WATERTOWN  SD 57201-4236        WATERTOWN  SD 57201-4200




WATERTOWN DEVELOPMENT COMPANY   WATERTOWN DEVELOPMENT COMPANY        WATERTOWN MUNICIPAL UTILITIES
CO DAVID R STRAIT               CO JORDAN FEIST                      901 4TH AVE SW
AUSTIN STRAIT BENSON THOLEKOEHN LLP  PO BOX 5027                     WATERTOWN  SD 57201-4106
25 FIRST AVENUE SOUTHWEST       300 SOUTH PHILLIPS AVE  SUITE 300
WATERTOWN  SD 57201-3507        SIOUX FALLS  SD 57104-6322




WATERTOWN SENIOR ACTIVITY CENTER  WHITE GLOVE CLEANING               WHITE GLOVE CLEANING SERVICE  LLC
26 1ST AVE SW                   17892 449TH AVE                      2340 S ELLIS RD
SUITE 101                       HAYTI  SD 57241-5223                 APARTMENT 100
WATERTOWN  SD 57201-4268                                             SIOUX FALLS  SD 57106-7134




WILLOW SEURER                   ZIHUI GONG                           CHRISTIANNA A CATHCART
26 1ST AVENUE SW                26 1ST AVENUE SW                     THE DAKOTA BANKRUPTCY FIRM
UNIT 3503                       UNIT 3515                            1630 FIRST AVE N
WATERTOWN  SD 57201-4256        WATERTOWN  SD 57201-4256             STE B PMB 24
                                                                     FARGO  ND 58102-4246
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "CM/ECF NOTICE" have not been served via First Class USPS Mail Service.

~~EXCLUDE~~

~~(U)JESSE CRAIG~~

~~EXCLUDE~~

~~MAURICE VERSTANDIG~~
~~THE DAKOTA BANKRUPTCY FIRM~~
~~1630 1ST AVENUE N~~
~~SUITE B PMB 24~~
~~FARGO, ND 58102-4246~~

~~EXCLUDE~~

~~(U)MULINDA AKA MINDY CRAIG~~

ROBERT B RASCHKE
ASSISTANT US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320