```
USPS FIRST CLASS MAILING REQUIREMENTS:                  ITEM MAY NOT BE SERVED VIA USPS
Parties with names struck through or listed in CM/ECF as "Excluded" are not served via First Class USPS Mail Service.

CASE INFO                          DEBTOR                                  EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING   PARKSIDE PLACE LLC                      RED RIVER STATE BANK
NCRS ADDRESS DOWNLOAD              1405 1ST AVE N                          ATTN  CAREN W STANLEY
CASE 25-30002                      PO BOX 426                              VOGEL  LAW FIRM
25-30003                           FARGO  ND 58107-0426                    PO BOX 1389
DISTRICT OF NORTH DAKOTA                                                   FARGO  ND 58107-1389
THU JUL 17 10-45-58 PST 2025


                                   EXCLUDE
WATERTOWN DEVELOPMENT COMPANY      US BANKRUPTCY COURT                     ALLYSON HOLDEN
1 EAST KEMP AVENUE                 655 1ST AVENUE NORTH  SUITE 210         8 2ND STREET  NE
WATERTOWN  SD 57201-3606           FARGO  ND 58102-4932                    UNIT 2401
                                                                           WATERTOWN  SD 57201-3795




ANDREW BOT  JACQUELYNN MOON        ANDY NGUYEN  CAROLLEE LABRISE           AUTOMATIC BUILDING CONTROLS  INC
8 2ND STREET  NE                   8 2ND STREET  NE                        4300 W 61ST ST N
UNIT 2307                          UNIT 2410                               SIOUX FALLS  SD 57107-6474
WATERTOWN  SD 57201-3795           WATERTOWN  SD 57201-3796




BENJAMIN WAGNER                    BLACKTAIL INVESTMENTS  LLC              BRANDON BROWN
8 2ND STREET  NE                   PO BOX 628                              8 2ND STREET  NE
UNIT 2412                          FARGO  ND 58107-0628                    UNIT 2404
WATERTOWN  SD 57201-3796                                                   WATERTOWN  SD 57201-3796



                                                                           EXCLUDE
CP BUSINESS MANAGEMENT  INC        CANNON ELECTRIC LLC                     CAREN STANLEY  ESQ
1401 1ST AVE N                     708 9TH AVE SE                          VOGEL LAW FIRM
B                                  308                                     218 NP AVENUE
FARGO  ND 58102-4203               WATERTOWN  SD 57201-5222                FARGO  ND 58102-4834




CHANDLER PEERY                     CLARITY TELECOM  LLC                    CODINGTON COUNTY TREASURER
8 2ND STREET  NE                   DBA BLUEPEAK FIBER                      14 1ST AVE SE
UNIT 2304                          7979 E TUFTS AVE SUITE 850              WATERTOWN  SD 57201-3611
WATERTOWN  SD 57201-3795           DENVER  CO 80237-2845




COLE WEGNER                        DAKOTA CLEAN  LLC                       DEBBIE STUCHL
8 2ND STREET  NE                   509 9TH AVE S                           8 2ND STREET  NE
UNIT 2407                          CLEAR LAKE  SD 57226-2166               UNIT 2405
WATERTOWN  SD 57201-3796                                                   WATERTOWN  SD 57201-3796




DEPARTMENT OF TREASURY  INTERNAL   DESTINY COX  JAREN SAUER                ERIN KRAVIK  KIMBERLY WESTENBERG
REVENUE SE                         8 2ND STREET  NE                        8 2ND STREET  NE
PO BOX 7346                        UNIT 2211                               UNIT 2201
PHILADELPHIA  PA 19101-7346        WATERTOWN  SD 57201-3794                WATERTOWN  SD 57201-3794




GARY HOFER                         GEORGES SANITATION INC                  HME COMPANIES
8 2ND STREET  NE                   3367 12TH AVE NW                        432 5TH ST
UNIT 2306                          WATERTOWN  SD 57201-7225                BROOKINGS  SD
WATERTOWN  SD 57201-3795                                                   57006
                                                                           BROOKINGS  SD 57006-2007
```

```
USPS FIRST CLASS MAILING REQUIREMENTS:
Parties with names struck through or labeled "CM/ECF SERVICE" are not served via First Class USPS Mail Service.
```

```
IKES WINDOW WASHING  LLC              INDY OSENDORF                         JAMES BRUMBAUGH
1126 E KEMP AVE                       8 2ND STREET  NE                     8 2ND STREET  NE
WATERTOWN  SD 57201-3755              UNIT 2204                             UNIT 2206
                                      WATERTOWN  SD 57201-3794              WATERTOWN  SD 57201-3794


JOSEPH EVERETT                        JOSH GILLIANT  AIMAIRANY CERVANTES    JUSTICE FIRE  SAFETY  INC
8 2ND STREET  NE                      8 2ND STREET  NE                     3601 N POTSDAM AVENUE
UNIT 2408                             UNIT 2409                             SIOUX FALLS  SD 57104-7032
WATERTOWN  SD 57201-3796              WATERTOWN  SD 57201-3796


KURTIS JOHNSON                        LIBERTY MUTUAL GROUP INC              LISA  HOLLY OHMAN
8 2ND STREET  NE                      175 BERKELEY STREET                   8 2ND STREET  NE
UNIT 2406                             BOSTON  MA 02116-3350                 UNIT 2202
WATERTOWN  SD 57201-3796                                                    WATERTOWN  SD 57201-3794


MARGARET MELAND                       MARIAH GAUKLER                        MARK KELLER
8 2ND STREET  NE                      8 2ND STREET  NE                     8 2ND STREET  NE
UNIT 2207                             UNIT 2209                             UNIT 2210
WATERTOWN  SD 57201-3794              WATERTOWN  SD 57201-3794              WATERTOWN  SD 57201-3794


MARLI SCHIPPERS                       MARLYS HOLUBOK                        MITCHELL NEWMAN
NOONEY  SOLAY  LLP                    8 2ND STREET  NE                     8 2ND STREET  NE
326 FOUNDERS PARK                     UNIT 2411                             UNIT 2309
RAPID CITY  SD 57701-8090             WATERTOWN  SD 57201-3796              WATERTOWN  SD 57201-3795


MULINDA SUE CRAIG                     NATHAN SCHENKEL                       NATHAN SIK  IDIALISH FUENTES DE JESUS
PO BOX 426                            8 2ND STREET  NE                     8 2ND STREET  NE
FARGO  ND 58107-0426                  UNIT 2312                             UNIT 2311
                                      WATERTOWN  SD 57201-3795              WATERTOWN  SD 57201-3795


                                      EXCLUDE                               EXCLUDE
QUINN KOTEK                           RED RIVER STATE BANK                  (D)RED RIVER STATE BANK
8 2ND STREET  NE                      CO CAREN W STANLEY                    CO CAREN W STANLEY
UNIT 2205                             VOGEL LAW FIRM                        VOGEL LAW FIRM
WATERTOWN  SD 57201-3794              PO BOX 1389                           PO BOX 1389
                                      FARGO ND  58107-1389                  FARGO  ND  58107-1389


EXCLUDE
RED RIVER STATE BANK                  RILEY CASPER  LAURIE CASPER           SAMANTHA ADAMS
CO DREW J HUSHKA                      8 2ND STREET  NE                     8 2ND STREET  NE
VOGEL LAW FIRM                        UNIT 2402                             UNIT 2303
PO BOX 1389                           WATERTOWN  SD 57201-3795              WATERTOWN  SD 57201-3795
FARGO  ND  58107-1389


SARAH J WENCIL                        SCHUMACHER ELEVATOR COMPANY           SHANYA MEHLHAFF
OFFICE OF THE US TRUSTEE              ONE SCHUMACHER WAY                    8 2ND STREET  NE
SUITE 1015 US COURTHOUSE              DENVER  IA 50622                      UNIT 2301
300 SOUTH FOURTH STREET                                                     WATERTOWN  SD 57201-3795
MINNEAPOLIS  MN 55415-1320
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or listed on an EXCLUDE matrix not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E CAPITOL AVENUE<br>PIERRE   SD 57501-3100 | TIFFANY SANDERSON<br>8 2ND STREET  NE<br>UNIT 2302<br>WATERTOWN   SD 57201-3795 | ~~EXCLUDE~~<br>~~(D)WATERTOWN DEVELOPMENT COMPANY~~<br>~~1 EAST KEMP AVENUE~~<br>~~WATERTOWN   SD 57201-3606~~ |
| WATERTOWN DEVELOPMENT COMPANY<br>CO DAVID R STRAIT<br>AUSTIN STRAIT BENSON THOLEKOEHN LLP<br>25 FIRST AVENUE SOUTHWEST<br>WATERTOWN   SD 57201-3507 | WATERTOWN DEVELOPMENT COMPANY<br>CO JORDAN FEIST<br>300 SOUTH PHILLIPS AVE  SUITE 300<br>PO BOX 5027<br>SIOUX FALLS   SD 57117-5027 | WATERTOWN MUNICIPAL UTILITIES<br>901 4TH AVE SW<br>WATERTOWN   SD 57201-4106 |
| WHITE GLOVE CLEANING<br>17892 449TH AVE<br>HAYTI   SD 57241-5223 | WHITE GLOVE CLEANING SERVICE  LLC<br>2340 S ELLIS RD<br>APARTMENT 100<br>SIOUX FALLS   SD 57106-7134 | WILLIAM JOHNSON<br>8 2ND STREET  NE<br>UNIT 2208<br>WATERTOWN   SD 57201-3794 |
| ~~EXCLUDE~~<br>~~CHRISTIANNA A CATHCART~~<br>~~THE DAKOTA BANKRUPTCY FIRM~~<br>~~1630 FIRST AVE N~~<br>~~STE B PMB 24~~<br>~~FARGO   ND 58102-4246~~ | ~~EXCLUDE~~<br>~~MAURICE VERSTANDIG~~<br>~~THE DAKOTA BANKRUPTCY FIRM~~<br>~~1630 1ST AVENUE N~~<br>~~SUITE B PMB 24~~<br>~~FARGO   ND 58102-4246~~ | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS   MN 55415-1320 |