# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 25-30002 |
| ) | Chapter 11 |
| Generations on 1st, LLC, ) | |
| ) | |
|     Debtor, Jointly Administered. ) | |
| ) | |
| Parkside Place, LLC, ) | Bankruptcy No. 25-30003 |
| ) | Chapter 11 |
|     Debtor, Jointly Administered. ) | |

## ORDER AUTHORIZING USE OF CASH COLLATERAL

Debtors Generations on 1st, LLC, and Parkside Place, LLC, filed a Fifth Stipulation for Use of Cash Collateral. Doc. 140. Based upon the budgets filed as exhibits to the Stipulation for Use of Cash Collateral (Docs. 44-2, 44-3), the Fifth Stipulation and other documents filed in this case, the Court finds cause for approving the Fifth Stipulation for Use of Cash Collateral.

**IT IS ORDERED:**

1. The Fifth Stipulation for Use of Cash Collateral is approved. The term of the agreement is from August 15, 2025, to August 28, 2025.

2. The Court is not bound by legal conclusions included in the Fifth Stipulation.

Dated: August 8, 2025.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT