UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> Generations on 1st LLC, <br><br> Debtor. | Case No.: 25-30002 <br><br> Chapter 11 |
| In Re: <br><br> Parkside Place LLC, <br><br> Debtor. | Case No. 25-30003 <br><br> Chapter 11 <br><br> (Jointly Administered) |

**NOTES ACCOMPANYING FEBRUARY MONTHLY**
**OPERATING REPORT FOR GENERATIONS ON 1st LLC**

1. **Cash Receipts and Disbursements.** The Monthly Operating Report ("MOR") reflects certain figures that differ from actual bank account balances due to internal transfers, security deposit transactions, and NSF activities. Below is a detailed explanation that reconciles the reported figures with the actual account balances:

- **Cash Balance – Beginning of Month**
  - **Reported:** $231,914.00
  - **Actual:** $231,914
    - Trust Account: $229,184.07
    - Starion Account: $2,729.98
- **Total Receipts:**
  - **Starion Reported Deposits:** $84,670.70
  - **Receipts Reported on MOR:** $72,983.00
  - **Adjustments (not included in MOR receipts):**
    - $6,185.00 (security deposits transferred)
    - $1,500 (internal transfer)
    - $1,910 (security deposit transfers (2x $955)

1

- - $990 (duplicate rent refund)
  - $1060 (NSF rent payment reversal)
  - **Adjusted Receipts (for reconciliation purpose):** $76,943.00 (subtracting only the $6,185 security deposit and $1,500 internal transfer)
- **Total Disbursements:**
  - **Starion Reported Disbursements:** $49,619.83
  - **Disbursements Reported on MOR:** $40,390.00
  - **Adjustments (excluded from MOR total):**
    - $6,185 (security deposit transfer)
    - $990 (returned duplicate rent payment)
    - $1,060 (NSF return)
    - $995 (security-deposit-related returned payment)
  - **Third-Party Disbursement (reported separately on MOR):** $114,592.03
    *(Paid directly from Trust to Red River State Bank)*
  - **Adjusted Disbursement (for reconciliation purpose):** $158,027.00
    - $49,619.83 (Starion disbursements
    - Less internal security deposit transfer: $6,185.00
    - Plus, third-party Trust disbursement: $114,592.03
- **Cash Balance. – End of Month:**
  - **Reported on MOR:** $264,507.00
  *(includes third-party disbursements, which is not deducted from the reported balance)*
  - **Actual Month-End Balance:** $150,830.00
    - Trust Account: $113,092.04
    - Starion Account:: $37,737.85

2. **Accounts Receivable.** With the exception of the tenant, Regan Crandall, whom who has a current eviction hearing scheduled for March 18, 2025, the Debtor is actively verifying accounts receivable information for balances outstanding beyond 30 days. This review has become necessary due to multiple transactions in tenant payment systems, evidencing a flow of money

2

changing hands three or more times, leading to discrepancies in account records. Compounding these issues, certain balances were not properly identified in a timely manner, particularly when Red River State Bank imposed an assignment of rents pre-receivership but failed to provide rent collection reports or tenant-specific details. As a result, some accounts remained unreconciled before the Receiver assumed control. The Debtor is currently in ongoing communication with the Receiver to reconcile these outstanding balances and ensure the accuracy of the accounts receivable records.

3. **Summary of New Leases Signed, Short Cancel Notification, and Lease Ended.**

Under this reporting period, a new lease was executed for unit #3514, short cancel notifications were issued for units #3205 and #3303, and lease terms concluded for units #3402 and #3515. Unit #3402 has been vacated, with the tenant no longer residing in the unit. However, under the terms of the lease, they remain responsible for rent and other obligations until the end of March 2025. Any outstanding payments, damages, or other lease-related financial responsibilities will remain enforceable through the end of the lease terms. For unit #3205, the tenant has provided notice to vacate and is responsible for rent until April 30, 2025. Due to health concerns, they have requested an early move-out. However, they will continue to be liable for rent through April 30, unless the unit is successfully re-rented before that date. In unit #3515, the tenant has confirmed a move-out date of May 31, 2025, marking the conclusion of their lease. They remain responsible for all obligations under the lease until that date. An eviction is scheduled for March 18, 2025, for unit #3303. Despite the eviction proceedings, the tenant is still contractually obligated to pay rent and fulfill lease responsibilities until August 31, 2025. Any unpaid rent, damages, or costs associated with the eviction process may be pursued in accordance with the lease agreement and applicable regulations.

4. **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly setoff by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

# Starion Bank

PO Box 848
Mandan, ND 58554

>001533 8361634 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

**Statement Ending 02/28/2025**

GENERATIONS ON 1ST LLC                Page 1 of 6
Customer Number: REDACTED 66

### Managing Your Accounts

| | | |
|---|---|---|
| Branch | 2754 Brandt Dr S Fargo, ND 58104 | |
| Phone | 701.281.5600 | |
| Website | Starionbank.com | |

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | REDACTED 6 | $37,737.85 |

## ND STAR CHECKING - REDACTED 66

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2025 | Beginning Balance | $2,729.98 |
| | 31 Credit(s) This Period | $84,627.70 |
| | 25 Debit(s) This Period | $49,619.83 |
| 02/28/2025 | Ending Balance | $37,737.85 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 02/03/2025 | CP BUSINESS MANA JAN RENT XXXXX6888 | $2,565.00 |
| 02/03/2025 | CP BUSINESS MANA Rent XXXXX6888 | $21,220.00 |
| 02/03/2025 | Incoming Wire THE VERSTANDIG LAW FIRM, LLC MIDDLETOWN VALLEY | $1,500.00 |
| 02/03/2025 | Incoming Wire THE VERSTANDIG LAW FIRM, LLC MIDDLETOWN VALLEY | $6,185.00 (out to Deposit Savings) |
| 02/04/2025 | GENERATIONS ON 1 ACCTVERIFY KW4D03 | $0.10 |
| 02/04/2025 | EDEPOSIT | $1,060.00 |
| 02/05/2025 | YARDI CARD DEP 1111Transf XXXXX2296 | $3,915.00 |
| 02/06/2025 | CP BUSINESS MANA FEB RENT XXXXX6888 | $990.00 |
| 02/06/2025 | YARDI CARD DEP 1111Transf XXXXX6072 | $1,005.00 |
| 02/06/2025 | YARDI CARD DEP 1111Transf XXXXX6088 | $1,207.52 |
| 02/06/2025 | EDEPOSIT | $1,025.00 |
| 02/06/2025 | EDEPOSIT | $2,400.00 |
| 02/06/2025 | EDEPOSIT | $7,745.00 |
| 02/07/2025 | CP BUSINESS MANA feb retry XXXXX6888 | $1,060.00 |
| 02/07/2025 | YARDI CARD DEP 1111Transf XXXXX3734 | $2,772.02 |
| 02/07/2025 | CPBUSINESSMANAGE Settlement 000023113382862 | $8,140.00 |
| 02/07/2025 | EDEPOSIT | $1,090.00 |
| 02/10/2025 | CPBUSINESSMANAGE Settlement 000023129407390 | $1,060.00 |
| 02/11/2025 | YARDI CARD DEP 1111Transf XXXXX8790 | $2,400.00 |
| 02/12/2025 | YARDI CARD DEP 1111Transf XXXXX2181 | $2,010.05 |
| 02/12/2025 | EDEPOSIT | $1,010.00 |
| 02/12/2025 | EDEPOSIT | $1,090.00 |


Member FDIC — Equal Housing Lender

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 02/28/2025**

GENERATIONS ON 1ST LLC
Customer Number: REDACTED 66

Page 3 of 6

## ND STAR CHECKING - REDACTED 66 (continued)

### Other Credits (continued)

| Date | Description | Amount |
|---|---|---|
| 02/14/2025 | CP BUSINESS MANA hmebalance XXXXX6888 | $562.56 |
| 02/14/2025 | EDEPOSIT | $1,070.00 |
| 02/14/2025 | EDEPOSIT | $2,190.00 |
| 02/14/2025 | EDEPOSIT | $2,900.00 |
| 02/14/2025 | 760438 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXXX8669 ON 2/14/25 | $955.00 |
| 02/14/2025 | 760581 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXXX8669 ON 2/14/25 | $955.00 |
| 02/18/2025 | YARDI CARD DEP 1111Transf XXXXX9222 | $790.00 |
| 02/28/2025 | EDEPOSIT | $450.00 |
| 02/28/2025 | Incoming Wire HME COMPANIES LLC | $3,305.45 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 02/03/2025 | Incoming Wire Transfer Fee 83121649  *MAC Trust* | $20.00 |
| 02/03/2025 | Incoming Wire Transfer Fee 83121702  *MAC Trust* | $20.00 |
| 02/05/2025 | ACH ITEM RETURNED MARLYS HOLUBOK ACCOUNT CLOSED  *Receivables - Paborzie.* | $995.00 |
| 02/05/2025 | ACH ITEM RETURNED LOIS STADHEIM PAYMENT STOPPED - *2/11/25 Retry.* | $1,060.00 |
| 02/05/2025 | ACH RETURNED DEPOSIT ITEM CHARGE | $5.00 |
| 02/05/2025 | ACH RETURNED DEPOSIT ITEM CHARGE | $5.00 |
| 02/05/2025 | CP BUSINESS MANA RefundFeb XXXXX6888  *Paige Hall* | $990.00 |
| 02/13/2025 | 445870 ONLINE BANKING TRANSFER TO ND SAVINGS NON PE XXXXXX8669 ON 2/12/25  *Deposit Savings* | $6,185.00 |
| 02/28/2025 | Incoming Wire Transfer Fee 83843874 | $20.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 30000 | 02/18/2025 | $2,415.58 | 30006 | 02/12/2025 | $5,004.61 | 30012 | 02/20/2025 | $857.00 |
| 30001 | 02/20/2025 | $971.80 | 30007 | 02/12/2025 | $16.76 | 30014* | 02/28/2025 | $73.00 |
| 30002 | 02/11/2025 | $22.66 | 30008 | 02/18/2025 | $11.25 | 30015 | 02/28/2025 | $94.50 |
| 30003 | 02/13/2025 | $203.90 | 30009 | 02/18/2025 | $25,000.00 | 30016 | 02/27/2025 | $2,406.14 |
| 30004 | 02/12/2025 | $38.25 | 30010 | 02/14/2025 | $1,354.98 | | | |
| 30005 | 02/12/2025 | $260.19 | 30011 | 02/19/2025 | $1,589.21 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/03/2025 | $34,159.98 | 02/10/2025 | $64,574.62 | 02/18/2025 | $39,994.05 |
| 02/04/2025 | $35,220.08 | 02/11/2025 | $66,951.96 | 02/19/2025 | $38,404.84 |
| 02/05/2025 | $36,080.08 | 02/12/2025 | $65,742.20 | 02/20/2025 | $36,576.04 |
| 02/06/2025 | $50,452.60 | 02/13/2025 | $59,353.30 | 02/27/2025 | $34,169.90 |
| 02/07/2025 | $63,514.62 | 02/14/2025 | $66,630.88 | 02/28/2025 | $37,737.85 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |



**Starion Bank**
PO Box 848
Mandan, ND 58554

**Statement Ending 02/28/2025**
GENERATIONS ON 1ST LLC
Customer Number: REDACTED
Page 5 of 6



#30009    02/18/2025    $25,000.00



#30010    02/14/2025    $1,354.98



#30011    02/19/2025    $1,589.21



#30012    02/20/2025    $857.00



#30014    02/28/2025    $73.00

#30015    02/28/2025    $94.50

#30016    02/27/2025    $2,406.14



# Starion Bank

PO Box 848
Mandan, ND 58554

>000418 8350546 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

*Security Deposit Accts.*

**Statement Ending 03/02/2025**

GENERATIONS ON 1ST LLC   Page 1 of 2
Customer Number REDACTED 69

## Managing Your Accounts

| | | |
|---|---|---|
| Branch | | 2754 Brandt Dr S, Fargo, ND 58104 |
| Phone | | 701.281.5600 |
| Website | | Starionbank.com |



## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | REDACTED 69 | $62,055.00 |

## REGULAR SAVINGS NON PERS - REDACTED 69

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/24/2025 | Beginning Balance | $0.00 |
| | 4 Credit(s) This Period | $63,965.00 |
| | 2 Debit(s) This Period | $1,910.00 |
| 03/02/2025 | Ending Balance | $62,055.00 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/24/2025 | Beginning Balance | | | $0.00 |
| 02/07/2025 | EDEPOSIT | | $55,760.00 ✓ | $55,760.00 |
| 02/13/2025 | 445870 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8666 ON 2/12/25 | | $6,185.00 ✓ | $61,945.00 |
| 02/14/2025 | EDEPOSIT | | $1,010.00 ✓ | $62,955.00 |
| 02/14/2025 | EDEPOSIT | | $1,010.00 ✓ | $63,965.00 |
| 02/14/2025 | 760438 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 2/14/25 | $955.00 ✓ | | $63,010.00 |
| 02/14/2025 | 760581 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 2/14/25 | $955.00 ✓ | | $62,055.00 |
| 03/02/2025 | Ending Balance | | | $62,055.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



GO1 DIP Page 1
Bank Reconcile History Report

| | | | |
|---|---|---|---:|
| **Outstanding Deposits as of 02/28/2025** | | | **1,010.00** |
| 02/28/2025 | 313 | :ACH Deposit | 3,780.00 |
| **Plus: Outstanding Deposits** | | | **4,790.00** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---:|
| 02/14/2025 | 30013 | WISSEMAN | 606.25 |
| 02/28/2025 | 30017 | APARTMENTS LLC | 753.68 |
| 02/28/2025 | 30018 | BLUEPEAK | 37.43 |
| 02/28/2025 | 30019 | Capital One Commercial | 49.37 |
| 02/28/2025 | 30020 | CP BUSINESS MANAGEMENT | 12.05 |
| 02/28/2025 | 30021 | DAKOTA CLEAN LLC | 318.60 |
| 02/28/2025 | 30022 | DIAMOND VOGEL | 247.22 |
| 02/28/2025 | 30023 | GEORGES SANITATION | 207.09 |
| 02/28/2025 | 30024 | SCHUMACHER | 477.36 |
| 02/28/2025 | 30025 | DIAMOND VOGEL | 82.78 |
| 02/28/2025 | 30026 | WHITE GLOVE CLEANING | 862.88 |
| 02/28/2025 | 30027 | Alexis Burbach | 1,119.61 |
| 02/28/2025 | 30028 | JAXON SCHMIDT | 246.00 |
| 02/28/2025 | 30029 | CP BUSINESS MANAGEMENT | 5,450.65 |
| 02/28/2025 | 30030 | JESSE CRAIG | 3,285.00 |
| 02/28/2025 | 30032 | WMU WATERTOWN MUNICIPAL UTILITIES | 6,078.79 |
| 02/28/2025 | 30033 | LIBBY BURGHARDT | 1,286.25 |
| 02/28/2025 | 30034 | CP BUSINESS MANAGEMENT | 149.07 |
| **Less: Outstanding Checks** | | | **21,270.08** |

**Other Items**

| Date | Notes | | Amount |
|---|---|---|---:|
| 01/31/2025 | JE 4019 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 02/15/2025 | JE 4026 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| **Plus / Minus: Other Items** | | | **-25,498.32** |
| **Balance per GL as of 02/28/2025** | | | **-7,886.58** |
| **Reconciled Balance Per G/L** | | | **-7,886.58** |

| | |
|---|---:|
| **Difference** | **-34,091.82** |

**Cleared Items:**
**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 01/29/2025 | 30000 | Mindy Craig | 2,415.58 | 02/28/2025 |
| 01/31/2025 | 30001 | Alexis Burbach | 971.80 | 02/28/2025 |
| 01/31/2025 | 30002 | BLUEPEAK | 22.66 | 02/28/2025 |
| 01/31/2025 | 30003 | CANNON ELECTRIC | 203.90 | 02/28/2025 |
| 01/31/2025 | 30004 | CP BUSINESS MANAGEMENT | 38.25 | 02/28/2025 |
| 01/31/2025 | 30005 | SETHS SCAPES | 260.19 | 02/28/2025 |
| 01/31/2025 | 30006 | WMU WATERTOWN MUNICIPAL UTILITIES | 5,004.61 | 02/28/2025 |
| 01/31/2025 | 30007 | CP BUSINESS MANAGEMENT | 16.76 | 02/28/2025 |
| 01/31/2025 | 30008 | Mindy Craig | 11.25 | 02/28/2025 |
| 01/31/2025 | 30010 | CP BUSINESS MANAGEMENT | 1,354.98 | 02/28/2025 |
| 01/31/2025 | 30011 | JESSE CRAIG | 1,589.21 | 02/28/2025 |
| 01/31/2025 | 30014 | CP BUSINESS MANAGEMENT | 73.00 | 02/28/2025 |
| 01/31/2025 | 30015 | CP BUSINESS MANAGEMENT | 94.50 | 02/28/2025 |
| 02/12/2025 | 30009 | RED RIVER STATE BANK | 25,000.00 | 02/28/2025 |

| 02/14/2025 | 30012 | OLSON | 857.00 | 02/28/2025 |
| 02/27/2025 | 30016 | CP BUSINESS MANAGEMENT | 2,406.14 | 02/28/2025 |
| **Total Cleared Checks** | | | **40,319.83** | |

### Cleared Deposits

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/31/2025 | 3007 | ACH BATCH 1/31/25 | 2,565.00 | 02/28/2025 |
| 02/01/2025 | 304 | :CC Deposit | 3,915.00 | 02/28/2025 |
| 02/02/2025 | 306 | :CC Deposit | 1,207.52 | 02/28/2025 |
| 02/03/2025 | 307 | :ACH/WIPS Deposit | 8,140.00 | 02/28/2025 |
| 02/03/2025 | 308 | :CC Deposit | 2,772.02 | 02/28/2025 |
| 02/03/2025 | 3005 | ACH BATCH 2/3/25 | 21,220.00 | 02/28/2025 |
| 02/03/2025 | 3011 | starion 1490040070 | 1,060.00 | 02/28/2025 |
| 02/03/2025 | 3016 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 309 | :ACH Deposit | 1,060.00 | 02/28/2025 |
| 02/05/2025 | 310 | :CC Deposit | 2,400.00 | 02/28/2025 |
| 02/05/2025 | 3008 | ACH 2/5/25 | 990.00 | 02/28/2025 |
| 02/06/2025 | 311 | :CC Deposit | 2,010.05 | 02/28/2025 |
| 02/06/2025 | 3012 | starion 273963540 | 2,400.00 | 02/28/2025 |
| 02/06/2025 | 3017 | starion 27396420 | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 3024 | YARDI CARD DEPXXXXX6072 | 1,005.00 | 02/28/2025 |
| 02/07/2025 | 3010 | starion 274088817 | 1,090.00 | 02/28/2025 |
| 02/11/2025 | 312 | :CC Deposit | 790.00 | 02/28/2025 |
| 02/12/2025 | 3009 | | 1,010.00 | 02/28/2025 |
| 02/12/2025 | 3015 | | 1,090.00 | 02/28/2025 |
| 02/12/2025 | 3018 | deposit #3014 | 7,745.00 | 02/28/2025 |
| 02/13/2025 | 3022 | starion 274814784 | 1,070.00 | 02/28/2025 |
| 02/14/2025 | 3021 | starion 274807557 | 2,900.00 | 02/28/2025 |
| 02/14/2025 | 3023 | starion 274815374 | 2,190.00 | 02/28/2025 |
| 02/14/2025 | 3026 | starion ach | 562.56 | 02/28/2025 |
| 02/28/2025 | 3027 | starion 276375176 | 450.00 | 02/28/2025 |
| 02/28/2025 | 3033 | hme wire 2/28/25 | 3,305.45 | 02/28/2025 |
| **Total Cleared Deposits** | | | **75,472.60** | |

### Cleared Other Items

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 02/03/2025 | 301 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 302 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | 304 | STARION FINANCIAL | -10.00 | 02/28/2025 |
| 02/28/2025 | 303 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | RC 31389 | Returned item PAIGE HALL | -990.00 | 02/28/2025 |
| 02/14/2025 | JE 4011 | :Prog Gen Move Out transfer (VERNA OLSON)  - Receipt #31568 | 955.00 | 02/28/2025 |
| 02/14/2025 | JE 4012 | :Prog Gen Move Out transfer (KYLE WISSEMAN)  - Receipt #31569 | 955.00 | 02/28/2025 |
| **Total Cleared Other Items** | | | **850.00** | |

Balance Sheet    Page 1
Generations on 1st
Month = Jan 2025
Book = Cash

| ACCOUNT | | CURRENT BALANCE |
|---|---|---:|
| 1111 | Generations Apartment DIP Checking | -12,986.37 |
| 1131 | Generations Real Estate Tax Escrow | 12,749.16 |
| **1150** | **Total DIP Checking Account** | **-237.21** |
| | | |
| 1151 | TIF Value | 2,011,288.00 |
| 1153 | Generations Security Deposit Savings Acct | 61,945.00 |
| 1155 | The Dakota Bankruptcy Firm Trust | 113,092.04 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 13,321,518.81 |
| 1630 | Appliances/AC | 344,481.19 |
| 1700 | Land | 834,000.00 |
| 1710 | Total Property and Equipment | 14,500,000.00 |
| | | |
| **1990** | **Total Assets** | **16,686,087.83** |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | Liabilities | |
| 2111 | Generations Security Deposits DIP Acct | 61,945.00 |
| 2700 | Mortgage 1st | 10,959,260.12 |
| 2705 | TIF Mortgage | 2,011,288.00 |
| 2990 | Total Liabilities | 12,908,603.12 |
| | | |
| 3000 | Capital | |
| 3800 | Retained Earnings | 3,777,484.71 |
| 3890 | Total Capital | 3,777,484.71 |
| | | |
| **3990** | **Total Liabilities & Capital** | **16,686,087.83** |

Thursday, March 13, 2025
03:36 PM

3/17/2025 1:24 PM

## Cash Flow Statement

Owner =  Generations On 1st (all properties)

Month = Feb 2025

Book = Cash

| ACCOUNT | | MONTH TO DATE | % |
|---|---|---:|---:|
| **4000** | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 78,305.00 | 100.00 |
| 4600 | Garage Income | 3,270.00 | 4.18 |
| 4601 | Storage Unit Income | 240.00 | 0.31 |
| 4710 | Less: Incentives | -3,540.68 | -4.52 |
| 4715 | Less:  HME Incentives | -515.00 | -0.66 |
| 4720 | Delinquency | -82.44 | -0.11 |
| 4730 | Less: Vacancy | -9,754.32 | -12.46 |
| 4733 | Less: HME vacancy | -1,010.00 | -1.29 |
| 4810 | Plus: Prepaid Rent/HOA | -3,844.95 | -4.91 |
| 4990 | Net Rent/HOA Income | 63,067.61 | 80.54 |
| | | | |
| 5600 | Other Income | | |
| 5651 | Lease Fees | 75.00 | 0.10 |
| 5700 | Other Income | 0.00 | 0.00 |
| 5890 | Total Other Income | 75.00 | 0.10 |
| | | | |
| 5990 | Total Income | 63,142.61 | 80.64 |
| | | | |
| **6000** | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 246.00 | 0.31 |
| 6210 | Repairs/Maintenance | 103.52 | 0.13 |
| 6220 | Painting/Decorating | 1,518.25 | 1.94 |
| 6235 | Electrical/Fire Prevention | 477.36 | 0.61 |
| 6242 | Carpet Cleaning | 118.60 | 0.15 |
| 6250 | Appliances/Laundry | 0.00 | 0.00 |
| 6260 | Resident Manager | 919.61 | 1.17 |
| 6275 | Snow Removal | 0.00 | 0.00 |
| 6290 | Janitorial | 714.13 | 0.91 |
| 6990 | Total Maintenance Expenses | 4,097.47 | 5.23 |
| | | | |
| 7000 | Operating Expenses | | |
| 7010 | Offsite Office Rent | 1,312.50 | 1.68 |
| 7030 | Offsite Office Utilities | 205.11 | 0.26 |
| 7040 | Offsite Office Equip/Supplies | 214.56 | 0.27 |
| 7055 | Advertising/Marketing | 753.68 | 0.96 |
| 7057 | Software Fee | 73.00 | 0.09 |
| 7060 | Leasing Commissions (payout) | 200.00 | 0.26 |
| 7075 | Bank Charges/ACH Fees | 70.00 | 0.09 |
| 7130 | Internet & Phone Costs/Service | 37.43 | 0.05 |

**Page 1 of 2**

3/17/2025 1:24 PM

## Cash Flow Statement

Owner = Generations On 1st (all properties)

Month = Feb 2025

Book = Cash

| ACCOUNT | | MONTH TO DATE | % |
|---|---|---:|---:|
| 7400 | Property Management | 3,247.88 | 4.15 |
| 7440 | Insurance | 2,406.14 | 3.07 |
| 7800 | Electricity-Vacant | 170.95 | 0.22 |
| 7801 | Electricity-Building | 1,000.59 | 1.28 |
| 7861 | Gas-Building | 1,159.37 | 1.48 |
| 7870 | Water & Sewer | 3,578.34 | 4.57 |
| 7880 | Garbage | 207.09 | 0.26 |
| 7990 | Total Operating Expenses | 14,636.64 | 18.69 |
| | | | |
| 8001 | Other Expenses | | |
| 8004 | Misc. PM Fees | 200.00 | 0.26 |
| 8005 | Misc Professional Fees | 250.00 | 0.32 |
| 8006 | Manager Oversite $45/unit | 3,285.00 | 4.20 |
| 8020 | Total Other Expenses | 3,735.00 | 4.77 |
| | | | |
| 8990 | Total Expenses | 22,469.11 | 28.69 |
| | | | |
| **9090** | **NET INCOME** | **40,673.50** | **51.94** |
| | | | |
| | ADJUSTMENTS | | |
| 1131 | Generations Real Estate Tax Escrow | -12,749.16 | -16.28 |
| 2700 | Mortgage 1st | -25,000.00 | -31.93 |
| 3200 | Owner Contribution (HME TRANSFERS) | 2,175.45 | 2.78 |
| | | | |
| | TOTAL ADJUSTMENTS | -35,573.71 | -45.43 |
| | | | |
| | CASH FLOW | 5,099.79 | 6.51 |