3/17/2025 1:46 PM

**Owner Statement**

Owner =  Generations On 1st (all properties)

Month = Feb 2025

Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Beginning Balance | | | -12,986.37 |
| 1/28/2025 | CP#5290 Zego46116. | Generations on 1st | JUDITH ZIRBEL | | 1,070.00 | 0.00 | -11,916.37 |
| 1/31/2025 | 30015 | Generations on 1st | CP BUSINESS MANAG | pre collect rents, herstedt past due. | 0.00 | 94.50 | -12,010.87 |
| 1/31/2025 | :ACH-WEB | Generations on 1st | JACOB KRANZ | Online Payment - EFT Payment. Mobile App - Res | 800.00 | 0.00 | -11,210.87 |
| 2/1/2025 | 275862435 | Generations on 1st | ADDISON RASSEL | Credit Card On-Line Payment ; Mobile App - Resid | 925.00 | 0.00 | -10,285.87 |
| 2/1/2025 | 13337 | Generations on 1st | BARBARA WEGMAN | | 1,475.00 | 0.00 | -8,810.87 |
| 2/1/2025 | 275329828 | Generations on 1st | CLAYTON ALBAN | Recurring Debit Card Payment ; | 910.00 | 0.00 | -7,900.87 |
| 2/1/2025 | 1243 | Generations on 1st | DARYL TAPIO | | 1,060.00 | 0.00 | -6,840.87 |
| 2/1/2025 | :ACH-WEB | Generations on 1st | JOHN TIMMONS | Online Payment - EFT Payment. Mobile App - Res | 1,090.00 | 0.00 | -5,750.87 |
| 2/1/2025 | :ACH-WEB | Generations on 1st | KEEGAN SCHELLE | Online Payment - EFT Payment. Mobile App - Res | 1,090.00 | 0.00 | -4,660.87 |
| 2/1/2025 | 275889295 | Generations on 1st | KIERRA WEISSER | Debit Card On-Line Payment ; Mobile App - Resid | 980.00 | 0.00 | -3,680.87 |
| 2/1/2025 | :ACH-413 | Generations on 1st | LAVERNA COYLE | Pre-Authorized Payment | 1,060.00 | 0.00 | -2,620.87 |
| 2/1/2025 | 276027490 | Generations on 1st | LEW KNAPP | Credit Card On-Line Payment ; Web - Resident Se | 1,207.52 | 0.00 | -1,413.35 |
| 2/1/2025 | 275329779 | Generations on 1st | MASON MCDONALD | Recurring Credit Card Payment; | 1,100.00 | 0.00 | -313.35 |
| 2/1/2025 | :ACH-WEB | Generations on 1st | PAIGE HALL | Online Payment - EFT Payment. Mobile App - Res | 990.00 | 0.00 | 676.65 |
| 2/1/2025 | :ACH-WEB | Generations on 1st | TIARA DEHOET | Online Payment - EFT Payment. Mobile App - Res | 1,060.00 | 0.00 | 1,736.65 |
| 2/1/2025 | 29603482942 | Generations on 1st | ZIHUI GONG | | 925.00 | 0.00 | 2,661.65 |
| 2/2/2025 | :ACH-WEB | Generations on 1st | ALLYSSA KIRCHBERG | Online Payment - EFT Payment. Web - Resident S | 1,065.00 | 0.00 | 3,726.65 |
| 2/2/2025 | :ACH-WEB | Generations on 1st | SAYLOR HALLSTROM | Online Payment - EFT Payment. Mobile App - Res | 985.00 | 0.00 | 4,711.65 |
| 2/3/2025 | 301 | Generations on 1st | STARION FINANCIAL | wire fee | 0.00 | 20.00 | 4,691.65 |
| 2/3/2025 | 302 | Generations on 1st | STARION FINANCIAL | wire fee 2nd | 0.00 | 20.00 | 4,671.65 |
| 2/3/2025 | 276531970 | Generations on 1st | ALEXIS WILLETT | Debit Card On-Line Payment ; Web - Resident Se | 925.00 | 0.00 | 5,596.65 |
| 2/3/2025 | 276536282 | Generations on 1st | ALLIE WEISS | Debit Card On-Line Payment ; Mobile App - Resid | 1,017.02 | 0.00 | 6,613.67 |
| 2/3/2025 | ACH | Generations on 1st | ALLISON FOOTE | | 990.00 | 0.00 | 7,603.67 |
| 2/3/2025 | ACH | Generations on 1st | BARBARA GOENS | | 1,555.00 | 0.00 | 9,158.67 |
| 2/3/2025 | ACH | Generations on 1st | CASEY KIRLEY | | 990.00 | 0.00 | 10,148.67 |
| 2/3/2025 | ACH | Generations on 1st | CHARLES OLSON | | 1,560.00 | 0.00 | 11,708.67 |
| 2/3/2025 | ACH | Generations on 1st | CYNTHIA WELLS | | 990.00 | 0.00 | 12,698.67 |
| 2/3/2025 | ACH | Generations on 1st | DAWSON TREEBY | | 1,010.00 | 0.00 | 13,708.67 |
| 2/3/2025 | ACH | Generations on 1st | HALI ANDERSON | | 1,050.00 | 0.00 | 14,758.67 |
| 2/3/2025 | ACH | Generations on 1st | HELGA MYERS | | 1,060.00 | 0.00 | 15,818.67 |
| 2/3/2025 | ACH | Generations on 1st | KAREN JENSEN | | 1,600.00 | 0.00 | 17,418.67 |
| 2/3/2025 | ACH | Generations on 1st | LOIS STADHEIM | | 1,060.00 | 0.00 | 18,478.67 |
| 2/3/2025 | ACH | Generations on 1st | MARILYN BOIK | | 1,550.00 | 0.00 | 20,028.67 |
| 2/3/2025 | ACH | Generations on 1st | NICHOLAS KASTEN | | 1,090.00 | 0.00 | 21,118.67 |
| 2/3/2025 | ACH | Generations on 1st | NICHOLAS PETERSEN | | 985.00 | 0.00 | 22,103.67 |
| 2/3/2025 | ACH | Generations on 1st | ORLEY WANGSNESS | | 1,090.00 | 0.00 | 23,193.67 |
| 2/3/2025 | ACH | Generations on 1st | PAIGE HALL | NSFed by ctrl# 31393 REVERSED ACH payment, | 990.00 | 0.00 | 24,183.67 |
| 2/3/2025 | ACH | Generations on 1st | PHYLLIS JACKSON | | 1,010.00 | 0.00 | 25,193.67 |
| 2/3/2025 | ACH | Generations on 1st | RENEE HANLON | | 1,575.00 | 0.00 | 26,768.67 |
| 2/3/2025 | ACH | Generations on 1st | SHEILA KAMMERER | | 1,065.00 | 0.00 | 27,833.67 |
| 2/3/2025 | 276682304 | Generations on 1st | STEVEN ROSBACH | Credit Card On-Line Payment ; Web - Resident Se | 830.00 | 0.00 | 28,663.67 |
| 2/3/2025 | cp5295, zego 463455 | Generations on 1st | THA DAH HTOO | Paid by: TA WAH | 910.00 | 0.00 | 29,573.67 |
| 2/4/2025 | cp5293, zego 463743 | Generations on 1st | ALEXIS BURBACH | | 1,280.00 | 0.00 | 30,853.67 |
| 2/4/2025 | :ACH-WEB | Generations on 1st | BLAKE THEISEN | Online Payment - EFT Payment. Web - Resident S | 1,060.00 | 0.00 | 31,913.67 |
| 2/4/2025 | 102 | Generations on 1st | DIONNE ZWEIG | | 1,090.00 | 0.00 | 33,003.67 |
| 2/5/2025 | 304 | Generations on 1st | STARION FINANCIAL | returned ach fees ($5x2) | 0.00 | 10.00 | 32,993.67 |
| 2/5/2025 | 277102540 | Generations on 1st | COLE GILSDORF | Debit Card On-Line Payment ; Roommate KENDA | 1,010.00 | 0.00 | 34,003.67 |
| 2/5/2025 | 8109 | Generations on 1st | DWIGHT FEENSTRA | | 990.00 | 0.00 | 34,993.67 |
| 2/5/2025 | 277093749 | Generations on 1st | ETHAN WELLNITZ | Debit Card On-Line Payment ; Web - Resident Se | 1,090.00 | 0.00 | 36,083.67 |
| 2/5/2025 | 277111617 | Generations on 1st | JACOBE TRAMP | Debit Card On-Line Payment ; Mobile App - Resid | 300.00 | 0.00 | 36,383.67 |
| 2/5/2025 | 2538 | Generations on 1st | JUDITH HOFFMAN | | 980.00 | 0.00 | 37,363.67 |
| 2/5/2025 | 5951 | Generations on 1st | LORNA HARSTAD | | 1,520.00 | 0.00 | 38,883.67 |
| 2/5/2025 | 1659 | Generations on 1st | LYNELL HERSTEDT | | 1,025.00 | 0.00 | 39,908.67 |
| 2/5/2025 | 152 (CP5287) | Generations on 1st | MADISON PREMUS | | 1,010.00 | 0.00 | 40,918.67 |
| 2/5/2025 | ACH | Generations on 1st | PIPER NAUGHTON | | 990.00 | 0.00 | 41,908.67 |
| 2/5/2025 | 3277 | Generations on 1st | RAY BRADBERRY | | 1,040.00 | 0.00 | 42,948.67 |
| 2/5/2025 | 1416 | Generations on 1st | SELMER HATLESTAD | | 1,265.00 | 0.00 | 44,213.67 |
| 2/5/2025 | 1116 | Generations on 1st | WILLOW SEURER | | 925.00 | 0.00 | 45,138.67 |

3/17/2025 1:46 PM

## Owner Statement

Owner = Generations On 1st (all properties)

Month = Feb 2025

Book = Cash

| Date | Ref | Property | Name | Description | Amount | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 2/5/2025 | ACH | Generations on 1st | PAIGE HALL | NSF receipt Ctrl# 31389 REVERSED ACH paymen | -990.00 | 0.00 | 44,148.67 |
| 2/6/2025 | cpbm 5322, zego 262 | Generations on 1st | GUEST SUITE | | 450.00 | 0.00 | 44,598.67 |
| 2/6/2025 | 277336427 | Generations on 1st | JESSE HEER | Debit Card On-Line Payment ; Mobile App - Resid | 1,000.05 | 0.00 | 45,598.72 |
| 2/6/2025 | 277329315 | Generations on 1st | MARISSA ROBER | Debit Card On-Line Payment ; Mobile App - Resid | 1,010.00 | 0.00 | 46,608.72 |
| 2/10/2025 | 277733177 | Generations on 1st | JACOBE TRAMP | Debit Card On-Line Payment ; Mobile App - Resid | 790.00 | 0.00 | 47,398.72 |
| 2/12/2025 | 30009 | Generations on 1st | RED RIVER STATE B/ | GenOn1st Mtg; per cash collateral 2/3/2025 | 0.00 | 25,000.00 | 22,398.72 |
| 2/12/2025 | 2087 | Generations on 1st | STEVE ALMQUIST | | 1,090.00 | 0.00 | 23,488.72 |
| 2/14/2025 | ACH | Generations on 1st | DAWSON TREEBY | clear up balance owed | 562.56 | 0.00 | 24,051.28 |
| 2/14/2025 | 30013 | Generations on 1st | KYLE WISSEMAN | Refunding Q-34421 | 0.00 | 606.25 | 23,445.03 |
| 2/14/2025 | 30012 | Generations on 1st | VERNA OLSON | Refunding Q-34416 | 0.00 | 857.00 | 22,588.03 |
| 2/14/2025 | | Generations on 1st | JE-4011 | :Prog Gen Move Out transfer (VERNA OLSON)  - I | 955.00 | 0.00 | 23,543.03 |
| 2/14/2025 | | Generations on 1st | JE-4012 | :Prog Gen Move Out transfer (KYLE WISSEMAN) | 955.00 | 0.00 | 24,498.03 |
| 2/15/2025 | N/A | Generations on 1st | JE-4026 | RE Tax Escrow (payable 4/31) | 0.00 | 12,749.16 | 11,748.87 |
| 2/27/2025 | 30016 | Generations on 1st | CP BUSINESS MANAG | due feb 28th insurance prem. | 0.00 | 2,406.14 | 9,342.73 |
| 2/28/2025 | 30027 | Generations on 1st | Alexis Burbach | 24 res mgr duties | 0.00 | 612.00 | 8,730.73 |
| 2/28/2025 | 30027 | Generations on 1st | Alexis Burbach | 2/15-2/28 9.30 hrs | 0.00 | 242.25 | 8,488.48 |
| 2/28/2025 | 30027 | Generations on 1st | Alexis Burbach | 2/15-2/28 taxes | 0.00 | 15.02 | 8,473.46 |
| 2/28/2025 | 30027 | Generations on 1st | Alexis Burbach | 3514 | 0.00 | 200.00 | 8,273.46 |
| 2/28/2025 | 30027 | Generations on 1st | Alexis Burbach | res mgr taxes | 0.00 | 50.34 | 8,223.12 |
| 2/28/2025 | 30017 | Generations on 1st | APARTMENTS LLC | 1/27-2/28 advertising fees | 0.00 | 753.68 | 7,469.44 |
| 2/28/2025 | 30018 | Generations on 1st | BLUEPEAK | | 0.00 | 37.43 | 7,432.01 |
| 2/28/2025 | 30019 | Generations on 1st | Capital One Commerc | #3204 matls' 2/25/25 2:05 receipt | 0.00 | 23.45 | 7,408.56 |
| 2/28/2025 | 30019 | Generations on 1st | Capital One Commerc | #3401,3402 matls' 2/25/25 1:52pmreceipt | 0.00 | 25.92 | 7,382.64 |
| 2/28/2025 | 30029 | Generations on 1st | CP BUSINESS MANAG | 2/2/25 menards; 2 thermos | 0.00 | 42.10 | 7,340.54 |
| 2/28/2025 | 30020 | Generations on 1st | CP BUSINESS MANAG | 2nd floor garb. rm vent cover (2/9/25) | 0.00 | 12.05 | 7,328.49 |
| 2/28/2025 | 30029 | Generations on 1st | CP BUSINESS MANAG | collected rents | 0.00 | 3,153.38 | 4,175.11 |
| 2/28/2025 | 30029 | Generations on 1st | CP BUSINESS MANAG | misc mgr | 0.00 | 200.00 | 3,975.11 |
| 2/28/2025 | 30029 | Generations on 1st | CP BUSINESS MANAG | misc prof | 0.00 | 250.00 | 3,725.11 |
| 2/28/2025 | 30029 | Generations on 1st | CP BUSINESS MANAG | offsite equip/supplies | 0.00 | 214.56 | 3,510.55 |
| 2/28/2025 | 30029 | Generations on 1st | CP BUSINESS MANAG | offsite office rent | 0.00 | 1,312.50 | 2,198.05 |
| 2/28/2025 | 30029 | Generations on 1st | CP BUSINESS MANAG | offsite utilities | 0.00 | 205.11 | 1,992.94 |
| 2/28/2025 | 30029 | Generations on 1st | CP BUSINESS MANAG | software fee | 0.00 | 73.00 | 1,919.94 |
| 2/28/2025 | 30021 | Generations on 1st | DAKOTA CLEAN LLC | #3215 | 0.00 | 159.30 | 1,760.64 |
| 2/28/2025 | 30021 | Generations on 1st | DAKOTA CLEAN LLC | #3308 | 0.00 | 159.30 | 1,601.34 |
| 2/28/2025 | 30022 | Generations on 1st | DIAMOND VOGEL | paint | 0.00 | 35.23 | 1,566.11 |
| 2/28/2025 | 30025 | Generations on 1st | DIAMOND VOGEL | paint | 0.00 | 82.78 | 1,483.33 |
| 2/28/2025 | 30022 | Generations on 1st | DIAMOND VOGEL | vacant unit paint supplies/paint | 0.00 | 211.99 | 1,271.34 |
| 2/28/2025 | HME wire 2/28 | Generations on 1st | Generations On 1st | Lane accounted for outstanding checks twice, les | 1,136.84 | 0.00 | 2,408.18 |
| 2/28/2025 | HME wire 2/28 rent | Generations on 1st | Generations On 1st | 3409 Jan prorated rent | 537.42 | 0.00 | 2,945.60 |
| 2/28/2025 | HME wire 2/28 | Generations on 1st | Generations On 1st | 3212 Jan is collected by HME; HME forwarded p | 13.50 | 0.00 | 2,959.10 |
| 2/28/2025 | HME wire 2/28 | Generations on 1st | Generations On 1st | 3409 Jan is collected by HME; HME forwarded p | 13.50 | 0.00 | 2,972.60 |
| 2/28/2025 | HME wire 2/28 | Generations on 1st | Generations On 1st | 3212 Jan prorated rent | 474.19 | 0.00 | 3,446.79 |
| 2/28/2025 | HME WIRE 2/28/25 | Generations on 1st | SELMER HATLESTAD | | 1,130.00 | 0.00 | -7,886.58 |
| 2/28/2025 | 30023 | Generations on 1st | GEORGES SANITATIC | January garbage | 0.00 | 207.09 | 3,239.70 |
| 2/28/2025 | 30028 | Generations on 1st | JAXON SCHMIDT | 3401, 3402, 3204, 3215, 3409 | 0.00 | 180.00 | 3,059.70 |
| 2/28/2025 | 30028 | Generations on 1st | JAXON SCHMIDT | stair heater, trash chute, 3511 bugs, 3514 lazy su | 0.00 | 66.00 | 2,993.70 |
| 2/28/2025 | 30030 | Generations on 1st | JESSE CRAIG | 73 UNITS, $45/UNIT | 0.00 | 3,285.00 | -291.30 |
| 2/28/2025 | 30033 | Generations on 1st | LIBBY BURGHARDT | 3414, 3302,3514,3308,3215,3314, | 0.00 | 1,286.25 | -1,577.55 |
| 2/28/2025 | 30024 | Generations on 1st | SCHUMACHER | quarterly maint. contract fee | 0.00 | 477.36 | -2,054.91 |
| 2/28/2025 | 303 | Generations on 1st | STARION FINANCIAL | wire fee from HME funds | 0.00 | 20.00 | -2,074.91 |
| 2/28/2025 | 30026 | Generations on 1st | WHITE GLOVE CLEAN | 3308 2.5 hrs | 0.00 | 66.38 | -2,141.29 |
| 2/28/2025 | 30026 | Generations on 1st | WHITE GLOVE CLEAN | 3314 1 hr | 0.00 | 26.55 | -2,167.84 |
| 2/28/2025 | 30026 | Generations on 1st | WHITE GLOVE CLEAN | 3514  1 hr | 0.00 | 26.55 | -2,194.39 |
| 2/28/2025 | 30026 | Generations on 1st | WHITE GLOVE CLEAN | January building clean | 0.00 | 743.40 | -2,937.79 |
| 2/28/2025 | 30032 | Generations on 1st | WMU WATERTOWN M | 1/22-2/19 dates vacants | 0.00 | 340.49 | -3,278.28 |
| 2/28/2025 | 30032 | Generations on 1st | WMU WATERTOWN M | 1/22-2/24 house electric | 0.00 | 1,000.59 | -4,278.87 |
| 2/28/2025 | 30032 | Generations on 1st | WMU WATERTOWN M | 1/22-2/24 house gas | 0.00 | 1,159.37 | -5,438.24 |
| 2/28/2025 | 30032 | Generations on 1st | WMU WATERTOWN M | 1/22-2/24 house sewer | 0.00 | 2,923.92 | -8,362.16 |
| 2/28/2025 | 30032 | Generations on 1st | WMU WATERTOWN M | 1/22-2/24 house water | 0.00 | 654.42 | -9,016.58 |
| | | | | **Ending Balance** | **67,397.60** | **62,297.81** | **-7,886.58** |
| | | | | Reserves Needed | | | 0.00 |
| | | | | Security Deposits (this period) | | | 0.00 |

Case 25-30002    Doc 143-2    Filed 08/13/25    Entered 08/13/25 11:47:41    Desc
Additional Supporting Documents - Stipulation    Page 3 of 70

3/17/2025 1:37 PM

## Payables Aging Report

Period: -02/2025

As of : 02/28/2025

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTIVE HEATING INC | | | | | | | | | | | | |
| | | GO1 Expense Record | 1/6/2025 | 1/6/2025 | 6225 Plumbing | 120069 | 765.00 | 0.00 | 765.00 | 0.00 | 0.00 | 3302 OPEN CEILNG TO FIND BROKEN PIPE |
| **ACTIVE HEATING INC** | | | | | | | **765.00** | **0.00** | **765.00** | **0.00** | **0.00** | |
| BRUSH & BRISTLE LLC | | | | | | | | | | | | |
| | | GO1 Expense Record | 1/6/2025 | 1/6/2025 | 6220 Painting/Decorating | 1024 | 408.16 | 0.00 | 408.16 | 0.00 | 0.00 | 3409 "PAINT WALLS THAT NEEDED PATCHING. PAINT NOT INCLUDED" |
| **BRUSH & BRISTLE LLC** | | | | | | | **408.16** | **0.00** | **408.16** | **0.00** | **0.00** | |
| WILLIAMS CARPET ONE | | | | | | | | | | | | |
| | | GO1 Expense Record | 1/6/2025 | 1/6/2025 | 6245 Flooring | 30015 | 668.68 | 0.00 | 668.68 | 0.00 | 0.00 | 3314 BEDROOM CARPET |
| **WILLIAMS CARPET ONE** | | | | | | | **668.68** | **0.00** | **668.68** | **0.00** | **0.00** | |
| **Grand Total** | | | | | | | **1,841.84** | **0.00** | **1,841.84** | **0.00** | **0.00** | |

3/17/2025 3:45 PM

## Aged Receivable

Property = Generations on 1st  Status: Current   Month From: 02/2025

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Total Owed |
|---|---|---|---|---|---|---|---|---|
| **Generations on 1st** | | | | | | | | |
| Generations on 1st | DARYL | Current | 120.00 | 30.00 | 30.00 | 30.00 | 30.00 | 120.00 |
| Generations on 1st | SENIOR | Current | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Generations on 1st | TIARA | Current | 105.00 | 75.00 | 0.00 | 0.00 | 30.00 | 105.00 |
| Generations on 1st | LYNELL | Current | 164.35 | 0.00 | 0.00 | 0.00 | 164.35 | 164.35 |
| Generations on 1st | ETHAN | Current | 165.00 | 80.00 | 0.00 | 0.00 | 85.00 | 165.00 |
| Generations on 1st | JESSE | Current | 1,769.95 | 1,005.00 | 0.00 | 0.00 | 764.95 | 1,769.95 |
| Generations on 1st | L REAGAN | Current | 4,746.31 | 2,131.20 | 641.20 | 838.20 | 1,135.71 | 4,746.31 |
| **Generations on 1st** | | | **7,071.61** | **3,321.20** | **671.20** | **868.20** | **2,211.01** | **7,071.61** |
| | | | | | | | | |
| **Grand Total** | | | **7,071.61** | **3,321.20** | **671.20** | **868.20** | **2,211.01** | **7,071.61** |

UserId : mcraig@cpbusmgt.com Date : 03/17/2025 Time : 20:43

3/17/2025 1:00 PM

**Rent Roll**

Property =  Generations on 1st

As Of = 02/27/2025

Month = 02/2025

| Unit | Unit SqFt | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-----------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| **Current/Notice/Vacant Tenants** | | | | | | | | | |
| 101 | 0.00 | SENIOR CENTER | 0.00 | 0.00 | 0.00 | 05/01/2022 | 08/31/2110 | | 1.00 |
| 3201 | 1,151.00 | RENEE HANLON | 1,495.00 | 1,475.00 | 80.00 | 03/03/2023 | | | 0.00 |
| 3202 | 728.00 | JUDITH ZIRBEL | 1,010.00 | 925.00 | -20.00 | 08/09/2024 | 08/31/2025 | | -320.00 |
| 3203 | 716.00 | SHEILA KAMMERER | 985.00 | 955.00 | 80.00 | 05/01/2023 | 01/31/2026 | | 0.00 |
| 3204 | 716.00 | PHYLLIS JACKSON | 1,010.00 | 1,010.00 | 0.00 | 04/01/2024 | 04/30/2025 | | 0.00 |
| 3205 | 716.00 | HELGA MYERS | 985.00 | 955.00 | 75.00 | 02/01/2023 | 01/31/2024 | | 0.00 |
| 3206 | 712.00 | CASEY KIRLEY | 1,010.00 | 910.00 | -20.00 | 08/07/2024 | 08/31/2025 | | -220.00 |
| 3207 | 712.00 | LOIS STADHEIM | 985.00 | 955.00 | 75.00 | 06/01/2023 | 05/31/2024 | | 0.00 |
| 3208 | 716.00 | COLE GILSDORF | 1,010.00 | 1,010.00 | 0.00 | 05/05/2024 | 06/30/2025 | | 0.00 |
| 3209 | 716.00 | JONI DYKSTRA | 1,010.00 | 1,010.00 | 80.00 | 08/15/2024 | 07/31/2025 | | 0.00 |
| 3210 | 1,187.00 | MARILYN BOIK | 1,475.00 | 1,475.00 | 0.00 | 04/01/2023 | 03/31/2024 | | 0.00 |
| 3211 | 1,116.00 | VACANT | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 3212 | 746.00 | KIERRA WEISSER | 1,010.00 | 750.00 | -30.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 3213 | 716.00 | ALLISON FOOTE | 910.00 | 910.00 | 80.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 3214 | 716.00 | JORDAN NIERMAN | 925.00 | 925.00 | 80.00 | 06/01/2024 | 05/31/2025 | | 0.00 |
| 3215 | 716.00 | VACANT | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 3216 | 716.00 | LEW KNAPP | 1,010.00 | 750.00 | 15.00 | 10/17/2024 | 10/31/2025 | | -120.00 |
| 3217 | 723.00 | VACANT | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 3218 | 720.00 | VACANT | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 3301 | 1,151.00 | BARBARA GOENS | 1,475.00 | 1,475.00 | 80.00 | 09/01/2022 | 08/31/2023 | | 0.00 |
| 3302 | 728.00 | VACANT | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 3303 | 716.00 | REAGAN CRANDALL | 910.00 | 910.00 | 80.00 | 08/16/2024 | 08/31/2025 | | 4,746.31 |
| 3304 | 716.00 | STEVEN ROSBACH | 910.00 | 1,010.00 | 80.00 | 07/19/2024 | 07/31/2025 | | 0.00 |
| 3305 | 716.00 | DWIGHT FEENSTRA | 910.00 | 910.00 | 80.00 | 08/01/2024 | 07/31/2025 | | -240.00 |
| 3306 | 712.00 | TIARA DEHOET | 985.00 | 955.00 | 75.00 | 04/01/2023 | 03/31/2024 | | 105.00 |
| 3307 | 712.00 | ORLEY WANGSNESS | 1,010.00 | 1,090.00 | 80.00 | 10/01/2024 | 09/30/2025 | | 0.00 |
| 3308 | 716.00 | VACANT | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 3309 | 716.00 | KEEGAN SCHELLE | 1,010.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | | 0.00 |
| 3310 | 1,187.00 | ALEXIS BURBACH | 1,280.00 | 0.00 | 0.00 | 03/01/2024 | | | 0.00 |
| 3311 | 1,116.00 | BARBARA WEGMAN | 1,395.00 | 1,425.00 | 80.00 | 07/01/2022 | | | 0.00 |
| 3312 | 746.00 | THA DAH HTOO | 910.00 | 910.00 | 0.00 | 08/01/2024 | 07/31/2025 | | 0.00 |

**Page 1 of 3**

3/17/2025 1:00 PM

**Rent Roll**

Property = Generations on 1st

As Of = 02/27/2025

Month = 02/2025

| Unit | Unit SqFt | Tenant Name | Actual Rent | Tenant Deposit | Misc Move In | Lease Expiration | Move Out | Balance |
|------|-----------|-------------|-------------|----------------|--------------|------------------|----------|---------|
| 3313 | 716.00 | CLAYTON ALBAN | 910.00 | 910.00 | 0.00 08/09/2024 | 08/31/2025 | | 0.00 |
| 3314 | 716.00 | HANNAH HUPPLER | 1,010.00 | 1,010.00 | 65.00 02/01/2025 | 01/31/2026 | | 0.00 |
| 3315 | 716.00 | ALLYSSA KIRCHBERG | 985.00 | 750.00 | 80.00 10/28/2024 | 10/27/2025 | | 0.00 |
| 3316 | 716.00 | BLAKE THEISEN | 1,010.00 | 750.00 | 50.00 10/18/2024 | 10/17/2025 | | 0.00 |
| 3317 | 723.00 | PAIGE HALL | 910.00 | 1,090.00 | 80.00 10/01/2024 | 09/30/2025 | | 0.00 |
| 3318 | 720.00 | ALEXIS WILLETT | 925.00 | 925.00 | 0.00 07/01/2024 | 06/30/2025 | | 0.00 |
| 3401 | 1,151.00 | LORNA HARSTAD | 1,520.00 | 1,375.00 | 0.00 08/01/2022 | | | 0.00 |
| 3402 | 716.00 | SELMER HATLESTAD | 1,010.00 | 1,025.00 | 120.00 08/01/2022 | | | -1,130.00 |
| 3403 | 716.00 | ALLIE WEISS | 910.00 | 910.00 | 0.00 08/09/2024 | 08/31/2025 | | 0.00 |
| 3404 | 716.00 | JESSE HEER | 925.00 | 925.00 | 80.00 06/01/2024 | 05/31/2025 | | 1,769.95 |
| 3405 | 716.00 | DAWSON TREEBY | 1,010.00 | 1,010.00 | 0.00 08/16/2024 | 08/31/2025 | | 0.00 |
| 3406 | 712.00 | VACANT | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 3407 | 712.00 | CYNTHIA WELLS | 910.00 | 1,090.00 | 80.00 11/01/2024 | 10/31/2025 | | 0.00 |
| 3408 | 716.00 | LAVERNA COYLE | 985.00 | 985.00 | 75.00 07/01/2023 | 06/30/2024 | | 0.00 |
| 3409 | 716.00 | JUDITH HOFFMAN | 1,010.00 | 750.00 | -30.00 01/15/2025 | 01/14/2026 | | 0.00 |
| 3410 | 1,187.00 | KAREN JENSEN | 1,520.00 | 1,520.00 | 80.00 03/01/2024 | 02/28/2025 | | 0.00 |
| 3411 | 1,116.00 | VACANT | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 3412 | 746.00 | DIONNE ZWEIG | 1,010.00 | 955.00 | 80.00 12/01/2022 | 11/30/2023 | | 0.00 |
| 3413 | 716.00 | DARYL TAPIO | 1,010.00 | 985.00 | 80.00 11/01/2022 | 10/31/2023 | | 120.00 |
| 3414 | 716.00 | NICHOLAS KASTEN | 1,010.00 | 955.00 | 80.00 11/01/2022 | 10/31/2023 | | 0.00 |
| 3415 | 716.00 | SAYLOR HALLSTROM | 1,010.00 | 750.00 | -25.00 10/25/2024 | 10/24/2025 | | 0.00 |
| 3416 | 716.00 | JACOBE TRAMP | 1,010.00 | 1,010.00 | 80.00 03/01/2024 | 02/28/2025 | | 0.00 |
| 3417 | 723.00 | PIPER NAUGHTON | 910.00 | 910.00 | 80.00 08/08/2024 | 08/31/2025 | | 0.00 |
| 3418 | 720.00 | MARISSA ROBER | 1,010.00 | 1,010.00 | 0.00 09/27/2024 | 09/30/2025 | | 0.00 |
| 3501 | 1,151.00 | CHARLES OLSON | 1,520.00 | 1,415.00 | 40.00 04/01/2022 | | | 0.00 |
| 3502 | 728.00 | ETHAN WELLNITZ | 1,010.00 | 1,010.00 | 80.00 03/11/2024 | 04/30/2025 | | 165.00 |
| 3503 | 716.00 | WILLOW SEURER | 925.00 | 925.00 | 0.00 05/10/2024 | 05/31/2025 | | 0.00 |
| 3504 | 716.00 | RAY BRADBERRY | 965.00 | 500.00 | 75.00 04/01/2022 | | | 0.00 |
| 3505 | 716.00 | JOHN TIMMONS | 1,010.00 | 935.00 | 80.00 10/12/2022 | | | 0.00 |
| 3506 | 712.00 | LYNELL HERSTEDT | 985.00 | 985.00 | 40.00 07/01/2023 | 06/30/2024 | | 164.35 |
| 3507 | 712.00 | GUEST SUITE | 450.00 | 0.00 | 0.00 01/01/2025 | 12/31/2025 | | 0.00 |
| 3508 | 716.00 | NICHOLAS PETERSEN | 925.00 | 925.00 | 60.00 08/01/2024 | 07/31/2025 | | 0.00 |

3/17/2025 1:00 PM

## Rent Roll

Property = Generations on 1st

As Of = 02/27/2025

Month = 02/2025

| Unit | Unit SqFt | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-----------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| 3509 | 716.00 | MADISON PREMUS | 1,010.00 | 1,010.00 | 0.00 | 09/01/2023 | 08/31/2024 | | 0.00 |
| 3510 | 1,187.00 | JACOB KRANZ | 1,520.00 | 1,520.00 | 80.00 | 01/01/2024 | 12/31/2024 | | 0.00 |
| 3511 | 1,116.00 | VACANT | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 3512 | 746.00 | HALI ANDERSON | 1,010.00 | 935.00 | 40.00 | 07/01/2022 | 09/30/2024 | | 0.00 |
| 3513 | 716.00 | ADDISON RASSEL | 925.00 | 925.00 | 0.00 | 07/01/2024 | 06/30/2025 | | 0.00 |
| 3514 | 716.00 | HAYDEN MULDER | 0.00 | 1,010.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 3515 | 716.00 | ZIHUI GONG | 925.00 | 925.00 | 0.00 | 06/01/2024 | 05/31/2025 | | 0.00 |
| 3516 | 716.00 | JOSHUA ESCAMILLA-VIGIL | 1,010.00 | 935.00 | 0.00 | 07/01/2022 | | | 0.00 |
| 3517 | 723.00 | MASON MCDONALD | 1,010.00 | 1,005.00 | 80.00 | 07/01/2022 | | | 0.00 |
| 3518 | 720.00 | STEVE ALMQUIST | 1,010.00 | 1,090.00 | 80.00 | 09/01/2023 | 08/31/2025 | | 0.00 |
| **Future Tenants/Applicants** | | | | | | | | | |
| 3302 | 728.00 | ISABELLE RICHARDSON | 0.00 | 750.00 | 0.00 | 04/01/2025 | 03/31/2026 | | 450.00 |
| **Total** | | **Generations on 1st** | **64,355.00** | **62,055.00** | **2,840.00** | | | | **5,491.61** |

| Summary Groups | Square Footage | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied | Balance |
|----------------|----------------|-------------|------------------|------|------------|------------------|-----------------|---------|
| Current/Notice/Vacant Tenants | 56,944.00 | 64,355.00 | 61,305.00 | 2,840.00 | 73 | 87.67 | 86.54 | 5,041.61 |
| Future Tenants/Applicants | 728.00 | 0.00 | 750.00 | 0.00 | 1 | 0.00 | 0.00 | 450.00 |
| Occupied Units | 49,281.00 | 0.00 | 0.00 | 0.00 | 64 | 87.67 | 86.54 | 0.00 |
| Total Vacant Units | 7,663.00 | 0.00 | 0.00 | 0.00 | 9 | 12.32 | 13.45 | 0.00 |
| **Totals:** | **56,944.00** | **64,355.00** | **61,305.00** | **2,840.00** | **73** | **100.00** | **100.00** | **5,491.61** |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

2754 Brandt Dr S
Fargo, ND 58104

02/28/25

$6,078.79***

TO THE
ORDER OF

**** SIX THOUSAND SEVENTY EIGHT AND 79/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

**GENERATIONS**

| UNIT | | | AMOUNT | |
|---|---|---|---|---|
| | Service Fron | Service to | | |
| 3211 | 1/21/2025 | 2/19/25 | 15.53 | |
| 3215 | 1/31/2025 | 2/19/25 | 43.84 | first |
| 3216 | 1/21/2025 | 2/19/25 | 31.50 | |
| 3217 | 1/21/2025 | 2/19/25 | 28.95 | |
| 3218 | 1/21/2025 | 2/19/25 | 45.62 | |
| 3302 | 1/21/2025 | 2/19/25 | 50.51 | |
| 3303 | 2/5/2025 | 2/19/25 | 34.07 | first |
| 3308 | 1/31/2025 | 2/19/25 | 38.48 | first |
| 3406 | 1/21/2025 | 2/19/25 | 18.41 | |
| 3411 | 1/21/2025 | 2/19/25 | 18.56 | |
| 3511 | 1/21/2025 | 2/19/25 | 14.99 | |
| | | | | |
| | | | | |
| | total vacants | | 340.46 | |
| | | | | |
| | 1/22/2025 | 2/24/2025 | 1,000.59 | house elect |
| | 1/22/2025 | 2/24/2025 | 1,159.37 | house gas |
| | 1/22/2025 | 2/24/2025 | 654.42 | house water |
| | 1/22/2025 | 2/24/2025 | 2,923.92 | house sewer |
| | total house meter/usage | | 5,738.30 | |
| | | | | |
| | | | | |
| | total check | | 6,078.76 | |

PAID
20032

Page 1

**MUNICIPAL UTILITIES DEPT.**

Please detach top portion and return with payment.

Page 1

| Account Number | Name | Service Address |
|---|---|---|
| | GENERATIONS ON 1ST | 26 1 AVE SW 3211 |

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049594 | 02/19/2025 | 01/21/2025 | 29 | MR | 22006 | 21985 | 1 | 21 | kWh | |

**YOUR MONTHLY USAGE**



ELECTRIC (kWh)

Jan 2025   Feb

| | |
|---|---|
| PREVIOUS BALANCE | 45.62 |
| PAYMENT   02/10/2025 | -45.62 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 1.53 |
| Electric State Tax | 0.61 |
| Electric City Tax | 0.29 |
| TOTAL ELECTRIC CHARGES | 15.53 |
| | |
| CURRENT CHARGES | $15.53 |
| | |
| TOTAL AMOUNT DUE | $15.53 |

| 121588 | | | | | |
|---|---|---|---|---|---|
| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
| REGULAR | | 03/01/2025 | 03/10/2025 | 15.53 | 16.31 |

**MESSAGES:** Watertown Municipal Utilities would like to remind customers to please keep their gas meter, regulator, and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

Page 1                                                                                          Page 1

Please detach top portion and return with payment.

**MUNICIPAL UTILITIES DEPT.**    Account Number    Name    Service Address
                                                   GENERATIONS ON 1ST    26 1 AVE SW 3215

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049539 | 02/19/2025 | 01/31/2025 | 19 | MR | 13531 | 13242 | 1 | 289 | KWh | |
| | | | | | | | | | | 0.00 |

PREVIOUS BALANCE                                                                            0.00
BALANCE FORWARD                                                                             0.00

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

ELECTRIC SERVICE                                                                           13.10
Electric Customer Charge                                                                   21.10
Electric Energy                                                                             1.44
Electric State Tax                                                                          0.68
Electric City Tax                                                                          36.32
TOTAL ELECTRIC CHARGES

CURRENT CHARGES                                                                           $36.32

TOTAL AMOUNT DUE                                                                          $36.32

Feb
2025

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| 121588 FIRST BILL | | 03/01/2025 | 03/10/2025 | 36.32 | 38.14 |

**MESSAGES:** Watertown Municipal Utilities would like to remind customers to please keep their gas meter, regulator, and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

Page 1

Please detach top portion and return with payment.    Page 1

**MUNICIPAL UTILITIES DEPT.**    Account Number

Name
GENERATIONS ON 1ST

Service Address
26 1 AVE SW 3217

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049593 | 02/19/2025 | 01/21/2025 | 29 | MR | 13839 | 13795 | 1 | 44 | kWh | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)



|  | |
|---|---|
| PREVIOUS BALANCE | 34.07 |
| PAYMENT  02/10/2025 | -34.07 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | 13.10 |
| Electric Customer Charge | 3.21 |
| Electric Energy | 0.69 |
| Electric State Tax | 0.33 |
| Electric City Tax | 17.33 |
| TOTAL ELECTRIC CHARGES | $17.33 |
| | |
| CURRENT CHARGES | $17.33 |
| | |
| TOTAL AMOUNT DUE | |

| 121588 | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| Bill Type | | 03/01/2025 | 03/10/2025 | 17.33 | 18.20 |
| REGULAR | | | | | |

MESSAGES: Watertown Municipal Utilities would like to remind customers to please keep their gas meter, regulator, and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

Page 1

*Please detach top portion and return with payment.*

**MUNICIPAL UTILITIES DEPT.**    Account Number    Name    GENERATIONS ON 1ST    Service Address    26 1 AVE SW 3218

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
| | Present | Previous | | Code | Present | Previous | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000049592 | 02/19/2025 | 01/21/2025 | 29 | MR | 04001 | 03922 | 1 | 79 | KWH | |

| | | |
|---|---|---|
| PREVIOUS BALANCE | | 38.48 |
| PAYMENT   02/10/2025 | | -38.48 |
| BALANCE FORWARD | | 0.00 |
| | | |
| ELECTRIC SERVICE | | 13.10 |
| Electric Customer Charge | | 5.77 |
| Electric Energy | | 0.79 |
| Electric State Tax | | 0.38 |
| Electric City Tax | | 20.04 |
| TOTAL ELECTRIC CHARGES | | $20.04 |
| | | |
| CURRENT CHARGES | | $20.04 |
| | | |
| TOTAL AMOUNT DUE | | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)



Jan 2025   Feb

| 121588 | | | | | |
|---|---|---|---|---|---|
| Bill Type | Account Type | Bill Date 03/01/2025 | Due Date 03/10/2025 | Amount Due 20.04 | Late Amount 21.04 |
| REGULAR | | | | | |

**MESSAGES:** Watertown Municipal Utilities would like to remind customers to please keep their gas meter, regulator, and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

Page 1

*Please detach top portion and return with payment.*

## MUNICIPAL UTILITIES DEPT.

| | | | | | | | | | | | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|---|

Page 1

Account Number: [redacted]

Name: GENERATIONS ON 1ST

Service Address: 26 1 AVE SW 3302

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049591 | 02/19/2025 | 01/21/2025 | 29 | MR | 09912 | 09606 | 1 | 306 | KWH | |

| | |
|---|---|
| PREVIOUS BALANCE | 18.41 |
| PAYMENT 02/10/2025 | -18.41 |
| BALANCE FORWARD | 0.00 |
| ELECTRIC SERVICE | 13.10 |
| Electric Customer Charge | 22.34 |
| Electric Energy | 1.49 |
| Electric State Tax | 0.71 |
| Electric City Tax | 37.64 |
| TOTAL ELECTRIC CHARGES | $37.64 |
| CURRENT CHARGES | $37.64 |
| TOTAL AMOUNT DUE | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)



Jan Feb
2025

| 121588 | | | | Amount Due | Late Amount |
|---|---|---|---|---|---|
| Bill Type | Account Type | Bill Date 03/01/2025 | Due Date 03/10/2025 | 37.64 | 39.52 |
| REGULAR | | | | | |

MESSAGES: Watertown Municipal Utilities would like to remind customers to please keep their gas meter, regulator, and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

Page 1

*Please detach top portion and return with payment.*

Page 1

**MUNICIPAL UTILITIES DEPT.**   Account Number ▮▮▮▮▮   Name GENERATIONS ON 1ST   Service Address 26 1 AVE SW 3308

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
| | Present | Previous | | Code | Present | Previous | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000049560 | 02/19/2025 | 01/31/2025 | 19 | MR | 10031 | 09674 | 1 | 357 | KWH | |
| | | | | | | | | | | 0.00 |
| | | | | | | | | | | 0.00 |

PREVIOUS BALANCE
BALANCE FORWARD

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

Feb. 2025

ELECTRIC SERVICE
Electric Customer Charge .................... 13.10
Electric Energy ............................. 26.06
Electric State Tax .......................... 1.64
Electric City Tax ........................... 0.78
TOTAL ELECTRIC CHARGES ...................... 41.58

CURRENT CHARGES .............................. $41.58

TOTAL AMOUNT DUE ............................. $41.58

| 121588 Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
| | | | | | 43.66 |
|---|---|---|---|---|---|
| FIRST BILL | | 03/01/2025 | 03/10/2025 | 41.58 | |

**MESSAGES:** Watertown Municipal Utilities would like to remind customers to please keep their gas meter, regulator, and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

Page 1

*Please detach top portion and return with payment.*    Page 1

**MUNICIPAL UTILITIES DEPT.**    Account Number ▮▮▮▮▮    Name GENERATIONS ON 1ST    Service Address 26 1 AVE SW 3406

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
| | Present | Previous | | | Present | Previous | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000049607 | 02/19/2025 | 01/21/2025 | 29 | MR | 18243 | 18220 | 1 | 23 | KWH | |

```
                                        PREVIOUS BALANCE              14.99
                                        PAYMENT  02/10/2025          -14.99
                                        BALANCE FORWARD                0.00

                                        ELECTRIC SERVICE
                                        Electric Customer Charge      13.10
                                        Electric Energy                1.68
                                        Electric State Tax             0.62
                                        Electric City Tax              0.30
                                        TOTAL ELECTRIC CHARGES        15.70

                                        CURRENT CHARGES              $15.70

                                        TOTAL AMOUNT DUE             $15.70
```

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)



Jan    Feb
2025

| 121588 | | | | | |
| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 03/01/2025 | 03/10/2025 | 15.70 | 16.49 |

**MESSAGES:** Watertown Municipal Utilities would like to remind customers to please keep their gas meter, regulator, and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

Please detach top portion and return with payment.

Page 1

Page 1
**MUNICIPAL UTILITIES DEPT.**

| | | | | | | | | | Power factor |
|---|---|---|---|---|---|---|---|---|---|
| | Account Number | | Name GENERATIONS ON 1ST | | | | Service Address 26 1 AVE SW 3411 | | |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049604 | 02/19/2025 | 01/21/2025 | 29 | MR | 06320 | 06196 | 1 | 124 | KWH | |

YOUR MONTHLY USAGE

ELECTRIC (kWh)



Jan Feb
2025

| | | |
|---|---|---|
| PREVIOUS BALANCE | | 16.86 |
| PAYMENT   02/10/2025 | | -16.86 |
| BALANCE FORWARD | | 0.00 |
| | | |
| ELECTRIC SERVICE | | 13.10 |
| Electric Customer Charge | | 9.05 |
| Electric Energy | | 0.93 |
| Electric State Tax | | 0.44 |
| Electric City Tax | | 23.52 |
| TOTAL ELECTRIC CHARGES | | $23.52 |
| | | |
| CURRENT CHARGES | | $23.52 |
| | | |
| TOTAL AMOUNT DUE | | |

| 121588 Bill Type REGULAR | Account Type | Bill Date 03/01/2025 | Due Date 03/10/2025 | Amount Due 23.52 | Late Amount 24.70 |
|---|---|---|---|---|---|
| **MESSAGES:** Watertown Municipal Utilities would like to remind customers to please keep their gas meter, regulator, and areas around fire hydrants clear of snow and ice for proper operation in emergencies! | | | | | |

Please detach top portion and return with payment.

Page 1

Page 1

**MUNICIPAL UTILITIES DEPT.**

Account Number

Name: GENERATIONS ON 1ST

Service Address: 26 1 AVE SW 3511

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
| | Present | Previous | | Code | Present | Previous | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000049201 | 02/19/2025 | 01/21/2025 | 29 | MR | 12733 | 12712 | 1 | 21 | KWh | |

PREVIOUS BALANCE                31.20
PAYMENT   02/10/2025           -31.20
BALANCE FORWARD                 0.00

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

Jan 2025    Feb

ELECTRIC SERVICE
Electric Customer Charge        13.10
Electric Energy                  1.53
Electric State Tax               0.61
Electric City Tax                0.29
TOTAL ELECTRIC CHARGES          15.53

CURRENT CHARGES               $15.53

TOTAL AMOUNT DUE              $15.53

| 121588 | | | | | |
| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 03/01/2025 | 03/10/2025 | 15.53 | 16.31 |

**MESSAGES:** Watertown Municipal Utilities would like to remind customers to please keep their gas meter, regulator, and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

Page 1

Please detach top portion and return with payment.

Page 1

**MUNICIPAL UTILITIES DEPT.**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account Number | | | Name | | | Service Address | | |
| | | | GENERATIONS ON 1ST | | | 26 1 AVE SW HOUSE | | |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000030955 | 02/24/2025 | 01/22/2025 | 33 | MR | 413011 | 399850 | 1 | 13161 | kWh | |
| ELECTRIC: 0000030955 | 02/24/2025 | 01/22/2025 | 33 | MR | 33741 | | 1 | 33.74 | kW | |
| WATER: 0200555042 | 02/24/2025 | 01/22/2025 | 33 | MR | 03672 | 03536 | 1 | 136 | ccf | |
| GAS: 0002116659 | 02/24/2025 | 01/22/2025 | 33 | MR | 29998 | 28347 | 1 | 1651 | ccf | |

| | |
|---|---|
| PREVIOUS BALANCE | 4,629.95 |
| PAYMENT  02/10/2025 | -4,630.25 |
| BALANCE FORWARD | -0.30 |

**YOUR MONTHLY USAGE**



ELECTRIC (kWh)

| | |
|---|---|
| ELECTRIC SERVICE | |
| Electric Demand | 418.38 |
| Electric Customer Charge | 50.00 |
| Electric Energy | 473.80 |
| Electric State Tax | 39.57 |
| Electric City Tax | 18.84 |
| TOTAL ELECTRIC CHARGES | 1,000.59 |
| GAS SERVICE | |
| Gas Customer Charge | 40.00 |
| Gas Consumption | 1,051.69 |
| Gas State Tax | 45.85 |
| Gas City Tax | 21.83 |
| TOTAL GAS CHARGES | 1,159.37 |
| WATER SERVICE | |
| Water Customer Charge | 38.06 |
| Water Consumption | 573.10 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 654.42 |
| SEWER SERVICE | |
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 2,883.31 |
| TOTAL SEWER CHARGES | 2,923.92 |



WATER (100 cu.ft)



GAS (ccf)

| | |
|---|---|
| CURRENT CHARGES | $5,738.30 |
| TOTAL AMOUNT DUE | $5,738.00 |

| 121588 | | | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|---|
| Bill Type | Account Type | | 03/01/2025 | 03/10/2025 | 5,738.00 | 6,024.90 |
| REGULAR | | | | | | |

**MESSAGES:** Watertown Municipal Utilities would like to remind customers to please keep their gas meter, regulator, and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

Page 1

Please detach top portion and return with payment.

Page 1

## MUNICIPAL UTILITIES DEPT.

| | | | | | | | | | | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number** ▮▮▮▮▮

**Name** GENERATIONS ON 1ST

**Service Address** 26 1 AVE SW 3216

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049538 | 02/19/2025 | 01/21/2025 | 29 | MR | 04583 | 03582 | 1 | 1001 | KWH | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

Jan 2025    Feb

|  |  |
|---|---|
| PREVIOUS BALANCE | 50.51 |
| PAYMENT    02/10/2025 | -50.51 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | 13.10 |
| Electric Customer Charge | 73.07 |
| Electric Energy | 3.62 |
| Electric State Tax | 1.72 |
| Electric City Tax | 91.51 |
| TOTAL ELECTRIC CHARGES | $91.51 |
| | |
| CURRENT CHARGES | $91.51 |
| | |
| TOTAL AMOUNT DUE | |

*tenant Bill added to ledger ✓*

| 121588 | | | | | |
|---|---|---|---|---|---|
| **Bill Type** | **Account Type** | **Bill Date** 03/01/2025 | **Due Date** 03/10/2025 | **Amount Due** 91.51 | **Late Amount** 96.09 |
| REGULAR | | | | | |

**MESSAGES:** Watertown Municipal Utilities would like to remind customers to please keep their gas meter, regulator, and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

Please detach top portion and return with payment.

Page 1

**MUNICIPAL UTILITIES DEPT.**    Account Number    Name    GENERATIONS ON 1ST    Service Address    26 1 AVE SW 3303

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
| | Present | Previous | | | Present | Previous | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000049493 | 02/19/2025 | 02/05/2025 | 14 | MR | 07031 | 06617 | 1 | 414 | KWH | |

0.00

| YOUR MONTHLY USAGE | |
|---|---|

ELECTRIC (kWh)

Feb 2025

PREVIOUS BALANCE

BALANCE FORWARD                                    0.00

ELECTRIC SERVICE                                  13.10
Electric Customer Charge                          30.22
Electric Energy                                    1.82
Electric State Tax                                 0.87
Electric City Tax                                 46.01
TOTAL ELECTRIC CHARGES                           $46.01

CURRENT CHARGES                                  $46.01

TOTAL AMOUNT DUE                                 $46.01

*tenant bill added to ledger ✓*

| | 121588 | | | | | |
| Bill Type | Account Type | | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|---|
| FIRST BILL | | | 03/01/2025 | 03/10/2025 | 46.01 | 48.31 |

**MESSAGES:** Watertown Municipal Utilities would like to remind customers to please keep their gas meter, regulator, and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30023

TO THE
ORDER OF

**** TWO HUNDRED SEVEN AND 09/100 DOLLARS

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD  57201

02/28/25

$207.09******

NON-NEGOTIABLE

## George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201



# Invoice

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 39126 |

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

# JANUARY GARBAGE SERVICE (2025)

| Qua... | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |
| | NOTE-DUE TO THE CITY INCREASE OF THE LANDFILL DISPOSAL FEE ($44.00 to $60.00 A TON) & THE COST OF DOING BUSINESS, IT IS NECESSARY FOR US TO ADJUST OUR RATES ACCORDINGLY IN JANUARY OF 2025-THANK YOU. | | 0.00 |

Park/gen –
$207.09

| | |
|---|---|
| Sales Tax (6.2.. | $24.18 |
| **Total** | **$414.18** |

PLEASE REFERENCE YOUR
INVOICE # ON YOUR
PAYMENT

A finance charge of 1.5% ($1.00 min) per month (18% annually) will be added to accounts over 30 days.

George's Sanitation Thanks You For Your Business.

**PAY ONLINE AT
WWW.GEORGESSANITATION.COM WITH
PAY NOW BUTTON**



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30024

TO THE
ORDER OF

**** FOUR HUNDRED SEVENTY SEVEN AND 36/100 DOLLARS

SCHUMACHER
PO BOX 393
DENVER, IA    50622

02/28/25

$477.36******

NON-NEGOTIABLE



**SCHUMACHER ELEVATOR COMPANY**
PO Box 393
One Schumacher Way
Denver, Iowa 50622

Phone: (319) 984-5676
Fax: (319) 406-1270
Internet: www.schumacherelevator.com
E-mail: accounting@schumacherelevator.com

PAID
5/6/24

# Invoice

## Billing Address

SOLD TO ACCT NO 1018726

GENERATIONS ON 1ST LLC
1405 1ST AVE NORTH
FARGO ND  58102

## Shipping Address

SHIP TO ACCT NO 1017120

GENERATIONS ON 1ST APARTMENTS
26 1ST AVE SW
WATERTOWN SD  57201

## Information

| | |
|---|---|
| **Document Number** | 90638515 |
| **Document Date** | 02/01/2025 |
| | |
| **Purchase Order No.** | |
| **Purchase Order Date** | |
| **Sales Order Number** | 40011512 |
| **Payment Terms** | Net 30 Days |
| **Billing Date** | **02/01/2025** |
| **Currency** | USD |

1  of  1

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 0010 | *Quarterly invoice for elevator maintenance.*<br>FM QT MAINTENANCE<br>HP-GENERATIONS ON 1ST APTS-WATERTOWN SD | | 449.49 | 449.49 |
| | | | Items Tot | 449.49 |
| | | | State Tax | 18.88 |
| | | | County Tax | 0.00 |
| | | | City Tax | 8.99 |
| | | | **Total Amount** | $    477.36 |

zsec_invoice1std    01/2004



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30025

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

02/28/25

TO THE
ORDER OF

**** EIGHTY TWO AND 78/100 DOLLARS

$82.78*******

DIAMOND VOGEL
114 E KEMP
WATERTOWN, SD    57201

NON-NEGOTIABLE

# Diamond ⬤ Vogel

PAID
3025

DIAMOND VOGEL -293-
114 EAST KEMP
PH (605) 886-2540
WATERTOWN SD 57201

Account Number: ███0943

Sold To:    CRAIG DEVELOPMENT, LLC
            1405 1ST AVE N
            PO BOX 426
            FARGO ND 58102

Chrg INVOICE
Invoice #:293196503
Date:02/17/25                    Time:12:26
Sales Rep:B78                    Page: 1
Clerk:TPS
PO#:N                            Job Name:GENERATIONS
Ship Via:CUST PICKUP    Terms:NET 30
Phone:(701)232-1355
Ship To: CRAIG DEVELOPMENT, LLC
         1405 1ST AVE N
         PO BOX 426
         FARGO ND 58102

| Ordered | Shipped | Item | Description | Units | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | DE1655-500 | ASSURE INT. EGGSHELL TW/B | 5.0 GAL | 15.5900 | 77.95 |
| | | | C COLOR #:SW 9173 B 21 CARSON | | | |
| | | | COLOR NAME:SW SHITAKE B 21 | | | |

**THANK YOU FOR SHOPPING AT DIAMOND VOGEL. PLEASE COME BACK AGAIN!**
DIAMOND VOGEL WILL NOT CHANGE BANK INFORMATION BY EMAIL.

T erms:
Merchandise cannot be returned for credit without our permission. Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

Product Subtotal  : $    77.95

Sales Tax  : $     4.83
**Invoice Total  : $    82.78**

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|---|---|---|---|---|---|---|---|
| | | | | | | | 82.78 |

www.diamondvogel.com



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

TO THE
ORDER OF

**** EIGHT HUNDRED SIXTY TWO AND 88/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD 57241

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

02/28/25

$862.88******

30026

NON-NEGOTIABLE

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/4/2025 | 2067 |

| Due Date | Terms |
|----------|-------|
| 3/6/2025 | Net 30 |

| Bill To |
|---------|
| Generations<br>Unit # 3314 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Unit Cleaning | Touch Up Cleaning<br>Sales Tax | 25.00<br>6.20% | 25.00T<br>1.55 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total**    $26.55

**White Glove Cleaning**
17892 449th Ave
Hayti, SD 57241



# Invoice

| Date | Invoice # |
|---|---|
| 2/4/2025 | 2080 |

| Due Date | Terms |
|---|---|
| 3/6/2025 | Net 30 |

| Bill To |
|---|
| Generations
Unit # 3514 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Unit Cleaning | Touch Up Cleaning- Remove Paint
Sales Tax | 25.00
6.20% | 25.00T
1.55 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total** $26.55

White Glove Cleaning

17892 449th Ave
Hayti, SD 57241

# Invoice

PAID

| Date | Invoice # |
|------|-----------|
| 2/4/2025 | 2074 |

| Bill To |
|---------|
| Generations<br>Unit # |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Building Cleaning<br>Sales Tax | 700.00<br>6.20% | 700.00T<br>43.40 |

| | **Total** | $743.40 |

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*



# Invoice

| Date | Invoice # |
|---|---|
| 2/4/2025 | 2069 |

| Due Date | Terms |
|---|---|
| 3/6/2025 | Net 30 |

**Bill To**

Generations
Unit # 3308

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2.5 | Unit Cleaning | | 25.00 | 62.50T |
| | Kitchen | Range- Glass Top | 0.00 | 0.00T |
| | | Counter Tops | | |
| | | Sinks,Faucet, Sprayer, Drain Plugs | | |
| | | Backsplash | | |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Shower | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | Blinds | Wash Window  and / or  Patio Door Blinds | 0.00 | 0.00T |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Dust | Ceiling Fans | 0.00 | 0.00T |
| | | Trim | | |
| | | Doors | | |
| | | Wall Vents | | |
| | | Baseboards | | |
| | | Heat Panels | | |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | | Sales Tax | 6.20% | 3.88 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total**    $66.38

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30022

TO THE
ORDER OF

\*\*\*\* TWO HUNDRED FORTY SEVEN AND 22/100 DOLLARS

DIAMOND VOGEL
114 E KEMP
WATERTOWN, SD    57201

02/28/25

$247.22\*\*\*\*\*

NON-NEGOTIABLE

**Diamond Vogel**

*Vacant units*

PAID

DIAMOND VOGEL -293-
114 EAST KEMP
PH (605) 886-2540
WATERTOWN SD 57201

Account Number ████0943

Sold To:   CRAIG DEVELOPMENT, LLC
           1405 1ST AVE N
           PO BOX 426
           FARGO ND 58102

Chrg INVOICE
Invoice #:293196431
Date:02/10/25                        Time:10:44
Sales Rep:B78                        Page: 1
Clerk:ALU
PO#:GENERATIONS          Job Name:GENERATIONS
Ship Via:CUST PICKUP     Terms:NET 30
Phone:(701)232-1355
Ship To: CRAIG DEVELOPMENT, LLC
         1405 1ST AVE N
         PO BOX 426
         FARGO ND 58102

| Ordered | Shipped | Item | Description | Units | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | DE1655-500 | ASSURE INT. EGGSHELL TW/B | 5.0 GAL | 15.5900 | 77.95 |
|  |  |  | C COLOR #:SW 9173 B 21 CARSON |  |  |  |
|  |  |  | COLOR NAME:SW SHITAKE B 21 |  |  |  |
| 1 | 1 | ZZ608-018 | DV WHITE COVER 18" X 1/2" | 1.0 EA | 9.1800 | 9.18 |
| 1 | 1 | ZZ635-009 | ALL PURPOSE 3/8" X 9" COV | 1.0 EA | 1.8400 | 1.84 |
| 1 | 1 | TT985-020 | TEXTURE TEK OP W/B | 1.0 EA | 15.6000 | 15.60 |
| 1 | 1 | MM410-001 | SANDING SPONGE FINE ANGLD | 1.0 EA | 4.0700 | 4.07 |
| 1 | 1 | BH503-001 | HANDY PAIL LINER 6 PK | 1.0 EA | 5.7100 | 5.71 |
| 1 | 1 | WN360-001 | UTILITY KNF BLADES 5 #360 | 1.0 EA | 2.3100 | 2.31 |
| 1 | 1 | JE920-025 | PT FULL ANG POLY - 2 1/2" | 1.0 EA | 6.0800 | 6.08 |
| 1 | 1 | WO524-025 | 5224 SILVER TIP TAS 2.5" | 1.0 EA | 7.6600 | 7.66 |
| 3 | 3 | MM716-020 | 2090 LONG MSK TAP BULK 2" | 3.0 EA | 7.9500 | 23.85 |
| 1 | 1 | ZN700-100 | BULLSEYE 1-2-3  GAL | 1.0 EA | 33.1700 | 33.17 |
| 1 | 1 | PP100-090 | GREEN PLASTIC PAINT TRAY | 1.0 EA | 1.3900 | 1.39 |
| 1 | 1 | MY148-001 | 2.5 GAL 20" ROLLER TRAY | 1.0 EA | 8.7900 | 8.79 |
| 1 | 1 | ZZ636-009 | ALL PURPOSE 1/2" X 9" COV | 1.0 EA | 2.0100 | 2.01 |

**THANK YOU FOR SHOPPING AT DIAMOND VOGEL. PLEASE COME BACK AGAIN!**
DIAMOND VOGEL WILL NOT CHANGE BANK INFORMATION BY EMAIL.

T erms:
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

Product Subtotal  : $   199.6

Sales Tax  : $    12.3
**Invoice Total  : $   211.99**

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 211.99 |

www.diamondvogel.com



**PAID** 2022

DIAMOND VOGEL -293-
114 EAST KEMP
PH (605) 886-2540
WATERTOWN SD 57201

Account Number: ■■■0943

Sold To:   CRAIG DEVELOPMENT, LLC
           1405 1ST AVE N
           PO BOX 426
           FARGO ND 58102

**Chrg INVOICE**
**Invoice #:293196516**
Date:02/18/25            Time:10:43
Sales Rep:B78            Page: 1
Clerk:TPS
PO#:N                    Job Name: GENERATIONS
Ship Via:CUST PICKUP    Terms:NET 30
Phone:(701)232-1355

Ship To: CRAIG DEVELOPMENT, LLC
         1405 1ST AVE N
         PO BOX 426
         FARGO ND 58102

| Ordered | Shipped | Item | Description | Units | Price | Amount |
|---------|---------|------|-------------|-------|-------|--------|
| 1 | 1 | ZN700-100 | BULLSEYE 1-2-3  GAL | 1.0 EA | 33.1700 | 33.17 |

**\*\*THANK YOU FOR SHOPPING AT DIAMOND VOGEL. PLEASE COME BACK AGAIN!\*\***
**DIAMOND VOGEL WILL NOT CHANGE BANK INFORMATION BY EMAIL.**

**T erms:**
Merchandise cannot be returned for credit without our permission. Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase. A finance charge will
be assessed on all accounts that are 30 days past the due date.

|  |  |
|--|--|
| Product Subtotal : $ | 33.17 |
| Sales Tax : $ | 2.06 |
| **Invoice Total** : $ | **35.23** |

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
|      |       |         |             |           |        |               | 35.23  |

**www.diamondvogel.com**

**GENERATIONS ON 1ST, LLC**

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30021

02/28/25

$318.60******

TO THE
ORDER OF

DAKOTA CLEAN LLC
509 9TH AVE S
CLEAR LAKE, SD    57226

**** THREE HUNDRED EIGHTEEN AND 60/100 DOLLARS

NON-NEGOTIABLE





PAID

Dakota Clean, LLC
509 9th Ave. S
Clear Lake, SD 57226
Phone: (605) 521-6531

INVOICE

**DATE:** 2/7/2025

**TO:**

CP Business Management
1405 1st Ave. N Suite B
Fargo, ND 58102

**FOR:**

Carpet Cleaning

| QUANTITY | DESCRIPTION | RATE | SALES TAX | AMOUNT |
|---|---|---|---|---|
| 037037 | Carpet Cleaning Generations 3308 | $150.00 | $9.30 | $159.30 |
| 037038 | Carpet Cleaning Generations 3215 | $150.00 | $9.30 | $159.30 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | $318.60 |

Make all checks payable to Dakota Clean
Send to:    509 9th Ave. S. Clear Lake, SD 57226
Total due within 30 days of service. Overdue accounts subject to a service charge of 7% overdue period.

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

02/28/25

30020

TO THE
ORDER OF

**** TWELVE AND 05/100 DOLLARS

$12.05*******

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

NON-NEGOTIABLE

**Your Orders**   **Your Account**   **Buy Again**

## Thanks for your order, Mindy!

**Ordered**   Shipped   Out for delivery   Delivered

---

**Arriving Tuesday**
**CP - WATERTOWN, SD**
Order # 112-6735145-6532262

*PAID 30020* (handwritten)

*2nd floor garbage chute vent cover -* (handwritten)

*Broken tabs - unable to secure old cover.* (handwritten)

View or edit order

EZ-FLO 14 x 14 Inch (Duct Opening...
Quantity: 1
$11³⁵

---

Total                                    $12.05

---

## More items to consider

1

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30019

02/28/25

TO THE
ORDER OF

**** FORTY NINE AND 37/100 DOLLARS

$49.37*******

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA    91716-0506

MEMO: 6004-3002-0037-4038

NON-NEGOTIABLE



MENARDS    WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT

RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in-store credit voucher if the
return is done after 05/26/25

If you have questions regarding the
charges on your receipt, please
email us at:
WIMFrontEnd@menards.com

Sale Transaction

THIS DRILL FIGHT BULK          13.79
5643568          PKG
GREAT/SUPER BIG GRP FILL
5631555                          8.29

TOTAL                           22.08
TAX WATERTOWN SD 6.2%            1.37
TOTAL SALE                      23.45
Menard Contractor Card 1005     23.45
Job # or Name : 26
Auth Code:037860
Chip Inserted
a000000061702001
TC : 08d108ca27be9130

TOTAL NUMBER OF ITEMS =    2

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
3700

GUEST COPY

The cardholder acknowledges receipt of
goods/services in the total amount shown
herein and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, DARLA

10863 09 9627   02/25/25  02:03PM 30H

---

MENARDS    WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT

RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in-store credit voucher if the
return is done after 05/26/25

If you have questions regarding the
charges on your receipt, please
email us at:
WIMFrontEnd@menards.com

Sale Transaction

SPRING LOCK REPL BASKET         9.94 - 3=CA
6790980   2  04.97
GE SUPREME R&R SIL
5635984                        12.98 - 3=CA
CAULK FINISHING TOOL
5616752                         1.49 - 3=CA

TOTAL                           24.41
TAX WATERTOWN SD 6.2%           1.51
TOTAL SALE                      25.92
Menard Contractor Card 1005     25.92
Job # or Name : 26
Auth Code:744499
Chip Inserted
a000000061702001
TC : b72e33261261344Z

TOTAL NUMBER OF ITEMS =    4

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
3700

GUEST COPY

The cardholder acknowledges receipt of
goods/services in the total amount shown
herein and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, DARLA

10863 09 9619   02/25/25  01:52PM 30H

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30018

TO THE
ORDER OF

**** THIRTY SEVEN AND 43/100 DOLLARS

BLUEPEAK
PO BOX 502
SIOUX FALLS, SD   57117-5002

02/28/25

$37.43*******

NON-NEGOTIABLE



## bluepeak™

**Contact Us**
www.mybluepeak.com
866-991-9722


@HelloBluepeak



page 1 of 2

| | |
|---|---|
| Account Number: | ████401 |
| Billing Date: | 02/08/25 |
| Total Amount Due: | **$60.09** |
| Payment Due By: | Due Upon Receipt |



## It pays to have friends.

Refer your friends to Bluepeak and **get a $50 credit** on your bill when they sign up.

mybluepeak.com/help/refer-a-friend

**STATEMENT SUMMARY**

| | |
|---|---|
| Previous Balance | $22.66 |
| Payments and Adjustments | $15.00 |
| New Charges | $22.43 |
| **Total Amount Due** | **$60.09** |

**NEW CHARGES SUMMARY**

| | |
|---|---|
| Monthly Service Charges | $22.00 |
| Taxes | $0.43 |
| **Total New Charges** | **$22.43** |

Maybe it was an oversight, but at the time of this mailing we did not receive your payment and subsequently, a late fee was applied. To avoid interruption to your service, please apply payment of $60.09 online at https://mybluepeak.com/pay-your-bill/ or call us at 1-888-975-4BLU (4258).

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices. Your acknowledgement of this agreement is confirmed by your payment.



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30017

02/28/25

$753.68******

TO THE
ORDER OF

**** SEVEN HUNDRED FIFTY THREE AND 68/100 DOLLARS

APARTMENTS LLC
2563 COLLECTION CENTER DR
CHICAGO, IL  60693

NON-NEGOTIABLE

 Apartments.com™
POWERED BY COSTAR

501 S 5th Street
Richmond, VA 23219





1162 1 MB 0.622   E0245 I0473 D13940224433 S2 P10680129 0002:0003

ACCOUNTS PAYABLE
CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO ND 58106-9379

| Invoice | Page 1 of 2 |
|---|---|
| Invoice Number | 121720171 |
| Account #/Location ID | 180274941 |
| Invoice Date | 02/03/2025 |
| CoStar Federal Tax ID | 52-2134617 |
| Payment Terms | Net 30 |
| Due Date | 03/05/2025 |
| Service Period | 01/27/2025 to 02/28/2025 |
| | |
| **Invoice Amount** | **USD 753.68** |

Pay by credit card or checking account online by
registering at **CoStar.BillTrust.com**

Use your personalized **Enrollment Token** below.

## CURRENT INVOICE See the following page(s) for detail

| | |
|---|---|
| Apartments Network 3 Gold | USD 753.68 |
| Sub-Total | USD 753.68 |
| Tax | USD 0.00 |
| **Current Invoice Total** | **USD 753.68** |



For questions about your bill, please call us at 800-894-4720.
Email: Billing@costar.com

Office Hours: Monday - Friday 9:00 AM - 8:00 PM EST

 TEAR HERE      **REMITTANCE DOCUMENT - Please Include With Your Payment**      TEAR HERE

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30028

02/28/25

$246.00******

TO THE
ORDER OF

JAXON SCHMIDT
325 27TH ST NW
WATERTOWN, SD   58201

**** TWO HUNDRED FORTY SIX AND 00/100 DOLLARS

NON-NEGOTIABLE

## Maintenance Hours
### 2025
**Maintenance Name:** Jaxon

$30.00 Hourly Rate

From: 1-Feb
To: 14-Feb

**Generations on 1st**

Invoice #: 3002

Invoice Date: 2/14/0225
Due Date: 2/15/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------|---------------|------|
| 2/11 | | 10:00 AM | 10:30 AM | 0:30: | lobby stairwell heater turned to 3rd notch | $15.00 |
| 2/11 | | 10:30 | 11:15 | 0:45: | 4th floor trash chute room door hinge rubbing against trim - clearance trim | $19.13 |
| 2/11 | 3511 | 3:45 PM | 4:30 PM | 0:45: | clean out bugs from light fixtures throughout | $19.13 |
| 2/11 | 3514 | 4:30 PM | 5:00 PM | 0:30: | fix lazy susan - rod became unscrewed | $12.75 |

**Total Hours** 2:30:

**Total Hourly Pay $3/hour** $66.00

**Generations on 1st Paycheck :** $66.00

## Maintenance Hours

**2025**

## Maintenance Name: Jaxon

$30.00 Hourly Rate

From: 15-Feb

To: 28-Feb

*Generations on 1st*

PAID 3003

Invoice #:  3003

Invoice Date:  2/28/2025

Due Date:  3/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 2/25 | 3401 | 11:30 AM | 1:00 PM | 1:30: | install new smoke detector - entry door rubbing against frame - new sink plug | $45.00 |
| 2/25 | | 13:00 | 2:00 PM | 1:00: | menards for materials, 3401 - caulk for 3402 - spray foam, duct tape 3204 | $30.00 |
| 2/25 | 3402 | 2:00 PM | 3:00 PM | 1:00: | caulk around kitchen counter tops - not done during condtruction | $30.00 |
| 2/25 | 3204 | 3:00 PM | 3:30 PM | 0:30: | temp patch - spray foam, duct tape shower closer opening | $15.00 |
| 2/25 | 3215 | 3:30 PM | 4:30 PM | 1:00: | tigthen sink drain, bath fan cover missing bracket,living room window not pro | $30.00 |
| 2/25 | 3409 | 4:30 PM | 5:30 PM | 1:00: | looked over dishwasher leak from dishwasher - didnt see any leakage - told t | $30.00 |

**Total Hours**   6:00:

**Total Hourly Pay $30/hour**   $180.00

**Generations on 1st Paycheck :**   $180.00

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30027

02/28/25

$1,119.61***

TO THE
ORDER OF      **** ONE THOUSAND ONE HUNDRED NINETEEN AND 61/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**

**2025**

| From: | 15-Feb |
| To: | 28-Feb |



## Generations on 1st

| Invoice #: | 3003 |
| Invoice Date: | 2/28/2025 |
| Due Date: | 3/1/2025 |

| Date | Unit | Start | End | Time Worked | Scope of Work | |
|------|------|-------|-----|------|---------------|---|
| 2/17 | | 10:00 AM | 11:00 AM | 1:00: | walk building - pick up any trash | $25.50 |
| 2/17 | | 2:30 PM | 3:15 PM | 0:45: | showing for shelly and jay 1 bed -- madison 2 bed showing | $19.13 |
| 2/18 | 3401 | 11:45 | 12:15 PM | 0:30: | maintenance call - new battery installed smoke detector - tightened toilet sea | $12.75 |
| 2/19 | | 2:45 PM | 4:00 PM | 1:15: | walk building - camera for smoker, camera crashed | $31.88 |
| 2/20 | 3402 | 10:30 | 11:15 | 0:45: | move out inspection 3402 - painter updated - pics uploaded - vaca updated | $19.13 |
| 2/21 | | 9:45 | 10:30 | 0:45: | showing cole and gf - pick up garbage in garage | $19.13 |
| 2/21 | 3303 | 3:15 PM | 4:00 PM | 0:45: | move out inspection - no show - | $19.13 |
| 2/25 | 3204 | 12:30 PM | 2:00 PM | 1:30: | shower floor drain chip, contacts on how to fix - walk building | $38.25 |
| 2/26 | | 4:00 PM | 5:30 PM | 1:30: | showing brenda, laverna for potential switch unit, parking spots looked at, sh | $38.25 |
| 2/27 | | 12:30 PM | 1:15 PM | 0:45: | walk through 3213 for urine smell - talk with 3210 about smoke - | $19.13 |

| | Total Hours | 9:30: | | Total Hourly Pay $25.50/hour | $242.25 |
|---|---|---|---|---|---|

| Date | Unit | Start | End | Time Worked | Painting | |
|------|------|-------|-----|------|----------|---|

| | Total Hours | 0:00: | | Total Painting $35/hour | $0.00 |
|---|---|---|---|---|---|

| Date | Unit | Reimbursement | |
|------|------|---------------|---|

| | Total Reimbursement | $0.00 |
|---|---|---|

| Date | Unit | Commission | |
|------|------|------------|---|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |

| | Total Commissions | $0.00 |
|---|---|---|

| | |
|---|---|
| Generations on 1st Total Hours Amount: | $242.25 |
| Generations on 1st Total Painting Amount: | $0.00 |
| Generations on 1st Total Reimbursements: | $0.00 |
| Generations on 1st Total Commissions: | $0.00 |
| Generations on 1st Subtotal: | $242.25 |
| Generations on 1st Sales Tax (6.2%): | $15.02 |
| Generations on 1st Total Paycheck Amount: | $257.27 |

**Alexis Burbach**
**2025**

From: 1-Feb
To: 14-Feb



*Generations on 1st*

Invoice #: 3002
Invoice Date: 2/14/0225
Due Date: 2/15/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 2/2 | | 6:00 PM | 6:30 PM | 0:30: | all tenants responded to on ACH/processing | $12.75 |
| 2/3 | | 1:30 PM | 4:00 PM | 2:30: | look at broken window 3204 - 3409 help with lease - rent check from 3409/3 | $63.75 |
| 2/4 | | 2:30 PM | 4:30 PM | 2:00: | look up leases 3410/3205 - renewal lease for 3410 typed - leads - fix 3510 fr | $51.00 |
| 2/4 | | 6:00 PM | 6:30 PM | 0:30: | upload completed re-do leases | $12.75 |
| 2/5 | | 9:15 | 11:00 | 1:45: | inspection 3514 - paint pictures, libby informed - maintenance updates - sho | $44.63 |
| 2/5 | | 12:45 PM | 1:45 PM | 1:00: | painting and maintenance scheduled for 3314, 3414,3514 | $25.50 |
| 2/5 | | 2:45 PM | 3:45 PM | 1:00: | maintenance request from 3518 - rent check picked up from 3518, help with | $25.50 |
| 2/5 | 3514 | 3:45 PM | 4:15 PM | 0:30: | move in hayden mulder - update tenant with painting/maintenance schedule | $12.75 |
| 02/06 | | 11:00 | 12:00 PM | 1:00: | maintence from 3207 - updates noted - bank call for ach payment 3210/340 | $25.50 |
| 2/6 | | 1:45 PM | 2:30 PM | 0:45: | facebook ad updated and posted | $19.13 |
| 2/6 | | 4:30 PM | 5:30 PM | 1:00: | breaker tripped for outlets 3207 - unlock 3308&3215 for carpet cleaning - | $25.50 |
| 2/7 | | 1:00 PM | 2:00 PM | 1:00: | facebook leads - info added for waitlist - 3205 move out questions | $25.50 |
| 2/10 | | 10:00 | 11:30 | 1:30: | tenant calls and concerns on snow removal - car issues - | $38.25 |
| 2/10 | | 12:00 PM | 12:30 PM | 0:30: | update painter with painting units and scheduled lived in painting units | $12.75 |
| 2/10 | | 12:30 | 1:00 PM | 0:30: | maintenance updates for Jaxon -- lived in units contacted | $12.75 |
| 2/11 | | 12:00 PM | 1:30 PM | 1:30: | street parking/parking lot snow removal memos -- showing Corban -- leads | $38.25 |
| 2/11 | | 2:00 PM | 4:30 PM | 2:30: | cameras on loud knock concerns - memos to hang up - vaca list - leads - ma | $63.75 |
| 2/13 | | 12:00 | 12:45 PM | 0:45: | showing hope and michael 3406 -- senior center call about patio area | $19.13 |
| 2/14 | | 9:30 | 11:00 | 1:30: | vent cover 2nd floor chute room -- 3314 maintenance - 3404 memo handed o | $38.25 |
| 2/14 | | 1:30 PM | 3:15 PM | 1:45: | lease updated 3518 - door swap help 3314 - cover vent on 2nd trash chute d | $44.63 |

| | | **Total Hours** | **24:00:** | | **Total Hourly Pay $25.50/hour** | **$612.00** |
|---|---|---|---|---|---|---|

| Desc | Unit | Start | End | Total Hours | Painting | |
|------|------|-------|-----|-------------|----------|---|
| | | **Total Hours** | **0:00:** | | **Total Painting $35/hour** | **$0.00** |

| Date | Unit | Start | End | Total Hours | Reimbursement | |
|------|------|-------|-----|-------------|---------------|---|
| | | | | | **Total Reimbursement** | **$0.00** |

| Date | Unit | | Commission | | |
|------|------|---|------------|---|---|
| 02/05/2 | 3514 | $200 per new lease - hayden mulder | | | $200.00 |
| | | $200 per new lease | | | |
| | | $200 per new lease | | | |
| | | $200 per new lease | | | |
| | | **Total Commissions** | | | **$200.00** |

| | |
|---|---|
| Generations on 1st Total Hours Amount: | $612.00 |
| Generations on 1st Total Painting Amount: | $0.00 |
| Generations on 1st Total Reimbursements: | $0.00 |
| Generations on 1st Total Commissions: | $200.00 |
| Generations on 1st Subtotal: | $812.00 |
| Generations on 1st Sales Tax (6.2%): | $50.34 |
| Generations on 1st Total Paycheck Amount: | $862.34 |

30030

...RATIONS ON 1ST, LLC
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

02/28/25

$3,285.00***

TO THE
ORDER OF    **** THREE THOUSAND TWO HUNDRED EIGHTY FIVE AND 00/100 DOLLARS

JESSE CRAIG
1405 1ST AVE N
FARGO, ND    58102

NON-NEGOTIABLE



**JESSE CRAIG**

*GENERATIONS ON 1ST*

**2025**

| From: | 1-Feb | Invoice #: | 5002 |
| To: | 28-Feb | Invoice Date: | 2/28/2025 |
| | | Due Date: | 03/01/25 |

| | | | | Total |
|---|---|---|---|---|
| 73 | | Manager oversite $45/unit | $45.00 | $3,285.00 |
| | | | **$45.00** | **$3,285.00** |

Please make checks payable to Jesse Craig no later than   03/01/25

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30029

02/28/25

$5,450.65***

TO THE
ORDER OF        **** FIVE THOUSAND FOUR HUNDRED FIFTY AND 65/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

NON-NEGOTIABLE

MEMO: :PostAPTemplate

PAID
3002

## CP Business Management
## 2025

### Generations on 1st

Invoice #: 3002
Invoice Date: 2/28/2025
Due Date: 03/01/25

From:    1-Feb
To:    28-Feb

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Feb Rents | $63,067.61 | $3,153.38 |
| | | | |
| | | | |
| | **Total Management Fee** | **$63,067.61** | **$3,153.38** |

| | Offsite Office | | Total |
|---|---|---|---|
| 7010 | Off Site Office Rent | | $1,312.50 |
| 7030 | Off Site Office Utilities | | $205.11 |
| 7040 | Off Site Office Supplies | | $214.56 |
| | **Total Offsite Office** | | **$1,732.17** |

| | Other Collected Income | | Total |
|---|---|---|---|
| | | | |
| | **Total Other Collected Income** | | **$0.00** |

| | Miscellaneous | | |
|---|---|---|---|
| 8004 | Misc Manager | | $200.00 |
| 8005 | Misc Prof. | | $250.00 |
| 7057 | Software Fee | | $73.00 |
| 6210 | 2/2/25 menards | | $42.10 |
| | **Total Miscellaneous** | | **$565.10** |

| | |
|---|---|
| **Total Management Fee** | $3,153.38 |
| **Total Offsite Office** | $1,732.17 |
| **Total Other Collected Income** | $0.00 |
| **Total Miscellaneous** | $565.10 |
| **Generations on 1st Total** | $5,450.65 |

Please make checks payable to CP Business Management no later than   3/1/2025

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30033

02/28/25

$1,286.25***

TO THE
ORDER OF      **** ONE THOUSAND TWO HUNDRED EIGHTY SIX AND 25/100 DOLLARS

LIBBY BURGHARDT
311 OAK STREET
BRANDT, SD   57218

NON-NEGOTIABLE



Libby Burghardt
FEBRUARY PAINTING
Generations
2/10: 8:30am-11am to office for Menards card/supplies/store/diamondvogel (2.5)
    11am-12pm patch Sheetrock, first coat of mud, clean up 3414 (1)
    12pm-4:30 cut out cracks in walls, drywall repairs in living room and bedroom, first coat of mud,
paint bedroom/half of living room, second coat of mud 3514(4.5)
2/11: 9:30am-10:30am prep, sand, second coat mud, clean up 3414 (1)
    10:30-4 prep, sand, texture four drywall repairs, deprep drywall plastic, reprep for primer/paint,
prime and paint drywall repairs, finish and clean up 3514 (5.5)
    4-5 start ceiling drywall repair 3302 (1)
2/12: 8:45-9:45 Menards for wood repair supplies for 3415(1)
    9:45-10:45 drywall repairs 3302 (1)
    10:45-11 drywall repairs 3308 (.25)
    11:45-12:30 drywall repairs 3215 (.75)
    12:30-4 drywall repairs, prime/repaint living room, bathroom repair, prime/paint, clean up3314
(3.5)
2/14: 9:30-11:30 diamond supplies for 3414, prep, sand, touchup mud, texture, clean up 3414 (2)
2/17: 10-11 prep, prime ceiling 3414 (1)
    11-11:15 sand, texture drywall repair 3308 (.25)
    11:15-12:15 prep, sand, texture 20+ nail holes/window sill repair 3215 (1)
    12:15-12:45 diamond vogel for paint (.5)
    12:45-1 second coat primer, clean up 3414 (.25)
    1-1:15 prime repair 3308 (.25)
    1:15-2 prime all repairs 3215 (.75)
    2-3:30 prep, paint repairs/touchups, scrub marks off wall from tenant, cleanup3308 (1.5)
    3:30-5:30 prep, start repaint walls 3215 (2)
2/18: 10:30-11 diamond Vogel primer (.5)
    11-1:30 repaint living room/kitchen ceiling 3414, deprep/clean/finish 3414(2.5)
    1:45-4 finish repainting, deprep/cleanup,move supplies 3215 (2.25)
=36.75@$35


=    **********$1,286.25**********

**CODINGTON COUNTY TREASURER**
Official Real Estate Tax Notice
14 FIRST AVENUE S.E. * WATERTOWN, SD  57201
(605) 882-6285

IV1063

62
2024 – 8963

## 2024 TAXES DUE AND PAYABLE IN 2025

Record#: 9580

**Legal:**    Sch: 14-4    S/T/R:    Acres/Lots: .00

WATERTOWN CITY  GENERATIONS ON 1ST ADD
GENERATIONS ON 1ST ADD
26 1 AVE SW

**Taxes In Name Of**

GENERATIONS ON 1ST LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| First Half | 38,247.49 |
|---|---|
| Second Half | 38,247.49 |
| TOTAL | 76,494.98 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 70,748 | 68,201 | 2.525 | 172.22 |
| WATERTOWN SCHOOL Non-Ag | 70,748 | 68,201 | 9.478 | 646.41 |
| WATERTOWN CITY | 70,748 | 68,201 | 1.691 | 115.33 |
| EAST DAKOTA WATER | 70,748 | 68,201 | 0.020 | 1.36 |
| TAX INCREMENT 13 NA | 70,748 | 5,509,673 | 13.714 | 75,559.66 |

*JE= 2/15/25*
*$ 12,749.16*

NA: 76494.98

**TOTAL:**    76,494.98

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⇩  Please detach stubs and return with your payment  ⇩          ⇩  Please detach stubs and return with your payment  ⇩

**-FIRST PAYMENT-**
GENERATIONS ON 1ST LLC

CODINGTON
Record #
9580

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 8963 | 38,247.49 |

**DELINQUENT AFTER APRIL 30th**

**-SECOND PAYMENT-**
GENERATIONS ON 1ST LLC

CODINGTON
Record #
9580

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 8963 | 38,247.49 |

**DELINQUENT AFTER OCTOBER 31st**

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30013

TO THE
ORDER OF

KYLE WISSEMAN
45290 264TH ST
CANISTOTA, SD   57012

\*\*\*\* SIX HUNDRED SIX AND 25/100 DOLLARS

02/14/25

$606.25\*\*\*\*\*

NON-NEGOTIABLE

Deposit Return

# TENANT MOVE OUT STATEMENT

CP Business Management
1405 1st Ave N
Fargo, ND 58102-4203
(701) 239-2630

Prepared For

KYLE WISSEMAN
45290 264TH ST
CANISTOTA, SD 57012

| | |
|---|---|
| Lease From | 11/01/2022 |
| Lease To | 10/31/2023 |
| Tenant Since | 11/01/2022 |
| Move Out | 01/31/2025 |
| Notice | 01/31/2025 |
| Balance Due | 0.00 |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 02/14/2025 | :Tenant Deposits credit | -955.00 | 0.00 | 0.00 |
| 02/14/2025 | 1.75 HRS CLEANING; DETAILED ON | 113.75 | 0.00 | 955.00 |
| 02/14/2025 | CARPETS NOT STEAM CLEANING; | 200.00 | 0.00 | 841.25 |
| 02/14/2025 | CHIP & PAINT TOUCH UP, 1 HR | 35.00 | 0.00 | 641.25 |
| 02/14/2025 | Amount to be refunded | 606.25 | 0.00 | 606.25 |
| 01/01/2025 | chk# HME | 0.00 | 1,010.00 | 0.00 |
| 01/01/2025 | 4300 Rent/Condo Fee (01/2025) | 1,010.00 | 0.00 | 1,010.00 |

# Account Transfer

**ATR-00477347 - CP BUSINESS MANAGEMENT INC (644512)**



Starion Bank

---

### Account Transfer Details

| | |
|---|---|
| **Transaction Number** | ▉▉▉7347 |
| **Recurring Frequency** | One-Time Payment |
| **Company Name** | CP BUSINESS MANAGEMENT INC ( 644512 ) |
| **Contact Name** | MINDY CRAIG ( CPMINDY ) |
| **Notify Initiator Options** | Pending Actions: Notify via EMAIL |
| | System Events: Notify via EMAIL |
| | Complete - Unsuccessful: Notify via EMAIL |
| | Complete - Successful: Notify via EMAIL |
| | Early Action Taken: Notify via EMAIL |
| | Early Action Removed: Notify via EMAIL |
| | Expired: Notify via EMAIL |
| **Creation Date** | Feb 14, 2025 4:00 PM CST |
| **Transfer Date** | 02/14/2025 |

---

| Transfer Date | Transfer From Account | Transfer To Account | Status | Amount | Memo |
|---|---|---|---|---|---|
| 02/14/2025 | *8669 - Savings (8669 GENERATIONS ON 1ST LLC) | *8666 - Checking (8666 GENERATIONS ON 1ST LLC) | Completed Confirmation Number : | $955.00 | 3308 Kyle Wisseman refund |

### Status History

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| Feb 14, 2025 4:00:57 PM CST | Created | 644512 / CPMINDY (MINDY CRAIG) | Transfer Created |

---

Report generated on 02/14/2025 04:01:00 PM CST

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30012

02/14/25

$857.00******

TO THE
ORDER OF

VERNA OLSON
909 W KEMP
Watertown, SD  57201

**** EIGHT HUNDRED FIFTY SEVEN AND 00/100 DOLLARS

**NON-NEGOTIABLE**

Deposit Rethen

# TENANT MOVE OUT STATEMENT

CP Business Management
1405 1st Ave N
Fargo, ND 58102-4203
(701) 239-2630

**Prepared For**

VERNA OLSON
909 W KEMP
Watertown, SD 57201

| | |
|---|---|
| **Lease From** | 06/01/2023 |
| **Lease To** | 05/31/2024 |
| **Tenant Since** | 06/01/2023 |
| **Move Out** | 01/31/2025 |
| **Notice** | 01/31/2025 |
| **Balance Due** | 0.00 |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 02/14/2025 | Amount to be refunded | 857.00 | 0.00 | 0.00 |
| 02/14/2025 | :Tenant Deposits credit | -955.00 | 0.00 | -857.00 |
| 02/14/2025 | VENT NOT CLEANED, 1 HR MINIMUM | 35.00 | 0.00 | 98.00 |
| 02/14/2025 | WALL TOUCH UP FROM COMMAND; | 63.00 | 0.00 | 63.00 |
| 01/01/2025 | chk# HME | 0.00 | 1,060.00 | 0.00 |
| 01/01/2025 | Garage Income (01/2025) | 75.00 | 0.00 | 1,060.00 |
| 01/01/2025 | 4300 Rent/Condo Fee (01/2025) | 985.00 | 0.00 | 985.00 |

# Account Transfer

**ATR-00477346 - CP BUSINESS MANAGEMENT INC (644512)**



## Account Transfer Details

| | |
|---|---|
| **Transaction Number** | ▮▮▮▮7346 |
| **Recurring Frequency** | One-Time Payment |
| **Company Name** | CP BUSINESS MANAGEMENT INC ( 644512 ) |
| **Contact Name** | MINDY CRAIG ( CPMINDY ) |
| **Notify Initiator Options** | Pending Actions: Notify via EMAIL |
| | System Events: Notify via EMAIL |
| | Complete - Unsuccessful: Notify via EMAIL |
| | Complete - Successful: Notify via EMAIL |
| | Early Action Taken: Notify via EMAIL |
| | Early Action Removed: Notify via EMAIL |
| | Expired: Notify via EMAIL |
| **Creation Date** | Feb 14, 2025 3:59 PM CST |
| **Transfer Date** | 02/14/2025 |

| Transfer Date | Transfer From Account | Transfer To Account | Status | Amount | Memo |
|---|---|---|---|---|---|
| 02/14 /2025 | *8669 - Savings (8669 GENERATIONS ON 1ST LLC) | *8666 - Checking (8666 GENERATIONS ON 1ST LLC) | Completed Confirmation Number : | $955.00 | 3215 Verna Olson refund |

## Status History

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| Feb 14, 2025 3:59:28 PM CST | Created | 644512 / CPMINDY (MINDY CRAIG) | Transfer Created |

# Account Transfer

## ATR-00477346 - CP BUSINESS MANAGEMENT INC (644512)



### Account Transfer Details

| | |
|---|---|
| **Transaction Number** | ████7346 |
| **Recurring Frequency** | One-Time Payment |
| **Company Name** | CP BUSINESS MANAGEMENT INC ( 644512 ) |
| **Contact Name** | MINDY CRAIG ( CPMINDY ) |
| **Notify Initiator Options** | Pending Actions: Notify via EMAIL |
| | System Events: Notify via EMAIL |
| | Complete - Unsuccessful: Notify via EMAIL |
| | Complete - Successful: Notify via EMAIL |
| | Early Action Taken: Notify via EMAIL |
| | Early Action Removed: Notify via EMAIL |
| | Expired: Notify via EMAIL |
| **Creation Date** | Feb 14, 2025 3:59 PM CST |
| **Transfer Date** | 02/14/2025 |

| Transfer Date | Transfer From Account | Transfer To Account | Status | Amount | Memo |
|---|---|---|---|---|---|
| 02/14/2025 | *8669 - Savings (8669 GENERATIONS ON 1ST LLC) | *8666 - Checking (8666 GENERATIONS ON 1ST LLC) | Completed Confirmation Number : | $955.00 | 3215 Verna Olson refund |

### Status History

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| Feb 14, 2025 3:59:28 PM CST | Created | 644512 / CPMINDY (MINDY CRAIG) | Transfer Created |

# Account Transfer

**ATR-00477346 - CP BUSINESS MANAGEMENT INC (644512)**



**Starion Bank**

### Account Transfer Details

| | |
|---|---|
| **Transaction Number** | ███77346 |
| **Recurring Frequency** | One-Time Payment |
| **Company Name** | CP BUSINESS MANAGEMENT INC ( 644512 ) |
| **Contact Name** | MINDY CRAIG ( CPMINDY ) |
| **Notify Initiator Options** | Pending Actions: Notify via EMAIL |
| | System Events: Notify via EMAIL |
| | Complete - Unsuccessful: Notify via EMAIL |
| | Complete - Successful: Notify via EMAIL |
| | Early Action Taken: Notify via EMAIL |
| | Early Action Removed: Notify via EMAIL |
| | Expired: Notify via EMAIL |
| **Creation Date** | Feb 14, 2025 3:59 PM CST |
| **Transfer Date** | 02/14/2025 |

| Transfer Date | Transfer From Account | Transfer To Account | Status | Amount | Memo |
|---|---|---|---|---|---|
| 02/14 /2025 | *8669 - Savings (8669 GENERATIONS ON 1ST LLC) | *8666 - Checking (8666 GENERATIONS ON 1ST LLC) | Completed Confirmation Number : | $955.00 | 3215 Verna Olson refund |

### Status History

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| Feb 14, 2025 3:59:28 PM CST | Created | 644512 / CPMINDY (MINDY CRAIG) | Transfer Created |

```
DATE:02/27/25  CK#:30016  TOTAL:$2,406.14**  BANK:GO1 DIP(1111)
PAYEE:CP BUSINESS MANAGEMENT  MEMO: apple card
```

**Property Address**

Generations on 1st

**Invoice - Date**

N/A - 02/27/2025

**Description**

due feb 28th insurance prem.

**Amount**

2,406.14

2,406.14

 **Liberty Mutual.** INSURANCE    Summary      **844-961-0334** M-F, 8AM-8PM (EST)    

# Billing Portal

**Account #:** ▉▉▉4025
**Account of:** THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC
**Email:** MCRAIG@CPBUSMGT.COM
**Paperless billing:** Off
**Policies on account:** ▉▉▉9485
**Automatic payments:** Off
**Due day:** 28
**Agent(s):** SUMMIT INSURANCE AGENCY LLC
**Billable party:** THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC
**Prior billing account:** ▉▉▉▉

**Minimum payment:**
**$0.00**
Due by:
Account balance:
**$31,814.03**

**Pay Now**

| Current Invoice Details |

ⓘ **Welcome to Express Payment where you can make a one-time payment without signing into your profile.**
To access all online capabilities, click here to login or create a new user profile.

*[handwritten:] Ruins : $2382.04  36.487%*
*Park : $1741.90  26.675%*
*Gen : $2406.14  36.847%*

# Confirmation

| | |
|---|---|
| Confirmation # | D0003XJ5... |
| Date/time | 02/27/2025 03:06 PM EST |
| Payment method | Credit/Debit card |
| Total Payment | $6,530.08 on Mastercard ending in 4141 |
| Payment Amount | $6,370.81 |
| Payment Service Fee | $159.27 |
| Saved payment account for future use | No |

| Return to Summary |

**A confirmation receipt has been sent to the email address on file.**

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30034

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

02/28/25

$149.07******

TO THE
ORDER OF    **** ONE HUNDRED FORTY NINE AND 07/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,    58106

NON-NEGOTIABLE

## CP Business Management
## 2025

### Generations on 1st

PAID

Invoice #: 3002-2
Invoice Date: 02/28/25
Due Date: 03/01/2025

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 3308 | move out charges overages (carpet 40.70, cleaning 47.37) | | $88.07 |
| 3215 | move out charges overages (paint 52.55, cleaning 8.45) | | $61.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | **Generations on 1st Total** | $149.07 |

Please make checks payable to CP Business Management no later than  3/1/2025

*Janitorial -55.82*
*Steam - 46.70*
*paint - 52.55*