UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 25-30002 |
| Generations on 1st LLC, | Chapter 11 |
| Debtor. | |
| In Re: | Case No. 25-30003 |
| Parkside Place LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

**NOTES ACCOMPANYING MARCH MONTHLY
OPERATING REPORT FOR GENERATIONS ON 1st LLC**

1.      **Total Disbursements and Ending Cash Balance.** A third-party disbursement in the amount of $10,000.00 was paid directly from the Trust account to Red River State Bank. The Monthly Operating Report ("MOR") reflects an ending cash balance of $157,536.00. After deducting this third-party disbursement, the actual cash on hand at month end was $147,536.00, which accurately reflects the Debtor's available funds. Additionally, pursuant to the stipulation governing the use of cash collateral ("Stipulation"), the Debtor remitted the sum of $35,000.00 to the Red River State Bank. This amount was applied to debt service in accordance with the terms of the Stipulation.

2.      **Accounts Receivable.** The Debtor continues to review and reconcile outstanding tenant balances, with particular attention to amounts past due beyond 90 days. Several tenants have outstanding charges related to utility accounts – specifically, electric services that were not transferred into their names as required – resulting in continued charges to the property. Additionally, one tenant submitted a rent payment that was slightly below the full amount due, and

1

several accounts currently reflect late fees.

With respect to Regan Crandall, whose eviction proceeding took place on March 18, 2025, the tenant remains liable for unpaid March rent, court fees, and accrued late fees. Another tenant, Heer, has withheld payment of March rent due to a dispute involving previously collected rent. He maintains that he paid all amounts due, but that Red River State Bank failed to properly apply his payments while collecting under an assignment of rents. HME subsequently collected the past-due balance and then issued a refund to Heer, creating further confusion. The tenant interpreted the refund as confirmation that no past-due balance remained. Lane was unable to explain the reasoning behind the refund, and the tenant – understandably frustrated – has now given notice to vacate. The Debtor is actively working to resolve the issue and has cautiously raised the possibility of eviction, through the goal remains to preserve the tenancy, if feasible, given the circumstances.

Overall, the Debtor's reconciliation efforts continue in coordination with the Receiver to ensure the accuracy of account records and resolution of outstanding balances, many of which have been complicated by inconsistent rent collection practices during the pre-receivership period.

3.    **Accounts Payable.** During the reporting period, several unexpected expenses arose, resulting in a temporary delay in payment of certain outstanding invoices. The Debtor intends to address these obligations in the month of April, subject to available cash flow and budgetary constraints. Efforts will be made to ensure that payments are made in a timely manner and in accordance with the proposed budget.

4.    **Summary of New Leases Signed, Short Cancel Notification, and Lease Ended.** No new leases were executed during the reporting period ending March 31, 2025; however, four

lease agreements are currently pending signature. During this period, two units were vacated. Unit #3303 was subject to an eviction following a court order signed by the judge. The remaining personal property was removed from the unit at the end of March. Pursuant to the terms of the lease, the tenant remains responsible for rent and other lease obligations through August 31, 2025, or until the unit is re-rented, whichever occurs first. Unit #3402 was vacated under normal circumstances, with the tenant having fulfilled their lease term.

The following notices to vacate were received during the reporting period: The tenant in unit #3515 submitted proper notice and is scheduled to vacate on May 31, 2025. They remain liable under the lease through that date. The tenant in unit #3209 also provided proper notice to vacate on May 31, 2025, and has expressed interest in transferring to a two-bedroom unit at the end of their lease term. A lease for the new unit is currently pending. Similarly, the tenant in #3317 submitted proper notice of intent to move to a two-bedroom unit in April. However, the new lease had not been executed prior to the end of March.

Although not technically within the March reporting period, additional notices appear on the rent roll due to system limitations that cause vacate dates to populate upon entry. These include unit #3208, where the tenant has provided proper notice to vacate on June 30, 2025; unit #3403, where proper notice was given for a May 31, 2025 move-out; and unit #3316, where the tenant provided improper notice to vacate on April 30, 2025. In that instance, the tenant remains contractually obligation through June 30, 2025.

5.    **Cash Flow.** The month of March marked the final period in which the Debtor made double escrow contributions in preparation for the first installment of property taxes. While the tax payment itself was made in April, the necessary funds had been fully escrowed by the end of March. As a result, the escrow account is now being drawn down to cover the April disbursement.

3

Going forward, the account will be funded at the regular rate to accumulate the balance required for the second installment, due October 31, 2025.

During the month, the Debtor also prepaid for required fire alarm testing to ensure that the system is brought back in compliance with applicable code requirements. This proactive expenditure was necessary to maintain safety standards and avoid future code violations.

Several emergency maintenance situations impacted cash flow this period. On Saturday, March 29, at approximately 4:10 a.m., the Debtor received an emergency call regarding a malfunctioning garage door. Maintenance was dispatched immediately and discovered that a spring had broken as a tenant attempted to enter. While the door was temporarily propped open to allow tenant vehicles to exit, emergency repairs were promptly ordered due to freezing temperatures and the risk of pipe damage of the door remained open over the weekend.

Additionally, on March 15, an emergency call was received at approximately 11:00 p.m., regarding water in the hallway. It was discovered that the tenant in unit #3201 had left a faucet running, resulting in flooding of the unit's bedroom, the common hallway, and leakage into the parking garage. Emergency services were required for water extraction and dehumidification. The tenant is being billed for the associated costs for the emergency response and cleanup.

While these unexpected repairs and emergency calls contributed to temporary cash outflows, the Debtor continues to actively manage expenses and seek recovery of tenant-responsible costs where appropriate.

6.      **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability

meritorious of listing on Schedule D but, too, being a liability that is properly setoff by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.



# Starion Bank

PO Box 848
Mandan, ND 58554

>001492 8714774 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

**_Statement Ending 03/31/2025_**

GENERATIONS ON 1ST LLC                              Page 1 of 6
Customer Number.




### Managing Your Accounts

| | | |
|---|---|---|
| Branch | 2754 Brandt Dr S Fargo, ND 58104 |
| Phone | 701.281.5600 |
| Website | Starionbank.com |





## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | | $44,444.21 |

# ND STAR CHECKING -            ~6

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2025 | Beginning Balance | $37,737.85 |
| | 19 Credit(s) This Period | $65,563.89 |
| | 21 Debit(s) This Period | $58,857.53 |
| 03/31/2025 | Ending Balance | $44,444.21 |

## Other Credits

| Date | Description | Amount |
|---|---|---|
| 03/03/2025 | CP BUSINESS MANA Rent XXXXX6888 | $23,200.00 |
| 03/05/2025 | CP BUSINESS MANA march rent XXXXX6888 | $670.00 |
| 03/05/2025 | CP BUSINESS MANA MARCH RENT XXXXX6888 | $1,090.00 |
| 03/06/2025 | YARDI CARD DEP 1111Transf XXXXX1791 | $925.00 |
| 03/06/2025 | YARDI CARD DEP 1111Transf XXXXX2801 | $1,010.00 |
| 03/06/2025 | YARDI CARD DEP 1111Transf XXXXX1947 | $1,985.00 |
| 03/06/2025 | CPBUSINESSMANAGE Settlement 000023309738866 | $3,780.00 |
| 03/06/2025 | YARDI CARD DEP 1111Transf XXXXX2351 | $4,820.00 |
| 03/06/2025 | EDEPOSIT | $9,250.49 |
| 03/07/2025 | YARDI CARD DEP 1111Transf XXXXX2292 | $3,010.00 |
| 03/07/2025 | CPBUSINESSMANAGE Settlement 000023354626030 | $4,195.00 |
| 03/10/2025 | YARDI CARD DEP 1111Transf XXXXX3442 | $2,000.00 |
| 03/10/2025 | EDEPOSIT | $1,090.00 |
| 03/11/2025 | CPBUSINESSMANAGE Settlement 000023385174546 | $450.00 |
| 03/12/2025 | YARDI CARD DEP 1111Transf XXXXX2730 | $1,010.00 |
| 03/12/2025 | CPBUSINESSMANAGE Settlement 000023395475626 | $1,560.00 |
| 03/13/2025 | CPBUSINESSMANAGE Settlement 000023406081194 | $1,280.00 |
| 03/14/2025 | CPBUSINESSMANAGE Settlement 000023421972394 | $565.00 |
| 03/28/2025 | EDEPOSIT | $3,673.40 |

_(handwritten annotation: 22,960 + 240 = $23,200.00)_



EQUAL HOUSING LENDER    Member FDIC

GENERATIONS ON 1ST LLC                    ;6              Statement Ending 03/31/2025                    Page 2 of 6

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent about that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | BALANCE | $ | |
| THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE | | | |



# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 03/31/2025**

GENERATIONS ON 1ST LLC                     *Page 3 of 6*
Customer Number.

## ND STAR CHECKING -                    06 (continued)

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 03/05/2025 | CP BUSINESS MANA refund240 XXXXX6888 | $240.00 |



### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 30013 | 03/24/2025 | $606.25 | 30023 | 03/05/2025 | $207.09 | 30030 | 03/07/2025 | $3,285.00 |
| 30017* | 03/07/2025 | $753.68 | 30024 | 03/05/2025 | $477.36 | 30031 | 03/10/2025 | $35,000.00 |
| 30018 | 03/04/2025 | $37.43 | 30025 | 03/05/2025 | $82.78 | 30032 | 03/14/2025 | $6,078.79 |
| 30019 | 03/07/2025 | $49.37 | 30026 | 03/14/2025 | $862.88 | 30033 | 03/17/2025 | $1,286.25 |
| 30020 | 03/10/2025 | $12.05 | 30027 | 03/07/2025 | $1,119.61 | 30034 | 03/20/2025 | $149.07 |
| 30021 | 03/06/2025 | $318.60 | 30028 | 03/11/2025 | $246.00 | 30035 | 03/18/2025 | $2,347.45 |
| 30022 | 03/05/2025 | $247.22 | 30029 | 03/05/2025 | $5,450.65 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/03/2025 | $60,937.85 | 03/10/2025 | $47,482.50 | 03/17/2025 | $43,873.58 |
| 03/04/2025 | $60,900.42 | 03/11/2025 | $47,686.50 | 03/18/2025 | $41,526.13 |
| 03/05/2025 | $55,955.32 | 03/12/2025 | $50,256.50 | 03/20/2025 | $41,377.06 |
| 03/06/2025 | $77,407.21 | 03/13/2025 | $51,536.50 | 03/24/2025 | $40,770.81 |
| 03/07/2025 | $79,404.55 | 03/14/2025 | $45,159.83 | 03/28/2025 | $44,444.21 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



GENERATIONS ON 1ST LLC                    Statement Ending 03/31/2025                    Page 4 of 6



| #30013 | 03/24/2025 | $606.25 | | #30017 | 03/07/2025 | $753.68 |
| #30018 | 03/04/2025 | $37.43 | | #30019 | 03/07/2025 | $49.37 |
| #30020 | 03/10/2025 | $12.05 | | #30021 | 03/06/2025 | $318.60 |
| #30022 | 03/05/2025 | $247.22 | | #30023 | 03/05/2025 | $207.09 |
| #30024 | 03/05/2025 | $477.36 | | #30025 | 03/05/2025 | $82.78 |





**Starion Bank**

PO Box 848
Mandan, ND 58554

*Statement Ending 03/31/2025*

GENERATIONS ON 1ST LLC    Page 5 of 6
Customer Number: 10318666







#30026        03/14/2025        $862.88

#30027        03/07/2025        $1,119.61



#30028        03/11/2025        $246.00

#30029        03/05/2025        $5,450.65



#30030        03/07/2025        $3,285.00



#30031        03/10/2025        $35,000.00



#30032        03/14/2025        $6,078.79



#30033        03/17/2025        $1,286.25



#30034        03/20/2025        $149.07



#30035        03/18/2025        $2,347.45

GENERATIONS ON 1ST LLC                10318666                Statement Ending 03/31/2025                Page 6 of 6

Starionbank.com



# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 03/31/2025**

GENERATIONS ON 1ST LLC                                    Page 1 of 4
*Customer Number.*

>002787 8713119 0001 92855 10Z

00665105
DC02

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

### Managing Your Accounts

| | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
|---|---|---|
| | Phone | 701.281.5600 |
| | Website | Starionbank.com |

*Security Dep. Acct.*



## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | | $62,067.92 |

## REGULAR SAVINGS NON PERS -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/24/2025 | Beginning Balance | $0.00 |
| | 5 Credit(s) This Period | $63,977.92 |
| | 2 Debit(s) This Period | $1,910.00 |
| 03/31/2025 | Ending Balance | $62,067.92 |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 01/24/2025 Through 03/31/2025 | |
| Annual Percentage Yield Earned | 0.15% |
| Interest Days | 67 |
| Interest Earned | $12.92 |
| Interest Paid This Period | $12.92 |
| Interest Paid Year-to-Date | $12.92 |
| Average Ledger Balance | $48,522.91 |
| Average Available Balance | $48,522.91 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **01/24/2025** | **Beginning Balance** | | | **$0.00** |
| 02/07/2025 | EDEPOSIT | | $55,760.00 | $55,760.00 |
| 02/13/2025 | 445870 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8666 ON 2/12/25 | | $6,185.00 | $61,945.00 |
| 02/14/2025 | EDEPOSIT | | $1,010.00 | $62,955.00 |
| 02/14/2025 | EDEPOSIT | | $1,010.00 | $63,965.00 |
| 02/14/2025 | 760438 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 2/14/25 | $955.00 | | $63,010.00 |
| 02/14/2025 | 760581 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 2/14/25 | $955.00 | | $62,055.00 |
| 03/31/2025 | INTEREST | | $12.92 | $62,067.92 |
| **03/31/2025** | **Ending Balance** | | | **$62,067.92** |



Member
FDIC
EQUAL HOUSING LENDER

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 03/31/2025**

GENERATIONS ON 1ST LLC                            *Page 3 of 4*
**Customer Number**:

## REGULAR SAVINGS NON PERS -                    ,continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



**GO1 DIP**

**Bank Rec In-Progress Report**

| Balance Per Bank Statement as of 03/31/2025 | | | 44,444.21 |
|---|---|---|---|

**Outstanding Deposits**

| Deposit Date | Deposit Number | | Amount |
|---|---|---|---|
| 04/04/2024 | 3038 | | 2,040.00 |
| 03/28/2025 | 330 | :CC Deposit | 1,010.00 |
| 03/28/2025 | 329 | :ACH Deposit | 1,090.00 |
| 03/29/2025 | 332 | :CC Deposit | 925.00 |
| 03/31/2025 | 333 | :ACH/WIPS Deposit | 2,690.00 |
| 03/31/2025 | 334 | :CC Deposit | 505.00 |
| **Plus: Outstanding Deposits** | | | **8,260.00** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 03/28/2025 | 30036 | JESSE CRAIG | 3,285.00 |
| 03/31/2025 | 30037 | Alexis Burbach | 324.97 |
| 03/31/2025 | 30038 | BLUEPEAK | 22.43 |
| 03/31/2025 | 30039 | Capital One Commercial | 11.99 |
| 03/31/2025 | 30040 | GEORGES SANITATION | 207.09 |
| 03/31/2025 | 30041 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 3,403.96 |
| 03/31/2025 | 30043 | SIGN PRO | 116.10 |
| 03/31/2025 | 30044 | TURFWURX PROPERTY MAINTENANCE | 90.27 |
| 03/31/2025 | 30045 | WHITE GLOVE CLEANING | 272.15 |
| 03/31/2025 | 30046 | WMU WATERTOWN MUNICIPAL UTILITIES | 63.18 |
| 03/31/2025 | 30047 | AUTOMATIC BUILDING CONTROLS | 1,403.96 |
| 03/31/2025 | 30048 | Alexis Burbach | 646.49 |
| 03/31/2025 | 30049 | JORDAN BERNDT | 90.00 |
| 03/31/2025 | 30051 | CP BUSINESS MANAGEMENT | 6,176.57 |
| 03/31/2025 | 30052 | WMU WATERTOWN MUNICIPAL UTILITIES | 5,066.96 |
| 03/31/2025 | 30050 | WHITE GLOVE CLEANING | 743.40 |
| **Less: Outstanding Checks** | | | **21,924.52** |

**Other Items**

| Date | Notes | | Amount |
|---|---|---|---|
| 01/31/2025 | JE 4019 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 02/15/2025 | JE 4026 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| **Plus / Minus: Other Items** | | | **-25,498.32** |
| **Reconciled Bank Balance** | | | **5,281.37** |

| Balance per GL as of 03/31/2025 | | | 4,979.67 |
|---|---|---|---|
| **Reconciled Balance Per G/L** | | | **4,979.67** |

| **Difference** | | | **301.70** |
|---|---|---|---|

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/29/2025 | 30000 | Mindy Craig | 2,415.58 | 02/28/2025 |
| 01/31/2025 | 30001 | Alexis Burbach | 971.80 | 02/28/2025 |
| 01/31/2025 | 30002 | BLUEPEAK | 22.66 | 02/28/2025 |

**GO1 DIP**
**Bank Rec In-Progress Report**

| 01/31/2025 | 30003 | CANNON ELECTRIC | 203.90 | 02/28/2025 |
|---|---|---|---|---|
| 01/31/2025 | 30004 | CP BUSINESS MANAGEMENT | 38.25 | 02/28/2025 |
| 01/31/2025 | 30005 | SETHS SCAPES | 260.19 | 02/28/2025 |
| 01/31/2025 | 30006 | WMU WATERTOWN MUNICIPAL UTILITIES | 5,004.61 | 02/28/2025 |
| 01/31/2025 | 30007 | CP BUSINESS MANAGEMENT | 16.76 | 02/28/2025 |
| 01/31/2025 | 30008 | Mindy Craig | 11.25 | 02/28/2025 |
| 01/31/2025 | 30010 | CP BUSINESS MANAGEMENT | 1,354.98 | 02/28/2025 |
| 01/31/2025 | 30011 | JESSE CRAIG | 1,589.21 | 02/28/2025 |
| 01/31/2025 | 30014 | CP BUSINESS MANAGEMENT | 73.00 | 02/28/2025 |
| 01/31/2025 | 30015 | CP BUSINESS MANAGEMENT | 94.50 | 02/28/2025 |
| 02/12/2025 | 30009 | RED RIVER STATE BANK | 25,000.00 | 02/28/2025 |
| 02/14/2025 | 30012 | OLSON | 857.00 | 02/28/2025 |
| 02/14/2025 | 30013 | WISSEMAN | 606.25 | 02/28/2025 |
| 02/27/2025 | 30016 | CP BUSINESS MANAGEMENT | 2,406.14 | 02/28/2025 |
| 02/28/2025 | 30017 | APARTMENTS LLC | 753.68 | 03/31/2025 |
| 02/28/2025 | 30018 | BLUEPEAK | 37.43 | 03/31/2025 |
| 02/28/2025 | 30019 | Capital One Commercial | 49.37 | 03/31/2025 |
| 02/28/2025 | 30020 | CP BUSINESS MANAGEMENT | 12.05 | 03/31/2025 |
| 02/28/2025 | 30021 | DAKOTA CLEAN LLC | 318.60 | 03/31/2025 |
| 02/28/2025 | 30022 | DIAMOND VOGEL | 247.22 | 03/31/2025 |
| 02/28/2025 | 30023 | GEORGES SANITATION | 207.09 | 03/31/2025 |
| 02/28/2025 | 30024 | SCHUMACHER | 477.36 | 03/31/2025 |
| 02/28/2025 | 30025 | DIAMOND VOGEL | 82.78 | 03/31/2025 |
| 02/28/2025 | 30026 | WHITE GLOVE CLEANING | 862.88 | 03/31/2025 |
| 02/28/2025 | 30027 | Alexis Burbach | 1,119.61 | 03/31/2025 |
| 02/28/2025 | 30028 | JAXON SCHMIDT | 246.00 | 03/31/2025 |
| 02/28/2025 | 30029 | CP BUSINESS MANAGEMENT | 5,450.65 | 03/31/2025 |
| 02/28/2025 | 30030 | JESSE CRAIG | 3,285.00 | 03/31/2025 |
| 02/28/2025 | 30032 | WMU WATERTOWN MUNICIPAL UTILITIES | 6,078.79 | 03/31/2025 |
| 02/28/2025 | 30033 | LIBBY BURGHARDT | 1,286.25 | 03/31/2025 |
| 02/28/2025 | 30034 | CP BUSINESS MANAGEMENT | 149.07 | 03/31/2025 |
| 03/05/2025 | 30031 | RED RIVER STATE BANK | 35,000.00 | 03/31/2025 |
| 03/18/2025 | 30035 | CP BUSINESS MANAGEMENT | 2,347.45 | 03/31/2025 |
| **Total Cleared Checks** | | | **98,937.36** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 3025 | yardi test | 0.08 | 01/31/2025 |
| 01/31/2025 | 3006 | ACH BATCH 1/31/25 | 2,730.00 | 01/31/2025 |
| 01/31/2025 | 3007 | ACH BATCH 1/31/25 | 2,565.00 | 02/28/2025 |
| 02/01/2025 | 304 | :CC Deposit | 3,915.00 | 02/28/2025 |
| 02/02/2025 | 306 | :CC Deposit | 1,207.52 | 02/28/2025 |
| 02/03/2025 | 307 | :ACH/WIPS Deposit | 8,140.00 | 02/28/2025 |
| 02/03/2025 | 308 | :CC Deposit | 2,772.02 | 02/28/2025 |
| 02/03/2025 | 3005 | ACH BATCH 2/3/25 | 21,220.00 | 02/28/2025 |
| 02/03/2025 | 3011 | starion 1490040070 | 1,060.00 | 02/28/2025 |
| 02/03/2025 | 3016 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 309 | :ACH Deposit | 1,060.00 | 02/28/2025 |
| 02/05/2025 | 310 | :CC Deposit | 2,400.00 | 02/28/2025 |
| 02/05/2025 | 3008 | ACH 2/5/25 | 990.00 | 02/28/2025 |
| 02/06/2025 | 311 | :CC Deposit | 2,010.05 | 02/28/2025 |
| 02/06/2025 | 3012 | starion 273963540 | 2,400.00 | 02/28/2025 |
| 02/06/2025 | 3017 | starion 27396420 | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 3024 | YARDI CARD DEPXXXXX6072 | 1,005.00 | 02/28/2025 |
| 02/07/2025 | 3010 | starion 274088817 | 1,090.00 | 02/28/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 02/11/2025 | 312 | :CC Deposit | 790.00 | 02/28/2025 |
| 02/12/2025 | 3009 | | 1,010.00 | 02/28/2025 |
| 02/12/2025 | 3015 | | 1,090.00 | 02/28/2025 |
| 02/12/2025 | 3018 | deposit #3014 | 7,745.00 | 02/28/2025 |
| 02/13/2025 | 3022 | starion 274814784 | 1,070.00 | 02/28/2025 |
| 02/14/2025 | 3021 | starion 274807557 | 2,900.00 | 02/28/2025 |
| 02/14/2025 | 3023 | starion 274815374 | 2,190.00 | 02/28/2025 |
| 02/14/2025 | 3026 | starion ach | 562.56 | 02/28/2025 |
| 02/28/2025 | 314 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 02/28/2025 | 3027 | starion 276375176 | 450.00 | 02/28/2025 |
| 02/28/2025 | 3033 | hme wire 2/28/25 | 3,305.45 | 02/28/2025 |
| 02/28/2025 | 313 | :ACH Deposit | 3,780.00 | 03/31/2025 |
| 03/01/2025 | 317 | :CC Deposit | 925.00 | 03/31/2025 |
| 03/01/2025 | 318 | :CC Deposit | 4,820.00 | 03/31/2025 |
| 03/02/2025 | 320 | :CC Deposit | 1,985.00 | 03/31/2025 |
| 03/03/2025 | 319 | :ACH/WIPS Deposit | 4,195.00 | 03/31/2025 |
| 03/03/2025 | 321 | :CC Deposit | 3,010.00 | 03/31/2025 |
| 03/03/2025 | 3029 | | 22,960.00 | 03/31/2025 |
| 03/04/2025 | 322 | :CC Deposit | 2,000.00 | 03/31/2025 |
| 03/05/2025 | 3030 | starion 276963007 | 9,250.49 | 03/31/2025 |
| 03/05/2025 | 3032 | ach | 1,760.00 | 03/31/2025 |
| 03/05/2025 | 323 | :ACH Deposit | 450.00 | 03/31/2025 |
| 03/06/2025 | 325 | :ACH/WIPS Deposit | 1,560.00 | 03/31/2025 |
| 03/06/2025 | 326 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 03/07/2025 | 327 | :ACH Deposit | 1,280.00 | 03/31/2025 |
| 03/10/2025 | 3031 | starion 277477818 | 1,090.00 | 03/31/2025 |
| 03/10/2025 | 328 | :ACH Deposit | 565.00 | 03/31/2025 |
| 03/28/2025 | 3035 | starion 279534933 | 3,673.40 | 03/31/2025 |
| **Total Cleared Deposits** | | | **143,526.57** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 300 | yardi | -0.10 | 01/31/2025 |
| 02/03/2025 | 301 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 302 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | 304 | STARION FINANCIAL | -10.00 | 02/28/2025 |
| 02/28/2025 | 303 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | RC 31389 | Returned item PAIGE HALL | -990.00 | 02/28/2025 |
| 02/14/2025 | JE 4011 | :Prog Gen Move Out transfer (VERNA OLSON)  - Receipt #31568 | 955.00 | 02/28/2025 |
| 02/14/2025 | JE 4012 | :Prog Gen Move Out transfer (KYLE WISSEMAN)  - Receipt #31569 | 955.00 | 02/28/2025 |
| **Total Cleared Other Items** | | | **849.90** | |

**Balance Sheet**

Owner =  Generations On 1st (all properties)

Month = Mar 2025

Book = Cash

Page 1

| ACCOUNT | CURRENT BALANCE |
|---|---|
| Generations Apartment DIP Checking | -7,769.49 |
| Generations Real Estate Tax Escrow | 38,247.48 |
| **Total DIP Checking Account** | **30,477.99** |
| | |
| TIF Value | 2,011,288.00 |
| Generations Security Deposit Savings Acct | 62,067.92 |
| The Dakota Bankruptcy Firm Trust | 113,092.04 |
| | |
| Property and Equipment | |
| Buildings | 13,321,518.81 |
| Appliances/AC | 344,481.19 |
| Land | 834,000.00 |
| Total Property and Equipment | 14,500,000.00 |
| | |
| **Total Assets** | **16,716,925.95** |
| | |
| **LIABILITIES & CAPITAL** | |
| | |
| Liabilities | |
| Generations Security Deposits DIP Acct | 62,067.92 |
| Mortgage 1st | 10,899,260.12 |
| TIF Mortgage | 2,011,288.00 |
| Total Liabilities | 12,848,480.20 |
| | |
| Capital | |
| Owner Contribution | 2,175.45 |
| Retained Earnings | 3,866,270.30 |
| Total Capital | 3,868,445.75 |
| | |
| **Total Liabilities & Capital** | **16,716,925.95** |

Tuesday, April 15, 2025

12:10 PM

**4/15/2025 12:33 PM**

### Cash Flow Statement

Owner =  Generations On 1st (all properties)

Month = Mar 2025

Book = Cash

| ACCOUNT | MONTH TO DATE | % |
|---|---:|---:|
| **INCOME** | | |
| Gross Potential Rent/HOA | 78,305.00 | 100.00 |
| Garage Income | 3,140.00 | 4.01 |
| Storage Unit Income | 295.00 | 0.38 |
| Less: Incentives | -2,595.00 | -3.31 |
| Less:  HME Incentives | -515.00 | -0.66 |
| Delinquency | -1,090.00 | -1.39 |
| Less: Vacancy | -9,610.00 | -12.27 |
| Less: HME vacancy | -1,010.00 | -1.29 |
| Plus: Prepaid Rent/HOA | 3,940.00 | 5.03 |
| Net Rent/HOA Income | 70,860.00 | 90.49 |
| | | |
| Other Income | | |
| Lease Fees | 75.00 | 0.10 |
| Other Income | 0.00 | 0.00 |
| Animal Fee NonRefundable | 150.00 | 0.19 |
| Total Other Income | 225.00 | 0.29 |
| | | |
| Total Income | 71,085.00 | 90.78 |
| | | |
| **EXPENSES** | | |
| | | |
| Maintenance Expenses | | |
| Maintenance Staff Costs | 116.37 | 0.15 |
| Repairs/Maintenance | 3,513.57 | 4.49 |
| Painting/Decorating | 52.55 | 0.07 |
| Electrical/Fire Prevention | 1,403.96 | 1.79 |
| Carpet Cleaning | 40.70 | 0.05 |
| Appliances/Laundry | 0.00 | 0.00 |
| Resident Manager | 847.47 | 1.08 |
| Snow Removal | 90.27 | 0.12 |
| Janitorial | 1,071.37 | 1.37 |
| Total Maintenance Expenses | 7,136.26 | 9.11 |
| | | |
| Operating Expenses | | |
| Offsite Office Rent | 1,312.50 | 1.68 |
| Offsite Office Utilities | 205.11 | 0.26 |
| Offsite Office Equip/Supplies | 214.56 | 0.27 |
| Advertising/Marketing | 116.10 | 0.15 |
| Software Fee | 73.00 | 0.09 |
| Leasing Commissions (payout) | 0.00 | 0.00 |
| Bank Charges/ACH Fees | 0.00 | 0.00 |

**4/15/2025 12:33 PM**

## Cash Flow Statement

Owner =  Generations On 1st (all properties)

Month = Mar 2025

Book = Cash

| ACCOUNT | MONTH TO DATE | % |
|---|---|---|
| Internet & Phone Costs/Service | 22.43 | 0.03 |
| Property Management | 3,543.00 | 4.52 |
| Insurance | 2,347.45 | 3.00 |
| Electricity-Vacant | 306.64 | 0.39 |
| Electricity-Building | 608.32 | 0.78 |
| Gas-Building | 526.85 | 0.67 |
| Water & Sewer | 3,607.84 | 4.61 |
| Garbage | 207.09 | 0.26 |
| Total Operating Expenses | 13,090.89 | 16.72 |
| | | |
| Other Expenses | | |
| Misc. PM Fees | 500.00 | 0.64 |
| Misc Professional Fees | 250.00 | 0.32 |
| Manager Oversite $45/unit | 3,285.00 | 4.20 |
| Total Other Expenses | 4,035.00 | 5.15 |
| | | |
| Total Expenses | 24,262.15 | 30.98 |
| | | |
| **NET INCOME** | **46,822.85** | **59.80** |
| | | |
| ADJUSTMENTS | | |
| Generations Real Estate Tax Escrow | -12,749.16 | -16.28 |
| Mortgage 1st | -35,000.00 | -44.70 |
| Owner Contribution | 0.00 | 0.00 |
| | | |
| TOTAL ADJUSTMENTS | -47,749.16 | -60.98 |
| | | |
| CASH FLOW | -926.31 | -1.18 |