UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.:  25-30002 |
| Generations on 1ˢᵗ LLC, | Chapter 11 |
| Debtor. | |
| In Re: | Case No. 25-30003 |
| Parkside Place LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

**NOTES ACCOMPANYING APRIL MONTHLY
OPERATING REPORT FOR GENERATIONS ON 1ˢᵗ LLC**

1.      **Beginning Cash Balance.** The Monthly Operating Report ("MOR") for April 2025 reflects a beginning cash balance of $147,536.00, consistent with the balances of both the Starion and Trust accounts.

2.      **Cash Receipts.** Total deposits into the Starion account amount to $67,456.34. This figure includes two internal transfers related to security deposits in the amount of $990.00 and $1010.00. After excluding these non-operational items, adjusted cash receipts reported on the MOR total $65,536.00.

3.      **Total Disbursements.** The total disbursements reported on the MOR, $100,129.72, accurately reflect the disbursements from the Starion account. As per the stipulation governing the use of cash collateral, the Debtor remitted $35,000.00 to the Red River State Bank. This amount was applied to debt service in accordance with the stipulation.

4.      **Ending Cash Balance.** The MOR reflects an ending cash balance of $112,943.00, which excludes the previously noted internal security deposit transfers totaling $1,920.00. When

1

these amounts are added back, the reconciled ending balance is $114,863.00, which matches the actual month-end cash balance.

5.      **Accounts Receivable.** The Debtor continues to review and reconcile outstanding tenant balances, with particular attention to amounts past due beyond 90 days. Outstanding balances include charges for electric services that were not transferred into tenant names as required, resulting in continued billing to the property. Additionally, balances remain for prorated rent owed by a newly moved-in tenant and a security deposit for an internal tenant transferring to a larger unit. The deposit is expected to carry over after the checkout process, which was completed on May 14, 2025.

With respect to Reagan Crandall, the tenant remains on the accounts receivable report and has made no attempt to provide payment. A garnishment has been initiated, effective as of May, but no payments have been received to date. Additionally, Heer continues to dispute his outstanding balance and has reaffirmed his intent to vacate, citing ongoing frustrations with the handling of his account.

The Debtor remains in coordination with the Receiver to ensure the accuracy of account records and to resolve these outstanding balances as part of its ongoing efforts to stabilize the financial condition of the estate.

6.      **Accounts Payable.** The first half of property taxes were paid in full by the due date of April 30, 2025. As a result, monthly expenses for the reporting period may appear to exceed the limits set forth in the cash Stipulation. However, when the full tax payment is excluded and only the escrow portion is considered, expenses remain within the approved monthly budget.

Additionally, garage cleaning was completed as planned during this reporting period. However, the invoice for this service was not received by the end of the month, resulting

2

in a portion of this expense carrying over into the following month.

  7. **Summary of New Leases Signed, Short Cancel Notification, and Lease Ended.**
During this period, new leases were executed for units #3208, #3308, #3411, #3215, #3402,
#3205, and #3217. Units vacated at the end of April include unit #3205 and unit #3317, with the
tenant in #3317 relocating to unit #3411. The new lease previously reported for unit #3209 has
been updated, as the tenant has opted to transfer to unit #3317. Additionally, the tenant in unit
#3305 has added a roommate, resulting in an updated lease agreement for that unit.

  Short cancellation during this period include unit #3403, where the tenant
provided improper notice to vacate on June 29, 2025, and remains contractually obligated through
July 31, 2025. However, a new tenant has executed a lease for this unit beginning July 1, 2025.
Similarly, the tenant in unit #3318 provided improper notice to vacate effective June 29, 2025,
and remains liable under the lease through July 31, 2025. Unit #3214 also provided improper
notice, vacating on May 31, 2025, and remains responsible for obligations through June 30, 2025.

  8. **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported
on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject
TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax
payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability
meritorious of listing on Schedule D but, too, being a liability that is properly setoff by a correlative
intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the
TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 04/30/2025**

*GENERATIONS ON 1ST LLC*                                    Page 1 of 6

**Customer Number:**

>001500 3607069 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

|ₙₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗ|




## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 Branch | | 2754 Brandt Dr S Fargo, ND 58104 |
| 📞 Phone | | 701.281.5600 |
| 💻 Website | | Starionbank.com |

---

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | | $11,770.83 |

## ND STAR CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2025 | Beginning Balance | **$44,444.21** |
| | 22 Credit(s) This Period | $67,456.34 |
| | 21 Debit(s) This Period | $100,129.72 |
| 04/30/2025 | Ending Balance | **$11,770.83** |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 04/02/2025 | EDEPOSIT | $7,985.00 |
| 04/03/2025 | YARDI CARD DEP 1111Transf XXXXX8545 | $925.00 |
| 04/03/2025 | YARDI CARD DEP 1111Transf XXXXX9419 | $1,010.00 |
| 04/03/2025 | CPBUSINESSMANAGE Settlement 000023546361306 | $1,090.00 |
| 04/03/2025 | CP BUSINESS MANA Rent XXXXX6888 | $24,220.00 |
| 04/04/2025 | YARDI CARD DEP 1111Transf XXXXX0045 | $505.00 |
| 04/04/2025 | CP BUSINESS MANA April Rent XXXXX6888 | $2,040.00 |
| 04/04/2025 | CPBUSINESSMANAGE Settlement 000023567680326 | $2,690.00 |
| 04/07/2025 | CPBUSINESSMANAGE Settlement 000023593131182 | $2,045.00 |
| 04/07/2025 | YARDI CARD DEP 1111Transf XXXXX0083 | $6,016.00 |
| 04/08/2025 | YARDI CARD DEP 1111Transf XXXXX1841 | $1,915.00 |
| 04/08/2025 | CPBUSINESSMANAGE Settlement 000023610542362 | $2,150.00 |
| 04/09/2025 | YARDI CARD DEP 1111Transf XXXXX6179 | $3,350.00 |
| 04/09/2025 | EDEPOSIT | $2,115.00 |
| 04/10/2025 | YARDI CARD DEP 1111Transf XXXXX0806 | $1,100.00 |
| 04/11/2025 | CPBUSINESSMANAGE Settlement 000023660738746 | $2,345.00 |
| 04/14/2025 | CPBUSINESSMANAGE Settlement 000023669951446 | $1,060.00 |
| 04/14/2025 | 087063 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXXX8669 ON 4/14/25 | $12.92 |
| 04/14/2025 | 078986 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXXX8669 ON 4/14/25 | $910.00 |




EQUAL HOUSING LENDER
Member FDIC

GENERATIONS ON 1ST LLC | Statement Ending 04/30/2025 | Page 2 of 6

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| | | | |
| SUB TOTAL | | $ | |

| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
|---|---|---|---|
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | | | |
| | BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 04/30/2025**

*GENERATIONS ON 1ST LLC*    **Page 3 of 6**

*Customer Number*

## ND STAR CHECKING · (continued)

### Other Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 04/14/2025 | 078486 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXXX8669 ON 4/14/25 | $1,025.00 |
| 04/16/2025 | YARDI CARD DEP 1111Transf XXXXX6975 | $1,090.00 |
| 04/17/2025 | EDEPOSIT | $1,857.42 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 30036 | 04/01/2025 | $3,285.00 | 30044 | 04/14/2025 | $90.27 | 30051 | 04/02/2025 | $6,176.57 |
| 30037 | 04/07/2025 | $324.97 | 30045 | 04/08/2025 | $272.15 | 30052 | 04/14/2025 | $5,066.96 |
| 30038 | 04/04/2025 | $22.43 | 30046 | 04/08/2025 | $63.18 | 30053 | 04/15/2025 | $35,000.00 |
| 30039 | 04/08/2025 | $11.99 | 30047 | 04/16/2025 | $1,403.96 | 30054 | 04/25/2025 | $38,247.49 |
| 30040 | 04/15/2025 | $207.09 | 30048 | 04/07/2025 | $646.49 | 30055 | 04/21/2025 | $988.60 |
| 30041 | 04/07/2025 | $3,403.96 | 30049 | 04/08/2025 | $90.00 | 30056 | 04/17/2025 | $1,563.00 |
| 30043* | 04/28/2025 | $116.10 | 30050 | 04/08/2025 | $743.40 | 30057 | 04/28/2025 | $2,406.11 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/01/2025 | $41,159.21 | 04/09/2025 | $87,460.07 | 04/17/2025 | $53,529.13 |
| 04/02/2025 | $42,967.64 | 04/10/2025 | $88,560.07 | 04/21/2025 | $52,540.53 |
| 04/03/2025 | $70,212.64 | 04/11/2025 | $90,905.07 | 04/25/2025 | $14,293.04 |
| 04/04/2025 | $75,425.21 | 04/14/2025 | $88,755.76 | 04/28/2025 | $11,770.83 |
| 04/07/2025 | $79,110.79 | 04/15/2025 | $53,548.67 | | |
| 04/08/2025 | $81,995.07 | 04/16/2025 | $53,234.71 | | |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|--|----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



GENERATIONS ON 1ST LLC                                    Statement Ending 04/30/2025                        Page 4 of 6



#30036        04/01/2025        $3,285.00



#30037        04/07/2025        $324.97



#30038        04/04/2025        $22.43



#30039        04/08/2025        $11.99



#30040        04/15/2025        $207.09



#30041        04/07/2025        $3,403.96



#30043        04/28/2025        $116.10



#30044        04/14/2025        $90.27



#30045        04/08/2025        $272.15



#30046        04/08/2025        $63.18

# Starion Bank

PO Box 848
Mandan, ND 58554

Statement Ending 04/30/2025

GENERATIONS ON 1ST LLC

Page 5 of 6

Customer Number.



**#30047**    04/16/2025    $1,403.96



**#30048**    04/07/2025    $646.49



**#30049**    04/08/2025    $90.00

**#30050**    04/08/2025    $743.40



**#30051**    04/02/2025    $6,176.57



**#30052**    04/14/2025    $5,066.96



**#30053**    04/15/2025    $35,000.00



**#30054**    04/25/2025    $38,247.49



**#30055**    04/21/2025    $988.60



**#30056**    04/17/2025    $1,563.00

GENERATIONS ON 1ST LLC                    Statement Ending 04/30/2025                    Page 6 of 6

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30057

04/28/25          $2,406.11***

TO THE
ORDER OF    **** TWO THOUSAND FOUR HUNDRED SIX AND 11/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

⑈030057⑈  ⑆091⑆1⑈⑆

#30057              04/28/2025                $2,406.11

032974 1927993 0000000 067688 135376 03/03



# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 04/30/2025**

GENERATIONS ON 1ST LLC                                        Page 1 of 2
**Customer Number:**

>000581 3576917 0001 92855 10Z



GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

### Managing Your Accounts

| | Branch | 2754 Brandt Dr S Fargo, ND 58104 |
|---|---|---|
| | Phone | 701.281.5600 |
| | Website | Starionbank.com |

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | | $61,130.00 |

# REGULAR SAVINGS NON PERS - 1C⁻⁻

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2025 | Beginning Balance | $62,067.92 |
| | 1 Credit(s) This Period | $1,010.00 |
| | 3 Debit(s) This Period | $1,947.92 |
| 04/30/2025 | Ending Balance | $61,130.00 |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **04/01/2025** | **Beginning Balance** | | | **$62,067.92** |
| 04/14/2025 | 087063 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 4/14/25 | $12.92 | | $62,055.00 |
| 04/14/2025 | 078986 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 4/14/25 | $910.00 | | $61,145.00 |
| 04/14/2025 | 078486 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 4/14/25 | $1,025.00 | | $60,120.00 |
| 04/17/2025 | EDEPOSIT | | $1,010.00 | $61,130.00 |
| **04/30/2025** | **Ending Balance** | | | **$61,130.00** |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



EQUAL HOUSING LENDER
Member FDIC

CSTMTADV 1871 0001 122 07 20255561 PG 1 OF 1
00043627    5519711.1    0-0

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| SUB TOTAL | | $ | |

CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| TOTAL CHECKS NOT LISTED | | → | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

**GO1 DIP**

**Bank Reconcile History Report**

---

| Outstanding Deposits as of 04/28/2025 | | | **1,010.00** |
|---|---|---|---|
| 04/29/2025 | 346 | :CC Deposit | 925.00 |
| 04/30/2025 | 348 | :ACH/WIPS Deposit | 2,980.00 |
| 04/30/2025 | 349 | :CC Deposit | 505.00 |
| 04/30/2025 | 3041 | starion | 2,615.00 |
| 04/30/2025 | 3042 | starion 283347649 | 431.21 |
| **Plus: Outstanding Deposits** | | | **8,466.21** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 04/30/2025 | 30058 | ACTIVE HEATING INC | 164.61 |
| 04/30/2025 | 30059 | APARTMENTS LLC | 942.10 |
| 04/30/2025 | 30060 | BLUEPEAK | 37.43 |
| 04/30/2025 | 30061 | CARRICO LAW | 103.10 |
| 04/30/2025 | 30062 | DAKOTA CLEAN LLC | 2,336.55 |
| 04/30/2025 | 30063 | GEORGES SANITATION | 207.09 |
| 04/30/2025 | 30064 | NORRIS CARPET CARE | 95.58 |
| 04/30/2025 | 30065 | TURFWURX PROPERTY MAINTENANCE | 180.54 |
| 04/30/2025 | 30066 | WHITE GLOVE CLEANING | 1,002.26 |
| 04/30/2025 | 30067 | WMU WATERTOWN MUNICIPAL UTILITIES | 85.02 |
| 04/30/2025 | 30068 | U.S. TRUSTEES | 708.00 |
| 04/30/2025 | 30069 | Alexis Burbach | 1,111.13 |
| 04/30/2025 | 30070 | JAXON SCHMIDT | 75.00 |
| 04/30/2025 | 30071 | CP BUSINESS MANAGEMENT | 5,929.95 |
| 04/30/2025 | 30072 | JESSE CRAIG | 3,285.00 |
| 04/30/2025 | 30073 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,762.32 |
| **Less: Outstanding Checks** | | | **21,025.68** |

| **Balance per GL as of 04/30/2025** | **-5,257.67** |
|---|---|
| **Reconciled Balance Per G/L** | **-5,257.67** |

| **Difference** | **-7,301.80** |
|---|---|

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 03/28/2025 | 30036 | JESSE CRAIG | 3,285.00 | 04/30/2025 |
| 03/31/2025 | 30037 | Alexis Burbach | 324.97 | 04/30/2025 |
| 03/31/2025 | 30038 | BLUEPEAK | 22.43 | 04/30/2025 |
| 03/31/2025 | 30039 | Capital One Commercial | 11.99 | 04/30/2025 |
| 03/31/2025 | 30040 | GEORGES SANITATION | 207.09 | 04/30/2025 |
| 03/31/2025 | 30041 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 3,403.96 | 04/30/2025 |
| 03/31/2025 | 30043 | SIGN PRO | 116.10 | 04/30/2025 |
| 03/31/2025 | 30044 | TURFWURX PROPERTY MAINTENANCE | 90.27 | 04/30/2025 |
| 03/31/2025 | 30045 | WHITE GLOVE CLEANING | 272.15 | 04/30/2025 |
| 03/31/2025 | 30046 | WMU WATERTOWN MUNICIPAL UTILITIES | 63.18 | 04/30/2025 |
| 03/31/2025 | 30047 | AUTOMATIC BUILDING CONTROLS | 1,403.96 | 04/30/2025 |
| 03/31/2025 | 30048 | Alexis Burbach | 646.49 | 04/30/2025 |
| 03/31/2025 | 30049 | JORDAN BERNDT | 90.00 | 04/30/2025 |
| 03/31/2025 | 30050 | WHITE GLOVE CLEANING | 743.40 | 04/30/2025 |

**GO1 DIP**

**Bank Reconcile History Report**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 03/31/2025 | 30051 | CP BUSINESS MANAGEMENT | 6,176.57 | 04/30/2025 |
| 03/31/2025 | 30052 | WMU WATERTOWN MUNICIPAL UTILITIES | 5,066.96 | 04/30/2025 |
| 04/10/2025 | 30053 | RED RIVER STATE BANK | 35,000.00 | 04/30/2025 |
| 04/14/2025 | 30054 | CODINGTON COUNTY TREASURER | 38,247.49 | 04/30/2025 |
| 04/14/2025 | 30055 | HATLESTAD | 988.60 | 04/30/2025 |
| 04/16/2025 | 30056 | Alexis Burbach | 1,563.00 | 04/30/2025 |
| 04/28/2025 | 30057 | CP BUSINESS MANAGEMENT | 2,406.11 | 04/30/2025 |
| **Total Cleared Checks** | | | **100,129.72** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 03/28/2025 | 330 | :CC Deposit | 1,010.00 | 04/30/2025 |
| 03/28/2025 | 329 | :ACH Deposit | 1,090.00 | 04/30/2025 |
| 03/29/2025 | 332 | :CC Deposit | 925.00 | 04/30/2025 |
| 03/31/2025 | 333 | :ACH/WIPS Deposit | 2,690.00 | 04/30/2025 |
| 03/31/2025 | 334 | :CC Deposit | 505.00 | 04/30/2025 |
| 04/01/2025 | 336 | :CC Deposit | 6,016.00 | 04/30/2025 |
| 04/01/2025 | 335 | :ACH Deposit | 2,045.00 | 04/30/2025 |
| 04/02/2025 | 338 | :CC Deposit | 1,915.00 | 04/30/2025 |
| 04/02/2025 | 3036 | starion 280087880 | 7,985.00 | 04/30/2025 |
| 04/02/2025 | 337 | :ACH Deposit | 2,150.00 | 04/30/2025 |
| 04/03/2025 | 339 | :CC Deposit | 3,350.00 | 04/30/2025 |
| 04/03/2025 | 3037 | | 24,220.00 | 04/30/2025 |
| 04/04/2025 | 340 | :CC Deposit | 1,100.00 | 04/30/2025 |
| 04/04/2025 | 3038 | | 2,040.00 | 04/30/2025 |
| 04/07/2025 | 342 | :ACH/WIPS Deposit | 2,345.00 | 04/30/2025 |
| 04/08/2025 | 343 | :ACH Deposit | 1,060.00 | 04/30/2025 |
| 04/09/2025 | 344 | :CC Deposit | 1,090.00 | 04/30/2025 |
| 04/09/2025 | 3039 | starion 280855090 | 2,115.00 | 04/30/2025 |
| 04/14/2025 | 3043 | tx from security deposit | 12.92 | 04/30/2025 |
| 04/17/2025 | 3040 | starion 281771790 | 1,857.42 | 04/30/2025 |
| **Total Cleared Deposits** | | | **65,521.34** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 01/31/2025 | JE 4019 | RE Tax Escrow (payable 4/31) | -12,749.16 | 04/30/2025 |
| 02/15/2025 | JE 4026 | RE Tax Escrow (payable 4/31) | -12,749.16 | 04/30/2025 |
| 03/31/2025 | JE 4108 | RE Tax Escrow (payable 4/31) | -12,749.16 | 04/30/2025 |
| 04/14/2025 | JE 4094 | Tx RE Escrow to checking for 4/31 pymt | 38,247.48 | 04/30/2025 |
| 04/14/2025 | JE 4101 | Crandall's eviction deposit, moved to checking to use for bills. Reverse when deposit is fully "returned" when re-rented and deposit is "returned" on yardi tenant screen. | 910.00 | 04/30/2025 |
| 04/14/2025 | JE 4100 | :Prog Gen Move Out transfer (SELMER HATLESTAD) - Receipt #32174 | 1,025.00 | 04/30/2025 |
| 04/15/2025 | JE 4117 | :PostRecurring RE Tax Escrow (payable 10/31) | -5,463.93 | 04/30/2025 |
| **Total Cleared Other Items** | | | **-3,528.93** | |

**Balance Sheet**

Generations on 1st
Month = Apr 2025
Book = Cash

| ACCOUNT | | CURRENT BALANCE |
|---|---|---|
| 1111 | Generations Apartment DIP Checking | -5,257.67 |
| 1131 | Generations Real Estate Tax Escrow | 5,463.93 |
| **1150** | **Total DIP Checking Account** | **206.26** |
| | | |
| 1151 | TIF Value | 1,973,040.51 |
| 1153 | Generations Security Deposit Savings Acct | 65,240.00 |
| 1155 | The Dakota Bankruptcy Firm Trust | 113,092.04 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 13,321,518.81 |
| 1630 | Appliances/AC | 344,481.19 |
| 1700 | Land | 834,000.00 |
| 1710 | Total Property and Equipment | 14,500,000.00 |
| | | |
| **1990** | **Total Assets** | **16,651,578.81** |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | Liabilities | |
| 2111 | Generations Security Deposits DIP Acct | 65,240.00 |
| 2700 | Mortgage 1st | 10,864,260.12 |
| 2705 | TIF Mortgage | 1,973,040.51 |
| 2990 | Total Liabilities | 12,772,060.63 |
| | | |
| 3000 | Capital | |
| 3200 | Owner Contribution | 2,175.45 |
| 3800 | Retained Earnings | 3,877,342.73 |
| 3890 | Total Capital | 3,879,518.18 |
| | | |
| **3990** | **Total Liabilities & Capital** | **16,651,578.81** |

5/15/2025 12:37 PM

**Cash Flow Statement**

Generations on 1st

Month = Apr 2025

Book = Cash

| ACCOUNT | | Apr 2025 | Total |
|---|---|---|---|
| 4000 | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 78,305.00 | 78,305.00 |
| 4600 | Garage Income | 2,836.00 | 2,836.00 |
| 4601 | Storage Unit Income | 175.00 | 175.00 |
| 4710 | Less: Incentives | -2,495.00 | -2,495.00 |
| 4715 | Less:  HME Incentives | -515.00 | -515.00 |
| 4720 | Delinquency | -1,090.00 | -1,090.00 |
| 4730 | Less: Vacancy | -8,662.37 | -8,662.37 |
| 4810 | Plus: Prepaid Rent/HOA | -874.00 | -874.00 |
| 4990 | Net Rent/HOA Income | 67,679.63 | 67,679.63 |
| | | | |
| 5600 | Other Income | | |
| 5651 | Lease Fees | 75.00 | 75.00 |
| 5700 | Other Income | 12.92 | 12.92 |
| 5890 | Total Other Income | 87.92 | 87.92 |
| | | | |
| 5990 | Total Income | 67,767.55 | 67,767.55 |
| | | | |
| 6000 | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 75.00 | 75.00 |
| 6210 | Repairs/Maintenance | 95.58 | 95.58 |
| 6240 | HVAC | 164.61 | 164.61 |
| 6242 | Carpet Cleaning | 2,336.55 | 2,336.55 |
| 6260 | Resident Manager | 1,074.13 | 1,074.13 |
| 6275 | Snow Removal | 180.54 | 180.54 |
| 6290 | Janitorial | 1,002.26 | 1,002.26 |
| 6990 | Total Maintenance Expenses | 4,928.67 | 4,928.67 |

**Page 1 of 3**

5/15/2025 12:37 PM

## Cash Flow Statement

Generations on 1st

Month = Apr 2025

Book = Cash

| ACCOUNT | | Apr 2025 | Total |
|---|---|---|---|
| 7000 | Operating Expenses | | |
| 7010 | Offsite Office Rent | 1,312.50 | 1,312.50 |
| 7030 | Offsite Office Utilities | 205.11 | 205.11 |
| 7040 | Offsite Office Equip/Supplies | 214.56 | 214.56 |
| 7055 | Advertising/Marketing | 942.10 | 942.10 |
| 7057 | Software Fee | 73.00 | 73.00 |
| 7060 | Leasing Commissions (payout) | 1,600.00 | 1,600.00 |
| 7065 | Professional Fees | 103.10 | 103.10 |
| 7130 | Internet & Phone Costs/Service | 37.43 | 37.43 |
| 7400 | Property Management | 3,388.38 | 3,388.38 |
| 7420 | Real Estate Taxes | 38,247.49 | 38,247.49 |
| 7440 | Insurance | 2,406.11 | 2,406.11 |
| 7800 | Electricity-Vacant | 267.47 | 267.47 |
| 7801 | Electricity-Building | 586.34 | 586.34 |
| 7861 | Gas-Building | 453.11 | 453.11 |
| 7870 | Water & Sewer | 3,540.42 | 3,540.42 |
| 7880 | Garbage | 207.09 | 207.09 |
| 7990 | Total Operating Expenses | 53,584.21 | 53,584.21 |
| | | | |
| 8001 | Other Expenses | | |
| 8002 | US Court Trustee 0.4% | 708.00 | 708.00 |
| 8004 | Misc. PM Fees | 500.00 | 500.00 |
| 8005 | Misc Professional Fees | 200.00 | 200.00 |
| 8006 | Manager Oversite $45/unit | 3,285.00 | 3,285.00 |
| 8020 | Total Other Expenses | 4,693.00 | 4,693.00 |
| | | | |
| 8990 | Total Expenses | 63,205.88 | 63,205.88 |
| | | | |
| **9090** | **NET INCOME** | **4,561.67** | **4,561.67** |

5/15/2025 12:37 PM

### Cash Flow Statement

Generations on 1st

Month = Apr 2025

Book = Cash

| ACCOUNT | | Apr 2025 | Total |
|---|---|---|---|
| | ADJUSTMENTS | | |
| 1131 | Generations Real Estate Tax Escrow | 32,783.55 | 32,783.55 |
| 2700 | Mortgage 1st | -35,000.00 | -35,000.00 |
| | TOTAL ADJUSTMENTS | -2,216.45 | -2,216.45 |
| | CASH FLOW | 2,345.22 | 2,345.22 |