UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 25-30002 |
| Generations on 1st LLC, | Chapter 11 |
| Debtor. | |
| In Re: | Case No. 25-30003 |
| Parkside Place LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

### NOTES ACCOMPANYING MAY MONTHLY
### OPERATING REPORT FOR GENERATIONS ON 1st LLC

1.    **Beginning Cash Balance.** The Monthly Operating Report (MOR) reflects a beginning cash balance of $114,863.00, consistent with the balances in both the Starion and Trust accounts.

2.    **Total Receipts.** Total receipts deposited in the Starion account amounted to $82,590.81. This amount includes several non-operational/internal transfers: a duplicate rent payment of $1,010.00, an additional security deposit of $1,090.00 collected in error, and two security deposit transfers of $570.00 and $955.00, and a $12,500.00 transfer from the Trust account. After subtracting these amounts, the adjusted receipts reported on the MOR are $66,465.8100**.**

3.    **Total Disbursements.** Total disbursements from the Starion account during the month were $62,926.42. This amount includes two internal adjustments: the return of a duplicate rent payment ($1,010.00) and a security deposit transfer ($1,090.00). After removing these internal transactions, the net operating disbursements reported on the MOR are $60,826.42. Additionally,

Pursuant to the stipulation governing the use of cash collateral ("Stipulation"), the Debtor remitted the sum of $35,000.00 to the Red River State Bank. This amount was applied to debt service in accordance with the terms of the Stipulation.

4.    **Ending Cash Balance.** The MOR reflects an ending balance of $120,502.00. This figure excludes two internal security deposit transfers $955.00 and $570.00, as well as a $12,500.00 transfer from the Trust account to the Starion account. When these amounts are added back, the reconciled ending cash balance is $134,527.36, which matches the month-end balances of the Starion and Trust accounts.

5.    **Accounts Receivable.** Line A of Part 2 reflects balances owed by tenants including Crandall, Heer, Wellnitz, and Herstedt. These balances are comprised of unpaid rent and electricity charges where the utility accounts were not transferred into the tenant's name, resulting in ongoing billing to the Debtor. Remaining entries shown on Line A are attributable to tenant-related security deposit adjustments and are not properly characterized as income. Line B of Part 2 consists solely of the delinquent balance owed by Crandall.

As of the date of this report, Crandall remains listed on the accounts receivable report; however, she is no longer an active tenant. Her tenancy was formally terminated upon the re-rental of her unit on June 1, 2025. Despite the initiation of garnishment proceedings, no payments have been received. The Debtor has been informed by its Watertown counsel that Crandall has changed employers. A new garnishment packet has been submitted to her current employer, who, to date, has not responded. A response is anticipated by the end of the current week. Tenant Heer continues to dispute his outstanding balance and vacated at the end of May without remitting payment for that month.

6.    **Accounts Payable.** Although garage cleaning was originally budgeted for April,

2

the invoices for such services were not received until May and were paid during that period. Additionally, the annual fire alarm inspection was completed by Automatic Building Controls. These inspections incurred additional charges that were not anticipated in the original quote and required prepayment resulting in cost overruns for the month.

A substantial portion of the Debtor's maintenance expenditures during May was attributable to the replacement of five air conditioning units. In each case, replacement was necessary due to the unavailability of parts, the absence of warranty coverage for repairs, or the cost of repair approaching or exceeding that of a new unit. Furthermore, the projected delay in sourcing parts would have left tenants without functioning air conditioning for an unreasonable duration.

7.   **Summary of New Leases Signed, Short Cancel Notification, and Lease Ended.** The following units were vacated at the end of May: #3303 (Crandall, following eviction), # 3515, #3404, #3316, #3214, and #3212. The tenant of unit #3212 transferred to a two-bedroom unit (#3211), and the existing security deposit was transferred accordingly.

New lease agreements were executed during the reporting period for the following units: #3404, #3411, #3511, #3406, #3212, #3214, #3211, #3218, #3316, 3515, #3403, and #3303. The lease for unit #3404 was further amended on June 2, 2025, to include garage access.

Notice of intent to vacate were submitted for units #3505 and #3312, both effective as of July 31, 2025. In addition, the tenant for unit #3502 provided improper notice of intent to vacate on June 30, 2025, and remains contractually liable through July 31, 2025. No new evictions were initiated or completed during the reporting period.

8.   **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject

3

TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly set off by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 05/30/2025*

GENERATIONS ON 1ST LLC                                    Page 1 of 6

Customer Number



## Managing Your Accounts

| | | |
|---|---|---|
| Branch | | 2754 Brandt Dr S
Fargo, ND 58104 |
| Phone | | 701.281.5600 |
| Website | | Starionbank.com |

>001478 4285092 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379



## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | | $31,435.22 |

## ND STAR CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/01/2025 | Beginning Balance | $11,770.83 |
| | 22 Credit(s) This Period | $82,590.81 |
| | 26 Debit(s) This Period | $62,926.42 |
| 05/30/2025 | Ending Balance | $31,435.22 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 05/01/2025 | EDEPOSIT | $431.21 |
| 05/01/2025 | 466720 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8688 ON 4/30/25 | $2,615.00 |
| 05/02/2025 | YARDI CARD DEP 1111Transf XXXXX2582 | $1,010.00 |
| 05/05/2025 | YARDI CARD DEP 1111Transf XXXXX7415 | $925.00 |
| 05/05/2025 | CP BUSINESS MANA Rent XXXXX6888 | $27,770.00 |
| 05/05/2025 | EDEPOSIT | $9,010.00 |
| 05/06/2025 | YARDI CARD DEP 1111Transf XXXXX3004 | $505.00 |
| 05/06/2025 | CPBUSINESSMANAGE Settlement 000023823929658 | $2,980.00 |
| 05/07/2025 | YARDI CARD DEP 1111Transf XXXXX4211 | $1,415.00 |
| 05/07/2025 | YARDI CARD DEP 1111Transf XXXXX6193 | $2,930.00 |
| 05/07/2025 | CPBUSINESSMANAGE Settlement 000023848234310 | $3,905.00 |
| 05/07/2025 | YARDI CARD DEP 1111Transf XXXXX8075 | $6,895.00 |
| 05/09/2025 | CPBUSINESSMANAGE Settlement 000023894994806 | $3,048.32 |
| 05/09/2025 | EDEPOSIT | $1,090.00 |
| 05/12/2025 | YARDI CARD DEP 1111Transf XXXXX1584 | $1,090.00 |
| 05/13/2025 | YARDI CARD DEP 1111Transf XXXXX4418 | $1,090.00 |
| 05/13/2025 | CPBUSINESSMANAGE Settlement 000023916417622 | $1,280.00 |
| 05/14/2025 | 428577 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXXX8669 ON 5/14/25 | $570.00 |
| 05/14/2025 | 426963 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXXX8669 ON 5/14/25 | $955.00 |



EQUAL HOUSING LENDER

Member FDIC

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | |
|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | $ | |
| ADD | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | |
| SUB TOTAL | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
| NUMBER | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➤ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE    BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

024424 1941084 0000000 070774 141548 01/03

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 05/30/2025**

*GENERATIONS ON 1ST LLC*                    *Page 3 of 6*
**Customer Number**              ۰666

## ND STAR CHECKING - _____ ۰6 (continued)

### Other Credits (continued)

| Date | Description | Amount |
|---|---|---|
| 05/19/2025 | 097296 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8688 ON 5/19/25 | $12,500.00 |
| 05/27/2025 | CPBUSINESSMANAGE Settlement 000024003634674 | $165.00 |
| 05/27/2025 | YARDI CARD DEP 1111Transf XXXXX0364 | $411.23 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 05/13/2025 | CP BUSINESS MANA ref.dbl XXXXX6888 | $1,010.00 |
| 05/13/2025 | 208979 ONLINE BANKING TRANSFER TO ND SAVINGS NON PE XXXXX8669 ON 5/13/25 | $1,090.00 |
| 05/20/2025 | QUARTERLY FEE PAYMENT 0000 | $288.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 30058 | 05/06/2025 | $164.61 | 30066 | 05/16/2025 | $1,002.26 | 30074 | 05/20/2025 | $35,000.00 |
| 30059 | 05/07/2025 | $942.10 | 30067 | 05/06/2025 | $85.02 | 30075 | 05/27/2025 | $570.00 |
| 30060 | 05/05/2025 | $37.43 | 30068 | 05/14/2025 | $708.00 | 30077* | 05/20/2025 | $302.10 |
| 30061 | 05/07/2025 | $103.10 | 30069 | 05/06/2025 | $1,111.13 | 30079* | 05/22/2025 | $826.50 |
| 30062 | 05/07/2025 | $2,336.55 | 30070 | 05/20/2025 | $75.00 | 30080 | 05/29/2025 | $288.00 |
| 30063 | 05/16/2025 | $207.09 | 30071 | 05/05/2025 | $5,929.95 | 30081 | 05/27/2025 | $120.00 |
| 30064 | 05/06/2025 | $95.58 | 30072 | 05/05/2025 | $3,285.00 | 30082 | 05/28/2025 | $2,406.14 |
| 30065 | 05/13/2025 | $180.54 | 30073 | 05/23/2025 | $4,762.32 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/01/2025 | $14,817.04 | 05/12/2025 | $63,299.94 | 05/22/2025 | $39,005.45 |
| 05/02/2025 | $15,827.04 | 05/13/2025 | $63,389.40 | 05/23/2025 | $34,243.13 |
| 05/05/2025 | $41,943.11 | 05/14/2025 | $64,206.40 | 05/27/2025 | $34,129.36 |
| 05/06/2025 | $43,971.77 | 05/16/2025 | $62,997.05 | 05/28/2025 | $31,723.22 |
| 05/07/2025 | $58,071.57 | 05/19/2025 | $75,497.05 | 05/29/2025 | $31,435.22 |
| 05/09/2025 | $62,209.94 | 05/20/2025 | $39,831.95 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

*Chk 30076 - Dep. tx from #3317 - stayed in Sec. Dep. Act*

*Chk 30078 - VOID - misprint.*





**Electronic Credit**

Starion Bank 02#E006635          Deposit Number:   284321581

Processing Date:   2025-05-09     Deposit Amount: $     1090.00

Description:    yardi 3045
Online User ID:  CPMINDY
Deposit made to:  8666 GENERATIONS ON

091310767                          11

#0000              05/13/2025              $1,090.00



#30058             05/06/2025              $164.61



#30059             05/07/2025              $942.10



#30060             05/05/2025              $37.43



#30061             05/07/2025              $103.10



#30062             05/05/2025              $2,336.55



#30063             05/16/2025              $207.09



#30064             05/06/2025              $95.58



#30065             05/13/2025              $180.54



#30066             05/16/2025              $1,002.26

024424 1941084 0000000 0000000 070775 141550 02/03

# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 05/30/2025*

GENERATIONS ON 1ST LLC                    Page 5 of 6

**Customer Number:**



#30067          05/06/2025                    $85.02



#30068          05/14/2025                    $708.00



#30069          05/06/2025                    $1,111.13



#30070          05/20/2025                    $75.00



#30071          05/05/2025                    $5,929.95



#30072          05/05/2025                    $3,285.00



#30073          05/23/2025                    $4,762.32



#30074          05/20/2025                    $35,000.00



#30075          05/27/2025                    $570.00



#30077          05/20/2025                    $302.10

GENERATIONS ON 1ST LLC                    Statement Ending 05/30/2025                    Page 6 of 6



#30079                    05/22/2025                    $826.50



#30080                    05/29/2025                    $288.00



#30081                    05/27/2025                    $120.00



#30082                    05/28/2025                    $2,406.14

024424 1941084 0000000 070776 141552 03/03

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 06/01/2025**

GENERATIONS ON 1ST LLC                                     Page 1 of 4
Customer Number:

>001031 4242495 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379



## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |

---

### Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | | $68,075.00 |

## REGULAR SAVINGS NON PERS - 669

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2025 | Beginning Balance | $62,067.92 |
| | 5 Credit(s) This Period | $9,480.00 |
| | 5 Debit(s) This Period | $3,472.92 |
| 06/01/2025 | Ending Balance | $68,075.00 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2025 | Beginning Balance | | | $62,067.92 |
| 04/14/2025 | 087063 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 4/14/25 | $12.92 | | $62,055.00 |
| 04/14/2025 | 078986 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 4/14/25 | $910.00 | | $61,145.00 |
| 04/14/2025 | 078486 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 4/14/25 | $1,025.00 | | $60,120.00 |
| 04/17/2025 | EDEPOSIT | | $1,010.00 | $61,130.00 |
| 05/01/2025 | EDEPOSIT | | $4,110.00 | $65,240.00 |
| 05/12/2025 | EDEPOSIT | | $1,090.00 | $66,330.00 |
| 05/13/2025 | 208979 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8666 ON 5/13/25 | | $1,090.00 | $67,420.00 |
| 05/13/2025 | EDEPOSIT | | $2,180.00 | $69,600.00 |
| 05/14/2025 | 428577 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 5/14/25 | $570.00 | | $69,030.00 |
| 05/14/2025 | 426963 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 5/14/25 | $955.00 | | $68,075.00 |
| 06/01/2025 | Ending Balance | | | $68,075.00 |





Member FDIC
EQUAL HOUSING LENDER

GENERATIONS ON 1ST LLC                                    Statement Ending 06/01/2025                    Page 2 of 4

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

### Billing Rights Summary

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

### Computing the Interest Charge on Ready Credit

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | |
|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | $ |
| ADD | | |
| | DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | |
| | | |
| | | |
| SUB TOTAL | | $ |

| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| TOTAL CHECKS NOT LISTED | ➡ | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE    BALANCE | | $ |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

037363 1941253 0000000 070993 141986 01/02

# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 06/01/2025*

GENERATIONS ON 1ST LLC
*Customer Number:*

*Page 3 of 4*

## REGULAR SAVINGS NON PERS - ᴗ69 (continued)

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



GENERATIONS ON 1ST LLC                              Statement Ending 06/01/2025                              Page 4 of 4

Starionbank.com

**GO1 DIP**
**Bank Rec In-Progress Report**

---

| Balance Per Bank Statement as of 05/31/2025 | | | 0.00 |
|---|---|---|---|

**Outstanding Deposits**

| Deposit Date | Deposit Number | | Amount |
|---|---|---|---|
| 05/29/2025 | 364 | :CC Deposit | 1,935.00 |
| 05/30/2025 | 366 | :ACH/WIPS Deposit | 2,690.00 |
| **Plus: Outstanding Deposits** | | | **4,625.00** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 05/31/2025 | 30083 | JESSE CRAIG | 3,285.00 |
| 05/31/2025 | 30084 | Alexis Burbach | 2,399.45 |
| 05/31/2025 | 30085 | BRADLEY WARNS | 320.00 |
| 05/31/2025 | 30086 | APARTMENTS LLC | 649.00 |
| 05/31/2025 | 30087 | AUTOMATIC BUILDING CONTROLS | 412.06 |
| 05/31/2025 | 30088 | BLUEPEAK | 22.43 |
| 05/31/2025 | 30089 | Capital One Commercial | 158.43 |
| 05/31/2025 | 30090 | GEORGES SANITATION | 207.09 |
| 05/31/2025 | 30091 | HOMEMAKER'S VILLA | 3,120.82 |
| 05/31/2025 | 30092 | POPHAM CONSTRUCTION | 642.51 |
| 05/31/2025 | 30093 | RUSCO WINDOW | 101.03 |
| 05/31/2025 | 30094 | SCHUMACHER | 666.93 |
| 05/31/2025 | 30095 | TURFWURX PROPERTY MAINTENANCE | 180.54 |
| 05/31/2025 | 30096 | WHITE GLOVE CLEANING | 1,801.69 |
| 05/31/2025 | 30097 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,724.38 |
| 05/31/2025 | 30099 | CP BUSINESS MANAGEMENT | 6,013.08 |
| **Less: Outstanding Checks** | | | **24,704.44** |

**Other Items**

| Date | Notes | | Amount |
|---|---|---|---|
| 01/31/2025 | JE 4019 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 02/15/2025 | JE 4026 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 03/31/2025 | JE 4108 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 04/15/2025 | JE 4117 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| **Plus / Minus: Other Items** | | | **-43,711.41** |
| **Reconciled Bank Balance** | | | **-63,790.85** |

| Balance per GL as of 05/31/2025 | | | 7,865.31 |
|---|---|---|---|
| **Reconciled Balance Per G/L** | | | **7,865.31** |

| **Difference** | | | **-71,656.16** |
|---|---|---|---|

**Cleared Items:**
**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/29/2025 | 30000 | Mindy Craig | 2,415.58 | 02/28/2025 |
| 03/28/2025 | 30036 | JESSE CRAIG | 3,285.00 | 04/30/2025 |
| 03/31/2025 | 30037 | Alexis Burbach | 324.97 | 04/30/2025 |
| 03/31/2025 | 30038 | BLUEPEAK | 22.43 | 04/30/2025 |
| 03/31/2025 | 30039 | Capital One Commercial | 11.99 | 04/30/2025 |
| 03/31/2025 | 30040 | GEORGES SANITATION | 207.09 | 04/30/2025 |

**GO1 DIP**
**Bank Rec In-Progress Report**

| 03/31/2025 | 30041 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 3,403.96 | 04/30/2025 |
|---|---|---|---|---|
| 03/31/2025 | 30043 | SIGN PRO | 116.10 | 04/30/2025 |
| 03/31/2025 | 30044 | TURFWURX PROPERTY MAINTENANCE | 90.27 | 04/30/2025 |
| 03/31/2025 | 30045 | WHITE GLOVE CLEANING | 272.15 | 04/30/2025 |
| 03/31/2025 | 30046 | WMU WATERTOWN MUNICIPAL UTILITIES | 63.18 | 04/30/2025 |
| 03/31/2025 | 30047 | AUTOMATIC BUILDING CONTROLS | 1,403.96 | 04/30/2025 |
| 03/31/2025 | 30048 | Alexis Burbach | 646.49 | 04/30/2025 |
| 03/31/2025 | 30049 | JORDAN BERNDT | 90.00 | 04/30/2025 |
| 03/31/2025 | 30050 | WHITE GLOVE CLEANING | 743.40 | 04/30/2025 |
| 03/31/2025 | 30051 | CP BUSINESS MANAGEMENT | 6,176.57 | 04/30/2025 |
| 03/31/2025 | 30052 | WMU WATERTOWN MUNICIPAL UTILITIES | 5,066.96 | 04/30/2025 |
| 04/10/2025 | 30053 | RED RIVER STATE BANK | 35,000.00 | 04/30/2025 |
| 04/14/2025 | 30054 | CODINGTON COUNTY TREASURER | 38,247.49 | 04/30/2025 |
| 04/14/2025 | 30055 | HATLESTAD | 988.60 | 04/30/2025 |
| 04/16/2025 | 30056 | Alexis Burbach | 1,563.00 | 04/30/2025 |
| 04/28/2025 | 30057 | CP BUSINESS MANAGEMENT | 2,406.11 | 04/30/2025 |
| 04/30/2025 | 30058 | ACTIVE HEATING INC | 164.61 | 05/30/2025 |
| 04/30/2025 | 30059 | APARTMENTS LLC | 942.10 | 05/30/2025 |
| 04/30/2025 | 30060 | BLUEPEAK | 37.43 | 05/30/2025 |
| 04/30/2025 | 30061 | CARRICO LAW | 103.10 | 05/30/2025 |
| 04/30/2025 | 30062 | DAKOTA CLEAN LLC | 2,336.55 | 05/30/2025 |
| 04/30/2025 | 30063 | GEORGES SANITATION | 207.09 | 05/30/2025 |
| 04/30/2025 | 30064 | NORRIS CARPET CARE | 95.58 | 05/30/2025 |
| 04/30/2025 | 30065 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 05/30/2025 |
| 04/30/2025 | 30066 | WHITE GLOVE CLEANING | 1,002.26 | 05/30/2025 |
| 04/30/2025 | 30067 | WMU WATERTOWN MUNICIPAL UTILITIES | 85.02 | 05/30/2025 |
| 04/30/2025 | 30068 | U.S. TRUSTEES | 708.00 | 05/30/2025 |
| 04/30/2025 | 30069 | Alexis Burbach | 1,111.13 | 05/30/2025 |
| 04/30/2025 | 30070 | JAXON SCHMIDT | 75.00 | 05/30/2025 |
| 04/30/2025 | 30071 | CP BUSINESS MANAGEMENT | 5,929.95 | 05/30/2025 |
| 04/30/2025 | 30072 | JESSE CRAIG | 3,285.00 | 05/30/2025 |
| 04/30/2025 | 30073 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,762.32 | 05/30/2025 |
| 05/12/2025 | 30074 | RED RIVER STATE BANK | 35,000.00 | 05/30/2025 |
| 05/14/2025 | 30075 | HALL | 570.00 | 05/30/2025 |
| 05/14/2025 | 30076 | HALL | 520.00 | 05/30/2025 |
| 05/14/2025 | 30077 | MYERS | 302.10 | 05/30/2025 |
| 05/15/2025 | 30079 | Alexis Burbach | 826.50 | 05/30/2025 |
| 05/15/2025 | 30080 | BRADLEY WARNS | 288.00 | 05/30/2025 |
| 05/15/2025 | 30081 | JORDAN BERNDT | 120.00 | 05/30/2025 |
| 05/19/2025 | ACH ONLINE | U.S. TRUSTEES | 288.00 | 05/30/2025 |
| 05/28/2025 | 30082 | CP BUSINESS MANAGEMENT | 2,406.14 | 05/30/2025 |
| **Total Cleared Checks** | | | **163,891.72** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 3025 | yardi test | 0.08 | 01/31/2025 |
| 01/31/2025 | 3006 | ACH BATCH 1/31/25 | 2,730.00 | 01/31/2025 |
| 01/31/2025 | 3007 | ACH BATCH 1/31/25 | 2,565.00 | 02/28/2025 |
| 02/01/2025 | 304 | :CC Deposit | 3,915.00 | 02/28/2025 |
| 02/02/2025 | 306 | :CC Deposit | 1,207.52 | 02/28/2025 |
| 02/03/2025 | 307 | :ACH/WIPS Deposit | 8,140.00 | 02/28/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 02/03/2025 | 308 | :CC Deposit | 2,772.02 | 02/28/2025 |
| 02/03/2025 | 3005 | ACH BATCH 2/3/25 | 21,220.00 | 02/28/2025 |
| 02/03/2025 | 3011 | starion 1490040070 | 1,060.00 | 02/28/2025 |
| 02/03/2025 | 3016 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 309 | :ACH Deposit | 1,060.00 | 02/28/2025 |
| 02/05/2025 | 310 | :CC Deposit | 2,400.00 | 02/28/2025 |
| 02/05/2025 | 3008 | ACH 2/5/25 | 990.00 | 02/28/2025 |
| 02/06/2025 | 311 | :CC Deposit | 2,010.05 | 02/28/2025 |
| 02/06/2025 | 3012 | starion 273963540 | 2,400.00 | 02/28/2025 |
| 02/06/2025 | 3017 | starion 27396420 | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 3024 | YARDI CARD DEPXXXXX6072 | 1,005.00 | 02/28/2025 |
| 02/07/2025 | 3010 | starion 274088817 | 1,090.00 | 02/28/2025 |
| 02/11/2025 | 312 | :CC Deposit | 790.00 | 02/28/2025 |
| 02/12/2025 | 3009 | | 1,010.00 | 02/28/2025 |
| 02/12/2025 | 3015 | | 1,090.00 | 02/28/2025 |
| 02/12/2025 | 3018 | deposit #3014 | 7,745.00 | 02/28/2025 |
| 02/13/2025 | 3022 | starion 274814784 | 1,070.00 | 02/28/2025 |
| 02/14/2025 | 3021 | starion 274807557 | 2,900.00 | 02/28/2025 |
| 02/14/2025 | 3023 | starion 274815374 | 2,190.00 | 02/28/2025 |
| 02/14/2025 | 3026 | starion ach | 562.56 | 02/28/2025 |
| 02/28/2025 | 314 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 02/28/2025 | 3027 | starion 276375176 | 450.00 | 02/28/2025 |
| 02/28/2025 | 3033 | hme wire 2/28/25 | 3,305.45 | 02/28/2025 |
| 02/28/2025 | 313 | :ACH Deposit | 3,780.00 | 03/31/2025 |
| 03/01/2025 | 317 | :CC Deposit | 925.00 | 03/31/2025 |
| 03/01/2025 | 318 | :CC Deposit | 4,820.00 | 03/31/2025 |
| 03/02/2025 | 320 | :CC Deposit | 1,985.00 | 03/31/2025 |
| 03/03/2025 | 319 | :ACH/WIPS Deposit | 4,195.00 | 03/31/2025 |
| 03/03/2025 | 321 | :CC Deposit | 3,010.00 | 03/31/2025 |
| 03/03/2025 | 3029 | | 22,960.00 | 03/31/2025 |
| 03/04/2025 | 322 | :CC Deposit | 2,000.00 | 03/31/2025 |
| 03/05/2025 | 3030 | starion 276963007 | 9,250.49 | 03/31/2025 |
| 03/05/2025 | 3032 | ach | 1,760.00 | 03/31/2025 |
| 03/05/2025 | 323 | :ACH Deposit | 450.00 | 03/31/2025 |
| 03/06/2025 | 325 | :ACH/WIPS Deposit | 1,560.00 | 03/31/2025 |
| 03/06/2025 | 326 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 03/07/2025 | 327 | :ACH Deposit | 1,280.00 | 03/31/2025 |
| 03/10/2025 | 3031 | starion 277477818 | 1,090.00 | 03/31/2025 |
| 03/10/2025 | 328 | :ACH Deposit | 565.00 | 03/31/2025 |
| 03/28/2025 | 330 | :CC Deposit | 1,010.00 | 04/30/2025 |
| 03/28/2025 | 3035 | starion 279534933 | 3,673.40 | 03/31/2025 |
| 03/28/2025 | 329 | :ACH Deposit | 1,090.00 | 04/30/2025 |
| 03/29/2025 | 332 | :CC Deposit | 925.00 | 04/30/2025 |
| 03/31/2025 | 333 | :ACH/WIPS Deposit | 2,690.00 | 04/30/2025 |
| 03/31/2025 | 334 | :CC Deposit | 505.00 | 04/30/2025 |
| 04/01/2025 | 336 | :CC Deposit | 6,016.00 | 04/30/2025 |
| 04/01/2025 | 335 | :ACH Deposit | 2,045.00 | 04/30/2025 |
| 04/02/2025 | 338 | :CC Deposit | 1,915.00 | 04/30/2025 |
| 04/02/2025 | 3036 | starion 280087880 | 7,985.00 | 04/30/2025 |
| 04/02/2025 | 337 | :ACH Deposit | 2,150.00 | 04/30/2025 |
| 04/03/2025 | 339 | :CC Deposit | 3,350.00 | 04/30/2025 |
| 04/03/2025 | 3037 | | 24,220.00 | 04/30/2025 |
| 04/04/2025 | 340 | :CC Deposit | 1,100.00 | 04/30/2025 |
| 04/04/2025 | 3038 | | 2,040.00 | 04/30/2025 |
| 04/07/2025 | 342 | :ACH/WIPS Deposit | 2,345.00 | 04/30/2025 |
| 04/08/2025 | 343 | :ACH Deposit | 1,060.00 | 04/30/2025 |
| 04/09/2025 | 344 | :CC Deposit | 1,090.00 | 04/30/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| 04/09/2025 | 3039 | starion 280855090 | 2,115.00 | 04/30/2025 |
|---|---|---|---|---|
| 04/14/2025 | 3043 | tx from security deposit | 12.92 | 04/30/2025 |
| 04/17/2025 | 3040 | starion 281771790 | 1,857.42 | 04/30/2025 |
| 04/28/2025 | 345 | :CC Deposit | 1,010.00 | 05/30/2025 |
| 04/29/2025 | 346 | :CC Deposit | 925.00 | 05/30/2025 |
| 04/30/2025 | 348 | :ACH/WIPS Deposit | 2,980.00 | 05/30/2025 |
| 04/30/2025 | 349 | :CC Deposit | 505.00 | 05/30/2025 |
| 04/30/2025 | 3041 | starion | 2,615.00 | 05/30/2025 |
| 04/30/2025 | 3042 | starion 283347649 | 431.21 | 05/30/2025 |
| 05/01/2025 | 352 | :ACH/WIPS Deposit | 3,905.00 | 05/30/2025 |
| 05/01/2025 | 353 | :CC Deposit | 6,895.00 | 05/30/2025 |
| 05/02/2025 | 354 | :CC Deposit | 2,930.00 | 05/30/2025 |
| 05/03/2025 | 356 | :CC Deposit | 1,415.00 | 05/30/2025 |
| 05/04/2025 | 3046 | | 25,780.00 | 05/30/2025 |
| 05/04/2025 | 3047 | ach- part of big batch | 1,990.00 | 05/30/2025 |
| 05/05/2025 | 358 | :ACH/WIPS Deposit | 3,048.37 | 05/30/2025 |
| 05/05/2025 | 3044 | starion 283701901 | 9,010.00 | 05/30/2025 |
| 05/06/2025 | 359 | :CC Deposit | 1,090.00 | 05/30/2025 |
| 05/07/2025 | 361 | :CC Deposit | 1,090.00 | 05/30/2025 |
| 05/07/2025 | 360 | :ACH Deposit | 1,280.00 | 05/30/2025 |
| 05/09/2025 | 3045 | starion 284321581 | 1,090.00 | 05/30/2025 |
| 05/19/2025 | 3058 | tx from park chk | 12,500.00 | 05/30/2025 |
| 05/20/2025 | 363 | :CC Deposit | 411.23 | 05/30/2025 |
| 05/20/2025 | 362 | :ACH Deposit | 165.00 | 05/30/2025 |
| **Total Cleared Deposits** | | | **290,113.72** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 300 | yardi | -0.10 | 01/31/2025 |
| 02/03/2025 | 301 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 302 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | 304 | STARION FINANCIAL | -10.00 | 02/28/2025 |
| 02/28/2025 | 303 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | RC 31389 | Returned item PAIGE HALL | -990.00 | 02/28/2025 |
| 02/14/2025 | JE 4011 | :Prog Gen Move Out transfer (VERNA OLSON) - Receipt #31568 | 955.00 | 02/28/2025 |
| 02/14/2025 | JE 4012 | :Prog Gen Move Out transfer (KYLE WISSEMAN) - Receipt #31569 | 955.00 | 02/28/2025 |
| 04/14/2025 | JE 4094 | Tx RE Escrow to checking for 4/31 pymt | 38,247.48 | 05/30/2025 |
| 04/14/2025 | JE 4101 | Crandall's eviction deposit, moved to checking to use for bills. Reverse when deposit is fully "returned" when re-rented and deposit is "returned" on yardi tenant screen. | 910.00 | 04/30/2025 |
| 04/14/2025 | JE 4100 | :Prog Gen Move Out transfer (SELMER HATLESTAD) - Receipt #32174 | 1,025.00 | 05/30/2025 |
| 05/13/2025 | RC 32490 | Returned item TARYN OPDAHL | -1,010.00 | 05/30/2025 |
| 05/14/2025 | JE 4136 | :Prog Gen Move Out transfer (PAIGE HALL) - Receipt #32494 | 570.00 | 05/30/2025 |
| 05/14/2025 | JE 4135 | :Prog Gen Move Out transfer (PAIGE HALL) - Receipt #32493 | 1,090.00 | 05/30/2025 |
| 05/14/2025 | JE 4137 | :Prog Gen Move Out transfer (HELGA MYERS) - Receipt #32497 | 955.00 | 05/30/2025 |
| 05/15/2025 | JE 4142 | :PostRecurring RE Tax Escrow (payable 10/31) | -5,463.93 | 05/30/2025 |
| **Total Cleared Other Items** | | | **37,173.45** | |

**Balance Sheet**

Owner = Generations On 1st (Generations on 1st)
Generations on 1st
Month = May 2025
Book = Cash

| ACCOUNT | CURRENT BALANCE |
|---|---|
| Generations Apartment DIP Checking | 7,865.31 |
| Generations Real Estate Tax Escrow | 10,927.86 |
| **Total DIP Checking Account** | **18,793.17** |
| | |
| TIF Value | 1,973,040.51 |
| Generations Security Deposit Savings Acct | 75,085.00 |
| The Dakota Bankruptcy Firm Trust | 100,592.04 |
| | |
| Property and Equipment | |
| Buildings | 13,321,518.81 |
| Appliances/AC | 344,481.19 |
| Land | 834,000.00 |
| Total Property and Equipment | 14,500,000.00 |
| | |
| **Total Assets** | **16,667,510.72** |
| | |
| **LIABILITIES & CAPITAL** | |
| | |
| Liabilities | |
| Generations Security Deposits DIP Acct | 75,085.00 |
| Mortgage 1st | 10,829,260.12 |
| TIF Mortgage | 1,973,040.51 |
| Total Liabilities | 12,727,215.63 |
| | |
| Capital | |
| Owner Contribution | 14,675.45 |
| Retained Earnings | 3,925,619.64 |
| Total Capital | 3,940,295.09 |
| | |
| **Total Liabilities & Capital** | **16,667,510.72** |

Monday, June 16, 2025
10:14 AM

6/11/2025 11:01 AM

**12 Months Cash Flow Statement**

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = May 2025

Book = Cash

| ACCOUNT | | May 2025 | Total |
|---|---|---:|---:|
| **4000** | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 78,305.00 | 78,305.00 |
| 4600 | Garage Income | 2,904.00 | 2,904.00 |
| 4601 | Storage Unit Income | 215.00 | 215.00 |
| 4710 | Less: Incentives | -2,570.00 | -2,570.00 |
| 4715 | Less:  HME Incentives | -515.00 | -515.00 |
| 4720 | Delinquency | -3,185.00 | -3,185.00 |
| 4730 | Less: Vacancy | -6,212.51 | -6,212.51 |
| 4810 | Plus: Prepaid Rent/HOA | 740.00 | 740.00 |
| 4990 | Net Rent/HOA Income | 69,681.49 | 69,681.49 |
| | | | |
| 5990 | Total Income | 69,681.49 | 69,681.49 |
| | | | |
| **6000** | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 728.00 | 728.00 |
| 6210 | Repairs/Maintenance | 187.06 | 187.06 |
| 6220 | Painting/Decorating | -453.00 | -453.00 |
| 6235 | Electrical/Fire Prevention | 412.06 | 412.06 |
| 6236 | Elevator | 666.93 | 666.93 |
| 6250 | Appliances/Laundry | 3,120.82 | 3,120.82 |
| 6260 | Resident Manager | 995.95 | 995.95 |
| 6275 | Snow Removal | 180.54 | 180.54 |
| 6290 | Janitorial | 2,346.70 | 2,346.70 |
| 6990 | Total Maintenance Expenses | 8,185.06 | 8,185.06 |
| | | | |
| 7000 | Operating Expenses | | |
| 7010 | Offsite Office Rent | 1,312.50 | 1,312.50 |
| 7030 | Offsite Office Utilities | 84.80 | 84.80 |
| 7040 | Offsite Office Equip/Supplies | 308.71 | 308.71 |
| 7055 | Advertising/Marketing | 649.00 | 649.00 |
| 7057 | Software Fee | 73.00 | 73.00 |
| 7060 | Leasing Commissions (payout) | 2,200.00 | 2,200.00 |
| 7130 | Internet & Phone Costs/Service | 22.43 | 22.43 |
| 7400 | Property Management | 3,484.07 | 3,484.07 |
| 7440 | Insurance | 2,406.14 | 2,406.14 |
| 7800 | Electricity-Vacant | -46.07 | -46.07 |
| 7801 | Electricity-Building | 548.41 | 548.41 |
| 7861 | Gas-Building | 366.52 | 366.52 |
| 7870 | Water & Sewer | 3,569.92 | 3,569.92 |
| 7880 | Garbage | 207.09 | 207.09 |
| 7990 | Total Operating Expenses | 15,186.52 | 15,186.52 |
| | | | |
| 8001 | Other Expenses | | |
| 8002 | US Court Trustee 0.4% | 288.00 | 288.00 |
| 8004 | Misc. PM Fees | 500.00 | 500.00 |
| 8005 | Misc Professional Fees | 200.00 | 200.00 |
| 8006 | Manager Oversite $45/unit | 3,285.00 | 3,285.00 |
| 8020 | Total Other Expenses | 4,273.00 | 4,273.00 |
| | | | |
| 8990 | Total Expenses | 27,644.58 | 27,644.58 |
| | | | |
| **9090** | **NET INCOME** | **42,036.91** | **42,036.91** |
| | | | |
| | ADJUSTMENTS | | |
| 1131 | Generations Real Estate Tax Escrow | -5,463.93 | -5,463.93 |
| 2700 | Mortgage 1st | -35,000.00 | -35,000.00 |
| | | | |
| | TOTAL ADJUSTMENTS | -40,463.93 | -40,463.93 |
| | | | |
| | CASH FLOW | 1,572.98 | 1,572.98 |