UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>Debtor. | Case No.:  25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTES ACCOMPANYING JUNE MONTHLY
OPERATING REPORT FOR GENERATIONS ON 1st LLC**

1.    **Basis for Accounting.** All supporting documentation for the June Monthly Operating Report has been prepared on a cash basis using Yardi, the Debtor's third-party accounting and reporting platform. Yardi records all receipts and disbursements at the time funds are received or sent through the system. As a result, certain transactions may be reflected in the report but not yet appear on the June 2025 bank statement due to delays in processing between Yardi and the financial institution. These timing differences are inherent in the cash basis method and may not be fully reflected in the bank reconciliation report

2.    **Cash Balance.** The Monthly Operating Report ("MOR") accurately reflects a beginning cash balance of $134,527.26 for Trust and Starion.

3.    **Total Receipts**. The total receipts deposited into the Starion account were $83,529.20. This figure included an internal transfer of the security deposit, which amounted to $3,525.00. After subtracting this non-operational receipt, the remaining receipts on the MOR were $80,014.00.

4.      **Total Disbursements**. The total disbursements amounted to $60,836.52. As per the stipulation governing the use of cash collateral, the Debtor remitted $35,000.00 to the Red River State Bank. This amount was applied to debt service in accordance with the stipulation's terms.

5.      **Ending Balance.** The MOR shows an ending cash balance of $153,705.00. the actual combined balances in the Trust and Starion accounts at month-end totaled $144,729.94. The MOR figure reflects the addition of a $12,500.00 transfer from the Trust account to the Starion account and the subtraction of an internal security deposit transfer of  $3,525.00. These adjustments reconcile to the $153,705.00 reported on the MOR.

6.      **Accounts Receivable.** The account receivable reported for the period include a combination of charges assessed to tenants, including outstanding electric utility charges, late fees, and one-half month's unpaid rent. In addition, several balances stem from security deposit adjustments or anticipated re-rental fees that will be assessed upon the tenants' vacating the premises. While these amounts are recorded in the reports, they do not constitute traditional accounts receivable in the form of collectible income and are not presently due. The Debtor continues to monitor all tenant accounts and will make appropriate adjustments as the underlying obligations are finalized.

7.      **Summary of New Leases Signed, Short Cancel Notification, and Lease Ended.**
During the month of June, unit #3208, #3403, and #3318 were vacated. New leases agreements were executed for unit #3418. Notice of intent to vacate were submitted for unit #3304, #3518, #3503, all effective as of August 30, 2025Additionally, the tenant of unit #3418 provided inadequate notice of their intention to vacate, although the unit is re-rented for July 22, 2025. Similarly, the tenant of unit #3315 provided improper notice, requesting to vacate on September 1, 2025. The tenant is responsible for paying rent until October 31, 2025.

2

8.     **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly setoff by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 06/30/2025**

*GENERATIONS ON 1ST LLC*                                    Page 1 of 6
**Customer Number:**

>001488 4865271 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

0556 6193
DC02

‖‖·‖‖·‖·‖·‖·‖‖·‖‖·‖·‖·‖·‖·‖·‖·‖·‖‖·‖



## Managing Your Accounts

| 🏛 Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| 👤 Phone | 701.281.5600 |
| 💻 Website | Starionbank.com |

## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
| --- | --- | --- |
| ND STAR CHECKING | 6 | $54,137.90 |

# ND STAR CHECKING -

## Account Summary

| Date | Description | Amount |
| --- | --- | --- |
| 05/31/2025 | **Beginning Balance** | **$31,435.22** |
| | 27 Credit(s) This Period | $83,539.20 |
| | 21 Debit(s) This Period | $60,836.52 |
| 06/30/2025 | **Ending Balance** | **$54,137.90** |
| | Service Charges | $0.75 |

## Other Credits

| Date | Description | Amount |
| --- | --- | --- |
| 06/02/2025 | EDEPOSIT | $7,160.00 |
| 06/03/2025 | CP BUSINESS MANA Rent XXXXX6888 | $27,770.00 |
| 06/03/2025 | EDEPOSIT | $1,077.49 |
| 06/03/2025 | EDEPOSIT | $3,255.00 |
| 06/04/2025 | YARDI CARD DEP 1111Transf XXXXX6667 | $1,935.00 |
| 06/05/2025 | CPBUSINESSMANAGE Settlement 000024074759002 | $2,690.00 |
| 06/05/2025 | YARDI CARD DEP 1111Transf XXXXX1521 | $6,455.00 |
| 06/06/2025 | YARDI CARD DEP 1111Transf XXXXX9218 | $3,199.66 |
| 06/06/2025 | CPBUSINESSMANAGE Settlement 000024114783170 | $5,285.00 |
| 06/09/2025 | YARDI CARD DEP 1111Transf XXXXX9162 | $252.50 |
| 06/09/2025 | EDEPOSIT | $3,190.00 |
| 06/10/2025 | YARDI CARD DEP 1111Transf XXXXX8517 | $1,410.00 |
| 06/11/2025 | YARDI CARD DEP 1111Transf XXXXX5521 | $1,090.00 |
| 06/11/2025 | EDEPOSIT | $200.00 |
| 06/11/2025 | EDEPOSIT | $450.00 |
| 06/11/2025 | EDEPOSIT | $450.00 |
| 06/11/2025 | EDEPOSIT | $8,333.33 |
| 06/12/2025 | CPBUSINESSMANAGE Settlement 000024168352210 | $491.67 |
| 06/13/2025 | CPBUSINESSMANAGE Settlement 000024184353466 | $1,280.00 |
| 06/13/2025 | 762793 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXXX8669 ON 6/13/25 | $3,525.00 |

*JE: Deposits*
*Gjerg, Heer, Thielen,*
*Nierman*

Member **FDIC**
EQUAL HOUSING LENDER

CSTMTADV 1071 0001 127 07 20250701 PG 1 OF 4
00564193   55735231.1   0-0

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | | | |
|---|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | $ | |
| ADD | | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | | |
| | | | | |
| SUB TOTAL | | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | | |
| NUMBER | AMOUNT | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL CHECKS NOT LISTED | | | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE   BALANCE | | | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE



# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 06/30/2025*

GENERATIONS ON 1ST LLC                    *Page 3 of 6*
**Customer Number:**

---

## ND STAR CHECKING -                    (continued)

### Other Credits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 06/16/2025 | CPBUSINESSMANAGE Settlement 000024193920754 | $1,010.00 |
| 06/17/2025 | YARDI CARD DEP 1111Transf XXXXX5723 | $32.05 |
| 06/17/2025 | YARDI CARD DEP 1111Transf XXXXX5497 | $300.00 |
| 06/20/2025 | CPBUSINESSMANAGE Settlement 000024218364534 | $1,065.00 |
| 06/24/2025 | YARDI CARD DEP 1111Transf XXXXX6496 | $290.00 |
| 06/26/2025 | YARDI CARD DEP 1111Transf XXXXX7292 | $447.50 |
| 06/26/2025 | YARDI CARD DEP 1111Transf XXXXX8478 | $895.00 |



### Other Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 06/16/2025 | 060456 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 6/16/25 | $20.00 |
| 06/30/2025 | SERVICE CHARGE | $0.75 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|-------:|-----------|------|-------:|-----------|------|-------:|
| 30083 | 06/04/2025 | $3,285.00 | 30090 | 06/23/2025 | $207.09 | 30097 | 06/17/2025 | $4,724.38 |
| 30084 | 06/09/2025 | $2,399.45 | 30091 | 06/09/2025 | $3,120.82 | 30099* | 06/11/2025 | $6,013.08 |
| 30085 | 06/18/2025 | $320.00 | 30092 | 06/23/2025 | $642.51 | 30100 | 06/16/2025 | $35,000.00 |
| 30086 | 06/09/2025 | $649.00 | 30093 | 06/16/2025 | $101.03 | 30102* | 06/18/2025 | $507.09 |
| 30087 | 06/16/2025 | $412.06 | 30094 | 06/10/2025 | $666.93 | 30103 | 06/20/2025 | $604.24 |
| 30088 | 06/10/2025 | $22.43 | 30095 | 06/24/2025 | $180.54 | | | |
| 30089 | 06/13/2025 | $158.43 | 30096 | 06/20/2025 | $1,801.69 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 06/02/2025 | $38,595.22 | 06/10/2025 | $84,971.24 | 06/18/2025 | $54,877.22 |
| 06/03/2025 | $70,697.71 | 06/11/2025 | $89,481.49 | 06/20/2025 | $53,536.29 |
| 06/04/2025 | $69,347.71 | 06/12/2025 | $89,973.16 | 06/23/2025 | $52,686.69 |
| 06/05/2025 | $78,492.71 | 06/13/2025 | $94,619.73 | 06/24/2025 | $52,796.15 |
| 06/06/2025 | $86,977.37 | 06/16/2025 | $60,096.64 | 06/26/2025 | $54,138.65 |
| 06/09/2025 | $84,250.60 | 06/17/2025 | $55,704.31 | 06/30/2025 | $54,137.90 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|--|:---------------------:|:------------------:|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|-------------|-------:|
| TOTAL CHARGE FOR: | $0.75 |
| Total Service Charge | $0.75 |

GENERATIONS ON 1ST LLC    Statement Ending 06/30/2025    Page 4 of 6



The Image for this Item could not be located

#0000    06/16/2025    $20.00



#30083    06/04/2025    $3,285.00



#30084    06/09/2025    $2,399.45



#30085    06/18/2025    $320.00



#30086    06/09/2025    $649.00



#30087    06/16/2025    $412.06



#30088    06/10/2025    $22.43



#30089    06/13/2025    $158.43



#30090    06/23/2025    $207.09



#30091    06/09/2025    $3,120.82

# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 06/30/2025*

GENERATIONS ON 1ST LLC    Page 5 of 6

Customer Number:



#30092    06/23/2025    $642.51



#30093    06/16/2025    $101.03



#30094    06/10/2025    $666.93



#30095    06/24/2025    $180.54



#30096    06/20/2025    $1,801.69



#30097    06/17/2025    $4,724.38



#30099    06/11/2025    $6,013.08



#30100    06/16/2025    $35,000.00

#30102    06/18/2025    $507.09

#30103    06/20/2025    $604.24



GENERATIONS ON 1ST LLC

Statement Ending 06/30/2025

Starionbank.com



# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 06/30/2025*

GENERATIONS ON 1ST LLC                    *Page 1 of 4*
**Customer Number:**

>002741 4850388 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

## Managing Your Accounts

| | | |
|---|---|---|
| Branch | | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| Phone | | 701.281.5600 |
| Website | | Starionbank.com |



## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | | $77,354.74 |

## REGULAR SAVINGS NON PERS -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2025 | Beginning Balance | **$62,067.92** |
| | 11 Credit(s) This Period | $22,284.74 |
| | 6 Debit(s) This Period | $6,997.92 |
| 06/30/2025 | Ending Balance | **$77,354.74** |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 04/01/2025 Through 06/30/2025 | |
| Annual Percentage Yield Earned | 0.15% |
| Interest Days | 91 |
| Interest Earned | $24.74 |
| Interest Paid This Period | $24.74 |
| Interest Paid Year-to-Date | $37.66 |
| Average Ledger Balance | $68,438.71 |
| Average Available Balance | $68,438.71 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **04/01/2025** | **Beginning Balance** | | | **$62,067.92** |
| 04/14/2025 | 087063 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8666 ON 4/14/25 | $12.92 | | $62,055.00 |
| 04/14/2025 | 078986 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8666 ON 4/14/25 | $910.00 | | $61,145.00 |
| 04/14/2025 | 078486 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8666 ON 4/14/25 | $1,025.00 | | $60,120.00 |
| 04/17/2025 | EDEPOSIT | | $1,010.00 | $61,130.00 |
| 05/01/2025 | EDEPOSIT | | $4,110.00 | $65,240.00 |
| 05/12/2025 | EDEPOSIT | | $1,090.00 | $66,330.00 |
| 05/13/2025 | 208979 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXX8666 ON 5/13/25 | | $1,090.00 | $67,420.00 |
| 05/13/2025 | EDEPOSIT | | $2,180.00 | $69,600.00 |
| 05/14/2025 | 428577 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8666 ON 5/14/25 | $570.00 | | $69,030.00 |



Member FDIC
EQUAL HOUSING LENDER

GENERATIONS ON 1ST LLC | Statement Ending 06/30/2025 | Page 2 of 4

CSTMTADV 1071 0001 124 07 20250701 PG 1 OF 3
00714079 55735213.1 0-0

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what happened and why you believe it is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | | | |
| BALANCE | | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

**Starion Bank**

*Statement Ending 06/30/2025*

PO Box 848
Mandan, ND 58554

*GENERATIONS ON 1ST LLC*
*Customer Number:*

*Page 3 of 4*

## REGULAR SAVINGS NON PERS - _____ (continued)

### Account Activity (continued)



| Post Date | Description | Debits | Credits | Balance |
|-----------|-------------|--------|---------|---------|
| 05/14/2025 | 426963 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 5/14/25 | $955.00 | | $68,075.00 |
| 06/03/2025 | EDEPOSIT | | $4,120.00 | $72,195.00 |
| 06/03/2025 | EDEPOSIT | | $4,550.00 | $76,745.00 |
| 06/09/2025 | EDEPOSIT | | $1,090.00 | $77,835.00 |
| 06/11/2025 | EDEPOSIT | | $1,010.00 | $78,845.00 |
| 06/11/2025 | EDEPOSIT | | $2,010.00 | $80,855.00 |
| 06/13/2025 | 762793 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 6/13/25 | $3,525.00 | | $77,330.00 |
| 06/30/2025 | INTEREST | | $24.74 | $77,354.74 |
| **06/30/2025** | **Ending Balance** | | | **$77,354.74** |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

CSTMTADV 1071 0001 124 07 20250701 PG 2 OF 5
00714079    55735215.1    0-0

Starionbank.com

**GO1 DIP**

**Bank Rec In-Progress Report**

| | |
|---|---:|
| Balance Per Bank Statement as of 06/30/2025 | 54,137.90 |
| Plus: Outstanding Deposits | 4,710.00 |
| Less: Outstanding Checks | 23,990.78 |
| Plus / Minus: Other Items | -42,961.41 |
| Reconciled Bank Balance | -8,104.29 |
| Balance per GL as of 06/30/2025 | 21,870.23 |
| Reconciled Balance Per G/L | 21,870.23 |
| Difference | -29,974.52 |

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 01/29/2025 | 30000 | Mindy Craig | 2,415.58 | 02/28/2025 |
| 03/28/2025 | 30036 | JESSE CRAIG | 3,285.00 | 04/30/2025 |
| 03/31/2025 | 30037 | Alexis Burbach | 324.97 | 04/30/2025 |
| 03/31/2025 | 30038 | BLUEPEAK | 22.43 | 04/30/2025 |
| 03/31/2025 | 30039 | Capital One Commercial | 11.99 | 04/30/2025 |
| 03/31/2025 | 30040 | GEORGES SANITATION | 207.09 | 04/30/2025 |
| 03/31/2025 | 30041 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 3,403.96 | 04/30/2025 |
| 03/31/2025 | 30043 | SIGN PRO | 116.10 | 04/30/2025 |
| 03/31/2025 | 30044 | TURFWURX PROPERTY MAINTENANCE | 90.27 | 04/30/2025 |
| 03/31/2025 | 30045 | WHITE GLOVE CLEANING | 272.15 | 04/30/2025 |
| 03/31/2025 | 30046 | WMU WATERTOWN MUNICIPAL UTILITIES | 63.18 | 04/30/2025 |
| 03/31/2025 | 30047 | AUTOMATIC BUILDING CONTROLS | 1,403.96 | 04/30/2025 |
| 03/31/2025 | 30048 | Alexis Burbach | 646.49 | 04/30/2025 |
| 03/31/2025 | 30049 | JORDAN BERNDT | 90.00 | 04/30/2025 |
| 03/31/2025 | 30050 | WHITE GLOVE CLEANING | 743.40 | 04/30/2025 |
| 03/31/2025 | 30051 | CP BUSINESS MANAGEMENT | 6,176.57 | 04/30/2025 |
| 03/31/2025 | 30052 | WMU WATERTOWN MUNICIPAL UTILITIES | 5,066.96 | 04/30/2025 |
| 04/10/2025 | 30053 | RED RIVER STATE BANK | 35,000.00 | 04/30/2025 |
| 04/14/2025 | 30054 | CODINGTON COUNTY TREASURER | 38,247.49 | 04/30/2025 |
| 04/14/2025 | 30055 | HATLESTAD | 988.60 | 04/30/2025 |
| 04/16/2025 | 30056 | Alexis Burbach | 1,563.00 | 04/30/2025 |
| 04/28/2025 | 30057 | CP BUSINESS MANAGEMENT | 2,406.11 | 04/30/2025 |
| 04/30/2025 | 30058 | ACTIVE HEATING INC | 164.61 | 05/30/2025 |
| 04/30/2025 | 30059 | APARTMENTS LLC | 942.10 | 05/30/2025 |
| 04/30/2025 | 30060 | BLUEPEAK | 37.43 | 05/30/2025 |
| 04/30/2025 | 30061 | CARRICO LAW | 103.10 | 05/30/2025 |
| 04/30/2025 | 30062 | DAKOTA CLEAN LLC | 2,336.55 | 05/30/2025 |
| 04/30/2025 | 30063 | GEORGES SANITATION | 207.09 | 05/30/2025 |
| 04/30/2025 | 30064 | NORRIS CARPET CARE | 95.58 | 05/30/2025 |
| 04/30/2025 | 30065 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 05/30/2025 |
| 04/30/2025 | 30066 | WHITE GLOVE CLEANING | 1,002.26 | 05/30/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| Date | Check # | Payee | Amount | Date Cleared |
|---|---|---|---|---|
| 04/30/2025 | 30067 | WMU WATERTOWN MUNICIPAL UTILITIES | 85.02 | 05/30/2025 |
| 04/30/2025 | 30068 | U.S. TRUSTEES | 708.00 | 05/30/2025 |
| 04/30/2025 | 30069 | Alexis Burbach | 1,111.13 | 05/30/2025 |
| 04/30/2025 | 30070 | JAXON SCHMIDT | 75.00 | 05/30/2025 |
| 04/30/2025 | 30071 | CP BUSINESS MANAGEMENT | 5,929.95 | 05/30/2025 |
| 04/30/2025 | 30072 | JESSE CRAIG | 3,285.00 | 05/30/2025 |
| 04/30/2025 | 30073 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,762.32 | 05/30/2025 |
| 05/12/2025 | 30074 | RED RIVER STATE BANK | 35,000.00 | 05/30/2025 |
| 05/14/2025 | 30075 | HALL | 570.00 | 05/30/2025 |
| 05/14/2025 | 30076 | HALL | 520.00 | 05/30/2025 |
| 05/14/2025 | 30077 | MYERS | 302.10 | 05/30/2025 |
| 05/15/2025 | 30079 | Alexis Burbach | 826.50 | 05/30/2025 |
| 05/15/2025 | 30080 | BRADLEY WARNS | 288.00 | 05/30/2025 |
| 05/15/2025 | 30081 | JORDAN BERNDT | 120.00 | 05/30/2025 |
| 05/19/2025 | ACH ONLINE | U.S. TRUSTEES | 288.00 | 05/30/2025 |
| 05/28/2025 | 30082 | CP BUSINESS MANAGEMENT | 2,406.14 | 05/30/2025 |
| 05/31/2025 | 30083 | JESSE CRAIG | 3,285.00 | 06/30/2025 |
| 05/31/2025 | 30084 | Alexis Burbach | 2,399.45 | 06/30/2025 |
| 05/31/2025 | 30085 | BRADLEY WARNS | 320.00 | 06/30/2025 |
| 05/31/2025 | 30086 | APARTMENTS LLC | 649.00 | 06/30/2025 |
| 05/31/2025 | 30087 | AUTOMATIC BUILDING CONTROLS | 412.06 | 06/30/2025 |
| 05/31/2025 | 30088 | BLUEPEAK | 22.43 | 06/30/2025 |
| 05/31/2025 | 30089 | Capital One Commercial | 158.43 | 06/30/2025 |
| 05/31/2025 | 30090 | GEORGES SANITATION | 207.09 | 06/30/2025 |
| 05/31/2025 | 30091 | HOMEMAKER'S VILLA | 3,120.82 | 06/30/2025 |
| 05/31/2025 | 30092 | POPHAM CONSTRUCTION | 642.51 | 06/30/2025 |
| 05/31/2025 | 30093 | RUSCO WINDOW | 101.03 | 06/30/2025 |
| 05/31/2025 | 30094 | SCHUMACHER | 666.93 | 06/30/2025 |
| 05/31/2025 | 30095 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 06/30/2025 |
| 05/31/2025 | 30096 | WHITE GLOVE CLEANING | 1,801.69 | 06/30/2025 |
| 05/31/2025 | 30097 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,724.38 | 06/30/2025 |
| 05/31/2025 | 30099 | CP BUSINESS MANAGEMENT | 6,013.08 | 06/30/2025 |
| 06/11/2025 | 30100 | RED RIVER STATE BANK | 35,000.00 | 06/30/2025 |
| 06/13/2025 | 30102 | GONG | 507.09 | 06/30/2025 |
| 06/15/2025 | 30103 | Alexis Burbach | 604.24 | 06/30/2025 |
| **Total Cleared Checks** | | | **224,707.49** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 3025 | yardi test | 0.08 | 01/31/2025 |
| 01/31/2025 | 3006 | ACH BATCH 1/31/25 | 2,730.00 | 01/31/2025 |
| 01/31/2025 | 3007 | ACH BATCH 1/31/25 | 2,565.00 | 02/28/2025 |
| 02/01/2025 | 304 | :CC Deposit | 3,915.00 | 02/28/2025 |
| 02/02/2025 | 306 | :CC Deposit | 1,207.52 | 02/28/2025 |
| 02/03/2025 | 307 | :ACH/WIPS Deposit | 8,140.00 | 02/28/2025 |
| 02/03/2025 | 308 | :CC Deposit | 2,772.02 | 02/28/2025 |
| 02/03/2025 | 3005 | ACH BATCH 2/3/25 | 21,220.00 | 02/28/2025 |
| 02/03/2025 | 3011 | starion 1490040070 | 1,060.00 | 02/28/2025 |
| 02/03/2025 | 3016 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 309 | :ACH Deposit | 1,060.00 | 02/28/2025 |
| 02/05/2025 | 310 | :CC Deposit | 2,400.00 | 02/28/2025 |
| 02/05/2025 | 3008 | ACH 2/5/25 | 990.00 | 02/28/2025 |
| 02/06/2025 | 311 | :CC Deposit | 2,010.05 | 02/28/2025 |

**GO1 DIP**
**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 02/06/2025 | 3012 | starion 273963540 | 2,400.00 | 02/28/2025 |
| 02/06/2025 | 3017 | starion 27396420 | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 3024 | YARDI CARD DEPXXXXX6072 | 1,005.00 | 02/28/2025 |
| 02/07/2025 | 3010 | starion 274088817 | 1,090.00 | 02/28/2025 |
| 02/11/2025 | 312 | :CC Deposit | 790.00 | 02/28/2025 |
| 02/12/2025 | 3009 | | 1,010.00 | 02/28/2025 |
| 02/12/2025 | 3015 | | 1,090.00 | 02/28/2025 |
| 02/12/2025 | 3018 | deposit #3014 | 7,745.00 | 02/28/2025 |
| 02/13/2025 | 3022 | starion 274814784 | 1,070.00 | 02/28/2025 |
| 02/14/2025 | 3021 | starion 274807557 | 2,900.00 | 02/28/2025 |
| 02/14/2025 | 3023 | starion 274815374 | 2,190.00 | 02/28/2025 |
| 02/14/2025 | 3026 | starion ach | 562.56 | 02/28/2025 |
| 02/28/2025 | 314 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 02/28/2025 | 3027 | starion 276375176 | 450.00 | 02/28/2025 |
| 02/28/2025 | 3033 | hme wire 2/28/25 | 3,305.45 | 02/28/2025 |
| 02/28/2025 | 313 | :ACH Deposit | 3,780.00 | 03/31/2025 |
| 03/01/2025 | 317 | :CC Deposit | 925.00 | 03/31/2025 |
| 03/01/2025 | 318 | :CC Deposit | 4,820.00 | 03/31/2025 |
| 03/02/2025 | 320 | :CC Deposit | 1,985.00 | 03/31/2025 |
| 03/03/2025 | 319 | :ACH/WIPS Deposit | 4,195.00 | 03/31/2025 |
| 03/03/2025 | 321 | :CC Deposit | 3,010.00 | 03/31/2025 |
| 03/03/2025 | 3029 | | 22,960.00 | 03/31/2025 |
| 03/04/2025 | 322 | :CC Deposit | 2,000.00 | 03/31/2025 |
| 03/05/2025 | 3030 | starion 276963007 | 9,250.49 | 03/31/2025 |
| 03/05/2025 | 3032 | ach | 1,760.00 | 03/31/2025 |
| 03/05/2025 | 323 | :ACH Deposit | 450.00 | 03/31/2025 |
| 03/06/2025 | 325 | :ACH/WIPS Deposit | 1,560.00 | 03/31/2025 |
| 03/06/2025 | 326 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 03/07/2025 | 327 | :ACH Deposit | 1,280.00 | 03/31/2025 |
| 03/10/2025 | 3031 | starion 277477818 | 1,090.00 | 03/31/2025 |
| 03/10/2025 | 328 | :ACH Deposit | 565.00 | 03/31/2025 |
| 03/28/2025 | 330 | :CC Deposit | 1,010.00 | 04/30/2025 |
| 03/28/2025 | 3035 | starion 279534933 | 3,673.40 | 03/31/2025 |
| 03/28/2025 | 329 | :ACH Deposit | 1,090.00 | 04/30/2025 |
| 03/29/2025 | 332 | :CC Deposit | 925.00 | 04/30/2025 |
| 03/31/2025 | 333 | :ACH/WIPS Deposit | 2,690.00 | 04/30/2025 |
| 03/31/2025 | 334 | :CC Deposit | 505.00 | 04/30/2025 |
| 04/01/2025 | 336 | :CC Deposit | 6,016.00 | 04/30/2025 |
| 04/01/2025 | 335 | :ACH Deposit | 2,045.00 | 04/30/2025 |
| 04/02/2025 | 338 | :CC Deposit | 1,915.00 | 04/30/2025 |
| 04/02/2025 | 3036 | starion 280087880 | 7,985.00 | 04/30/2025 |
| 04/02/2025 | 337 | :ACH Deposit | 2,150.00 | 04/30/2025 |
| 04/03/2025 | 339 | :CC Deposit | 3,350.00 | 04/30/2025 |
| 04/03/2025 | 3037 | | 24,220.00 | 04/30/2025 |
| 04/04/2025 | 340 | :CC Deposit | 1,100.00 | 04/30/2025 |
| 04/04/2025 | 3038 | | 2,040.00 | 04/30/2025 |
| 04/07/2025 | 342 | :ACH/WIPS Deposit | 2,345.00 | 04/30/2025 |
| 04/08/2025 | 343 | :ACH Deposit | 1,060.00 | 04/30/2025 |
| 04/09/2025 | 344 | :CC Deposit | 1,090.00 | 04/30/2025 |
| 04/09/2025 | 3039 | starion 280855090 | 2,115.00 | 04/30/2025 |
| 04/14/2025 | 3043 | tx from security deposit | 12.92 | 04/30/2025 |
| 04/17/2025 | 3040 | starion 281771790 | 1,857.42 | 04/30/2025 |
| 04/28/2025 | 345 | :CC Deposit | 1,010.00 | 05/30/2025 |
| 04/29/2025 | 346 | :CC Deposit | 925.00 | 05/30/2025 |
| 04/30/2025 | 348 | :ACH/WIPS Deposit | 2,980.00 | 05/30/2025 |
| 04/30/2025 | 349 | :CC Deposit | 505.00 | 05/30/2025 |
| 04/30/2025 | 3041 | starion | 2,615.00 | 05/30/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| 04/30/2025 | 3042 | starion 283347649 | 431.21 | 05/30/2025 |
| 05/01/2025 | 352 | :ACH/WIPS Deposit | 3,905.00 | 05/30/2025 |
| 05/01/2025 | 353 | :CC Deposit | 6,895.00 | 05/30/2025 |
| 05/02/2025 | 354 | :CC Deposit | 2,930.00 | 05/30/2025 |
| 05/03/2025 | 356 | :CC Deposit | 1,415.00 | 05/30/2025 |
| 05/04/2025 | 3046 | | 25,780.00 | 05/30/2025 |
| 05/04/2025 | 3047 | ach- part of big batch | 1,990.00 | 05/30/2025 |
| 05/05/2025 | 358 | :ACH/WIPS Deposit | 3,048.37 | 05/30/2025 |
| 05/05/2025 | 3044 | starion 283701901 | 9,010.00 | 05/30/2025 |
| 05/06/2025 | 359 | :CC Deposit | 1,090.00 | 05/30/2025 |
| 05/07/2025 | 361 | :CC Deposit | 1,090.00 | 05/30/2025 |
| 05/07/2025 | 360 | :ACH Deposit | 1,280.00 | 05/30/2025 |
| 05/09/2025 | 3045 | starion 284321581 | 1,090.00 | 05/30/2025 |
| 05/19/2025 | 3058 | tx from park chk | 12,500.00 | 05/30/2025 |
| 05/20/2025 | 363 | :CC Deposit | 411.23 | 05/30/2025 |
| 05/20/2025 | 362 | :ACH Deposit | 165.00 | 05/30/2025 |
| 05/29/2025 | 364 | :CC Deposit | 1,935.00 | 06/30/2025 |
| 05/30/2025 | 366 | :ACH/WIPS Deposit | 2,690.00 | 06/30/2025 |
| 06/01/2025 | 369 | :CC Deposit | 6,455.00 | 06/30/2025 |
| 06/02/2025 | 371 | :ACH/WIPS Deposit | 5,285.00 | 06/30/2025 |
| 06/02/2025 | 372 | :CC Deposit | 3,199.66 | 06/30/2025 |
| 06/02/2025 | 3048 | starion 286884402 | 7,160.00 | 06/30/2025 |
| 06/02/2025 | 3049 | starion 286894206 | 3,255.00 | 06/30/2025 |
| 06/03/2025 | 373 | :CC Deposit | 252.50 | 06/30/2025 |
| 06/03/2025 | 3050 | starion 287038253 | 1,077.49 | 06/30/2025 |
| 06/03/2025 | 3057 | | 27,770.00 | 06/30/2025 |
| 06/04/2025 | 374 | :CC Deposit | 1,410.00 | 06/30/2025 |
| 06/05/2025 | 375 | :CC Deposit | 1,090.00 | 06/30/2025 |
| 06/06/2025 | 376 | :ACH Deposit | 491.67 | 06/30/2025 |
| 06/09/2025 | 3052 | starion 287714143 | 3,190.00 | 06/30/2025 |
| 06/09/2025 | 377 | :ACH Deposit | 1,280.00 | 06/30/2025 |
| 06/10/2025 | 379 | :CC Deposit | 300.00 | 06/30/2025 |
| 06/10/2025 | 378 | :ACH Deposit | 1,010.00 | 06/30/2025 |
| 06/11/2025 | 380 | :CC Deposit | 32.05 | 06/30/2025 |
| 06/11/2025 | 3053 | starion 287942845 | 450.00 | 06/30/2025 |
| 06/11/2025 | 3054 | starion 287940206 | 450.00 | 06/30/2025 |
| 06/11/2025 | 3055 | starion 287943941 | 200.00 | 06/30/2025 |
| 06/11/2025 | 3056 | starion 287988436 | 8,333.33 | 06/30/2025 |
| 06/13/2025 | 381 | :ACH Deposit | 1,065.00 | 06/30/2025 |
| 06/17/2025 | 382 | :CC Deposit | 290.00 | 06/30/2025 |
| 06/20/2025 | 383 | :CC Deposit | 895.00 | 06/30/2025 |
| 06/21/2025 | 384 | :CC Deposit | 447.50 | 06/30/2025 |
| **Total Cleared Deposits** | | | **370,127.92** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 01/30/2025 | 300 | yardi | -0.10 | 01/31/2025 |
| 02/03/2025 | 301 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 302 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | 304 | STARION FINANCIAL | -10.00 | 02/28/2025 |
| 02/28/2025 | 303 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | RC 31389 | Returned item PAIGE HALL | -990.00 | 02/28/2025 |
| 02/14/2025 | JE 4011 | :Prog Gen Move Out transfer (VERNA OLSON)  - Receipt #31568 | 955.00 | 02/28/2025 |
| 02/14/2025 | JE 4012 | :Prog Gen Move Out transfer (KYLE WISSEMAN) - Receipt #31569 | 955.00 | 02/28/2025 |

**GO1 DIP**
**Bank Rec In-Progress Report**

| 04/14/2025 | JE 4094 | Tx RE Escrow to checking for 4/31 pymt | 38,247.48 | 05/30/2025 |
| 04/14/2025 | JE 4101 | Crandall's eviction deposit, moved to checking to use for bills. Reverse when deposit is fully "returned" when re-rented and deposit is "returned" on yardi tenant screen. | 910.00 | 04/30/2025 |
| 04/14/2025 | JE 4100 | :Prog Gen Move Out transfer (SELMER HATLESTAD) - Receipt #32174 | 1,025.00 | 04/30/2025 |
| 05/13/2025 | RC 32490 | Returned item TARYN OPDAHL | -1,010.00 | 05/30/2025 |
| 05/14/2025 | JE 4136 | :Prog Gen Move Out transfer (PAIGE HALL) - Receipt #32494 | 570.00 | 05/30/2025 |
| 05/14/2025 | JE 4135 | :Prog Gen Move Out transfer (PAIGE HALL) - Receipt #32493 | 1,090.00 | 05/30/2025 |
| 05/14/2025 | JE 4137 | :Prog Gen Move Out transfer (HELGA MYERS) - Receipt #32497 | 955.00 | 05/30/2025 |
| 05/15/2025 | JE 4142 | :PostRecurring RE Tax Escrow (payable 10/31) | -5,463.93 | 05/30/2025 |
| 06/30/2025 | 305 | STARION FINANCIAL | -0.75 | 06/30/2025 |
| 06/13/2025 | JE 4156 | :Prog Gen Move Out transfer (REAGAN CRANDALL) - Receipt #32824 | 910.00 | 06/30/2025 |
| 06/13/2025 | JE 4157 | :Prog Gen Move Out transfer (ZIHUI GONG) - Receipt #32825 | 925.00 | 06/30/2025 |
| 06/13/2025 | JE 4158 | :Prog Gen Move Out transfer (JESSE HEER) - Receipt #32826 | 925.00 | 06/30/2025 |
| 06/13/2025 | JE 4159 | :Prog Gen Move Out transfer (BLAKE THEISEN) - Receipt #32827 | 750.00 | 06/30/2025 |
| 06/13/2025 | JE 4160 | :Prog Gen Move Out transfer (JORDAN NIERMAN) - Receipt #32828 | 925.00 | 06/30/2025 |
| 06/15/2025 | JE 4163 | | -20.00 | 06/30/2025 |
| 06/15/2025 | JE 4177 | :PostRecurring RE Tax Escrow (payable 10/31) | -5,463.93 | 06/30/2025 |
| 06/30/2025 | JE 4181 | | -910.00 | 06/30/2025 |
| **Total Cleared Other Items** | | | **35,213.77** | |

**Balance Sheet**

Owner =  Generations On 1st (all properties)
Month = Jun 2025
Book = Cash

| ACCOUNT | | CURRENT BALANCE |
|---|---|---|
| 1111 | Generations Apartment DIP Checking | 21,870.23 |
| 1131 | Generations Real Estate Tax Escrow | 16,391.79 |
| **1150** | **Total DIP Checking Account** | **38,262.02** |
| | | |
| 1151 | TIF Value | 1,973,040.51 |
| 1153 | Generations Security Deposit Savings Acct | 76,264.74 |
| 1155 | The Dakota Bankruptcy Firm Trust | 100,592.04 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 13,321,518.81 |
| 1630 | Appliances/AC | 344,481.19 |
| 1700 | Land | 834,000.00 |
| 1710 | Total Property and Equipment | 14,500,000.00 |
| | | |
| **1990** | **Total Assets** | **16,688,159.31** |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | Liabilities | |
| 2111 | Generations Security Deposits DIP Acct | 76,264.74 |
| 2700 | Mortgage 1st | 10,794,260.12 |
| 2705 | TIF Mortgage | 1,973,040.51 |
| 2990 | Total Liabilities | 12,691,035.89 |
| | | |
| 3000 | Capital | |
| 3200 | Owner Contribution | 14,675.45 |
| 3800 | Retained Earnings | 3,982,447.97 |
| 3890 | Total Capital | 3,997,123.42 |
| | | |
| **3990** | **Total Liabilities & Capital** | **16,688,159.31** |

Tuesday, July 15, 2025
03:14 PM

7/15/2025 3:23 PM

**12 Months Cash Flow Statement**

Owner =  Generations On 1st (all properties)

Month = Jun 2025

Book = Cash

| ACCOUNT | | Jun 2025 | Total |
|---|---|---|---|
| **4000** | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 78,305.00 | 78,305.00 |
| 4600 | Garage Income | 2,805.00 | 2,805.00 |
| 4601 | Storage Unit Income | 120.00 | 120.00 |
| 4710 | Less: Incentives | -2,230.00 | -2,230.00 |
| 4715 | Less:  HME Incentives | -115.00 | -115.00 |
| 4720 | Delinquency | 364.69 | 364.69 |
| 4730 | Less: Vacancy | -2,930.49 | -2,930.49 |
| 4810 | Plus: Prepaid Rent/HOA | 950.14 | 950.14 |
| 4990 | Net Rent/HOA Income | 77,269.34 | 77,269.34 |
| | | | |
| 5990 | Total Income | 77,269.34 | 77,269.34 |
| | | | |
| **6000** | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 382.00 | 382.00 |
| 6210 | Repairs/Maintenance | 148.83 | 148.83 |
| 6220 | Painting/Decorating | 1,922.41 | 1,922.41 |
| 6225 | Plumbing | 765.00 | 765.00 |
| 6240 | HVAC | 15.61 | 15.61 |
| 6242 | Carpet Cleaning | 191.16 | 191.16 |
| 6245 | Flooring | 668.68 | 668.68 |
| 6260 | Resident Manager | 814.31 | 814.31 |
| 6290 | Janitorial | 486.79 | 486.79 |
| 6990 | Total Maintenance Expenses | 5,394.79 | 5,394.79 |
| | | | |
| 7000 | Operating Expenses | | |
| 7010 | Offsite Office Rent | 1,312.50 | 1,312.50 |
| 7030 | Offsite Office Utilities | 54.64 | 54.64 |

**Page 1 of 3**

**12 Months Cash Flow Statement**

Owner = Generations On 1st (all properties)

Month = Jun 2025

Book = Cash

| ACCOUNT | | Jun 2025 | Total |
|---|---|---:|---:|
| 7040 | Offsite Office Equip/Supplies | 214.56 | 214.56 |
| 7055 | Advertising/Marketing | 649.00 | 649.00 |
| 7057 | Software Fee | 73.00 | 73.00 |
| 7060 | Leasing Commissions (payout) | 200.00 | 200.00 |
| 7075 | Bank Charges/ACH Fees | 20.75 | 20.75 |
| 7130 | Internet & Phone Costs/Service | 37.43 | 37.43 |
| 7170 | Security | 244.26 | 244.26 |
| 7400 | Property Management | 3,863.47 | 3,863.47 |
| 7440 | Insurance | 2,406.14 | 2,406.14 |
| 7800 | Electricity-Vacant | 80.92 | 80.92 |
| 7801 | Electricity-Building | 572.81 | 572.81 |
| 7861 | Gas-Building | 370.59 | 370.59 |
| 7870 | Water & Sewer | 3,633.13 | 3,633.13 |
| 7990 | Total Operating Expenses | 13,733.20 | 13,733.20 |
| | | | |
| 8001 | Other Expenses | | |
| 8004 | Misc. PM Fees | 500.00 | 500.00 |
| 8005 | Misc Professional Fees | 200.00 | 200.00 |
| 8006 | Manager Oversite $45/unit | 3,285.00 | 3,285.00 |
| 8020 | Total Other Expenses | 3,985.00 | 3,985.00 |
| | | | |
| 8990 | Total Expenses | 23,112.99 | 23,112.99 |
| | | | |
| **9090** | **NET INCOME** | **54,156.35** | **54,156.35** |
| | | | |
| | ADJUSTMENTS | | |
| 1131 | Generations Real Estate Tax Escrow | -5,463.93 | -5,463.93 |
| 2700 | Mortgage 1st | -35,000.00 | -35,000.00 |
| | | | |
| | TOTAL ADJUSTMENTS | -40,463.93 | -40,463.93 |

7/15/2025 3:23 PM

**12 Months Cash Flow Statement**

Owner =  Generations On 1st (all properties)

Month = Jun 2025

Book = Cash

| ACCOUNT | Jun 2025 | Total |
|---|---|---|
| CASH FLOW | 13,692.42 | 13,692.42 |