UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: Generations on 1st LLC, Debtor. | Case No.: 25-30002 Chapter 11 |
| In Re: Parkside Place LLC, Debtor. | Case No. 25-30003 Chapter 11 (Jointly Administered) |

# NOTES ACCOMPANYING FEBRUARY MONTHLY OPERATING REPORT FOR GENERATIONS ON 1st LLC

1. **Total Receipts**. The total receipts recorded in the Starion account were $51,100.54. However, this figure excludes internal transfers that are not included in the receipts reported on the Monthly Operating Report ("MOR"). Specifically, there were two internal transfers totaling $1,500.00 and $5,500.00. After excluding these transfers, the net receipts reported on the MOR are $44,100.54.

2. **Total Disbursements.** The total disbursements from the Starion account amounted to $29,891.79. This figure encompasses an internal transfer of $5,500.00 pertaining to security deposits being transferred into savings accounts. Excluding this amount, the adjusted disbursements reported on the MOR are $24,391.79.

3. **Ending Cash Balance.** The ending cash balance reported on the MOR is $144,052.00. However, this reported balance does not fully account for the internal transfers and third-party disbursements of $49,391.92 made directly from the Trust account to Red River State Bank. The actual reconciled cash balance between the Starion and Trust accounts at month's end was $94,709.72.

1

4. **Accounts Receivable.** With the exception to Marlys Holubok, the Debtor is currently in the process of verifying the validity of accounts receivable for balances outstanding beyond 30 days. This review has become necessary due to multiple transactions in tenant payment systems, evidencing a flow of money changing hands three or more times, leading to discrepancies in account records. As a result, some accounts remain unreconciled.

5. **Summary of New Leases Signed, Short Cancel Notification, and Lease Ended.** Under this reporting period, a new lease was executed for unit #2406, one short cancel notification was issued for unit #2401, and lease terms concluded for units #2309 and #2406. For unit #2401, the tenant has provided a short cancel notification and is contractually responsible for rent until November 30, 2025. However, they have expressed a desire to vacate early on June 30, 2025. The tenant will remain liable for rent through the end of their lease term unless the unit is successfully re-rented before this case.

6. **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly setoff by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

# Starion Bank

PO Box 848
Mandan, ND 58554

>001534 8361634 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

**Statement Ending 02/28/2025**

PARKSIDE PLACE LLC                                                Page 1 of 6
Customer Number: REDACTED

### Managing Your Accounts

| | | |
|---|---|---|
| | Branch | 2754 Brandt Dr S, Fargo, ND 58104 |
| | Phone | 701.281.5600 |
| | Website | Starionbank.com |

## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | REDACTED 88 | $21,209.72 |

## ND STAR CHECKING - REDACTED 88

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2025 | Beginning Balance | $0.97 |
| | 22 Credit(s) This Period | $51,100.54 |
| | 19 Debit(s) This Period | $29,891.79 |
| 02/28/2025 | Ending Balance | $21,209.72 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 02/03/2025 | CP BUSINESS MANA ParkRentCA XXXXX6888 | $4,563.54 |
| 02/03/2025 | CP BUSINESS MANA ParkRent XXXXX6888 | $7,940.00 |
| 02/03/2025 | Incoming Wire THE VERSTANDIG LAW FIRM, LLC MIDDLETOWN VALLEY | $1,500.00 |
| 02/03/2025 | Incoming Wire THE VERSTANDIG LAW FIRM, LLC MIDDLETOWN VALLEY *Security Deposits - Trust* | $5,500.00 ✓ |
| 02/04/2025 | PARKSIDE PLACE, ACCTVERIFY LW4D03 | $0.23 |
| 02/04/2025 | EDEPOSIT | $925.00 |
| 02/04/2025 | EDEPOSIT | $1,025.00 |
| 02/06/2025 | YARDI CARD DEP 1112Transf XXXXX6968 | $2,940.00 |
| 02/06/2025 | EDEPOSIT | $5,965.00 |
| 02/07/2025 | YARDI CARD DEP 1112Transf XXXXX2120 | $1,025.00 |
| 02/07/2025 | CPBUSINESSMANAGE Settlement 000023113382838 | $4,520.00 |
| 02/10/2025 | YARDI CARD DEP 1112Transf XXXXX5730 | $3,100.00 |
| 02/11/2025 | YARDI CARD DEP 1112Transf XXXXX8792 | $1,025.00 |
| 02/11/2025 | CPBUSINESSMANAGE Settlement 000023142617162 | $1,025.00 |
| 02/12/2025 | CPBUSINESSMANAGE Settlement 000023153165434 | $970.00 |
| 02/12/2025 | EDEPOSIT | $925.00 |
| 02/12/2025 | EDEPOSIT | $925.00 |
| 02/19/2025 | CP BUSINESS MANA FebShortCa XXXXX6888 | $25.65 |
| 02/21/2025 | CPBUSINESSMANAGE Settlement 000023211160922 | $567.00 |
| 02/21/2025 | YARDI CARD DEP 1112Transf XXXXX4245 | $950.00 |
| 02/28/2025 | YARDI CARD DEP 1112Transf XXXXX5207 | $925.00 |
| 02/28/2025 | Incoming Wire HME COMPANIES LLC | $4,759.12 |


Member FDIC / Equal Housing Lender

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 02/28/2025**

PARKSIDE PLACE LLC
Customer Number REDACTED

Page 3 of 6

## ND STAR CHECKING - REDACTED 88 (continued)

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 02/03/2025 | Incoming Wire Transfer Fee 83121733 | $20.00 |
| 02/03/2025 | Incoming Wire Transfer Fee 83121788 | $20.00 |
| 02/13/2025 | 445978 ONLINE BANKING TRANSFER TO ND SAVINGS NON PE XXXXXX8658 ON 2/12/25 | $5,500.00 |
| 02/28/2025 | Incoming Wire Transfer Fee 83843875 | $20.00 |

*handwritten note: trust to Savings Sec. Deposits*

### Checks Cleared



| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 20002 | 02/18/2025 | $1,748.74 | 20007 | 02/11/2025 | $334.16 | 20012 | 02/18/2025 | $14,500.00 |
| 20003 | 02/12/2025 | $329.22 | 20008 | 02/13/2025 | $120.00 | 20013 | 02/14/2025 | $984.48 |
| 20004 | 02/20/2025 | $755.16 | 20009 | 02/12/2025 | $260.19 | 20014 | 02/19/2025 | $849.03 |
| 20005 | 02/11/2025 | $247.63 | 20010 | 02/12/2025 | $2,392.90 | 20015 | 02/28/2025 | $38.00 |
| 20006 | 02/12/2025 | $19.13 | 20011 | 02/18/2025 | $11.25 | 20016 | 02/27/2025 | $1,741.90 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/03/2025 | $19,464.51 | 02/11/2025 | $40,432.95 | 02/19/2025 | $16,563.66 |
| 02/04/2025 | $21,414.74 | 02/12/2025 | $40,251.51 | 02/20/2025 | $15,808.50 |
| 02/06/2025 | $30,319.74 | 02/13/2025 | $34,631.51 | 02/21/2025 | $17,325.50 |
| 02/07/2025 | $35,864.74 | 02/14/2025 | $33,647.03 | 02/27/2025 | $15,583.60 |
| 02/10/2025 | $38,964.74 | 02/18/2025 | $17,387.04 | 02/28/2025 | $21,209.72 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 02/28/2025**

PARKSIDE PLACE LLC                                      Page 5 of 6
Customer Number: REDACTED 88





#20011         02/18/2025                         $11.25



#20012         02/18/2025                     $14,500.00



#20013         02/14/2025                        $984.48



#20014         02/19/2025                        $849.03

#20015         02/28/2025                         $38.00

#20016         02/27/2025                      $1,741.90

# Starion Bank

PO Box 848
Mandan, ND 58554

>000417 8350546 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

*Security Deposit Account*

**Statement Ending 03/02/2025**

PARKSIDE PLACE LLC   Page 1 of 2
Customer Number REDACTED 58

## Managing Your Accounts

 Branch — 2754 Brandt Dr S, Fargo, ND 58104

 Phone — 701.281.5600

Website — Starionbank.com



## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | REDACTED 58 | $41,535.00 |

## REGULAR SAVINGS NON PERS - REDACTED 58

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/24/2025 | Beginning Balance | $0.00 |
|  | 4 Credit(s) This Period | $41,535.00 |
|  | 0 Debit(s) This Period | $0.00 |
| 03/02/2025 | Ending Balance | $41,535.00 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/24/2025 | Beginning Balance |  |  | $0.00 |
| 02/07/2025 | EDEPOSIT |  | $33,985.00 | $33,985.00 |
| 02/13/2025 | 445978 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8688 ON 2/12/25 |  | $5,500.00 | $39,485.00 |
| 02/14/2025 | EDEPOSIT |  | $1,025.00 | $40,510.00 |
| 02/28/2025 | EDEPOSIT |  | $1,025.00 | $41,535.00 |
| 03/02/2025 | Ending Balance |  |  | $41,535.00 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |


Member FDIC

PARKSIDE DIP APT  
Bank Reconcile History Report                                                                                                           Page 1

| | | | |
|---|---|---|---:|
| **Outstanding Deposits as of 02/28/2025** | | | **1,965.00** |
| 02/28/2025 | 2027 | STARION 276345995 | 1,025.00 |
| **Plus: Outstanding Deposits** | | | **2,990.00** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---:|
| 02/28/2025 | 20017 | BRIANS GLASS AND DOOR | 175.00 |
| 02/28/2025 | 20018 | GEORGES SANITATION | 207.09 |
| 02/28/2025 | 20019 | DAKOTA CLEAN LLC | 159.30 |
| 02/28/2025 | 20020 | WHITE GLOVE CLEANING | 424.80 |
| 02/28/2025 | 20021 | Alexis Burbach | 894.85 |
| 02/28/2025 | 20022 | BLUEPEAK | 247.63 |
| 02/28/2025 | 20023 | JAXON SCHMIDT | 94.88 |
| 02/28/2025 | 20024 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 1,889.21 |
| 02/28/2025 | 20025 | CP BUSINESS MANAGEMENT | 4,275.13 |
| 02/28/2025 | 20026 | JESSE CRAIG | 1,755.00 |
| 02/28/2025 | 20028 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,922.06 |
| 02/28/2025 | 20029 | LIBBY BURGHARDT | 262.50 |
| **Less: Outstanding Checks** | | | **13,307.45** |

**Other Items**

| Date | Notes | | Amount |
|---|---|---|---:|
| 02/05/2025 | JE 4006 | Returned item charge | -5.00 |
| 02/05/2025 | RC 31367 | Returned item MARLYS HOLUBOK | -995.00 |
| **Plus / Minus: Other Items** | | | **-1,000.00** |
| **Balance per GL as of 02/28/2025** | | | **-2,826.83** |
| **Reconciled Balance Per G/L** | | | **-2,826.83** |

| | | | |
|---|---|---|---:|
| **Difference** | | | **-8,490.62** |

**Cleared Items:**  
**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 01/31/2025 | 20003 | ACTIVE HEATING INC | 329.22 | 02/28/2025 |
| 01/31/2025 | 20004 | Alexis Burbach | 755.16 | 02/28/2025 |
| 01/31/2025 | 20005 | BLUEPEAK | 247.63 | 02/28/2025 |
| 01/31/2025 | 20006 | CP BUSINESS MANAGEMENT | 19.13 | 02/28/2025 |
| 01/31/2025 | 20007 | GLASS PRODUCTS | 334.16 | 02/28/2025 |
| 01/31/2025 | 20008 | JAXON SCHMIDT | 120.00 | 02/28/2025 |
| 01/31/2025 | 20009 | SETHS SCAPES | 260.19 | 02/28/2025 |
| 01/31/2025 | 20010 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,392.90 | 02/28/2025 |
| 01/31/2025 | 20011 | Mindy Craig | 11.25 | 02/28/2025 |
| 01/31/2025 | 20013 | CP BUSINESS MANAGEMENT | 984.48 | 02/28/2025 |
| 01/31/2025 | 20014 | JESSE CRAIG | 849.03 | 02/28/2025 |
| 01/31/2025 | 20015 | CP BUSINESS MANAGEMENT | 38.00 | 02/28/2025 |
| 01/29/2025 | 20002 | Mindy Craig | 1,748.74 | 02/28/2025 |
| 02/12/2025 | 20012 | RED RIVER STATE BANK | 14,500.00 | 02/28/2025 |
| 02/27/2025 | 20016 | CP BUSINESS MANAGEMENT | 1,741.90 | 02/28/2025 |
| **Total Cleared Checks** | | | **24,331.79** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|

PARKSIDE DIP APT
Bank Reconcile History Report

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 02/02/2025 | 202 | :CC Deposit | 2,940.00 | 02/28/2025 |
| 02/03/2025 | 203 | :ACH/WIPS Deposit | 4,520.00 | 02/28/2025 |
| 02/03/2025 | 204 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2012 |  | 4,563.54 | 02/28/2025 |
| 02/03/2025 | 2016 | ACH BATCH 2/3/25 | 7,940.00 | 02/28/2025 |
| 02/03/2025 | 2018 | starion 273434019 | 925.00 | 02/28/2025 |
| 02/03/2025 | 2019 | starion 1490040068 | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2022 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 205 | :CC Deposit | 3,100.00 | 02/28/2025 |
| 02/05/2025 | 207 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/05/2025 | 206 | :ACH Deposit | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 2020 | starion 273962511 | 5,965.00 | 02/28/2025 |
| 02/06/2025 | 208 | :ACH Deposit | 970.00 | 02/28/2025 |
| 02/12/2025 | 2017 |  | 925.00 | 02/28/2025 |
| 02/12/2025 | 2021 |  | 925.00 | 02/28/2025 |
| 02/14/2025 | 210 | :ACH/WIPS Deposit | 567.00 | 02/28/2025 |
| 02/14/2025 | 2030 | :CC Deposit | 950.00 | 02/28/2025 |
| 02/19/2025 | 2024 | ach | 25.65 | 02/28/2025 |
| 02/24/2025 | 212 | :CC Deposit | 925.00 | 02/28/2025 |
| 02/28/2025 | 2036 | HME WIRE 2/2/25 | 4,759.12 | 02/28/2025 |
| **Total Cleared Deposits** |  |  | **45,600.31** |  |

Cleared Other Items

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 02/03/2025 | 2 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 3 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/28/2025 | 4 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/15/2025 | JE 4028 | RE Tax Escrow (payable 4/31) | -3,950.00 | 02/28/2025 |
| **Total Cleared Other Items** |  |  | **-4,010.00** |  |

Monday, March 17, 2025
12:53 PM

**Account Name: Maryland IOLTA Account**

**Account Type: Trust**

| Date | Source/Destination | Reference | Payer/Payee | Funds out ($) | Funds in ($) | Balance ($) |
|---|---|---|---|---|---|---|
| 2025-02-03 | Starion Bank | – | Parkside Place, LLC | $5,500.00 | – | $73,500.00 |
| 2025-02-03 | Starion Bank | – | Parkside Place, LLC | $1,500.00 | – | $79,000.00 |
| 2025-02-03 | United Bankers Bank | – | Red River State Bank | $49,341.92 | – | $80,500.00 |
| 2025-01-23 | HME Companies, LLC | 25-30003 | – | – | $124,341.92 | $129,841.92 |
| 2025-01-23 | HME Companies, LLC | 25-30003 | – | – | $5,500.00 | $5,500.00 |
| | | | | **$56,341.92** | **$129,841.92** | **$73,500.00** |

**Balance Sheet** Page 1

Owner = PARKSIDE PLACE (all properties)
Month = Feb 2025
Book = Cash

| ACCOUNT | | CURRENT BALANCE |
|---|---|---:|
| 1112 | Parkside Apartment DIP Checking | -2,826.83 |
| 1132 | Parkside Real Estate Tax Escrow | 10,853.87 |
| 1150 | **Total DIP Checking Account** | **8,027.04** |
| | | |
| 1151 | TIF Value | 1,483,724.00 |
| 1152 | Parkside Security Deposit DIP Savings Acct | 40,510.00 |
| 1155 | The Dakota Bankruptcy Firm Trust | 73,500.00 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 6,870,000.00 |
| 1630 | Appliances/AC | 205,000.00 |
| 1700 | Land | 425,000.00 |
| 1710 | Total Property and Equipment | 7,500,000.00 |
| | | |
| **1990** | **Total Assets** | **9,105,761.04** |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | Liabilities | |
| 2112 | Parkside Security Deposits DIP Acct | 40,510.00 |
| 2700 | Mortgage 1st | 5,155,386.84 |
| 2705 | TIF Mortgage | 1,483,724.00 |
| 2990 | Total Liabilities | 6,598,600.84 |
| | | |
| 3000 | Capital | |
| 3200 | Owner Contribution | 2,809.12 |
| 3800 | Retained Earnings | 2,504,351.08 |
| 3890 | Total Capital | 2,507,160.20 |
| | | |
| **3990** | **Total Liabilities & Capital** | **9,105,761.04** |

Monday, March 17, 2025
01:04 PM

3/17/2025 1:25 PM

## Cash Flow Statement

Owner =  PARKSIDE PLACE (all properties)

Month = Feb 2025

Book = Cash

| ACCOUNT | | | MONTH TO DATE | % |
|---|---|---|---:|---:|
| **4000** | **INCOME** | | | |
| 4300 | | Gross Potential Rent/HOA | 40,703.00 | 100.00 |
| 4301 | | CAM | 786.19 | 1.93 |
| 4710 | | Less: Incentives | -770.00 | -1.89 |
| 4715 | | Less:  HME Incentives | -430.00 | -1.06 |
| 4720 | | Delinquency | -1,055.00 | -2.59 |
| 4730 | | Less: Vacancy | 0.00 | 0.00 |
| 4810 | | Plus: Prepaid Rent/HOA | 45.00 | 0.11 |
| 4990 | | Net Rent/HOA Income | 39,279.19 | 96.50 |
| | | | | |
| 5600 | Other Income | | | |
| 5700 | | Other Income | 0.00 | 0.00 |
| 5799 | | Animal Fee NonRefundable | 150.00 | 0.37 |
| 5890 | | Total Other Income | 150.00 | 0.37 |
| | | | | |
| 5990 | | Total Income | 39,429.19 | 96.87 |
| | | | | |
| **6000** | **EXPENSES** | | | |
| | | | | |
| 6100 | Maintenance Expenses | | | |
| 6200 | | Maintenance Staff Costs | 94.88 | 0.23 |
| 6210 | | Repairs/Maintenance | 2,064.21 | 5.07 |
| 6220 | | Painting/Decorating | 262.50 | 0.64 |
| 6240 | | HVAC | 17.86 | 0.04 |
| 6242 | | Carpet Cleaning | 159.30 | 0.39 |
| 6260 | | Resident Manager | 676.99 | 1.66 |
| 6275 | | Snow Removal | 0.00 | 0.00 |
| 6290 | | Janitorial | 424.80 | 1.04 |
| 6990 | | Total Maintenance Expenses | 3,700.54 | 9.09 |
| | | | | |
| 7000 | Operating Expenses | | | |
| 7010 | | Offsite Office Rent | 1,312.50 | 3.22 |
| 7030 | | Offsite Office Utilities | 205.11 | 0.50 |
| 7040 | | Offsite Office Equip/Supplies | 214.56 | 0.53 |
| 7057 | | Software Fee | 38.00 | 0.09 |
| 7060 | | Leasing Commissions (payout) | 200.00 | 0.49 |
| 7075 | | Bank Charges/ACH Fees | 65.00 | 0.16 |
| 7130 | | Internet & Phone Costs/Service | 247.63 | 0.61 |
| 7400 | | Property Management | 2,012.96 | 4.95 |
| 7440 | | Insurance | 3,490.64 | 8.58 |
| 7800 | | Electricity-Vacant | 97.10 | 0.24 |
| 7801 | | Electricity-Building | 608.27 | 1.49 |

**Page 1 of 2**

3/17/2025 1:25 PM

## Cash Flow Statement

Owner = PARKSIDE PLACE (all properties)

Month = Feb 2025

Book = Cash

| ACCOUNT | | MONTH TO DATE | % |
|---|---|---:|---:|
| 7861 | Gas-Building | 311.01 | 0.76 |
| 7870 | Water & Sewer | 1,905.68 | 4.68 |
| 7880 | Garbage | 207.09 | 0.51 |
| 7990 | Total Operating Expenses | 10,915.55 | 26.82 |
| | | | |
| 8001 | Other Expenses | | |
| 8004 | Misc. PM Fees | 200.00 | 0.49 |
| 8005 | Misc Professional Fees | 250.00 | 0.61 |
| 8006 | Manager Oversite $45/unit | 1,755.00 | 4.31 |
| 8020 | Total Other Expenses | 2,205.00 | 5.42 |
| | | | |
| 8990 | Total Expenses | 16,821.09 | 41.33 |
| | | | |
| **9090** | **NET INCOME** | **22,608.10** | **55.54** |
| | | | |
| | ADJUSTMENTS | | |
| 1132 | Parkside Real Estate Tax Escrow | -3,950.00 | -9.70 |
| 2700 | Mortgage 1st | -14,500.00 | -35.62 |
| 3200 | Owner Contribution (HME TRANSFERS) | 2,809.12 | 6.90 |
| | | | |
| | TOTAL ADJUSTMENTS | -15,640.88 | -38.43 |
| | | | |
| | CASH FLOW | 6,967.22 | 17.12 |