3/17/2025 1:43 PM

**Owner Statement**

Owner = PARKSIDE PLACE (all properties)

Month = Feb 2025

Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|--------|---------|---------|
| | | | | Beginning Balance | | | -10,819.05 |
| 1/29/2025 | 20002 | Parkside Place | Mindy Craig | jan 28th ins. premium | 0.00 | 1,748.74 | -12,567.79 |
| 2/1/2025 | :ACH-WEB | Parkside Place | ANDY NGUYEN | Online Payment - EFT Payment. Mobile App - | 1,025.00 | 0.00 | -11,542.79 |
| 2/1/2025 | 275984067 | Parkside Place | CHANNELLE COSS | Credit Card On-Line Payment ; Mobile App - R | 940.00 | 0.00 | -10,602.79 |
| 2/1/2025 | :ACH-414 | Parkside Place | JOSEPH NOELDNER | Pre-Authorized Payment | 1,025.00 | 0.00 | -9,577.79 |
| 2/1/2025 | :ACH-415 | Parkside Place | NATHAN SIK | Pre-Authorized Payment | 1,025.00 | 0.00 | -8,552.79 |
| 2/1/2025 | :ACH-WEB | Parkside Place | SHANYA MEHLHAFF | Online Payment - EFT Payment. Mobile App - | 500.00 | 0.00 | -8,052.79 |
| 2/2/2025 | 276316267 | Parkside Place | BRANDON BROWN | Debit Card On-Line Payment ; Web - Resident | 1,025.00 | 0.00 | -7,027.79 |
| 2/2/2025 | 276133501 | Parkside Place | DEBBIE STUCHL | Debit Card On-Line Payment ; Web - Resident | 975.00 | 0.00 | -6,052.79 |
| 2/2/2025 | 276086006 | Parkside Place | SAMANTHA ADAM | Debit Card On-Line Payment ; Web - Resident | 1,025.00 | 0.00 | -5,027.79 |
| 2/3/2025 | 2 | Parkside Place | STARION FINANCIAL | wire fee | 0.00 | 20.00 | -5,047.79 |
| 2/3/2025 | 3 | Parkside Place | STARION FINANCIAL | wire fee 2nd | 0.00 | 20.00 | -5,067.79 |
| 2/3/2025 | :ACH-WEB | Parkside Place | ALLYSON HOLDEN | Online Payment. EFT Payment. Web - Resider | 945.00 | 0.00 | -4,122.79 |
| 2/3/2025 | ACH | Parkside Place | COUNTY FAIR FOODS OF WATERTOWN | | 1,548.43 | 0.00 | -2,574.36 |
| 2/3/2025 | ACH | Parkside Place | GT BROTHERS | | 3,015.11 | 0.00 | 440.75 |
| 2/3/2025 | ACH | Parkside Place | INDY OSENDORF | | 1,025.00 | 0.00 | 1,465.75 |
| 2/3/2025 | ACH | Parkside Place | JOSHUA GILLILAND | | 1,025.00 | 0.00 | 2,490.75 |
| 2/3/2025 | ACH | Parkside Place | MARIAH GAUKLER | | 980.00 | 0.00 | 3,470.75 |
| 2/3/2025 | ACH | Parkside Place | Mark Keller | | 1,025.00 | 0.00 | 4,495.75 |
| 2/3/2025 | ACH | Parkside Place | MARLYS HOLUBOK | NSFed by ctrl# 31563 account closed (per sta | 995.00 | 0.00 | 5,490.75 |
| 2/3/2025 | 1186 | Parkside Place | MITCHELL NEWMAN | | 1,025.00 | 0.00 | 6,515.75 |
| 2/3/2025 | ACH | Parkside Place | QUINN KOTEK | | 925.00 | 0.00 | 7,440.75 |
| 2/3/2025 | ACH | Parkside Place | TIFFANY SANDERSON | | 1,025.00 | 0.00 | 8,465.75 |
| 2/3/2025 | ACH | Parkside Place | ZOIE FRASER | | 940.00 | 0.00 | 9,405.75 |
| 2/4/2025 | 276859128 | Parkside Place | COLE WEGNER | Debit Card On-Line Payment ; Mobile App - Re | 1,025.00 | 0.00 | 10,430.75 |
| 2/4/2025 | 276942182 | Parkside Place | JORGE ROSA | Debit Card On-Line Payment ; Web - Resident | 940.00 | 0.00 | 11,370.75 |
| 2/4/2025 | 276923778 | Parkside Place | MADELYN PUGSLEY | Debit Card On-Line Payment ; Mobile App - Re | 1,135.00 | 0.00 | 12,505.75 |
| 2/4/2025 | 191 (CP5286) | Parkside Place | NATHAN SCHENKEL | | 925.00 | 0.00 | 13,430.75 |
| 2/4/2025 | :ACH-WEB | Parkside Place | WILLIAM JOHNSON | Online Payment - EFT Payment. Web - Resider | 1,025.00 | 0.00 | 14,455.75 |
| 2/5/2025 | 8882 | Parkside Place | ANDREW BOT | | 925.00 | 0.00 | 15,380.75 |
| 2/5/2025 | :ACH-WEB | Parkside Place | BAYLEE BOESE | Online Payment - EFT Payment. Web - Resider | 970.00 | 0.00 | 16,350.75 |
| 2/5/2025 | 1126 | Parkside Place | BENJAMIN WAGNER | | 1,025.00 | 0.00 | 17,375.75 |
| 2/5/2025 | 9999 | Parkside Place | HOLLY // LISA OHMAN | | 1,025.00 | 0.00 | 18,400.75 |
| 2/5/2025 | 277015925 | Parkside Place | JAMES BRUMBAUGH | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 19,425.75 |
| 2/5/2025 | 1003 | Parkside Place | JARED SAUER | | 1,025.00 | 0.00 | 20,450.75 |
| 2/5/2025 | NSF | Parkside Place | JE-4006 | Returned item charge | 0.00 | 5.00 | 20,445.75 |
| 2/5/2025 | 8963 | Parkside Place | JOSHUA MEEHL | | 940.00 | 0.00 | 21,385.75 |
| 2/5/2025 | 1083 | Parkside Place | KURTIS JOHNSON | | 1,025.00 | 0.00 | 22,410.75 |
| 2/5/2025 | ACH | Parkside Place | MARLYS HOLUBOK | NSF receipt Ctrl# 31367 account closed (per s | -995.00 | 0.00 | 21,415.75 |
| 2/12/2025 | 20012 | Parkside Place | RED RIVER STATE BAN | Parkside 1st Mtg; per cash collateral 2/3/2025 | 0.00 | 14,500.00 | 6,915.75 |
| 2/12/2025 | 14002501 | Parkside Place | GARY HOFER | mailed 2/7/25 | 925.00 | 0.00 | 7,840.75 |
| 2/13/2025 | :ACH-WEB | Parkside Place | SHANYA MEHLHAFF | Online Payment. EFT Payment. Web - Resider | 525.00 | 0.00 | 8,365.75 |
| 2/14/2025 | 277999803 | Parkside Place | CHANDLER PEERY | Debit Card On-Line Payment ; Web - Resident | 950.00 | 0.00 | 9,315.75 |
| 2/14/2025 | :ACH-WEB | Parkside Place | SHANYA MEHLHAFF | Online Payment - EFT Payment. Mobile App - | 42.00 | 0.00 | 9,357.75 |
| 2/15/2025 | N/A | Parkside Place | JE-4028 | RE Tax Escrow (payable 4/31) | 0.00 | 3,950.00 | 5,407.75 |
| 2/19/2025 | ACH | Parkside Place | COUNTY FAIR FOODS ( | -short original ach. | 8.72 | 0.00 | 5,416.47 |
| 2/19/2025 | ACH | Parkside Place | GT BROTHERS | -short original ach. | 16.93 | 0.00 | 5,433.40 |
| 2/27/2025 | 20016 | Parkside Place | CP BUSINESS MANAGE | due feb 28th insurance prem. | 0.00 | 1,741.90 | 3,691.50 |
| 2/27/2025 | :ACH-449 | Parkside Place | MARGARET MELAND | Pre-Authorized Payment | 1,025.00 | 0.00 | 4,716.50 |
| 2/28/2025 | 20021 | Parkside Place | Alexis Burbach | 2/14-2/28 9 hrs | 0.00 | 229.50 | 4,487.00 |
| 2/28/2025 | 20021 | Parkside Place | Alexis Burbach | 2/14-2/28 taxes | 0.00 | 14.94 | 4,472.06 |
| 2/28/2025 | 20021 | Parkside Place | Alexis Burbach | 2203 dryer vent hose | 0.00 | 11.49 | 4,460.57 |
| 2/28/2025 | 20021 | Parkside Place | Alexis Burbach | 2305 dryer vent hose | 0.00 | 6.37 | 4,454.20 |
| 2/28/2025 | 20021 | Parkside Place | Alexis Burbach | 15.5 res mgr duties | 0.00 | 395.25 | 4,058.95 |
| 2/28/2025 | 20021 | Parkside Place | Alexis Burbach | 2406 | 0.00 | 200.00 | 3,858.95 |
| 2/28/2025 | 20021 | Parkside Place | Alexis Burbach | res mgr taxes | 0.00 | 37.30 | 3,821.65 |
| 2/28/2025 | 20022 | Parkside Place | BLUEPEAK | | 0.00 | 247.63 | 3,574.02 |
| 2/28/2025 | 20017 | Parkside Place | BRIANS GLASS AND DC | 1st level stairwell; replc closure | 0.00 | 175.00 | 3,399.02 |
| 2/28/2025 | 20025 | Parkside Place | CP BUSINESS MANAGE | misc mgr | 0.00 | 200.00 | 3,199.02 |

3/17/2025 1:43 PM

### Owner Statement

Owner = PARKSIDE PLACE (all properties)

Month = Feb 2025

Book = Cash

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/28/2025 | 20025 | Parkside Place | CP BUSINESS MANAGE | misc prof | 0.00 | 250.00 | 2,949.02 |
| 2/28/2025 | 20025 | Parkside Place | CP BUSINESS MANAGE | offsite equip/supplies | 0.00 | 214.56 | 2,734.46 |
| 2/28/2025 | 20025 | Parkside Place | CP BUSINESS MANAGE | offsite office rent | 0.00 | 1,312.50 | 1,421.96 |
| 2/28/2025 | 20025 | Parkside Place | CP BUSINESS MANAGE | offsite utilities | 0.00 | 205.11 | 1,216.85 |
| 2/28/2025 | 20025 | Parkside Place | CP BUSINESS MANAGE | software fee | 0.00 | 38.00 | 1,178.85 |
| 2/28/2025 | 20025 | Parkside Place | CP BUSINESS MANAGE | collected late fee | 0.00 | 42.00 | 1,136.85 |
| 2/28/2025 | 20025 | Parkside Place | CP BUSINESS MANAGE | collected rents | 0.00 | 2,012.96 | -876.11 |
| 2/28/2025 | 20019 | Parkside Place | DAKOTA CLEAN LLC | #2406 | 0.00 | 159.30 | -1,035.41 |
| 2/28/2025 | 20018 | Parkside Place | GEORGES SANITATION | January garbage | 0.00 | 207.09 | -1,242.50 |
| 2/28/2025 | 20023 | Parkside Place | JAXON SCHMIDT | 2306, stairwell door | 0.00 | 94.88 | -1,337.38 |
| 2/28/2025 | 20026 | Parkside Place | JESSE CRAIG | 73 UNITS, $45/UNIT, | 0.00 | 1,755.00 | -3,092.38 |
| 2/28/2025 | 20029 | Parkside Place | LIBBY BURGHARDT | paint 2309 | 0.00 | 105.00 | -3,197.38 |
| 2/28/2025 | 20029 | Parkside Place | LIBBY BURGHARDT | paint hallways (January, billed in Feb) | 0.00 | 157.50 | -3,354.88 |
| 2/28/2025 | 20024 | Parkside Place | NORTHEAST, LLC; MR | WEST DOOR: replc. springs 2x48", operator a | 0.00 | 1,889.21 | -5,244.09 |
| 2/28/2025 | HME wire 2/28 | Parkside Place | PARKSIDE PLACE | Lane accounted for outstanding checks twice, | 854.12 | 0.00 | -4,389.97 |
| 2/28/2025 | HME WIRE 2/28/25 | Parkside Place | PARKSIDE PLACE | 2209 Jan rent | 980.00 | 0.00 | -3,409.97 |
| 2/28/2025 | HME WIRE 2/28 | Parkside Place | PARKSIDE PLACE | 2405 JAN RENT                         , | 975.00 | 0.00 | -2,434.97 |
| 2/28/2025 | 4 | Parkside Place | STARION FINANCIAL | wire fee from HME funds | 0.00 | 20.00 | -2,454.97 |
| 2/28/2025 | 20020 | Parkside Place | WHITE GLOVE CLEANII | January building clean | 0.00 | 424.80 | -2,879.77 |
| 2/28/2025 | 20028 | Parkside Place | WMU WATERTOWN ML | 1/21-2/19 dates vacants | 0.00 | 97.10 | -2,976.87 |
| 2/28/2025 | 20028 | Parkside Place | WMU WATERTOWN ML | 1/22-2/24  house sewer | 0.00 | 1,461.96 | -4,438.83 |
| 2/28/2025 | 20028 | Parkside Place | WMU WATERTOWN ML | 1/22-2/24 house electric | 0.00 | 608.27 | -5,047.10 |
| 2/28/2025 | 20028 | Parkside Place | WMU WATERTOWN ML | 1/22-2/24 house gas | 0.00 | 311.01 | -5,358.11 |
| 2/28/2025 | 20028 | Parkside Place | WMU WATERTOWN ML | 1/22-2/24 house water | 0.00 | 443.72 | -5,801.83 |
| 2/28/2025 | Feb HME part of feb2 | Parkside Place | ERIN KRAVIK | | 925.00 | 0.00 | -4,876.83 |
| 2/28/2025 | (cpbm 5315) ZEGO46 | Parkside Place | HOPE LEWANDOWSKI | SECURITY DEPOSIT (TX TO SEC. DEP. ACCT) | 1,025.00 | 0.00 | -3,851.83 |
| 2/28/2025 | HME part of 2/28 wire | Parkside Place | MARGARET MELAND | | 1,025.00 | 0.00 | -2,826.83 |
| | | | **Ending Balance** | | **43,305.31** | **35,313.09** | **-2,826.83** |

3/17/2025 3:43 PM

## Aged Receivable

Property = Parkside Place   Status: Current   Month From: 02/2025

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Total Owed |
|----------|--------|--------|--------------|-----------|------------|------------|--------------|------------|
| **Parkside Place** | | | | | | | | |
| Parkside Place | HOLUBOK MARLYS | Current | 995.00 | 995.00 | 0.00 | 0.00 | 0.00 | 995.00 |
| Parkside Place | PEERY CHANDLER | Current | 1,055.48 | 999.00 | 0.00 | 0.00 | 56.48 | 1,055.48 |
| Parkside Place | HOFER GARY | Current | 45.00 | 0.00 | 45.00 | 0.00 | 0.00 | 45.00 |
| **Parkside Place** | | | **2,095.48** | **1,994.00** | **45.00** | **0.00** | **56.48** | **2,095.48** |
| **Grand Total** | | | **2,095.48** | **1,994.00** | **45.00** | **0.00** | **56.48** | **2,095.48** |

UserId : mcraig@cpbusmgt.com Date : 03/17/2025 Time : 20:42

# Payables Aging Report

Period: -02/2025
As of : 02/28/2025

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|------------|---------------|----------|--------------|----------|---------|-----------|--------------|-----------|------------|------------|--------------|-------|
| **Grand Total** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Monday, March 17, 2025
01:38 PM

3/17/2025 1:01 PM

**Rent Roll**

Property = Parkside Place

As Of = 02/27/2025

Month = 02/2025

| Unit | Unit SqFt | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-----------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| **Current/Notice/Vacant Tenants** | | | | | | | | | |
| 201 | 0.00 | GT BROTHERS | 2,513.00 | 4,000.00 | 0.00 | 09/01/2021 | 08/31/2026 | | 0.00 |
| 202 | 0.00 | COUNTY FAIR FOODS ( | 1,290.00 | 2,000.00 | 0.00 | 10/01/2021 | 09/30/2026 | | 0.00 |
| 2201 | 778.00 | ERIN KRAVIK | 925.00 | 925.00 | 0.00 | 05/04/2024 | 05/31/2025 | | 0.00 |
| 2202 | 778.00 | HOLLY // LISA OHMAN | 1,025.00 | 965.00 | 0.00 | 08/01/2022 | | | 0.00 |
| 2203 | 778.00 | ZOIE FRASER | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2204 | 778.00 | INDY OSENDORF | 1,025.00 | 1,025.00 | 0.00 | 04/13/2024 | 05/31/2025 | | 0.00 |
| 2205 | 778.00 | QUINN KOTEK | 925.00 | 925.00 | 0.00 | 07/01/2024 | 06/30/2025 | | 0.00 |
| 2206 | 778.00 | JAMES BRUMBAUGH | 1,025.00 | 980.00 | 0.00 | 04/01/2023 | 03/31/2024 | | 0.00 |
| 2207 | 778.00 | MARGARET MELAND | 1,025.00 | 1,025.00 | 0.00 | 08/05/2024 | 08/31/2025 | | -1,025.00 |
| 2208 | 778.00 | WILLIAM JOHNSON | 1,025.00 | 945.00 | 0.00 | 03/01/2022 | | | 0.00 |
| 2209 | 778.00 | MARIAH GAUKLER | 980.00 | 980.00 | 0.00 | 05/01/2023 | 04/30/2024 | | 0.00 |
| 2210 | 778.00 | Mark Keller | 1,025.00 | 945.00 | 0.00 | 03/11/2022 | | | 0.00 |
| 2211 | 778.00 | JARED SAUER | 1,025.00 | 1,025.00 | 0.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 2212 | 778.00 | CHANNELLE COSS | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2301 | 778.00 | SHANYA MEHLHAFF | 1,025.00 | 1,025.00 | 0.00 | 10/01/2023 | 09/30/2024 | | 0.00 |
| 2302 | 778.00 | TIFFANY SANDERSON | 1,025.00 | 980.00 | 0.00 | 01/01/2023 | 12/31/2023 | | 0.00 |
| 2303 | 778.00 | SAMANTHA ADAM | 1,025.00 | 945.00 | 0.00 | 05/10/2022 | 04/30/2025 | | 0.00 |
| 2304 | 778.00 | CHANDLER PEERY | 925.00 | 925.00 | 0.00 | 05/10/2024 | 05/31/2025 | | 1,055.48 |
| 2305 | 778.00 | BAYLEE BOESE | 1,025.00 | 750.00 | -55.00 | 12/04/2024 | 12/31/2025 | | 0.00 |
| 2306 | 778.00 | GARY HOFER | 925.00 | 925.00 | 0.00 | 05/15/2024 | 05/31/2025 | | 45.00 |
| 2307 | 778.00 | ANDREW BOT | 925.00 | 925.00 | 0.00 | 07/16/2024 | 07/31/2025 | | 0.00 |
| 2308 | 778.00 | JORGE ROSA | 1,025.00 | 1,000.00 | -85.00 | 01/10/2025 | 01/09/2026 | | 0.00 |
| 2309 | 778.00 | MITCHELL NEWMAN | 1,025.00 | 980.00 | 0.00 | 03/01/2023 | 02/29/2024 | 02/28/2025 | 0.00 |
| 2310 | 778.00 | JOSHUA MEEHL | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2311 | 778.00 | NATHAN SIK | 1,025.00 | 1,025.00 | 0.00 | 06/01/2024 | 05/31/2025 | | 0.00 |
| 2312 | 778.00 | NATHAN SCHENKEL | 925.00 | 925.00 | 0.00 | 06/01/2024 | 05/31/2025 | | 0.00 |
| 2401 | 778.00 | ALLYSON HOLDEN | 1,025.00 | 750.00 | -80.00 | 11/18/2024 | 11/30/2025 | 06/30/2025 | 0.00 |
| 2402 | 778.00 | RILEY CASPER | 980.00 | 980.00 | 0.00 | 08/01/2024 | 04/30/2024 | 03/31/2025 | 0.00 |
| 2403 | 778.00 | MADELYN PUGSLEY | 1,025.00 | 750.00 | -40.00 | 01/01/2025 | 12/31/2025 | | 0.00 |
| 2404 | 778.00 | BRANDON BROWN | 1,025.00 | 980.00 | 0.00 | 12/01/2022 | 12/31/2025 | | 0.00 |

**Page 1 of 2**

3/17/2025 1:01 PM

## Rent Roll

Property = Parkside Place

As Of = 02/27/2025

Month = 02/2025

| Unit | Unit | Tenant Name | Actual | Tenant | Misc | Move In | Lease | Move Out | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | SqFt | | Rent | Deposit | | | Expiration | | |
| 2405 | 778.00 | DEBBIE STUCHL | 1,025.00 | 1,025.00 | -50.00 | 10/01/2024 | 09/30/2025 | | 0.00 |
| 2406 | 778.00 | KURTIS JOHNSON | 1,025.00 | 1,025.00 | 0.00 | 05/01/2024 | 04/30/2025 | 02/28/2025 | 0.00 |
| 2407 | 778.00 | COLE WEGNER | 1,025.00 | 1,025.00 | 0.00 | 08/14/2024 | 08/31/2025 | | 0.00 |
| 2408 | 778.00 | JOSEPH NOELDNER | 1,025.00 | 1,025.00 | 0.00 | 09/01/2023 | 08/31/2024 | | 0.00 |
| 2409 | 778.00 | JOSHUA GILLILAND | 1,025.00 | 500.00 | 0.00 | 12/01/2021 | | | 0.00 |
| 2410 | 778.00 | ANDY NGUYEN | 1,025.00 | 1,025.00 | 0.00 | 11/01/2023 | 12/31/2023 | | 0.00 |
| 2411 | 778.00 | MARLYS HOLUBOK | 995.00 | 980.00 | 0.00 | 06/01/2023 | 05/31/2024 | | 995.00 |
| 2412 | 778.00 | BENJAMIN WAGNER | 1,025.00 | 1,025.00 | 0.00 | 06/01/2024 | 05/31/2025 | | 0.00 |
| **Future Tenants/Applicants** | | | | | | | | | |
| 2309 | 778.00 | DAVID TIJERINA | 0.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| **Total** | | **Parkside Place** | **39,983.00** | **40,510.00** | **-565.00** | | | | **1,070.48** |

| Summary Groups | Square | Actual | Security | Misc | # Of | % Unit | % Sqft | Balance |
|---|---|---|---|---|---|---|---|---|
| | Footage | Rent | Deposit | | Units | Occupancy | Occupied | |
| Current/Notice/Vacant Tenants | 28,008.00 | 39,983.00 | 39,485.00 | -565.00 | 38 | 100.00 | 100.00 | 1,070.48 |
| Future Tenants/Applicants | 778.00 | 0.00 | 1,025.00 | 0.00 | 1 | 0.00 | 0.00 | 0.00 |
| Occupied Units | 28,008.00 | 0.00 | 0.00 | 0.00 | 38 | 100.00 | 100.00 | 0.00 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| **Totals:** | **28,008.00** | **39,983.00** | **40,510.00** | **-565.00** | **38** | **100.00** | **100.00** | **1,070.48** |



**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

01/29/25                20002

TO THE
ORDER OF

Mindy Craig
PO BOX 426
Fargo, ND    58107

**** ONE THOUSAND SEVEN HUNDRED FORTY EIGHT AND 74/100 DOLLARS

$1,748.74****

NON-NEGOTIABLE

Repasted in
Jan

## Mindy Craig

**From:** Liberty Mutual Insurance Billing <ebilling@email-libertymutual.com>
**Sent:** Friday, January 31, 2025 1:53 PM
**To:** Mindy Craig
**Subject:** Your payment has been processed.

*Chk # 20002 Mindy Craig*

☐ View online



Billing account number: REDACTED 25

*V# 40001 — ✓ 34.478% Ruins: $2391.39*
*V# 20002 — ✓ 24.475% Parkside: $1748.74*

## Hello,

*V# 30000 — ✓ 38.847% Renerations: $2415.58*

Thank you for your recent payment. Your payment will be applied to your balance on
01/31/2025 and reflected on your online account.

**Make a payment**

🗔 Billing summary

**Confirmation number:**           **Total payment:**
REDACTED MZ                        **$6555.71**
                                   Payment amount: $6395.81
                                   Payment service fee: $159.90
**Payment date:**
01/31/2025
                                   **Payment method:**
**Policy(s):**                     Credit/Debit Card ending in REDACTED
REDACTED 85
                                   *Repay Mindy.*

Easily manage your payments online.

1

DATE:02/27/25  CK#:20016  TOTAL:$1,741.90***  BANK:PARKSIDE DIP APT(1112)
PAYEE:CP BUSINESS MANAGEMENT  MEMO: apple card

| Property Address | Invoice - Date | Description | Amount |
|---|---|---|---|
| Parkside Place | N/A - 02/27/2025 | due feb 28th insurance prem. | 1,741.90 |
| | | | 1,741.90 |

 **Liberty Mutual.** INSURANCE    Summary

 844-961-0334 M-F, 8AM-8PM (EST)

# Billing Portal

| | | | |
|---|---|---|---|
| Account #: | REDACTED 25 | Minimum payment: | |
| Account of: | THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC | **$0.00** | |
| Email: | MCRAIG@CPBUSMGT.COM | Due by: | |
| Paperless billing: | Off | Account balance: | |
| Policies on account: | REDACTED 85 | **$31,814.03** | |
| Automatic payments: | Off | | |
| Due day: | 28 | | |
| Agent(s): | SUMMIT INSURANCE AGENCY LLC | | |
| Billable party: | THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC | | |
| Prior billing account: | REDACTED 050 | | |

**Pay Now**

[ Current Invoice Details ]

ⓘ **Welcome to Express Payment where you can make a one-time payment without signing into your profile.**
To access all online capabilities, click here to login or create a new user profile.

*Handwritten: Ruins: $2382.04  36.487%*
*Park: $1741.90  26.075%*
*Gen: $2406.14  36.847%*

# Confirmation

| | |
|---|---|
| Confirmation # | REDACTED |
| Date/time | 02/27/2025 03:06 PM EST |
| Payment method | Credit/Debit card |
| Total Payment | $6,530.08 on Mastercard endin REDACTED |
| Payment Amount | $6,370.81 |
| Payment Service Fee | $159.27 |
| Saved payment account for future use | No |

[ Return to Summary ]

**A confirmation receipt has been sent to the email address on file.**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20019

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

02/28/25

$159.30******

TO THE
ORDER OF        **** ONE HUNDRED FIFTY NINE AND 30/100 DOLLARS

DAKOTA CLEAN LLC
509 9TH AVE S
CLEAR LAKE, SD      57226

NON-NEGOTIABLE





**PAID**

Dakota Clean, LLC
509 9th Ave. S
Clear Lake, SD 57226
Phone: (605) 521-6531

# INVOICE

**DATE:** 2/28/2025

**TO:**
CP Business Management
1405 1st Ave. N Suite B
Fargo, ND 58102

**FOR:**
Carpet Cleaning

| INVOICE # | DESCRIPTION | RATE | SALES TAX | AMOUNT |
|---|---|---|---|---|
| 037043 | Carpet Cleaning Parkside 2406 | $150.00 | $9.30 | $159.30 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | $159.30 |

Make all checks payable to Dakota Clean
Send to:    509 9th Ave. S. Clear Lake, SD 57226
Total due within 30 days of service. Overdue accounts subject to a service charge of 7% overdue period.

THANK YOU FOR YOUR BUSINESS!

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20020

02/28/25

$424.80******

TO THE
ORDER OF      **** FOUR HUNDRED TWENTY FOUR AND 80/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

NON-NEGOTIABLE

White Glove Cleaning

17892 449th Ave
Hayti, SD 57241



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/4/2025 | 2075 |

| Bill To |
|---------|
| Parkside |
| Unit # |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Monthly Building Cleaning | 400.00 | 400.00T |
| | Sales Tax | 6.20% | 24.80 |

| | **Total** | $424.80 |
|--|-----------|---------|

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20017

02/28/25

TO THE
ORDER OF
**** ONE HUNDRED SEVENTY FIVE AND 00/100 DOLLARS

$175.00******

BRIANS GLASS AND DOOR
533 1ST AVE NW #4
WATERTOWN, SD 57201-0743

NON-NEGOTIABLE

Brian's Glass and Door LLC

516 3rd Ave NW, #5
Watertown, SD 57201
605-886-5328



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/14/2025 | 95774 |

| Bill To | Ship To |
|---------|---------|
| Parkside Place<br>PO Box 9379<br>Fargo, ND 58106 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 2/14/2025 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Repl Sales | 1st lever stairwell door between elevator area and stairwell | 175.00 | 175.00 |
| | | Replace bronze falcon door closer | | |
| | | Excise tax included | | 175.00 |
| | | | 0.00% | 0.00 |

| | Total | $175.00 |
|---|-------|---------|

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
P O BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

02/28/25

20018

TO THE
ORDER OF

\*\*\*\*  TWO HUNDRED SEVEN AND 09/100 DOLLARS

$207.09\*\*\*\*\*

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD   57201

NON-NEGOTIABLE

PAID

## George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

# Invoice

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 39126 |

---

## JANUARY GARBAGE SERVICE (2025)

| Qua... | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times  A Week) | 195.00 | 195.00T |
| | NOTE-DUE TO THE CITY INCREASE OF THE LANDFILL DISPOSAL FEE ($44.00 to $60.00 A TON) & THE COST OF DOING BUSINESS, IT IS NECESSARY FOR US TO ADJUST OUR RATES ACCORDINGLY IN JANUARY OF 2025-THANK YOU. | | 0.00 |

park/gen -
$ 207.09

| Sales Tax (6.2.. | $24.18 |
|---|---|
| **Total** | **$414.18** |

**PLEASE REFERENCE YOUR
INVOICE # ON YOUR
PAYMENT**

A finance charge of 1.5% ($1.00 min) per month (18% annually) will be added to accounts over 30 days.

George's Sanitation Thanks You For Your Business.

**PAY ONLINE AT
WWW.GEORGESSANITATION.COM WITH
PAY NOW BUTTON**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20024

02/28/25        $1,889.21***

TO THE
ORDER OF        **** ONE THOUSAND EIGHT HUNDRED EIGHTY NINE AND 21/100 DOLLARS

NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC
MR TIKKA CONSTRUCTION LLC
NORTHEAST, LLC, 1235 KINER CT
HAYTI, SD   57241

NON-NEGOTIABLE

 

## Northeast LLC

1235 Kiner Court | Hayti, SD 57241
6057833090 | office@northeastohd.us



**RECIPIENT:**

**Park Side Place**

8 2nd Street Northeast
Watertown, South Dakota 57201
Phone: 605-303-4130

**SERVICE ADDRESS:**

8 2nd Street Northeast
Watertown, South Dakota 57201

| Invoice #607332 | |
|---|---|
| Issued | 02/28/2025 |
| Due | 03/30/2025 |
| Job Name | NW Door Repair |
| Job Address | 8 2nd Street Northeast Watertown, South Dakota 57201 |
| **Total** | **$1,889.21** |

## NW Door Repair

| Product/Service | Description | Qty. | Total |
|---|---|---|---|
| 02/28/2025 | | | |
| 3724 Garage Doors | Labor to replace springs, replace operator arm and elbow. Lube and adjust door. ------------------------------------------------- Labor only | 1 | $895.00* |
| 3724 Garage Doors | 1PR - .331 x 3.75 x 48 springs 1 - operator arm 1 - operator elbow 1 - can of lube ------------------------------------------------- Material only | 1 | $956.42* |
| SD SE TAX 2% | SOUTH DAKOTA STATE EXCISE TAX 2% | 1851.42 | $37.79* |

| | Total | $1,889.21 |
|---|---|---|

* Non-taxable

Thank you for your business. Please contact us with any questions
regarding this invoice.

Reliable Service
Product Knowledge
Motivated

Northeast LLC 90-1250095



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20023

02/28/25

$94.88*******

TO THE
ORDER OF

**** NINETY FOUR AND 88/100 DOLLARS

JAXON SCHMIDT
325 27TH ST NW
WATERTOWN, SD   58201

NON-NEGOTIABLE

# Maintenance Hours
## 2025
## Maintenance Name: Jaxon

$30.00 Hourly Rate

| From: | 1-Feb |
| To: | 14-Feb |



Parkside Place

Invoice #: 2002

| Invoice Date: | 2/14/0225 |
| Due Date: | 2/15/2025 |

| Date | Line | Start | End | | Scope of Work | |
|---|---|---|---|---|---|---|
| 2/11 | | 11:15 AM | 12:30 PM | 1:15: | pick up menards card - wood putty for 3415 - fan weight kit 2306 | $37.50 |
| 2/11 | 2306 | 1:30 PM | 3:00 PM | 1:30: | possibly bent blade or barcket balancing weight kit - tighten rod | $38.25 |
| 2/11 | | 3:00 PM | 3:45 PM | 0:45: | slobby stairwell door - needed new arm and plate - brians glass called | $19.13 |

| Total Hours | 3:30: | | Total Hourly Pay $3/hour | $94.88 |
| | | | Parkside Place Paycheck : | $94.88 |

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20022

02/28/25

$247.63 * * * * *

TO THE
ORDER OF    **** TWO HUNDRED FORTY SEVEN AND 63/100 DOLLARS

BLUEPEAK
PO BOX 5002
SIOUX FALLS, SD    57117-5002

NON-NEGOTIABLE



**Contact Us**
**www.mybluepeak.com**
**866-991-9722**
@HelloBluepeak

page 1 of 4

| | |
|---|---|
| Account Number: | 045515701 |
| Billing Date: | 02/20/25 |
| Total Amount Due: | $247.63 |
| Payment Due By: | 03/16/25 |





## It pays to have friends.

Refer your friends to Bluepeak and **get a $50 credit** on your bill when they sign up.

mybluepeak.com/help/refer-a-friend

**STATEMENT SUMMARY**

| | |
|---|---|
| Previous Balance | $247.63 |
| Payments and Adjustments | -$247.63 |
| New Charges | $247.63 |
| **Total Amount Due** | **$247.63** |

**NEW CHARGES SUMMARY**

| | |
|---|---|
| Monthly Service Charges | $175.99 |
| Taxes | $71.64 |
| **Total New Charges** | **$247.63** |

A late fee will be applied to your account if the amount of $247.63 is not received before 03/16/25. Payments received after 02/20/25 are not reflected on this statement.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices.  Your acknowledgement of this agreement is confirmed by your payment.





**Contact Us**
www.mybluepeak.com
866-991-9722


@HelloBluepeak

| | |
|---|---|
| Account Number: | 045515701 |
| Billing Date: | 02/20/25 |
| **Total Amount Due:** | **$247.63** |
| Payment Due By: | 03/16/25 |



**Need help finding the best TV service package for you?**

Bluepeak makes it simple to stream.

Bluepeak can help you find the best streaming TV package  whether it's our own Bluepeak TV or another service — all based on your personal preferences.

Just answer a few questions, pick the channels you actually want to watch and we'll show you a few options to choose from!

**Get started now at mybluepeak.com/tv/options**

| | | |
|---|---|---:|
| | **Previous Balance** | **$247.63** |
| **PAYMENTS AND ADJUSTMENTS** | | |
| 02/10/25 | Payment - Thank You................. | -$247.63 |
| | Total Payments And Adj ......... | -$247.63 |
| **SERVICE CHARGES** | | |
| **INTERNET SERVICES** | | |
| 02/24 - 03/23 | Out-of-term internet adjustment. | $20.00 |
| 02/24 - 03/23 | Internet Service ......................... | $79.99 |
| 02/24 - 03/23 | Static IP ................................... | $3.00 |
| 02/24 - 03/23 | Paper statement ......................... | $3.00 |
| **TELEPHONE SERVICES FOR 605-753-9005** | | |
| 02/24 - 03/23 | Voice...................................... | $20.00 |
| 02/24 - 03/23 | Out-of-term phone adjustment......... | $10.00 |
| *Subtotal* | | *$30.00* |
| **TELEPHONE SERVICES FOR 605-753-9008** | | |
| 02/24 - 03/23 | Voice...................................... | $20.00 |
| **TELEPHONE SERVICES FOR 605-753-9009** | | |
| 02/24 - 03/23 | Voice...................................... | $20.00 |
| **SubTotal** | | **$70.00** |
| | Total Service Charges............. | **$175.99** |
| **TAXES AND FEES** | | |
| | State Sales Tax .......................... | $5.19 |
| | City Sales Tax .......................... | $2.47 |
| **TELEPHONE AND CIRCUIT TAXES AND FEES** | | |
| | Multi Line Federal Access Charge | $25.23 |
| | Carrier Service Fee ................... | $4.83 |
| | Multi Line Recovery .................. | $9.00 |
| | Gross Receipts Tax................... | $2.49 |
| | E911 ......................................... | $6.00 |
| | Federal Excise Tax.................... | $1.80 |

Franchise Authority: City of Watertown (SD0305)  PO Box 910 Waterlown, SD 57201  605-882-6200

---

**Change of Address**          Effective Date: _____

Name: _____

Address:_____

City: _____

State: _____ Zip:_____

Home #:_____

Business #: _____

☐ **Yes,** Please enroll me in the AutoPay Program. I authorize to automatically charge my credit/debit card the total balance due on my statement on the payment due date each month. I understand the balance due may vary month to month depending on the services provided and the statement will be sent to me approximately two weeks before the payment due date. I may cancel at any time by written notice.

Signature:_____Date: _____

Email:_____

**Credit Card** ___VISA ___MasterCard ___Discover ___American Express

Credit Card #:_____

Name As On Credit Card: _____

Zip Code of Card Holder:_____Exp. Date: _____

**Bank Account** ___Checking (attach a voided check) ___Savings

Bank Account #:_____

Routing and Transit #: _____

SC2FF002



**Contact Us**
**www.mybluepeak.com**
**866-991-9722**


@HelloBluepeak

page 3 of 4



| Account Number: | 045515701 |
|---|---|
| Billing Date: | 02/20/25 |
| Total Amount Due: | $247.63 |
| Payment Due By: | 03/16/25 |

| | |
|---|---|
| Federal USF Fee...................... | $14.18 |
| State Telecommunications Relay Srvc ........................................... | $0.45 |
| Total Taxes and Fees .............. | $71.64 |
| Total Amount Due............................................... | $247.63 |

**SERVICE LOCATIONS**
8 2ND ST  NE WATERTOWN, SD 57201-3624

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20021

02/28/25

TO THE
ORDER OF

**** EIGHT HUNDRED NINETY FOUR AND 85/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD   57201

$894.85******

NON-NEGOTIABLE

**Alexis Burbach**

**2025**

From: 1-Feb

To: 14-Feb



*Parkside Place*

Invoice #: 2002

Invoice Date: 2/14/0225

Due Date: 2/15/2025

### Scope of Work

| Date | Unit | Start | End | Total | Scope of Work | |
|------|------|-------|-----|-------|---------------|---|
| 2/2 | | 5:30 PM | 6:00 PM | 0:30 | all tenants responded to about ach payments/processing | $12.75 |
| 2/3 | | 12:00 PM | 1:30 PM | 1:30 | apps processed for 2402 missy/hayden - move out update from 2406, left me | $38.25 |
| 2/3 | 2402 | 4:00 PM | 5:00 PM | 1:00 | Lease sent for missy - vaca list updated | $25.50 |
| 2/4 | 2305 | 10:30 | 11:30 | 1:00 | dryer vent hose picked up from Karls - install new dryer vent hose in unit | $25.50 |
| 2/4 | | 11:30 | 1:45 PM | 2:15 | vaca list updated with hme tenants re do leases uploaded - codes updated - | $57.38 |
| 2/4 | | 4:30 PM | 6:00 PM | 1:30 | english and spanish lease printed for 2308 ready to hand deliver - help with | $38.25 |
| 2/6 | | 1:00 PM | 1:45 PM | 0:45 | facebook ad post updated - lead no longer looking for unit | $19.13 |
| 2/11 | | 11:00 | 12:00 PM | 1:00 | walk through building - check piping above quick care - 2212&2403 inspectic | $25.50 |
| 2/12 | | 11:00 | 11:30 | 0:30 | tenant calls on rent questions 2402&2304 - look over overhead doors | $12.75 |
| 2/12 | | 11:30 | 12:30 PM | 1:00 | overhead door calls from Northeast -- Brians glass call on stairwell door to be | $25.50 |
| 2/13 | | 12:45 PM | 1:15 PM | 0:30 | showing hope and michael - | $12.75 |
| 2/13 | | 5:00 PM | 5:15 PM | 0:15 | pictures of overhead garage door for MC | $6.37 |
| 2/14 | | 11:00 | 12:45 PM | 1:45 | emails - 2406 move out questions - new tenant lease 2406 - memos printed | $44.63 |
| 2/14 | | 3:00 PM | 5:00 PM | 2:00 | hours - emails - leads - waitlist updated - 2406 pet form sent - files uploaded | $51.00 |

| | | | | Total Hours | 15:30 | | Total Hourly Pay $25.50/hour | $395.25 |
|---|---|---|---|---|---|---|---|---|

### Painting

| | | Total Hours | 0:00 | | Total Painting $35/hour | $0.00 |
|---|---|---|---|---|---|---|

### Reimbursement

| Date | Unit | | | |
|------|------|---|---|---|
| 02/04 | 2305 | dryer vent hose from Karls | | $6.37 |
| | | **Total Reimbursement** | | **$6.37** |

### Commission

| Date | Unit | | |
|------|------|---|---|
| 2/14/25 | 2406 | $200 per new lease - HOPE LEWANDOWSKI,MICHAEL STEINLICHT | $200.00 |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | **Total Commissions** | **$200.00** |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $395.25 |
| Parkside Place Total Painting: | $0.00 |
| Parkside Place Total Reimbursements: | $6.37 |
| Parkside Place Total Commissions: | $200.00 |
| Parkside Place Subtotal: | $601.62 |
| Parkside Place Sales Tax (6.2%): | $37.30 |
| Parkside Place Total Paycheck Amount: | $638.92 |

**Alexis Burbach**
**2025**



*Parkside Place*

| | From: | 15-Feb | | Invoice #: | 2003 |
| | To: | 28-Feb | | Invoice Date: | 2/28/2025 |
| | | | | Due Date: | 3/1/2025 |

### Scope of Work

| Date | Unit | Start | End | | Description | Amount |
|------|------|-------|-----|---|-------------|--------|
| 2/14 | | 5:00 PM | 5:15 PM | 0:15: | memos handed out for balances owed | $6.37 |
| 2/17 | 2203 | 3:15 PM | 3:45 PM | 0:30: | pick up dryer vent hose for parkside from walmart | $12.75 |
| 2/18 | 2203 | 11:00 | 11:45 | 0:45: | switch out new dryer vent hose/installed - pick up inspection sheet | $19.13 |
| 2/19 | | 2:00 PM | 2:45 PM | 0:45: | walk building, any garbage pick up - inspection from 2305 | $19.13 |
| 2/21 | | 10:30 | 11:30 | 1:00: | showing cole and gf - garage walk through - 2306 for fridge temp and seal | $25.50 |
| 2/27 | | 11:00 | 12:00 | 1:00: | pick up garbage - package for 2411 - quick peak at 2406 | $25.50 |
| 2/27 | | 1:15 PM | 3:15 PM | 2:00: | move out inspections on 2309 hung up screen & 2406 - walk building - 2405 | $51.00 |
| 2/28 | | 10:00 | 11:30 | 1:30: | move in folders in unit 2309, 2406 - remote battery in - fridge sill in place - lib | $38.25 |
| 2/28 | | 1:00 PM | 2:15 PM | 1:15: | move in 2406 and 2309 - clean 2306 AC unit - cameras for large mud chunk | $31.88 |

| | Total Hours | 9:00: | | Total Hourly Pay $25.50/hour | $229.50 |

### Painting

| Date | Unit | Start | End | | | |
|------|------|-------|-----|---|---|---|
| | Total Hours | 0:00: | | Total Painting $35/hour | $0.00 |

### Reimbursement

| Date | Unit | | Description | Amount |
|------|------|---|-------------|--------|
| 2/17 | 2203 | new dryer vent hose - walmart | | $11.49 |

| | | | Total Reimbursement | $11.49 |

### Commission

| Date | Unit | | Description | |
|------|------|---|-------------|---|
| | | $200 per new lease | | |
| | | $200 per new lease | | |
| | | $200 per new lease | | |
| | | $200 per new lease | | |

| | | | Total Commissions | $0.00 |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $229.50 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $11.49 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Subtotal: | $240.99 |
| Parkside Place Sales Tax (6.2%): | $14.94 |
| Parkside Place Total Paycheck Amount: | $255.93 |

20026

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

02/28/25                    $1,755.00***

TO THE
ORDER OF    **** ONE THOUSAND SEVEN HUNDRED FIFTY FIVE AND 00/100 DOLLARS

JESSE CRAIG
1405 1ST AVE N
FARGO, ND  58102

NON-NEGOTIABLE



**JESSE CRAIG**

*PARKSIDE PLACE*

**2025**

| From: | 1-Feb | Invoice #: | 6002 |
| To: | 28-Feb | Invoice Date: | 2/28/2025 |
| | | Due Date: | 03/01/25 |

| | | | | Total |
|---|---|---|---|---|
| 39 | | Manager oversite $45/unit | $45.00 | $1,755.00 |
| | | | $45.00 | $1,755.00 |

Please make checks payable to Jesse Craig no later than   03/01/25

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20025

02/28/25          $4,275.13***

TO THE
ORDER OF       **** FOUR THOUSAND TWO HUNDRED SEVENTY FIVE AND 13/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

NON-NEGOTIABLE

MEMO: :PostAPTemplate

2.0025

# CP Business Management
## 2025

*Parkside Place*

| | |
|---|---|
| From: | 1-Feb |
| To: | 28-Feb |

Invoice #: 2002
Invoice Date: 2/28/2025
Due Date: 03/01/25

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected Funds | $40,259.19 | $2,012.96 |
| | **Total Management Fee** | **$40,259.19** | **$2,012.96** |

| | Offsite Office | Total |
|---|---|---|
| 7010 | Off Site Office Rent | $1,312.50 |
| 7030 | Off Site Office Utilities | $205.11 |
| 7040 | Off Site Office Supplies | $214.56 |
| | **Total Offsite Office** | **$1,732.17** |

| | Other Collected Income | Total |
|---|---|---|
| 5800 | late fee | $42.00 |
| | **Total Other Collected Income** | **$42.00** |

| | Miscellaneous | |
|---|---|---|
| 8004 | Misc Manager | $200.00 |
| 8005 | Misc Prof. | $250.00 |
| 7057 | Software Fee | $38.00 |
| | **Total Miscellaneous** | **$488.00** |

| | |
|---|---|
| **Total Management Fee** | $2,012.96 |
| **Total Offsite Office** | $1,732.17 |
| **Total Other Collected Income** | $42.00 |
| **Total Miscellaneous** | $488.00 |
| **Parkside Place Total** | $4,275.13 |

Please make checks payable to CP Business Management no later than   3/1/2025

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20029

TO THE
ORDER OF

**** TWO HUNDRED SIXTY TWO AND 50/100 DOLLARS

LIBBY BURGHARDT
311 OAK STREET
BRANDT, SD   57218

02/28/25

$262.50******

NON-NEGOTIABLE

Libby Burghardt

JANUARY PARKSIDE PAINTING
1/17: 11-4:30pm paint hallways
=4.5@$35



= **********$157.50**********

FEBRUARY PAINTING
Parkside
2/27: 3:15-4:45 walk over to parkside from generations, fill 14 holes/paint , window sill repair, mud,sand,prep,texture, deprep 2309 (1.5)
    6-7 primer at building sat for too long, won't mix when shook, drove to generations for primer (no primer), drove to office to check for primer, went to ruins and found stir sticks, back to parkside to prime window sills 2309 (1)
2/28: 10:30-11 finish painting/clean up 2309 (.5)
=3@$35

= **********$105.00**********

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr. S
FARGO, ND 58104

20028

TO THE
ORDER OF

**** TWO THOUSAND NINE HUNDRED TWENTY TWO AND 06/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD    57201

02/28/25          $2,922.06***

NON-NEGOTIABLE

| PARKSIDE UNIT | Service From | Service to | AMOUNT | |
|---|---|---|---|---|
| 2403 | 1/21/2025 | 2/19/2025 | 97.10 | |
| | | | | |
| | | | | |
| | | | | |
| | Total | | 97.10 | |
| | | | | |
| | 1/22/2025 | 2/24/2025 | 608.27 | house elect |
| | 1/22/2025 | 2/24/2025 | 311.01 | gas |
| | 1/22/2025 | 2/24/2025 | 443.72 | water |
| | 1/22/2025 | 2/24/2025 | 1,461.96 | sewer |
| | total house meter/use | | 2,824.96 | |
| | | | | |
| | | | | |
| | total check | | 2,922.06 | |
| | | | | |

PAID
70028



MUNICIPAL UTILITIES DEPT.

Please detach top portion and return with payment

Page 1

| Meter Number | | Reading Dates | | Billing | | Meter Readings | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Present | Previous | Days | Code | Present | Previous | Multiplier | Usage | Units | Power factor |
| ELECTRIC: | 0000030986 | 02/24/2025 | 01/22/2025 | 33 | MR | 65158 | 58158 | 1 | 7000 | kWh | |
| ELECTRIC: | 0000030986 | 02/24/2025 | 01/22/2025 | 33 | MR | 16051 | | 1 | 16.05 | kW | |
| WATER: | 0200555043 | 02/24/2025 | 01/22/2025 | 33 | MR | 02815 | 02729 | 1 | 86 | ccf | |
| GAS: | 0104951134 | 02/24/2025 | 01/22/2025 | 33 | MR | 11579 | 11192 | 1.119 | 433 | ccf | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

WATER (100 cu.ft)

GAS (ccf)

121360

| | |
|---|---|
| PREVIOUS BALANCE | 2,275.21 |
| PAYMENT      02/10/2025 | -2,275.21 |
| BALANCE FORWARD | 0.00 |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 19.75 |
| Electric Energy | 553.00 |
| Electric State Tax | 24.06 |
| Electric City Tax | 11.46 |
| TOTAL ELECTRIC CHARGES | 608.27 |
| GAS SERVICE | |
| Gas Customer Charge | 17.00 |
| Gas Consumption | 275.85 |
| Gas State Tax | 12.30 |
| Gas City Tax | 5.86 |
| TOTAL GAS CHARGES | 311.01 |
| WATER SERVICE | |
| Water Customer Charge | 38.06 |
| Water Consumption | 362.40 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 443.72 |
| SEWER SERVICE | |
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 1,421.35 |
| TOTAL SEWER CHARGES | 1,461.96 |
| CURRENT CHARGES | 2,824.96 |
| TOTAL AMOUNT DUE | $2,824.96 |
| | $2,824.96 |

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 03/01/2025 | 03/10/2025 | 2,824.96 | 2,966.21 |

MESSAGES: Watertown Municipal Utilities would like to remind customers to please keep their gas meter, regulator, and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

# MUNICIPAL UTILITIES DEPT

Page 1

*Please detach top portion and return with payment*

| Account Number | Service Address |
|---|---|
| 0006001574201 | 8 2 ST NE 2403 |

| Meter Number | Read Dates | | Billing | | Meter Readings | | Multiplier | Usage | Units | Power factor |
| | Present | Previous | Days | Code | Present | Previous | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000049020 | 02/19/2025 | 01/21/2025 | 29 | MR | 19978 | 18905 | 1 | 1073 | kWh | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

Jan Feb
2025

| | |
|---|---|
| PREVIOUS BALANCE | 58.49 |
| PAYMENT  02/10/2025 | -58.49 |
| BALANCE FORWARD | 0.00 |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 78.33 |
| Electric State Tax | 3.84 |
| Electric City Tax | 1.83 |
| TOTAL ELECTRIC CHARGES | 97.10 |
| CURRENT CHARGES | 97.10 |
| TOTAL AMOUNT DUE | $97.10 |
| | $97.10 |

*(handwritten)* tenant Bill- added to ledger ✓

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 03/01/2025 | 03/10/2025 | 97.10 | 101.96 |

MESSAGES: Watertown Municipal Utilities would like to remind customers to please keep their gas meter, regulator, and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

**CODINGTON COUNTY TREASURER**
Official Real Estate Tax Notice
14 FIRST AVENUE S.E. * WATERTOWN, SD  57201
(605) 882-6285

EXHIBIT
**IV1064**

2024 – 12152

2024 TAXES DUE AND PAYABLE IN 2025

Record#: 9358

**Legal:**   Sch: 14-4     S/T/R:                    Acres/Lots: .00

WATERTOWN CITY  PARKSIDE PLACE ADD
PARKSIDE PLACE ADD
8 2 ST NE

**Taxes In
Name Of**

PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 20,711.62 |
| **Second Half** | 20,711.62 |
| **TOTAL** | 41,423.24 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 65,136 | 2.525 | 164.48 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 65,136 | 9.478 | 617.36 |
| WATERTOWN CITY | 67,568 | 65,136 | 1.691 | 110.14 |
| EAST DAKOTA WATER | 67,568 | 65,136 | 0.020 | 1.30 |
| TAX INCREMENT 12 NA | 67,568 | 2,955,371 | 13.714 | 40,529.96 |

*JE = 2/15/25*

*$ 3,950.00*

NA: 41423.24

**TOTAL:**   41,423.24

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⇩ Please detach stubs and return with your payment ⇩          ⇩ Please detach stubs and return with your payment ⇩

**-FIRST PAYMENT-**
PARKSIDE PLACE LLC

CODINGTON
Record #
9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |

DELINQUENT AFTER APRIL 30th

**-SECOND PAYMENT-**
PARKSIDE PLACE LLC

CODINGTON
Record #
9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |

DELINQUENT AFTER OCTOBER 31st