UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

## NOTES ACCOMPANYING MARCH MONTHLY OPERATING REPORT FOR PARKSIDE PLACE, LLC

1. **Beginning Cash Balance.** The beginning cash balance was $94,709.74, consisting of $73,500.00 in the Trust account and $21,209.74 in the Starion account.

2. **Total Receipts**. The total receipts deposited into the Starion account for the month amounted to $42,454.67. This figure includes excluded items not reported in the Monthly Operating Report ("MOR"), specifically a duplicate rent payment of $940.00 and two security deposit transfers totaling $2,945.00. After removing these items, the adjusted total reported on the MOR is $39,509.67.

3. **Total Disbursements.** Total disbursements from the Starion account were $31,690.36. This included a $940.00 refund issued for the duplicate rent payment. After excluding that amount, the operational disbursements reported on the MOR total $30,750.36.

4. **End Cash Balance.** The ending cash balance reported on the March MOR is $103,469.00. However, the actual combined balance of the Trust and Starion accounts at month-end was $105,474.03. When subtracting the $980.00 and $1,025.00 in security deposit transfers that were excluded from the receipts section of the MOR, the adjusted ending cash position aligns

1

with the reported MOR balance of $103,469.00. All underlying documentation supporting these adjustments is available for review.

5.      **Accounts Receivable.** A review of tenant accounts reflect that a few tenants continue to carry balances related to electric utility charges, as they have not yet transferred service into their own names as required. Additionally, one tenant submitted a rent payment slightly below the total amount due, and several accounts are currently showing accrued late fees. The Debtor is actively monitoring these balances and will follow up with tenants as necessary to ensure compliance and timely resolution.

6.      **Cash Flow.** The month of March marked the final period in which the Debtor made double escrow contributions in preparation for the first installment of property taxes. While the tax payment itself was made in April, the necessary funds had been fully escrowed by the end of March. As a result, the escrow account is now being drawn down to cover the April disbursement. Going forward, the account will be funded at the regular rate to accumulate the balance required for the second installment, due October 31, 2025. In addition, the Debtor prepaid for fire alarm testing to ensure the system is brought back into compliance with applicable building codes.

Several emergency events impaired cash flow during this reporting period. On March 13 at approximately 9:00 p.m., fire alarms were triggered due to smoke in unit #2212. The fire department was dispatched on an emergency basis and found the tenant had fallen asleep in the shower while food was left cooking on the stove. The bathroom drain had also been obstructed, causing water to overflow throughout the unit and into the building hallway. Emergency services performed building-wide evacuation and alarm reset. The incident resulted in water extraction and the deployment of industrial fans for drying. The tenant will be billed back for all related expenses.

On March 15, at approximately 6:30 p.m., a second fire alarm event occurred in

unit #2308, again requiring emergency response by the fire department. The cause was identified as burnt food. While no water or smoke damage occurred, the tenant will be billed for the cost of the emergency call.

These emergency responses resulted in unanticipated expenditures, but the Debtor continues to take steps to recoup costs from responsible tenants and preserve cash flow.

7. **Summary of New Leases Signed, Short Cancel Notification, and Lease Ended.** Under this reporting period, one new lease was executed for unit #2402, with a lease start date of April 16, 2025. Move-outs for the month included units #2406 and #2402. The move-out from unit #2406 followed an improper notice, and the tenant remains contractually responsible for rent through June 30, 2025. However, the unit was successfully re-rented effective March 1, 2025. Unit #2402 was vacated at the end of March under normal circumstances, and a new tenant is scheduled to move in mid-April.

The Debtor received proper notice to vacate from the tenant in unit #2204, with a scheduled move-out date of May 31, 2025. Additional notices to vacate are reflected in the rent roll for April, though the report is effective as of the end of March. These entries are system-generated and cannot be removed from the current report view.

Among the April notices, unit #2307 submitted improper notice to vacate on May 31, 2025, and remains responsible for rent through July 31, 2025. Similarly, unit #2311 provided improper notice to vacate on May 17, 2025, and remains responsible through June 30, 2025.

8. **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly setoff by a correlative

3

intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

# Starion Bank

PO Box 848
Mandan, ND 58554

>001493 8714774 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379



## Statement Ending 03/31/2025

Page 1 of 6

PARKSIDE PLACE LLC
Customer Number: ‍8

### Managing Your Accounts

| | | |
|---|---|---|
| 🏦 Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 | |
| 📞 Phone | 701.281.5600 | |
| 💻 Website | Starionbank.com | |

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | ‍8 | $31,974.03 |

## ND STAR CHECKING - ‍8

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2025 | Beginning Balance | $21,209.72 |
| | 16 Credit(s) This Period | $42,454.67 |
| | 17 Debit(s) This Period | $31,690.36 |
| 03/31/2025 | Ending Balance | $31,974.03 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 03/03/2025 | CP BUSINESS MANA ParkRentCA XXXXX6888 | $4,589.19 |
| 03/03/2025 | CP BUSINESS MANA ParkRent XXXXX6888 | $7,870.00 |
| 03/06/2025 | YARDI CARD DEP 1112Transf XXXXX2385 | $1,965.00 |
| 03/06/2025 | CPBUSINESSMANAGE Settlement 0000233309738830 | $2,835.00 |
| 03/06/2025 | YARDI CARD DEP 1112Transf XXXXX1349 | $2,950.00 |
| 03/06/2025 | EDEPOSIT | $5,095.00 |
| 03/07/2025 | YARDI CARD DEP 1112Transf XXXXX2488 | $850.00 |
| 03/07/2025 | CPBUSINESSMANAGE Settlement 0000233546258 98 | $7,045.00 |
| 03/11/2025 | YARDI CARD DEP 1112Transf XXXXX6021 | $1,025.00 |
| 03/13/2025 | CPBUSINESSMANAGE Settlement 0000233851745 14 | $1,025.00 |
| 03/17/2025 | CPBUSINESSMANAGE Settlement 0000234060811 86 | $1,025.00 |
| 03/17/2025 | 034149 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXXX8658 ON 3/17/25 | $980.00 |
| 03/17/2025 | 034270 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXXX8658 ON 3/17/25 | |
| 03/20/2025 | EDEPOSIT | $925.00 |
| 03/27/2025 | YARDI CARD DEP 1112Transf XXXXX0507 | $1,315.48 |
| 03/28/2025 | EDEPOSIT | $1,935.00 |

handwritten: 2084 + 2035 = 7870



Member FDIC
EQUAL HOUSING LENDER

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 03/31/2025**

PARKSIDE PLACE LLC
Customer Number:

Page 3 of 6

## ND STAR CHECKING - 3 (continued)

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 03/06/2025 | CPBUSINESSMANAGE Return 0000233659990470 | $940.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 20017 | 03/04/2025 | $175.00 | 20023 | 03/11/2025 | $94.88 | 20029 | 03/17/2025 | $262.50 |
| 20018 | 03/05/2025 | $207.09 | 20024 | 03/11/2025 | $1,889.21 | 20030 | 03/26/2025 | $300.00 |
| 20019 | 03/06/2025 | $159.30 | 20025 | 03/05/2025 | $4,275.13 | 20031 | 03/25/2025 | $943.50 |
| 20020 | 03/14/2025 | $424.80 | 20026 | 03/07/2025 | $1,755.00 | 20032 | 03/18/2025 | $1,699.41 |
| 20021 | 03/07/2025 | $894.85 | 20027 | 03/10/2025 | $14,500.00 | | | |
| 20022 | 03/06/2025 | $247.63 | 20028 | 03/14/2025 | $2,922.06 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/03/2025 | $33,668.91 | 03/11/2025 | $31,320.82 | 03/25/2025 | $29,023.58 |
| 03/04/2025 | $33,493.91 | 03/13/2025 | $32,345.82 | 03/26/2025 | $28,723.58 |
| 03/05/2025 | $29,011.69 | 03/14/2025 | $28,998.96 | 03/27/2025 | $30,039.00 |
| 03/06/2025 | $40,509.76 | 03/17/2025 | $30,741.46 | 03/28/2025 | $31,974.00 |
| 03/07/2025 | $45,754.91 | 03/18/2025 | $29,042.05 | | |
| 03/10/2025 | $31,254.91 | 03/20/2025 | $29,967.05 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |




# Starion Bank

PO Box 848
Mandan, ND 58554



>002786 8713119 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

DC02
0066510A

**Statement Ending 03/31/2025**
Page 1 of 4

PARKSIDE PLACE LLC
Customer Number:

## Managing Your Accounts

| | | |
|---|---|---|
| 🏢 | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| 📞 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |

## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.



*Savings Dep. Acct.*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | | $39,535.49 |

## REGULAR SAVINGS NON PERS - 3

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/24/2025 | Beginning Balance | $0.00 |
| | 5 Credit(s) This Period | $41,540.49 |
| | 2 Debit(s) This Period | $2,005.00 |
| 03/31/2025 | Ending Balance | $39,535.49 |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 01/24/2025 Through 03/31/2025 | |
| Annual Percentage Yield Earned | 0.09% |
| Interest Days | 67 |
| Interest Earned | $5.49 |
| Interest Paid This Period | $5.49 |
| Interest Paid Year-to-Date | $5.49 |
| Average Ledger Balance | $31,486.00 |
| Average Available Balance | $31,486.00 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/24/2025 | Beginning Balance | | | $0.00 |
| 02/07/2025 | EDEPOSIT | | $33,985.00 | $33,985.00 |
| 02/13/2025 | 445978 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXX8688 ON 2/12/25 | | $5,500.00 | $39,485.00 |
| 02/14/2025 | EDEPOSIT | | $1,025.00 | $40,510.00 |
| 02/28/2025 | EDEPOSIT | | $1,025.00 | $41,535.00 |
| 03/17/2025 | 034149 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8688 ON 3/17/25 | $980.00 | | $40,555.00 |
| 03/17/2025 | 034270 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8688 ON 3/17/25 | $1,025.00 | | $39,530.00 |
| 03/31/2025 | INTEREST | | $5.49 | $39,535.49 |
| 03/31/2025 | Ending Balance | | | $39,535.49 |



Member FDIC · Equal Housing Lender

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 03/31/2025**
Page 3 of 4

PARKSIDE PLACE LLC
Customer Number

## REGULAR SAVINGS NON PERS - (continued)

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Bank Rec In-Progress Report

| | | | |
|---|---|---|---:|
| Balance Per Bank Statement as of 03/31/2025 | | | 31,974.03 |

### Outstanding Deposits

| Deposit Date | Deposit Number | | Amount |
|---|---|---|---:|
| 03/28/2025 | 226 | :ACH Deposit | 1,895.00 |
| 03/30/2025 | 228 | :CC Deposit | 1,025.00 |
| 03/31/2025 | 227 | :ACH Deposit | 200.00 |
| **Plus: Outstanding Deposits** | | | **3,120.00** |

### Outstanding Checks

| Check Date | Check Number | Payee | Amount |
|---|---|---|---:|
| 03/28/2025 | 20033 | JESSE CRAIG | 1,755.00 |
| 03/31/2025 | 20034 | Alexis Burbach | 277.58 |
| 03/31/2025 | 20035 | BLUEPEAK | 247.63 |
| 03/31/2025 | 20036 | Capital One Commercial | 2.29 |
| 03/31/2025 | 20037 | GEORGES SANITATION | 207.09 |
| 03/31/2025 | 20038 | IKES WINDOW WASHING | 116.82 |
| 03/31/2025 | 20039 | JAXON SCHMIDT | 120.00 |
| 03/31/2025 | 20040 | SIGN PRO | 116.10 |
| 03/31/2025 | 20041 | TURFWURX PROPERTY MAINTENANCE | 124.79 |
| 03/31/2025 | 20042 | WHITE GLOVE CLEANING | 504.45 |
| 03/31/2025 | 20043 | AUTOMATIC BUILDING CONTROLS | 923.94 |
| 03/31/2025 | 20044 | Alexis Burbach | 497.55 |
| 03/31/2025 | 20046 | CP BUSINESS MANAGEMENT | 5,173.20 |
| 03/31/2025 | 20047 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,566.49 |
| 03/28/2025 | 20050 | CP BUSINESS MANAGEMENT | 40.70 |
| 03/31/2025 | 20045 | SCHUMACHER | 477.58 |
| **Less: Outstanding Checks** | | | **13,151.21** |

### Other Items

| Date | Notes | | Amount |
|---|---|---|---:|
| 03/15/2025 | JE 4029 | RE Tax Escrow (payable 4/31) | -6,903.87 |
| **Plus / Minus: Other Items** | | | **-6,903.87** |
| **Reconciled Bank Balance** | | | **15,038.95** |

| | |
|---|---:|
| **Balance per GL as of 03/31/2025** | **4,813.13** |
| **Reconciled Balance Per G/L** | **4,813.13** |

| | |
|---|---:|
| **Difference** | **10,225.82** |

### Cleared Items:
### Cleared Checks

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 01/31/2025 | 20003 | ACTIVE HEATING INC | 329.22 | 02/28/2025 |
| 01/31/2025 | 20004 | Alexis Burbach | 755.16 | 02/28/2025 |
| 01/31/2025 | 20005 | BLUEPEAK | 247.63 | 02/28/2025 |
| 01/31/2025 | 20006 | CP BUSINESS MANAGEMENT | 19.13 | 02/28/2025 |
| 01/31/2025 | 20007 | GLASS PRODUCTS | 334.16 | 02/28/2025 |
| 01/31/2025 | 20008 | JAXON SCHMIDT | 120.00 | 02/28/2025 |
| 01/31/2025 | 20009 | SETHS SCAPES | 260.19 | 02/28/2025 |
| 01/31/2025 | 20010 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,392.90 | 02/28/2025 |

Tuesday, April 15, 2025
12:50 PM

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/31/2025 | 20011 | Mindy Craig | 11.25 | 02/28/2025 |
| 01/31/2025 | 20013 | CP BUSINESS MANAGEMENT | 984.48 | 02/28/2025 |
| 01/31/2025 | 20014 | JESSE CRAIG | 849.03 | 02/28/2025 |
| 01/31/2025 | 20015 | CP BUSINESS MANAGEMENT | 38.00 | 02/28/2025 |
| 01/29/2025 | 20002 | Mindy Craig | 1,748.74 | 02/28/2025 |
| 02/12/2025 | 20012 | RED RIVER STATE BANK | 14,500.00 | 02/28/2025 |
| 02/27/2025 | 20016 | CP BUSINESS MANAGEMENT | 1,741.90 | 02/28/2025 |
| 02/28/2025 | 20017 | BRIANS GLASS AND DOOR | 175.00 | 03/31/2025 |
| 02/28/2025 | 20018 | GEORGES SANITATION | 207.09 | 03/31/2025 |
| 02/28/2025 | 20019 | DAKOTA CLEAN LLC | 159.30 | 03/31/2025 |
| 02/28/2025 | 20020 | WHITE GLOVE CLEANING | 424.80 | 03/31/2025 |
| 02/28/2025 | 20021 | Alexis Burbach | 894.85 | 03/31/2025 |
| 02/28/2025 | 20022 | BLUEPEAK | 247.63 | 03/31/2025 |
| 02/28/2025 | 20023 | JAXON SCHMIDT | 94.88 | 03/31/2025 |
| 02/28/2025 | 20024 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 1,889.21 | 03/31/2025 |
| 02/28/2025 | 20025 | CP BUSINESS MANAGEMENT | 4,275.13 | 03/31/2025 |
| 02/28/2025 | 20026 | JESSE CRAIG | 1,755.00 | 03/31/2025 |
| 02/28/2025 | 20028 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,922.06 | 03/31/2025 |
| 02/28/2025 | 20029 | LIBBY BURGHARDT | 262.50 | 03/31/2025 |
| 03/05/2025 | 20027 | RED RIVER STATE BANK | 14,500.00 | 03/31/2025 |
| 03/14/2025 | 20030 | JOHNSON | 300.00 | 03/31/2025 |
| 03/14/2025 | 20031 | NEWMAN | 943.50 | 03/31/2025 |
| 03/18/2025 | 20032 | CP BUSINESS MANAGEMENT | 1,699.41 | 03/31/2025 |
| **Total Cleared Checks** | | | **55,082.15** | |

Cleared Deposits

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 2023 | yardi test ach | 0.20 | 01/31/2025 |
| 01/30/2025 | 2025 | tx from 1110 | 1.00 | 01/31/2025 |
| 02/02/2025 | 202 | :CC Deposit | 2,940.00 | 02/28/2025 |
| 02/03/2025 | 203 | :ACH/WIPS Deposit | 4,520.00 | 02/28/2025 |
| 02/03/2025 | 204 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2012 | | 4,563.54 | 02/28/2025 |
| 02/03/2025 | 2016 | ACH BATCH 2/3/25 | 7,940.00 | 02/28/2025 |
| 02/03/2025 | 2018 | starion 273434019 | 925.00 | 02/28/2025 |
| 02/03/2025 | 2019 | starion 1490040068 | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2022 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 205 | :CC Deposit | 3,100.00 | 02/28/2025 |
| 02/05/2025 | 207 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/05/2025 | 206 | :ACH Deposit | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 2020 | starion 273962511 | 5,965.00 | 02/28/2025 |
| 02/06/2025 | 208 | :ACH Deposit | 970.00 | 02/28/2025 |
| 02/12/2025 | 2017 | | 925.00 | 02/28/2025 |
| 02/12/2025 | 2021 | | 925.00 | 02/28/2025 |
| 02/14/2025 | 210 | :ACH/WIPS Deposit | 567.00 | 02/28/2025 |
| 02/14/2025 | 2030 | :CC Deposit | 950.00 | 02/28/2025 |
| 02/19/2025 | 2024 | ach | 25.65 | 02/28/2025 |
| 02/24/2025 | 212 | :CC Deposit | 925.00 | 02/28/2025 |
| 02/28/2025 | 214 | :CC Deposit | 1,965.00 | 03/31/2025 |
| 02/28/2025 | 2036 | HME WIRE 2/2/25 | 4,759.12 | 02/28/2025 |
| 03/01/2025 | 218 | :CC Deposit | 2,950.00 | 03/31/2025 |
| 03/03/2025 | 220 | :ACH/WIPS Deposit | 7,045.00 | 03/31/2025 |
| 03/03/2025 | 221 | :CC Deposit | 850.00 | 03/31/2025 |
| 03/03/2025 | 2033 | | 4,589.19 | 03/31/2025 |
| 03/03/2025 | 2034 | | 6,890.00 | 03/31/2025 |

PARKSIDE DIP APT
Bank Rec In-Progress Report

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 03/03/2025 | 2035 | ach | 980.00 | 03/31/2025 |
| 03/04/2025 | 213 | :ACH Deposit (2/28) | 2,835.00 | 03/31/2025 |
| 03/05/2025 | 223 | :CC Deposit | 1,025.00 | 03/31/2025 |
| 03/05/2025 | 2032 | starion 276961936 | 5,095.00 | 03/31/2025 |
| 03/05/2025 | 222 | :ACH Deposit | 1,025.00 | 03/31/2025 |
| 03/07/2025 | 224 | :ACH Deposit | 1,025.00 | 03/31/2025 |
| 03/20/2025 | 2037 | starion 278630839 | 925.00 | 03/31/2025 |
| 03/21/2025 | 225 | :CC Deposit | 1,315.48 | 03/31/2025 |
| 03/28/2025 | 2038 | starion 279536808 | 1,935.00 | 03/31/2025 |
| **Total Cleared Deposits** | | | **86,051.18** | |

### Cleared Other Items

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 01/30/2025 | 1 | yardi | -0.23 | 01/31/2025 |
| 01/31/2025 | JE 4027 | RE Tax Escrow (payable 4/31) | -6,903.87 | 01/31/2025 |
| 02/03/2025 | 2 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 3 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/28/2025 | 4 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | JE 4006 | Returned item charge | -5.00 | 02/28/2025 |
| 02/05/2025 | RC 31367 | Returned item MARLYS HOLUBOK | -995.00 | 02/28/2025 |
| 02/15/2025 | JE 4028 | RE Tax Escrow (payable 4/31) | -3,950.00 | 02/28/2025 |
| 03/14/2025 | JE 4075 | :Prog Gen Move Out transfer (MITCHELL NEWMAN)  - Receipt #31881 | 980.00 | 03/31/2025 |
| 03/14/2025 | JE 4079 | move johnsons deposit into checking for return | 1,025.00 | 03/31/2025 |
| 03/14/2025 | RC 31633 | Returned item JOSHUA MEEHL | -940.00 | 03/31/2025 |
| **Total Cleared Other Items** | | | **-10,849.10** | |

# Balance Sheet

Page 1

Owner =  PARKSIDE PLACE (all properties)
Month = Mar 2025
Book = Cash

| ACCOUNT | CURRENT BALANCE |
|---|---:|
| Parkside Apartment DIP Checking | 4,294.85 |
| Parkside Real Estate Tax Escrow | 17,757.74 |
| **Total DIP Checking Account** | **22,052.59** |
| | |
| TIF Value | 1,483,724.00 |
| Parkside Security Deposit DIP Savings Acct | 40,560.49 |
| The Dakota Bankruptcy Firm Trust | 73,500.00 |
| | |
| Property and Equipment | |
| Buildings | 6,870,000.00 |
| Appliances/AC | 205,000.00 |
| Land | 425,000.00 |
| Total Property and Equipment | 7,500,000.00 |
| | |
| **Total Assets** | **9,119,837.08** |

### LIABILITIES & CAPITAL

| | |
|---|---:|
| Liabilities | |
| Parkside Security Deposits DIP Acct | 40,560.49 |
| Mortgage 1st | 5,140,886.84 |
| TIF Mortgage | 1,483,724.00 |
| Total Liabilities | 6,584,050.35 |
| | |
| Capital | |
| Owner Contribution | 2,809.12 |
| Retained Earnings | 2,532,977.61 |
| Total Capital | 2,535,786.73 |
| | |
| **Total Liabilities & Capital** | **9,119,837.08** |

Tuesday, April 15, 2025
01:19 PM

4/15/2025 1:23 PM

## Cash Flow Statement

Owner = PARKSIDE PLACE (all properties)

Month = Mar 2025

Book = Cash

| ACCOUNT | MONTH TO DATE | % |
|---|---:|---:|
| **INCOME** | | |
| Gross Potential Rent/HOA | 40,703.00 | 100.00 |
| CAM | 786.19 | 1.93 |
| Less: Incentives | -650.00 | -1.60 |
| Less: HME Incentives | -430.00 | -1.06 |
| Delinquency | 1,126.48 | 2.77 |
| Less: Vacancy | 0.00 | 0.00 |
| Plus: Prepaid Rent/HOA | 1,845.00 | 4.53 |
| Net Rent/HOA Income | 43,380.67 | 106.58 |
| | | |
| Other Income | | |
| Other Income | 0.00 | 0.00 |
| Animal Fee NonRefundable | 0.00 | 0.00 |
| Total Other Income | 0.00 | 0.00 |
| | | |
| Total Income | 43,380.67 | 106.58 |
| | | |
| **EXPENSES** | | |
| | | |
| Maintenance Expenses | | |
| Maintenance Staff Costs | 224.52 | 0.55 |
| Repairs/Maintenance | 2.29 | 0.01 |
| Painting/Decorating | -36.50 | -0.09 |
| Electrical/Fire Prevention | 923.94 | 2.27 |
| Elevator | 477.58 | 1.17 |
| HVAC | 0.00 | 0.00 |
| Carpet Cleaning | -159.30 | -0.39 |
| Resident Manager | 470.61 | 1.16 |
| Snow Removal | 124.79 | 0.31 |
| Janitorial | 621.27 | 1.53 |
| Total Maintenance Expenses | 2,649.20 | 6.51 |
| | | |
| Operating Expenses | | |
| Offsite Office Rent | 1,312.50 | 3.22 |
| Offsite Office Utilities | 205.11 | 0.50 |
| Offsite Office Equip/Supplies | 214.56 | 0.53 |
| Advertising/Marketing | 116.10 | 0.29 |
| Software Fee | 38.00 | 0.09 |
| Leasing Commissions (payout) | 200.00 | 0.49 |
| Bank Charges/ACH Fees | 0.00 | 0.00 |
| Internet & Phone Costs/Service | 247.63 | 0.61 |
| Property Management | 2,169.03 | 5.33 |

**Page 1 of 2**

4/15/2025 1:23 PM

## Cash Flow Statement

Owner = PARKSIDE PLACE (all properties)

Month = Mar 2025

Book = Cash

| ACCOUNT | MONTH TO DATE | % |
|---|---:|---:|
| Insurance | 1,699.41 | 4.18 |
| Electricity-Vacant | 88.61 | 0.22 |
| Electricity-Building | 389.71 | 0.96 |
| Gas-Building | 233.05 | 0.57 |
| Water & Sewer | 1,855.12 | 4.56 |
| Garbage | 207.09 | 0.51 |
| Total Operating Expenses | 8,975.92 | 22.05 |
| | | |
| Other Expenses | | |
| Misc. PM Fees | 200.00 | 0.49 |
| Misc Professional Fees | 250.00 | 0.61 |
| Manager Oversite $45/unit | 1,755.00 | 4.31 |
| Total Other Expenses | 2,205.00 | 5.42 |
| | | |
| Total Expenses | 13,830.12 | 33.98 |
| | | |
| **NET INCOME** | **29,550.55** | **72.60** |
| | | |
| ADJUSTMENTS | | |
| Parkside Real Estate Tax Escrow | -6,903.87 | -16.96 |
| Mortgage 1st | -14,500.00 | -35.62 |
| Owner Contribution | 0.00 | 0.00 |
| | | |
| TOTAL ADJUSTMENTS | -21,403.87 | -52.59 |
| | | |
| CASH FLOW | 8,146.68 | 20.01 |

Page 2 of 2

**Account Name: Maryland IOLTA Account**

**Account Type: Trust**

| Date | Source/Destination | Reference | Payer/Payee | Funds out ($) | Funds in ($) | Balance ($) |
|---|---|---|---|---|---|---|
| 2025-02-03 | Starion Bank | – | Parkside Place, LLC | $5,500.00 | – | $73,500.00 |
| 2025-02-03 | Starion Bank | – | Parkside Place, LLC | $1,500.00 | – | $79,000.00 |
| 2025-02-03 | United Bankers Bank | – | Red River State Bank | $49,341.92 | – | $80,500.00 |
| 2025-01-23 | HME Companies, LLC | 25-30003 | – | – | $124,341.92 | $129,841.92 |
| 2025-01-23 | HME Companies, LLC | 25-30003 | – | – | $5,500.00 | $5,500.00 |
| | | | | **$56,341.92** | **$129,841.92** | **$73,500.00** |