# Receivable Summary

Property = Parkside Place  Status: Current, Future, Notice  Entity Type: Tenant    Month From: 03/2025  To  03/2025  [Showing Unit]

| Owner | Property | Unit | Charge To | Opening Balance | Charges | Receipts | Closing Balance |
|---|---|---|---|---|---|---|---|
| **Parkside Place** | | | | | | | |
| PARKSIDE PLACE | Parkside Place | 201 | GT BROTHERS | 0.00 | 3,032.04 | 3,032.04 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 202 | COUNTY FAIR FOODS OF WATERTOWN | 0.00 | 1,557.15 | 1,557.15 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2201 | ERIN KRAVIK | 0.00 | 925.00 | 925.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2202 | HOLLY // LISA OHMAN | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2203 | ZOIE FRASER | 0.00 | 940.00 | 940.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2204 | INDY OSENDORF | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2205 | QUINN KOTEK | 0.00 | 925.00 | 925.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2206 | JAMES BRUMBAUGH | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2207 | MARGARET MELAND | -1,025.00 | 1,025.00 | 0.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2208 | WILLIAM JOHNSON | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2209 | MARIAH GAUKLER | 0.00 | 980.00 | 980.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2210 | Mark Keller | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2211 | JARED SAUER | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2212 | CHANNELLE COSS | 0.00 | 940.00 | 940.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2301 | SHANYA MEHLHAFF | 0.00 | 1,025.00 | 1,225.00 | -200.00 |
| PARKSIDE PLACE | Parkside Place | 2302 | TIFFANY SANDERSON | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2303 | SAMANTHA ADAM | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2304 | CHANDLER PEERY | 1,121.48 | 1,044.00 | 2,165.48 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2305 | BAYLEE BOESE | 0.00 | 970.00 | 1,940.00 | -970.00 |
| PARKSIDE PLACE | Parkside Place | 2306 | GARY HOFER | 45.00 | 999.00 | 925.00 | 119.00 |
| PARKSIDE PLACE | Parkside Place | 2307 | ANDREW BOT | 0.00 | 925.00 | 1,850.00 | -925.00 |
| PARKSIDE PLACE | Parkside Place | 2308 | JORGE ROSA | 0.00 | 965.24 | 940.00 | 25.24 |
| PARKSIDE PLACE | Parkside Place | 2309 | DAVID TIJERINA | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2310 | JOSHUA MEEHL | 0.00 | 940.00 | 1,025.00 | -85.00 |
| PARKSIDE PLACE | Parkside Place | 2311 | NATHAN SIK | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2312 | NATHAN SCHENKEL | 0.00 | 925.00 | 925.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2401 | ALLYSON HOLDEN | 0.00 | 945.00 | 945.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2403 | MADELYN PUGSLEY | 0.00 | 1,226.25 | 985.00 | 241.25 |
| PARKSIDE PLACE | Parkside Place | 2404 | BRANDON BROWN | 0.00 | 1,025.00 | 2,050.00 | -1,025.00 |
| PARKSIDE PLACE | Parkside Place | 2405 | DEBBIE STUCHL | 0.00 | 975.00 | 975.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2406 | HOPE LEWANDOWSKI | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2407 | COLE WEGNER | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2408 | JOSEPH NOELDNER | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2409 | JOSHUA GILLILAND | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2410 | ANDY NGUYEN | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2411 | MARLYS HOLUBOK | 995.00 | 995.00 | 1,990.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2412 | BENJAMIN WAGNER | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| | **Total** | | | **1,136.48** | **39,683.68** | **43,639.67** | **-2,819.51** |
| **Grand Total** | | | | **1,136.48** | **39,683.68** | **43,639.67** | **-2,819.51** |

Tuesday, April 15, 2025
01:25 PM

# Receivable Summary

Property = Parkside Place  Status: Current, Future, Notice  Entity Type:  Tenant    Month From: 03/2025  To  03/2025  [Showing Unit]

| Owner | Property | Unit | Charge To | Opening Balance | Charges | Receipts | Closing Balance |
|---|---|---|---|---|---|---|---|
| UserId : mcraig@cpbusmgt.com Date : 04/15/2025 Time : 18:25 | | | | | | | |

# Payables Aging Report

Period: -03/2025
As of : 03/31/2025

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Grand Total** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Tuesday, April 15, 2025
01:19 PM

# Owner Statement

Owner =  PARKSIDE PLACE (all properties)

Month = Mar 2025

Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|--------|---------|---------|
| | | | | **Beginning Balance** | | | -3,851.83 |
| 02/24/2025 | 278579755 (march rent) | Parkside Place | ERIN KRAVIK | Credit Card On-Line Payment ; Web - Resident Services | 925.00 | 0.00 | -2,926.83 |
| 02/28/2025 | :ACH-WEB | Parkside Place | ALLYSON HOLDEN | Online Payment - EFT Payment. Mobile App - Resident Services | 945.00 | 0.00 | -1,981.83 |
| 02/28/2025 | :ACH-WEB | Parkside Place | ANDREW BOT | Online Payment - EFT Payment Paid by Roommate AMANDA DROWN(r0000064).Web - Resident Services | 925.00 | 0.00 | -1,056.83 |
| 02/28/2025 | :ACH-WEB | Parkside Place | BAYLEE BOESE | Online Payment - EFT Payment. Web - Resident Services | 970.00 | 0.00 | -86.83 |
| 02/28/2025 | 279197128 | Parkside Place | BRANDON BROWN | Debit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 938.17 |
| 02/28/2025 | 279083564 | Parkside Place | JORGE ROSA | Debit Card On-Line Payment ; Mobile App - Resident Services | 940.00 | 0.00 | 1,878.17 |
| 02/28/2025 | :ACH-WEB | Parkside Place | JOSHUA MEEHL | Online Payment - EFT Payment Paid by Roommate STACEY MEEHL(r0000079).Web - Resident Services NSFed by ctrl# 31879 failed payment | 1,025.00 | 0.00 | 2,903.17 |
| 03/01/2025 | :ACH-WEB | Parkside Place | ANDY NGUYEN | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 3,928.17 |
| 03/01/2025 | 279444749 | Parkside Place | CHANNELLE COSS | Recurring Credit Card Payment; | 940.00 | 0.00 | 4,868.17 |
| 03/01/2025 | 279444720 | Parkside Place | COLE WEGNER | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 5,893.17 |
| 03/01/2025 | cpbm5321, zego 465872666 | Parkside Place | HOPE LEWANDOWSKI | | 1,025.00 | 0.00 | 6,918.17 |
| 03/01/2025 | :ACH-447 | Parkside Place | JOSEPH NOELDNER | Pre-Authorized Payment | 1,025.00 | 0.00 | 7,943.17 |
| 03/01/2025 | 279512934 | Parkside Place | MADELYN PUGSLEY | Debit Card On-Line Payment ; Mobile App - Resident Services | 985.00 | 0.00 | 8,928.17 |
| 03/01/2025 | :ACH-448 | Parkside Place | NATHAN SIK | Pre-Authorized Payment | 1,025.00 | 0.00 | 9,953.17 |
| 03/01/2025 | :ACH-WEB | Parkside Place | SHANYA MEHLHAFF | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 10,978.17 |
| 03/02/2025 | :ACH-WEB | Parkside Place | DEBBIE STUCHL | Online Payment - EFT Payment. Web - Resident Services | 975.00 | 0.00 | 11,953.17 |
| 03/03/2025 | 280742563 | Parkside Place | CHANDLER PEERY | Debit Card On-Line Payment ; Web - Resident Services | 850.00 | 0.00 | 12,803.17 |
| 03/03/2025 | ACH | Parkside Place | COUNTY FAIR FOODS OF WATERTOWN | | 1,557.15 | 0.00 | 14,360.32 |

**Owner Statement**

Owner = PARKSIDE PLACE (all properties)
Month = Mar 2025
Book = Cash

| Date | Ref | Property | Name | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 03/03/2025 | ACH | Parkside Place | GT BROTHERS | | 3,032.04 | 0.00 | 17,392.36 |
| 03/03/2025 | ACH | Parkside Place | INDY OSENDORF | | 1,025.00 | 0.00 | 18,417.36 |
| 03/03/2025 | ACH | Parkside Place | JOSHUA GILLILAND | | 1,025.00 | 0.00 | 19,442.36 |
| 03/03/2025 | ach | Parkside Place | MARIAH GAUKLER | | 980.00 | 0.00 | 20,422.36 |
| 03/03/2025 | ACH | Parkside Place | Mark Keller | | 1,025.00 | 0.00 | 21,447.36 |
| 03/03/2025 | ACH | Parkside Place | NATHAN SCHENKEL | | 925.00 | 0.00 | 22,372.36 |
| 03/03/2025 | ACH | Parkside Place | QUINN KOTEK | | 925.00 | 0.00 | 23,297.36 |
| 03/03/2025 | ACH | Parkside Place | TIFFANY SANDERSON | | 1,025.00 | 0.00 | 24,322.36 |
| 03/03/2025 | ACH | Parkside Place | ZOIE FRASER | | 940.00 | 0.00 | 25,262.36 |
| 03/04/2025 | 1130 | Parkside Place | BENJAMIN WAGNER | | 1,025.00 | 0.00 | 26,287.36 |
| 03/04/2025 | 9999 | Parkside Place | HOLLY // LISA OHMAN | | 1,025.00 | 0.00 | 27,312.36 |
| 03/04/2025 | 1004 | Parkside Place | JARED SAUER | | 1,025.00 | 0.00 | 28,337.36 |
| 03/04/2025 | 6132 (march rent) | Parkside Place | MARLYS HOLUBOK | | 995.00 | 0.00 | 29,332.36 |
| 03/05/2025 | 20027 | Parkside Place | RED RIVER STATE BANK | Parkside 1st Mtg; per cash collaterol 2/3/2025 | 0.00 | 14,500.00 | 14,832.36 |
| 03/05/2025 | 281212161 | Parkside Place | JAMES BRUMBAUGH | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 15,857.36 |
| 03/05/2025 | :ACH-WEB | Parkside Place | WILLIAM JOHNSON | Online Payment - EFT Payment. Web - Resident Services | 1,025.00 | 0.00 | 16,882.36 |
| 03/07/2025 | :ACH-WEB | Parkside Place | SAMANTHA ADAM | Online Payment - EFT Payment. Web - Resident Services | 1,025.00 | 0.00 | 17,907.36 |
| 03/10/2025 | 14002705 | Parkside Place | GARY HOFER | | 925.00 | 0.00 | 18,832.36 |
| 03/14/2025 | | Parkside Place | JE-4075 | :Prog Gen Move Out transfer (MITCHELL NEWMAN) - Receipt #31881 | 980.00 | 0.00 | 19,812.36 |
| 03/14/2025 | N/A | Parkside Place | JE-4079 | move johnsons deposit into checking for return | 1,025.00 | 0.00 | 20,837.36 |
| 03/14/2025 | :ACH-WEB | Parkside Place | JOSHUA MEEHL | NSF receipt Ctrl# 31633 failed payment | -940.00 | 0.00 | 19,897.36 |
| 03/14/2025 | 20030 | Parkside Place | KURTIS JOHNSON | Refunding Q-34810 | 0.00 | 300.00 | 19,597.36 |
| 03/14/2025 | 20031 | Parkside Place | MITCHELL NEWMAN | Refunding Q-34806 | 0.00 | 943.50 | 18,653.86 |
| 03/15/2025 | N/A | Parkside Place | JE-4029 | RE Tax Escrow (payable 4/31) | 0.00 | 6,903.87 | 11,749.99 |
| 03/16/2025 | 8973 | Parkside Place | JOSHUA MEEHL | no late fee due to RentCafe issues | 940.00 | 0.00 | 12,689.99 |
| 03/16/2025 | 6149 | Parkside Place | MARLYS HOLUBOK | FEB RENT no late fee due to ACH mixup. | 995.00 | 0.00 | 13,684.99 |
| 03/18/2025 | 20032 | Parkside Place | CP BUSINESS MANAGEMENT | march 28th insurance | 0.00 | 1,699.41 | 11,985.58 |
| 03/21/2025 | 282728865 | Parkside Place | CHANDLER PEERY | Debit Card On-Line Payment ; Web - Resident Services | 1,315.48 | 0.00 | 13,301.06 |
| 03/28/2025 | 20033 | Parkside Place | JESSE CRAIG | 39 UNITS, $45/UNIT | 0.00 | 1,755.00 | 11,546.06 |

**Owner Statement**

Owner = PARKSIDE PLACE (all properties)
Month = Mar 2025
Book = Cash

| Date | Ref | Property | Name | Description | | | |
|------|-----|----------|------|-------------|------|------|------|
| 03/28/2025 | :ACH-WEB | Parkside Place | ANDREW BOT | Online Payment - EFT Payment Paid by Roommate AMANDA DROWN(r0000064 ).Web - Resident Services | 925.00 | 0.00 | 12,471.06 |
| 03/28/2025 | :ACH-WEB | Parkside Place | BAYLEE BOESE | Online Payment - EFT Payment. Web - Resident Services | 970.00 | 0.00 | 13,441.06 |
| 03/29/2025 | :ACH-WEB | Parkside Place | SHANYA MEHLHAFF | Online Payment - EFT Payment. Mobile App - Resident Services | 200.00 | 0.00 | 13,641.06 |
| 03/30/2025 | 283478901 | Parkside Place | BRANDON BROWN | Debit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 14,666.06 |
| 03/31/2025 | 20044 | Parkside Place | Alexis Burbach | 2402 commission | 0.00 | 200.00 | 14,466.06 |
| 03/31/2025 | 20034 | Parkside Place | Alexis Burbach | 3/1-3/14 res. mgr | 0.00 | 277.58 | 14,188.48 |
| 03/31/2025 | 20044 | Parkside Place | Alexis Burbach | 3/15-3/31 res. mgr | 0.00 | 193.03 | 13,995.45 |
| 03/31/2025 | 20044 | Parkside Place | Alexis Burbach | maint. 2402,2411 | 0.00 | 104.52 | 13,890.93 |
| 03/31/2025 | 20043 | Parkside Place | AUTOMATIC BUILDING CONTROLS | PRE-PAY FOR FIRE ALARM TESTING, REQUIRED FOR FIRE CODE | 0.00 | 923.94 | 12,966.99 |
| 03/31/2025 | 20035 | Parkside Place | BLUEPEAK | | 0.00 | 247.63 | 12,719.36 |
| 03/31/2025 | 20036 | Parkside Place | Capital One Commercial | 374060381783097 | 0.00 | 2.29 | 12,717.07 |
| 03/31/2025 | 20046 | Parkside Place | CP BUSINESS MANAGEMENT | collected late fees | 0.00 | 259.00 | 12,458.07 |
| 03/31/2025 | 20046 | Parkside Place | CP BUSINESS MANAGEMENT | march mgmt | 0.00 | 2,169.03 | 10,289.04 |
| 03/31/2025 | 20046 | Parkside Place | CP BUSINESS MANAGEMENT | misc mgr | 0.00 | 200.00 | 10,089.04 |
| 03/31/2025 | 20046 | Parkside Place | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 250.00 | 9,839.04 |
| 03/31/2025 | 20046 | Parkside Place | CP BUSINESS MANAGEMENT | offsite office rent | 0.00 | 1,312.50 | 8,526.54 |
| 03/31/2025 | 20046 | Parkside Place | CP BUSINESS MANAGEMENT | offsite supplies | 0.00 | 214.56 | 8,311.98 |
| 03/31/2025 | 20046 | Parkside Place | CP BUSINESS MANAGEMENT | offsite utilities | 0.00 | 205.11 | 8,106.87 |
| 03/31/2025 | 20050 | Parkside Place | CP BUSINESS MANAGEMENT | 2406 move out lease fee carpet | 0.00 | 40.70 | 8,066.17 |
| 03/31/2025 | 20046 | Parkside Place | CP BUSINESS MANAGEMENT | re-rental fee | 0.00 | 525.00 | 7,541.17 |
| 03/31/2025 | 20046 | Parkside Place | CP BUSINESS MANAGEMENT | software fee | 0.00 | 38.00 | 7,503.17 |
| 03/31/2025 | 20037 | Parkside Place | GEORGES SANITATION | feb garbage | 0.00 | 207.09 | 7,296.08 |
| 03/31/2025 | 20038 | Parkside Place | IKES WINDOW WASHING | quarterly window cleaning | 0.00 | 116.82 | 7,179.26 |
| 03/31/2025 | 20039 | Parkside Place | JAXON SCHMIDT | 2203 dryer vent glued from exterior | 0.00 | 120.00 | 7,059.26 |
| 03/31/2025 | 20045 | Parkside Place | SCHUMACHER | quarterly maint. contract | 0.00 | 477.58 | 6,581.68 |
| 03/31/2025 | 20040 | Parkside Place | SIGN PRO | 89000 board | 0.00 | 75.60 | 6,506.08 |
| 03/31/2025 | 20040 | Parkside Place | SIGN PRO | 89177 door logos | 0.00 | 40.50 | 6,465.58 |
| 03/31/2025 | 20041 | Parkside Place | TURFWURX PROPERTY MAINTENANCE | snow 2/8, icemelt2/24 | 0.00 | 124.79 | 6,340.79 |
| 03/31/2025 | 20042 | Parkside Place | WHITE GLOVE CLEANING | feb monthly clean | 0.00 | 424.80 | 5,915.99 |

**Owner Statement**

Owner = PARKSIDE PLACE (all properties)

Month = Mar 2025

Book = Cash

| 03/31/2025 | 20042 | Parkside Place | WHITE GLOVE CLEANING | 2402 3hrs | 0.00 | 79.65 | 5,836.34 |
|---|---|---|---|---|---|---|---|
| 03/31/2025 | 20047 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 2/19-3/20 dates vacants | 0.00 | 88.61 | 5,747.73 |
| 03/31/2025 | 20047 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 2/24-3/24 sewer house | 0.00 | 1,461.96 | 4,285.77 |
| 03/31/2025 | 20047 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 2/24-3/24 electric house | 0.00 | 389.71 | 3,896.06 |
| 03/31/2025 | 20047 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 2/24-3/24 gas house | 0.00 | 233.05 | 3,663.01 |
| 03/31/2025 | 20047 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 2/24-3/24 water house | 0.00 | 393.16 | 3,269.85 |
| 03/31/2025 | cpbm 5360 - 47187610zego | Parkside Place | DAVID TIJERINA | | 1,025.00 | 0.00 | 4,294.85 |

| | | | **Ending Balance** | **45,644.67** | **37,497.99** | **4,294.85** |
|---|---|---|---|---|---|---|
| | | | Reserves Needed | | 0.00 | |
| | | | Security Deposits (this period) | | 0.00 | |

4/15/2025 1:13 PM

**Rent Roll**

Property = Parkside Place

As Of = 03/27/2025

Month = 03/2025

| Unit | Unit | Tenant Name | Actual | Tenant | Misc Move In | Lease | Move Out | Balance |
|------|------|-------------|--------|--------|--------------|-------|----------|---------|
| | SqFt | | Rent | Deposit | | Expiration | | |
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 201 | 0.00 | GT BROTHERS | 2,513.00 | 4,000.00 | 0.00 09/01/2021 | 08/31/2026 | | 0.00 |
| 202 | 0.00 | COUNTY FAIR FOODS OF WATEF | 1,290.00 | 2,000.00 | 0.00 10/01/2021 | 09/30/2026 | | 0.00 |
| 2201 | 778.00 | ERIN KRAVIK | 925.00 | 925.00 | 0.00 05/04/2024 | 05/31/2025 | | 0.00 |
| 2202 | 778.00 | HOLLY // LISA OHMAN | 1,025.00 | 965.00 | 0.00 08/01/2022 | | | 0.00 |
| 2203 | 778.00 | ZOIE FRASER | 1,025.00 | 750.00 | -85.00 02/01/2025 | 01/31/2026 | | 0.00 |
| 2204 | 778.00 | INDY OSENDORF | 1,025.00 | 1,025.00 | 0.00 04/13/2024 | 05/31/2025 | 05/31/2025 | 0.00 |
| 2205 | 778.00 | QUINN KOTEK | 925.00 | 925.00 | 0.00 07/01/2024 | 06/30/2025 | | 0.00 |
| 2206 | 778.00 | JAMES BRUMBAUGH | 1,025.00 | 980.00 | 0.00 04/01/2023 | 03/31/2024 | | 0.00 |
| 2207 | 778.00 | MARGARET MELAND | 1,025.00 | 1,025.00 | 0.00 08/05/2024 | 08/31/2025 | | 0.00 |
| 2208 | 778.00 | WILLIAM JOHNSON | 1,025.00 | 945.00 | 0.00 03/01/2022 | | | 0.00 |
| 2209 | 778.00 | MARIAH GAUKLER | 980.00 | 980.00 | 0.00 05/01/2023 | 04/30/2024 | | 0.00 |
| 2210 | 778.00 | Mark Keller | 1,025.00 | 945.00 | 0.00 03/11/2022 | | | 0.00 |
| 2211 | 778.00 | JARED SAUER | 1,025.00 | 1,025.00 | 0.00 08/01/2024 | 07/31/2025 | | 0.00 |
| 2212 | 778.00 | CHANNELLE COSS | 1,025.00 | 750.00 | -85.00 02/01/2025 | 01/31/2026 | | 0.00 |
| 2301 | 778.00 | SHANYA MEHLHAFF | 1,025.00 | 1,025.00 | 0.00 10/01/2023 | 09/30/2024 | | -200.00 |
| 2302 | 778.00 | TIFFANY SANDERSON | 1,025.00 | 980.00 | 0.00 01/01/2023 | 12/31/2023 | | 0.00 |
| 2303 | 778.00 | SAMANTHA ADAM | 1,025.00 | 945.00 | 0.00 05/10/2022 | 04/30/2025 | | 0.00 |
| 2304 | 778.00 | CHANDLER PEERY | 925.00 | 925.00 | 0.00 05/10/2024 | 05/31/2025 | | 0.00 |
| 2305 | 778.00 | BAYLEE BOESE | 1,025.00 | 750.00 | -55.00 12/04/2024 | 12/31/2025 | | -970.00 |
| 2306 | 778.00 | GARY HOFER | 925.00 | 925.00 | 0.00 05/15/2024 | 05/31/2025 | | 119.00 |
| 2307 | 778.00 | ANDREW BOT | 925.00 | 925.00 | 0.00 07/16/2024 | 07/31/2025 | 05/31/2025 | -925.00 |
| 2308 | 778.00 | JORGE ROSA | 1,025.00 | 1,000.00 | -85.00 01/10/2025 | 01/09/2026 | | 25.24 |
| 2309 | 778.00 | DAVID TIJERINA | 1,025.00 | 1,025.00 | 0.00 03/01/2022 | 02/28/2024 | | 0.00 |
| 2310 | 778.00 | JOSHUA MEEHL | 1,025.00 | 750.00 | -85.00 02/01/2025 | 01/31/2026 | | 0.00 |
| 2311 | 778.00 | NATHAN SIK | 1,025.00 | 1,025.00 | 0.00 06/01/2024 | 05/31/2025 | 05/17/2025 | 0.00 |
| 2312 | 778.00 | NATHAN SCHENKEL | 925.00 | 925.00 | 0.00 06/01/2024 | 05/31/2025 | | 0.00 |
| 2401 | 778.00 | ALLYSON HOLDEN | 1,025.00 | 750.00 | -80.00 11/18/2024 | 11/30/2025 | 06/30/2025 | 0.00 |
| 2402 | 778.00 | RILEY CASPER | 980.00 | 980.00 | 0.00 08/01/2023 | 04/30/2024 | 03/31/2025 | 1,007.95 |
| 2403 | 778.00 | MADELYN PUGSLEY | 1,025.00 | 750.00 | -40.00 01/01/2025 | 12/31/2025 | | 241.25 |
| 2404 | 778.00 | BRANDON BROWN | 1,025.00 | 980.00 | 0.00 12/01/2022 | 12/31/2025 | | -1,025.00 |

Page 1 of 2

4/15/2025 1:13 PM

## Rent Roll

Property = Parkside Place

As Of = 03/27/2025

Month = 03/2025

| Unit | Unit SqFt | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-----------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| 2405 | 778.00 | DEBBIE STUCHL | 1,025.00 | 1,025.00 | -50.00 | 10/01/2024 | 09/30/2025 | | 0.00 |
| 2406 | 778.00 | HOPE LEWANDOWSKI | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2407 | 778.00 | COLE WEGNER | 1,025.00 | 1,025.00 | 0.00 | 08/14/2024 | 08/31/2025 | | 0.00 |
| 2408 | 778.00 | JOSEPH NOELDNER | 1,025.00 | 1,025.00 | 0.00 | 09/01/2024 | 08/31/2024 | | 0.00 |
| 2409 | 778.00 | JOSHUA GILLILAND | 1,025.00 | 500.00 | 0.00 | 12/01/2021 | | | 0.00 |
| 2410 | 778.00 | ANDY NGUYEN | 1,025.00 | 1,025.00 | 0.00 | 11/01/2023 | 12/31/2023 | | 0.00 |
| 2411 | 778.00 | MARLYS HOLUBOK | 995.00 | 980.00 | 0.00 | 06/01/2023 | 05/31/2024 | | 0.00 |
| 2412 | 778.00 | BENJAMIN WAGNER | 1,025.00 | 1,025.00 | 0.00 | 06/01/2024 | 05/31/2025 | | 0.00 |
| **Total** | | **Parkside Place** | **39,983.00** | **39,530.00** | **-565.00** | | | | **-1,726.56** |

| Summary Groups | Square Footage | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied | Balance |
|----------------|----------------|-------------|------------------|------|------------|------------------|-----------------|---------|
| Current/Notice/Vacant Tenants | 28,008.00 | 39,983.00 | 39,530.00 | -565.00 | 38 | 100.00 | 100.00 | -1,726.56 |
| Future Tenants/Applicants | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| Occupied Units | 28,008.00 | 0.00 | 0.00 | 0.00 | 38 | 100.00 | 100.00 | 0.00 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| **Totals:** | **28,008.00** | **39,983.00** | **39,530.00** | **-565.00** | **38** | **100.00** | **100.00** | **-1,726.56** |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20027



03/05/25

TO THE
ORDER OF   **** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS           $14,500.00**

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

NON-NEGOTIABLE

subject to the constraints of the Budgets. Debtors waive and release any claim against the Bank that the Parkside Pre-Petition Rents remitted under this paragraph 5(i) or paragraph 10 below are property of the estate or that the Bank did not have a properly perfected lien in these specific monies, to the extent of any allowed claims of the Bank.

ii.   Parkside will pay the sum of $14,500 per month commencing on February 15, 2025 to be applied to debt service.

iii.   Upon receiving possession and control of the Generations Pre-Petition Rents and any postpetition rents collected by the receiver, Generations will remit the sum of $114,592.03 to the Bank to be applied to debt service. The remaining Generations Pre-Petition Rents will be remitted to The VerStandig Law Firm, LLC Attorney Trust Account and are considered to be cash collateral and subject to the constraints of the Budgets. Debtors waive and release any claim against the Bank that the Generations Pre-Petition Rents remitted under this paragraph 5(iii) or paragraph 10 below are property of the estate or that the Bank did not have a properly perfected lien in these specific monies, to the extent of any allowed claims of the Bank.

iv.   Generations will pay the sum of $25,000 on February 15, 2025 and $35,000 per month thereafter to be applied to debt service.

v.   The adequate protection payments to the Bank set forth in this paragraph 5(i) to (iv) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

Page **4** of **11**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20030

03/14/25

$300.00*****

TO THE
ORDER OF    **** THREE HUNDRED AND 00/100 DOLLARS

KURTIS JOHNSON
18406 N 129th Ave
Sun City West, AZ   85375

NON-NEGOTIABLE

# TENANT MOVE OUT STATEMENT

CP Business Management
1405 1st Ave N
Fargo, ND 58102-4203
(701) 239-2630

# 2406

Prepared For

KURTIS JOHNSON
18406 N 129th Ave
Sun City West, AZ 85375

| | |
|---|---|
| Lease From | 05/01/2024 |
| Lease To | 04/30/2025 |
| Tenant Since | 05/01/2024 |
| Move Out | 02/28/2025 |
| Notice | 02/28/2025 |
| Balance Due | 0.00 |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 03/14/2025 | :Tenant Deposits credit | -1,025.00 | 0.00 | 0.00 |
| 03/14/2025 | Amount to be refunded | 300.00 | 0.00 | 1,025.00 |
| 03/14/2025 | re-rental fee; new tenant 3/1/25 | 525.00 | 0.00 | 725.00 |
| 03/14/2025 | carpet steam clean not completed; $200 | 200.00 | 0.00 | 200.00 |
| 02/05/2025 | chk# 1083 | 0.00 | 1,025.00 | 0.00 |
| 02/01/2025 | 4300 Rent/Condo Fee (02/2025) | 1,025.00 | 0.00 | 1,025.00 |

— $1025 Deposit moved from savings to checking.

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20031

03/14/25

$943.50*****

TO THE
ORDER OF

**** NINE HUNDRED FORTY THREE AND 50/100 DOLLARS

MITCHELL NEWMAN
131 18th ST NE
WATERTOWN, SD   57201

NON-NEGOTIABLE

# TENANT MOVE OUT STATEMENT

CP Business Management
1405 1st Ave N
Fargo, ND 58102-4203
(701) 239-2630


#2309

Prepared For

MITCHELL NEWMAN
131 18th ST NE
WATERTOWN, SD 57201

| | |
|---|---|
| Lease From | 03/01/2023 |
| Lease To | 02/29/2024 |
| Tenant Since | 03/01/2023 |
| Move Out | 02/28/2025 |
| Notice | 01/31/2025 |
| Balance Due | 0.00 |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 03/14/2025 | :Tenant Deposits credit | -980.00 | 0.00 | 0.00 |
| 03/14/2025 | Amount to be refunded | 943.50 | 0.00 | 980.00 |
| 03/13/2025 | nail holes/paint touch up | 36.50 | 0.00 | 36.50 |
| 02/03/2025 | chk# 1186 | 0.00 | 1,025.00 | 0.00 |
| 02/01/2025 | 4300 Rent/Condo Fee (02/2025) | 1,025.00 | 0.00 | 1,025.00 |

✓— Deposit $980 moved from savings to checking

20032

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

03/18/25        $1,699.41***

**** ONE THOUSAND SIX HUNDRED NINETY NINE AND 41/100 DOLLARS

TO THE
ORDER OF

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

NON-NEGOTIABLE

*003685

SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104



**PAID**
20052

THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Your Account:**

███████████

THE RUINS LLC GENERATIONS ON 1ST
LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Policies on Account:**

BKS65299485 - BK-Package

**Your Agent(s):**

#0059540
SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104
(701) 390-1994

## Your Billing Statement as of March 7, 2025

# Billing Notice

Small Commercial Insurance

| | |
|---|---|
| Amount Due: (incl. fees) | $6,370.81 |
| Due Date: | 03/28/2025 |
| Account Balance: | $31,822.03 |

### Billing Details

| Policy | Frequency | Policy Term | Amount Due |
|---|---|---|---|
| Package - BKS65299485 | Monthly - 2 down 10 install | 09/28/2024 - 09/28/2025 | $6,362.81 |
| Fees | | | $8.00 |
| **Total Amount Due** | | | **$6,370.81** |

| Account Summary | |
|---|---|
| Previous Account Balance | $38,184.84 |
| Fees | $8.00 |
| Payments | -$6,370.81 |
| **Account Balance** | **$31,822.03** |

*handwritten:*
Gen - 36.847% = 2347.45
Park - 26.675% = 1699.41
Ruins - 36.478% = 2,323.94

CP Business wrote 1 check = $6370.81
√ #5338

**Save time & PAY ONLINE!**
Pay your bill online 24/7 at
**mybusinessonline.libertymutual.com**

**For Billing Questions...**
Call 844-961-0334
Mon.-Fri. 8AM-8PM EST

20033

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

03/28/25                    $1,755.00***

**** ONE THOUSAND SEVEN HUNDRED FIFTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

JESSE CRAIG
1405 1ST AVE N
FARGO, ND    58102

NON-NEGOTIABLE



## JESSE CRAIG

### *PARKSIDE PLACE*

**2025**

| From: | 1-Mar |
| To: | 31-Mar |

Invoice #: ~~6003~~ 1001-Mar 2025
Invoice Date: 3/28/2025
Due Date: 04/01/25

| | | | Total |
|---|---|---|---|
| 39 | Manager oversite $45/unit | $45.00 | $1,755.00 |
| | | | |
| | | $45.00 | $1,755.00 |

Please make checks payable to Jesse Craig no later than   04/01/25

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION UNION
2754 Brandt Dr S
FARGO, ND 58104

03/31/25

$277.58*****

TO THE
ORDER OF

**** TWO HUNDRED SEVENTY SEVEN AND 58/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**

**2025**

From: 1-Mar
To: 14-Mar

 *Parkside Place*

Invoice #: 2004
Invoice Date: 3/14/2025
Due Date: 3/15/2025

| Date | Unit | Start | End | Net | Scope of Work | |
|---|---|---|---|---|---|---|
| 3/3 | 2305 | 1:15 PM | 1:45 PM | 0:30: | tighten livingroom/bedroom thermostats | $12.75 |
| 3/5 | | 10:45 | 11:15 | 0:30: | walk builidng, lease memo 2308, salt in front of door | $12.75 |
| 3/6 | 2304 | 10:00 | 10:30 | 0:30: | print balance memo - hand out memo on tenant door | $12.75 |
| 3/6 | 2406 | 10:30 | 11:00 | 0:30: | pick up move in inspection sheet - questions for maintenance, check back st | $12.75 |
| 3/7 | 2306 | 12:30 | 1:00 PM | 0:30: | tighten thermostats in unit | $12.75 |
| 3/10 | 2203 | 2:45 PM | 3:15 PM | 0:30: | look over dryer, vent - lots of moisture - contact Air Duct company, maintenar | $12.75 |
| 3/11 | | 10:30 | 11:30 | 1:00: | pick up 2308 lease, go to larry lumber for counter top pieces | $25.50 |
| 3/11 | 2402 | 2:00 PM | 3:15 PM | 1:15: | move out riley, uploads, update vaca list - cleaners contacted - walk building | $31.88 |
| 3/13 | | 10:30 | 11:30 | 1:00: | emails, leads facebook, tenant text | $25.50 |
| 3/13 | | 9:00 PM | 11:00 PM | 2:00: | smoke alarm calls - fire deparment showed up - tenants talked with, clean up | $51.00 |
| 3/14 | | 10:00 | 10:45 | 0:45: | showing Jillian and Cal - 2401 and 2402 | $19.13 |
| 3/14 | | 11:30 | 12:00 PM | 0:30: | check on water damage - 2212 talked with | $12.75 |
| 3/14 | | 3:30 PM | 4:15 PM | 0:45: | fans put away and hallways walked for any additional smoke smell | $19.13 |

| | | Total Hours | 10:15: | | Total Hourly Pay $25.50/hour | $261.38 |
|---|---|---|---|---|---|---|

**Painting**

| | | Total Hours | 0:00: | | Total Painting $35/hour | $0.00 |
|---|---|---|---|---|---|---|

**Reimbursement**

| | | | | | Total Reimbursement | $0.00 |
|---|---|---|---|---|---|---|

**Commission**

| | | $200 per new lease | |
|---|---|---|---|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | Total Commissions | $0.00 |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $261.38 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Subtotal: | $261.38 |
| Parkside Place Sales Tax (6.2%): | $16.21 |
| Parkside Place Total Paycheck Amount: | $277.58 |

1

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

2754 Brandt Dr S
FARGO, ND 58104

20035

03/31/25

$247.63*****

TO THE
ORDER OF    **** TWO HUNDRED FORTY SEVEN AND 63/100 DOLLARS

BLUEPEAK
PO BOX 5002
SIOUX FALLS, SD   57117-5002

NON-NEGOTIABLE



**Contact Us**
www.mybluepeak.com
866-991-9722



@HelloBluepeak

page 1 of 4

| | |
|---|---|
| **Account Number:** | |
| **Billing Date:** | 03/20/25 |
| **Total Amount Due:** | **$247.63** |
| **Payment Due By:** | 04/13/25 |

PAID



## It pays to have friends.

Refer your friends to Bluepeak and **get a $50 credit** on your bill when they sign up.

mybluepeak.com/help/refer-a-friend

**STATEMENT SUMMARY**

| | |
|---|---|
| Previous Balance | $247.63 |
| Payments and Adjustments | -$247.63 |
| New Charges | $247.63 |
| **Total Amount Due** | **$247.63** |

**NEW CHARGES SUMMARY**

| | |
|---|---|
| Monthly Service Charges | $175.99 |
| Taxes | $71.64 |
| **Total New Charges** | **$247.63** |

A late fee will be applied to your account if the amount of $247.63 is not received before 04/13/25. Payments received after 03/20/25 are not reflected on this statement.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices. Your acknowledgement of this agreement is confirmed by your payment.





**Contact Us**
**www.mybluepeak.com**
**866-991-9722**


@HelloBluepeak

page 3 of 4

| Account Number: | 045515701 |
|---|---|
| Billing Date: | 03/20/25 |
| **Total Amount Due:** | **$247.63** |
| Payment Due By: | 04/13/25 |

| | |
|---|---|
| Federal USF Fee........................ | $14.18 |
| State Telecommunications Relay Srvc ........................................... | $0.45 |
| **Total Taxes and Fees .............** | **$71.64** |

| | |
|---|---|
| **Total Amount Due.............................................** | **$247.63** |

**SERVICE LOCATIONS**
8 2ND ST  NE WATERTOWN, SD 57201-3624

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

2754 Brandt Dr S
FARGO, ND 58104

03/31/25                    $2.29********

TO THE
ORDER OF      **** TWO AND 29/100 DOLLARS

Capital One Commercial
PO BOX 60506                        NON-NEGOTIABLE
CITY OF INDUSTRY, CA    91716-0506

MEMO: 6004-3002-0037-4038



MENARDS - WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in store credit voucher if the
return is done after 06/18/25

If you have questions regarding the
charges on your receipt, please
email us at:
WTWNfrontend@menards.com

Sale Transaction

9V 4 PK ENERGIZER MAX Gen.             11.99
2104990
1-1/2" SLIP JOINT WASHER 2411           2.29
6797540
A office                   5

TOTAL                                  20.23
TAX WATERTOWN-SD 6.2%                    1.25
TOTAL SALE                             21.48
Menard Contractor Card 1015            21.48
Job # or Name :  2411
 Auth Code:503254
 Chip Inserted
 a000000817002001
 TC - 9d11d91221d4a48a

TOTAL NUMBER OF ITEMS =      3

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
3703

GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
hereon and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, KALLAN

37406 03 8178    03/20/25  03:10PM 3097

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STATE...(SD)
2754 Brandt Dr S
FARGO, ND 58104

03/31/25          $207.09*****

**** TWO HUNDRED SEVEN AND 09/100 DOLLARS

TO THE
ORDER OF      **** GEORGES SANITATION
              3367 12TH AVE NW
              WATERTOWN, SD    57201

NON-NEGOTIABLE

# George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

# Invoice

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 39261 |



## FEBRUARY GARBAGE SERVICE (2025)

| Qua... | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times  A Week) | 195.00 | 195.00T |

*207.09 - park*
*207.09 gen*

| | |
|---|---|
| Sales Tax (6.2.. | $24.18 |
| **Total** | **$414.18** |

PLEASE REFERENCE YOUR
INVOICE # ON YOUR
PAYMENT

A finance charge of 1.5% ($1.00 min) per month (18% annually) will be added to accounts over 30 days.

George's Sanitation Thanks You For Your Business.

PAY ONLINE AT
WWW.GEORGESSANITATION.COM WITH
PAY NOW BUTTON

20038

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

2754 Brandt Dr S
FARGO, ND 58104

03/31/25          $116.82*****

**** ONE HUNDRED SIXTEEN AND 82/100 DOLLARS

TO THE
ORDER OF

IKES WINDOW WASHING
PO BOX 486
WATERTOWN, SD    57201

NON-NEGOTIABLE

# Invoice

**Invoice No:** 3106
**Invoice Date:** Mar 28, 2025



**Ike's Window Washing**
PO Box 486
Watertown, SD 57201
605-233-0628 Office
ikesww.com
ikeswindowwashing@gmail.com

**Bill To:**
Prevail Management
PO BOX 9379
Fargo, ND 58106

| Job Date | Description | Job location | Qty | Each | Amount |
|---|---|---|---|---|---|
| Mar 28, 2025 | **Quarterly Clean** | Parkside Place, 8 2nd Street Northeast; Watertown, SD 57201 | 1 | $110.00 | $110.00 |
|  | Parkside Place |  |  |  |  |

**Service Person(s):** Isaac Holzwarth

| | | |
|---|---|---|
| **6.2% Tax** | | $6.82 |
| **Total** | | $116.82 |

**Thank you for your Business!**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20035

03/31/25

$120.00*****

TO THE
ORDER OF     **** ONE HUNDRED TWENTY AND 00/100 DOLLARS

JAXON SCHMIDT
325 27TH ST NW
WATERTOWN, SD    58201

NON-NEGOTIABLE

**Maintenance Hours**
**2025**
**Maintenance Name:** Jaxon
$30.00  Hourly Rate
From:    1-Mar
To:      14-Mar

*Parkside Place*

Invoice #:  2004

Invoice Date:    3/14/2025
Due Date:        3/15/2025

| 3/11 | 2203 | 12:00 PM | 4:00 PM | 4:00: | dryer unit wasnt drying, discovered water in vent causing it to be a clogged vent, climbed onto roof for exterior cleaning out the pipe from exterior, vent of exterior seemed to be glued shut, opened up, got alot of lint out | $120.00 |

| | Total Hours | 4:00: | | Total Hourly Pay $3/hour | $120.00 |
| | | | | Parkside Place Paycheck : | $120.00 |

1

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

2754 Brandt Dr S
FARGO, ND 58104

03/31/25          $116.10*****

TO THE
ORDER OF        **** ONE HUNDRED SIXTEEN AND 10/100 DOLLARS

SIGN PRO
2220 2ND AVE E
WEST FARGO, ND    58078          NON-NEGOTIABLE



# STATEMENT OF ACCOUNT

**signprofargo.com**

**2220 2nd Avenue East
West Fargo, ND 58078**



PAID
2020

**Questions on your Statement?**
Please Contact Us At:

**701-461-7309
info@signprofargo.com**

| Customer Name |
|---|
| CP Business Management
1405 1st Ave. N, Ste. B
Fargo, ND 58102 |

| Date |
|---|
| 2/3/2025 |

**Account Terms:**   Net 15 Days

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/15/2025 | INV #89000. Due 01/30/2025. Orig. Amount $226.80. /3 | 226.80 | 226.80 |
| 01/31/2025 | INV #89177. Due 02/15/2025. Orig. Amount $81.01. — Door logos | 81.01 | 307.81 |

*handwritten notes:*
$40.50 gen
$40.51 park
Entry Door Logos
$75.60 gen
$75.60 park — Boards
$75.60 Kwin

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 81.01 | 226.80 | 0.00 | 0.00 | 0.00 | **$307.81** |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

2004
2754 Brandt Dr S
FARGO, ND 58104

03/31/25                    $124.79*****

TO THE
ORDER OF        **** ONE HUNDRED TWENTY FOUR AND 79/100 DOLLARS

TURFWURX PROPERTY MAINTENANCE
1401 BRUHN AVE NE                      NON-NEGOTIABLE
WATERTOWN, SD    57201

TurfWurx Property Maintenance
SnowSolutions Ie and Snow Management
1401 Bruhn Ave NE
Watertown, SD 57201
605-881-4960



| INVOICE NO.FEBRUARY202 | 2/10/25 |
|---|---|

SERVICE ADDRESS

BILL TO:

Parkside Apts
8 2ND St NE
Watertown, SD 57201

Snow Removal

| DESCRIPTION | TOTAL |
|---|---|
| 02/08 – Snow removal | $85.00 |
| 02/24 – Ice melt | $32.50 |

*Thank You!*

FOR YOUR BUSINESS

| SUBTOTAL | $117.50 |
|---|---|
| SALES TAX 6.2% | $7.29 |
| **AMOUNT DUE:** | $124.79 |

Thank you for your business!



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

30042
2754 Brandt Dr S
FARGO, ND 58104

03/31/25

$504.45*****

TO THE
ORDER OF

**** FIVE HUNDRED FOUR AND 45/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

NON-NEGOTIABLE

White Glove Cleaning

17892 449th Ave
Hayti, SD 57241



# Invoice

| Date | Invoice # |
| --- | --- |
| 3/1/2025 | 2094 |

| Bill To |
| --- |
| Parkside<br>Unit # |

| P.O. No. | Terms | Project |
| --- | --- | --- |
| | Net 30 | |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| | Monthly Building Cleaning<br>Sales Tax | 400.00<br>6.20% | 400.00T<br>24.80 |

| | **Total** | $424.80 |
| --- | --- | --- |

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*



# Invoice

| Date | Invoice # |
|------|-----------|
| 3/13/2025 | 2110 |

| Due Date | Terms |
|----------|-------|
| 4/12/2025 | Net 30 |

| Bill To |
|---------|
| Parkside<br>Unit # 2402 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 3 | Unit Cleaning | | 25.00 | 75.00T |
| | Dust | Ceiling Fans | 0.00 | 0.00T |
| | | Trim | | |
| | | Doors | | |
| | | Wall Vents | | |
| | | Baseboards | | |
| | | Heat Panels | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Kitchen | Dishwasher (Inside, Front, Filter) | 0.00 | 0.00T |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks,Faucet, Sprayer, Drain Plugs | | |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | Blinds | Wash Window  and / or  Patio Door Blinds | 0.00 | 0.00T |
| | | Sales Tax | 6.20% | 4.65 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

| **Total** | $79.65 |
|-----------|--------|

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

2754 Brandt Dr S
FARGO, ND 58104

30043

*Prepay*
*Fire Alarm Testing.*    03/31/25

$923.94*****

TO THE
ORDER OF    **** NINE HUNDRED TWENTY THREE AND 94/100 DOLLARS

AUTOMATIC BUILDING CONTROLS
4300 W 61ST ST N
SIOUX FALLS, SD    57107

NON-NEGOTIABLE

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

2754 Brandt Dr S
FARGO, ND 58104

03/31/25

$497.55*****

TO THE
ORDER OF

**** FOUR HUNDRED NINETY SEVEN AND 55/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE
_____

**Alexis Burbach**

PAID 2004

*Parkside Place*

**2025**

| | | Invoice #: | 2005 |
|---|---|---|---|
| From: | 15-Mar | Invoice Date: | 3/31/2025 |
| To: | 31-Mar | Due Date: | 4/1/2025 |

| Date | Unit | Start | End | | Scope of Work | |
|---|---|---|---|---|---|---|
| 3/15 | | 6:30 PM | 7:30 PM | 1:00 | fire alarm from 2308 burnt food - no water - no damage done - minimal smok | $25.50 |
| 3/16 | | 5:30 PM | 18:00 | 0:30 | check on fans, water spots still wet | $12.75 |
| 3/18 | | 1:00 PM | 1:45 PM | 0:45 | showing tana 2401, 2402 - 2309 rent cafe help, email sent | $19.13 |
| 3/20 | 2411 | 3:00 PM | 3:45 PM | 0:45 | menards run for o ring - stop at 2411, no response, tried calling her and gran | $19.13 |
| 3/21 | 2304 | 12:15 PM | 12:30 PM | 0:15 | payment reminder printed and added to door | $6.38 |
| 3/21 | | 4:00 PM | 5:00 PM | 1:00 | 2303 text out of town, wanting to make sure stove burner is off - walk buildin | $25.50 |
| 3/22 | | 11:00 | 11:30 | 0:30 | leads - showings scheduled - 2401 asked to show her apt | $12.75 |
| 3/24 | 2204 | 3:00 PM | 3:30 PM | 0:30 | move out info emailed to 2204, update vaca list | $12.75 |
| 3/26 | | 12:30 PM | 1:00 PM | 0:30 | showing 2401, 2402 silvestre | $12.75 |
| 3/26 | | 3:15 PM | 3:45 PM | 0:30 | showing Alivia 2401, 2402 | $12.75 |
| 3/26 | | 5:00 PM | 5:15 PM | 0:15 | showing Sage 2402 | $6.37 |
| 3/31 | 2310 | 9:00 | 9:30 | 0:30 | ach info - wanting rent cafe log in, ach set up | $12.75 |
| | | **Total Hours** | **7:00** | | **Total Hourly Pay $25.50/hour** | **$178.50** |

| Date | Unit | Start | End | | Maintenance | |
|---|---|---|---|---|---|---|
| 3/18 | | 1:45 PM | 2:45 PM | 1:00 | 2402 fridge and freezer sill in place - thermostat tightened in bedroom, living | $30.00 |
| 3/19 | 2411 | 1:00 PM | 2:00 PM | 1:00 | kitchen sink pipe came loose - needs new o ring | $30.00 |
| 3/21 | 2411 | 10:15 | 11:15 | 1:00 | fix kitchen sink pipe - tighten older piping tube | $30.00 |
| | | **Total Hours** | **3:00** | | **Total Maintenance $30/hour** | **$90.00** |

| Date | Unit | | Reimbursement | |
|---|---|---|---|---|
| | | | **Total Reimbursement** | **$0.00** |

| Date | Unit | | Commission | |
|---|---|---|---|---|
| 3/28 | 2402 | | Joelle, Sage | $200.00 |
| | | | **Total Commissions** | **$200.00** |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $178.50 |
| Parkside Place Total Painting Amount: | $90.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Total Commissions: | $200.00 |
| Parkside Place Subtotal: | $468.50 |
| Parkside Place Sales Tax (6.2%): | $29.05 |
| Parkside Place Total Paycheck Amount: | $497.55 |

1

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

2754 Brandt Dr S
FARGO, ND 58104

20042

03/31/25

$477.58*****

TO THE
ORDER OF    **** FOUR HUNDRED SEVENTY SEVEN AND 58/100 DOLLARS

SCHUMACHER
PO BOX 393
DENVER, IA    50622

NON-NEGOTIABLE



**SCHUMACHER ELEVATOR COMPANY**
PO Box 393
One Schumacher Way
Denver, Iowa 50622

Phone: (319) 984-5676
Fax: (319) 406-1270
Internet: www.schumacherelevator.com
E-mail: accounting@schumacherelevator.com

PAID

# Invoice

## Billing Address

SOLD TO ACCT NO 1018221

PARKSIDE PLACE LLC
1405 1ST AVE NORTH
FARGO ND  58102

## Shipping Address

SHIP TO ACCT NO 1016883

PARKSIDE PLACE APARTMENTS
8 2ND ST NE
WATERTOWN SD  57201

## Information

| | |
|---|---|
| Document Number | 90642490 |
| Document Date | 03/01/2025 |
| Purchase Order No. | |
| Purchase Order Date | |
| Sales Order Number | 40011195 |
| Payment Terms | Net 30 Days |
| Billing Date | **03/01/2025** |
| Currency | USD |

1  of  1

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 0010 | *Quarterly invoice for elevator maintenance.*<br>FM QT MAINTENANCE<br>HP-PARKSIDE PLACE APTS-WATERTOWN SD | | 449.70 | 449.70 |

| | |
|---|---|
| Items Tot | 449.70 |
| State Tax | 18.89 |
| County Tax | 0.00 |
| City Tax | 8.99 |
| **Total Amount** | $    477.58 |

zsec_invoice1std    01/2004

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20046

03/31/25

$5,173.20***

TO THE
ORDER OF      **** FIVE THOUSAND ONE HUNDRED SEVENTY THREE AND 20/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,     58106

NON-NEGOTIABLE



# CP Business Management

## 2025

*Parkside Place*

| | |
|---|---|
| From: | 1-Mar |
| To: | 31-Mar |

| | |
|---|---|
| Invoice #: | 2003 |
| Invoice Date: | 3/31/2025 |
| Due Date: | 04/01/25 |

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected Funds | $43,380.67 | $2,169.03 |
| | | | |
| | **Total Management Fee** | **$43,380.67** | **$2,169.03** |

| | Offsite Office | Total |
|---|---|---|
| 7010 | Off Site Office Rent | $1,312.50 |
| 7030 | Off Site Office Utilities | $205.11 |
| 7040 | Off Site Office Supplies | $214.56 |
| **Total Offsite Office** | | **$1,732.17** |

| | Other Collected Income | Total |
|---|---|---|
| 5800 | late fee | $259.00 |
| 5600 | re-rental fee | $525.00 |
| | | |
| | **Total Other Collected Income** | **$784.00** |

| | Miscellaneous | Total |
|---|---|---|
| 8004 | Misc Manager | $200.00 |
| 8005 | Misc Prof. | $250.00 |
| 7057 | Software Fee | $38.00 |
| | | |
| | **Total Miscellaneous** | **$488.00** |

| | |
|---|---|
| **Total Management Fee** | $2,169.03 |
| **Total Offsite Office** | $1,732.17 |
| **Total Other Collected Income** | $784.00 |
| **Total Miscellaneous** | $488.00 |
| **Parkside Place Total** | $5,173.20 |

Please make checks payable to CP Business Management no later than   4/1/2025

**PARKSIDE PLACE, LLC**

STARION FINANCIAL

2754 Brandt Dr S
FARGO, ND 58104

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

03/31/25

$2,566.49***

**** TWO THOUSAND FIVE HUNDRED SIXTY SIX AND 49/100 DOLLARS

TO THE
ORDER OF

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

| PARKSIDE UNIT | | | AMOUNT | |
|---|---|---|---|---|
| | Service Fron | Service to | | |
| 2403 | 2/19/2025 | 3/20/0225 | 60.66 | |
| 2402 | 3/12/2025 | 3/20/2025 | 27.95 | first bill |
| | | | | |
| | | | | |
| | Total | | 88.61 | |
| | | | | |
| | 2/24 | 3/24/2025 | 389.71 | house elect |
| | 2/24 | 3/24/2025 | 233.05 | gas |
| | 2/24 | 3/24/2025 | 393.16 | water |
| | 2/24 | 3/24/2025 | 1,461.96 | sewer |
| | total house meter/use | | 2,477.88 | |
| | | | | |
| | | | | |
| | total check | | 2,566.49 | |


PAID
20047

Page 1                                    Please detach top portion and return with payment.                                    Page 1

**MUNICIPAL UTILITIES DEPT.**

| Account Number | Name | Service Address |
|---|---|---|
| | PARKSIDE PLACE, LLC | 8 2 ST NE HOUSE |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | | | Power factor |
|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | Multiplier | Usage | Units | |
| ELECTRIC: 0000030986 | 03/24/2025 | 02/24/2025 | 28 | MR | 69553 | 65158 | 1 | 4395 | kWh | |
| ELECTRIC: 0000030986 | 03/24/2025 | 02/24/2025 | 28 | MR | 11799 | | 1 | 11.80 | kW | |
| WATER: 0200555043 | 03/24/2025 | 02/24/2025 | 28 | MR | 02889 | 02815 | 1 | 74 | ccf | |
| GAS: 0104951134 | 03/24/2025 | 02/24/2025 | 28 | MR | 11863 | 11579 | 1.119 | 318 | ccf | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)



WATER (100 cu.ft)



GAS (ccf)



| | |
|---|---|
| PREVIOUS BALANCE | 2,824.96 |
| PAYMENT      03/12/2025 | -141.25 |
| PAYMENT      03/12/2025 | -2,824.96 |
| LATE PENALTY   03/11/2025 | 141.25 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 19.75 |
| Electric Energy | 347.21 |
| Electric State Tax | 15.41 |
| Electric City Tax | 7.34 |
| TOTAL ELECTRIC CHARGES | 389.71 |
| GAS SERVICE | |
| Gas Customer Charge | 17.00 |
| Gas Consumption | 202.44 |
| Gas State Tax | 9.22 |
| Gas City Tax | 4.39 |
| TOTAL GAS CHARGES | 233.05 |
| WATER SERVICE | |
| Water Customer Charge | 38.06 |
| Water Consumption | 311.84 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 393.16 |
| SEWER SERVICE | |
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 1,421.35 |
| TOTAL SEWER CHARGES | 1,461.96 |
| | |
| CURRENT CHARGES | $2,477.88 |
| | |
| TOTAL AMOUNT DUE | $2,477.88 |

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 04/01/2025 | 04/10/2025 | 2,477.88 | 2,601.78 |

**MESSAGES:** Always call 811 two business days before you dig!

Page 1
Please detach top portion and return with payment.
Page 1

## MUNICIPAL UTILITIES DEPT.

**Account Number** ▮▮▮▮▮▮▮

**Name** PARKSIDE PLACE, LLC

**Service Address** 8 2 ST NE 2402

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049019 | 03/20/2025 | 03/12/2025 | 8 | MR | 22172 | 21991 | 1 | 181 | KWH | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

Mar 2025

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 13.21 |
| Electric State Tax | 1.11 |
| Electric City Tax | 0.53 |
| TOTAL ELECTRIC CHARGES | 27.95 |
| | |
| CURRENT CHARGES | $27.95 |
| | |
| TOTAL AMOUNT DUE | $27.95 |

*tenants
Bill
move out 3/31/25*

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | | 04/01/2025 | 04/10/2025 | 27.95 | 29.35 |

**MESSAGES:** Always call 811 two business days before you dig!

Page 1                                  Please detach top portion and return with payment.                    Page 1

**MUNICIPAL UTILITIES DEPT.**   Account Number        Name                                      Service Address
                                                      PARKSIDE PLACE, LLC                        8 2 ST NE 2403

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049020 | 03/20/2025 | 02/19/2025 | 29 | MR | 20581 | 19978 | 1 | 603 | KWh | |



YOUR MONTHLY USAGE

ELECTRIC (kWh)

| | |
|---|---|
| PREVIOUS BALANCE | 97.10 |
| PAYMENT        03/12/2025 | -4.86 |
| PAYMENT        03/12/2025 | -97.10 |
| LATE PENALTY   03/11/2025 | 4.86 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 44.02 |
| Electric State Tax | 2.40 |
| Electric City Tax | 1.14 |
| TOTAL ELECTRIC CHARGES | 60.66 |
| | |
| CURRENT CHARGES | $60.66 |
| | |
| TOTAL AMOUNT DUE | $60.66 |

*tenants Bill.*

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 04/01/2025 | 04/10/2025 | 60.66 | 63.69 |

**MESSAGES:** Always call 811 two business days before you dig!

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2734 Brandt Dr
FARGO, ND 58104

20050



03/28/25                    $40.70*******

TO THE
ORDER OF    **** FORTY AND 70/100 DOLLARS

            CP BUSINESS MANAGEMENT
            PO BOX 9379
            FARGO, ND 58106                    NON-NEGOTIABLE
            701-237-3369,     58106            _____

# CP Business Management

## 2025

**Parkside Place**

| From: | 1-Mar |
| To: | 31-Mar |

Invoice #: 2003-2
Invoice Date: 3/31/2025
Due Date: 04/01/25

| | Collected Fees | | Total |
|---|---|---|---|
| 2406 | move out charges overages (carpet 40.70) | | $40.70 |
| | | | $0.00 |
| | | | $0.00 |
| | **Parkside Place Total** | | $40.70 |

Please make checks payable to CP Business Management no later than  4/1/2025



**CODINGTON COUNTY TREASURER**

Official Real Estate Tax Notice

14 FIRST AVENUE S.E. * WATERTOWN, SD 57201

(605) 882-6285

$451.93 mo

2024 − 12152

EXHIBIT

**IV1064**

## 2024 TAXES DUE AND PAYABLE IN 2025

Record#: 9358

**Legal:**    Sch: 14-4    S/T/R:    Acres/Lots: .00

WATERTOWN CITY  PARKSIDE PLACE ADD

PARKSIDE PLACE ADD

8 2 ST NE

**Taxes In Name Of**

PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 20,711.62 |
| **Second Half** | 20,711.62 |
| **TOTAL** | 41,423.24 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 65,136 | 2.525 | 164.48 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 65,136 | 9.478 | 617.36 |
| WATERTOWN CITY | 67,568 | 65,136 | 1.691 | 110.14 |
| EAST DAKOTA WATER | 67,568 | 65,136 | 0.020 | 1.30 |
| TAX INCREMENT 12 NA | 67,568 | 2,955,371 | 13.714 | 40,529.96 |

*JE 3/15/25*
*Escrow payable 4/21*

NA: 41423.24

| | |
|---|---|
| **TOTAL:** | 41,423.24 |

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⇩ Please detach stubs and return with your payment ⇩          ⇩ Please detach stubs and return with your payment ⇩

**-FIRST PAYMENT-**

PARKSIDE PLACE LLC

CODINGTON
Record #
9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 − 12152 | 20,711.62 |

DELINQUENT AFTER APRIL 30th

**-SECOND PAYMENT-**

PARKSIDE PLACE LLC

CODINGTON
Record #
9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 − 12152 | 20,711.62 |

DELINQUENT AFTER OCTOBER 31st