UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Generations on 1st LLC,<br><br>    Debtor. | Case No.:  25-30002<br><br>Chapter 11 |
| --- | --- |
| In Re:<br><br>Parkside Place LLC,<br><br>    Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

## NOTES ACCOMPANYING APRIL MONTHLY
## OPERATING REPORT FOR PARKSIDE PLACE, LLC

1. **Beginning Cash Balance.** The beginning cash balance for March was $105,474.03, consisting of $73,500.00 in the Trust account and $31,974.03 in the Starion account. Of this, $21,088.26 was reported as a beginning balance receipt on the Starion account.

2. **Total Receipts.** Receipts for the month, as reflected on the Starion account, totaled $39,365.51. This amount includes a $980.00 security deposit transfer, which is excluded from receipts reported on the Monthly Operating Report ("MOR"). After deducting the security deposit, total reported receipts on the MOR amount to $38,385.51.

3. **Total Disbursements.** Pursuant to the stipulation governing the use of cash collateral ("Stipulation"), the Debtor remitted the sum of $14,500.00 to Red River State Bank.

4. **Cash Balance End of Month.** The month-end cash balance reflected in the MOR is $93,609.00. However, this figure excludes the $980.00 security deposit that was transferred into the Starion account but not reported as a receipt. When this amount is added back, the combined cash balance in both the Trust and Starion accounts is $94,588.00.

5. **Accounts Receivable.** During this reporting period, one tenant submitted a rent

1

payment that was below the full amount due, resulting in an outstanding balance for the current month. The Debtor is working to resolve this discrepancy and ensure timely receipt of the full rental amount.

6.     **Accounts Payable.** The first half of property taxes were paid in full by the due date of April 30, 2025. As a result, monthly expenses for the reporting period may appear to exceed the limits set forth in the Stipulation. However, when the full tax payment is excluded and only the escrow portion is considered, expenses remain within the approved monthly budget.

Additionally, garage cleaning was completed as planned during this reporting period. However, the invoice for this service was not received by the end of the month, resulting in a portion of this expense carrying over into the following month.

7.     **Summary of New Leases Signed, Short Cancel Notification, and Lease Ended.** Under this reporting period, no tenants moved out of their units, and one new lease was executed for unit #2401. The Debtor received proper notice to vacate from the tenant in unit #2312, with a scheduled move-out date of June 30, 2025.

8.     **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly setoff by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 04/30/2025*

PARKSIDE PLACE LLC                                    Page 1 of 6
Customer Number

>001501 3607069 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379



## Managing Your Accounts

| | | |
|---|---|---|
| Branch | | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| Phone | | 701.281.5600 |
| Website | | Starionbank.com |

---

## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | | $21,088.26 |

## ND STAR CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2025 | Beginning Balance | $31,974.03 |
| | 19 Credit(s) This Period | $39,365.51 |
| | 21 Debit(s) This Period | $50,251.28 |
| 04/30/2025 | Ending Balance | $21,088.26 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 04/02/2025 | EDEPOSIT | $1,025.00 |
| 04/03/2025 | YARDI CARD DEP 1112Transf XXXXX9943 | $1,025.00 |
| 04/03/2025 | CPBUSINESSMANAGE Settlement 000023546361274 | $1,895.00 |
| 04/03/2025 | CP BUSINESS MANA ParkRentCA XXXXX6888 | $4,589.19 |
| 04/03/2025 | CP BUSINESS MANA ParkRent XXXXX6888 | $7,870.00 |
| 04/04/2025 | CPBUSINESSMANAGE Settlement 000023567681562 | $200.00 |
| 04/07/2025 | CPBUSINESSMANAGE Settlement 000023593131126 | $3,965.00 |
| 04/07/2025 | YARDI CARD DEP 1112Transf XXXXX1789 | $4,030.59 |
| 04/08/2025 | CPBUSINESSMANAGE Settlement 000023610542354 | $945.00 |
| 04/08/2025 | YARDI CARD DEP 1112Transf XXXXX1933 | $1,025.00 |
| 04/09/2025 | EDEPOSIT | $4,995.00 |
| 04/10/2025 | YARDI CARD DEP 1112Transf XXXXX0696 | $965.24 |
| 04/10/2025 | YARDI CARD DEP 1112Transf XXXXX0294 | $1,025.00 |
| 04/10/2025 | CPBUSINESSMANAGE Settlement 000023639373490 | $1,025.00 |
| 04/11/2025 | CPBUSINESSMANAGE Settlement 000023660738734 | $2,050.00 |
| 04/14/2025 | 087475 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXXX8658 ON 4/14/25 | $5.49 |
| 04/14/2025 | 078529 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXXX8658 ON 4/14/25 | $980.00 |
| 04/16/2025 | YARDI CARD DEP 1112Transf XXXXX6807 | $925.00 |
| 04/17/2025 | CPBUSINESSMANAGE Settlement 000023696373434 | $825.00 |




Member FDIC
EQUAL HOUSING LENDER

PARKSIDE PLACE LLC                                    Statement Ending 04/30/2025                                    Page 2 of 6

---

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

---

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | | | |
| BALANCE | | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 04/30/2025**

PARKSIDE PLACE LLC                                    Page 3 of 6
Customer Number:

## ND STAR CHECKING -                          :ontinued)

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 20033 | 04/01/2025 | $1,755.00 | 20040 | 04/28/2025 | $116.10 | 20047 | 04/14/2025 | $2,566.49 |
| 20034 | 04/07/2025 | $277.58 | 20041 | 04/14/2025 | $124.79 | 20048 | 04/15/2025 | $14,500.00 |
| 20035 | 04/04/2025 | $247.63 | 20042 | 04/08/2025 | $504.45 | 20049 | 04/25/2025 | $20,711.62 |
| 20036 | 04/08/2025 | $2.29 | 20043 | 04/16/2025 | $923.94 | 20050 | 04/17/2025 | $40.70 |
| 20037 | 04/15/2025 | $207.09 | 20044 | 04/07/2025 | $497.55 | 20051 | 04/17/2025 | $101.55 |
| 20038 | 04/07/2025 | $116.82 | 20045 | 04/08/2025 | $477.58 | 20052 | 04/18/2025 | $45.00 |
| 20039 | 04/07/2025 | $120.00 | 20046 | 04/02/2025 | $5,173.20 | 20053 | 04/28/2025 | $1,741.90 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/01/2025 | $30,219.03 | 04/09/2025 | $54,366.71 | 04/17/2025 | $43,702.88 |
| 04/02/2025 | $26,070.83 | 04/10/2025 | $57,381.95 | 04/18/2025 | $43,657.88 |
| 04/03/2025 | $41,450.02 | 04/11/2025 | $59,431.95 | 04/25/2025 | $22,946.26 |
| 04/04/2025 | $41,402.39 | 04/14/2025 | $57,726.16 | 04/28/2025 | $21,088.26 |
| 04/07/2025 | $48,386.03 | 04/15/2025 | $43,019.07 | | |
| 04/08/2025 | $49,371.71 | 04/16/2025 | $43,020.13 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



PARKSIDE PLACE LLC                    Statement Ending 04/30/2025                    Page 4 of 6



#20033          04/01/2025                    $1,755.00



#20034          04/07/2025                    $277.58



#20035          04/04/2025                    $247.63



#20036          04/08/2025                    $2.29



#20037          04/15/2025                    $207.09



#20038          04/07/2025                    $116.82



#20039          04/07/2025                    $120.00



#20040          04/28/2025                    $116.10



#20041          04/14/2025                    $124.79



#20042          04/08/2025                    $504.45

032975 1927893 0000000 067690 135380 02/03

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 04/30/2025**

*PARKSIDE PLACE LLC*                                         Page 5 of 6

**Customer Number:**



#20043          04/16/2025                    $923.94



#20044          04/07/2025                    $497.55

#20045          04/08/2025                    $477.58



#20046          04/02/2025                  $5,173.20

#20047          04/14/2025                  $2,566.49



#20048          04/15/2025                 $14,500.00



#20049          04/25/2025                 $20,711.62

#20050          04/17/2025                    $40.70



#20051          04/17/2025                    $101.55



#20052          04/18/2025                    $45.00



PARKSIDE PLACE LLC                                    Statement Ending 04/30/2025                        Page 6 of 6

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2784 Brandt Dr S
FARGO, ND 58104

20053

04/28/25                    $1,741.90***

TO THE
ORDER OF    **** ONE THOUSAND SEVEN HUNDRED FORTY ONE AND 90/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,    58106

⑈020053⑈ ⑈091330⑈

#20053            04/28/2025                    $1,741.90

032975 1927893 0000000 067691 135382 03/03



# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 04/30/2025**

PARKSIDE PLACE LLC                                        Page 1 of 2
Customer Number:

>000580 3576917 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379




## Managing Your Accounts

| | | |
|---|---|---|
| Branch | 2754 Brandt Dr S | Fargo, ND 58104 |
| Phone | 701.281.5600 | |
| Website | Starionbank.com | |



## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | 1 | $38,550.00 |

## REGULAR SAVINGS NON PERS - 1

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2025 | Beginning Balance | $39,535.49 |
| | 0 Credit(s) This Period | $0.00 |
| | 2 Debit(s) This Period | $985.49 |
| 04/30/2025 | Ending Balance | $38,550.00 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2025 | Beginning Balance | | | $39,535.49 |
| 04/14/2025 | 087475 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 4/14/25 | $5.49 | | $39,530.00 |
| 04/14/2025 | 078529 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 4/14/25 | $980.00 | | $38,550.00 |
| 04/30/2025 | Ending Balance | | | $38,550.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Member **FDIC**

PARKSIDE PLACE LLC                1⁻            Statement Ending 04/30/2025            Page 2 of 2

CSTMTADV 1071 0001 127 07 2025V501 PG 1 OF 1
00043626   5S07111.1   0-0

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | ⟶ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE    BALANCE | | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

**PARKSIDE DIP APT**

**Bank Reconcile History Report**

| | | | |
|---|---|---|---|
| **Outstanding Deposits as of 04/28/2025** | | | **1,070.66** |
| 04/28/2025 | 241 | :ACH Deposit | 1,895.00 |
| 04/30/2025 | 2044 | starion | 2,562.55 |
| 04/30/2025 | 243 | :ACH Deposit | 945.00 |
| **Plus: Outstanding Deposits** | | | **6,473.21** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 04/30/2025 | 20054 | BLUEPEAK | 247.77 |
| 04/30/2025 | 20055 | Capital One Commercial | 30.83 |
| 04/30/2025 | 20056 | DAKOTA CLEAN LLC | 1,375.29 |
| 04/30/2025 | 20057 | ELITE DRAIN & SEWER | 283.55 |
| 04/30/2025 | 20058 | GEORGES SANITATION | 207.09 |
| 04/30/2025 | 20059 | LARRYS LUMBER, INC | 223.02 |
| 04/30/2025 | 20060 | TURFWURX PROPERTY MAINTENANCE | 217.71 |
| 04/30/2025 | 20061 | U.S. TRUSTEES | 339.00 |
| 04/30/2025 | 20062 | WHITE GLOVE CLEANING | 451.35 |
| 04/30/2025 | 20063 | Alexis Burbach | 607.60 |
| 04/30/2025 | 20064 | CP BUSINESS MANAGEMENT | 4,324.26 |
| 04/30/2025 | 20065 | JESSE CRAIG | 1,755.00 |
| 04/30/2025 | 20066 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,553.73 |
| **Less: Outstanding Checks** | | | **12,616.20** |

| | |
|---|---|
| **Balance per GL as of 04/30/2025** | **11,071.04** |
| **Reconciled Balance Per G/L** | **11,071.04** |

| | |
|---|---|
| **Difference** | **-17,214.03** |

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 03/28/2025 | 20033 | JESSE CRAIG | 1,755.00 | 04/30/2025 |
| 03/31/2025 | 20034 | Alexis Burbach | 277.58 | 04/30/2025 |
| 03/31/2025 | 20035 | BLUEPEAK | 247.63 | 04/30/2025 |
| 03/31/2025 | 20036 | Capital One Commercial | 2.29 | 04/30/2025 |
| 03/31/2025 | 20037 | GEORGES SANITATION | 207.09 | 04/30/2025 |
| 03/31/2025 | 20038 | IKES WINDOW WASHING | 116.82 | 04/30/2025 |
| 03/31/2025 | 20039 | JAXON SCHMIDT | 120.00 | 04/30/2025 |
| 03/31/2025 | 20040 | SIGN PRO | 116.10 | 04/30/2025 |
| 03/31/2025 | 20041 | TURFWURX PROPERTY MAINTENANCE | 124.79 | 04/30/2025 |
| 03/31/2025 | 20042 | WHITE GLOVE CLEANING | 504.45 | 04/30/2025 |
| 03/31/2025 | 20043 | AUTOMATIC BUILDING CONTROLS | 923.94 | 04/30/2025 |
| 03/31/2025 | 20044 | Alexis Burbach | 497.55 | 04/30/2025 |
| 03/31/2025 | 20046 | CP BUSINESS MANAGEMENT | 5,173.20 | 04/30/2025 |
| 03/31/2025 | 20047 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,566.49 | 04/30/2025 |
| 03/31/2025 | 20045 | SCHUMACHER | 477.58 | 04/30/2025 |
| 03/31/2025 | 20050 | CP BUSINESS MANAGEMENT | 40.70 | 04/30/2025 |
| 04/10/2025 | 20048 | RED RIVER STATE BANK | 14,500.00 | 04/30/2025 |
| 04/14/2025 | 20049 | CODINGTON COUNTY TREASURER | 20,711.62 | 04/30/2025 |
| 04/16/2025 | 20051 | Alexis Burbach | 101.55 | 04/30/2025 |
| 04/16/2025 | 20052 | JAXON SCHMIDT | 45.00 | 04/30/2025 |

**PARKSIDE DIP APT**

**Bank Reconcile History Report**

| 04/28/2025 | 20053 | CP BUSINESS MANAGEMENT | 1,741.90 | 04/30/2025 |
| **Total Cleared Checks** | | | **50,251.28** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 03/28/2025 | 226 | :ACH Deposit | 1,895.00 | 04/30/2025 |
| 03/30/2025 | 228 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 03/31/2025 | 227 | :ACH Deposit | 200.00 | 04/30/2025 |
| 04/01/2025 | 230 | :ACH/WIPS Deposit | 3,965.00 | 04/30/2025 |
| 04/01/2025 | 231 | :CC Deposit | 4,030.59 | 04/30/2025 |
| 04/02/2025 | 233 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 04/02/2025 | 2039 | starion 280087307 | 1,025.00 | 04/30/2025 |
| 04/02/2025 | 232 | :ACH Deposit | 945.00 | 04/30/2025 |
| 04/03/2025 | 2040 | | 4,589.19 | 04/30/2025 |
| 04/03/2025 | 2041 | | 7,870.00 | 04/30/2025 |
| 04/04/2025 | 235 | :CC Deposit | 965.24 | 04/30/2025 |
| 04/04/2025 | 234 | :ACH Deposit | 1,025.00 | 04/30/2025 |
| 04/05/2025 | 236 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 04/07/2025 | 238 | :ACH/WIPS Deposit | 2,050.00 | 04/30/2025 |
| 04/09/2025 | 2042 | starion 280855745 | 4,995.00 | 04/30/2025 |
| 04/10/2025 | 239 | :CC Deposit | 925.00 | 04/30/2025 |
| 04/11/2025 | 240 | :ACH Deposit | 825.00 | 04/30/2025 |
| 04/12/2025 | 2045 | internal tx | 5.49 | 04/30/2025 |
| **Total Cleared Deposits** | | | **38,385.51** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 03/15/2025 | JE 4029 | RE Tax Escrow (payable 4/31) | -6,903.87 | 04/30/2025 |
| 04/14/2025 | JE 4095 | Tx RE Escrow to checking for 4/31 pymt | 17,757.54 | 04/30/2025 |
| 04/14/2025 | JE 4099 | :Prog Gen Move Out transfer (RILEY CASPER)  - Receipt #32173 | 980.00 | 04/30/2025 |
| 04/15/2025 | JE 4118 | :PostRecurring RE Tax Escrow (payable 10/31) | -2,958.80 | 04/30/2025 |
| **Total Cleared Other Items** | | | **8,874.87** | |

**Balance Sheet**

Parkside Place
Month = Apr 2025
Book = Cash

Page 1

| ACCOUNT | | CURRENT BALANCE |
|---|---|---|
| 1112 | Parkside Apartment DIP Checking | 11,071.04 |
| 1132 | Parkside Real Estate Tax Escrow | 2,959.00 |
| **1150** | **Total DIP Checking Account** | **14,030.04** |
| | | |
| 1151 | TIF Value | 1,483,724.00 |
| 1152 | Parkside Security Deposit DIP Savings Acct | 39,575.00 |
| 1155 | The Dakota Bankruptcy Firm Trust | 73,500.00 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 6,870,000.00 |
| 1630 | Appliances/AC | 205,000.00 |
| 1700 | Land | 425,000.00 |
| 1710 | Total Property and Equipment | 7,500,000.00 |
| | | |
| **1990** | **Total Assets** | **9,110,829.04** |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | Liabilities | |
| 2112 | Parkside Security Deposits DIP Acct | 39,575.00 |
| 2700 | Mortgage 1st | 5,126,386.84 |
| 2705 | TIF Mortgage | 1,483,724.00 |
| 2990 | Total Liabilities | 6,570,535.84 |
| | | |
| 3000 | Capital | |
| 3200 | Owner Contribution | 2,809.12 |
| 3800 | Retained Earnings | 2,537,484.08 |
| 3890 | Total Capital | 2,540,293.20 |
| | | |
| **3990** | **Total Liabilities & Capital** | **9,110,829.04** |

Thursday, May 15, 2025
12:18 PM

5/15/2025 12:35 PM

**Cash Flow Statement**

Parkside Place

Month = Apr 2025

Book = Cash

| ACCOUNT | | Apr 2025 | Total |
|---|---|---:|---:|
| 4000 | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 40,703.00 | 40,703.00 |
| 4301 | CAM | 786.19 | 786.19 |
| 4710 | Less: Incentives | -650.00 | -650.00 |
| 4715 | Less: HME Incentives | -430.00 | -430.00 |
| 4720 | Delinquency | 980.00 | 980.00 |
| 4730 | Less: Vacancy | -512.45 | -512.45 |
| 4810 | Plus: Prepaid Rent/HOA | 705.00 | 705.00 |
| 4990 | Net Rent/HOA Income | 41,581.74 | 41,581.74 |
| | | | |
| 5600 | Other Income | | |
| 5700 | Other Income | 5.49 | 5.49 |
| 5890 | Total Other Income | 5.49 | 5.49 |
| | | | |
| 5990 | Total Income | 41,587.23 | 41,587.23 |
| | | | |
| 6000 | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 45.00 | 45.00 |
| 6210 | Repairs/Maintenance | 223.02 | 223.02 |
| 6225 | Plumbing | 283.55 | 283.55 |
| 6242 | Carpet Cleaning | 1,375.29 | 1,375.29 |
| 6260 | Resident Manager | 309.15 | 309.15 |
| 6275 | Snow Removal | 217.71 | 217.71 |
| 6290 | Janitorial | 482.18 | 482.18 |
| 6990 | Total Maintenance Expenses | 2,935.90 | 2,935.90 |
| | | | |
| 7000 | Operating Expenses | | |
| 7010 | Offsite Office Rent | 1,312.50 | 1,312.50 |

**Page 1 of 3**

5/15/2025 12:35 PM

### Cash Flow Statement

Parkside Place

Month = Apr 2025

Book = Cash

| ACCOUNT | | Apr 2025 | Total |
|---------|--|---------:|------:|
| 7030 | Offsite Office Utilities | 205.11 | 205.11 |
| 7040 | Offsite Office Equip/Supplies | 214.56 | 214.56 |
| 7057 | Software Fee | 38.00 | 38.00 |
| 7060 | Leasing Commissions (payout) | 400.00 | 400.00 |
| 7130 | Internet & Phone Costs/Service | 247.77 | 247.77 |
| 7400 | Property Management | 2,079.09 | 2,079.09 |
| 7420 | Real Estate Taxes | 20,711.62 | 20,711.62 |
| 7440 | Insurance | 1,741.90 | 1,741.90 |
| 7800 | Electricity-Vacant | -154.83 | -154.83 |
| 7801 | Electricity-Building | 376.96 | 376.96 |
| 7861 | Gas-Building | 230.78 | 230.78 |
| 7870 | Water & Sewer | 1,859.33 | 1,859.33 |
| 7880 | Garbage | 207.09 | 207.09 |
| 7990 | Total Operating Expenses | 29,469.88 | 29,469.88 |
| | | | |
| 8001 | Other Expenses | | |
| 8002 | US Court Trustee 0.4% | 339.00 | 339.00 |
| 8004 | Misc. PM Fees | 200.00 | 200.00 |
| 8005 | Misc Professional Fees | 250.00 | 250.00 |
| 8006 | Manager Oversite $45/unit | 1,755.00 | 1,755.00 |
| 8020 | Total Other Expenses | 2,544.00 | 2,544.00 |
| | | | |
| 8990 | Total Expenses | 34,949.78 | 34,949.78 |
| | | | |
| **9090** | **NET INCOME** | **6,637.45** | **6,637.45** |
| | | | |
| | ADJUSTMENTS | | |
| 1132 | Parkside Real Estate Tax Escrow | 14,798.74 | 14,798.74 |
| 2700 | Mortgage 1st | -14,500.00 | -14,500.00 |

**Page 2 of 3**

5/15/2025 12:35 PM

**Cash Flow Statement**

Parkside Place

Month = Apr 2025

Book = Cash

| ACCOUNT | Apr 2025 | Total |
|---|---|---|
| TOTAL ADJUSTMENTS | 298.74 | 298.74 |
| CASH FLOW | 6,936.19 | 6,936.19 |