# Payables Aging Report

Period: -05/2025
As of : 04/30/2025

| Payee Name | Invoice | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Notes | | | | | | | | | | | |
| **Grand Total** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Thursday, May 15, 2025
01:13 PM

**5/15/2025 2:09 PM**

## Aged Receivable

Property = Parkside Place   Status: Current, Eviction, Notice   Month From: 04/2025

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre- Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| **Parkside Place** | | | | | | | | | |
| Parkside Place | HOFER GARY | Current | 119.00 | 0.00 | 119.00 | 0.00 | 0.00 | 0.00 | 119.00 |
| **Parkside Place** | | | **119.00** | **0.00** | **119.00** | **0.00** | **0.00** | **0.00** | **119.00** |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20066

05/09/25

TO THE
ORDER OF

**** TWO THOUSAND FIVE HUNDRED FIFTY THREE AND 73/100 DOLLARS

$2,553.73***

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD 57201

NON-NEGOTIABLE



| PARKSIDE UNIT | Service From | Service to | AMOUNT | |
|---|---|---|---|---|
| 2402 | 3/20/2025 | 4/22/2025 | 23.37 | final |
| 2403 | 3/20/2025 | 4/21/2025 | 63.29 | |
| | | | | |
| | | | | |
| **Total** | | | **86.66** | |
| | | | | |
| | 3/24 | 4/22/2025 | 376.96 | house elect |
| | 3/24 | 4/22/2025 | 230.78 | gas |
| | 3/24 | 4/22/2025 | 397.37 | water |
| | 3/24 | 4/22/2025 | 1,461.96 | sewer |
| **total house meter/use** | | | **2,467.07** | |
| | | | | |
| | | | | |
| **total check** | | | **2,553.73** | |

MUNICIPAL UTILITIES DEPT.    Account Number [redacted]    Name    PARKSIDE PLACE, LLC    Service Address    8 2 ST NE HOUSE

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000030986 | 04/22/2025 | 03/24/2025 | 29 | MR | 73796 | 69553 | 1 | 4243 | kWh | |
| ELECTRIC: 0000030986 | 04/22/2025 | 03/24/2025 | 29 | MR | 9572 | | 1 | 9.57 | kW | |
| WATER: 0200555043 | 04/22/2025 | 03/24/2025 | 29 | MR | 02964 | 02889 | 1 | .75 | ccf | |
| GAS: 0104951134 | 04/22/2025 | 03/24/2025 | 29 | MR | 12144 | 11863 | 1.119 | 314 | ccf | |



### YOUR MONTHLY USAGE

ELECTRIC (kWh)

WATER (100 cu.ft)

GAS (ccf)

| | |
|---|---|
| PREVIOUS BALANCE | 2,477.88 |
| PAYMENT   04/10/2025 | -2,477.88 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 19.75 |
| Electric Energy | 335.20 |
| Electric State Tax | 14.91 |
| Electric City Tax | 7.10 |
| TOTAL ELECTRIC CHARGES | 376.96 |
| GAS SERVICE | |
| Gas Customer Charge | 17.00 |
| Gas Consumption | 200.30 |
| Gas State Tax | 9.13 |
| Gas City Tax | 4.35 |
| TOTAL GAS CHARGES | 230.78 |
| WATER SERVICE | |
| Water Customer Charge | 38.06 |
| Water Consumption | 316.05 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 397.37 |
| SEWER SERVICE | |
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 1,421.35 |
| TOTAL SEWER CHARGES | 1,461.96 |
| | |
| CURRENT CHARGES | $2,467.07 |
| | |
| TOTAL AMOUNT DUE | $2,467.07 |

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 05/01/2025 | 05/12/2025 | 2,467.07 | 2,590.43 |

MESSAGES: Always call 811 two business days before you dig!

**MUNICIPAL UTILITIES DEPT.**  Account Number  Name  PARKSIDE PLACE, LLC  Service Address  8 2 ST NE 2402

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
| | Present | Previous | | Code | Present | Previous | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000049019 | 04/22/2025 | 03/20/2025 | 33 | MR | 22294 | 22172 | 1 | 122 | kWh | |

.7081/day

### YOUR MONTHLY USAGE

ELECTRIC (kWh)



Mar Apr
2025

| | |
|---|---|
| PREVIOUS BALANCE | 27.95 |
| PAYMENT   04/10/2025 | -27.95 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 8.91 |
| Electric State Tax | 0.92 |
| Electric City Tax | 0.44 |
| TOTAL ELECTRIC CHARGES | 23.37 |
| | |
| CURRENT CHARGES | $23.37 |
| | |
| TOTAL AMOUNT DUE | $23.37 |

*(handwritten annotations, in red:)*
old tenant
3/20 - 3/31
11 days
7.79
Billed 5/9

new tenant 4/16
led days
4.25
Billed 5/9

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | | 05/01/2025 | 05/12/2025 | 23.37 | 24.54 |

**MESSAGES:** Always call 811 two business days before you dig!

**MUNICIPAL UTILITIES DEPT.**   Account Number [redacted]   Name PARKSIDE PLACE, LLC   Service Address 8 2 ST NE 2403

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
| | Present | Previous | | Code | Present | Previous | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000049020 | 04/21/2025 | 03/20/2025 | 32 | MR | 21218 | 20581 | 1 | 637 | kWh | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

| | | |
|---|---|---|
| PREVIOUS BALANCE | | 60.66 |
| PAYMENT   04/10/2025 | | -60.66 |
| BALANCE FORWARD | | 0.00 |
| ELECTRIC SERVICE | | |
| Electric Customer Charge | | 13.10 |
| Electric Energy | | 46.50 |
| Electric State Tax | | 2.50 |
| Electric City Tax | | 1.19 |
| TOTAL ELECTRIC CHARGES | | 63.29 |
| CURRENT CHARGES | | $63.29 |
| TOTAL AMOUNT DUE | | $63.29 |

*Tenants Bill*

*Billed 5/9/25*

| 121360 | | | | | |
| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 05/01/2025 | 05/12/2025 | 63.29 | 66.45 |

**MESSAGES:** Always call 811 two business days before you dig!

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20064

04/30/25

$4,324.26***

TO THE
ORDER OF

**** FOUR THOUSAND THREE HUNDRED TWENTY FOUR AND 26/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

NON-NEGOTIABLE



# CP Business Management

**2025**

| | | |
|---|---|---|
| From: | 1-Apr | |
| To: | 30-Apr | |

**Parkside Place**

Invoice #: 2004
Invoice Date: 4/30/2025
Due Date: 05/01/25

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected Funds | $41,581.74 | $2,079.09 |
| | | | |
| | **Total Management Fee** | **$41,581.74** | **$2,079.09** |
| | **Offsite Office** | | **Total** |
| 7010 | Off Site Office Rent | | $1,312.50 |
| 7030 | Off Site Office Utilities | | $205.11 |
| 7040 | Off Site Office Supplies | | $214.56 |
| **Total Offsite Office** | | | **$1,732.17** |
| | **Other Collected Income** | | **Total** |
| 2700 | pugsley admin fee for nonswitched electricity | | $25.00 |
| | | | |
| | **Total Other Collected Income** | | **$25.00** |
| | **Miscellaneous** | | |
| 8004 | Misc Manager | | $200.00 |
| 8005 | Misc Prof. | | $250.00 |
| 7057 | Software Fee | | $38.00 |
| | | | |
| | **Total Miscellaneous** | | **$488.00** |

| | |
|---|---|
| **Total Management Fee** | $2,079.09 |
| **Total Offsite Office** | $1,732.17 |
| **Total Other Collected Income** | $25.00 |
| **Total Miscellaneous** | $488.00 |
| **Parkside Place Total** | $4,324.26 |

Please make checks payable to CP Business Management no later than  5/1/2025

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20065

04/30/25

$1,755.00***

TO THE
ORDER OF

**** ONE THOUSAND SEVEN HUNDRED FIFTY FIVE AND 00/100 DOLLARS

JESSE CRAIG
1405 1ST AVE N
FARGO, ND   58102

NON-NEGOTIABLE



## JESSE CRAIG

## PARKSIDE PLACE

**2025**

| | | |
|---|---|---|
| From: | 1-Apr | |
| To: | 30-Apr | |

Invoice #: 6004
Invoice Date: 4/30/2025
Due Date: 05/01/25

| | | | Total |
|---|---|---|---|
| 39 | Manager oversite $45/unit | $45.00 | $1,755.00 |
| | | | |
| | | **$45.00** | **$1,755.00** |

Please make checks payable to Jesse Craig no later than   05/01/25

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20063

04/30/25

$607.60******

TO THE
ORDER OF        ****  SIX HUNDRED SEVEN AND 60/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD   57201

NON-NEGOTIABLE

**Alexis Burbach**

**2025**

From: 15-Apr
To: 30-Apr


PAID
2.00.63

*Parkside Place*

Invoice #: 2007
Invoice Date: 4/30/2025
Due Date: 5/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------|---------------|------|
| 4/17 | | 1:30 PM | 2:30 PM | 1:00 | showing anna, dad 2204/2401 - memos handed out | $25.50 |
| 4/19 | | 11:00 | 1:00 PM | 2:00 | showing Ciara, process app/noticify 2401 tenant called for move in | $51.00 |
| 4/21 | | 2:30 PM | 2:45 PM | 0:15 | showing hallie and family | $6.38 |
| 4/22 | | 10:00 | 10:30 | 0:30 | tenants contacted for walk through with JC | $12.75 |
| 4/24 | | 2:00 PM | 2:15 PM | 0:15 | new carpet memo posted for extension | $6.37 |
| 4/24 | | 4:00 PM | 4:30 PM | 0:30 | memos folded and ready to hang up | $12.75 |
| 4/25 | | 2:00 PM | 2:45 PM | 0:45 | memos up / handed out - look over building / garage - 2306 question | $19.13 |
| 4/30 | | 12:30 PM | 2:00 PM | 1:30 | memos ready to hand out/hang up - fill out 2204 inspection sheet -- | $38.25 |

| | | Total Hours | 6:45 | | Total Hourly Pay $25.50/hour | $172.13 |
|--|--|-------------|------|--|------------------------------|---------|

| Date | Unit | Start | End | Total Hours | Painting | |
|------|------|-------|-----|-------------|----------|--|

| | | Total Hours | 0:00 | | Total Painting $35/hour | $0.00 |
|--|--|-------------|------|--|-------------------------|-------|

| Date | Unit | Reimbursement | |
|------|------|---------------|--|

| | | Total Reimbursement | $0.00 |
|--|--|---------------------|-------|

| Date | Unit | Commission | |
|------|------|------------|--|
| 4/22 | 2401 | Anna Samuelson | $200.00 |
| 4/28 | 2312 | Ciara Frank | $200.00 |

| | Total Commissions | $400.00 |
|--|-------------------|---------|

| | |
|--|--|
| Parkside Place Total Hours Amount: | $172.13 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Total Commissions: | $400.00 |
| Parkside Place Subtotal: | $572.13 |
| Parkside Place Sales Tax (6.2%): | $35.47 |
| Parkside Place Total Paycheck Amount: | $607.60 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20061

04/30/25                    $339.00******

TO THE
ORDER OF    **** THREE HUNDRED THIRTY NINE AND 00/100 DOLLARS

U.S. TRUSTEES
U.S. TRUSTEES PAYMENT CENTER
PO BOX 6200-19
PORTLAND, OR   97228-6200

NON-NEGOTIABLE

Office of the U. S. Trustee
300 South 4th Street
Room 1015
Sioux Falls, SD 55415-1329

**********AUTO**MIXED AADC 170
PARKSIDE PLACE LLC
10 N BROADWAY
WATERTOWN, SD 57201-3620



Page 1 of 1          Rev. 01/2(

Account No.:
Process Date: 04-03-25

UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM

See Instructions
On Reverse Side

Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|---|---|---|
| 01-06-25 | Balance Forward | .00 |
| 04-03-25 | Quarter 1, 2025 Fee Due {Disbursements = $84,655.} (6-1) | 339.00 |
| | Estimated Balance Due Based On Disbursement Record | **339.00** |

Case opened  01-06-2025.  Fee estimated based on available disbursements data.

------ fold and tear -------------------------------------------------------------------------------------- fold and tear ---------

DISBURSEMENTS STUB: Enter information, sign, detach, and return this stub in the window envelope.

ADDRESS STUB: Print address correction on reverse side. Place an "X" in the box if a correction is entered.  ☐

Failure to file monthly operating reports may result in a motion filed by the U.S. Trustee office to convert or dismiss the case.  In the section below, enter the disbursements for months/years that are missing monthly operating reports or disbursement information.  For post-confirmation cases, consult the local U.S. Trustee office for the case regarding whether monthly or quarterly reports are required; if quarterly, enter the entire quarter's disbursement data in the last month of the quarter and write a "Q" after it.  Round to nearest dollar.  This is not a substitute for filing the required report.

**PARKSIDE PLACE LLC**  Account Number:

I certify under penalty of perjury that to the best of my knowledge the above disbursement information is true and correct.

_____        4.29.2025
Signature                        Date

------ fold and tear -------------------------------------------------------------------------------------- fold and tear ---------

QUARTERLY FEE PAYMENT STUB: Enter amount enclosed, detach, and return this stub with your payment to: U.S. Trustee Payment Center.

Account Number.          Amount Enclosed

                         $ 339. 00

PARKSIDE PLACE LLC
10 N BROADWAY
WATERTOWN, SD 57201-3620

Make check payable to U.S. Trustees.
Write the Account Number on the check.

Anything other than the check and payment form sent to the below
address will be destroyed (such material should be sent to the
local U.S. Trustee office for the case)

U.S. Trustee Payment Center
P.O. Box 6200-19
Portland, OR 97228-6200          0000613

20060

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

04/30/25

$217.71******

TO THE
ORDER OF    **** TWO HUNDRED SEVENTEEN AND 71/100 DOLLARS

TURFWURX PROPERTY MAINTENANCE
1401 BRUHN AVE NE
WATERTOWN, SD   57201

NON-NEGOTIABLE

TurfWurx Property Maintenance
SnowSolutions le and Snow Management
1401 Bruhn Ave NE
Watertown, SD 57201
605-881-4960


PAID
200.60

## INVOICE NO.MARCH2025                                         3/29/25

SERVICE ADDRESS                                    BILL TO:

Parkside Apts                          Snow Removal
8 2ND St NE
Watertown, SD 57201

| DESCRIPTION | TOTAL |
|---|---|
| 03/04 – Snow removal | $85.00 |
| 03/05 – Snow removal | $85.00 |
| 03/15 – Ice melt | $35.00 |

| | |
|---|---|
| SUBTOTAL | $205.00 |
| SALES TAX 6.2% | $12.71 |
| **AMOUNT DUE:** | $217.71 |

Thank you for your business!



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20059

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

04/30/25

TO THE
ORDER OF    **** TWO HUNDRED TWENTY THREE AND 02/100 DOLLARS

$223.02******

LARRYS LUMBER, INC
183 NORTH MAPLE
WATERTOWN, SD    57201

NON-NEGOTIABLE



Finished - Charge

**LARRY'S LUMBER, INC.**
183 North Maple
Watertown, SD  57201-2499
(605) 886-5800

Ticket # 50219024
Page 1 of 1
Date: 03/28/25 04:28PM
Salesman: Lorne

Account Number ▮▮▮▮▮▮▮▮▮▮

X _____

CP Business Management
PO Box 9379
Fargo, ND  58106

PAID 2009

NOTES:
Designer Tops-O# 53160-V 1
Designer Tops-I# SA53160
PO# 96-CP Business Management
ETA: 3.6

| QUANTITY | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | PRICE |
|---|---|---|---|---|---|
| 1 | each | DP-9-SPAULDING | (6) STRIPS 1-9/16" x 144"<br>WILSON ART PIETRA VIVA<br>5063K-22 | 210.00 | 210.00 |
| | | | Call Alexis @ 605-303-4130<br>When Material Arrives<br>Mindy Craig put in the Order<br>mcraig@cpbusmgt.com | | |

*Parkside*
*Countertop edges*

| Purchase Order # | | SUB-TOTAL | 2.0000%<br>Watertown | 4.2000%<br>SD STATE TAX | SD EXCISE TAX | TOTAL |
|---|---|---|---|---|---|---|
| | | 210.00 | 4.20 | 8.82 | | $223.02 |

**3% Fee For Use Of Credit Card On Charge Accounts**

LARRY'S LUMBER, INC.    183 North Maple    (605) 886-5800

INVOICE

Finished - Charge



**LARRY'S LUMBER, INC.**
183 North Maple
Watertown, SD  57201-2499
(605) 886-5800

Ticket # 50219024
Page 1 of 1
Date: 03/28/25 04:28PM
Salesman: Lorne

Account Number: ▮▮▮▮▮

CP Business Management
PO Box 9379
Fargo, ND  58106

X _____

**PAID**
2005

NOTES
Designer Tops-O# 53160-V 1
Designer Tops-I# SA53160
PO# 96-CP Business Management
ETA: 3.6

| QUANTITY | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | PRICE |
|---|---|---|---|---|---|
| 1 | each | DP-9-SPAULDING | (6) STRIPS 1-9/16" x 144"<br>WILSON ART PIETRA VIVA<br>5063K-22 | 210.00 | 210.00 |
| | | | Call Alexis @ 605-303-4130<br>When Material Arrives<br>Mindy Craig put in the Order<br>mcraig@cpbusmgt.com | | |

*Parkside Countertop edges*

| Purchase Order # | | SUB-TOTAL | 2.0000% Watertown | 4.2000% SD STATE TAX | SD EXCISE TAX | TOTAL |
|---|---|---|---|---|---|---|
| | | 210.00 | 4.20 | 8.82 | | $223.02 |

**3% Fee For Use Of Credit Card On Charge Accounts**

LARRY'S LUMBER, INC.    183 North Maple    (605) 886-5800



20055

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

$30.83********

04/30/25

NON-NEGOTIABLE

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

TO THE
ORDER OF

**** THIRTY AND 83/100 DOLLARS

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA    91716-0506

MEMO: 6004-3002-0037-4038



MENARDS — WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

PAID
2025

Unless noted below available returns for
items on this receipt will be in the form
of an In store credit voucher if the
return is done after 07/20/25

If you have questions regarding the
charges on your receipt, please
email us at:
WTWNfrontend@menards.com

Sale Transaction

ENERGIZER 12V A23 2PK
2105149          2  @3.99          7.98
MAGIC ERASER LEMON 3CT
6480871                            5.94
SPRING LOCK REPL.BASKET
6790060                            4.97
CLRX TOILTHAND REFIL 10C
6472121                            6.98
SPRAYWAY 19OZ GLASS CLNR
6470750          2  @2.48          4.98
MENARD REBATE NO: 630168216B      9.99- ⊝
Remaining Balance: $0.00
MENARD REBATE NO: 637084008Z      5.12- ⊝ Rebate
Remaining Balance: $0.00

30.83

TOTAL                             27.71
TAX WATERTOWN-SD 6.2%              1.72
TOTAL SALE                        29.43
Menard Contractor Card 1015       29.43
Job # or Name : 1026
Auth Code:024587
Chip Inserted
a0000000817002001
TC - 0e19104z6f413a65

parkside

TOTAL NUMBER OF ITEMS =    10

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
3708

GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
hereon and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, TRAVIS

4115  06 3708    04/21/25  02.54PM 3097

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20054

04/30/25

$247.77******

TO THE
ORDER OF        **** TWO HUNDRED FORTY SEVEN AND 77/100 DOLLARS

BLUEPEAK
PO BOX 5002
SIOUX FALLS, SD    57117-5002

NON-NEGOTIABLE



page 1 of 4

**Contact Us**
**www.mybluepeak.com**
**866-991-9722**

@HelloBluepeak



| | |
|---|---|
| **Account Number:** | |
| **Billing Date:** | 04/20/25 |
| **Total Amount Due:** | **$247.77** |
| **Payment Due By:** | 05/14/25 |

PAID 20054



# It pays to have friends.

Refer your friends to Bluepeak and **get a $50 credit** on your bill when they sign up.

**mybluepeak.com/help/refer-a-friend**

**STATEMENT SUMMARY**
| | |
|---|---|
| Previous Balance | $247.63 |
| Payments and Adjustments | -$247.63 |
| New Charges | $247.77 |
| **Total Amount Due** | **$247.77** |

**NEW CHARGES SUMMARY**
| | |
|---|---|
| Monthly Service Charges | $175.99 |
| Taxes | $71.78 |
| **Total New Charges** | **$247.77** |

A late fee will be applied to your account if the amount of $247.77 is not received before 05/14/25. Payments received after 04/20/25 are not reflected on this statement.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices. Your acknowledgement of this agreement is confirmed by your payment.



page 3 of 4

**Contact Us**
**www.mybluepeak.com**
**866-991-9722**


@HelloBluepeak



| Account Number: | |
|---|---|
| Billing Date: | 04/20/25 |
| **Total Amount Due:** | **$247.77** |
| Payment Due By: | 05/14/25 |

| | |
|---|---|
| Federal USF Fee........................ | $14.30 |
| State Telecommunications Relay Srvc .......................................... | $0.45 |
| **Total Taxes and Fees ..............** | **$71.78** |
| Total Amount Due............................................. | **$247.77** |

**SERVICE LOCATIONS**
8 2ND ST  NE WATERTOWN, SD 57201-3624

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20062

04/30/25

$451.35******

TO THE
ORDER OF     **** FOUR HUNDRED FIFTY ONE AND 35/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

NON-NEGOTIABLE

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*



# Invoice

| Date | Invoice # |
|------|-----------|
| 4/16/2025 | 2141 |

| Due Date | Terms |
|----------|-------|
| 5/16/2025 | Net 30 |

| Bill To |
|---------|
| Parkside
Unit # 2402 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Unit Cleaning | Touch Up Clean
Sales Tax | 25.00
6.20% | 25.00T
1.55 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

| **Total** | $26.55 |

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*



# Invoice

| Date | Invoice # |
|------|-----------|
| 4/1/2025 | 2120 |

| Due Date | Terms |
|----------|-------|
| 5/1/2025 | Net 30 |

| Bill To |
|---------|
| Parkside |
| Unit # |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Parkside Monthly ... | Monthly Building Cleaning- March<br>Sales Tax | 400.00<br>6.20% | 400.00T<br>24.80 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total** | $424.80

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20056

04/30/25

$1,375.29***

TO THE
ORDER OF      **** ONE THOUSAND THREE HUNDRED SEVENTY FIVE AND 29/100 DOLLARS

DAKOTA CLEAN LLC
509 9TH AVE S
CLEAR LAKE, SD    57226

NON-NEGOTIABLE





Dakota Clean, LLC
40976 257th Street
Mitchell, SD 57301
Phone: (605) 521-6531

# INVOICE

**DATE:** 4/25/2025

**TO:**

CP Business Management
1405 1st Ave. N Suite B
Fargo, ND 58102

**FOR:**

Carpet Cleaning

| INVOICE # | DESCRIPTION | RATE | SALES TAX | AMOUNT |
|---|---|---|---|---|
| 37075 | Labor and materials to clean carpets at Parkside. Includes: all halls, steps and landings | $1295.00 | $80.29 | $1375.29 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTAL** | | $1375.29 |

Make all checks payable to Dakota Clean
Send to:   40976 257th Street, Mitchell, SD 57301
Total due within 30 days of service. Overdue accounts subject to a service charge of 7% overdue period.

THANK YOU FOR YOUR BUSINESS!

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20057

04/30/25

$283.55******

TO THE
ORDER OF    **** TWO HUNDRED EIGHTY THREE AND 55/100 DOLLARS

ELITE DRAIN & SEWER
1104 LINCOLN AVE NE
WATERTOWN, SD    57201

NON-NEGOTIABLE



# Invoice



PO Box 41
Watertown, SD 57201

| Date | Invoice # |
|------|-----------|
| 2/11/2025 | ▮▮▮▮ |

**Bill To**

Parkside Place Apartments
# CP Business Management
10 N Broadway #10
Watertown, SD 57201

| P.O. No. | Terms |
|----------|-------|
| Downtown Drug | Due on receipt |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Camera Work | 1 | Inspected the main sewer line to diagnose the sewer problem from a pulled toilet in downtown drug. The line was plugged at 15'. We were able to clear the blockage with the camera and inspected the line to verify it was clean and draining properly. | 225.00 | 225.00T |
| Sewer | 1 | Watertight plumbing would like a copy of the video. | 0.00 | 0.00T |
|  |  | plumbing@watertightcorp.com |  |  |
| Pulled Toilet | 1 | Pulled the toilet to access the main sewer line & reinstall. | 35.00 | 35.00T |
| Wax Ring | 1 | Wax Ring | 7.00 | 7.00T |
|  |  | Sales Tax | 6.20% | 16.55 |

**Thank You for your business!**
**To pay by credit card, please call**
**605-878-3008.**

elitedrainandsewer@gmail.com

| | |
|---|---|
| **Total** | $283.55 |
| **Payments** | $0.00 |
| **Balance Due** | $283.55 |



PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20058

**** TWO HUNDRED SEVEN AND 09/100 DOLLARS

04/30/25

$207.09******

TO THE
ORDER OF

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD    57201

NON-NEGOTIABLE

## George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201



# Invoice

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 39616 |

**Bill To**

CP Business Management
P.O. Box 9379
Fargo, ND 58106

# **MARCH GARBAGE SERVICE (2025)**

| Qua.. | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

*/2 —*
*park 207.09*

| Sales Tax (6.2.. | $24.18 |
|---|---|
| **Total** | **$414.18** |

> **PLEASE REFERENCE YOUR INVOICE # ON YOUR PAYMENT**

A finance charge of 1.5% ($1.00 min) per month (18% annually) will be added to accounts over 30 days.

George's Sanitation Thanks You For Your Business.

> **PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20053

04/28/25

TO THE
ORDER OF

**** ONE THOUSAND SEVEN HUNDRED FORTY ONE AND 90/100 DOLLARS

$1,741.90****

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,    58106

NON-NEGOTIABLE

**Liberty Mutual.**
INSURANCE

Summary

844-961-0334
M-F, 8AM-8PM (EST)



## Billing Portal

**Account #:** ▮▮▮▮▮▮
**Account of:** THE RUINS LLC GENERATIONS ON
1ST LLC PARKSIDE LLC
**Email:** MCRAIG@CPBUSMGT.COM
**Paperless billing:** Off
**Policies on account:** ▮▮▮▮▮▮
**Automatic payments:** Off
**Due day:** 28
**Agent(s):** SUMMIT INSURANCE AGENCY LLC
**Billable party:** THE RUINS LLC GENERATIONS ON
1ST LLC PARKSIDE LLC
**Prior billing account:** ▮▮▮▮▮▮

**Minimum payment:**
$0.00
**Due by:**

**Account balance:**
$19,088.41

**Pay Now**      **Current Invoice Details**

ⓘ **Welcome to Express Payment where you can make a one-time payment without signing into your profile.**
To access all online capabilities, click here to login or create a new user profile.

## Confirmation

| | |
|---|---|
| Confirmation # | D00044V3P |
| Date/time | 04/28/2025 11:42 AM EDT |
| Payment method | Credit/Debit card |
| Total Payment | $6,530.08 on Mastercard ending in 4141 |
| Payment Amount | $6,370.81 |
| Payment Service Fee | $159.27 |
| Saved payment account for future use | No |

*(handwritten annotations)*
Gen 36.847% = $2406.11
Dar 20.475% = $174.90
Ruins 36.478% = $2382.04

**Return to Summary**

A confirmation receipt has been sent to the email address on file.



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

04/16/25

20051

TO THE
ORDER OF

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD   57201

**** ONE HUNDRED ONE AND 55/100 DOLLARS

$101.55******

NON-NEGOTIABLE

**Alexis Burbach**

**2025**

From: 1-Apr
To: 14-Apr



*Parkside Place*

Invoice #: 2006
Invoice Date: 4/14/2025
Due Date: 4/15/2025

| Date | Unit | Start | End | Bill Hour | Scope of Work | |
|------|------|-------|-----|-----------|---------------|---|
| 4/1 | | 11:00 AM | 12:00 PM | 1:00 | move out info sent/questions - 2403 questions on utilities | $25.50 |
| 4/4 | | 2:30 PM | 3:15 PM | 0:45 | walk through | $19.13 |
| 4/10 | | 10:30 | 11:30 | 1:00 | move in inspection 2402, walk building trash in garage | $25.50 |
| 4/11 | | 10:30 | 11:00 | 0:30 | memos handed out for pet policy, dog droppings/no leash | $12.75 |
| 4/14 | | 10:30 | 11:00 | 0:30 | showing tim and teresa | $12.75 |

| | | Total Hours | 3:45: | | Total Hourly Pay $25.50/hour | $95.63 |
|---|---|---|---|---|---|---|

| Date | Unit | Start | End | Bill Hours | Painting | |
|------|------|-------|-----|------------|----------|---|
| | | Total Hours | 0:00: | | Total Painting $35/hour | $0.00 |

| Date | Unit | | Reimbursement | | |
|------|------|---|---------------|---|---|
| | | | Total Reimbursement | | $0.00 |

| Date | Unit | Commission | |
|------|------|------------|---|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | Total Commissions | $0.00 |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $95.63 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Subtotal: | $95.63 |
| Parkside Place Sales Tax (6.2%): | $5.93 |
| Parkside Place Total Paycheck Amount: | $101.55 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20052

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

04/16/25

$45.00*******

TO THE
ORDER OF

**** FORTY FIVE AND 00/100 DOLLARS

JAXON SCHMIDT
325 27TH ST NW
WATERTOWN, SD    58201

NON-NEGOTIABLE

## Maintenance Hours

### 2025

**Maintenance Name:** Jaxon

$30.00  Hourly Rate

| From: | 1-Apr |
|-------|-------|
| To:   | 14-Apr |

*Parkside Place*

Invoice #:  2006

**PAID**
**20052**

| Invoice Date: | 4/14/2025 |
|---------------|-----------|
| Due Date:     | 4/15/2025 |

| Date | Unit | Start | End | Hrs | Scope of Work | |
|------|------|-------|-----|-----|---------------|---|
| 4/11 | 2402 | 12:30 PM | 2:00 PM | 1:30: | install of new thermostat, rewired, tested | $45.00 |
| | | | | | | |

| | Total Hours | 1:30: | | Total Hourly Pay $3/hour | $45.00 |
|---|---|---|---|---|---|
| | | | | Parkside Place Paycheck : | $45.00 |

1

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20049

TO THE
ORDER OF

**** TWENTY THOUSAND SEVEN HUNDRED ELEVEN AND 62/100 DOLLARS

CODINGTON COUNTY TREASURER
14 1ST AVE SE
WATERTOWN, SD   57201

04/14/25          $20,711.62**

NON-NEGOTIABLE

Loan # 9358

# CODINGTON COUNTY TREASURER

14 FIRST AVENUE S.E. • WATERTOWN, SD 57201

(605) 882-6285

**2024 TAXES DUE AND PAYABLE IN 2025**

EXHIBIT

**IV1064**

2024 − 12152

$3451.93/mo

**Legal:**  Sch: 14-4   S/T/R:   Acres/Lots: .00

Record#: 9358

WATERTOWN CITY  PARKSIDE PLACE ADD

PARKSIDE PLACE ADD

8 2 ST NE

**Taxes In Name Of**

PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 20,711.62 |
| **Second Half** | 20,711.62 |
| **TOTAL** | 41,423.24 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 65,136 | 2.525 | 164.48 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 65,136 | 9.478 | 617.36 |
| WATERTOWN CITY | 67,568 | 65,136 | 1.691 | 110.14 |
| EAST DAKOTA WATER | 67,568 | 65,136 | 0.020 | 1.30 |
| TAX INCREMENT 12 NA | 67,568 | 2,955,371 | 13.714 | 40,529.96 |



NA: 41423.24

| **TOTAL:** | 41,423.24 |
|---|---|

\* **Indicates a local decision to opt out of the Tax Freeze.** If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (\*).

⇩  Please detach stubs and return with your payment  ⇩

**-SECOND PAYMENT-**

CODINGTON
Record #
9358

PARKSIDE PLACE LLC

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024− 12152 | 20,711.62 |

**DELINQUENT AFTER OCTOBER 31st**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20048

TO THE
ORDER OF

****  FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

04/10/25

$14,500.00**

MEMO: Loan Payment

NON-NEGOTIABLE

ii.    In excess of one hundred ten percent (110%) of the amount set forth in the

Budget, in the aggregate from the Petition Date.

5.    <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate

protection for use of the Banks' cash collateral and post-petition cash generated from rents or other

cash sources of income, the Parties request:

i.    Pre-Petition Rents held by The VerStandig Law Firm, LLC Attorney Trust

Account are considered to be cash collateral and subject to the constraints

of the Budgets. Debtors waive and release any claim against the Bank that

the Pre-Petition Rents remitted under this paragraph 5(i) or paragraph 10

below are property of the estate or that the Bank did not have a properly

perfected lien in these specific monies, to the extent of any allowed claims

of the Bank.

ii.    Parkside will pay the sum of $14,500 on the 15th day of each month to be

applied to debt service.

iii.

iv.    Generations will pay the sum of  $35,000 on the 15th day of each month to

be applied to debt service.

v.    The adequate protection payments to the Bank set forth in this paragraph

5(i) to (iv) will be deemed sufficient to satisfy the requirements of 11 U.S.C.

§ 362(d)(3)(B) for the equal number of months that payments are made.

vi.    The Bank shall be granted perfected replacement liens and security

interests, pursuant to 11 U.S.C. § 552, in Debtors' postpetition accounts

receivables, general intangibles, cash, and rents of the same priority,

## CODINGTON COUNTY TREASURER

Official Real Estate Tax Notice
14 FIRST AVENUE S.E. * WATERTOWN, SD 57201
(605) 882-6285

**2024 TAXES DUE AND PAYABLE IN 2025**

**EXHIBIT**
**IV1064**

3451.93/mo

2024 – 12152

Record#: 9358

**Legal:**    Sch: 14-4    S/T/R:    Acres/Lots: .00
WATERTOWN CITY  PARKSIDE PLACE ADD
PARKSIDE PLACE ADD
8 2 ST NE

**Taxes In Name Of**
PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 20,711.62 |
| **Second Half** | 20,711.62 |
| **TOTAL** | 41,423.24 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 65,136 | 2.525 | 164.48 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 65,136 | 9.478 | 617.36 |
| WATERTOWN CITY | 67,568 | 65,136 | 1.691 | 110.14 |
| EAST DAKOTA WATER | 67,568 | 65,136 | 0.020 | 1.30 |
| TAX INCREMENT 12 NA | 67,568 | 2,955,371 | 13.714 | 40,529.96 |

4/15/25
JE:
# 2,958.80
Escrow

NA: 41423.24

**TOTAL:** 41,423.24

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⇩ Please detach stubs and return with your payment ⇩                    ⇩ Please detach stubs and return with your payment ⇩

**-FIRST PAYMENT-**
PARKSIDE PLACE LLC

CODINGTON Record # 9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |

DELINQUENT AFTER APRIL 30th

**-SECOND PAYMENT-**
PARKSIDE PLACE LLC

CODINGTON Record # 9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |

DELINQUENT AFTER OCTOBER 31st

**Owner Statement**

Owner =  PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = Apr 2025

Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|--------|---------|---------|
| | | | | Beginning Balance | | | 4,294.85 |
| 03/31/2025 | :ACH-WEB | Parkside Place | DEBBIE STUCHL | Online Payment - EFT Payment. Web - Resident Services | 975.00 | 0.00 | 5,269.85 |
| 04/01/2025 | 284295237 | Parkside Place | CHANDLER PEERY | Debit Card On-Line Payment ; Web - Resident Services | 925.00 | 0.00 | 6,194.85 |
| 04/01/2025 | 283826072 | Parkside Place | CHANNELLE COSS | Recurring Credit Card Payment; | 940.00 | 0.00 | 7,134.85 |
| 04/01/2025 | 283826038 | Parkside Place | COLE WEGNER | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 8,159.85 |
| 04/01/2025 | 471876104 cpbm5403 | Parkside Place | DAVID TIJERINA | | 1,025.00 | 0.00 | 9,184.85 |
| 04/01/2025 | 470987866 cpbm5403 | Parkside Place | HOPE LEWANDOWSKI | | 1,025.00 | 0.00 | 10,209.85 |
| 04/01/2025 | :ACH-483 | Parkside Place | JOSEPH NOELDNER | Pre-Authorized Payment | 1,025.00 | 0.00 | 11,234.85 |
| 04/01/2025 | :ACH-485 | Parkside Place | JOSHUA MEEHL | Pre-Authorized Payment. Roommate STACEY MEEHL (r0000079) | 940.00 | 0.00 | 12,174.85 |
| 04/01/2025 | 284287424 | Parkside Place | MADELYN PUGSLEY | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,140.59 | 0.00 | 13,315.44 |
| 04/01/2025 | :ACH-484 | Parkside Place | MARGARET MELAND | Pre-Authorized Payment | 1,025.00 | 0.00 | 14,340.44 |
| 04/02/2025 | :ACH-WEB | Parkside Place | ALLYSON HOLDEN | Online Payment - EFT Payment. Mobile App - Resident Services | 945.00 | 0.00 | 15,285.44 |
| 04/02/2025 | 284717815 | Parkside Place | SAMANTHA ADAM | Debit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 16,310.44 |
| 04/03/2025 | ACH | Parkside Place | COUNTY FAIR FOODS OF WATERTOWN | | 1,557.15 | 0.00 | 17,867.59 |
| 04/03/2025 | ACH | Parkside Place | GT BROTHERS | | 3,032.04 | 0.00 | 20,899.63 |
| 04/03/2025 | ACH | Parkside Place | INDY OSENDORF | | 1,025.00 | 0.00 | 21,924.63 |
| 04/03/2025 | ACH | Parkside Place | JOSHUA GILLILAND | | 1,025.00 | 0.00 | 22,949.63 |
| 04/03/2025 | ACH | Parkside Place | MARIAH GAUKLER | | 980.00 | 0.00 | 23,929.63 |
| 04/03/2025 | ACH | Parkside Place | Mark Keller | | 1,025.00 | 0.00 | 24,954.63 |
| 04/03/2025 | ACH | Parkside Place | NATHAN SCHENKEL | | 925.00 | 0.00 | 25,879.63 |
| 04/03/2025 | ACH | Parkside Place | QUINN KOTEK | | 925.00 | 0.00 | 26,804.63 |
| 04/03/2025 | ACH | Parkside Place | TIFFANY SANDERSON | | 1,025.00 | 0.00 | 27,829.63 |
| 04/03/2025 | ACH | Parkside Place | ZOIE FRASER | | 940.00 | 0.00 | 28,769.63 |
| 04/04/2025 | :ACH-WEB | Parkside Place | ANDY NGUYEN | Online Payment - EFT Payment. Web - Resident Services | 1,025.00 | 0.00 | 29,794.63 |
| 04/04/2025 | 285505770 | Parkside Place | JORGE ROSA | Debit Card On-Line Payment ; Mobile App - Resident Services | 965.24 | 0.00 | 30,759.87 |
| 04/05/2025 | 1136 | Parkside Place | BENJAMIN WAGNER | mail delay, marked on time as courtesy. | 1,025.00 | 0.00 | 31,784.87 |

## Owner Statement

Owner =  PARKSIDE PLACE (Parkside Place)
Parkside Place
Month = Apr 2025
Book = Cash

| 04/05/2025 | 14002646 | Parkside Place | GARY HOFER | mail delay, marked on time as courtesy. | 925.00 | 0.00 | 32,709.87 |
| 04/05/2025 | 9999 | Parkside Place | HOLLY // LISA OHMAN | mail delay, marked on time as courtesy. | 1,025.00 | 0.00 | 33,734.87 |
| 04/05/2025 | 285748131 | Parkside Place | JAMES BRUMBAUGH | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 34,759.87 |
| 04/05/2025 | 1005 | Parkside Place | JARED SAUER | mail delay, marked on time as courtesy. | 1,025.00 | 0.00 | 35,784.87 |
| 04/05/2025 | 6155 | Parkside Place | MARLYS HOLUBOK | mail delay, marked on time as courtesy. | 995.00 | 0.00 | 36,779.87 |
| 04/05/2025 | :ACH-WEB | Parkside Place | WILLIAM JOHNSON | Online Payment - EFT Payment. Web - Resident Services | 1,025.00 | 0.00 | 37,804.87 |
| 04/06/2025 | :ACH-WEB | Parkside Place | NATHAN SIK | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 38,829.87 |
| 04/10/2025 | 20048 | Parkside Place | RED RIVER STATE BANK | Parkside 1st Mtg; per cash collaterol 2/3/2025 | 0.00 | 14,500.00 | 24,329.87 |
| 04/10/2025 | 286315168 | Parkside Place | ERIN KRAVIK | Credit Card On-Line Payment ; Web - Resident Services | 925.00 | 0.00 | 25,254.87 |
| 04/11/2025 | :ACH-WEB | Parkside Place | SHANYA MEHLHAFF | Online Payment - EFT Payment. Mobile App - Resident Services | 825.00 | 0.00 | 26,079.87 |
| 04/12/2025 | interest on deposit acct | Parkside Place | Starion Bank | interest on deposit acct, tx'd to checking | 5.49 | 0.00 | 26,085.36 |
| 04/14/2025 | 20049 | Parkside Place | CODINGTON COUNTY TREASURER | 1st installment 2024 RE taxes, payable in 2025 | 0.00 | 20,711.62 | 5,373.74 |
| 04/14/2025 | N/A | Parkside Place | JE-4095 | Tx RE Escrow to checking for 4/31 pymt | 17,757.54 | 0.00 | 23,131.28 |
| 04/14/2025 | | Parkside Place | JE-4099 | :Prog Gen Move Out transfer (RILEY CASPER) - Receipt #32173 | 980.00 | 0.00 | 24,111.28 |
| 04/15/2025 | ParkREEscrow | Parkside Place | JE-4118 | RE Tax Escrow (payable 10/31) | 0.00 | 2,958.80 | 21,152.48 |
| 04/16/2025 | 20051 | Parkside Place | Alexis Burbach | 4/1-4/15 res mgr duties | 0.00 | 101.55 | 21,050.93 |
| 04/16/2025 | 20052 | Parkside Place | JAXON SCHMIDT | 2402 new thermo | 0.00 | 45.00 | 21,005.93 |
| 04/17/2025 | 475916526 cpbm5403 | Parkside Place | JOELLE CONSIER | prorated rent | 512.55 | 0.00 | 21,518.48 |
| 04/28/2025 | 20053 | Parkside Place | CP BUSINESS MANAGEMENT | PARK 4/28 INS PREM | 0.00 | 1,741.90 | 19,776.58 |
| 04/28/2025 | :ACH-WEB | Parkside Place | ANDREW BOT | Online Payment - EFT Payment Paid by Roommate AMANDA DROWN(r0000064).Web - Resident Services | 925.00 | 0.00 | 20,701.58 |
| 04/28/2025 | :ACH-WEB | Parkside Place | BAYLEE BOESE | Online Payment - EFT Payment. Web - Resident Services | 970.00 | 0.00 | 21,671.58 |
| 04/28/2025 | 287640979 | Parkside Place | MADELYN PUGSLEY | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,070.66 | 0.00 | 22,742.24 |

**Owner Statement**

Owner =  PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = Apr 2025

Book = Cash

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/30/2025 | 20063 | Parkside Place | Alexis Burbach | 2401, 2312 | 0.00 | 400.00 | 22,342.24 |
| 04/30/2025 | 20063 | Parkside Place | Alexis Burbach | 4/15-4/30 res mgr | 0.00 | 207.60 | 22,134.64 |
| 04/30/2025 | 20054 | Parkside Place | BLUEPEAK | | 0.00 | 247.77 | 21,886.87 |
| 04/30/2025 | 20055 | Parkside Place | Capital One Commercial | 30974113063786 supplies | 0.00 | 30.83 | 21,856.04 |
| 04/30/2025 | 20064 | Parkside Place | CP BUSINESS MANAGEMENT | april mgmt | 0.00 | 2,079.09 | 19,776.95 |
| 04/30/2025 | 20064 | Parkside Place | CP BUSINESS MANAGEMENT | misc mgr | 0.00 | 200.00 | 19,576.95 |
| 04/30/2025 | 20064 | Parkside Place | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 250.00 | 19,326.95 |
| 04/30/2025 | 20064 | Parkside Place | CP BUSINESS MANAGEMENT | offsite office rent | 0.00 | 1,312.50 | 18,014.45 |
| 04/30/2025 | 20064 | Parkside Place | CP BUSINESS MANAGEMENT | offsite supplies | 0.00 | 214.56 | 17,799.89 |
| 04/30/2025 | 20064 | Parkside Place | CP BUSINESS MANAGEMENT | offsite utilities | 0.00 | 205.11 | 17,594.78 |
| 04/30/2025 | 20064 | Parkside Place | CP BUSINESS MANAGEMENT | pugsley admin fee | 0.00 | 25.00 | 17,569.78 |
| 04/30/2025 | 20064 | Parkside Place | CP BUSINESS MANAGEMENT | software fee | 0.00 | 38.00 | 17,531.78 |
| 04/30/2025 | 20056 | Parkside Place | DAKOTA CLEAN LLC | building steam clean: halls, stairs, landings | 0.00 | 1,375.29 | 16,156.49 |
| 04/30/2025 | 20057 | Parkside Place | ELITE DRAIN & SEWER | toilet clogged, airlocked; checked vent for freeze over | 0.00 | 283.55 | 15,872.94 |
| 04/30/2025 | 20058 | Parkside Place | GEORGES SANITATION | march garbage | 0.00 | 207.09 | 15,665.85 |
| 04/30/2025 | 20065 | Parkside Place | JESSE CRAIG | 39 UNITS, $45/UNIT | 0.00 | 1,755.00 | 13,910.85 |
| 04/30/2025 | 20059 | Parkside Place | LARRYS LUMBER, INC | counter top edge pieces | 0.00 | 223.02 | 13,687.83 |
| 04/30/2025 | 20060 | Parkside Place | TURFWURX PROPERTY MAINTENANCE | snow 3/4, 3/5, ice 3/15 | 0.00 | 217.71 | 13,470.12 |
| 04/30/2025 | 20061 | Parkside Place | U.S. TRUSTEES | ACCT: 683-25-30003 2025 1ST QUARTER | 0.00 | 339.00 | 13,131.12 |
| 04/30/2025 | 20062 | Parkside Place | WHITE GLOVE CLEANING | march building clean | 0.00 | 424.80 | 12,706.32 |
| 04/30/2025 | 20062 | Parkside Place | WHITE GLOVE CLEANING | 2402 touch up | 0.00 | 26.55 | 12,679.77 |
| 04/30/2025 | 20066 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 3/20-4/22  dates vacants | 0.00 | 86.66 | 12,593.11 |
| 04/30/2025 | 20066 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 3/24-4/22    house electric | 0.00 | 376.96 | 12,216.15 |
| 04/30/2025 | 20066 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 3/24-4/22  house gas | 0.00 | 230.78 | 11,985.37 |
| 04/30/2025 | 20066 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 3/24-4/22  house water | 0.00 | 397.37 | 11,588.00 |
| 04/30/2025 | 20066 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 3/24-4/22  house sewer | 0.00 | 1,461.96 | 10,126.04 |

**Owner Statement**

Owner =  PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = Apr 2025

Book = Cash

| 04/30/2025 | :ACH-WEB | Parkside Place | ALLYSON HOLDEN | Online Payment - EFT Payment. Mobile App - Resident Services | 945.00 | 0.00 | 11,071.04 |
| | | | | **Ending Balance** | **59,451.26** | **52,675.07** | **11,071.04** |
| | | | | Reserves Needed | | 0.00 | |
| | | | | Security Deposits (this period) | | 0.00 | |

5/15/2025 1:05 PM

**Rent Roll**

Property = Parkside Place

As Of = 04/29/2025

Month = 04/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 0.00 | 09/01/2021 | 08/31/2026 | | 0.00 |
| 202 | COUNTY FAIR FOODS OF WATERTOWN | 1,290.00 | 2,000.00 | 0.00 | 10/01/2021 | 09/30/2026 | | 0.00 |
| 2201 | ERIN KRAVIK | 925.00 | 925.00 | 0.00 | 05/04/2024 | 05/31/2025 | | 0.00 |
| 2202 | HOLLY // LISA OHMAN | 1,025.00 | 965.00 | 0.00 | 08/01/2022 | | | 0.00 |
| 2203 | ZOIE FRASER | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2204 | INDY OSENDORF | 1,025.00 | 1,025.00 | 0.00 | 04/13/2024 | 05/31/2025 | 06/03/2025 | 0.00 |
| 2205 | QUINN KOTEK | 925.00 | 925.00 | 0.00 | 07/01/2024 | 06/30/2025 | | 0.00 |
| 2206 | JAMES BRUMBAUGH | 1,025.00 | 980.00 | 0.00 | 04/01/2023 | 03/31/2024 | | 0.00 |
| 2207 | MARGARET MELAND | 1,025.00 | 1,025.00 | 0.00 | 08/05/2024 | 08/31/2025 | | 0.00 |
| 2208 | WILLIAM JOHNSON | 1,025.00 | 945.00 | 0.00 | 03/01/2022 | | | 0.00 |
| 2209 | MARIAH GAUKLER | 980.00 | 980.00 | 0.00 | 05/01/2023 | 04/30/2024 | | 0.00 |
| 2210 | Mark Keller | 1,025.00 | 945.00 | 0.00 | 03/11/2022 | | | 0.00 |
| 2211 | JARED SAUER | 1,025.00 | 1,025.00 | 0.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 2212 | CHANNELLE COSS | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2301 | SHANYA MEHLHAFF | 1,025.00 | 1,025.00 | 0.00 | 10/01/2023 | 09/30/2024 | | 0.00 |
| 2302 | TIFFANY SANDERSON | 1,025.00 | 980.00 | 0.00 | 01/01/2023 | 12/31/2023 | | 0.00 |
| 2303 | SAMANTHA ADAM | 1,025.00 | 945.00 | 0.00 | 05/10/2022 | 04/30/2025 | | 0.00 |
| 2304 | CHANDLER PEERY | 925.00 | 925.00 | 0.00 | 05/10/2024 | 05/31/2025 | | 0.00 |
| 2305 | BAYLEE BOESE | 1,025.00 | 750.00 | -55.00 | 12/04/2024 | 12/31/2025 | | -970.00 |
| 2306 | GARY HOFER | 925.00 | 925.00 | 0.00 | 05/15/2024 | 05/31/2025 | | 119.00 |
| 2307 | ANDREW BOT | 925.00 | 925.00 | 0.00 | 07/16/2024 | 07/31/2025 | 05/31/2025 | -925.00 |
| 2308 | JORGE ROSA | 1,025.00 | 1,000.00 | -85.00 | 01/10/2025 | 01/09/2026 | | 0.00 |
| 2309 | DAVID TIJERINA | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2310 | JOSHUA MEEHL | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2311 | NATHAN SIK | 1,025.00 | 1,025.00 | 0.00 | 06/01/2024 | 05/31/2025 | 05/17/2025 | 0.00 |
| 2312 | NATHAN SCHENKEL | 925.00 | 925.00 | 0.00 | 06/01/2024 | 05/31/2025 | 06/30/2025 | 0.00 |
| 2401 | ALLYSON HOLDEN | 1,025.00 | 750.00 | -80.00 | 11/18/2024 | 11/30/2025 | 07/06/2025 | -945.00 |
| 2402 | JOELLE CONSIER | 0.00 | 0.00 | 0.00 | 04/16/2025 | 04/30/2026 | | 0.00 |
| 2403 | MADELYN PUGSLEY | 1,025.00 | 750.00 | -40.00 | 01/01/2025 | 12/31/2025 | | -985.00 |
| 2404 | BRANDON BROWN | 1,025.00 | 980.00 | 0.00 | 12/01/2022 | 12/31/2025 | | 0.00 |
| 2405 | DEBBIE STUCHL | 1,025.00 | 1,025.00 | -50.00 | 10/01/2024 | 09/30/2025 | | 0.00 |

**Page 1 of 2**

5/15/2025 1:05 PM

## Rent Roll

Property = Parkside Place

As Of = 04/29/2025

Month = 04/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|------------|----------------|------|---------|------------------|----------|---------|
| 2406 | HOPE LEWANDOWSKI | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2407 | COLE WEGNER | 1,025.00 | 1,025.00 | 0.00 | 08/14/2024 | 08/31/2025 | | 0.00 |
| 2408 | JOSEPH NOELDNER | 1,025.00 | 1,025.00 | 0.00 | 09/01/2023 | 08/31/2024 | | 0.00 |
| 2409 | JOSHUA GILLILAND | 1,025.00 | 500.00 | 0.00 | 12/01/2021 | | | 0.00 |
| 2410 | ANDY NGUYEN | 1,025.00 | 1,025.00 | 0.00 | 11/01/2023 | 12/31/2023 | | 0.00 |
| 2411 | MARLYS HOLUBOK | 995.00 | 980.00 | 0.00 | 06/01/2023 | 05/31/2024 | | 0.00 |
| 2412 | BENJAMIN WAGNER | 1,025.00 | 1,025.00 | 0.00 | 06/01/2024 | 05/31/2025 | | 0.00 |
| **Total** | **Parkside Place** | **39,003.00** | **38,550.00** | **-565.00** | | | | **-3,706.00** |

| Summary Groups | Square Footage | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied | Balance |
|----------------|---------------|------------|------------------|------|-----------|------------------|-----------------|---------|
| Current/Notice/Vacant Tenants | 28,008.00 | 39,003.00 | 38,550.00 | -565.00 | 38 | 100.00 | 100.00 | -3,706.00 |
| Future Tenants/Applicants | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| Occupied Units | 28,008.00 | 0.00 | 0.00 | 0.00 | 38 | 100.00 | 100.00 | 0.00 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| **Totals:** | **28,008.00** | **39,003.00** | **38,550.00** | **-565.00** | **38** | **100.00** | **100.00** | **-3,706.00** |