UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>      Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>      Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTES ACCOMPANYING MAY MONTHLY**
**OPERATING REPORT FOR PARKSIDE PLACE, LLC**

1. **Total Receipts.** The Monthly Operating Report ("MOR") reflects total receipts of $42,011.00. Actual deposits into the Starion account for May totaled $58,150.69. The difference is attributable to the following non-operational transactions, which were deducted in arriving at the MOR-reported receipts: a $12,500.00 transfer from the Trust account and a $2,615.00 deposit, both of which should have been deposited into Generations rather than Parkside, and a $1,025.00 tenant payment that was returned for non-sufficient funds. After subtracting these amounts, totaling $16,140.00, the receipts reconcile to the $42,011.00 reported on the MOR.

2. **Total Disbursements.** The MOR reflects total disbursements of $29,718.00. Actual disbursements from the Starion account were $45,858.24. The $16,140.00 difference is attributable to the same non-operational transactions described in the total receipt above, which were excluded from the MOR-reported disbursements. Additionally, Pursuant to the stipulation governing the use of cash collateral ("Stipulation"), the Debtor remitted the sum of $14,500.00 to Red River State Bank.

3. **Ending Balance.** The ending balance reported in the MOR accurately reflects the

1

case on hand. This includes $73,500.00 in the Trust and $33,380.71 in the Starion account, for a total of $106,881.00 in available cash at month-end.

4. **Accounts Receivable.** The accounts receivable reported for the period consist primarily of electric charges incurred by tenants who failed to transfer utility accounts into their own name. These obligations remain due and are being actively monitored by management.

5. **Accounts Payable.** Although garage cleaning services for the property were budgeted for April, the associated invoices were received and paid in May. Additionally, the Debtor incurred unexpected charges related to annual fire alarm inspections performed by Automatic Building Controls. These overages were the result of material costs not contemplated in the original quote and required prepayment.

During the month of May, the Debtor also replaced two air conditioning units at the property. In each case, replacement was necessary due to either the unavailability of repair parts or the fact that the repair cost approached the cost of a new unit. Replacement was deemed the most prudent option given the absence of warranty coverage on repaired components and the delay that would have resulted in leaving tenants without functioning air conditioning.

6. **Summary of New Leases Signed, Short Cancel Notification, and Lease Ended.** The following units were vacated at the end of May: #2204 and #2311. New lease agreements were executed during the same period for units #2204, #2311, and #2312. The Debtor received no additional notices to vacate during the reporting period. There were no short-term lease cancellations, and no eviction initiated or pending as of the end of the month.

7. **Tenant Security Deposit Account – Statement Accessibility.** The Debor initially encountered difficulty obtaining a formal bank statement for the tenant security deposit savings account maintained at Starion Bank. A troubleshooting ticket was submitted, and the bank has since confirmed that, under its current protocols, a statement is not automatically generated for any month

2

in which there are no debit transactions. In response to the Debtor's request, Starion has agreed to generate a formal statement for May 2025 and is in the process of revising its internal procedures to ensure that monthly statements are consistently produces, regardless of account activity, and made available electronically rather than by mail. In the interim, the Debtor has included a transaction report from Starion Bank, which is intended to serve as a substitute record for the reporting period.

       8.       **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly setoff by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

# Starion Bank

PO Box 848
Mandan, ND 58554

>001479 4285092 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

**Statement Ending 05/30/2025**

PARKSIDE PLACE LLC                     Page 1 of 6
**Customer Number:**

## Managing Your Accounts

| | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
|---|---|---|
| | Phone | 701.281.5600 |
| | Website | Starionbank.com |

## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | | $33,380.71 |

## ND STAR CHECKING - 88

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/01/2025 | Beginning Balance | $21,088.26 |
| | 23 Credit(s) This Period | $58,150.69 |
| | 23 Debit(s) This Period | $45,858.24 |
| 05/30/2025 | Ending Balance | $33,380.71 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 05/01/2025 | EDEPOSIT | $2,562.55 |
| 05/01/2025 | EDEPOSIT | $2,615.00 *to gen* |
| 05/02/2025 | YARDI CARD DEP 1112Transf XXXXX3368 | $1,070.66 |
| 05/02/2025 | CPBUSINESSMANAGE Settlement 000023801469626 | $1,895.00 |
| 05/05/2025 | CP BUSINESS MANA ParkRentCA XXXXX6888 | $4,589.19 |
| 05/05/2025 | CP BUSINESS MANA ParkRent XXXXX6888 | $7,870.00 |
| 05/05/2025 | EDEPOSIT | $2,050.00 |
| 05/06/2025 | CPBUSINESSMANAGE Settlement 000023823929642 | $945.00 |
| 05/07/2025 | YARDI CARD DEP 1112Transf XXXXX4739 | $2,990.00 |
| 05/07/2025 | CPBUSINESSMANAGE Settlement 000023848234282 | $6,015.00 |
| 05/08/2025 | CP BUSINESS MANA nsf fee XXXXX6888 | $50.00 |
| 05/08/2025 | YARDI CARD DEP 1112Transf XXXXX2769 | $925.00 |
| 05/08/2025 | CP BUSINESS MANA re-runMay XXXXX6888 | $1,025.00 |
| 05/08/2025 | CPBUSINESSMANAGE Settlement 000023867269550 | $1,025.00 |
| 05/08/2025 | YARDI CARD DEP 1112Transf XXXXX1165 | $2,890.00 |
| 05/09/2025 | YARDI CARD DEP 1112Transf XXXXX0184 | $1,025.00 |
| 05/09/2025 | CPBUSINESSMANAGE Settlement 000023894994798 | $1,025.00 |
| 05/09/2025 | EDEPOSIT | $1,920.00 |
| 05/12/2025 | CPBUSINESSMANAGE Settlement 000023906779042 | $1,325.00 |
| 05/13/2025 | EDEPOSIT | $1,025.00 |
| 05/16/2025 | CPBUSINESSMANAGE Settlement 000023949435686 | $725.00 |
| 05/16/2025 | Incoming Wire THE VERSTANDIG LAW FIRM, LLC MIDDLETOWN VALLEY | $12,500.00 |

*tx to generations!*

Member FDIC | Equal Housing Lender

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS
**Billing Rights Summary**
*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:
(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | ▶ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE    BALANCE | | $ | |
| THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE | | | |

024425  1941084  0000000  070777  141554  01/03

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 05/30/2025**

PARKSIDE PLACE LLC
Customer Number.

Page 3 of 6

## ND STAR CHECKING - 588 (continued)

### Other Credits (continued)

| Date | Description | Amount |
|---|---|---|
| 05/22/2025 | YARDI CARD DEP 1112Transf XXXXX8395 | $88.29 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 05/01/2025 | 466720 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 4/30/25 | $2,615.00 |
| 05/06/2025 | ACH ITEM RETURNED MARK KELLER INSUFFICIENT FUNDS | $1,025.00 |
| 05/06/2025 | ACH RETURNED DEPOSIT ITEM CHARGE | $5.00 |
| 05/16/2025 | Incoming Wire Transfer Fee 86205487 | $20.00 |
| 05/19/2025 | 097296 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 5/19/25 | $12,500.00 |
| 05/20/2025 | QUARTERLY FEE PAYMENT 0000 | $150.00 |

Handwritten annotations: "tx to gen" (next to $2,615.00); "Gen Repays Ulis" (next to $20.00 / $12,500.00)

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 20054 | 05/05/2025 | $247.77 | 20060 | 05/13/2025 | $217.71 | 20066 | 05/23/2025 | $2,553.73 |
| 20055 | 05/12/2025 | $30.83 | 20061 | 05/14/2025 | $339.00 | 20067 | 05/20/2025 | $14,500.00 |
| 20056 | 05/05/2025 | $1,375.29 | 20062 | 05/16/2025 | $451.35 | 20068 | 05/22/2025 | $621.14 |
| 20057 | 05/07/2025 | $283.55 | 20063 | 05/06/2025 | $607.60 | 20069 | 05/29/2025 | $64.00 |
| 20058 | 05/16/2025 | $207.09 | 20064 | 05/05/2025 | $4,324.26 | 20070 | 05/28/2025 | $1,741.90 |
| 20059 | 05/05/2025 | $223.02 | 20065 | 05/05/2025 | $1,755.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/01/2025 | $23,650.81 | 05/09/2025 | $51,114.17 | 05/20/2025 | $38,273.19 |
| 05/02/2025 | $26,616.47 | 05/12/2025 | $52,408.34 | 05/22/2025 | $37,740.34 |
| 05/05/2025 | $33,200.32 | 05/13/2025 | $53,215.63 | 05/23/2025 | $35,186.61 |
| 05/06/2025 | $32,507.72 | 05/14/2025 | $52,876.63 | 05/28/2025 | $33,444.71 |
| 05/07/2025 | $41,229.17 | 05/16/2025 | $65,423.19 | 05/29/2025 | $33,380.71 |
| 05/08/2025 | $47,144.17 | 05/19/2025 | $52,923.19 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



PARKSIDE PLACE LLC  Statement Ending 05/30/2025  Page 4 of 6


#0000   05/01/2025   $2,615.00


#0000   05/19/2025   $12,500.00


#20054   05/05/2025   $247.77


#20055   05/12/2025   $30.83


#20056   05/05/2025   $1,375.29


#20057   05/07/2025   $283.55


#20058   05/16/2025   $207.09


#20059   05/05/2025   $223.02


#20060   05/13/2025   $217.71


#20061   05/14/2025   $339.00

# Starion Bank

PO Box 848
Mandan, ND 58554

*PARKSIDE PLACE LLC*
*Customer Number*

*Statement Ending 05/30/2025*

Page 5 of 6



#20062   05/16/2025   $451.35



#20063   05/06/2025   $607.60



#20064   05/05/2025   $4,324.26



#20065   05/05/2025   $1,755.00



#20066   05/23/2025   $2,553.73



#20067   05/20/2025   $14,500.00



#20068   05/22/2025   $621.14



#20069   05/29/2025   $64.00



#20070   05/28/2025   $1,741.90

Starionbank.com

# Transaction Report



## Transaction Report for account *8658

Reported on Mon Jun 16 18:00:00 GMT 2025

**Current Ledger** $41,625.00
**Memo Available Balance** $41,625.00

| Date | Description | Credit | Debit | Running Balance |
|---|---|---|---|---|
| 06/13/2025 | Debit<br>762621 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 6-13-25 | | 2050.00 | 41625.00 |
| 06/04/2025 | Credit<br>EDEPOSIT | 2050.00 | | 43675.00 |
| 05/14/2025 | Credit<br>EDEPOSIT | 2050.00 | | 41625.00 |
| 05/02/2025 | Credit<br>EDEPOSIT | 1025.00 | | 39575.00 |
| 04/14/2025 | Debit<br>078529 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 4-14-25 | | 980.00 | 38550.00 |
| 04/14/2025 | Debit<br>087475 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 4-14-25 | | 5.49 | 39530.00 |
| 03/31/2025 | Credit<br>Interest | 5.49 | | 39535.49 |
| 03/17/2025 | Debit<br>034270 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 3-17-25 | | 1025.00 | 39530.00 |
| 03/17/2025 | Debit<br>034149 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 3-17-25 | | 980.00 | 40555.00 |
| 02/28/2025 | Credit<br>EDEPOSIT | 1025.00 | | 41535.00 |
| 02/18/2025 | Credit<br>EDEPOSIT | 1025.00 | | 40510.00 |
| 02/13/2025 | Credit<br>445978 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8688 ON 2-12-25 | 5500.00 | | 39485.00 |
| 02/10/2025 | Credit<br>EDEPOSIT | 33985.00 | | 33985.00 |

Report generated on 06/16/2025 01:49:00 PM CDT

Page 1 of 1

PARKSIDE DIP APT
Bank Rec In-Progress Report

| Balance Per Bank Statement as of 05/31/2025 | | | 0.00 |
|---|---|---|---|

**Outstanding Deposits**

| Deposit Date | Deposit Number | | Amount |
|---|---|---|---|
| 05/27/2025 | 255 | :ACH Deposit | 392.76 |
| 05/29/2025 | 256 | :ACH Deposit | 970.00 |
| 05/31/2025 | 257 | :ACH Deposit | 945.00 |
| **Plus: Outstanding Deposits** | | | **2,307.76** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 05/31/2025 | 20071 | JESSE CRAIG | 1,755.00 |
| 05/31/2025 | 20072 | Alexis Burbach | 121.86 |
| 05/31/2025 | 20073 | BRADLEY WARNS | 64.00 |
| 05/31/2025 | 20074 | AUTOMATIC BUILDING CONTROLS | 276.12 |
| 05/31/2025 | 20076 | ELITE DRAIN & SEWER | 283.55 |
| 05/31/2025 | 20077 | HOMEMAKER'S VILLA | 1,249.20 |
| 05/31/2025 | 20078 | POPHAM CONSTRUCTION | 318.60 |
| 05/31/2025 | 20079 | RUSCO WINDOW | 101.03 |
| 05/31/2025 | 20080 | TURFWURX PROPERTY MAINTENANCE | 180.54 |
| 05/31/2025 | 20081 | WHITE GLOVE CLEANING | 658.84 |
| 05/31/2025 | 20082 | DAKOTA CLEAN LLC | 318.60 |
| 05/31/2025 | 20083 | GEORGES SANITATION | 207.09 |
| 05/31/2025 | 20085 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,460.79 |
| 05/31/2025 | 20086 | CP BUSINESS MANAGEMENT | 4,826.26 |
| 05/31/2025 | 20084 | BLUEPEAK | 247.77 |
| **Less: Outstanding Checks** | | | **13,069.25** |

**Other Items**

| Date | Notes | | Amount |
|---|---|---|---|
| 01/31/2025 | JE 4027 | RE Tax Escrow (payable 4/31) | -6,903.87 |
| 02/15/2025 | JE 4028 | RE Tax Escrow (payable 4/31) | -3,950.00 |
| 03/15/2025 | JE 4029 | RE Tax Escrow (payable 4/31) | -6,903.87 |
| **Plus / Minus: Other Items** | | | **-17,757.74** |
| **Reconciled Bank Balance** | | | **-28,519.23** |

| | |
|---|---|
| Balance per GL as of 05/31/2025 | 17,180.96 |
| Reconciled Balance Per G/L | 17,180.96 |

| | |
|---|---|
| **Difference** | **-45,700.19** |

**Cleared Items:**
**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/31/2025 | 20003 | ACTIVE HEATING INC | 329.22 | 02/28/2025 |
| 01/31/2025 | 20004 | Alexis Burbach | 755.16 | 02/28/2025 |
| 01/31/2025 | 20005 | BLUEPEAK | 247.63 | 02/28/2025 |
| 01/31/2025 | 20006 | CP BUSINESS MANAGEMENT | 19.13 | 02/28/2025 |
| 01/31/2025 | 20007 | GLASS PRODUCTS | 334.16 | 02/28/2025 |
| 01/31/2025 | 20008 | JAXON SCHMIDT | 120.00 | 02/28/2025 |
| 01/31/2025 | 20009 | SETHS SCAPES | 260.19 | 02/28/2025 |

| Date | Num | Payee | Amount | Clear Date |
|---|---|---|---:|---|
| 01/31/2025 | 20010 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,392.90 | 02/28/2025 |
| 01/31/2025 | 20011 | Mindy Craig | 11.25 | 02/28/2025 |
| 01/31/2025 | 20013 | CP BUSINESS MANAGEMENT | 984.48 | 02/28/2025 |
| 01/31/2025 | 20014 | JESSE CRAIG | 849.03 | 02/28/2025 |
| 01/31/2025 | 20015 | CP BUSINESS MANAGEMENT | 38.00 | 02/28/2025 |
| 01/29/2025 | 20002 | Mindy Craig | 1,748.74 | 02/28/2025 |
| 02/12/2025 | 20012 | RED RIVER STATE BANK | 14,500.00 | 02/28/2025 |
| 02/27/2025 | 20016 | CP BUSINESS MANAGEMENT | 1,741.90 | 02/28/2025 |
| 02/28/2025 | 20017 | BRIANS GLASS AND DOOR | 175.00 | 03/31/2025 |
| 02/28/2025 | 20018 | GEORGES SANITATION | 207.09 | 03/31/2025 |
| 02/28/2025 | 20019 | DAKOTA CLEAN LLC | 159.30 | 03/31/2025 |
| 02/28/2025 | 20020 | WHITE GLOVE CLEANING | 424.80 | 03/31/2025 |
| 02/28/2025 | 20021 | Alexis Burbach | 894.85 | 03/31/2025 |
| 02/28/2025 | 20022 | BLUEPEAK | 247.63 | 03/31/2025 |
| 02/28/2025 | 20023 | JAXON SCHMIDT | 94.88 | 03/31/2025 |
| 02/28/2025 | 20024 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 1,889.21 | 03/31/2025 |
| 02/28/2025 | 20025 | CP BUSINESS MANAGEMENT | 4,275.13 | 03/31/2025 |
| 02/28/2025 | 20026 | JESSE CRAIG | 1,755.00 | 03/31/2025 |
| 02/28/2025 | 20028 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,922.06 | 03/31/2025 |
| 02/28/2025 | 20029 | LIBBY BURGHARDT | 262.50 | 03/31/2025 |
| 03/05/2025 | 20027 | RED RIVER STATE BANK | 14,500.00 | 03/31/2025 |
| 03/14/2025 | 20030 | JOHNSON | 300.00 | 03/31/2025 |
| 03/14/2025 | 20031 | NEWMAN | 943.50 | 03/31/2025 |
| 03/18/2025 | 20032 | CP BUSINESS MANAGEMENT | 1,699.41 | 03/31/2025 |
| 03/28/2025 | 20033 | JESSE CRAIG | 1,755.00 | 04/30/2025 |
| 03/31/2025 | 20034 | Alexis Burbach | 277.58 | 04/30/2025 |
| 03/31/2025 | 20035 | BLUEPEAK | 247.63 | 04/30/2025 |
| 03/31/2025 | 20036 | Capital One Commercial | 2.29 | 04/30/2025 |
| 03/31/2025 | 20037 | GEORGES SANITATION | 207.09 | 04/30/2025 |
| 03/31/2025 | 20038 | IKES WINDOW WASHING | 116.82 | 04/30/2025 |
| 03/31/2025 | 20039 | JAXON SCHMIDT | 120.00 | 04/30/2025 |
| 03/31/2025 | 20040 | SIGN PRO | 116.10 | 04/30/2025 |
| 03/31/2025 | 20041 | TURFWURX PROPERTY MAINTENANCE | 124.79 | 04/30/2025 |
| 03/31/2025 | 20042 | WHITE GLOVE CLEANING | 504.45 | 04/30/2025 |
| 03/31/2025 | 20043 | AUTOMATIC BUILDING CONTROLS | 923.94 | 04/30/2025 |
| 03/31/2025 | 20044 | Alexis Burbach | 497.55 | 04/30/2025 |
| 03/31/2025 | 20046 | CP BUSINESS MANAGEMENT | 5,173.20 | 04/30/2025 |
| 03/31/2025 | 20047 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,566.49 | 04/30/2025 |
| 03/31/2025 | 20045 | SCHUMACHER | 477.58 | 04/30/2025 |
| 03/31/2025 | 20050 | CP BUSINESS MANAGEMENT | 40.70 | 04/30/2025 |
| 04/10/2025 | 20048 | RED RIVER STATE BANK | 14,500.00 | 04/30/2025 |
| 04/14/2025 | 20049 | CODINGTON COUNTY TREASURER | 20,711.62 | 04/30/2025 |
| 04/16/2025 | 20051 | Alexis Burbach | 101.55 | 04/30/2025 |
| 04/16/2025 | 20052 | JAXON SCHMIDT | 45.00 | 04/30/2025 |
| 04/28/2025 | 20053 | CP BUSINESS MANAGEMENT | 1,741.90 | 04/30/2025 |
| 04/30/2025 | 20054 | BLUEPEAK | 247.77 | 05/30/2025 |
| 04/30/2025 | 20055 | Capital One Commercial | 30.83 | 05/30/2025 |
| 04/30/2025 | 20056 | DAKOTA CLEAN LLC | 1,375.29 | 05/30/2025 |
| 04/30/2025 | 20057 | ELITE DRAIN & SEWER | 283.55 | 05/30/2025 |
| 04/30/2025 | 20058 | GEORGES SANITATION | 207.09 | 05/30/2025 |
| 04/30/2025 | 20059 | LARRYS LUMBER, INC | 223.02 | 05/30/2025 |

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 04/30/2025 | 20060 | TURFWURX PROPERTY MAINTENANCE | 217.71 | 05/30/2025 |
| 04/30/2025 | 20061 | U.S. TRUSTEES | 339.00 | 05/30/2025 |
| 04/30/2025 | 20062 | WHITE GLOVE CLEANING | 451.35 | 05/30/2025 |
| 04/30/2025 | 20063 | Alexis Burbach | 607.60 | 05/30/2025 |
| 04/30/2025 | 20064 | CP BUSINESS MANAGEMENT | 4,324.26 | 05/30/2025 |
| 04/30/2025 | 20065 | JESSE CRAIG | 1,755.00 | 05/30/2025 |
| 04/30/2025 | 20066 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,553.73 | 05/30/2025 |
| 05/12/2025 | 20067 | RED RIVER STATE BANK | 14,500.00 | 05/30/2025 |
| 05/15/2025 | 20068 | Alexis Burbach | 621.14 | 05/30/2025 |
| 05/15/2025 | 20069 | BRADLEY WARNS | 64.00 | 05/30/2025 |
| 05/19/2025 | ACH ONLINE | U.S. TRUSTEES | 150.00 | 05/30/2025 |
| 05/28/2025 | 20070 | CP BUSINESS MANAGEMENT | 1,741.90 | 05/30/2025 |
| **Total Cleared Checks** | | | **135,026.67** | |

Cleared Deposits

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 2023 | yardi test ach | 0.20 | 01/31/2025 |
| 01/30/2025 | 2025 | tx from 1110 | 1.00 | 01/31/2025 |
| 02/02/2025 | 202 | :CC Deposit | 2,940.00 | 02/28/2025 |
| 02/03/2025 | 203 | :ACH/WIPS Deposit | 4,520.00 | 02/28/2025 |
| 02/03/2025 | 204 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2012 | | 4,563.54 | 02/28/2025 |
| 02/03/2025 | 2016 | ACH BATCH 2/3/25 | 7,940.00 | 02/28/2025 |
| 02/03/2025 | 2018 | starion 273434019 | 925.00 | 02/28/2025 |
| 02/03/2025 | 2019 | starion 1490040068 | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2022 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 205 | :CC Deposit | 3,100.00 | 02/28/2025 |
| 02/05/2025 | 207 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/05/2025 | 206 | :ACH Deposit | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 2020 | starion 273962511 | 5,965.00 | 02/28/2025 |
| 02/06/2025 | 208 | :ACH Deposit | 970.00 | 02/28/2025 |
| 02/12/2025 | 2017 | | 925.00 | 02/28/2025 |
| 02/12/2025 | 2021 | | 925.00 | 02/28/2025 |
| 02/14/2025 | 210 | :ACH/WIPS Deposit | 567.00 | 02/28/2025 |
| 02/14/2025 | 2030 | :CC Deposit | 950.00 | 02/28/2025 |
| 02/19/2025 | 2024 | ach | 25.65 | 02/28/2025 |
| 02/24/2025 | 212 | :CC Deposit | 925.00 | 02/28/2025 |
| 02/28/2025 | 214 | :CC Deposit | 1,965.00 | 03/31/2025 |
| 02/28/2025 | 2036 | HME WIRE 2/2/25 | 4,759.12 | 02/28/2025 |
| 03/01/2025 | 218 | :CC Deposit | 2,950.00 | 03/31/2025 |
| 03/03/2025 | 220 | :ACH/WIPS Deposit | 7,045.00 | 03/31/2025 |
| 03/03/2025 | 221 | :CC Deposit | 850.00 | 03/31/2025 |
| 03/03/2025 | 2033 | | 4,589.19 | 03/31/2025 |
| 03/03/2025 | 2034 | | 6,890.00 | 03/31/2025 |
| 03/03/2025 | 2035 | ach | 980.00 | 03/31/2025 |
| 03/04/2025 | 213 | :ACH Deposit (2/28) | 2,835.00 | 03/31/2025 |
| 03/05/2025 | 223 | :CC Deposit | 1,025.00 | 03/31/2025 |
| 03/05/2025 | 2032 | starion 276961936 | 5,095.00 | 03/31/2025 |
| 03/05/2025 | 222 | :ACH Deposit | 1,025.00 | 03/31/2025 |
| 03/07/2025 | 224 | :ACH Deposit | 1,025.00 | 03/31/2025 |
| 03/20/2025 | 2037 | starion 278630839 | 925.00 | 03/31/2025 |
| 03/21/2025 | 225 | :CC Deposit | 1,315.48 | 03/31/2025 |
| 03/28/2025 | 2038 | starion 279536808 | 1,935.00 | 03/31/2025 |
| 03/28/2025 | 226 | :ACH Deposit | 1,895.00 | 04/30/2025 |
| 03/30/2025 | 228 | :CC Deposit | 1,025.00 | 04/30/2025 |

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 03/31/2025 | 227 | :ACH Deposit | 200.00 | 04/30/2025 |
| 04/01/2025 | 230 | :ACH/WIPS Deposit | 3,965.00 | 04/30/2025 |
| 04/01/2025 | 231 | :CC Deposit | 4,030.59 | 04/30/2025 |
| 04/02/2025 | 233 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 04/02/2025 | 2039 | starion 280087307 | 1,025.00 | 04/30/2025 |
| 04/02/2025 | 232 | :ACH Deposit | 945.00 | 04/30/2025 |
| 04/03/2025 | 2040 |  | 4,589.19 | 04/30/2025 |
| 04/03/2025 | 2041 |  | 7,870.00 | 04/30/2025 |
| 04/04/2025 | 235 | :CC Deposit | 965.24 | 04/30/2025 |
| 04/04/2025 | 234 | :ACH Deposit | 1,025.00 | 04/30/2025 |
| 04/05/2025 | 236 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 04/07/2025 | 238 | :ACH/WIPS Deposit | 2,050.00 | 04/30/2025 |
| 04/09/2025 | 2042 | starion 280855745 | 4,995.00 | 04/30/2025 |
| 04/10/2025 | 239 | :CC Deposit | 925.00 | 04/30/2025 |
| 04/11/2025 | 240 | :ACH Deposit | 825.00 | 04/30/2025 |
| 04/12/2025 | 2045 | internal tx | 5.49 | 04/30/2025 |
| 04/28/2025 | 242 | :CC Deposit | 1,070.66 | 05/30/2025 |
| 04/28/2025 | 241 | :ACH Deposit | 1,895.00 | 05/30/2025 |
| 04/30/2025 | 2044 | starion | 2,562.55 | 05/30/2025 |
| 04/30/2025 | 243 | :ACH Deposit | 945.00 | 05/30/2025 |
| 05/01/2025 | 245 | :ACH/WIPS Deposit | 6,015.00 | 05/30/2025 |
| 05/01/2025 | 246 | :CC Deposit | 2,990.00 | 05/30/2025 |
| 05/02/2025 | 248 | :CC Deposit | 2,890.00 | 05/30/2025 |
| 05/02/2025 | 247 | :ACH Deposit | 1,025.00 | 05/30/2025 |
| 05/04/2025 | 250 | :CC Deposit | 925.00 | 05/30/2025 |
| 05/04/2025 | 2049 |  | 4,589.19 | 05/30/2025 |
| 05/04/2025 | 2050 |  | 5,920.00 | 05/30/2025 |
| 05/04/2025 | 2053 | PART OF LARGE ACH BATCH | 1,950.00 | 05/30/2025 |
| 05/05/2025 | 251 | :CC Deposit | 1,025.00 | 05/30/2025 |
| 05/05/2025 | 2046 | starion 283701532 | 2,050.00 | 05/30/2025 |
| 05/05/2025 | 249 | :ACH Deposit | 1,025.00 | 05/30/2025 |
| 05/06/2025 | 252 | :ACH Deposit | 1,325.00 | 05/30/2025 |
| 05/09/2025 | 2047 | starion 284321166 | 1,920.00 | 05/30/2025 |
| 05/11/2025 | 2051 | RE-RUN ACH | 1,025.00 | 05/30/2025 |
| 05/12/2025 | 2052 | FROM NSF FEE | 50.00 | 05/30/2025 |
| 05/12/2025 | 253 | :ACH Deposit | 725.00 | 05/30/2025 |
| 05/13/2025 | 2048 | starion 284667948 | 1,025.00 | 05/30/2025 |
| 05/16/2025 | 254 | :CC Deposit | 88.29 | 05/30/2025 |
| **Total Cleared Deposits** |  |  | **167,472.38** |  |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 01/30/2025 | 1 | yardi | -0.23 | 01/31/2025 |
| 02/03/2025 | 2 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 3 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/28/2025 | 4 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | JE 4006 | Returned item charge | -5.00 | 02/28/2025 |
| 02/05/2025 | RC 31367 | Returned item MARLYS HOLUBOK | -995.00 | 02/28/2025 |
| 03/14/2025 | JE 4075 | :Prog Gen Move Out transfer (MITCHELL NEWMAN)  - Receipt #31881 | 980.00 | 03/31/2025 |
| 03/14/2025 | JE 4079 | move johnsons deposit into checking for return | 1,025.00 | 03/31/2025 |
| 03/14/2025 | RC 31633 | Returned item JOSHUA MEEHL | -940.00 | 03/31/2025 |
| 04/14/2025 | JE 4095 | Tx RE Escrow to checking for 4/31 pymt | 17,757.54 | 05/30/2025 |

PARKSIDE DIP APT                                                                                                         Page 5
Bank Rec In-Progress Report

| Date | Ref | Description | Amount | Cleared |
|---|---|---|---:|---|
| 04/14/2025 | JE 4099 | :Prog Gen Move Out transfer (RILEY CASPER) - Receipt #32173 | 980.00 | 04/30/2025 |
| 04/15/2025 | JE 4118 | :PostRecurring RE Tax Escrow (payable 10/31) | -2,958.80 | 05/30/2025 |
| 05/06/2025 | 5 | STARION FINANCIAL | -5.00 | 05/30/2025 |
| 05/16/2025 | 7 | Starion Bank | -20.00 | 05/30/2025 |
| 05/10/2025 | RC 32459 | Returned item Mark P Keller | -1,025.00 | 05/30/2025 |
| 05/15/2025 | JE 4143 | :PostRecurring RE Tax Escrow (payable 10/31) | -2,958.80 | 05/30/2025 |

**Total Cleared Other Items**      **11,774.71**

Monday, June 16, 2025
10:37 AM

# Balance Sheet

Page 1

Owner =  PARKSIDE PLACE (Parkside Place)
Parkside Place
Month = May 2025
Book = Cash

| ACCOUNT | | CURRENT BALANCE |
|---|---|---:|
| 1112 | Parkside Apartment DIP Checking | 17,180.96 |
| 1132 | Parkside Real Estate Tax Escrow | 5,917.80 |
| **1150** | **Total DIP Checking Account** | **23,098.76** |
| | | |
| 1151 | TIF Value | 1,463,012.38 |
| 1152 | Parkside Security Deposit DIP Savings Acct | 43,675.00 |
| 1155 | The Dakota Bankruptcy Firm Trust | 73,500.00 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 6,870,000.00 |
| 1630 | Appliances/AC | 205,000.00 |
| 1700 | Land | 425,000.00 |
| 1710 | Total Property and Equipment | 7,500,000.00 |
| | | |
| **1990** | **Total Assets** | **9,103,286.14** |
| | | |
| 2000 | LIABILITIES & CAPITAL | |
| | | |
| 2100 | Liabilities | |
| 2112 | Parkside Security Deposits DIP Acct | 43,675.00 |
| 2700 | Mortgage 1st | 5,111,886.84 |
| 2705 | TIF Mortgage | 1,463,012.38 |
| 2990 | Total Liabilities | 6,531,224.22 |
| | | |
| 3000 | Capital | |
| 3200 | Owner Contribution | 2,809.12 |
| 3800 | Retained Earnings | 2,569,252.80 |
| 3890 | Total Capital | 2,572,061.92 |
| | | |
| **3990** | **Total Liabilities & Capital** | **9,103,286.14** |

Monday, June 16, 2025
10:33 AM

## 12 Months Cash Flow Statement

Owner = PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = May 2025

Book = Cash

| ACCOUNT | | | May 2025 | Total |
|---|---|---|---:|---:|
| **4000** | **INCOME** | | | |
| 4300 | | Gross Potential Rent/HOA | 40,703.00 | 40,703.00 |
| 4301 | | CAM | 786.19 | 786.19 |
| 4710 | | Less: Incentives | -650.00 | -650.00 |
| 4715 | | Less: HME Incentives | -430.00 | -430.00 |
| 4720 | | Delinquency | -292.24 | -292.24 |
| 4810 | | Plus: Prepaid Rent/HOA | -1,910.00 | -1,910.00 |
| 4990 | | Net Rent/HOA Income | 38,206.95 | 38,206.95 |
| | | | | |
| 5990 | | Total Income | 38,206.95 | 38,206.95 |
| | | | | |
| **6000** | **EXPENSES** | | | |
| | | | | |
| 6100 | | Maintenance Expenses | | |
| 6200 | | Maintenance Staff Costs | 128.00 | 128.00 |
| 6210 | | Repairs/Maintenance | 101.03 | 101.03 |
| 6225 | | Plumbing | 283.55 | 283.55 |
| 6235 | | Electrical/Fire Prevention | 276.12 | 276.12 |
| 6242 | | Carpet Cleaning | 318.60 | 318.60 |
| 6250 | | Appliances/Laundry | 1,249.20 | 1,249.20 |
| 6260 | | Resident Manager | 343.00 | 343.00 |
| 6275 | | Snow Removal | 180.54 | 180.54 |
| 6290 | | Janitorial | 977.44 | 977.44 |
| 6990 | | Total Maintenance Expenses | 3,857.48 | 3,857.48 |
| | | | | |
| 7000 | | Operating Expenses | | |
| 7010 | | Offsite Office Rent | 1,312.50 | 1,312.50 |
| 7030 | | Offsite Office Utilities | 84.80 | 84.80 |
| 7040 | | Offsite Office Equip/Supplies | 308.71 | 308.71 |

Page 1 of 3

## 12 Months Cash Flow Statement

Owner = PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = May 2025

Book = Cash

| ACCOUNT | | May 2025 | Total |
|---|---|---:|---:|
| 7057 | Software Fee | 38.00 | 38.00 |
| 7060 | Leasing Commissions (payout) | 400.00 | 400.00 |
| 7075 | Bank Charges/ACH Fees | 25.00 | 25.00 |
| 7400 | Property Management | 1,910.25 | 1,910.25 |
| 7440 | Insurance | 1,741.90 | 1,741.90 |
| 7800 | Electricity-Vacant | -26.35 | -26.35 |
| 7801 | Electricity-Building | 361.10 | 361.10 |
| 7861 | Gas-Building | 211.85 | 211.85 |
| 7870 | Water & Sewer | 1,850.90 | 1,850.90 |
| 7880 | Garbage | 207.09 | 207.09 |
| 7990 | Total Operating Expenses | 8,425.75 | 8,425.75 |
| | | | |
| 8001 | Other Expenses | | |
| 8002 | US Court Trustee 0.4% | 150.00 | 150.00 |
| 8004 | Misc. PM Fees | 250.00 | 250.00 |
| 8005 | Misc Professional Fees | 200.00 | 200.00 |
| 8006 | Manager Oversite $45/unit | 1,755.00 | 1,755.00 |
| 8020 | Total Other Expenses | 2,355.00 | 2,355.00 |
| | | | |
| 8990 | Total Expenses | 14,638.23 | 14,638.23 |
| | | | |
| 9090 | **NET INCOME** | **23,568.72** | **23,568.72** |
| | | | |
| | ADJUSTMENTS | | |
| 1132 | Parkside Real Estate Tax Escrow | -2,958.80 | -2,958.80 |
| 2700 | Mortgage 1st | -14,500.00 | -14,500.00 |
| | | | |
| | TOTAL ADJUSTMENTS | -17,458.80 | -17,458.80 |

Page 2 of 3

6/16/2025 10:33 AM

## 12 Months Cash Flow Statement

Owner = PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = May 2025

Book = Cash

| ACCOUNT | May 2025 | Total |
|---|---:|---:|
| CASH FLOW | 6,109.92 | 6,109.92 |

Page 3 of 3

## Account Name: Maryland IOLTA Account

## Account Type: Trust

| Date | Source/Destination | Reference | Payer/Payee | Funds out ($) | Funds in ($) | Balance ($) |
|---|---|---|---|---|---|---|
| 2025-02-03 | Starion Bank | – | Parkside Place, LLC | $5,500.00 | – | $73,500.00 |
| 2025-02-03 | Starion Bank | – | Parkside Place, LLC | $1,500.00 | – | $79,000.00 |
| 2025-02-03 | United Bankers Bank | – | Red River State Bank | $49,341.92 | – | $80,500.00 |
| 2025-01-23 | HME Companies, LLC | 25-30003 | – | – | $124,341.92 | $129,841.92 |
| 2025-01-23 | HME Companies, LLC | 25-30003 | – | – | $5,500.00 | $5,500.00 |
| | | | | **$56,341.92** | **$129,841.92** | **$73,500.00** |