6/16/2025 10:35 AM

**Payables Aging Report**
Period: -05/2025
As of : 05/31/2025

| Payee Name | Invoice | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Notes | | | | | | | | | | | |
| Grand Total | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

# Receivable Summary

Property = Parkside Place  Status: Current, Future, Eviction, Notice  Entity Type: Tenant  Month From: 05/2025  To  05/2025
[Showing Unit]

| Owner | Property | Unit | Charge To | Opening Balance | Charges | Receipts | Closing Balance |
|-------|----------|------|-----------|----------------:|--------:|---------:|----------------:|
| **Parkside Place** | | | | | | | |
| PARKSIDE PLACE | Parkside Place | 201 | GT BROTHERS | 0.00 | 3,032.04 | 3,032.04 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 202 | COUNTY FAIR FOODS OF WATERTOWN | 0.00 | 1,557.15 | 1,557.15 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2201 | ERIN KRAVIK | 0.00 | 925.00 | 925.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2202 | HOLLY // LISA OHMAN | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2203 | ZOIE FRASER | 0.00 | 940.00 | 940.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2204 | JAIME BRANN | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2205 | QUINN KOTEK | 0.00 | 925.00 | 925.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2206 | JAMES BRUMBAUGH | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2207 | MARGARET MELAND | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2208 | WILLIAM JOHNSON | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2209 | MARIAH GAUKLER | 0.00 | 980.00 | 980.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2210 | Mark Keller | 0.00 | 1,075.00 | 1,075.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2211 | JARED SAUER | 0.00 | 1,147.00 | 1,147.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2212 | CHANNELLE COSS | 0.00 | 940.00 | 940.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2301 | SHANYA MEHLHAFF | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2302 | TIFFANY SANDERSON | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2303 | SAMANTHA ADAM | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2304 | CHANDLER PEERY | 0.00 | 925.00 | 925.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2305 | BAYLEE BOESE | -970.00 | 970.00 | 970.00 | -970.00 |
| PARKSIDE PLACE | Parkside Place | 2306 | GARY HOFER | 119.00 | 925.00 | 925.00 | 119.00 |
| PARKSIDE PLACE | Parkside Place | 2307 | ANDREW BOT | -925.00 | 925.00 | 0.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2308 | JORGE ROSA | 0.00 | 940.00 | 940.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2309 | DAVID TIJERINA | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2310 | JOSHUA MEEHL | -85.00 | 940.00 | 940.00 | -85.00 |
| PARKSIDE PLACE | Parkside Place | 2311 | LIZETTE SALGADO | 0.00 | 1,157.24 | 1,025.00 | 132.24 |
| PARKSIDE PLACE | Parkside Place | 2312 | CIARA FRANK | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2312 | NATHAN SCHENKEL | 0.00 | 925.00 | 925.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2401 | ALLYSON HOLDEN | -945.00 | 1,645.00 | 945.00 | -245.00 |
| PARKSIDE PLACE | Parkside Place | 2401 | ANNA SAMUELSON | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2402 | JOELLE CONSIER | 0.00 | 1,029.25 | 1,025.00 | 4.25 |
| PARKSIDE PLACE | Parkside Place | 2403 | MADELYN PUGSLEY | -985.00 | 1,073.29 | 88.29 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2404 | BRANDON BROWN | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2405 | DEBBIE STUCHL | 0.00 | 975.00 | 975.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2406 | HOPE LEWANDOWSKI | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2407 | COLE WEGNER | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2408 | JOSEPH NOELDNER | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2409 | JOSHUA GILLILAND | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2410 | ANDY NGUYEN | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2411 | MARLYS HOLUBOK | 0.00 | 995.00 | 995.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2412 | BENJAMIN WAGNER | 0.00 | 1,025.00 | 1,025.00 | 0.00 |

# Receivable Summary

Property = Parkside Place  Status: Current, Future, Eviction, Notice  Entity Type: Tenant     Month From: 05/2025  To  05/2025
[Showing Unit]

| Owner | Property | Unit | Charge To | Opening Balance | Charges | Receipts | Closing Balance |
|---|---|---|---|---|---|---|---|
| | Total | | | -3,791.00 | 43,395.97 | 40,649.48 | -1,044.51 |
| Grand Total | | | | -3,791.00 | 43,395.97 | 40,649.48 | -1,044.51 |

UserId : mcraig@cpbusmgt.com Date : 06/16/2025 Time : 15:36

# Transaction Report



---

## Transaction Report for account *8658

Reported on Mon Jun 16 18:00:00 GMT 2025

**Current Ledger** $41,625.00
**Memo Available Balance** $41,625.00

| Date | Description | Credit | Debit | Running Balance |
|------|-------------|--------|-------|-----------------|
| 06/13/2025 | Debit<br>762621 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 6-13-25 | | 2050.00 | 41625.00 |
| 06/04/2025 | Credit<br>EDEPOSIT | 2050.00 | | 43675.00 |
| 05/14/2025 | Credit<br>EDEPOSIT | 2050.00 | | 41625.00 |
| 05/02/2025 | Credit<br>EDEPOSIT | 1025.00 | | 39575.00 |
| 04/14/2025 | Debit<br>078529 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 4-14-25 | | 980.00 | 38550.00 |
| 04/14/2025 | Debit<br>087475 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 4-14-25 | | 5.49 | 39530.00 |
| 03/31/2025 | Credit<br>Interest | 5.49 | | 39535.49 |
| 03/17/2025 | Debit<br>034270 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 3-17-25 | | 1025.00 | 39530.00 |
| 03/17/2025 | Debit<br>034149 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 3-17-25 | | 980.00 | 40555.00 |
| 02/28/2025 | Credit<br>EDEPOSIT | 1025.00 | | 41535.00 |
| 02/18/2025 | Credit<br>EDEPOSIT | 1025.00 | | 40510.00 |
| 02/13/2025 | Credit<br>445978 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8688 ON 2-12-25 | 5500.00 | | 39485.00 |
| 02/10/2025 | Credit<br>EDEPOSIT | 33985.00 | | 33985.00 |

---

# Owner Statement

Owner =  PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = May 2025

Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|--------|---------|---------|
| | | | | Beginning Balance | | | 11,071.04 |
| 04/30/2025 | :ACH-WEB | Parkside Place | ANDY NGUYEN | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 12,096.04 |
| 04/30/2025 | :ACH-WEB | Parkside Place | DEBBIE STUCHL | Online Payment - EFT Payment. Web - Resident Services | 975.00 | 0.00 | 13,071.04 |
| 05/01/2025 | 288159312 | Parkside Place | BRANDON BROWN | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 14,096.04 |
| 05/01/2025 | 288772646 | Parkside Place | CHANNELLE COSS | Credit Card On-Line Payment ; Mobile App - Resident Services | 940.00 | 0.00 | 15,036.04 |
| 05/01/2025 | 288159343 | Parkside Place | COLE WEGNER | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 16,061.04 |
| 05/01/2025 | :ACH-517 | Parkside Place | JOSEPH NOELDNER | Pre-Authorized Payment | 1,025.00 | 0.00 | 17,086.04 |
| 05/01/2025 | :ACH-520 | Parkside Place | JOSHUA MEEHL | Pre-Authorized Payment. Roommate STACEY MEEHL (r0000079) | 940.00 | 0.00 | 18,026.04 |
| 05/01/2025 | :ACH-519 | Parkside Place | MARGARET MELAND | Pre-Authorized Payment | 1,025.00 | 0.00 | 19,051.04 |
| 05/01/2025 | :ACH-518 | Parkside Place | NATHAN SIK | Pre-Authorized Payment | 1,025.00 | 0.00 | 20,076.04 |
| 05/02/2025 | 289337277 | Parkside Place | DAVID TIJERINA | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,025.00 | 0.00 | 21,101.04 |
| 05/02/2025 | 289025498 | Parkside Place | ERIN KRAVIK | Credit Card On-Line Payment ; Web - Resident Services | 925.00 | 0.00 | 22,026.04 |
| 05/02/2025 | :ACH-WEB | Parkside Place | JOELLE CONSIER | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 23,051.04 |
| 05/02/2025 | 289143416 | Parkside Place | JORGE ROSA | Debit Card On-Line Payment ; Mobile App - Resident Services | 940.00 | 0.00 | 23,991.04 |
| 05/03/2025 | :ACH-WEB | Parkside Place | SAMANTHA ADAM | Online Payment - EFT Payment. Web - Resident Services | 1,025.00 | 0.00 | 25,016.04 |
| 05/04/2025 | 289921500 | Parkside Place | CHANDLER PEERY | Debit Card On-Line Payment ; Web - Resident Services | 925.00 | 0.00 | 25,941.04 |
| 05/04/2025 | ACH | Parkside Place | COUNTY FAIR FOODS OF WATERTOWN | | 1,557.15 | 0.00 | 27,498.19 |
| 05/04/2025 | ACH | Parkside Place | GT BROTHERS | | 3,032.04 | 0.00 | 30,530.23 |
| 05/04/2025 | ACH | Parkside Place | INDY OSENDORF | | 1,025.00 | 0.00 | 31,555.23 |
| 05/04/2025 | ACH | Parkside Place | JOSHUA GILLILAND | | 1,025.00 | 0.00 | 32,580.23 |
| 05/04/2025 | ACH | Parkside Place | MARIAH GAUKLER | | 980.00 | 0.00 | 33,560.23 |
| 05/04/2025 | ACH | Parkside Place | Mark Keller | NSFed by ctrl# 32464 NSF'D. | 1,025.00 | 0.00 | 34,585.23 |
| 05/04/2025 | ACH | Parkside Place | NATHAN SCHENKEL | | 925.00 | 0.00 | 35,510.23 |
| 05/04/2025 | ACH | Parkside Place | QUINN KOTEK | | 925.00 | 0.00 | 36,435.23 |

# Owner Statement

Owner = PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = May 2025

Book = Cash

| Date | Ref | Property | Name | Description | Debit | Credit | Balance |
|------|-----|----------|------|-------------|-------|--------|---------|
| 05/04/2025 | ACH | Parkside Place | TIFFANY SANDERSON | | 1,025.00 | 0.00 | 37,460.23 |
| 05/04/2025 | ACH | Parkside Place | ZOIE FRASER | | 940.00 | 0.00 | 38,400.23 |
| 05/05/2025 | 139 | Parkside Place | BENJAMIN WAGNER | | 1,025.00 | 0.00 | 39,425.23 |
| 05/05/2025 | 14002816 | Parkside Place | GARY HOFER | | 925.00 | 0.00 | 40,350.23 |
| 05/05/2025 | 9999 | Parkside Place | HOLLY // LISA OHMAN | | 1,025.00 | 0.00 | 41,375.23 |
| 05/05/2025 | 476335063 cpbm 5416 | Parkside Place | HOPE LEWANDOWSKI | | 1,025.00 | 0.00 | 42,400.23 |
| 05/05/2025 | 289976737 | Parkside Place | JAMES BRUMBAUGH | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 43,425.23 |
| 05/05/2025 | 6159 | Parkside Place | MARLYS HOLUBOK | | 995.00 | 0.00 | 44,420.23 |
| 05/05/2025 | :ACH-WEB | Parkside Place | SHANYA MEHLHAFF | Online Payment - EFT Payment. Mobile App - Resident Services | 300.00 | 0.00 | 44,720.23 |
| 05/05/2025 | :ACH-WEB | Parkside Place | WILLIAM JOHNSON | Online Payment - EFT Payment. Web - Resident Services | 1,025.00 | 0.00 | 45,745.23 |
| 05/06/2025 | 5 | Parkside Place | STARION FINANCIAL | nsf fee. | 0.00 | 5.00 | 45,740.23 |
| 05/09/2025 | :ACH-WEB | Parkside Place | SHANYA MEHLHAFF | Online Payment - EFT Payment. Mobile App - Resident Services | 725.00 | 0.00 | 46,465.23 |
| 05/10/2025 | ACH | Parkside Place | Mark Keller | NSF receipt Ctrl# 32459 NSF'D. | -1,025.00 | 0.00 | 45,440.23 |
| 05/11/2025 | ACH- RE RUN FROM NSF | Parkside Place | Mark Keller | | 1,025.00 | 0.00 | 46,465.23 |
| 05/12/2025 | 20067 | Parkside Place | RED RIVER STATE BANK | Parkside 1st Mtg; per cash collaterol 2/3/2025 | 0.00 | 14,500.00 | 31,965.23 |
| 05/12/2025 | ACH (FROM NSF) | Parkside Place | Mark Keller | | 50.00 | 0.00 | 32,015.23 |
| 05/15/2025 | 20068 | Parkside Place | Alexis Burbach | lease commissions 2204, 2311 | 0.00 | 400.00 | 31,615.23 |
| 05/15/2025 | 20068 | Parkside Place | Alexis Burbach | 7.15 Rm duties | 0.00 | 221.14 | 31,394.09 |
| 05/15/2025 | 20069 | Parkside Place | BRADLEY WARNS | heaters in garage, ac install 2409 | 0.00 | 64.00 | 31,330.09 |
| 05/15/2025 | ParkREEscrow | Parkside Place | JE-4143 | RE Tax Escrow (payable 10/31) | 0.00 | 2,958.80 | 28,371.29 |
| 05/16/2025 | 7 | Parkside Place | Starion Bank | Gen's wire tx fee; repaid 6/15/25 | 0.00 | 20.00 | 28,351.29 |
| 05/16/2025 | 291232827 | Parkside Place | MADELYN PUGSLEY | Debit Card On-Line Payment ; Mobile App - Resident Services | 88.29 | 0.00 | 28,439.58 |
| 05/19/2025 | ACH ONLINE | Parkside Place | U.S. TRUSTEES | ADJUSTED FEE FOR 3RD QUARTER | 0.00 | 150.00 | 28,289.58 |
| 05/24/2025 | :ACH-WEB | Parkside Place | NATHAN SIK | Online Payment - EFT Payment. Mobile App - Resident Services | 392.76 | 0.00 | 28,682.34 |
| 05/26/2025 | 1007 | Parkside Place | JARED SAUER | | 1,147.00 | 0.00 | 29,829.34 |
| 05/28/2025 | 20070 | Parkside Place | CP BUSINESS MANAGEMENT | 5/28 ins. prem. | 0.00 | 1,741.90 | 28,087.44 |
| 05/29/2025 | :ACH-WEB | Parkside Place | BAYLEE BOESE | Online Payment - EFT Payment. Web - Resident Services | 970.00 | 0.00 | 29,057.44 |
| 05/31/2025 | 20072 | Parkside Place | Alexis Burbach | 4.5 rm duties | 0.00 | 121.86 | 28,935.58 |

## Owner Statement

Owner = PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = May 2025

Book = Cash

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/31/2025 | 20074 | Parkside Place | AUTOMATIC BUILDING CONTROLS | prepay overage; batteries + tax | 0.00 | 276.12 | 28,659.46 |
| 05/31/2025 | 20073 | Parkside Place | BRADLEY WARNS | 2305 ac unit, 2204 island piece | 0.00 | 64.00 | 28,595.46 |
| 05/31/2025 | 20086 | Parkside Place | CP BUSINESS MANAGEMENT | collected late fees | 0.00 | 122.00 | 28,473.46 |
| 05/31/2025 | 20086 | Parkside Place | CP BUSINESS MANAGEMENT | keller fee, sik re-rental | 0.00 | 575.00 | 27,898.46 |
| 05/31/2025 | 20086 | Parkside Place | CP BUSINESS MANAGEMENT | pugsley admin fee | 0.00 | 25.00 | 27,873.46 |
| 05/31/2025 | 20086 | Parkside Place | CP BUSINESS MANAGEMENT | software fee | 0.00 | 38.00 | 27,835.46 |
| 05/31/2025 | 20086 | Parkside Place | CP BUSINESS MANAGEMENT | may mgmt | 0.00 | 1,910.25 | 25,925.21 |
| 05/31/2025 | 20086 | Parkside Place | CP BUSINESS MANAGEMENT | misc mgr | 0.00 | 250.00 | 25,675.21 |
| 05/31/2025 | 20086 | Parkside Place | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 200.00 | 25,475.21 |
| 05/31/2025 | 20086 | Parkside Place | CP BUSINESS MANAGEMENT | offsite office rent | 0.00 | 1,312.50 | 24,162.71 |
| 05/31/2025 | 20086 | Parkside Place | CP BUSINESS MANAGEMENT | offsite supplies | 0.00 | 308.71 | 23,854.00 |
| 05/31/2025 | 20086 | Parkside Place | CP BUSINESS MANAGEMENT | offsite utilities | 0.00 | 84.80 | 23,769.20 |
| 05/31/2025 | 20082 | Parkside Place | DAKOTA CLEAN LLC | 2311 | 0.00 | 159.30 | 23,609.90 |
| 05/31/2025 | 20082 | Parkside Place | DAKOTA CLEAN LLC | 2204 | 0.00 | 159.30 | 23,450.60 |
| 05/31/2025 | 20076 | Parkside Place | ELITE DRAIN & SEWER | previous invoice; commercial toilet clogged. Found between building and city main. watch next winter for this issue. | 0.00 | 283.55 | 23,167.05 |
| 05/31/2025 | 20083 | Parkside Place | GEORGES SANITATION | APRIL GARBAGE | 0.00 | 207.09 | 22,959.96 |
| 05/31/2025 | 20077 | Parkside Place | HOMEMAKER'S VILLA | 1 ac 2305 | 0.00 | 624.60 | 22,335.36 |
| 05/31/2025 | 20077 | Parkside Place | HOMEMAKER'S VILLA | 1 ac 2409 | 0.00 | 624.60 | 21,710.76 |
| 05/31/2025 | 20071 | Parkside Place | JESSE CRAIG | 39 UNITS, $45/UNIT | 0.00 | 1,755.00 | 19,955.76 |
| 05/31/2025 | 20078 | Parkside Place | POPHAM CONSTRUCTION | GARAGE CLEANING AND SWEEPING | 0.00 | 318.60 | 19,637.16 |
| 05/31/2025 | 20079 | Parkside Place | RUSCO WINDOW | 2401 window closure latch + 1 extra | 0.00 | 101.03 | 19,536.13 |
| 05/31/2025 | 20080 | Parkside Place | TURFWURX PROPERTY MAINTENANCE | april snow 4/1, 4/2 | 0.00 | 180.54 | 19,355.59 |
| 05/31/2025 | 20081 | Parkside Place | WHITE GLOVE CLEANING | APRIL building clean | 0.00 | 424.80 | 18,930.79 |
| 05/31/2025 | 20081 | Parkside Place | WHITE GLOVE CLEANING | 2204 2.25 hr | 0.00 | 59.74 | 18,871.05 |
| 05/31/2025 | 20081 | Parkside Place | WHITE GLOVE CLEANING | 2311 6 hr | 0.00 | 174.30 | 18,696.75 |
| 05/31/2025 | 20085 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 4/21-5/20  dates vacants | 0.00 | 36.94 | 18,659.81 |
| 05/31/2025 | 20085 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 4/22-5/22   house electric | 0.00 | 361.10 | 18,298.71 |

**Owner Statement**

Owner =  PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = May 2025

Book = Cash

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/31/2025 | 20085 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 4/22-5/22   house gas | 0.00 | 211.85 | 18,086.86 |
| 05/31/2025 | 20085 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 4/22-5/22   house water | 0.00 | 388.94 | 17,697.92 |
| 05/31/2025 | 20085 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 4/22-5/22  house sewer | 0.00 | 1,461.96 | 16,235.96 |
| 05/31/2025 | :ACH-WEB | Parkside Place | ALLYSON HOLDEN | Online Payment - EFT Payment. Mobile App - Resident Services | 945.00 | 0.00 | 17,180.96 |
| | | | | **Ending Balance** | **38,992.24** | **32,882.32** | **17,180.96** |
| | | | | Reserves Needed | | 0.00 | |
| | | | | Security Deposits (this period) | | 0.00 | |

6/16/2025 10:52 AM

**Rent Roll**

Property = Parkside Place

As Of = 05/30/2025

Month = 05/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 0.00 | 09/01/2021 | 08/31/2026 | | 0.00 |
| 202 | COUNTY FAIR FOODS OF WATERTOWN | 1,290.00 | 2,000.00 | 0.00 | 10/01/2021 | 09/30/2026 | | 0.00 |
| 2201 | ERIN KRAVIK | 925.00 | 925.00 | 0.00 | 05/04/2024 | 05/31/2025 | | 0.00 |
| 2202 | HOLLY // LISA OHMAN | 1,025.00 | 965.00 | 0.00 | 08/01/2022 | | | 0.00 |
| 2203 | ZOIE FRASER | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2204 | INDY OSENDORF | 1,025.00 | 1,025.00 | 0.00 | 04/13/2024 | 05/31/2025 | 06/03/2025 | 0.00 |
| 2205 | QUINN KOTEK | 925.00 | 925.00 | 0.00 | 07/01/2024 | 06/30/2025 | | 0.00 |
| 2206 | JAMES BRUMBAUGH | 1,025.00 | 980.00 | 0.00 | 04/01/2023 | 03/31/2024 | | 0.00 |
| 2207 | MARGARET MELAND | 1,025.00 | 1,025.00 | 0.00 | 08/05/2024 | 08/31/2025 | | 0.00 |
| 2208 | WILLIAM JOHNSON | 1,025.00 | 945.00 | 0.00 | 03/01/2022 | | | 0.00 |
| 2209 | MARIAH GAUKLER | 980.00 | 980.00 | 0.00 | 05/01/2023 | 04/30/2024 | | 0.00 |
| 2210 | Mark Keller | 1,025.00 | 945.00 | 0.00 | 03/11/2022 | | | 0.00 |
| 2211 | JARED SAUER | 1,025.00 | 1,025.00 | 0.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 2212 | CHANNELLE COSS | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2301 | SHANYA MEHLHAFF | 1,025.00 | 1,025.00 | 0.00 | 10/01/2023 | 09/30/2024 | | 0.00 |
| 2302 | TIFFANY SANDERSON | 1,025.00 | 980.00 | 0.00 | 01/01/2023 | 12/31/2023 | | 0.00 |
| 2303 | SAMANTHA ADAM | 1,025.00 | 945.00 | 0.00 | 05/10/2024 | 04/30/2025 | | 0.00 |
| 2304 | CHANDLER PEERY | 925.00 | 925.00 | 0.00 | 05/10/2024 | 05/31/2025 | | 0.00 |
| 2305 | BAYLEE BOESE | 1,025.00 | 750.00 | -55.00 | 12/04/2024 | 12/31/2025 | | -970.00 |
| 2306 | GARY HOFER | 925.00 | 925.00 | 0.00 | 05/15/2024 | 05/31/2025 | | 119.00 |
| 2307 | ANDREW BOT | 925.00 | 925.00 | 0.00 | 07/16/2024 | 07/31/2025 | 05/31/2025 | 0.00 |
| 2308 | JORGE ROSA | 1,025.00 | 1,000.00 | -85.00 | 01/10/2025 | 01/09/2026 | | 0.00 |
| 2309 | DAVID TIJERINA | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2310 | JOSHUA MEEHL | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2311 | LIZETTE SALGADO | 0.00 | 1,025.00 | 0.00 | 05/28/2025 | 05/31/2026 | | 132.24 |
| 2312 | NATHAN SCHENKEL | 925.00 | 925.00 | 0.00 | 06/01/2024 | 05/31/2025 | 06/30/2025 | 0.00 |
| 2401 | ALLYSON HOLDEN | 1,025.00 | 750.00 | -80.00 | 11/18/2024 | 11/30/2025 | 07/06/2025 | -245.00 |
| 2402 | JOELLE CONSIER | 1,025.00 | 1,025.00 | 0.00 | 04/16/2025 | 04/30/2026 | | 4.25 |
| 2403 | MADELYN PUGSLEY | 1,025.00 | 750.00 | -40.00 | 01/01/2025 | 12/31/2025 | | 0.00 |
| 2404 | BRANDON BROWN | 1,025.00 | 980.00 | 0.00 | 12/01/2022 | 12/31/2025 | | 0.00 |

6/16/2025 10:52 AM

**Rent Roll**

Property = Parkside Place

As Of = 05/30/2025

Month = 05/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| 2405 | DEBBIE STUCHL | 1,025.00 | 1,025.00 | -50.00 | 10/01/2024 | 09/30/2025 | | 0.00 |
| 2406 | HOPE LEWANDOWSKI | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2407 | COLE WEGNER | 1,025.00 | 1,025.00 | 0.00 | 08/14/2024 | 08/31/2025 | | 0.00 |
| 2408 | JOSEPH NOELDNER | 1,025.00 | 1,025.00 | 0.00 | 09/01/2023 | 08/31/2024 | | 0.00 |
| 2409 | JOSHUA GILLILAND | 1,025.00 | 500.00 | 0.00 | 12/01/2021 | | | 0.00 |
| 2410 | ANDY NGUYEN | 1,025.00 | 1,025.00 | 0.00 | 11/01/2023 | 12/31/2023 | | 0.00 |
| 2411 | MARLYS HOLUBOK | 995.00 | 980.00 | 0.00 | 06/01/2023 | 05/31/2024 | | 0.00 |
| 2412 | BENJAMIN WAGNER | 1,025.00 | 1,025.00 | 0.00 | 06/01/2024 | 05/31/2025 | | 0.00 |
| **Future Tenants/Applicants** | | | | | | | | |
| 2204 | JAIME BRANN | 0.00 | 0.00 | 0.00 | 06/04/2025 | 06/30/2026 | | 0.00 |
| 2312 | CIARA FRANK | 0.00 | 1,025.00 | 0.00 | 08/01/2025 | 07/31/2026 | | 0.00 |
| 2401 | ANNA SAMUELSON | 0.00 | 1,025.00 | 0.00 | 07/07/2025 | 07/31/2026 | | 0.00 |
| **Total** | **Parkside Place** | **39,003.00** | **41,625.00** | **-565.00** | | | | **-959.51** |

| Summary Groups | Square Footage | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied | Balance |
|----------------|----------------|-------------|------------------|------|------------|------------------|-----------------|---------|
| Current/Notice/Vacant Tenants | 28,008.00 | 39,003.00 | 39,575.00 | -565.00 | 38 | 100.00 | 100.00 | -959.51 |
| Future Tenants/Applicants | 2,334.00 | 0.00 | 2,050.00 | 0.00 | 3 | 0.00 | 0.00 | 0.00 |
| Occupied Units | 28,008.00 | 0.00 | 0.00 | 0.00 | 38 | 100.00 | 100.00 | 0.00 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| **Totals:** | **28,008.00** | **39,003.00** | **41,625.00** | **-565.00** | **38** | **100.00** | **100.00** | **-959.51** |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20070

05/28/25                    $1,741.90***

TO THE
ORDER OF

**** ONE THOUSAND SEVEN HUNDRED FORTY ONE AND 90/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,    58106

NON-NEGOTIABLE

MEMO: 5/28 ins. prem.

## Mindy Craig

| | |
|---|---|
| **From:** | Liberty Mutual Insurance Billing <ebilling@email-libertymutual.com> |
| **Sent:** | Wednesday, May 28, 2025 12:05 PM |
| **To:** | Mindy Craig |
| **Subject:** | Your payment has been processed. |

□ View online



Billing account number: 9000344025

# Hello,

Thank you for your recent payment. Your payment will be applied to your balance on
05/28/2025 and reflected on your online account.

**Make a payment**

*Ruins: 34.478%*
*$2382.04*

*Park: 24.675%*
*$1741.90*

*PAID*
*20010*

*Ren: 34.847%*
*$2406.14*

☒ Billing summary

**Confirmation number:**          **Total payment:**

D00049B1W                         $6530.08

                                              Payment amount: $6370.81

**Payment date:**                   Payment service fee: $159.27

05/28/2025

 

                                 **Payment method:**

**Policy(s):**                     Credit/Debit Card ending in 4141

BKS65299485

Easily manage your payments online.

*000117*

SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104



**Liberty Mutual.**
INSURANCE

THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Your Account:**

#9000344025
THE RUINS LLC GENERATIONS ON 1ST
LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Policies on Account:**

BKS65299485 - BK-Package

## Your Billing Statement as of May 8, 2025

# Billing Notice

Small Commercial Insurance

**Your Agent(s):**

#0059540
SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104
(701) 390-1994

| | |
|---|---|
| Amount Due: (incl. fees) | **$6,370.81** |
| Due Date: | **05/28/2025** |
| Account Balance: | **$19,096.41** |

### Billing Details

| Policy | Frequency | Policy Term | Amount Due |
|---|---|---|---|
| Package - BKS65299485 | Monthly - 2 down 10 install | 09/28/2024 - 09/28/2025 | $6,362.81 |
| Fees | | | $8.00 |
| **Total Amount Due** | | | **$6,370.81** |

| Account Summary | |
|---|---|
| Previous Account Balance | $25,459.22 |
| Fees | $8.00 |
| Payments | -$6,370.81 |
| **Account Balance** | **$19,096.41** |

*Gen : 34.747%*

*Park : 1741.900*

*Ruins :*



**Save time & PAY ONLINE!**
Pay your bill online 24/7 at
**mybusinessonline.libertymutual.com**



**For Billing Questions...**
Call 844-961-0334
Mon.-Fri. 8AM-8PM EST

Please detach and return the entire bottom portion with your payment in the envelope provided.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20073

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

05/31/25

$64.00********

TO THE
ORDER OF     **** SIXTY FOUR AND 00/100 DOLLARS

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

## Maintenance Hours
### 2025
**Maintenance Name:** Bradley Warns

$32.00  Hourly Rate
From: 15-May
To: 31-May

*Parkside Place*

PAID
20013

Invoice #:  2008

Invoice Date: 5/31/2025
Due Date: 6/1/2025

| Date | Unit | Start | End | | Scope of Work | |
|------|------|-------|-----|------|---------------|------|
| 5/14 | 2305 | 3:00 PM | 4:00 PM | 1:00: | replaced ac unit | $32.00 |
| 5/30 | 2204 | 10:30 AM | 11:00 AM | 0:30: | replace island counter side piece that was broken off | $32.00 |

| | Total Hours | 1:30: | | Total Hourly Pay $3/hour | $64.00 |
|--|-------------|-------|--|--------------------------|--------|
| | | | | Parkside Place Paycheck : | $64.00 |

20072

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

05/31/25

$121.86******

NON-NEGOTIABLE

**** ONE HUNDRED TWENTY ONE AND 86/100 DOLLARS

_____, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

TO THE
ORDER OF

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

**Alexis Burbach**

*Parkside Place*



**2025**

From: 15-May

To: 31-May

Invoice #: 2009

Invoice Date: 5/31/2025

Due Date: 6/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 5/17 | | 2:00 PM | 2:30 PM | 0:30 | showing sydny 2307 | $12.75 |
| 5/19 | | 3:45 PM | 5:00 PM | 1:15 | move out inspection 2311, move inspection 2204, w | $31.88 |
| 5/20 | | 4:45 PM | 5:15 PM | 0:30 | questions on move out info - inspection 2311 | $12.75 |
| 5/21 | | 1:00 PM | 1:45 PM | 0:45 | move in inspection 2311, look over 2204 after libby | $19.13 |
| 5/30 | | 9:00 | 10:30 | 1:30 | showing chris 2307 -rent from 2306 - walk building | $38.25 |
| | | Total Hours | 4:30 | | Total Hourly Pay $25.50/hour | $114.75 |

| Date | Unit | Start | End | Total Hours | Painting | |
|---|---|---|---|---|---|---|
| | | Total Hours | 0:00 | | Total Painting $35/hour | $0.00 |

| Date | Unit | Reimbursement | | |
|---|---|---|---|---|
| | | Total Reimbursement | | $0.00 |

| Date | Unit | Commission | | |
|---|---|---|---|---|
| | | $200 per new lease | | |
| | | $200 per new lease | | |
| | | $200 per new lease | | |
| | | $200 per new lease | | |
| | | Total Commissions | | $0.00 |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $114.75 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $114.75 |
| Parkside Place Sales Tax (6.2%): | $7.11 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Total Paycheck Amount: | $121.86 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20068

05/15/25

$621.14******

TO THE
ORDER OF

**** SIX HUNDRED TWENTY ONE AND 14/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**
**2025**
From: 1-May
To: 14-May



Parkside Place

Invoice #: 2008
Invoice Date: 5/1/2025
Due Date: 5/15/2025

| Date | Unit | Start | End | Hours | Scope of Work | |
|------|------|-------|-----|-------|---------------|---|
| 4/30 | | 3:30 PM | 4:00 PM | 0:30 | facetime showing lizette - ABC talked with about inspection | $12.75 |
| 5/5 | | 3:15 PM | 4:45 PM | 1:30 | update changes, 2311 lease, 2311 help zego, filings put away, showings scheduled, | $38.25 |
| 5/6 | | 8:30 | 9:00 | 0:30 | move garage items in before cleaning, tenants texted, bikes moved | $12.75 |
| 5/6 | | 2:00 PM | 3:30 PM | 1:30 | patio organized for pictures, janitor closet inventory, carts back in place, memos down, elevator beeping, called Schumacher | $38.25 |
| 5/7 | | 11:45 | 12:00 PM | 0:15 | showing jamie | $6.38 |
| 5/7 | | 6:00 PM | 6:30 PM | 0:30 | showing for Ethan | $12.75 |
| 5/8 | | 4:00 PM | 6:30 PM | 2:30 | lease for 2204- leads updated, vaca list, maintenance hours | $63.75 |
| | | **Total Hours** | | **7:15** | **Total Hourly Pay $25.50/hour** | **$184.88** |

| Date | Unit | Start | End | Hours | Painting | |
|------|------|-------|-----|-------|----------|---|
| | | **Total Hours** | | **0:00** | **Total Painting $35/hour** | **$0.00** |

| Date | Unit | | | | Reimbursement | |
|------|------|---|---|---|---------------|---|
| | | | | | **Total Reimbursement** | **$0.00** |

| Date | Unit | | Commission | | |
|------|------|---|------------|---|---|
| 5/9/25 | 2204 | | Jamie Brann | | $200.00 |
| 5/6/25 | 2311 | | Lizette Saldago | | $200.00 |
| | | | **Total Commissions** | | **$400.00** |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $184.88 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Total Commissions: | $400.00 |
| Parkside Place Subtotal: | $584.88 |
| Parkside Place Sales Tax (6.2%): | $36.26 |
| Parkside Place Total Paycheck Amount: | $621.14 |

PAID 2008



PO BOX 9379
FARGO, ND 58106

POSESSION - CASE #25-30003

20069

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

05/15/25

$64.00******

TO THE
ORDER OF

**** SIXTY FOUR AND 00/100 DOLLARS

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD     57201

NON-NEGOTIABLE

**Maintenance Hours**

**2025**

*Parkside Place*

**Maintenance Name:** Bradley Warns

$32.00  Hourly Rate
From: 1-May
To: 14-May

Invoice #: 2007

PAID
200009

Invoice Date: 5/14/2025
Due Date: 5/15/2025

| Date | Unit | Start | End | Hours | Scope of Work | |
|------|------|-------|-----|-------|---------------|---|
| 5/9 | | 11:30 AM | 12:30 PM | 1:00: | heaters off in parking garage | $32.00 |
| 5/12 | | 3:00 PM | 4:00 PM | 1:00: | ac and installed in 2409 - tested, works as should | $32.00 |

| | | **Total Hours** | **2:00:** | | **Total Hourly Pay $3/hour** | **$64.00** |
|---|---|---|---|---|---|---|
| | | | | | **Parkside Place Paycheck :** | **$64.00** |

1

**Mindy Craig**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Monday, May 19, 2025 3:00 PM |
| **To:** | Mindy Craig |
| **Subject:** | Pay.gov Payment Confirmation: Chapter 11 Quarterly Fee |



An official email of the United States government

Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

Application Name: Chapter 11 Quarterly Fee
Pay.gov Tracking ID: ▮▮▮▮▮▮▮
Agency Tracking ID: ▮▮▮▮▮▮▮

*PAID*
*ACH 5/19/25*

Account Holder Name: PARKSIDE PLACE, LLC
Transaction Type: ACH Debit
Transaction Amount: $150.00
Payment Date: 05/20/2025

Account Type: Business Checking
Routing Number: ▮▮▮▮▮▮▮
Account Number: ************8688

Transaction Date: 05/19/2025 04:00:25 PM EDT
Total Payments Scheduled: 1
Frequency: OneTime

Line 1: Remittance #1 - Type: Business, Account: 6832530003, Name: PARKSIDE PLACE, LLC, $150.00
Line 2:
Line 3:
Line 4:
Line 5:
Line 6:

**Contact:**
U.S. Trustee Program

**Email:**
Click to email

**Your payment is submitted**

You will not be able to access this information once you leave this page. A confirmation email has been sent to mcraig@cpbusmgt.com.

**Because you are not signed in:**

This payment will not show in your payment activity. You can sign in or create an account now and Pay.gov will have a record of your payment.

**To confirm your payment went through:**

Check your bank statement or account on the payment date

**For questions or to cancel this transaction:**

Contact the federal government agency you paid. Pay.gov is unable to cancel this transaction.

**We value your feedback!**

Do you have any feedback regarding your Pay.gov experience? Please share it here. »

Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

**Tracking Information**

Pay.gov Tracking ID: 2TO77KUJ

Agency Tracking ID: 77048T12906

Form Name: U.S. Trustee Chapter 11 Quarterly Fee

Application Name: Chapter 11 Quarterly Fee

**Payment Information**

Payment Type: Bank account (ACH)

Payment Amount: $150.00

Transaction Date: 05/19/2025 04:00:25 PM EDT

Payment Date: 05/20/2025

Line 1: Remittance #1   Type: Business, Account: 6812550003, Name: PARKSIDE PLACE, LLC, $150.00

Line 2:

Line 3:

Line 4:

Line 5:

Line 6:

Line 7:

Line 8:

Line 9:

Line 10:

**Account Information**

Account Holder Name: PARKSIDE PLACE, LLC

Routing Number: ▮▮▮▮▮▮

Account Number: ***********8688

Page 1 of 1

Rev. 01/20

Office of the U. S. Trustee
300 South 4th Street
Room 1015
Sioux Falls, SD 55415-1329

Account No.: ███████████
Process Date: 05-07-25

**Delinquency Notice**

See Instructions On Reverse Side

0003305
**********AUTO**MIXED AADC 170
PARKSIDE PLACE LLC
1405 1ST AVE N
FARGO, ND 58102-4203

UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM

### Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|---|---|---|
| | | ~~339.00~~ |
| | | 150.00 |
| 04-03-25 | Balance Forward  *Pd April 30.* | |
| 04-18-25 | Adjustments to fees charged from previous statement. | |



PAID
ACH online

*Pd $150 - Online*
*via ACH.*
*5/19/25*

| | Estimated Balance Due Based On Disbursement Record | **489.00** |
|---|---|---|

Chapter 11 quarterly fees for this account have not been paid in full.  Please pay the amount due immediately.  If the payment has been remitted, please disregard this statement.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20067

05/12/25

$14,500.00**

TO THE
ORDER OF    **** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

NON-NEGOTIABLE

MEMO: *Loan Payment*

    i.      Not contained in the Budgets except as approved by the Bankruptcy Court after written notice to the Bank and a hearing or after written request to the Bank and the Bank's written consent; or

    ii.     In excess of one hundred ten percent (110%) of the amount set forth in the Budget, in the aggregate from the Petition Date.

5.    <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

    i.      Pre-Petition Rents held by the VerStandig Law Firm, LLC Attorney Trust Account are considered to be cash collateral and subject to the constraints of the Budgets. Debtors waive and release any claim against the Bank that the Pre-Petition Rents remitted under this paragraph 5(i) or paragraph 10 below are property of the estate or that the Bank did not have a properly perfected lien in these specific monies, to the extent of any allowed claims of the Bank.



    ii.    Parkside will pay the sum of $14,500 on the 15th day of each month to be applied to debt service.

    iii.   ~~Generations will pay the sum of $35,000 on the 15th day of each month to be applied to debt service.~~

    iv.   The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

# CODINGTON COUNTY TREASURER

**Official Real Estate Tax Notice**
14 FIRST AVENUE S.E. * WATERTOWN, SD 57201
(605) 882-6285

2024 TAXES DUE AND PAYABLE IN 2025

3451.93 hm

**EXHIBIT**
**IV1064**

2024 – 12152

Record#: 9358

**Legal:**    Sch: 14-4    S/T/R:    Acres/Lots: .00

WATERTOWN CITY  PARKSIDE PLACE ADD
PARKSIDE PLACE ADD
8 2 ST NE

**Taxes In Name Of**

PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 20,711.62 |
| **Second Half** | 20,711.62 |
| **TOTAL** | 41,423.24 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 65,136 | 2.525 | 164.48 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 65,136 | 9.478 | 617.36 |
| WATERTOWN CITY | 67,568 | 65,136 | 1.691 | 110.14 |
| EAST DAKOTA WATER | 67,568 | 65,136 | 0.020 | 1.30 |
| TAX INCREMENT 12 NA | 67,568 | 2,955,371 | 13.714 | 40,529.96 |

5/15/25
JE:
$ 2958.80
escrow

NA: 41423.24

| **TOTAL:** | |
|---|---|
| | 41,423.24 |

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⇩ Please detach stubs and return with your payment ⇩

**-FIRST PAYMENT-**

PARKSIDE PLACE LLC

CODINGTON
Record #
9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |
| DELINQUENT AFTER APRIL 30th | |

⇩ Please detach stubs and return with your payment ⇩

**-SECOND PAYMENT-**

PARKSIDE PLACE LLC

CODINGTON
Record #
9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |
| DELINQUENT AFTER OCTOBER 31st | |

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20074

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

05/31/25

$276.12******

TO THE
ORDER OF      **** TWO HUNDRED SEVENTY SIX AND 12/100 DOLLARS

AUTOMATIC BUILDING CONTROLS
4300 W 61ST ST N
SIOUX FALLS, SD    57107

NON-NEGOTIABLE

# ABC



**Invoice**

## AUTOMATIC BUILDING CONTROLS
4300 W. 61ST St. N. • Sioux Falls, SD 57107
605-336-1200 • FAX 605-336-0088

Invoice No : 233925
Invoice Date : 04/30/2025
Customer Code : APPARPLAW

Location: **Parkside Place**
8 2nd St NE
Watertown, SD 57201

Bill To: **Parkside Place**
PO Box 9379
Fargo, ND 58106

**PAID** 2054

| P.O. # / Authority | Project Location | Our Contract Number | Terms |
|---|---|---|---|
| | | | Net 30 |

| Quantity / Hours | Item Number | Description | Unit Price / Rate | Amount |
|---|---|---|---|---|
| 1 | AC | Annual Checkout of Fire Alarm System(s) | 870.00 | 870.00 |
| 2 | PS12180 | Battery | 98.00 | 196.00 |
| 2 | PS1270 | Battery | 32.00 | 64.00 |

| | |
|---|---|
| Invoice Subtotal | 1130.00 |
| Sales Tax | 70.06 |
| Excise Tax | 0.00 |
| **INVOICE TOTAL** | **1200.06** |

*Your Business is Appreciated!*

prepaid $ 923.94
$ 276.12 due

Please See the Statement for the amount due on this invoice. $276.12

*...tarts with ABC!*®

FIRE ALARMS • MASS NOTIFICATION • CRCES-BDA • CLOCK SYSTEMS • NURSE CALL • BATTERIES

PAST DUE ACCOUNT SUBJECT TO COLLECTION AT 1.5 PER MONTH

# ABC

## Statement of Account

## AUTOMATIC BUILDING CONTROLS, INC. ®

4300 W. 61ST STREET N. • SIOUX FALLS, SD  57107 • (605) 336-1200 • FAX (605) 336-0088 • WWW.ABCSD.COM

| STATEMENT DATE |
|---|
| 04/30/2025 |

| ACCOUNT NO. |
|---|
| APPARPLAW |

**Parkside Place**
8  2nd St NE
Watertown, SD  57201

PAID
2024

| DATE | INVOICE | DESCRIPTION | CHARGES | CREDITS | AMOUNT DUE | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | OpenCr | Open Credit Balance | 0.00 | 0.00 | -923.94 | 0.00 |
| 04/10/2025 | | Payment, Chk#20043 | 0.00 | -923.94 | 0.00 | -923.94 |
| 04/30/2025 | 233925 | Annual Checkout | 1200.06 | 0.00 | 1200.06 | 276.12 |

| Current | 1 to 30 | 31 to 60 | 61 to 90 | Over 90 | TOTAL | |
|---|---|---|---|---|---|---|
| 1200.06 | 0.00 | 0.00 | 0.00 | 0.00 | | 276.12 |

*Life Safety Starts with ABC!* ®

FIRE ALARMS • MASS NOTIFICATION • ERCES-BDA • CLOCK SYSTEMS • NURSE CALL • BATTERIES

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20076

05/31/25

$283.55******

TO THE
ORDER OF

**** TWO HUNDRED EIGHTY THREE AND 55/100 DOLLARS

ELITE DRAIN & SEWER
1104 LINCOLN AVE NE
WATERTOWN, SD   57201

NON-NEGOTIABLE

# Statement

## Elite Drain & Sewer Cleaning LLC

PO Box 41
Watertown, SD 57201

| Date |
|------|
| 5/1/2025 |

| To: |
|-----|
| Parkside Place Apartments<br># CP Business Management<br>10 N Broadway #10<br>Watertown, SD 57201 |



| Amount Due | Amount Enc. |
|------------|-------------|
| $283.55 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 02/11/2025 | Parkside Place Apartments - 16683-<br>INV #60565021125. Due 02/11/2025. Orig. Amount $283.55.<br>--- Camera Work, 1 @ $225.00 = 225.00<br>--- Sewer $0.00<br>--- Pulled Toilet, 1 @ $35.00 = 35.00<br>--- Wax Ring, 1 @ $7.00 = 7.00<br>--- Tax: 6.2% Watertown sales tax @ 6.2% = 16.55 | 283.55 | 283.55 |

We appreciate your business!

Please remit payment to the above
address or call  605-878-3008 to
pay by credit card.

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 0.00 | 0.00 | 283.55 | 0.00 | $283.55 |

20077

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

05/31/25                    $1,249.20***

**** ONE THOUSAND TWO HUNDRED FORTY NINE AND 20/100 DOLLARS

TO THE
ORDER OF

HOMEMAKER'S VILLA
1400 MAIN AVE
MOORHEAD, MN    56560

NON-NEGOTIABLE



*Your Factory Authorized*
*Sales & Service Center*

# SALES INVOICE

1400 Main Ave
Moorhead, MN 56560
Phone 218-236-6724
Fax 218-236-7014
www.homemakersvilla.com

**Appliances + Service**

| ORDER DATE | DELIVERY DATE | INVOICE DATE |
|---|---|---|
| | * * * C O P Y * * * | |
| 05/22/25 | 05/23/25 | 05/23/25 |
| ORDER NO. | APPROX TIME | INVOICE NO. |
| 0030844 | | 0177832 |
| YOUR P.O. NO. | ACCOUNT NO. | SALESMAN |
| | 1872 | GARY ENGER |

SOLD TO:
CP BUSINESS MANAGEMENT
1405 1ST AVE N SUITE B
PO BOX 9379
FARGO        ND  58102

TELEPHONE NUMBER:   -237-3369
CELL PHONE NUMBER: --

SHIP TO: DROP OFF AT OFFICE FOR STOCK. ORDERED BY MINDY.

| QTY | MODEL NUMBER | COLOR | DESCRIPTION & SERIAL NUMBER | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | AKCQ12ACJ | | FA002422 AIR CONDITIONERS | 579.00 | 579.00 |
| 1 | AKCQ12ACJ | | FA002493 AIR CONDITIONERS | 579.00 | 579.00 |
| 1 | AKCQ12ACJ | | FA002563 AIR CONDITIONERS | 579.00 | 579.00 |
| 1 | AKCQ12ACJ | | FA002567 AIR CONDITIONERS | 579.00 | 579.00 |

*[handwritten in red: 3509 3404 $1,871.62 3408 paid 2305 $623.87]*

*[PAID 2017 stamp]*

Delivery Instructions:

| | |
|---|---|
| TOTAL AMOUNT | 2316.00 |
| SALES TAX | 179.49 |
| DELIVERY | 0.00 |
| | 0.00 |
| TOTAL | 2495.49 |
| PAYMENT WITH ORDER | 0.00 |
| **AMOUNT DUE** | 2495.49 /4 |

Terms: Purchaser agrees that Seller shall retian a purchase money security interest in the above merchandise untilll payment is made in full. There is no Finance Charge on accounts paid within 30 days of delivery. On all accounts not paid within 30 days of delivery, a FinanceCharge is computed by a periodic rate of 1.5% per month (or a minimum charge of 50 cents) which is and Annual Percentage Rate of 18% This finance charge is computed 30 days after delivery on the unpaid balance and each 30 day period thereafter.

*[handwritten in red: 623.87 (x5)]*

TERMS: PAY UPON RECEIPT OF INVOICE

DELIVERED BY:

DATE

X _____     X _____
**Ordered By**          **Received in satisfactory condition by**



**HOMEMAKER'S Villa**
Appliances + Service

Your Factory Authorized
Sales & Service Center

# SALES INVOICE

1400 Main Ave
Moorhead, MN  56560
Phone 218-236-6724
Fax 218-236-7014
www.homemakersvilla.com

| ORDER DATE | DELIVERY DATE | INVOICE DATE |
|---|---|---|
| | * * * C O P Y * * * | |
| 05/08/25 | 05/08/25 | 05/08/25 |
| ORDER NO. | APPROX TIME | INVOICE NO. |
| 0177581 | | 0177581 |
| YOUR P.O. NO. | ACCOUNT NO. | SALESMAN |
| | 1872 | JODI EVENSON |

SOLD TO:   CP BUSINESS MANAGEMENT
1405 1ST AVE N SUITE B
PO BOX 9379
FARGO          ND   58102

SHIP TO:  GENERATIONS ON 1ST
PICKED UP AT STORE

TELEPHONE NUMBER:   -237-3369
CELL PHONE NUMBER: --

| QTY | MODEL NUMBER | COLOR | DESCRIPTION & SERIAL NUMBER | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | AKCQ12ACJ | | LV010180 AIR CONDITIONERS | 579.00 | 579.00 |
| 1 | AKCQ12ACJ | | LV010177 AIR CONDITIONERS | 579.00 | 579.00 |
| 1 | AKCQ12ACJ | | LV007542 AIR CONDITIONERS | 579.00 | 579.00 |

*handwritten:* 3411 = $1,249.20
Per 3513
Pare 2409 = $424.00
PAID 2025

Delivery Instructions:

| | |
|---|---|
| TOTAL AMOUNT | 1737.00 |
| SALES TAX | 136.80 |
| DELIVERY | 0.00 |
| | 0.00 |
| TOTAL | 1873.80 |
| PAYMENT WITH ORDER | 0.00 |
| AMOUNT DUE | 1873.80 /3 |

*handwritten:* 424.00 each

Terms: Purchaser agrees that Seller shall retain a purchase money security interest in the above merchandise untill payment is made in full. There is no Finance Charge on accounts paid within 30 days of delivery. On all accounts not paid within 30 days of delivery, a FinanceCharge is computed by a periodic rate of 1.5% per month (or a minimum charge of 50 cents) which is and Annual Percentage Rate of 18% This finance charge is computed 30 days after delivery on the unpaid balance and each 30 day period thereafter.

APPLIED TO 0000000
TERMS: PAY UPON RECEIPT OF INVOICE

DELIVERED BY:

DATE

X _____
Ordered By

X _____
Received in satisfactory condition by

20078

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

05/31/25

$318.60******

TO THE
ORDER OF

**** THREE HUNDRED EIGHTEEN AND 60/100 DOLLARS

POPHAM CONSTRUCTION
PO BOX 227
CASTLEWOOD, SD    57223

NON-NEGOTIABLE

**Popham Construction, LLC**
PO Box 227
Castlewood, SD  57223
+16057932757
pconstruction09@gmail.com

# INVOICE

| **BILL TO** | **SHIP TO** | |
|---|---|---|
| CP Business Management | Parkside Apartments | **INVOICE #** 11485 |
| PO Box 9379 | Watertown, SD 57201 | **DATE** 05/27/2025 |
| Fargo, ND  58106 | | **DUE DATE** 06/26/2025 |
| | | **TERMS** Net 30 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 05/06/2025 | Parkside Apartments - Underground Garage Sweeping (Next to County Fair) | 1 | 300.00 | 300.00T |

Thank you for your business!

| | | |
|---|---|---|
| SUBTOTAL | | 300.00 |
| TAX | | 18.60 |
| TOTAL | | 318.60 |
| BALANCE DUE | | **$318.60** |





2007 9

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

05/31/25

$101.03*****

NON-NEGOTIABLE

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

**** ONE HUNDRED ONE AND 03/100 DOLLARS

TO THE
ORDER OF

RUSCO WINDOW
411 40TH ST SW
FARGO, ND  58103

RUSCO WINDOW
COMPANY, INC.
411 40TH STREET S
FARGO, ND 58103

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/29/2025 | 19709 |

**Bill To**

CP BUSINESS MANAGEMENT
PO BOX 426
FARGO, ND 58107

**Ship To**

PICKED UP @ RUSCO
411 40TH ST S
FARGO, ND 58103

| P.O. No. | Rep | FOB | Terms | Due Date | Account # | Ship Date |
|----------|-----|-----|-------|----------|-----------|-----------|
| | HS | 2213297 | Net 30 | 6/28/2025 | | 5/8/2025 |

| Item | Description | Qty | U/M | Rate | Amount |
|------|-------------|-----|-----|------|--------|
| Lindsay Casement Loc... | WHITE<br>Fargo ND | 4 | | 46.88<br>7.75% | 187.52T<br>14.54 |

*3412  +1 Extra  $ 101.03*

*2401  + 1 Extra  $ 101.03*  **PAID**  *2019*

*+ postage $ 4.41 ( Bill Part @ CP Bus. Inv.)*

There is a 3.5% convenience fee for any card processing.
All overdue balances are subject to a 1.5% interest charge each month.

| Total | $202.06 |
|-------|---------|
| **Balance Due** | **$202.06** |

| Phone # | E-mail |
|---------|--------|
| 701-281-1848 | ar@ruscowindowcompany.com |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20080

05/31/25

$180.54******

TO THE
ORDER OF    **** ONE HUNDRED EIGHTY AND 54/100 DOLLARS

TURFWURX PROPERTY MAINTENANCE
1401 BRUHN AVE NE
WATERTOWN, SD   57201

NON-NEGOTIABLE

TurfWurx Property Maintenance
SnowSolutions Ie and Snow Management
1401 Bruhn Ave NE
Watertown, SD 57201
605-881-4960



| INVOICE NO. APRIL2025 | 5/5/25 |
|---|---|

SERVICE ADDRESS

Parkside Apts
8 2ND St NE
Watertown, SD 57201

BILL TO:

Snow Removal

| DESCRIPTION | TOTAL |
|---|---|
| 04/01 – Snow removal | $85.00 |
| 04/02 – Snow removal | $85.00 |

| | |
|---|---|
| SUBTOTAL | $170.00 |
| SALES TAX 6.2% | $10.54 |
| **AMOUNT DUE:** | $180.54 |

Thank you for your business!



**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20081

05/31/25

$658.84******

TO THE
ORDER OF    **** SIX HUNDRED FIFTY EIGHT AND 84/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD  57241

NON-NEGOTIABLE



*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/1/2025 | 2152 |

| Due Date | Terms |
|----------|-------|
| 5/31/2025 | Net 30 |

| Bill To |
|---------|
| Parkside |
| Unit # |



| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Parkside Monthly ... | Monthly Building Cleaning- April | 400.00 | 400.00T |
|   |           | Sales Tax | 6.20% | 24.80 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

| Total | $424.80 |



*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/28/2025 | 2178 |

| Due Date | Terms |
|----------|-------|
| 6/27/2025 | Net 30 |

**Bill To**

Parkside
Unit # 2204



| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2.25 | Unit Cleaning | | 25.00 | 56.25T |
| | Air Unit | Clean A/C Front Vents and Filter | 0.00 | 0.00T |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Shower | | |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | Blinds | Wash Window  and / or  Patio Door Blinds | 0.00 | 0.00T |
| | Dust | Trim | 0.00 | 0.00T |
| | | Doors | | |
| | | Wall Vents | | |
| | | Baseboards | | |
| | | Heat Panels | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Kitchen | Range (Top, Sides, Under, Oven, Drawer) | 0.00 | 0.00T |
| | | Fridge (Top, Sides, Under, Inside) | | |
| | | Overhead Range (Inside, Front, Underside and Filter) | | |
| | | Dishwasher (Inside, Front, Filter) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks,Faucet, Sprayer, Drain Plugs | | |
| | Laundry | Clean Inside/ Outside Washing Machine | 0.00 | 0.00T |
| | | Remove Lint and Wipe Down Dryer | | |
| | | Wipe Shelves in Laundry Room | | |
| | | Pull Units Out and Sweep/Mop Under | | |
| | | Dust Behind | | |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | | Sales Tax | 6.20% | 3.49 |

| | |
|---|---|
| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | **Total**  $59.74 |

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/28/2025 | 2177 |

| Due Date | Terms |
|----------|-------|
| 6/27/2025 | Net 30 |

**Bill To**

Parkside
Unit # 2311

**PAID**

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6 | Unit Cleaning Kitchen | Range (Top, Sides, Under, Oven, Drawer) | 25.00 | 150.00T |
| | | Fridge (Top, Sides, Under, Inside) | 0.00 | 0.00T |
| | | Overhead Range (Inside, Front, Underside and Filter) | | |
| | | Dishwasher (Inside, Front, Filter) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks,Faucet, Sprayer, Drain Plugs | | |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Shower | | |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | Blinds | Wash Window  and / or  Patio Door Blinds | 0.00 | 0.00T |
| | Dust | Ceiling Fans | 0.00 | 0.00T |
| | | Trim | | |
| | | Doors | | |
| | | Wall Vents | | |
| | | Baseboards | | |
| | | Heat Panels | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Laundry | Clean Inside/ Outside Washing Machine | 0.00 | 0.00T |
| | | Remove Lint and Wipe Down Dryer | | |
| | | Wipe Shelves in Laundry Room | | |
| | | Pull Units Out and Sweep/Mop Under | | |
| | | Dust Behind | | |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | Chemical Fee | | 15.00 | 15.00 |
| | | Sales Tax | 6.20% | 9.30 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total**    $174.30

20082

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

05/31/25                    $318.60******

**** THREE HUNDRED EIGHTEEN AND 60/100 DOLLARS

TO THE
ORDER OF

DAKOTA CLEAN LLC
509 9TH AVE S
CLEAR LAKE, SD    57226

NON-NEGOTIABLE







**Dakota Clean, LLC**
40976 257th Street
Mitchell, SD 57301
Phone: (605) 521-6531

# INVOICE

**DATE:** 5/23/2025

**TO:**

CP Business Management
1405 1st Ave. N Suite B
Fargo, ND 58102

**FOR:**

Carpet Cleaning

| INVOICE # | DESCRIPTION | RATE | SALES TAX | AMOUNT |
|---|---|---|---|---|
| 37089 | Carpet Cleaning Parkside Apartment 2204 | $150.00 | $9.30 | 159.30 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | **$159.30** |

Make all checks payable to Dakota Clean
Send to:   40976 257th Street, Mitchell, SD 57301
Total due within 30 days of service. Overdue accounts subject to a service charge of 7% overdue period.

THANK YOU FOR YOUR BUSINESS!







Dakota Clean, LLC
40976 257th Street
Mitchell, SD 57301
Phone: (605) 521-6531

# INVOICE

**DATE:** 5/23/2025

**TO:**

CP Business Management
1405 1st Ave. N Suite B
Fargo, ND 58102

**FOR:**

Carpet Cleaning

| INVOICE # | DESCRIPTION | RATE | SALES TAX | AMOUNT |
|-----------|-------------|------|-----------|--------|
| 37090 | Carpet Cleaning Parkside Apartment 2311 | $150.00 | $9.30 | 159.30 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTAL** | **$159.30** |

Make all checks payable to Dakota Clean
Send to:   40976 257th Street, Mitchell, SD 57301
Total due within 30 days of service. Overdue accounts subject to a service charge of 7% overdue period.

THANK YOU FOR YOUR BUSINESS!

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20083

05/31/25

$207.09******

TO THE
ORDER OF    **** TWO HUNDRED SEVEN AND 09/100 DOLLARS

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD  57201

NON-NEGOTIABLE

## George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

**Invoice**

| Due Date | Invoice # |
|----------|-----------|
| DUE ON RECEIPT | 40142 |

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

# APRIL GARBAGE SERVICE (2025)

| Qua.. | Description | Rate | Amount |
|-------|-------------|------|--------|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

*park: $207.09*
*Gen $207.09*

WE APOLOGIZE FOR SENDING THE APRIL INVOICE SO LATE, WE HAD TO UPDATE OUR ACCOUNTING SOFTWARE WHICH CAUSED SOME DELAYS, WE WILL BE SENDING THE MAY SERVICE INVOICE TOWARDS THE MIDDLE OF JUNE OR YOU CAN ALSO PAY THE MAY INVOICE ALONG WITH THE APRIL IF THAT IS MORE CONVENIENT FOR YOU. THANK YOU.

| Sales Tax (6.2.. | $24.18 |
|------------------|--------|
| **Total** | **$414.18** |

**PLEASE REFERENCE YOUR INVOICE # ON YOUR PAYMENT**

A finance charge of 1.5% ($1.00 min) per month (18% annually) will be added to accounts over 30 days.

George's Sanitation Thanks You For Your Business.

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20084

TO THE
ORDER OF

05/31/25

**** TWO HUNDRED FORTY SEVEN AND 77/100 DOLLARS

$247.77******

BLUEPEAK
PO BOX 5002
SIOUX FALLS, SD    57117-5002

NON-NEGOTIABLE



## Contact Us
**www.mybluepeak.com**
**866-991-9722**



@HelloBluepeak

page 1 of 4

| | |
|---|---|
| **Account Number:** | ▉▉▉▉ |
| **Billing Date:** | 05/20/25 |
| **Total Amount Due:** | **$247.77** |
| **Payment Due By:** | 06/13/25 |



## It pays to have friends.

Refer your friends to Bluepeak and **get a $50 credit** on your bill when they sign up.

**mybluepeak.com/help/refer-a-friend**

### STATEMENT SUMMARY
| | |
|---|---|
| Previous Balance | $247.77 |
| Payments and Adjustments | -$247.77 |
| New Charges | $247.77 |
| **Total Amount Due** | **$247.77** |

### NEW CHARGES SUMMARY
| | |
|---|---|
| Monthly Service Charges | $175.99 |
| Taxes | $71.78 |
| **Total New Charges** | **$247.77** |

A late fee will be applied to your account if the amount of $247.77 is not received before 06/13/25. Payments received after 05/20/25 are not reflected on this statement.

Government taxes and fees are imposed by federal, state, and local governments. These charges may vary by the state and locality of your service address or services purchased and are subject to change from time to time.

Starting June 1, 2025, the $1.99 fee for online and automated system payments will now be free! It's fast, easy & secure. Payments made through customer care agents will incur a fee of $5.99, but agents can assist with AutoPay changes at no charge.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices. Your acknowledgement of this agreement is confirmed by your payment.



**Contact Us**
**www.mybluepeak.com**
**866-991-9722**


@HelloBluepeak

| | |
|---|---|
| Account Number: | ▉▉▉ |
| **Billing Date:** | 05/20/25 |
| **Total Amount Due:** | **$247.77** |
| **Payment Due By:** | 06/13/25 |

| | |
|---|---|
| Federal USF Fee ....................... | $14.30 |
| State Telecommunications Relay Srvc ........................................... | $0.45 |
| **Total Taxes and Fees ..............** | **$71.78** |
| **Total Amount Due................................** | **$247.77** |

**SERVICE LOCATIONS**
8 2ND ST  NE WATERTOWN, SD 57201-3624

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20086

TO THE
ORDER OF

**** FOUR THOUSAND EIGHT HUNDRED TWENTY SIX AND 26/100 DOLLARS

05/31/25          $4,826.26***

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,      58106

NON-NEGOTIABLE



# CP Business Management

**2025**

## Parkside Place

| | | |
|---|---|---|
| From: | 1-May | |
| To: | 31-May | |

**Invoice #:** 2005
**Invoice Date:** 5/31/2025
**Due Date:** 06/01/25

| | | Gross Collected Rents | | Total |
|---|---|---|---|---|
| 5% | | Management Fee Collected Funds | $38,206.95 | $1,910.35 |
| | | **Total Management Fee** | **$38,206.95** | **$1,910.35** |

| | | Offsite Office | Total |
|---|---|---|---|
| 7010 | | Off Site Office Rent | $1,312.50 |
| 7030 | | Off Site Office Utilities | $84.80 |
| 7040 | | Off Site Office Supplies | $308.71 |
| | **Total Offsite Office** | | **$1,706.01** |

| | | Other Collected Income | Total |
|---|---|---|---|
| 5700 | | Keller bank fee, Pugsley admin fee for electric, Sik Re-rental fee | $600.00 |
| 5800 | | Collected late fees | $122.00 |
| | | **Total Other Collected Income** | **$722.00** |

| | | Miscellaneous | Total |
|---|---|---|---|
| 8004 | | Misc Manager | $250.00 |
| 8005 | | Misc Prof. | $200.00 |
| 7057 | | Software Fee | $38.00 |
| | | **Total Miscellaneous** | **$488.00** |

| | |
|---|---|
| **Total Management Fee** | $1,910.35 |
| **Total Offsite Office** | $1,706.01 |
| **Total Other Collected Income** | $722.00 |
| **Total Miscellaneous** | $488.00 |
| **Parkside Place Total** | $4,826.36 |

Please make checks payable to CP Business Management no later than  6/1/2025

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20071

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

05/31/25          $1,755.00***

TO THE
ORDER OF

**** ONE THOUSAND SEVEN HUNDRED FIFTY FIVE AND 00/100 DOLLARS

JESSE CRAIG
1405 1ST AVE N
FARGO, ND  58102

NON-NEGOTIABLE



**JESSE CRAIG**

*PARKSIDE PLACE*

**2025**

| From: | 1-May |
| To: | 31-May |

Invoice #: 6005
Invoice Date: 5/31/2025
Due Date: 06/01/25

| | | | Total |
|---|---|---|---|
| 39 | Manager oversite $45/unit | $45.00 | $1,755.00 |
| | | **$45.00** | **$1,755.00** |

Please make checks payable to Jesse Craig no later than   06/01/25

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20085

05/31/25

TO THE
ORDER OF      **** TWO THOUSAND FOUR HUNDRED SIXTY AND 79/100 DOLLARS      $2,460.79****

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

**MUNICIPAL UTILITIES DEPT.**

| Account Number | Name | Service Address |
|---|---|---|
| | PARKSIDE PLACE, LLC | 8 2 ST NE 2403 |

| Meter Number | Read Dates | | Billing | | Meter Readings | | | | | Power |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | Days | Code | Present | Previous | Multiplier | Usage | Units | factor |
| ELECTRIC: 0000049020 | 05/20/2025 | 04/21/2025 | 29 | MR | 21515 | 21218 | 1 | 297 | kWh | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)



Jan Feb Mar Apr May
2025

| PREVIOUS BALANCE | | 63.29 |
|---|---|---|
| PAYMENT | 05/21/2025 | -3.16 |
| PAYMENT | 05/21/2025 | -63.29 |
| LATE PENALTY | 05/13/2025 | 3.16 |
| BALANCE FORWARD | | 0.00 |
| | | |
| ELECTRIC SERVICE | | |
| Electric Customer Charge | | 13.10 |
| Electric Energy | | 21.68 |
| Electric State Tax | | 1.46 |
| Electric City Tax | | 0.70 |
| TOTAL ELECTRIC CHARGES | | 36.94 |
| | | |
| CURRENT CHARGES | | $36.94 |
| | | |
| TOTAL AMOUNT DUE | | $36.94 |

*tenant Bill*
*+ admin fee*
*Billed*

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 06/01/2025 | 06/10/2025 | 36.94 | 38.79 |

**MESSAGES:** The 2024 Water Quality Report is available on the Municipal Utilities website at
https://www.watertownmu.com/wp-content/uploads/WaterQualityReport_2024_3.pdf
The Water Quality Report is available in print and can be mailed to your house by calling
605-882-6233 and requesting a copy.

Page 1       Please detach top portion and return with payment.       Page 1

**MUNICIPAL UTILITIES DEPT.**

Account Number     Name     PARKSIDE PLACE, LLC     Service Address     8 2 ST NE HOUSE

| Meter Number | Read Dates Present | Read Dates Previous | Billing Days | Code | Meter Readings Present | Meter Readings Previous | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000030986 | 05/22/2025 | 04/22/2025 | 30 | MR | 77850 | 73796 | 1 | 4054 | kWh | |
| ELECTRIC: 0000030986 | 05/22/2025 | 04/22/2025 | 30 | MR | 8799 | | 1 | 8.80 | kW | |
| WATER: 0200555043 | 05/22/2025 | 04/22/2025 | 30 | MR | 03037 | 02964 | 1 | 73 | ccf | |
| GAS: 0104951134 | 05/22/2025 | 04/22/2025 | 30 | MR | 12400 | 12144 | 1.119 | 286 | ccf | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

WATER (100 cu.ft)

GAS (ccf)

121360

| | |
|---|---:|
| PREVIOUS BALANCE | 2,467.07 |
| PAYMENT   05/21/2025 | -123.36 |
| PAYMENT   05/21/2025 | -2,467.07 |
| LATE PENALTY  05/13/2025 | 123.36 |
| BALANCE FORWARD | 0.00 |
| **ELECTRIC SERVICE** | |
| Electric Customer Charge | 19.75 |
| Electric Energy | 320.27 |
| Electric State Tax | 14.28 |
| Electric City Tax | 6.80 |
| TOTAL ELECTRIC CHARGES | 361.10 |
| **GAS SERVICE** | |
| Gas Customer Charge | 17.00 |
| Gas Consumption | 182.48 |
| Gas State Tax | 8.38 |
| Gas City Tax | 3.99 |
| TOTAL GAS CHARGES | 211.85 |
| **WATER SERVICE** | |
| Water Customer Charge | 38.06 |
| Water Consumption | 307.62 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 388.94 |
| **SEWER SERVICE** | |
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 1,421.35 |
| TOTAL SEWER CHARGES | 1,461.96 |
| CURRENT CHARGES | $2,423.85 |
| TOTAL AMOUNT DUE | $2,423.85 |

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 06/01/2025 | 06/10/2025 | 2,423.85 | 2,545.05 |

**MESSAGES:** The 2024 Water Quality Report is available on the Municipal Utilities website at
https://www.watertownmu.com/wp-content/uploads/WaterQualityReport_2024_3.pdf
The Water Quality Report is available in print and can be mailed to your house by calling
605-882-6233 and requesting a copy.

| PARKSIDE UNIT | | | AMOUNT | |
|---|---|---|---|---|
| | Service From | Service to | | |
| 2403 | 4/21/2025 | 5/20 | 36.94 | |
| | | | | |
| | | | | |
| | | | | |
| | Total | | 36.94 | |
| | | | | |
| | 4/22 | 5/22/2025 | 361.10 | house elect |
| | 3/24 | 4/22/2025 | 211.85 | gas |
| | 3/24 | 4/22/2025 | 388.94 | water |
| | 3/24 | 4/22/2025 | 1,461.96 | sewer |
| | total house meter/use | | 2,423.85 | |
| | | | | |
| | | | | |
| | total check | | 2,460.79 | |
| | | | | |
| | | | | |

