UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.:  25-30002 |
| Generations on 1st LLC, | Chapter 11 |
| Debtor. | |
| In Re: | Case No. 25-30003 |
| Parkside Place LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

**NOTES ACCOMPANYING JUNE MONTHLY
OPERATING REPORT FOR PARKSIDE PLACE, LLC**

1.     **Basis of Accounting.** All supporting documentation for the June Monthly Operating Report has been prepared on a cash basis using Yardi, the Debtor's third-party accounting and reporting platform. Yardi records all receipts and disbursements at the time funds are received or sent through the system. As a result, certain transactions may be reflected in the report but not yet appear on the June 2025 bank statement due to delays in processing between Yardi and the financial institution. These timing differences are inherent in the cash basis method and may not be fully reflected in the bank reconciliation.

2.     **Total Receipts.** The Debtor's June receipts, as recorded in the Starion Bank account, amounted to $44,163.12. This amount includes a $2,050.00 security deposit transfer, which is not included in the income reported on the Monthly Operating Report ("MOR"). It also includes a $100.00 overage from funds transferred from Ruins, which was refunded later. After excluding these amounts, the receipts reported on the MOR totaled $42,013.12.

3.     **Total Disbursements.** The Starion account shows total withdrawals of $27,775.27, while the MOR reports $27,675.00. The $100.00 difference is likewise attributable to the return of

1

the $100.00 overage to Ruins. Additionally, pursuant to the stipulation governing the use of cash collateral ("Stipulation"), the Debtor remitted the sum of $14,500.00 to Red River State Bank.

4. **Cash Balance End of Month.** The MOR lists a month-end cash balance of $121,219.00. Adding back the $2,050.00 in security deposits that were excluded from receipts but remain in the operating account results in an actual month-end balance of $123,268.56. This total reflects $49,768.56 in the Starion account, and $73,500.00 in the Trust account.

5. **Accounts Receivable.** The accounts receivable reported for the period include a combination of charges assessed to tenants, including outstanding electric utility charges, late fees, and one-half month's unpaid rent. In addition, several balances stem from security deposit adjustments or anticipated re-rental fees that will be assessed upon the tenants' vacating the premises. While these amounts are recorded in the reports, they do not constitute traditional accounts receivable in the form of collectible income and are not presently due. The Debtor continues to monitor all tenant accounts and will make appropriate adjustments as the underlying obligations are finalized.

6. **Summary of New Leases Signed, Short Cancel Notification, and Lease Ended.** During the month of June, unit #2401 and #2312 were vacated. Lease renewals were executed for units #2307 and #2412. The Debtor received short-term lease cancellation notice from the tenant in unit #2301, who provided improper notice and intends to vacate as of August 1, 2025. Pursuant to the lease agreement, the tenant remains responsible for rent through August 31, 2025. No Evictions were initiated or pending as of the end of the reporting period.

7. **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability

2

meritorious of listing on Schedule D but, too, being a liability that is properly setoff by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

# Starion Bank

PO Box 848
Mandan, ND 58554

>001489 4865271 0001 92855 10Z

0556417400
DC02

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

*Statement Ending 06/30/2025*

PARKSIDE PLACE LLC                                    Page 1 of 6
Customer Number:

## Managing Your Accounts

| | Branch | 2754 Brandt Dr S Fargo, ND 58104 |
|---|---|---|
| | Phone | 701.281.5600 |
| | Website | Starionbank.com |

## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | | $49,768.56 |

# ND STAR CHECKING -

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/31/2025 | Beginning Balance | $33,380.71 |
| | 22 Credit(s) This Period | $44,163.12 |
| | 17 Debit(s) This Period | $27,775.27 |
| 06/30/2025 | Ending Balance | $49,768.56 |

## Other Credits

| Date | Description | Amount |
|---|---|---|
| 06/02/2025 | CPBUSINESSMANAGE Settlement 000024043690854 | $392.76 |
| 06/02/2025 | EDEPOSIT | $1,147.00 |
| 06/02/2025 | EDEPOSIT | $3,045.00 |
| 06/03/2025 | CP BUSINESS MANA ParkRentCA XXXXX6888 | $4,589.19 |
| 06/03/2025 | CP BUSINESS MANA ParkRent XXXXX6888 | $6,845.00 |
| 06/04/2025 | CPBUSINESSMANAGE Settlement 000024062823394 | $970.00 |
| 06/05/2025 | YARDI CARD DEP 1112Transf XXXXX5725 | $5,840.00 |
| 06/06/2025 | YARDI CARD DEP 1112Transf XXXXX7634 | $2,050.00 |
| 06/06/2025 | CPBUSINESSMANAGE Settlement 000024114783138 *Batch 235, includes Holden 5131 pymnt # 945.* (257 + 262) | $6,964.26 ✱ |
| 06/09/2025 | CPBUSINESSMANAGE Settlement 000024131147662 | $925.00 |
| 06/09/2025 | EDEPOSIT | $230.74 |
| 06/10/2025 | YARDI CARD DEP 1112Transf XXXXX0927 | $1,025.00 |
| 06/10/2025 | YARDI CARD DEP 1112Transf XXXXX9343 | $1,157.24 |
| 06/10/2025 | 291451 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8699 ON 6/10/25 *Accidental Deposit to returns - over by $100 - shows Debit on 2nd page* | $2,150.00 |
| 06/11/2025 | CPBUSINESSMANAGE Settlement 000024156739618 | $1,025.00 |
| 06/11/2025 | EDEPOSIT | $2,050.00 |
| 06/12/2025 | CP BUSINESS MANA shortJuneR XXXXX6888 *Schentile - Part of U13 Act dep. in yardi* | $100.00 |
| 06/13/2025 | 762621 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXXX8658 ON 6/13/25 *Sec. deposits - sik, ozdert* | $2,050.00 |
| 06/16/2025 | CPBUSINESSMANAGE Settlement 000024193920746 | $500.00 |

Member FDIC
EQUAL HOUSING LENDER

PARKSIDE PLACE LLC                    Statement Ending 06/30/2025                    Page 2 of 6

CSTMTADV 1071 0001 122 07 20250701 PG 1 OF 4
00564194        557353231.1        0-0

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | | |
|---|---|---|
| **NEW BALANCE** TRANSFER AMOUNT FROM OTHER SIDE | $ | |
| **ADD** | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| **SUB TOTAL** | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
| **NUMBER** | **AMOUNT** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL CHECKS NOT LISTED** ➤ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE       **BALANCE** | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE



# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 06/30/2025*

PARKSIDE PLACE LLC                                      Page 3 of 6

Customer Number:

## ND STAR CHECKING -                    (continued)

### Other Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 06/16/2025 | 060456 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8666 ON 6/16/25 | $20.00 |
| 06/18/2025 | YARDI CARD DEP 1112Transf XXXXX3411 | $61.94 |
| 06/25/2025 | YARDI CARD DEP 1112Transf XXXXX1524 | $1,025.00 |

### Other Debits



| Date | Description | Amount |
|------|-------------|--------|
| 06/10/2025 | 293292 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8699 ON 6/10/25 | $100.00 |

*Accidental overage from Runits tx.*

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 20071 | 06/04/2025 | $1,755.00 | 20079 | 06/16/2025 | $101.03 | 20085 | 06/17/2025 | $2,460.79 |
| 20072 | 06/09/2025 | $121.86 | 20080 | 06/24/2025 | $180.54 | 20086 | 06/11/2025 | $4,826.26 |
| 20073 | 06/18/2025 | $64.00 | 20081 | 06/20/2025 | $658.84 | 20087 | 06/16/2025 | $14,500.00 |
| 20074 | 06/16/2025 | $276.12 | 20082 | 06/11/2025 | $318.60 | 20089* | 06/20/2025 | $389.57 |
| 20077* | 06/09/2025 | $1,249.20 | 20083 | 06/23/2025 | $207.09 | | | |
| 20078 | 06/23/2025 | $318.60 | 20084 | 06/10/2025 | $247.77 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06/02/2025 | $37,965.47 | 06/10/2025 | $67,238.06 | 06/18/2025 | $50,498.20 |
| 06/03/2025 | $49,399.66 | 06/11/2025 | $65,168.20 | 06/20/2025 | $49,449.79 |
| 06/04/2025 | $48,614.66 | 06/12/2025 | $65,268.20 | 06/23/2025 | $48,924.10 |
| 06/05/2025 | $54,454.66 | 06/13/2025 | $67,318.20 | 06/24/2025 | $48,743.56 |
| 06/06/2025 | $63,468.91 | 06/16/2025 | $52,961.05 | 06/25/2025 | $49,768.56 |
| 06/09/2025 | $63,253.59 | 06/17/2025 | $50,500.26 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

PARKSIDE PLACE LLC                    Statement Ending 06/30/2025                    Page 4 of 6



#0000        06/10/2025            $100.00



#20071        06/04/2025            $1,755.00



#20072        06/09/2025            $121.86



#20073        06/18/2025            $64.00



#20074        06/16/2025            $276.12



#20077        06/09/2025            $1,249.20



#20078        06/23/2025            $318.60



#20079        06/16/2025            $101.03



#20080        06/24/2025            $180.54



#20081        06/20/2025            $658.84

# Starion Bank

PO Box 848
Mandan, ND 58554





#20082        06/11/2025                      $318.60

#20083        06/23/2025                      $207.09





#20084        06/10/2025                      $247.77

#20085        06/17/2025                    $2,460.79



#20086        06/11/2025                    $4,826.26

#20087        06/16/2025                   $14,500.00

#20089        06/20/2025                      $389.57



PARKSIDE PLACE LLC                          Statement Ending 06/30/2025                          Page 6 of 6

CSTMTADV 1071 0001 127 07 20250701 PG 3 OF 4
00564194    55735323I.1    0-0

Starionbank.com

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 06/30/2025**

PARKSIDE PLACE LLC                                    *Page 1 of 4*

Customer Number:

>002740 4850388 0001 92855 10Z

0714078
DC02

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379




## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |



## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | | $41,634.64 |

## REGULAR SAVINGS NON PERS -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2025 | Beginning Balance | **$39,535.49** |
| | 4 Credit(s) This Period | $5,134.64 |
| | 3 Debit(s) This Period | $3,035.49 |
| 06/30/2025 | Ending Balance | **$41,634.64** |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 04/01/2025 Through 06/30/2025 | |
| Annual Percentage Yield Earned | 0.10% |
| Interest Days | 91 |
| Interest Earned | $9.64 |
| Interest Paid This Period | $9.64 |
| Interest Paid Year-to-Date | $15.13 |
| Average Ledger Balance | $40,706.99 |
| Average Available Balance | $40,706.99 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **04/01/2025** | **Beginning Balance** | | | **$39,535.49** |
| 04/14/2025 | 087475 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8688 ON 4/14/25 | $5.49 | | $39,530.00 |
| 04/14/2025 | 078529 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8688 ON 4/14/25 | $980.00 | | $38,550.00 |
| 05/01/2025 | EDEPOSIT | | $1,025.00 | $39,575.00 |
| 05/13/2025 | EDEPOSIT | | $2,050.00 | $41,625.00 |
| 06/03/2025 | EDEPOSIT | | $2,050.00 | $43,675.00 |
| 06/13/2025 | 762621 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8688 ON 6/13/25 | $2,050.00 | | $41,625.00 |
| 06/30/2025 | INTEREST | | $9.64 | $41,634.64 |
| **06/30/2025** | **Ending Balance** | | | **$41,634.64** |



Member
FDIC
EQUAL HOUSING LENDER

PARKSIDE PLACE LLC                    Statement Ending 06/30/2025                    Page 2 of 4

CSTMTADV 1071 0001 1241 07 20255701 PG 1 OF 3
07714078    55735215.1    0-0

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

***What To Do If You Think You Find A Mistake On Your Statement***

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE    BALANCE | | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE



# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 06/30/2025*

PARKSIDE PLACE LLC                                    *Page 3 of 4*

Customer Number:

## REGULAR SAVINGS NON PERS - 10938658 (continued)

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



CSTMTADV 1071 0001 124 07 20250701 PG 2 OF 3
55735215.1   0-0
00714078

Starionbank.com

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| | |
|---|---:|
| Balance Per Bank Statement as of 06/30/2025 | 49,768.56 |
| Plus: Outstanding Deposits | 1,223.42 |
| Less: Outstanding Checks | 41,545.60 |
| Plus / Minus: Other Items | -20,716.54 |
| Reconciled Bank Balance | -11,270.16 |
| Balance per GL as of 06/30/2025 | 27,329.82 |
| Reconciled Balance Per G/L | 27,329.82 |
| Difference | -38,599.98 |

**Cleared Items:**
**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 01/31/2025 | 20003 | ACTIVE HEATING INC | 329.22 | 02/28/2025 |
| 01/31/2025 | 20004 | Alexis Burbach | 755.16 | 02/28/2025 |
| 01/31/2025 | 20005 | BLUEPEAK | 247.63 | 02/28/2025 |
| 01/31/2025 | 20006 | CP BUSINESS MANAGEMENT | 19.13 | 02/28/2025 |
| 01/31/2025 | 20007 | GLASS PRODUCTS | 334.16 | 02/28/2025 |
| 01/31/2025 | 20008 | JAXON SCHMIDT | 120.00 | 02/28/2025 |
| 01/31/2025 | 20009 | SETHS SCAPES | 260.19 | 02/28/2025 |
| 01/31/2025 | 20010 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,392.90 | 02/28/2025 |
| 01/31/2025 | 20011 | Mindy Craig | 11.25 | 02/28/2025 |
| 01/31/2025 | 20013 | CP BUSINESS MANAGEMENT | 984.48 | 02/28/2025 |
| 01/31/2025 | 20014 | JESSE CRAIG | 849.03 | 02/28/2025 |
| 01/31/2025 | 20015 | CP BUSINESS MANAGEMENT | 38.00 | 02/28/2025 |
| 01/29/2025 | 20002 | Mindy Craig | 1,748.74 | 02/28/2025 |
| 02/12/2025 | 20012 | RED RIVER STATE BANK | 14,500.00 | 02/28/2025 |
| 02/27/2025 | 20016 | CP BUSINESS MANAGEMENT | 1,741.90 | 02/28/2025 |
| 02/28/2025 | 20017 | BRIANS GLASS AND DOOR | 175.00 | 03/31/2025 |
| 02/28/2025 | 20018 | GEORGES SANITATION | 207.09 | 03/31/2025 |
| 02/28/2025 | 20019 | DAKOTA CLEAN LLC | 159.30 | 03/31/2025 |
| 02/28/2025 | 20020 | WHITE GLOVE CLEANING | 424.80 | 03/31/2025 |
| 02/28/2025 | 20021 | Alexis Burbach | 894.85 | 03/31/2025 |
| 02/28/2025 | 20022 | BLUEPEAK | 247.63 | 03/31/2025 |
| 02/28/2025 | 20023 | JAXON SCHMIDT | 94.88 | 03/31/2025 |
| 02/28/2025 | 20024 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 1,889.21 | 03/31/2025 |
| 02/28/2025 | 20025 | CP BUSINESS MANAGEMENT | 4,275.13 | 03/31/2025 |
| 02/28/2025 | 20026 | JESSE CRAIG | 1,755.00 | 03/31/2025 |
| 02/28/2025 | 20028 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,922.06 | 03/31/2025 |
| 02/28/2025 | 20029 | LIBBY BURGHARDT | 262.50 | 03/31/2025 |
| 03/05/2025 | 20027 | RED RIVER STATE BANK | 14,500.00 | 03/31/2025 |
| 03/14/2025 | 20030 | JOHNSON | 300.00 | 03/31/2025 |
| 03/14/2025 | 20031 | NEWMAN | 943.50 | 03/31/2025 |
| 03/18/2025 | 20032 | CP BUSINESS MANAGEMENT | 1,699.41 | 03/31/2025 |
| 03/28/2025 | 20033 | JESSE CRAIG | 1,755.00 | 04/30/2025 |
| 03/31/2025 | 20034 | Alexis Burbach | 277.58 | 04/30/2025 |
| 03/31/2025 | 20035 | BLUEPEAK | 247.63 | 04/30/2025 |
| 03/31/2025 | 20036 | Capital One Commercial | 2.29 | 04/30/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| 03/31/2025 | 20037 | GEORGES SANITATION | 207.09 | 04/30/2025 |
| 03/31/2025 | 20038 | IKES WINDOW WASHING | 116.82 | 04/30/2025 |
| 03/31/2025 | 20039 | JAXON SCHMIDT | 120.00 | 04/30/2025 |
| 03/31/2025 | 20040 | SIGN PRO | 116.10 | 04/30/2025 |
| 03/31/2025 | 20041 | TURFWURX PROPERTY MAINTENANCE | 124.79 | 04/30/2025 |
| 03/31/2025 | 20042 | WHITE GLOVE CLEANING | 504.45 | 04/30/2025 |
| 03/31/2025 | 20043 | AUTOMATIC BUILDING CONTROLS | 923.94 | 04/30/2025 |
| 03/31/2025 | 20044 | Alexis Burbach | 497.55 | 04/30/2025 |
| 03/31/2025 | 20046 | CP BUSINESS MANAGEMENT | 5,173.20 | 04/30/2025 |
| 03/31/2025 | 20047 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,566.49 | 04/30/2025 |
| 03/31/2025 | 20045 | SCHUMACHER | 477.58 | 04/30/2025 |
| 03/31/2025 | 20050 | CP BUSINESS MANAGEMENT | 40.70 | 04/30/2025 |
| 04/10/2025 | 20048 | RED RIVER STATE BANK | 14,500.00 | 04/30/2025 |
| 04/14/2025 | 20049 | CODINGTON COUNTY TREASURER | 20,711.62 | 04/30/2025 |
| 04/16/2025 | 20051 | Alexis Burbach | 101.55 | 04/30/2025 |
| 04/16/2025 | 20052 | JAXON SCHMIDT | 45.00 | 04/30/2025 |
| 04/28/2025 | 20053 | CP BUSINESS MANAGEMENT | 1,741.90 | 04/30/2025 |
| 04/30/2025 | 20054 | BLUEPEAK | 247.77 | 05/30/2025 |
| 04/30/2025 | 20055 | Capital One Commercial | 30.83 | 05/30/2025 |
| 04/30/2025 | 20056 | DAKOTA CLEAN LLC | 1,375.29 | 05/30/2025 |
| 04/30/2025 | 20057 | ELITE DRAIN & SEWER | 283.55 | 05/30/2025 |
| 04/30/2025 | 20058 | GEORGES SANITATION | 207.09 | 05/30/2025 |
| 04/30/2025 | 20059 | LARRYS LUMBER, INC | 223.02 | 05/30/2025 |
| 04/30/2025 | 20060 | TURFWURX PROPERTY MAINTENANCE | 217.71 | 05/30/2025 |
| 04/30/2025 | 20061 | U.S. TRUSTEES | 339.00 | 05/30/2025 |
| 04/30/2025 | 20062 | WHITE GLOVE CLEANING | 451.35 | 05/30/2025 |
| 04/30/2025 | 20063 | Alexis Burbach | 607.60 | 05/30/2025 |
| 04/30/2025 | 20064 | CP BUSINESS MANAGEMENT | 4,324.26 | 05/30/2025 |
| 04/30/2025 | 20065 | JESSE CRAIG | 1,755.00 | 05/30/2025 |
| 04/30/2025 | 20066 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,553.73 | 05/30/2025 |
| 05/12/2025 | 20067 | RED RIVER STATE BANK | 14,500.00 | 05/30/2025 |
| 05/15/2025 | 20068 | Alexis Burbach | 621.14 | 05/30/2025 |
| 05/15/2025 | 20069 | BRADLEY WARNS | 64.00 | 05/30/2025 |
| 05/19/2025 | ACH ONLINE | U.S. TRUSTEES | 150.00 | 05/30/2025 |
| 05/28/2025 | 20070 | CP BUSINESS MANAGEMENT | 1,741.90 | 05/30/2025 |
| **Total Cleared Checks** | | | **135,026.67** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 2023 | yardi test ach | 0.20 | 01/31/2025 |
| 01/30/2025 | 2025 | tx from 1110 | 1.00 | 01/31/2025 |
| 02/02/2025 | 202 | :CC Deposit | 2,940.00 | 02/28/2025 |
| 02/03/2025 | 203 | :ACH/WIPS Deposit | 4,520.00 | 02/28/2025 |
| 02/03/2025 | 204 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2012 | | 4,563.54 | 02/28/2025 |
| 02/03/2025 | 2016 | ACH BATCH 2/3/25 | 7,940.00 | 02/28/2025 |
| 02/03/2025 | 2018 | starion 273434019 | 925.00 | 02/28/2025 |
| 02/03/2025 | 2019 | starion 1490040068 | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2022 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 205 | :CC Deposit | 3,100.00 | 02/28/2025 |
| 02/05/2025 | 207 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/05/2025 | 206 | :ACH Deposit | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 2020 | starion 273962511 | 5,965.00 | 02/28/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 02/06/2025 | 208 | :ACH Deposit | 970.00 | 02/28/2025 |
| 02/12/2025 | 2017 | | 925.00 | 02/28/2025 |
| 02/12/2025 | 2021 | | 925.00 | 02/28/2025 |
| 02/14/2025 | 210 | :ACH/WIPS Deposit | 567.00 | 02/28/2025 |
| 02/14/2025 | 2030 | :CC Deposit | 950.00 | 02/28/2025 |
| 02/19/2025 | 2024 | ach | 25.65 | 02/28/2025 |
| 02/24/2025 | 212 | :CC Deposit | 925.00 | 02/28/2025 |
| 02/28/2025 | 214 | :CC Deposit | 1,965.00 | 03/31/2025 |
| 02/28/2025 | 2036 | HME WIRE 2/2/25 | 4,759.12 | 02/28/2025 |
| 03/01/2025 | 218 | :CC Deposit | 2,950.00 | 03/31/2025 |
| 03/03/2025 | 220 | :ACH/WIPS Deposit | 7,045.00 | 03/31/2025 |
| 03/03/2025 | 221 | :CC Deposit | 850.00 | 03/31/2025 |
| 03/03/2025 | 2033 | | 4,589.19 | 03/31/2025 |
| 03/03/2025 | 2034 | | 6,890.00 | 03/31/2025 |
| 03/03/2025 | 2035 | ach | 980.00 | 03/31/2025 |
| 03/04/2025 | 213 | :ACH Deposit (2/28) | 2,835.00 | 03/31/2025 |
| 03/05/2025 | 223 | :CC Deposit | 1,025.00 | 03/31/2025 |
| 03/05/2025 | 2032 | starion 276961936 | 5,095.00 | 03/31/2025 |
| 03/05/2025 | 222 | :ACH Deposit | 1,025.00 | 03/31/2025 |
| 03/07/2025 | 224 | :ACH Deposit | 1,025.00 | 03/31/2025 |
| 03/20/2025 | 2037 | starion 278630839 | 925.00 | 03/31/2025 |
| 03/21/2025 | 225 | :CC Deposit | 1,315.48 | 03/31/2025 |
| 03/28/2025 | 2038 | starion 279536808 | 1,935.00 | 03/31/2025 |
| 03/28/2025 | 226 | :ACH Deposit | 1,895.00 | 04/30/2025 |
| 03/30/2025 | 228 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 03/31/2025 | 227 | :ACH Deposit | 200.00 | 04/30/2025 |
| 04/01/2025 | 230 | :ACH/WIPS Deposit | 3,965.00 | 04/30/2025 |
| 04/01/2025 | 231 | :CC Deposit | 4,030.59 | 04/30/2025 |
| 04/02/2025 | 233 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 04/02/2025 | 2039 | starion 280087307 | 1,025.00 | 04/30/2025 |
| 04/02/2025 | 232 | :ACH Deposit | 945.00 | 04/30/2025 |
| 04/03/2025 | 2040 | | 4,589.19 | 04/30/2025 |
| 04/03/2025 | 2041 | | 7,870.00 | 04/30/2025 |
| 04/04/2025 | 235 | :CC Deposit | 965.24 | 04/30/2025 |
| 04/04/2025 | 234 | :ACH Deposit | 1,025.00 | 04/30/2025 |
| 04/05/2025 | 236 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 04/07/2025 | 238 | :ACH/WIPS Deposit | 2,050.00 | 04/30/2025 |
| 04/09/2025 | 2042 | starion 280855745 | 4,995.00 | 04/30/2025 |
| 04/10/2025 | 239 | :CC Deposit | 925.00 | 04/30/2025 |
| 04/11/2025 | 240 | :ACH Deposit | 825.00 | 04/30/2025 |
| 04/12/2025 | 2045 | internal tx | 5.49 | 04/30/2025 |
| 04/28/2025 | 242 | :CC Deposit | 1,070.66 | 05/30/2025 |
| 04/28/2025 | 241 | :ACH Deposit | 1,895.00 | 05/30/2025 |
| 04/30/2025 | 2044 | starion | 2,562.55 | 05/30/2025 |
| 04/30/2025 | 243 | :ACH Deposit | 945.00 | 05/30/2025 |
| 05/01/2025 | 245 | :ACH/WIPS Deposit | 6,015.00 | 05/30/2025 |
| 05/01/2025 | 246 | :CC Deposit | 2,990.00 | 05/30/2025 |
| 05/02/2025 | 248 | :CC Deposit | 2,890.00 | 05/30/2025 |
| 05/02/2025 | 247 | :ACH Deposit | 1,025.00 | 05/30/2025 |
| 05/04/2025 | 250 | :CC Deposit | 925.00 | 05/30/2025 |
| 05/04/2025 | 2049 | | 4,589.19 | 05/30/2025 |
| 05/04/2025 | 2050 | | 5,920.00 | 05/30/2025 |
| 05/04/2025 | 2053 | PART OF LARGE ACH BATCH | 1,950.00 | 05/30/2025 |
| 05/05/2025 | 251 | :CC Deposit | 1,025.00 | 05/30/2025 |
| 05/05/2025 | 2046 | starion 283701532 | 2,050.00 | 05/30/2025 |
| 05/05/2025 | 249 | :ACH Deposit | 1,025.00 | 05/30/2025 |
| 05/06/2025 | 252 | :ACH Deposit | 1,325.00 | 05/30/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 05/09/2025 | 2047 | starion 284321166 | 1,920.00 | 05/30/2025 |
| 05/11/2025 | 2051 | RE-RUN ACH | 1,025.00 | 05/30/2025 |
| 05/12/2025 | 2052 | FROM NSF FEE | 50.00 | 05/30/2025 |
| 05/12/2025 | 253 | :ACH Deposit | 725.00 | 05/30/2025 |
| 05/13/2025 | 2048 | starion 284667948 | 1,025.00 | 05/30/2025 |
| 05/16/2025 | 254 | :CC Deposit | 88.29 | 05/30/2025 |
| 05/24/2025 | 2061 | | 392.76 | 06/30/2025 |
| 05/29/2025 | 256 | :ACH Deposit | 970.00 | 06/30/2025 |
| 05/31/2025 | 257 | :ACH Deposit | 945.00 | 06/30/2025 |
| 06/01/2025 | 260 | :CC Deposit | 5,840.00 | 06/30/2025 |
| 06/02/2025 | 262 | :ACH/WIPS Deposit | 6,019.25 | 06/30/2025 |
| 06/02/2025 | 263 | :CC Deposit | 2,050.00 | 06/30/2025 |
| 06/02/2025 | 2054 | starion 286883171 | 1,147.00 | 06/30/2025 |
| 06/02/2025 | 2055 | starion 286883474 | 3,045.00 | 06/30/2025 |
| 06/03/2025 | 265 | :CC Deposit | 1,157.24 | 06/30/2025 |
| 06/03/2025 | 2064 | starion ACH | 4,589.19 | 06/30/2025 |
| 06/03/2025 | 2065 | ACH | 6,845.00 | 06/30/2025 |
| 06/03/2025 | 264 | :ACH Deposit | 925.00 | 06/30/2025 |
| 06/04/2025 | 266 | :CC Deposit | 1,025.00 | 06/30/2025 |
| 06/05/2025 | 267 | :ACH Deposit | 1,025.00 | 06/30/2025 |
| 06/09/2025 | 2056 | starion 287712932 | 2,050.00 | 06/30/2025 |
| 06/09/2025 | 2057 | starion 287717631 | 230.74 | 06/30/2025 |
| 06/10/2025 | 268 | :ACH Deposit | 500.00 | 06/30/2025 |
| 06/11/2025 | 2058 | staion 287987265 | 2,050.00 | 06/30/2025 |
| 06/12/2025 | 269 | :CC Deposit | 61.94 | 06/30/2025 |
| 06/12/2025 | 2066 | ACH | 100.00 | 06/30/2025 |
| 06/18/2025 | 270 | :CC Deposit | 1,025.00 | 06/30/2025 |
| **Total Cleared Deposits** | | | **209,465.50** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 1 | yardi | -0.23 | 01/31/2025 |
| 02/03/2025 | 2 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 3 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/28/2025 | 4 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | JE 4006 | Returned item charge | -5.00 | 02/28/2025 |
| 02/05/2025 | RC 31367 | Returned item MARLYS HOLUBOK | -995.00 | 02/28/2025 |
| 03/14/2025 | JE 4075 | :Prog Gen Move Out transfer (MITCHELL NEWMAN) - Receipt #31881 | 980.00 | 03/31/2025 |
| 03/14/2025 | JE 4079 | move johnsons deposit into checking for return | 1,025.00 | 03/31/2025 |
| 03/14/2025 | RC 31633 | Returned item JOSHUA MEEHL | -940.00 | 03/31/2025 |
| 04/14/2025 | JE 4095 | Tx RE Escrow to checking for 4/31 pymt | 17,757.54 | 05/31/2025 |
| 04/14/2025 | JE 4099 | :Prog Gen Move Out transfer (RILEY CASPER) - Receipt #32173 | 980.00 | 04/30/2025 |
| 04/15/2025 | JE 4118 | :PostRecurring RE Tax Escrow (payable 10/31) | -2,958.80 | 05/30/2025 |
| 05/06/2025 | 5 | STARION FINANCIAL | -5.00 | 05/30/2025 |
| 05/16/2025 | 7 | Starion Bank | -20.00 | 05/30/2025 |
| 05/10/2025 | RC 32459 | Returned item Mark P Keller | -1,025.00 | 05/30/2025 |
| 06/13/2025 | JE 4154 | :Prog Gen Move Out transfer (INDY OSENDORF) - Receipt #32822 | 1,025.00 | 06/30/2025 |
| 06/13/2025 | JE 4155 | :Prog Gen Move Out transfer (NATHAN SIK) - Receipt #32823 | 1,025.00 | 06/30/2025 |
| 06/15/2025 | JE 4164 | | 20.00 | 06/30/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| 06/15/2025 | JE 4178 | :PostRecurring RE Tax Escrow (payable 10/31) | -2,958.80 | 06/30/2025 |
|---|---|---|---|---|
| **Total Cleared Other Items** | | | **13,844.71** | |

**Balance Sheet**

Owner = PARKSIDE PLACE (all properties)
Month = Jun 2025
Book = Cash

| ACCOUNT | | CURRENT BALANCE |
|---|---|---|
| 1112 | Parkside Apartment DIP Checking | 27,329.82 |
| 1132 | Parkside Real Estate Tax Escrow | 8,876.60 |
| **1150** | **Total DIP Checking Account** | **36,206.42** |
| | | |
| 1151 | TIF Value | 1,463,012.38 |
| 1152 | Parkside Security Deposit DIP Savings Acct | 41,634.64 |
| 1155 | The Dakota Bankruptcy Firm Trust | 73,500.00 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 6,870,000.00 |
| 1630 | Appliances/AC | 205,000.00 |
| 1700 | Land | 425,000.00 |
| 1710 | Total Property and Equipment | 7,500,000.00 |
| | | |
| **1990** | **Total Assets** | **9,114,353.44** |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | Liabilities | |
| 2112 | Parkside Security Deposits DIP Acct | 41,634.64 |
| 2700 | Mortgage 1st | 5,097,386.84 |
| 2705 | TIF Mortgage | 1,463,012.38 |
| 2990 | Total Liabilities | 6,518,764.58 |
| | | |
| 3000 | Capital | |
| 3200 | Owner Contribution | 2,818.76 |
| 3800 | Retained Earnings | 2,592,770.10 |
| 3890 | Total Capital | 2,595,588.86 |
| | | |
| **3990** | **Total Liabilities & Capital** | **9,114,353.44** |

7/15/2025 3:23 PM

**12 Months Cash Flow Statement**

Owner =  PARKSIDE PLACE (all properties)

Month = Jun 2025

Book = Cash

| ACCOUNT | | Jun 2025 | Total |
|---|---|---|---|
| **4000** | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 40,703.00 | 40,703.00 |
| 4301 | CAM | 786.19 | 786.19 |
| 4710 | Less: Incentives | -250.00 | -250.00 |
| 4715 | Less:  HME Incentives | -430.00 | -430.00 |
| 4720 | Delinquency | -721.00 | -721.00 |
| 4810 | Plus: Prepaid Rent/HOA | -623.51 | -623.51 |
| 4990 | Net Rent/HOA Income | 39,464.68 | 39,464.68 |
| | | | |
| 5990 | Total Income | 39,464.68 | 39,464.68 |
| | | | |
| **6000** | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 288.00 | 288.00 |
| 6210 | Repairs/Maintenance | 136.12 | 136.12 |
| 6220 | Painting/Decorating | 5.00 | 5.00 |
| 6235 | Electrical/Fire Prevention | 494.05 | 494.05 |
| 6242 | Carpet Cleaning | -118.60 | -118.60 |
| 6260 | Resident Manager | 358.83 | 358.83 |
| 6290 | Janitorial | 931.22 | 931.22 |
| 6990 | Total Maintenance Expenses | 2,094.62 | 2,094.62 |
| | | | |
| 7000 | Operating Expenses | | |
| 7010 | Offsite Office Rent | 1,312.50 | 1,312.50 |
| 7030 | Offsite Office Utilities | 54.64 | 54.64 |
| 7040 | Offsite Office Equip/Supplies | 214.56 | 214.56 |
| 7057 | Software Fee | 38.00 | 38.00 |
| 7060 | Leasing Commissions (payout) | 200.00 | 200.00 |
| 7075 | Bank Charges/ACH Fees | -20.00 | -20.00 |
| 7130 | Internet & Phone Costs/Service | 495.54 | 495.54 |
| 7400 | Property Management | 1,973.23 | 1,973.23 |

**Page 1 of 2**

7/15/2025 3:23 PM

**12 Months Cash Flow Statement**

Owner =  PARKSIDE PLACE (all properties)

Month = Jun 2025

Book = Cash

| ACCOUNT | | Jun 2025 | Total |
|---|---|---|---|
| 7440 | Insurance | 1,741.90 | 1,741.90 |
| 7800 | Electricity-Vacant | -36.75 | -36.75 |
| 7801 | Electricity-Building | 450.75 | 450.75 |
| 7861 | Gas-Building | 198.98 | 198.98 |
| 7870 | Water & Sewer | 1,834.05 | 1,834.05 |
| 7990 | Total Operating Expenses | 8,457.40 | 8,457.40 |
| | | | |
| 8001 | Other Expenses | | |
| 8004 | Misc. PM Fees | 250.00 | 250.00 |
| 8005 | Misc Professional Fees | 200.00 | 200.00 |
| 8006 | Manager Oversite $45/unit | 1,755.00 | 1,755.00 |
| 8020 | Total Other Expenses | 2,205.00 | 2,205.00 |
| | | | |
| 8990 | Total Expenses | 12,757.02 | 12,757.02 |
| | | | |
| 9090 | **NET INCOME** | **26,707.66** | **26,707.66** |
| | | | |
| | ADJUSTMENTS | | |
| 1132 | Parkside Real Estate Tax Escrow | -2,958.80 | -2,958.80 |
| 2700 | Mortgage 1st | -14,500.00 | -14,500.00 |
| 3200 | Owner Contribution | 9.64 | 9.64 |
| | | | |
| | TOTAL ADJUSTMENTS | -17,449.16 | -17,449.16 |
| | | | |
| | CASH FLOW | 9,258.50 | 9,258.50 |