# Payables Aging Report

Period - 06/2025
As of 06/30/2025

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Grand Total** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Tuesday, July 15, 2025
02:39 PM

# Receivable Summary

Property = Parkside Place  Status: Current, Future, Notice  Entry Type: Tenant    Month From: 06/2025 To 06/2025  [Showing Unit]

| Owner | Property | Unit | Charge To | Opening Balance | Charges | Receipts | Closing Balance |
|---|---|---|---|---|---|---|---|
| **Parkside Place** | | | | | | | |
| PARKSIDE PLACE | Parkside Place | 201 | GT BROTHERS | 0.00 | 3,032.04 | 3,032.04 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 202 | COUNTY FAIR FOODS OF WATERTOWN | 0.00 | 1,557.15 | 1,557.15 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2201 | ERIN KRAVIK | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2202 | HOLLY // LISA OHMAN | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2203 | ZOIE FRASER | 0.00 | 940.00 | 940.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2204 | JAIME BRANN | 0.00 | 956.76 | 1,025.00 | -68.24 |
| PARKSIDE PLACE | Parkside Place | 2205 | QUINN KOTEK | 0.00 | 925.00 | 925.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2206 | JAMES BRUMBAUGH | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2207 | MARGARET MELAND | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2208 | WILLIAM JOHNSON | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2209 | MARIAH GAUKLER | 0.00 | 980.00 | 980.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2210 | Mark Keller | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2211 | JARED SAUER | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2212 | CHANNELLE COSS | 0.00 | 940.00 | 940.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2301 | SHANYA MEHLHAFF | 0.00 | 1,025.00 | 500.00 | 525.00 |
| PARKSIDE PLACE | Parkside Place | 2302 | TIFFANY SANDERSON | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2303 | SAMANTHA ADAM | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2304 | CHANDLER PEERY | 0.00 | 925.00 | 925.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2305 | BAYLEE BOESE | -970.00 | 970.00 | 0.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2306 | GARY HOFER | 119.00 | 1,025.00 | 1,025.00 | 119.00 |
| PARKSIDE PLACE | Parkside Place | 2307 | ANDREW BOT | 0.00 | 925.00 | 925.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2308 | JORGE ROSA | 0.00 | 940.00 | 940.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2309 | DAVID TUERINA | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2310 | JOSHUA MEEHL | -85.00 | 940.00 | 940.00 | -85.00 |
| PARKSIDE PLACE | Parkside Place | 2311 | LIZETTE SALGADO | 132.24 | 1,025.00 | 2,182.24 | -1,025.00 |
| PARKSIDE PLACE | Parkside Place | 2312 | CIARA FRANK | 0.00 | 0.00 | 0.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2312 | NATHAN SCHENKEL | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2401 | ALLYSON HOLDEN | -245.00 | 945.00 | 198.42 | 501.58 |
| PARKSIDE PLACE | Parkside Place | 2401 | ANNA SAMUELSON | 0.00 | 0.00 | 0.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2402 | JOELLE CONSIER | 4.25 | 1,025.00 | 1,029.25 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2403 | MADELYN PUGSLEY | 0.00 | 1,046.94 | 1,046.94 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2404 | BRANDON BROWN | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2405 | DEBBIE STUCHL | 0.00 | 975.00 | 975.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2406 | HOPE LEWANDOWSKI | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2407 | COLE WEGNER | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2408 | JOSEPH NOELDNER | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2409 | JOSHUA GILLILAND | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2410 | ANDY NGUYEN | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2411 | MARLYS HOLUBOK | 0.00 | 995.00 | 995.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2412 | BENJAMIN WAGNER | 0.00 | 1,025.00 | 1,025.00 | 0.00 |

# Receivable Summary

Property = Parkside Place  Status : Current, Future, Notice  Entry Type : Tenant   Month From: 06/2025 To 06/2025  [Showing Unit]

| Owner | Property | Unit | Charge To | Opening Balance | Charges | Receipts | Closing Balance |
|---|---|---|---|---|---|---|---|
| | Total | | | -1,044.51 | 40,542.89 | 39,531.03 | -32.66 |
| Grand Total | | | | -1,044.51 | 40,542.89 | 39,531.03 | -32.66 |

Userid : mcraig@cpbusmgt.com Date : 07/15/2025 Time : 19:41

Page 2

Tuesday, July 15, 2025
02:41 PM



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 5379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20095

06/30/25

$56.44*******

TO THE
ORDER OF

**** FIFTY SIX AND 44/100 DOLLARS

BRIANS GLASS AND DOOR
533 1ST AVE NW #4
WATERTOWN, SD    57201-0743

NON-NEGOTIABLE

Brian's Glass and Door LLC

516 3rd Ave NW, #5
Watertown, SD 57201
605-886-5328

**PAID**
20005

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/19/2025 | 96552 |

| Bill To |
|---------|
| Parkside Place<br>PO Box 9379<br>Fargo, ND 58106 |

| Ship To |
|---------|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| Quickcare | Net 30 | | 6/19/2025 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Repl Sales | Door caught in window | 56.44 | 56.44 |
| | | Reinstalled door closer and adjusted | | 56.44 |
| | | | 0.00% | 0.00 |

| | Total |
|--|-------|
| | $56.44 |



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20102

TO THE
ORDER OF

**** TWO THOUSAND FIVE HUNDRED TWENTY THREE AND 96/100 DOLLARS

06/30/25        $2,523.96****

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

**PARKSIDE**



| UNIT | Service From | Service to | AMOUNT |
|---|---|---|---|
| 2311 | 5/28/2025 | 5/30 | 14.99 |
| 2403 | 5/20/2025 | 6/2/2025 | 25.19 |
| **Total** | | | **40.18** |
| | 5/22 | 6/23/2025 | 450.75 |
| | 5/22 | 6/23/2025 | 198.98 |
| | 5/22 | 6/23/2025 | 372.09 |
| | 5/22 | 6/23/2025 | 1,461.96 |
| | **total house meter/use** | | **2,483.78** |
| | **total check** | | **2,523.96** |



MUNICIPAL UTILITIES DEPT.

| Account Number | Name | Service Address |
|---|---|---|
| 008-00187355-01 | PARKSIDE PLACE, LLC | 8 2 ST NE HOUSE |

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000030986 | 06/23/2025 | 05/22/2025 | 32 | MR | 82022 | 77850 | 1 | 4172 | kWh | |
| ELECTRIC: 0000030986 | 06/23/2025 | 05/22/2025 | 32 | MR | 8321 | | 1 | 8.32 | kW | |
| WATER: 0200555043 | 06/23/2025 | 05/22/2025 | 32 | MR | 03106 | 03037 | 1 | 69 | ccf | |
| GAS: 0104951134 | 06/23/2025 | 05/22/2025 | 32 | MR | 12639 | 12400 | 1.119 | 267 | ccf | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

WATER (100 cu.ft)

GAS (ccf)

121360

| | |
|---|---|
| PREVIOUS BALANCE | 2,423.85 |
| PAYMENT     06/13/2025 | -121.20 |
| PAYMENT     06/13/2025 | -2,423.85 |
| LATE PENALTY     06/11/2025 | 121.20 |
| BALANCE FORWARD | 0.00 |
| | |
| **ELECTRIC SERVICE** | |
| Electric Customer Charge | 19.75 |
| Electric Energy | 404.68 |
| Electric State Tax | 17.83 |
| Electric City Tax | 8.49 |
| TOTAL ELECTRIC CHARGES | 450.75 |
| **GAS SERVICE** | |
| Gas Customer Charge | 17.00 |
| Gas Consumption | 170.36 |
| Gas State Tax | 7.87 |
| Gas City Tax | 3.75 |
| TOTAL GAS CHARGES | 198.98 |
| **WATER SERVICE** | |
| Water Customer Charge | 38.06 |
| Water Consumption | 290.77 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 372.09 |
| **SEWER SERVICE** | |
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 1,421.35 |
| TOTAL SEWER CHARGES | 1,461.96 |
| | |
| CURRENT CHARGES | $2,483.78 |
| | |
| TOTAL AMOUNT DUE | $2,483.78 |

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 07/01/2025 | 07/10/2025 | 2,483.78 | 2,607.97 |

**MESSAGES:** Call 811 before you dig!

Page 1                          Please detach top portion and return with payment.

**MUNICIPAL UTILITIES DEPT.**

| | Account Number | Name | Service Address |
|---|---|---|---|
| | 002-00187414-04 | PARKSIDE PLACE, LLC | 8 2 ST NE 2311 |

| Meter Number | Read Dates | | Billing | Meter Readings | | | | | Power |
| | Present | Previous | Days | Code | Present | Previous | Multiplier | Usage | Units | factor |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000049028 | 05/30/2025 | 05/28/2025 | 2 | MR | 21881 | 21867 | 1 | 14 | KWH | |

| YOUR MONTHLY USAGE | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |

ELECTRIC (kWh)

| ELECTRIC SERVICE | |
|---|---|
| Electric Customer Charge | 13.10 |
| Electric Energy | 1.02 |
| Electric State Tax | 0.59 |
| Electric City Tax | 0.28 |
| TOTAL ELECTRIC CHARGES | 14.99 |
| CURRENT CHARGES | $14.99 |
| TOTAL AMOUNT DUE | $14.99 |

May 2025

*tenant Bill*
*moved in 5/2/25*

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | | 07/01/2025 | 07/10/2025 | 14.99 | 15.74 |

Deposit $300.00 on account as of Jul 01,2025

MESSAGES: Call 811 before you dig!



**MUNICIPAL UTILITIES DEPT.**

| | Account Number 002-00187425-07 | | Name PARKSIDE PLACE, LLC | | | Service Address 8 2 ST NE 2403 | | | |
|---|---|---|---|---|---|---|---|---|---|

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049020 | 06/02/2025 | 05/20/2025 | 13 | MR | 21633 | 21515 | 1 | 118 | kWh | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

| | |
|---|---|
| PREVIOUS BALANCE | 36.94 |
| BALANCE FORWARD | 36.94 |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 10.62 |
| Electric State Tax | 1.00 |
| Electric City Tax | 0.47 |
| TOTAL ELECTRIC CHARGES | 25.19 |
| CURRENT CHARGES | $25.19 |
| TOTAL AMOUNT DUE | $62.13 |



tenant Bill
+ Admin fee.

121360

| Bill Type FINAL BILL | Account Type | Bill Date 07/01/2025 | Due Date 07/10/2025 | Amount Due 62.13 | Late Amount 63.39 |
|---|---|---|---|---|---|
| MESSAGES: Call 811 before you dig! | | | | | |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20100

06/30/25

$494.05******

TO THE
ORDER OF    **** FOUR HUNDRED NINETY FOUR AND 05/100 DOLLARS

SCHUMACHER
PO BOX 393
DENVER, IA    50622

NON-NEGOTIABLE

 **Schumacher** ELEVATOR

PO Box 393
One Schumacher Way
Denver, Iowa 50622

Phone: (319) 984-5676
Website: www.schumacherelevator.com
Email: accounting@schumacherelevator.com



# Invoice

| **Billing Address** | **Information** | | |
|---|---|---|---|
| SOLD TO ACCT NO 1018221 | Document Number | 90649740 | |
| | Document Date | 06/01/2025 | |
| PARKSIDE PLACE LLC | | | |
| 1405 1ST AVE NORTH | Purchase Order No. | | |
| FARGO ND 58102 | Purchase Order Date | | |
| | Sales Order Number | 40011195 | |

| **Shipping Address** | | | |
|---|---|---|---|
| SHIP TO ACCT NO 1016883 | Payment Terms | Net 30 Days | |
| | Billing Date | **06/01/2025** | |
| PARKSIDE PLACE APARTMENTS | Currency | USD | |
| 8 2ND ST NE | | | |
| WATERTOWN SD 57201 | 1 of 1 | | |

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | *Quarterly invoice for elevator maintenance.* | | | |
| 0010 | FM QT MAINTENANCE | | 465.21 | 465.21 |
| | HP-PARKSIDE PLACE APTS-WATERTOWN SD | | | |
| | | | Items Tot | 465.21 |
| | | | State Tax | 19.54 |
| | | | County Tax | 0.00 |
| | | | City Tax | 9.30 |
| | | | **Total Amount** | $ 494.05 |

zsec_invoice1std   01/2004



*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*


PAID
2010

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2025 | 2208 |

| Due Date | Terms |
|----------|-------|
| 7/1/2025 | Net 30 |

| Bill To |
|---------|
| Parkside |
| Unit # |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Parkside Monthly ... | Monthly Building Cleaning May 2025 | 400.00 | 400.00T |
| | | Sales Tax | 6.20% | 24.80 |

| | | |
|---|---|---|
| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | **Total** | $424.80 |

*pd $743.40 — credit $*
*$ 318.60 touch up!*

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION • CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20093

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/30/25

$247.77******

TO THE
ORDER OF    **** TWO HUNDRED FORTY SEVEN AND 77/100 DOLLARS

BLUEPEAK
PO BOX 5002
SIOUX FALLS, SD    57117-5002

NON-NEGOTIABLE



**Contact Us**
**www.mybluepeak.com**
**866-991-9722**


@HelloBluepeak

page 1 of 4



| Account Number: | 045515701 |
|---|---|
| Billing Date: | 06/20/25 |
| **Total Amount Due:** | **$247.77** |
| Payment Due By: | 07/14/25 |



## It pays to have friends.

Refer your friends to Bluepeak and **get a $50 credit** on your bill when they sign up.

mybluepeak.com/help/refer-a-friend

**STATEMENT SUMMARY**

| | |
|---|---|
| Previous Balance | $247.77 |
| Payments and Adjustments | -$247.77 |
| New Charges | $247.77 |
| **Total Amount Due** | **$247.77** |

**NEW CHARGES SUMMARY**

| | |
|---|---|
| Monthly Service Charges | $175.99 |
| Taxes | $71.78 |
| **Total New Charges** | **$247.77** |

A late fee will be applied to your account if the amount of $247.77 is not received before 07/14/25. Payments received after 06/20/25 are not reflected on this statement.

Government taxes and fees are imposed by federal, state, and local governments. These charges may vary by the state and locality of your service address or services purchased and are subject to change from time to time.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices.  Your acknowledgement of this agreement is confirmed by your payment.





**Contact Us**
**www.mybluepeak.com**
**866-991-9722**


@HelloBluepeak

page 3 of 4

| | |
|---|---|
| Account Number: | 045515701 |
| Billing Date: | 06/20/25 |
| Total Amount Due: | $247.77 |
| Payment Due By: | 07/14/25 |

| | |
|---|---|
| Federal USF Fee......................... | $14.30 |
| State Telecommunications Relay Srvc ............................................ | $0.45 |
| **Total Taxes and Fees ..............** | **$71.78** |
| **Total Amount Due..............................................** | **$247.77** |

**SERVICE LOCATIONS**
8 2ND ST  NE WATERTOWN, SD 57201-3624

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20098

06/30/25

$111.51******

TO THE
ORDER OF      **** ONE HUNDRED ELEVEN AND 51/100 DOLLARS

IKES WINDOW WASHING
PO BOX 486
WATERTOWN, SD    57201

NON-NEGOTIABLE

# Invoice

**Invoice No:** 3402
**Invoice Date:** Jun 27, 2025

**Ike's Window Washing**
PO Box 486
Watertown, SD 57201
605-233-0628 Office
ikesww.com
ikeswindowwashing@gmail.com



**Bill To:**
Parkside Place
PO BOX 9379
Fargo, ND 58106

| Job Date | Description | Job location | Qty | Each | Amount |
|----------|-------------|--------------|-----|------|--------|
| Jun 27, 2025 | **Quarterly Clean** | Parkside Place, 8 2nd Street Northeast; Watertown, SD 57201 | 1 | $105.00 | $105.00 |
|  | Parkside Place |  |  |  |  |

**Service Person(s):** Isaac Holzwarth

|  |  |
|--|--|
| **6.2% Tax** | $6.51 |
| **Total** | $111.51 |

**Thank you for your Business!**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION • CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20096

06/30/25

$19.68*******

TO THE
ORDER OF    **** NINETEEN AND 68/100 DOLLARS

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA    91716-0506

NON-NEGOTIABLE

MEMO: 6004-3002-0037-4038





**PARKSIDE PLACE, LLC**
DEBTOR IN POSSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20097

TO THE
ORDER OF

**** ONE THOUSAND SEVEN HUNDRED FORTY ONE AND 90/100 DOLLARS

06/30/25

$1,741.90***

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,      58106

NON-NEGOTIABLE

**Mindy Craig**

| | |
|---|---|
| **From:** | Liberty Mutual Insurance Billing <ebilling@email-libertymutual.com> |
| **Sent:** | Tuesday, July 1, 2025 12:31 PM |
| **To:** | Mindy Craig |
| **Subject:** | Your payment has been processed. |

PAID
20097

☐ View online



Billing account number: 9000344025

## Hello,

Thank you for your recent payment. Your payment will be applied to your balance on
07/01/2025 and reflected on your online account.

*gen = $2,406.14*
*park = $1,741.90*
*Runs = $2,382.04*

| Make a payment |
|---|

☒ **Billing summary**

**Confirmation number:**

D0004FK7K

**Total payment:**

$6530.08

   Payment amount: $6370.81

   Payment service fee: $159.27

**Payment date:**

07/01/2025

**Payment method:**

Credit/Debit Card ending in 4141

**Policy(s):**

BKS65299485

Easily manage your payments online.

1

**PARKSIDE PLACE, LLC**
DEBTOR IN POSSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20099

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/30/25

$60.00*******

TO THE
ORDER OF     **** SIXTY AND 00/100 DOLLARS

JORDAN BERNDT
216 2ND ST NE
WATERTOWN, SD     57201

NON-NEGOTIABLE



## Maintenance Hours 2025

**Parkside Place**

**Maintenanc** Jordan Berndt

Invoice #: 4010

$30.00  Hourly Rate

From:  15-Jun

To:  30-Jun

Invoice Date: 6/30/2025

Due Date: 7/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 6/21 | 2410 | 11:30 AM | 1:30 PM | 2:00: | fridge issues | $60.00 |

| | | Total Hours | 2:00: | | Total Hourly Pay $3/hour | $60.00 |
|---|---|---|---|---|---|---|
| | | | | | Parkside Place Paycheck : | $60.00 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20094

06/30/25

$256.00*****

TO THE
ORDER OF    **** TWO HUNDRED FIFTY SIX AND 00/100 DOLLARS

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

## Maintenance Hours 2025



*Parkside Place*

**Maintenance Name:** Bradley Warns

$32.00 Hourly Rate

From: 15-Jun
To: 30-Jun

Invoice #:  2010

Invoice Date:  6/30/2025
Due Date:  7/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------|---------------|---|
| 6/17 | | 3:00 PM | 6:00 PM | 3:00: | cleaned floor drains, check for clog back door, insp | $96.00 |
| 6/21 | | 11:30 AM | 1:30 PM | 2:00: | fridge issues | $64.00 |
| 6/23 | | 4:00 PM | 6:00 PM | 2:00: | installed bumpers outside back door by dumpster | $64.00 |
| 6/24 | | 8:00 | 9:00 | 1:00: | measurements for covers for overhead garage do | $32.00 |

|  | | | | | |
|---|---|---|---|---|---|
| **Total Hours** | **8:00:** | | **Total Hourly Pay $3/hour** | **$256.00** |
| | | | **Parkside Place Paycheck :** | $256.00 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20092

06/30/25

$169.26******

**** ONE HUNDRED SIXTY NINE AND 26/100 DOLLARS

TO THE
ORDER OF

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**
**2025**

From: 15-Jun
To: 30-Jun

PAID
100412

*Parkside Place*

Invoice #: 2011
Invoice Date: 6/30/2025
Due Date: 7/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|------|---------------|---|
| 6/16 | | 3:15 PM | 3:30 PM | 0:15 | water leak items put away all dried up | $6.38 |
| 6/17 | | 12:00 PM | 12:30 PM | 0:30 | maintenance arranged/scheduled | $12.75 |
| 6/18 | 2410 | 4:00 PM | 4:30 PM | 0:30 | look over fridge/freezer not cooling, sill is in place | $12.75 |
| 6/21 | 2410 | 11:30 | 12:30 PM | 1:00 | Maintance reached out to and scheduled for fridge | $25.50 |
| 6/23 | | 9:00 | 9:30 | 0:30 | fan back in back entry, musty stinky smell | $12.75 |
| 6/24 | | 10:45 | 11:45 | 1:00 | walk building, check screen sizes in jan closets for | $25.50 |
| 6/25 | | 9:00 | 9:30 | 0:30 | look over rain fall if bumpers are blocking the water | $12.75 |
| 6/26 | | 10:30 | 11:30 | 1:00 | move out 2312 inspection, building walk, patio leak | $25.50 |
| 6/27 | | 10:45 | 11:00 | 0:15 | gary in office for rent payment money order, send c | $6.37 |
| 6/27 | | 1:15 PM | 2:00 PM | 0:45 | move out 2401, supply in closet, contact carpet cle | $19.13 |
| | | | | | | |
| | | Total Hours | 6:15 | | Total Hourly Pay $25.50/hour | $159.38 |

| Date | Unit | Start | End | Painting | |
|------|------|-------|-----|----------|---|
| | | Total Hours | 0:00 | Total Painting $35/hour | $0.00 |

| Date | Unit | Reimbursement | |
|------|------|---------------|---|
| | | Total Reimbursement | $0.00 |

| Date | Unit | Commission | |
|------|------|------------|---|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | Total Commissions | $0.00 |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $159.38 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Subtotal: | $159.38 |
| Parkside Place Sales Tax (6.2%): | $9.88 |
| Parkside Place Total Paycheck Amount: | $169.26 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20091

06/30/25                    $1,755.00***

TO THE
ORDER OF

**** ONE THOUSAND SEVEN HUNDRED FIFTY FIVE AND 00/100 DOLLARS

JESSE CRAIG
1405 1ST AVE N
FARGO, ND  58102

NON-NEGOTIABLE



## JESSE CRAIG

### PARKSIDE PLACE

**2025**

| | | |
|---|---|---|
| From: | 1-Jun | Invoice #: 6006 |
| To: | 30-Jun | Invoice Date: 6/30/2025 |
| | | Due Date: 07/01/25 |

| | | | | Total |
|---|---|---|---|---|
| 39 | | Manager oversite $45/unit | $45.00 | $1,755.00 |
| | | | $45.00 | $1,755.00 |

Please make checks payable to Jesse Craig no later than  07/01/25

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20104

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/30/25

TO THE
ORDER OF

**** FOUR THOUSAND SEVEN HUNDRED ONE AND 56/100 DOLLARS

$4,701.56***

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

NON-NEGOTIABLE



## CP Business Management

**2025**

*Parkside Place*

| From: | 1-Jun | Invoice #: | 2006 |
| To: | 30-Jun | Invoice Date: | 6/30/2025 |
| | | Due Date: | 07/01/25 |

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected Funds | $39,464.68 | $1,973.23 |
| | **Total Management Fee** | **$39,464.68** | **$1,973.23** |

| | Offsite Office | Total |
|---|---|---|
| 7010 | Off Site Office Rent | $1,312.50 |
| 7030 | Off Site Office Utilities | $54.64 |
| 7040 | Off Site Office Supplies | $214.56 |
| | **Total Offsite Office** | **$1,581.70** |

| | Other Collected Income | Total |
|---|---|---|
| 2700 | pugsley admin fee for nonswitched electricity | $25.00 |
| janitorial | 2402 casper dep. overages (collected 6/9/25) | $115.35 |
| | 2204: cleaning 86.51, carpet 40.70, paint 134.50 | $261.71 |
| | 2401: collected $0.17 so far of re-rental fee | $0.17 |
| | 2311: cleaning 215.70, carpet 40.70 | $256.40 |
| | **Total Other Collected Income** | **$658.63** |

| | Miscellaneous | Total |
|---|---|---|
| 8004 | Misc Manager | $200.00 |
| 8005 | Misc Prof. | $250.00 |
| 7057 | Software Fee | $38.00 |
| | **Total Miscellaneous** | **$488.00** |

| | |
|---|---|
| **Total Management Fee** | $1,973.23 |
| **Total Offsite Office** | $1,581.70 |
| **Total Other Collected Income** | $658.63 |
| **Total Miscellaneous** | $488.00 |
| **Parkside Place Total** | $4,701.56 |

Please make checks payable to CP Business Management no later than   7/1/2025

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20090

06/15/25

$32.00*******

TO THE
ORDER OF     **** THIRTY TWO AND 00/100 DOLLARS

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

## Maintenance Hours
## 2025

**Maintenance Name** Bradley Warns

$32.00  Hourly Rate
From: 1-Jun
To: 15-Jun

*Parkside Place*

Invoice #: ~~3001~~ 2009



Invoice Date: 6/15/2025
Due Date: 6/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 6/2 | 2203 | 6:00 PM | 7:00 PM | 1:00: | replaced ac unit | $32.00 |

**Total Hours** 1:00:      **Total Hourly Pay $3/hour**    $32.00

**Parkside Place Paycheck :**    $32.00

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20089

06/15/25

TO THE
ORDER OF     **** THREE HUNDRED EIGHTY NINE AND 57/100 DOLLARS

$389.57******

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**

**2025**

*Parkside Place*



From: 1-Jun

To: 12-Jun

Invoice #:   2010

Invoice Date:  6/15/2025

Due Date:   6/16/2025

| Date | Unit | Start | End | Hours | Scope of Work | |
|------|------|-------|-----|-------|---------------|------|
| 5/31 | 2311 | 12:00 PM | 1:00 PM | 1:00 | move in 2311, show around building, help with rent | $25.50 |
| 6/3 |  | 11:00 AM | 12:00 PM | 1:00 | move in 2204 - showing lauriann 2307 | $25.50 |
| 6/4 |  | 11:30 AM | 1:00 PM | 1:30 | ac uploads and records organized for report | $38.25 |
| 6/13 |  | 10:00 AM | 11:00 AM | 0:30 | water back door, locate fan, garbage pick up in garage | $12.75 |
| 6/13 |  | 12:30 | 15:30 | 3:00 | clean up back door water/ LOTS | $76.50 |

| | | Total Hours | 7:00: | | Total Hourly Pay $25.50/hour | $178.50 |

| Rate | Start | End | | Painting | |
|------|-------|-----|---|----------|---|
| | Total Hours | 0:00: | | Total Painting $35/hour | $0.00 |

| Valid | Simp | | Reimbursement | |
|-------|------|---|---------------|---|
| | | | Total Reimbursement | $0.00 |

| Date | Unit | Commission | |
|------|------|------------|------|
| 6/12/25 | 2307 | Zachary Reuschlein | $200.00 |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | Total Commissions | $200.00 |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $178.50 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $178.50 |
| Parkside Place Sales Tax (6.2%): | $11.07 |
| Parkside Place Total Commissions: | $200.00 |
| Parkside Place Total Paycheck Amount: | $389.57 |

**CODINGTON COUNTY TREASURER**
Official Real Estate Tax Notice
14 FIRST AVENUE S.E. • WATERTOWN, SD 57201
(605) 882-6285

3451.93m
2024 – 12152

EXHIBIT
**IV1064**

2024 TAXES DUE AND PAYABLE IN 2025

Record#: 9358

**Legal:**    Sch: 14-4    S/T/R:    Acres/Lots: .00
WATERTOWN CITY  PARKSIDE PLACE ADD
PARKSIDE PLACE ADD
8 2 ST NE

**Taxes In
Name Of**    PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 20,711.62 |
| **Second Half** | 20,711.62 |
| **TOTAL** | 41,423.24 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 65,136 | 2.525 | 164.48 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 65,136 | 9.478 | 617.36 |
| WATERTOWN CITY | 67,568 | 65,136 | 1.691 | 110.14 |
| EAST DAKOTA WATER | 67,568 | 65,136 | 0.020 | 1.30 |
| TAX INCREMENT 12 NA | 67,568 | 2,955,371 | 13.714 | 40,529.96 |

*6/5/25
JE
ESCROW
$ 2,958.80*

NA: 41423.24

**TOTAL:**    41,423.24

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⚓ Please detach stubs and return with your payment          ⚓ Please detach stubs and return with your payment

**-FIRST PAYMENT-**
PARKSIDE PLACE LLC

CODINGTON
Record #
9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |

DELINQUENT AFTER APRIL 30th

**-SECOND PAYMENT-**
PARKSIDE PLACE LLC

CODINGTON
Record #
9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |

DELINQUENT AFTER OCTOBER 31st

Page 50



**PARKSIDE PLACE, LLC**
DEBTOR IN POSSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/11/25                                    20087

TO THE
ORDER OF

**** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

$14,500.00**

MEMO: Loan Payment                          NON-NEGOTIABLE

i.   Not contained in the Budgets except as approved by the Bankruptcy Court after written notice to the Bank and a hearing or after written request to the Bank and the Bank's written consent; or

ii.   In excess of one hundred ten percent (110%) of the amount set forth in the Budget, in the aggregate from the Petition Date.

5.   <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

i.   Pre-Petition Rents held by the VerStandig Law Firm, LLC Attorney Trust Account are considered to be cash collateral and subject to the constraints of the Budgets. Debtors waive and release any claim against the Bank that the Pre-Petition Rents remitted under this paragraph 5(i) or paragraph 10 below are property of the estate or that the Bank did not have a properly perfected lien in these specific monies, to the extent of any allowed claims of the Bank.



ii.   Parkside will pay the sum of $14,500 on the 15th day of each month to be applied to debt service.

iii.   Generations will pay the sum of $35,000 on the 15th day of each month to be applied to debt service.

iv.   The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9279
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20088

TO THE
ORDER OF

INDY OSENDORF
529 Morning Side Ave
Paynesville, MN  56362

**** FOUR HUNDRED FORTY FOUR AND 25/100 DOLLARS

06/13/25                    $444.25******

Deposit Return

NON-NEGOTIABLE

20106

**PARKSIDE PLACE, LLC**
DEBTOR IN POSSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/30/25

$125.00*****

TO THE
ORDER OF

**** ONE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

NON-NEGOTIABLE

## Order Details

Order placed June 23, 2025        Order # 112-5473879-7105027

**Ship to**
CP Business Management
10 N BROADWAY STE 102
WATERTOWN, SD 57201-3627
United States

**Payment method**
Visa  ending in 1559

*CP Business*
*PAID*
*2020*

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $58.85 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $58.85 |
| Estimated tax to be collected: | $3.65 |
| **Grand Total:** | **$62.50** |

---

**Delivered June 27**



Reliancer 4 Pack 1-Channel Rubber Cable Protector Ramp Traffic Speed Bump
18000lbs Capacity Heavy Duty Cable Protective Cover Ramp Driveway Hose Cord
Track Protector Wires Concealer for Garage Parking
Sold by: Reliancer
Return or replace items: Eligible through July 30, 2025
$58.85

*parkside    Back door sidewalk area.*

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

## Order Details

Order placed June 15, 2025      Order # 112-5848458-4525808

**Ship to**

CP Business Management
10 N BROADWAY STE 102
WATERTOWN, SD 57201-3627
United States

**Payment method**

Visa  ending in 1559



CP Business
PAID
70/00

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $58.85 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $58.85 |
| Estimated tax to be collected: | $3.65 |
| **Grand Total:** | **$62.50** |

---

**Delivered June 19**

Reliancer 4 Pack 1-Channel Rubber Cable Protector Ramp Traffic Speed Bump
18000lbs Capacity Heavy Duty Cable Protective Cover Ramp Driveway Hose Cord
Track Protector Wires Concealer for Garage Parking
Sold by: Reliancer
Return or replace items: Eligible through July 18, 2025
$58.85

*Parkside back door curb area*

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20105

TO THE
ORDER OF

06/30/25

$105.00*******

**** ONE HUNDRED FIVE AND 00/100 DOLLARS

LIBBY BURGHARDT
311 OAK STREET
BRANDT, SD   57218

NON-NEGOTIABLE

**Subject:** Mindy Craig
Libby May hours

MAY HOURS

GENERATIONS
5/21: 11:30-2 wall repairs, repainting, clean up 3515 (2.5)

PARKSIDE
5/21: 2-3:30 wall repairs, repaint, clean up 2204 (1.5)

—4@$35

******$140******

park $52.50

gen $87.50

PAID
2005

1

**To:** Mindy Craig

**Subject:** Libby's March hours

March maintenance hours

Parkside
3/27: 2:15-3:30 recaulk counters, fill holes/repairs, paint touchups 2402 (1.5)

Generations
3/5:  10-11 grab supplies, get supplies from ruins take to generations (1)
    11:15-12 sand drywall repairs, second coat mud ceiling, prep for texture 3302 (.75)
    12-12:45 pull hooks/anchors from walls, fill holes/repairs, try to clean dirty walls 3402 (.75)
    12:45-1:15 drywall repairs first coat mud, clean dirty walls to determine if new paint is needed or not in bedroom 3406 (.5)
    1:15-1:30 remove nails/command strips, fill holes/wall repairs 3411 (.25)
    1:30-1:45 fill nail holes throughout, try to clean wall in bedroom to determine if new paint is needed 3511 (.25)
    1:45-2:15 drywall repair bathroom ceiling, window sill repairs, fill holes 3217 (.5)
    2:15-2:45 prep, sand, texture repairs 3402 (.5)
    2:45-4:15 prep, sand, texture repairs (2 large repairs still drying), clean dirty walls(did not have to repaint bathroom/bedroom wall) 3406 (1.5)
    4:15-4:45 prep, sand, texture 3411 (.5)
3/6: 9-10:30 go through closets find any salvageable paint, took all paint buckets to diamond Vogel to shake/mix them, to office for caulking supplies, bring all supplies up into building (1.5)
    10:30-11 second coats mud 3406 (.5)
    11-11:15 final coat mud ceiling repair 3302 (.25)
    11:15-11:45 prime drywall repairs 3402 (.5)
    11:45-12:15 prime drywall repairs 3406 (.5)
    12:15-12:30 prime drywall repairs 3411 (.25)
    12:30-1 fill missed holes (14)small nail holes in bedroom, sand repairs, prep for paint 3511 (.5)
    1-4 paint, deprep, clean up 3402 (3)
3/10: 10:30-12 prep, sand, texture 3302 (1.5)
    12-2 prep, sand, texture 3217 (2)
    2-2:15 go to office for new tray/liner (.25)
    2:15-3 prime ceiling/drywall repairs 3302 (.75)
    3-3:45 fix caulking, clean up/finish in 3402 (.75)
    3:45-4 caulk kitchen counter 3411 (.25)
    4-4:15 fix caulk kitchen counter behind sink 3511 (.25)
    4:15-8 paint, deprep, move supplies to next unit, clean up 3302 (3.75)
3/26: 9:15-12:45 get supplies moved to 3411, prep for paint, paint walls, deprep, clean up, move supplies to next unit (3.5)
    12:45-3:15 paint walls throughout, recaulk bedroom windows, deprep, clean up, move supplies to next unit 3511 (2.5)
    3:15-4:30 start paint 3217 (1.25)
3/27: 9:45-12:45 finish painting, deprep, clean up, move supplies out 3217 (3)
    12:45-1:30 sand, final coat mud on 2 big repairs 3406 (.75)
    1:30-1:45 first coat mud drywall repairs 3303(.25)
    1:45-2:15 cut out anchor, scrap hanger off wall, drywall mud repairs, clean up 3205 (.5)

—36.25@$35

$1,248.75

1

## Owner Statement

Page 1

Owner = PARKSIDE PLACE (all properties)
Month = Jun 2025
Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|--------|---------|---------|
| | | | | Beginning Balance | | | 17,180.96 |
| 05/31/2025 | 20084 | Parkside Place | BLUEPEAK | | 0.00 | 247.77 | 16,933.19 |
| 06/01/2025 | :ACH-WEB | Parkside Place | ANDY NGUYEN | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 17,958.19 |
| 06/01/2025 | 292764641 | Parkside Place | BRANDON BROWN | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 18,983.19 |
| 06/01/2025 | 293131065 | Parkside Place | CHANDLER PEERY | Debit Card On-Line Payment ; Web - Resident Services | 925.00 | 0.00 | 19,908.19 |
| 06/01/2025 | 292764711 | Parkside Place | CHANNELLE COSS | Recurring Credit Card Payment; | 940.00 | 0.00 | 20,848.19 |
| 06/01/2025 | 292764669 | Parkside Place | COLE WEGNER | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 21,873.19 |
| 06/01/2025 | :ACH-WEB | Parkside Place | DEBBIE STUCHL | Online Payment - EFT Payment. Web - Resident Services | 975.00 | 0.00 | 22,848.19 |
| 06/01/2025 | 481068830 cpbm 5471 | Parkside Place | HOPE LEWANDOWSKI | | 1,025.00 | 0.00 | 23,873.19 |
| 06/01/2025 | 293358324 | Parkside Place | JORGE ROSA | Debit Card On-Line Payment ; Mobile App - Resident Services | 940.00 | 0.00 | 24,813.19 |
| 06/01/2025 | :ACH-549 | Parkside Place | JOSEPH NOELDNER | Pre-Authorized Payment | 1,025.00 | 0.00 | 25,838.19 |
| 06/01/2025 | :ACH-551 | Parkside Place | JOSHUA MEEHL | Pre-Authorized Payment. Roommate STACEY MEEHL (r0000079) | 940.00 | 0.00 | 26,778.19 |
| 06/01/2025 | 292777902 | Parkside Place | MADELYN PUGSLEY | Debit Card On-Line Payment ; Mobile App - Resident Services | 950.00 | 0.00 | 27,728.19 |
| 06/01/2025 | 292781021 | Parkside Place | MADELYN PUGSLEY | Debit Card On-Line Payment ; Mobile App - Resident Services | 35.00 | 0.00 | 27,763.19 |
| 06/01/2025 | :ACH-550 | Parkside Place | MARGARET MELAND | Pre-Authorized Payment | 1,025.00 | 0.00 | 28,788.19 |
| 06/02/2025 | :ACH-WEB | Parkside Place | ANDREW BOT | Online Payment - EFT Payment Paid by Roommate AMANDA DROWN(r0000064).Web - Resident Services | 925.00 | 0.00 | 29,713.19 |
| 06/02/2025 | 293454593 | Parkside Place | DAVID TIJERINA | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 30,738.19 |
| 06/02/2025 | 9999 | Parkside Place | HOLLY // LISA OHMAN | | 1,025.00 | 0.00 | 31,763.19 |
| 06/02/2025 | 1008 | Parkside Place | JARED SAUER | | 1,025.00 | 0.00 | 32,788.19 |
| 06/02/2025 | :ACH-WEB | Parkside Place | JOELLE CONSIER | Online Payment - EFT Payment. Mobile App - Resident Services | 1,029.25 | 0.00 | 33,817.44 |
| 06/02/2025 | 6174 | Parkside Place | MARLYS HOLUBOK | | 995.00 | 0.00 | 34,812.44 |
| 06/02/2025 | 293511932 | Parkside Place | SAMANTHA ADAM | Debit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 35,837.44 |
| 06/03/2025 | ach | Parkside Place | COUNTY FAIR FOODS OF WATERTOWN | | 1,557.15 | 0.00 | 37,394.59 |

Tuesday, July 15, 2025
03:16 PM

**Owner Statement**

Owner = PARKSIDE PLACE (all properties)

Month = Jun 2025

Book = Cash

| Date | Ref | Property | Name | Description | | | |
|------|-----|----------|------|-------------|---|---|---|
| 06/03/2025 | ach | Parkside Place | GT BROTHERS | | 3,032.04 | 0.00 | 40,426.63 |
| 06/03/2025 | ach | Parkside Place | JOSHUA GILLILAND | | 1,025.00 | 0.00 | 41,451.63 |
| 06/03/2025 | 294119956 | Parkside Place | LIZETTE SALGADO | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,157.24 | 0.00 | 42,608.87 |
| 06/03/2025 | ach | Parkside Place | MARIAH GAUKLER | | 980.00 | 0.00 | 43,588.87 |
| 06/03/2025 | ach | Parkside Place | Mark Keller | | 1,025.00 | 0.00 | 44,613.87 |
| 06/03/2025 | ach | Parkside Place | NATHAN SCHENKEL | short by $100. Re-ran ach 6/11 for shortfall | 925.00 | 0.00 | 45,538.87 |
| 06/03/2025 | ach | Parkside Place | QUINN KOTEK | | 925.00 | 0.00 | 46,463.87 |
| 06/03/2025 | ach | Parkside Place | TIFFANY SANDERSON | | 1,025.00 | 0.00 | 47,488.87 |
| 06/03/2025 | ach | Parkside Place | ZOIE FRASER | | 940.00 | 0.00 | 48,428.87 |
| 06/04/2025 | 294376014 | Parkside Place | ERIN KRAVIK | Credit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 49,453.87 |
| 06/04/2025 | 484337539 cpbm 5471 | Parkside Place | JAIME BRANN | | 1,025.00 | 0.00 | 50,478.87 |
| 06/05/2025 | 1144 | Parkside Place | BENJAMIN WAGNER | rec'd 9th. postmarked before 5th. | 1,025.00 | 0.00 | 51,503.87 |
| 06/05/2025 | 14002991 | Parkside Place | GARY HOFER | rec'd 9th. postmarked before 5th. | 1,025.00 | 0.00 | 52,528.87 |
| 06/05/2025 | :ACH-WEB | Parkside Place | WILLIAM JOHNSON | Online Payment - EFT Payment. Web - Resident Services | 1,025.00 | 0.00 | 53,553.87 |
| 06/09/2025 | 2382 | Parkside Place | RILEY CASPER | deposit charges; PIF | 230.74 | 0.00 | 53,784.61 |
| 06/10/2025 | :ACH-WEB | Parkside Place | SHANYA MEHLHAFF | Online Payment - EFT Payment. Mobile App - Resident Services | 500.00 | 0.00 | 54,284.61 |
| 06/11/2025 | 20087 | Parkside Place | RED RIVER STATE BANK | Parkside 1st Mtg; per cash collaterol 2/3/2025 | 0.00 | 14,500.00 | 39,784.61 |
| 06/12/2025 | 295391855 | Parkside Place | MADELYN PUGSLEY | Debit Card On-Line Payment ; Mobile App - Resident Services | 61.94 | 0.00 | 39,846.55 |
| 06/12/2025 | ach | Parkside Place | NATHAN SCHENKEL | short rent increase; ran 2nd ach on 6/11 | 100.00 | 0.00 | 39,946.55 |
| 06/13/2025 | 20088 | Parkside Place | INDY OSENDORF | Refunding Q-36037 | 0.00 | 444.25 | 39,502.30 |
| 06/13/2025 | | Parkside Place | JE-4154 | :Prog Gen Move Out transfer (INDY OSENDORF) - Receipt #32822 | 1,025.00 | 0.00 | 40,527.30 |
| 06/13/2025 | | Parkside Place | JE-4155 | :Prog Gen Move Out transfer (NATHAN SIK) - Receipt #32823 | 1,025.00 | 0.00 | 41,552.30 |
| 06/15/2025 | 20089 | Parkside Place | Alexis Burbach | 7 hr rm duties | 0.00 | 178.50 | 41,373.80 |
| 06/15/2025 | 20089 | Parkside Place | Alexis Burbach | 2307 | 0.00 | 200.00 | 41,173.80 |
| 06/15/2025 | 20089 | Parkside Place | Alexis Burbach | taxes | 0.00 | 11.07 | 41,162.73 |
| 06/15/2025 | 20090 | Parkside Place | BRADLEY WARNS | 2203 ac unit | 0.00 | 32.00 | 41,130.73 |
| 06/15/2025 | N/A | Parkside Place | JE-4164 | wire tx fee; repay to Parkside | 20.00 | 0.00 | 41,150.73 |
| 06/15/2025 | ParkREEscrow | Parkside Place | JE-4178 | RE Tax Escrow (payable 10/31) | 0.00 | 2,958.80 | 38,191.93 |

Tuesday, July 15, 2025
03:16 PM

**Owner Statement**

Owner = PARKSIDE PLACE (all properties)
Month = Jun 2025
Book = Cash

Page 3

| Date | Ref | Property | Name | Description | | | |
|------|-----|----------|------|-------------|---|---|---|
| 06/18/2025 | 295851558 | Parkside Place | JAMES BRUMBAUGH | Debit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 39,216.93 |
| 06/28/2025 | :ACH-WEB | Parkside Place | LIZETTE SALGADO | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 40,241.93 |
| 06/30/2025 | 20092 | Parkside Place | Alexis Burbach | 6.15 rm duties | 0.00 | 159.38 | 40,082.55 |
| 06/30/2025 | 20092 | Parkside Place | Alexis Burbach | taxes | 0.00 | 9.88 | 40,072.67 |
| 06/30/2025 | 20093 | Parkside Place | BLUEPEAK | | 0.00 | 247.77 | 39,824.90 |
| 06/30/2025 | 20094 | Parkside Place | BRADLEY WARNS | clear floor drains, check for clogs, fridge issues, install bumpers, measure overhead garage door | 0.00 | 256.00 | 39,568.90 |
| 06/30/2025 | 20095 | Parkside Place | BRIANS GLASS AND DOOR | #201 door caught in wind, bent closer | 0.00 | 56.44 | 39,512.46 |
| 06/30/2025 | 20096 | Parkside Place | Capital One Commercial | bumper adhesive | 0.00 | 19.68 | 39,492.78 |
| 06/30/2025 | 20104 | Parkside Place | CP BUSINESS MANAGEMENT | june mgmt | 0.00 | 1,973.23 | 37,519.55 |
| 06/30/2025 | 20107 | Parkside Place | CP BUSINESS MANAGEMENT | 6/15 bumber order amz | 0.00 | 62.50 | 37,457.05 |
| 06/30/2025 | 20107 | Parkside Place | CP BUSINESS MANAGEMENT | 6/23 2nd bumber order amz | 0.00 | 62.50 | 37,394.55 |
| 06/30/2025 | 20097 | Parkside Place | CP BUSINESS MANAGEMENT | 6/28 ins. prem. | 0.00 | 1,741.90 | 35,652.65 |
| 06/30/2025 | 20104 | Parkside Place | CP BUSINESS MANAGEMENT | 2204 overages carpet | 0.00 | 40.70 | 35,611.95 |
| 06/30/2025 | 20104 | Parkside Place | CP BUSINESS MANAGEMENT | 2204 overages cleaning | 0.00 | 86.51 | 35,525.44 |
| 06/30/2025 | 20104 | Parkside Place | CP BUSINESS MANAGEMENT | 2204 overages paint | 0.00 | 134.50 | 35,390.94 |
| 06/30/2025 | 20104 | Parkside Place | CP BUSINESS MANAGEMENT | 2311 overages carpet | 0.00 | 40.70 | 35,350.24 |
| 06/30/2025 | 20104 | Parkside Place | CP BUSINESS MANAGEMENT | 2311 overages cleaning | 0.00 | 215.70 | 35,134.54 |
| 06/30/2025 | 20104 | Parkside Place | CP BUSINESS MANAGEMENT | 2401 collected re-rental so far | 0.00 | 0.17 | 35,134.37 |
| 06/30/2025 | 20104 | Parkside Place | CP BUSINESS MANAGEMENT | 2402 overages cleaning | 0.00 | 115.35 | 35,019.02 |
| 06/30/2025 | 20104 | Parkside Place | CP BUSINESS MANAGEMENT | software fee | 0.00 | 38.00 | 34,981.02 |
| 06/30/2025 | 20104 | Parkside Place | CP BUSINESS MANAGEMENT | misc mgr | 0.00 | 250.00 | 34,731.02 |
| 06/30/2025 | 20104 | Parkside Place | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 200.00 | 34,531.02 |
| 06/30/2025 | 20104 | Parkside Place | CP BUSINESS MANAGEMENT | offsite office rent | 0.00 | 1,312.50 | 33,218.52 |
| 06/30/2025 | 20104 | Parkside Place | CP BUSINESS MANAGEMENT | offsite supplies | 0.00 | 214.56 | 33,003.96 |
| 06/30/2025 | 20104 | Parkside Place | CP BUSINESS MANAGEMENT | offsite utilities | 0.00 | 54.64 | 32,949.32 |
| 06/30/2025 | 20104 | Parkside Place | CP BUSINESS MANAGEMENT | pugsley electric admin fee | 0.00 | 25.00 | 32,924.32 |
| 06/30/2025 | 20098 | Parkside Place | IKES WINDOW WASHING | quarterly window clean | 0.00 | 111.51 | 32,812.81 |
| 06/30/2025 | 20091 | Parkside Place | JESSE CRAIG | 39 UNITS, $45/UNIT | 0.00 | 1,755.00 | 31,057.81 |
| 06/30/2025 | 20099 | Parkside Place | JORDAN BERNDT | 2410 fridge issues | 0.00 | 60.00 | 30,997.81 |
| 06/30/2025 | 20105 | Parkside Place | LIBBY BURGHARDT | MARCH 3402 paint | 0.00 | 52.50 | 30,945.31 |
| 06/30/2025 | 20105 | Parkside Place | LIBBY BURGHARDT | MAY paint/touchups | 0.00 | 52.50 | 30,892.81 |

Tuesday, July 15, 2025
03:16 PM

**Owner Statement**

Owner =  PARKSIDE PLACE (all properties)

Month = Jun 2025

Book = Cash

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/30/2025 | 20100 | Parkside Place | SCHUMACHER | quarterly maint. contract | 0.00 | 494.05 | 30,398.76 |
| 06/30/2025 | 20101 | Parkside Place | WHITE GLOVE CLEANING | May building clean | 0.00 | 743.40 | 29,655.36 |
| 06/30/2025 | 20102 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 5/20-6/2  dates vacants | 0.00 | 40.18 | 29,615.18 |
| 06/30/2025 | 20102 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 5/22-6/23  house electric | 0.00 | 450.75 | 29,164.43 |
| 06/30/2025 | 20102 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 5/22-6/23  house gas | 0.00 | 198.98 | 28,965.45 |
| 06/30/2025 | 20102 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 5/22-6/23  house water | 0.00 | 372.09 | 28,593.36 |
| 06/30/2025 | 20102 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 5/22-6/23  house sewer | 0.00 | 1,461.96 | 27,131.40 |
| 06/30/2025 | :ACH-WEB | Parkside Place | ALLYSON HOLDEN | Online Payment - EFT Payment. Mobile App - Resident Services | 198.42 | 0.00 | 27,329.82 |
| | | | | **Ending Balance** | **41,831.78** | **31,682.92** | **27,329.82** |
| | | | | Reserves Needed | | 0.00 | |
| | | | | Security Deposits (this period) | | 0.00 | |

**Rent Roll**

Property = Parkside Place

As Of = 06/29/2025

Month = 06/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | CAM | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|------------|----------------|-----|------|---------|------------------|----------|---------|
| **Current/Notice/Vacant Tenants** | | | | | | | | | |
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 519.04 | 0.00 | 09/01/2021 | 08/31/2026 | | 0.00 |
| 202 | COUNTY FAIR FOODS OF WATI | 1,290.00 | 2,000.00 | 267.15 | 0.00 | 10/01/2021 | 09/30/2026 | | 0.00 |
| 2201 | ERIN KRAVIK | 1,025.00 | 925.00 | 0.00 | 0.00 | 05/04/2024 | 05/31/2025 | | 0.00 |
| 2202 | HOLLY // LISA OHMAN | 1,025.00 | 965.00 | 0.00 | 0.00 | 08/01/2022 | | | 0.00 |
| 2203 | ZOIE FRASER | 1,025.00 | 750.00 | 0.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2204 | JAIME BRANN | 0.00 | 1,025.00 | 0.00 | 0.00 | 06/04/2025 | 06/30/2026 | | -68.24 |
| 2205 | QUINN KOTEK | 925.00 | 925.00 | 0.00 | 0.00 | 07/01/2024 | 06/30/2025 | | 0.00 |
| 2206 | JAMES BRUMBAUGH | 1,025.00 | 980.00 | 0.00 | 0.00 | 04/01/2023 | 03/31/2024 | | 0.00 |
| 2207 | MARGARET MELAND | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 08/05/2024 | 08/31/2025 | | 0.00 |
| 2208 | WILLIAM JOHNSON | 1,025.00 | 945.00 | 0.00 | 0.00 | 03/01/2022 | | | 0.00 |
| 2209 | MARIAH GAUKLER | 980.00 | 980.00 | 0.00 | 0.00 | 05/01/2023 | 04/30/2024 | | 0.00 |
| 2210 | Mark Keller | 1,025.00 | 945.00 | 0.00 | 0.00 | 03/11/2022 | | | 0.00 |
| 2211 | JARED SAUER | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 2212 | CHANNELLE COSS | 1,025.00 | 750.00 | 0.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2301 | SHANYA MEHLHAFF | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 10/01/2023 | 09/30/2024 | | 525.00 |
| 2302 | TIFFANY SANDERSON | 1,025.00 | 980.00 | 0.00 | 0.00 | 01/01/2023 | 12/31/2023 | | 0.00 |
| 2303 | SAMANTHA ADAM | 1,025.00 | 945.00 | 0.00 | 0.00 | 05/10/2022 | 04/30/2025 | | 0.00 |
| 2304 | CHANDLER PEERY | 925.00 | 925.00 | 0.00 | 0.00 | 05/10/2024 | 05/31/2025 | | 0.00 |
| 2305 | BAYLEE BOESE | 1,025.00 | 750.00 | 0.00 | -55.00 | 12/24/2024 | 12/31/2025 | | 0.00 |
| 2306 | GARY HOFER | 1,025.00 | 925.00 | 0.00 | 0.00 | 05/15/2024 | 05/31/2025 | | 119.00 |
| 2307 | ANDREW BOT | 925.00 | 925.00 | 0.00 | 0.00 | 07/16/2024 | 07/31/2025 | 06/30/2025 | 0.00 |
| 2308 | JORGE ROSA | 1,025.00 | 1,000.00 | 0.00 | -85.00 | 01/10/2025 | 01/09/2026 | | 0.00 |
| 2309 | DAVID TIJERINA | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2310 | JOSHUA MEEHL | 1,025.00 | 750.00 | 0.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2311 | LIZETTE SALGADO | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 05/28/2025 | 05/31/2026 | | -1,025.00 |
| 2312 | NATHAN SCHENKEL | 1,025.00 | 925.00 | 0.00 | 0.00 | 06/01/2024 | 05/31/2025 | 06/30/2025 | 0.00 |
| 2401 | ALLYSON HOLDEN | 1,025.00 | 750.00 | 0.00 | -80.00 | 11/18/2024 | 11/30/2025 | 07/06/2025 | 501.58 |
| 2402 | JOELLE CONSIER | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 04/16/2025 | 04/30/2026 | | 0.00 |
| 2403 | MADELYN PUGSLEY | 1,025.00 | 750.00 | 0.00 | -40.00 | 01/01/2025 | 12/31/2025 | | 0.00 |
| 2404 | BRANDON BROWN | 1,025.00 | 980.00 | 0.00 | 0.00 | 12/01/2022 | 12/31/2025 | | 0.00 |
| 2405 | DEBBIE STUCHL | 1,025.00 | 1,025.00 | 0.00 | -50.00 | 10/01/2024 | 09/30/2025 | | 0.00 |
| 2406 | HOPE LEWANDOWSKI | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 03/03/2025 | 02/28/2026 | | 0.00 |
| 2407 | COLE WEGNER | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 08/14/2024 | 08/31/2025 | | 0.00 |
| 2408 | JOSEPH NOELDNER | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 08/01/2023 | 08/31/2024 | | 0.00 |
| 2409 | JOSHUA GILLILAND | 1,025.00 | 500.00 | 0.00 | 0.00 | 12/01/2021 | | | 0.00 |
| 2410 | ANDY NGUYEN | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 11/01/2023 | 12/31/2023 | | 0.00 |
| 2411 | MARLYS HOLUBOK | 995.00 | 980.00 | 0.00 | 0.00 | 06/01/2023 | 05/31/2024 | | 0.00 |
| 2412 | BENJAMIN WAGNER | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 06/01/2024 | 06/30/2026 | | 0.00 |
| **Future Tenants/Applicants** | | | | | | | | | |
| 2312 | CIARA FRANK | 0.00 | 1,025.00 | 0.00 | 0.00 | 08/01/2025 | 07/31/2026 | | 0.00 |
| 2401 | ANNA SAMUELSON | 0.00 | 1,025.00 | 0.00 | 0.00 | 07/07/2025 | 07/31/2026 | | 0.00 |
| **Total** | **Parkside Place** | **39,303.00** | **41,625.00** | **786.19** | **-565.00** | | | | **52.34** |

| Summary Groups | Square Footage | Actual Rent | Security Deposit | CAM | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied | Balance |
|----------------|----------------|-------------|------------------|-----|------|-----------|------------------|-----------------|---------|
| Current/Notice/Vacant Tenants | 28,008.00 | 39,303.00 | 39,575.00 | 786.18 | -565.00 | 38 | 100.00 | 100.00 | 52.33 |
| Future Tenants/Applicants | 1,556.00 | 0.00 | 2,050.00 | 0.00 | 0.00 | 2 | 0.00 | 0.00 | 0.00 |
| Occupied Units | 28,008.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38 | 100.00 | 100.00 | 0.00 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| **Totals:** | **28,008.00** | **39,303.00** | **41,625.00** | **786.18** | **-565.00** | **38** | **100.00** | **100.00** | **52.33** |