IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Thursday, August 14, 2025, I tendered the Third Motion for Leave to Use Cash Collateral, DE #137, together with this Honorable Court's Order Granting Motion to Expedite Hearing on Third Motion for Leave to Use Cash Collateral, DE #141, to a third party mailing vendor and that the Order was thereafter served, via first class mail, postage prepaid, to all parties on the attached mailing matrix.

Respectfully Submitted,

Dated: August 14, 2025        By:    /s/Christianna A. Cathcart
                                     Christianna A. Cathcart, Esq.
                                     The Dakota Bankruptcy Firm
                                     1630 1st Avenue N
                                     Suite B PMB 24
                                     Fargo, North Dakota 58102-4246
                                     Phone: (701) 970-2770
                                     christianna@dakotabankruptcy.com
                                     *Counsel for the Debtors*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart