IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on Thursday, August 14, 2025, I tendered the Third Motion for Leave to Use Cash Collateral, DE #137, together with this Honorable Court's Order Granting Motion to Expedite Hearing on Third Motion for Leave to Use Cash Collateral, DE #141, to a third party mailing vendor and that the Order was thereafter served, via first class mail, postage prepaid, to all parties on the attached mailing matrix.

Respectfully Submitted,

Dated: August 14, 2025    By:    /s/Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtors*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of August 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                          EXCLUDE                              EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING   (U)CP BUSINESS MANAGEMENT  INC       (U)CRAIG DEVELOPMENT  LLC
NCRS ADDRESS DOWNLOAD
CASE 25-30002
25-30003
DISTRICT OF NORTH DAKOTA
THU AUG 14 8-13-0 PST 2025


EXCLUDE                            EXCLUDE                              DEBTOR
(U)CRAIG HOLDINGS  LLC             (U)CRAIG PROPERTIES  LLC             GENERATIONS ON 1ST LLC
                                                                        1405 1ST AVENUE N
                                                                        FARGO  ND 58102-4203



                                                                        EXCLUDE
RED RIVER STATE BANK               WATERTOWN DEVELOPMENT COMPANY        US BANKRUPTCY COURT
ATTN  CAREN W STANLEY              1 EAST KEMP AVENUE                   655 1ST AVENUE NORTH  SUITE 210
VOGEL  LAW FIRM                    WATERTOWN  SD 57201-3606             FARGO  ND 58102-4932
PO BOX 1389
FARGO  ND 58107-1389



ADDISON RASSEL  WESTON WEBER       ALEXIS BURBACH                       ALEXIS WILLETT
26 1ST AVENUE SW                   26 1ST AVENUE SW                     26 1ST AVENUE SW
UNIT 3513                          UNIT 3310                            UNIT 3318
WATERTOWN  SD 57201-4256           WATERTOWN  SD 57201-4236             WATERTOWN  SD 57201-4236



ALLIE WEISS                        ALLISON FOOTE                        ALLYSSA KIRCHBERG
26 1ST AVENUE SW                   26 1ST AVENUE SW                     26 1ST AVENUE SW
UNIT 3403                          UNIT 3213                            UNIT 3315
WATERTOWN  SD 57201-4237           WATERTOWN  SD 57201-4200             WATERTOWN  SD 57201-4236



AUTOMATIC BUILDING CONTROLS  INC   BAETEFORSETH HVAC                    BARB WEGMAN
4300 W 61ST ST N                   4700 N NORTHVIEW AVE                 26 1ST AVENUE SW
SIOUX FALLS  SD 57107-6474         SIOUX FALLS  SD 57107-0869           UNIT 3311
                                                                        WATERTOWN  SD 57201-4236



BARBARA GOENS                      BLACKTAIL INVESTMENTS  LLC           BLAKE THEISEN
26 1ST AVENUE SW                   PO BOX 629                           26 1ST AVENUE SW
UNIT 3301                          FARGO  ND 58107-0629                 UNIT 3316
WATERTOWN  SD 57201-4236                                                WATERTOWN  SD 57201-4236



BRIANNA PEDERSON                   CP BUSINESS MANAGEMENT  INC          CANNON ELECTRIC LLC
26 1ST AVENUE SW                   1401 1ST AVE N                       708 9TH AVE SE
UNIT 3305                          B                                    308
WATERTOWN  SD 57201-4236           FARGO  ND 58102-4203                 WATERTOWN  SD 57201-5222



CAREN STANLEY  ESQ                 CARRICO LAW OFFICE                   CASEY KIRLEY
VOGEL LAW FIRM                     657 W KEMP AVE                       26 1ST AVENUE SW
218 NP AVENUE                      WATERTOWN  SD 57201-2249             UNIT 3206
FARGO  ND 58102-4834                                                    WATERTOWN  SD 57201-4200
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CHARLES OLSON                      CHRISTIANNA A CATHCART  ESQ        CLARITY TELECOM  LLC
26 1ST AVENUE SW                   THE DAKOTA BANKRUPTCY FIRM         DBA BLUEPEAK FIBER
UNIT 3501                          1630 1ST AVENUE N  SUITE B PMB 24  7979 E TUFTS AVE SUITE 850
WATERTOWN  SD 57201-4256           FARGO  NORTH DAKOTA 58102-4246     DENVER  CO 80237-2845


CLAYTON ALBAN                      CODINGTON COUNTY TREASURER         COUNTY FAIR FOODS OF WATERTOWN INC
26 1ST AVENUE SW                   14 1ST AVE SE                      14 2ND ST NE
UNIT 3313                          WATERTOWN  SD 57201-3611           WATERTOWN  SD 57201-3622
WATERTOWN  SD 57201-4236


CYNTHIA WELLS                      DAKOTA CLEAN  LLC                  DARYL TAPIO
26 1ST AVENUE SW                   509 9TH AVE S                      26 1ST AVENUE SW
UNIT 3407                          CLEAR LAKE  SD 57226-2166          UNIT 3413
WATERTOWN  SD 57201-4237                                              WATERTOWN  SD 57201-4237


DIONNE ZWEIG                       ETHANIEL WELLNITZ                  GT BROTHERS  LLC
26 1ST AVENUE SW                   26 1ST AVENUE SW                   14 2ND ST NE
UNIT 3412                          UNIT 3502                          WATERTOWN  SD 57201-3622
WATERTOWN  SD 57201-4237           WATERTOWN  SD 57201-4256


GEORGES SANITATION INC             HME COMPANIES  LLC                 HME COMPANIES  LLC
3367 12TH AVE NW                   432 5TH STREET                     ATTN LANE WARZECHA
WATERTOWN  SD 57201-7225           BROOKINGS  SD 57006-2007           432 5TH STREET
                                                                      BROOKINGS  SD 57006-2007


HALI ANDERSON  DANIEL WILLIAMS     HELGA MYERS                        IKES WINDOW WASHING  LLC
26 1ST AVENUE SW                   26 1ST AVENUE SW                   1126 E KEMP AVE
UNIT 3512                          UNIT 3205                          WATERTOWN  SD 57201-3755
WATERTOWN  SD 57201-4256           WATERTOWN  SD 57201-4200


INTERNAL REVENUE SERVICE           JACOB KRANZ  SIERRA OVERSHINER     JACOBE TRAMP
PO BOX 7346                        26 1ST AVENUE SW                   26 1ST AVENUE SW
PHILADELPHIA  PA 19101-7346        UNIT 3510                          UNIT 3416
                                   WATERTOWN  SD 57201-4256           WATERTOWN  SD 57201-4237


JESSE AND MARIE HEER               JOHN TIMMONS                       JONI DYSTRA
26 1ST AVENUE SW                   26 1ST AVENUE SW                   26 1ST AVENUE SW
UNIT 3404                          UNIT 3505                          UNIT 3209
WATERTOWN  SD 57201-4237           WATERTOWN  SD 57201-4256           WATERTOWN  SD 57201-4200


JORDAN JIERMAN                     JOSHUA ESCAMILLAVIGIL              JUDITH ZIRBEL
26 1ST AVENUE SW                   26 1ST AVENUE SW                   26 1ST AVENUE SW
UNIT 3214                          UNIT 3516                          UNIT 3201
WATERTOWN  SD 57201-4200           WATERTOWN  SD 57201-4256           WATERTOWN  SD 57201-4200
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
JUSTICE FIRE SAFETY INC           KAREN JENSEN                      KEEGAN SCHELLE
3601 N POTSDAM AVENUE             26 1ST AVENUE SW                  26 1ST AVENUE SW
SIOUX FALLS   SD 57104-7032       UNIT 3410                         UNIT 3309
                                  WATERTOWN   SD 57201-4237         WATERTOWN   SD 57201-4236


KENDELL GRONHOLZ  COLE GILSDORF   KYLE MARX  DAWSON TREEBY          KYLE WISSEMAN
26 1ST AVENUE SW                  26 1ST AVENUE SW                  26 1ST AVENUE SW
UNIT 3208                         UNIT 3405                         UNIT 3308
WATERTOWN   SD 57201-4200         WATERTOWN   SD 57201-4237         WATERTOWN   SD 57201-4236


LAVERNE COYLE                     LEW KNAPP                         LIBERTY MUTUAL GROUP INC
26 1ST AVENUE SW                  26 1ST AVENUE SW                  175 BERKELEY STREET
UNIT 3408                         UNIT 3216                         BOSTON   MA 02116-3350
WATERTOWN   SD 57201-4237         WATERTOWN   SD 57201-4200


LOIS STADHEIM                     LORNA HARSTAD                     LYNELLE HERSTEDT
26 1ST AVENUE SW                  26 1ST AVENUE SW                  26 1ST AVENUE SW
UNIT 3207                         UNIT 3401                         UNIT 3506
WATERTOWN   SD 57201-4200         WATERTOWN   SD 57201-4237         WATERTOWN   SD 57201-4256


MADISON PREMUS                    MARILYN BOIK                      MARISSA ROBER
26 1ST AVENUE SW                  26 1ST AVENUE SW                  26 1ST AVENUE SW
UNIT 3509                         UNIT 3210                         UNIT 3418
WATERTOWN   SD 57201-4256         WATERTOWN   SD 57201-4200         WATERTOWN   SD 57201-4237


MARLI SCHIPPERS                   MASON MCDONALD                    MULINDA SUE CRAIG
NOONEY  SOLAY  LLP                26 1ST AVENUE SW                  PO BOX 426
326 FOUNDERS PARK                 UNIT 3517                         FARGO   ND 58107-0426
RAPID CITY   SD 57701-8090        WATERTOWN   SD 57201-4256


NICHOLAS PETERSEN                 NICK KASTEN  KARLY MONNIER        ORLEY WANGSNESS
26 1ST AVENUE SW                  26 1ST AVENUE SW                  26 1ST AVENUE SW
UNIT 3508                         UNIT 3414                         UNIT 3307
WATERTOWN   SD 57201-4256         WATERTOWN   SD 57201-4237         WATERTOWN   SD 57201-4236


PAIGE HALL                        PHYLLIS JACKSON                   PIPER NAUGHTON
26 1ST AVENUE SW                  26 1ST AVENUE SW                  26 1ST AVENUE SW
UNIT 3317                         UNIT 3204                         UNIT 3417
WATERTOWN   SD 57201-4236         WATERTOWN   SD 57201-4200         WATERTOWN   SD 57201-4237


RAY BRADBURY                      REAGAN CRANDALL                   RED RIVER STATE BANK
26 1ST AVENUE SW                  26 1ST AVENUE SW                  114 N MILL ST
UNIT 3504                         UNIT 3303                         PO BOX 98
WATERTOWN   SD 57201-4256         WATERTOWN   SD 57201-4236         FERTILE   MN 56540-0098
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

RED RIVER STATE BANK              RED RIVER STATE BANK              EXCLUDE
CO CAREN W STANLEY                CO KESHA L TANABE                 (D)RED RIVER STATE BANK
VOGEL LAW FIRM                    VOGEL LAW FIRM                    CO CAREN W STANLEY
PO BOX 1389                       PO BOX 1389                       VOGEL LAW FIRM
FARGO  ND  58107-1389             FARGO ND 58107-1389               PO BOX 1389
                                                                    FARGO  ND  58107-1389


RED RIVER STATE BANK              RENEE HANLON                      SARAH J WENCIL
CO DREW J HUSHKA                  26 1ST AVENUE SW                  OFFICE OF THE US TRUSTEE
VOGEL LAW FIRM                    UNIT 3201                         SUITE 1015 US COURTHOUSE
PO BOX 1389                       WATERTOWN  SD 57201-4200          300 SOUTH FOURTH STREET
FARGO ND  58107-1389                                                MINNEAPOLIS  MN 55415-1320


SAYLOR HALLSTROM                  SCHUMACHER ELEVATOR COMPANY       SELMER HATLESTAD
26 1ST AVENUE SW                  ONE SCHUMACHER WAY                26 1ST AVENUE SW
UNIT 3415                         DENVER  IA 50622                  UNIT 3402
WATERTOWN  SD 57201-4237                                            WATERTOWN  SD 57201-4237


SHEILA KAMMERER                   SHERMA GEORGE GORE                SOUTH DAKOTA DEPARTMENT OF REVENUE
26 1ST AVENUE SW                  26 1ST AVENUE SW                  445 E CAPITOL AVENUE
UNIT 3203                         UNIT 3514                         PIERRE  SD 57501-3100
WATERTOWN  SD 57201-4200          WATERTOWN  SD 57201-4256


STEVEN ALMQUIST                   STEVEN ROSBACH                    THA DAH HTOO  TA MALA WAH
26 1ST AVENUE SW                  26 1ST AVENUE SW                  26 1ST AVENUE SW
UNIT 3518                         UNIT 3304                         UNIT 3312
WATERTOWN  SD 57201-4256          WATERTOWN  SD 57201-4236          WATERTOWN  SD 57201-4236


                                                                    EXCLUDE
TIARA DEHOET  LUCAS SIMON         VERNA OLSON                       (D)WATERTOWN DEVELOPMENT COMPANY
26 1ST AVENUE SW                  26 1ST AVENUE SW                  1 EAST KEMP AVENUE
UNIT 3306                         UNIT 3215                         WATERTOWN  SD 57201-3606
WATERTOWN  SD 57201-4236          WATERTOWN  SD 57201-4200


WATERTOWN DEVELOPMENT COMPANY     WATERTOWN DEVELOPMENT COMPANY     WATERTOWN MUNICIPAL UTILITIES
CO DAVID R STRAIT                 CO JORDAN FEIST                   901 4TH AVE SW
AUSTIN STRAIT BENSON THOLEKOEHN LLP   PO BOX 5027                   WATERTOWN  SD 57201-4106
25 FIRST AVENUE SOUTHWEST         300 SOUTH PHILLIPS AVE  SUITE 300
WATERTOWN  SD 57201-3507          SIOUX FALLS  SD 57104-6322


WATERTOWN SENIOR ACTIVITY CENTER  WHITE GLOVE CLEANING              WHITE GLOVE CLEANING SERVICE  LLC
26 1ST AVE SW                     17892 449TH AVE                   2340 S ELLIS RD
SUITE 101                         HAYTI  SD 57241-5223              APARTMENT 100
WATERTOWN  SD 57201-4268                                            SIOUX FALLS  SD 57106-7134


WILLOW SEURER                     ZIHUI GONG                        CHRISTIANNA A CATHCART
26 1ST AVENUE SW                  26 1ST AVENUE SW                  THE DAKOTA BANKRUPTCY FIRM
UNIT 3503                         UNIT 3515                         1630 FIRST AVE N
WATERTOWN  SD 57201-4256          WATERTOWN  SD 57201-4256          STE B PMB 24
                                                                    FARGO  ND 58102-4246
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| DREW J HUSHKA<br>VOGEL LAW FIRM<br>218 NP AVENUE<br>PO BOX 1389<br>FARGO  ND 58107-1389 | EXCLUDE<br>(U)JESSE CRAIG | MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO  ND 58102-4246 |
| EXCLUDE<br>(U)MULINDA AKA MINDY CRAIG | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 | |