UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Generations on 1ˢᵗ LLC,<br><br>Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
|---|---|
| In Re:<br><br>Parkside Place LLC,<br><br>Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTES ACCOMPANYING JULY MONTHLY
OPERATING REPORT FOR GENERATIONS ON 1ˢᵗ LLC**

1.    **Cash Balance.** At the beginning of the month, the checking account held $54,137.90, while the IOLTA account held $90,592.04, totaling $144,729.94.

2.    **Total Receipts.** Per the Starion statement, total credits for July were $82,751.89. This amount includes one accidental transfer of $1,090.00, two security deposit credits of $2,845.00 and $80.00, and one NSF returned payment of $1,010.00, totaling $5,025.00. After excluding these amounts, the total receipts reported on the Monthly Operating Report ("MOR") are $77,726.89

3.    **Total Disbursements**. Per the Starion statement, total disbursements for July were $60,571.55, which includes an NSF returned payment of $1,010.00. Excluding this item, the total disbursements reported on the MOR are $59,561.55

4.    **Ending Balance.** The MOR reports a cash balance of $162,895.00. Adding back the accidental transfer of $1,090.00, and two security deposit credits of $2,845.00 and $80.00 results in a total of $166,910.28, representing the combined balances of $76,318.24 in the Starion

1

account and $90,592.04 in the IOLTA account.

5.    **Accounts Receivable.** The accounts receivable balance reflects one outstanding late fee.

6.    **Summary of New Leases Signed, Short Cancel Notification, and Lease Ended.** At the end of July, tenants vacated units #3502, #3305, #3312, and #3418. New leases were executed for units #3502, #3418, #3304, and #3305. The Debtor received short term lease cancellation from the tenant in unit #3216, who provided improper notice; however, the unit was re-rented effective August 21, with the lease executed after July 31. No evictions were initiated or pending as of the close of the reporting period.

7.    **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly set off by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

8/15/2025 12:09 PM

### 12 Months Cash Flow Statement

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Jul 2025

Book = Cash

| ACCOUNT | | Jul 2025 | Total |
|---|---|---:|---:|
| **4000** | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 78,840.00 | 78,840.00 |
| 4600 | Garage Income | 3,170.00 | 3,170.00 |
| 4601 | Storage Unit Income | 200.00 | 200.00 |
| 4710 | Less: Incentives | -1,215.00 | -1,215.00 |
| 4715 | Less:  HME Incentives | 10.00 | 10.00 |
| 4720 | Delinquency | 1,391.65 | 1,391.65 |
| 4730 | Less: Vacancy | -2,020.00 | -2,020.00 |
| 4810 | Plus: Prepaid Rent/HOA | 555.00 | 555.00 |
| 4990 | Net Rent/HOA Income | 80,931.65 | 80,931.65 |
| | | | |
| 5600 | Other Income | | |
| 5651 | Lease Fees | 75.00 | 75.00 |
| 5890 | Total Other Income | 75.00 | 75.00 |
| | | | |
| 5990 | Total Income | 81,006.65 | 81,006.65 |
| | | | |
| **6000** | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 330.60 | 330.60 |
| 6210 | Repairs/Maintenance | 108.22 | 108.22 |
| 6220 | Painting/Decorating | 408.00 | 408.00 |
| 6242 | Carpet Cleaning | -95.58 | -95.58 |
| 6260 | Resident Manager | 860.85 | 860.85 |
| 6270 | Lawn/Grounds | 297.36 | 297.36 |
| 6290 | Janitorial | 1,665.14 | 1,665.14 |
| 6990 | Total Maintenance Expenses | 3,574.59 | 3,574.59 |
| | | | |
| 7000 | Operating Expenses | | |
| 7010 | Offsite Office Rent | 1,312.50 | 1,312.50 |
| 7030 | Offsite Office Utilities | 108.53 | 108.53 |
| 7040 | Offsite Office Equip/Supplies | 214.56 | 214.56 |
| 7055 | Advertising/Marketing | 649.00 | 649.00 |
| 7057 | Software Fee | 73.00 | 73.00 |
| 7060 | Leasing Commissions (payout) | 800.00 | 800.00 |
| 7075 | Bank Charges/ACH Fees | 21.25 | 21.25 |
| 7130 | Internet & Phone Costs/Service | 37.43 | 37.43 |
| 7400 | Property Management | 4,045.83 | 4,045.83 |
| 7440 | Insurance | 2,347.44 | 2,347.44 |
| 7800 | Electricity-Vacant | 131.58 | 131.58 |

8/15/2025 12:09 PM

## 12 Months Cash Flow Statement

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Jul 2025

Book = Cash

| ACCOUNT | | Jul 2025 | Total |
|---|---|---:|---:|
| 7801 | Electricity-Building | 629.38 | 629.38 |
| 7861 | Gas-Building | 319.84 | 319.84 |
| 7870 | Water & Sewer | 3,578.34 | 3,578.34 |
| 7880 | Garbage | 430.11 | 430.11 |
| 7990 | Total Operating Expenses | 14,698.79 | 14,698.79 |
| | | | |
| 8001 | Other Expenses | | |
| 8002 | US Court Trustee 0.4% | 1,051.00 | 1,051.00 |
| 8004 | Misc. PM Fees | 500.00 | 500.00 |
| 8005 | Misc Professional Fees | 200.00 | 200.00 |
| 8006 | Manager Oversite $45/unit | 3,285.00 | 3,285.00 |
| 8020 | Total Other Expenses | 5,036.00 | 5,036.00 |
| | | | |
| 8990 | Total Expenses | 23,309.38 | 23,309.38 |
| | | | |
| **9090** | **NET INCOME** | **57,697.27** | **57,697.27** |
| | | | |
| | ADJUSTMENTS | | |
| 1131 | Generations Real Estate Tax Escrow | -5,463.93 | -5,463.93 |
| 2700 | Mortgage 1st | -35,000.00 | -35,000.00 |
| | | | |
| | TOTAL ADJUSTMENTS | -40,463.93 | -40,463.93 |
| | | | |
| | CASH FLOW | 17,233.34 | 17,233.34 |

**Balance Sheet**

Owner =  Generations On 1st (all properties)
Month = Jul 2025
Book = Cash

| ACCOUNT | CURRENT BALANCE |
|---|---|
| Generations Apartment DIP Checking | 39,103.57 |
| Generations Real Estate Tax Escrow | 21,855.72 |
| **Total DIP Checking Account** | **60,959.29** |
| | |
| TIF Value | 1,973,040.51 |
| Generations Security Deposit Savings Acct | 76,609.74 |
| The Dakota Bankruptcy Firm Trust | 90,592.04 |
| | |
| Property and Equipment | |
| Buildings | 13,321,518.81 |
| Appliances/AC | 344,481.19 |
| Land | 834,000.00 |
| Total Property and Equipment | 14,500,000.00 |
| | |
| **Total Assets** | **16,701,201.58** |
| | |
| **LIABILITIES & CAPITAL** | |
| | |
| Liabilities | |
| Generations Security Deposits DIP Acct | 76,609.74 |
| Mortgage 1st | 10,759,260.12 |
| TIF Mortgage | 1,973,040.51 |
| Total Liabilities | 12,655,690.89 |
| | |
| Capital | |
| Owner Contribution | 14,675.45 |
| Retained Earnings | 4,030,835.24 |
| Total Capital | 4,045,510.69 |
| | |
| **Total Liabilities & Capital** | **16,701,201.58** |



# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 07/31/2025**

GENERATIONS ON 1ST LLC                                    Page 1 of 6
Customer Number:          `6

>001444 5499919 0001 92855 10Z



GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |



## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | 66 | $76,318.24 |

## ND STAR CHECKING - `6

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/01/2025 | **Beginning Balance** | **$54,137.90** |
| | 26 Credit(s) This Period | $82,751.89 |
| | 26 Debit(s) This Period | $60,571.55 |
| 07/31/2025 | **Ending Balance** | **$76,318.24** |
| | Service Charges | $1.25 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 07/02/2025 | EDEPOSIT | $7,285.00 |
| 07/03/2025 | CP BUSINESS MANA Rent XXXXX6888 | $30,995.00 |
| 07/07/2025 | YARDI CARD DEP 1111Transf XXXXX7117 | $2,020.00 |
| 07/07/2025 | CPBUSINESSMANAGE Settlement 000024331844018 | $2,690.00 |
| 07/08/2025 | CPBUSINESSMANAGE Settlement 000024356629538 | $3,105.00 |
| 07/08/2025 | YARDI CARD DEP 1111Transf XXXXX5836 | $6,080.00 |
| 07/09/2025 | YARDI CARD DEP 1111Transf XXXXX6701 | $1,402.00 |
| 07/09/2025 | YARDI CARD DEP 1111Transf XXXXX2991 | $2,055.24 |
| 07/09/2025 | CPBUSINESSMANAGE Settlement 000024374574378 | $2,671.67 |
| 07/10/2025 | YARDI CARD DEP 1111Transf XXXXX2649 | $2,998.00 |
| 07/10/2025 | EDEPOSIT | $1,090.00 |
| 07/10/2025 | EDEPOSIT | $1,314.16 |
| 07/11/2025 | CPBUSINESSMANAGE Settlement 000024419343558 | $300.00 |
| 07/14/2025 | 119730 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXX8669 ON 7/14/25 | $2,845.00 |
| 07/15/2025 | YARDI CARD DEP 1111Transf XXXXX1048 | $400.00 |
| 07/15/2025 | CPBUSINESSMANAGE Settlement 000024439271218 | $1,280.00 |
| 07/15/2025 | 291436 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXX8669 ON 7/15/25 | $1,090.00 — ? |
| 07/17/2025 | CPBUSINESSMANAGE Settlement 000024457741986 | $765.00 |
| 07/17/2025 | YARDI CARD DEP 1111Transf XXXXX2539 | $1,010.00 |

*Emailed Starion for memo on 7/6/25 tx.*



Member **FDIC**

EQUAL HOUSING LENDER

GENERATIONS ON 1ST LLC                    Statement Ending 07/31/2025                    Page 2 of 6

CSTMTADV 1071 0001 127 07 20250801 PG 1 OF 3
00506980    560617I1.1    0-0

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right to not pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | BALANCE | $ | |
| THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE | | | |






# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 07/31/2025**

GENERATIONS ON 1ST LLC                                    *Page 3 of 6*

Customer Number.

## ND STAR CHECKING - .6 (continued)

### Other Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 07/18/2025 | EDEPOSIT | $1,978.33 |
| 07/18/2025 | EDEPOSIT | $6,462.49 |
| 07/21/2025 | CP BUSINESS MANA storage XXXXX6888 | $80.00 |
| 07/21/2025 | CP BUSINESS MANA 3411garage XXXXX6888 | $80.00 * *Sec. Deposit, shows on sec.dep. tx 8/15/25* |
| 07/21/2025 | CP BUSINESS MANA RENT ACH XXXXX6888 | $975.00 |
| 07/21/2025 | CP BUSINESS MANA 3303ach XXXXX6888 | $1,090.00 |
| 07/22/2025 | YARDI CARD DEP 1111Transf XXXXX3260 | $690.00 |

### Other Debits



| Date | Description | Amount |
|------|-------------|--------|
| 07/09/2025 | YARDI CARD DEP 1111Transf XXXXX7399 | $1,010.00 |
| 07/31/2025 | SERVICE CHARGE | $1.25 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 30104 | 07/09/2025 | $96.00 | 30112 | 07/08/2025 | $39.71 | 30121 | 07/17/2025 | $668.68 |
| 30105 | 07/02/2025 | $3,285.00 | 30113 | 07/09/2025 | $2,406.14 | 30122 | 07/15/2025 | $35,000.00 |
| 30106 | 07/08/2025 | $440.07 | 30114 | 07/07/2025 | $244.26 | 30123 | 07/11/2025 | $6,665.70 |
| 30107 | 07/09/2025 | $286.74 | 30115 | 07/25/2025 | $743.40 | 30124 | 07/23/2025 | $1,531.25 |
| 30108 | 07/09/2025 | $649.00 | 30116 | 07/09/2025 | $3,766.21 | 30125 | 07/23/2025 | $357.15 |
| 30109 | 07/07/2025 | $37.43 | 30117 | 07/14/2025 | $967.28 | 30127* | 07/23/2025 | $15.61 |
| 30110 | 07/09/2025 | $256.00 | 30119* | 07/17/2025 | $765.00 | 30128 | 07/22/2025 | $774.87 |
| 30111 | 07/08/2025 | $66.64 | 30120 | 07/15/2025 | $408.16 | 30130* | 07/29/2025 | $90.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07/02/2025 | $58,137.90 | 07/11/2025 | $98,895.07 | 07/22/2025 | $79,056.90 |
| 07/03/2025 | $89,132.90 | 07/14/2025 | $100,772.79 | 07/23/2025 | $77,152.89 |
| 07/07/2025 | $93,561.21 | 07/15/2025 | $68,134.63 | 07/25/2025 | $76,409.49 |
| 07/08/2025 | $102,199.79 | 07/17/2025 | $68,475.95 | 07/29/2025 | $76,319.49 |
| 07/09/2025 | $99,858.61 | 07/18/2025 | $76,916.77 | 07/31/2025 | $76,318.24 |
| 07/10/2025 | $105,260.77 | 07/21/2025 | $79,141.77 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|-------------|--------|
| TOTAL CHARGE FOR: | $1.25 |
| Total Service Charge | $1.25 |

GENERATIONS ON 1ST LLC                     Statement Ending 07/31/2025                     Page 4 of 6



#30104        07/09/2025        $96.00

#30105        07/02/2025        $3,285.00

#30106        07/08/2025        $440.07

#30107        07/09/2025        $286.74

#30108        07/09/2025        $649.00

#30109        07/07/2025        $37.43

#30110        07/09/2025        $256.00

#30111        07/08/2025        $66.64

#30112        07/08/2025        $39.71

#30113        07/09/2025        $2,406.14

# STARION BANK

PO Box 848
Mandan, ND 58554

**Statement Ending 07/31/2025**

GENERATIONS ON 1ST LLC                                    Page 5 of 6

Customer Number.





#30114        07/07/2025                $244.26



#30115        07/25/2025                $743.40



#30116        07/09/2025                $3,766.21



#30117        07/14/2025                $967.28



#30119        07/17/2025                $765.00



#30120        07/15/2025                $408.16



#30121        07/17/2025                $668.68

#30122        07/15/2025                $35,000.00



#30123        07/11/2025                $6,665.70

#30124        07/23/2025                $1,531.25

GENERATIONS ON 1ST LLC                    Statement Ending 07/31/2025                    Page 6 of 6



| | | |
|---|---|---|
| #30125 | 07/23/2025 | $357.15 |

| | | |
|---|---|---|
| #30127 | 07/23/2025 | $15.61 |





| | | |
|---|---|---|
| #30128 | 07/22/2025 | $774.87 |

| | | |
|---|---|---|
| #30130 | 07/29/2025 | $90.00 |



# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 07/31/2025*

GENERATIONS ON 1ST LLC   Page 1 of 2
**Customer Number:**

>000464 5479585 0001 92855 10Z

00053809
DC02

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

## Managing Your Accounts

| | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
|---|---|---|
| | Phone | 701.281.5600 |
| | Website | Starionbank.com |

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | | $75,519.74 |

## REGULAR SAVINGS NON PERS -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/01/2025 | Beginning Balance | $77,354.74 |
| | 1 Credit(s) This Period | $2,100.00 |
| | 2 Debit(s) This Period | $3,935.00 |
| 07/31/2025 | Ending Balance | $75,519.74 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01/2025 | **Beginning Balance** | | | **$77,354.74** |
| 07/14/2025 | 119730 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8666 ON 7/14/25 | $2,845.00 ✓ | | $74,509.74 |
| 07/15/2025 | 291436 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8666 ON 7/15/25 | $1,090.00 | | $73,419.74 |
| 07/18/2025 | EDEPOSIT | | $2,100.00 ✓ | $75,519.74 |
| 07/31/2025 | **Ending Balance** | | | **$75,519.74** |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Member **FDIC**
EQUAL HOUSING LENDER

GENERATIONS ON 1ST LLC                    Statement Ending 07/31/2025                    Page 2 of 2

C3JIM1ADV 1071 0001 127 07 2025080I PG 1 OF 1
00053009  56060068.1    0-0

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | | |
|---|---|---|
| **NEW BALANCE** TRANSFER AMOUNT FROM OTHER SIDE | | $ |
| **ADD** | DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | |
| | | |
| | | |
| **SUB TOTAL** | | $ |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
| **NUMBER** | **AMOUNT** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL CHECKS NOT LISTED** → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | | |
| | **BALANCE** | $ |
| THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE | | |

**GO1 DIP**

**Bank Rec In-Progress Report**

| Balance Per Bank Statement as of 07/31/2025 | | | **76,318.24** |
|---|---|---|---|

**Outstanding Deposits**

| Deposit Date | Deposit Number | | Amount |
|---|---|---|---|
| 07/05/2025 | 3072 | starion 294610690 | 450.00 |
| 07/29/2025 | 403 | :CC Deposit | 1,010.00 |
| 07/29/2025 | 402 | :ACH Deposit | 2,180.00 |
| 07/30/2025 | 404 | :CC Deposit | 1,010.00 |
| 07/31/2025 | 406 | :CC Deposit | 995.00 |
| 07/31/2025 | 3070 | starion 293854701 | 1,365.00 |
| 07/31/2025 | 405 | :ACH Deposit | 1,060.00 |
| **Plus: Outstanding Deposits** | | | **8,070.00** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 06/13/2025 | 30101 | WEISSER | 652.50 |
| 07/15/2025 | 30129 | BRADLEY WARNS | 168.00 |
| 07/25/2025 | 30131 | LIBERTY MUTUAL INSURANCE | 2,347.44 |
| 07/31/2025 | 30132 | JESSE CRAIG | 3,285.00 |
| 07/31/2025 | 30133 | APARTMENTS LLC | 649.00 |
| 07/31/2025 | 30134 | BLUEPEAK | 37.43 |
| 07/31/2025 | 30135 | Capital One Commercial | 125.07 |
| 07/31/2025 | 30136 | GEORGES SANITATION | 430.11 |
| 07/31/2025 | 30137 | LIBBY BURGHARDT | 446.25 |
| 07/31/2025 | 30138 | TRUGREEN | 297.36 |
| 07/31/2025 | 30139 | U.S. TRUSTEES | 1,051.00 |
| 07/31/2025 | 30140 | WHITE GLOVE CLEANING | 1,925.24 |
| 07/31/2025 | 30141 | WMU WATERTOWN MUNICIPAL UTILITIES | 24.24 |
| 07/31/2025 | 30142 | Alexis Burbach | 975.98 |
| 07/31/2025 | 30143 | BRADLEY WARNS | 64.00 |
| 07/31/2025 | 30144 | LIBBY BURGHARDT | 245.00 |
| 07/31/2025 | 30145 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,660.14 |
| 07/31/2025 | 30147 | CP BUSINESS MANAGEMENT | 8,260.09 |
| **Less: Outstanding Checks** | | | **25,643.85** |

**Other Items**

| Date | Notes | | Amount |
|---|---|---|---|
| 01/31/2025 | JE 4019 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 02/15/2025 | JE 4026 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 03/31/2025 | JE 4108 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 04/15/2025 | JE 4117 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| 06/13/2025 | JE 4161 | :Prog Gen Move Out transfer (KIERRA WEIS | 750.00 |
| 07/11/2025 | JE 4170 | wire tx fee; repay to Parkside | -20.00 |
| 07/15/2025 | JE 4199 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| **Plus / Minus: Other Items** | | | **-48,445.34** |
| **Reconciled Bank Balance** | | | **10,299.05** |

| Balance per GL as of 07/31/2025 | | | **39,103.57** |
|---|---|---|---|
| **Reconciled Balance Per G/L** | | | **39,103.57** |

| **Difference** | | | **-28,804.52** |
|---|---|---|---|

**GO1 DIP**
**Bank Rec In-Progress Report**

**Cleared Items:**
**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 01/29/2025 | 30000 | Mindy Craig | 2,415.58 | 02/28/2025 |
| 03/28/2025 | 30036 | JESSE CRAIG | 3,285.00 | 04/30/2025 |
| 03/31/2025 | 30037 | Alexis Burbach | 324.97 | 04/30/2025 |
| 03/31/2025 | 30038 | BLUEPEAK | 22.43 | 04/30/2025 |
| 03/31/2025 | 30039 | Capital One Commercial | 11.99 | 04/30/2025 |
| 03/31/2025 | 30040 | GEORGES SANITATION | 207.09 | 04/30/2025 |
| 03/31/2025 | 30041 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 3,403.96 | 04/30/2025 |
| 03/31/2025 | 30043 | SIGN PRO | 116.10 | 04/30/2025 |
| 03/31/2025 | 30044 | TURFWURX PROPERTY MAINTENANCE | 90.27 | 04/30/2025 |
| 03/31/2025 | 30045 | WHITE GLOVE CLEANING | 272.15 | 04/30/2025 |
| 03/31/2025 | 30046 | WMU WATERTOWN MUNICIPAL UTILITIES | 63.18 | 04/30/2025 |
| 03/31/2025 | 30047 | AUTOMATIC BUILDING CONTROLS | 1,403.96 | 04/30/2025 |
| 03/31/2025 | 30048 | Alexis Burbach | 646.49 | 04/30/2025 |
| 03/31/2025 | 30049 | JORDAN BERNDT | 90.00 | 04/30/2025 |
| 03/31/2025 | 30050 | WHITE GLOVE CLEANING | 743.40 | 04/30/2025 |
| 03/31/2025 | 30051 | CP BUSINESS MANAGEMENT | 6,176.57 | 04/30/2025 |
| 03/31/2025 | 30052 | WMU WATERTOWN MUNICIPAL UTILITIES | 5,066.96 | 04/30/2025 |
| 04/10/2025 | 30053 | RED RIVER STATE BANK | 35,000.00 | 04/30/2025 |
| 04/14/2025 | 30054 | CODINGTON COUNTY TREASURER | 38,247.49 | 04/30/2025 |
| 04/14/2025 | 30055 | HATLESTAD | 988.60 | 04/30/2025 |
| 04/16/2025 | 30056 | Alexis Burbach | 1,563.00 | 04/30/2025 |
| 04/28/2025 | 30057 | CP BUSINESS MANAGEMENT | 2,406.11 | 04/30/2025 |
| 04/30/2025 | 30058 | ACTIVE HEATING INC | 164.61 | 05/30/2025 |
| 04/30/2025 | 30059 | APARTMENTS LLC | 942.10 | 05/30/2025 |
| 04/30/2025 | 30060 | BLUEPEAK | 37.43 | 05/30/2025 |
| 04/30/2025 | 30061 | CARRICO LAW | 103.10 | 05/30/2025 |
| 04/30/2025 | 30062 | DAKOTA CLEAN LLC | 2,336.55 | 05/30/2025 |
| 04/30/2025 | 30063 | GEORGES SANITATION | 207.09 | 05/30/2025 |
| 04/30/2025 | 30064 | NORRIS CARPET CARE | 95.58 | 05/30/2025 |
| 04/30/2025 | 30065 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 05/30/2025 |
| 04/30/2025 | 30066 | WHITE GLOVE CLEANING | 1,002.26 | 05/30/2025 |
| 04/30/2025 | 30067 | WMU WATERTOWN MUNICIPAL UTILITIES | 85.02 | 05/30/2025 |
| 04/30/2025 | 30068 | U.S. TRUSTEES | 708.00 | 05/30/2025 |
| 04/30/2025 | 30069 | Alexis Burbach | 1,111.13 | 05/30/2025 |
| 04/30/2025 | 30070 | JAXON SCHMIDT | 75.00 | 05/30/2025 |
| 04/30/2025 | 30071 | CP BUSINESS MANAGEMENT | 5,929.95 | 05/30/2025 |
| 04/30/2025 | 30072 | JESSE CRAIG | 3,285.00 | 05/30/2025 |
| 04/30/2025 | 30073 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,762.32 | 05/30/2025 |
| 05/12/2025 | 30074 | RED RIVER STATE BANK | 35,000.00 | 05/30/2025 |
| 05/14/2025 | 30075 | HALL | 570.00 | 05/30/2025 |
| 05/14/2025 | 30076 | HALL | 520.00 | 05/30/2025 |
| 05/14/2025 | 30077 | MYERS | 302.10 | 05/30/2025 |
| 05/15/2025 | 30079 | Alexis Burbach | 826.50 | 05/30/2025 |
| 05/15/2025 | 30080 | BRADLEY WARNS | 288.00 | 05/30/2025 |
| 05/15/2025 | 30081 | JORDAN BERNDT | 120.00 | 05/30/2025 |
| 05/19/2025 | ACH ONLINE | U.S. TRUSTEES | 288.00 | 05/30/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| Date | Check # | Payee | Amount | Date Cleared |
|---|---|---|---|---|
| 05/28/2025 | 30082 | CP BUSINESS MANAGEMENT | 2,406.14 | 05/30/2025 |
| 05/31/2025 | 30083 | JESSE CRAIG | 3,285.00 | 06/30/2025 |
| 05/31/2025 | 30084 | Alexis Burbach | 2,399.45 | 06/30/2025 |
| 05/31/2025 | 30085 | BRADLEY WARNS | 320.00 | 06/30/2025 |
| 05/31/2025 | 30086 | APARTMENTS LLC | 649.00 | 06/30/2025 |
| 05/31/2025 | 30087 | AUTOMATIC BUILDING CONTROLS | 412.06 | 06/30/2025 |
| 05/31/2025 | 30088 | BLUEPEAK | 22.43 | 06/30/2025 |
| 05/31/2025 | 30089 | Capital One Commercial | 158.43 | 06/30/2025 |
| 05/31/2025 | 30090 | GEORGES SANITATION | 207.09 | 06/30/2025 |
| 05/31/2025 | 30091 | HOMEMAKER'S VILLA | 3,120.82 | 06/30/2025 |
| 05/31/2025 | 30092 | POPHAM CONSTRUCTION | 642.51 | 06/30/2025 |
| 05/31/2025 | 30093 | RUSCO WINDOW | 101.03 | 06/30/2025 |
| 05/31/2025 | 30094 | SCHUMACHER | 666.93 | 06/30/2025 |
| 05/31/2025 | 30095 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 06/30/2025 |
| 05/31/2025 | 30096 | WHITE GLOVE CLEANING | 1,801.69 | 06/30/2025 |
| 05/31/2025 | 30097 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,724.38 | 06/30/2025 |
| 05/31/2025 | 30099 | CP BUSINESS MANAGEMENT | 6,013.08 | 06/30/2025 |
| 06/11/2025 | 30100 | RED RIVER STATE BANK | 35,000.00 | 06/30/2025 |
| 06/13/2025 | 30102 | GONG | 507.09 | 06/30/2025 |
| 06/15/2025 | 30103 | Alexis Burbach | 604.24 | 06/30/2025 |
| 06/15/2025 | 30104 | BRADLEY WARNS | 96.00 | 07/31/2025 |
| 06/30/2025 | 30105 | JESSE CRAIG | 3,285.00 | 07/31/2025 |
| 06/30/2025 | 30106 | Alexis Burbach | 440.07 | 07/31/2025 |
| 06/30/2025 | 30107 | AMERICAN CARPET CARE, INC | 286.74 | 07/31/2025 |
| 06/30/2025 | 30108 | APARTMENTS LLC | 649.00 | 07/31/2025 |
| 06/30/2025 | 30109 | BLUEPEAK | 37.43 | 07/31/2025 |
| 06/30/2025 | 30110 | BRADLEY WARNS | 256.00 | 07/31/2025 |
| 06/30/2025 | 30111 | BRIANS GLASS AND DOOR | 66.64 | 07/31/2025 |
| 06/30/2025 | 30112 | Capital One Commercial | 39.71 | 07/31/2025 |
| 06/30/2025 | 30113 | CP BUSINESS MANAGEMENT | 2,406.14 | 07/31/2025 |
| 06/30/2025 | 30114 | SAFE N SECURE | 244.26 | 07/31/2025 |
| 06/30/2025 | 30115 | WHITE GLOVE CLEANING | 743.40 | 07/31/2025 |
| 06/30/2025 | 30116 | WMU WATERTOWN MUNICIPAL UTILITIES | 3,766.21 | 07/31/2025 |
| 06/30/2025 | 30123 | CP BUSINESS MANAGEMENT | 6,665.70 | 07/31/2025 |
| 06/30/2025 | 30124 | LIBBY BURGHARDT | 1,531.25 | 07/31/2025 |
| 06/30/2025 | 30127 | ACTIVE HEATING INC | 15.61 | 07/31/2025 |
| 06/30/2025 | 30117 | WMU WATERTOWN MUNICIPAL UTILITIES | 967.28 | 07/31/2025 |
| 06/30/2025 | 30119 | ACTIVE HEATING INC | 765.00 | 07/31/2025 |
| 06/30/2025 | 30120 | BRUSH & BRISTLE LLC | 408.16 | 07/31/2025 |
| 06/30/2025 | 30121 | WILLIAMS CARPET ONE | 668.68 | 07/31/2025 |
| 07/10/2025 | 30122 | RED RIVER STATE BANK | 35,000.00 | 07/31/2025 |
| 07/14/2025 | 30125 | GILSDORF | 357.15 | 07/31/2025 |
| 07/15/2025 | 30128 | Alexis Burbach | 774.87 | 07/31/2025 |
| 07/15/2025 | 30130 | JAXON SCHMIDT | 90.00 | 07/31/2025 |
| **Total Cleared Checks** | | | **284,267.79** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 3025 | yardi test | 0.08 | 01/31/2025 |
| 01/31/2025 | 3006 | ACH BATCH 1/31/25 | 2,730.00 | 01/31/2025 |
| 01/31/2025 | 3007 | ACH BATCH 1/31/25 | 2,565.00 | 02/28/2025 |
| 02/01/2025 | 304 | :CC Deposit | 3,915.00 | 02/28/2025 |
| 02/02/2025 | 306 | :CC Deposit | 1,207.52 | 02/28/2025 |

| | | | | |
|---|---|---|---|---|
| 02/03/2025 | 307 | :ACH/WIPS Deposit | 8,140.00 | 02/28/2025 |
| 02/03/2025 | 308 | :CC Deposit | 2,772.02 | 02/28/2025 |
| 02/03/2025 | 3005 | ACH BATCH 2/3/25 | 21,220.00 | 02/28/2025 |
| 02/03/2025 | 3011 | starion 1490040070 | 1,060.00 | 02/28/2025 |
| 02/03/2025 | 3016 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 309 | :ACH Deposit | 1,060.00 | 02/28/2025 |
| 02/05/2025 | 310 | :CC Deposit | 2,400.00 | 02/28/2025 |
| 02/05/2025 | 3008 | ACH 2/5/25 | 990.00 | 02/28/2025 |
| 02/06/2025 | 311 | :CC Deposit | 2,010.05 | 02/28/2025 |
| 02/06/2025 | 3012 | starion 273963540 | 2,400.00 | 02/28/2025 |
| 02/06/2025 | 3017 | starion 27396420 | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 3024 | YARDI CARD DEPXXXXX6072 | 1,005.00 | 02/28/2025 |
| 02/07/2025 | 3010 | starion 274088817 | 1,090.00 | 02/28/2025 |
| 02/11/2025 | 312 | :CC Deposit | 790.00 | 02/28/2025 |
| 02/12/2025 | 3009 | | 1,010.00 | 02/28/2025 |
| 02/12/2025 | 3015 | | 1,090.00 | 02/28/2025 |
| 02/12/2025 | 3018 | deposit #3014 | 7,745.00 | 02/28/2025 |
| 02/13/2025 | 3022 | starion 274814784 | 1,070.00 | 02/28/2025 |
| 02/14/2025 | 3021 | starion 274807557 | 2,900.00 | 02/28/2025 |
| 02/14/2025 | 3023 | starion 274815374 | 2,190.00 | 02/28/2025 |
| 02/14/2025 | 3026 | starion ach | 562.56 | 02/28/2025 |
| 02/28/2025 | 314 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 02/28/2025 | 3027 | starion 276375176 | 450.00 | 02/28/2025 |
| 02/28/2025 | 3033 | hme wire 2/28/25 | 3,305.45 | 02/28/2025 |
| 02/28/2025 | 313 | :ACH Deposit | 3,780.00 | 03/31/2025 |
| 03/01/2025 | 317 | :CC Deposit | 925.00 | 03/31/2025 |
| 03/01/2025 | 318 | :CC Deposit | 4,820.00 | 03/31/2025 |
| 03/02/2025 | 320 | :CC Deposit | 1,985.00 | 03/31/2025 |
| 03/03/2025 | 319 | :ACH/WIPS Deposit | 4,195.00 | 03/31/2025 |
| 03/03/2025 | 321 | :CC Deposit | 3,010.00 | 03/31/2025 |
| 03/03/2025 | 3029 | | 22,960.00 | 03/31/2025 |
| 03/04/2025 | 322 | :CC Deposit | 2,000.00 | 03/31/2025 |
| 03/05/2025 | 3030 | starion 276963007 | 9,250.49 | 03/31/2025 |
| 03/05/2025 | 3032 | ach | 1,760.00 | 03/31/2025 |
| 03/05/2025 | 323 | :ACH Deposit | 450.00 | 03/31/2025 |
| 03/06/2025 | 325 | :ACH/WIPS Deposit | 1,560.00 | 03/31/2025 |
| 03/06/2025 | 326 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 03/07/2025 | 327 | :ACH Deposit | 1,280.00 | 03/31/2025 |
| 03/10/2025 | 3031 | starion 277477818 | 1,090.00 | 03/31/2025 |
| 03/10/2025 | 328 | :ACH Deposit | 565.00 | 03/31/2025 |
| 03/28/2025 | 330 | :CC Deposit | 1,010.00 | 04/30/2025 |
| 03/28/2025 | 3035 | starion 279534933 | 3,673.40 | 03/31/2025 |
| 03/28/2025 | 329 | :ACH Deposit | 1,090.00 | 04/30/2025 |
| 03/29/2025 | 332 | :CC Deposit | 925.00 | 04/30/2025 |
| 03/31/2025 | 333 | :ACH/WIPS Deposit | 2,690.00 | 04/30/2025 |
| 03/31/2025 | 334 | :CC Deposit | 505.00 | 04/30/2025 |
| 04/01/2025 | 336 | :CC Deposit | 6,016.00 | 04/30/2025 |
| 04/01/2025 | 335 | :ACH Deposit | 2,045.00 | 04/30/2025 |
| 04/02/2025 | 338 | :CC Deposit | 1,915.00 | 04/30/2025 |
| 04/02/2025 | 3036 | starion 280087880 | 7,985.00 | 04/30/2025 |
| 04/02/2025 | 337 | :ACH Deposit | 2,150.00 | 04/30/2025 |
| 04/03/2025 | 339 | :CC Deposit | 3,350.00 | 04/30/2025 |
| 04/03/2025 | 3037 | | 24,220.00 | 04/30/2025 |
| 04/04/2025 | 340 | :CC Deposit | 1,100.00 | 04/30/2025 |
| 04/04/2025 | 3038 | | 2,040.00 | 04/30/2025 |
| 04/07/2025 | 342 | :ACH/WIPS Deposit | 2,345.00 | 04/30/2025 |
| 04/08/2025 | 343 | :ACH Deposit | 1,060.00 | 04/30/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 04/09/2025 | 344 | :CC Deposit | 1,090.00 | 04/30/2025 |
| 04/09/2025 | 3039 | starion 280855090 | 2,115.00 | 04/30/2025 |
| 04/14/2025 | 3043 | tx from security deposit | 12.92 | 04/30/2025 |
| 04/17/2025 | 3040 | starion 281771790 | 1,857.42 | 04/30/2025 |
| 04/28/2025 | 345 | :CC Deposit | 1,010.00 | 05/30/2025 |
| 04/29/2025 | 346 | :CC Deposit | 925.00 | 05/30/2025 |
| 04/30/2025 | 348 | :ACH/WIPS Deposit | 2,980.00 | 05/30/2025 |
| 04/30/2025 | 349 | :CC Deposit | 505.00 | 05/30/2025 |
| 04/30/2025 | 3041 | starion | 2,615.00 | 05/30/2025 |
| 04/30/2025 | 3042 | starion 283347649 | 431.21 | 05/30/2025 |
| 05/01/2025 | 352 | :ACH/WIPS Deposit | 3,905.00 | 05/30/2025 |
| 05/01/2025 | 353 | :CC Deposit | 6,895.00 | 05/30/2025 |
| 05/02/2025 | 354 | :CC Deposit | 2,930.00 | 05/30/2025 |
| 05/03/2025 | 356 | :CC Deposit | 1,415.00 | 05/30/2025 |
| 05/04/2025 | 3046 | | 25,780.00 | 05/30/2025 |
| 05/04/2025 | 3047 | ach- part of big batch | 1,990.00 | 05/30/2025 |
| 05/05/2025 | 358 | :ACH/WIPS Deposit | 3,048.37 | 05/30/2025 |
| 05/05/2025 | 3044 | starion 283701901 | 9,010.00 | 05/30/2025 |
| 05/06/2025 | 359 | :CC Deposit | 1,090.00 | 05/30/2025 |
| 05/07/2025 | 361 | :CC Deposit | 1,090.00 | 05/30/2025 |
| 05/07/2025 | 360 | :ACH Deposit | 1,280.00 | 05/30/2025 |
| 05/09/2025 | 3045 | starion 284321581 | 1,090.00 | 05/30/2025 |
| 05/19/2025 | 3058 | tx from park chk | 12,500.00 | 05/30/2025 |
| 05/20/2025 | 363 | :CC Deposit | 411.23 | 05/30/2025 |
| 05/20/2025 | 362 | :ACH Deposit | 165.00 | 05/30/2025 |
| 05/29/2025 | 364 | :CC Deposit | 1,935.00 | 06/30/2025 |
| 05/30/2025 | 366 | :ACH/WIPS Deposit | 2,690.00 | 06/30/2025 |
| 06/01/2025 | 369 | :CC Deposit | 6,455.00 | 06/30/2025 |
| 06/02/2025 | 371 | :ACH/WIPS Deposit | 5,285.00 | 06/30/2025 |
| 06/02/2025 | 372 | :CC Deposit | 3,199.66 | 06/30/2025 |
| 06/02/2025 | 3048 | starion 286884402 | 7,160.00 | 06/30/2025 |
| 06/02/2025 | 3049 | starion 286894206 | 3,255.00 | 06/30/2025 |
| 06/03/2025 | 373 | :CC Deposit | 252.50 | 06/30/2025 |
| 06/03/2025 | 3050 | starion 287038253 | 1,077.49 | 06/30/2025 |
| 06/03/2025 | 3057 | | 27,770.00 | 06/30/2025 |
| 06/04/2025 | 374 | :CC Deposit | 1,410.00 | 06/30/2025 |
| 06/05/2025 | 375 | :CC Deposit | 1,090.00 | 06/30/2025 |
| 06/06/2025 | 376 | :ACH Deposit | 491.67 | 06/30/2025 |
| 06/09/2025 | 3052 | starion 287714143 | 3,190.00 | 06/30/2025 |
| 06/09/2025 | 377 | :ACH Deposit | 1,280.00 | 06/30/2025 |
| 06/10/2025 | 379 | :CC Deposit | 300.00 | 06/30/2025 |
| 06/10/2025 | 378 | :ACH Deposit | 1,010.00 | 06/30/2025 |
| 06/11/2025 | 380 | :CC Deposit | 32.05 | 06/30/2025 |
| 06/11/2025 | 3053 | starion 287942845 | 450.00 | 06/30/2025 |
| 06/11/2025 | 3054 | starion 287940206 | 450.00 | 06/30/2025 |
| 06/11/2025 | 3055 | starion 287943941 | 200.00 | 06/30/2025 |
| 06/11/2025 | 3056 | starion 287988436 | 8,333.33 | 06/30/2025 |
| 06/13/2025 | 381 | :ACH Deposit | 1,065.00 | 06/30/2025 |
| 06/17/2025 | 382 | :CC Deposit | 290.00 | 06/30/2025 |
| 06/20/2025 | 383 | :CC Deposit | 895.00 | 06/30/2025 |
| 06/21/2025 | 384 | :CC Deposit | 447.50 | 06/30/2025 |
| 06/30/2025 | 387 | :ACH/WIPS Deposit | 2,690.00 | 07/31/2025 |
| 06/30/2025 | 388 | :CC Deposit | 2,020.00 | 07/31/2025 |
| 07/01/2025 | 390 | :ACH/WIPS Deposit | 3,105.00 | 07/31/2025 |
| 07/01/2025 | 391 | :CC Deposit | 6,080.00 | 07/31/2025 |
| 07/02/2025 | 393 | :CC Deposit | 2,055.24 | 07/31/2025 |
| 07/02/2025 | 3059 | 290300704 | 7,285.00 | 07/31/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 07/02/2025 | 392 | :ACH Deposit | 2,671.67 | 07/31/2025 |
| 07/03/2025 | 394 | :CC Deposit | 1,402.00 | 07/31/2025 |
| 07/03/2025 | 3065 | | 29,920.00 | 07/31/2025 |
| 07/03/2025 | 3066 | ach part of $30995 | 1,075.00 | 07/31/2025 |
| 07/05/2025 | 395 | :CC Deposit | 2,998.00 | 07/31/2025 |
| 07/07/2025 | 396 | :ACH Deposit | 300.00 | 07/31/2025 |
| 07/09/2025 | 398 | :CC Deposit | 400.00 | 07/31/2025 |
| 07/09/2025 | 397 | :ACH Deposit | 1,280.00 | 07/31/2025 |
| 07/10/2025 | 3060 | starion 291143996 | 1,314.16 | 07/31/2025 |
| 07/10/2025 | 3061 | starion 291145061 | 1,090.00 | 07/31/2025 |
| 07/11/2025 | 400 | :CC Deposit | 1,010.00 | 07/31/2025 |
| 07/11/2025 | 399 | :ACH Deposit | 765.00 | 07/31/2025 |
| 07/15/2025 | 401 | :CC Deposit | 690.00 | 07/31/2025 |
| 07/18/2025 | 3062 | starion 292011341 | 6,462.49 | 07/31/2025 |
| 07/18/2025 | 3063 | starion 292014379 | 1,978.33 | 07/31/2025 |
| 07/18/2025 | 3064 | ach | 975.00 | 07/31/2025 |
| 07/21/2025 | 3068 | ach | 80.00 | 07/31/2025 |
| 07/21/2025 | 3076 | ach catchup | 1,090.00 | 07/31/2025 |
| **Total Cleared Deposits** | | | **448,864.81** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 300 | yardi | -0.10 | 01/31/2025 |
| 02/03/2025 | 301 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 302 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | 304 | STARION FINANCIAL | -10.00 | 02/28/2025 |
| 02/28/2025 | 303 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | RC 31389 | Returned item PAIGE HALL | -990.00 | 02/28/2025 |
| 02/14/2025 | JE 4011 | :Prog Gen Move Out transfer (VERNA OLSON) - Receipt #31568 | 955.00 | 02/28/2025 |
| 02/14/2025 | JE 4012 | :Prog Gen Move Out transfer (KYLE WISSEMAN) - Receipt #31569 | 955.00 | 02/28/2025 |
| 04/14/2025 | JE 4094 | Tx RE Escrow to checking for 4/31 pymt | 38,247.48 | 05/30/2025 |
| 04/14/2025 | JE 4101 | Crandall's eviction deposit, moved to checking to use for bills. Reverse when deposit is fully "returned" when re-rented and deposit is "returned" on yardi tenant screen. | 910.00 | 04/30/2025 |
| 04/14/2025 | JE 4100 | :Prog Gen Move Out transfer (SELMER HATLESTAD) - Receipt #32174 | 1,025.00 | 04/30/2025 |
| 05/13/2025 | RC 32490 | Returned item TARYN OPDAHL | -1,010.00 | 05/30/2025 |
| 05/14/2025 | JE 4136 | :Prog Gen Move Out transfer (PAIGE HALL) - Receipt #32494 | 570.00 | 05/30/2025 |
| 05/14/2025 | JE 4135 | :Prog Gen Move Out transfer (PAIGE HALL) - Receipt #32493 | 1,090.00 | 05/30/2025 |
| 05/14/2025 | JE 4137 | :Prog Gen Move Out transfer (HELGA MYERS) - Receipt #32497 | 955.00 | 05/30/2025 |
| 05/15/2025 | JE 4142 | :PostRecurring RE Tax Escrow (payable 10/31) | -5,463.93 | 05/30/2025 |
| 06/30/2025 | 305 | STARION FINANCIAL | -0.75 | 06/30/2025 |
| 06/13/2025 | JE 4156 | :Prog Gen Move Out transfer (REAGAN CRANDALL) - Receipt #32824 | 910.00 | 06/30/2025 |
| 06/13/2025 | JE 4157 | :Prog Gen Move Out transfer (ZIHUI GONG) - Receipt #32825 | 925.00 | 06/30/2025 |
| 06/13/2025 | JE 4158 | :Prog Gen Move Out transfer (JESSE HEER) - Receipt #32826 | 925.00 | 06/30/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| 06/13/2025 | JE 4159 | :Prog Gen Move Out transfer (BLAKE THEISEN) - Receipt #32827 | 750.00 | 06/30/2025 |
| 06/13/2025 | JE 4160 | :Prog Gen Move Out transfer (JORDAN NIERMAN) - Receipt #32828 | 925.00 | 06/30/2025 |
| 06/15/2025 | JE 4163 | | -20.00 | 06/30/2025 |
| 06/15/2025 | JE 4177 | :PostRecurring RE Tax Escrow (payable 10/31) | -5,463.93 | 06/30/2025 |
| 06/30/2025 | JE 4181 | | -910.00 | 06/30/2025 |
| 07/31/2025 | 306 | STARION FINANCIAL | -1.25 | 07/31/2025 |
| 07/07/2025 | RC 32914 | Returned item t0000919 | -1,010.00 | 07/31/2025 |
| 07/14/2025 | JE 4189 | :Prog Gen Move Out transfer (ALLIE WEISS) - Receipt #33072 | 910.00 | 07/31/2025 |
| 07/14/2025 | JE 4190 | :Prog Gen Move Out transfer (ALEXIS WILLETT) - Receipt #33073 | 925.00 | 07/31/2025 |
| 07/14/2025 | JE 4179 | :Prog Gen Move Out transfer (COLE GILSDORF) - Receipt #33067 | 1,010.00 | 07/31/2025 |

**Total Cleared Other Items**                          **37,047.52**