# Aged Receivable

Property = Parkside Place   Status: Current   Month From: 07/2025

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| **Parkside Place** | | | | | | | | | |
| Parkside Place | KRAVIK ERIN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -500.00 | -500.00 |
| Parkside Place | HOFER GARY | Current | 119.00 | 0.00 | 0.00 | 0.00 | 119.00 | 0.00 | 119.00 |
| Parkside Place | ROSA JORGE | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -940.00 | -940.00 |
| Parkside Place | CONSIER JOELLE | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| Parkside Place | BRANN JAIME | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -68.24 | -68.24 |
| **Parkside Place** | | | **119.00** | **0.00** | **0.00** | **0.00** | **119.00** | **-2,533.24** | **-2,414.24** |
| | | | | | | | | | |
| **Grand Total** | | | **119.00** | **0.00** | **0.00** | **0.00** | **119.00** | **-2,533.24** | **-2,414.24** |

UserId : mcraig@cpbusmgt.com Date : 08/15/2025 Time : 17:18

# Payables Aging Report

Period: -07/2025
As of : 07/31/2025

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Grand Total** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Friday, August 15, 2025
12:00 PM

## Owner Statement

Owner = PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = Jul 2025

Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|--------|---------|---------|
| | | | | Beginning Balance | | | 27,329.82 |
| 06/30/2025 | :ACH-WEB | Parkside Place | ANDREW BOT | Online Payment - EFT Payment Paid by Roommate AMANDA DROWN(r0000064).Web - Resident Services | 925.00 | 0.00 | 28,254.82 |
| 06/30/2025 | :ACH-WEB | Parkside Place | BAYLEE BOESE | Online Payment - EFT Payment. Web - Resident Services | 970.00 | 0.00 | 29,224.82 |
| 07/01/2025 | 1149 | Parkside Place | BENJAMIN WAGNER | | 1,025.00 | 0.00 | 30,249.82 |
| 07/01/2025 | 297166338 | Parkside Place | BRANDON BROWN | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 31,274.82 |
| 07/01/2025 | 297166386 | Parkside Place | COLE WEGNER | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 32,299.82 |
| 07/01/2025 | 14002914 | Parkside Place | GARY HOFER | | 1,025.00 | 0.00 | 33,324.82 |
| 07/01/2025 | 9999 | Parkside Place | HOLLY // LISA OHMAN | | 1,025.00 | 0.00 | 34,349.82 |
| 07/01/2025 | :ACH-WEB | Parkside Place | JOELLE CONSIER | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 35,374.82 |
| 07/01/2025 | :ACH-584 | Parkside Place | JOSEPH NOELDNER | Pre-Authorized Payment | 1,025.00 | 0.00 | 36,399.82 |
| 07/01/2025 | 297668026 | Parkside Place | MADELYN PUGSLEY | Debit Card On-Line Payment ; Mobile App - Resident Services | 985.00 | 0.00 | 37,384.82 |
| 07/01/2025 | :ACH-585 | Parkside Place | MARGARET MELAND | Pre-Authorized Payment | 1,025.00 | 0.00 | 38,409.82 |
| 07/01/2025 | 6186 | Parkside Place | MARLYS HOLUBOK | | 995.00 | 0.00 | 39,404.82 |
| 07/01/2025 | 297797357 | Parkside Place | SAMANTHA ADAM | Debit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 40,429.82 |
| 07/02/2025 | 298156587 | Parkside Place | CHANNELLE COSS | Credit Card On-Line Payment ; Mobile App - Resident Services | 940.00 | 0.00 | 41,369.82 |
| 07/02/2025 | 298015034 | Parkside Place | DAVID TIJERINA | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 42,394.82 |
| 07/02/2025 | 298063764 | Parkside Place | ERIN KRAVIK | Credit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 43,419.82 |
| 07/02/2025 | 298050337 | Parkside Place | JORGE ROSA | Debit Card On-Line Payment ; Mobile App - Resident Services | 940.00 | 0.00 | 44,359.82 |
| 07/03/2025 | 488530486 cpbm5519 | Parkside Place | ANNA SAMUELSON | | 826.75 | 0.00 | 45,186.57 |
| 07/03/2025 | 298839612 | Parkside Place | CHANDLER PEERY | Debit Card On-Line Payment ; Web - Resident Services | 925.00 | 0.00 | 46,111.57 |
| 07/03/2025 | ach | Parkside Place | COUNTY FAIR FOODS OF WATERTOWN | | 1,557.15 | 0.00 | 47,668.72 |
| 07/03/2025 | :ACH-WEB | Parkside Place | DEBBIE STUCHL | Online Payment - EFT Payment. Web - Resident Services | 975.00 | 0.00 | 48,643.72 |

## Owner Statement

Owner = PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = Jul 2025

Book = Cash

| Date | Ref | Property | Name | Description | Amount | Amount2 | Balance |
|---|---|---|---|---|---|---|---|
| 07/03/2025 | ach | Parkside Place | GT BROTHERS | | 3,032.04 | 0.00 | 51,675.76 |
| 07/03/2025 | 486171990 cpbm5519 | Parkside Place | HOPE LEWANDOWSKI | | 1,025.00 | 0.00 | 52,700.76 |
| 07/03/2025 | 488846271 cpbm5519 | Parkside Place | JAIME BRANN | | 1,025.00 | 0.00 | 53,725.76 |
| 07/03/2025 | ach | Parkside Place | JOSHUA GILLILAND | | 1,025.00 | 0.00 | 54,750.76 |
| 07/03/2025 | ach | Parkside Place | MARIAH GAUKLER | | 980.00 | 0.00 | 55,730.76 |
| 07/03/2025 | ach | Parkside Place | Mark Keller | | 1,025.00 | 0.00 | 56,755.76 |
| 07/03/2025 | ach | Parkside Place | QUINN KOTEK | | 1,025.00 | 0.00 | 57,780.76 |
| 07/03/2025 | ach | Parkside Place | TIFFANY SANDERSON | | 1,025.00 | 0.00 | 58,805.76 |
| 07/03/2025 | ach | Parkside Place | ZOIE FRASER | | 940.00 | 0.00 | 59,745.76 |
| 07/05/2025 | :ACH-WEB | Parkside Place | ANDY NGUYEN | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 60,770.76 |
| 07/05/2025 | 299073513 | Parkside Place | JAMES BRUMBAUGH | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 61,795.76 |
| 07/05/2025 | 1009 | Parkside Place | JARED SAUER | | 1,025.00 | 0.00 | 62,820.76 |
| 07/05/2025 | 11734 | Parkside Place | NATHAN SIK | | 65.00 | 0.00 | 62,885.76 |
| 07/05/2025 | :ACH-WEB | Parkside Place | WILLIAM JOHNSON | Online Payment - EFT Payment. Web - Resident Services | 1,025.00 | 0.00 | 63,910.76 |
| 07/09/2025 | :ACH-WEB | Parkside Place | SHANYA MEHLHAFF | Online Payment - EFT Payment. Mobile App - Resident Services | 1,550.00 | 0.00 | 65,460.76 |
| 07/10/2025 | 20103 | Parkside Place | RED RIVER STATE BANK | Parkside 1st Mtg; per cash collaterol 2/3/2025 | 0.00 | 14,500.00 | 50,960.76 |
| 07/14/2025 | | Parkside Place | JE-4191 | :Prog Gen Move Out transfer (NATHAN SCHENKEL) - Receipt #33078 | 925.00 | 0.00 | 51,885.76 |
| 07/14/2025 | N/A | Parkside Place | JE-4209 | holden deposit moved to checking | 750.00 | 0.00 | 52,635.76 |
| 07/14/2025 | 20110 | Parkside Place | NATHAN SCHENKEL | Refunding Q-36515 | 0.00 | 255.50 | 52,380.26 |
| 07/15/2025 | 20108 | Parkside Place | Alexis Burbach | taxes | 0.00 | 5.14 | 52,375.12 |
| 07/15/2025 | 20108 | Parkside Place | Alexis Burbach | taxes | 0.00 | 11.07 | 52,364.05 |
| 07/15/2025 | 20108 | Parkside Place | Alexis Burbach | 2307 | 0.00 | 200.00 | 52,164.05 |
| 07/15/2025 | 20108 | Parkside Place | Alexis Burbach | 7 hr rm duties | 0.00 | 178.50 | 51,985.55 |
| 07/15/2025 | 20108 | Parkside Place | Alexis Burbach | 3.15 rm duties | 0.00 | 82.87 | 51,902.68 |
| 07/15/2025 | 20109 | Parkside Place | BRADLEY WARNS | bumper installs, window latch, ac unit | 0.00 | 204.25 | 51,698.43 |
| 07/15/2025 | ParkREEscrow | Parkside Place | JE-4200 | RE Tax Escrow (payable 10/31) | 0.00 | 2,958.80 | 48,739.63 |
| 07/19/2025 | :ACH-WEB | Parkside Place | JOSHUA MEEHL | Online Payment - EFT Payment Paid by Roommate STACEY MEEHL(r0000079) .Web - Resident Services | 1,045.20 | 0.00 | 49,784.83 |
| 07/25/2025 | 20111 | Parkside Place | LIBERTY MUTUAL INSURANCE | 7/28 policy premium | 0.00 | 1,699.41 | 48,085.42 |
| 07/28/2025 | :ACH-WEB | Parkside Place | JOELLE CONSIER | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 49,110.42 |

# Owner Statement

Owner =  PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = Jul 2025

Book = Cash

| 07/30/2025 | :ACH-WEB | Parkside Place | ERIN KRAVIK | Online Payment - EFT Payment Paid by Roommate KIMBERLY WESTENBERG(r0 000058).Mobile App - Resident Services | 500.00 | 0.00 | 49,610.42 |
|---|---|---|---|---|---|---|---|
| 07/31/2025 | 20119 | Parkside Place | Alexis Burbach | 2301 | 0.00 | 200.00 | 49,410.42 |
| 07/31/2025 | 20119 | Parkside Place | Alexis Burbach | 5.45 rm duties | 0.00 | 146.63 | 49,263.79 |
| 07/31/2025 | 20119 | Parkside Place | Alexis Burbach | taxes | 0.00 | 21.49 | 49,242.30 |
| 07/31/2025 | 20113 | Parkside Place | BLUEPEAK | | 0.00 | 247.51 | 48,994.79 |
| 07/31/2025 | 20124 | Parkside Place | CP BUSINESS MANAGEMENT | collected late fees | 0.00 | 105.20 | 48,889.59 |
| 07/31/2025 | 20124 | Parkside Place | CP BUSINESS MANAGEMENT | holden re-rental fee (portion) | 0.00 | 190.00 | 48,699.59 |
| 07/31/2025 | 20124 | Parkside Place | CP BUSINESS MANAGEMENT | July mgmt | 0.00 | 2,079.09 | 46,620.50 |
| 07/31/2025 | 20124 | Parkside Place | CP BUSINESS MANAGEMENT | misc mgr | 0.00 | 250.00 | 46,370.50 |
| 07/31/2025 | 20124 | Parkside Place | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 200.00 | 46,170.50 |
| 07/31/2025 | 20124 | Parkside Place | CP BUSINESS MANAGEMENT | offsite office rent | 0.00 | 1,312.50 | 44,858.00 |
| 07/31/2025 | 20124 | Parkside Place | CP BUSINESS MANAGEMENT | offsite supplies | 0.00 | 214.56 | 44,643.44 |
| 07/31/2025 | 20124 | Parkside Place | CP BUSINESS MANAGEMENT | offsite utilities | 0.00 | 108.53 | 44,534.91 |
| 07/31/2025 | 20124 | Parkside Place | CP BUSINESS MANAGEMENT | schenkle overages carpet | 0.00 | 102.50 | 44,432.41 |
| 07/31/2025 | 20124 | Parkside Place | CP BUSINESS MANAGEMENT | schenkle overages cleaning | 0.00 | 230.00 | 44,202.41 |
| 07/31/2025 | 20124 | Parkside Place | CP BUSINESS MANAGEMENT | schenkle uner charged paint | 0.00 | -31.75 | 44,234.16 |
| 07/31/2025 | 20124 | Parkside Place | CP BUSINESS MANAGEMENT | software fee | 0.00 | 38.00 | 44,196.16 |
| 07/31/2025 | 20114 | Parkside Place | CP BUSINESS MANAGEMENT | PHOTO EYE COVERS FOR WEST PARKING GARAGE DOOR | 0.00 | 6.26 | 44,189.90 |
| 07/31/2025 | 20115 | Parkside Place | GEORGES SANITATION | JUNE GARBAGE | 0.00 | 207.09 | 43,982.81 |
| 07/31/2025 | 20115 | Parkside Place | GEORGES SANITATION | MAY GARBAGE | 0.00 | 223.02 | 43,759.79 |
| 07/31/2025 | 20112 | Parkside Place | JESSE CRAIG | 39 UNITS, $45/UNIT | 0.00 | 1,755.00 | 42,004.79 |
| 07/31/2025 | 20120 | Parkside Place | JORDAN BERNDT | parking gar. sensors, leak in quickcare | 0.00 | 30.00 | 41,974.79 |
| 07/31/2025 | 20121 | Parkside Place | LIBBY BURGHARDT | 2312 | 0.00 | 78.75 | 41,896.04 |
| 07/31/2025 | 20116 | Parkside Place | U.S. TRUSTEES | 2ND QUARTER FEE; 683-25-30003 | 0.00 | 513.00 | 41,383.04 |
| 07/31/2025 | 20117 | Parkside Place | WHITE GLOVE CLEANING | JUNE BUILDING CLEAN | 0.00 | 424.80 | 40,958.24 |
| 07/31/2025 | 20122 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | credit for tenant paying wmu directly | 0.00 | -62.13 | 41,020.37 |
| 07/31/2025 | 20122 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 6/19-7/21    house electric | 0.00 | 424.07 | 40,596.30 |

# Owner Statement

Owner = PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = Jul 2025

Book = Cash

| Date | Ref | Property | Payee/Description | Memo | Debit | Credit | Balance |
|------|-----|----------|-------------------|------|-------|--------|---------|
| 07/31/2025 | 20122 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 6/19-7/21 house gas | 0.00 | 162.64 | 40,433.66 |
| 07/31/2025 | 20122 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 6/19-7/21 house water | 0.00 | 329.95 | 40,103.71 |
| 07/31/2025 | 20122 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 6/19-7/21 house sewer | 0.00 | 1,461.96 | 38,641.75 |
| 07/31/2025 | 20122 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 6/30-7/21 vacant dates | 0.00 | 37.52 | 38,604.23 |
| 07/31/2025 | 20118 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 2401 FINAL | 0.00 | 22.14 | 38,582.09 |
| 07/31/2025 | 301576583 | Parkside Place | JORGE ROSA | Debit Card On-Line Payment ; Mobile App - Resident Services | 940.00 | 0.00 | 39,522.09 |
| | | | | **Ending Balance** | **43,316.14** | **31,123.87** | **39,522.09** |
| | | | | Reserves Needed | | 0.00 | |
| | | | | Security Deposits (this period) | | 0.00 | |

**Rent Roll**

Property = Parkside Place

As Of = 07/28/2025

Month = 07/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|-----------------|----------|---------|
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 0.00 | 09/01/2021 | 08/31/2026 | | 0.00 |
| 202 | COUNTY FAIR FOODS OF WAT | 1,290.00 | 2,000.00 | 0.00 | 10/01/2021 | 09/30/2026 | | 0.00 |
| 2201 | ERIN KRAVIK | 1,025.00 | 925.00 | 0.00 | 05/04/2024 | 05/31/2025 | | -500.00 |
| 2202 | HOLLY // LISA OHMAN | 1,025.00 | 965.00 | 0.00 | 08/01/2022 | | | 0.00 |
| 2203 | ZOIE FRASER | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2204 | JAIME BRANN | 1,025.00 | 1,025.00 | 0.00 | 06/04/2025 | 06/30/2026 | | -68.24 |
| 2205 | QUINN KOTEK | 1,025.00 | 925.00 | 0.00 | 07/01/2024 | 06/30/2025 | | 0.00 |
| 2206 | JAMES BRUMBAUGH | 1,025.00 | 980.00 | 0.00 | 04/01/2023 | 03/31/2024 | | 0.00 |
| 2207 | MARGARET MELAND | 1,025.00 | 1,025.00 | 0.00 | 08/05/2024 | 08/31/2025 | | 0.00 |
| 2208 | WILLIAM JOHNSON | 1,025.00 | 945.00 | 0.00 | 03/01/2022 | | | 0.00 |
| 2209 | MARIAH GAUKLER | 980.00 | 980.00 | 0.00 | 05/01/2023 | 04/30/2024 | | 0.00 |
| 2210 | Mark Keller | 1,025.00 | 945.00 | 0.00 | 03/11/2022 | | | 0.00 |
| 2211 | JARED SAUER | 1,025.00 | 1,025.00 | 0.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 2212 | CHANNELLE COSS | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2301 | SHANYA MEHLHAFF | 1,025.00 | 1,025.00 | 0.00 | 10/01/2023 | 09/30/2024 | 08/06/2025 | 0.00 |
| 2302 | TIFFANY SANDERSON | 1,025.00 | 980.00 | 0.00 | 01/01/2023 | 12/31/2023 | | 0.00 |
| 2303 | SAMANTHA ADAM | 1,025.00 | 945.00 | 0.00 | 05/10/2022 | 04/30/2025 | | 0.00 |
| 2304 | CHANDLER PEERY | 1,025.00 | 925.00 | 0.00 | 05/10/2024 | 05/31/2025 | | 0.00 |
| 2305 | BAYLEE BOESE | 1,025.00 | 750.00 | -55.00 | 12/04/2024 | 12/31/2025 | | 0.00 |
| 2306 | GARY HOFER | 1,025.00 | 925.00 | 0.00 | 05/15/2024 | 05/31/2025 | | 119.00 |
| 2307 | ANDREW BOT | 925.00 | 925.00 | 0.00 | 07/16/2024 | 07/31/2025 | 07/31/2025 | 0.00 |
| 2308 | JORGE ROSA | 1,025.00 | 1,000.00 | -85.00 | 01/10/2025 | 01/09/2026 | | -940.00 |
| 2309 | DAVID TIJERINA | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2310 | JOSHUA MEEHL | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2311 | LIZETTE SALGADO | 1,025.00 | 1,025.00 | 0.00 | 05/28/2025 | 05/31/2026 | | 0.00 |
| 2312 | FUTURE TENANT | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 2401 | ANNA SAMUELSON | 826.75 | 1,025.00 | 0.00 | 07/07/2025 | 07/31/2026 | | 0.00 |
| 2402 | JOELLE CONSIER | 1,025.00 | 1,025.00 | 0.00 | 04/16/2025 | 04/30/2026 | | -1,025.00 |
| 2403 | MADELYN PUGSLEY | 1,025.00 | 750.00 | -40.00 | 01/01/2025 | 12/31/2025 | | 0.00 |
| 2404 | BRANDON BROWN | 1,025.00 | 980.00 | 0.00 | 12/01/2022 | 12/31/2025 | | 0.00 |
| 2405 | DEBBIE STUCHL | 1,025.00 | 1,025.00 | -50.00 | 10/01/2024 | 09/30/2025 | | 0.00 |
| 2406 | HOPE LEWANDOWSKI | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2407 | COLE WEGNER | 1,025.00 | 1,025.00 | 0.00 | 08/14/2024 | 08/31/2025 | | 0.00 |
| 2408 | JOSEPH NOELDNER | 1,025.00 | 1,025.00 | 0.00 | 09/01/2023 | 08/31/2024 | | 0.00 |
| 2409 | JOSHUA GILLILAND | 1,025.00 | 500.00 | 0.00 | 12/01/2021 | | | 0.00 |
| 2410 | ANDY NGUYEN | 1,025.00 | 1,025.00 | 0.00 | 11/01/2023 | 12/31/2023 | | 0.00 |
| 2411 | MARLYS HOLUBOK | 995.00 | 980.00 | 0.00 | 06/01/2023 | 05/31/2024 | | 0.00 |
| 2412 | BENJAMIN WAGNER | 1,025.00 | 1,025.00 | 0.00 | 06/01/2024 | 06/30/2026 | | 0.00 |
| **Future Tenants/Applicants** | | | | | | | | |
| 2307 | ZACHARY REUSCHLEIN | 0.00 | 1,025.00 | 0.00 | 09/01/2025 | 08/31/2026 | | 0.00 |
| 2312 | CIARA FRANK | 0.00 | 1,025.00 | 0.00 | 08/01/2025 | 07/31/2026 | | 0.00 |
| **Total** | **Parkside Place** | **39,304.75** | **40,975.00** | **-485.00** | | | | **-2,414.24** |

| Summary Groups | Square Footage | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy | Balance |
|----------------|----------------|-------------|------------------|------|-----------|------------------|---------|
| Current/Notice/Vacant Tenants | 28,008.00 | 38,478.00 | 37,900.00 | -485.00 | 38 | 97.37 | -2,414.24 |
| Future Tenants/Applicant | 2,334.00 | 0.00 | 3,075.00 | 0.00 | 2 | 0.00 | 0.00 |
| Occupied Units | 26,452.00 | 0.00 | 0.00 | 0.00 | 37 | 97.37 | 0.00 |
| Total Vacant Units | 1,556.00 | 0.00 | 0.00 | 0.00 | 1 | 2.63 | 0.00 |
| **Totals:** | **28,008.00** | **38,478.00** | **40,975.00** | **-485.00** | **38** | **100.00** | **-2,414.24** |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20109

TO THE
ORDER OF

**** TWO HUNDRED FOUR AND 25/100 DOLLARS

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD 57201

07/15/25

$204.25******

NON-NEGOTIABLE

## Maintenance Hours

**2025**

*Parkside Place*

**Maintenance Name:** Bradley Warns

$32.00 Hourly Rate

From: 1-Jul

To: 15-Jul

Invoice #:  3210



Invoice Date: 7/15/2025

Due Date: 7/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|------|------|------|
| 7/1 | | 12:00 PM | 2:00 PM | 2:00 | install rest of the bumpers on back entry of parkside | $64.00 |
| 7/3 | | 12:00 PM | 4:00 PM | 4:00 | fixed window latch 2401 and dryer hose - checked out broken window 2312 | $102.00 |
| 7/6 | | 5:00 PM | 6:30 PM | 1:30 | AC installed in unit 2206 | $38.25 |

|  | Total Hours | 7:30: | | Total Hourly Pay $3/hour | $204.25 |
|--|-------------|-------|--|--------------------------|---------|
|  |  |  |  | Parkside Place Paycheck : | $204.25 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20108

07/15/25

TO THE
ORDER OF

\*\*\*\* FOUR HUNDRED SEVENTY SEVEN AND 58/100 DOLLARS

$477.58\*\*\*\*\*

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**
**2025**
From: 1-Jul
To: 15-Jul



*Parkside Place*

Invoice #: 2009 202
Invoice Date: 7/15/2025
Due Date: 7/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|--|
| 7/2 | | 11:00 AM | 12:15 PM | 1:15: | move in inspection 2401, garbage in garage, building check/patio, move out | $31.88 |
| 7/7 | | 10:00 | 11:00 | 1:00: | move in 2401, garbage in garage, deputy reeves call for code updated | $25.50 |
| 7/8 | | 3:30 PM | 4:30 PM | 1:00: | building walk, patio, janitor closets, amenity room picked up | $25.50 |
| | | | | | | |
| | **Total Hours** | **3:15:** | | | **Total Hourly Pay $25.50/hour** | **$82.87** |

| Date | Unit | Start | End | Total Hours | Painting | |
|------|------|-------|-----|-------------|----------|--|
| | | | | | | |
| | **Total Hours** | **0:00:** | | | **Total Painting $35/hour** | **$0.00** |

| Date | Unit | Reimbursement | |
|------|------|---------------|--|
| | | | |
| | | **Total Reimbursement** | **$0.00** |

| Date | Unit | Commission | |
|------|------|------------|--|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | **Total Commissions** | **$0.00** |

| | |
|--|--|
| Parkside Place Total Hours Amount: | $82.87 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Subtotal: | $82.87 |
| Parkside Place Sales Tax (6.2%): | $5.14 |
| Parkside Place Total Paycheck Amount: | $88.01 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20103

07/10/25

$14,500.00**

TO THE
ORDER OF    **** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

NON-NEGOTIABLE

MEMO: Loan Payment

     i.     Not contained in the Budgets except as approved by the Bankruptcy Court after written notice to the Bank and a hearing or after written request to the Bank and the Bank's written consent; or

     ii.     In excess of one hundred ten percent (110%) of the amount set forth in the Budget, in the aggregate from the Petition Date.

5.     <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

     i.     Pre-Petition Rents held by the VerStandig Law Firm, LLC Attorney Trust Account are considered to be cash collateral and subject to the constraints of the Budgets. Debtors waive and release any claim against the Bank that the Pre-Petition Rents remitted under this paragraph 5(i) or paragraph 10 below are property of the estate or that the Bank did not have a properly perfected lien in these specific monies, to the extent of any allowed claims of the Bank.



     ii.     Parkside will pay the sum of $14,500 on the 15th day of each month to be applied to debt service.

     iii.     Generations will pay the sum of $35,000 on the 15th day of each month to be applied to debt service.

     iv.     The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

## CODINGTON COUNTY TREASURER

Official Real Estate Tax Notice
14 FIRST AVENUE S.E. • WATERTOWN, SD  57201
(605) 882-6285

**EXHIBIT IV1064**

3451.93mo

2024 – 12152

### 2024 TAXES DUE AND PAYABLE IN 2025

Record#: 9358

**Legal:**    Sch: 14-4    S/T/R:    Acres/Lots: .00
WATERTOWN CITY  PARKSIDE PLACE ADD
PARKSIDE PLACE ADD
8 2 ST NE

**Taxes In Name Of**

PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 20,711.62 |
| **Second Half** | 20,711.62 |
| **TOTAL** | 41,423.24 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 65,136 | 2.525 | 164.48 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 65,136 | 9.478 | 617.36 |
| WATERTOWN CITY | 67,568 | 65,136 | 1.691 | 110.14 |
| EAST DAKOTA WATER | 67,568 | 65,136 | 0.020 | 1.30 |
| TAX INCREMENT 12 NA | 67,568 | 2,955,371 | 13.714 | 40,529.96 |

JF 7/15/25
tx Escrow
$ 2958.80

NA: 41423.24

**TOTAL:**  41,423.24

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⇩ Please detach stubs and return with your payment ⇩

**-FIRST PAYMENT-**

PARKSIDE PLACE LLC

CODINGTON Record # 9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |

**DELINQUENT AFTER APRIL 30th**

⇩ Please detach stubs and return with your payment ⇩

**-SECOND PAYMENT-**

PARKSIDE PLACE LLC

CODINGTON Record # 9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |

**DELINQUENT AFTER OCTOBER 31st**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20110

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

07/14/25

TO THE
ORDER OF

NATHAN SCHENKEL, JULIE SCHENKEL
1356 20th St NE
WATERTOWN, SD  57201

**** TWO HUNDRED FIFTY FIVE AND 50/100 DOLLARS

$255.50******

NON-NEGOTIABLE

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20122

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

07/31/25

$2,354.01***

TO THE
ORDER OF

\*\*\*\* TWO THOUSAND THREE HUNDRED FIFTY FOUR AND 01/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

**MUNICIPAL UTILITIES DEPT.**

| Account Number | Name | Service Address |
|---|---|---|
| 008-00187355-01 | PARKSIDE PLACE, LLC | 8 2 ST NE HOUSE |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | | | Power factor |
|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | Multiplier | Usage | Units | |
| ELECTRIC: 0000030986 | 07/22/2025 | 06/23/2025 | 29 | MR | 85935 | 82022 | 1 | 3913 | kWh | |
| ELECTRIC: 0000030986 | 07/22/2025 | 06/23/2025 | 29 | MR | 8979 | | 1 | 8.98 | kW | |
| WATER: 0200555043 | 07/22/2025 | 06/23/2025 | 29 | MR | 03165 | 03106 | 1 | 59 | ccf | |
| GAS: 0104951134 | 07/22/2025 | 06/23/2025 | 29 | MR | 12830 | 12639 | 1.119 | 214 | ccf | |

### YOUR MONTHLY USAGE

**ELECTRIC (kWh)**

**WATER (100 cu.ft)**

**GAS (ccf)**

121360

| PREVIOUS BALANCE | | 2,483.78 |
|---|---|---|
| PAYMENT    07/07/2025 | | -2,508.97 |
| TRANSFER ACCOUNT BALANCE    07/01/ | | -36.94 |
| **BALANCE FORWARD** | | **-62.13** |
| **ELECTRIC SERVICE** | | |
| Electric Customer Charge | | 19.75 |
| Electric Energy | | 379.56 |
| Electric State Tax | | 16.77 |
| Electric City Tax | | 7.99 |
| TOTAL ELECTRIC CHARGES | | 424.07 |
| **GAS SERVICE** | | |
| Gas Customer Charge | | 17.00 |
| Gas Consumption | | 136.15 |
| Gas State Tax | | 6.43 |
| Gas City Tax | | 3.06 |
| TOTAL GAS CHARGES | | 162.64 |
| **WATER SERVICE** | | |
| Water Customer Charge | | 38.06 |
| Water Consumption | | 248.63 |
| Water Private Fire Service | | 43.26 |
| TOTAL WATER CHARGES | | 329.95 |
| **SEWER SERVICE** | | |
| Sewer Customer Charge | | 40.61 |
| Sewer Multiple Use | | 1,421.35 |
| TOTAL SEWER CHARGES | | 1,461.96 |
| **CURRENT CHARGES** | | **$2,378.62** |
| **TOTAL AMOUNT DUE** | | **$2,316.49** |

*PAID 20122*

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 08/01/2025 | 08/11/2025 | 2,316.49 | 2,432.32 |

**MESSAGES:** Call 811 before you dig!

**MUNICIPAL UTILITIES DEPT.**

Account Number
002-00187415-05

Name
PARKSIDE PLACE, LLC

Service Address
8 2 ST NE 2312

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049029 | 07/21/2025 | 06/30/2025 | 21 | MR | 17675 | 17428 | 1 | 247 | kWh | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

JU 2025

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 22.23 |
| Electric State Tax | 1.48 |
| Electric City Tax | 0.71 |
| TOTAL ELECTRIC CHARGES | 37.52 |
| | |
| CURRENT CHARGES | $37.52 |
| | |
| TOTAL AMOUNT DUE | $37.52 |

*PAID*
*10/22*

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | | 08/01/2025 | 08/11/2025 | 37.52 | 39.40 |

**MESSAGES:** Call 811 before you dig!

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20111

07/25/25

$1,699.41***

TO THE
ORDER OF    **** ONE THOUSAND SIX HUNDRED NINETY NINE AND 41/100 DOLLARS

LIBERTY MUTUAL INSURANCE
PO BOX 91013
CHICAGO, IL    60680-1171

NON-NEGOTIABLE

*000131*

SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104



THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Your Account:**

#9000344025

THE RUINS LLC GENERATIONS ON 1ST
LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Policies on Account:**

BKS65299485 - BK-Package

## Your Billing Statement as of July 8, 2025

# Billing Notice

Small Commercial Insurance

**Your Agent(s):**

#0059540

SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104
(701) 390-1994

| | |
|---|---|
| Amount Due: (incl. fees) | **$6,370.79** |
| Due Date: | **07/28/2025** |
| Account Balance: | **$6,370.79** |

### Billing Details

| Policy | Frequency | Policy Term | Amount Due |
|---|---|---|---|
| Package - BKS65299485 | Monthly - 2 down 10 install | 09/28/2024 - 09/28/2025 | $6,362.79 |
| Fees | | | $8.00 |
| **Total Amount Due** | | | **$6,370.79** |



Park - 1699.41
Gen - 2347.44
Ruins - 2323.94



PAID
20111

| Account Summary | |
|---|---|
| Previous Account Balance | $12,733.60 |
| Fees | $8.00 |
| Payments | -$6,370.81 |
| **Account Balance** | **$6,370.79** |



**Save time & PAY ONLINE!**
Pay your bill online 24/7 at
**mybusinessonline.libertymutual.com**



**For Billing Questions...**
Call 844-961-0334
Mon.-Fri. 8AM-8PM EST

Please detach and return the entire bottom portion with your payment in the envelope provided.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20121

07/31/25

$78.75*******

TO THE
ORDER OF     **** SEVENTY EIGHT AND 75/100 DOLLARS

LIBBY BURGHARDT
311 OAK STREET
BRANDT, SD    57218

NON-NEGOTIABLE

July maintenance hours

Generations

PAID
2021

7/16:  11:15-12:45 drywall repair, paint 3418 (1.5)

7/23: 2:45-6:30 fill 10 million pin holes(rage), drywall repairs bedroom windowsill(first coat), prep, repaint walls, clean up 3216(3.75)

7/31: 5:15-5:30 sand, texture 3216 (.25)

    5:30-6:30 drywall repairs, paint touchups, clean up 3305 (1)

    6:30-6:45 drywall repair, paint touchup 3312 (.25)

    6:45-7 paint drywall repair 3216 (.25)

Parkside

7/23: 12:30-2:45 went to unit, get supplies, drywall repairs, paint, clean up 2312 (2.25)

Generations

7/16: 1.5

7/23:3.75

7/31: 1.75

7 total = $245

Parkside

7/23: 2.25

2.25 total = $78.75

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20112

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

07/31/25                                    $1,755.00****

TO THE
ORDER OF     **** ONE THOUSAND SEVEN HUNDRED FIFTY FIVE AND 00/100 DOLLARS

JESSE CRAIG
1405 1ST AVE N
FARGO, ND   58102

NON-NEGOTIABLE

**JESSE CRAIG**

*PARKSIDE PLACE*

**2025**

From:   1-Jul
To:   31-Jul

PAID
10/12

Invoice #:  6007
Invoice Date:  7/31/2025
Due Date:  08/01/25

|  |  |  | Total |
|---|---|---|---|
| 39 | Manager oversite $45/unit | $45.00 | $1,755.00 |
|  |  |  |  |
|  |  | **$45.00** | **$1,755.00** |

Please make checks payable to Jesse Craig no later than   08/01/25

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20124

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

07/31/25                          $4,798.63***

TO THE
ORDER OF     **** FOUR THOUSAND SEVEN HUNDRED NINETY EIGHT AND 63/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

NON-NEGOTIABLE

# CP Business Management

**Parkside Place**

**2025**

| | | |
|---|---|---|
| From: | 1-Jul | |
| To: | 31-Jul | |

PAID 2024

Invoice #: 2007
Invoice Date: 07/31/2025
Due Date: 08/01/25

| | | Gross Collected Rents | | Total |
|---|---|---|---|---|
| 5% | | Management Fee Collected Funds | $41,581.74 | $2,079.09 |
| | | | | |
| | | **Total Management Fee** | **$41,581.74** | **$2,079.09** |

| | | Offsite Office | | Total |
|---|---|---|---|---|
| 7010 | | Off Site Office Rent | | $1,312.50 |
| 7030 | | Off Site Office Utilities | | $108.53 |
| 7040 | | Off Site Office Supplies | | $214.56 |
| **Total Offsite Office** | | | | **$1,635.59** |

| | | Other Collected Income | | Total |
|---|---|---|---|---|
| | | Holden portion of re-rental fee collected | | $190.00 |
| | | Schenkle deposit return overages | | $332.50 |
| | | Schenkle undercharged paint in deposit return as it was | due prior to receiving invoice | -$31.75 |
| | | collected late fees | | $105.20 |
| | | **Total Other Collected Income** | | **$595.95** |

| | | Miscellaneous | | |
|---|---|---|---|---|
| 8004 | | Misc Manager | | $200.00 |
| 8005 | | Misc Prof. | | $250.00 |
| 7057 | | Software Fee | | $38.00 |
| | | | | |
| | | **Total Miscellaneous** | | **$488.00** |

| | |
|---|---|
| **Total Management Fee** | $2,079.09 |
| **Total Offsite Office** | $1,635.59 |
| **Total Other Collected Income** | $595.95 |
| **Total Miscellaneous** | $488.00 |
| **Parkside Place Total** | $4,798.63 |

Please make checks payable to CP Business Management no later than   8/1/2025

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20118

07/31/25

$22.14*******

TO THE
ORDER OF     **** TWENTY TWO AND 14/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

MUNICIPAL UTILITIES DEPT.

| | Account Number | Name | | | | Service Address | | |
|---|---|---|---|---|---|---|---|---|
| | 002-00187423-06 | PARKSIDE PLACE, LLC | | | | 8 2 ST NE 2401 | | |

| Meter Number | Read Dates | | Billing | Meter Readings | | | | | Power |
| | Present | Previous | Days | Code | Present | Previous | Multiplier | Usage | Units | factor |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000049018 | 07/08/2025 | 07/01/2025 | 7 | MR | 21109 | 21023 | 1 | 86 | kWh | |

YOUR MONTHLY USAGE

ELECTRIC (kWh)



| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 7.74 |
| Electric State Tax | 0.88 |
| Electric City Tax | 0.42 |
| TOTAL ELECTRIC CHARGES | 22.14 |
| | |
| CURRENT CHARGES | $22.14 |
| | |
| TOTAL AMOUNT DUE | $22.14 |

PAID
70118

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | | 08/01/2025 | 08/11/2025 | 22.14 | 23.25 |

**MESSAGES:** Call 811 before you dig!

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

07/31/25

20114

$6.26*********

TO THE
ORDER OF        **** SIX AND 26/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

NON-NEGOTIABLE

# Order Details

Order placed July 7, 2025      Order # 113-2406122-4694632

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
| CP Business Management | Visa  ending in 1559 | Item(s) Subtotal: | $5.89 |
| 10 N BROADWAY STE 102 | | Shipping & Handling: | $0.00 |
| WATERTOWN, SD 57201-3627 | | Total before tax: | $5.89 |
| United States | | Estimated tax to be collected: | $0.37 |
| | | **Grand Total:** | **$6.26** |

## Arriving Wednesday



2 Pcs Garage Door Sensor Sun Shield Protector, Sun Shade, Compatible with Chamberlin 41A5034, 820CB and Liftmaster 801CB-P Garage Door Sensors
Sold by: Ctuoptuo
Supplied by: Other
$5.89



Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20117

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

07/31/25

$424.80******

TO THE
ORDER OF

**** FOUR HUNDRED TWENTY FOUR AND 80/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

NON-NEGOTIABLE

White Glove Cleaning

17892 449th Ave
Hayti, SD 57241

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/2/2025 | 2253 |

**Bill To**

Parkside
Unit #



| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Building Cleaning | 400.00 | 400.00T |
|  | Sales Tax | 6.20% | 24.80 |

| | Total | $424.80 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20116

07/31/25

$513.00******

TO THE
ORDER OF    **** FIVE HUNDRED THIRTEEN AND 00/100 DOLLARS

U.S. TRUSTEES
U.S. TRUSTEES PAYMENT CENTER
PO BOX 6200-19
PORTLAND, OR    97228-6200

NON-NEGOTIABLE

MEMO: 683-25-30003

Office of the U. S. Trustee
300 South 4th Street
Room 1015
Minneapolis, MN 55415-1329

605-330-4450

0005655
**********AUTO**MIXED AADC 170
PARKSIDE PLACE LLC
1405 1ST AVE N
P.O. BOX 426
FARGO, ND 58107-0426



Page 1 of 1          Rev. 01/20

Account No.: 683-25-30003
Process Date: 07-03-25

UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM

| See Instructions |
| On Reverse Side |

## Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|------|-------------|--------|
| 05-07-25 | Balance Forward | 489.00 |
| 05-19-25 | Account#6832530003 Pay.Gov Tracking#27O77KUJ | 150.00- |
| 05-14-25 | Payment from Lock Box | 339.00- |
| 07-03-25 | Quarter 2, 2025 Fee Due {Disbursements = $128,336.} (6-1) | 513.00 |
| | | |
| | **Estimated Balance Due Based On Disbursement Record** | **513.00** |

*PAID / Dave*

*No longer able to write checks next quarter.*

**Fee estimated based on available disbursements data.**

------ fold and tear ------                                                                                           ----- fold and tear -----

**DISBURSEMENTS STUB:** Enter information, sign, detach, and return this stub in the window envelope.

**ADDRESS STUB:** Print address correction on reverse side. Place an "X" in the box if a correction is entered.  ☐

Failure to file monthly operating reports may result in a motion filed by the U.S. Trustee office to convert or dismiss the case.  In the section below, enter the disbursements for months/years that are missing monthly operating reports or disbursement information.  For post-confirmation cases, consult the local U. S. Trustee office for the case regarding whether monthly or quarterly reports are required; if quarterly, enter the entire quarter's disbursement data in the last month of the quarter and write a "Q" after it.  Round to nearest dollar.  This is not a substitute for filing the required report.

**PARKSIDE PLACE LLC**   Account Number: 683-25-30003

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20113

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

07/31/25

$247.51*****

TO THE
ORDER OF    **** TWO HUNDRED FORTY SEVEN AND 51/100 DOLLARS

BLUEPEAK
PO BOX 5002
SIOUX FALLS, SD    57117-5002

NON-NEGOTIABLE

page 1 of 4





**www.mybluepeak.com**
**866-991-9722**



@HelloBluepeak

| | |
|---|---|
| **Account Number:** | 045515701 |
| **Billing Date:** | 07/20/25 |
| **Total Amount Due:** | **$247.51** |
| **Payment Due By:** | 08/13/25 |



**STATEMENT SUMMARY**

| | |
|---|---|
| Previous Balance | $247.77 |
| Payments and Adjustments | -$247.77 |
| New Charges | $247.51 |
| **Total Amount Due** | **$247.51** |

**NEW CHARGES SUMMARY**

| | |
|---|---|
| Monthly Service Charges | $175.99 |
| Taxes | $71.52 |
| **Total New Charges** | **$247.51** |

A late fee will be applied to your account if the amount of $247.51 is not received before 08/13/25. Payments received after 07/20/25 are not reflected on this statement.

Government taxes and fees are imposed by federal, state, and local governments. These charges may vary by the state and locality of your service address or services purchased and are subject to change from time to time.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices.  Your acknowledgement of this agreement is confirmed by your payment.

# It pays to have friends.

Refer your friends to Bluepeak and **get a $50 credit** on your bill when they sign up.

mybluepeak.com/help/refer-a-friend







**Contact Us**
**www.mybluepeak.com**
**866-991-9722**


**@HelloBluepeak**

page 3 of 4



| Account Number: | 045515701 |
| Billing Date: | 07/20/25 |
| **Total Amount Due:** | **$247.51** |
| Payment Due By: | 08/13/25 |

| | |
|---|---|
| Federal USF Fee ...................... | $14.06 |
| State Telecommunications Relay Srvc ........................................... | $0.45 |
| **Total Taxes and Fees ..............** | **$71.52** |
| **Total Amount Due..............................................** | **$247.51** |

**SERVICE LOCATIONS**
8 2ND ST  NE WATERTOWN, SD 57201-3624

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20119

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

07/31/25

$368.12******

TO THE
ORDER OF   **** THREE HUNDRED SIXTY EIGHT AND 12/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**

**2025**

From: 15-Jul
To: 31-Jul



*Parkside Place*

Invoice #:  2013
Invoice Date: 7/31/2025
Due Date: 8/1/2025

| Date | Unit | Start | End | hrs | Scope of Work | |
|------|------|-------|-----|-----|---------------|---|
| 7/16 | | 2:30 PM | 3:30 PM | 1:00 | look over carpets from cleaning, building walk, garbage in garage | $25.50 |
| 7/16 | 2301 | 4:30 PM | 5:15 PM | 0:45 | showing jadeen - help with application, minimal on english speaking | $19.13 |
| 7/21 | | 4:00 PM | 5:00 PM | 1:00 | walk building - 2411 move out notice dropped off | $25.50 |
| 7/28 | | 10:00 | 11:00 | 1:00 | clean up water in hallway from patio doors leaking water in, doors latched wh | $25.50 |
| 7/30 | | 12:00 PM | 1:30 PM | 1:30 | clean up garbage in garage, walk building, move in inspection 2312 | $38.25 |
| 7/30 | | 4:45 PM | 5:15 PM | 0:30 | move out 2307 | $12.75 |
| | | | | | | |
| | | Total Hours | 5:45 | | Total Hourly Pay $25.50/hour | $146.63 |

| Date | Unit | Start | End | hrs | Painting | |
|------|------|-------|-----|-----|----------|---|
| | | Total Hours | 0:00 | | Total Painting $35/hour | $0.00 |

| Date | Unit | | | | Reimbursement | |
|------|------|---|---|---|---------------|---|
| | | | | | Total Reimbursement | $0.00 |

| Date | Unit | | | | Commission | |
|------|------|---|---|---|------------|---|
| 7/18 | 2301 | | | | Jadeen Rosa Castro | $200.00 |
| | | | | | $200 per new lease | |
| | | | | | $200 per new lease | |
| | | | | | $200 per new lease | |
| | | | | | Total Commissions | $200.00 |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $146.63 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Total Commissions: | $200.00 |
| Parkside Place Subtotal: | $346.63 |
| Parkside Place Sales Tax (6.2%): | $21.49 |
| Parkside Place Total Paycheck Amount: | $368.12 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20120

07/31/25

$30.00*******

TO THE
ORDER OF

**** THIRTY AND 00/100 DOLLARS

JORDAN BERNDT
216 2ND ST NE
WATERTOWN, SD       57201

NON-NEGOTIABLE

**Maintenance Hours**

*Parkside Place*

**2025**

Invoice #: 2012

**Maintenance Name:** Jordan Berndt



$30.00 Hourly Rate

From: 15-Jul

To: 31-Jul

Invoice Date: 7/31/2025

Due Date: 8/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 7/23 | | 4:30 PM | 5:00 PM | 0:30: | checked out ceiling leak in Quickcare, no longer wet small spot unsure of wh | $15.00 |
| 7/25 | | 12:00 PM | 12:30 PM | 0:30: | looking over parking garage sensors - temp fix | $15.00 |

**Total Hours** **1:00:**            **Total Hourly Pay $30/hour**        **$30.00**

**Parkside Place Paycheck :**        $30.00

**PARKSIDE PLACE, LLC**
DEBTOR IN POSSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20115

TO THE
ORDER OF

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD   57201

\*\*\*\* FOUR HUNDRED THIRTY AND 11/100 DOLLARS

07/31/25

$430.11\*\*\*\*\*\*

NON-NEGOTIABLE

# Invoice

**George's Sanitation Inc.**

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 40868 |

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106



---

## JUNE GARBAGE SERVICE (2025)

| Qua... | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times  A Week) | 195.00 | 195.00T |

*gen 207.09*
*park 20709*

| | |
|---|---|
| Sales Tax (6.2.. | $24.18 |
| **Total** | **$414.18** |

PLEASE REFERENCE YOUR
INVOICE # ON YOUR
PAYMENT

A finance charge of 1.5% ($1.00 min) per month (18% annually) will be added to accounts over 30 days.

George's Sanitation Thanks You For Your Business.

**PAY ONLINE AT
WWW.GEORGESSANITATION.COM WITH
PAY NOW BUTTON**

## George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

# Invoice

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 40356 |

*PAID 20115*

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

# MAY GARBAGE SERVICE (2025)

| Qua... | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| 2 | Mattress/Box Spring Or Appliance Disposal Fee (This is a new policy set forth by the city landfill as of 2/1/25) | 15.00 | 30.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times  A Week) | 195.00 | 195.00T |

*Gen 223.02*
*Park 223.52*

| | |
|---|---|
| **Sales Tax (6.2..** | $26.04 |
| **Total** | **$446.04** |

**PLEASE REFERENCE YOUR INVOICE # ON YOUR PAYMENT**

A finance charge of 1.5% ($1.00 min) per month (18% annually) will be added to accounts over 30 days.

George's Sanitation Thanks You For Your Business.

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**