IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | (Jointly Administered) |
| | ) | |

**EXHIBIT LIST**

Come now Generations on 1st, LLC ("Generations") and Parkside Place, LLC ("Parkside") (collectively, the "Debtors" and each a "Debtor"), by and through undersigned counsel, and furnish this list of exhibits reasonably anticipated to be relied upon at a hearing in these matters on August 28, 2025:

1. Cash collateral budget for Parkside
2. Cash collateral budget for Generations
3. Receivership and Management Agreement
4. HME Proof of Claim Attachment 2
5. HME Companies First Interim Report – Generations
6. HME Companies Second Interim Report – Generations
7. HME Companies Third Interim Report – Generations
8. HME Companies First Interim Report – Parkside
9. HME Companies Second Interim Report – Parkside
10. HME Companies Third Interim Report – Parkside

1

11. Generations Operating Report – January 2025

12. Generations Amended Operating Report – February 2025

13. Generations Amended Operating Report – March 2025

14. Generations Amended Operating Report – April 2025

15. Generations Amended Operating Report – May 2025

16. Generations Amended Operating Report – June 2025

17. Generations Operating Report – July 2025

18. Parkside Operating Report – January 2025

19. Parkside Amended Operating Report – February 2025

20. Parkside Amended Operating Report – March 2025

21. Parkside Amended Operating Report – April 2025

22. Parkside Amended Operating Report – May 2025

23. Parkside Amended Operating Report – June 2025

24. Parkside Operating Report – July 2025

The Debtors reasonably anticipate also utilizing at least one demonstrative exhibit and making reference to at least one docket entry in these cases.

                                      Respectfully Submitted,

Dated: August 25, 2025        By:    <u>/s/ Maurice B. VerStandig</u>
                                          Maurice B. VerStandig, Esq.
                                          The Dakota Bankruptcy Firm
                                          1630 1st Avenue N
                                          Suite B PMB 24
                                          Fargo, North Dakota 58102-4246
                                          Phone: (701) 394-3215
                                          mac@dakotabankruptcy.com
                                          *Counsel for the Debtors*

*[Certificate of Service on Following Page]*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of August, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig