**Budget Worksheet**
Property = Parkside Place, Book = Cash, Start Month = 03/2025

**PARKSIDE PLACE, LLC**

| Account Name | March | April | May | June | July | August | September | October | November | December | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GPR Income** | | | | | | | | | | | |
| 36 1 Bed @ $1,025/unit | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 369,000.00 |
| Commercial - 201, 202 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 38,030.00 |
| CAM | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 7,861.90 |
| **Net Income** | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 414,891.90 |
| Less Apartment Vacancies | 0.00 | 0.00 | 1,025.00 | 1,025.00 | 1,025.00 | 1,025.00 | 1,025.00 | 1,025.00 | 1,025.00 | 1,025.00 | 8,200.00 |
| Less HME Incentives | 430.00 | 430.00 | 430.00 | 430.00 | 430.00 | 430.00 | 430.00 | 430.00 | 350.00 | 295.00 | 4,085.00 |
| Less CPBM Incentives | 770.00 | 650.00 | 650.00 | 250.00 | 150.00 | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 2,570.00 |
|  | 40,289.19 | 40,409.19 | 39,384.19 | 39,784.19 | 39,884.19 | 39,984.19 | 39,984.19 | 40,034.19 | 40,114.19 | 40,169.19 | 400,036.90 |
| **Other Income** | | | | | | | | | | | |
| Non-refundable Pet Fees | 0.00 | 0.00 | 112.50 | 112.50 | 112.50 | 112.50 | 112.50 | 112.50 | 112.50 | 112.50 | 900.00 |
| NSF Fees | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 500.00 |
| Re-Rental Charges | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 1,800.00 |
| Other Income | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 250.00 |
| **Net of Other Income** | 255.00 | 255.00 | 367.50 | 367.50 | 367.50 | 367.50 | 367.50 | 367.50 | 367.50 | 367.50 | 3,450.00 |
| **Total Income** | 40,544.19 | 40,664.19 | 39,751.69 | 40,151.69 | 40,251.69 | 40,351.69 | 40,351.69 | 40,401.69 | 40,481.69 | 40,536.69 | 403,486.90 |
| **Expenses** | | | | | | | | | | | |
| **Maintenance Expenses** | | | | | | | | | | | |
| Maintenance Staff Costs | 300.00 | 300.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 300.00 | 300.00 | 3,300.00 |
| Caretaker/Resident Manager | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 3,000.00 |
| Repairs / Maintenance | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 550.00 | 550.00 | 5,900.00 |
| Janitorial | 525.00 | 1,200.00 | 525.00 | 525.00 | 525.00 | 525.00 | 550.00 | 550.00 | 550.00 | 550.00 | 6,025.00 |
| Carpet Cleaning | 120.00 | 1,100.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 2,180.00 |
| Painting / Decorating | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 1,600.00 |
| Plumbing | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 1,000.00 |
| Electrical / Fire Protection | 1,050.00 | 50.00 | 50.00 | 50.00 | 550.00 | 50.00 | 950.00 | 50.00 | 1,000.00 | 250.00 | 4,050.00 |
| HVAC | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 750.00 |
| Elevator | 480.00 | 25.00 | 25.00 | 480.00 | 25.00 | 25.00 | 480.00 | 25.00 | 25.00 | 480.00 | 2,070.00 |
| Flooring | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 1,800.00 |
| Appliances/Laundry | 100.00 | 100.00 | 750.00 | 750.00 | 750.00 | 750.00 | 100.00 | 100.00 | 100.00 | 100.00 | 3,600.00 |
| Extermination | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 200.00 |
| Snow Removal | 185.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.00 | 250.00 | 620.00 |
| Less Resident Chargebacks | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 2,500.00 |
| **Total Maintenance Expenses** | 4,445.00 | 4,460.00 | 3,505.00 | 3,960.00 | 4,005.00 | 3,505.00 | 4,235.00 | 2,880.00 | 3,915.00 | 3,685.00 | 33,595.00 |
| **Admin/Utility Expenses** | | | | | | | | | | | |
| Offsite office rent | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 13,125.00 |
| Offsite office utilities | 125.00 | 125.00 | 200.00 | 200.00 | 170.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,820.00 |
| Offsite office equipment/supplies | 95.50 | 95.50 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,791.00 |
| Advertising / Marketing | 0.00 | 0.00 | 0.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 2,415.00 |
| Lease Commissions | 400.00 | 200.00 | 200.00 | 400.00 | 400.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,600.00 |
| Professional Fees | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 120.00 | 480.00 |
| Bank Fees/ACH Fees | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 350.00 |
| Internet & Telephone Costs/Service | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 285.00 | 285.00 | 285.00 | 285.00 | 2,640.00 |
| Property Management 5% Collected | 2,027.21 | 2,033.21 | 1,987.58 | 2,007.58 | 2,012.58 | 2,017.58 | 2,017.58 | 2,020.08 | 2,024.08 | 2,026.83 | 20,174.35 |
| Real Estate Taxes/Escrow | 6,904.00 | 6,904.00 | 3,460.00 | 3,460.00 | 3,460.00 | 3,460.00 | 3,460.00 | 3,460.00 | 3,550.00 | 3,550.00 | 41,668.00 |
| CAM Reimburse | -137.18 | -30.69 | -18.31 | -11.65 | -53.69 | -12.48 | -29.55 | -29.76 | -51.40 | -90.54 | -465.25 |
| Property Insurance | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 17,500.00 |
| Electricity - Apts | 130.00 | 100.00 | 100.00 | 50.00 | 50.00 | 50.00 | 50.00 | 100.00 | 100.00 | 150.00 | 880.00 |
| Electricity - Building | 800.00 | 700.00 | 500.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 500.00 | 600.00 | 5,100.00 |
| Natural Gas - Building | 300.00 | 250.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 250.00 | 2,200.00 |
| Water & Sewer | 1,920.00 | 1,920.00 | 1,920.00 | 1,920.00 | 1,920.00 | 1,920.00 | 1,920.00 | 2,100.00 | 2,100.00 | 2,100.00 | 19,740.00 |
| Garbage Removal | 210.00 | 210.00 | 210.00 | 210.00 | 210.00 | 210.00 | 215.00 | 215.00 | 215.00 | 215.00 | 2,120.00 |
| **Total Admin & Utility Exp.** | 16,162.03 | 15,894.52 | 12,346.78 | 12,768.44 | 12,701.39 | 12,577.60 | 12,600.54 | 12,832.83 | 13,005.18 | 13,248.80 | 134,138.09 |
| **Total Operating Expenses** | 20,607.03 | 20,354.52 | 15,851.78 | 16,728.44 | 16,706.39 | 16,082.60 | 16,835.54 | 15,712.83 | 16,920.18 | 16,933.80 | 167,733.09 |
| Net Operating Income | 19,937.16 | 20,309.67 | 23,899.91 | 23,423.25 | 23,545.30 | 24,269.09 | 23,516.15 | 24,688.86 | 23,561.51 | 23,602.89 | 235,753.81 |
| **Other Expenses** | | | | | | | | | | | |
| US Court Trustee 0.4% | 165.96 | 165.96 | 165.96 | 165.96 | 165.96 | 165.96 | 165.96 | 165.96 | 165.96 | 165.96 | 1,659.57 |
| Contingencies | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 14,750.00 |
| Misc. PM Fees | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 2,500.00 |
| Misc. Professional Fees | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,000.00 |
| Manager Oversite $45/unit | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 17,550.00 |
| Reserves Escrow;Usage | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 4,000.00 |
| **Total Other Expenses** | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 42,459.57 |
| **Total Monthly Expenses** | 24,852.98 | 24,600.47 | 20,097.73 | 20,974.39 | 20,952.35 | 20,328.56 | 21,081.49 | 19,958.78 | 21,166.14 | 21,179.75 | 210,192.66 |
| **Net Cash Flow** | 15,691.21 | 16,063.72 | 19,653.96 | 19,177.30 | 19,299.34 | 20,023.13 | 19,270.20 | 20,442.91 | 19,315.55 | 19,356.94 | 193,294.24 |