**Budget Worksheet**

Property = Generations on 1st, Book = Cash, Start Month = 03/2025

**GENERATIONS ON 1ST, LLC**

| Account Name | March | April | May | June | July | August | September | October | November | December | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GPR Income** | | | | | | | | | | | |
| 1BR 60 Units @ $995 | 59,700.00 | 59,700.00 | 59,700.00 | 60,040.00 | 60,040.00 | 60,040.00 | 60,040.00 | 60,040.00 | 60,040.00 | 60,040.00 | 599,380.00 |
| 2BR 12 Units @ $1,475 | 17,700.00 | 17,725.00 | 17,725.00 | 17,725.00 | 17,850.00 | 17,850.00 | 17,850.00 | 17,850.00 | 17,850.00 | 17,850.00 | 177,975.00 |
| Garage Stalls 49 @ $75 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 3,675.00 | 36,750.00 |
| Storage Units 27 @ $41.65 avg. | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 11,250.00 |
| Commercial - Senior Center | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| **Net Income** | 82,200.00 | 82,225.00 | 82,225.00 | 82,566.00 | 82,690.00 | 82,690.00 | 82,690.00 | 82,690.00 | 82,690.00 | 82,690.00 | 825,356.00 |
| Less Apartment Vacancies | 9,610.00 | 8,600.00 | 7,080.00 | 3,870.00 | 3,870.00 | 3,870.00 | 3,870.00 | 3,870.00 | 3,870.00 | 3,870.00 | 52,380.00 |
| Less Garage Parking Vacancies | 480.00 | 400.00 | 320.00 | 300.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 2,940.00 |
| Less Storage Unit Vacancies | 830.00 | 830.00 | 785.00 | 520.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 5,125.00 |
| Less HME Incentives | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 515.00 | 415.00 | 360.00 | 4,895.00 |
| Less Incentives | 2,595.00 | 2,595.00 | 2,570.00 | 2,230.00 | 1,935.00 | 1,640.00 | 1,155.00 | 555.00 | 455.00 | 360.00 | 16,090.00 |
| | 68,170.00 | 69,285.00 | 70,955.00 | 75,131.00 | 75,770.00 | 76,065.00 | 76,550.00 | 77,150.00 | 77,350.00 | 77,500.00 | 743,926.00 |
| **Other Income** | | | | | | | | | | | |
| Non-refundable Pet Fees | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 1,000.00 |
| NSF Fees | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 180.00 |
| Re-Rental Charges | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 1,800.00 |
| Other Income | 75.00 | 75.00 | 75.00 | 75.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 600.00 |
| **Net of Other Income** | 373.00 | 373.00 | 373.00 | 373.00 | 348.00 | 348.00 | 348.00 | 348.00 | 348.00 | 348.00 | 3,580.00 |
| **Total Income** | 68,543.00 | 69,658.00 | 71,328.00 | 75,504.00 | 76,118.00 | 76,413.00 | 76,898.00 | 77,498.00 | 77,698.00 | 77,848.00 | 747,506.00 |
| **Expenses** | | | | | | | | | | | |
| **Maintenance Expenses** | | | | | | | | | | | |
| Maintenance Staff Costs | 400.00 | 400.00 | 400.00 | 400.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 3,700.00 |
| Caretaker/Resident Manager | 660.00 | 585.00 | 585.00 | 585.00 | 585.00 | 585.00 | 585.00 | 585.00 | 585.00 | 585.00 | 5,925.00 |
| Repairs / Maintenance | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 10,000.00 |
| Janitorial | 750.00 | 1,500.00 | 800.00 | 800.00 | 850.00 | 1,500.00 | 800.00 | 800.00 | 750.00 | 750.00 | 9,300.00 |
| Carpet Cleaning | 300.00 | 1,575.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 4,275.00 |
| Painting / Decorating | 1,500.00 | 750.00 | 300.00 | 300.00 | 300.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 4,150.00 |
| Plumbing | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,000.00 |
| Electrical / Fire Protection | 1,550.00 | 750.00 | 50.00 | 50.00 | 50.00 | 50.00 | 500.00 | 50.00 | 550.00 | 250.00 | 3,850.00 |
| HVAC | 200.00 | 350.00 | 200.00 | 200.00 | 350.00 | 200.00 | 200.00 | 350.00 | 200.00 | 200.00 | 2,450.00 |
| Elevator | 25.00 | 25.00 | 475.00 | 25.00 | 25.00 | 475.00 | 25.00 | 25.00 | 25.00 | 475.00 | 1,600.00 |
| Flooring | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 2,800.00 |
| Appliances/Laundry | 100.00 | 100.00 | 750.00 | 750.00 | 750.00 | 750.00 | 100.00 | 100.00 | 100.00 | 100.00 | 3,600.00 |
| Extermination | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 200.00 |
| Grounds Maintenance | 0.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 0.00 | 0.00 | 1,295.00 |
| Snow Removal | 185.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.00 | 250.00 | 620.00 |
| Less Resident Chargebacks | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 4,000.00 |
| **Total Maintenace Expenses** | 7,570.00 | 8,120.00 | 5,945.00 | 5,495.00 | 5,645.00 | 6,495.00 | 5,145.00 | 4,845.00 | 5,145.00 | 5,360.00 | 51,765.00 |
| **Admin/Utility Expenses** | | | | | | | | | | | |
| Offsite office rent | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 13,125.00 |
| Offsite office utilities | 200.00 | 200.00 | 170.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,970.00 |
| Offsite office equipment/supplies | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 215.00 | 2,150.00 |
| Advertising / Marketing | 800.00 | 800.00 | 800.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 5,900.00 |
| Software Fee | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 730.00 |
| Lease Commissions | 600.00 | 600.00 | 200.00 | 600.00 | 600.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 3,600.00 |
| Professional Fees | 350.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 120.00 | 40.00 | 40.00 | 790.00 |
| Bank Fees/ACH Fees | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 350.00 |
| Internet & Telephone Costs/Service | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 290.00 |
| Property Management 5% Collected | 3,427.15 | 3,482.90 | 3,566.40 | 3,775.20 | 3,805.90 | 3,820.65 | 3,844.90 | 3,874.90 | 3,884.90 | 3,892.40 | 37,375.30 |
| Real Estate Taxes/Escrow | 12,750.00 | 12,750.00 | 6,400.00 | 6,400.00 | 6,400.00 | 6,400.00 | 6,400.00 | 6,400.00 | 7,150.00 | 7,150.00 | 78,200.00 |
| Property Insurance | 2,400.00 | 2,400.00 | 2,400.00 | 2,400.00 | 2,400.00 | 2,400.00 | 2,585.00 | 2,585.00 | 2,585.00 | 2,585.00 | 24,740.00 |
| Electricity - Apts | 400.00 | 350.00 | 325.00 | 300.00 | 300.00 | 300.00 | 300.00 | 375.00 | 400.00 | 400.00 | 3,450.00 |
| Electricity - Building | 1,100.00 | 1,000.00 | 900.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 900.00 | 9,000.00 |
| Natural Gas - Building | 1,000.00 | 850.00 | 600.00 | 380.00 | 380.00 | 380.00 | 380.00 | 380.00 | 500.00 | 650.00 | 5,500.00 |
| Water & Sewer | 3,590.00 | 3,590.00 | 3,590.00 | 3,590.00 | 3,590.00 | 3,590.00 | 3,590.00 | 3,590.00 | 3,800.00 | 3,800.00 | 36,320.00 |
| Garbage Removal | 210.00 | 210.00 | 210.00 | 210.00 | 210.00 | 210.00 | 220.00 | 220.00 | 220.00 | 220.00 | 2,140.00 |
| **Total Admin & Utility Exp.** | 28,491.65 | 27,937.40 | 20,865.90 | 20,909.70 | 20,940.40 | 20,555.15 | 20,774.40 | 20,959.40 | 21,994.40 | 22,201.90 | 225,630.30 |
| **Total Operating Expenses** | 36,061.65 | 36,057.40 | 26,810.90 | 26,404.70 | 26,585.40 | 27,050.15 | 25,919.40 | 25,804.40 | 27,139.40 | 27,561.90 | 277,395.30 |
| **Net Operating Income** | 32,481.35 | 33,600.60 | 44,517.10 | 49,099.30 | 49,532.60 | 49,362.85 | 50,978.60 | 51,693.60 | 50,558.60 | 50,286.10 | 470,110.70 |
| **Other Expenses** | | | | | | | | | | | |
| US Court Trustee 0.4% | 328.80 | 328.90 | 328.90 | 330.26 | 330.76 | 330.76 | 330.76 | 330.76 | 330.76 | 330.76 | 3,301.42 |
| Contingencies | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 25,000.00 |
| Misc. PM Fees | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 5,000.00 |
| Misc. Professional Fees | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,000.00 |
| Manager Oversite $45/unit | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 32,400.00 |
| Reserves Escrow;Usage | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 5,000.00 |
| **Total Other Expenses** | 7,268.80 | 7,268.90 | 7,268.90 | 7,270.26 | 7,270.76 | 7,270.76 | 7,270.76 | 7,270.76 | 7,270.76 | 7,270.76 | 72,701.42 |
| **Total Monthly Expenses** | 43,330.45 | 43,326.30 | 34,079.80 | 33,674.96 | 33,856.16 | 34,320.91 | 33,190.16 | 33,075.16 | 34,410.16 | 34,832.66 | 350,096.72 |
| **Net Cash Flow** | 25,212.55 | 26,331.70 | 37,248.20 | 41,829.04 | 42,261.84 | 42,092.09 | 43,707.84 | 44,422.84 | 43,287.84 | 43,015.34 | 397,409.28 |