## Generations on 1st - Invoices or Reimbursements Due

| Amount Due | Description | Invoice Attached |
|---|---|---|
| $ 1,234.58 | December Maintenance Technician (15.5 Hrs @ $75/HR) + 6.2% Sales Tax | Yes |
| $ 245.84 | QuickBooks Fees, Reimbursement to HME for Software Costs | Yes |
| $ 166.50 | Appfolio Fees, Reimbursement to HME for Application Fees & Software Costs | Yes |
| $ 10,794.17 | December $5544 MGMT Fee & $4620 RCVRSP Fee + 6.2% Sales Tax, Per Contract | Yes |
| $ 1,740.99 | January Prorated MGMT & RCVRSP Fees 1.1.2025 - 1.05.2025 | Yes |
| $ 3,830.19 | January Prorated MGMT & RCVRSP Fees 1.6.2025 - 1.16.2025 | Yes |
| $ 1,418.96 | Facebook Ads & Apartments.com, Reimbursement to HME for Marketing Platform Invoices | Yes |
| $ 148.68 | Reimbursement to HME for Maintenance Vendor, Inv. Date 2/17/2025 | Yes |
| $ 166.50 | Appfolio Fees, Reimbursement to HME for Application Fees & Software Costs | Yes |
| $ 967.77 | Reimbursement to HME for 50% Attorney Costs Associated with Receivership & Bankruptcy Claims | Yes |
| $ 350.46 | Reimbursement to HME for Marketing Vendor, Inv. 718 | Yes |
| $ 390.29 | Reimbursement to HME for Maintenance Vendor, Inv. Date 1/29/2025 | Yes |
| $ 1,329.88 | Reimbursement to HME for Maintenance Vendor, Inv. Date 12/26/2024 | Yes |
| $ 101.95 | Reimbursement to HME for 50% Marketing Vendor, Inv. 723 | Yes |

**HME Companies LLC**
432 5th St
Brookings, SD  57006 US
tracey@hmemanagement.net

# INVOICE

**BILL TO**
Generations on 1st

| | |
|---|---|
| **INVOICE #** | 3781 |
| **DATE** | 12/31/2024 |
| **DUE DATE** | 01/30/2025 |
| **TERMS** | Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Work Orders Completed | 15.50 | 75.00 | 1,162.50T |

| | |
|---|---|
| SUBTOTAL | 1,162.50 |
| TAX | 72.08 |
| TOTAL | 1,234.58 |
| BALANCE DUE | **$1,234.58** |

**HME Companies LLC**
432 5th St
Brookings, SD  57006 US
tracey@hmemanagement.net

# INVOICE

**BILL TO**
Generations on 1st

| | |
|---|---|
| **INVOICE #** | 3785 |
| **DATE** | 12/31/2024 |
| **DUE DATE** | 01/30/2025 |
| **TERMS** | Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| QuickBooks - 10/23 - 2/3 | 1 | 245.84 | 245.84 |

| | |
|---|---|
| SUBTOTAL | 245.84 |
| TAX | 0.00 |
| TOTAL | 245.84 |
| **BALANCE DUE** | **$245.84** |

**Generations on 1st, LLC**

432 5th St
Brookings, SD  57006 USA
+16056902619
tracey.mahlstedt@hmecompanies.net

## Bill

| | | |
|---|---|---|
| Vendor | Bill Date | 12/31/2024 |
| HME Companies, LLC | Due Date | 12/31/2024 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 2525 OTHER CURRENT LIABILITIES:Due to HME | Appfolio Fees | | | 166.50 |

| | |
|---|---|
| TOTAL | 166.50 |
| PAYMENT PAID | 0.00 |
| BALANCE DUE | **$166.50** |

**HME Companies LLC**
432 5th St
Brookings, SD  57006 US
tracey@hmemanagement.net

# INVOICE

**BILL TO**
Generations on 1st

**INVOICE #** 3713
**DATE** 12/31/2024
**DUE DATE** 01/30/2025
**TERMS** Net 30

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Receivership | 1 | 4,620.00 | 4,620.00T |
| Management Fee | 1 | 5,544.00 | 5,544.00T |

| | |
|---|---|
| SUBTOTAL | 10,164.00 |
| TAX | 630.17 |
| TOTAL | 10,794.17 |
| BALANCE DUE | **$10,794.17** |

**HME Companies LLC**
432 5th St
Brookings, SD  57006 US
tracey@hmemanagement.net

# INVOICE

**BILL TO**
Generations on 1st

**INVOICE #** 3787
**DATE** 01/16/2025
**DUE DATE** 02/15/2025
**TERMS** Net 30

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Receivership - Prorated to 1/16 | 1 | 2,384.52 | 2,384.52T |
| Management Fee - Prorated to 1/16 | 1 | 2,861.42 | 2,861.42T |

| | |
|---|---|
| SUBTOTAL | 5,245.94 |
| TAX | 325.25 |
| TOTAL | 5,571.19 |
| BALANCE DUE | **$5,571.19** |

$ 1740.99   1/1 - 1/5
$ 3830.19   1/6 - 1/16

**Generations on 1st, LLC**

432 5th St
Brookings, SD  57006 USA
+16056902619
tracey.mahlstedt@hmecompanies.net

## Bill

| Vendor | | Bill Date | 01/16/2025 |
|---|---|---|---|
| HME Companies, LLC | | Due Date | 01/16/2025 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 2525 OTHER CURRENT LIABILITIES:Due to HME | Appfolio Fees | | | 166.50 |

| | | |
|---|---|---|
| TOTAL | | 166.50 |
| PAYMENT PAID | | 0.00 |
| BALANCE DUE | | **$166.50** |

**Generations on 1st, LLC**

432 5th St
Brookings, SD  57006 USA
+16056902619
tracey.mahlstedt@hmecompanies.net

## Bill

| Vendor | | | Bill Date | 01/16/2025 |
|---|---|---|---|---|
| HME Companies, LLC | | | Due Date | 01/16/2025 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 6000 ADMINISTRATIVE EXPENSES:Advertising | Reimb HME for Facebook | | | 109.80 |
| 6000 ADMINISTRATIVE EXPENSES:Advertising | Reimb HME for Apartments.com | | | 1,309.16 |

| | TOTAL | 1,418.96 |
|---|---|---|
| | PAYMENT PAID | 0.00 |
| | BALANCE DUE | **$1,418.96** |

*Support Invoices to Following*

# ∞ Meta

## Receipt for HME Marketing
Account ID: 2933992703487580

Invoice/Payment Date
**Jan 15, 2025, 1:12 PM**

Payment method
**Visa · 3131**
Reference Number: 7L2M4KCWG2

Transaction ID
**9021116718002047-8953920424721678**

Product Type
**Meta ads**

Paid

## $275.00 USD

You're being billed because you reached your $275.00 payment threshold.

### Campaigns

| | | |
|---|---|---|
| **2025_MFL_Facebook Ads_Q1_Parkside and Generations** | | **$137.08** |
| From Jan 7, 2025, 12:00 AM to Jan 15, 2025, 1:12 PM | | |
| 2025_MFL_Facebook Ads_Q1_Parkside and Generations | 28,152 Impressions | $137.08 |
| **2025_MFL_Facebook Ads_Q1_WC** | | **$51.99** |
| From Jan 7, 2025, 12:00 AM to Jan 15, 2025, 1:12 PM | | |
| 2025_MFL_Facebook Ads_Q1_WC | 12,868 Impressions | $51.99 |
| **2025_MFL_Facebook Ads_Q1_MKPL** | | **$51.81** |
| From Jan 7, 2025, 12:00 AM to Jan 15, 2025, 1:12 PM | | |
| 2025_MFL_Facebook Ads_Q1_MKPL | 11,058 Impressions | $51.81 |
| **2025_MFL_Facebook Ads_Q1_BRT** | | **$34.12** |
| From Jan 7, 2025, 12:00 AM to Jan 15, 2025, 1:12 PM | | |
| 2025_MFL_Facebook Ads_Q1_Britton Rentals | 12,644 Impressions | $34.12 |



68.54  Gen
68.54  Park

Meta Platforms, Inc.
1 Meta Way
Menlo Park, CA 94025
United States

HME Companies
432 5th Street
Brookings, SD 57006
United States

# ∞ Meta

### Receipt for HME Marketing
Account ID: 2933992703487580

Invoice/Payment Date
**Jan 8, 2025, 6:22 AM**

Payment method
**Visa · 3131**
Reference Number: GDYMAHLVG2

Transaction ID
**9016421288471585-8975594782554235**

Product Type
**Meta ads**

Paid

# $36.73 USD

Ads spend since Jan 6, 2025.

## Campaigns

| | | |
|---|---|---|
| **2025_MFL_Facebook Ads_Q1_BRT** | | |
| From Jan 6, 2025, 12:00 AM to Jan 7, 2025, 11:59 PM | | **$4.56** |
| 2025_MFL_Facebook Ads_Q1_Britton Rentals | 1,598 Impressions | $4.56 |
| **2025_MFL_Facebook Ads_Q1_Parkside and Generations** | | |
| From Jan 6, 2025, 12:00 AM to Jan 7, 2025, 11:59 PM | | **$18.51** |
| 2025_MFL_Facebook Ads_Q1_Parkside and Generations | 3,493 Impressions | $18.51 |
| **2025_MFL_Facebook Ads_Q1_WC** | | |
| From Jan 6, 2025, 12:00 AM to Jan 7, 2025, 11:59 PM | | **$6.85** |
| 2025_MFL_Facebook Ads_Q1_WC | 1,541 Impressions | $6.85 |
| **2025_MFL_Facebook Ads_Q1_MKPL** | | |
| From Jan 6, 2025, 12:00 AM to Jan 7, 2025, 11:59 PM | | **$6.81** |
| 2025_MFL_Facebook Ads_Q1_MKPL | 1,842 Impressions | $6.81 |

8.26 Gen
8.25 Park

Meta Platforms, Inc.
1 Meta Way
Menlo Park, CA 94025
United States

HME Companies
432 5th Street
Brookings, SD 57006
United States

## ∞ Meta

### Receipt for HME Marketing
Account ID: 2933992703487580

Invoice/Payment Date
**Jan 8, 2025, 3:07 AM**

Payment method
**Visa · 3131**
Reference Number: ARP4FH4WG2

Transaction ID
**9015676165212764-9075408112572906**

Product Type
**Meta ads**

Paid

# $167.34 USD

Ads spend since Dec 28, 2024.

### Campaigns

| Campaign | Impressions | Amount |
|---|---|---|
| **2024.10.01_BRT_Q4_Traffic_Ad**<br>From Dec 28, 2024, 12:00 AM to Jan 6, 2025, 11:59 PM | | $11.49 |
| 2024.10.01_BRT_Q4_Traffic_Ad | 4,082 Impressions | $11.49 |
| **2024.10.01_MKPL_Q4_Traffic_Ad**<br>From Dec 28, 2024, 12:00 AM to Jan 6, 2025, 11:59 PM | | $11.09 |
| 2024.10.01_MKPL_Q4_Traffic_Ad | 2,761 Impressions | $11.09 |
| **2024.10.01_LOFTS_Q4_Traffic_Carousel**<br>From Dec 28, 2024, 12:00 AM to Jan 6, 2025, 11:59 PM | | $11.41 |
| 2024.10.01_LOFTS_Q4_Traffic_Ad | 2,533 Impressions | $11.41 |
| **2025_MFL_Facebook Ads_Q1_MKPL**<br>From Dec 28, 2024, 12:00 AM to Jan 6, 2025, 11:59 PM | | $25.56 |
| 2025_MFL_Facebook Ads_Q1_MKPL | 6,091 Impressions | $25.56 |
| **2025_MFL_Facebook Ads_Q1_BRT**<br>From Dec 28, 2024, 12:00 AM to Jan 6, 2025, 11:59 PM | | $16.86 |
| 2025_MFL_Facebook Ads_Q1_Britton Rentals | 4,969 Impressions | $16.86 |
| **2025_MFL_Facebook Ads_Q1_WC**<br>From Dec 28, 2024, 12:00 AM to Jan 6, 2025, 11:59 PM | | $24.93 |
| 2025_MFL_Facebook Ads_Q1_WC | 5,067 Impressions | $24.93 |
| **2025_MFL_Facebook Ads_Q1_Parkside and Generations**<br>From Dec 28, 2024, 12:00 AM to Jan 6, 2025, 11:59 PM | | $66.00 |
| 2025_MFL_Facebook Ads_Q1_Parkside and Generations | 13,301 Impressions | $66.00 |



33.00  Gen
3300  Park

**Apartments.com**
POWERED BY COSTAR

501 S 5th Street
Richmond, VA 23219

| Invoice | Page 1 of 2 |
|---|---|
| Invoice Number | 121614772 |
| Account #/Location ID | 195139971 |
| Invoice Date | 01/02/2025 |
| CoStar Federal Tax ID | 52-2134617 |
| Payment Terms | Net 30 |
| Due Date | 02/01/2025 |
| Service Period | 01/01/2025 to 01/31/2025 |
| | |
| **Invoice Amount** | **USD 356.00** |

ACCOUNTS PAYABLE
HME COMPANIES
MARKETPLACE
432 5TH ST
BROOKINGS, SD 57006

Pay by credit card or checking account online by
registering at CoStar.BillTrust.com

Use your personalized **Enrollment Token** below

## CURRENT INVOICE  See the following page(s) for detail

| | |
|---|---|
| Apartments Network 3 Silver | USD 356.00 |
| Sub-Total | USD 356.00 |
| Tax | USD 0.00 |
| **Current Invoice Total** | **USD 356.00** |

*[handwritten: 6000 HME 6000 GNRN PD 1/23/25 GEN. REIMBURSE HME]*

For questions about your bill, please call us at 800-894-4720.
Email: Billing@costar.com

Office Hours: Monday - Friday 9:00 AM - 8:00 PM EST

---

TEAR HERE    **REMITTANCE DOCUMENT - Please Include With Your Payment**    TEAR HERE

Account #/Location ID: 195139971

**Apartments.com**
POWERED BY COSTAR

ACCOUNTS PAYABLE
HME COMPANIES
MARKETPLACE
432 5TH ST
BROOKINGS, SD 57006

| | |
|---|---|
| Invoice Number: | 121614772 |
| Invoice Date: | 01/02/2025 |
| Payment Due Date: | 02/01/2025 |
| Current Invoice Amount: | USD 356.00 |
| Total Balance: | USD 356.00 |
| **Amount Enclosed:** | |

**REMITTANCE INSTRUCTIONS**

**Make EFT and Credit Card payments online:**

Log on to                    costar.billtrust.com
Use enrollment token           TLQ PSG GXX

**Make Checks Payable and Send To:**

Apartments LLC
2563 Collection Center Dr
Chicago, IL 60693

0000001216147720000035600

Page 2 of 2

| Account #/Location ID | Invoice Date | Invoice Number | Federal Tax ID | Page |
|---|---|---|---|---|
| 195139971 | 01/02/2025 | 121614772 | 52-2134617 | 2 of 2 |

HME Companies - Generations on 1st-26 1st Ave SW, Watertown, SD, 57201

| PRODUCT | SITE ID | SUBMARKET | CONTRACT # | BILLING PERIOD | SUBTOTAL | TAX | AMOUNT |
|---|---|---|---|---|---|---|---|
| Apartments Network 3 Silver | 284517341 | | 1195811 | 01/01/2025 to 01/31/2025 | 356.00 | 0.00 | 356.00 |
| HME Companies - Generations on 1st-26 1st Ave SW, Watertown, SD, 57201 | | | | | 356.00 | 0.00 | 356.00 |
| | | Current Invoice Total (USD): | | | 356.00 | 0.00 | 356.00 |

**Apartments.com**
POWERED BY COSTAR

501 S 5th Street
Richmond, VA 23219

| Invoice | Page 1 of 2 |
|---|---|
| Invoice Number | 121486706 |
| Account #/Location ID | 195139971 |
| Invoice Date | 12/02/2024 |
| CoStar Federal Tax ID | 52-2134617 |
| Payment Terms | Net 30 |
| Due Date | 01/01/2025 |
| Service Period | 12/01/2024 to 12/31/2024 |
| **Invoice Amount** | **USD 356.00** |

ACCOUNTS PAYABLE
HME COMPANIES
MARKETPLACE
432 5TH ST
BROOKINGS, SD 57006

Pay by credit card or checking account online by
registering at **CoStar.BillTrust.com**

Use your personalized **Enrollment Token** below.

## CURRENT INVOICE  See the following page(s) for detail

| | |
|---|---|
| Apartments Network 3 Silver | USD 356.00 |
| Sub-Total | USD 356.00 |
| Tax | USD 0.00 |
| **Current Invoice Total** | **USD 356.00** |

*PD 12/10/24*
*Reimburse HME*
*Gen*

For questions about your bill, please call us at 800-894-4720.
Email: Billing@costar.com

Office Hours: Monday - Friday 9:00 AM - 8:00 PM EST

---

Account #/Location ID: 195139971

**Apartments.com**
POWERED BY COSTAR

ACCOUNTS PAYABLE
HME COMPANIES
MARKETPLACE
432 5TH ST
BROOKINGS, SD 57006

| | |
|---|---|
| Invoice Number: | 121486706 |
| Invoice Date: | 12/02/2024 |
| Payment Due Date: | 01/01/2025 |
| Current Invoice Amount: | USD 356.00 |
| Total Balance: | USD 356.00 |
| **Amount Enclosed:** | |

**REMITTANCE INSTRUCTIONS**

**Make EFT and Credit Card payments online:**

Log on to
Use enrollment token

costar.billtrust.com
TLQ PSG GXX

**Make Checks Payable and Send To:**

Apartments LLC
2563 Collection Center Dr
Chicago, IL 60693

0000001214867060000035600

Page 2 of 2

| Account #/Location ID | Invoice Date | Invoice Number | Federal Tax ID | Page |
|---|---|---|---|---|
| 195139971 | 12/02/2024 | 121486706 | 52-2134617 | 2 of 2 |

**HME Companies - Generations on 1st-26 1st Ave SW, Watertown, SD, 57201**

| PRODUCT | SITE ID | SUBMARKET | CONTRACT # | BILLING PERIOD | SUBTOTAL | TAX | AMOUNT |
|---|---|---|---|---|---|---|---|
| Apartments Network 3 Silver | 284517341 | | 1195811 | 12/01/2024 to 12/31/2024 | 356.00 | 0.00 | 356.00 |
| | | | | | 356.00 | 0.00 | 356.00 |

**HME Companies - Generations on 1st-26 1st Ave SW, Watertown, SD, 57201**

| | | |
|---|---|---|
| Current Invoice Total (USD): | 356.00 | 0.00 | 356.00 |

*HME Properties*

Apartments.com™
POWERED BY COSTAR
501 S 5th Street
Richmond, VA 23219

| Invoice | Page 1 of 2 |
|---|---|
| Invoice Number | 121377084 |
| Account #/Location ID | 195139971 |
| Invoice Date | 11/01/2024 |
| CoStar Federal Tax ID | 52-2134617 |
| Payment Terms | Net 30 |
| Due Date | 12/01/2024 |
| Service Period | 10/11/2024 to 11/30/2024 |
| **Invoice Amount** | **USD 597.16** |

ACCOUNTS PAYABLE
HME COMPANIES
MARKETPLACE
432 5TH ST
BROOKINGS, SD 57006

Pay by credit card or checking account online by registering at CoStar.BillTrust.com

Use your personalized **Enrollment Token** below.

## CURRENT INVOICE See the following page(s) for detail

| | |
|---|---|
| Apartments Network 3 Silver | USD 597.16 |
| Sub-Total | USD 597.16 |
| Tax | USD 0.00 |
| **Current Invoice Total** | **USD 597.16** |

*HME Properties Bill*
*Gen  PD 11/20/24*
*Reimburse LW*

For questions about your bill, please call us at 800-894-4720.
Email: Billing@costar.com

Office Hours: Monday - Friday 9:00 AM - 8:00 PM EST

---

TEAR HERE   **REMITTANCE DOCUMENT - Please Include With Your Payment**   TEAR HERE

Account #/Location ID: 195139971

Apartments.com™
POWERED BY COSTAR

ACCOUNTS PAYABLE
HME COMPANIES
MARKETPLACE
432 5TH ST
BROOKINGS, SD 57006

| | |
|---|---|
| Invoice Number: | 121377084 |
| Invoice Date: | 11/01/2024 |
| Payment Due Date: | 12/01/2024 |
| Current Invoice Amount: | USD 597.16 |
| Total Balance: | USD 597.16 |
| **Amount Enclosed:** | |

**REMITTANCE INSTRUCTIONS**

**Make EFT and Credit Card payments online:**

Log on to
Use enrollment token

costar.billtrust.com
TLQ PSG GXX

**Make Checks Payable and Send To:**

Apartments LLC
2563 Collection Center Dr
Chicago, IL 60693

0000001213770840000059716

Page 2 of 2

| Account #/Location ID | Invoice Date | Invoice Number | Federal Tax ID | Page |
|---|---|---|---|---|
| 195139971 | 11/01/2024 | 121377084 | 52-2134617 | 2 of 2 |

**HME Companies - Generations on 1st-26 1st Ave SW, Watertown, SD, 57201**

| PRODUCT | SITE ID | SUBMARKET | CONTRACT # | BILLING PERIOD | SUBTOTAL | TAX | AMOUNT |
|---|---|---|---|---|---|---|---|
| Apartments Network 3 Silver | 284517341 | | 1195811 | 10/11/2024 to 10/31/2024 | 241.16 | 0.00 | 241.16 |
| Apartments Network 3 Silver | 284517341 | | 1195811 | 11/01/2024 to 11/30/2024 | 356.00 | 0.00 | 356.00 |
| HME Companies - Generations on 1st-26 1st Ave SW, Watertown, SD, 57201 | | | | | 597.16 | 0.00 | 597.16 |
| | | Current Invoice Total (USD): | | | 597.16 | 0.00 | 597.16 |

**Elevate Drone Services, LLC**
nolan@elevatedrone605.com | (605) 592-1308

Invoice #718

**Issue date**
Dec 31, 2024

# Generations Apartments

All Checks Payable to:
Elevate Drone Services LLC
1408 Yellowstone Drive
Brookings SD, 57006

Thank you!!
Additional Recipients: noah.heezen@hmecompanies.net

**Customer**
Lane Warzecha
HME Management
lane.warzecha@hmecompanies.net
(507) 995-4971
432 5th Street
Brookings, SD 57006

**Invoice Details**
PDF created February 21, 2025
$350.46
Service date December 23, 2024

**Payment**
Due January 30, 2025
$350.46

| Items | Quantity | Price | Amount |
|---|---|---|---|
| The Elevate Package | 2 | $140.00 | $280.00 |
| Zone 2 Trip Charge | 1 | $50.00 | $50.00 |
| Subtotal | | | $330.00 |
| Sales Tax (ATY) | | | $20.46 |

# Total Due

*PD 2/21/25 GEN:* $350.46
*REIMBURSE HME*



**Pay online**
To pay your invoice go to https://squareup.com/u/Vj9etcOO
Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1



**Elevate Drone Services, LLC**
nolan@elevatedrone605.com | (605) 592-1308

**Invoice #723**

**Issue date**
Jan 11, 2025

# Parkside and Generations Virtual Staging

All Checks Payable to:
Elevate Drone Services LLC
1408 Yellowstone Drive
Brookings SD, 57006

Thank you!!

**Customer**
Lane Warzecha
HME Management
lane.warzecha@hmecompanies.net
(507) 995-4971
432 5th Street
Brookings, SD 57006

**Invoice Details**
PDF created January 13, 2025
$203.90
Service date January 11, 2025

**Payment**
Due February 10, 2025
$203.90

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Virtual Staging | 16 | $12.00 | $192.00 |
| Subtotal | | | $192.00 |
| Sales Tax (ATY) | | | $11.90 |

**Total Due**                                   $203.90

*pd 2/21/25*

*REIMBURSE /HME*

*101.95 Gen*
*101.95 Park*



**Pay online**

To pay your invoice go to https://squareup.com/u/N1UZVv8f
Or open the camera on your mobile device and place the QR code in the camera's view.

**Law Offices**
**NOONEY & SOLAY, LLP**
326 Founders Park Drive
P.O. Box 8030
Rapid City, SD 57709-8030
Telephone:  (605) 721-5846
Tax ID No. 26-0770735

=============================================================

| | Page: 1 |
|---|---|
| Kirk Simet | February 14, 2025 |
| Kirk.Simet@HMEcompanies.net | Account No:    23MS229-00M |
| | Statement No.:              17 |

HME Companies - General Advice

| | | |
|---|---|---|
| 01/08/2025 | MS | Rec'd and Rev'd LTR from Dakota Bankruptcy; Email to client with letter and instruction; P/C with BR atty for Debtor; P/c with Atty for Bank |
| 01/09/2025 | MS | Review Order, Review Property Management Agreement; Review Motion to set aside Property Management; Emails f/t client |
| 01/10/2025 | MS | P/C with client; Emails to BR lawyers |
| 01/14/2025 | MS | P/C from Atty Mac; Email f/t Lane; Email to Mac |
| 01/16/2025 | MS | Email to BR Attys requesting update; P/C with Mac re Hearing; P/C to Lane (left VM) |
| 01/22/2025 | MS | Various emails t/f client and t/f BR Attys re: turn over of funds |
| 01/24/2025 | MS | Research re: background checks and confidentiality; Emails f/t client re: receivership matters |
| 01/30/2025 | MS | Review outstanding expense spreadsheet and Fourth "Interim"(Final) Report; Email to Lane |

| | |
|---|---|
| For Current Services Rendered | 1,400.00 |
| Sales/Use Tax on Services | 86.80 |
| Total Current Work | 1,486.80 |
| Previous Balance     *Shown on following invoice* | $448.73 |
| Balance Due | $1,935.53 |
| Please Remit | $1,935.53 |

*[handwritten] GTEN: $967.77*
*[handwritten] PARK: $967.77*
*[handwritten] PD 3/6/25    REIMBURSE HME*

Kirk Simet

Page: 2
February 14, 2025
Account No:    23MS229-00M
Statement No.:              17

HME Companies - General Advice

We impose a surcharge of 3% on credit card transactions.

**THIS STATEMENT IS DUE UPON RECEIPT -** Interest at the rate of 1.50% Per
Month (18%) Annual Rate will be added to accounts not paid within 30 days.  This
statement may not include minor expenses incurred but not yet billed by us.

**Law Offices**
**NOONEY & SOLAY, LLP**
326 Founders Park Drive
P.O. Box 8030
Rapid City, SD 57709-8030
Telephone: (605) 721-5846
Tax ID No. 26-0770735
=============================================================

Kirk Simet
Kirk.Simet@HMEcompanies.net

Page: 1
January 13, 2025
Account No:   23MS229-00M
Statement No.:            16

HME Companies - General Advice

| Date | | Description | Amount |
|---|---|---|---|
| 11/12/2024 | MS | Rec'd and rev'd Interim Reports; Prepare and file Limited Notices of Appearance | |
| 11/20/2024 | MS | P/C with Lane with Receivership Questions | |
| 12/02/2024 | MS | Review/revise email to property manager | |
| 12/12/2024 | MS | Attn to filing Interim Report | |
| | | For Current Services Rendered | 420.00 |
| | | Sales/Use Tax on Services | 26.04 |

Expenses

| | | | |
|---|---|---|---|
| 01/06/2025 | | Fee for deed copy from Stanley County ROD. | 2.00 |
| 01/06/2025 | | Postage | 0.69 |
| | | Total Expenses | 2.69 |
| | | Total Current Work | 448.73 |
| | | Previous Balance | $3,470.29 |

Payments

| | | | |
|---|---|---|---|
| 12/10/2024 | | Payment: Check No.: 7356 | -3,470.29 |

| | | |
|---|---|---|
| Balance Due | *Gen* 224.37 | $448.73 |
| Please Remit | *Park* 224.36 | $448.73 |

# Mills Property Management

630 Western Ave., Brookings, SD 57006
Phone 605.697.3175 Fax 605.697.3177
www.millsproperty.com



**Bill To:**

HME Management, LLC
432 5th St.
Brookings, SD 57006

STATEMENT # 12/24
DATE: JANUARY 29, 2025
## INVOICE

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/01/24 | Market Place Monthly Maintenance  (8.5hrs & .50 OT) | | $647.50 |
| | One Willow Creek Monthly Maintenance  (8.25 hrs) | | $577.50 |
| | Two Willow Creek Monthly Maintenance  (6.50 hrs) | | $455.00 |
| | Rosewood Monthly Maintenance  (3 hrs) | | $210.00 |
| | The Lofts Monthly Maintenance  (1.50 hrs) | | $105.00 |
| | Parkside Monthly Maintenance  (4 hrs) | | $280.00 |
| | Generations Monthly Maintenance  (5.25 hrs) | | $367.50 |
| | | | + ST |
| January | Reimbursements: | | |
| | MPM – Sherwin Williams (supplies) OWC $122.11 & Parkside $43.85 | | $165.96 |
| | MPM – Karl's (supplies) The Lofts | | $18.82 |

| CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | TAXABLE AMOUNT | $2642.50 |
|---|---|---|---|---|---|
| | | | | Tax | $163.84 |
| | | | | Total | $2291.12 |

| REMITTANCE | |
|---|---|
| Statement | December Invoice |
| Date | January 29, 2025 |
| Amount Due | $ |
| Amount Enclosed | |

REIMBURSE HME
PD 2/27/25

Make all checks payable to Mills Property Management
**THANK YOU!**

## Mills Property Management

630 Western Ave., Brookings, SD 57006
Phone 605.697.3175 Fax 605.697.3177
www.millsproperty.com



**Bill To:**
HME Management, LLC
432 5th St.
Brookings, SD 57006

STATEMENT # 1/25
DATE: February 17 2025
### INVOICE

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 1/01/25 | Market Place Monthly Maintenance (15.00 hrs) | | $1050.00 |
| | One Willow Creek Monthly Maintenance (6.50 hrs) | | $455.00 |
| | Two Willow Creek Monthly Maintenance (2.75 hrs) | | $192.50 |
| | Rosewood Monthly Maintenance (15.25 hrs) | | $1067.50 |
| | The Lofts Monthly Maintenance (1.50 hrs & 1.50 OT) | | $262.50 |
| | Parkside Monthly Maintenance (.50 OT hrs) | | $52.50 |
| | Generations Monthly Maintenance (2.00 hrs) | | $140.00 |
| | | | *+ ST* |
| February | Reimbursements: | | |
| | MPM - Whetstone Home Center (supplies) Rosewood | | $90.80 |

| CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | TAXABLE AMOUNT | $3220.00 |
|---------|--------|---------|---------|----------------|----------|
| | | | | Tax | $199.64 |
| | | | | Total | $3510.44 |

| REMITTANCE | |
|------------|---|
| Statement | January Invoice |
| Date | February 18, 2025 |
| Amount Due | $3510.44 |
| Amount Enclosed | |

*PD 2/27/25*
*REIMBUESE HME*

Make all checks payable to Mills Property Management
**THANK YOU!**

**Mills Property Management**
630 Western Ave., Brookings, SD 57006
Phone 605.697.3175 Fax 605.697.3177
www.millsproperty.com



Bill To:

HME Management, LLC
432 5th St.
Brookings, SD 57006

DATE: DEC.26, 2024
## INVOICE

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 11/1/24 | Market Place Mo. Maintenance  (12 hrs & 3 OT hrs) | | $1155.00 |
| 11/1/24 | The Lofts Monthly Maintenance  (3 hrs) | | $210.00 |
| 11/1/24 | Two Willow Creek Monthly Maintenance  (3.50 hrs) | | $245.00 |
| 11/1/24 | One Willow Crk Mo. Maintenance(11 hrs & .5 hr OT) | | $822.50 |
| 11/1/24 | Rosewood Monthly Maintenance  (2.50 hrs) | | $175.00 |
| 11/1/24 | Generations Monthly Maintenance  (15.50 hrs) | | $1085.00 |
| 11/1/24 | Parkside Monthly Maintenance  (4 hrs) | | $280.00 |
| 11/1/24 | Maintenance Supplies:<br>TWC=$92.27 / Marketplace=$45.31 / OWC=$274.74 /<br>Generations=$177.61 / Parkside=$40.17 | | $630.10 |

| CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | TAXABLE AMOUNT | $3972.50 |
|---------|--------|---------|---------|----------------|----------|
| | | | | TOTAL | $246.30 |
| | | | | | $4848.90 |
| | | | | | |

| REMITTANCE | |
|------------|--|
| Statement | November Statement |
| Date Due | |
| Amount Due | $4848.90 |
| Amount Enclosed | |

*Handwritten notes:*
MKT    1271.92
Lofts    223.02
OWT    1500.70
RWD    185.85
Gen.    1329.88
Parkside    337.53

DD 1/30/25    REIMBURSE HME

Make all checks payable to Mills Property Management