| | |
|---|---|
| STATE OF SOUTH DAKOTA | IN CIRCUIT COURT |
| COUNTY OF CODINGTON | THIRD JUDICIAL DISTRICT |

| | |
|---|---|
| RED RIVER STATE BANK,<br><br>Plaintiff,<br><br>v.<br><br>GENERATIONS ON 1ST, LLC; WATERTOWN DEVELOPMENT COMPANY; MULINDA CRAIG; JESSE CRAIG; AND CODINGTON COUNTY, SOUTH DAKOTA,<br><br>Defendants. | Case No.:   14CIV 24-64<br><br>**RECEIVER'S FIRST INTERIM REPORT** |

**I.   INTRODUCTION**

HME Companies, LLC, the Court-appointed Receiver ("Receiver") for Generations on 1st, LLC ("Defendant"), hereby files this First Interim Monthly Operating Report ("First Interim Report") to inform the Court, the Plaintiff, and the above-identified Defendants of the Receiver's activities completed to date, and to provide a summary of the financial and operational information available to the Receiver at this initial state of the Receivership. This First Interim Report: a) details the activities of the Receiver as of the date of filing of this First Interim Report, the cash receipts and disbursements, and the tenant occupancy/vacancy; and b) covers the time period from October 1, 2024, through October 31, 2024.

The Court entered an Order Appointing Receiver on October 1, 2024 (the "Order"). In accordance with the Order, the Receiver is required to file with the Court a Monthly Operating Report that contains financial statements (balance sheet, statements of income and cash flows,

bank statements, aged payables and aged receivables) with the Court and serve copies on both the Plaintiff and the Defendant. *See* Order, ¶ 8.

The information contained herein has been prepared based upon financial and other data obtained from the Defendant's and/or former property manager's books and records and provided to the Receiver from the staff employed by the Defendant and/or former property manager. The Receiver has not subjected the information contained herein to an audit in accordance with generally accepted auditing or attestation standards. Accordingly, the Receiver cannot express an opinion or any other form of assurance on, and assumes no responsibility for, the accuracy or correctness of the historical information or the completeness and achievability of the projected financial data, valuations, information and assessments upon which this First Interim Report is rendered.

## II. THE RECEIVER'S ROLE AND RESPONSIBILITIES

The Receiver has been appointed on behalf of all interested parties and not only on behalf of the Plaintiff or Defendant in this action. The Receiver has the power conferred upon the Receiver by the Order Appointing Receiver and the course of practice of the Circuit Court.

## III. OPERATING THE BUSINESS AFFAIRS OF THE RECEIVERSHIP ENTITY

The Court appointed the Receiver authority to take immediate complete and exclusive control and possession **of Generations on 1st Addition to the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof**, commonly referred to as **26 1ˢᵗ Ave SW, Watertown, SD 57201**, and all improvements thereon, including but not limited to the mixed-use residential and commercial commonly known as Generations on 1st, along with rents, profits, and other income of any kind from tenants ("Generations Property") and take any actions deemed necessary to generally operate the business affairs of

the Generations on 1st Property (*See* Order ¶ 3 for a full description of the powers of the Receiver) during the pendency of the Receivership.

IV.   **RECEIVER ACTIVITIES DURING THE REPORTING PERIOD.**

During the time period covered by this First Interim Report, the Receiver reports the following activities:

- See Section VI below re: status of compliance by Plaintiff, Defendant, and former property manager on turning over rents, documents, etc.

- Generated financial reports – see Section V below and included exhibits. Some of the financial reports are not yet available as indicated below

- Coordinated and obtained access, keys, and codes to the Property from CP Business Management

- Provided notice to all existing tenants outlining the change in management and provided new contact information for HME's Leasing Agent. The letter was placed under tenant doors on October 2, 2024.

- Collected, reviewed, and entered all tenant information into HME's CRM platform, Appfolio. Information includes Tenant Applications, Tenant Leases, Tenant Contact Information, Tenant Security Deposits, and miscellaneous information such as parking, pets, etc.

- Coordinated the opening of bank accounts associated with the Property. An operations checking account and a security deposit account were opened with Dacotah Bank located in Brookings, SD. This account information was shared with the Plaintiff and Defendants legal teams.

- Coordinated the setting up of our accounting systems for the Property. Like other HME managed properties, QuickBooks will be used as accounting software.

- Provided notice to all existing vendors, to the best of our immediate ability, outlining the change in management. These vendors included the Property janitorial company, the elevator company, the fire alarm company, the utility companies, the fire sprinkler company, and other miscellaneous maintenance companies.

- Entered into a maintenance contract with Mills Home Services for ongoing maintenance requests from tenants among other miscellaneous building maintenance. This provides a consistent vendor that is readily available 24/7 in

the event of an emergency. There is no monetary obligation on an ongoing basis to use this service or enter into this contract. Requests are billed at $70/hour. HME uses this service at other properties in the area and it has been proven to be an effective way of keeping up with maintenance requests at an affordable price.

- Completed walkthrough and inspection of the Property. From that, a maintenance list was compiled based on a priority level and assigned to certain vendors. Overall, the appearance of the building was in an acceptable condition. Fire extinguishers and fire sprinkler systems were tagged and up to date with inspections. The elevator operated with no apparent issues. The parking garage appeared clean with the only negative note being the HVAC equipment appeared to need cleaning/servicing. The rest of the building showed well (corridors, stairwells, etc.). One comment that came up was the lack of furniture, fixtures, and equipment in the amenity areas. The rooftop patio had a few tables and chairs, but other common areas did not have any items in the space. The addition of some amenities in these areas may help with leasing efforts and long-term tenant tenure. The largest concern coming from the walkthrough was the condition of numerous units that were vacant. Significant maintenance will be needed in these units to get them back to a leasable condition, which is scheduled to take place in early November.

- Engaged with Apartments.com to revamp online listing, provide unit pictures, and tie unit listing information to HME's CRM platform to help drive direct, unit specific leads. HME's standard 3D floor plans were also created for marketing purposes.

- Entered Property information onto HME Properties website, which ties into HME's CRM software.

- Performed leasing duties for new tenant applications. As of the end of October, 6 new tenant leases were placed, leaving 10 vacant units at the Property.

- Reconciled rent collections from Plaintiff and CP Business Management dating back to March 2024. Uncollected rent was added to existing tenant accounts and carried forward for future rent collections. CP Business Management provided copies of their rent roll documents for that same time period.

- Reconciled expenses from CP Business Management dating back to March 2024. CP Business Management provided a ledger of rents collected and expenses paid for that time period. As of October 15, 2024, it appeared that CP Business Management collected $50,910.29 in rental income and paid $89,724.86 in expenses, which excludes their management fees.

- Coordinated security deposit returns for tenants that were moving out. We received the proper security deposit funds from CP Business Management to complete the necessary tenant refunds, however, we still have not received full security deposit funds associated with the Property. This initial request was made to CP Business Management and the Defendants legal team.

- Coordinated the payment of new insurance premiums. The insurance premium invoice was due October 31, 2024, and payment was made on October 25, 2024 in the amount of $7,036.58. This amount was for the Property's portion of the overall premium and was confirmed to be correct by Summit Insurance.

- Coordinated the payment of county assessed property taxes. Property taxes were due on October 31, 2024, and payment was made on October 30, 2024 in the amount of $83,544.31. This amount covers the entire amount owed for 2024 as the first half of the property taxes were not paid. It also includes interest from the first half taxes. These amounts were confirmed with the Codington County Treasurer's office.

- Coordinated the payment of all current and past bills from vendors associated with the Property. These include various utility and maintenance bills.

- Coordinated various maintenance requests for the Property.

V.   **FINANCIAL REPORTING**

In compliance with the Order, attached hereto as exhibits to this First Interim Report are the following:

    Exhibit A:    Balance Sheet

                     Add'l Explanation:_____

    Exhibit B:    Profit and Loss

                     Add'l Explanation:_____

    Exhibit C:    Statement of Cash Flows

                     Add'l Explanation:_____

    Exhibit D:    Rent Roll

                     Add'l Explanation:_____

Exhibit E:     Transaction Report

Add'l Explanation:_____

Exhibit F:     Bank Account Reconciliation

Add'l Explanation:_____

Exhibit G:     Vendor Check Register Report

Add'l Explanation:_____

## VI.  COMPLIANCE BY PLAINTIFF, DEFENDANT, AND FORMER PROPERTY MANAGER WITH ORDER

The Order requires Plaintiff, Defendant, and the former property manager, CP Business Management, Inc., to fully cooperate with the receiver including turning over the information, documents, etc. identified below. The following indicates if the Plaintiff, Defendant, and/or former property manager have complied with the Order:

1. Turn over Tenant rents to Receiver (date turned over, amount, etc.):

    a. Plaintiff: Received 10/11/2024 - $334,410.00 (March-September), Received 11/17/2024 - $50,700.00 (October)

    b. Defendant: NA

    c. CP Bus. Mgmt: Have Not Received Past Collected Rents

    d. Add'l Explanation: As stated in Section IV: CP Business Management collected, from what we can tell, $50,910.29 in rents from March to mid-October. During that same time period, CP Business Management paid, from what we can tell, $89,724.86 in expenses. From CP Business Management's perspective, this creates a receivable on their behalf. HME is currently reconciling data from both CP Business Management and the Plaintiff to gather

a full picture of rent and expenses dating back to March and will provide further clarity once that exercise is complete.

2. Turn over Tenant security deposits to Receiver (date turned over, amount, etc.):

   a. Plaintiff: NA (Plaintiff did not hold security deposit accounts)

   b. Defendant: NA (Working through CP Business Management)

   c. CP Bus. Mgmt: Received required funds to complete necessary refunds but have not received access to all security deposit funds for the Property. An initial request was made to CP Business Management, the Defendant's legal team, and the Plaintiff's legal team on October 14, 2024. A response was received by the Plaintiff's legal team but not by the Defendant's legal team.

   d. Add'l Explanation:

3. Other Documentation, etc.:

   a. Current Rent Roll: Provided in a Timely Manner by All Parties

   b. Security Deposit log for all Tenants: Provided in a Timely Manner by All Parties

   c. Tenant Applications: Provided in a Timely Manner by All Parties

   d. Tenant contact information: Provided in a Timely Manner by All Parties

   e. Commercial lease information: Provided in a Timely Manner by All Parties

   f. Facility floor plans and architectural drawings: Provided in a Timely Manner by All Parties

   g. Current vendor contact information: Provided in a Timely Manner by All Parties

   h. Current list of furniture, fixtures and equipment (FFE): Provided in a Timely Manner by All Parties

    i. List of current programmed entry codes for doors: Provided in a Timely Manner by All Parties

    j. List of any lockbox codes: Provided in a Timely Manner by All Parties

    k. Copies of all keys: Provided in a Timely Manner by All Parties

    l. Access to Tenant rent payment histories: Provided in a Timely Manner by All Parties

**VII. RECEIVERSHIP CHARGES.**

The Receiver reports that during the month of October 2024, the Receiver was paid $4,620.00 plus applicable sales tax.

Dated this 8th day of November, 2024.

    HME Companies, LLC

    By: _____
          Name

    Its:    VP  _____
          Title

## Generations on 1st, LLC
### Balance Sheet
As of October 31, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       BANK ACCOUNTS | |
|         1020 Dacotah Bank Operations | 288,506.20 |
|         1030 Dacotah Bank Security Deposit | 3,175.00 |
|       **Total BANK ACCOUNTS** | 291,681.20 |
|     **Total Bank Accounts** | $291,681.20 |
|   **Total Current Assets** | $291,681.20 |
| **TOTAL ASSETS** | **$291,681.20** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         2200 Accounts Payable (A/P) | 15,980.81 |
|       **Total Accounts Payable** | $15,980.81 |
|       Other Current Liabilities | |
|         OTHER CURRENT LIABILITIES | |
|           2520 Security Deposits | 3,175.00 |
|           2525 Due to HME | 90.00 |
|           2910 Deferred Income | 1,085.00 |
|         **Total OTHER CURRENT LIABILITIES** | 4,350.00 |
|       **Total Other Current Liabilities** | $4,350.00 |
|     **Total Current Liabilities** | $20,330.81 |
|   **Total Liabilities** | $20,330.81 |
|   Equity | |
|     3000 Opening Balance Equity | 0.00 |
|     Retained Earnings | |
|     Net Income | 271,350.39 |
|   **Total Equity** | $271,350.39 |
| **TOTAL LIABILITIES AND EQUITY** | **$291,681.20** |

## Generations on 1st, LLC
### Profit and Loss
January - October, 2024

|  | TOTAL |
|---|---:|
| **Income** | |
| 4515 Rental Income | 387,780.11 |
| **Total Income** | **$387,780.11** |
| **Expenses** | |
| ADMINISTRATIVE EXPENSES | |
| 6000 Advertising | 350.00 |
| **Total ADMINISTRATIVE EXPENSES** | **350.00** |
| GENERAL EXPENSES | |
| 6030 Property Insurance | 7,036.58 |
| 6142 Property Tax Expense | 83,544.31 |
| **Total GENERAL EXPENSES** | **90,580.89** |
| MAINTENANCE EXPENSES | |
| 6055 Fire and Safety | 655.25 |
| 6059 Ground Maintenance | 37.17 |
| 6107 Miscellaneous Maintenance | 1,809.98 |
| 6204 Janitorial | 3,026.70 |
| **Total MAINTENANCE EXPENSES** | **5,529.10** |
| PROFESSIONAL FEE EXPENSE | |
| 6095 Management Fees | 10,794.17 |
| **Total PROFESSIONAL FEE EXPENSE** | **10,794.17** |
| UTILITES EXPENSES | |
| 6174 Electricity | |
| 6174a Facility - Electric | 966.77 |
| 6174c Resident - Electric | 933.95 |
| **Total 6174 Electricity** | **1,900.72** |
| 6175 Garbage | 387.62 |
| 6176 Gas (Heat) | 647.07 |
| 6177 Water | 1,336.95 |
| 6178 Sewer | 4,903.20 |
| **Total UTILITES EXPENSES** | **9,175.56** |
| **Total Expenses** | **$116,429.72** |
| **NET OPERATING INCOME** | **$271,350.39** |
| **NET INCOME** | **$271,350.39** |

Accrual Basis  Monday, November 11, 2024 09:39 AM GMT-06:00    1/1

# Generations on 1st, LLC

## Statement of Cash Flows
### January - October, 2024

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 271,350.39 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 2200 Accounts Payable (A/P) | 15,980.81 |
| 2520 OTHER CURRENT LIABILITIES:Security Deposits | 3,175.00 |
| 2525 OTHER CURRENT LIABILITIES:Due to HME | 90.00 |
| 2910 OTHER CURRENT LIABILITIES:Deferred Income | 1,085.00 |
| Total Adjustments to reconcile Net Income to Net Cash provided by operations: | 20,330.81 |
| **Net cash provided by operating activities** | **$291,681.20** |
| **FINANCING ACTIVITIES** | |
| 3000 Opening Balance Equity | 0.00 |
| **Net cash provided by financing activities** | **$0.00** |
| **NET CASH INCREASE FOR PERIOD** | **$291,681.20** |
| **CASH AT END OF PERIOD** | **$291,681.20** |

Tony version - Generations On 1st Rent Roll

**Property Groups:** Generations On 1st
**Units:** Active
**As of:** 10/31/2024
**Include Non-Revenue Units:** No

### Generations On 1st - 26 1st Ave SW Watertown, SD 57201

| Unit | Tenant | Unit Type | BD/BA | Status | Move-out | Lease To | Market Rent |
|---|---|---|---|---|---|---|---|
| Gen 101 - Ground Level Space | Watertown Senior Activities Center | | --/-- | Current | | 06/30/2121 | |
| 3201 | Renee Hanlon | | 2/2.00 | Current | | 03/01/2025 | 1,475.00 |
| 3202 | Judy Zirbel | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3203 | Sheila Kammerer | | 1/1.00 | Current | | | 985.00 |
| 3204 | Phyllis Jackson | | 1/1.00 | Current | | 04/30/2025 | 1,010.00 |
| 3205 | Helga Myers | | 1/1.00 | Current | | | 985.00 |
| 3206 | Casey Kirley | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3207 | Lois Stadheim | | 1/1.00 | Current | | | 985.00 |
| 3208 | Cole Donald | | 1/1.00 | Current | | 06/30/2025 | 985.00 |
| 3209 | Joni Dykstra | | 1/1.00 | Current | | 05/31/2025 | 985.00 |
| 3210 | Marilyn Boik | | 2/2.00 | Current | | | 1,475.00 |
| 3211 | Gene Peterson | | 2/2.00 | Notice-Unrented | 10/31/2024 | | 1,475.00 |
| 3212 | | | 1/1.00 | Vacant-Unrented | | | 1,010.00 |
| 3213 | Allison Foote | | 1/1.00 | Current | | 07/31/2025 | 1,010.00 |
| 3214 | Jordan Nierman | | 1/1.00 | Current | | 05/31/2025 | 985.00 |
| 3215 | Verna Olson | | 1/1.00 | Current | | | 1,010.00 |
| 3216 | Lew F. Knapp | | 1/1.00 | Current | | 10/31/2025 | 1,010.00 |
| 3217 | | | 1/1.00 | Vacant-Unrented | | | 985.00 |
| 3218 | | | 1/1.00 | Vacant-Unrented | | | 1,010.00 |
| 3301 | Barbara Goens | | 2/2.00 | Current | | 09/30/2025 | 1,475.00 |
| 3302 | | | 1/1.00 | Vacant-Unrented | | | 985.00 |
| 3303 | Reagan Crandall | | 1/1.00 | Current | | 08/31/2025 | 985.00 |
| 3304 | Steven Rosbach | | 1/1.00 | Current | | 07/31/2025 | 985.00 |
| 3305 | Brianna Pederson | | 1/1.00 | Current | | 07/31/2025 | 985.00 |
| 3306 | Lucas Simon | | 1/1.00 | Current | | | 985.00 |
| 3307 | Orley Wangsness | | 1/1.00 | Current | | 09/30/2025 | 985.00 |
| 3308 | Kyle Wisseman | | 1/1.00 | Current | | | 985.00 |
| 3309 | Keegan Schelle | | 1/1.00 | Current | | | 985.00 |
| 3310 | Alexis Burbach | | 2/2.00 | Current | | | 1,475.00 |

Tony version - Generations On 1st Rent Roll

| Unit | Tenant | Unit Type | BD/BA | Status | Move-out | Tags | Lease To | Market Rent |
|---|---|---|---|---|---|---|---|---|
| 3311 | Barbara Wegman | | 2/2.00 | Current | | | 06/30/2025 | 1,375.00 |
| 3312 | Tha Dah Htoo | | 1/1.00 | Current | | | 07/31/2025 | 985.00 |
| 3313 | Clayton Alban | | 1/1.00 | Current | | | 08/31/2025 | 985.00 |
| 3314 | | | 1/1.00 | Vacant-Unrented | | | | 985.00 |
| 3315 | Allyssa M. Kirchberg | | 1/1.00 | Current | | MI 10/28 | 10/27/2025 | 985.00 |
| 3316 | Blake T. Theisen | | 1/1.00 | Current | | | 04/30/2025 | 985.00 |
| 3317 | Paige Hall | | 1/1.00 | Current | | | 09/30/2025 | 985.00 |
| 3318 | Alexis Willet | | 1/1.00 | Current | | | 06/30/2025 | 985.00 |
| 3401 | Lorna Harstad | | 2/2.00 | Current | | | | 1,375.00 |
| 3402 | Selmer Hatlestad | | 1/1.00 | Current | | | | 985.00 |
| 3403 | Allie Weiss | | 1/1.00 | Current | | | 08/31/2025 | 985.00 |
| 3404 | Jesse Heer | | 1/1.00 | Current | | | 05/31/2025 | 985.00 |
| 3405 | Dawson Treeby | | 1/1.00 | Current | | | 08/31/2025 | 985.00 |
| 3406 | Christian Hall | | 1/1.00 | Notice-Unrented | 10/31/2024 | | 10/31/2024 | 985.00 |
| 3407 | | | 1/1.00 | Vacant-Rented | | MI 11/1 | | 985.00 |
| 3408 | LaVerna Coyle | | 1/1.00 | Current | | | | 985.00 |
| 3409 | | | 1/1.00 | Vacant-Unrented | | | | 985.00 |
| 3410 | Karen Jensen | | 2/2.00 | Current | | | 02/28/2025 | 1,475.00 |
| 3411 | | | 2/2.00 | Vacant-Unrented | | | | 1,375.00 |
| 3412 | Dionne Zwieg | | 1/1.00 | Current | | | | 985.00 |
| 3413 | Daryl Tapio | | 1/1.00 | Current | | | | 985.00 |
| 3414 | Nick Kasten | | 1/1.00 | Current | | | 11/30/2024 | 985.00 |
| 3415 | Saylor D. Hallstrom | | 1/1.00 | Current | | | 10/24/2025 | 985.00 |
| 3416 | Jacobe Tramp | | 1/1.00 | Current | | | 02/28/2025 | 985.00 |
| 3417 | Piper Naughton | | 1/1.00 | Current | | | 08/31/2025 | 985.00 |
| 3418 | Marissa Rober | | 1/1.00 | Current | | Rent starts 11/27 | 09/30/2025 | 985.00 |
| 3501 | Charles Olson | | 2/2.00 | Current | | | | 1,375.00 |
| 3502 | Ethaniel Wellnitz | | 1/1.00 | Current | | | 04/30/2025 | 1,085.00 |
| 3503 | Willow Seurer | | 1/1.00 | Current | | | 05/31/2025 | 965.00 |
| 3504 | Ray Bradberry | | 1/1.00 | Current | | | | 965.00 |
| 3505 | John Timmons | | 1/1.00 | Current | | | | 935.00 |
| 3506 | Lynelle Herstedt | | 1/1.00 | Current | | | | 985.00 |
| 3507 | CP Business Management | | 1/1.00 | Current | | Furnished Unit | | 985.00 |
| 3508 | Nicholas Peterson | | 1/1.00 | Current | | | 07/31/2025 | 965.00 |

Case 25-30002    Doc 158-5    Filed 08/25/25    Entered 08/25/25 18:39:43    Desc
Exhibit 5 - HME Companies First Interim Report  Generations    Page 14 of 18

Tony version - Generations On 1st Rent Roll

| Unit | Tenant | Unit Type | BD/BA | Status | Move-out | Tags | Lease To | Market Rent |
|---|---|---|---|---|---|---|---|---|
| 3509 | Madison Premus | | 1/1.00 | Current | | | | 1,010.00 |
| 3510 | Sierra Overshiner | | 2/2.00 | Current | | | 12/31/2024 | 1,475.00 |
| 3511 | | | 2/2.00 | Vacant-Unrented | | | | 1,520.00 |
| 3512 | Hali Anderson | | 1/1.00 | Current | | | 09/30/2025 | 985.00 |
| 3513 | Addison Rassel | | 1/1.00 | Current | | | 06/30/2025 | 985.00 |
| 3514 | SHERMA J. GEORGE GORE | | 1/1.00 | Current | | | | 985.00 |
| 3515 | Zihui Gong | | 1/1.00 | Current | | | 05/31/2025 | 985.00 |
| 3516 | Joshua Escamilla | | 1/1.00 | Current | | | | 985.00 |
| 3517 | Mason McDonald | | 1/1.00 | Current | | | | 985.00 |
| 3518 | Steven Almquist | | 1/1.00 | Current | | | 08/31/2025 | 985.00 |
| 73 Units | | | | 87.7% Occupied | | | | 76,610.00 |
| Total 73 Units | | | | 87.7% Occupied | | | | 76,610.00 |

Page 3

# Generations on 1st, LLC

## Transaction Report
### October 2024

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| **BANK ACCOUNTS** | | | | | | |
| **Dacotah Bank Operations** | | | | | | |
| 10/11/2024 | Deposit | | | DDA ACH DEPOSIT RED RIVER ST BK DDA ACH DEPOSIT RED RIVER ST BK RENT GO1 GENERATIONS O | 334,410.00 | 334,410.00 |
| 10/17/2024 | Deposit | | | DDA ACH DEPOSIT RED RIVER ST BK DDA ACH DEPOSIT RED RIVER ST BK RENT GO1 GENERATIONS O | 50,700.00 | 385,110.00 |
| 10/25/2024 | Bill Payment (Check) | 8 | Codington Co Treasurer | | -83,544.31 | 301,565.69 |
| 10/25/2024 | Bill Payment (Check) | 6 | Watertown Municipal Utilities | | -4,606.55 | 296,959.14 |
| 10/25/2024 | Bill Payment (Check) | 3 | Trugreen | | -37.17 | 296,921.97 |
| 10/25/2024 | Bill Payment (Check) | 5 | George's Sanitation, Inc. | | -193.81 | 296,728.16 |
| 10/25/2024 | Bill Payment (Check) | 2 | White Glove Cleaning | | -3,026.70 | 293,701.46 |
| 10/25/2024 | Bill Payment (Check) | 4 | M R Tikka Construction, LLC | | -701.79 | 292,999.67 |
| 10/25/2024 | Bill Payment (Check) | 7 | Joes Heating & Cooling, LLC | | -489.23 | 292,510.44 |
| 10/28/2024 | Bill Payment (Check) | 1 | Liberty Mutual Insurance | | -7,036.58 | 285,473.86 |
| 10/29/2024 | Deposit | | | INTERNET TRANSFER CR WEB TFR FR INTERNET TRANSFER CR WEB TFR FR XXXXXXXX3886 FUNDS TRA | 2,715.11 | 288,188.97 |
| 10/31/2024 | Bill Payment (Check) | 6001 | Cannon Electric, LLC | | -520.72 | 287,668.25 |
| 10/31/2024 | Bill Payment (Check) | 6002 | George's Sanitation, Inc. | | -193.81 | 287,474.44 |
| 10/31/2024 | Bill Payment (Check) | 6003 | Locksmith and More LLC | | -98.24 | 287,376.20 |
| 10/31/2024 | Deposit | | | CUSTOMER DEPOSIT | 1,130.00 | 288,506.20 |
| **Total for Dacotah Bank Operations** | | | | | **$288,506.20** | |
| **Total for BANK ACCOUNTS** | | | | | **$288,506.20** | |
| **TOTAL** | | | | | **$288,506.20** | |

Accrual Basis  Monday, November 11, 2024 09:28 AM GMT-06:00                          1/1

## Generations on 1st, LLC

### 1020 Dacotah Bank Operations, Period Ending 10/31/2024

### RECONCILIATION REPORT

Reconciled on: 11/01/2024

Reconciled by: Tracey Mahlstedt

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (4) | -11,254.30 |
| Deposits and other credits cleared (4) | 388,955.11 |
| Statement ending balance | 377,700.81 |
| | |
| Uncleared transactions as of 10/31/2024 | -89,194.61 |
| Register balance as of 10/31/2024 | 288,506.20 |

### Details

**Checks and payments cleared (4)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/25/2024 | Bill Payment | 4 | M R Tikka Construction, LLC | -701.79 |
| 10/25/2024 | Bill Payment | 2 | White Glove Cleaning | -3,026.70 |
| 10/25/2024 | Bill Payment | 7 | Joes Heating & Cooling, LLC | -489.23 |
| 10/28/2024 | Bill Payment | 1 | Liberty Mutual Insurance | -7,036.58 |
| **Total** | | | | **-11,254.30** |

**Deposits and other credits cleared (4)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/11/2024 | Deposit | | | 334,410.00 |
| 10/17/2024 | Deposit | | | 50,700.00 |
| 10/29/2024 | Deposit | | | 2,715.11 |
| 10/31/2024 | Deposit | | | 1,130.00 |
| **Total** | | | | **388,955.11** |

### Additional Information

**Uncleared checks and payments as of 10/31/2024**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/25/2024 | Bill Payment | 3 | Trugreen | -37.17 |
| 10/25/2024 | Bill Payment | 6 | Watertown Municipal Utilities | -4,606.55 |
| 10/25/2024 | Bill Payment | 5 | George's Sanitation, Inc. | -193.81 |
| 10/25/2024 | Bill Payment | 8 | Codington Co Treasurer | -83,544.31 |
| 10/31/2024 | Bill Payment | 6001 | Cannon Electric, LLC | -520.72 |
| 10/31/2024 | Bill Payment | 6002 | George's Sanitation, Inc. | -193.81 |
| 10/31/2024 | Bill Payment | 6003 | Locksmith and More LLC | -98.24 |
| **Total** | | | | **-89,194.61** |

## Generations on 1st, LLC
### 1030 Dacotah Bank Security Deposit, Period Ending 10/31/2024
#### RECONCILIATION REPORT

Reconciled on: 11/01/2024

Reconciled by: Tracey Mahlstedt

Any changes made to transactions after this date aren't included in this report.

### Summary USD

| | |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (1) | 3,175.00 |
| Statement ending balance | 3,175.00 |
| | |
| Register balance as of 10/31/2024 | 3,175.00 |

### Details

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/29/2024 | Deposit | | | 3,175.00 |
| Total | | | | 3,175.00 |

# Generations on 1st, LLC

## Check Detail Report
### October 1-31, 2024

| ACCOUNT | TRANSACTION ID | DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | CLEARED | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1020 Dacotah Bank Operations | | | | | | | | |
| | 44 | | | | | | | |
| 1020 Dacotah Bank Operations | 44 | 10/25/2024 | Bill Payment (Check) | 2 | White Glove Cleaning | | Reconciled | -$3,026.70 |
| 1020 Dacotah Bank Operations | 44 | 10/25/2024 | Bill Payment (Check) | 2 | White Glove Cleaning | | | -$3,026.70 |
| | 45 | | | | | | | |
| 1020 Dacotah Bank Operations | 45 | 10/25/2024 | Bill Payment (Check) | 3 | Trugreen | | Cleared | -$37.17 |
| 1020 Dacotah Bank Operations | 45 | 10/25/2024 | Bill Payment (Check) | 3 | Trugreen | | | -$37.17 |
| | 46 | | | | | | | |
| 1020 Dacotah Bank Operations | 46 | 10/25/2024 | Bill Payment (Check) | 4 | M R Tikka Construction, LLC | | Reconciled | -$701.79 |
| 1020 Dacotah Bank Operations | 46 | 10/25/2024 | Bill Payment (Check) | 4 | M R Tikka Construction, LLC | | | -$701.79 |
| | 47 | | | | | | | |
| 1020 Dacotah Bank Operations | 47 | 10/25/2024 | Bill Payment (Check) | 5 | George's Sanitation, Inc. | | Uncleared | -$193.81 |
| 1020 Dacotah Bank Operations | 47 | 10/25/2024 | Bill Payment (Check) | 5 | George's Sanitation, Inc. | | | -$193.81 |
| | 48 | | | | | | | |
| 1020 Dacotah Bank Operations | 48 | 10/25/2024 | Bill Payment (Check) | 6 | Watertown Municipal Utilities | | Cleared | -$4,606.55 |
| 1020 Dacotah Bank Operations | 48 | 10/25/2024 | Bill Payment (Check) | 6 | Watertown Municipal Utilities | | | -$4,606.55 |
| | 49 | | | | | | | |
| 1020 Dacotah Bank Operations | 49 | 10/25/2024 | Bill Payment (Check) | 7 | Joes Heating & Cooling, LLC | | Reconciled | -$489.23 |
| 1020 Dacotah Bank Operations | 49 | 10/25/2024 | Bill Payment (Check) | 7 | Joes Heating & Cooling, LLC | | | -$489.23 |
| | 50 | | | | | | | |
| 1020 Dacotah Bank Operations | 50 | 10/25/2024 | Bill Payment (Check) | 8 | Codington Co Treasurer | | Cleared | -$83,544.31 |
| 1020 Dacotah Bank Operations | 50 | 10/25/2024 | Bill Payment (Check) | 8 | Codington Co Treasurer | | | -$83,544.31 |
| | 43 | | | | | | | |
| 1020 Dacotah Bank Operations | 43 | 10/28/2024 | Bill Payment (Check) | 1 | Liberty Mutual Insurance | | Reconciled | -$7,036.58 |
| 1020 Dacotah Bank Operations | 43 | 10/28/2024 | Bill Payment (Check) | 1 | Liberty Mutual Insurance | | | -$7,036.58 |
| | 58 | | | | | | | |
| 1020 Dacotah Bank Operations | 58 | 10/31/2024 | Bill Payment (Check) | 6001 | Cannon Electric, LLC | | Uncleared | -$520.72 |
| 1020 Dacotah Bank Operations | 58 | 10/31/2024 | Bill Payment (Check) | 6001 | Cannon Electric, LLC | | | -$520.72 |
| | 59 | | | | | | | |
| 1020 Dacotah Bank Operations | 59 | 10/31/2024 | Bill Payment (Check) | 6002 | George's Sanitation, Inc. | | Uncleared | -$193.81 |
| 1020 Dacotah Bank Operations | 59 | 10/31/2024 | Bill Payment (Check) | 6002 | George's Sanitation, Inc. | | | -$193.81 |
| | 60 | | | | | | | |
| 1020 Dacotah Bank Operations | 60 | 10/31/2024 | Bill Payment (Check) | 6003 | Locksmith and More LLC | | Uncleared | -$98.24 |
| 1020 Dacotah Bank Operations | 60 | 10/31/2024 | Bill Payment (Check) | 6003 | Locksmith and More LLC | | | -$98.24 |