United States Bankruptcy Court
District of North Dakota

In re:  Case No. 25-30002-skh
Generations on 1st LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 2
Date Rcvd: Aug 26, 2025     Form ID: pdf2some     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Generations on 1st LLC, 1405 1st Avenue N, Fargo, ND 58102-4203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Defendant Red River State Bank cstanley@vogellaw.com  sthompson@vogellaw.com;jschares@vogellaw.com |
| Caren Stanley | on behalf of Creditor Red River State Bank cstanley@vogellaw.com  sthompson@vogellaw.com;jschares@vogellaw.com |
| Christianna A. Cathcart | on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Debtor Generations on 1st LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: pdf2some | Total Noticed: 1 |

Christianna A. Cathcart
    on behalf of Plaintiff The Ruins  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart
    on behalf of Debtor Parkside Place LLC christianna@dakotabankruptcy.com  Cathcart.ChristiannaB114029@notify.bestcase.com

Dan Frisk
    on behalf of Interested Party Jesse Craig peggy@stflawfirm.com

Dan Frisk
    on behalf of Interested Party Craig Holdings  LLC peggy@stflawfirm.com

Dan Frisk
    on behalf of Interested Party Craig Development  LLC peggy@stflawfirm.com

Dan Frisk
    on behalf of Interested Party CP Business Management  Inc. peggy@stflawfirm.com

Dan Frisk
    on behalf of Interested Party Mulinda a/k/a Mindy Craig peggy@stflawfirm.com

Dan Frisk
    on behalf of Interested Party Craig Properties  LLC peggy@stflawfirm.com

David R. Strait
    on behalf of Creditor Watertown Development Company david@austinlawsd.com  aphillips@austinlawsd.com

Drew J. Hushka
    on behalf of Debtor Generations on 1st LLC dhushka@vogellaw.com  sthompson@vogellaw.com,jschares@vogellaw.com

Drew J. Hushka
    on behalf of Creditor Red River State Bank dhushka@vogellaw.com  sthompson@vogellaw.com,jschares@vogellaw.com

Drew J. Hushka
    on behalf of Defendant Red River State Bank dhushka@vogellaw.com  sthompson@vogellaw.com,jschares@vogellaw.com

Jordan J Feist
    on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com  bailey.jacobsma@woodsfuller.com

Kesha Tanabe
    on behalf of Creditor Red River State Bank ktanabe@vogellaw.com  sthompson@vogellaw.com;jschares@vogellaw.com

Kesha Tanabe
    on behalf of Defendant Red River State Bank ktanabe@vogellaw.com  sthompson@vogellaw.com;jschares@vogellaw.com

Maurice VerStandig
    on behalf of Debtor Generations on 1st LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Plaintiff The Ruins  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Debtor Parkside Place LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Robert B. Raschke
    USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
    on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

TOTAL: 27

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |

## ORDER AUTHORIZING USE OF CASH COLLATERAL

Debtors Generations on 1st, LLC, and Parkside Place, LLC, filed a Sixth Stipulation for Use of Cash Collateral. Doc. 159. Based upon the budgets filed as exhibits to the Stipulation for Use of Cash Collateral (Docs. 44-2, 44-3), the Sixth Stipulation and other documents filed in this case, the Court finds cause for approving the Sixth Stipulation for Use of Cash Collateral.

**IT IS ORDERED:**

1. The Sixth Stipulation for Use of Cash Collateral is approved. The term of the agreement is from August 28, 2025, to October 15, 2025.

2. The Court is not bound by legal conclusions included in the Sixth Stipulation.

Dated: August 26, 2025.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT