UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Generations on 1st LLC,<br><br>        Debtor. | Case No.:  25-30002<br><br>Chapter 11 |
|---|---|
| In Re:<br><br>Parkside Place LLC,<br><br>        Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTES ACCOMPANYING AUGUST MONTHLY
OPERATING REPORT FOR GENERATIONS ON 1st LLC**

    1.    **Cash Balance.** At the beginning of the month, the checking account held $76,318.24, while the IOLTA account held $90,592.04, totaling $166,910.28.

    2.    **Total Receipts.** According to the August Starion Bank statement, total deposits amounted to $90,196.38. This figure includes the following non-operating items: an $80.00 overage refund, a $1,025.00 re-run of a returned payment, and two security deposit returns of $3,840.00 each, totaling $8,785.00. After excluding these items, the net operating receipts reported on the Monthly Operating Report (MOR) are $81,411.38.

    3.    **Total Disbursements**. Total disbursements for August amounted to $70,962.25. This amount includes the following non-operating items: a $1,075.00 returned payment for non-sufficient funds, an $80.00 overage refund issued via ACH, a $1,010.00 transfer of a tenant deposit to the operating account, an $80.00 transfer of a security deposit to the segregated account, and a $3,840.00 duplicate transfer of a security deposit return. These items total $6,085.00. After excluding them, the net operating disbursements reported on the MOR are $64,877.25.

1

4.    **Ending Balance.** The MOR reflects a month-end cash balance of $183,444.00, which consists of $95,552.17 in the checking account and $90,592.04 in the IOLTA account. Based on the beginning balance, total receipts, and total disbursements, the expected ending balance is $186,144.41. The difference of $2,700.41 is attributable to non-operating transactions, including internal transfers and duplicate security deposit activity, that affected bank cash flow but are not reflected in the operating totals on the MOR.

5.    **Accounts Receivable.** The accounts receivable balance stems from a combination of tenant-initiated autopay cancellations, assessed late fees, and tenant-responsible utility charges.

6.    **Summary of New Leases Signed, Short Cancel Notification, and Lease Ended.** At the end of August, tenants vacated units #3304, #3518, and #3216. New leases were executed for units #3503, #3216, and #3312. The tenant in unit #3513 amended their lease to include a garage rental. The lease for unit #3304 was updated to reflect an early move-in date, with prorated rent charged accordingly. Additionally, the lease for unit #3311 was revised to reflect a new lease end date. Lease renewals were completed for units #3313, # 3417, and #3405. No new short-cancel notifications or notices to vacate were received, and there are no evictions to report.

7.    **Balance Sheet.** The Debtor is currently unable to adjust the mortgage balances reflected on the balance sheets due to the continued lack of documentation regarding how payments have been applied during: (i) the pendency of this Chapter 11 case, (ii) the prior receivership, and (iii) the prepetition assignment of rents. Without this information, the Debtor is unable to accurately reconcile the outstanding mortgage obligations.

8.    **Insurance Payment and Budget.** The renewal invoice for property insurance did

2

not generate by August 31 but was issued the first week of September. Consistent with the carrier's standard practice, the initial renewal billing includes a combined premium for both August and September. Although the payment is not due until September 28, the Debtor issued a check in August and recorded the expense as an escrowed disbursement to reflect the August liability and avoid budget irregularities in September due to the doubled premium.

9.      **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly set off by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

# Starion Bank

PO Box 848
Mandan, ND 58554

>001805 6063728 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

**Statement Ending 08/29/2025**

GENERATIONS ON 1ST LLC                    Page 1 of 8
Customer Number:



## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |



## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | ███████ | $95,552.17 |

# ND STAR CHECKING -

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/01/2025 | Beginning Balance | $76,318.24 |
| | 24 Credit(s) This Period | $90,196.38 → 81,411.38 |
| | 30 Debit(s) This Period | $70,962.45 → 64,877.45 |
| 08/29/2025 | Ending Balance | $95,552.17 |
| | Service Charges | $1.50 |

## Other Credits

| Date | Description | Amount |
|---|---|---|
| 08/04/2025 | YARDI CARD DEP 1111Transf XXXXX8200 | $1,010.00 |
| 08/04/2025 | CPBUSINESSMANAGE Settlement 000024573290050 | $2,180.00 |
| 08/04/2025 | EDEPOSIT | $1,365.00 |
| 08/04/2025 | EDEPOSIT | $8,911.51 |
| 08/05/2025 | YARDI CARD DEP 1111Transf XXXXX7076 | $1,010.00 |
| 08/06/2025 | YARDI CARD DEP 1111Transf XXXXX8821 | $995.00 |
| 08/06/2025 | CPBUSINESSMANAGE Settlement 000024594438714 | $1,060.00 |
| 08/07/2025 | YARDI CARD DEP 1111Transf XXXXX9351 | $1,486.00 |
| 08/07/2025 | YARDI CARD DEP 1111Transf XXXXX5803 | $5,538.38 |
| 08/07/2025 | CPBUSINESSMANAGE Settlement 000024618204382 | $6,808.33 |
| 08/07/2025 | CP BUSINESS MANA AugRent XXXXX6888 | $32,315.00 |
| 08/08/2025 | YARDI CARD DEP 1111Transf XXXXX1393 | $491.00 |
| 08/11/2025 | CPBUSINESSMANAGE Settlement 000024664866798 | $980.00 |
| 08/11/2025 | CP BUSINESS MANA rerunAug XXXXX6888 | $1,075.00 |
| 08/11/2025 | YARDI CARD DEP 1111Transf XXXXX1336 | $2,118.00 |
| 08/11/2025 | EDEPOSIT | $450.00 |
| 08/11/2025 | EDEPOSIT | $2,773.61 |
| 08/11/2025 | EDEPOSIT | $8,296.67 |
| 08/13/2025 | CPBUSINESSMANAGE Settlement 000024685427510 | $1,280.00 |
| 08/13/2025 | EDEPOSIT | $1,531.28 |



 Member FDIC EQUAL HOUSING LENDER

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   (1) Tell us your name and account number (if any).
   (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

   (1) *Account information:* Your name and account number
   (2) *Dollar amount:* The dollar amount of the suspected error
   (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

   (1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
   (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
   (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
   (4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

   (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
   (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
   (3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | |
|---|---|
| **NEW BALANCE** | $ |
| TRANSFER AMOUNT FROM OTHER SIDE | |
| **ADD** | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | |
| **SUB TOTAL** | $ |

CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | |
|---|---|
| TOTAL CHECKS NOT LISTED | → |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE    **BALANCE** | $ |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 08/29/2025**

*GENERATIONS ON 1ST LLC*                                    *Page 3 of 8*
**Customer Number:**

---

## ND STAR CHECKING - (continued)

### Other Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 08/15/2025 | 779729 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXX8669 ON 8/15/25 *Deposit Returned* | $3,840.00 |
| 08/15/2025 | 779958 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXX8669 ON 8/15/25 *Accidental 2nd Batch.* | $3,840.00 |
| 08/18/2025 | YARDI CARD DEP 1111Transf XXXXX9808 | $490.00 |
| 08/27/2025 | YARDI CARD DEP 1111Transf XXXXX7700 | $351.60 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/08/2025 | ACH ITEM RETURNED AVERY REMMERDE, NO ACCOUNT/UNABLE TO LOCATE ACCOUNT *Part of ACH. Returned. Relea 8/11/25* | $1,075.00 |
| 08/08/2025 | ACH RETURNED DEPOSIT ITEM CHARGE | $5.00 |
| 08/11/2025 | CP BUSINESS MANA refund ove XXXXX6888 *Refund overage in ACH* | $80.00 |
| 08/14/2025 | 673033 ONLINE BANKING TRANSFER TO ND SAVINGS NON PE XXXXX8669 ON 8/14/25 *mehloff* | $1,010.00 |
| 08/15/2025 | 805852 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 8/15/25 *wire tx Fee Pmt to Parkside* | $20.00 |
| 08/15/2025 | 800031 ONLINE BANKING TRANSFER TO ND SAVINGS NON PE XXXXX8669 ON 8/15/25 *sec. Dep.* | $80.00 |
| 08/15/2025 | 792926 ONLINE BANKING TRANSFER TO ND SAVINGS NON PE XXXXX8669 ON 8/15/25 *Accidental 2nd Batch.* | $3,840.00 |
| 08/29/2025 | SERVICE CHARGE | $1.50 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 30131 | 08/05/2025 | $2,347.44 | 30139 | 08/11/2025 | $1,051.00 | 30147 | 08/12/2025 | $8,260.09 |
| 30132 | 08/04/2025 | $3,285.00 | 30140 | 08/19/2025 | $1,925.24 | 30148 | 08/19/2025 | $431.00 |
| 30133 | 08/07/2025 | $649.00 | 30141 | 08/06/2025 | $24.24 | 30149 | 08/20/2025 | $109.00 |
| 30134 | 08/05/2025 | $37.43 | 30142 | 08/06/2025 | $975.98 | 30150 | 08/19/2025 | $1,138.60 |
| 30135 | 08/12/2025 | $125.07 | 30143 | 08/07/2025 | $64.00 | 30151 | 08/21/2025 | $64.00 |
| 30136 | 08/14/2025 | $430.11 | 30144 | 08/18/2025 | $245.00 | 30152 | 08/29/2025 | $3,285.00 |
| 30137 | 08/07/2025 | $446.25 | 30145 | 08/13/2025 | $4,660.14 | | | |
| 30138 | 08/05/2025 | $297.36 | 30146 | 08/15/2025 | $35,000.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08/04/2025 | $86,499.75 | 08/12/2025 | $136,458.88 | 08/20/2025 | $98,551.07 |
| 08/05/2025 | $84,827.52 | 08/13/2025 | $134,610.02 | 08/21/2025 | $98,487.07 |
| 08/06/2025 | $85,882.30 | 08/14/2025 | $133,169.91 | 08/27/2025 | $98,838.67 |
| 08/07/2025 | $130,870.76 | 08/15/2025 | $101,909.91 | 08/29/2025 | $95,552.17 |
| 08/08/2025 | $130,281.76 | 08/18/2025 | $102,154.91 | | |
| 08/11/2025 | $144,844.04 | 08/19/2025 | $98,660.07 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

GENERATIONS ON 1ST LLC

## ND STAR CHECKING - ‍ (continued)

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR: | $1.50 |
| Total Service Charge | $1.50 |

041519 1984223 0000000 0000000 070080 140160 02/04

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 08/29/2025**

GENERATIONS ON 1ST LLC                    Page 5 of 8

Customer Number:



The Image for this Item
could not be located

#0000            08/14/2025            $1,010.00



The Image for this Item
could not be located

#0000            08/15/2025            $20.00



The Image for this Item
could not be located

#0000            08/15/2025            $80.00



The Image for this Item
could not be located

#0000            08/15/2025            $3,840.00



#30131            08/05/2025            $2,347.44



#30132            08/04/2025            $3,285.00



#30133            08/07/2025            $649.00



#30134            08/05/2025            $37.43



#30135            08/12/2025            $125.07



#30136            08/14/2025            $430.11



#30137          08/07/2025                                $446.25



#30138          08/05/2025                                $297.36



#30139          08/11/2025                              $1,051.00



#30140          08/19/2025                              $1,925.24



#30141          08/06/2025                                 $24.24



#30142          08/26/2025                                $975.98



#30143          08/07/2025                                 $64.00



#30144          08/18/2025                                $245.00



#30145          08/13/2025                              $4,660.14



#30146          08/15/2025                             $35,000.00

041519 1984823 0000000 070081 140162 03/04

# Starion Bank

PO Box 848
Mandan, ND 58554



#30147          08/12/2025                    $8,260.09



#30148          08/19/2025                    $431.00



#30149          08/20/2025                    $109.00



#30150          08/19/2025                    $1,138.60



#30151          08/21/2025                    $64.00

#30152          08/29/2025                    $3,285.00

Starionbank.com

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 09/01/2025**

*GENERATIONS ON 1ST LLC*                    Page 1 of 4

Customer Number.

>001016 6014679 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |

---

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | | $76,969.74 |

## REGULAR SAVINGS NON PERS -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/01/2025 | Beginning Balance | $77,354.74 |
| | 6 Credit(s) This Period | $11,230.00 |
| | 4 Debit(s) This Period | $11,615.00 |
| 09/01/2025 | Ending Balance | $76,969.74 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01/2025 | Beginning Balance | | | $77,354.74 |
| 07/14/2025 | 119730 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 7/14/25 | $2,845.00 | | $74,509.74 |
| 07/15/2025 | 291436 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 7/15/25 | $1,090.00 | | $73,419.74 |
| 07/18/2025 | EDEPOSIT | | $2,100.00 | $75,519.74 |
| 07/31/2025 | EDEPOSIT | | $2,100.00 | $77,619.74 |
| 08/14/2025 | 673033 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8666 ON 8/14/25 | | $1,010.00 | $78,629.74 |
| 08/15/2025 | 800031 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8666 ON 8/15/25 | | $80.00 | $78,709.74 |
| 08/15/2025 | 792926 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8666 ON 8/15/25 | | $3,840.00 | $82,549.74 |
| 08/15/2025 | 779729 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 8/15/25 | $3,840.00 | | $78,709.74 |
| 08/15/2025 | 779958 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 8/15/25 | $3,840.00 | | $74,869.74 |
| 08/27/2025 | EDEPOSIT | | $2,100.00 | $76,969.74 |
| 09/01/2025 | Ending Balance | | | $76,969.74 |



EQUAL HOUSING LENDER

Member
**FDIC**

GENERATIONS ON 1ST LLC                                    Statement Ending 09/01/2025                    Page 2 of 4

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | | |
|---|---|---|
| NEW BALANCE | $ | |
| TRANSFER AMOUNT FROM OTHER SIDE | | |
| ADD | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | |
| | | |
| SUB TOTAL | $ | |

CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| TOTAL CHECKS NOT LISTED | → | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE    BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE



**Starion Bank**

PO Box 848
Mandan, ND 58554

**Statement Ending 09/01/2025**

GENERATIONS ON 1ST LLC                    Page 3 of 4

Customer Number:

## REGULAR SAVINGS NON PERS - _____ continued)

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Statement Ending 09/01/2025

Starionbank.com

**GO1 DIP**

**Bank Rec In-Progress Report**

| Balance Per Bank Statement as of 08/31/2025 | | | 0.00 |
|---|---|---|---|

**Outstanding Deposits**

| Deposit Date | Deposit Number | | Amount |
|---|---|---|---|
| 08/28/2025 | 418 | :CC Deposit | 1,010.00 |
| 08/29/2025 | 420 | :ACH/WIPS Deposit | 3,240.00 |
| 08/29/2025 | 421 | :CC Deposit | 2,100.00 |
| 08/30/2025 | 423 | :CC Deposit | 1,075.00 |
| 08/31/2025 | 424 | :ACH/WIPS Deposit | 2,675.00 |
| 08/31/2025 | 425 | :CC Deposit | 1,010.00 |
| **Plus: Outstanding Deposits** | | | **11,110.00** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 06/13/2025 | 30101 | WEISSER | 652.50 |
| 07/15/2025 | 30129 | BRADLEY WARNS | 168.00 |
| 08/31/2025 | 30153 | Alexis Burbach | 284.12 |
| 08/31/2025 | 30154 | CP BUSINESS MANAGEMENT | 7,463.89 |
| 08/31/2025 | 30155 | JORDAN BERNDT | 30.00 |
| 08/31/2025 | 30157 | AMERICAN CARPET CARE, INC | 132.75 |
| 08/31/2025 | 30158 | APARTMENTS LLC | 649.00 |
| 08/31/2025 | 30159 | BLUEPEAK | 37.43 |
| 08/31/2025 | 30160 | HOMEMAKER'S VILLA | 1,249.19 |
| 08/31/2025 | 30161 | SCHUMACHER | 477.36 |
| 08/31/2025 | 30162 | TRUGREEN | 185.85 |
| 08/31/2025 | 30163 | WHITE GLOVE CLEANING | 1,208.21 |
| 08/31/2025 | 30167 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,824.06 |
| 08/31/2025 | 30168 | LIBERTY MUTUAL INSURANCE | 2,997.71 |
| **Less: Outstanding Checks** | | | **20,360.07** |

**Other Items**

| Date | Notes | | Amount |
|---|---|---|---|
| 01/31/2025 | JE 4019 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 02/15/2025 | JE 4026 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 03/31/2025 | JE 4108 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 04/15/2025 | JE 4117 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| 06/13/2025 | JE 4161 | :Prog Gen Move Out transfer (KIERRA WEIS | 750.00 |
| 07/15/2025 | JE 4199 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| 08/15/2025 | JE 4224 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| **Plus / Minus: Other Items** | | | **-53,889.27** |
| **Reconciled Bank Balance** | | | **-63,139.34** |

| Balance per GL as of 08/31/2025 | | | 63,317.35 |
|---|---|---|---|
| **Reconciled Balance Per G/L** | | | **63,317.35** |

| **Difference** | | | **-126,456.69** |
|---|---|---|---|

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | | Amount | Date Cleared |
|---|---|---|---|---|---|

**GO1 DIP**

**Bank Rec In-Progress Report**

| 01/29/2025 | 30000 | Mindy Craig | 2,415.58 | 02/28/2025 |
|---|---|---|---|---|
| 03/28/2025 | 30036 | JESSE CRAIG | 3,285.00 | 04/30/2025 |
| 03/31/2025 | 30037 | Alexis Burbach | 324.97 | 04/30/2025 |
| 03/31/2025 | 30038 | BLUEPEAK | 22.43 | 04/30/2025 |
| 03/31/2025 | 30039 | Capital One Commercial | 11.99 | 04/30/2025 |
| 03/31/2025 | 30040 | GEORGES SANITATION | 207.09 | 04/30/2025 |
| 03/31/2025 | 30041 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 3,403.96 | 04/30/2025 |
| 03/31/2025 | 30043 | SIGN PRO | 116.10 | 04/30/2025 |
| 03/31/2025 | 30044 | TURFWURX PROPERTY MAINTENANCE | 90.27 | 04/30/2025 |
| 03/31/2025 | 30045 | WHITE GLOVE CLEANING | 272.15 | 04/30/2025 |
| 03/31/2025 | 30046 | WMU WATERTOWN MUNICIPAL UTILITIES | 63.18 | 04/30/2025 |
| 03/31/2025 | 30047 | AUTOMATIC BUILDING CONTROLS | 1,403.96 | 04/30/2025 |
| 03/31/2025 | 30048 | Alexis Burbach | 646.49 | 04/30/2025 |
| 03/31/2025 | 30049 | JORDAN BERNDT | 90.00 | 04/30/2025 |
| 03/31/2025 | 30050 | WHITE GLOVE CLEANING | 743.40 | 04/30/2025 |
| 03/31/2025 | 30051 | CP BUSINESS MANAGEMENT | 6,176.57 | 04/30/2025 |
| 03/31/2025 | 30052 | WMU WATERTOWN MUNICIPAL UTILITIES | 5,066.96 | 04/30/2025 |
| 04/10/2025 | 30053 | RED RIVER STATE BANK | 35,000.00 | 04/30/2025 |
| 04/14/2025 | 30054 | CODINGTON COUNTY TREASURER | 38,247.49 | 04/30/2025 |
| 04/14/2025 | 30055 | HATLESTAD | 988.60 | 04/30/2025 |
| 04/16/2025 | 30056 | Alexis Burbach | 1,563.00 | 04/30/2025 |
| 04/28/2025 | 30057 | CP BUSINESS MANAGEMENT | 2,406.11 | 04/30/2025 |
| 04/30/2025 | 30058 | ACTIVE HEATING INC | 164.61 | 05/30/2025 |
| 04/30/2025 | 30059 | APARTMENTS LLC | 942.10 | 05/30/2025 |
| 04/30/2025 | 30060 | BLUEPEAK | 37.43 | 05/30/2025 |
| 04/30/2025 | 30061 | CARRICO LAW | 103.10 | 05/30/2025 |
| 04/30/2025 | 30062 | DAKOTA CLEAN LLC | 2,336.55 | 05/30/2025 |
| 04/30/2025 | 30063 | GEORGES SANITATION | 207.09 | 05/30/2025 |
| 04/30/2025 | 30064 | NORRIS CARPET CARE | 95.58 | 05/30/2025 |
| 04/30/2025 | 30065 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 05/30/2025 |
| 04/30/2025 | 30066 | WHITE GLOVE CLEANING | 1,002.26 | 05/30/2025 |
| 04/30/2025 | 30067 | WMU WATERTOWN MUNICIPAL UTILITIES | 85.02 | 05/30/2025 |
| 04/30/2025 | 30068 | U.S. TRUSTEES | 708.00 | 05/30/2025 |
| 04/30/2025 | 30069 | Alexis Burbach | 1,111.13 | 05/30/2025 |
| 04/30/2025 | 30070 | JAXON SCHMIDT | 75.00 | 05/30/2025 |
| 04/30/2025 | 30071 | CP BUSINESS MANAGEMENT | 5,929.95 | 05/30/2025 |
| 04/30/2025 | 30072 | JESSE CRAIG | 3,285.00 | 05/30/2025 |
| 04/30/2025 | 30073 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,762.32 | 05/30/2025 |
| 05/12/2025 | 30074 | RED RIVER STATE BANK | 35,000.00 | 05/30/2025 |
| 05/14/2025 | 30075 | HALL | 570.00 | 05/30/2025 |
| 05/14/2025 | 30076 | HALL | 520.00 | 05/30/2025 |
| 05/14/2025 | 30077 | MYERS | 302.10 | 05/30/2025 |
| 05/15/2025 | 30079 | Alexis Burbach | 826.50 | 05/30/2025 |
| 05/15/2025 | 30080 | BRADLEY WARNS | 288.00 | 05/30/2025 |
| 05/15/2025 | 30081 | JORDAN BERNDT | 120.00 | 05/30/2025 |
| 05/19/2025 | ACH ONLINE | U.S. TRUSTEES | 288.00 | 05/30/2025 |
| 05/28/2025 | 30082 | CP BUSINESS MANAGEMENT | 2,406.14 | 05/30/2025 |
| 05/31/2025 | 30083 | JESSE CRAIG | 3,285.00 | 06/30/2025 |
| 05/31/2025 | 30084 | Alexis Burbach | 2,399.45 | 06/30/2025 |
| 05/31/2025 | 30085 | BRADLEY WARNS | 320.00 | 06/30/2025 |
| 05/31/2025 | 30086 | APARTMENTS LLC | 649.00 | 06/30/2025 |

**GO1 DIP**
**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 05/31/2025 | 30087 | AUTOMATIC BUILDING CONTROLS | 412.06 | 06/30/2025 |
| 05/31/2025 | 30088 | BLUEPEAK | 22.43 | 06/30/2025 |
| 05/31/2025 | 30089 | Capital One Commercial | 158.43 | 06/30/2025 |
| 05/31/2025 | 30090 | GEORGES SANITATION | 207.09 | 06/30/2025 |
| 05/31/2025 | 30091 | HOMEMAKER'S VILLA | 3,120.82 | 06/30/2025 |
| 05/31/2025 | 30092 | POPHAM CONSTRUCTION | 642.51 | 06/30/2025 |
| 05/31/2025 | 30093 | RUSCO WINDOW | 101.03 | 06/30/2025 |
| 05/31/2025 | 30094 | SCHUMACHER | 666.93 | 06/30/2025 |
| 05/31/2025 | 30095 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 06/30/2025 |
| 05/31/2025 | 30096 | WHITE GLOVE CLEANING | 1,801.69 | 06/30/2025 |
| 05/31/2025 | 30097 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,724.38 | 06/30/2025 |
| 05/31/2025 | 30099 | CP BUSINESS MANAGEMENT | 6,013.08 | 06/30/2025 |
| 06/11/2025 | 30100 | RED RIVER STATE BANK | 35,000.00 | 06/30/2025 |
| 06/13/2025 | 30102 | GONG | 507.09 | 06/30/2025 |
| 06/15/2025 | 30103 | Alexis Burbach | 604.24 | 06/30/2025 |
| 06/15/2025 | 30104 | BRADLEY WARNS | 96.00 | 07/31/2025 |
| 06/30/2025 | 30105 | JESSE CRAIG | 3,285.00 | 07/31/2025 |
| 06/30/2025 | 30106 | Alexis Burbach | 440.07 | 07/31/2025 |
| 06/30/2025 | 30107 | AMERICAN CARPET CARE, INC | 286.74 | 07/31/2025 |
| 06/30/2025 | 30108 | APARTMENTS LLC | 649.00 | 07/31/2025 |
| 06/30/2025 | 30109 | BLUEPEAK | 37.43 | 07/31/2025 |
| 06/30/2025 | 30110 | BRADLEY WARNS | 256.00 | 07/31/2025 |
| 06/30/2025 | 30111 | BRIANS GLASS AND DOOR | 66.64 | 07/31/2025 |
| 06/30/2025 | 30112 | Capital One Commercial | 39.71 | 07/31/2025 |
| 06/30/2025 | 30113 | CP BUSINESS MANAGEMENT | 2,406.14 | 07/31/2025 |
| 06/30/2025 | 30114 | SAFE N SECURE | 244.26 | 07/31/2025 |
| 06/30/2025 | 30115 | WHITE GLOVE CLEANING | 743.40 | 07/31/2025 |
| 06/30/2025 | 30116 | WMU WATERTOWN MUNICIPAL UTILITIES | 3,766.21 | 07/31/2025 |
| 06/30/2025 | 30123 | CP BUSINESS MANAGEMENT | 6,665.70 | 07/31/2025 |
| 06/30/2025 | 30124 | LIBBY BURGHARDT | 1,531.25 | 07/31/2025 |
| 06/30/2025 | 30127 | ACTIVE HEATING INC | 15.61 | 07/31/2025 |
| 06/30/2025 | 30117 | WMU WATERTOWN MUNICIPAL UTILITIES | 967.28 | 07/31/2025 |
| 06/30/2025 | 30119 | ACTIVE HEATING INC | 765.00 | 07/31/2025 |
| 06/30/2025 | 30120 | BRUSH & BRISTLE LLC | 408.16 | 07/31/2025 |
| 06/30/2025 | 30121 | WILLIAMS CARPET ONE | 668.68 | 07/31/2025 |
| 07/10/2025 | 30122 | RED RIVER STATE BANK | 35,000.00 | 07/31/2025 |
| 07/14/2025 | 30125 | GILSDORF | 357.15 | 07/31/2025 |
| 07/15/2025 | 30128 | Alexis Burbach | 774.87 | 07/31/2025 |
| 07/15/2025 | 30130 | JAXON SCHMIDT | 90.00 | 07/31/2025 |
| 07/25/2025 | 30131 | LIBERTY MUTUAL INSURANCE | 2,347.44 | 08/29/2025 |
| 07/31/2025 | 30132 | JESSE CRAIG | 3,285.00 | 08/29/2025 |
| 07/31/2025 | 30133 | APARTMENTS LLC | 649.00 | 08/29/2025 |
| 07/31/2025 | 30134 | BLUEPEAK | 37.43 | 08/29/2025 |
| 07/31/2025 | 30135 | Capital One Commercial | 125.07 | 08/29/2025 |
| 07/31/2025 | 30136 | GEORGES SANITATION | 430.11 | 08/29/2025 |
| 07/31/2025 | 30137 | LIBBY BURGHARDT | 446.25 | 08/29/2025 |
| 07/31/2025 | 30138 | TRUGREEN | 297.36 | 08/29/2025 |
| 07/31/2025 | 30139 | U.S. TRUSTEES | 1,051.00 | 08/29/2025 |
| 07/31/2025 | 30140 | WHITE GLOVE CLEANING | 1,925.24 | 08/29/2025 |
| 07/31/2025 | 30141 | WMU WATERTOWN MUNICIPAL UTILITIES | 24.24 | 08/29/2025 |
| 07/31/2025 | 30142 | Alexis Burbach | 975.98 | 08/29/2025 |
| 07/31/2025 | 30143 | BRADLEY WARNS | 64.00 | 08/29/2025 |
| 07/31/2025 | 30144 | LIBBY BURGHARDT | 245.00 | 08/29/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| 07/31/2025 | 30145 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,660.14 | 08/29/2025 |
| 07/31/2025 | 30147 | CP BUSINESS MANAGEMENT | 8,260.09 | 08/29/2025 |
| 08/11/2025 | 30146 | RED RIVER STATE BANK | 35,000.00 | 08/29/2025 |
| 08/14/2025 | 30148 | FEENSTRA | 431.00 | 08/29/2025 |
| 08/14/2025 | 30149 | HTOO | 109.00 | 08/29/2025 |
| 08/15/2025 | 30150 | Alexis Burbach | 1,138.60 | 08/29/2025 |
| 08/15/2025 | 30151 | BRADLEY WARNS | 64.00 | 08/29/2025 |
| 08/29/2025 | 30152 | JESSE CRAIG | 3,285.00 | 08/29/2025 |
| **Total Cleared Checks** | | | **349,118.74** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 01/30/2025 | 3025 | yardi test | 0.08 | 01/31/2025 |
| 01/31/2025 | 3006 | ACH BATCH 1/31/25 | 2,730.00 | 01/31/2025 |
| 01/31/2025 | 3007 | ACH BATCH 1/31/25 | 2,565.00 | 02/28/2025 |
| 02/01/2025 | 304 | :CC Deposit | 3,915.00 | 02/28/2025 |
| 02/02/2025 | 306 | :CC Deposit | 1,207.52 | 02/28/2025 |
| 02/03/2025 | 307 | :ACH/WIPS Deposit | 8,140.00 | 02/28/2025 |
| 02/03/2025 | 308 | :CC Deposit | 2,772.02 | 02/28/2025 |
| 02/03/2025 | 3005 | ACH BATCH 2/3/25 | 21,220.00 | 02/28/2025 |
| 02/03/2025 | 3011 | starion 1490040070 | 1,060.00 | 02/28/2025 |
| 02/03/2025 | 3016 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 309 | :ACH Deposit | 1,060.00 | 02/28/2025 |
| 02/05/2025 | 310 | :CC Deposit | 2,400.00 | 02/28/2025 |
| 02/05/2025 | 3008 | ACH 2/5/25 | 990.00 | 02/28/2025 |
| 02/06/2025 | 311 | :CC Deposit | 2,010.05 | 02/28/2025 |
| 02/06/2025 | 3012 | starion 273963540 | 2,400.00 | 02/28/2025 |
| 02/06/2025 | 3017 | starion 27396420 | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 3024 | YARDI CARD DEPXXXXX6072 | 1,005.00 | 02/28/2025 |
| 02/07/2025 | 3010 | starion 274088817 | 1,090.00 | 02/28/2025 |
| 02/11/2025 | 312 | :CC Deposit | 790.00 | 02/28/2025 |
| 02/12/2025 | 3009 | | 1,010.00 | 02/28/2025 |
| 02/12/2025 | 3015 | | 1,090.00 | 02/28/2025 |
| 02/12/2025 | 3018 | deposit #3014 | 7,745.00 | 02/28/2025 |
| 02/13/2025 | 3022 | starion 274814784 | 1,070.00 | 02/28/2025 |
| 02/14/2025 | 3021 | starion 274807557 | 2,900.00 | 02/28/2025 |
| 02/14/2025 | 3023 | starion 274815374 | 2,190.00 | 02/28/2025 |
| 02/14/2025 | 3026 | starion ach | 562.56 | 02/28/2025 |
| 02/28/2025 | 314 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 02/28/2025 | 3027 | starion 276375176 | 450.00 | 02/28/2025 |
| 02/28/2025 | 3033 | hme wire 2/28/25 | 3,305.45 | 02/28/2025 |
| 02/28/2025 | 313 | :ACH Deposit | 3,780.00 | 03/31/2025 |
| 03/01/2025 | 317 | :CC Deposit | 925.00 | 03/31/2025 |
| 03/01/2025 | 318 | :CC Deposit | 4,820.00 | 03/31/2025 |
| 03/02/2025 | 320 | :CC Deposit | 1,985.00 | 03/31/2025 |
| 03/03/2025 | 319 | :ACH/WIPS Deposit | 4,195.00 | 03/31/2025 |
| 03/03/2025 | 321 | :CC Deposit | 3,010.00 | 03/31/2025 |
| 03/03/2025 | 3029 | | 22,960.00 | 03/31/2025 |
| 03/04/2025 | 322 | :CC Deposit | 2,000.00 | 03/31/2025 |
| 03/05/2025 | 3030 | starion 276963007 | 9,250.49 | 03/31/2025 |
| 03/05/2025 | 3032 | ach | 1,760.00 | 03/31/2025 |
| 03/05/2025 | 323 | :ACH Deposit | 450.00 | 03/31/2025 |
| 03/06/2025 | 325 | :ACH/WIPS Deposit | 1,560.00 | 03/31/2025 |
| 03/06/2025 | 326 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 03/07/2025 | 327 | :ACH Deposit | 1,280.00 | 03/31/2025 |
| 03/10/2025 | 3031 | starion 277477818 | 1,090.00 | 03/31/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| 03/10/2025 | 328 | :ACH Deposit | 565.00 | 03/31/2025 |
|---|---|---|---|---|
| 03/28/2025 | 330 | :CC Deposit | 1,010.00 | 04/30/2025 |
| 03/28/2025 | 3035 | starion 279534933 | 3,673.40 | 03/31/2025 |
| 03/28/2025 | 329 | :ACH Deposit | 1,090.00 | 04/30/2025 |
| 03/29/2025 | 332 | :CC Deposit | 925.00 | 04/30/2025 |
| 03/31/2025 | 333 | :ACH/WIPS Deposit | 2,690.00 | 04/30/2025 |
| 03/31/2025 | 334 | :CC Deposit | 505.00 | 04/30/2025 |
| 04/01/2025 | 336 | :CC Deposit | 6,016.00 | 04/30/2025 |
| 04/01/2025 | 335 | :ACH Deposit | 2,045.00 | 04/30/2025 |
| 04/02/2025 | 338 | :CC Deposit | 1,915.00 | 04/30/2025 |
| 04/02/2025 | 3036 | starion 280087880 | 7,985.00 | 04/30/2025 |
| 04/02/2025 | 337 | :ACH Deposit | 2,150.00 | 04/30/2025 |
| 04/03/2025 | 339 | :CC Deposit | 3,350.00 | 04/30/2025 |
| 04/03/2025 | 3037 | | 24,220.00 | 04/30/2025 |
| 04/04/2025 | 340 | :CC Deposit | 1,100.00 | 04/30/2025 |
| 04/04/2025 | 3038 | | 2,040.00 | 04/30/2025 |
| 04/07/2025 | 342 | :ACH/WIPS Deposit | 2,345.00 | 04/30/2025 |
| 04/08/2025 | 343 | :ACH Deposit | 1,060.00 | 04/30/2025 |
| 04/09/2025 | 344 | :CC Deposit | 1,090.00 | 04/30/2025 |
| 04/09/2025 | 3039 | starion 280855090 | 2,115.00 | 04/30/2025 |
| 04/14/2025 | 3043 | tx from security deposit | 12.92 | 04/30/2025 |
| 04/17/2025 | 3040 | starion 281771790 | 1,857.42 | 04/30/2025 |
| 04/28/2025 | 345 | :CC Deposit | 1,010.00 | 05/30/2025 |
| 04/29/2025 | 346 | :CC Deposit | 925.00 | 05/30/2025 |
| 04/30/2025 | 348 | :ACH/WIPS Deposit | 2,980.00 | 05/30/2025 |
| 04/30/2025 | 349 | :CC Deposit | 505.00 | 05/30/2025 |
| 04/30/2025 | 3041 | starion | 2,615.00 | 05/30/2025 |
| 04/30/2025 | 3042 | starion 283347649 | 431.21 | 05/30/2025 |
| 05/01/2025 | 352 | :ACH/WIPS Deposit | 3,905.00 | 05/30/2025 |
| 05/01/2025 | 353 | :CC Deposit | 6,895.00 | 05/30/2025 |
| 05/02/2025 | 354 | :CC Deposit | 2,930.00 | 05/30/2025 |
| 05/03/2025 | 356 | :CC Deposit | 1,415.00 | 05/30/2025 |
| 05/04/2025 | 3046 | | 25,780.00 | 05/30/2025 |
| 05/04/2025 | 3047 | ach- part of big batch | 1,990.00 | 05/30/2025 |
| 05/05/2025 | 358 | :ACH/WIPS Deposit | 3,048.37 | 05/30/2025 |
| 05/05/2025 | 3044 | starion 283701901 | 9,010.00 | 05/30/2025 |
| 05/06/2025 | 359 | :CC Deposit | 1,090.00 | 05/30/2025 |
| 05/07/2025 | 361 | :CC Deposit | 1,090.00 | 05/30/2025 |
| 05/07/2025 | 360 | :ACH Deposit | 1,280.00 | 05/30/2025 |
| 05/09/2025 | 3045 | starion 284321581 | 1,090.00 | 05/30/2025 |
| 05/19/2025 | 3058 | tx from park chk | 12,500.00 | 05/30/2025 |
| 05/20/2025 | 363 | :CC Deposit | 411.23 | 05/30/2025 |
| 05/20/2025 | 362 | :ACH Deposit | 165.00 | 05/30/2025 |
| 05/29/2025 | 364 | :CC Deposit | 1,935.00 | 06/30/2025 |
| 05/30/2025 | 366 | :ACH/WIPS Deposit | 2,690.00 | 06/30/2025 |
| 06/01/2025 | 369 | :CC Deposit | 6,455.00 | 06/30/2025 |
| 06/02/2025 | 371 | :ACH/WIPS Deposit | 5,285.00 | 06/30/2025 |
| 06/02/2025 | 372 | :CC Deposit | 3,199.66 | 06/30/2025 |
| 06/02/2025 | 3048 | starion 286884402 | 7,160.00 | 06/30/2025 |
| 06/02/2025 | 3049 | starion 286894206 | 3,255.00 | 06/30/2025 |
| 06/03/2025 | 373 | :CC Deposit | 252.50 | 06/30/2025 |
| 06/03/2025 | 3050 | starion 287038253 | 1,077.49 | 06/30/2025 |
| 06/03/2025 | 3057 | | 27,770.00 | 06/30/2025 |
| 06/04/2025 | 374 | :CC Deposit | 1,410.00 | 06/30/2025 |
| 06/05/2025 | 375 | :CC Deposit | 1,090.00 | 06/30/2025 |
| 06/06/2025 | 376 | :ACH Deposit | 491.67 | 06/30/2025 |
| 06/09/2025 | 3052 | starion 287714143 | 3,190.00 | 06/30/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 06/09/2025 | 377 | :ACH Deposit | 1,280.00 | 06/30/2025 |
| 06/10/2025 | 379 | :CC Deposit | 300.00 | 06/30/2025 |
| 06/10/2025 | 378 | :ACH Deposit | 1,010.00 | 06/30/2025 |
| 06/11/2025 | 380 | :CC Deposit | 32.05 | 06/30/2025 |
| 06/11/2025 | 3053 | starion 287942845 | 450.00 | 06/30/2025 |
| 06/11/2025 | 3054 | starion 287940206 | 450.00 | 06/30/2025 |
| 06/11/2025 | 3055 | starion 287943941 | 200.00 | 06/30/2025 |
| 06/11/2025 | 3056 | starion 287988436 | 8,333.33 | 06/30/2025 |
| 06/13/2025 | 381 | :ACH Deposit | 1,065.00 | 06/30/2025 |
| 06/17/2025 | 382 | :CC Deposit | 290.00 | 06/30/2025 |
| 06/20/2025 | 383 | :CC Deposit | 895.00 | 06/30/2025 |
| 06/21/2025 | 384 | :CC Deposit | 447.50 | 06/30/2025 |
| 06/30/2025 | 387 | :ACH/WIPS Deposit | 2,690.00 | 07/31/2025 |
| 06/30/2025 | 388 | :CC Deposit | 2,020.00 | 07/31/2025 |
| 07/01/2025 | 390 | :ACH/WIPS Deposit | 3,105.00 | 07/31/2025 |
| 07/01/2025 | 391 | :CC Deposit | 6,080.00 | 07/31/2025 |
| 07/02/2025 | 393 | :CC Deposit | 2,055.24 | 07/31/2025 |
| 07/02/2025 | 3059 | 290300704 | 7,285.00 | 07/31/2025 |
| 07/02/2025 | 392 | :ACH Deposit | 2,671.67 | 07/31/2025 |
| 07/03/2025 | 394 | :CC Deposit | 1,402.00 | 07/31/2025 |
| 07/03/2025 | 3065 | | 29,920.00 | 07/31/2025 |
| 07/03/2025 | 3066 | ach part of $30995 | 1,075.00 | 07/31/2025 |
| 07/05/2025 | 395 | :CC Deposit | 2,998.00 | 07/31/2025 |
| 07/05/2025 | 3072 | starion 294610690 | 450.00 | 08/29/2025 |
| 07/07/2025 | 396 | :ACH Deposit | 300.00 | 07/31/2025 |
| 07/09/2025 | 398 | :CC Deposit | 400.00 | 07/31/2025 |
| 07/09/2025 | 397 | :ACH Deposit | 1,280.00 | 07/31/2025 |
| 07/10/2025 | 3060 | starion 291143996 | 1,314.16 | 07/31/2025 |
| 07/10/2025 | 3061 | starion 291145061 | 1,090.00 | 07/31/2025 |
| 07/11/2025 | 400 | :CC Deposit | 1,010.00 | 07/31/2025 |
| 07/11/2025 | 399 | :ACH Deposit | 765.00 | 07/31/2025 |
| 07/15/2025 | 401 | :CC Deposit | 690.00 | 07/31/2025 |
| 07/18/2025 | 3062 | starion 292011341 | 6,462.49 | 07/31/2025 |
| 07/18/2025 | 3063 | starion 292014379 | 1,978.33 | 07/31/2025 |
| 07/18/2025 | 3064 | ach | 975.00 | 07/31/2025 |
| 07/21/2025 | 3068 | ach | 80.00 | 07/31/2025 |
| 07/21/2025 | 3076 | ach catchup | 1,090.00 | 07/31/2025 |
| 07/29/2025 | 403 | :CC Deposit | 1,010.00 | 08/29/2025 |
| 07/29/2025 | 402 | :ACH Deposit | 2,180.00 | 08/29/2025 |
| 07/30/2025 | 404 | :CC Deposit | 1,010.00 | 08/29/2025 |
| 07/31/2025 | 406 | :CC Deposit | 995.00 | 08/29/2025 |
| 07/31/2025 | 3070 | starion 293854701 | 1,365.00 | 08/29/2025 |
| 07/31/2025 | 405 | :ACH Deposit | 1,060.00 | 08/29/2025 |
| 08/01/2025 | 409 | :ACH/WIPS Deposit | 6,808.33 | 08/29/2025 |
| 08/01/2025 | 410 | :CC Deposit | 5,538.38 | 08/29/2025 |
| 08/03/2025 | 411 | :CC Deposit | 1,486.00 | 08/29/2025 |
| 08/03/2025 | 3077 | | 29,175.00 | 08/29/2025 |
| 08/03/2025 | 3078 | PART OF LARGE ACH BATCH | 3,060.00 | 08/29/2025 |
| 08/04/2025 | 412 | :CC Deposit | 491.00 | 08/29/2025 |
| 08/04/2025 | 3069 | starion 293854003 | 8,911.51 | 08/29/2025 |
| 08/05/2025 | 414 | :CC Deposit | 2,118.00 | 08/29/2025 |
| 08/05/2025 | 413 | :ACH Deposit | 980.00 | 08/29/2025 |
| 08/07/2025 | 415 | :ACH Deposit | 1,280.00 | 08/29/2025 |
| 08/11/2025 | 3073 | starion 294611707 | 8,296.67 | 08/29/2025 |
| 08/11/2025 | 3074 | starion 294614559 | 2,773.61 | 08/29/2025 |
| 08/12/2025 | 416 | :CC Deposit | 490.00 | 08/29/2025 |
| 08/13/2025 | 3075 | starion 294869004 | 1,531.28 | 08/29/2025 |

**GO1 DIP**
**Bank Rec In-Progress Report**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 08/21/2025 | 417 | :CC Deposit | 351.60 | 08/29/2025 |
| **Total Cleared Deposits** | | | **530,226.19** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 01/30/2025 | 300 | yardi | -0.10 | 01/31/2025 |
| 02/03/2025 | 301 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 302 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | 304 | STARION FINANCIAL | -10.00 | 02/28/2025 |
| 02/28/2025 | 303 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | RC 31389 | Returned item PAIGE HALL | -990.00 | 02/28/2025 |
| 02/14/2025 | JE 4011 | :Prog Gen Move Out transfer (VERNA OLSON) - Receipt #31568 | 955.00 | 02/28/2025 |
| 02/14/2025 | JE 4012 | :Prog Gen Move Out transfer (KYLE WISSEMAN) - Receipt #31569 | 955.00 | 02/28/2025 |
| 04/14/2025 | JE 4094 | Tx RE Escrow to checking for 4/31 pymt | 38,247.48 | 05/30/2025 |
| 04/14/2025 | JE 4101 | Crandall's eviction deposit, moved to checking to use for bills. Reverse when deposit is fully "returned" when re-rented and deposit is "returned" on yardi tenant screen. | 910.00 | 04/30/2025 |
| 04/14/2025 | JE 4100 | :Prog Gen Move Out transfer (SELMER HATLESTAD) - Receipt #32174 | 1,025.00 | 04/30/2025 |
| 05/13/2025 | RC 32490 | Returned item TARYN OPDAHL | -1,010.00 | 05/30/2025 |
| 05/14/2025 | JE 4136 | :Prog Gen Move Out transfer (PAIGE HALL) - Receipt #32494 | 570.00 | 05/30/2025 |
| 05/14/2025 | JE 4135 | :Prog Gen Move Out transfer (PAIGE HALL) - Receipt #32493 | 1,090.00 | 05/30/2025 |
| 05/14/2025 | JE 4137 | :Prog Gen Move Out transfer (HELGA MYERS) - Receipt #32497 | 955.00 | 05/30/2025 |
| 05/15/2025 | JE 4142 | :PostRecurring RE Tax Escrow (payable 10/31) | -5,463.93 | 05/30/2025 |
| 06/30/2025 | 305 | STARION FINANCIAL | -0.75 | 06/30/2025 |
| 06/13/2025 | JE 4156 | :Prog Gen Move Out transfer (REAGAN CRANDALL) - Receipt #32824 | 910.00 | 06/30/2025 |
| 06/13/2025 | JE 4157 | :Prog Gen Move Out transfer (ZIHUI GONG) - Receipt #32825 | 925.00 | 06/30/2025 |
| 06/13/2025 | JE 4158 | :Prog Gen Move Out transfer (JESSE HEER) - Receipt #32826 | 925.00 | 06/30/2025 |
| 06/13/2025 | JE 4159 | :Prog Gen Move Out transfer (BLAKE THEISEN) - Receipt #32827 | 750.00 | 06/30/2025 |
| 06/13/2025 | JE 4160 | :Prog Gen Move Out transfer (JORDAN NIERMAN) - Receipt #32828 | 925.00 | 06/30/2025 |
| 06/15/2025 | JE 4163 | | -20.00 | 06/30/2025 |
| 06/15/2025 | JE 4177 | :PostRecurring RE Tax Escrow (payable 10/31) | -5,463.93 | 06/30/2025 |
| 06/30/2025 | JE 4181 | | -910.00 | 06/30/2025 |
| 07/31/2025 | 306 | STARION FINANCIAL | -1.25 | 07/31/2025 |
| 07/07/2025 | RC 32914 | Returned item t0000919 | -1,010.00 | 07/31/2025 |
| 07/11/2025 | JE 4170 | wire tx fee; repay to Parkside | -20.00 | 08/29/2025 |
| 07/14/2025 | JE 4189 | :Prog Gen Move Out transfer (ALLIE WEISS) - Receipt #33072 | 910.00 | 07/31/2025 |
| 07/14/2025 | JE 4190 | :Prog Gen Move Out transfer (ALEXIS WILLETT) - Receipt #33073 | 925.00 | 07/31/2025 |
| 07/14/2025 | JE 4179 | :Prog Gen Move Out transfer (COLE GILSDORF) - Receipt #33067 | 1,010.00 | 07/31/2025 |

**GO1 DIP**
**Bank Rec In-Progress Report**

| 08/08/2025 | 307 | STARION FINANCIAL | -5.00 | 08/29/2025 |
| 08/29/2025 | 308 | STARION FINANCIAL | -1.50 | 08/29/2025 |
| 08/03/2025 | RC 33470 | Returned item AVERY REMMERDE | -1,075.00 | 08/29/2025 |
| 08/14/2025 | JE 4208 | Mehlhoff security deposit was in 1 check with prorated rent. Deposited to 1111, tx sec. dep to the 2111 acct. | 1,010.00 | 08/29/2025 |
| 08/14/2025 | JE 4204 | :Prog Gen Move Out transfer (ETHAN WELLNITZ)  - Receipt #33440 | 1,010.00 | 08/29/2025 |
| 08/14/2025 | JE 4205 | :Prog Gen Move Out transfer (DWIGHT FEENSTRA)  - Receipt #33441 | 910.00 | 08/29/2025 |
| 08/14/2025 | JE 4206 | :Prog Gen Move Out transfer (THA DAH HTOO)  - Receipt #33442 | 910.00 | 08/29/2025 |
| 08/14/2025 | JE 4207 | :Prog Gen Move Out transfer (MARISSA ROBER)  - Receipt #33443 | 1,010.00 | 08/29/2025 |

**Total Cleared Other Items**                              **40,796.02**

**Balance Sheet**

Owner =  Generations On 1st (all properties)

Month = Aug 2025

Book = Cash

| ACCOUNT | | CURRENT BALANCE |
|---|---|---|
| 1111 | Generations Apartment DIP Checking | 63,317.35 |
| 1131 | Generations Real Estate Tax Escrow | 27,319.65 |
| **1150** | **Total DIP Checking Account** | **90,637.00** |
| | | |
| 1151 | TIF Value | 1,973,040.51 |
| 1153 | Generations Security Deposit Savings Acct | 76,969.74 |
| 1155 | The Dakota Bankruptcy Firm Trust | 90,592.04 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 13,321,518.81 |
| 1630 | Appliances/AC | 344,481.19 |
| 1700 | Land | 834,000.00 |
| 1710 | Total Property and Equipment | 14,500,000.00 |
| | | |
| **1990** | **Total Assets** | **16,731,239.29** |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | Liabilities | |
| 2111 | Generations Security Deposits DIP Acct | 76,969.74 |
| 2700 | Mortgage 1st | 10,724,260.12 |
| 2705 | TIF Mortgage | 1,973,040.51 |
| 2990 | Total Liabilities | 12,620,330.89 |
| | | |
| 3000 | Capital | |
| 3200 | Owner Contribution | 14,675.45 |
| 3800 | Retained Earnings | 4,096,232.95 |
| 3890 | Total Capital | 4,110,908.40 |
| | | |
| **3990** | **Total Liabilities & Capital** | **16,731,239.29** |

9/15/2025 10:35 AM

**12 Months Cash Flow Statement**

Owner =  Generations On 1st (all properties)

Month = Aug 2025

Book = Cash

| ACCOUNT | | Aug 2025 | Total |
|---|---|---:|---:|
| **4000** | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 78,840.00 | 78,840.00 |
| 4600 | Garage Income | 2,940.00 | 2,940.00 |
| 4601 | Storage Unit Income | 160.00 | 160.00 |
| 4710 | Less: Incentives | -825.00 | -825.00 |
| 4715 | Less:  HME Incentives | -115.00 | -115.00 |
| 4720 | Delinquency | -1,242.12 | -1,242.12 |
| 4730 | Less: Vacancy | -236.50 | -236.50 |
| 4810 | Plus: Prepaid Rent/HOA | 4,880.00 | 4,880.00 |
| 4990 | Net Rent/HOA Income | 84,401.38 | 84,401.38 |
| | | | |
| 5990 | Total Income | 84,401.38 | 84,401.38 |
| | | | |
| **6000** | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 153.00 | 153.00 |
| 6210 | Repairs/Maintenance | -316.00 | -316.00 |
| 6220 | Painting/Decorating | -89.00 | -89.00 |
| 6236 | Elevator | 477.36 | 477.36 |
| 6242 | Carpet Cleaning | 237.17 | 237.17 |
| 6250 | Appliances/Laundry | 1,249.19 | 1,249.19 |
| 6260 | Resident Manager | 777.72 | 777.72 |
| 6270 | Lawn/Grounds | 185.85 | 185.85 |
| 6290 | Janitorial | 1,079.53 | 1,079.53 |
| 6990 | Total Maintenance Expenses | 3,754.82 | 3,754.82 |
| | | | |
| 7000 | Operating Expenses | | |
| 7010 | Offsite Office Rent | 1,312.50 | 1,312.50 |
| 7030 | Offsite Office Utilities | 79.02 | 79.02 |

**Page 1 of 2**

9/15/2025 10:35 AM

### 12 Months Cash Flow Statement

Owner =  Generations On 1st (all properties)

Month = Aug 2025

Book = Cash

| ACCOUNT | | Aug 2025 | Total |
|---|---|---:|---:|
| 7040 | Offsite Office Equip/Supplies | 214.56 | 214.56 |
| 7055 | Advertising/Marketing | 649.00 | 649.00 |
| 7057 | Software Fee | 73.00 | 73.00 |
| 7060 | Leasing Commissions (payout) | 600.00 | 600.00 |
| 7130 | Internet & Phone Costs/Service | 37.43 | 37.43 |
| 7400 | Property Management | 4,220.07 | 4,220.07 |
| 7440 | Insurance | 2,997.71 | 2,997.71 |
| 7800 | Electricity-Vacant | 213.45 | 213.45 |
| 7801 | Electricity-Building | 638.85 | 638.85 |
| 7861 | Gas-Building | 342.85 | 342.85 |
| 7870 | Water & Sewer | 3,628.91 | 3,628.91 |
| 7990 | Total Operating Expenses | 15,007.35 | 15,007.35 |
| | | | |
| 8001 | Other Expenses | | |
| 8004 | Misc. PM Fees | 500.00 | 500.00 |
| 8005 | Misc Professional Fees | 200.00 | 200.00 |
| 8006 | Manager Oversite $45/unit | 3,285.00 | 3,285.00 |
| 8020 | Total Other Expenses | 3,985.00 | 3,985.00 |
| | | | |
| 8990 | Total Expenses | 22,747.17 | 22,747.17 |
| | | | |
| **9090** | **NET INCOME** | **61,654.21** | **61,654.21** |
| | | | |
| | ADJUSTMENTS | | |
| 2700 | Mortgage 1st | -35,000.00 | -35,000.00 |
| | | | |
| | TOTAL ADJUSTMENTS | -35,000.00 | -35,000.00 |
| | | | |
| | CASH FLOW | 26,654.21 | 26,654.21 |