UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>          Debtor. | Case No.:  25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>          Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

## NOTES ACCOMPANYING AUGUST MONTHLY OPERATING REPORT FOR PARKSIDE PLACE, LLC

1.    **Cash Balance Beginning of the Month.** At the beginning of the month, the checking account holds $63,023.26, while the IOLTA account holds $73,500.00, totaling $136,523.26.

2.    **Total Receipts.** According to the August Starion Bank Statement, total credits amounted to $43,066.12. This figure includes a $20.00 bank fee refund, a $925.00 security deposit return, and a $1,025.00 rent deposit, totaling $1,970.00 in non-operating items. After excluding these items, the receipts reported on the Monthly Operating Report ("MOR") are $41,096.12

3.    **Total Disbursements.** According to the August Starion Bank statement, total disbursements amounted to $30,236.23. This figure includes a returned payment of $1,025.00, which is not treated as an operating disbursement. After excluding this item, the net operating disbursement reported on the MOR are $29,211.23

4.    **Cash Balance End of Month.** The MOR reflects a month-end cash balance of $148,408.00. Adding back the $20.00 bank fee refund and $925.00 security deposit receipt brings the total to $149,353.15, matching the combined balance of $75,853.15 in the Starion account and

1

$73,500.00 in the IOLTA account.

5.     **Accounts Receivable.** The reported accounts receivable balance reflects amounts owed by tenants for late fee charges.

6.     **Summary of New Leases Signed, Short Cancel Notification, and Lease Ended.** As of the end of August, the tenant in unit #2301 vacated the premises. There were no new leases signed, no notices to vacate received, and no short-term cancellations or evictions initiated or pending.

7.     **Balance Sheet.** The Debtor is currently unable to adjust the mortgage balances reflected on the balance sheets due to the continued lack of documentation regarding how payments have been applied during: (i) the pendency of this Chapter 11 case, (ii) the prior receivership, and (iii) the prepetition assignment of rents. Without this information, the Debtor is unable to accurately reconcile the outstanding mortgage obligations.

8.     **Insurance Payment and Budget.** The renewal invoice for property insurance did not generate by August 31 but was issued the first week of September. Consistent with the carrier's standard practice, the initial renewal billing includes a combined premium for both August and September. Although the payment is not due until September 28, the Debtor issued a check in August and recorded the expense as an escrowed disbursement to reflect the August liability and avoid budget irregularities in September due to the doubled premium.

9.     **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly set off by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the

2

TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.



# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 08/29/2025**

PARKSIDE PLACE LLC                                    Page 1 of 6
Customer Number:

>001488 6063728 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

| | Managing Your Accounts | |
|---|---|---|
| 🏛 Branch | 2754 Brandt Dr S Fargo, ND 58104 | |
| 👤 Phone | 701.281.5600 | |
| 💻 Website | Starionbank.com | |

---

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | ███████ | $75,853.15 |

## ND STAR CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/01/2025 | Beginning Balance | $63,023.26 |
| | 22 Credit(s) This Period | $43,066.12 — 41,096.12 |
| | 17 Debit(s) This Period | $30,236.23 — 29,211.23 |
| 08/29/2025 | Ending Balance | $75,853.15 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 08/01/2025 | CPBUSINESSMANAGE Settlement 000024564648874 | $1,025.00 |
| 08/04/2025 | CP BUSINESS MANA ParkRentCA XXXXX6888 | $4,589.19 |
| 08/04/2025 | CP BUSINESS MANA ParkRent XXXXX6888 | $7,045.00 |
| 08/04/2025 | EDEPOSIT | $4,770.00 |
| 08/06/2025 | CPBUSINESSMANAGE Settlement 000024594438706 | $500.00 |
| 08/06/2025 | YARDI CARD DEP 1112Transf XXXXX9941 | $940.00 |
| 08/07/2025 | YARDI CARD DEP 1112Transf XXXXX5325 | $1,965.00 |
| 08/07/2025 | YARDI CARD DEP 1112Transf XXXXX0547 | $4,060.00 |
| 08/07/2025 | CPBUSINESSMANAGE Settlement 000024618204330 | $6,010.00 |
| 08/08/2025 | YARDI CARD DEP 1112Transf XXXXX2859 | $525.00 |
| 08/08/2025 | CPBUSINESSMANAGE Settlement 000024651215382 | $2,000.00 |
| 08/11/2025 | YARDI CARD DEP 1112Transf XXXXX1342 | $1,025.00 |
| 08/11/2025 | EDEPOSIT | $1,025.00 |
| 08/11/2025 | EDEPOSIT | $3,075.00 |
| 08/13/2025 | EDEPOSIT | $964.83 |
| 08/14/2025 | YARDI CARD DEP 1112Transf XXXXX5562 | $826.50 |
| 08/15/2025 | 805852 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8666 ON 8/15/25 | $20.00 |
| 08/15/2025 | 779503 ONLINE BANKING DEPOSIT FROM ND SAVINGS NON PE XXXXXX8658 ON 8/15/25 | $925.00 |
| 08/21/2025 | YARDI CARD DEP 1112Transf XXXXX4064 | $350.00 |
| 08/26/2025 | CPBUSINESSMANAGE Settlement 000024773068202 | $50.00 |

*(handwritten annotations: "6020 + 1025" near 08/04/2025; "Bot Deposit Return" near 08/15/2025 $925.00)*



Member
**FDIC**
EQUAL HOUSING LENDER

PARKSIDE PLACE LLC     Statement Ending 08/29/2025     Page 2 of 6

---

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

---

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

---

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | | |
|---|---|---|
| **NEW BALANCE** | $ | |
| TRANSFER AMOUNT FROM OTHER SIDE | | |
| **ADD** | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | |
| **SUB TOTAL** | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
| **NUMBER** | **AMOUNT** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL CHECKS NOT LISTED** → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | | |
| **BALANCE** | $ | |
| THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE | | |



**Starion Bank**

PO Box 848
Mandan, ND 58554

*Statement Ending 08/29/2025*

PARKSIDE PLACE LLC

*Page 3 of 6*

Customer Number:

## ND STAR CHECKING - _____ ,continued)

### Other Credits (continued)

| Date | Description | Amount |
|---|---|---|
| 08/27/2025 | EDEPOSIT | $800.60 |
| 08/28/2025 | YARDI CARD DEP 1112Transf XXXXX3361 | $575.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 08/07/2025 | CPBUSINESSMANAGE Return 000024660456798 | $1,025.00 |

*Salgado*

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 20111 | 08/05/2025 | $1,699.41 | 20117 | 08/19/2025 | $424.80 | 20124 | 08/12/2025 | $4,798.63 |
| 20112 | 08/04/2025 | $1,755.00 | 20118 | 08/06/2025 | $22.14 | 20126* | 08/19/2025 | $162.49 |
| 20113 | 08/05/2025 | $247.51 | 20119 | 08/06/2025 | $368.12 | 20127 | 08/21/2025 | $96.00 |
| 20114 | 08/04/2025 | $6.26 | 20121* | 08/18/2025 | $78.75 | 20129* | 08/29/2025 | $1,755.00 |
| 20115 | 08/14/2025 | $430.11 | 20122 | 08/13/2025 | $2,354.01 | | | |
| 20116 | 08/11/2025 | $513.00 | 20123 | 08/15/2025 | $14,500.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/01/2025 | $64,048.26 | 08/11/2025 | $95,941.01 | 08/19/2025 | $75,928.55 |
| 08/04/2025 | $78,691.19 | 08/12/2025 | $91,142.38 | 08/21/2025 | $76,182.55 |
| 08/05/2025 | $76,744.27 | 08/13/2025 | $89,753.20 | 08/26/2025 | $76,232.55 |
| 08/06/2025 | $77,794.01 | 08/14/2025 | $90,149.59 | 08/27/2025 | $77,033.15 |
| 08/07/2025 | $88,804.01 | 08/15/2025 | $76,594.59 | 08/28/2025 | $77,608.15 |
| 08/08/2025 | $91,329.01 | 08/18/2025 | $76,515.84 | 08/29/2025 | $75,853.15 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



PARKSIDE PLACE LLC                                Statement Ending 08/29/2025                                Page 4 of 6



#20111          08/05/2025          $1,699.41



#20112          08/04/2025          $1,755.00



#20113          08/05/2025          $247.51



#20114          08/04/2025          $6.26



#20115          08/14/2025          $430.11



#20116          08/11/2025          $513.00



#20117          08/19/2025          $424.80



#20118          08/06/2025          $22.14

#20119          08/06/2025          $368.12



#20121          08/18/2025          $78.75

**Starion Bank**

PO Box 848
Mandan, ND 58554

PARKSIDE PLACE LLC                                    Page 5 of 6
Customer Number:



#20122          08/13/2025                    $2,354.01



#20123          08/15/2025                    $14,500.00



#20124          08/12/2025                    $4,798.63



#20126          08/19/2025                    $162.49



#20127          08/21/2025                    $96.00



#20129          08/29/2025                    $1,755.00

01488 404.3726 003179 004.457 0003/0003

PARKSIDE PLACE LLC                          Statement Ending 08/29/2025                          Page 6 of 6

Starionbank.com

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 09/01/2025**

*PARKSIDE PLACE LLC*                                    Page 1 of 4
**Customer Number:**

>001015 6014679 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

ıılıljlılıılıılılılıllllllllllıllllırlıllıllllllll




## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |



## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | ████████ | $41,084.64 |

# REGULAR SAVINGS NON PERS -

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/01/2025 | **Beginning Balance** | **$41,634.64** |
| | 4 Credit(s) This Period | $5,400.00 |
| | 4 Debit(s) This Period | $5,950.00 |
| 09/01/2025 | **Ending Balance** | **$41,084.64** |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01/2025 | **Beginning Balance** | | | **$41,634.64** |
| 07/10/2025 | EDEPOSIT | | $1,025.00 | $42,659.64 |
| 07/14/2025 | 119494 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8688 ON 7/14/25 | | $1,675.00 | $44,334.64 |
| 07/14/2025 | 120056 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8688 ON 7/14/25 | | $1,675.00 | $46,009.64 |
| 07/14/2025 | 118865 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 7/14/25 | $1,675.00 | | $44,334.64 |
| 07/14/2025 | 119430 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 7/14/25 | $1,675.00 | | $42,659.64 |
| 07/14/2025 | 120586 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 7/14/25 | $1,675.00 | | $40,984.64 |
| 07/31/2025 | EDEPOSIT | | $1,025.00 | $42,009.64 |
| 08/15/2025 | 779503 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 8/15/25 | $925.00 | | $41,084.64 |
| 09/01/2025 | **Ending Balance** | | | **$41,084.64** |



Member
**FDIC**

PARKSIDE PLACE LLC                                     Statement Ending 09/01/2025                                     Page 2 of 4

---

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

**What To Do If You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

---

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At this point, if we think you owe an amount and you do not pay we may report you as delinquent.

---

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| | DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | | |
| | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

# Starion Bank

PO Box 848
Mandan, ND 58554

## REGULAR SAVINGS NON PERS - _____ (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Statement Ending 09/01/2025

Starionbank.com

017736 1984130 0000000 037080 074160 02/02

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

**Balance Per Bank Statement as of 08/31/2025**                                                    **0.00**

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 05/31/2025 | 20076 | ELITE DRAIN & SEWER | 283.55 |
| 07/15/2025 | 20109 | BRADLEY WARNS | 204.25 |
| 07/31/2025 | 20120 | JORDAN BERNDT | 30.00 |
| 08/14/2025 | 20125 | BOT | 725.00 |
| 08/20/2025 | 20128 | BOT | 200.00 |
| 08/31/2025 | 20130 | Alexis Burbach | 156.26 |
| 08/31/2025 | 20131 | CP BUSINESS MANAGEMENT | 4,878.87 |
| 08/31/2025 | 20132 | JORDAN BERNDT | 30.00 |
| 08/31/2025 | 20133 | LIBBY BURGHARDT | 70.00 |
| 08/31/2025 | 20135 | AMERICAN CARPET CARE, INC | 132.75 |
| 08/31/2025 | 20136 | AUTOMATIC BUILDING CONTROLS | 318.60 |
| 08/31/2025 | 20137 | BLUEPEAK | 247.51 |
| 08/31/2025 | 20138 | HOMEMAKER'S VILLA | 2,078.76 |
| 08/31/2025 | 20139 | NARDINI / PYE BARKER | 294.17 |
| 08/31/2025 | 20140 | WHITE GLOVE CLEANING | 245.68 |
| 08/31/2025 | 20141 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,548.82 |
| 08/31/2025 | 20142 | LIBERTY MUTUAL INSURANCE | 1,562.08 |
| **Less: Outstanding Checks** | | | **14,006.30** |

**Other Items**

| Date | Notes | | Amount |
|---|---|---|---|
| 01/31/2025 | JE 4027 | RE Tax Escrow (payable 4/31) | -6,903.87 |
| 02/15/2025 | JE 4028 | RE Tax Escrow (payable 4/31) | -3,950.00 |
| 03/15/2025 | JE 4029 | RE Tax Escrow (payable 4/31) | -6,903.87 |
| 05/15/2025 | JE 4143 | :PostRecurring RE Tax Escrow (payable 10 | -2,958.80 |
| 07/15/2025 | JE 4200 | :PostRecurring RE Tax Escrow (payable 10 | -2,958.80 |
| **Plus / Minus: Other Items** | | | **-23,675.34** |
| **Reconciled Bank Balance** | | | **-37,681.64** |

| **Balance per GL as of 08/31/2025** | | | **49,096.22** |
|---|---|---|---|
| **Reconciled Balance Per G/L** | | | **49,096.22** |

| **Difference** | | | **-86,777.86** |
|---|---|---|---|

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/31/2025 | 20003 | ACTIVE HEATING INC | 329.22 | 02/28/2025 |
| 01/31/2025 | 20004 | Alexis Burbach | 755.16 | 02/28/2025 |
| 01/31/2025 | 20005 | BLUEPEAK | 247.63 | 02/28/2025 |
| 01/31/2025 | 20006 | CP BUSINESS MANAGEMENT | 19.13 | 02/28/2025 |
| 01/31/2025 | 20007 | GLASS PRODUCTS | 334.16 | 02/28/2025 |
| 01/31/2025 | 20008 | JAXON SCHMIDT | 120.00 | 02/28/2025 |
| 01/31/2025 | 20009 | SETHS SCAPES | 260.19 | 02/28/2025 |
| 01/31/2025 | 20010 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,392.90 | 02/28/2025 |
| 01/31/2025 | 20011 | Mindy Craig | 11.25 | 02/28/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 01/31/2025 | 20013 | CP BUSINESS MANAGEMENT | 984.48 | 02/28/2025 |
| 01/31/2025 | 20014 | JESSE CRAIG | 849.03 | 02/28/2025 |
| 01/31/2025 | 20015 | CP BUSINESS MANAGEMENT | 38.00 | 02/28/2025 |
| 01/29/2025 | 20002 | Mindy Craig | 1,748.74 | 02/28/2025 |
| 02/12/2025 | 20012 | RED RIVER STATE BANK | 14,500.00 | 02/28/2025 |
| 02/27/2025 | 20016 | CP BUSINESS MANAGEMENT | 1,741.90 | 02/28/2025 |
| 02/28/2025 | 20017 | BRIANS GLASS AND DOOR | 175.00 | 03/31/2025 |
| 02/28/2025 | 20018 | GEORGES SANITATION | 207.09 | 03/31/2025 |
| 02/28/2025 | 20019 | DAKOTA CLEAN LLC | 159.30 | 03/31/2025 |
| 02/28/2025 | 20020 | WHITE GLOVE CLEANING | 424.80 | 03/31/2025 |
| 02/28/2025 | 20021 | Alexis Burbach | 894.85 | 03/31/2025 |
| 02/28/2025 | 20022 | BLUEPEAK | 247.63 | 03/31/2025 |
| 02/28/2025 | 20023 | JAXON SCHMIDT | 94.88 | 03/31/2025 |
| 02/28/2025 | 20024 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 1,889.21 | 03/31/2025 |
| 02/28/2025 | 20025 | CP BUSINESS MANAGEMENT | 4,275.13 | 03/31/2025 |
| 02/28/2025 | 20026 | JESSE CRAIG | 1,755.00 | 03/31/2025 |
| 02/28/2025 | 20028 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,922.06 | 03/31/2025 |
| 02/28/2025 | 20029 | LIBBY BURGHARDT | 262.50 | 03/31/2025 |
| 03/05/2025 | 20027 | RED RIVER STATE BANK | 14,500.00 | 03/31/2025 |
| 03/14/2025 | 20030 | JOHNSON | 300.00 | 03/31/2025 |
| 03/14/2025 | 20031 | NEWMAN | 943.50 | 03/31/2025 |
| 03/18/2025 | 20032 | CP BUSINESS MANAGEMENT | 1,699.41 | 03/31/2025 |
| 03/28/2025 | 20033 | JESSE CRAIG | 1,755.00 | 04/30/2025 |
| 03/31/2025 | 20034 | Alexis Burbach | 277.58 | 04/30/2025 |
| 03/31/2025 | 20035 | BLUEPEAK | 247.63 | 04/30/2025 |
| 03/31/2025 | 20036 | Capital One Commercial | 2.29 | 04/30/2025 |
| 03/31/2025 | 20037 | GEORGES SANITATION | 207.09 | 04/30/2025 |
| 03/31/2025 | 20038 | IKES WINDOW WASHING | 116.82 | 04/30/2025 |
| 03/31/2025 | 20039 | JAXON SCHMIDT | 120.00 | 04/30/2025 |
| 03/31/2025 | 20040 | SIGN PRO | 116.10 | 04/30/2025 |
| 03/31/2025 | 20041 | TURFWURX PROPERTY MAINTENANCE | 124.79 | 04/30/2025 |
| 03/31/2025 | 20042 | WHITE GLOVE CLEANING | 504.45 | 04/30/2025 |
| 03/31/2025 | 20043 | AUTOMATIC BUILDING CONTROLS | 923.94 | 04/30/2025 |
| 03/31/2025 | 20044 | Alexis Burbach | 497.55 | 04/30/2025 |
| 03/31/2025 | 20046 | CP BUSINESS MANAGEMENT | 5,173.20 | 04/30/2025 |
| 03/31/2025 | 20047 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,566.49 | 04/30/2025 |
| 03/31/2025 | 20045 | SCHUMACHER | 477.58 | 04/30/2025 |
| 03/31/2025 | 20050 | CP BUSINESS MANAGEMENT | 40.70 | 04/30/2025 |
| 04/10/2025 | 20048 | RED RIVER STATE BANK | 14,500.00 | 04/30/2025 |
| 04/14/2025 | 20049 | CODINGTON COUNTY TREASURER | 20,711.62 | 04/30/2025 |
| 04/16/2025 | 20051 | Alexis Burbach | 101.55 | 04/30/2025 |
| 04/16/2025 | 20052 | JAXON SCHMIDT | 45.00 | 04/30/2025 |
| 04/28/2025 | 20053 | CP BUSINESS MANAGEMENT | 1,741.90 | 04/30/2025 |
| 04/30/2025 | 20054 | BLUEPEAK | 247.77 | 05/30/2025 |
| 04/30/2025 | 20055 | Capital One Commercial | 30.83 | 05/30/2025 |
| 04/30/2025 | 20056 | DAKOTA CLEAN LLC | 1,375.29 | 05/30/2025 |
| 04/30/2025 | 20057 | ELITE DRAIN & SEWER | 283.55 | 05/30/2025 |
| 04/30/2025 | 20058 | GEORGES SANITATION | 207.09 | 05/30/2025 |
| 04/30/2025 | 20059 | LARRYS LUMBER, INC | 223.02 | 05/30/2025 |
| 04/30/2025 | 20060 | TURFWURX PROPERTY MAINTENANCE | 217.71 | 05/30/2025 |
| 04/30/2025 | 20061 | U.S. TRUSTEES | 339.00 | 05/30/2025 |
| 04/30/2025 | 20062 | WHITE GLOVE CLEANING | 451.35 | 05/30/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| Date | Number | Payee | Amount | Clear Date |
|---|---|---|---|---|
| 04/30/2025 | 20063 | Alexis Burbach | 607.60 | 05/30/2025 |
| 04/30/2025 | 20064 | CP BUSINESS MANAGEMENT | 4,324.26 | 05/30/2025 |
| 04/30/2025 | 20065 | JESSE CRAIG | 1,755.00 | 05/30/2025 |
| 04/30/2025 | 20066 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,553.73 | 05/30/2025 |
| 05/12/2025 | 20067 | RED RIVER STATE BANK | 14,500.00 | 05/30/2025 |
| 05/15/2025 | 20068 | Alexis Burbach | 621.14 | 05/30/2025 |
| 05/15/2025 | 20069 | BRADLEY WARNS | 64.00 | 05/30/2025 |
| 05/19/2025 | ACH ONLINE | U.S. TRUSTEES | 150.00 | 05/30/2025 |
| 05/28/2025 | 20070 | CP BUSINESS MANAGEMENT | 1,741.90 | 05/30/2025 |
| 05/31/2025 | 20071 | JESSE CRAIG | 1,755.00 | 06/30/2025 |
| 05/31/2025 | 20072 | Alexis Burbach | 121.86 | 06/30/2025 |
| 05/31/2025 | 20073 | BRADLEY WARNS | 64.00 | 06/30/2025 |
| 05/31/2025 | 20074 | AUTOMATIC BUILDING CONTROLS | 276.12 | 06/30/2025 |
| 05/31/2025 | 20077 | HOMEMAKER'S VILLA | 1,249.20 | 06/30/2025 |
| 05/31/2025 | 20078 | POPHAM CONSTRUCTION | 318.60 | 06/30/2025 |
| 05/31/2025 | 20079 | RUSCO WINDOW | 101.03 | 06/30/2025 |
| 05/31/2025 | 20080 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 06/30/2025 |
| 05/31/2025 | 20081 | WHITE GLOVE CLEANING | 658.84 | 06/30/2025 |
| 05/31/2025 | 20082 | DAKOTA CLEAN LLC | 318.60 | 06/30/2025 |
| 05/31/2025 | 20083 | GEORGES SANITATION | 207.09 | 06/30/2025 |
| 05/31/2025 | 20085 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,460.79 | 06/30/2025 |
| 05/31/2025 | 20086 | CP BUSINESS MANAGEMENT | 4,826.26 | 06/30/2025 |
| 05/31/2025 | 20084 | BLUEPEAK | 247.77 | 06/30/2025 |
| 06/11/2025 | 20087 | RED RIVER STATE BANK | 14,500.00 | 06/30/2025 |
| 06/13/2025 | 20088 | OSENDORF | 444.25 | 07/31/2025 |
| 06/15/2025 | 20089 | Alexis Burbach | 389.57 | 06/30/2025 |
| 06/15/2025 | 20090 | BRADLEY WARNS | 32.00 | 07/31/2025 |
| 06/30/2025 | 20091 | JESSE CRAIG | 1,755.00 | 07/31/2025 |
| 06/30/2025 | 20092 | Alexis Burbach | 169.26 | 07/31/2025 |
| 06/30/2025 | 20093 | BLUEPEAK | 247.77 | 07/31/2025 |
| 06/30/2025 | 20094 | BRADLEY WARNS | 256.00 | 07/31/2025 |
| 06/30/2025 | 20095 | BRIANS GLASS AND DOOR | 56.44 | 07/31/2025 |
| 06/30/2025 | 20096 | Capital One Commercial | 19.68 | 07/31/2025 |
| 06/30/2025 | 20097 | CP BUSINESS MANAGEMENT | 1,741.90 | 07/31/2025 |
| 06/30/2025 | 20098 | IKES WINDOW WASHING | 111.51 | 07/31/2025 |
| 06/30/2025 | 20099 | JORDAN BERNDT | 60.00 | 07/31/2025 |
| 06/30/2025 | 20100 | SCHUMACHER | 494.05 | 07/31/2025 |
| 06/30/2025 | 20101 | WHITE GLOVE CLEANING | 743.40 | 07/31/2025 |
| 06/30/2025 | 20102 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,523.96 | 07/31/2025 |
| 06/30/2025 | 20104 | CP BUSINESS MANAGEMENT | 4,701.56 | 07/31/2025 |
| 06/30/2025 | 20105 | LIBBY BURGHARDT | 105.00 | 07/31/2025 |
| 06/30/2025 | 20107 | CP BUSINESS MANAGEMENT | 125.00 | 07/31/2025 |
| 07/10/2025 | 20103 | RED RIVER STATE BANK | 14,500.00 | 07/31/2025 |
| 07/14/2025 | 20110 | SCHENKEL | 255.50 | 07/31/2025 |
| 07/15/2025 | 20108 | Alexis Burbach | 477.58 | 07/31/2025 |
| 07/25/2025 | 20111 | LIBERTY MUTUAL INSURANCE | 1,699.41 | 08/29/2025 |
| 07/31/2025 | 20112 | JESSE CRAIG | 1,755.00 | 08/29/2025 |
| 07/31/2025 | 20113 | BLUEPEAK | 247.51 | 08/29/2025 |
| 07/31/2025 | 20114 | CP BUSINESS MANAGEMENT | 6.26 | 08/29/2025 |
| 07/31/2025 | 20115 | GEORGES SANITATION | 430.11 | 08/29/2025 |
| 07/31/2025 | 20116 | U.S. TRUSTEES | 513.00 | 08/29/2025 |
| 07/31/2025 | 20117 | WHITE GLOVE CLEANING | 424.80 | 08/29/2025 |
| 07/31/2025 | 20118 | WMU WATERTOWN MUNICIPAL UTILITIES | 22.14 | 08/29/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 07/31/2025 | 20119 | Alexis Burbach | 368.12 | 08/29/2025 |
| 07/31/2025 | 20121 | LIBBY BURGHARDT | 78.75 | 08/29/2025 |
| 07/31/2025 | 20122 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,354.01 | 08/29/2025 |
| 07/31/2025 | 20124 | CP BUSINESS MANAGEMENT | 4,798.63 | 08/29/2025 |
| 08/11/2025 | 20123 | RED RIVER STATE BANK | 14,500.00 | 08/29/2025 |
| 08/15/2025 | 20126 | Alexis Burbach | 162.49 | 08/29/2025 |
| 08/15/2025 | 20127 | BRADLEY WARNS | 96.00 | 08/29/2025 |
| 08/29/2025 | 20129 | JESSE CRAIG | 1,755.00 | 08/29/2025 |
| **Total Cleared Checks** | | | **220,733.03** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 2023 | yardi test ach | 0.20 | 01/31/2025 |
| 01/30/2025 | 2025 | tx from 1110 | 1.00 | 01/31/2025 |
| 02/02/2025 | 202 | :CC Deposit | 2,940.00 | 02/28/2025 |
| 02/03/2025 | 203 | :ACH/WIPS Deposit | 4,520.00 | 02/28/2025 |
| 02/03/2025 | 204 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2012 | | 4,563.54 | 02/28/2025 |
| 02/03/2025 | 2016 | ACH BATCH 2/3/25 | 7,940.00 | 02/28/2025 |
| 02/03/2025 | 2018 | starion 273434019 | 925.00 | 02/28/2025 |
| 02/03/2025 | 2019 | starion 1490040068 | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2022 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 205 | :CC Deposit | 3,100.00 | 02/28/2025 |
| 02/05/2025 | 207 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/05/2025 | 206 | :ACH Deposit | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 2020 | starion 273962511 | 5,965.00 | 02/28/2025 |
| 02/06/2025 | 208 | :ACH Deposit | 970.00 | 02/28/2025 |
| 02/12/2025 | 2017 | | 925.00 | 02/28/2025 |
| 02/12/2025 | 2021 | | 925.00 | 02/28/2025 |
| 02/14/2025 | 210 | :ACH/WIPS Deposit | 567.00 | 02/28/2025 |
| 02/14/2025 | 2030 | :CC Deposit | 950.00 | 02/28/2025 |
| 02/19/2025 | 2024 | ach | 25.65 | 02/28/2025 |
| 02/24/2025 | 212 | :CC Deposit | 925.00 | 02/28/2025 |
| 02/28/2025 | 214 | :CC Deposit | 1,965.00 | 03/31/2025 |
| 02/28/2025 | 2036 | HME WIRE 2/2/25 | 4,759.12 | 02/28/2025 |
| 03/01/2025 | 218 | :CC Deposit | 2,950.00 | 03/31/2025 |
| 03/03/2025 | 220 | :ACH/WIPS Deposit | 7,045.00 | 03/31/2025 |
| 03/03/2025 | 221 | :CC Deposit | 850.00 | 03/31/2025 |
| 03/03/2025 | 2033 | | 4,589.19 | 03/31/2025 |
| 03/03/2025 | 2034 | | 6,890.00 | 03/31/2025 |
| 03/03/2025 | 2035 | ach | 980.00 | 03/31/2025 |
| 03/04/2025 | 213 | :ACH Deposit (2/28) | 2,835.00 | 03/31/2025 |
| 03/05/2025 | 223 | :CC Deposit | 1,025.00 | 03/31/2025 |
| 03/05/2025 | 2032 | starion 276961936 | 5,095.00 | 03/31/2025 |
| 03/05/2025 | 222 | :ACH Deposit | 1,025.00 | 03/31/2025 |
| 03/07/2025 | 224 | :ACH Deposit | 1,025.00 | 03/31/2025 |
| 03/20/2025 | 2037 | starion 278630839 | 925.00 | 03/31/2025 |
| 03/21/2025 | 225 | :CC Deposit | 1,315.48 | 03/31/2025 |
| 03/28/2025 | 2038 | starion 279536808 | 1,935.00 | 03/31/2025 |
| 03/28/2025 | 226 | :ACH Deposit | 1,895.00 | 04/30/2025 |
| 03/30/2025 | 228 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 03/31/2025 | 227 | :ACH Deposit | 200.00 | 04/30/2025 |
| 04/01/2025 | 230 | :ACH/WIPS Deposit | 3,965.00 | 04/30/2025 |
| 04/01/2025 | 231 | :CC Deposit | 4,030.59 | 04/30/2025 |
| 04/02/2025 | 233 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 04/02/2025 | 2039 | starion 280087307 | 1,025.00 | 04/30/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| Date | Number | Description | Amount | Date |
|---|---|---|---|---|
| 04/02/2025 | 232 | :ACH Deposit | 945.00 | 04/30/2025 |
| 04/03/2025 | 2040 | | 4,589.19 | 04/30/2025 |
| 04/03/2025 | 2041 | | 7,870.00 | 04/30/2025 |
| 04/04/2025 | 235 | :CC Deposit | 965.24 | 04/30/2025 |
| 04/04/2025 | 234 | :ACH Deposit | 1,025.00 | 04/30/2025 |
| 04/05/2025 | 236 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 04/07/2025 | 238 | :ACH/WIPS Deposit | 2,050.00 | 04/30/2025 |
| 04/09/2025 | 2042 | starion 280855745 | 4,995.00 | 04/30/2025 |
| 04/10/2025 | 239 | :CC Deposit | 925.00 | 04/30/2025 |
| 04/11/2025 | 240 | :ACH Deposit | 825.00 | 04/30/2025 |
| 04/12/2025 | 2045 | internal tx | 5.49 | 04/30/2025 |
| 04/28/2025 | 242 | :CC Deposit | 1,070.66 | 05/30/2025 |
| 04/28/2025 | 241 | :ACH Deposit | 1,895.00 | 05/30/2025 |
| 04/30/2025 | 2044 | starion | 2,562.55 | 05/30/2025 |
| 04/30/2025 | 243 | :ACH Deposit | 945.00 | 05/30/2025 |
| 05/01/2025 | 245 | :ACH/WIPS Deposit | 6,015.00 | 05/30/2025 |
| 05/01/2025 | 246 | :CC Deposit | 2,990.00 | 05/30/2025 |
| 05/02/2025 | 248 | :CC Deposit | 2,890.00 | 05/30/2025 |
| 05/02/2025 | 247 | :ACH Deposit | 1,025.00 | 05/30/2025 |
| 05/04/2025 | 250 | :CC Deposit | 925.00 | 05/30/2025 |
| 05/04/2025 | 2049 | | 4,589.19 | 05/30/2025 |
| 05/04/2025 | 2050 | | 5,920.00 | 05/30/2025 |
| 05/04/2025 | 2053 | PART OF LARGE ACH BATCH | 1,950.00 | 05/30/2025 |
| 05/05/2025 | 251 | :CC Deposit | 1,025.00 | 05/30/2025 |
| 05/05/2025 | 2046 | starion 283701532 | 2,050.00 | 05/30/2025 |
| 05/05/2025 | 249 | :ACH Deposit | 1,025.00 | 05/30/2025 |
| 05/06/2025 | 252 | :ACH Deposit | 1,325.00 | 05/30/2025 |
| 05/09/2025 | 2047 | starion 284321166 | 1,920.00 | 05/30/2025 |
| 05/11/2025 | 2051 | RE-RUN ACH | 1,025.00 | 05/30/2025 |
| 05/12/2025 | 2052 | FROM NSF FEE | 50.00 | 05/30/2025 |
| 05/12/2025 | 253 | :ACH Deposit | 725.00 | 05/30/2025 |
| 05/13/2025 | 2048 | starion 284667948 | 1,025.00 | 05/30/2025 |
| 05/16/2025 | 254 | :CC Deposit | 88.29 | 05/30/2025 |
| 05/24/2025 | 2061 | | 392.76 | 06/30/2025 |
| 05/29/2025 | 256 | :ACH Deposit | 970.00 | 06/30/2025 |
| 05/31/2025 | 257 | :ACH Deposit | 945.00 | 06/30/2025 |
| 06/01/2025 | 260 | :CC Deposit | 5,840.00 | 06/30/2025 |
| 06/02/2025 | 262 | :ACH/WIPS Deposit | 6,019.25 | 06/30/2025 |
| 06/02/2025 | 263 | :CC Deposit | 2,050.00 | 06/30/2025 |
| 06/02/2025 | 2054 | starion 286883171 | 1,147.00 | 06/30/2025 |
| 06/02/2025 | 2055 | starion 286883474 | 3,045.00 | 06/30/2025 |
| 06/03/2025 | 265 | :CC Deposit | 1,157.24 | 06/30/2025 |
| 06/03/2025 | 2064 | starion ACH | 4,589.19 | 06/30/2025 |
| 06/03/2025 | 2065 | ACH | 6,845.00 | 06/30/2025 |
| 06/03/2025 | 264 | :ACH Deposit | 925.00 | 06/30/2025 |
| 06/04/2025 | 266 | :CC Deposit | 1,025.00 | 06/30/2025 |
| 06/05/2025 | 267 | :ACH Deposit | 1,025.00 | 06/30/2025 |
| 06/09/2025 | 2056 | starion 287712932 | 2,050.00 | 06/30/2025 |
| 06/09/2025 | 2057 | starion 287717631 | 230.74 | 06/30/2025 |
| 06/10/2025 | 268 | :ACH Deposit | 500.00 | 06/30/2025 |
| 06/11/2025 | 2058 | staion 287987265 | 2,050.00 | 06/30/2025 |
| 06/12/2025 | 269 | :CC Deposit | 61.94 | 06/30/2025 |
| 06/12/2025 | 2066 | ACH | 100.00 | 06/30/2025 |
| 06/18/2025 | 270 | :CC Deposit | 1,025.00 | 06/30/2025 |
| 06/30/2025 | 272 | :ACH/WIPS Deposit | 1,223.42 | 07/31/2025 |
| 07/01/2025 | 275 | :ACH/WIPS Deposit | 4,970.00 | 07/31/2025 |
| 07/01/2025 | 276 | :CC Deposit | 4,060.00 | 07/31/2025 |

**PARKSIDE DIP APT**

**Bank Rec In-Progress Report**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 07/02/2025 | 277 | :CC Deposit | 3,930.00 | 07/31/2025 |
| 07/02/2025 | 2060 | | 4,070.00 | 07/31/2025 |
| 07/03/2025 | 279 | :CC Deposit | 925.00 | 07/31/2025 |
| 07/03/2025 | 2068 | | 4,589.19 | 07/31/2025 |
| 07/03/2025 | 2069 | | 6,020.00 | 07/31/2025 |
| 07/03/2025 | 278 | :ACH Deposit | 975.00 | 07/31/2025 |
| 07/05/2025 | 281 | :CC Deposit | 1,025.00 | 07/31/2025 |
| 07/07/2025 | 280 | :ACH Deposit | 2,050.00 | 07/31/2025 |
| 07/09/2025 | 282 | :ACH Deposit | 1,550.00 | 07/31/2025 |
| 07/10/2025 | 2063 | starion 291143991 | 1,090.00 | 07/31/2025 |
| 07/18/2025 | 2067 | starion 292008026 | 2,876.75 | 07/31/2025 |
| 07/21/2025 | 283 | :ACH Deposit | 1,045.20 | 07/31/2025 |
| 07/28/2025 | 284 | :ACH Deposit | 1,025.00 | 08/29/2025 |
| 07/31/2025 | 286 | :CC Deposit | 940.00 | 08/29/2025 |
| 07/31/2025 | 285 | :ACH Deposit | 500.00 | 08/29/2025 |
| 08/01/2025 | 288 | :ACH/WIPS Deposit | 6,010.00 | 08/29/2025 |
| 08/01/2025 | 289 | :CC Deposit | 4,060.00 | 08/29/2025 |
| 08/02/2025 | 290 | :CC Deposit | 1,965.00 | 08/29/2025 |
| 08/03/2025 | 2074 | | 4,589.19 | 08/29/2025 |
| 08/03/2025 | 2075 | | 6,020.00 | 08/29/2025 |
| 08/03/2025 | 2076 | PART OF LARGE ACH BATCH | 1,025.00 | 08/29/2025 |
| 08/04/2025 | 292 | :ACH/WIPS Deposit | 2,000.00 | 08/29/2025 |
| 08/04/2025 | 293 | :CC Deposit | 525.00 | 08/29/2025 |
| 08/04/2025 | 2070 | starion 293854456 | 4,770.00 | 08/29/2025 |
| 08/05/2025 | 294 | :CC Deposit | 1,025.00 | 08/29/2025 |
| 08/08/2025 | 295 | :CC Deposit | 826.50 | 08/29/2025 |
| 08/11/2025 | 2071 | starion 294608237 | 3,075.00 | 08/29/2025 |
| 08/11/2025 | 2072 | starion 294615068 | 1,025.00 | 08/29/2025 |
| 08/13/2025 | 2073 | starion 294869005 | 964.83 | 08/29/2025 |
| 08/15/2025 | 2082 | BANK FEE TX FROM GEN | 20.00 | 08/29/2025 |
| 08/16/2025 | 296 | :CC Deposit | 350.00 | 08/29/2025 |
| 08/20/2025 | 297 | :ACH Deposit | 50.00 | 08/29/2025 |
| 08/22/2025 | 298 | :CC Deposit | 575.00 | 08/29/2025 |
| 08/27/2025 | 2077 | starion 296430576 | 800.60 | 08/29/2025 |
| **Total Cleared Deposits** | | | **292,006.18** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 1 | yardi | -0.23 | 01/31/2025 |
| 02/03/2025 | 2 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 3 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/28/2025 | 4 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | JE 4006 | Returned item charge | -5.00 | 02/28/2025 |
| 02/05/2025 | RC 31367 | Returned item MARLYS HOLUBOK | -995.00 | 02/28/2025 |
| 03/14/2025 | JE 4075 | :Prog Gen Move Out transfer (MITCHELL NEWMAN)  - Receipt #31881 | 980.00 | 03/31/2025 |
| 03/14/2025 | JE 4079 | move johnsons deposit into checking for return | 1,025.00 | 03/31/2025 |
| 03/14/2025 | RC 31633 | Returned item JOSHUA MEEHL | -940.00 | 03/31/2025 |
| 04/14/2025 | JE 4095 | Tx RE Escrow to checking for 4/31 pymt | 17,757.54 | 05/31/2025 |
| 04/14/2025 | JE 4099 | :Prog Gen Move Out transfer (RILEY CASPER) - Receipt #32173 | 980.00 | 04/30/2025 |
| 04/15/2025 | JE 4118 | :PostRecurring RE Tax Escrow (payable 10/31) | -2,958.80 | 05/30/2025 |
| 05/06/2025 | 5 | STARION FINANCIAL | -5.00 | 05/30/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| | | | | | |
|---|---|---|---|---|---|
| 05/16/2025 | 7 | Starion Bank | | -20.00 | 05/30/2025 |
| 05/10/2025 | RC 32459 | Returned item Mark P Keller | | -1,025.00 | 05/30/2025 |
| 06/13/2025 | JE 4154 | :Prog Gen Move Out transfer (INDY OSENDORF)  - Receipt #32822 | | 1,025.00 | 06/30/2025 |
| 06/13/2025 | JE 4155 | :Prog Gen Move Out transfer (NATHAN SIK)  - Receipt #32823 | | 1,025.00 | 06/30/2025 |
| 06/15/2025 | JE 4164 | | | 20.00 | 06/30/2025 |
| 06/15/2025 | JE 4178 | :PostRecurring RE Tax Escrow (payable 10/31) | | -2,958.80 | 06/30/2025 |
| 07/14/2025 | JE 4191 | :Prog Gen Move Out transfer (NATHAN SCHENKEL)  - Receipt #33078 | | 925.00 | 07/31/2025 |
| 07/14/2025 | JE 4209 | holden deposit moved to checking | | 750.00 | 07/31/2025 |
| 08/06/2025 | RC 33286 | Returned item LIZETTE SALGADO | | -1,025.00 | 08/29/2025 |
| 08/14/2025 | JE 4213 | :Prog Gen Move Out transfer (ANDREW BOT)  - Receipt #33455 | | 925.00 | 08/29/2025 |

**Total Cleared Other Items**                                                                    **15,419.71**

**Balance Sheet**                                                                                      Page 1

Owner =  PARKSIDE PLACE (all properties)
Month = Aug 2025
Book = Cash

| ACCOUNT | | CURRENT BALANCE |
|---|---|---|
| 1112 | Parkside Apartment DIP Checking | 46,137.42 |
| 1132 | Parkside Real Estate Tax Escrow | 14,794.20 |
| **1150** | **Total DIP Checking Account** | **60,931.62** |
| | | |
| 1151 | TIF Value | 1,463,012.38 |
| 1152 | Parkside Security Deposit DIP Savings Acct | 41,084.64 |
| 1155 | The Dakota Bankruptcy Firm Trust | 73,500.00 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 6,870,000.00 |
| 1630 | Appliances/AC | 205,000.00 |
| 1700 | Land | 425,000.00 |
| 1710 | Total Property and Equipment | 7,500,000.00 |
| | | |
| **1990** | **Total Assets** | **9,138,528.64** |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | Liabilities | |
| 2112 | Parkside Security Deposits DIP Acct | 41,084.64 |
| 2700 | Mortgage 1st | 5,068,386.84 |
| 2705 | TIF Mortgage | 1,463,012.38 |
| 2990 | Total Liabilities | 6,490,314.58 |
| | | |
| 3000 | Capital | |
| 3200 | Owner Contribution | 2,818.76 |
| 3800 | Retained Earnings | 2,645,395.30 |
| 3890 | Total Capital | 2,648,214.06 |
| | | |
| **3990** | **Total Liabilities & Capital** | **9,138,528.64** |

9/15/2025 10:36 AM

**12 Months Cash Flow Statement**

Owner =  PARKSIDE PLACE (all properties)

Month = Aug 2025

Book = Cash

| ACCOUNT | | Aug 2025 | Total |
|---|---|---|---|
| **4000** | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 40,703.00 | 40,703.00 |
| 4301 | CAM | 786.19 | 786.19 |
| 4710 | Less: Incentives | -50.00 | -50.00 |
| 4715 | Less:  HME Incentives | -350.00 | -350.00 |
| 4720 | Delinquency | -413.60 | -413.60 |
| 4730 | Less: Vacancy | -694.30 | -694.30 |
| 4810 | Plus: Prepaid Rent/HOA | -2,465.00 | -2,465.00 |
| 4990 | Net Rent/HOA Income | 37,516.29 | 37,516.29 |
| | | | |
| 5990 | Total Income | 37,516.29 | 37,516.29 |
| | | | |
| **6000** | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 96.00 | 96.00 |
| 6210 | Repairs/Maintenance | 30.00 | 30.00 |
| 6220 | Painting/Decorating | 70.00 | 70.00 |
| 6235 | Electrical/Fire Prevention | 612.77 | 612.77 |
| 6242 | Carpet Cleaning | 132.75 | 132.75 |
| 6250 | Appliances/Laundry | 2,078.76 | 2,078.76 |
| 6260 | Resident Manager | 318.75 | 318.75 |
| 6290 | Janitorial | 39.83 | 39.83 |
| 6990 | Total Maintenance Expenses | 3,378.86 | 3,378.86 |
| | | | |
| 7000 | Operating Expenses | | |
| 7010 | Offsite Office Rent | 1,312.50 | 1,312.50 |
| 7030 | Offsite Office Utilities | 79.02 | 79.02 |
| 7040 | Offsite Office Equip/Supplies | 214.56 | 214.56 |
| 7057 | Software Fee | 38.00 | 38.00 |
| 7130 | Internet & Phone Costs/Service | 247.51 | 247.51 |

9/15/2025 10:36 AM

**12 Months Cash Flow Statement**

Owner =  PARKSIDE PLACE (all properties)

Month = Aug 2025

Book = Cash

| ACCOUNT | | Aug 2025 | Total |
|---|---|---:|---:|
| 7400 | Property Management | 1,875.81 | 1,875.81 |
| 7440 | Insurance | 1,562.08 | 1,562.08 |
| 7800 | Electricity-Vacant | 101.04 | 101.04 |
| 7801 | Electricity-Building | 456.93 | 456.93 |
| 7861 | Gas-Building | 169.45 | 169.45 |
| 7870 | Water & Sewer | 1,821.40 | 1,821.40 |
| 7990 | Total Operating Expenses | 7,878.30 | 7,878.30 |
| | | | |
| 8001 | Other Expenses | | |
| 8004 | Misc. PM Fees | 250.00 | 250.00 |
| 8005 | Misc Professional Fees | 200.00 | 200.00 |
| 8006 | Manager Oversite $45/unit | 1,755.00 | 1,755.00 |
| 8020 | Total Other Expenses | 2,205.00 | 2,205.00 |
| | | | |
| 8990 | Total Expenses | 13,462.16 | 13,462.16 |
| | | | |
| **9090** | **NET INCOME** | **24,054.13** | **24,054.13** |
| | | | |
| | ADJUSTMENTS | | |
| 2700 | Mortgage 1st | -14,500.00 | -14,500.00 |
| | | | |
| | TOTAL ADJUSTMENTS | -14,500.00 | -14,500.00 |
| | | | |
| | CASH FLOW | 9,554.13 | 9,554.13 |