# Payables Aging Report

Period: -08/2025
As of : 08/31/2025

| Payee Name | Invoice<br>Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Grand Total** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

9/15/2025 10:33 AM

## Receivable Summary

Property = Parkside Place  Status: Current, Notice  Entity Type: Tenant     Month From: 08/2025  To  08/2025  [Showing Unit]

| Owner | Property | Unit | Charge To | Opening Balance | Charges | Receipts | Closing Balance |
|-------|----------|------|-----------|----------------:|--------:|---------:|----------------:|
| **Parkside Place** | | | | | | | |
| PARKSIDE PLACE | Parkside Place | 201 | GT BROTHERS | 0.00 | 3,032.04 | 3,032.04 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 202 | COUNTY FAIR FOODS OF WATERTOWN | 0.00 | 1,557.15 | 1,557.15 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2201 | ERIN KRAVIK | -500.00 | 1,025.00 | 525.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2202 | HOLLY // LISA OHMAN | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2203 | ZOIE FRASER | 0.00 | 940.00 | 940.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2204 | JAIME BRANN | -68.24 | 1,025.00 | 1,025.00 | -68.24 |
| PARKSIDE PLACE | Parkside Place | 2205 | QUINN KOTEK | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2206 | JAMES BRUMBAUGH | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2207 | MARGARET MELAND | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2208 | WILLIAM JOHNSON | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2209 | MARIAH GAUKLER | 0.00 | 980.00 | 980.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2210 | Mark Keller | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2211 | JARED SAUER | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2212 | CHANNELLE COSS | 0.00 | 940.00 | 940.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2301 | JADEEN ROSA CASTRO | 0.00 | 826.50 | 826.50 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2302 | TIFFANY SANDERSON | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2303 | SAMANTHA ADAM | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2304 | CHANDLER PEERY | 0.00 | 1,055.00 | 925.00 | 130.00 |
| PARKSIDE PLACE | Parkside Place | 2305 | BAYLEE BOESE | 0.00 | 970.00 | 970.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2306 | GARY HOFER | 119.00 | 1,072.52 | 1,170.00 | 21.52 |
| PARKSIDE PLACE | Parkside Place | 2307 | ZACHARY REUSCHLEIN | 0.00 | 330.70 | 330.60 | 0.10 |
| PARKSIDE PLACE | Parkside Place | 2308 | JORGE ROSA | -940.00 | 940.00 | 0.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2309 | DAVID TIJERINA | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2310 | JOSHUA MEEHL | -85.00 | 940.00 | 940.00 | -85.00 |
| PARKSIDE PLACE | Parkside Place | 2311 | LIZETTE SALGADO | 0.00 | 1,075.00 | 1,075.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2312 | CIARA FRANK | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2401 | ANNA SAMUELSON | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2402 | JOELLE CONSIER | -1,025.00 | 1,025.00 | 0.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2403 | MADELYN PUGSLEY | 0.00 | 922.87 | 985.00 | -62.13 |
| PARKSIDE PLACE | Parkside Place | 2404 | BRANDON BROWN | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2405 | DEBBIE STUCHL | 0.00 | 975.00 | 975.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2406 | HOPE LEWANDOWSKI | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2407 | COLE WEGNER | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2408 | JOSEPH NOELDNER | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2409 | JOSHUA GILLILAND | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2410 | ANDY NGUYEN | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2411 | MARLYS HOLUBOK | 0.00 | 995.00 | 995.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2412 | BENJAMIN WAGNER | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| | **Total** | | | **-2,499.24** | **40,101.78** | **37,666.29** | **-63.75** |
| **Grand Total** | | | | **-2,499.24** | **40,101.78** | **37,666.29** | **-63.75** |

UserId : mcraig@cpbusmgt.com Date : 09/15/2025 Time : 15:32

# Owner Statement

Owner = PARKSIDE PLACE (all properties)
Month = Aug 2025
Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|--------|---------|---------|
| | | | | **Beginning Balance** | | | 39,522.09 |
| 08/01/2025 | :ACH-WEB | Parkside Place | ANDY NGUYEN | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 40,547.09 |
| 08/01/2025 | :ACH-WEB | Parkside Place | BAYLEE BOESE | Online Payment - EFT Payment. Web - Resident Services | 970.00 | 0.00 | 41,517.09 |
| 08/01/2025 | 301833896 | Parkside Place | BRANDON BROWN | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 42,542.09 |
| 08/01/2025 | 302691915 | Parkside Place | CHANNELLE COSS | Credit Card On-Line Payment ; Mobile App - Resident Services | 940.00 | 0.00 | 43,482.09 |
| 08/01/2025 | 301833934 | Parkside Place | COLE WEGNER | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 44,507.09 |
| 08/01/2025 | 491250426 cpbm#5565 | Parkside Place | HOPE LEWANDOWSKI | | 1,025.00 | 0.00 | 45,532.09 |
| 08/01/2025 | :ACH-622 | Parkside Place | JOSEPH NOELDNER | Pre-Authorized Payment | 1,025.00 | 0.00 | 46,557.09 |
| 08/01/2025 | :ACH-621 | Parkside Place | JOSHUA MEEHL | Pre-Authorized Payment. Roommate STACEY MEEHL (r0000079) | 940.00 | 0.00 | 47,497.09 |
| 08/01/2025 | :ACH-624 | Parkside Place | LIZETTE SALGADO | Pre-Authorized Payment NSFed by ctrl# 33392 NSF, payment returned | 1,025.00 | 0.00 | 48,522.09 |
| 08/01/2025 | 302106761 | Parkside Place | MADELYN PUGSLEY | Debit Card On-Line Payment ; Mobile App - Resident Services | 985.00 | 0.00 | 49,507.09 |
| 08/01/2025 | :ACH-623 | Parkside Place | MARGARET MELAND | Pre-Authorized Payment | 1,025.00 | 0.00 | 50,532.09 |
| 08/01/2025 | 302301999 | Parkside Place | SAMANTHA ADAM | Debit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 51,557.09 |
| 08/02/2025 | 302781178 | Parkside Place | DAVID TIJERINA | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 52,582.09 |
| 08/02/2025 | 493292070 cpbm#5565 | Parkside Place | JAIME BRANN | | 1,025.00 | 0.00 | 53,607.09 |
| 08/03/2025 | ACH | Parkside Place | ANNA SAMUELSON | | 1,025.00 | 0.00 | 54,632.09 |
| 08/03/2025 | ACH | Parkside Place | COUNTY FAIR FOODS OF WATERTOWN | | 1,557.15 | 0.00 | 56,189.24 |
| 08/03/2025 | :ACH-WEB | Parkside Place | DEBBIE STUCHL | Online Payment - EFT Payment. Web - Resident Services | 975.00 | 0.00 | 57,164.24 |
| 08/03/2025 | ACH | Parkside Place | GT BROTHERS | | 3,032.04 | 0.00 | 60,196.28 |
| 08/03/2025 | ACH | Parkside Place | JOSHUA GILLILAND | | 1,025.00 | 0.00 | 61,221.28 |
| 08/03/2025 | ACH | Parkside Place | MARIAH GAUKLER | | 980.00 | 0.00 | 62,201.28 |
| 08/03/2025 | ACH | Parkside Place | Mark Keller | | 1,025.00 | 0.00 | 63,226.28 |
| 08/03/2025 | ACH | Parkside Place | QUINN KOTEK | | 1,025.00 | 0.00 | 64,251.28 |
| 08/03/2025 | ACH | Parkside Place | TIFFANY SANDERSON | | 1,025.00 | 0.00 | 65,276.28 |
| 08/03/2025 | ACH | Parkside Place | ZOIE FRASER | | 940.00 | 0.00 | 66,216.28 |
| 08/04/2025 | 1152 | Parkside Place | BENJAMIN WAGNER | | 1,025.00 | 0.00 | 67,241.28 |

**Owner Statement**

Owner = PARKSIDE PLACE (all properties)
Month = Aug 2025
Book = Cash

| Date | Ref | Property | Name | Description | | | |
|------|-----|----------|------|-------------|---|---|---|
| 08/04/2025 | 303491062 | Parkside Place | ERIN KRAVIK | Credit Card On-Line Payment ; Web - Resident Services | 525.00 | 0.00 | 67,766.28 |
| 08/04/2025 | 14002834 | Parkside Place | GARY HOFER | | 700.00 | 0.00 | 68,466.28 |
| 08/04/2025 | 9999 | Parkside Place | HOLLY // LISA OHMAN | | 1,025.00 | 0.00 | 69,491.28 |
| 08/04/2025 | 1010 | Parkside Place | JARED SAUER | | 1,025.00 | 0.00 | 70,516.28 |
| 08/04/2025 | 6195 | Parkside Place | MARLYS HOLUBOK | | 995.00 | 0.00 | 71,511.28 |
| 08/04/2025 | :ACH-WEB | Parkside Place | WILLIAM JOHNSON | Online Payment - EFT Payment. Web - Resident Services | 1,025.00 | 0.00 | 72,536.28 |
| 08/05/2025 | 3526 | Parkside Place | CIARA FRANK | | 1,025.00 | 0.00 | 73,561.28 |
| 08/05/2025 | 303627172 | Parkside Place | JAMES BRUMBAUGH | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 74,586.28 |
| 08/05/2025 | 494495728 cpbm5565 | Parkside Place | LIZETTE SALGADO | | 1,025.00 | 0.00 | 75,611.28 |
| 08/06/2025 | :ACH-624 | Parkside Place | LIZETTE SALGADO | NSF receipt Ctrl# 33286 NSF, payment returned | -1,025.00 | 0.00 | 74,586.28 |
| 08/08/2025 | 304250465 | Parkside Place | JADEEN ROSA CASTRO | Debit Card On-Line Payment ; Mobile App - Resident Services | 826.50 | 0.00 | 75,412.78 |
| 08/10/2025 | 14003183 | Parkside Place | GARY HOFER | | 470.00 | 0.00 | 75,882.78 |
| 08/11/2025 | 20123 | Parkside Place | RED RIVER STATE BANK | Parkside 1st Mtg; per cash collaterol 2/3/2025 | 0.00 | 14,500.00 | 61,382.78 |
| 08/13/2025 | 5378 | Parkside Place | ALLYSON HOLDEN | deposit overages paid in full | 964.83 | 0.00 | 62,347.61 |
| 08/14/2025 | 20125 | Parkside Place | ANDREW BOT | Refunding Q-36923 | 0.00 | 725.00 | 61,622.61 |
| 08/14/2025 | | Parkside Place | JE-4213 | :Prog Gen Move Out transfer (ANDREW BOT) - Receipt #33455 | 925.00 | 0.00 | 62,547.61 |
| 08/15/2025 | 20126 | Parkside Place | Alexis Burbach | 6 res mgr duties | 0.00 | 153.00 | 62,394.61 |
| 08/15/2025 | 20126 | Parkside Place | Alexis Burbach | taxes | 0.00 | 9.49 | 62,385.12 |
| 08/15/2025 | 20127 | Parkside Place | BRADLEY WARNS | maint , 2311 | 0.00 | 96.00 | 62,289.12 |
| 08/15/2025 | BANK FEE | Parkside Place | Generations on 1st | BANK FEE TAKEN OUT OF PARKSIDE, SHOULD HAVE BEEN TAKEN OUT OF GENERATIONS. DEPOSIT $20 TO 1112 FROM 1111 | 20.00 | 0.00 | 62,309.12 |
| 08/15/2025 | ParkREEscrow | Parkside Place | JE-4225 | RE Tax Escrow (payable 10/31) | 0.00 | 2,958.80 | 59,350.32 |
| 08/16/2025 | 304896015 | Parkside Place | CHANDLER PEERY | Debit Card On-Line Payment ; Web - Resident Services | 350.00 | 0.00 | 59,700.32 |
| 08/19/2025 | :ACH-WEB | Parkside Place | LIZETTE SALGADO | Online Payment - EFT Payment. Mobile App - Resident Services | 50.00 | 0.00 | 59,750.32 |
| 08/20/2025 | 20128 | Parkside Place | ANDREW BOT | Refunding Q-36953 | 0.00 | 200.00 | 59,550.32 |
| 08/22/2025 | 305336949 | Parkside Place | CHANDLER PEERY | Debit Card On-Line Payment ; Web - Resident Services | 575.00 | 0.00 | 60,125.32 |

## Owner Statement

Owner = PARKSIDE PLACE (all properties)
Month = Aug 2025
Book = Cash

| Date | Ref | Property | Payee | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 08/27/2025 | 496391396 cpbm5571 | Parkside Place | ZACHARY REUSCHLEIN | prorated rent NSFed by ctrl# 33739 zego returned; no acct found | 330.60 | 0.00 | 60,455.92 |
| 08/29/2025 | 20129 | Parkside Place | JESSE CRAIG | 39 UNITS, $45/UNIT | 0.00 | 1,755.00 | 58,700.92 |
| 08/31/2025 | 20130 | Parkside Place | Alexis Burbach | 5.5 res mgr duties | 0.00 | 147.14 | 58,553.78 |
| 08/31/2025 | 20130 | Parkside Place | Alexis Burbach | taxes | 0.00 | 9.12 | 58,544.66 |
| 08/31/2025 | 20135 | Parkside Place | AMERICAN CARPET CARE, INC | 2301 CARPET CLEANING | 0.00 | 132.75 | 58,411.91 |
| 08/31/2025 | 20136 | Parkside Place | AUTOMATIC BUILDING CONTROLS | ANNUAL FIRE ALARM MONITORING 9/1/25-8/31/26 | 0.00 | 318.60 | 58,093.31 |
| 08/31/2025 | 20137 | Parkside Place | BLUEPEAK | | 0.00 | 247.51 | 57,845.80 |
| 08/31/2025 | 20131 | Parkside Place | CP BUSINESS MANAGEMENT | 2401 deposit overages cleaning | 0.00 | 249.15 | 57,596.65 |
| 08/31/2025 | 20131 | Parkside Place | CP BUSINESS MANAGEMENT | 2401 remainder of re-rental fee collected | 0.00 | 509.83 | 57,086.82 |
| 08/31/2025 | 20131 | Parkside Place | CP BUSINESS MANAGEMENT | aug mgmt | 0.00 | 1,875.81 | 55,211.01 |
| 08/31/2025 | 20131 | Parkside Place | CP BUSINESS MANAGEMENT | collected late fees | 0.00 | 100.00 | 55,111.01 |
| 08/31/2025 | 20131 | Parkside Place | CP BUSINESS MANAGEMENT | misc mgr | 0.00 | 250.00 | 54,861.01 |
| 08/31/2025 | 20131 | Parkside Place | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 200.00 | 54,661.01 |
| 08/31/2025 | 20131 | Parkside Place | CP BUSINESS MANAGEMENT | offsite office rent | 0.00 | 1,312.50 | 53,348.51 |
| 08/31/2025 | 20131 | Parkside Place | CP BUSINESS MANAGEMENT | offsite supplies | 0.00 | 214.56 | 53,133.95 |
| 08/31/2025 | 20131 | Parkside Place | CP BUSINESS MANAGEMENT | offsite utilities | 0.00 | 79.02 | 53,054.93 |
| 08/31/2025 | 20131 | Parkside Place | CP BUSINESS MANAGEMENT | salgado paylease fee | 0.00 | 50.00 | 53,004.93 |
| 08/31/2025 | 20131 | Parkside Place | CP BUSINESS MANAGEMENT | software fee | 0.00 | 38.00 | 52,966.93 |
| 08/31/2025 | 20138 | Parkside Place | HOMEMAKER'S VILLA | AC'S 2203, 2206, 2410 FRIDGE | 0.00 | 2,078.76 | 50,888.17 |
| 08/31/2025 | 20132 | Parkside Place | JORDAN BERNDT | install new ac 2209 | 0.00 | 30.00 | 50,858.17 |
| 08/31/2025 | 20133 | Parkside Place | LIBBY BURGHARDT | 2307 painting maintenance | 0.00 | 70.00 | 50,788.17 |
| 08/31/2025 | 20142 | Parkside Place | LIBERTY MUTUAL INSURANCE | 25/26 renewal 9000344025 | 0.00 | 1,562.08 | 49,226.09 |
| 08/31/2025 | 20139 | Parkside Place | NARDINI / PYE BARKER | EXTINGUISHER INSPECTS | 0.00 | 294.17 | 48,931.92 |
| 08/31/2025 | 20140 | Parkside Place | WHITE GLOVE CLEANING | 2301 8.5 | 0.00 | 245.68 | 48,686.24 |
| 08/31/2025 | 20141 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 7/21-8/22   house electric | 0.00 | 456.93 | 48,229.31 |
| 08/31/2025 | 20141 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 7/21-8/22   house gas | 0.00 | 169.45 | 48,059.86 |
| 08/31/2025 | 20141 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 7/21-8/22   house sewer | 0.00 | 1,461.96 | 46,597.90 |
| 08/31/2025 | 20141 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 7/21-8/22   house water | 0.00 | 359.44 | 46,238.46 |

**Owner Statement**

Owner =  PARKSIDE PLACE (all properties)

Month = Aug 2025

Book = Cash

| 08/31/2025 | 20141 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 7/21-8/22 vacant dates | 0.00 | 101.04 | 46,137.42 |
|---|---|---|---|---|---|---|---|
| | | | | **Ending Balance** | **39,576.12** | **32,960.79** | **46,137.42** |
| | | | | Reserves Needed | | 0.00 | |
| | | | | Security Deposits (this period) | | 0.00 | |

9/15/2025 10:26 AM

**Rent Roll**

Property = Parkside Place

As Of = 08/31/2025

Month = 08/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 0.00 | 09/01/2021 | 08/31/2026 | | 0.00 |
| 202 | COUNTY FAIR FOODS OF W | 1,290.00 | 2,000.00 | 0.00 | 10/01/2021 | 09/30/2026 | | 0.00 |
| 2201 | ERIN KRAVIK | 1,025.00 | 925.00 | 0.00 | 05/04/2024 | 05/31/2025 | | 0.00 |
| 2202 | HOLLY // LISA OHMAN | 1,025.00 | 965.00 | 0.00 | 08/01/2022 | | | 0.00 |
| 2203 | ZOIE FRASER | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2204 | JAIME BRANN | 1,025.00 | 1,025.00 | 0.00 | 06/04/2024 | 06/30/2026 | | -68.24 |
| 2205 | QUINN KOTEK | 1,025.00 | 925.00 | 0.00 | 07/01/2024 | 06/30/2025 | | 0.00 |
| 2206 | JAMES BRUMBAUGH | 1,025.00 | 980.00 | 0.00 | 04/01/2023 | 03/31/2024 | | 0.00 |
| 2207 | MARGARET MELAND | 1,025.00 | 1,025.00 | 0.00 | 08/05/2024 | 08/31/2025 | | 0.00 |
| 2208 | WILLIAM JOHNSON | 1,025.00 | 945.00 | 0.00 | 03/01/2022 | | | 0.00 |
| 2209 | MARIAH GAUKLER | 980.00 | 980.00 | 0.00 | 05/01/2023 | 04/30/2024 | | 0.00 |
| 2210 | Mark Keller | 1,025.00 | 945.00 | 0.00 | 03/11/2022 | | | 0.00 |
| 2211 | JARED SAUER | 1,025.00 | 1,025.00 | 0.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 2212 | CHANNELLE COSS | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2301 | JADEEN ROSA CASTRO | 826.50 | 1,025.00 | 0.00 | 08/07/2025 | 08/31/2026 | | 0.00 |
| 2302 | TIFFANY SANDERSON | 1,025.00 | 980.00 | 0.00 | 01/01/2023 | 12/31/2023 | | 0.00 |
| 2303 | SAMANTHA ADAM | 1,025.00 | 945.00 | 0.00 | 05/10/2022 | 04/30/2025 | | 0.00 |
| 2304 | CHANDLER PEERY | 1,025.00 | 925.00 | 0.00 | 05/10/2024 | 05/31/2025 | | 130.00 |
| 2305 | BAYLEE BOESE | 1,025.00 | 750.00 | -55.00 | 12/04/2024 | 12/31/2025 | | 0.00 |
| 2306 | GARY HOFER | 1,025.00 | 925.00 | 0.00 | 05/15/2024 | 05/31/2025 | | 21.52 |
| 2307 | ZACHARY REUSCHLEIN | 330.70 | 1,025.00 | 0.00 | 09/01/2025 | 08/31/2026 | | 0.10 |
| 2308 | JORGE ROSA | 1,025.00 | 1,000.00 | -85.00 | 01/10/2025 | 01/09/2026 | | 0.00 |
| 2309 | DAVID TIJERINA | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2310 | JOSHUA MEEHL | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2311 | LIZETTE SALGADO | 1,025.00 | 1,025.00 | 0.00 | 05/28/2025 | 05/31/2026 | | 0.00 |
| 2312 | CIARA FRANK | 1,025.00 | 1,025.00 | 0.00 | 08/01/2025 | 07/31/2026 | | 0.00 |
| 2401 | ANNA SAMUELSON | 1,025.00 | 1,025.00 | 0.00 | 07/07/2025 | 07/31/2026 | | 0.00 |
| 2402 | JOELLE CONSIER | 1,025.00 | 1,025.00 | 0.00 | 04/16/2025 | 04/30/2026 | | 0.00 |

9/15/2025 10:26 AM

**Rent Roll**

Property = Parkside Place

As Of = 08/31/2025

Month = 08/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| 2403 | MADELYN PUGSLEY | 1,025.00 | 750.00 | -40.00 | 01/01/2025 | 12/31/2025 | | -62.13 |
| 2404 | BRANDON BROWN | 1,025.00 | 980.00 | 0.00 | 12/01/2022 | 12/31/2025 | | 0.00 |
| 2405 | DEBBIE STUCHL | 1,025.00 | 1,025.00 | -50.00 | 10/01/2024 | 09/30/2025 | | 0.00 |
| 2406 | HOPE LEWANDOWSKI | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2407 | COLE WEGNER | 1,025.00 | 1,025.00 | 0.00 | 08/14/2024 | 08/31/2025 | | 0.00 |
| 2408 | JOSEPH NOELDNER | 1,025.00 | 1,025.00 | 0.00 | 09/01/2023 | 08/31/2024 | | 0.00 |
| 2409 | JOSHUA GILLILAND | 1,025.00 | 500.00 | 0.00 | 12/01/2021 | | | 0.00 |
| 2410 | ANDY NGUYEN | 1,025.00 | 1,025.00 | 0.00 | 11/01/2023 | 12/31/2023 | | 0.00 |
| 2411 | MARLYS HOLUBOK | 995.00 | 980.00 | 0.00 | 06/01/2023 | 05/31/2024 | 09/30/2025 | 0.00 |
| 2412 | BENJAMIN WAGNER | 1,025.00 | 1,025.00 | 0.00 | 06/01/2024 | 06/30/2026 | | 0.00 |
| **Future Tenants/Applicants** | | | | | | | | |
| **Total** | **Parkside Place** | **39,735.20** | **40,050.00** | **-485.00** | | | | **21.25** |

| Summary Groups | Square Footage | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied | Balance |
|----------------|----------------|-------------|------------------|------|------------|------------------|-----------------|---------|
| Current/Notice/Vacant Tenants | 28,008.00 | 39,735.20 | 40,050.00 | -485.00 | 38 | 100.00 | 100.00 | 21.15 |
| Future Tenants/Applicants | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.10 |
| Occupied Units | 28,008.00 | 0.00 | 0.00 | 0.00 | 38 | 100.00 | 100.00 | 0.00 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| **Totals:** | **28,008.00** | **39,735.20** | **40,050.00** | **-485.00** | **38** | **100.00** | **100.00** | **21.25** |

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20141

08/31/25

\*\*\*\* TWO THOUSAND FIVE HUNDRED FORTY EIGHT AND 82/100 DOLLARS

$2,548.82\*\*\*

NON-NEGOTIABLE

_____, LLC
DEBTOR IN POSSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

TO THE
ORDER OF

\*\*\*\* TWO THOUSAND FIVE HUNDRED FORTY EIGHT

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD 57201

MEMPHIS GAS & ELEC DEPT

| | Account Number | Name | | Service Address |
|---|---|---|---|---|
| | 008-00187355-01 | PARKSIDE PLACE, LLC | | 8 2 ST NE HOUSE |

| Meter Number | Read Dates | | Billing | Meter Readings | | | | Power |
|---|---|---|---|---|---|---|---|---|
| | Present | Previous | Days | Code | Present | Previous | Multiplier | Usage | Units | factor |

| Meter Number | Read Dates Present | Read Dates Previous | Billing Days | Code | Present | Previous | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000030986 | 08/22/2025 | 07/22/2025 | 31 | MR | 90167 | 85935 | 1 | 4232 | kWh | |
| ELECTRIC: 0000030986 | 08/22/2025 | 07/22/2025 | 31 | MR | 9662 | | 1 | 9.66 | kW | |
| WATER: 0200555043 | 08/22/2025 | 07/22/2025 | 31 | MR | 03231 | 03165 | 1 | 66 | ccf | |
| GAS: 0104951134 | 08/22/2025 | 07/22/2025 | 31 | MR | 13030 | 12830 | 1.119 | 224 | ccf | |

### YOUR MONTHLY USAGE


ELECTRIC (kWh)


WATER (100 cu.ft)


GAS (ccf)

| | |
|---|---|
| PREVIOUS BALANCE | 2,316.49 |
| PAYMENT  08/11/2025 | -2,316.49 |
| BALANCE FORWARD | 0.00 |
| **ELECTRIC SERVICE** | |
| Electric Customer Charge | 19.75 |
| Electric Energy | 410.50 |
| Electric State Tax | 18.07 |
| Electric City Tax | 8.61 |
| TOTAL ELECTRIC CHARGES | 456.93 |
| **GAS SERVICE** | |
| Gas Customer Charge | 17.00 |
| Gas Consumption | 142.56 |
| Gas State Tax | 6.70 |
| Gas City Tax | 3.19 |
| TOTAL GAS CHARGES | 169.45 |
| **WATER SERVICE** | |
| Water Customer Charge | 38.06 |
| Water Consumption | 278.12 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 359.44 |
| **SEWER SERVICE** | |
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 1,421.35 |
| TOTAL SEWER CHARGES | 1,461.96 |
| CURRENT CHARGES | $2,447.78 |
| TOTAL AMOUNT DUE | $2,447.78 |

PAID
00141

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 09/01/2025 | 09/10/2025 | 2,447.78 | 2,570.17 |

**MESSAGES:** Call 811 before you dig!

MUNICIPAL UTILITIES DEPT.

| | Account Number | Name | | Service Address |
|---|---|---|---|---|
| | 002-00187401-05 | PARKSIDE PLACE, LLC | | 8 2 ST NE 2301 |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049038 | 08/12/2025 | 08/05/2025 | | MR | 19930 | 19842 | 1 | 88 | KWH | |

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

Aug 2025

**PAID** 2041

| ELECTRIC SERVICE | |
|---|---|
| Electric Customer Charge | 13.10 |
| Electric Energy | 7.92 |
| Electric State Tax | 0.88 |
| Electric City Tax | 0.42 |
| TOTAL ELECTRIC CHARGES | 22.32 |
| CURRENT CHARGES | $22.32 |
| TOTAL AMOUNT DUE | $22.32 |

*[handwritten notes: 88 kwh / $3.19 1day / x 6 / $19.14 Bill av ✓]*

| 121360 | | | | | |
|---|---|---|---|---|---|
| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
| FINAL BILL | | 09/01/2025 | 09/10/2025 | 22.32 | 23.44 |

MESSAGES: Call 811 before you dig!

MUNICIPAL UTILITIES DEPT.

| | Account Number | Name | Service Address |
| | 002-00187410-05 | PARKSIDE PLACE, LLC | 8 2 ST NE 2307 |

| | | Read Dates | | Billing | Meter Readings | | | | | Power |
| Meter Number | | Present | Previous | Days | Code | Present | Previous | Multiplier | Usage | Units | factor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000049036 | | 08/20/2025 | 08/07/2025 | 13 | MK | 23875 | 23785 | 1 | 90 | KWH | |

| | | |
|---|---|---|
| PREVIOUS BALANCE | | 0.00 |
| BALANCE FORWARD | | 0.00 |
| ELECTRIC SERVICE | | 13.10 |
| Electric Customer Charge | | 8.10 |
| Electric Energy | | 0.89 |
| Electric State Tax | | 0.42 |
| Electric City Tax | | 22.51 |
| TOTAL ELECTRIC CHARGES | | $22.51 |
| CURRENT CHARGES | | $22.51 |
| TOTAL AMOUNT DUE | | |

**PAID**
20141

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

Aug
2025

8/22

| 121360 | | | | | | |
|---|---|---|---|---|---|---|
| Bill Type | Account Type | | Bill Date | Due Date | Amount Due | Late Amount |
| FIRST BILL | | | 09/01/2025 | 09/10/2025 | 22.51 | 23.64 |

MESSAGES: Call 811 before you dig!

MUNICIPAL UTILITIES DEPT.

| | Account Number | | Name | | Service Address | | |
|---|---|---|---|---|---|---|---|
| | 002-00187415-05 | | PARKSIDE PLACE, LLC | | 8 2 ST NE 2312 | | |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | |
| ELECTRIC: 0000049029 | 08/04/2025 | 07/21/2025 | 14 | MR | 17725 | 17675 | 1 | 50 | KWH |

|  |  |
|---|---|
| | 37.52 |
| PREVIOUS BALANCE | 37.52 |
| BALANCE FORWARD | |
| | 13.10 |
| ELECTRIC SERVICE | 4.50 |
| Electric Customer Charge | 0.74 |
| Electric Energy | 0.35 |
| Electric State Tax | 18.69 |
| Electric City Tax | |
| TOTAL ELECTRIC CHARGES | $18.69 |
| CURRENT CHARGES | |
| TOTAL AMOUNT DUE | $56.21 |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

PAID 20141

811 nt

$16.06 Biled ✓

| 121360 | | | | | |
|---|---|---|---|---|---|
| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
| FINAL BILL | | 09/01/2025 | 09/10/2025 | 56.21 | 57.14 |
| MESSAGES: Call 811 before you dig! | | | | | |

20128

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Bradd Dr S
FARGO, ND 58104

08/20/25

$200.00******

TO THE
ORDER OF

**** TWO HUNDRED AND 00/100 DOLLARS

ANDREW BOT, AMANDA DROWN ,
Jacquelynn MOON
5833 170th Ave
Woodlake, MN  56297

NON-NEGOTIABLE

Carpet Cleaning - Deposit Return

20126

**PARKSIDE PLACE, LLC**
DEBTOR IN POSSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

08/15/25

$162.49******

**** ONE HUNDRED SIXTY TWO AND 49/100 DOLLARS

NON-NEGOTIABLE

TO THE
ORDER OF

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

**Alexis Burbach**
**2025**
From: 1-Aug
To: 15-Aug


PAID
2012e

*Parkside Place*

Invoice #: 2014
Invoice Date: 8/15/2025
Due Date: 8/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------|---------------|---|
| 8/1 | | 9:30 AM | 10:00 AM | 0:30 | move in 2312 - mailroom/garage picked up | $12.75 |
| 8/1 | | 10:30 | 11:15 | 0:45 | move out 2301 schedule maintenance/cleaners | $19.13 |
| 8/4 | | 4:45 PM | 5:15 PM | 0:30 | maintenance scheduled, 2301 move in calls | $12.75 |
| 8/6 | | 1:30 PM | 2:30 PM | 1:00 | check garage doors, chat with 2411 for move out/cleaners, smoke detectors | $25.50 |
| 8/11 | | 12:15 PM | 1:30 PM | 1:15 | walk building, reset code on 2201 bedroom fan/remote, garbage in garage | $31.88 |
| 8/11 | | 3:30 PM | 4:00 PM | 0:30 | showing landon | $12.75 |
| 8/12 | | 3:00 PM | 3:30 PM | 0:30 | WMU call - guys need help getting in, updated codes | $12.75 |
| 8/13 | | 9:30 | 10:00 | 0:30 | inspection 2307 done | $12.75 |
| 8/15 | | 9:15 | 9:45 | 0:30 | check out 2209 AC unit, maintenance update | $12.75 |

| | | **Total Hours** | **6:00:** | **Total Hourly Pay $25.50/hour** | **$153.00** |
|---|---|---|---|---|---|

| Date | Unit | Start | End | Total Hours | Painting | |
|------|------|-------|-----|-------|----------|---|
| | | **Total Hours** | **0:00:** | | **Total Painting $35/hour** | **$0.00** |

| Date | Unit | Reimbursement | |
|------|------|---------------|---|
| | | **Total Reimbursement** | **$0.00** |

| Date | Unit | Commission | |
|------|------|-----------|---|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | **Total Commissions** | **$0.00** |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $153.00 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Subtotal: | $153.00 |
| Parkside Place Sales Tax (6.2%): | $9.49 |
| Parkside Place Total Paycheck Amount: | $162.49 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2764 Brandt Dr S
FARGO, ND 58104

20127

TO THE
ORDER OF

**** NINETY SIX AND 00/100 DOLLARS

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD    57201

08/15/25

$96.00*******

NON-NEGOTIABLE

**Maintenance Hours**

**2025**

**Maintenance Name** Bradley Warns

$32.00 Hourly Rate

From: 1-Aug

To: 15-Aug



*Parkside Place*

Invoice #:  2013

Invoice Date:  8/15/2025

Due Date:  8/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------|---------------|---|
| 8/4 | | 5:00 PM | 7:00 PM | 2:00 | fixed push handle on lobby/garage door, sensor covers added to gara | $64.00 |
| 8/6 | 2311 | 3:00 PM | 4:00 PM | 1:00 | tilted AC back and added drain holes | $32.00 |

**Total Hours**    3:00:              **Total Hourly Pay $32/hour**         $96.00

**Parkside Place Paycheck :**        $96.00

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20129

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

08/29/25

$1,755.00***

**** ONE THOUSAND SEVEN HUNDRED FIFTY FIVE AND 00/100  DOLLARS

TO THE
ORDER OF

JESSE CRAIG
1405 1ST AVE N
FARGO, ND  58102

NON-NEGOTIABLE



**JESSE CRAIG**

*PARKSIDE PLACE*

**2025**

| | |
|---|---|
| From: | 1-Aug |
| To: | 31-Aug |

| | |
|---|---|
| Invoice #: | 6008 |
| Invoice Date: | 8/31/2025 |
| Due Date: | 09/01/25 |

| | | | | Total |
|---|---|---|---|---|
| 39 | Manager oversite $45/unit | | $45.00 | $1,755.00 |
| | | | | |
| | | | $45.00 | $1,755.00 |

Please make checks payable to Jesse Craig no later than   09/01/25

**PARKSIDE PLACE, LLC**
DEBTOR IN POSSESSION - CASE #25-30003
PO BOX 9279
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20130

08/31/25

TO THE
ORDER OF

**** ONE HUNDRED FIFTY SIX AND 26/100 DOLLARS

$156.26******

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**

**PAID** *20122*

*Parkside Place*

**2025**

| | |
|---|---|
| From: 15-Aug | Invoice #: 2015 |
| To: 31-Aug | Invoice Date: 8/31/2025 |
| | Due Date: 9/1/2025 |

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 8/18 | | 1:30 PM | 2:00 PM | 0:30 | walk building - garbage in garage | $13.38 |
| 8/22 | | 3:00 PM | 3:30 PM | 0:30 | move in 2307 | $13.38 |
| 8/25 | | 9:30 | 10:30 | 1:00 | walk building - clean up garage | $26.75 |
| 8/26 | | 11:30 | 12:00 PM | 0:30 | look over 2301 AC unit - breaker tripped working normal | $13.38 |
| 8/27 | | 9:15 | 10:45 | 1:30 | garage door stuck open, router reset for brett - 2408 renewal lease - 2206 ES | $40.13 |
| 8/27 | | 1:00 PM | 1:45 PM | 0:45 | package delivered to wrong address meet person for pick up, server reconne | $20.06 |
| 8/28 | | 1:00 PM | 1:45 PM | 0:45 | hang up memos - post to tenant doors | $20.06 |

| | | | | Total Hours | 5:30 | | Total Hourly Pay $25.50/hour | $147.14 |
|---|---|---|---|---|---|---|---|---|

| Date | Unit | Start | End | Total Hours | Painting | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| | | | | Total Hours | 0:00 | | Total Painting $35/hour | $0.00 |
|---|---|---|---|---|---|---|---|---|

| Date | Unit | Reimbursement | |
|---|---|---|---|
| | | | |
| | | | |
| | | Total Reimbursement | $0.00 |

| Date | Unit | Commission | |
|---|---|---|---|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | Total Commissions | $0.00 |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $147.14 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $147.14 |
| Parkside Place Sales Tax (6.2%): | $9.12 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Total Paycheck Amount: | $156.26 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION • CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20133

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

08/31/25

$70.00*******

TO THE
ORDER OF    **** SEVENTY AND 00/100 DOLLARS

LIBBY BURGHARDT
311 OAK STREET
BRANDT, SD  57218

NON-NEGOTIABLE

## Mindy Craig

| | |
|---|---|
| **From:** | Mindy Craig |
| **Sent:** | Tuesday, September 2, 2025 1:30 PM |
| **To:** | Mindy Craig |
| **Subject:** | Libby's August hours |



August Maintenance
Parkside
8/21: 1-3 diamond for supplies, fill holes, touch up paint, caulk counters 2307 (2)

Total: $70

Mindy Craig

CP Business Management
1405 1st Ave N, Suite B | Fargo, ND | 58102
Office: 701.237.3369
Web: www.cpbusmgt.com

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20131

TO THE
ORDER OF

**** FOUR THOUSAND EIGHT HUNDRED SEVENTY EIGHT AND 87/100 DOLLARS

08/31/25

$4,878.87****

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,

58106

NON-NEGOTIABLE

**CP Business Management**

**2025**



*Parkside Place*

| | |
|---|---|
| From: | 1-Aug |
| To: | 31-Aug |

Invoice #:  2008
Invoice Date: 8/31/2025
Due Date:  09/01/25

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected Funds | $37,516.29 | $1,875.81 |
| | | | |
| | **Total Management Fee** | **$37,516.29** | **$1,875.81** |

| | Offsite Office | | Total |
|---|---|---|---|
| 7010 | Off Site Office Rent | | $1,312.50 |
| 7030 | Off Site Office Utilities | | $79.02 |
| 7040 | Off Site Office Supplies | | $214.56 |
| | **Total Offsite Office** | | **$1,606.08** |

| | Other Collected Income | | Total |
|---|---|---|---|
| 5700 | 2401 collected re-rental fee | | $509.83 |
| 6290 | 2401 collected deposit overages | | $249.15 |
| 5800 | collected late fees | | $100.00 |
| 5700 | 2311 collected paylease fees | | $50.00 |
| | **Total Other Collected Income** | | **$908.98** |

| | Miscellaneous | | |
|---|---|---|---|
| 8004 | Misc Manager | | $200.00 |
| 8005 | Misc Prof. | | $250.00 |
| 7057 | Software Fee | | $38.00 |
| | **Total Miscellaneous** | | **$488.00** |

| | |
|---|---|
| **Total Management Fee** | $1,875.81 |
| **Total Offsite Office** | $1,606.08 |
| **Total Other Collected Income** | $908.98 |
| **Total Miscellaneous** | $488.00 |
| **Parkside Place Total** | $4,878.87 |

Please make checks payable to CP Business Management no later than  9/1/2025

20132

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

08/31/25

$30.00*******

NON-NEGOTIABLE

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

**** THIRTY AND 00/100 DOLLARS

TO THE
ORDER OF

JORDAN BERNDT
216 2ND ST NE
WATERTOWN, SD    57201

**Maintenance Hours**

**2025**

**Maintenance Name** *Jordan Berdnt*

$30.00  Hourly Rate

From:  15-Aug

To:  31-Aug

*Parkside Place*

**PAID**
*20 13 2*

Invoice #:  2015-2

Invoice Date:  8/31/2025

Due Date:  9/1/2025

| Date | Unit | Start | End | Total Time Hours | Scope of Work | |
|------|------|-------|-----|------|----------------|----|
| 8/15 | 2209 | 2:15 PM | 3:15 PM | 1:00: | install new ac in 2209 | $30.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | Total Hours | 1:00: | | Total Hourly Pay $30/hour | $30.00 |
|---|---|---|---|---|---|
| | | | | The Ruins Paycheck : | $30.00 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20137

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

08/31/25

$247.51******

**** TWO HUNDRED FORTY SEVEN AND 51/100 DOLLARS

NON-NEGOTIABLE

TO THE
ORDER OF

BLUEPEAK
PO BOX 5002
SIOUX FALLS, SD    57117-5002



**bluepeak™**

**Contact Us**
www.mybluepeak.com
833-567-3987

@HelloBluepeak

page 1 of 4

| | |
|---|---|
| Account Number: | 045515701 |
| Billing Date: | 08/20/25 |
| Total Amount Due: | $247.51 |
| Payment Due By: | 09/13/25 |

PAID
2025

**STATEMENT SUMMARY**

| | |
|---|---|
| Previous Balance | $247.51 |
| Payments and Adjustments | -$247.51 |
| New Charges | $247.51 |
| **Total Amount Due** | **$247.51** |

**NEW CHARGES SUMMARY**

| | |
|---|---|
| Monthly Service Charges | $175.99 |
| Taxes | $71.52 |
| **Total New Charges** | **$247.51** |

A late fee will be applied to your account if the amount of $247.51 is not received before 09/13/25. Payments received after 08/20/25 are not reflected on this statement.

Government taxes and fees are imposed by federal, state, and local governments. These charges may vary by the state and locality of your service address or services purchased and are subject to change from time to time.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices.  Your acknowledgement of this agreement is confirmed by your payment.



# It pays to have friends.

Refer your friends to Bluepeak and **get a $50 credit** on your bill when they sign up.

mybluepeak.com/help/refer-a-friend





## Contact Us
**www.mybluepeak.com**
**833-567-3987**


@HelloBluepeak

| | |
|---|---|
| **Account Number:** | 045515701 |
| **Billing Date:** | 08/20/25 |
| **Total Amount Due:** | **$247.51** |
| **Payment Due By:** | 09/13/25 |

| | |
|---|---|
| Federal USF Fee........................ | $14.06 |
| State Telecommunications Relay Srvc .................................... | $0.45 |
| **Total Taxes and Fees.............** | **$71.52** |
| **Total Amount Due............................................** | **$247.51** |

**SERVICE LOCATIONS**
8 2ND ST  NE WATERTOWN, SD 57201-3624

**PARKSIDE PLACE, LLC**
DEBTOR IN POSSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

08/31/25

20136

$318.60*******

**** THREE HUNDRED EIGHTEEN AND 60/100 DOLLARS

TO THE
ORDER OF

AUTOMATIC BUILDING CONTROLS
4300 W 61ST ST N
SIOUX FALLS, SD    57107

NON-NEGOTIABLE



**Invoice**

# AUTOMATIC BUILDING CONTROLS ®
4300 W. 61ˢᵗ St. N. • Sioux Falls, SD 57107
605-336-1200 • FAX 605-336-0088

Invoice No : 182113
Invoice Date : 08/15/2025
Customer Code : APPARPLAW

Location: **Parkside Place**
8 2nd St NE
Watertown, SD 57201



Bill To: **Parkside Place**
PO Box 9379
Fargo, ND 58106

| P.O. # / Authority | Project Location | Our Contract Number | Terms |
|---|---|---|---|
| | | | Net 30 |

| Quantity / Hours | Item Number | Description | Unit Price / Rate | Amount |
|---|---|---|---|---|
| 12 | MC | Annual Monitor Contract of Fire Alarm System. 09-01-25 to 08-31-26 | 25.00 | 300.00 |

| | | |
|---|---|---|
| Invoice Subtotal | 300.00 |
| Sales Tax | 18.60 |
| Excise Tax | 0.00 |
| **INVOICE TOTAL** | **318.60** |

*Your Business is Appreciated!*

*Life Safety Starts with ABC!*®

FIRE ALARMS • MASS NOTIFICATION • ERCES-BDA • CLOCK SYSTEMS • NURSE CALL • BATTERIES

PAST DUE ACCOUNT SUBJECT TO COLLECTION AT 1.5 PER MONTH

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20139

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

08/31/25

$294.17******

TO THE
ORDER OF

**** TWO HUNDRED NINETY FOUR AND 17/100 DOLLARS

NARDINI / PYE BARKER
BOX 9707
FARGO, ND    58102

NON-NEGOTIABLE





PYE BARKER FIRE & SAFETY · EST. 1946

405 County Road E W
Saint Paul, MN 55126
(651) 483-6631
(651) 483-6945

# INVOICE

| | |
|---|---|
| Invoice Number: | IVN00346608 |
| Invoice Date: | 08/12/2025 |
| Due Date: | 08/27/2025 |
| Pmt Terms: | Net 15 |
| Order Number: | ST00410555 |
| Warehouse ID: | SFS |

**BILL TO: 48273**
Parkside Place / Ap
PO Box 9379
Fargo, ND 58106

**WORKSITE: 48284**
Parkside Place
8 2nd St NE
Watertown, SD 57201

| Customer PO | Authorized By: | Service Date: | Technician: | Job Number: |
|---|---|---|---|---|
| | Mindy Craig | 08/12/2025 | djo | CON0001446271 |

| Qty | Item | Description | Price | Ext Price | Tax |
|---|---|---|---|---|---|
| 1 | DPC | * DISPATCH AND COMPLIANCE | 100.00 | 100.00 | 6.20 |
| 6 | A2-I | INSPECTION ABC FIRE EXT. 5#/6# | 12.00 | 72.00 | 4.46 |
| 6 | A3-I | INSPECTION ABC FIRE EXT. 10# | 12.00 | 72.00 | 4.46 |
| 1 | HM_DOT_SAF | HAZMAT / DOT / SAFETY COMPLIANCE | 33.00 | 33.00 | 2.05 |

Introducing our customer portal!
Customers can now use the portal to make payments and view inspection reports.
Send an email portal@nardinifire.com to register
or visit justicefirecustomer.pyebarkerfire.com

| | |
|---|---|
| Subtotal: | 277.00 |
| Taxable Subtotal: | 277.00 |
| Tax:   (6.2%) | 17.17 |
| Freight: | 0.00 |
| **Total:** | **294.17** |
| | Currency USD |

Additional invoice to follow for above items marked as Loaner (-L)
*Applicable discounts have been applied to above pricing.
**Credit Card Processing Fee may apply.

Page 1 of 1

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

08/31/25

20140

TO THE
ORDER OF

WHITE GLOVE CLEANING
17892 449th AVE.
HAYTI, SD 57241

**** TWO HUNDRED FORTY FIVE AND 68/100 DOLLARS

$245.68******

NON-NEGOTIABLE

**White Glove Cleaning**
17892 449th Ave
Hayti, SD 57241



# Invoice

| Date | Invoice # |
|---|---|
| 8/7/2025 | 2324 |

| Due Date | Terms |
|---|---|
| 9/6/2025 | Net 30 |

| Bill To |
|---|
| Parkside<br>Unit # 2301 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 8.5 | Unit Cleaning | | 25.00 | 212.50T |
| | Kitchen | Range (Sides, Under, Oven, Drawer) | 0.00 | 0.00T |
| | | Fridge (Top, Sides, Under, Inside) | | |
| | | Overhead Range (Inside, Front, Underside and Filter) | | |
| | | Dishwasher (Inside, Front, Filter) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks, Faucet, Sprayer, Drain Plugs | | |
| | Air Unit | Clean A/C Front Vents and Filter | 0.00 | 0.00T |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Shower | | |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | Dust | Ceiling Fans | 0.00 | 0.00T |
| | | Trim | | |
| | | Doors | | |
| | | Wall Vents | | |
| | | Baseboards | | |
| | | Heat Panels | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Laundry | Clean Inside/ Outside Washing Machine | 0.00 | 0.00T |
| | | Remove Lint and Wipe Down Dryer | | |
| | | Wipe Shelves in Laundry Room | | |
| | | Pull Units Out and Sweep/Mop Under | | |
| | | Dust Behind | | |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | Walls | Remove Spots and Marks from Walls and Baseboards | 0.00 | 0.00T |
| | Chemical Fee | | 20.00 | 20.00 |
| | | Sales Tax | 6.20% | 13.18 |

| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | **Total** | $245.68 |
|---|---|---|

20135

**PARKSIDE PLACE, LLC**
DEBTOR IN POSSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

08/31/25

$132.75******

**** ONE HUNDRED THIRTY TWO AND 75/100 DOLLARS

TO THE
ORDER OF

AMERICAN CARPET CARE, INC
931 23RD ST SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

PAID
2013

12 pm

# AMERICAN
# CARPET CARE INC

 Like us on Facebook

931 23rd St SW
Watertown, SD 57201
Phone 605/880-6676

**Carpet & Upholstery Cleaning**
**Commercial/Residential**
americancarpetcaresd@gmail.com

Sparkling Clean          8/6/25
2301 Parkside

S/F = _____   S = _____   TAX CD = _____   MLG = _____

| Carpet Cleaning | $125⁰⁰ |

$125⁰⁰
Tax $7.75
$132.75

**Payment due upon completion of service.**
**Subject to late fees if not paid within 30 days. ($10.00 minimum)**

*Thank You!*

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20138

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

08/31/25

$2,078.76***

TO THE
ORDER OF    **** TWO THOUSAND SEVENTY EIGHT AND 76/100 DOLLARS

HOMEMAKER'S VILLA
1400 MAIN AVE
MOORHEAD, MN    56560

NON-NEGOTIABLE



**Your Factory Authorized Sales & Service Center**

# SALES INVOICE

**Appliances + Service**

1400 Main Ave
Moorhead, MN  56560
Phone 218-236-6724
Fax 218-236-7014
www.homemakersvilla.com

| ORDER DATE | DELIVERY DATE | INVOICE DATE |
|---|---|---|
| 08/04/25 | 08/04/25 | 08/04/25 |
| ORDER NO. | APPROX TIME | INVOICE NO. |
| 0178948 | | 0178948 |
| YOUR P.O. NO. | ACCOUNT NO. | SALESMAN |
| | 1872 | GARY ENGER |

SOLD TO:  CP BUSINESS MANAGEMENT
1405 1ST AVE N SUITE B
PO BOX 9379
FARGO        ND  58102

SHIP TO:  PICKED UP FOR PARKSIDE
PLACE WATERTOWN.

TELEPHONE NUMBER:   -237-3369
CELL PHONE NUMBER: --


PAID
2078

| QTY | MODEL NUMBER | COLOR | DESCRIPTION & SERIAL NUMBER | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | AKCQ12ACJ | | DA005632 | 579.00 | 579.00 |
| | | | AIR CONDITIONERS  *2203* | | |
| 1 | AKCQ12ACJ | | DA005644 | 579.00 | 579.00 |
| | | | AIR CONDITIONERS  *2206* | | |
| 1 | WRT318FZDB | | VSD2291270 | 769.00 | 769.00 |
| | | | WHRILPOOL REFRIGERATOR  *2410* | | |

Delivery Instructions:

| | |
|---|---|
| TOTAL AMOUNT | 1927.00 |
| SALES TAX | 151.76 |
| DELIVERY | 0.00 |
| | 0.00 |
| **TOTAL** | 2078.76 |
| PAYMENT WITH ORDER | 0.00 |
| **AMOUNT DUE** | 2078.76 |

Terms: Purchaser agrees that Seller shall retian a purchase money security interest in the above merchandise untill payment is made in full. There is no Finance Charge on accounts paid within 30 days of delivery. On all accounts not paid within 30 days of delivery, a FinanceCharge is computed by a periodic rate of 1.5% per month (or a minimum charge of 50 cents) which is and Annual Percentage Rate of 18% This finance charge is computed 30 days after delivery on the unpaid balance and each 30 day period thereafter.

APPLIED TO 0000000
TERMS: PAY UPON RECEIPT OF INVOICE

DELIVERED BY:

DATE

X _____          X _____
Ordered By                    Received in satisfactory condition by

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20125

08/14/25

$725.00******

TO THE
ORDER OF

**** SEVEN HUNDRED TWENTY FIVE AND 00/100 DOLLARS

ANDREW BOT, AMANDA DROWN,
Jacquelynn MOON
5833 170th Ave
Woodlake, MN  56297

NON-NEGOTIABLE

Deposit return

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

08/11/25

20123

TO THE
ORDER OF

**** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

$14,500.00**

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

MEMO- Loan Payment

NON-NEGOTIABLE

     i.     Not contained in the Budgets except as approved by the Bankruptcy Court after written notice to the Bank and a hearing or after written request to the Bank and the Bank's written consent; or

     ii.     In excess of one hundred ten percent (110%) of the amount set forth in the Budget, in the aggregate from the Petition Date.

5.     <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

     i.     Pre-Petition Rents held by the VerStandig Law Firm, LLC Attorney Trust Account are considered to be cash collateral and subject to the constraints of the Budgets. Debtors waive and release any claim against the Bank that the Pre-Petition Rents remitted under this paragraph 5(i) or paragraph 10 below are property of the estate or that the Bank did not have a properly perfected lien in these specific monies, to the extent of any allowed claims of the Bank.



     ii.     Parkside will pay the sum of $14,500 on the 15th day of each month to be applied to debt service.

     iii.     Generations will pay the sum of $35,000 on the 15th day of each month to be applied to debt service.

     iv.     The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20142

08/31/25                    $1,562.08***

TO THE
ORDER OF    **** ONE THOUSAND FIVE HUNDRED SIXTY TWO AND 08/100 DOLLARS

LIBERTY MUTUAL INSURANCE
PO BOX 91013
CHICAGO, IL   60680-1171

---

DATE: 08/31/25   CK#: 201-
PAYEE: LIBERTY MUTUAL I

*(handwritten note):* will mail 4 sept stmt, due 9/28/25

*(handwritten note):* Escrowed Ins prem

*(handwritten note):* Renewal bill didn't generate by 8.31.25

*(handwritten note):* 14,797.80/mo. park 26.118% = #1,562.08

| Property Address | | Amount |
|---|---|---|
| Parkside Place | Renewal 9000344025 | 1,562.08 |
| | | 1,562.08 |

---

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20142

08/31/25                    $1,562.08***

TO THE
ORDER OF    **** ONE THOUSAND FIVE HUNDRED SIXTY TWO AND 08/100 DOLLARS

LIBERTY MUTUAL INSURANCE
PO BOX 91013              NON-NEGOTIABLE
CHICAGO, IL   60680-1171

# CODINGTON COUNTY TREASURER
**Official Real Estate Tax Notice**
14 FIRST AVENUE S.E • WATERTOWN, SD 57201
(605) 882-6285

2024 TAXES DUE AND PAYABLE IN 2025

**EXHIBIT**
**IV1064**

2024 – 12152

3451.93m

Record#: 9358

**Legal:**   Sch: 14-4      S/T/R:            Acres/Lots: .00

WATERTOWN CITY  PARKSIDE PLACE ADD

PARKSIDE PLACE ADD
8 2 ST NE

**Taxes In
Name Of**

PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 20,711.62 |
| **Second Half** | 20,711.62 |
| **TOTAL** | 41,423.24 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 65,136 | 2.525 | 164.48 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 65,136 | 9.478 | 617.36 |
| WATERTOWN CITY | 67,568 | 65,136 | 1.691 | 110.14 |
| EAST DAKOTA WATER | 67,568 | 65,136 | 0.020 | 1.30 |
| TAX INCREMENT 12 NA | 67,568 | 2,955,371 | 13.714 | 40,529.96 |

ESCROW
8.15.25
$2958.80

NA: 41423.24

**TOTAL:** 41,423.24

\* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (\*).

Please detach stubs and return with your payment

PARKSIDE PLACE LLC

**-FIRST PAYMENT-**

CODINGTON
Record #
9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |

DELINQUENT AFTER APRIL 30th

Please detach stubs and return with your payment

PARKSIDE PLACE LLC

**-SECOND PAYMENT-**

CODINGTON
Record #
9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |

DELINQUENT AFTER OCTOBER 31st