EXHIBIT

A

CUSTOMER NAME Parkside Place LLC          DATE: 12/13/21          **DEBIT TICKET**

CUSTOMER NUMBER          NOTE NUMBER          BACK DATE

51438

REV PRIN PAYMENT:          76          NEW LOAN:          34

REBATE INTEREST:          82          RENEWAL LOAN:          70
REBATE INSURANCE:          64          DEBIT TO FINAL:          66
                                        (Advance)
DB INT ADJUSTMENT:          80          ESCROW:          86
PLUS YEAR TO DATE:          2
ADD LATE CHARGE:          94

DESCRIPTION:          **TOTAL $**          4,200,000.00

⑂54000000⑂

0 12/13/2021          $4200000,00
010105000080 TC 0

RRSB Debit Ticket dated December 13, 2021 for the Parkside Note.

A

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal<br>$4,200,000.00 | Loan Date<br>12-13-2021 | Maturity<br>12-01-2026 | Loan No<br>51438 | Call / Coll | Account | Officer<br>* * * | Initials |
|---|---|---|---|---|---|---|---|

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "* * * *" has been omitted due to text length limitations.

**Borrower:** PARKSIDE PLACE, LLC (TIN☐☐☐☐☐☐☐☐)
1405 1ST AVE N
FARGO, ND  58102

**Lender:** Red River State Bank
Halstad
300 2nd Ave West
PO Box 25
Halstad, MN  56548-0025

EXHIBIT

B

**LOAN TYPE.** This is a Fixed Rate (4.150% initial rate) Nondisclosable Loan to a Limited Liability Company for $4,200,000.00 due on December 1, 2026.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is:  Refinance Apartment.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied.  Please disburse the loan proceeds of $4,200,000.00 as follows:

| | |
|---|---|
| **Amount paid on Borrower's account:**<br>$4,200,000.00 Payment on Loan # Construction LOC | $4,200,000.00 |
| **Note Principal:** | $4,200,000.00 |

**CHARGES PAID IN CASH.** Borrower has paid or will pay in cash as agreed the following charges:

| | |
|---|---|
| **Prepaid Finance Charges Paid in Cash:**<br>$4,500.00  CBRE Appraisal Dated 09/2021<br>$5,675.00  Title Comittment Estimation<br>$4,200.00  RRSB Documentation Fee | $14,375.00 |
| **Total Charges Paid in Cash:** | $14,375.00 |

**NOTICE OF RIGHT TO DISCONTINUE ESCROW.** If Borrower's mortgage loan involves an escrow account for taxes and homeowner's insurance, Borrower may have the right in five years to discontinue the account and pay Borrower's own taxes and homeowner's insurance. IF Borrower is eligible to discontinue the escrow account, Borrower will be notified in five years.

**FINANCIAL CONDITION.  BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER.  THIS AUTHORIZATION IS DATED DECEMBER 13, 2021.**

**BORROWER:**

PARKSIDE PLACE, LLC

By: _____
JESSE ROBERT CRAIG, Managing Member of
PARKSIDE PLACE, LLC

RRSB Parkside 00019

EXHIBIT

C



51393 12/13/2021    $11767.53
010105000030 TC 50



51393 12/13/2021    $940371.80
010105000040 TC 46

RRSB Loan Credit Slips memorializing payments to Loan 51393 dated December 13, 2021.

C

EXHIBIT
**D**



41120 12/13/2021      $2601400.00
010105000050 TC 46



41120 12/13/2021      $84638.16
010105000060 TC 50

RRSB Loan Credit Slips memorializing payments to Loan 41120 dated December 13, 2021.

D

EXHIBIT

**E**



RRSB Loan Credit Slip memorializing payment to Loan 41206 dated December 13, 2021.

E



```
10852 PARKSIDE PLACE, LLC
      PO BOX 426
      FARGO ND 58107-0426


LOAN #        51438  COLL DESC 8 2ND ST NE,ORIG BAL  4,200,000.00  ORIG DATE  12/13/2021  ORIG DISC       0.00 RENW BAL        0.00
                     RENW DATE            TMS EXT    0             LAST MATY  12/1/2026   RATE     .04150  TYPE CODE 4
                     APR OFF    CBA       COLL CODE  FA


   DATE       TC1     AMOUNT      TC2        AMOUNT    POST DATE   DESCRIPTION                              BALANCE

12/13/2021    34   4,200,000.00    0          0.00                OPENING ADVANCE                       4,200,000.00
01/10/2022    50      10,505.75    0          0.00                ONL PMT FRM CHK 326436                4,200,000.00
02/10/2022    50      13,370.96    0          0.00                                                      4,200,000.00
02/17/2022    50      13,370.96    0          0.00                                                      4,200,000.00
03/21/2022    46      12,974.32   50      9,550.68                                                      4,187,025.68
05/02/2022    46       2,530.51   50     19,994.49                                                      4,184,495.17
05/24/2022    46      12,058.03   50     10,466.97                                                      4,172,437.14
06/06/2022    46      16,357.80   50      6,167.20                                                      4,156,079.34
07/18/2022    46       2,678.30   50     19,846.70                                                      4,153,401.04
08/08/2022    46      12,608.04   50      9,916.96                                                      4,140,793.00
09/06/2022    46       8,871.73   50     13,653.27                                                      4,131,921.27
10/05/2022    46       8,900.98   50     13,624.02                                                      4,123,020.29
11/07/2022    46       7,055.20   50     15,469.80                                                      4,115,965.09
12/06/2022    46       8,953.59   50     13,571.41                                                      4,107,011.50
01/05/2023    46       8,516.15   50     14,008.85                                                      4,098,495.35
02/06/2023    46       7,613.22   50     14,911.78                                                      4,090,882.13
04/07/2023    50      22,525.00    0          0.00                                                      4,090,882.13
05/05/2023    46       4,118.76   50     18,406.24                                                      4,086,763.37
06/02/2023    46       9,514.54   50     13,010.46                                                      4,077,248.83
07/10/2023    46       8,617.04    0          0.00                                                      4,068,631.79
07/10/2023    50      13,907.96    0          0.00                                                      4,068,631.79
08/11/2023    94       1,126.25    0          0.00                                                      4,068,631.79
08/16/2023    46       1,700.89   50     20,824.11                                                      4,066,930.90
09/07/2023    46      12,352.10   50     10,172.90                                                      4,054,578.80
10/10/2023    46       7,312.00   50     15,213.00                                                      4,047,266.80
11/08/2023    46       9,180.10   50     13,344.90                                                      4,038,086.70
12/11/2023    94       1,126.25    0          0.00                                                      4,038,086.70
12/21/2023    46       2,782.63   50     19,742.37                                                      4,035,304.07
01/11/2024    94       1,126.25    0          0.00                                                      4,035,304.07
01/15/2024    46      11,054.79   50     11,470.21                                                      4,024,249.28
02/08/2024    92       1,488.58    0          0.00                                                      4,022,760.70
02/12/2024    94       1,126.25    0          0.00                                                      4,022,760.70
03/11/2024    94       1,126.25    0          0.00                                                      4,022,760.70
04/11/2024    94       1,126.25    0          0.00                                                      4,022,760.70
05/13/2024    94       1,126.25    0          0.00                                                      4,022,760.70
05/28/2024    92   4,022,760.70   84     61,293.30                NON-ACCRUAL                                   0.00
05/28/2024   366   4,022,760.70  380     61,293.30                NON-ACCRUAL                           4,022,760.70
06/11/2024    94       1,126.25    0          0.00                                                      4,022,760.70
07/11/2024    94       1,126.25    0          0.00                                                      4,022,760.70
08/12/2024    94       1,126.25    0          0.00                                                      4,022,760.70
09/11/2024    94       1,126.25    0          0.00                                                      4,022,760.70
10/11/2024    94       1,126.25    0          0.00                                                      4,022,760.70
```

10852 PARKSIDE PLACE, LLC
    PO BOX 426
    FARGO ND 58107-0426

LOAN #        51438   COLL DESC 8 2ND ST NE,ORIG BAL  4,200,000.00   ORIG DATE  12/13/2021   ORIG DISC      0.00  RENW BAL          0.00
                      RENW DATE                TMS EXT   0         LAST MATY  12/1/2026   RATE      .04150   TYPE CODE 4
                      APR OFF    CBA           COLL CODE  FA

| DATE | TC1 | AMOUNT | TC2 | AMOUNT | POST DATE | DESCRIPTION | BALANCE |
|------|-----|--------|-----|--------|-----------|-------------|---------|
| 11/12/2024 | 94 | 1,126.25 | 0 | 0.00 | | | 4,022,760.70 |
| 12/11/2024 | 94 | 1,126.25 | 0 | 0.00 | | | 4,022,760.70 |
| 12/30/2024 | 350 | 22,525.00 | 0 | 0.00 | 01/07/2025 | Feb2024 | 4,022,760.70 |
| 12/30/2024 | 350 | 22,525.00 | 0 | 0.00 | | March2024 | 4,022,760.70 |
| 12/30/2024 | 350 | 22,525.00 | 0 | 0.00 | | April2024 | 4,022,760.70 |
| 12/30/2024 | 350 | 22,525.00 | 0 | 0.00 | | May2024 | 4,022,760.70 |
| 12/30/2024 | 350 | 22,525.00 | 0 | 0.00 | | June2024 | 4,022,760.70 |
| 12/30/2024 | 350 | 11,236.56 | 0 | 0.00 | | partial July2024 | 4,022,760.70 |
| 01/02/2025 | 350 | 15,767.50 | 0 | 0.00 | 01/07/2025 | remainder July24, par Aug24 | 4,022,760.70 |
| 01/13/2025 | 94 | 1,126.25 | 0 | 0.00 | | | 4,022,760.70 |
| 02/04/2025 | 346 | 12,417.32 | 350 | 36,924.60 | | | 4,010,343.38 |
| 02/11/2025 | 94 | 1,126.25 | 0 | 0.00 | | | 4,010,343.38 |
| 02/14/2025 | 346 | 9,940.29 | 350 | 4,559.71 | | 1st Cash Collateral pymt due | 4,000,403.09 |
| 03/07/2025 | 346 | 4,948.35 | 350 | 9,551.65 | | Nov24 partialpmt rem$7309.02 | 3,995,454.74 |
| 03/11/2025 | 94 | 1,126.25 | 0 | 0.00 | | | 3,995,454.74 |
| 04/11/2025 | 94 | 1,126.25 | 0 | 0.00 | | | 3,995,454.74 |
| 04/14/2025 | 350 | 14,500.00 | 0 | 0.00 | | April25 cash collateral | 3,995,454.74 |
| 05/12/2025 | 94 | 1,126.25 | 0 | 0.00 | | | 3,995,454.74 |
| 05/19/2025 | 350 | 14,500.00 | 0 | 0.00 | 05/20/2025 | | 3,995,454.74 |
| 06/11/2025 | 94 | 1,126.25 | 0 | 0.00 | | | 3,995,454.74 |
| 06/13/2025 | 350 | 14,500.00 | 0 | 0.00 | | | 3,995,454.74 |

        Principal: 4,200,000.00        Min:        0.00
        Interest:    357,046.95        Max: 4,200,000.00

EXHIBIT
G

## The Parkside Note: Payment History and Accrual of Interest & Late Fees

Dated 12/13/21 — Affidavit of Charles Aarestad re: Parkside Note — Originating Interest Rate: 4.15% per annum — Post-Forbearance Interest Rate: 4.15% per annum

| Date | TRANSACTION TYPE AND AMOUNT Advance/Charge (+) | Payment (-) Total | Interest Pmt. | Principal Pmt. | Description | INTEREST CALCULATION Per Diem | # of Days | Accrued Interest | (Principal Pmt.) | BALANCE Interest | Principal | Late Fees | TOTAL | Payment No. | Corresponding Eighth Gen. Note Payment No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2021 | $ 4,200,000.00 | $ - | $ - | $ - | Loan Account Opened - Opening Advance | $ 477.53 | 0 | $ - | 0 | $ 0 | $ 4,200,000.00 | $ - | | | |
| 1/10/2022 | $ - | $ - | $ - | $ - | Interest Calculation | $ 477.53 | 28 | $ 13,370.96 | | $ 13,370.96 | $ 4,200,000.00 | $ - | | | |
| 1/10/2022 | $ - | $ (10,505.75) | $ (10,505.75) | $ - | January 2022 Payment Received | Interest Payment: | | $ (10,505.75) | $ - | $ 2,865.21 | $ 4,200,000.00 | $ - | | 1 | |
| 2/1/2022 | | | | | February 2022 Payment Due | $ 477.53 | 22 | $ 10,505.75 | | $ 13,370.96 | $ 4,200,000.00 | $ - | | | |
| 2/10/2022 | $ - | $ (13,370.96) | $ (13,370.96) | $ - | February 2022 Payment Received | Interest Payment: | | $ (13,370.96) | $ - | $ 0.00 | $ 4,200,000.00 | $ - | | 2 | |
| 3/1/2022 | | | | | March 2022 Payment Due (paid early) | $ 477.53 | 28 | $ 13,370.96 | | $ 13,370.96 | $ 4,200,000.00 | $ - | | | |
| 2/17/2022 | $ - | $ (13,370.96) | $ (13,370.96) | $ - | March 2022 Payment Received (paid early) | Interest Payment: | | $ (13,370.96) | $ - | $ 0.00 | $ 4,200,000.00 | $ - | | 3 | |
| 3/21/2022 | | | | | Interest Calculation | $ 477.53 | 20 | $ 9,550.69 | | $ 9,550.69 | $ 4,200,000.00 | $ - | | | |
| 3/21/2022 | $ - | $ (22,525.00) | $ (9,550.68) | $ (12,974.32) | April 2022 Payment Received | Regular Payment: | | $ (9,550.68) | $ (12,974.32) | $ 0.01 | $ 4,187,025.68 | $ - | | 4 | |
| 5/2/2022 | | | | | Interest Calculation | $ 476.06 | 42 | $ 19,994.48 | | $ 19,994.49 | $ 4,187,025.68 | $ - | | | |
| 5/2/2022 | $ - | $ (22,525.00) | $ (19,994.49) | $ (2,530.51) | May 2022 Payment Received | Regular Payment: | | $ (19,994.49) | $ (2,530.51) | $ (0.00) | $ 4,184,495.17 | $ - | | 5 | |
| 5/24/2022 | | | | | Interest Calculation | $ 475.77 | 22 | $ 10,466.97 | | $ 10,466.97 | $ 4,184,495.17 | $ - | | | |
| 5/24/2022 | $ - | $ (22,525.00) | $ (10,466.97) | $ (12,058.03) | June 2022 Payment Received | Regular Payment: | | $ (10,466.97) | $ (12,058.03) | $ (0.00) | $ 4,172,437.14 | $ - | | 6 | |
| 6/6/2022 | | | | | Interest Calculation | $ 474.40 | 13 | $ 6,167.21 | | $ 6,167.20 | $ 4,172,437.14 | $ - | | | |
| 6/6/2022 | $ - | $ (22,525.00) | $ (6,167.20) | $ (16,357.80) | July 2022 Payment Received | Regular Payment: | | $ (6,167.20) | $ (16,357.80) | $ (0.00) | $ 4,156,079.34 | $ - | | 7 | |
| 7/18/2022 | | | | | Interest Calculation | $ 472.54 | 42 | $ 19,846.70 | | $ 19,846.71 | $ 4,156,079.34 | $ - | | | |
| 7/18/2022 | $ - | $ (22,525.00) | $ (19,846.70) | $ (2,678.30) | August 2022 Payment Received | Regular Payment: | | $ (19,846.70) | $ (2,678.30) | $ (0.00) | $ 4,153,401.04 | $ - | | 8 | |
| 8/8/2022 | | | | | Interest Calculation | $ 472.24 | 21 | $ 9,916.96 | | $ 9,916.96 | $ 4,153,401.04 | $ - | | | |
| 8/8/2022 | $ - | $ (22,525.00) | $ (9,916.96) | $ (12,608.04) | September 2022 Payment Received | Regular Payment: | | $ (9,916.96) | $ (12,608.04) | $ (0.00) | $ 4,140,793.00 | $ - | | 9 | |
| 9/6/2022 | | | | | Interest Calculation | $ 470.80 | 29 | $ 13,653.27 | | $ 13,653.27 | $ 4,140,793.00 | $ - | | | |
| 9/6/2022 | $ - | $ (22,525.00) | $ (13,653.27) | $ (8,871.73) | October 2022 Payment Received | Regular Payment: | | $ (13,653.27) | $ (8,871.73) | $ 0.00 | $ 4,131,921.27 | $ - | | 10 | |
| 10/5/2022 | | | | | Interest Calculation | $ 469.79 | 29 | $ 13,624.02 | | $ 13,624.02 | $ 4,131,921.27 | $ - | | | |
| 10/5/2022 | $ - | $ (22,525.00) | $ (13,624.02) | $ (8,900.98) | November 2022 Payment Received | Regular Payment: | | $ (13,624.02) | $ (8,900.98) | $ 0.00 | $ 4,123,020.29 | $ - | | 11 | |
| 11/7/2022 | | | | | Interest Calculation | $ 468.78 | 33 | $ 15,469.80 | | $ 15,469.80 | $ 4,123,020.29 | $ - | | | |
| 11/7/2022 | $ - | $ (22,525.00) | $ (15,469.80) | $ (7,055.20) | December 2022 Payment Received | Regular Payment: | | $ (15,469.80) | $ (7,055.20) | $ 0.00 | $ 4,115,965.09 | $ - | | 12 | |
| 12/6/2022 | | | | | Interest Calculation | $ 467.98 | 29 | $ 13,571.41 | | $ 13,571.41 | $ 4,115,965.09 | $ - | | | |
| 12/6/2022 | $ - | $ (22,525.00) | $ (13,571.41) | $ (8,953.59) | January 2023 Payment Received | Regular Payment: | | $ (13,571.41) | $ (8,953.59) | $ (0.00) | $ 4,107,011.50 | $ - | | 13 | |
| 1/5/2023 | | | | | Interest Calculation | $ 466.96 | 30 | $ 14,008.85 | | $ 14,008.85 | $ 4,107,011.50 | $ - | | | |
| 1/5/2023 | $ - | $ (22,525.00) | $ (14,008.85) | $ (8,516.15) | February 2023 Payment Received | Regular Payment: | | $ (14,008.85) | $ (8,516.15) | $ (0.00) | $ 4,098,495.35 | $ - | | 14 | |
| 2/6/2023 | | | | | Interest Calculation | $ 465.99 | 32 | $ 14,911.79 | | $ 14,911.78 | $ 4,098,495.35 | $ - | | | |
| 2/6/2023 | $ - | $ (22,525.00) | $ (14,911.78) | $ (7,613.22) | March 2023 Payment Received | Regular Payment: | | $ (14,911.78) | $ (7,613.22) | $ 0.00 | $ 4,090,882.13 | $ - | | 15 | |
| 4/7/2023 | | | | | Interest Calculation | $ 465.13 | 60 | $ 27,907.66 | | $ 27,907.66 | $ 4,090,882.13 | $ - | | | |
| 4/7/2023 | $ - | $ (22,525.00) | $ (22,525.00) | $ - | April 2023 Payment Received | Regular Payment: | | $ (22,525.00) | $ - | $ 5,382.66 | $ 4,090,882.13 | $ - | | 16 | |
| 5/5/2023 | | | | | Interest Calculation | $ 465.13 | 28 | $ 13,023.58 | | $ 18,406.24 | $ 4,090,882.13 | $ - | | | |
| 5/5/2023 | $ - | $ (22,525.00) | $ (18,406.24) | $ (4,118.76) | May 2023 Payment Received | Regular Payment: | | $ (18,406.24) | $ (4,118.76) | $ (0.00) | $ 4,086,763.37 | $ - | | 17 | |
| 6/2/2023 | | | | | Interest Calculation | $ 464.66 | 28 | $ 13,010.46 | | $ 13,010.46 | $ 4,086,763.37 | $ - | | | |
| 6/2/2023 | $ - | $ (22,525.00) | $ (13,010.46) | $ (9,514.54) | June 2023 Payment Received | Regular Payment: | | $ (13,010.46) | $ (9,514.54) | $ 0.00 | $ 4,077,248.83 | $ - | | 18 | 2 |
| 7/10/2023 | | | | | Interest Calculation | $ 463.58 | 38 | $ 17,615.95 | | $ 17,615.95 | $ 4,077,248.83 | $ - | | | |
| 7/10/2023 | $ - | $ (22,525.00) | $ (13,907.96) | $ (8,617.04) | July 2023 Payment Received | Regular Payment: | | $ (13,907.96) | $ (8,617.04) | $ 3,707.99 | $ 4,068,631.79 | $ - | | 19 | 3 |
| 8/11/2023 | $ 1,126.25 | $ - | $ - | $ - | Late Fee Assessed | | | | | | $ 4,068,631.79 | $ 1,126.25 | | | |
| 8/16/2023 | | | | | Interest Calculation | $ 462.60 | 37 | $ 17,116.12 | | $ 20,824.11 | $ 4,068,631.79 | $ 1,126.25 | | | |
| 8/16/2023 | $ - | $ (22,525.00) | $ (20,824.11) | $ (1,700.89) | August 2023 Payment Received | Regular Payment: | | $ (20,824.11) | $ (1,700.89) | $ (0.00) | $ 4,066,930.90 | $ 1,126.25 | | 20 | 4 |
| 9/7/2023 | | | | | Interest Calculation | $ 462.40 | 22 | $ 10,172.90 | | $ 10,172.90 | $ 4,066,930.90 | $ 1,126.25 | | | |
| 9/7/2023 | $ - | $ (22,525.00) | $ (10,172.90) | $ (12,352.10) | September 2023 Payment Received | Regular Payment: | | $ (10,172.90) | $ (12,352.10) | $ 0.00 | $ 4,054,578.80 | $ 1,126.25 | | 21 | 5 |
| 10/10/2023 | | | | | Interest Calculation | $ 461.00 | 33 | $ 15,213.00 | | $ 15,213.00 | $ 4,054,578.80 | $ 1,126.25 | | | |
| 10/10/2023 | $ - | $ (22,525.00) | $ (15,213.00) | $ (7,312.00) | October 2023 Payment Received | Regular Payment: | | $ (15,213.00) | $ (7,312.00) | $ 0.00 | $ 4,047,266.80 | $ 1,126.25 | | 22 | 6 |
| 11/8/2023 | | | | | Interest Calculation | $ 460.17 | 29 | $ 13,344.89 | | $ 13,344.90 | $ 4,047,266.80 | $ 1,126.25 | | | |
| 11/8/2023 | $ - | $ (22,525.00) | $ (13,344.90) | $ (9,180.10) | November 2023 Payment Received | Regular Payment: | | $ (13,344.90) | $ (9,180.10) | $ 0.00 | $ 4,038,086.70 | $ 1,126.25 | | 23 | 7 |
| 12/11/2023 | $ 1,126.25 | $ - | $ - | $ - | Late Fee Assessed | | | | | | $ 4,038,086.70 | $ 2,252.50 | | | |
| 12/21/2023 | | | | | Interest Calculation | $ 459.12 | 43 | $ 19,742.37 | | $ 19,742.37 | $ 4,038,086.70 | $ 2,252.50 | | | |
| 12/21/2023 | $ - | $ (22,525.00) | $ (19,742.37) | $ (2,782.63) | December 2023 Payment Received | Regular Payment: | | $ (19,742.37) | $ (2,782.63) | $ (0.00) | $ 4,035,304.07 | $ 2,252.50 | | 24 | |
| 1/11/2024 | $ 1,126.25 | $ - | $ - | $ - | Late Fee Assessed | | | | | | $ 4,035,304.07 | $ 3,378.75 | | | |
| 1/15/2024 | | | | | Interest Calculation | $ 458.81 | 25 | $ 11,470.21 | | $ 11,470.21 | $ 4,035,304.07 | $ 3,378.75 | | | |
| 1/15/2024 | $ - | $ (22,525.00) | $ (11,470.21) | $ (11,054.79) | January 2024 Payment Received | Regular Payment: | | $ (11,470.21) | $ (11,054.79) | $ 0.00 | $ 4,024,249.28 | $ 3,378.75 | | 25 | |
| 2/8/2024 | | | | | Interest Calculation | $ 457.55 | 24 | $ 10,981.24 | | $ 10,981.24 | $ 4,024,249.28 | $ 3,378.75 | | | |
| 2/8/2024 | $ - | $ (1,488.58) | $ - | $ (1,488.58) | Set Off Applied | Set Off: | | $ - | $ (1,488.58) | $ 10,981.24 | $ 4,022,760.70 | $ 3,378.75 | | 26 | |

| Date | Amount | | | | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/12/2024 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 4,022,760.70 | $ 4,505.00 | |
| 3/11/2024 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 4,022,760.70 | $ 5,631.25 | |
| 4/11/2024 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 4,022,760.70 | $ 6,757.50 | |
| 5/13/2024 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 4,022,760.70 | $ 7,883.75 | |
| 6/11/2024 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 4,022,760.70 | $ 9,010.00 | |
| 7/11/2024 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 4,022,760.70 | $ 10,136.25 | |
| 8/12/2024 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 4,022,760.70 | $ 11,262.50 | |
| 9/11/2024 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 4,022,760.70 | $ 12,388.75 | |
| 10/11/2024 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 4,022,760.70 | $ 13,515.00 | |
| 11/12/2024 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 4,022,760.70 | $ 14,641.25 | |
| 12/11/2024 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 4,022,760.70 | $ 15,767.50 | |
| 12/30/2024 | | $ - | $ - | $ - | Interest Calculation | $ 457.38 | 326 | $ 149,106.66 | $ 160,087.90 | $ 4,022,760.70 | $ 15,767.50 | |
| 12/30/2024 | | $ (123,861.56) | $ (123,861.56) | $ - | Feb - Jun and Partial Jul 2024 Pmt. Received | Interest Payment: | $ (123,861.56) | | $ 36,226.34 | $ 4,022,760.70 | $ 15,767.50 | 27 |
| 1/2/2025 | | | | | Interest Calculation | $ 457.38 | 3 | $ 1,372.15 | $ 37,598.48 | $ 4,022,760.70 | $ 15,767.50 | |
| 1/2/2025 | | $ (15,767.50) | $ (15,767.50) | $ - | Remainder July and Partial Aug 2024 Pmt. Received | Interest Payment: | $ (15,767.50) | $ - | $ 21,830.98 | $ 4,022,760.70 | $ 15,767.50 | 28 |
| **1/6/2025** | | | | | **BANKRUPTCY PETITION FILED** | $ 457.38 | 4 | $ 1,829.53 | | $ 23,660.51 | $ 4,022,760.70 | $ 15,767.50 | $ 4,062,188.71 |
| 1/13/2025 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 4,022,760.70 | $ 16,893.75 | |
| 2/4/2025 | | $ - | $ - | $ - | Interest Calculation | $ 457.38 | 29 | $ 13,264.09 | $ 36,924.60 | $ 4,022,760.70 | $ 16,893.75 | |
| 2/4/2025 | | $ (49,341.92) | $ (36,924.60) | $ (12,417.32) | Cash Collateral Payment | Cash Collateral Pmt: | $ (36,924.60) | $ (12,417.32) | $ 0.00 | $ 4,010,343.38 | $ 16,893.75 | 29 |
| 2/11/2025 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 4,010,343.38 | $ 18,020.00 | |
| 2/14/2025 | | $ - | $ - | $ - | Interest Calculation | $ 455.97 | 10 | $ 4,559.71 | $ 4,559.71 | $ 4,010,343.38 | $ 18,020.00 | |
| 2/14/2025 | | $ (14,500.00) | $ (4,559.71) | $ (9,940.29) | Cash Collateral Payment | Cash Collateral Pmt: | $ (4,559.71) | $ (9,940.29) | $ (0.00) | $ 4,000,403.09 | $ 18,020.00 | 30 |
| 3/7/2025 | | $ - | $ - | $ - | Interest Calculation | $ 454.84 | 21 | $ 9,551.65 | $ 9,551.64 | $ 4,000,403.09 | $ 18,020.00 | |
| 3/7/2025 | | $ (14,500.00) | $ (9,551.65) | $ (4,948.35) | Cash Collateral Payment | Cash Collateral Pmt: | $ (9,551.65) | $ (4,948.35) | $ (0.01) | $ 3,995,454.74 | $ 18,020.00 | 31 |
| 3/11/2025 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 3,995,454.74 | $ 19,146.25 | |
| 4/11/2025 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 3,995,454.74 | $ 20,272.50 | |
| 4/14/2025 | | $ - | $ - | $ - | Interest Calculation | $ 454.28 | 38 | $ 17,262.55 | $ 17,262.55 | $ 3,995,454.74 | $ 20,272.50 | |
| 4/14/2025 | | $ (14,500.00) | $ (14,500.00) | $ - | Cash Collateral Payment | Cash Collateral Pmt: | $ (14,500.00) | $ - | $ 2,762.55 | $ 3,995,454.74 | $ 20,272.50 | 32 |
| 5/12/2025 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 3,995,454.74 | $ 21,398.75 | |
| 5/19/2025 | | $ - | $ - | $ - | Interest Calculation | $ 454.28 | 35 | $ 15,899.72 | $ 18,662.27 | $ 3,995,454.74 | $ 21,398.75 | |
| 5/19/2025 | | $ (14,500.00) | $ (14,500.00) | $ - | Cash Collateral Payment | Cash Collateral Pmt: | $ (14,500.00) | $ - | $ 4,162.27 | $ 3,995,454.74 | $ 21,398.75 | 33 |
| 6/11/2025 | **1,126.25** | $ - | $ - | $ - | Late Fee Assessed | | | | $ 3,995,454.74 | $ 22,525.00 | |
| 6/13/2025 | | $ - | $ - | $ - | Interest Calculation | $ 454.28 | 25 | $ 11,356.94 | $ 15,519.21 | $ 3,995,454.74 | $ 22,525.00 | |
| 6/13/2025 | | $ (14,500.00) | $ (14,500.00) | $ - | Cash Collateral Payment | Cash Collateral Pmt: | $ (14,500.00) | $ - | $ 1,019.21 | $ 3,995,454.74 | $ 22,525.00 | 34 |
| 7/14/2025 | | $ - | $ - | $ - | Interest Calculation | $ 454.28 | 31 | $ 14,082.61 | $ 15,101.82 | $ 3,995,454.74 | $ 22,525.00 | |
| 7/14/2025 | | $ (14,500.00) | $ (14,500.00) | $ - | Cash Collateral Payment | Cash Collateral Pmt: | $ (14,500.00) | $ - | $ 601.82 | $ 3,995,454.74 | $ 22,525.00 | $ 4,018,581.56 | 35 |



EXHIBIT

H-1

```
                                        1  -  32              PAGE  1
PARKSIDE PLACE, LLC                                 ACCOUNT         6436
PO BOX 426
FARGO  ND 58107-0426                                  STATEMENT PERIOD
                                                  12/31/2021 TO 01/31/2022


----------------------- C H E C K I N G   S U M M A R Y -----------------------
              SIMP BUS W/O CA        -        6436
         CHECKING BALANCE LAST STATEMENT.......         44,744.42
                             DEPOSITS.............            .00
                        9  OTHER CREDITS........      12,795.00
                        1  CHECKS...............      40,444.42
                        3  OTHER DEBITS.........      10,535.70
         CHECKING BALANCE THIS STATEMENT.......          6,559.30
------------------------- F E E   S U M M A R Y -------------------------
         PAPER STATEMENT FEE                             5.00
                              TOTAL FEES IMPOSED         5.00
                                  (LISTED BELOW)
---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
        --------------------------------------------------------
        |                        |     TOTAL FOR  |      TOTAL   |
        |                        |   THIS PERIOD  |  YEAR-TO-DATE|
        --------------------------------------------------------
        |TOTAL OVERDRAFT FEES    |        $0.00   |      $0.00   |
        --------------------------------------------------------
        |TOTAL RETURNED ITEM FEES|        $0.00   |      $0.00   |
        --------------------------------------------------------

-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------
    DATE.....AMOUNT....DESCRIPTION
    01/04  2,785.00 PAYLEASE.COM       CREDIT               0014326906
    01/05  1,465.00 PAYLEASE.COM       CREDIT               0017717979
    01/05  1,555.00 PAYLEASE.COM       CREDIT               0017706977
    01/06    950.00 PayLease           Settlement           4681327538
    01/06  1,335.00 PAYLEASE.COM       CREDIT               0019720156
    01/06  4,175.00 PAYLEASE.COM       CREDIT               0019701724
    01/07     35.00 PAYLEASE.COM       CREDIT               0011327067
    01/10    195.00 PAYLEASE.COM       CREDIT               0013180700
    01/11    300.00 PAYLEASE.COM       CREDIT               0015123251

--------------- O T H E R   D E B I T   T R A N S A C T I O N S ---------------
    DATE.....AMOUNT....DESCRIPTION
    01/05     24.95 PAYLEASE.COM       INVOICE              0018077053
    01/10 10,505.75 ONL PMN FRM CHK  6436 TO LN 51438
```

Parkside Note Payment 1

```
                                                    PAGE   2
       PARKSIDE PLACE, LLC              ACCOUNT       ███5436
       PO BOX 426
       FARGO  ND 58107-0426                  STATEMENT PERIOD
                                         12/31/2021 TO 01/31/2022


  DATE.....AMOUNT....DESCRIPTION
  01/31       5.00 PAPER STATEMENT FEE

  -------------------------------- C H E C K S --------------------------------

  DATE.........CHECK NO......AMOUNT   DATE.........CHECK NO......AMOUNT
  01/11         1102022    40,444.42

  --------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

  DATE......BALANCE        DATE.......BALANCE        DATE.......BALANCE
  01/04     47,529.42      01/07     57,019.47       01/31      6,559.30
  01/05     50,524.47      01/10     46,708.72
  01/06     56,984.47      01/11      6,564.30

  -----------------------------------------------------------------------------
```

Parkside Note Payment 1



**EXHIBIT**

**H-2**

**DEBIT**
MCM 5001 (R 7/10)

**GENERAL LEDGER**

DATE 2 / 10 / 22

ACCOUNT NAME    UBB

APPROVED BY CBA

DESCRIPTION / REMARKS

AMOUNT

Parkside Place
Feb Int. ACH

Account Number    Tran Code

7020    $    13370.96

⑆ 590000002 ⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 2 / 10 / 22    Approved by CBA

CUSTOMER NAME

Parkside Place

46    Principal Payment

50    Interest Payment

58    Late Charge

92    Principal Payment (End)

09    Regular Payment

Customer Number    Loan Number    Tran Code

51438    50    $    13370.96

⑆ 530 10000 ⑈

Parkside Note Payment 2



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3359

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3217

02/14/22

$13,370.96**

TO THE
ORDER OF     **** THIRTEEN THOUSAND THREE HUNDRED SEVENTY AND 96/100 DOLLARS

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN    56548

*MEMO: PARKSIDE PLACE*

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈      ⑆2258⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 2/17/22    Approved by CBA

CUSTOMER NAME

Parkside Place LLC

| | | |
|---|---|---|
| 46 | Principal Payment | |
| 50 | Interest Payment | 13,370.96 |
| 58 | Late Charge | |
| 92 | Principal Payment (End) | |
| 09 | Regular Payment | |

Customer Number       Loan Number       Tran Code

51438       50  $       1370.96

⑆530100001⑆

Parkside Note Payment 3



**EXHIBIT**

**H-4**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND  58106

**3266**

03/18/22

$22,525.00**

TO THE
ORDER OF

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

RED RIVER STATE BANK

300 2ND AVE W
HALSTAD, MN    56548

April

MEMO: PARKSIDE PLACE

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

2 2 5 8

**LOAN DEPARTMENT CREDIT**

**RECEIVED**

Date **MAR 21 2022**  Approved by

RED RIVER STATE BANK
HALSTAD, MN 56548

CUSTOMER NAME

*ParkSide Place*

Customer Number          Loan Number          Tran Code

*51438*          *09*  $          *22525.00*

| | |
|---|---|
| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |

530 10000

Parkside Note Payment 4



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3296

04/05/22                    $22,525.00**

TO THE
ORDER OF

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

RED RIVER STATE BANK

300 2ND AVE W

HALSTAD, MN    56548



MEMO: PARKSIDE PLACE

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈"                              ⑆ 2 2 5 8 ⑈"

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 5/2/22    Approved by CBA

CUSTOMER NAME

Parkside Place

| | 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51 438 | 09 $ | 22525.00 |

⑈ 530 10000 ⑈

Parkside Note Payment 5



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3400

05/02/22

$22,525.00**

TO THE
ORDER OF

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

RED RIVER STATE BANK

300 2ND AVE W
HALSTAD, MN   56548



MEMO: PARKSIDE PLACE

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑆          2258⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 5-24-22   Approved by

CUSTOMER NAME

*Parkside Place*

Customer Number          Loan Number          Tran Code

51438          09   $          22525.00

⑆530 10000 ⑈

| 46 | Principal Payment |
|----|-------------------|
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |

RECEIVED
MAY 23 2022
RED RIVER STATE BANK
HALSTAD MN 56548

Parkside Note Payment 6



EXHIBIT
H-7

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND  58106

3415

06/01/22

$22,525.00**

TO THE
ORDER OF

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

RED RIVER STATE BANK

300 2ND AVE W
HALSTAD, MN    56548

MEMO: PARKSIDE PLACE       THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

2258

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 6/6/22     Approved by CBA

CUSTOMER NAME

Parkside Place

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | | |

| | |
|---|---|
| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |

51438       09  $       22525.00

530 10000

Parkside Note Payment 7



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3471

07/01/22

$22,525.00**

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN    56548

2258

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

LOAN DEPARTMENT CREDIT
MCM 5002 (R 4/10)

**RECEIVED**
Date JUL 18 2022    Approved by
RED RIVER STATE BANK

CUSTOMER NAME
*Parkside Place*

| | |
|---|---|
| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |

Customer Number    Loan Number    Tran Code
51438    $  22525.00

⑆530100001⑈

Parkside Note Payment 8

EXHIBIT
**H-9**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
: 701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

**3553**

08/01/22

$22,525.00**

TO THE
ORDER OF:

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN    56548

MEMO: PARKSIDE PLACE

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑂'                                    ⑈2258⑈'

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

**RECEIVED**

Date

AUG 08 2022

Approved by

RED RIVER STATE BANK
HALSTAD, MN 56548

*Parkside Place*

Customer Number        Loan Number        Tran Code

51438        09    $    2252500

46  Principal Payment

50  Interest Payment

58  Late Charge

92  Principal Payment (End)

09  Regular Payment

⑈530⑈0000⑈'

Parkside Note Payment 9



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3603

09/01/22

$22,525.00**

TO THE
ORDER OF
\*\*\*\* TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN   56548

MEMO: PARKSIDE PLACE    SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑆    ⑈2258⑈

**LOAN DEPARTMENT CREDIT**
MCM 6002 (R 4/10)

Date 9-6-22    Approved by LAM Ave

CUSTOMER NAME

Park Side Place

46    Principal Payment
50    Interest Payment
58    Late Charge
92    Principal Payment (End)
09    Regular Payment

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 | $ 2252500 |

⑈530 10000 1⑈

Parkside Note Payment 10



**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3707

120S199< 010101000040 10-05-22 RED RIVER STATE BANK

10/02/22

$22,525.00**

TO THE ORDER OF    **** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN  56548

MEMO: PARKSIDE PLACE

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT.

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

www.compuchecks.com    888-355-5581

2 2 5 8

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date  10-5-22  Approved by

CUSTOMER NAME

091 2 05  P55  MPP  010100050 10-05-22 RED RIVER STATE BANK

*Parkside Place*

46  Principal Payment

50  Interest Payment

**RECEIVED**
OCT 05 2022

58  Late Charge

92  Principal Payment (End)

(09)  Regular Payment

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | 51438 | 09  $  22,525.00 |

530 10000 1





Parkside Note Payment 12



**CP BUSINESS MANAGEMENT - APARTMENTS**

PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3853

12/01/22

$22,525.00**

TO THE
ORDER OF
\*\*\*\* TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN  56548

MEMO: PARKSIDE PLACE

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

2258

---

## LOAN DEPARTMENT CREDIT
MCM 5002 (R 4/10)

Date 12/6/22    Approved by LAM

CUSTOMER NAME

Parkside Place

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 $ | 22525.00 |

46  Principal Payment

50  Interest Payment

58  Late Charge

92  Principal Payment (End)

09  Regular Payment

530 10000 1

Parkside Note Payment 13



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3914

01/02/23

$22,525.00**

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN    56548

MEMO: PARKSIDE PLACE

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑂ 2258⑂

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 1/5/23    Approved by LAM DL

CUSTOMER NAME

Parkside Place LLC

46  Principal Payment

50  Interest Payment

58  Late Charge

92  Principal Payment (End)

09  Regular Payment

Customer Number    Loan Number    Tran Code

51438    09    $    22,525.00

⑂530 10000 ⑂⑂

Parkside Note Payment 14





Parkside Note Payment 15

EXHIBIT
H-16

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4072

888-356-9581

www.campuchecks.com

04/01/23

$22,525.00**

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN  56548

MEMO: PARKSIDE PLACE

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑈⑈        2 2 5 8 ⑈⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 4-7-23    APPROVED BY  _CBP tr_

CUSTOMER NAME

_Parkside Place LLC_

| | |
|---|---|
| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |
| | Memo |

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | O9  $ | 22525.00 |

⑈530 10000 ⑈⑈

Parkside Note Payment 16



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4123

05/01/23

$22,525.00**

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN   56548

MEMO: PARKSIDE PLACE

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑈ 2258⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 5-5-23    APPROVED BY _____

CUSTOMER NAME

Parkside Place, LLC

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 $ | 22525.00 |

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
09  Regular Payment
Memo

⑈530 10000 ⑈

---

Parkside Note Payment 17



**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4183

06/01/23

$78,355.18**

**** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS

TO THE
ORDER OF

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN    56548

MEMO: Loan Payment

2258

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 6/2/23        Approved by CBD

CUSTOMER NAME

Parkside Place

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | 51 438 | 09 $ 22 525.00 |

| | |
|---|---|
| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |

530 10000

---

\* Check 4183 was divided between The Parkside Note ($22,525.00) and The Eighth Generations Note ($55,830.18). *See* Eighth Generations Note Aff.; Payment 2.

Parkside Note Payment 18



EXHIBIT

**H-19**

---

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4275

07/01/23

$78,355.18**

TO THE
ORDER OF

.**** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN  56548

MEMO: Loan Payment

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

2 258

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 7-10-23   Approved by  LAM

CUSTOMER NAME

Parkside Place . LLC.

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | 51438 | |

| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |

$  13907.96

530 10000

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 7-10-23   APPROVED BY  LAM

CUSTOMER NAME

Parkside Place LLC

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | 514.38 | 46 |

| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |
| | Memo |

$  8617.04

530 10000

---

* Check 4275 was divided between The Parkside Note ($22,525.00) and The Eighth Generations Note ($55,830.18). *See* Eighth Generations Note Aff.; Payment 3.

Parkside Note Payment 19



EXHIBIT
H-20

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4308

08/01/23

$78,355.18**

TO THE
ORDER OF

**** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN  56548

MEMO: Loan Payment

SECURITY LOCK® WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑈ 2258⑈                     ⑈ 2258⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 8-16-23    APPROVED BY (signature)

CUSTOMER NAME

Parkside Place LLC

| | |
|---|---|
| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |
| | Memo |

Customer Number          Loan Number          Tran Code

51438          09  $          22525.⁰⁰

⑈530 10000 ⑈:

---

\* Check 4308 was divided between The Parkside Note ($22,525.00) and The Eighth Generations Note ($55,830.18). *See* Eighth Generations Note Aff.; Payment 4.

Parkside Note Payment 20



WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4368

09/01/23

$78,355.18**

TO THE
ORDER OF

**** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN  56548

MEMO: Loan Payment

ıı"                        2 2 5 6 ıı"

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 9-7-23   APPROVED BY _____

CUSTOMER NAME

Parkside Place, LLC

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
(09) Regular Payment
Memo

Customer Number        Loan Number        Tran Code

                        5 1 4 3 8        0 9  $        2 2 5 2 5.⁰⁰

ıı: 5 3 0 1 0 0 0 0 ı:

---

\* Check 4368 was divided between The Parkside Note ($22,525.00) and The Eighth Generations Note ($55,830.18). *See* Eighth Generations Note Aff.; Payment 5.

Parkside Note Payment 21



EXHIBIT
H-22

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**

PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL

2754 BRANT DR SOUTH
FARGO, ND 58106

4462

10/02/23

$78,355.18**

TO THE
ORDER OF  ***** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN    56548

MEMO: Loan Payment

2258

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 10-10-23    APPROVED BY

CUSTOMER NAME

Parkside Place, LLC

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09  $ | 22525.00 |

46   Principal Payment
50   Interest Payment
58   Late Charge
92   Principal Payment (End)
⟨09⟩ Regular Payment
Memo

530 10000

*Check 4462 was divided between The Parkside Note ($22,525.00) and The Eighth Generations Note ($55,830.18). *See* Eighth Generations Note Aff.; Payment 6.

Parkside Note Payment 22



WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**

PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL

2754 BRANT DR SOUTH
FARGO, ND 58106

4506

11/01/23

$78,355.18**

TO THE
ORDER OF   **** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN    56548

MEMO: Loan Payment

⑈⑈( ⑈                        ⑈ 2258⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 11-7-23   APPROVED BY _____

CUSTOMER NAME

*Parkside Place LLC*

| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |
| | Memo |

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51483 | 09 | $ 22,525.00 |

⑈530⑈0000⑈⑈

* Check 4506 was divided between The Parkside Note ($22,525.00) and The Eighth Generations Note ($55,830.18). *See* Eighth Generations Note Aff.; Payment 7.


EXHIBIT
H-24

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

12690

77-7869/2913

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

12/19/23        $22,525.00**

RED RIVER STATE BANK
BOX 25
HALSTAD, MN    56548

Business Account

Authorized Signature

SECURITY FEATURES INCLUDED. DETAILS ON BACK

---

## LOAN DEPARTMENT CREDIT
MCM 5002 (R 4/10)

Date 12·22·23    Approved by LAm

CUSTOMER NAME

Parkside Place LLC

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 | $ 22525.00 |

| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |

⑴:530⑴0000⑴:

Parkside Note Payment 24



EXHIBIT
**H-25**

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

12762

77-7869/2913

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

01/05/24        $22,525.00**

TO THE
ORDER OF

RED RIVER STATE BANK
BOX 25
HALSTAD, MN    56548

Business Account

Authorized Signature

⑈"                    ⑈71⑈0⑈"

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 1-15-24    Approved by ⌐Am PA

46  Principal Payment

50  Interest Payment

58  Late Charge

92  Principal Payment (End)

09  Regular Payment

CUSTOMER NAME

Parkside Place LLC

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 | $ 22525.00 |

⑈530⑈0000⑈⑈

Parkside Note Payment 25



EXHIBIT
**H-26**

**CHECKING WITHDRAWAL**

RED RIVER STATE BANK
RRS 6002 (R 11/15)

6436

DATE
2/7/24

↑ TC ↑

↑ ACCOUNT NUMBER ↑

PREPARED BY
CBA

SIGNATURE
X Right of Offset

NAME
Parkside Place

$    1488.58

ADDRESS

↑ AMOUNT CHARGED ↑

CITY, STATE, ZIP

⑆5000 2 2000⑆

ZENITH CITY BUSINESS

---

**LOAN DEPARTMENT CREDIT**
MCM 6002 (R 4/10)

Date 2/7/24    Approved by CBA

CUSTOMER NAME

Parkside Place

| Customer Number | Loan Number | Tran Code |
|---|---|---|
|  | 51438 | 92 $    1488.58 |

46  Principal Payment

50  Interest Payment

58  Late Charge

92  Principal Payment (End)

09  Regular Payment

⑆530 10000 1⑆

ZENITH CITY BUSINESS SYSTEMS, INC

Parkside Note Payment 26

**EXHIBIT**

**H-27**

### File Information

| | |
|---|---|
| Transaction Date | 12/30/2024 4:23:51 PM |
| File Date | Monday December 30, 2024 03:00 PM |
| Immediate Destination | 091205199 RED RIVER STATE BANK HA |

### Batch Information

| | | | |
|---|---|---|---|
| **Service Class Code** | 200 | **Standard Entry Class Code** | PPD |
| **Settlement Date** | 12/30/2024 | **Originator Status Code** | 1 |
| **Effective Entry Date** | 241230 | **Company Entry Description** | Parkside |
| **Originating DFI Identification** | 09140017 | | |
| **Company Name** | HME COMPANIES LL | **Originator Identification** | 9832282354 |
| **Company Discretionary Data** | | **Company Descriptive Date** | |
| **Entry/Addenda Count** | 1 | **Batch Number** | 19 |
| **Credit Total** | $123,861.56 | **Debit Total** | $0.00 |

### Entries

| | | | |
|---|---|---|---|
| **Amount** | $123,861.56 | **Prenotification** | ☐ |
| **Receiving DFI Identification** | 09120519 | **Account Type** | Checking |
| **DFI Account Number** | 4665 | **Identification Number** | 6427575 |
| **Receiving Entity Name** | Parkside Place, LLC | | |
| **Discretionary Data** | | | |
| **Transaction Code** | 22 | **Trace Number** | 91400179354135 |
| **Return Code** | | **Return** | ☐ |
| **Standard Entry Class Code** | PPD | | |
| **Settlement Date** | 12/30/2024 | | |

### Preview History

| | | | |
|---|---|---|---|
| **Last Viewed By** | DaniHarl32 | **Date First Viewed** | 12/31/2024 11:10:38 AM |
| **Last Viewed By** | DaniHarl32 | **Date Last Viewed** | 12/31/2024 11:10:41 AM |

Parkside Note Payment 27





Parkside Note Payment 27

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 12/30/24    APPROVED BY    CBA

CUSTOMER NAME

Parkside Place LLC

| | 46 | Principal Payment |
| | 50 | Interest Payment |
| | 58 | Late Charge |
| | 92 | Principal Payment (End) |
| | 09 | Regular Payment |
| | Memo | April 2024 |

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 | $ 22 525.00 |

⑆530⑈0000⑈⑆

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 12/30/24    APPROVED BY    CBA

CUSTOMER NAME

Parkside Place LLC

| | 46 | Principal Payment |
| | 50 | Interest Payment |
| | 58 | Late Charge |
| | 92 | Principal Payment (End) |
| | 09 | Regular Payment |
| | Memo | May 2024 |

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 | $ 2252500 |

⑆530⑈0000⑈⑆

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 12/30/24    APPROVED BY    CBA

CUSTOMER NAME

Parkside Place LLC

| | 46 | Principal Payment |
| | 50 | Interest Payment |
| | 58 | Late Charge |
| | 92 | Principal Payment (End) |
| | 09 | Regular Payment |
| | Memo | June 2024 |

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 | $ 22525.00 |

⑆530⑈0000⑈⑆

Parkside Note Payment 27

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 12/30/24   APPROVED BY (signature) CrBd

CUSTOMER NAME

Parkside Place LLC

Memo  July 2024 - Partial

| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |

| Customer Number | Loan Number | Tran Code | |
| --- | --- | --- | --- |
| | 5 1 4 3 8 | 0 9 | $  1 1 2 3 6 5 6 |

⑆530⑈0000⑆⑈

\* A wire transfer of $123,861.56 from HME Companies was received by RRSB on 12/30/24, which was applied as five payments of $22,525.00 for the overdue February – June 2024 payments and one partial payment for the July 2024 payment ($11,236.56).

Parkside Note Payment 27

# ACH Cash Concentration

**EXHIBIT**

**H-28**

Transaction Date  1/2/2025 12:22:05 PM

Effective Date    1/2/2025

Account Number      1534

Origination Type: CCD - Cash Concentration

   Prenotification Transaction

Transaction Date       1/2/2025 6:22:05 PM Entry Description ACH PYMT

Origination Company RRSB              Federal Tax ID    410497345

Credit ABA Number    091205199 Credit Account Type Checking

Credit Account Number    4665  Credit Account ID    51438

Credit Account Name    PARKSIDE PLACE LLC

Credit Addenda Info

Amount            $15,767.50

| Debit Amount | Prenotification | Account Name | ABA Number | Account Number | Account ID | Account Type | Addenda Info | Trace Number |
|---|---|---|---|---|---|---|---|---|
| $15,767.50 | | HME COMPANIES LLC | 091400172 | 1722 | | Checking | | |

Origination Description HME COMPANIES TO RRSB-PARKSIDE

Created By            HeidRoy93

Verified By            N/A

Created Date and Time 1/2/2025 12:22:05 PM

Verified Date and Time N/A

Parkside Note Payment 28

**CHECKING WITHDRAWAL**

**RED RIVER STATE BANK**

RRS 4007 (R/11/15)

4665

DATE 1/2/25

↑ TC ↑          ↑ ACCOUNT NUMBER ↑

SIGNATURE

X

PREPARED BY

NAME  Parkside Place LLC

1576750

ADDRESS

CITY, STATE, ZIP                    ↑ AMOUNT CHARGED ↑

⑉5000 2 2000⑉

---

| | | CREDIT TICKET |
|---|---|---|
| CUSTOMER NAME  Parkside Place | DATE: 1/2/25 | |
| CUSTOMER NUMBER  NOTE NUMBER 5438 | BACK DATE | |
| REBATE INTEREST: 82 < > | PAY OFF: | 36 |
| REBATE INSURANCE: C/L 64 < > | PRINCIPAL PAYMENT: | 46 |
| REBATE INSURANCE: AH 78 < > | INTEREST PAYMENT: | 350 |
| CREDIT TO FINAL: 92 | LATE CHARGE: | 58 |
| EXTENSION DATE: 38 | ESCROW: | 72 |
| FEE: 90 | | |
| CR INT ADJUSTMENT: 84 | | |
| MINUS YEAR TO DATE: 4 | | |
| INSURANCE PAYMENT: 88 | **TOTAL $** | 15 767.50 |

DESCRIPTION:  July 2024 pymt, partial Aug 2024 pymt

⑉530000004⑉

Parkside Note Payment 28



**EXHIBIT**
**H-29**

**DEBIT**
MCM 5001 (R 7/10)

**GENERAL LEDGER**

DATE 2/4/2025
Zenith City Business Systems, Inc.

ACCOUNT NAME  UBB

DESCRIPTION / REMARKS

APPROVED BY

AMOUNT

Parkside #51438

Account Number  7020

Tran Code

$  49341.92

⑈59000000 2⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 2/4/25   APPROVED BY

CUSTOMER NAME

Parkside Place LLC

| | |
|---|---|
| 46  Principal Payment | 12,417.32 |
| 50  Interest Payment | 36,924.60 |
| 58  Late Charge | |
| 92  Principal Payment (End) | |
| 09  Regular Payment | |
| Memo  Wire Pmt - BK CC order. | |

Customer Number        Loan Number        Tran Code

51 438        09   $        49341.92

⑈53010000 1⑈

Parkside Note Payment 29



EXHIBIT
**H-30**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20012

02/12/25

$14,500.00**

TO THE
ORDER OF        **** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈⑈    8688⑈⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 2/14/2025 APPROVED BY  ⊘ CRD

CUSTOMER NAME

Parkside Place LLC

Customer Number          Loan Number

51438

| | | | |
|---|---|---|---|
| 46 | Principal Payment | | 9,940.29 |
| 50 | Interest Payment | | 4,559.71 |
| 58 | Late Charge | | |
| 92 | Principal Payment (End) | | |
| 09 | Regular Payment | | |
| Memo | | | |

Tran Code

09  $    14500.00

⑈530 10000⑈⑈

Parkside Note Payment 30



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20027

03/05/25

$14,500.00**

TO THE
ORDER OF       **** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈⑇    ⑆⑆⑆⑆⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 3/7/2025   APPROVED BY   [signature] CPaL

CUSTOMER NAME

Parkside Place LLC

| | | |
|---|---|---|
| 46 | Principal Payment | 4948.35 |
| 50 | Interest Payment | 9551.65 |
| 58 | Late Charge | |
| 92 | Principal Payment (End) | |
| 09 | Regular Payment | |
| Memo | | |

Customer Number        Loan Number        Tran Code

51438        09 $        1 4 5 0 0.00

⑈530⑈0000⑈⑆

Parkside Note Payment 31

EXHIBIT

**H-32**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20048

04/10/25

$14,500.00**

TO THE
ORDER OF    **** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 4/14/25   APPROVED BY CBA

| | |
|---|---|
| 46 | Principal Payment |
| 50 | Interest Payment | 14,500— |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |
| | Memo |

CUSTOMER NAME

Parkside Place LLC

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | 51438 | 09  $  14500.00 |

⑆530⑈0000⑆

Parkside Note Payment 32



EXHIBIT

H-33



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20067

05/12/25

$14,500.00**

TO THE
ORDER OF    **** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈⑆    ⑆⑇⑈⑈⑈⑈⑆

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 5/19/25  APPROVED BY CPA  ☑

CUSTOMER NAME

Parkside Place LLC

| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |
| Memo | |

14500 —

| Customer Number | Loan Number | Tran Code |
| --- | --- | --- |
| | 51 438 | 09  $  14500.00 |

⑆530 10000 ⑈⑆

Parkside Note Payment 33

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20087

06/11/25

$14,500.00**

TO THE
ORDER OF     **** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈    ⑈8688⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 6/13/25  APPROVED BY

CUSTOMER NAME

*Parkside Place LLL*

| | |
|---|---|
| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |
| Memo | |

14500 —

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51 438 | 09 | $ 14500.00 |

⑈530 10000 ⑈

Parkside Note Payment 34

EXHIBIT
**H-35**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20103

07/10/25

$14,500.00**

TO THE
ORDER OF     **** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

*MEMO: Loan Payment*

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈           8688⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 7/14/25   APPROVED BY CPal

| | | |
|---|---|---|
| 46 | Principal Payment | |
| 50 | Interest Payment | 14,500 |
| 58 | Late Charge | |
| 92 | Principal Payment (End) | |
| 09 | Regular Payment | |
| | Memo | |

CUSTOMER NAME

Parkside Place LLC

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 | $ 1450000 |

⑈530 10000⑈

Parkside Note Payment 35