# PROMISSORY NOTE

**EXHIBIT A**

| Principal<br>$8,100,000.00 | Loan Date<br>04-17-2023 | Maturity<br>12-01-2026 | Loan No<br>51676 | Call / Coll<br>JN | Account | Of<br>9 |
|---|---|---|---|---|---|---|

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:**   GENERATIONS ON 1ST, LLC (TIN: ▮▮6148)
1405 1ST AVE N
FARGO, ND  58102

**Lender:**   Red River State Bank
Halstad
300 2nd Ave West
PO Box 25
Halstad, MN  56548-0025

---

**Principal Amount: $8,100,000.00**                     **Date of Note:  April 17, 2023**

**PROMISE TO PAY.** GENERATIONS ON 1ST, LLC ("Borrower") promises to pay to Red River State Bank ("Lender"), or order, in lawful money of the United States of America, the principal amount of Eight Million One Hundred Thousand & 00/100 Dollars ($8,100,000.00), together with interest on the unpaid principal balance from April 17, 2023, until paid in full.

**PAYMENT.** Borrower will pay this loan in accordance with the following payment schedule, which calculates interest on the unpaid principal balances as described in the "INTEREST CALCULATION METHOD" paragraph using the interest rates described in this paragraph:  43 monthly consecutive principal and interest payments of $55,830.18 each, beginning May 15, 2023, with interest calculated on the unpaid principal balances using an interest rate of 6.750% per annum; and one principal and interest payment of $7,624,288.42 on December 1, 2026, with interest calculated on the unpaid principal balances using an interest rate of 6.750% per annum.  This estimated final payment is based on the assumption that all payments will be made exactly as scheduled; the actual final payment will be for all principal and accrued interest not yet paid, together with any other unpaid amounts under this Note.  Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest; then to principal; then to any late charges; and then to any unpaid collection costs.  Any accrued interest not paid when due is added to principal and thereafter will accrue interest as principal.

**INTEREST CALCULATION METHOD.** Interest on this Note is computed on a 365/365 basis; that is, by applying the ratio of the interest rate over the number of days in a year (365 for all years, including leap years), multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding.  All interest payable under this Note is computed using this method.

**RECEIPT OF PAYMENTS.** All payments must be made in U.S. dollars and must be received by Lender at:

Red River State Bank
Halstad
300 2nd Ave West
PO Box 25
Halstad, MN  56548-0025

All payments must be received by Lender consistent with any written payment instructions provided by Lender. If a payment is made consistent with Lender's payment instructions but received after 2:00 PM CST on a business day, Lender will credit Borrower's payment on the next business day.

**PREPAYMENT.** Borrower may pay without penalty all or a portion of the amount owed earlier than it is due.  Early payments will not, unless agreed to by Lender in writing, relieve Borrower of Borrower's obligation to continue to make payments under the payment schedule.  Rather, early payments will reduce the principal balance due and may result in Borrower's making fewer payments.  Borrower agrees not to send Lender payments marked "paid in full", "without recourse", or similar language.  If Borrower sends such a payment, Lender may accept it without losing any of Lender's rights under this Note, and Borrower will remain obligated to pay any further amount owed to Lender.  All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to:  Red River State Bank, PO Box 25 Halstad, MN  56548.

**LATE CHARGE.** If a payment is 11 days or more late, Borrower will be charged **5.000% of the unpaid portion of the regularly scheduled payment or $7.28, whichever is greater.**

**INTEREST AFTER DEFAULT.** Upon default, including failure to pay upon final maturity, the total sum due under this Note will continue to accrue interest at the interest rate under this Note, with the final interest rate described in this Note applying after maturity, or after maturity would have occurred had there been no default.  However, in no event will the interest rate exceed the maximum interest rate limitations under applicable law.

**DEFAULT.** Each of the following shall constitute an event of default ("Event of Default") under this Note:

**Payment Default.** Borrower fails to make any payment when due under this Note.

**Other Defaults.** Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Note or in any of the related documents or to comply with or to perform any term, obligation, covenant or condition contained in any other agreement between Lender and Borrower.

**False Statements.** Any warranty, representation or statement made or furnished to Lender by Borrower or on Borrower's behalf, or made by Guarantor, or any other guarantor, endorser, surety, or accommodation party, under this Note or the related documents in connection with the obtaining of the loan evidenced by this Note or any security document directly or indirectly securing repayment of this Note is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

**Death or Insolvency.** The dissolution of Borrower (regardless of whether election to continue is made), any member withdraws from Borrower, or any other termination of Borrower's existence as a going business or the death of any member, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower.

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any collateral securing the loan.  This includes a garnishment of any of Borrower's accounts, including deposit accounts, with Lender.  However, this Event of Default shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute.

**PROMISSORY NOTE**
**(Continued)**

Loan No: 51676    Page 2

**Execution; Attachment.** Any execution or attachment is levied against the Collateral, and such execution or attachment is not set aside, discharged or stayed within thirty (30) days after the same is levied.

**Change in Zoning or Public Restriction.** Any change in any zoning ordinance or regulation or any other public restriction is enacted, adopted or implemented, that limits or defines the uses which may be made of the Collateral such that the present or intended use of the Collateral, as specified in the related documents, would be in violation of such zoning ordinance or regulation or public restriction, as changed.

**Default Under Other Lien Documents.** A default occurs under any other mortgage, deed of trust or security agreement covering all or any portion of the Collateral.

**Judgment.** Unless adequately covered by insurance in the opinion of Lender, the entry of a final judgment for the payment of money involving more than ten thousand dollars ($10,000.00) against Borrower and the failure by Borrower to discharge the same, or cause it to be discharged, or bonded off to Lender's satisfaction, within thirty (30) days from the date of the order, decree or process under which or pursuant to which such judgment was entered.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any Guarantor, or any other guarantor, endorser, surety, or accommodation party of any of the indebtedness or any Guarantor, or any other guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness evidenced by this Note.

**Adverse Change.** A material adverse change occurs in Borrower's financial condition, or Lender believes the prospect of payment or performance of this Note is impaired.

**Insecurity.** Lender in good faith believes itself insecure.

**LENDER'S RIGHTS.** Upon default, Lender may declare the entire unpaid principal balance under this Note and all accrued unpaid interest immediately due, and then Borrower will pay that amount.

**ATTORNEYS' FEES; EXPENSES.** Lender may hire or pay someone else to help collect this Note if Borrower does not pay. Borrower will pay Lender that amount. This includes, subject to any limits under applicable law, Lender's reasonable attorneys' fees and Lender's legal expenses, whether or not there is a lawsuit, including reasonable attorneys' fees, expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), and appeals. If not prohibited by applicable law, Borrower also will pay any court costs, in addition to all other sums provided by law.

**JURY WAIVER.** Lender and Borrower hereby waive the right to any jury trial in any action, proceeding, or counterclaim brought by either Lender or Borrower against the other.

**GOVERNING LAW.** This Note will be governed by federal law applicable to Lender and, to the extent not preempted by federal law, the laws of the State of Minnesota without regard to its conflicts of law provisions. This Note has been accepted by Lender in the State of Minnesota.

**CHOICE OF VENUE.** If there is a lawsuit, Borrower agrees upon Lender's request to submit to the jurisdiction of the courts of Norman County, State of Minnesota.

**DISHONORED ITEM FEE.** Borrower will pay a fee to Lender of $28.00 if Borrower makes a payment on Borrower's loan and the check or preauthorized charge with which Borrower pays is later dishonored.

**RIGHT OF SETOFF.** To the extent permitted by applicable law, Lender reserves a right of setoff in all Borrower's accounts with Lender (whether checking, savings, or some other account). This includes all accounts Borrower holds jointly with someone else and all accounts Borrower may open in the future. However, this does not include any IRA or Keogh accounts, or any trust accounts for which setoff would be prohibited by law. Borrower authorizes Lender, to the extent permitted by applicable law, to charge or setoff all sums owing on the indebtedness against any and all such accounts, and, at Lender's option, to administratively freeze all such accounts to allow Lender to protect Lender's charge and setoff rights provided in this paragraph.

**COLLATERAL.** Borrower acknowledges this Note is secured by (A) a Mortgage executed by Generations on 1st, LLC in favor of Red River State Bank dated 03/15/2021 with legal description of Parcel # 9582, 9583, & 9580:
Parcel I:
Lot 1 of Ohtness' Subdivision of Lots 12, 13, and 14 in Block 17 of Watertown, Codington County, South Dakota, according to the recorded plat thereof.
Parcel II:
Lot 2 of Ohtness' Subdivision of Lots 12, 13 and 14 in Block 17 of Watertown, AND the North 30 feet of the East 70 feet of Lot 11 in Block 17 of Watertown (commonly referred to as being in the original Plat), Codington County, South Dakota, according to the recorded plat thereof.
Parcel III:
Lot 3 of Ohtness' Subdivision of Lots 12, 13, and 14 in Block 17 of Watertown (commonly referred to as being the Original Plat), Codington County, South Dakota, according to the recorded plat thereof.
Parcel IV:
Lot 4 of Ohtness' Subdivision of Lots 12, 13, and 14 in Block 17 of Watertown (commonly referred to as being the Original Plat), Codington County, South Dakota, according to the recorded plat thereof.
Parcel V:
Lot 11, except the North 30 Feet of the East 70 Feet thereof, in Block 17, of the plat Entitled: "Watertown" Codington County, South Dakota, according to the recorded plat thereof

AND

(B) a Mortgage executed by Craig Holdings, LLC in favor of Red River State Bank dated 10/14/2021 with legal description of: GENERATIONS ON 1ST ADDITION TO THE CITY OF WATERTOWN, CODINGTON COUNTY, SOUTH DAKOTA

AND

(C) a Mortgage executed by Generations on 1st, LLC in favor of Red River State Bank dated 03/15/2021 with legal description of: GENERATIONS ON 1ST ADDITION TO THE CITY OF WATERTOWN, CODINGTON COUNTY, SOUTH DAKOTA

AND

(D) a Mortgage executed by Generations on 1st, LLC in favor of Red River State Bank dated 04/17/2023 with legal description of: GENERATIONS ON 1ST ADDITION TO THE CITY OF WATERTOWN, CODINGTON COUNTY, SOUTH DAKOTA

**FINANCIAL STATEMENTS.** Borrower agrees to provide Lender with such financial statements and other related information at such frequencies and in such detail as Lender may reasonably request.

RRSB GO1st 02447

## PROMISSORY NOTE
### (Continued)

| Loan No: 51676 | | Page 3 |
|---|---|---|

**SUCCESSOR INTERESTS.** The terms of this Note shall be binding upon Borrower, and upon Borrower's heirs, personal representatives, successors and assigns, and shall inure to the benefit of Lender and its successors and assigns.

**NOTIFY US OF INACCURATE INFORMATION WE REPORT TO CONSUMER REPORTING AGENCIES.** Borrower may notify Lender if Lender reports any inaccurate information about Borrower's account(s) to a consumer reporting agency. Borrower's written notice describing the specific inaccuracy(ies) should be sent to Lender at the following address: Red River State Bank PO Box 25 Halstad, MN 56548.

**GENERAL PROVISIONS.** If any part of this Note cannot be enforced, this fact will not affect the rest of the Note. Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. In addition, Lender shall have all the rights and remedies provided in the related documents or available at law, in equity, or otherwise. Except as may be prohibited by applicable law, all of Lender's rights and remedies shall be cumulative and may be exercised singularly or concurrently. Election by Lender to pursue any remedy shall not exclude pursuit of any other remedy, and an election to make expenditures or to take action to perform an obligation of Borrower shall not affect Lender's right to declare a default and to exercise its rights and remedies. Borrower and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

**SECTION DISCLOSURE.** To the extent not preempted by federal law, this loan is made under Minnesota Statutes, Section 47.59.

PRIOR TO SIGNING THIS NOTE, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS NOTE. BORROWER AGREES TO THE TERMS OF THE NOTE.

BORROWER ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE.

BORROWER:

GENERATIONS ON 1ST, LLC

By: _____
   JESSE ROBERT CRAIG, MANAGING MEMBER of
   GENERATIONS ON 1ST, LLC

LENDER:

RED RIVER STATE BANK

X_____
   CHARLES AARESTAD, Executive Vice President

LaserPro, Ver. 22.4.0.056 Copr. Finastra USA Corporation 1997, 2023.   All Rights Reserved.   - MN  C:\HARLAND\CFI\LPL\D20.FC  TR-6115  PR-57

# DISBURSEMENT REQUEST AND AUTHORIZATION

EXHIBIT

**B**

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | |
|---|---|---|---|---|---|---|
| $8,100,000.00 | 04-17-2023 | 12-01-2026 | 51676 | JN | | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

| Borrower: | GENERATIONS ON 1ST, LLC (TIN: ███6148)<br>1405 1ST AVE N<br>FARGO, ND  58102 | Lender: | Red River State Bank<br>Halstad<br>300 2nd Ave West<br>PO Box 25<br>Halstad, MN  56548-0025 |
|---|---|---|---|

**LOAN TYPE.** This is a Fixed Rate (6.750%) Nondisclosable Loan to a Limited Liability Company for $8,100,000.00 due on December 1, 2026.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is:  Refinance Construction Loan.

**DISBURSEMENT INSTRUCTIONS.**  Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied.  Please disburse the loan proceeds of $8,100,000.00 as follows:

|  | |
|---|---|
| Amount paid on Borrower's account: | $8,100,000.00 |
| $46,418.19 Payment on Loan # 40869 | |
| $142,789.38 Payment on Loan # 40881 | |
| $57,880.80 Payment on Loan # 40910 | |
| $1,565,200.00 Payment on Loan # 41121 | |
| $2,976,430.98 Payment on Loan # 51404 | |
| $1,094,025.15 Payment on Loan # 51425 | |
| $424,259.84 Payment on Loan # 51437 | |
| $843,168.59 Payment on Loan # 51449 | |
| $653,729.65 Payment on Loan # 51471 | |
| $274,043.60 Payment on Loan # 51488 | |
| $22,053.82 Payment on Loan # 41206 | |
| | |
| Note Principal: | $8,100,000.00 |

**NOTICE OF RIGHT TO DISCONTINUE ESCROW.**  If Borrower's mortgage loan involves an escrow account for taxes and homeowner's insurance, Borrower may have the right in five years to discontinue the account and pay Borrower's own taxes and homeowner's insurance.  IF Borrower is eligible to discontinue the escrow account, Borrower will be notified in five years.

**FINANCIAL CONDITION.**  BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER.  THIS AUTHORIZATION IS DATED APRIL 17, 2023.

**BORROWER:**

GENERATIONS ON 1ST, LLC

By: _____
    JESSE  ROBERT  CRAIG,  MANAGING  MEMBER  of
    GENERATIONS ON 1ST, LLC

LaserPro, Ver. 22.4.0.056  Copr. Finastra USA Corporation 1997, 2023.  All Rights Reserved.  - MN  C:\HARLAND\CFI\LPL\I20.FC  TR-6115  PR-57

RRSB GO1st 02419

# DISBURSEMENT REQUEST AND AUTHORIZATION

**EXHIBIT C-1**

| Principal $57,000.00 | Loan Date 07-06-2020 | Maturity 07-15-2025 | Loan No 40869 | Call / Coll JN | Account | |
|---|---|---|---|---|---|---|

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:**   Craig Holdings LLC (TIN: ████3536)
1405 1ST AVE N
FARGO, ND  58102

**Lender:**   Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN  56540

---

**LOAN TYPE.** This is a Fixed Rate (4.500%) Nondisclosable Loan to a Limited Liability Company for $57,000.00 due on July 15, 2025.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is:  PURCHASE RENTAL PROPERTY 110 1ST ST SW WATERTOWN.

**FLOOD INSURANCE.** As reflected on Flood Map No. 46029C0338D dated 01-16-2009, for the community of Watertown, City of, some of the property that will secure the loan is not located in an area that has been identified by the Administrator of the Federal Emergency Management Agency as an area having special flood hazards.  Therefore, although flood insurance may be available for the property, no special flood hazard insurance protecting property not located in an area having special flood hazards is required by law for this loan at this time.

**DISBURSEMENT INSTRUCTIONS.**  Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied.  Please disburse the loan proceeds of $57,000.00 as follows:

|  |  |
|---|---|
| **Amount paid to others on Borrower's behalf:** | $57,000.00 |
| $57,000.00 to CASHIER'S CHECK TO FIRST DAKOTA TITLE - WATERTOWN | |
| **Note Principal:** | $57,000.00 |

**CHARGES PAID IN CASH.**  Borrower has paid or will pay in cash as agreed the following charges:

|  |  |
|---|---|
| **Prepaid Finance Charges Paid in Cash:** | $570.00 |
| $494.30  Loan Documentation Fee | |
| $65.00  Laser Pro Loan Document Fee | |
| $10.70  Credit Report | |
| **Total Charges Paid in Cash:** | $570.00 |

**NOTICE OF RIGHT TO DISCONTINUE ESCROW.**  If Borrower's mortgage loan involves an escrow account for taxes and homeowner's insurance, Borrower may have the right in five years to discontinue the account and pay Borrower's own taxes and homeowner's insurance.  IF Borrower is eligible to discontinue the escrow account, Borrower will be notified in five years.

**FINANCIAL CONDITION.**   BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER.  THIS AUTHORIZATION IS DATED JULY 6, 2020.

**BORROWER:**

CRAIG HOLDINGS LLC

By: _____
JESSE ROBERT CRAIG, Member of Craig Holdings LLC

CUSTOMER NAME _Cr_ _Holdings_ _LLC_          DATE: _7/16/2020_          **DEBIT TICKET**

CUSTOMER NUMBER          NOTE NUMBER          BACK DATE

_40804_

REV PRIN PAYMENT:          76          NEW LOAN:          34    _57,000.00_

RENEWAL LOAN:          70

REBATE INTEREST:          82
REBATE INSURANCE:          64          DEBIT TO FINAL:          66
                                            (Advance)
DB INT ADJUSTMENT:          80          ESCROW:          86
PLUS YEAR TO DATE:          2
ADD LATE CHARGE:          94

DESCRIPTION:          **TOTAL  $**    _57 000.00_

## CASHIER'S CHECK - CUSTOMER COPY

BMH          July 06, 2020          200757

Purchaser:                                              **$57,000.00**

Craig Holdings LLC-Loan Proceeds

**NON NEGOTIABLE**

PAY TO THE ORDER OF:

First Dakota Title - Watertown

Notice to Customer
If this check is lost, destroyed, or stolen, the bank
will not accept a replacement request on the check
until 90 days after the issue date and then only with
the issuance of a "Declaration of Loss" certification.

## DISBURSEMENT REQUEST AND AUTHORIZATION

**EXHIBIT C-2**

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Of |
|---|---|---|---|---|---|---|
| $155,150.00 | 07-30-2020 | 08-15-2025 | 40881 | JN | | *** |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:**  CRAIG HOLDINGS LLC (TIN: ███3536)
1405 1ST AVE N
FARGO, ND  58102

**Lender:**  Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN  56540

**LOAN TYPE.** This is a Fixed Rate (4.500%) Nondisclosable Loan to a Limited Liability Company for $155,150.00 due on August 15, 2025.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is:  Purchase 26 1st Ave SW Watertown SD 57201.

**FLOOD INSURANCE.** As reflected on Flood Map No. 46029C0338D dated 01-16-2009, for the community of WATERTOWN, CITY OF, the property that will secure the loan is not located in an area that has been identified by the Administrator of the Federal Emergency Management Agency as an area having special flood hazards. Therefore, although flood insurance may be available for the property, no special flood hazard insurance protecting property not located in an area having special flood hazards is required by law for this loan at this time.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $155,150.00 as follows:

| | |
|---|---|
| Amount paid to others on Borrower's behalf:<br>$154,000.00 to FIRST DAKOTA TITLE - WATERTOWN | $154,000.00 |
| Total Financed Prepaid Finance Charges:<br>$1,150.00  Loan Documentation Fee | $1,150.00 |
| Note Principal: | $155,150.00 |

**NOTICE OF RIGHT TO DISCONTINUE ESCROW.** If Borrower's mortgage loan involves an escrow account for taxes and homeowner's insurance, Borrower may have the right in five years to discontinue the account and pay Borrower's own taxes and homeowner's insurance.  IF Borrower is eligible to discontinue the escrow account, Borrower will be notified in five years.

**FINANCIAL CONDITION.**  BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER.  THIS AUTHORIZATION IS DATED JULY 30, 2020.

BORROWER:

CRAIG HOLDINGS LLC

By: _____  member
JESSE   ROBERT   CRAIG,   Member   of   CRAIG
HOLDINGS LLC

LaserPro, Ver. 20.1.40.055  Copr. Finastra USA Corporation 1997, 2020.  All Rights Reserved.  - MN  C:\HARLAND\CFI\LPL\I20.FC  TR-4906  PR-57

* * * Communication Result Report ( Jul. 30. 2020 10:52AM ) * * *

1)
2)    RED RIVER STATE BANK FERTILE

Date/Time: Jul. 30. 2020 10:52AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0382 | Memory TX | RRSB Halstad | P. 2 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection
E. 6) Destination does not support IP-Fax

## WIRE TRANSFER ORDER

| Date | 7/30/2020 |
| Sender ABA # | 091205109 |
| Bank Name | Red River State Bank |

☑ Customer
☐ Non-Customer — Check with Lori DeLong

**ORIGINATOR INFORMATION**

| Name | Craig Holdings LLC |
| Street Address | 1405 1st Ave N |
| City, State, Zip | Fargo ND 58102 |
| Account Number | 40981 |
| Verified Collected Funds in Account | MP | (initials) | (initials) |

**WIRE THROUGH**

| Bank Name | Great Western Bank |
| ABA Number | |
| Dollar Amount | $164,000.00 |

**BENEFICIARY INFORMATION**

| For Credit To | First Dakota Title Watertown |
| Street Address | 100 North Broadway |
| City, State, Zip | Watertown SD 57201 |
| Account Number | |
| For Further Credit To | |
| Account Number | Please Reference |
☐ OFAC Verified - by LRB

| ☐ IN PERSON REQUEST: | ☐ Known Customer | ☐ Identity Verified | ☐ Internal Business Purpose |
Verified Wire Transfer agreement on file: Yes / No    Initial: _____
**CUSTOMER SIGNATURE** _____

☑ NOT IN- PERSON REQUEST:
Request received: ☐ Telephone (Initial: _____) ☑ Email Request (attached) ☐ Fax request (attached) ☐ Mail request (attached)
Call Back Verification details:
Date: 7/30/2020  Time: 10:34am  Who performed callback: Martha Peterson
Customer/Authorized Rep spoke with: Micheal Lunds
☑ Identity verified  ☐ Authority verified
Phone Number called to verify: 605-886-5139
If not from source funds, wire transfer agreement on file?    Yes / No

| Wire Transfer Amount | US $ | 164,000.00 |
| Wire Transfer Fee | $ | 12.00 |

EBA OK?    Initials

SOURCE OF FUNDS
☐ Cash
☐ Check
☑ Deposit Acct
☑ Loan

TELLER SIGNATURE
APPROVED BY OFFICER _____
(Attach any supporting documents on reverse side.)



**CREDIT**    **GENERAL LEDGER**          DATE  7/30/2020
MCM 5001 (R 7/10)

ACCOUNT NAME  UBB          APPROVED BY  MP

DESCRIPTION / REMARKS                    AMOUNT
Loan Proceeds Gray Holdings LLC          154,000 00

Account Number          Tran Code

$  154 000.00

100107020 7/30/2020    $154000.00
020111000080 TC 0



**CREDIT**    **GENERAL LEDGER**          DATE  7/30/2020
MCM 5001 (R 7/10)

ACCOUNT NAME  Commercial Loan Fees          APPROVED BY  MP
DESCRIPTION / REMARKS                    AMOUNT
Doc fee Gray Holdings Loan # 40881          1 1500 0

Account Number          Tran Code

$  1150.00

200517030 7/30/2020    $1150.00
020111000090 TC 0

CUSTOMER NAME  Gray Holdings LLC    DATE: 7/30/2020  **DEBIT TICKET**

CUSTOMER NUMBER    NOTE NUMBER          BACK DATE
                   40881          NEW LOAN:    34  155,150.00
REV PRIN PAYMENT:    76

REBATE INTEREST:    82          RENEWAL LOAN:    70
REBATE INSURANCE:    64          DEBIT TO FINAL:    66
                              (Advance)
DB INT ADJUSTMENT:    80          ESCROW:    86
PLUS YEAR TO DATE:    2
ADD LATE CHARGE:    94

DESCRIPTION:          **TOTAL $**    155150.00

0 7/30/2020    $155150.00
020111000100 TC 0

C-2

## DISBURSEMENT REQUEST AND AUTHORIZATION

EXHIBIT
C-3

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | O |
|---|---|---|---|---|---|---|
| $72,450.00 | 09-30-2020 | 09-30-2025 | 40910 | JN | | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "* * * *" has been omitted due to text length limitations.

**Borrower:** CRAIG HOLDINGS LLC (TIN: ████3536)
1405 1ST AVE N
FARGO, ND  58102

**Lender:** Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN  56540

**LOAN TYPE.** This is a Fixed Rate (4.500%) Nondisclosable Loan to a Limited Liability Company for $72,450.00 due on September 30, 2025.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is: PURCHASE 114 1ST SW WATERTOWN SD 57201.

**FLOOD INSURANCE.** Some of the property that will secure the loan is not located in an area that has been identified by the Administrator of the Federal Emergency Management Agency as an area having special flood hazards. Therefore, although flood insurance may be available for the property, no special flood hazard insurance protecting property not located in an area having special flood hazards is required by law for this loan at this time.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $72,450.00 as follows:

| | |
|---|---|
| Amount paid to others on Borrower's behalf: | $71,906.62 |
| $71,906.62 to Wire to First Dakota Title Watertown | |
| Total Financed Prepaid Finance Charges: | $543.38 |
| $543.38  Loan Origination Fee | |
| | |
| Note Principal: | $72,450.00 |

**NOTICE OF RIGHT TO DISCONTINUE ESCROW.** If Borrower's mortgage loan involves an escrow account for taxes and homeowner's insurance, Borrower may have the right in five years to discontinue the account and pay Borrower's own taxes and homeowner's insurance. IF Borrower is eligible to discontinue the escrow account, Borrower will be notified in five years.

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED SEPTEMBER 30, 2020.

**BORROWER:**

CRAIG HOLDINGS LLC

By: _____
JESSE   ROBERT   CRAIG,   Member   of   CRAIG
HOLDINGS LLC

LaserPro, Ver. 20.1.40.061 Copr. Finastra USA Corporation 1997, 2020.   All Rights Reserved.  - MN  C:\HARLAND\CFI\LPL\I20.FC  TR-4383  PR-5

**FIRST DAKOTA TITLE - WATERTOWN** • GREAT WESTERN BANK • ESCROW ACCOUNT • 168 NORTH BROADWAY • WATERTOWN, SD 57201    27541

**27541**

**DATE:** 9/30/2020                                    **FILE:** SD20303627                    **CHECK AMOUNT:** $543.38
**BUYER/SELLER: Craig Holdings, LLC/Larry M. Bjerke and Lucy A. Bjerke**            **SETTLEMENT DATE:** 9/30/2020
**PROPERTY ADDRESS:** 114 1st Street Southwest, Watertown, SD  57201
**PAYEE:** Red River State Bank

9/30/2020: Our origination charge $543.38                                                              $543.38

CUSTOMER NAME _Craig Holdings LLC_    DATE: _9-30-20_    **DEBIT TICKET**

| CUSTOMER NUMBER | NOTE NUMBER _40910_ | | BACK DATE | |
|---|---|---|---|---|
| REV PRIN PAYMENT: | 76 | | NEW LOAN: | 34 |
| REBATE INTEREST: | 82 | | RENEWAL LOAN: | 70 |
| REBATE INSURANCE: | 64 | | | |
| | | | DEBIT TO FINAL: | 66 |
| DB INT ADJUSTMENT: | 80 | | (Advance) | |
| PLUS YEAR TO DATE: | 2 | | ESCROW: | 86 |
| ADD LATE CHARGE: | 94 | | | |

DESCRIPTION:

**TOTAL  $**    72450.00

_Purchase 114 1st SW_
_Watertown SD 97201_

# Outgoing Domestic

Account Number: 2501534

Transaction Date: 9/30/2020

| | | | |
|---|---|---|---|
| Business Function - {3600} | CTR | Type/SubType - {1510} | 1000 |
| Amount - {2000} | $72,450.00 | | |
| Paid With Cash | ☐ | | |
| Receiver Bank - {3400} | | | |
| ABA | 091408734 | Bank Name | Great Western Bank |

**Originating Bank - {5100}**

| | |
|---|---|
| Id Code | DDA Account Number |
| Identifier | 2501534 |
| Name | Red River State Bank Halstad |
| Address 1 | |
| Address 2 | |
| Address 3 | |

**Originator - {5000}**

| | |
|---|---|
| Id Code | Federal Routing Number |
| Identifier | ▮▮▮▮▮ |
| Name | CRAIG HOLDINGS LLC |
| Address 1 | 1405 1ST AVE N |
| Address 2 | FARGO ND 58102 |
| Address 3 | |

**Beneficiary - {4200}**

| | |
|---|---|
| Id Code | DDA Account Number |
| Identifier | ▮▮▮▮▮ |
| Name | FIRST DAKOTA TITLE - WATERTOWN |
| Address 1 | 168 NORTH BROADWAY |
| Address 2 | WATERTOWN SD 57201 |
| Address 3 | |
| Beneficiary Info - {6400} | FOR FURTHER CREDIT TO: SD 20303627 CRAIG HOLDINGS LLC 114 1ST SOUTHWEST WATERTOWN, SD 57201 |

File Attachments  No Attachments

Transaction Description CRAIG HOLDINGS LLC

Notes

**No OFAC Violation**

| | |
|---|---|
| Created By | KasiBakk14 |
| Date Created | 9/30/2020 11:01:08 AM |
| | Awaiting Verification |

First Viewed By   KasiBakk14
Date First Viewed 9/30/2020 10:58:42 AM
Last Viewed By   KasiBakk14
Date Last Viewed 9/30/2020 11:01:16 AM

# WIRE TRANSFER ORDER

| | |
|---|---|
| Date | 9/30/2020 |
| Sender ABA # | 091205199 |
| Bank Name | Red River State Bank |

☑ Customer
☐ Non-Customer -- Check with Lori DeLong

## ORIGINATOR INFORMATION

| | |
|---|---|
| Name | Craig Holdings LLC |
| Street Address | 1405 1st Ave N |
| City, State, Zip | Fargo ND 58102 |
| Account Number | ▉ |

Verified Collected Funds In Account   *(MP)*   (Initials)   KK   (Initials)

## WIRE THROUGH

| | |
|---|---|
| Bank Name | Great Western Bank |
| ABA Number | ▉ |
| Dollar Amount | $72,450.00 |

## BENEFICIARY INFORMATION

| | |
|---|---|
| For Credit To | First Dakota Title - Watertown |
| Street Address | 168 North Broadway |
| City, State, Zip | Watertown SD 57201 |
| Account Number | ▉ |
| For Further Credit To | |
| Account Number | ▉   Craig Holdings LLC |

☑ OFAC Verified - by UBB

☐ IN-PERSON REQUEST:   ☐ Known Customer   ☐ Identity Verified                              ☐ Internal Business Purpose

Verified Wire Transfer agreement on file:   Yes / No   Initial: _____

**CUSTOMER SIGNATURE**

☑ NOT IN- PERSON REQUEST:
Request received:  ☐ Telephone (Initial: _____)   ☑ Email Request (attached)   ☐ Fax request (attached)   ☐ Mail request (attached)

*Call Back Verfication details:*
Date: 9/30/2020   Time: 10:30am   Who performed callback: Martin Peterson
Customer/Authorized Rep spoke with: Michael Lenards - First Dakota Title
☑ Identity verified   ☐ Authority verified
Phone Number called to verify: _____

If no loan source funds, wire transfer agreement on file?   Yes / No

| | | | |
|---|---|---|---|
| Wire Transfer Amount | US $ | 72,450.00 | ✓ |
| Wire Transfer Fee | $ | 12.00 | |

**EBA OK?**  KK Initials

**SOURCE OF FUNDS**
☐ Cash
☐ Check
☐ Deposit Acct
☑ Loan

TELLER SIGNATURE   *Payton Larson*   KK

APPROVED BY OFFICER   *[signature]*

(Attach any supporting documents on reverse side.)

Revised: 9/30/2020

**EXHIBIT**

**D**

CUSTOMER NAME _Generations on 1ˢᵗ LLC_    DATE: 4/17/23    **DEBIT TICKET**

| | | | | |
|---|---|---|---|---|
| CUSTOMER NUMBER | NOTE NUMBER | | BACK DATE | |
| | 51676 | | NEW LOAN: | (34) |
| REV PRIN PAYMENT: | 76 | | | |
| REBATE INTEREST: | 82 | | RENEWAL LOAN: | 70 |
| REBATE INSURANCE: | 64 | | DEBIT TO FINAL: | 66 |
| | | | (Advance) | |
| DB INT ADJUSTMENT: | 80 | | ESCROW: | 86 |
| PLUS YEAR TO DATE: | 2 | | | |
| ADD LATE CHARGE: | 94 | | | |

DESCRIPTION:

**TOTAL $**    8 1 0 0 0 0 0 . 0 0

CUSTOMER NAME _Craig Hol._          DATE: _4|17|23_        **CREDIT TICKET**

CUSTOMER NUMBER          NOTE NUMBER          BACK DATE
                                    _40869_

| | | | | |
|---|---|---|---|---|
| REBATE INTEREST: | 82 < | > | PAY OFF: | 36 |
| REBATE INSURANCE: | C/L 64 < | > | PRINCIPAL PAYMENT: | 46 |
| REBATE INSURANCE: | AH 78 < | > | | |
| CREDIT TO FINAL: | 92 | | INTEREST PAYMENT: | 50 |
| EXTENSION DATE: | 38 | | LATE CHARGE: | 58 |
| FEE: | 90 | | ESCROW: | 72 |
| CR INT ADJUSTMENT: | 84 | | | |
| MINUS YEAR TO DATE: | 4 | | | |
| INSURANCE PAYMENT: | 88 | | | |

**TOTAL $**    _46418.19_

DESCRIPTION:

CUSTOMER NAME  *Craig Hol*                          DATE: 4/17/23        **CREDIT TICKET**

CUSTOMER NUMBER        NOTE NUMBER              BACK DATE
                       40881

REBATE INTEREST:          82 <        >     PAY OFF:            36
REBATE INSURANCE:    C/L  64 <        >     PRINCIPAL PAYMENT:  (46)
REBATE INSURANCE:    AH   78 <        >
CREDIT TO FINAL:          92                INTEREST PAYMENT:   50
EXTENSION DATE:           38                LATE CHARGE:        58
           FEE:           90                ESCROW:             72
CR INT ADJUSTMENT:        84
MINUS YEAR TO DATE:        4
INSURANCE PAYMENT:        88                **TOTAL $**    1 4 2 7 8 9 . 3 8

DESCRIPTION:

| | | |
|---|---|---|
| CUSTOMER NAME | Craig Hol | DATE: 4/17/23 | **CREDIT TICKET** |

CUSTOMER NUMBER     NOTE NUMBER         BACK DATE

40910

| | | | |
|---|---|---|---|
| REBATE INTEREST: | 82 < | > | PAY OFF: | 36 |
| REBATE INSURANCE: | C/L 64 < | > | PRINCIPAL PAYMENT: | (46) |
| REBATE INSURANCE: | AH 78 < | > | | |
| CREDIT TO FINAL: | 92 | | INTEREST PAYMENT: | 50 |
| EXTENSION DATE: | 38 | | LATE CHARGE: | 58 |
| FEE: | 90 | | ESCROW: | 72 |
| CR INT ADJUSTMENT: | 84 | | | |
| MINUS YEAR TO DATE: | 4 | | | |
| INSURANCE PAYMENT: | 88 | | | |

DESCRIPTION:

**TOTAL $**     57 880.80

CUSTOMER NAME  Generatano on 1st          DATE: 4/17/23          **CREDIT TICKET**

CUSTOMER NUMBER          NOTE NUMBER          BACK DATE

4112

REBATE INTEREST:          82 <          >          PAY OFF:          36

REBATE INSURANCE:          C/L 64 <          >          PRINCIPAL PAYMENT:          46

REBATE INSURANCE:          AH 78 <          >

CREDIT TO FINAL:          3 92          INTEREST PAYMENT:          50

EXTENSION DATE:          38          LATE CHARGE:          58

FEE:          90          ESCROW:          72

CR INT ADJUSTMENT:          84

MINUS YEAR TO DATE:          4

INSURANCE PAYMENT:          88          **TOTAL $**   156520000

DESCRIPTION:

CUSTOMER NAME    *Generations*    DATE: 4/17/22    **CREDIT TICKET**

CUSTOMER NUMBER    NOTE NUMBER    BACK DATE

51404

| | | | | |
|---|---|---|---|---|
| REBATE INTEREST: | 82 < | > | PAY OFF: | 36 |
| REBATE INSURANCE: | C/L 64 < | > | PRINCIPAL PAYMENT: | 46 |
| REBATE INSURANCE: | AH 78 < | > | | |
| CREDIT TO FINAL: | 3 92 | | INTEREST PAYMENT: | 50 |
| EXTENSION DATE: | 38 | | LATE CHARGE: | 58 |
| FEE: | 90 | | ESCROW: | 72 |
| CR INT ADJUSTMENT: | 84 | | | |
| MINUS YEAR TO DATE: | 4 | | | |
| INSURANCE PAYMENT: | 88 | | | |

**TOTAL $**    2976430.98

DESCRIPTION:

CUSTOMER NAME _Generations_      DATE: 4/17/23      **CREDIT TICKET**

CUSTOMER NUMBER      NOTE NUMBER  51425      BACK DATE

| | | | |
|---|---|---|---|
| REBATE INTEREST: | 82 < | > | PAY OFF: 36 |
| REBATE INSURANCE: | C/L 64 < | > | PRINCIPAL PAYMENT: 46 |
| REBATE INSURANCE: | AH 78 < | > | |
| CREDIT TO FINAL: | 392 | | INTEREST PAYMENT: 50 |
| EXTENSION DATE: | 38 | | LATE CHARGE: 58 |
| FEE: | 90 | | ESCROW: 72 |
| CR INT ADJUSTMENT: | 84 | | |
| MINUS YEAR TO DATE: | 4 | | |
| INSURANCE PAYMENT: | 88 | | |

DESCRIPTION:

**TOTAL $** 1094025.15

CUSTOMER NAME *Concentuno* 51437

CUSTOMER NUMBER          NOTE NUMBER

51400 37

DATE: 4/17/23          **CREDIT TICKET**

BACK DATE

| | | |
|---|---|---|
| REBATE INTEREST: | 82 < | > |
| REBATE INSURANCE: | C/L 64 < | > |
| REBATE INSURANCE: | AH 78 < | > |
| CREDIT TO FINAL: | 3 92 | |
| EXTENSION DATE: | 38 | |
| FEE: | 90 | |
| CR INT ADJUSTMENT: | 84 | |
| MINUS YEAR TO DATE: | 4 | |
| INSURANCE PAYMENT: | 88 | |

| | |
|---|---|
| PAY OFF: | 36 |
| PRINCIPAL PAYMENT: | 46 |
| INTEREST PAYMENT: | 50 |
| LATE CHARGE: | 58 |
| ESCROW: | 72 |

DESCRIPTION:

**TOTAL $** 424259.84

CUSTOMER NAME _Generatum_                DATE: 4/17/23        **CREDIT TICKET**

CUSTOMER NUMBER          NOTE NUMBER              BACK DATE
                             51449
REBATE INTEREST:          82 <        >     PAY OFF:              36
REBATE INSURANCE:     C/L 64 <        >     PRINCIPAL PAYMENT:    46
REBATE INSURANCE:     AH 78 <        >
CREDIT TO FINAL:          3 92              INTEREST PAYMENT:     50
EXTENSION DATE:           38               LATE CHARGE:          58
          FEE:           90               ESCROW:               72
CR INT ADJUSTMENT:        84
MINUS YEAR TO DATE:        4
INSURANCE PAYMENT:        88               **TOTAL $**    8 43 168.59

DESCRIPTION:

CUSTOMER NAME    *Generations*                              DATE: 4/17/23        **CREDIT TICKET**

CUSTOMER NUMBER          NOTE NUMBER                        BACK DATE

                                    5147|

REBATE INTEREST:        82 <                    >    PAY OFF:              36
REBATE INSURANCE:       C/L 64 <               >    PRINCIPAL PAYMENT:    46
REBATE INSURANCE:       AH 78 <                >
CREDIT TO FINAL:        3 92                        INTEREST PAYMENT:     50
EXTENSION DATE:         38                          LATE CHARGE:          58
        FEE:            90                          ESCROW:               72
CR INT ADJUSTMENT:      84
MINUS YEAR TO DATE:     4
INSURANCE PAYMENT:      88
                                                   **TOTAL $**    653 729.65

DESCRIPTION:

CUSTOMER NAME  _Generataro_                DATE: 4/17/23        **CREDIT TICKET**

CUSTOMER NUMBER          NOTE NUMBER           BACK DATE
                            51488
REBATE INTEREST:         82 <          >    PAY OFF:              36
REBATE INSURANCE:        C/L 64 <      >    PRINCIPAL PAYMENT:    46
REBATE INSURANCE:        AH 78 <      >
CREDIT TO FINAL:         3 92               INTEREST PAYMENT:     50
EXTENSION DATE:          38                 LATE CHARGE:          58
       FEE:              90                 ESCROW:               72
CR INT ADJUSTMENT:       84
MINUS YEAR TO DATE:      4
INSURANCE PAYMENT:       88
                                        **TOTAL $**   27404360

DESCRIPTION:

CUSTOMER NAME _Mulinda Craug_      DATE: 4/17/23      **CREDIT TICKET**

CUSTOMER NUMBER        NOTE NUMBER      BACK DATE

41206

| | | | |
|---|---|---|---|
| REBATE INTEREST: | 82 < | > | PAY OFF: 36 |
| REBATE INSURANCE: | C/L 64 < | > | PRINCIPAL PAYMENT: 46 |
| REBATE INSURANCE: | AH 78 < | > | |
| CREDIT TO FINAL: | 92 | | INTEREST PAYMENT: 50 |
| EXTENSION DATE: | 38 | | LATE CHARGE: 58 |
| FEE: | 90 | | ESCROW: 72 |
| CR INT ADJUSTMENT: | 84 | | |
| MINUS YEAR TO DATE: | 4 | | |
| INSURANCE PAYMENT: | 88 | | **TOTAL $**   22053.82 |

DESCRIPTION:

EXHIBIT

E-1



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4160

05/11/23

$55,830.18**

\*\*\*\* FIFTY FIVE THOUSAND EIGHT HUNDRED THIRTY AND 18/100 DOLLARS

TO THE
ORDER OF    RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN  56548

MEMO:

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

2258

www.compuchecks.com . 888-356-5521

---

| | | | |
|---|---|---|---|
| CUSTOMER NAME | Generations | DATE: | **CREDIT TICKET** |
| CUSTOMER NUMBER | NOTE NUMBER 51676 | BACK DATE 5/15/23 | |

| | | | | | |
|---|---|---|---|---|---|
| REBATE INTEREST: | 82 < | > | PAY OFF: | 36 | |
| REBATE INSURANCE: | C/L 64 < | > | PRINCIPAL PAYMENT: | 46 | 13,887.71 |
| REBATE INSURANCE: | AH 78 < | > | | | |
| CREDIT TO FINAL: | 92 | | INTEREST PAYMENT: | 50 | 41,942.47 |
| EXTENSION DATE: | 38 | | LATE CHARGE: | 58 | |
| FEE: | 90 | | ESCROW: | 72 | |
| CR INT ADJUSTMENT: | 84 | | | | |
| MINUS YEAR TO DATE: | 4 | | | | |
| INSURANCE PAYMENT: | 88 | | **TOTAL $** | | 55830.18 |

DESCRIPTION:

530000004

Eighth Generations Note Payment 1

EXHIBIT

**E-2**



\* Check 4183 was divided between the Eighth Generations Note ($55,830.18) and Parkside Note ($22,525.00). *See* Parkside Note Aff., **Payment 18**.

Eighth Generations Note Payment 2

EXHIBIT

E-3



\* Check 4275 was divided between the Eighth Generations Note ($55,830.18) and Parkside Note ($13,907.96 and $8,617.04). *See* Parkside Note Aff., **Payment 19**.

EXHIBIT

**E-4**



\* Check 4308 was divided between the Eighth Generations Note ($55,830.18) and Parkside Note ($22,525.00). *See* Parkside Note Aff., **Payment 20**.

Eighth Generations Note Payment 4

EXHIBIT

**E-5**



\* Check 4368 was divided between the Eighth Generations Note ($55,830.18) and Parkside Note ($22,525.00). *See* Parkside Note Aff., **Payment 21**.



EXHIBIT **E-6**

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4462

10/02/23

$78,355.18**

TO THE
ORDER OF     **** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

2258

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 10-10-23   APPROVED BY LAM

CUSTOMER NAME

Generations on 1st LLC

| | |
|---|---|
| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |
| | Memo |

Customer Number      Loan Number      Tran Code

51676      09   $   55830.18

530 10000

* Check 4462 was divided between the Eighth Generations Note ($55,830.18) and Parkside Note ($22,525.00). *See* Parkside Note Aff., **Payment 22**.

Eighth Generations Note Payment 6



* Check 4506 was divided between the Eighth Generations Note ($55,830.18) and Parkside Note ($22,525.00). *See* Parkside Note Aff., **Payment 23**.

### File Information

EXHIBIT **E-8**

| | |
|---|---|
| Transaction Date | 12/30/2024 4:23:51 PM |
| File Date | Monday December 30, 2024 03:00 PM |
| Immediate Destination | 091205199 RED RIVER STATE BANK HA |

### Batch Information

| | | | |
|---|---|---|---|
| Service Class Code | 200 | Standard Entry Class Code | PPD |
| Settlement Date | 12/30/2024 | Originator Status Code | 1 |
| Effective Entry Date | 241230 | Company Entry Description | Generation |
| Originating DFI Identification | 09140017 | | |
| Company Name | HME COMPANIES LL | Originator Identification | 9832282354 |
| Company Discretionary Data | | Company Descriptive Date | |
| Entry/Addenda Count | 1 | Batch Number | 18 |
| Credit Total | $195,262.92 | Debit Total | $0.00 |

### Entries

| | | | |
|---|---|---|---|
| Amount | $195,262.92 | Prenotification | ☐ |
| Receiving DFI Identification | 09120519 | Account Type | Checking |
| DFI Account Number | 4657 | Identification Number | 6427574 |
| Receiving Entity Name | Generations on First | | |
| Discretionary Data | | | |
| Transaction Code | 22 | Trace Number | 91400179354134 |
| Return Code | | Return | ☐ |
| Standard Entry Class Code | PPD | | |
| Settlement Date | 12/30/2024 | | |

### Preview History

| | | | |
|---|---|---|---|
| Last Viewed By | DaniHarl32 | Date First Viewed | 12/31/2024 11:09:52 AM |
| Last Viewed By | DaniHarl32 | Date Last Viewed | 12/31/2024 11:09:59 AM |

Eighth Generations Note Payment 8



**CHECKING WITHDRAWAL**

RED RIVER STATE BANK

4657

DATE  12/30/24

PREPARED BY

↑ TC ↑

↑ ACCOUNT NUMBER ↑

3 Full pymts - Dec 2023, Jan 2024, Feb 2024
SIGNATURE
X 1-partial pymt - march 2024

Generations on 1st LLC

$  195262.92

↑ AMOUNT CHARGED ↑

NAME

ADDRESS

CITY, STATE, ZIP

⑆ 5 0 0 0 2 2 0 0 0 ⑈

---

## LOAN DEPARTMENT CREDIT
MCM 5002 (R 4/10)

DATE 12/30/24 APPROVED BY  CBA

CUSTOMER NAME

Generations on 1st LLC

| | |
|---|---|
| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |

Memo  December 2023

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 5 1 6 7 6 | 0 9 | $ 5 5 8 3 0 . 0 0 |

⑆ 5 3 0 1 0 0 0 0 ⑈

---

## LOAN DEPARTMENT CREDIT
MCM 5002 (R 4/10)

DATE 12/30/24 APPROVED BY  CBA

CUSTOMER NAME

Generation on 1st LLC

| | |
|---|---|
| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |

Memo  January 2024

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 5 1 6 7 6 | 0 9 | $ 5 5 8 3 0 . 0 0 |

⑆ 5 3 0 1 0 0 0 0 ⑈

Eighth Generations Note Payment 8



**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 12/30/24 APPROVED BY

CUSTOMER NAME

Generations on 1st LLC

Customer Number          Loan Number          Tran Code

51676          09   $          55830.00

⑈530⑩0000⑈⑈

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
09  Regular Payment
Memo  february 2024

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 12/30/24 APPROVED BY

CUSTOMER NAME

Generations on 1st LLC

Customer Number          Loan Number          Tran Code

51676          09   $          27772.92

⑈530⑩0000⑈⑈

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
09  Regular Payment
Memo  Partial March 2024

\* A withdrawal of $195,262.92 from HME Companies LLC was made on 12/30/24, totaling the full payment amount of $55,830.00 for the overdue December 2023 – February 2024 payments and part of the March 2024 payment ($27,772.92).

Eighth Generations Note Payment 8

# Incoming

**EXHIBIT E-9**

Account Number:     1534

Transaction Date: 2/3/2025

To Return this wire

Call/Email UBB should this wire require to be returned.

Submit

| | | | |
|---|---|---|---|
| TransactionDate | 2/3/2025 4:12:46 PM | Date Created | 2/3/2025 4:12:46 PM |
| Business Function - {3600} | CTR | Type/SubType - {1510} | 1000 |
| Amount - {2000} | $114,592.03 | | |
| Sender Reference | US BANKRUPTCY | | |

**Receiver Bank - {3400}**

| | | | |
|---|---|---|---|
| ABA | 1322 | Bank Name | UNITED BKRS MPLS |
| IMAD | 20250203MMQFMPN4000017 | | |
| OMAD | | | |
| Output Date | 0203 | Output FRB Appl ID | FT01 |
| Output Time | 1654 | | |
| OMAD | 20250203I1B78Q1C00110602031654 | | |

**Sender Bank - {3100}**

| | |
|---|---|
| ABA | 1258 |
| Bank Name | MIDDLETOWN VALLEY |

**Originator - {5000}**

| | |
|---|---|
| Id Code | DDA Account Number |
| Identifier | 7208 |
| Name | THE VERSTANDIG LAW FIRM, LLC |
| Address 1 | 9812 FALLS ROAD #114-160 |
| Address 2 | POTOMAC MD 20854 |
| Address 3 | |

**Beneficiary Bank - {4100}**

| | |
|---|---|
| Id Code | DDA Account Number |
| Identifier | 1534 |
| Name | |
| Address 1 | |
| Address 2 | |
| Address 3 | |

Eighth Generations Note Payment 9

Beneficiary - {4200}

| | |
|---|---|
| Id Code | DDA Account Number |
| Identifier | -1534 |
| Name | RED RIVER STATE BANK |
| Address 1 | |
| Address 2 | |
| Address 3 | |
| Originator to BNF info - {6000} | COURT FOR THE STATE OF NORTH DAKOTA |

Transaction Tracker Users

[Add User] [Forward] [Remove User]





**No OFAC Violation**

| | |
|---|---|
| First Viewed By | amyfage70 |
| Date First Viewed | 2/3/2025 4:26:04 PM |
| Last Viewed By | amyfage70 |
| Date Last Viewed | 2/3/2025 4:26:04 PM |

Eighth Generations Note Payment 9

**DEBIT**
MCM 5001 (R 7/10)

**GENERAL LEDGER**

DATE 2/4/2025
Zenith City Business Systems, Inc

ACCOUNT NAME UBB

APPROVED BY

**DESCRIPTION / REMARKS**

AMOUNT

Generations # 51676

Account Number

Tran Code

7020

$  114592.03

⑆59000000 2⑆

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 02/04/2025 APPROVED BY CBJ

46  Principal Payment

50  Interest Payment

58  Late Charge

CUSTOMER NAME

92  Principal Payment (End)

09  Regular Payment

Generations on 1st LLC

Memo

Customer Number

Loan Number

Tran Code

51676

09  $  114592.03

⑆530 10000 1⑆

Eighth Generations Note Payment 9



EXHIBIT

E-10

GENERATIONS ON 1ST, LLC
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30009

02/12/25

$25,000.00**

TO THE
ORDER OF    **** TWENTY FIVE THOUSAND AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

MEMO: Loan Payment

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 2/14/25  APPROVED BY

CUSTOMER NAME

Generations on 1st

Customer Number    Loan Number    Tran Code

51676    09    $    25000.00

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
09  Regular Payment
Memo  Cash Collateral pymt due 2/15/25

Eighth Generations Note Payment 10



EXHIBIT

**E-11**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30031

03/05/25

$35,000.00**

TO THE
ORDER OF    **** THIRTY FIVE THOUSAND AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈" 　　　　　　8&&&⑈"

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 03/07/25 APPROVED BY ____

CUSTOMER NAME

Generations on 1st LLC

| | |
|---|---|
| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |

Memo  Cash Collateral  March

Customer Number        Loan Number        Tran Code

51676          09 $        3500 0 00

⑈530 10000 ⑈:

Eighth Generations Note Payment 11

**EXHIBIT**

**E-12**

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 03/18/2025 APPROVED BY _CBD_

CUSTOMER NAME

_Generations on 1st LLC_

| | |
|---|---|
| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |
| Memo | _wire from Verstandig_ |

Customer Number        Loan Number        Tran Code

51676        09    $        10 000.00

⑆530 10000 ⑆

* A $10,000.00 payment on 3/17/25 was wired from the Verstandig Law Firm Bank Acct. ending in -7208. *See* Wire Transaction p. 1, highlighted text.

Eighth Generations Note Payment 12

# Incoming

Account Number: 2501534

Transaction Date: 3/17/2025

To Return this wire

| Call/Email UBB should this wire require to be returned. |

Submit

| | | | |
|---|---|---|---|
| TransactionDate | 3/17/2025 4:00:29 PM | Date Created | 3/17/2025 4:00:29 PM |
| Business Function - {3600} | CTR | Type/SubType - {1510} | 1000 |
| Amount - {2000} | $10,000.00 | | |
| Sender Reference | TO TRUST ACCT | | |
| Receiver Bank - {3400} | | | |
| ABA | 091001322 | Bank Name | UNITED BKRS MPLS |
| IMAD | 20250317MMQFMPN4000010 | | |
| OMAD | | | |
| Output Date | 0317 | Output FRB Appl ID | FT01 |
| Output Time | 1659 | | |
| OMAD | 20250317I1B78Q1C00096403171659 | | |

Sender Bank - {3100}

| | |
|---|---|
| ABA | 055001258 |
| Bank Name | MIDDLETOWN VALLEY |

Originator - {5000}

| | |
|---|---|
| Id Code | DDA Account Number |
| Identifier | 7208 |
| Name | THE VERSTANDIG LAW FIRM, LLC |
| Address 1 | 9812 FALLS ROAD #114-160 |
| Address 2 | POTOMAC MD 20854 |
| Address 3 | |

Beneficiary Bank - {4100}

| | |
|---|---|
| Id Code | DDA Account Number |
| Identifier | 1534 |
| Name | |
| Address 1 | |
| Address 2 | |
| Address 3 | |

Beneficiary - {4200}

| | |
|---|---|
| Id Code | DDA Account Number |
| Identifier | -1534 |
| Name | RED RIVER STATE BANK |
| Address 1 | 300 2ND AVENUE WEST |
| Address 2 | HALSTAD, MN 56548 |
| Address 3 | |
| Originator to BNF info - {6000} | FURTHER CREDIT |
| | ITEMS IN TRANSIT#100107030 |



Transaction Tracker Users

[Add User] [Forward] [Remove User]





**No OFAC Violation**

| | |
|---|---|
| First Viewed By | HeidRoy93 |
| Date First Viewed | 3/17/2025 4:05:32 PM |
| Last Viewed By | HeidRoy93 |
| Date Last Viewed | 3/17/2025 4:05:32 PM |

EXHIBIT
**E-13**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30053

04/10/25

$35,000.00**

TO THE
ORDER OF    **** THIRTY FIVE THOUSAND AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈ 8666⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 4/14/2025 APPROVED BY CRad

CUSTOMER NAME

Generations on 1st LLC

| | | | 46 | Principal Payment |
| | | | 50 | Interest Payment |
| | | | 58 | Late Charge |
| | | | 92 | Principal Payment (End) |
| | | | 09 | Regular Payment |

Memo April Cash Collateral

| Customer Number | Loan Number | Tran Code | | |
| --- | --- | --- | --- | --- |
| | 51676 | 09 | $ | 35000.00 |

⑈530 10000 ⑈

Eighth Generations Note Payment 13



EXHIBIT
E-14

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30074

05/12/25                $35,000.00**

TO THE
ORDER OF     **** THIRTY FIVE THOUSAND AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈"                          ⑈8666⑈"

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 5/19/2025 APPROVED BY     CRA

CUSTOMER NAME

Generations on 1st LLC

| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |
| Memo | May Cash Collateral |

| Customer Number | Loan Number | Tran Code |
|---|---|---|
|  | 51676 | 09   $   35000.00 |

⑈530 10000 ⑈⑈

Eighth Generations Note Payment 14

EXHIBIT

**E-15**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30100

06/11/25

$35,000.00**

TO THE
ORDER OF    **** THIRTY FIVE THOUSAND AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈             8666⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 6/13/25  APPROVED BY    CBR

CUSTOMER NAME

Generations on 1st LLC

| | Tran Code |
|---|---|
| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |

Memo  June Cash Collateral

Customer Number        Loan Number        Tran Code

51676        09  $        35 000.00

⑈530⑈10000⑈⑈

Zenith City Business Systems

Eighth Generations Note Payment 15

EXHIBIT

**E-16**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30122

07/10/25

$35,000.00**

TO THE
ORDER OF     **** THIRTY FIVE THOUSAND AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈    8666⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

| | | |
|---|---|---|
| DATE 7/14/25 APPROVED BY | 46 | Principal Payment |
| | 50 | Interest Payment    35,000 — |
| CUSTOMER NAME | 58 | Late Charge |
| | 92 | Principal Payment (End) |
| _Generatino on 1st LLC_ | 09 | Regular Payment |
| | Memo | |

Customer Number          Loan Number          Tran Code

51676          09  $     35000.00

⑈530 10000 ⑈

Eighth Generations Note Payment 16

```
                  I N Q U I R Y   S T A T E M E N T
11074 GENERATIONS ON 1ST LLC
      PO BOX 426
      FARGO ND 58107


LOAN #        51676  COLL DESC 26 1ST AVE SORIG BAL  8,100,000.00  ORIG DATE  4/17/2023  ORIG DISC      0.00  RENW BAL       0.00
                     RENW DATE           TMS EXT   0       LAST MATY  12/1/2026  RATE       .06750   TYPE CODE 4
                     APR OFF    CBA       COLL CODE   FA
```

| DATE | TC1 | AMOUNT | TC2 | AMOUNT | POST DATE | DESCRIPTION | BALANCE |
|------|-----|--------|-----|--------|-----------|-------------|---------|
| 04/17/2023 | 34 | 8,100,000.00 | 0 | 0.00 | | OPENING ADVANCE | 8,100,000.00 |
| 05/11/2023 | 94 | 2,791.51 | 0 | 0.00 | | | 8,100,000.00 |
| 05/15/2023 | 59 | 2,791.51 | 0 | 0.00 | | Bank Error onPmt Schedule | 8,100,000.00 |
| 05/15/2023 | 46 | 13,887.71 | 50 | 41,942.47 | 05/16/2023 | | 8,086,112.29 |
| 06/02/2023 | 46 | 28,913.40 | 50 | 26,916.78 | | | 8,057,198.89 |
| 07/10/2023 | 50 | 55,830.18 | 0 | 0.00 | | | 8,057,198.89 |
| 08/16/2023 | 50 | 55,830.18 | 0 | 0.00 | | | 8,057,198.89 |
| 09/07/2023 | 46 | 22,957.64 | 50 | 32,872.54 | | | 8,034,241.25 |
| 10/10/2023 | 46 | 6,799.30 | 50 | 49,030.88 | | | 8,027,441.95 |
| 11/08/2023 | 46 | 12,778.89 | 50 | 43,051.29 | | | 8,014,663.06 |
| 12/26/2023 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 01/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 02/15/2024 | 92 | 8,014,663.06 | 84 | 146,734.20 | | NON-ACCRUAL | 0.00 |
| 02/15/2024 | 366 | 8,014,663.06 | 380 | 146,734.20 | | NON-ACCRUAL | 8,014,663.06 |
| 02/26/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 02/29/2024 | 392 | 8,014,663.06 | 0 | 0.00 | | Correct errorin moving to N | 0.00 |
| 02/29/2024 | 384 | 167,484.49 | 0 | 0.00 | | Correct errorin moving to N | 0.00 |
| 02/29/2024 | 80 | 167,484.49 | 0 | 0.00 | | Correct errorin moving to N | 0.00 |
| 02/29/2024 | 66 | 8,014,663.06 | 0 | 0.00 | | Correct errorin moving to N | 8,014,663.06 |
| 03/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 03/28/2024 | 92 | 8,014,663.06 | 84 | 208,985.08 | | NON-ACCRUAL | 0.00 |
| 03/28/2024 | 366 | 8,014,663.06 | 380 | 208,985.08 | | NON-ACCRUAL | 8,014,663.06 |
| 04/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 05/28/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 06/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 07/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 08/26/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 09/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 10/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 11/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 12/26/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 12/30/2024 | 350 | 55,830.00 | 0 | 0.00 | 01/09/2025 | Dec2023 | 8,014,663.06 |
| 12/30/2024 | 350 | 55,830.00 | 0 | 0.00 | | Jan2024 | 8,014,663.06 |
| 12/30/2024 | 350 | 55,830.00 | 0 | 0.00 | | Feb2024 | 8,014,663.06 |
| 12/30/2024 | 350 | 27,772.92 | 0 | 0.00 | | partial Mar2024 | 8,014,663.06 |
| 01/27/2025 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 02/04/2025 | 350 | 114,592.03 | 0 | 0.00 | | | 8,014,663.06 |
| 02/14/2025 | 350 | 25,000.00 | 0 | 0.00 | | 1st cash collateral pymt due | 8,014,663.06 |
| 02/25/2025 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 03/07/2025 | 350 | 35,000.00 | 0 | 0.00 | | cash collateral pymt | 8,014,663.06 |
| 03/18/2025 | 350 | 10,000.00 | 0 | 0.00 | | | 8,014,663.06 |
| 03/25/2025 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |

I N Q U I R Y   S T A T E M E N T

11074 GENERATIONS ON 1ST LLC
PO BOX 426
FARGO ND 58107

LOAN #        51676  COLL DESC 26 1ST AVE SORIG BAL  8,100,000.00  ORIG DATE  4/17/2023  ORIG DISC      0.00  RENW BAL        0.00
                     RENW DATE          TMS EXT    0       LAST MATY  12/1/2026  RATE      .06750   TYPE CODE 4
                     APR OFF    CBA         COLL CODE  FA

| DATE | TC1 | AMOUNT | TC2 | AMOUNT | POST DATE | DESCRIPTION | BALANCE |
|------|-----|--------|-----|--------|-----------|-------------|---------|
| 04/14/2025 | 350 | 35,000.00 | 0 | 0.00 | | April25 cash collateral pymt | 8,014,663.06 |
| 04/25/2025 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 05/19/2025 | 350 | 35,000.00 | 0 | 0.00 | 05/20/2025 | | 8,014,663.06 |
| 05/27/2025 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 06/13/2025 | 350 | 35,000.00 | 0 | 0.00 | | | 8,014,663.06 |
| 06/25/2025 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |

                 Principal: 16,114,663.06        Min:        0.00
                 Interest:     305,474.32        Max: 8,100,000.00

RRSB GO1st 04741

**EXHIBIT G**

## Eighth Generations Note: Payments Applied and Accrual of Interest & Late Fees

Dated 4/17/23 | Originating Interest Rate: 6.75% per annum | Affidavit of Charles Aarestad re: Eighth Generations Note

| Date | Advance/Charge (+) | Payment (-) Total | Interest Pmt. | Principal Pmt. | Transaction Description | Per Diem | # of Days | Accrued Interest | Principal Pmt. | Interest | Principal | Late Fees | TOTAL | Payment No. | Corresponding Parkside Note Payment No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/2023 | 8,100,000.00 | | | | Opening Advance | | | | | 0 | 8,100,000.00 | | | | |
| 5/15/2023 | | $ - | $ - | $ - | Interest Calculation | $ 1,497.95 | 28 | $ 41,942.47 | | 41,942.47 | 8,100,000.00 | | | | |
| 5/15/2023 | | (55,830.18) | (41,942.47) | (13,887.71) | May 2023 regular payment | $55,830.18 Payment: | | $ (41,942.47) | $ (13,887.71) | (0.00) | 8,086,112.29 | | | 1 | |
| 6/2/2023 | | | | | Interest Calculation | $ 1,495.38 | 18 | $ 26,916.78 | | 26,916.78 | 8,086,112.29 | | | | |
| 6/2/2023 | | (55,830.18) | (26,916.78) | (28,913.40) | June 2023 regular payment | $55,830.18 Payment: | | $ (26,916.78) | $ (28,913.40) | 0.00 | 8,057,198.89 | | | 2 | 18 |
| 7/10/2023 | | | | | Interest Calculation | $ 1,490.03 | 38 | $ 56,621.14 | | 56,621.14 | 8,057,198.89 | | | | |
| 7/10/2023 | | (55,830.18) | (55,830.18) | | July 2023 regular payment | $55,830.18 Payment: | | $ (55,830.18) | $ - | 790.96 | 8,057,198.89 | | | 3 | 19 |
| 8/16/2023 | | (55,830.18) | (55,830.18) | | August 2023 regular payment | $55,830.18 Payment: | 37 | $ 55,131.11 | | 55,922.07 | 8,057,198.89 | | | 4 | 20 |
| 9/7/2023 | | | | | Interest Calculation | $ 1,490.03 | 22 | $ 32,780.66 | | 32,872.54 | 8,057,198.89 | | | | |
| 9/7/2023 | | (55,830.18) | (32,872.54) | (22,957.64) | September 2023 regular payment | $55,830.18 Payment: | | $ (32,872.54) | $ (22,957.64) | 0.00 | 8,034,241.25 | | | 5 | 21 |
| 10/10/2023 | | | | | Interest Calculation | $ 1,485.78 | 33 | $ 49,030.88 | | 49,030.89 | 8,034,241.25 | | | | |
| 10/10/2023 | | (55,830.18) | (49,030.88) | (6,799.30) | October 2023 regular payment | $55,830.18 Payment: | | $ (49,030.88) | $ (6,799.30) | 0.01 | 8,027,441.95 | | | 6 | 22 |
| 11/8/2023 | | | | | Interest Calculation | $ 1,484.53 | 29 | $ 43,051.28 | | 43,051.29 | 8,027,441.95 | | | | |
| 11/8/2023 | | (55,830.18) | (43,051.29) | (12,778.89) | November 2023 regular payment | $55,830.18 Payment: | | $ (43,051.29) | $ (12,778.89) | (0.00) | 8,014,663.06 | | | 7 | 23 |
| 12/26/2023 | 2,791.51 | $ - | $ - | $ - | Late Fee Assessed | | | | | | 8,014,663.06 | $ 2,791.51 | | | |
| 1/25/2024 | 2,791.51 | $ - | $ - | $ - | Late Fee Assessed | | | | | | 8,014,663.06 | $ 5,583.02 | | | |
| 2/26/2024 | 2,791.51 | $ - | $ - | $ - | Late Fee Assessed | | | | | | 8,014,663.06 | $ 8,374.53 | | | |
| 3/25/2024 | 2,791.51 | $ - | $ - | $ - | Late Fee Assessed | | | | | | 8,014,663.06 | $ 11,166.04 | | | |
| 4/25/2024 | 2,791.51 | $ - | $ - | $ - | Late Fee Assessed | | | | | | 8,014,663.06 | $ 13,957.55 | | | |
| 5/28/2024 | 2,791.51 | $ - | $ - | $ - | Late Fee Assessed | | | | | | 8,014,663.06 | $ 16,749.06 | | | |
| 6/25/2024 | 2,791.51 | $ - | $ - | $ - | Late Fee Assessed | | | | | | 8,014,663.06 | $ 19,540.57 | | | |
| 7/25/2024 | 2,791.51 | $ - | $ - | $ - | Late Fee Assessed | | | | | | 8,014,663.06 | $ 22,332.08 | | | |
| 8/26/2024 | 2,791.51 | $ - | $ - | $ - | Late Fee Assessed | | | | | | 8,014,663.06 | $ 25,123.59 | | | |
| 9/25/2024 | 2,791.51 | $ - | $ - | $ - | Late Fee Assessed | | | | | | 8,014,663.06 | $ 27,915.10 | | | |
| 10/25/2024 | 2,791.51 | $ - | $ - | $ - | Late Fee Assessed | | | | | | 8,014,663.06 | $ 30,706.61 | | | |
| 11/25/2024 | 2,791.51 | $ - | $ - | $ - | Late Fee Assessed | | | | | | 8,014,663.06 | $ 33,498.12 | | | |
| 12/26/2024 | 2,791.51 | $ - | $ - | $ - | Late Fee Assessed | | | | | | 8,014,663.06 | $ 36,289.63 | | | |
| 12/26/2024 | | | | | Interest Calculation | $ 1,482.16 | 418 | $ 619,544.43 | | 619,544.43 | 8,014,663.06 | $ 36,289.63 | | | |
| 12/30/2024 | | (195,262.92) | (195,262.92) | $ - | Dec 2023-Feb 2024 & Partial Mar 2024 Pmts. | | | $ (195,262.92) | | 424,281.51 | | | | 8 | |
| 1/6/2025 | | | | | **BANKRUPTCY PETITION FILED** | $ 1,482.16 | 7 | $ 10,375.15 | | 434,656.66 | 8,014,663.06 | $ 36,289.63 | $ 8,485,609.35 | | |
| 1/27/2025 | 2,791.51 | $ - | | | Late Fee Assessed | | | | | | 8,014,663.06 | $ 39,081.14 | | | |
| 2/4/2025 | | | | | Interest Calculation | $ 1,482.16 | 29 | $ 42,982.59 | | 477,639.25 | 8,014,663.06 | $ 39,081.14 | | | |
| 2/4/2025 | | (114,592.03) | (114,592.03) | $ - | Funds from receivership | Interest Payment: | | $ (114,592.03) | $ - | 363,047.22 | 8,014,663.06 | $ 39,081.14 | | 9 | |
| 2/14/2025 | | | | | Interest Calculation | $ 1,482.16 | 10 | $ 14,821.58 | | 377,868.80 | 8,014,663.06 | $ 39,081.14 | | | |
| 2/14/2025 | | (25,000.00) | (25,000.00) | $ - | Cash Collateral | Cash Collateral Pmt: | | $ (25,000.00) | $ - | 352,868.80 | 8,014,663.06 | $ 39,081.14 | | 10 | |
| 2/25/2025 | 2,791.51 | $ - | | | Late Fee Assessed | | | | | | 8,014,663.06 | $ 41,872.65 | | | |
| 3/7/2025 | | | | | Interest Calculation | $ 1,482.16 | 21 | $ 31,125.44 | | 383,994.24 | 8,014,663.06 | $ 41,872.65 | | | |
| 3/7/2025 | | (35,000.00) | (35,000.00) | $ - | Cash Collateral | Cash Collateral Pmt: | | $ (35,000.00) | $ - | 348,994.24 | 8,014,663.06 | $ 41,872.65 | | 11 | |
| 3/18/2025 | | | | | Interest Calculation | $ 1,482.16 | 11 | $ 16,303.80 | | 365,298.04 | 8,014,663.06 | $ 41,872.65 | | | |
| 3/18/2025 | | (10,000.00) | (10,000.00) | $ - | Cash Collateral | Cash Collateral Pmt: | | $ (10,000.00) | $ - | 355,298.04 | 8,014,663.06 | $ 41,872.65 | | 12 | |
| 3/25/2025 | 2,791.51 | $ - | | | Late Fee Assessed | | | | | | 8,014,663.06 | $ 44,664.16 | | | |
| 4/14/2025 | | | | | Interest Calculation | $ 1,482.16 | 27 | $ 40,018.42 | | 395,316.46 | 8,014,663.06 | $ 44,664.16 | | | |
| 4/14/2025 | | (35,000.00) | (35,000.00) | $ - | Cash Collateral | Cash Collateral Pmt: | | $ (35,000.00) | $ - | 360,316.46 | 8,014,663.06 | $ 44,664.16 | | 13 | |
| 4/25/2025 | 2,791.51 | $ - | | | Late Fee Assessed | | | | | | 8,014,663.06 | $ 47,455.67 | | | |
| 5/19/2025 | | | | | Interest Calculation | $ 1,482.16 | 35 | $ 51,875.73 | | 412,192.19 | 8,014,663.06 | $ 47,455.67 | | | |
| 5/19/2025 | | (35,000.00) | (35,000.00) | $ - | Cash Collateral | Cash Collateral Pmt: | | $ (35,000.00) | $ - | 377,192.19 | 8,014,663.06 | $ 47,455.67 | | 14 | |
| 5/27/2025 | 2,791.51 | $ - | | | Late Fee Assessed | | | | | | 8,014,663.06 | $ 50,247.18 | | | |
| 6/13/2025 | | | | | Interest Calculation | $ 1,482.16 | 25 | $ 37,054.09 | | 414,246.28 | 8,014,663.06 | $ 50,247.18 | | | |
| 6/13/2025 | | (35,000.00) | (35,000.00) | $ - | Cash Collateral | Cash Collateral Pmt: | | $ (35,000.00) | $ - | 379,246.28 | 8,014,663.06 | $ 50,247.18 | | 15 | |
| 6/25/2025 | 2,791.51 | $ - | | | Late Fee Assessed | | | | | | 8,014,663.06 | $ 53,038.69 | | | |
| 7/14/2025 | | | | | Interest Calculation | $ 1,482.16 | 31 | $ 45,947.08 | | 425,193.36 | 8,014,663.06 | $ 53,038.69 | | | |
| 7/14/2025 | | (35,000.00) | (35,000.00) | $ - | Cash Collateral | Cash Collateral Pmt: | | $ (35,000.00) | $ - | 390,193.36 | 8,014,663.06 | $ 53,038.69 | | 16 | |