# PROMISSORY NOTE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $1,477,500.00 | 04-26-2021 | 12-15-2022 | 41206 | JR | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** MULINDA SUE CRAIG (SSN: ▓▓▓▓)
1405 1ST AVE N
FARGO, ND  58102

**Lender:** Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN  56540

**EXHIBIT**

**1-A**

---

**Principal Amount: $1,477,500.00**          **Interest Rate: 4.350%**          **Date of Note: April 26, 2021**

**PROMISE TO PAY.** MULINDA SUE CRAIG ("Borrower") promises to pay to Red River State Bank ("Lender"), or order, in lawful money of the United States of America, the principal amount of One Million Four Hundred Seventy-seven Thousand Five Hundred & 00/100 Dollars ($1,477,500.00), together with interest on the unpaid principal balance from April 26, 2021, calculated as described in the "INTEREST CALCULATION METHOD" paragraph using an interest rate of 4.350% per annum, until paid in full.  The interest rate may change under the terms and conditions of the "INTEREST AFTER DEFAULT" section.

**PAYMENT.** Borrower will pay this loan in 2 payments of $775,426.43 each payment.  Borrower's first payment is due December 15, 2021, and all subsequent payments are due on the same day of each year after that.  Borrower's final payment will be due on December 15, 2022, and will be for all principal and all accrued interest not yet paid.  Payments include principal and interest.  Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest; then to principal; then to any late charges; and then to any unpaid collection costs.  Any accrued interest not paid when due is added to principal and thereafter will accrue interest as principal.

**INTEREST CALCULATION METHOD.** Interest on this Note is computed on a 365/365 basis; that is, by applying the ratio of the interest rate over the number of days in a year (365 for all years, including leap years), multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding.  All interest payable under this Note is computed using this method.

**RECEIPT OF PAYMENTS.** All payments must be made in U.S. dollars and must be received by Lender at:

Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN  56540

All payments must be received by Lender consistent with any written payment instructions provided by Lender. If a payment is made consistent with Lender's payment instructions but received after 2:00 PM CST on a business day, Lender will credit Borrower's payment on the next business day.

**PREPAYMENT.** Borrower agrees that all loan fees and other prepaid finance charges are earned fully as of the date of the loan and will not be subject to refund upon early payment (whether voluntary or as a result of default), except as otherwise required by law.   Except for the foregoing, Borrower may pay without penalty all or a portion of the amount owed earlier than it is due.  Early payments will not, unless agreed to by Lender in writing, relieve Borrower of Borrower's obligation to continue to make payments under the payment schedule.  Rather, early payments will reduce the principal balance due and may result in Borrower's making fewer payments.  Borrower agrees not to send Lender payments marked "paid in full", "without recourse", or similar language.  If Borrower sends such a payment, Lender may accept it without losing any of Lender's rights under this Note, and Borrower will remain obligated to pay any further amount owed to Lender.  **All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to:  Red River State Bank, PO Box 25 Halstad, MN  56548.**

**LATE CHARGE.** If a payment is 11 days or more late, Borrower will be charged **5.000% of the unpaid portion of the regularly scheduled payment or $7.28, whichever is greater.**

**INTEREST AFTER DEFAULT.** Upon default, including failure to pay upon final maturity, the total sum due under this Note will continue to accrue interest at the interest rate under this Note.

**DEFAULT.** Each of the following shall constitute an event of default ("Event of Default") under this Note:

**Payment Default.** Borrower fails to make any payment when due under this Note.

**Other Defaults.** Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Note or in any of the related documents or to comply with or to perform any term, obligation, covenant or condition contained in any other agreement between Lender and Borrower.

**False Statements.** Any warranty, representation or statement made or furnished to Lender by Borrower or on Borrower's behalf, or made by Guarantor, or any other guarantor, endorser, surety, or accommodation party, under this Note or the related documents in connection with the obtaining of the loan evidenced by this Note or any security document directly or indirectly securing repayment of this Note is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

**Death or Insolvency.** The death of Borrower or the dissolution or termination of Borrower's existence as a going business, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower.

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any collateral securing the loan. This includes a garnishment of any of Borrower's accounts, including deposit accounts, with Lender.  However, this Event of Default shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute.

**Execution; Attachment.** Any execution or attachment is levied against the Collateral, and such execution or attachment is not set aside, discharged or stayed within thirty (30) days after the same is levied.

**PROMISSORY NOTE**

Loan No: 41206                                                         **(Continued)**                                                         Page 2

---

**Change in Zoning or Public Restriction.** Any change in any zoning ordinance or regulation or any other public restriction is enacted, adopted or implemented, that limits or defines the uses which may be made of the Collateral such that the present or intended use of the Collateral, as specified in the related documents, would be in violation of such zoning ordinance or regulation or public restriction, as changed.

**Default Under Other Lien Documents.** A default occurs under any other mortgage, deed of trust or security agreement covering all or any portion of the Collateral.

**Judgment.** Unless adequately covered by insurance in the opinion of Lender, the entry of a final judgment for the payment of money involving more than ten thousand dollars ($10,000.00) against Borrower and the failure by Borrower to discharge the same, or cause it to be discharged, or bonded off to Lender's satisfaction, within thirty (30) days from the date of the order, decree or process under which or pursuant to which such judgment was entered.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any Guarantor, or any other guarantor, endorser, surety, or accommodation party of any of the indebtedness or any Guarantor, or any other guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness evidenced by this Note.

**Adverse Change.** A material adverse change occurs in Borrower's financial condition, or Lender believes the prospect of payment or performance of this Note is impaired.

**Insecurity.** Lender in good faith believes itself insecure.

**LENDER'S RIGHTS.** Upon default, Lender may declare the entire unpaid principal balance under this Note and all accrued unpaid interest immediately due, and then Borrower will pay that amount.

**ATTORNEYS' FEES; EXPENSES.** Lender may hire or pay someone else to help collect this Note if Borrower does not pay. Borrower will pay Lender that amount. This includes, subject to any limits under applicable law, Lender's reasonable attorneys' fees and Lender's legal expenses, whether or not there is a lawsuit, including reasonable attorneys' fees, expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), and appeals. If not prohibited by applicable law, Borrower also will pay any court costs, in addition to all other sums provided by law.

**JURY WAIVER. Lender and Borrower hereby waive the right to any jury trial in any action, proceeding, or counterclaim brought by either Lender or Borrower against the other.**

**GOVERNING LAW. This Note will be governed by federal law applicable to Lender and, to the extent not preempted by federal law, the laws of the State of Minnesota without regard to its conflicts of law provisions. This Note has been accepted by Lender in the State of Minnesota.**

**CHOICE OF VENUE.** If there is a lawsuit, Borrower agrees upon Lender's request to submit to the jurisdiction of the courts of Polk County, State of Minnesota.

**DISHONORED ITEM FEE.** Borrower will pay a fee to Lender of $28.00 if Borrower makes a payment on Borrower's loan and the check or preauthorized charge with which Borrower pays is later dishonored.

**RIGHT OF SETOFF.** To the extent permitted by applicable law, Lender reserves a right of setoff in all Borrower's accounts with Lender (whether checking, savings, or some other account). This includes all accounts Borrower holds jointly with someone else and all accounts Borrower may open in the future. However, this does not include any IRA or Keogh accounts, or any trust accounts for which setoff would be prohibited by law. Borrower authorizes Lender, to the extent permitted by applicable law, to charge or setoff all sums owing on the indebtedness against any and all such accounts, and, at Lender's option, to administratively freeze all such accounts to allow Lender to protect Lender's charge and setoff rights provided in this paragraph.

**COLLATERAL.** Borrower acknowledges this Note is secured by the following collateral described in the security instrument listed herein:

(A)  a Commercial Security Agreement dated April 26, 2021 made and executed between PARKSIDE PLACE, LLC and Lender on collateral described as As security for the payment of the indebtedness and all other indebtedness, obligations and liabilities of the Debtor to Creditor, now existing or hereafter arising, directly or indirectly, by operation of law or otherwise (collectively the "liabilities"), Debtor assigns, transfers, pledges, hypothecates and grants to Creditor, its successors and assigns, a first priority security interest (the "security interest") in all Debtor's assets, including without limitation, all equipment, inventory, supplies, accounts, general intangibles, chattel paper and instruments, goods, assets, machinery, fixtures, furnishings and all other personal property together with all other accessories, accessions, attachments and appurtenances, appertaining to attached thereto, whether now owned or hereafter acquired, and all other substitutions, renewals, replacements and improvements and all proceeds, rents, issuers, income, profits and avails, including without limitation, insurance proceeds. Further, Borrower grants Lender a purchase money security interest in specific equipment, furniture and fixtures purchased by Borrower and financed by Lender on or about the date of the loan or filing date thereafter (collectively the "collateral").

**FINANCIAL STATEMENTS.** Borrower agrees to provide Lender with such financial statements and other related information at such frequencies and in such detail as Lender may reasonably request.

**SUCCESSOR INTERESTS.** The terms of this Note shall be binding upon Borrower, and upon Borrower's heirs, personal representatives, successors and assigns, and shall inure to the benefit of Lender and its successors and assigns.

**NOTIFY US OF INACCURATE INFORMATION WE REPORT TO CONSUMER REPORTING AGENCIES.** Borrower may notify Lender if Lender reports any inaccurate information about Borrower's account(s) to a consumer reporting agency. Borrower's written notice describing the specific inaccuracy(ies) should be sent to Lender at the following address: Red River State Bank PO Box 25 Halstad, MN 56548.

**GENERAL PROVISIONS.** If any part of this Note cannot be enforced, this fact will not affect the rest of the Note. Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. In addition, Lender shall have all the rights and remedies provided in the related documents or available at law, in equity, or otherwise. Except as may be prohibited by applicable law, all of Lender's rights and remedies shall be cumulative and may be exercised singularly or concurrently. Election by Lender to pursue any remedy shall not exclude pursuit of any other remedy, and an election to make expenditures or to take action to perform an obligation of Borrower shall not affect Lender's right to declare a default and to exercise its rights and remedies. Borrower and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

**SECTION DISCLOSURE.** To the extent not preempted by federal law, this loan is made under Minnesota Statutes Section 47.59.

**PROMISSORY NOTE**

| Loan No: 41206 | (Continued) | Page 3 |
|---|---|---|

PRIOR TO SIGNING THIS NOTE, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS NOTE.  BORROWER AGREES TO THE TERMS OF THE NOTE.

BORROWER ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE.

BORROWER:

X _____
MULINDA SUE CRAIG

LENDER:

RED RIVER STATE BANK

X _____
MARTIN PETERSON, Loan Officer

LaserPro, Ver. 20.4.0.038  Copr. Finastra USA Corporation 1997, 2021.  All Rights Reserved.  - MN  C:\HARLAND\CF\LPL\D20.FC  TR-5503  PR-5

RRSB-Mulinda 02771

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal $1,477,500.00 | Loan Date 04-26-2021 | Maturity 12-15-2022 | Loan No 41206 | Call / Coll JR | Account | Officer *** | Initials |
|---|---|---|---|---|---|---|---|

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** MULINDA SUE CRAIG (SSN:           )
1405 1ST AVE N
FARGO, ND 58102

**Lender:** Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN 56540

**EXHIBIT**

**1-B**

**LOAN TYPE.** This is a Fixed Rate (4.350%) Nondisclosable Loan to an Individual for $1,477,500.00 due on December 15, 2022.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is: REAL ESTATE DEVELOPMENT LOAN.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $1,477,500.00 as follows:

| | |
|---|---|
| Amount paid on Borrower's account: | $230,254.14 |
| $230,254.14 Payment on Loan # 41099 | |
| Other Disbursements: | $1,247,205.40 |
| $50,000.00 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| $86,562.46 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| $226,447.36 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| $226,447.35 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| $76,840.36 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| $100,000.00 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| $240,453.93 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| $240,453.94 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| Total Financed Prepaid Finance Charges: | $40.46 |
| $40.46 Loan Packaging Fee | |
| Note Principal: | $1,477,500.00 |

**CHARGES PAID IN CASH.** Borrower has paid or will pay in cash as agreed the following charges:

| | |
|---|---|
| Prepaid Finance Charges Paid in Cash: | $164.54 |
| $164.54 Loan Packaging Fee | |
| Total Charges Paid in Cash: | $164.54 |

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED APRIL 26, 2021.

**BORROWER:**

X _____
MULINDA SUE CRAIG

LaserPro, Ver. 20.4.0.038  Copr. Finastra USA Corporation 1997, 2021.  All Rights Reserved.  - MN  C:\HARLAND\CFI\LPL\I2Q.FC  TR-5503  PR-5

RRSB Mulinda 02650

# LOAN DEPARTMENT CREDIT

MCM 5002 (R 4/10)

Date 4-27-21        Approved by _PL_

**46** Principal Payment

**50** Interest Payment

**58** Late Charge

**92** Principal Payment (End)

**09** Regular Payment

EXHIBIT

**1-C**

## CUSTOMER NAME

Mulinda Craig

ZENITH CITY BUSINESS SYSTEMS, INC. 599756

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 41099 | 46 | $ 229080.19 |

⑆530⑈0000⑈⑆



# LOAN DEPARTMENT CREDIT

MCM 5002 (R 4/10)

Date 4-27-21        Approved by ℳ

**CUSTOMER NAME**

mulinda Craig

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 41099 | 50 | $ 1173.95 |

46  Principal Payment

50  Interest Payment

58  Late Charge

92  Principal Payment (End)

09  Regular Payment

ZENITH CITY BUSINESS SYSTEMS, INC.

⑃530 10000 ⑃

UNETexchange Item Summary                    ECE Institution ISN: 8278543650                    UNETexch

**EXHIBIT**
**1-D**





UNETexchange Item Summary                 ECE Institution ISN: 8278543649                 UNETexchange ISN: 210426922812414





UNETexchange Item Summary                    ECE Institution ISN: 8278543648                    UNETexchange ISN: 210426922812413





UNETexchange Item Summary                    ECE Institution ISN: 8278543647                    UNETexchange ISN: 210426922812412





11/1/2024 8:49:39 AM





11/1/2024 8:50:00 AM

UNETexchange Item Summary                    ECE Institution ISN: 8278543653                    UNETexchange ISN: 210426922812418





11/1/2024 8:50:22 AM

UNETexchange Item Summary                    ECE Institution ISN: 8278543652                    UNETexchange ISN: 210426922812417





11/1/2024 8:50:41 AM

UNETexchange Item Summary                    ECE Institution ISN: 8278543651                    UNETexchange ISN: 210426922812416





11/1/2024 8:50:59 AM


```
FP TRANSACTION  04-26-21  12:56:06  MEMBER  1711CR                 1 1516
               FOR CRAIG DEVELOPMENT, LLC  AS craig
DEPOSIT OF        589457.17  1711-2          SMALL BUSINESS CHECKING
    PREV BAL         368.64 NEW BAL       589825.81
    CHK#1011 CHK#1012 CHK#1013 CHK#1014 REDRIVERSTBNK CASH CHK
RECEIVED         589457.17 IN 4 CHECKS
    226447.35   226447.36   86562.46
    50000.00
```

Member Signature


```
FP TRANSACTION  04-26-21  12:59:10  MEMBER  1711CR                1 1516
            FOR CRAIG DEVELOPMENT, LLC  AS craig
DEPOSIT OF        657748.23  1711-2         SMALL BUSINESS CHECKING
   PREV BAL        368.64 NEW BAL      658116.87
   CHK#1018 CHK#1017 CHK#1016 CHK#1015 REDRIVERSTBNK CASH CHK
RECEIVED        657748.23 IN 4 CHECKS
   240453.94  240453.93  100000.00
   76840.36
```

Member Signature

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal<br>$4,200,000.00 | Loan Date<br>12-13-2021 | Maturity<br>12-01-2026 | Loan No<br>51438 | Call / Coll | Account | Officer<br>* * * | Initials |
|---|---|---|---|---|---|---|---|

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "* * *" has been omitted due to text length limitations.

| Borrower: | PARKSIDE PLACE, LLC (TIN [blacked out]) | Lender: | Red River State Bank |
|---|---|---|---|
| | 1405 1ST AVE N | | Halstad |
| | FARGO, ND  58102 | | 300 2nd Ave West |
| | | | PO Box 25 |
| | | | Halstad, MN  56548-0025 |

**EXHIBIT**

**1-E**

---

**LOAN TYPE.** This is a Fixed Rate (4.150% initial rate) Nondisclosable Loan to a Limited Liability Company for $4,200,000.00 due on December 1, 2026.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is:  Refinance Apartment.

**DISBURSEMENT INSTRUCTIONS.**  Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied.  Please disburse the loan proceeds of $4,200,000.00 as follows:

|  |  |
|---|---|
| **Amount paid on Borrower's account:** | $4,200,000.00 |
| $4,200,000.00  Payment on Loan # Construction LOC | |
| **Note Principal:** | $4,200,000.00 |

**CHARGES PAID IN CASH.**  Borrower has paid or will pay in cash as agreed the following charges:

|  |  |
|---|---|
| **Prepaid Finance Charges Paid in Cash:** | $14,375.00 |
| $4,500.00  CBRE Appraisal Dated 09/2021 | |
| $5,675.00  Title Comittment Estimation | |
| $4,200.00  RRSB Documentation Fee | |
| **Total Charges Paid in Cash:** | $14,375.00 |

**NOTICE OF RIGHT TO DISCONTINUE ESCROW.**  If Borrower's mortgage loan involves an escrow account for taxes and homeowner's insurance, Borrower may have the right in five years to discontinue the account and pay Borrower's own taxes and homeowner's insurance.  IF Borrower is eligible to discontinue the escrow account, Borrower will be notified in five years.

**FINANCIAL CONDITION.**  BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER.  THIS AUTHORIZATION IS DATED DECEMBER 13, 2021.

**BORROWER:**

**PARKSIDE PLACE, LLC**

By: _____
   JESSE  ROBERT  CRAIG,  Managing  Member  of
   PARKSIDE PLACE, LLC

---

LaserPro. Ver. 20.4.0.038  Copr. Finastra USA Corporation 1997, 2021   All Rights Reserved.  - MN  C:\HARLAND\CFI\LPL\I20.FC  TR-5707  PR-57



RRSB Loan Credit Slip memorializing payment to Loan 41206 dated December 13, 2021.

E

## DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|-----------|-----------|----------|---------|-------------|---------|---------|----------|
| $8,100,000.00 | 04-17-2023 | 12-01-2026 | 51676 | JN | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** GENERATIONS ON 1ST, LLC (TIN: ████6148)
1405 1ST AVE N
FARGO, ND  58102

**Lender:** Red River State Bank
Halstad
300 2nd Ave West
PO Box 25
Halstad, MN  56548-0025

**EXHIBIT**

**1-F**

**LOAN TYPE.**  This is a Fixed Rate (6.750%) Nondisclosable Loan to a Limited Liability Company for $8,100,000.00 due on December 1, 2026.

**PRIMARY PURPOSE OF LOAN.**  The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.**  The specific purpose of this loan is:  Refinance Construction Loan.

**DISBURSEMENT INSTRUCTIONS.**  Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied.  Please disburse the loan proceeds of $8,100,000.00 as follows:

|  |  |
|---|---|
| **Amount paid on Borrower's account:** | $8,100,000.00 |
| $46,418.19 Payment on Loan # 40869 | |
| $142,789.38 Payment on Loan # 40881 | |
| $57,880.80 Payment on Loan # 40910 | |
| $1,565,200.00 Payment on Loan # 41121 | |
| $2,976,430.98 Payment on Loan # 51404 | |
| $1,094,025.15 Payment on Loan # 51425 | |
| $424,259.84 Payment on Loan # 51437 | |
| $843,168.59 Payment on Loan # 51449 | |
| $653,729.65 Payment on Loan # 51471 | |
| $274,043.60 Payment on Loan # 51488 | |
| $22,053.82 Payment on Loan # 41206 | |
| **Note Principal:** | $8,100,000.00 |

**NOTICE OF RIGHT TO DISCONTINUE ESCROW.**  If Borrower's mortgage loan involves an escrow account for taxes and homeowner's insurance, Borrower may have the right in five years to discontinue the account and pay Borrower's own taxes and homeowner's insurance.  IF Borrower is eligible to discontinue the escrow account, Borrower will be notified in five years.

**FINANCIAL CONDITION.  BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER.  THIS AUTHORIZATION IS DATED APRIL 17, 2023.**

**BORROWER:**

**GENERATIONS ON 1ST, LLC**

By: _____
JESSE ROBERT CRAIG, MANAGING MEMBER of
GENERATIONS ON 1ST, LLC

LaserPro, Ver. 22.4.0.056  Copr. Finastra USA Corporation 1997, 2023.  All Rights Reserved.  - MN  C:\HARLAND\CFI\LPL\I20.FC  TR-6115  PR-57

RRSB GO1st 02419

CUSTOMER NAME       *Mulinda Craig*        DATE: 4/17/23        **CREDIT TICKET**

CUSTOMER NUMBER        NOTE NUMBER         BACK DATE
                          41206

| | | | |
|---|---|---|---|
| REBATE INTEREST: | 82 < | > | PAY OFF: 36 |
| REBATE INSURANCE: | C/L 64 < | > | PRINCIPAL PAYMENT: 46 |
| REBATE INSURANCE: | AH 78 < | > | |
| CREDIT TO FINAL: | 92 | | INTEREST PAYMENT: 50 |
| EXTENSION DATE: | 38 | | LATE CHARGE: 58 |
| FEE: | 90 | | ESCROW: 72 |
| CR INT ADJUSTMENT: | 84 | | |
| MINUS YEAR TO DATE: | 4 | | |
| INSURANCE PAYMENT: | 88 | | |

DESCRIPTION:

**TOTAL $**        22053.82

# PROMISSORY NOTE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|-----------|-----------|----------|---------|-------------|---------|---------|----------|
| $1,321,100.00 | 05-27-2021 | 12-15-2022 | 41240 | JR | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** MULINDA SUE CRAIG (SSN:          9822)
1405 1ST AVE N
FARGO, ND  58102

**Lender:** Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN  56540

**EXHIBIT**

**2-A**

---

**Principal Amount: $1,321,100.00**          **Interest Rate: 4.350%**          **Date of Note: May 27, 2021**

**PROMISE TO PAY.** MULINDA SUE CRAIG ("Borrower") promises to pay to Red River State Bank ("Lender"), or order, in lawful money of the United States of America, the principal amount of One Million Three Hundred Twenty-one Thousand One Hundred & 00/100 Dollars ($1,321,100.00), together with interest on the unpaid principal balance from May 27, 2021, calculated as described in the "INTEREST CALCULATION METHOD" paragraph using an interest rate of 4.350% per annum, until paid in full. The interest rate may change under the terms and conditions of the "INTEREST AFTER DEFAULT" section.

**PAYMENT.** Borrower will pay this loan in 2 payments of $690,851.70 each payment. Borrower's first payment is due December 15, 2021, and all subsequent payments are due on the same day of each year after that. Borrower's final payment will be due on December 15, 2022, and will be for all principal and all accrued interest not yet paid. Payments include principal and interest. Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest; then to principal; then to any late charges; and then to any unpaid collection costs. Any accrued interest not paid when due is added to principal and thereafter will accrue interest as principal.

**INTEREST CALCULATION METHOD.** Interest on this Note is computed on a 365/365 basis; that is, by applying the ratio of the interest rate over the number of days in a year (365 for all years, including leap years), multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. All interest payable under this Note is computed using this method.

**RECEIPT OF PAYMENTS.** All payments must be made in U.S. dollars and must be received by Lender at:

Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN  56540

All payments must be received by Lender consistent with any written payment instructions provided by Lender. If a payment is made consistent with Lender's payment instructions but received after 2:00 PM CST on a business day, Lender will credit Borrower's payment on the next business day.

**PREPAYMENT.** Borrower agrees that all loan fees and other prepaid finance charges are earned fully as of the date of the loan and will not be subject to refund upon early payment (whether voluntary or as a result of default), except as otherwise required by law. Except for the foregoing, Borrower may pay without penalty all or a portion of the amount owed earlier than it is due. Early payments will not, unless agreed to by Lender in writing, relieve Borrower of Borrower's obligation to continue to make payments under the payment schedule. Rather, early payments will reduce the principal balance due and may result in Borrower's making fewer payments. Borrower agrees not to send Lender payments marked "paid in full", "without recourse", or similar language. If Borrower sends such a payment, Lender may accept it without losing any of Lender's rights under this Note, and Borrower will remain obligated to pay any further amount owed to Lender. **All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to: Red River State Bank, PO Box 25 Halstad, MN  56548.**

**LATE CHARGE.** If a payment is 11 days or more late, Borrower will be charged **5.000% of the unpaid portion of the regularly scheduled payment or $7.28, whichever is greater.**

**INTEREST AFTER DEFAULT.** Upon default, including failure to pay upon final maturity, the total sum due under this Note will continue to accrue interest at the interest rate under this Note.

**DEFAULT.** Each of the following shall constitute an event of default ("Event of Default") under this Note:

**Payment Default.** Borrower fails to make any payment when due under this Note.

**Other Defaults.** Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Note or in any of the related documents or to comply with or to perform any term, obligation, covenant or condition contained in any other agreement between Lender and Borrower.

**False Statements.** Any warranty, representation or statement made or furnished to Lender by Borrower or on Borrower's behalf, or made by Guarantor, or any other guarantor, endorser, surety, or accommodation party, under this Note or the related documents in connection with the obtaining of the loan evidenced by this Note or any security document directly or indirectly securing repayment of this Note is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

**Death or Insolvency.** The death of Borrower or the dissolution or termination of Borrower's existence as a going business, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower.

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any collateral securing the loan. This includes a garnishment of any of Borrower's accounts, including deposit accounts, with Lender. However, this Event of Default shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute.

**Execution; Attachment.** Any execution or attachment is levied against the Collateral, and such execution or attachment is not set aside, discharged or stayed within thirty (30) days after the same is levied.

**PROMISSORY NOTE**
**(Continued)**

Loan No: 41240                                                                                                                      Page 2

**Change in Zoning or Public Restriction.** Any change in any zoning ordinance or regulation or any other public restriction is enacted, adopted or implemented, that limits or defines the uses which may be made of the Collateral such that the present or intended use of the Collateral, as specified in the related documents, would be in violation of such zoning ordinance or regulation or public restriction, as changed.

**Default Under Other Lien Documents.** A default occurs under any other mortgage, deed of trust or security agreement covering all or any portion of the Collateral.

**Judgment.** Unless adequately covered by insurance in the opinion of Lender, the entry of a final judgment for the payment of money involving more than ten thousand dollars ($10,000.00) against Borrower and the failure by Borrower to discharge the same, or cause it to be discharged, or bonded off to Lender's satisfaction, within thirty (30) days from the date of the order, decree or process under which or pursuant to which such judgment was entered.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any Guarantor, or any other guarantor, endorser, surety, or accommodation party of any of the indebtedness or any Guarantor, or any other guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness evidenced by this Note.

**Adverse Change.** A material adverse change occurs in Borrower's financial condition, or Lender believes the prospect of payment or performance of this Note is impaired.

**Insecurity.** Lender in good faith believes itself insecure.

**LENDER'S RIGHTS.** Upon default, Lender may declare the entire unpaid principal balance under this Note and all accrued unpaid interest immediately due, and then Borrower will pay that amount.

**ATTORNEYS' FEES; EXPENSES.** Lender may hire or pay someone else to help collect this Note if Borrower does not pay. Borrower will pay Lender that amount. This includes, subject to any limits under applicable law, Lender's reasonable attorneys' fees and Lender's legal expenses, whether or not there is a lawsuit, including reasonable attorneys' fees, expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), and appeals. If not prohibited by applicable law, Borrower also will pay any court costs, in addition to all other sums provided by law.

**JURY WAIVER. Lender and Borrower hereby waive the right to any jury trial in any action, proceeding, or counterclaim brought by either Lender or Borrower against the other.**

**GOVERNING LAW. This Note will be governed by federal law applicable to Lender and, to the extent not preempted by federal law, the laws of the State of Minnesota without regard to its conflicts of law provisions. This Note has been accepted by Lender in the State of Minnesota.**

**CHOICE OF VENUE.** If there is a lawsuit, Borrower agrees upon Lender's request to submit to the jurisdiction of the courts of Polk County, State of Minnesota.

**DISHONORED ITEM FEE.** Borrower will pay a fee to Lender of $28.00 if Borrower makes a payment on Borrower's loan and the check or preauthorized charge with which Borrower pays is later dishonored.

**RIGHT OF SETOFF.** To the extent permitted by applicable law, Lender reserves a right of setoff in all Borrower's accounts with Lender (whether checking, savings, or some other account). This includes all accounts Borrower holds jointly with someone else and all accounts Borrower may open in the future. However, this does not include any IRA or Keogh accounts, or any trust accounts for which setoff would be prohibited by law. Borrower authorizes Lender, to the extent permitted by applicable law, to charge or setoff all sums owing on the indebtedness against any and all such accounts, and, at Lender's option, to administratively freeze all such accounts to allow Lender to protect Lender's charge and setoff rights provided in this paragraph.

**COLLATERAL.** Borrower acknowledges this Note is secured by the following collateral described in the security instrument listed herein:

(A)  a Commercial Security Agreement dated May 27, 2021 made and executed between PARKSIDE PLACE, LLC and Lender on collateral described as As security for the payment of the indebtedness and all other indebtedness, obligations and liabilities of the Debtor to Creditor, now existing or hereafter arising, directly or indirectly, by operation of law or otherwise (collectively the "liabilities"), Debtor assigns, transfers, pledges, hypothecates and grants to Creditor, its successors and assigns, a first priority security interest (the "security interest") in all Debtor's assets, including without limitation, all equipment, inventory, supplies, accounts, general intangibles, chattel paper and instruments, goods, assets, machinery, fixtures, furnishings and all other personal property together with all other accessories, accessions, attachments and appurtenances, appertaining to attached thereto, whether now owned or hereafter acquired, and all other substitutions, renewals, replacements and improvements and all proceeds, rents, issuers, income, profits and avails, including without limitation, insurance proceeds. Further, Borrower grants Lender a purchase money security interest in specific equipment, furniture and fixtures purchased by Borrower and financed by Lender on or about the date of the loan or filing date thereafter (collectively the "collateral").

**FINANCIAL STATEMENTS.** Borrower agrees to provide Lender with such financial statements and other related information at such frequencies and in such detail as Lender may reasonably request.

**SUCCESSOR INTERESTS.** The terms of this Note shall be binding upon Borrower, and upon Borrower's heirs, personal representatives, successors and assigns, and shall inure to the benefit of Lender and its successors and assigns.

**NOTIFY US OF INACCURATE INFORMATION WE REPORT TO CONSUMER REPORTING AGENCIES.** Borrower may notify Lender if Lender reports any inaccurate information about Borrower's account(s) to a consumer reporting agency. Borrower's written notice describing the specific inaccuracy(ies) should be sent to Lender at the following address: Red River State Bank PO Box 25 Halstad, MN 56548.

**GENERAL PROVISIONS.** If any part of this Note cannot be enforced, this fact will not affect the rest of the Note. Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. In addition, Lender shall have all the rights and remedies provided in the related documents or available at law, in equity, or otherwise. Except as may be prohibited by applicable law, all of Lender's rights and remedies shall be cumulative and may be exercised singularly or concurrently. Election by Lender to pursue any remedy shall not exclude pursuit of any other remedy, and an election to make expenditures or to take action to perform an obligation of Borrower shall not affect Lender's right to declare a default and to exercise its rights and remedies. Borrower and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

**SECTION DISCLOSURE.** To the extent not preempted by federal law, this loan is made under Minnesota Statutes, Section 47.59.

**PROMISSORY NOTE**
**(Continued)**

| Loan No: 41240 | | Page 3 |
|---|---|---|

PRIOR TO SIGNING THIS NOTE, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS NOTE.  BORROWER AGREES TO THE TERMS OF THE NOTE.

BORROWER ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE.

BORROWER:

X _____
  MULINDA SUE CRAIG

LENDER:

RED RIVER STATE BANK

X _____
  MARTIN PETERSON, Loan Officer

## DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $1,321,100.00 | 05-27-2021 | 12-15-2022 | 41240 | JR | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** MULINDA SUE CRAIG (SSN: _____)
1405 1ST AVE N
FARGO, ND 58102

**Lender:** Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN 56540

**EXHIBIT**

**2-B**

**LOAN TYPE.** This is a Fixed Rate (4.350%) Nondisclosable Loan to an Individual for $1,321,100.00 due on December 15, 2022.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is: REAL ESTATE DEVELOPMENT LOAN.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $1,321,100.00 as follows:

| | |
|---|---|
| Amount paid to Borrower directly: | $31,508.57 |
| $31,508.57 Deposited to Account # CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| Other Disbursements: | $1,289,452.18 |
| $111,726.38 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $294,875.42 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $294,875.41 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $293,987.49 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $293,987.48 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| Total Financed Prepaid Finance Charges: | $139.25 |
| $139.25 Loan Packaging Fee | |
| Note Principal: | $1,321,100.00 |

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED MAY 27, 2021.

BORROWER:

X _____
MULINDA SUE CRAIG

LaserPro, Ver. 20.4.0.038 Copr. Finastra USA Corporation 1997, 2021. All Rights Reserved. - MN C:\HARLAND\CFI\LPL\I20.FC TR-5551 PR-5

UNETexchange Item Summary                    ECE Institution ISN: 8870696325                    UNETexchar





**CASHIER'S CHECK**

**RED RIVER STATE BANK**
PO Box 25 • Halstad, MN • 56548 • (218) 456-2157
PO Box 98 • Fertile, MN • 56540 • (218) 945-6171

Notice to Customer.
If this check is lost, destroyed, or stolen, the bank
will not accept a replacement request on the check
until 90 days after the issue date and then only with
the issuance of a "Declaration of Loss" certification.

MHP                    May 27, 2021                    **201052**

**$31,508.57**

Purchaser:
PARKSIDE DRAW #10

Thirty One Thousand Five Hundred Eight Dollars And 57/100********************************

PAY TO THE
ORDER OF      CRAIG DEVELOPMENT

Two Signatures Required

Authorized Signature

⑈201052⑈ ⑆ 5199⑆ 2130⑈



ENDORSE HERE

DO NOT WRITE, STAMP
OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL
INSTITUTION USE

UNETexchange Item Summary                    ECE Institution ISN: 8870696327                    UNETexchange ISN: 210527931836775



**CASHIER'S CHECK**

**RED RIVER STATE BANK**

PO Box 25 • Halstad, MN • 56548 • (218) 456-2187
PO Box 98 • Fertile, MN • 56540 • (218) 945-6171

Notice to Customer
If this check is lost, destroyed, or stolen, the bank
will not accept a replacement request on the check
until 90 days after the issue date and then only with
the issuance of a "Declaration of Loss" certification.

MHP                    May 27, 2021                    **201049**
                                                       **$111,726.38**

Purchaser:
GENERATIONS DRAW #8

One Hundred Eleven Thousand Seven Hundred Twenty Six Dollars And 38/100**************

PAY TO THE
ORDER OF        CRAIG DEVELOPMENT

                                        Two Signatures Required

                                        Authorized Signature

⑈201049⑈ ⑆ 5199⑆ 2130⑈



ENDORSE HERE

11/1/2024 8:52:09 AM

RRSB GO1st 04812

UNETexchange Item Summary                  ECE Institution ISN: 8870696326                  UNETexchange ISN: 210527931836774





RRSB GO1st 04813

11/1/2024 8:52:31 AM

UNETexchange Item Summary          ECE Institution ISN: 8870696330          UNETexchange ISN: 210527931836778



**RED RIVER STATE BANK**

PO Box 25 • Halstad, MN • 56548 • (218) 456-2187
PO Box 98 • Fertile, MN • 56540 • (218) 945-6171

**CASHIER'S CHECK**

Notice to Customer
If this check is lost, destroyed, or stolen, the bank
will not accept a replacement request on the check
until 90 days after the issue date and then only with
the issuance of a "Declaration of Loss" certification.

MHP          May 27, 2021

201051

$294,875.41

Purchaser:
GENERATIONS DRAW #8

Two Hundred Ninety Four Thousand Eight Hundred Seventy Five Dollars And 41/100********

PAY TO THE
ORDER OF     CRAIG DEVELOPMENT

Two Signatures Required

Payton Larson
Authorized Signature

⑈201051⑈ ⑆5199⑆ 2130⑈



UNETexchange Item Summary                    ECE Institution ISN: 8870696329                    UNETexchange ISN: 210527931836777





RRSB Parkside 02459

UNETexchange Item Summary                ECE Institution ISN: 8870696328                UNETexchange ISN: 210527931836776



**RED RIVER STATE BANK**

PO Box 25 • Halstad, MN • 56548 • (218) 456-2187
PO Box 98 • Fertile, MN • 56540 • (218) 945-6171

**CASHIER'S CHECK**

Notice to Customer
If this check is lost, destroyed, or stolen, the bank
will not accept a replacement request on the check
until 90 days after the issue date and then only with
the issuance of a "Declaration of Loss" certification.

MHP                May 27, 2021                **201054**

Purchaser:                                      **$293,987.48**
PARKSIDE DRAW #10

Two Hundred Ninety Three Thousand Nine Hundred Eighty Seven Dollars And 48/100*******

PAY TO THE
ORDER OF:    CRAIG DEVELOPMENT

Two Signatures Required

Authorized Signature

⑈201054⑈ ⑆ ⑆5199⑆ ⑆2130⑈



ENDORSE HERE



**CREDIT**
MCM 5001 (R 7/10)

**GENERAL LEDGER**

DATE _5/27/2021_

Utah City Business Systems, Inc.

ACCOUNT NAME          DESCRIPTION / REMARKS          APPROVED BY _mp_          AMOUNT

_Commercial Loan Fees_

_#41240 Melinda Sue Crum_
_Loan Orig Fee # 139.25_

Account Number          Tran Code

_7030_          $          _139.25_

⑆ 5 0 0 0 0 0 0 0 5 ⑆

200517030 5/27/2021          $139.25
020104000230 TC 0

# Starion Bank

PO Box 848
Mandan, ND 58554

**RETURN SERVICE REQUESTED**

CRAIG DEVELOPMENT LLC
PO BOX 9379
FARGO ND 58106-9379

*Statement Ending 05/28/2021*

*CRAIG DEVELOPMENT LLC*                          *Page 1 of 4*
*Customer Number:*        *8829*




## Managing Your Accounts

| | | |
|---|---|---|
| Branch | | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| Phone | | 701.281.5600 |
| Website | | Starionbank.com |

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | 8829 | $1,323,078.75 |

# ND STAR CHECKING- 8829

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/20/2021 | **Beginning Balance** | **$0.00** |
| | 3 Credit(s) This Period | $1,414,188.74 |
| | 3 Debit(s) This Period | $91,109.99 |
| 05/28/2021 | **Ending Balance** | **$1,323,078.75** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 05/27/2021 | DEPOSIT | $1,320,960.75 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 05/20/2021 | Tranfer In Bank DDA | $93,227.09 |
| 05/26/2021 | XX5707 DDA CREDIT 05/25 20:29 019244 RBT CASEYS GEN S EASYSAVINGS NY | $0.90 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 05/21/2021 | Debit DDA | $20.00 |
| 05/24/2021 | XX5707 SIG POS PURCH 05/20 05:03 008260 CASEYS GEN STORE WATERTOWN SD | $89.99 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 2996 | 05/25/2021 | $91,000.00 |

* Indicates skipped check number



RRSB-Starion Subpoena 00094

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | | |
|---|---|---|
| NEW BALANCE | | |
| TRANSFER AMOUNT FROM OTHER SIDE | $ | |
| ADD | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUB TOTAL | $ | |

| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE          BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

RRSB-Starion Subpoena 00095

# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 05/28/2021*

*CRAIG DEVELOPMENT LLC*                    *Page 3 of 4*
*Customer Number:*      *8829*

## ND STAR CHECKING- 8829 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05/20/2021 | $93,227.09 | 05/24/2021 | $93,117.10 | 05/26/2021 | $2,118.00 |
| 05/21/2021 | $93,207.09 | 05/25/2021 | $2,117.10 | 05/27/2021 | $1,323,078.75 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|--|----------------------|--------------------|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

ISN:

Date: 05/27/2021

Start Time: 4:49:27 PM

767

Amount: 1,320,960.75

Branch: 60

Account Number:    3829

Teller: 2503

DDA Credit

Deposit

Comments:

RT: (    0767

TC: 9

$1,320,960.75    5/27/2021



2996    $91,000.00    5/25/2021

# PROMISSORY NOTE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $1,652,500.00 | 06-22-2021 | 12-15-2024 | 41258 | JR | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

**Borrower:**  MULINDA SUE CRAIG (SSN: ███████)
1405 1ST AVE N
FARGO, ND  58102

**Lender:**  Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN  56540

EXHIBIT
**3-A**

---

**Principal Amount: $1,652,500.00**        **Interest Rate: 4.350%**        **Date of Note: June 22, 2021**

**PROMISE TO PAY.** MULINDA SUE CRAIG ("Borrower") promises to pay to Red River State Bank ("Lender"), or order, in lawful money of the United States of America, the principal amount of One Million Six Hundred Fifty-two Thousand Five Hundred & 00/100 Dollars ($1,652,500.00), together with interest on the unpaid principal balance from June 22, 2021, calculated as described in the "INTEREST CALCULATION METHOD" paragraph using an interest rate of 4.350% per annum, until paid in full. The interest rate may change under the terms and conditions of the "INTEREST AFTER DEFAULT" section.

**PAYMENT.** Borrower will pay this loan in 4 payments of $449,112.37 each payment. Borrower's first payment is due December 15, 2021, and all subsequent payments are due on the same day of each year after that. Borrower's final payment will be due on December 15, 2024, and will be for all principal and all accrued interest not yet paid. Payments include principal and interest. Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest; then to principal; then to any late charges; and then to any unpaid collection costs. Any accrued interest not paid when due is added to principal and thereafter will accrue interest as principal.

**INTEREST CALCULATION METHOD.** Interest on this Note is computed on a 365/365 basis; that is, by applying the ratio of the interest rate over the number of days in a year (365 for all years, including leap years), multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. All interest payable under this Note is computed using this method.

**RECEIPT OF PAYMENTS.** All payments must be made in U.S. dollars and must be received by Lender at:

Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN  56540

All payments must be received by Lender consistent with any written payment instructions provided by Lender. If a payment is made consistent with Lender's payment instructions but received after 2:00 PM CST on a business day, Lender will credit Borrower's payment on the next business day.

**PREPAYMENT.** Borrower agrees that all loan fees and other prepaid finance charges are earned fully as of the date of the loan and will not be subject to refund upon early payment (whether voluntary or as a result of default), except as otherwise required by law. Except for the foregoing, Borrower may pay without penalty all or a portion of the amount owed earlier than it is due. Early payments will not, unless agreed to by Lender in writing, relieve Borrower of Borrower's obligation to continue to make payments under the payment schedule. Rather, early payments will reduce the principal balance due and may result in Borrower's making fewer payments. Borrower agrees not to send Lender payments marked "paid in full", "without recourse", or similar language. If Borrower sends such a payment, Lender may accept it without losing any of Lender's rights under this Note, and Borrower will remain obligated to pay any further amount owed to Lender. **All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to: Red River State Bank, PO Box 25 Halstad, MN  56548.**

**LATE CHARGE.** If a payment is 11 days or more late, Borrower will be charged **5.000% of the unpaid portion of the regularly scheduled payment or $7.28, whichever is greater.**

**INTEREST AFTER DEFAULT.** Upon default, including failure to pay upon final maturity, the total sum due under this Note will continue to accrue interest at the interest rate under this Note.

**DEFAULT.** Each of the following shall constitute an event of default ("Event of Default") under this Note:

**Payment Default.** Borrower fails to make any payment when due under this Note.

**Other Defaults.** Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Note or in any of the related documents or to comply with or to perform any term, obligation, covenant or condition contained in any other agreement between Lender and Borrower.

**False Statements.** Any warranty, representation or statement made or furnished to Lender by Borrower or on Borrower's behalf, or made by Guarantor, or any other guarantor, endorser, surety, or accommodation party, under this Note or the related documents in connection with the obtaining of the loan evidenced by this Note or any security document directly or indirectly securing repayment of this Note is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

**Death or Insolvency.** The death of Borrower or the dissolution or termination of Borrower's existence as a going business, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower.

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any collateral securing the loan. This includes a garnishment of any of Borrower's accounts, including deposit accounts, with Lender. However, this Event of Default shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute.

**Execution; Attachment.** Any execution or attachment is levied against the Collateral, and such execution or attachment is not set aside, discharged or stayed within thirty (30) days after the same is levied.

**PROMISSORY NOTE**
**(Continued)**

Loan No: 41258                                                                                                                Page 2

---

**Change in Zoning or Public Restriction.** Any change in any zoning ordinance or regulation or any other public restriction is enacted, adopted or implemented, that limits or defines the uses which may be made of the Collateral such that the present or intended use of the Collateral, as specified in the related documents, would be in violation of such zoning ordinance or regulation or public restriction, as changed.

**Default Under Other Lien Documents.** A default occurs under any other mortgage, deed of trust or security agreement covering all or any portion of the Collateral.

**Judgment.** Unless adequately covered by insurance in the opinion of Lender, the entry of a final judgment for the payment of money involving more than ten thousand dollars ($10,000.00) against Borrower and the failure by Borrower to discharge the same, or cause it to be discharged, or bonded off to Lender's satisfaction, within thirty (30) days from the date of the order, decree or process under which or pursuant to which such judgment was entered.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any Guarantor, or any other guarantor, endorser, surety, or accommodation party of any of the indebtedness or any Guarantor, or any other guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness evidenced by this Note.

**Adverse Change.** A material adverse change occurs in Borrower's financial condition, or Lender believes the prospect of payment or performance of this Note is impaired.

**Insecurity.** Lender in good faith believes itself insecure.

**LENDER'S RIGHTS.** Upon default, Lender may declare the entire unpaid principal balance under this Note and all accrued unpaid interest immediately due, and then Borrower will pay that amount.

**ATTORNEYS' FEES; EXPENSES.** Lender may hire or pay someone else to help collect this Note if Borrower does not pay. Borrower will pay Lender that amount. This includes, subject to any limits under applicable law, Lender's reasonable attorneys' fees and Lender's legal expenses, whether or not there is a lawsuit, including reasonable attorneys' fees, expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), and appeals. If not prohibited by applicable law, Borrower also will pay any court costs, in addition to all other sums provided by law.

**JURY WAIVER.** Lender and Borrower hereby waive the right to any jury trial in any action, proceeding, or counterclaim brought by either Lender or Borrower against the other.

**GOVERNING LAW.** This Note will be governed by federal law applicable to Lender and, to the extent not preempted by federal law, the laws of the State of Minnesota without regard to its conflicts of law provisions. This Note has been accepted by Lender in the State of Minnesota.

**CHOICE OF VENUE.** If there is a lawsuit, Borrower agrees upon Lender's request to submit to the jurisdiction of the courts of Polk County, State of Minnesota.

**DISHONORED ITEM FEE.** Borrower will pay a fee to Lender of $28.00 if Borrower makes a payment on Borrower's loan and the check or preauthorized charge with which Borrower pays is later dishonored.

**RIGHT OF SETOFF.** To the extent permitted by applicable law, Lender reserves a right of setoff in all Borrower's accounts with Lender (whether checking, savings, or some other account). This includes all accounts Borrower holds jointly with someone else and all accounts Borrower may open in the future. However, this does not include any IRA or Keogh accounts, or any trust accounts for which setoff would be prohibited by law. Borrower authorizes Lender, to the extent permitted by applicable law, to charge or setoff all sums owing on the indebtedness against any and all such accounts, and, at Lender's option, to administratively freeze all such accounts to allow Lender to protect Lender's charge and setoff rights provided in this paragraph.

**COLLATERAL.** Borrower acknowledges this Note is secured by
(A) a Commercial Security Agreement dated June 22, 2021 made and executed between PARKSIDE PLACE, LLC and GENERATIONS ON 1ST, LLC and Lender on collateral described as As security for the payment of the indebtedness and all other indebtedness, obligations and liabilities of the Debtor to Creditor, now existing or hereafter arising, directly or indirectly, by operation of law or otherwise (collectively the "liabilities"), Debtor assigns, transfers, pledges, hypothecates and grants to Creditor, its successors and assigns, a first priority security interest (the "security interest") in all Debtor's assets, including without limitation, all equipment, inventory, supplies, accounts, general intangibles, chattel paper and instruments, goods, assets, machinery, fixtures, furnishings and all other personal property together with all other accessories, accessions, attachments and appurtenances, appertaining to attached thereto, whether now owned or hereafter acquired, and all other substitutions, renewals, replacements and improvements and all proceeds, rents, issuers, income, profits and avails, including without limitation, insurance proceeds. Further, Borrower grants Lender a purchase money security interest in specific equipment, furniture and fixtures purchased by Borrower and financed by Lender on or about the date of the loan or filing date thereafter (collectively the "collateral")

(B) a Commercial Security Agreement dated May 25, 2021 made and executed between PARKSIDE PLACE, LLC and GENERATIONS ON 1ST, LLC and Lender on collateral described as As security for the payment of the indebtedness and all other indebtedness, obligations and liabilities of the Debtor to Creditor, now existing or hereafter arising, directly or indirectly, by operation of law or otherwise (collectively the "liabilities"), Debtor assigns, transfers, pledges, hypothecates and grants to Creditor, its successors and assigns, a first priority security interest (the "security interest") in all Debtor's assets, including without limitation, all equipment, inventory, supplies, accounts, general intangibles, chattel paper and instruments, goods, assets, machinery, fixtures, furnishings and all other personal property together with all other accessories, accessions, attachments and appurtenances, appertaining to attached thereto, whether now owned or hereafter acquired, and all other substitutions, renewals, replacements and improvements and all proceeds, rents, issuers, income, profits and avails, including without limitation, insurance proceeds. Further, Borrower grants Lender a purchase money security interest in specific equipment, furniture and fixtures purchased by Borrower and financed by Lender on or about the date of the loan or filing date thereafter (collectively the "collateral")

(C) a Commercial Security Agreement dated April 26, 2021 made and executed between PARKSIDE PLACE, LLC and GENERATIONS ON 1ST, LLC and Lender on collateral described as As security for the payment of the indebtedness and all other indebtedness, obligations and liabilities of the Debtor to Creditor, now existing or hereafter arising, directly or indirectly, by operation of law or otherwise (collectively the "liabilities"), Debtor assigns, transfers, pledges, hypothecates and grants to Creditor, its successors and assigns, a first priority security interest (the "security interest") in all Debtor's assets, including without limitation, all equipment, inventory, supplies, accounts, general intangibles, chattel paper and instruments, goods, assets, machinery, fixtures, furnishings and all other personal property together with all other accessories, accessions, attachments and appurtenances, appertaining to attached thereto, whether now owned or hereafter acquired, and all other substitutions, renewals, replacements and improvements and all proceeds, rents, issuers, income, profits and avails, including without limitation, insurance proceeds. Further, Borrower grants Lender a purchase money security interest in specific equipment, furniture and fixtures purchased by Borrower and financed by Lender on or about the date of the loan or filing date thereafter (collectively the "collateral")

**FINANCIAL STATEMENTS.** Borrower agrees to provide Lender with such financial statements and other related information at such frequencies and in such detail as Lender may reasonably request.

## PROMISSORY NOTE
### (Continued)

Loan No: 41258

Page 3

---

**SUCCESSOR INTERESTS.** The terms of this Note shall be binding upon Borrower, and upon Borrower's heirs, personal representatives, successors and assigns, and shall inure to the benefit of Lender and its successors and assigns.

**NOTIFY US OF INACCURATE INFORMATION WE REPORT TO CONSUMER REPORTING AGENCIES.** Borrower may notify Lender if Lender reports any inaccurate information about Borrower's account(s) to a consumer reporting agency. Borrower's written notice describing the specific inaccuracy(ies) should be sent to Lender at the following address: Red River State Bank PO Box 25 Halstad, MN 56548.

**GENERAL PROVISIONS.** If any part of this Note cannot be enforced, this fact will not affect the rest of the Note. Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. In addition, Lender shall have all the rights and remedies provided in the related documents or available at law, in equity, or otherwise. Except as may be prohibited by applicable law, all of Lender's rights and remedies shall be cumulative and may be exercised singularly or concurrently. Election by Lender to pursue any remedy shall not exclude pursuit of any other remedy, and an election to make expenditures or to take action to perform an obligation of Borrower shall not affect Lender's right to declare a default and to exercise its rights and remedies. Borrower and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

**SECTION DISCLOSURE.** To the extent not preempted by federal law, this loan is made under Minnesota Statutes, Section 47.59.

PRIOR TO SIGNING THIS NOTE, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS NOTE. BORROWER AGREES TO THE TERMS OF THE NOTE.

BORROWER ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE.

BORROWER:

X _____
  MULINDA SUE CRAIG

LENDER:

RED RIVER STATE BANK

X _____
  MARTIN PETERSON, Loan Officer

---

LaserPro, Ver. 20.4.0.038  Copr. Finastra USA Corporation 1997, 2021.  All Rights Reserved.  - MN  C:\HARLAND\CFI\LPL\D20.FC  TR-5587  PR-5

RRSB-Mulinda 04532

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $1,652,500.00 | 06-22-2021 | 12-15-2024 | 41258 | JR | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "****" has been omitted due to text length limitations.

EXHIBIT 3-B

**Borrower:** MULINDA SUE CRAIG (SSN: [redacted]
1405 1ST AVE N
FARGO, ND 58102

**Lender:** Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN 56540

**LOAN TYPE.** This is a Fixed Rate (4.350%) Nondisclosable Loan to an Individual for $1,652,500.00 due on December 15, 2024.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

- ☐ Maintenance of Borrower's Primary Residence.
- ☐ Personal, Family or Household Purposes or Personal Investment.
- ☐ Agricultural Purposes.
- ☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is: REAL ESTATE DEVELOPMENT LOAN.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $1,652,500.00 as follows:

| | |
|---|---|
| **Amount paid to Borrower directly:** | $246,257.01 |
| $246,257.01 Deposited to Account # CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| **Amount paid to others on Borrower's behalf:** | $246,412.62 |
| $246,257.01 to CASHINERS CHECK TO CRAIG DEVELOPMENT | |
| $155.61 to RED RIVER STATE BANK LOAN PACKAGING | |
| **Other Disbursements:** | $1,159,830.37 |
| $218,658.18 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $218,658.17 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $230,000.00 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $246,257.01 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $246,257.01 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| **Note Principal:** | $1,652,500.00 |

**CHARGES PAID IN CASH.** Borrower has paid or will pay in cash as agreed the following charges:

| | |
|---|---|
| **Prepaid Finance Charges Paid in Cash:** | $155.61 |
| $155.61 Loan Packaging Fee | |
| **Total Charges Paid in Cash:** | $155.61 |

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED JUNE 22, 2021.

**BORROWER:**

X _______________________
MULINDA SUE CRAIG

LaserPro, Ver. 20.4.0.038 Copr. Finastra USA Corporation 1997, 2021. All Rights Reserved. - MN C:\HARLAND\CFI\LPL\I20.FC TR-5587 PR-5

UNETexchange Item Summary                    ECE Institution ISN: 8550140269                    UNETexcha

**EXHIBIT**

**3-C**



**CASHIER'S CHECK**

RED RIVER STATE BANK

PO Box 25 • Halstad, MN • 56548 • (218) 456-2187
PO Box 98 • Fertile, MN • 56540 • (218) 945-6171

Notice to Customer
If this check is lost, destroyed, or stolen, the bank
will not accept a replacement request on the check
until 90 days after the issue date and then only with
the issuance of a "Declaration of Loss" certification.

MHP                    June 22, 2021                    **201075**

$246,257.01

Purchaser:
GENERATIONS DRAW #9

Two Hundred Forty Six Thousand Two Hundred Fifty Seven Dollars And 01/100***************

PAY TO THE
ORDER OF:    CRAIG DEVELOPMENT

Two Signatures Required

Authorized Signature

⑈201075⑈ ⑈ 5199⑈ 2130⑈



ECCUNO 291378693 2106221516

RRSB GO1st 04817

UNETexchange Item Summary                ECE Institution ISN: 8550140268                UNETexchange ISN: 210622938896177



**RED RIVER STATE BANK**
PO Box 25 • Halstad, MN • 56548 • (218) 456-2187
PO Box 98 • Fertile, MN • 56540 • (218) 945-6171

**CASHIER'S CHECK**

Notice to Customer
If this check is lost, destroyed, or stolen, the bank
will not accept a replacement request on the check
until 90 days after the issue date and then only with
the issuance of a "Declaration of Loss" certification.

MHP                June 22, 2021                **201076**

**$246,257.01**

Purchaser:
GENERATIONS DRAW #9

Two Hundred Forty Six Thousand Two Hundred Fifty Seven Dollars And 01/100***************

PAY TO THE
ORDER OF        CRAIG DEVELOPMENT

Two Signatures Required

Peyton Larson
Authorized Signature

⑈ 201076⑈ ⑆ 5199⑆        2130⑈



ACCFUND 291378693 2106221516

UNETexchange Item Summary                    ECE Institution ISN: 8550140271                    UNETexchange ISN: 210622938896180





11/1/2024 8:54:45 AM

RRSB Parkside 02462

UNETexchange Item Summary                    ECE Institution ISN: 8550140270                    UNETexchange ISN: 210622938896179





RRSB Parkside 02463

UNETexchange Item Summary                ECE Institution ISN: 8550140266                UNETexchange ISN: 210622938896175





11/1/2024 8:55:22 AM

RRSB GO1st 04816

UNETexchange Item Summary          ECE Institution ISN: 8550140267          UNETexchange ISN: 210622938896176





UNETexchange Item Summary                ECE Institution ISN: 8550140265                UNETexchange ISN: 210622938896174



**CASHIER'S CHECK**

### RED RIVER STATE BANK

PO Box 25 • Halstad, MN • 56548 • (218) 456-2187
PO Box 98 • Fertile, MN • 56540 • (218) 945-6171

Notice to Customer
If this check is lost, destroyed, or stolen, the bank
will not accept a replacement request on the check
until 90 days after the issue date and then only with
the issuance of a "Declaration of Loss" certification.

MHP                June 22, 2021

**201078**
**$246,257.01**

Purchaser:
GENERATIONS DRAW #9

Two Hundred Forty Six Thousand Two Hundred Fifty Seven Dollars And 01/100************

PAY TO THE
ORDER OF      CRAIG DEVELOPMENT

Two Signatures Required

_Payton Carson_
Authorized Signature

⑆201078⑆ ⑈ 5199⑈ 2130⑈



RRSB GO1st 04820

**CREDIT**    **GENERAL LEDGER**    DATE 6/22/2021

MCM 5001 (R 7/10)    Zenith City Business Systems, Inc.

ACCOUNT NAME    Commonf Loan Fees    APPROVED BY    AMOUNT

DESCRIPTION / REMARKS

# 41258 Melinda Cruz

Loan Packaging Fee

Account Number    Tran Code

7030    $    155.61

⑆50000000 5⑈

200517030 6/22/2021    $155.61
020102000070 TC 0


```
FP TRANSACTION  06-22-21  13:35:11  MEMBER  1711CR                 1 1516
              FOR CRAIG DEVELOPMENT, LLC  AS ellie
DEPOSIT OF      437316.35  1711-2        SMALL BUSINESS CHECKING
   PREV BAL      368.64 NEW BAL     437684.99
   REDRIVERSTBNK CASHCHK#201072, 201073
RECEIVED       437316.35 IN 2 CHECKS
   218658.17   218658.18
```

Member Signature








```
FP TRANSACTION  06-22-21  13:32:12  MEMBER  1711CR              1 1516
            FOR CRAIG DEVELOPMENT, LLC  AS ellie
DEPOSIT OF     1215028.04  1711-2         SMALL BUSINESS CHECKING
   PREV BAL      368.64 NEW BAL    1215396.68
   REDRIVERSTBNK CASHCHK#201077,201075, 201076, 201078, 201074
RECEIVED     1215028.04 IN 5 CHECKS
   246257.01  230000.00  246257.01
   246257.01  246257.01
```

Member Signature











RRSB FCCU Subpoena 007398

Case 25-30002    Doc 167-1    Filed 09/17/25    Entered 09/17/25 13:30:12    Desc
Exhibits 1-5    Page 51 of 56

EXHIBIT

4

```
10937 MULINDA SUE CRAIG
      1405 1ST AVE N
      FARGO ND 58102


LOAN #      41206  COLL DESC A MORTGAGE OORIG BAL  1,477,500.00  ORIG DATE  4/26/2021   ORIG DISC        0.00  RENW BAL         0.00
                   RENW DATE              TMS EXT    0          LAST MATY  5/31/2023   RATE         .06500  TYPE CODE 3
                   APR OFF    CBA          COLL CODE  FM


   DATE       TC1      AMOUNT      TC2        AMOUNT    POST DATE    DESCRIPTION                              BALANCE

04/26/2021     34   1,477,500.00    0          0.00   04/27/2021                                        1,477,500.00
12/13/2021     46     561,822.51    0          0.00                                                       915,677.49
12/09/2022     92     915,677.49   84     80,071.23                NON-ACCRUAL                                   0.00
12/09/2022    366     915,677.49  380     80,071.23                NON-ACCRUAL                             915,677.49
12/27/2022     94       9,999.99    0          0.00                                                       915,677.49
04/17/2023    392      22,053.82    0          0.00                GO1st Term                             893,623.67
06/12/2023     94       9,999.99    0          0.00                                                       893,623.67
06/26/2023     94       9,999.99    0          0.00                                                       893,623.67
12/29/2023    392     400,000.00    0          0.00                NON-ACCRUAL                             493,623.67
12/29/2023    966     400,000.00    0          0.00                CHARGE-OFF                              893,623.67
12/29/2023    392     300,000.00    0          0.00                CHARGE DOWN                             593,623.67
12/29/2023    966     300,000.00    0          0.00   02/09/2024   CHARGE DOWN                             893,623.67


              Principal: 1,477,500.00        Min:         0.00
              Interest:          0.00        Max: 1,477,500.00
```

RRSB Mulinda 05731

I N Q U I R Y   S T A T E M E N T

```
10937 MULINDA SUE CRAIG
      1405 1ST AVE N
      FARGO ND 58102
```

```
LOAN #      41240  COLL DESC A MORTGAGE OORIG BAL  1,321,100.00  ORIG DATE  5/27/2021  ORIG DISC        0.00  RENW BAL         0.00
                   RENW DATE              TMS EXT    0         LAST MATY  5/31/2023  RATE       .06500  TYPE CODE 3
                   APR OFF    CBA         COLL CODE  FM
```

| DATE | TC1 | AMOUNT | TC2 | AMOUNT | POST DATE | DESCRIPTION | BALANCE |
|------|-----|--------|-----|--------|-----------|-------------|---------|
| 05/27/2021 | 34 | 1,321,100.00 | 0 | 0.00 | | | 1,321,100.00 |
| 12/09/2022 | 92 | 1,321,100.00 | 84 | 88,327.31 | | NON-ACCRUAL | 0.00 |
| 12/09/2022 | 366 | 1,321,100.00 | 380 | 88,327.31 | | NON-ACCRUAL | 1,321,100.00 |
| 12/27/2022 | 94 | 9,999.99 | 0 | 0.00 | | | 1,321,100.00 |
| 06/12/2023 | 94 | 9,999.99 | 0 | 0.00 | | | 1,321,100.00 |
| 06/26/2023 | 94 | 9,999.99 | 0 | 0.00 | | | 1,321,100.00 |
| 12/29/2023 | 392 | 400,000.00 | 0 | 0.00 | | NON-ACCRUAL | 921,100.00 |
| 12/29/2023 | 966 | 400,000.00 | 0 | 0.00 | | CHARGE-OFF | 1,321,100.00 |
| 12/29/2023 | 392 | 300,000.00 | 0 | 0.00 | | CHARGE DOWN | 1,021,100.00 |
| 12/29/2023 | 966 | 300,000.00 | 0 | 0.00 | 02/09/2024 | CHARGE DOWN | 1,321,100.00 |

```
            Principal: 1,321,100.00        Min:        0.00
            Interest:         0.00        Max: 1,321,100.00
```

RRSB Mulinda 05732

I N Q U I R Y   S T A T E M E N T

```
10937 MULINDA SUE CRAIG
      1405 1ST AVE N
      FARGO ND 58102
```

```
LOAN #      41258  COLL DESC A MORTGAGE  OORIG BAL  1,652,500.00  ORIG DATE  6/22/2021  ORIG DISC      0.00  RENW BAL          0.00
                   RENW DATE              TMS EXT   0          LAST MATY  5/31/2023  RATE      .06500  TYPE CODE 3
                   APR OFF    CBA          COLL CODE  FM
```

| DATE | TC1 | AMOUNT | TC2 | AMOUNT | POST DATE | DESCRIPTION | BALANCE |
|------|-----|--------|-----|--------|-----------|-------------|---------|
| 06/22/2021 | 34 | 1,652,500.00 | 0 | 0.00 | | | 1,652,500.00 |
| 12/09/2022 | 92 | 1,652,500.00 | 84 | 105,363.86 | | NON-ACCRUAL | 0.00 |
| 12/09/2022 | 366 | 1,652,500.00 | 380 | 105,363.86 | | NON-ACCRUAL | 1,652,500.00 |
| 12/27/2022 | 94 | 9,999.99 | 0 | 0.00 | | | 1,652,500.00 |
| 06/12/2023 | 94 | 9,999.99 | 0 | 0.00 | | | 1,652,500.00 |
| 06/26/2023 | 94 | 9,999.99 | 0 | 0.00 | | | 1,652,500.00 |
| 12/29/2023 | 392 | 400,000.00 | 0 | 0.00 | | NON-ACCRUAL | 1,252,500.00 |
| 12/29/2023 | 966 | 400,000.00 | 0 | 0.00 | | CHARGE-OFF | 1,652,500.00 |
| 12/29/2023 | 392 | 300,000.00 | 0 | 0.00 | | | 1,352,500.00 |
| 12/29/2023 | 966 | 300,000.00 | 0 | 0.00 | 02/09/2024 | | 1,652,500.00 |

```
           Principal: 1,652,500.00        Min:        0.00
           Interest:         0.00         Max: 1,652,500.00
```

| First Mulinda Note: Payments Applied and Interest + Late Fees Accrual | | | | | | Interest Rate (per annum) | | Origination Interest Rate 4.350% | | Post-Forbearance Interest Rate 6.500% | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **TRANSACTION TYPE AND AMOUNT** | | | | | | INTEREST CALCULATION | | | | | RUNNING BALANCE | | |
| Date | Transaction Description | Advance/Charge (+) | Payment (-) Total | Interest Pmt. | Principal Pmt. | Per Diem | # of Days | Accrued Interest | Principal Pmt. | | Interest | Principal | Late Fees | TOTAL |
| 4/26/2021 | Opening Advance | $ 1,477,500.00 | $ - | $ - | $ - | $ 176.09 | 0 | $ - | | | $ - | $ 1,477,500.00 | $ - | |
| 12/13/2021 | Interest Calculation | | $ - | $ - | $ - | $ 176.09 | 231 | $ 40,675.78 | | | $ 40,675.78 | $ 1,477,500.00 | $ - | |
| 12/13/2021 | Payment pursuant to the Parkside Note | - | $ (561,822.51) | $ - | $ (561,822.51) | Principal Payment: | | $ - | $ (561,822.51) | | $ 40,675.78 | $ 915,677.49 | $ - | |
| 12/27/2022 | Late Fee Added | $ 9,999.99 | $ - | $ - | $ - | | | | | | | $ 915,677.49 | 9,999.99 | |
| 3/16/2023 | Interest Calculation | | $ - | $ - | $ - | $ 109.13 | 458 | $ 49,980.94 | | | $ 90,656.72 | $ 915,677.49 | 9,999.99 | |
| 3/16/2023 | Interest Rate Changed pursuant to Forbearance Agreement | | | | | Pre-Forbearance Totals: | | | | | $ 90,656.72 | $ 915,677.49 | $ 9,999.99 | $ 1,016,334.20 |
| 4/17/2023 | Interest Calculation | | | | | $ 163.07 | 32 | $ 5,218.11 | | | $ 95,874.82 | $ 915,677.49 | 9,999.99 | |
| 4/17/2023 | Payment pursuant to the Eighth Generations Note | | $ (22,053.82) | $ - | $ (22,053.82) | Principal Payment: | | $ - | $ (22,053.82) | | $ 95,874.82 | $ 893,623.67 | 9,999.99 | |
| 6/12/2023 | Late Fee Added | $ 9,999.99 | $ - | $ - | $ - | | | | | | | $ 893,623.67 | 19,999.98 | |
| 6/26/2023 | Late Fee Added | $ 9,999.99 | $ - | $ - | $ - | | | | | | | $ 893,623.67 | 29,999.97 | |
| 1/6/2025 | BANKRUPTCY PETITIONS FILED | | | | | $ 159.14 | 630 | $ 100,257.23 | | | $ 196,132.05 | $ 893,623.67 | $ 29,999.97 | $ 1,119,755.69 |

| Second Mulinda Note: Interest and Late Fees Accrual | | | | | | | | Interest Rate (per annum) | Origination Interest Rate 4.350% | | Forbearance Interest Rate 6.50% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | INTEREST CALCULATION | | | RUNNING BALANCE | | | | | Transaction Description | | |
| | Per Diem | # of Days | Accrued Interest | Interest | Principal | Late Fees | TOTAL | | | | |
| 5/27/2021 | | | $ - | $ - | $ 1,321,100.00 | $ - | | | Opening Advance | | |
| 12/15/2021 | $ 157.45 | 202 | $ 31,804.13 | $ 31,804.13 | $ 1,321,100.00 | | | | Modification Agreement - Maturity Extension 12/31/2022 | | |
| 12/27/2022 | $ 157.45 | 377 | $ 59,357.20 | $ 91,161.33 | $ 1,321,100.00 | $ 9,999.99 | | | Late Fee Assesed | | |
| 3/16/2023 | $ 157.45 | 79 | $ 12,438.25 | $ 103,599.58 | $ 1,321,100.00 | $ 9,999.99 | | | Interest Rate Change pursuant to Forbearance Agreement | | |
| 6/12/2023 | $ 235.26 | 167 | $ 39,289.15 | $ 130,450.48 | $ 1,321,100.00 | $ 19,999.98 | | | Late Fee Assesed | | |
| 6/26/2023 | $ 235.26 | 102 | $ 23,996.97 | $ 127,596.54 | $ 1,321,100.00 | $ 29,999.97 | | | Late Fee Assesed | | |
| 1/6/2025 | $ 235.26 | 560 | $ 131,748.05 | $ 259,344.60 | $ 1,321,100.00 | $ 29,999.97 | $ 1,610,444.57 | | BANKRUPTCY PETITIONS FILED | | |

| | | | | | | | | Interest Rate | Origination Interest Rate | Forbearance Interest Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| Third Mulinda Note: Interest and Late Fee Accrual | | | | | | | | (per annum) | 4.350% | 6.50% |
| | INTEREST CALCULATION | | | RUNNING BALANCE | | | | Transaction Description | | |
| Date | Per Diem | # of Days | Accrued Interest | Interest | Principal | Late Fees | TOTAL | | | |
| 6/22/2021 | | | $ - | $ - | $ 1,652,500.00 | $ - | | Opening Advance | | |
| 12/15/2021 | $ 196.94 | 176 | $ 34,661.75 | $ 34,661.75 | $ 1,652,500.00 | $ - | | Modification Agreement - Maturity Extension 12/31/2022 | | |
| 12/27/2022 | $ 196.94 | 377 | $ 74,247.05 | $ 108,908.80 | $ 1,652,500.00 | $ 9,999.99 | | Late Fee Assesed | | |
| 3/16/2023 | $ 196.94 | 79 | $ 15,558.40 | $ 124,467.21 | $ 1,652,500.00 | $ 9,999.99 | | Interest Rate Change pursuant to Forbearance Agreement | | |
| 6/12/2023 | $ 294.28 | 167 | $ 49,144.90 | $ 158,053.70 | $ 1,652,500.00 | $ 19,999.98 | | Late Fee Assesed | | |
| 6/26/2023 | $ 294.28 | 102 | $ 30,016.64 | $ 154,483.85 | $ 1,652,500.00 | $ 29,999.97 | | Late Fee Assesed | | |
| **1/6/2025** | **$ 294.28** | **560** | **$ 164,797.26** | **$ 319,281.11** | **$ 1,652,500.00** | **$ 29,999.97** | **$ 2,001,781.08** | **BANKRUPTCY PETITIONS FILED** | | |