UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30002 |
| | Chapter 11 |
| Generations on 1st, LLC, | |
|       Debtor, Jointly Administered. | |
| _____/ | |
| Parkside Place, LLC, | Bankruptcy No. 25-30003 |
|       Debtor, Jointly Administered. | Chapter 11 |
| _____/ | |

**NOTICE OF HEARING**

A hearing will be held at <u>Courtroom #3, Second Floor, Quentin N. Burdick United States</u>

<u>Courthouse, 655 First Avenue North, Fargo, North Dakota</u> on **Monday, September 29, 2025, at**

**10:00 A.M.** to consider and act upon the following matters:

- **Red River State Bank's Affidavit of Default by Generations on 1st, LLC filed September 18, 2025. (Doc. 168)**

- **Red River State Bank's Affidavit of Default by Parkside Place LLC Filed September 18, 2025. (Doc. 169)**

- **Response by Debtors to Red River State Bank's Affidavits of Default by Generations and Parkside Place filed September 18, 2025. (Doc. 170)**

Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: September 19, 2025.          Kay A. Melquist, Clerk
United States Bankruptcy Court
Quentin N. Burdick United States Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102-4392

By:    /s/  *Sharon Horsager*
      Sharon Horsager, Deputy Clerk

Copy served electronically September 19, 2025, to Electronic Mail Notice List for Case No. 25-30002.