**From:** Mac VerStandig <mac@dakotabankruptcy.com>
**Sent:** Thursday, September 18, 2025 10:29 PM
**To:** Kesha L. Tanabe <ktanabe@vogellaw.com>; Caren W. Stanley <cstanley@vogellaw.com>; Drew J. Hushka <dhushka@VogelLaw.com>
**Cc:** Christianna Cathcart <christianna@dakotabankruptcy.com>
**Subject:** FW: Ch-11 25-30002 Generations on 1st LLC Response

Counsel,

Per the response filed a short time ago, please immediately withdraw the two objectively erroneous affidavits of default docketed earlier this evening.

Regards,

Maurice "Mac" VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (855) 987-DEBT
Local: (701) 394-3215
mac@dakotabankruptcy.com
https://protect.checkpoint.com/v2/r01/   http://www.dakotabankruptcy.com   .YzJ1OnZvZ2VsbGF3OmM6bzpmODMwNDhkNDc5Mjg5MzViMTA3YTk4M2IxY2ZiNDUxMzo3OjVhNmM6ZDVkOWU3ZWU0ZGMzODgwMGY3MWY4MjAxNTkyMmQxOTBlZmYwZDNkMzhlNWVlN2QxZTQ0MjcyZGM5OWE5NzM5YTp0OkY6Rg

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**From:** ecf@ndb.uscourts.gov <ecf@ndb.uscourts.gov>
**Sent:** Thursday, September 18, 2025 11:27 PM
**To:** nate_olson@ndb.uscourts.gov
**Subject:** Ch-11 25-30002 Generations on 1st LLC Response

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free**

electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**
**District of North Dakota**

Notice of Electronic Filing

The following transaction was received from Maurice VerStandig entered on 9/18/2025 at 10:26 PM CDT and filed on 9/18/2025

**Case Name:**          Generations on 1st LLC
**Case Number:**    25-30002
**Document Number:** 170
**Docket**                                                               **Text:**
Response to (related document(s): [168] Affidavit filed by Creditor Red River State Bank, [169] Affidavit filed by Creditor Red River State Bank) Including Certificate of Service Filed by Debtor Generations on 1st LLC (Attachments: # (1) Exhibit A - Certificate of Insurance # (2) Exhibit B - Policy of Insurance # (3) Exhibit C - Letter of Insurer) (VerStandig, Maurice)
The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 25.09.18 Response to Default Notices.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1065028669 [Date=9/18/2025] [FileNumber=1690480-0
] [951ab0979897c25d688ea36c4563ff14b89fbcdacae88d07eff7d7b6ecc15ffc1bb
50ce890fe32a488c801642e1a7487c725cab88de71eabf7d0de80215843a3]]
**Document description:** Exhibit A - Certificate of Insurance
**Original filename:** C:\fakepath\COI.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1065028669 [Date=9/18/2025] [FileNumber=1690480-1
] [5304ea98b5d777b6d10dbb95fd43edb2a1fa12d8d2353f5dfe107a14d52ec854968
10c59eebbdf68f458f81cf383040b56cfe8f33790ecc9da056d410ffbb886]]
**Document description:** Exhibit B - Policy of Insurance
**Original filename:** C:\fakepath\Policy.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1065028669 [Date=9/18/2025] [FileNumber=1690480-2
] [135adfceb4278b5eec67d2c18009a8f127ce854b903663d569e203cba7b5c54c233
8db854b3b6f8675618728a79a3261f92b446c9253b3b19bb20ddaecf24c9c]]
**Document description:** Exhibit C - Letter of Insurer
**Original filename:** C:\fakepath\Letter from Summit Insurance.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1065028669 [Date=9/18/2025] [FileNumber=1690480-3
] [0772cacbb6bfe162353bc8f63a4e6d709d669213f9cb161cd7b2729ffa19c080525
9134e398726d00ff394aa74aa3a8805e7e68864afd9ea5a3e172ade0e7630]]

**25-30002 Notice will be electronically mailed to:**

Christianna A. Cathcart on behalf of Debtor Generations on 1st LLC
christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart on behalf of Debtor Parkside Place LLC
christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart on behalf of Plaintiff Generations on 1st LLC
christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart on behalf of Plaintiff Parkside Place LLC
christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart on behalf of Plaintiff The Ruins, LLC
christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Jordan J Feist on behalf of Creditor Watertown Development Company
jordan.feist@woodsfuller.com, bailey.jacobsma@woodsfuller.com

Dan Frisk on behalf of Interested Party CP Business Management, Inc.
peggy@stflawfirm.com

Dan Frisk on behalf of Interested Party Craig Development, LLC
peggy@stflawfirm.com

Dan Frisk on behalf of Interested Party Craig Holdings, LLC
peggy@stflawfirm.com

Dan Frisk on behalf of Interested Party Craig Properties, LLC
peggy@stflawfirm.com

Dan Frisk on behalf of Interested Party Jesse Craig
peggy@stflawfirm.com

Dan Frisk on behalf of Interested Party Mulinda a/k/a Mindy Craig
peggy@stflawfirm.com

Drew J. Hushka on behalf of Creditor Red River State Bank
dhushka@vogellaw.com, sthompson@vogellaw.com,jschares@vogellaw.com

Drew J. Hushka on behalf of Debtor Generations on 1st LLC
dhushka@vogellaw.com, sthompson@vogellaw.com,jschares@vogellaw.com

Drew J. Hushka on behalf of Defendant Red River State Bank
dhushka@vogellaw.com, sthompson@vogellaw.com,jschares@vogellaw.com

Caren Stanley on behalf of Creditor Red River State Bank
cstanley@vogellaw.com, sthompson@vogellaw.com;jschares@vogellaw.com

Caren Stanley on behalf of Defendant Red River State Bank
cstanley@vogellaw.com, sthompson@vogellaw.com;jschares@vogellaw.com

David R. Strait on behalf of Creditor Watertown Development Company
david@austinlawsd.com, aphillips@austinlawsd.com

Kesha Tanabe on behalf of Creditor Red River State Bank
ktanabe@vogellaw.com, sthompson@vogellaw.com;jschares@vogellaw.com

Kesha Tanabe on behalf of Defendant Red River State Bank
ktanabe@vogellaw.com, sthompson@vogellaw.com;jschares@vogellaw.com

United States Trustee
USTPRegion12.SX.ECF@usdoj.gov

Maurice VerStandig on behalf of Debtor Generations on 1st LLC
mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Debtor Parkside Place LLC
mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Plaintiff Generations on 1st LLC
mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Plaintiff Parkside Place LLC
mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Plaintiff The Ruins, LLC
mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil on behalf of U.S. Trustee United States Trustee
sarah.j.wencil@usdoj.gov

**25-30002 Notice will not be electronically mailed to:**