# SUMMIT INSURANCE AGENCY LLC

3523 45TH ST S
Fargo, ND 58104

Phone: (701)552-2302   |   Fax:

April 04, 2024

JESSE CRAIG
1405 1ST AVE N
Fargo, ND 58102

JESSE CRAIG:

Attached is a copy of the Schedule K-1 and supplemental K-1 information for SUMMIT INSURANCE AGENCY LLC, to assist you in preparing your personal income tax return.

If you have questions regarding the information received, submit your questions to the following address:

ACCOUNTING
SUMMIT INSURANCE AGENCY LLC
3523 45TH ST S
Fargo, ND 58104

Sincerely,


CHRIS KOTTSICK
PRESIDENT

Enclosure

# Schedule K-1 (Form 1120-S)

**2023**

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year

beginning ____2023____ ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.

*See separate instructions.*

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

### Part I — Information About the Corporation

**A** Corporation's employer identification number
   5689

**B** Corporation's name, address, city, state, and ZIP code
   SUMMIT INSURANCE AGENCY LLC
   3523 45TH ST S
   Fargo  ND  58104

**C** IRS Center where corporation filed return
   Ogden

**D** Corporation's total number of shares
   Beginning of tax year ......... 1,000
   End of tax year ............. 1,000

### Part II — Information About the Shareholder

**E** Shareholder's identifying number
   9606

**F** Shareholder's name, address, city, state, and ZIP code
   JESSE CRAIG
   1405 1ST AVE N
   Fargo  ND  58102

**G** Current year allocation percentage ...... 12.50000 %

**H** Shareholder's number of shares
   Beginning of tax year ......... 125
   End of tax year ............. 125

**I** Loans from shareholder
   Beginning of tax year ......... $ _____
   End of tax year ............. $ _____

*For IRS Use Only*

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 12,264 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Schedule K-3 is attached if checked ☐ | |
| 15 | Alternative minimum tax (AMT) items | |
| 16 | Items affecting shareholder basis | |
|    | C* | STMT |
|    | D | 13,445 |
| 17 | Other information | |
|    | AC | 61,877 |
|    | V* | STMT |
| 18 | ☐ More than one activity for at-risk purposes* | |
| 19 | ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.   www.irs.gov/Form1120S   Schedule K-1 (Form 1120-S) 2023
EEA

| | **Schedule K-1 Supplemental Information** | **2023** |
|---|---|---|
| Shareholder's name<br>JESSE CRAIG | | Shareholder's ID Number<br>9606 |
| Name of S Corporation<br>SUMMIT INSURANCE AGENCY LLC | | S Corporation's EIN<br>5689 |

```
              Form 1120S Schedule K-1 - Line 16
Code  Description                                              Amount
C     Other Nondeductible Expenses                                 28
      Meals                                              28_____

      Total                                                 _____28
```

1120SK_1.LD2

## Schedule K-1 Distribution Information

(This page is not filed with the return. It is for your records only.)

**2023**

Shareholder's name: JESSE CRAIG

Shareholder's ID Number: 9606

Name of S Corporation: SUMMIT INSURANCE AGENCY LLC

S Corporation's EIN: 5689

| Date of Distribution | Total Amount of Distribution | Ownership % at Date of Distribution | Shares | Shareholder's Pro Rata Share of Distribution |
|---|---|---|---|---|
| 12-31-2023 | 107,557 | 12.50 | 125.00000 | 13,445 |
| Total | | | | **13,445** |

K1_DIST.LD

# STATEMENT A - QBI Pass-through Entity Reporting

Information Reported in Accordance with Section 199A-6
Schedule K-1, Line 17, Code V
(This page is e-filed with the return. Include it if paper-filing.)

**2023**

Name(s) as shown on return: SUMMIT INSURANCE AGENCY LLC
Tax ID Number: 5689

Name(s) as shown on K1: JESSE CRAIG
Tax ID Number: )606

| Line No. | Description of Trade or Business | Taxpayer Identification Number | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| 1 | SUMMIT INSURANCE AGENCY LLC | 5689 | | | No |

| LINE NUMBER | NO. 1 | NO. | NO. | NO. | NO. | NO. |
|---|---|---|---|---|---|---|
| Ordinary Business Income (Loss) | 12,264 | | | | | |
| Rental Income (Loss) | | | | | | |
| Royalty Income (Loss) | | | | | | |
| Section 1231 Gain (Loss) | | | | | | |
| Other Income (Loss) | | | | | | |
| Section 179 | | | | | | |
| Other Deductions | | | | | | |
| W-2 Wages | 16,663 | | | | | |
| Unadjusted Basis Immediately After Acquisition | | | | | | |
| Section 199A (REIT) Dividends | | | | | | |

K1_QBIS~.LD

# Shareholder Basis Worksheet Prepared from the S Corporation Records  2023

Basis is reported on Form 7203 and must be determined at the shareholder level. Consult your tax advisor.

| Shareholder Number: | TIN: 9606 | Tax year ending: 12-31-2023 | Ownership %: 12.500000 |
|---|---|---|---|
| Shareholder Name: JESSE CRAIG | | | |
| Corporation Name: SUMMIT INSURANCE AGENCY LLC | | EIN | 5689 |

## Stock basis

| | | | | | |
|---|---|---|---|---|---|
| 1 | Stock basis, beginning of year (Not less than zero) | | | 1 | |
| 2 | Additional Capital Contributions of Stock Purchased | | | 2 | 60,000 |
| 3 | Increases for income and gain items: | | | | |
| a | Ordinary Income | (Sch K-1, Line 1) | a  12,264 | | |
| b | Real Estate Rental Income | (Sch K-1, Line 2) | b | | |
| c | Other Rental Income | (Sch K-1, Line 3c) | c | | |
| d | Interest, Dividends & Royalties | (Sch K-1, Lines 4, 5 & 6) | d | | |
| e | Capital Gain | (Sch K-1, Lines 7 & 8a) | e | | |
| f | Other Portfolio Income | (Sch K-1, Line 10a) | f | | |
| g | Section 1231 Gain | (Sch K-1, Line 9) | g | | |
| h | Other Income | (Sch K-1, Line 10) | h | | |
| | Total Income and Gain Items | (Total lines 3a-3h) | | 3a-h | 12,264 |
| i | Increase for Non-Taxable Income | (Sch K-1, Lines 16a & b) | | 3i | |
| j | Increase for Excess Depletion Adjustment | | | 3j | |
| k | Increase from Recapture of Business Credits (See IRC § 49(a), 50(a), 50(c)(2) & 1371(d)) | | | 3k | |
| l | Gain from 179 asset disposition | | | 3l | |
| 4 | Stock Basis Before Distributions | (Add lines 1 through 3) | | 4 | 72,264 |
| 5 | Reduction for Non-Taxable Distributions | (Sch K-1, Line 16d) | | 5 | 13,445 |
| 6 | Stock Basis Before Non-Ded. Expense & Depletion | (Cannot be negative) | | 6 | 58,819 |
| 7a | Decrease for Non-Deductible Expense/Credit Adj | (Sch K-1. Line 16c & 13) | a  28 | | |
| b | Decrease for Depletion | (Sch K-1, Line 17r) | b | 7 | 28 |
| 8 | Stock Basis Before Allowable Losses & Deductions | (Cannot be negative) | | 8 | 58,791 |
| 9 | Decreases for Loss and Deduction items | | | | |
| a | Ordinary Loss | (Page 2, Col e, Line 9a) | a | | |
| b | Real Estate Rental Loss | (Page 2, Col e, Line 9b) | b | | |
| c | Other Rental Loss | (Page 2, Col e, Line 9c) | c | | |
| d | Capital Loss | (Page 2, Col e, Line 9d) | d | | |
| e | Other Portfolio Loss | (Page 2, Col e, Line 9e) | e | | |
| f | Section 1231 Loss | (Page 2, Col e, Line 9f) | f | | |
| g | Other Loss | (Page 2, Col e, Line 9g) | g | | |
| h | Charitable Contributions | (Page 2, Col e, Line 9h) | h | | |
| i | Section 179 Expense | (Page 2, Col e, Line 9i) | i | | |
| j | Portfolio Income Expenses | (Page 2, Col e, Line 9j) | j | | |
| k | Other Deductions | (Page 2, Col e, Line 9k) | k | | |
| l | Interest Expense on Investment Debt | (Page 2, Col e, Line 9l) | l | | |
| m | Total Foreign Taxes Paid/Accrued | (Page 2, Col e, Line 9m) | m | | |
| n | Section 59(e) Expenditures | (Page 2, Col e, Line 9n) | n | | |
| | Total Loss and Deduction Items | (Total Lines 9a-9n) | | 9a-n | |
| o | Other decreases | (Page 2, Col e, Line 9o) | | 9o | |
| p | Loss from 179 asset disposition | (Page 2, Col e, Line 9n) | | 9p | |
| | Total Decrease for Loss and Deductions Items and Business Credits | | | 9 | |
| 10 | Less: net increase applied to debt basis | | | 10 | |
| 11 | Stock Basis at End of Year (Cannot be negative) | | | 11 | 58,791 |

## Debt Basis

| | | | |
|---|---|---|---|
| 12 | Debt basis at beginning of year (not less than zero) | 12 | |
| 13 | New loans to corporation during year | 13 | |
| 14 | Restoration of Debt Basis (Line 10) | 14 | |
| 15 | Less: Loans repaid by corporation during the year | 15 | |
| 16 | Less: Applied against excess loss and deductions / non-deductible items | 16 | |
| 17 | Debt basis at the end of tax year (combine lines 12-16) (not less than zero) | 17 | |
| 18 | Shareholder's total basis at end of tax year (combine lines 11 and 17) | 18 | 58,791 |

### Carryover

| | | Total Disallowed Losses | Debt Basis Applied Against Excess Losses and Deductions |
|---|---|---|---|
| 19 | Total Beginning of year | | |
| 20 | Add: Losses and deductions this year | 28 | |
| 21 | Less: Applied this year | 28 | |
| 22 | End of year (Not less than zero) | 0 | |

WK_SBAS.LD

**Allocation of Losses and Deductions**  2023

Keep for your records.

| Shareholder Number: | TIN: 9606 | Year Ended: 12-31-2023 | Ownership %: 12.500000 |
|---|---|---|---|
| **Shareholder Name:** JESSE CRAIG | | | |
| **Corporation Name:** SUMMIT INSURANCE AGENCY LLC | | | EIN 5689 |

IMPORTANT: Loss limitations are applied at the individual shareholder level. This worksheet is informational only and may not match actual losses and deductions reported on Form 7203.

| | | (a) Beginning of Year Losses and Deductions | (b) Current Year Losses and Deductions | (c) Total Losses and Deductions | (d) % | (e) Allocable Losses and Deductions in Current Year | (f) Disallowed Losses and Deductions (Carryover to Next Year) |
|---|---|---|---|---|---|---|---|
| 9a Ordinary losses from trade or business | (Sch K, Line 1) | | | | | | |
| b Net losses from rental real estate activities | (Sch K, Line 2) | | | | | | |
| c Net losses from other rental activities | (Sch K, Line 3c) | | | | | | |
| d Net short-term capital losses | (Sch K, Lines 7 & 8a) | | | | | | |
| d Net long-term capital losses | | | | | | | |
| e Other portfolio losses | (Sch K, Line 10a) | | | | | | |
| f Net losses under Section 1231 | (Sch K, Line 9) | | | | | | |
| g Other losses | (Sch K, Line 10e) | | | | | | |
| h Charitable contributions | (Sch K, Line 12a-g) | | | | | | |
| i Section 179 expense deduction | (Sch K, Line 11) | | | | | | |
| j Portfolio income expenses | (Sch K, Line 12l) | | | | | | |
| k Other deductions | (Sch K, Ln 12, i,m-o,s) | | | | | | |
| l Interest expense on investment debts | (Sch K, Line 12h) | | | | | | |
| m Foreign taxes paid or accrued | (Sch K, Line 16f) | | | | | | |
| n Section 59(e) expenditures | (Sch K, Line 12j) | | | | | | |
| o Other decreases | | | | | | | |
| p Loss from 179 asset | | | | | | | |
| Total deductible losses and deductions | | | | | | | |
| 7a Nondeductible expenses & credit adj | (Sch K, Line 16c & 13) | | 28 | 28 | 100.000000 | 28 | |
| b Oil and gas depletion | (Sch K, Line 17r) | | | | | | |
| Total nondeductible losses and deductions | | | 28 | 28 | | 28 | |
| Totals | | | 28 | 28 | | 28 | |

WK_SBAS~.LD2

| | **Schedule K-1 Supplemental Information** | **2023** |
|---|---|---|
| Shareholder's name | | Shareholder's ID Number |
| **JESSE CRAIG** | | **9606** |
| Name of S Corporation | | S Corporation's EIN |
| **SUMMIT INSURANCE AGENCY LLC** | | **5689** |

## Schedule K-3 Notification

The corporation has met the following criteria for tax year 2023, presently exempting it from filing Schedule K-3 (Form 1120-S), Shareholder's Share of Income, Deductions, Credits, etc. - International:

      Criteria 1 - Corporation had no or limited foreign activity
      Criteria 2 - Each of the shareholders was a U.S. citizen, resident alien, or certain domestic trust

With respect to the corporation meeting criteria 1 and 2, shareholders are hereby notified they will not be receiving a Schedule K-3 from the corporation unless the shareholder specifically requests the schedule.

A request for a Schedule K-3 is time sensitive and should be made as soon as possible.

# SCHEDULE K-1 (FORM 60)
OFFICE OF STATE TAX COMMISSIONER
SFN 28738 (12-2023)

**2023**

☐ Final    ☐ Amended

**Corporation's tax year:**
☒ Calendar year 2023 (Jan. 1 - Dec. 31, 2023)
☐ Fiscal year: Beginning _____, 2023, Ending _____, 20___

**Shareholder's Share of North Dakota Income (Loss), Deductions, Adjustments, Credits, and Other Items**

▶ See separate instructions

## Part 1  Corporation information

**A** Corporation's federal EIN
_____-5689

**B** Corporation's name, address, city, state, and ZIP code
SUMMIT INSURANCE AGENCY LLC
3523 45TH ST S
Fargo, ND 58104

## Part 2  Shareholder information

**C** Shareholder's SSN or FEIN (from Federal Schedule K-1)
_____-9606

**D** Shareholder's name, address, city, state, and ZIP code (from Federal Schedule K-1)
JESSE CRAIG
1405 1ST AVE N
Fargo, ND 58102

**E** What type of entity is this shareholder?  INDIVIDUAL

**F** If shareholder is an individual, estate, or trust, shareholder is a:
☒ Full-year resident of North Dakota    ☐ Part-year resident of North Dakota
☐ Full-year nonresident of North Dakota

**G** Is this an eligible nonresident shareholder who elected to be included in a composite filing?   ☐ Yes   ☒ No

**H** Shareholder's percentage of stock ownership for tax year (from Federal Schedule K-1):   12.50 %

## Part 3  All shareholders: North Dakota adjustments and tax credits

1. Interest from U.S. obligations . . . . . . . . _____
2. Renaissance zone income exemption . . . _____
3. New or expanding business exemption . . . _____
4. Renaissance zone:
   a. Historic property preservation credit . . . _____
   b. Renaissance fund organization credit . . . _____
   c. Nonparticipating property owner credit . . _____
5. Seed capital investment credit . . . . . . . _____
6. Agricultural commodity processing facility investment credit . . . . . . . . . . . _____
7. Biodiesel/green diesel fuel blending credit . . _____
8. Biodiesel/green diesel fuel sales equipment credit . . . . . . . . . . . . . . . . _____
9. Employer internship program credit . . . . . _____
10. Research expense credit . . . . . . . . . . . _____
11. a. Endowment fund credit (Schedule QEC) . . . _____
    b. Contribution amount (Schedule QEC) . . . _____
    c. Endowment fund credit (ND Schedule K-1) . . _____
    d. Contribution amount (ND Schedule K-1) . . _____
12. Workforce recruitment credit . . . . . . . . . _____
13. Wages paid to mobilized employee credit . . . _____
14. Nonprofit private primary school credit . . . . _____
15. Nonprofit private high school credit . . . . . . _____
16. Nonprofit private college credit . . . . . . . . _____
17. Angel investor credit (for investments made after June 30, 2017) . . . . . . . . . _____
18. Automation credit . . . . . . . . . . . . . . _____
19. Develop. disabled/mentally ill employee credit . _____
20. Maternity home, child placing agency, or pregnancy help center credit . . . . . . . _____
21. Apprentice tax credit . . . . . . . . . . . . . _____

## Part 4  Nonresident individual, estate, or trust shareholder: North Dakota income (loss)

22. Corporation's apportionment factor . . . . . . _____
23. Ordinary income (loss) . . . . . . . . . . . . _____
24. Net rental real estate income (loss) . . . . . . _____
25. Other net rental income (loss) . . . . . . . . _____
26. Interest income . . . . . . . . . . . . . . . _____
27. Ordinary dividends . . . . . . . . . . . . . _____
28. Royalties . . . . . . . . . . . . . . . . . . _____
29. Net short-term capital gain (loss) . . . . . . . _____
30. Net long-term capital gain . . . . . . . . . . _____
31. Net section 1231 gain (loss) . . . . . . . . . _____
32. Other income . . . . . . . . . . . . . . . . _____
33. Section 179 deduction . . . . . . . . . . . . _____
34. Other deductions . . . . . . . . . . . . . . _____
35. I.R.C. § 179 property disposition gain (loss) . . _____

## Part 5  All nonresident shareholders: North Dakota income tax withheld or composite tax paid

36. ND distributive share of income (loss) . . . .   0
37. North Dakota income tax withheld . . . . . .   0
38. North Dakota composite income tax . . . . .   0

1024