# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Generations on 1st, LLC,<br><br>        Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
|---|---|
| In Re:<br><br>Parkside Place, LLC,<br><br>        Debtor. | Case No.: 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

## RED RIVER STATE BANK'S EXHIBIT LIST (RE: INSURANCE DEFAULT)

Creditor Red River State Bank hereby provides the following Exhibit List with respect to the following matters:

- Red River State Bank's Affidavit of Default by Generations on 1st, LLC filed September 18, 2025 (Doc. 168);
- Red River State Bank's Affidavit of Default by Parkside Place LLC filed September 18, 2025 (Doc. 169); and
- Response by Debtors to Red River State Bank's Affidavit's of Default by Generations and Parkside Place filed September 18, 2025 (Doc. 170).

set for **September 29, 2025, at 10:00 a.m.**

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ECF 159 | | | Sixth Stipulation for Use of Cash Collateral | | | | | | |
| ECF 160 | | | Order Authorizing Use of Cash Collateral | | | | | | |
| ECF 168-1 | | | August 26, 2025, Notice of Default (Insurance) (Generations) | | | | | | |
| ECF 169-1 | | | August 26, 2025, Notice of Default (Insurance) (Parkside) | | | | | | |
| ECF 168 | | | Affidavit of Default for Generations on 1st LLC | | | | | | |
| ECF 169 | | | Affidavit of Default for Parkside Place, LLC | | | | | | |
| ECF 170 | | | Response to Notices of Default | | | | | | |
| ECF 170-1 | | | Certificate of Liability Insurance | | | | | | |
| ECF 170-2 | | | Policy of Insurance | | | | | | |
| ECF 170-3 | | | Letter of Insurance | | | | | | |
| ECF 173 | | | Supplemental Affidavit of Default (Generations) | | | | | | |
| ECF 172 | | | Supplemental Affidavit of Default (Parkside) | | | | | | |
| ECF 172-1 | | | September 18, 2025, email from Mac VerStandig to Kesha L. Tanabe, Caren W. Stanley, and Drew J. Hushka | | | | | | |
| ECF 172-2 | | | April 4, 2024, Letter and Attachments from Summit Insurance Agency LLC to Jesse Craig. | | | | | | |
| | | | Deposition Transcript from September 23, 2025, Deposition of Jesse Craig, to be provided | | | | | | |

\* - O - Original Record & Authenticity Only

\* - A - Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

Dated this 25th day of September, 2025.

### VOGEL LAW FIRM

BY: */s/ Caren W. Stanley*
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

3

**Re:** Generations on 1st LLC
Case No. 25-30002
Parkside Place LLC
Case No. 25-30003

| STATE OF | ) | | |
|---|---|---|---|
| | ) | SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) | | |

Justin Schares, being first duly sworn, does depose and say: he is a resident of Fargo, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

On September 25th, 2025, affiant caused the following document(s):

**RED RIVER STATE BANK'S EXHIBIT LIST**

to be served electronically to the following:

*All ECF Filing Participants*

/s/ Justin Schares
Justin Schares

Subscribed and sworn to before me this 25th day of September, 2025.

/s/ Sonie J Thompson
(SEAL)                Notary Public,  County, North Dakota

4899-3473-5449 v.1 -

4