# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> Generations on 1st LLC, <br><br> Debtor. | Case No.: 25-30002 <br><br> Chapter 11 |
| In Re: <br><br> Parkside Place LLC, <br><br> Debtor. | Case No. 25-30003 <br><br> Chapter 11 <br><br> (Jointly Administered) |

## RED RIVER STATE BANK'S WITNESS LIST

Creditor Red River State Bank hereby provides the following Witness List with respect to the following matters:

- Red River State Bank's Affidavit of Default by Generations on 1st, LLC filed September 18, 2025 (Doc. 168);

- Red River State Bank's Affidavit of Default by Parkside Place LLC filed September 18, 2025 (Doc. 169); and

- Response by Debtors to Red River State Bank's Affidavit's of Default by Generations and Parkside Place filed September 18, 2025 (Doc. 170).

set for **September 29, 2025, at 10:00 a.m.**

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Danielle Harless <br> Red River State Bank <br> Halstad, MN | May Call | Sixth Stipulation for Use of Cash Collateral, Debtors' Insurance Coverage, etc. |

| Jesse Craig<br>Fargo, ND | May Call | Sixth Stipulation for Use of Cash Collateral, Debtors' Insurance Coverage, etc. |

Dated this 25th day of September, 2025.

**VOGEL LAW FIRM**

BY: /s/ Caren W. Stanley
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

2

**Re:** Generations on 1st LLC
Case No. 25-30002
Parkside Place LLC
Case No. 25-30003

| STATE OF | ) | | |
|---|---|---|---|
| | ) | SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) | | |

Justin Schares, being first duly sworn, does depose and say: he is a resident of Fargo, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

On September 25th, 2025, affiant caused the following document(s):

**RED RIVER STATE BANK'S WITNESS LIST**

to be served electronically to the following:

*All ECF Filing Participants*

/s/ Justin Schares
Justin Schares

Subscribed and sworn to before me this 25th day of September, 2025.

/s/ Sonie Thompson
(SEAL)   Notary Public,  County, North Dakota
4918-4111-2665 v.1

3