IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | (Jointly Administered) |
| | ) | |

## WITNESS AND EXHIBIT LIST

Come now Generations on 1st, LLC ("Generations") and Parkside Place, LLC ("Parkside") (collectively, the "Debtors" and each a "Debtor"), by and through undersigned counsel, and furnish this list of exhibits reasonably anticipated to be relied upon, and witnesses reasonably expected to be called, at a hearing in these matters on September 29, 2025:

**Witnesses**

1. Jesse Craig
2. Charles Aarestad
3. Christopher Kottsick

**Exhibits**

1. Policy of Insurance
2. Certificate of Insurance

The Debtors reserve their right to introduce rebuttal and impeachment evidence, either by exhibit or through witness testimony, as the facts of the matter may so dictate.

1

Respectfully Submitted,

Dated: September 25, 2025    By:  /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig