IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | Jointly Administered |
| Debtor | ) | |
| | ) | |

**NOTICE OF FOURTH MOTION FOR LEAVE TO USE CASH COLLATERAL**

NOTICE IS HEREBY GIVEN that the above-referenced debtors have filed motions to continue utilizing cash collateral. A copy of the motion is being filed with this notice.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the service of this notice. Any objections not filed and served may be deemed waived.

*[Signature on Following Page]*

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: October 5, 2025 | By: /s/ Maurice B. VerStandig |
|  | Maurice B. VerStandig, Esq. |
|  | The Dakota Bankruptcy Firm |
|  | 1630 1st Avenue N |
|  | Suite B PMB 24 |
|  | Fargo, North Dakota 58102-4246 |
|  | Phone: (701) 394-3215 |
|  | mac@dakotabankruptcy.com |
|  | *Counsel for the Debtors* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of October, 2025, a copy of the foregoing was served electronically upon filing via the ECF system. A copy is also being sent via US Mail, postage prepaid, to each of the twenty largest unsecured creditors (excluding insiders) in each case,[1] with a certificate of service to follow thereafter.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

---

[1] There is only one unsecured creditor in these cases. This motion, alongside the notice hereof, is being hand-mailed by above-signed counsel.