# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br><br>　　　　Debtor. | Bankruptcy No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place, LLC,<br><br>　　　　Debtor. | Bankruptcy No.: 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

## DECLARATION OF CHARLES AARESTAD (RED RIVER STATE BANK)
## RE: GENERATIONS DRAW REQUESTS

Pursuant to 28 U.S.C. § 1746, I, Charles Aarestad, do hereby declare, under penalty of perjury, the following to the best of my knowledge, information, and belief:

1.　　I am a Senior Vice President at Red River State Bank ("RRSB" or "Creditor"). I have held my current position since 2011.

2.　　I am personally familiar with the loan history between RRSB and Generations on 1st, LLC (the "Debtor") and the Debtor's apartment building located at 26 1st Ave. SW, Watertown, South Dakota (the "Generations Project").

3.　　I am personally familiar with the draw requests submitted to RRSB by the Debtor and its general contractor Craig Development, LLC and/or Jesse Craig.

4.　　Attached as **Exhibit 1** is a true and correct copy of Draw Request #1 as submitted to RRSB [RRSB GO1st 04386-04400].

5. Attached as **Exhibit 2** is a true and correct copy of Draw Request #2 as submitted to RRSB [RRSB GO1st 04401-04414].

6. Attached as **Exhibit 3** is a true and correct copy of Draw Request #3 as submitted to RRSB [RRSB GO1st 04415-04428].

7. Attached as **Exhibit 4** is a true and correct copy of Draw Request #4 as submitted to RRSB [RRSB GO1st 04429-04441].

8. Attached as **Exhibit 5** is a true and correct copy of Draw Request #5 as submitted to RRSB [RRSB GO1st 04442-04450].

9. Attached as **Exhibit 6** is a true and correct copy of Draw Request #6 as submitted to RRSB [RRSB GO1st 04451-04460].

10. Attached as **Exhibit 7** is a true and correct copy of Draw Request #7 as submitted to RRSB [RRSB GO1st 04461-04470].

11. Attached as **Exhibit 8** is a true and correct copy of Draw Request #8 as submitted to RRSB [RRSB GO1st 04471-04486].

12. Attached as **Exhibit 9** is a true and correct copy of Draw Request #9 as submitted to RRSB [RRSB GO1st 04487-04504].

13. Attached as **Exhibit 10** is a true and correct copy of Draw Request #10 as submitted to RRSB [RRSB GO1st 04505-04518].

14. Attached as **Exhibit 11** is a true and correct copy of Draw Request #11 as submitted to RRSB [RRSB GO1st 04519-04552].

15. Attached as **Exhibit 12** is a true and correct copy of Draw Requests #12.1 and #12.2 as submitted to RRSB [RRSB GO1st 04553-04554 and 04555-04579].

16. Attached as **Exhibit 13** is a true and correct copy of Draw Request #13 as submitted to RRSB [RRSB 04580-04627].

17. Attached as **Exhibit 14** is a true and correct copy of Draw Request #14 as submitted to RRSB [RRSB GO1st 04628-04658].

18. Attached as **Exhibit 15** is a true and correct copy of Draw Request #15 as submitted to RRSB [RRSB GO1st 04659-04701].

19. Attached as **Exhibit 16** is a true and correct copy of Draw Request #16 as submitted to RRSB [RRSB GO1st 04702-04735].

20. Attached as **Exhibit 17** is a true and correct copy of Draw Request #17 as submitted to RRSB [RRSB GO1st 04736-04739].

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 3rd day of October, 2025.

BY: _____
Charles Aarestad

4928-1693-1183 v.1