# Craig Development, LLC
## Box 426, Fargo, ND  58107

**Invoice 001**

9-28-20

To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Clausen (demo) | | 102,000.00 |
| 1 | Clausen (excavating) | | 56,000.00 |
| 1 | Infrastructure | | 10,472.73 |
| 1 | TL Stroh | | 92,000.00 |
| 1 | LCI | | 120,000.00 |
| 1 | NTI (Soil borings) | | 20,290.91 |
| 1 | Gage | | 180,000.00 |
| | | Subtotal | 580,763.64 |
| | | Sales Tax | |
| | | Shipping & Handling | |
| | | **Total Due By 10.9.2020** | **580,763.64** |

Thank you for your business!

Tel: 701-232-1355          Email: jcraig@craigprop.com

RRSB GO1st 04386

**INVOICE #554**

# CLAUSEN CONSTRUCTION, INC.

412 20TH AVE NW
WATERTOWN SD, 57201

PHONE 605.878.0254 | FAX 605.878.0267



PLEASE NOTE THE
NEW ADDRESS &
PHONE NUMBER

**DATE: SEPTEMBER 15, 2020**

**BILL TO**

JESSE CRAIG

**FOR**

DEMO AND EXCAVATION FOR
GENERATIONS

| DETAILS | AMOUNT |
|---|---|
| **SEPT 5 - DEMO** | $58,000.00 |
| 8.5 HOURS SKID STEER @ $100.00 PER HOUR | $850.00 |
| 60 HOURS 2 PACKERS WITH MEN @ $165 PER HOUR | $9,900.00 |
| 12.5 HOURS TRUCKS @ $125 PER HOUR | $1,562.50 |
| **SEPT 10 -** 10 HOURS MINI EXCAVATOR @ $145 PER HOUR | $1,450.00 |
| 10 HOURS SKID STEER @ $100 PER HOUR | $1,000.00 |
| 20.5 HOURS 2 PACKERS AND MEN @ $65 PER HOUR | $1,300.00 |
| 4 HOURS BIG PACKER @ $100 PER HOUR | $400.00 |
| 20 HOURS TRUCKS @ $125 PER HOUR | $2,500.00 |
| **SEPT 12 -** 42 HOURS MINI EXCAVATOR @ $145 PER HOUR | $6,090.00 |
| 12 HOURS SKID STEER @ $100 PER HOUR | $1,200.00 |

| DETAILS | AMOUNT |
|---|---|
| 36 HOURS 3 PACKERS AND MEN @ $65 PER HOUR | $2,340.00 |
| 3 HOURS BIG PACKER @ $100 PER HOUR | $300.00 |
| 24 HOURS TRUCKS @ $125 PER HOUR | $3,000.00 |
| **SEPT 13 -** 12 HOURS MINI EXCAVATOR @ $145 PER HOUR | $1,740.00 |
| 12 HOURS SKID STEER @ $100 PER HOUR | $1,200.00 |
| 36 HOURS 3 PACKERS AND MEN @ $65 PER HOUR | $2,340.00 |
| 12 HOURS TRUCKS @ $125 PER HOUR | $1,500.00 |
| **OCT 19 -** 8.5 HOURS MINI EXCAVATOR @ $145 PER HOUR | $1,232.50 |
| 8.5 HOURS SKID STEER @ $100.00 PER HOUR | $850.00 |
| 8.5 HOURS PACKER AND MAN @ $65 PER HOUR | $552.50 |
| **SEPT - 26 -** 10.5 HOURS SKID STEER @ $100 PER HOUR | $1,050.00 |
| 31.5 HOURS 3 PACKERS AND MEN @ $65 PER HOUR | $2,047.50 |
| 21 HOURS 2 MEN @ $45 PER HOUR | $945.00 |
| 10.5 HOURS TRUCK @ $125 PER HOUR | $1,312.50 |
| 10.5 HOURS LOADER @ $155 PER HOUR | $1,627.50 |
| **SEPT 27 -** 10.5 HOURS SKID STEER @ $100 PER HOUR | $1,050.00 |
| 31.5 HOURS 3 PACKERS AND MEN @ $65 PER HOUR | $2,047.50 |
| 21 HOURS 2 MEN @ $45 PER HOUR | $945.00 |
| 21 HOURS 2 TRUCKS @ $125 PER HOUR | $2,625.00 |

RRSB GO1st 04388

| DETAILS | AMOUNT |
|---|---|
| **10.5 HOURS LOADER @ $155 PER HOUR** | $1,627.50 |

| | |
|---|---|
| SUBTOTAL | $158,000.00 |
| SALES TAX | |
| TOTAL | $158,000.00 |

MAKE ALL CHECKS PAYABLE TO CLAUSEN CONSTRUCTION INC.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS INVOICE, USE THE FOLLOWING CONTACT
INFORMATION:

RON CLAUSEN, 605.878.0254, CLAUSENCONSTRUCTIONINC@GMAIL.COM

**THANK YOU FOR YOUR BUSINESS!**

RRSB GO1st 04389

**WAIVER OF LIEN**                                          SD19260724

TO WHOM IT MAY CONCERN and First Dakota Title -Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby
waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the
undersigned to file mechanics' liens or claims on account of labor or services performed at or materials
furnished or delivered to the real property below described, or any building, construction, or improvement
thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon
the real property situated in the County of Codington, State of South Dakota described as:

**Lots 15-16 BLK 2 ORIGINAL PLAT WAIEBIOWN, City of Watertown, Codington County, South
Dakota, according to the recorded plat thereof.**

Dated this _15_ day of _Oct_ , _2020_

AMOUNT:  $[Enter Amount]                    [Enter Creditor Name]
[Enter Memo Info]

FULL      _____

PARTIAL _158,000.00_

By: _Beland J Claasen    Robert/El_
Its: _Pres_
Address: _412  2c ᵗʰ Ave NW_
        _Watertown  SD  57201_
Phone Number: _605-881-1632_

## PLEASE SIGN AND RETURN TO:
**Craig Development, LLC
1405 1st Avenue North
Fargo, ND 58102**

RRSB GO1st 04390

# infr▲structure
### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
Attn: Jesse Craig
1405 1st Ave N
Fargo, ND 58102

| Invoice number | 20401 |
| Date | 10/02/2020 |

Project   20031 - Generations

For Professional Services Through 10/02/2020

| Description | Current Billed |
| --- | --- |
| **20031.03  Site Design** | 10,000.00 |
| Total | 10,000.00 |

| | |
| --- | --- |
| Invoice subtotal | 10,000.00 |
| Taxable Sales | 472.73 |
| Invoice total | $10,472.73 |

RRSB GO1st 04391



P 701.239.4198
F 701.239.9643

8 Seventh Street N Fargo, ND 58102



**STROH**
ARCHITECYS I INTERIORS

August 5, 2020

Craig Holdings
PO Box 426
Fargo, ND 58107

*Re: Watertown*
*Arch/Eng Services*

| | |
|---|---|
| *Fixed Fee* | $368,288.00 |
| *18% completed to date* | $92,000.00 |
| *Less amount billed to date* | $        0 |
| **Total Amount Due** | $92,000.00 |

Please pay upon receipt.

Thank you.

| 1-30 days | 31-60 days | 61-90 dys |
|---|---|---|
| | | |

**WAIVER OF LIEN**                                                    SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title - Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

Dated this 3rd day of Sept. 2020

AMOUNT: $ 92,000⁰⁰                         Paid to: TL Stern Architects, Ltd

FULL _____                               Terry L Stron
PARTIAL ✓                                   By:
                                           Its: Principal
                                           Address: 8 Seventh St N
                                           Fargo, ND 58102
                                           Phone Number: 701-239-4198

**PLEASE SIGN AND RETURN TO:**
**Craig Development**
**1405 1st Ave N**
**Fargo, ND 58102**

# APPLICATION AND CERTIFICATE FOR PAYMENT

**To:** Craig Development, LLC
1405 1st Ave N
Fargo, ND 58102

**Project:** Parkside Place

**Application No.** 01

**Application Date** 8/2/2019

**From:** LCI

**Contract For:** Concrete

**Contract Date:** 9/30/2020

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract. Continuation Sheet is Attached

| | |
|---|---|
| 1 Original Contract Sum(from data sheet) | $ 310,000.00 |
| 2 Current Month Approved | $ |
| 3 Previous Approved Change Orders (from Summary) | $ |
| 4 Contract Sum to Date (Line 1, 2, & 3) | $ 310,000.00 |
| 5 Total Completed & Stored to Date | $ |
| (pulled from data sheet) | |
| 6 Retainage | |
| a. 10 % of Completed Work | |
| (pulled from data sheet) | |
| Total Retainage | $ |
| 7 Total Earned Less Retainage | $ 120,000.00 |
| 8 Less Previous Certificates for Pmt | $ |
| 9 Current Payment Due | $ 120,000.00 |
| 10 Balance to Finish, Plus Retainage | $ 190,000.00 |

### Change Order Summary

| | Additions | Deductions |
|---|---|---|
| Total Changes Approved in Previous Months by Owner | | |
| Approved This Month | $ | $ 310,000.00 |
| | | |
| | | |
| | | |
| | | |
| Totals for Month | $ | $ 310,000.00 |
| Totals To Date | $ | $ |
| NET CHANGES by Change Order | $ | $ 310,000.00 |

The undersigned Contractor certifies that to the best of the Contractor's Knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due

By: _[signature]_    Date: 8/12/2020

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with contract documents, based on on-site observations and the date comprising the above application, the Architect certifies to the owner that to the best of the architect's knowledge, information and belief the work has progressed as indicated, the quality of the work is in accordance with the Contract Documents, and the contractor is entitled to payment of the AMOUNT CERTIFIED

RRSB GO1st 04394

WAIVER OF LIEN

SD19260724

TO WHOM IT MAY CONCERN and First Dakota Title -Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 15-16 BLK 2 ORIGINAL PLAT WAIEBIOWN, City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

Dated this _16th_ day of _October, 2020_

AMOUNT: $[Enter Amount]
[Enter Memo Info]    $120,000 00

FULL

PARTIAL    X

[Enter Creditor Name]

By: _Nate Limoges_
Its: _President_
Address: _25732 Cottonwood Ave_
_Sioux Falls  SD  57107_
Phone Number: _(605) 543-5959_

PLEASE SIGN AND RETURN TO:
Craig Development, LLC
1405 1st Avenue North
Fargo, ND  58102

RRSB GO1st 04395



3522 4th Avenue South
Fargo, ND 58103
P: 701.232.1822  F: 701.232.1864

www.NTIgeo.com

**INVOICE**

|  |  |
|---|---|
| March 27, 2020 |  |
| Project No: | 20.FGO09858.000 |
| Invoice No: | 34370 |
| Due Date: | April 26, 2020 |

Watertown Senior Housing

**Geotechnical Exploration and Engineering Review**

**Fee**                                                                    19,055.91

**Taxes**

| | | | |
|---|---|---|---|
| South Dakota State Tax | 4.50 % of 19,000.00 | 855.00 | |
| Watertown Local Tax | 2.00 % of 19,000.00 | 380.00 | |
| **Total Taxes** | | **1,235.00** | **1,235.00** |

**PAYMENT DUE THIS INVOICE**                          $20,290.91

| | Current | Prior | JTD Billings |
|---|---|---|---|
| **Project Billings** | 20,290.91 | 0.00 | 20,290.91 |

**Project Manager**    **Daniel Gibson**

## Proposal



*PROPOSAL SUBMITTED TO*

Craig Properties, LLC
1405 1st Avenue N.
Fargo, ND 58102
Attn: Jesse Craig

 

Date: 8/21/2020

Project: Generations Mixed

Use Bid Date: 8/21/2020

Location: Watertown, SD

Specification section(s): PCI Specifications

Gage Brothers is pleased to provide you this <u>Proposal</u> as follows for the precast concrete materials for drawings dated 7-29-2020 with the following scope of work, standard exclusions, general clarifications, and standard conditions:

### A. SCOPE OF WORK:

**Base Bid:**

1. **12" x 48" Core** floor ~ approximately 205 pieces or 15020 SF
2. 28IT28 Beams ~ approximately 25 pieces or 585 LF
3. Columns ~ approximately 29 pieces or 401 LF
4. **8" Structural grey Walls (Stairs and Elevator)** ~ 34 pieces or 8830 SF
5. Precast connection hardware including column anchor bolts and foundation embeds (installed by others). Gage Brothers also supplies the rebar for pinning core floor and embeds cast in Core floor for connection to Concrete or Masonry walls.
6. Installation of Precast Panels and connections.

The above Base Bid materials furnished and installed for a lump sum of **$1,145,000.00** includes 6.5% sales tax. Deposit of $445,000 required at signing

**Option:** Pricing above supports a fall -winter construction.

If precast installation begins in March, we could provide a **DEDUCT: $2,000.00** includes 6.5% sales tax.

### B. STANDARD EXCLUSIONS:

1. Excise Tax.
2. On-site testing.
3. Overtime.
4. Liquidated and/or Consequential Damages.
5. Loose steel plates, channels, angles, etc. for support of other construction or finishes.
6. Galvanized or stainless-steel hardware.
7. Any bond cost.

| Accepted By: | _____ | Gage Brothers |
| Title: | _____ | *Eric Kurtz* |
| Date: | _____ | Eric Kurtz |
| | | Project Estimator |

4301 West 12th Street ▪ Sioux Falls, SD 57106 ▪ Main Office (605) 336-1180 ▪ Fax (605) 330-0560
www.gagebrothers.com

Parkside Mixed Use
Watertown, SD

Gage Brothers | Page 2 of 3

8. Verification of on-site dimensions and/or conditions.
9. **Cleaning, wash down, waterproofing, caulking, and sealing,** including necessary materials.
10. Embedded items for subsequent construction.
11. Removal and/or patching of erection loops and/or inserts provided for installation.
12. Grouting and/or patching of recessed connection areas.
13. Guard posts, handrails, stairs, or ladders.
14. Barricading/Handrail at openings or leading edges
15. Snow removal.
16. Protection of precast units from soiling and/or other damages after erection.
17. Any expenses related to temporary environmental enclosures.
18. Any cast stone, precast site work, signage or any other material not specified above.
19. All concrete, concrete toppings, masonry embedded items & lintels.
20. Pour strips to be by concrete subcontractor.
21. The locating, placing, or grouting of embedded materials, including plates, bolts, loose lintels, sleeves (including core drilling), or frames in masonry walls, poured concrete walls, slabs, or footings.
22. We do not include any field fabrication.
23. Hoisting of reinforced steel, wire mesh, masonry, or materials for other trades.
24. Perimeter safety cables, openings, supports and accessories, including maintenance (hard safety barricades at crane by Erector).
25. De-watering or the removal of snow, ice, mud, sand, etc. as required for the performance of our work or preparation of bearing surfaces to receive our work.
26. Cleaning of streets due to cranes or trucks.
27. Engineering, surveying, testing, or inspection services are excluded. Column gridlines and benchmarks shall be provided for the layout of our work. The removal of slag from field welds except for nondestructive testing is excluded.
28. Liquidated damages, builder's risk insurance, and error/omission coverage.
29. FAA permitting.
30. Any Cast Stone or Signage material.

## C. GENERAL CLARIFICATIONS:

1. **Erector needs to have crane interior to the building with equipment for access through the overhead door locations (the lintels above these openings will be installed after crane is vacated from building interior. Contractor to handle street permits and traffic control.**
2. **We recommend 16" square columns, we can with some further discussion with Sandman engineering likely get the 12 x 16's to work structurally but would like to verify lateral load path more clearly.**
3. **If fall-winter construction, contractor may need to provide Ground Thawing for Earth Anchor Installation, we have no pricing for this included.**
4. **If fall-winter construction, contractor may need to provide heat to complete the grouting process, we have no pricing for this included.**
5. **Lighting and dumpster are not included.**
6. Fabrication and erection tolerances to be as per PCI standards.
7. Reinforcing and hardware is figured plain, no epoxy or galvanized coatings are included.
8. Lifting loops, picking inserts and any other connection hardware is intended for the sole purpose of lifting, handling and connecting precast. Any other use by any trade is prohibited without the express written consent of Gage Brothers Engineering Department.
9. Proposal is subject to review of contract language and conditions prior to execution.
10. Gage Brothers will require an adequate roadway around the building for trucks to proceed under their own power. Crane and trucks will need to be inside the footprint of the building. Adequate access opening into the building must be provided.

Parkside Mixed Use
Watertown, SD

Gage Brothers | Page 3 of 3

11. Street permits and barricades, if required, are to be handled by the General Contractor.
12. Installation of materials embedded in site-placed concrete is not included.
13. Any overhead obstructions, trees, lampposts or power lines that interfere with crane are to be removed by General Contractor.
14. All work to be performed on a steady, uninterrupted basis during straight time hours and be scheduled with the erector.
15. The GC shall provide a dumpster in the work area for the placement of our debris.
16. The GC shall provide toilet facilities, eye wash stations, traffic control, barricades, fencing, and lighting.
17. The GC shall be responsible for location and elevation of all anchor bolts and bearing points. (Gage's erector will verify).
18. The GC shall provide perimeter safety cable, supports and accessories as required. Toe boards, maintenance for other trades, and final removal are not included.
19. The GC shall provide site access for equipment and materials inside the building and around the jobsite including placement, removal of temporary access roads, pads, etc. Adequate working surface inside/around the building shall be provided to support our erection equipment. Suitable laydown and drive area for unloading, staging and assembly use shall be provided. All backfilling must be completed inside and around the building for erection equipment. Gage Brothers and its Erector are not responsible for the design, repair of, and/or replacement of new or existing foundation walls, fill, surfaces, utilities or paved surfaces.
20. Anything not specifically mentioned on proposal is not included.
21. Our quotation is based upon normal working hours, Overtime is not included.

## D. STANDARD CONDITIONS:

- This Proposal is based on materials named and subject to the conditions noted on this proposal; and acceptance of your order is expressly made conditional on your assent to the terms and conditions stated herein, and Gage Brothers agree to furnish the materials described herein only upon these terms and conditions unless accepted by Gage Brothers in writing.
- This proposal when signed by the buyer becomes a contract subject to the approval of the credit department of the seller.
- The seller will not be liable for delay beyond the control of Gage Brothers which shall include weather, strikes, accidents, fires, labor disputes, and all other causes.
- Mobilization billing will appear 30 days from contract date or with first invoice.
- **Payment Terms:** Gage Brothers will invoice at the end of the month for materials fabricated and freight for materials shipped in that month. Invoices will be a volume rate (per cubic yard) payable net 30 days.
- **Worker's Compensation Insurance:** Gage Brothers has a Workmen's Compensation Insurance Carrier with an A.M. Best rating of **A-**. This covers shop labor in the Sioux Falls, SD plant only.
- **Indemnity Clause:** Indemnification shall apply to the extent of property damages or bodily injury resulting from negligent acts and omissions of the subcontractor, its agents, or subcontractors.
- **Warranty:** Any printed warranty delivered to the purchaser is the only warranty applicable to the merchandise sold herewith and is expressly in lieu of all other warranties, expressed or implied, including any implied warranty of merchantability or for a particular purpose, except any written plans or specifications endorsed on this sale agreement for reference. In the event of a failure during the warranty period the seller's liability and responsibility shall be limited solely to replacement of defective material and the seller shall not be liable for the costs of replacement or any consequential damage resulting from the failure of the seller's material.
- Typographical errors are subject to correction.

## E. Delivery Policy:

Gage Brothers requires that orders be placed a minimum of two business days prior to delivery. For example, orders for a Wednesday delivery must be placed no later than noon on the proceeding Monday.

RRSB GO1st 04399

DRAW# 1

WAIVER OF LIEN AND

               TO:    CRAIG DEVELOPMENT,LLC;
                         AND TO ALL HOLDERS OF AN

**RELEASE OF RIGHTS**          EQUITABLE INTEREST IN THE
                         FOLLOWING DESCRIBED PROPERTY.

RE:    PROPERTY ADDRESS: 10 North Broadway, Watertown, 5D 57201
        LEGAL DESCRIPTION: LOT ONE OF CRAIG ADDITION
        IN THE COUNTY OF CODDINGTON AND THE STAE OF 5OUTH DAKOTA

        OWNER: THE LOFT5, LLC

    In consideration for payment in the amount of $: 180, 000.00, by attached check number 10021,
dated 9-8-2020 the receipt and sufficiency of which is hereby acknowledged, the undersigned
hereby warrants, acknowledges, affirms and represents, as to the above described premises, THAT:

1.    Payment delivered herewith is payment in full for all labor, skill, services, material,
machinery, fixtures and apparatus furnished or performed by undersigned, or at the
direction of the undersigned by others, to the date of the invoice, draw or demand paid
herewith;

2.    Any claim or right to claim a lien for labor, skill services, material, machinery, fixtures and
apparatus furnished or performed for the improvement of the above described premises
prior to the date of the invoice, draw or demand paid herewith, is waived and relinquished.

3.    any individual or business hired, contracted, engaged or employed, in writing or verbally,
by the undersigned to furnish or perform labor, skill, services, material, machinery, fixtures
and apparatus for the improvement of the above described premises is paid in full as of the
date of the invoice, draw or demand paid herewith;

4.    Documented and verifiable evidence of all payments made pursuant to statement 3 above
are in my/our possession and will be provided upon request to Plains Commerce Bank
and/or any party with an equitable interest in the above described premises;

5.    The individual signing this Wavier of Lien and Release of Rights has the authority to do so
and Plains Commerce Bank and/or any other party with an equitable interest in the above
described premises is entitled rely upon the truth and validity the statements herein made.

DATED:

Enter signer's capacity or title
(e.g. President/Partner/Sole Proprietor)    ITS:_____

SIGN & RETURN TO:
Craig Development, LLC
PO Box 426
Fargo, ND  58107

# Invoice 002

## Craig Development, LLC
## Box 426, Fargo, ND  58107

10-28-20                          To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Prairie Environmental | | 2,481.45 |
| 1 | WMU | | 785.81 |
| 1 | Boldt Construction | | 56,122.55 |
| 1 | TL Stroh | | 66,800.00 |
| 1 | Gage | | 120,000.00 |
| 1 | Craig Development | | 195,000.00 |
| 1 | Innovative Wall | | 181,800.00 |

|  | | |
|---|---|---|
| Subtotal | | 556,189.81 |
| Sales Tax | | |
| Shipping & Handling | | |
| **Total Due By 11.10.2020** | | **556,189.81** |

Thank you for your business!

Tel: 701-232-1355          Email: jcraig@craigprop.com

RRSB GO1st 04401

**Prairie Environmental Consulting, LLC**
309 N Duluth Apt #2
Sioux Falls, SD  57104
(605)496-1366
prairieconsult@gmail.com
http://www.prairie-environmental.com



# INVOICE

**BILL TO**
Jesse Craig

**INVOICE #** 1359
**DATE** 10/09/2020
**DUE DATE** 11/08/2020
**TERMS** Net 30

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Asbestos Inspection** Pre-demo inspection at 26 1st St SW, Watertown, SD | 1 | 350.00 | 350.00T |
| **Asbestos Bulk Samples** 32 samples for 24-hr PLM analysis at 26 1st St SW, Watertown, SD | 32 | 20.00 | 640.00T |
| **Asbestos Inspection** Pre-demo inspection at 110 1st St SW, Watertown, SD | 1 | 350.00 | 350.00T |
| **Asbestos Bulk Samples** 20 samples for 24-hr PLM analysis at 110 1st St SW, Watertown, SD | 20 | 20.00 | 400.00T |
| **Asbestos Inspection** Pre-demo inspection at 114 1st St SW, Watertown, SD | 1 | 350.00 | 350.00T |
| **Asbestos Bulk Samples** 12 samples for 24-hr PLM analysis at 114 1st St SW, Watertown, SD | 12 | 20.00 | 240.00T |

| | |
|---|---|
| SUBTOTAL | 2,330.00 |
| TAX (6.5%) | 151.45 |
| TOTAL | 2,481.45 |
| BALANCE DUE | **$2,481.45** |

**PLEASE REMIT TO:**

## WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE. SW
WATERTOWN, SD 57201
Office 605-882-6233  www.watertownmu.com

| Customer Account Number | | |
|---|---|---|
| 078- ███ /204-00R | | |

| Due Date | Amount Due | Late Amount |
|---|---|---|
| 11/10/2020 | 785.81 | 785.81 |
| Service Address | | Amount Enclosed |
| MDSE | | |

BOLDT CONSTRUCTION
711 1 AVE NE
WATERTOWN, SD  57201

*█████████ 8581*

** FIRST BILL **

---

*Page 1*                                    *Please detach top portion and return with payment.*                                    *Page 1*

**MUNICIPAL UTILITIES DEPT.**

| Account Number | Name | Service Address |
|---|---|---|
| 078- ███ 7204-00 | BOLDT CONSTRUCTION | MDSE |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| | 10/15/2020 | 10/01/2020 | 14 | | | | | | | |

|  |  |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Misc Inventory | 325.83 |
| Electric Misc Labor | 423.08 |
| Electric State Tax | 14.66 |
| Electric City Tax | 6.52 |
| Electric Excise Tax | 15.72 |
| TOTAL ELECTRIC CHARGES | 785.81 |
| | |
| CURRENT CHARGES | $785.81 |
| | |
| TOTAL AMOUNT DUE | $785.81 |

---

121230

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | ELECTRIC MERCHANDISE | 11/01/2020 | 11/10/2020 | 785.81 | 785.81 |

**MESSAGES:**

Boldt Construction

711 1St. Ave NE
Watertown, SD 57201

# Estimate

| Date | Estimate # |
|------|-----------|
| 8/24/2020 | 652 |

| Name / Address |
|---|
| Craig Properties |

| | Project |
|---|---|
| | |

| Description | Qty | Cost | Total |
|---|---|---|---|
| Tear down 2 big houses and haul to dump | 2 | 8,000.00 | 16,000.00T |
| Tear down Smaller house and haul to landfill | 1 | 5,000.00 | 5,000.00T |
| Tear out parking lot, concrete blocks and haul to pit | 8,000 | 1.00 | 8,000.00T |
| Tear down all trees but the ones on boulevard | 1 | 1,000.00 | 1,000.00T |
| Disposal of old houses and trees | 1 | 25,000.00 | 25,000.00T |
| Excise Tax | | 2.041% | 1,122.55 |

| **Total** | $56,122.55 |
|---|---|

Customer Signature

**WAIVER OF LIEN**                                              SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -
Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby
waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the
undersigned to file mechanics' liens or claims on account of labor or services performed at or materials
furnished or delivered to the real property below described, or any building, construction, or improvement
thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon
the real property situated in the County of Codington, State of South Dakota described as:

Lots 1 of Generations on 1st Original Plat of the City of Watertown, Codington County, South
Dakota, according to the recorded plat thereof.

26 1st Ave SW, Watertown, SD 57201

Dated this _18_ day of _November_ 2020.

AMOUNT: $56,122.55                        Paid to: _B Boldt Con_

FULL _X_

PARTIAL _____

By: _Tom Boldt_
Its: _Owner_
Address: _711 1st Ave NE_
_Watertown   SD 57201_
Phone Number: _605 881-1476_

**PLEASE SIGN AND RETURN TO:**
**Craig Development**
**1405 1st Ave N**
**Fargo, ND 58102**

RRSB GO1st 04405



701.239.4198
701.239.9643

8 Seventh Street N Fargo, ND 58102



**STROH**
ARCHITECTS | INTERIORS

September 15, 2020

Craig Holdings
PO Box 426
Fargo, ND 58107

*Re: Watertown Arch/Eng Services*

| | |
|---|---|
| *Fixed Fee* | $368,288.00 |
| *44% completed to date* | $160,000.00 |
| *Less amount billed to date* | $92,000.00 |
| **Total Amount Due** | **$68,000.00** |

Please pay upon receipt.

Thank you.

| 1-30 days | 31-60 days | 61-90 dys |
|---|---|---|
| | | |

**WAIVER OF LIEN**

SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title - Watertown

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

Dated this 30 day of _Nov._ 2020 ____.

AMOUNT: $146,800—

Paid to: _Te Stroh Architects, Ltd_

_Terry L Stroh_

By: _____

Its: _Principal_

Address: _8 Seventh St N_
_Fargo, ND 58102_

Phone Number: _701-239-4198_

FULL ____

PARTIAL ✓

**PLEASE SIGN AND RETURN TO:**
**Craig Development**
**1405 1st Ave N**
**Fargo, ND 58102**

RRSB GO1st 04407

## Proposal



*PROPOSAL SUBMITTED TO*

Craig Properties, LLC
1405 1st Avenue N.
Fargo, ND 58102
Attn: Jesse Craig




Date: 8/21/2020

Project: Generations Mixed                    Location: Watertown, SD

Use Bid Date: 8/21/2020                    Specification section(s): PCI Specifications

Gage Brothers is pleased to provide you this <u>Proposal</u> as follows for the precast concrete materials for drawings dated 7-29-2020 with the following scope of work, standard exclusions, general clarifications, and standard conditions:

### A. SCOPE OF WORK:
### Base Bid:
1. 12" x 48" **Core** floor ~ approximately 205 pieces or 15020 SF
2. 28IT28 Beams ~ approximately 25 pieces or 585 LF
3. Columns ~ approximately 29 pieces or 401 LF
4. 8" Structural grey **Walls** (Stairs and Elevator) ~ 34 pieces or 8830 SF
5. Precast connection hardware including column anchor bolts and foundation embeds (installed by others). Gage Brothers also supplies the rebar for pinning core floor and embeds cast in Core floor for connection to Concrete or Masonry walls.
6. Installation of Precast Panels and connections.

The above Base Bid materials furnished and installed for a lump sum of **$1,145,000.00** includes 6.5% sales tax. Deposit of $445,000 required at signing
**Option:** Pricing above supports a fall -winter construction.
     If precast installation begins in March, we could provide a **DEDUCT: $2,000.00** includes 6.5% sales tax.

### B. STANDARD EXCLUSIONS:
1. Excise Tax.
2. On-site testing.
3. Overtime.
4. Liquidated and/or Consequential Damages.
5. Loose steel plates, channels, angles, etc. for support of other construction or finishes.
6. Galvanized or stainless-steel hardware.
7. Any bond cost.

Accepted By: _____          Gage Brothers

Title: _____          *Eric Kurtz*
                                                          Eric Kurtz
Date: _____          Project Estimator

RRSB GO1st 04408

8. Verification of on-site dimensions and/or conditions.
9. **Cleaning, wash down, waterproofing, caulking, and sealing,** including necessary materials.
10. Embedded items for subsequent construction.
11. Removal and/or patching of erection loops and/or inserts provided for installation.
12. Grouting and/or patching of recessed connection areas.
13. Guard posts, handrails, stairs, or ladders.
14. Barricading/Handrail at openings or leading edges
15. Snow removal.
16. Protection of precast units from soiling and/or other damages after erection.
17. Any expenses related to temporary environmental enclosures.
18. Any cast stone, precast site work, signage or any other material not specified above.
19. All concrete, concrete toppings, masonry embedded items & lintels.
20. Pour strips to be by concrete subcontractor.
21. The locating, placing, or grouting of embedded materials, including plates, bolts, loose lintels, sleeves (including core drilling), or frames in masonry walls, poured concrete walls, slabs, or footings.
22. We do not include any field fabrication.
23. Hoisting of reinforced steel, wire mesh, masonry, or materials for other trades.
24. Perimeter safety cables, openings, supports and accessories, including maintenance (hard safety barricades at crane by Erector).
25. De-watering or the removal of snow, ice, mud, sand, etc. as required for the performance of our work or preparation of bearing surfaces to receive our work.
26. Cleaning of streets due to cranes or trucks.
27. Engineering, surveying, testing, or inspection services are excluded. Column gridlines and benchmarks shall be provided for the layout of our work. The removal of slag from field welds except for nondestructive testing is excluded.
28. Liquidated damages, builder's risk insurance, and error/omission coverage.
29. FAA permitting.
30. Any Cast Stone or Signage material.

## C. GENERAL CLARIFICATIONS:
1. **Erector needs to crane interior to the building with equipment for access through the overhead door locations (the lintels above these openings will be installed after crane is vacated from building interior.  Contractor to handle street permits and traffic control.**
2. **We recommend 16" square columns, we can with some further discussion with Sandman engineering likely get the 12 x 16's to work structurally but would like to verify lateral load path more clearly.**
3. **If fall-winter construction, contractor may need to provide Ground Thawing for Earth Anchor Installation, we have no pricing for this included.**
4. **If fall-winter construction, contractor may need to provide heat to complete the grouting process, we have no pricing for this included.**
5. **Lighting and dumpster are not included.**
6. Fabrication and erection tolerances to be as per PCI standards.
7. Reinforcing and hardware is figured plain, no epoxy or galvanized coatings are included.
8. Lifting loops, picking inserts and any other connection hardware is intended for the sole purpose of lifting, handling and connecting precast. Any other use by any trade is prohibited without the express written consent of Gage Brothers Engineering Department.
9. Proposal is subject to review of contract language and conditions prior to execution.
10. Gage Brothers will require an adequate roadway around the building for trucks to proceed under their own power. Crane and trucks will need to be inside the footprint of the building.  Adequate access opening into the building must be provided.

Parkside Mixed Use
Watertown, SD

Gage Brothers | Page 3 of 3

11. Street permits and barricades, if required, are to be handled by the General Contractor.
12. Installation of materials embedded in site-placed concrete is not included.
13. Any overhead obstructions, trees, lampposts or power lines that interfere with crane are to be removed by General Contractor.
14. All work to be performed on a steady, uninterrupted basis during straight time hours and be scheduled with the erector.
15. The GC shall provide a dumpster in the work area for the placement of our debris.
16. The GC shall provide toilet facilities, eye wash stations, traffic control, barricades, fencing, and lighting.
17. The GC shall be responsible for location and elevation of all anchor bolts and bearing points. (Gage's erector will verify).
18. The GC shall provide perimeter safety cable, supports and accessories as required. Toe boards, maintenance for other trades, and final removal are not included.
19. The GC shall provide site access for equipment and materials inside the building and around the jobsite including placement, removal of temporary access roads, pads, etc. Adequate working surface inside/around the building shall be provided to support our erection equipment.  Suitable laydown and drive area for unloading, staging and assembly use shall be provided. All backfilling must be completed inside and around the building for erection equipment. Gage Brothers and its Erector are not responsible for the design, repair of, and/or replacement of new or existing foundation walls, fill, surfaces, utilities or paved surfaces.
20. Anything not specifically mentioned on proposal is not included.
21. Our quotation is based upon normal working hours, Overtime is not included.

**D. STANDARD CONDITIONS:**

- This Proposal is based on materials named and subject to the conditions noted on this proposal; and acceptance of your order is expressly made conditional on your assent to the terms and conditions stated herein, and Gage Brothers agree to furnish the materials described herein only upon these terms and conditions unless accepted by Gage Brothers in writing.
- This proposal when signed by the buyer becomes a contract subject to the approval of the credit department of the seller.
- The seller will not be liable for delay beyond the control of Gage Brothers which shall include weather, strikes, accidents, fires, labor disputes, and all other causes.
- Mobilization billing will appear 30 days from contract date or with first invoice.
- *Payment Terms:* Gage Brothers will invoice at the end of the month for materials fabricated and freight for materials shipped in that month. Invoices will be a volume rate (per cubic yard) payable net 30 days.
- *Worker's Compensation Insurance:* Gage Brothers has a Workmen's Compensation Insurance Carrier with an A.M. Best rating of **A-**. This covers shop labor in the Sioux Falls, SD plant only.
- *Indemnity Clause:* Indemnification shall apply to the extent of property damages or bodily injury resulting from negligent acts and omissions of the subcontractor, its agents, or subcontractors.
- *Warranty:* Any printed warranty delivered to the purchaser is the only warranty applicable to the merchandise sold herewith and is expressly in lieu of all other warranties, expressed or implied, including any implied warranty of merchantability or for a particular purpose, except any written plans or specifications endorsed on this sale agreement for reference. In the event of a failure during the warranty period the seller's liability and responsibility shall be limited solely to replacement of defective material and the seller shall not be liable for the costs of replacement or any consequential damage resulting from the failure of the seller's material.
- Typographical errors are subject to correction.

**E. Delivery Policy:**
Gage Brothers requires that orders be placed a minimum of two business days prior to delivery.  For example, orders for a Wednesday delivery must be placed no later than noon on the proceeding Monday.

DRAW# 1

WAIVER OF LIEN AND

TO:    CRAIG DEVELOPMENT,LLC;
       AND TO ALL HOLDERS OF AN
**RELEASE OF RIGHTS**       EQUITABLE INTEREST IN THE
       FOLLOWING DESCRIBED PROPERTY.

RE:    PROPERTY ADDRESS: <u>10 North Broadway, Watertown, 5D 57201</u>
       LEGAL DESCRIPTION: <u>LOT ONE OF CRAIG ADDITION</u>
       <u>IN THE COUNTY OF CODDINGTON AND THE STAE OF 5OUTH DAKOTA</u>

       OWNER: <u>THE LOFT5, LLC</u>

       In consideration for payment in the amount of $ 120,000.00, by attached check number___.
dated    1-9-2020, the receipt and sufficiency of which is hereby acknowledged, the undersigned
hereby warrants, acknowledges, affirms and represents, as to the above described premises, THAT:

1.     Payment delivered herewith is payment in full for all labor, skill, services, material,
       machinery, fixtures and apparatus furnished or performed by undersigned, or at the
       direction of the undersigned by others, to the date of the invoice, draw or demand paid
       herewith;

2.     Any claim or right to claim a lien for labor, skill services, material, machinery, fixtures and
       apparatus furnished or performed for the improvement of the above described premises
       prior to the date of the invoice, draw or demand paid herewith, is waived and relinquished.

3.     any individual or business hired, contracted, engaged or employed, in writing or verbally,
       by the undersigned to furnish or perform labor, skill, services, material, machinery, fixtures
       and apparatus for the improvement of the above described premises is paid in full as of the
       date of the invoice, draw or demand paid herewith;

4.     Documented and verifiable evidence of all payments made pursuant to statement 3 above
       are in my/our possession and will be provided upon request to Plains Commerce Bank
       and/or any party with an equitable interest in the above described premises;

5.     The individual signing this Wavier of Lien and Release of Rights has the authority to do so
       and Plains Commerce Bank and/or any other party with an equitable interest in the above
       described premises is entitled rely upon the truth and validity the statements herein made.

DATED:

Enter signer's capacity or title
(e.g. President/Partner/Sole Proprietor)       ITS:_____

<u>SIGN & RETURN TO:</u>
Craig Development, LLC
PO Box 426
Fargo, ND 58107

RRSB GO1st 04411

**WAIVER OF LIEN**                                                                SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -

Watertown

      For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby

waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the

undersigned to file mechanics' liens or claims on account of labor or services performed at or materials

furnished or delivered to the real property below described, or any building, construction, or improvement

thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon

the real property situated in the County of Codington, State of South Dakota described as:

      **Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South
Dakota, according to the recorded plat thereof.**

Dated this _19th_ day of _November_ _____, ____.

AMOUNT: $ _195,000.00_                    Paid to: _Craig Development, LLC_

FULL _____X_____                          By: _____
                                          Its: _____President_____
PARTIAL _____                         Address: _____
                                          _____
                                          Phone Number:_____

## PLEASE SIGN AND RETURN TO:
**Craig Development**
**1405 1st Ave N**
**Fargo, ND  58102**

RRSB GO1st 04412

**Innovative Wall Design, Inc**

302 N Perry Ln
Harrisburg, SD 57032 US
cale.setness@gmail.com

## INVOICE

| BILL TO | | INVOICE | 1045 |
|---|---|---|---|
| Generations | | DATE | 09/30/2020 |
| 1405 1st Ave N. | | TERMS | Net30 |
| Fargo, ND 58102 | | DUE DATE | 10/15/2020 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| CMU Block | Block to be installed up to 13.75' | 0.19 | 98,016.00 | 181,800.00 |

Excise Tax was not included in these invoices and is understood that is the
responsibility or the GC if that is not this case. $7,448.65 must be included in the
final payment.

**BALANCE DUE**                                              **$181,800.00**

RRSB GO1st 04413

**WAIVER OF LIEN**                                        SD19260724

TO WHOM IT MAY CONCERN and First Dakota Title -Watertown

      For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

      Lots 15-16 BLK 2 ORIGINAL PLAT WAIEBIOWN, City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

Dated this _14th_ day of _October_, _2020_

AMOUNT: $[Enter Amount]                    [Enter Creditor Name]
[Enter Memo Info]
          $181,000 00

FULL _____

PARTIAL __X____

By: _____
Its: _____
Address: _____

Phone Number: _____

## PLEASE SIGN AND RETURN TO:
**Craig Development, LLC**
**1405 1st Avenue North**
**Fargo, ND 58102**

# Invoice 003

## Craig Development, LLC
## Box 426, Fargo, ND  58107

11-28-20                          To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Clausen | | 176,506.91 |
| 1 | Cashway | | 202,124.70 |
| 1 | Craig Development (bldg. permit) | | 25,535.00 |
| 1 | Gage (deposit ($300,000 prev paid) | | 145,000.00 |
| 1 | Craig Development | | 95,000.00 |
| 1 | Innovative Wall | | 196,508.00 |

|  | | |
|---|---|---|
| Subtotal | | 840,680.11 |
| Sales Tax | | |
| Shipping & Handling | | |
| **Total Due By 12.10.2020** | | **840,680.11** |

Thank you for your business!

Tel: 701-232-1355          Email: jcraig@craigprop.com

RRSB GO1st 04415

# Job Estimate

**Clausen Construction, Inc**

412 20th Ave NW
Watertown, SD 57201
Phone: (605) 878-0254
Phone: (605) 532-5663
Fax: (605) 878-0267
Email: Clausenconstructioninc@gmail.com

Date: _11/27/2020_

To: Craig Properties

| Job Description |
| --- |
| Senior Living |

| Qty | Units | Description | Unit Price | Line Total |
|-----|-------|-------------|------------|------------|
| 1.00 | Ls | Soil Corrections(Dig Out) | $126,583.31 | $ 126,583.31 |
| 1.00 | Ls | Soil Corrections | $26,070.00 | 26,070.00 |
| 1.00 | Ls | Footings Excavation(from preliminary plans) | $8,853.60 | 8,853.60 |
| | | | | - |
| | | | | |
| | | | | |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | |
| | | | | |
| | | | | |
| 1.00 | Ls | Mobilization | | 15,000.00 |

Total $ 176,506.91

Quotation prepared by:

This is a quotation on the goods named, subject to the conditions noted below:
(Describe any conditions pertaining to these prices and any additional terms of the agreement.
You may want to include contingencies that will affect the quotation.)

To accept this quotation, sign here and return: _____

Thank you for your business!

**WAIVER OF LIEN**                                                    SD19260724

TO WHOM IT MAY CONCERN and First Dakota Title -Watertown

       For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the undersigned to file mechanics' liens or claims on account of labor or services performed at or materials furnished or delivered to the real property below described, or any building, construction, or improvement thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon the real property situated in the County of Codington, State of South Dakota described as:

     **Lots 15-16 BLK 2 ORIGINAL PLAT WAIEBIOWN, City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.**

Dated this _15_ day of _Dec_ , _2020_

AMOUNT: $[Enter Amount]                    [Enter Creditor Name]
[Enter Memo Info]

FULL _____

PARTIAL _176,506.91_

By: _Roland J Claasen_ _Roland/Cla_
Its: _Pres_
Address: _412 2c^th Ave NW_
_Watertown S.D. 57201_
Phone Number: _605-881-1632_

## PLEASE SIGN AND RETURN TO:
**Craig Development, LLC**
**1405 1st Avenue North**
**Fargo, ND 58102**



**Watertown Cashway Lumber,Inc.**
191 N. Broadway
PO Box 287
Watertown, SD  57201
605-882-2214
Fax: 605-882-0793

## Invoice

**2008-139501**   R7   PAGE  1  OF  1

| SOLD TO | JOB ADDRESS |
|---|---|
| CASH SALES | CASH -  Generations Mixed Use |

| ACCOUNT | JOB |
|---|---|
| CASH | 0 |
| CREATED ON | 08/28/2020 |
| EXPIRES ON | 11/09/2020 |
| BRANCH | 1000 |
| CUSTOMER PO# | GENERATIONS MIXED |
| STATION | MR |
| CASHIER | DN |
| SALESPERSON | DN |
| ORDER ENTRY | DN |
| MODIFIED BY | DN |

| Item | Description | D | Quantity | U/M | Price | Per | Amount |
|---|---|---|---|---|---|---|---|
| | Special Order Deposit | | | | | | 202,124.70 |
| | | | | | | | 202,124.70 |
| | | | | | Total | | 202,124.70 |

Thank You for the Opportunity to Bid on Your Project.  Please contact me at 605-882-2214
if you have any questions or would like to order these materials. This estimate is for
materials listed above only and not guaranteed to complete any specific project.

**Buyer:**



Signature

RRSB GO1st 04418

 Gmail

Jesse Craig <jcraig701@gmail.com>

---

**foundation permit**

---

**Staci Bungard** <sbungard@watertownsd.us>                                    Wed, Nov 18, 2020 at 1:44 PM
To: Jesse Craig <jcraig@craigprop.com>
Cc: Jesse Kiihl <jesse.kiihl@prevailbuild.com>, Brandi Hanten <bhanten@watertownsd.us>, Heath VonEye
<hvoneye@watertownsd.us>, Marci Lewno <mlewno@watertownsd.us>, Justin Petersen <jpetersen@watertownsd.us>,
Heidi Loeschke <hloeschke@watertownsd.us>, Rick Trupe <rtrupe@watertownsd.us>, Chip Premus
<cpremus@watertownfirerescue.com>

Hi Jesse,

Thank you for the application.  Sure, it would be fine to stop by and pay the permit fee tomorrow.  The permit fee will
be $25,535.00.  As we previously discussed, we will need the following items for a foundation only permit:

1.    Stamped Foundation Plans (awaiting foundation plans)

2.    Site Plan (preliminary site plan from IDG has been submitted. The preliminary plan can be used so long as the
foundation location stays consistent) ✓

3.    Drainage/Grading information (already provided and permitted) ✓

Please feel free to contact me if you need further assistance.  Have a good day!

Thanks,

Staci

*Staci Bungard*

Community Development Manager

City of Watertown, SD

Phone: 605.882.6201

E-mail: sbungard@watertownsd.us



[Quoted text hidden]

RRSB GO1st 04419

DATE:11/18/... TOTAL... 185... ...g ...s...
PAYEE:CITY OF WATERTOWN(citywate)

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| 0824 | 7200 | | | 25,535.00 |
| | | | | 25,535.00 |

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**37078**

77-7869/2913

\*\*\*\* TWENTY FIVE THOUSAND FIVE HUNDRED THIRTY FIVE AND 00/100 DOLLARS

11/18/20          $25,535.00\*\*

TO THE
ORDER OF

CITY OF WATERTOWN

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

## City of Watertown
## Public Works Department: Building Services Division
23 Second Street NE • PO Box 910 • Watertown, SD 57201-0910
watertownsd.us • (605) 882-6201

# COMMERCIAL BUILDING PERMIT APPLICATION
*Failure to having permit prior to construction will result in double the permit fee*

## Owner Information

| | |
|---|---|
| Owner/Applicant: | Generation on 1st, LLC |
| Address: | 1405 1st Ave N, Fargo, ND  58102 |
| Phone Number: | 701-232-1355 |
| E-mail: | jcraig@craigprop.com |

## Contractor/Developer Information

| | |
|---|---|
| Contractor/Developer: | Craig Development, LLC |
| Address: | 1405 1st Ave N, Fargo, ND  58102 |
| Phone Number: | 701-232-1355 |
| E-mail: | jcraig@craigprop.com |

## Project Overview

Proposed Project Description and Specific Uses:  72 plex mixed use project

Property Address:  26 1st Ave SW

Legal Description: Lot 1       Block                        Addition    Generations on 1st

Lot Area 33,265              Sq. Ft.        .76             Acre

Existing Zone of the Property: C1            Total Sq. Ft. of New Structure:

Number of Parking Spaces Required:          0

Estimated Total Cost $ 10,140,000            (less cost of lot & finish landscaping)

Total Square Footage of: 1st Floor (main) 30,865    2nd Floor 18755    Mezzanine

Basement (total)          Finished? ☐ Yes☐ No    Garage          Finished?  ☐ Yes☐ No

*If yes is circled to the following question(s), the if applicable section of required items applies on Page 2*

Is the property located in the Special Flood Hazard Area (SFHA)? ☐ Yes ☒ No

Is construction disturbing more than 1+ Acres?    ☐ Yes ☒ No

RRSB GO1st 04421

## Proposal



*PROPOSAL SUBMITTED TO*

Craig Properties, LLC
1405 1st Avenue N.
Fargo, ND 58102
Attn: Jesse Craig




Date: 8/21/2020

Project: Generations Mixed                    Location: Watertown, SD

Use Bid Date: 8/21/2020                    Specification section(s): PCI Specifications

Gage Brothers is pleased to provide you this <u>Proposal</u> as follows for the precast concrete materials for drawings dated 7-29-2020 with the following scope of work, standard exclusions, general clarifications, and standard conditions:

### A. SCOPE OF WORK:

**Base Bid:**

1. **12" x 48" Core** floor ~ approximately 205 pieces or 15020 SF
2. 28IT28 Beams ~ approximately 25 pieces or 585 LF
3. Columns ~ approximately 29 pieces or 401 LF
4. **8" Structural grey Walls (Stairs and Elevator) ~** 34 pieces or 8830 SF
5. Precast connection hardware including column anchor bolts and foundation embeds (installed by others). Gage Brothers also supplies the rebar for pinning core floor and embeds cast in Core floor for connection to Concrete or Masonry walls.
6. Installation of Precast Panels and connections.

The above Base Bid materials furnished and installed for a lump sum of **$1,145,000.00** includes 6.5% sales tax. Deposit of $445,000 required at signing

**Option:** Pricing above supports a fall -winter construction.

If precast installation begins in March, we could provide a **DEDUCT: $2,000.00** includes 6.5% sales tax.

### B. STANDARD EXCLUSIONS:

1. Excise Tax.
2. On-site testing.
3. Overtime.
4. Liquidated and/or Consequential Damages.
5. Loose steel plates, channels, angles, etc. for support of other construction or finishes.
6. Galvanized or stainless-steel hardware.
7. Any bond cost.

| Accepted By: _____ | Gage Brothers |
| --- | --- |
| Title: _____ | *Eric Kurtz* |
| Date: _____ | Eric Kurtz<br>Project Estimator |

RRSB GO1st 04422

Parkside Mixed Use
Watertown, SD

Gage Brothers | Page 2 of 3

8. Verification of on-site dimensions and/or conditions.
9. **Cleaning, wash down, waterproofing, caulking, and sealing,** including necessary materials.
10. Embedded items for subsequent construction.
11. Removal and/or patching of erection loops and/or inserts provided for installation.
12. Grouting and/or patching of recessed connection areas.
13. Guard posts, handrails, stairs, or ladders.
14. Barricading/Handrail at openings or leading edges
15. Snow removal.
16. Protection of precast units from soiling and/or other damages after erection.
17. Any expenses related to temporary environmental enclosures.
18. Any cast stone, precast site work, signage or any other material not specified above.
19. All concrete, concrete toppings, masonry embedded items & lintels.
20. Pour strips to be by concrete subcontractor.
21. The locating, placing, or grouting of embedded materials, including plates, bolts, loose lintels, sleeves (including core drilling), or frames in masonry walls, poured concrete walls, slabs, or footings.
22. We do not include any field fabrication.
23. Hoisting of reinforced steel, wire mesh, masonry, or materials for other trades.
24. Perimeter safety cables, openings, supports and accessories, including maintenance (hard safety barricades at crane by Erector).
25. De-watering or the removal of snow, ice, mud, sand, etc. as required for the performance of our work or preparation of bearing surfaces to receive our work.
26. Cleaning of streets due to cranes or trucks.
27. Engineering, surveying, testing, or inspection services are excluded. Column gridlines and benchmarks shall be provided for the layout of our work. The removal of slag from field welds except for nondestructive testing is excluded.
28. Liquidated damages, builder's risk insurance, and error/omission coverage.
29. FAA permitting.
30. Any Cast Stone or Signage material.

## C. GENERAL CLARIFICATIONS:
1. **Erector needs to have crane interior to the building with equipment for access through the overhead door locations (the lintels above these openings will be installed after crane is vacated from building interior. Contractor to handle street permits and traffic control.**
2. **We recommend 16" square columns, we can with some further discussion with Sandman engineering likely get the 12 x 16's to work structurally but would like to verify lateral load path more clearly.**
3. **If fall-winter construction, contractor may need to provide Ground Thawing for Earth Anchor Installation, we have no pricing for this included.**
4. **If fall-winter construction, contractor may need to provide heat to complete the grouting process, we have no pricing for this included.**
5. **Lighting and dumpster are not included.**
6. Fabrication and erection tolerances to be as per PCI standards.
7. Reinforcing and hardware is figured plain, no epoxy or galvanized coatings are included.
8. Lifting loops, picking inserts and any other connection hardware is intended for the sole purpose of lifting, handling and connecting precast. Any other use by any trade is prohibited without the express written consent of Gage Brothers Engineering Department.
9. Proposal is subject to review of contract language and conditions prior to execution.
10. Gage Brothers will require an adequate roadway around the building for trucks to proceed under their own power. Crane and trucks will need to be inside the footprint of the building. Adequate access opening into the building must be provided.

Parkside Mixed Use
Watertown, SD

Gage Brothers | Page 3 of 3

11. Street permits and barricades, if required, are to be handled by the General Contractor.
12. Installation of materials embedded in site-placed concrete is not included.
13. Any overhead obstructions, trees, lampposts or power lines that interfere with crane are to be removed by General Contractor.
14. All work to be performed on a steady, uninterrupted basis during straight time hours and be scheduled with the erector.
15. The GC shall provide a dumpster in the work area for the placement of our debris.
16. The GC shall provide toilet facilities, eye wash stations, traffic control, barricades, fencing, and lighting.
17. The GC shall be responsible for location and elevation of all anchor bolts and bearing points. (Gage's erector will verify).
18. The GC shall provide perimeter safety cable, supports and accessories as required. Toe boards, maintenance for other trades, and final removal are not included.
19. The GC shall provide site access for equipment and materials inside the building and around the jobsite including placement, removal of temporary access roads, pads, etc. Adequate working surface inside/around the building shall be provided to support our erection equipment. Suitable laydown and drive area for unloading, staging and assembly use shall be provided. All backfilling must be completed inside and around the building for erection equipment. Gage Brothers and its Erector are not responsible for the design, repair of, and/or replacement of new or existing foundation walls, fill, surfaces, utilities or paved surfaces.
20. Anything not specifically mentioned on proposal is not included.
21. Our quotation is based upon normal working hours, Overtime is not included.

## D. STANDARD CONDITIONS:

- This Proposal is based on materials named and subject to the conditions noted on this proposal; and acceptance of your order is expressly made conditional on your assent to the terms and conditions stated herein, and Gage Brothers agree to furnish the materials described herein only upon these terms and conditions unless accepted by Gage Brothers in writing.
- This proposal when signed by the buyer becomes a contract subject to the approval of the credit department of the seller.
- The seller will not be liable for delay beyond the control of Gage Brothers which shall include weather, strikes, accidents, fires, labor disputes, and all other causes.
- Mobilization billing will appear 30 days from contract date or with first invoice.
- *Payment Terms:* Gage Brothers will invoice at the end of the month for materials fabricated and freight for materials shipped in that month. Invoices will be a volume rate (per cubic yard) payable net 30 days.
- *Worker's Compensation Insurance:* Gage Brothers has a Workmen's Compensation Insurance Carrier with an A.M. Best rating of **A-**. This covers shop labor in the Sioux Falls, SD plant only.
- *Indemnity Clause:* Indemnification shall apply to the extent of property damages or bodily injury resulting from negligent acts and omissions of the subcontractor, its agents, or subcontractors.
- *Warranty:* Any printed warranty delivered to the purchaser is the only warranty applicable to the merchandise sold herewith and is expressly in lieu of all other warranties, expressed or implied, including any implied warranty of merchantability or for a particular purpose, except any written plans or specifications endorsed on this sale agreement for reference. In the event of a failure during the warranty period the seller's liability and responsibility shall be limited solely to replacement of defective material and the seller shall not be liable for the costs of replacement or any consequential damage resulting from the failure of the seller's material.
- Typographical errors are subject to correction.

## E. Delivery Policy:

Gage Brothers requires that orders be placed a minimum of two business days prior to delivery. For example, orders for a Wednesday delivery must be placed no later than noon on the proceeding Monday.

DRAW# 1

WAIVER OF LIEN AND

TO:    CRAIG DEVELOPMENT,LLC;
AND TO ALL HOLDERS OF AN
**RELEASE OF RIGHTS**                    EQUITABLE INTEREST IN THE
FOLLOWING DESCRIBED PROPERTY.

RE:    PROPERTY ADDRESS: <u>10 North Broadway, Watertown, SD 57201</u>
LEGAL DESCRIPTION: <u>LOT ONE OF CRAIG ADDITION</u>
<u>IN THE COUNTY OF CODDINGTON AND THE STAE OF SOUTH DAKOTA</u>

OWNER: <u>THE LOFT5, LLC</u>

In consideration for payment in the amount of $·145,000⁰⁰, by attached check number_____,
dated /2-8-2020, the receipt and sufficiency of which is hereby acknowledged, the undersigned
hereby warrants, acknowledges, affirms and represents, as to the above described premises, THAT:

1.    Payment delivered herewith is payment in full for all labor, skill, services, material,
machinery, fixtures and apparatus furnished or performed by undersigned, or at the
direction of the undersigned by others, to the date of the invoice, draw or demand paid
herewith;

2.    Any claim or right to claim a lien for labor, skill services, material, machinery, fixtures and
apparatus furnished or performed for the improvement of the above described premises
prior to the date of the invoice, draw or demand paid herewith, is waived and relinquished.

3.    any individual or business hired, contracted, engaged or employed, in writing or verbally,
by the undersigned to furnish or perform labor, skill, services, material, machinery, fixtures
and apparatus for the improvement of the above described premises is paid in full as of the
date of the invoice, draw or demand paid herewith;

4.    Documented and verifiable evidence of all payments made pursuant to statement 3 above
are in my/our possession and will be provided upon request to Plains Commerce Bank
and/or any party with an equitable interest in the above described premises;

5.    The individual signing this Wavier of Lien and Release of Rights has the authority to do so
and Plains Commerce Bank and/or any other party with an equitable interest in the above
described premises is entitled rely upon the truth and validity the statements herein made.

DATED:

Enter signer's capacity or title
(e.g. President/Partner/Sole Proprietor)          ITS:_____

SIGN & RETURN TO:
Craig Development, LLC
PO Box 426
Fargo, ND  58107

**WAIVER OF LIEN**                                    SD20297500

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -

Watertown

      For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby

waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the

undersigned to file mechanics' liens or claims on account of labor or services performed at or materials

furnished or delivered to the real property below described, or any building, construction, or improvement

thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon

the real property situated in the County of Codington, State of South Dakota described as:

      Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South
      Dakota, according to the recorded plat thereof.

Dated this 19th day of November

AMOUNT: $ 95,000.00                    Paid to: Craig Development, LLC

FULL  X

PARTIAL _____                    By: _____
                             Its: President
                             Address: _____
                             Phone Number: _____

**PLEASE SIGN AND RETURN TO:**
**Craig Development**
**1405 1st Ave N**
**Fargo, ND  58102**

RRSB GO1st 04426

**Innovative Wall Design, Inc**

302 N Perry Ln
Harrisburg, SD 57032 US
cale.setness@gmail.com

## INVOI CE

BILL TO
Generations On 1st, LLC
1405 1st Ave N.
Fargo, ND 58102

| | |
|---|---|
| INVOI CE | 1057 |
| DATE | 11/30/2020 |
| TERMS | Net30 |
| DUE DATE | 12/10/2020 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Masonry | CMU | 0.22 | 7,114.00 | 196,508.00 |

Excise Tax was not included in these invoices

BALANCE DUE    **$196,508.00**

RRSB GO1st 04427

**WAIVER OF LIEN**                                  **SD20297500**

TO WHOM IT MAY CONCERN AND TO Watertown Development Company and First Dakota Title -

Watertown

          For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby

waives and releases any and all mechanics' liens, claims or rights of liens and all rights acquired by the

undersigned to file mechanics' liens or claims on account of labor or services performed at or materials

furnished or delivered to the real property below described, or any building, construction, or improvement

thereon by the undersigned, and any right to claim any lien priority as of any date prior to the date hereof upon

the real property situated in the County of Codington, State of South Dakota described as:

       **Lots 15 and 16 in Block 2 of the Original Plat of the City of Watertown, Codington County, South
Dakota, according to the recorded plat thereof.**

Dated this ___12th___ day of ___December___

AMOUNT: $ _196,508.00_          Paid to: _Innovative Wall Design, LLC_

FULL   _____            _Cale & Sethius_

PARTIAL   _____       By: _____
                       Its: _President_
                       Address: _302 N Perry LN_
                           _Harrisburg SD 57032_
                       Phone Number: _605-999-2543_

### PLEASE SIGN AND RETURN TO:
**Craig Development
1405 1st Ave N
Fargo, ND 58102**

# Invoice 004

## Craig Development, LLC
## Box 426, Fargo, ND  58107

12-31-20                    To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | TIF Excise Tax | | 42,000.00 |
| 1 | Clausen | | 126,905.58 |
| 1 | Infrastructure | | 7,721.25 |
| 1 | TL Stroh | | 58,450.00 |
| 1 | Craig Development (GC) | | 85,000.00 |
| 1 | Craig Development (part dev fee) | | 105,000.00 |
| 1 | SIP | | 26,178.63 |
| 1 | Craig Development (site sup) | | 25,000.00 |
| 1 | Stroh | | 52,500.00 |
| 1 | Craig Development (foam reimb) | | 695.24 |

| | | |
|---|---|---|
| Subtotal | | 529,450.70 |
| Excise Tax | | 10,589.04 |
| Shipping & Handling | | |
| **Total Due By 1.10.2021** | | **540,039.74** |

Thank you for your business!

Tel: 701-232-1355          Email: jcraig@craigprop.com

RRSB GO1st 04429

## APPLICATION AND CERTIFICATE FOR PAYMENT

PAGE ONE OF 2 PAGES

| | | |
|---|---|---|
| TO OWNER:<br>GENERATIONS ON 1ST<br>1405 1ST AVE N<br>FARGO, ND 58102<br>FROM CONTRACTOR:<br>CRAIG DEVELOPMENT, LLC<br>1405 1ST AVE N<br>FARGO, ND 58102<br>CONTRACT FOR: | PROJECT:<br>WATERTOWN MIXED USE<br>26 1ST AVE SW<br>WATERTOWN, SD<br>VIA ARCHITECT:<br>TL STROH ARCHITECTS<br><br>VIA CONSTRUCTION MANAGER: CRAIG DEVELOPMENT/PREVAIL BUILD | APPLICATION #: 1<br>PERIOD TO: 12/31/20<br>PROJECT NOS: 26<br><br>CONTRACT DATE:<br><br>Distribution to:<br>☐ Owner<br>☐ Const. Mgr<br>☐ Architect<br>☒ Contractor<br>☐ |

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet is attached.

**1. ORIGINAL CONTRACT SUM**----------------------- $ 10,540,000.00

**2. Net change by Change Orders**------------------$ $

**3. CONTRACT SUM TO DATE (Line 1 +/- 2)** $ 10,540,000.00

**4. TOTAL COMPLETED & STORED TO DATE**-$ 2,584,467.80
(Column G on Continuation Sheet)

**5. RETAINAGE:**

  a. _____ of Completed Work $
  (Columns D+E on Continuation Sheet)

  b. _____ of Stored Material $
  (Column F on Continuation Sheet)
  Total Retainage (Line 5a + 5b or

  Total in Column I of Continuation Sheet-------- $

**6. TOTAL EARNED LESS RETAINAGE**----------- $ 2,584,467.80
(Line 4 less Line 5 Total)

**7. LESS PREVIOUS CERTIFICATES FOR PAYMENT**
(Line 6 from prior Certificate)------------------ $ 2,044,428.06

**8. CURRENT PAYMENT DUE**---------------------- $ 540,039.74

**9. BALANCE TO FINISH, INCLUDING RETAINAGE**
(Line 3 less Line 6) $ 7,955,532.20

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown therein is now due.

CONTRACTOR:

By: _____ Date: _____

State of: _____
County of: _____
Subscribed and sworn to before
me this _____ day of _____
Notary Public: _____
My Commission expires: _____

### CERTIFICATE FOR PAYMENT

In accordance with Contract Documents, based on on-site observations and the data comprising application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED** --------------------------------- $ _____
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner of Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

RRSB GO1st 04430

**CONTINUATION SHEET**

ATTACHMENT TO PAY APPLICATION

PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

Page 2 of    2    Pages

APPLICATION NUMBER:    1
APPLICATION DATE:    12/31/20
PERIOD TO:    31-Dec-20
ARCHITECT'S PROJECT NO:    26

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| Item No. | Description of Work | Scheduled Value | Work Completed | | Materials Presently Stored (Not In D or E) | Total Completed And Stored To Date (D + E + F) | % (G/C) | Balance To Finish (C - G) | Retainage (If Variable Rate) |
| | | | From Previous Application (D + E) | This Period | | | | | |
| 1 | GENERAL CONDITIONS | 178,033.00 | 82,443.36 | 26,873.87 | | 109,317.23 | 61% | 68,715.77 | |
| 2 | CONSTRUCTION STAKING | 19,636.36 | | 7,721.25 | | 7,721.25 | 39% | 11,915.11 | |
| 3 | EXCAVATION | 241,000.00 | 176,506.91 | 126,905.58 | | 303,412.49 | 126% | (62,412.49) | |
| 4 | ACCRUED INTEREST/EXCISE TAX | 399,272.73 | | 52,589.04 | | 52,589.04 | 13% | 346,683.69 | |
| 5 | PROJECT MANAGEMENT | 55,000.00 | | 25,000.00 | | 25,000.00 | 45% | 30,000.00 | |
| 6 | ARCHITECT | 350,000.00 | 158,800.00 | 110,950.00 | | 269,750.00 | 77% | 80,250.00 | |
| 7 | GENERAL CONTRACTOR | 463,221.53 | 290,000.00 | 105,000.00 | | 395,000.00 | 85% | 68,221.53 | |
| 8 | DEVELOPMENT FEE | 463,221.53 | | 85,000.00 | | 85,000.00 | 18% | 378,221.53 | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| | SUBTOTALS PAGE 2 | 2,169,385.15 | 707,750.27 | 540,039.74 | | 1,247,790.01 | 58% | 921,595.14 | |

RRSB GO1st 04431

INVOICE #572

# CLAUSEN CONSTRUCTION, INC.

412 20TH AVE NW
WATERTOWN SD, 57201

PHONE 605.878.0254 | FAX 605.878.0267



**PLEASE NOTE THE
NEW ADDRESS &
PHONE NUMBER**

### DATE:  DECEMBER 21, 2020

## BILL TO

JESSE CRAIG

**FOR**

SENIOR LIVING PROJECT

| DETAILS | AMOUNT |
|---|---|
| NOV 18 - 4 HRS LOADER @ $155 PER HOUR | $620.00 |
| 9 HRS EXCAVATOR @ $180 PER HOUR | $1,620.00 |
| 9 HRS SKIDSTEER @ $100 PER HOUR | $900.00 |
| 2 TRUCKS - 11 HRS @ $125 PER HOUR | $1,375.00 |
| NOV 19 - 10 HRS LOADER @ $155 PER HOUR | $1,550.00 |
| 10 HRS EXCAVATOR @ $180 PER HOUR | $1,800.00 |
| 10 HRS SKIDSTEER @ $100 PER HOUR | $1,000.00 |
| 4 TRUCKS - 40 HRS @ $125 PER HOUR | $5,000.00 |
| NOV 20 - 10 HRS LOADER @ $155 PER HOUR | $1,550.00 |
| 10 HRS EXCAVATOR @ $180 PER HOUR | $1,800.00 |
| 10 HRS SKIDSTEER @ $100 PER HOUR | $1,000.00 |

RRSB GO1st 04432

| DETAILS | AMOUNT |
| --- | --- |
| 4 TRUCKS - 40 HRS @ $125 PER HOUR | $5,000.00 |
| NOV 23 - 4 TRUCKS - 20 HRS @ $125 PER HOUR | $2,500.00 |
| 5 HRS EXCAVATOR @ $180 PER HOUR | $900.00 |
| 5 HRS LOADER @ $155 PER HOUR | $775.00 |
| NOV 24 - 10 HRS LOADER @ $155 PER HOUR | $1,550.00 |
| 10 HRS DOZER @ $165 PER HOUR | $1,650.00 |
| 10 HRS PACKER @ $100 PER HOUR | $1,000.00 |
| 2 TRUCK - 20 HRS @ $125 PER HOUR | $2,500.00 |
| NOV 25 - 10.5 HRS LOADER @ $155 PER HOUR | $1,627.50 |
| 10.5 HRS DOZER @ $165 PER HOUR | $1,732.50 |
| 10.5 HRS PACKER @ $100 PER HOUR | $1,050.00 |
| 4 TRUCKS - 42 HRS @ $125 PER HOUR | $5,250.00 |
| NOV 26 - 10.5 HRS LOADER @ $155 PER HOUR | $1,627.50 |
| NOV 27 - 10 HRS LOADER @ $155 PER HOUR | $1,550.00 |
| 10 HRS DOZER @ $165 PER HOUR | $1,650.00 |
| 10 HRS PACKER @ $100 PER HOUR | $1,000.00 |
| 4 TRUCKS - 40 HRS @ $125 PER HOUR | $5,000.00 |
| NOV 30 - 4 TRUCKS  42 HRS @ $125 PER HOUR | $5,250.00 |
| 10.5 HRS DOZER @ $165 PER HOUR | $1,732.50 |

RRSB GO1st 04433

| DETAILS | AMOUNT |
| --- | --- |
| 10.5 HRS LOADER @ $155.00 PER HOUR | $1,627.50 |
| 10.5 HRS PACKER @ $100 PER HOUR | $1,050.00 |
| DEC 1 - 10 HRS LOADER @ $155 PER HOUR | $1,550.00 |
| 10 HRS DOZER @ $165 PER HOUR | $1,650.00 |
| 10 HRS PACKER @ $100 PER HOUR | $1,000.00 |
| 4 TRUCKS 40 HRS @ $125 PER HOUR | $5,000.00 |
| DEC 7 - 7 HRS LOADER @ $155 PER HOUR | $1,085.00 |
| 7 HRS PACKER @ $100 PER HOUR | $700.00 |
| 7 HRS DOZER @ $165 PER HOUR | $1,155.00 |
| 4 TRUCKS - 28 HRS @ $125 PER HOUR | $3,500.00 |
| DEC 8 - 10.5 HRS LOADER @ $155 PER HOUR | $1,627.50 |
| 10.5 HRS PACKER @ $100 PER HOUR | $1,050.00 |
| 10.5 HRS DOZER @ $165 PER HOUR | $1,732.50 |
| 4 TRUCKS - 42 HRS @ $125 PER HOUR | $5,250.00 |
| DEC 9 - 5 HRS LOADER @ $155 PER HOUR | $775.00 |
| 5 HRS PACKER @ $100 PER HOUR | $500.00 |
| 5 HRS DOZER @ $165 PER HOUR | $825.00 |
| 4 TRUCKS - 20 HRS @ $125 PER HOUR | $2,500.00 |
| MATERIAL COST | $32,768.08 |

| | |
| --- | --- |
| SUBTOTAL | $126,905.58 |
| EXCISE TAX | |
| TOTAL | $126,905.58 |

MAKE ALL CHECKS PAYABLE TO CLAUSEN CONSTRUCTION INC.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS INVOICE, USE THE FOLLOWING CONTACT INFORMATION:

RON CLAUSEN, 605.878.0254, CLAUSENCONSTRUCTIONINC@GMAIL.COM

RRSB GO1st 04434

# infr▲structure

### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
Attn: Jesse Craig
1405 1st Ave N
Fargo, ND  58102

| | |
|---|---|
| Invoice number | 20403 |
| Date | 11/02/2020 |

Project  20042 - GENERATIONS ON 1ST

For Professional Services Through 11/02/2020

| Description | Current Billed |
|---|---|
| **20042.01 - Topographic Survey** | 6,100.00 |
| Total | 6,100.00 |

| | |
|---|---|
| Invoice subtotal | 6,100.00 |
| Taxable Sales | 396.50 |
| Invoice total | 6,496.50 |

*Thank you for your business.*
*For billing questions, please contact Becky Schuurmans at BeckyS@InfrastructureDG.com or 605-271-5527.*

RRSB GO1st 04435

# infr**A**structure
### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
Attn: Jesse Craig
1405 1st Ave N
Fargo, ND  58102

| | |
|---|---|
| Invoice number | 20404 |
| Date | 11/02/2020 |

Project  20042 - GENERATIONS ON 1ST

For Professional Services Through 11/02/2020

| Description | Current Billed |
|---|---|
| **20042.03 - Platting** | 1,150.00 |
| Total | 1,150.00 |

| | |
|---|---|
| Invoice subtotal | 1,150.00 |
| Taxable Sales | 74.75 |
| Invoice total | 1,224.75 |

*Thank you for your business.*
*For billing questions, please contact Becky Schuurmans at BeckyS@InfrastructureDG.com or 605-271-5527.*

RRSB GO1st 04436



701.239.4198
701.239.9643

8 Seventh Street N Fargo, ND 58102



**STROH**
ARCHITECTS | INTERIORS

October 2, 2020

Craig Holdings
PO Box 426
Fargo, ND 58107

*Re: Watertown Generations*
*(No Const Admin Services in*
*Fee) (Services in September)*

| | |
|---|---|
| *Fixed Fee Engineering* | $58,450.00 |
| *100% completed to date* | $58,450.00 |
| *Less amount billed to date* | -$ 0 |
| **Total Amount Due** | $58,450.00 |

Please pay upon receipt.

Thank you.

| 1-30 days | 31-60 days | 61-90 dys |
|---|---|---|
| | | |

RRSB GO1st 04437

**Simplified Improvement Professionals**

PO BOX 9379
FARGO, ND 58106



Generations on 1st
PO BOX 426
Fargo, ND 58107

| | | |
|---|---|---|
| Invoice number | | 01603 |
| Invoice date | | ########### |
| Due date | | 1/28/2021 |

Project Location: 26 1st Ave SW, Watertown, SD

| Item name | Description | QTY | AMOUNT | TOTAL |
|---|---|---|---|---|
| Materials | 8,700 sq ft 4" foam high density insulation | 1 | $18,687.21 | $18,687.21 |
| Snow Removal | Remove snow | 32 | $55.00 | $1,760.00 |
| Labor | Site clean up | 38 | $55.00 | $2,090.00 |
| Labor | Form footing | 33 | $55.00 | $1,815.00 |
| | | TOTAL | | $24,352.21 |
| | | SD State Tax | 7.50% | $1,826.42 |
| | | TOTAL DUE | | $26,178.63 |

Please submit payment to Simplified Improvement Professionals within 28 days. Invoices must be paid in full. Missed payment will result in lien on property plus 18% interest charge.

****PLEASE NOTE OUR MAILING ADDRESS CHANGE****

RRSB GO1st 04438

December 7, 2020

Remit to:  *T.L. Stroh Architects, Ltd*
*8 Seventh St. N.*
*Fargo, ND 58102*

Billing No. 1 (#2020.26) Generations

Craig Development
Box 426
Fargo, ND 58107

Billing for Architectural, & Engineering services:

| Total Architectural & Engineering Fee: | | | | |
|---|---|---|---|---|
| | Fixed Fee | of | | $350,000.00 |
| | | | | |
| Schematic Design | 15% | x | $350,000.00 | $52,500.00 |
| Design Development | 25% | x | $350,000.00 | $87,500.00 |
| Constr. Documents | 45% | x | $350,000.00 | $157,500.00 |
| Big/Neg. | 15% | x | $350,000.00 | $52,500.00 |
| | | | | $350,000.00 |

| Percentage Amounts Due this Request: | | | | |
|---|---|---|---|---|
| | | | | |
| Schematic Design | 100% | x | $52,500.00 | $52,500.00 |
| Design Development | 0% | x | $87,500.00 | $0.00 |
| Constr. Documents | 0% | x | $157,500.00 | $0.00 |
| Bid/Neg. | 0% | x | $52,500.00 | $0.00 |
| | Total | | | $52,500.00 |
| | Less billed to date | | | $0.00 |
| Subtotal | | | | $52,500.00 |

| Additional Services: | | |
|---|---|---|
| | | |
| Previous Amt Billed | $0.00 | |
| Subtotal | | $0.00 |

| Reimbursable Expenses: | | |
|---|---|---|
| Printing of Plans and Specs | | $0.00 |
| Postage/shipping costs | | $0.00 |
| Billed to Date | $0.00 | |
| Subtotal | | $0.00 |

*TOTAL AMOUNT DUE*                                    *$52,500.00*

*Total amount due within 15 days from date of statement.*



701.239.4198
701.239.9643

8 Seventh Street N Fargo, ND 58102



STROH
ARCHITECTS | INTERIORS

RRSB GO1st 04439

# BENCHMARK FOAM INC.

*Quick response is our guarantee.*

401 Pheasant Ridge Drive Watertown, SD 57201
Phone: 605-886-8084 • 800-658-3444 • Fax: 605-886-8099
www.BenchmarkFoam.com

## Order COD

| SOLD TO: | PREVAIL<br>100 EAST KEMP AVE SUITE<br>WATERTOWN  SD 57201<br>Phone:  605-237-4954 | SHIP TO: | PREVAIL<br>GENERATIONS ON 1ST<br>26 1ST AVE SW<br>WATERTOWN  SD 57201 |
|---|---|---|---|

ATTN:

ATTN:   JESSE KIIHL (605) 237-4954

| Sales Order | Ship No. | Cust No | Order Date | Tax | Requested | Sales Rep | Customer PO |
|---|---|---|---|---|---|---|---|
| 0082702 | 0000 | 105310 | 12/30/2020 | T | 1/19/2021 | COREY MENNENGA | EMAIL JESSE |

| Shipped Via | Freight Charge | Terms |
|---|---|---|
| LOCAL | N/C | PREPAY |

| Item | T | Quantity Ordered | UM | Part Number | Description | Price | Ext Price $ |
|---|---|---|---|---|---|---|---|
| 001 | S | 30.00 | EA | 1AF1CAA4A8 | 2" 4'X8' 2# EPS | 21.76000 | 652.80 |
| | | | | | Order SubTotal | | 652.80 |
| | | | | | SOUTH DAKOTA STATE    .04500 | | 29.38 |
| | | | | | WATERTOWN, SD       .02000 | | 13.06 |
| | | | | | Estimated Tax SubTotal | | 42.44 |
| | | | | Prepaid | XXXX-XXXX-XXXX-2417 EXP 11/24 | | -695.24 |

| | Total Order Amount (Includes Tax): | 0.00 |
|---|---|---|

| PD Check # | |
|---|---|
| Rec'd by | |

Delivered By: _____

Date: _____

Received By: _____

Received By(Printed Name): _____

*By signing this form, I certify that all of the listed merch. has been received in satisfactory condition. All claims and
returned goods MUST be accompanied by this receipt. (CALL FOR SHIPPING ADDRESS.)*

Page:     1

12/30/2020                          Virtual Terminal -View Receipt

BENCHMARK FOAM INC
401 PHEASANT DRIVE
WATERTOWN, SD, 57201
605-886-8084


Date: 12/30/2020 2:52:08 PM CST
Transaction ID: 611848841
Ref ID: 82702
Purchase Order #:
Card Type: Visa
Account: ************2417
Auth: 06255D
Amount: $695.24

Signature:_____

I MULINDA CRAIG cardholder agree to pay the above amount according to the card issuer agreement.
(Merchant agreement if credit voucher)

Thank You!

RRSB GO1st 04441        1/1

Invoice 005

# Craig Development, LLC
# Box 426, Fargo, ND  58107

1-31-20                          To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Dakota Portable Toilets | | 183.18 |
| 1 | Clausen | | 9,287.50 |
| 1 | Restaurant Design Equipment | | 2,130.00 |
| 1 | TL Stroh | | 87,500.00 |
| 1 | Craig Development (GC) | | 0.00 |
| 1 | Craig Development (part dev fee) | | 150,000.00 |
| 1 | SIP | | 8,422.21 |
| 1 | Craig Development (site sup) | | 10,000.00 |
| 1 | Schumacher Elevator | | 38,125.00 |
| 1 | LCI | | 63,000.00 |

|  |  |
|---|---|
| Subtotal | 368,647.89 |
| Excise Tax | 7,372.95 |
| Shipping & Handling | |
| **Total Due By 2.10.2021** | **376,020.84** |

Thank you for your business!

Tel: 701-232-1355          Email: jcraig@craigprop.com

RRSB GO1st 04442

# APPLICATION AND CERTIFICATE FOR PAYMENT

PAGE ONE OF 2 PAGES

TO OWNER:
GENERATIONS ON 1ST
1405 1ST AVE N
FARGO, ND 58102

PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

APPLICATION #: 5
PERIOD TO: 01/31/21
PROJECT NOS: 26

Distribution to:
Owner ☐
Const. Mgr ☐
Architect ☐
Contractor ☒

FROM CONTRACTOR:
CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
FARGO, ND 58102

VIA ARCHITECT:
TL STROH ARCHITECTS

CONTRACT DATE:

CONTRACT FOR:

VIA CONSTRUCTION MANAGER: CRAIG DEVELOPMENT/PREVAIL BUILD

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet is attached.

1. ORIGINAL CONTRACT SUM----------------------- $ 10,990,000.00
2. Net change by Change Orders------------------- $
3. CONTRACT SUM TO DATE (Line 1 +/- 2) $ 10,990,000.00
4. TOTAL COMPLETED & STORED TO DATE-$ 1,040,156.56
   (Column G on Continuation Sheet)
5. RETAINAGE:
   a. _____ of Completed Work
      (Columns D+E on Continuation Sheet) $
   b. _____ of Stored Material
      (Column F on Continuation Sheet) $
      Total Retainage (Line 5a + 5b or
      Total in Column 1 of Continuation Sheet---- $
6. TOTAL EARNED LESS RETAINAGE--------------- $ 1,040,156.56
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 from prior Certificate)------------- $ 664,135.72
8. CURRENT PAYMENT DUE---------------------- $ 376,020.84
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6) $ 9,949,843.44

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown therein is now due.

CONTRACTOR:

By: _____ Date: _____

State of:
County of:
Subscribed and sworn to before
me this _____ day of _____

Notary Public:
My Commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ---------------------- $ _____
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner of Contractor under this Contract.

RRSB GO1st 04443

**CONTINUATION SHEET**
ATTACHMENT TO PAY APPLICATION
PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

Page 2 of 2 Pages
APPLICATION NUMBER: 5
APPLICATION DATE: 01/31/21
PERIOD TO: 31-Jan-21
ARCHITECT'S PROJECT NO.: 26

| A Item No. | B Description of Work | C Scheduled Value | D Work Completed From Previous Application (D + E) | E Work Completed This Period | F Materials Presently Stored (Not In D or E) | G Total Completed And Stored To Date (D + E + F) | % (G/C) | H Balance To Finish (C - G) | I Retainage (If Variable Rate) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | GENERAL CONDITIONS | 178,033.00 | 109,317.23 | 8,605.39 | | 117,922.62 | 66% | 60,110.38 | |
| 2 | TESTING AND INSPECTIONS | 45,818.18 | 2,481.45 | 2,130.00 | | 4,611.45 | 10% | 41,206.73 | |
| 3 | CONCRETE | 679,000.00 | 120,000.00 | 63,000.00 | | 183,000.00 | 27% | 496,000.00 | |
| 4 | CONCRETE COLD WEATHER CHARGES | 52,000.00 | | 9,287.50 | | 9,287.50 | 18% | 42,712.50 | |
| 5 | CONVEYING SYSTEMS | 152,500.00 | | 38,125.00 | | 38,125.00 | 25% | 114,375.00 | |
| 6 | ACCRUED INTEREST/EXCISE TAX | 399,272.73 | 52,587.04 | 7,372.95 | | 59,959.99 | 15% | 339,312.74 | |
| 7 | PROJECT MANAGEMENT | 55,000.00 | 25,000.00 | 10,000.00 | | 35,000.00 | 64% | 20,000.00 | |
| 8 | ARCHITECH ENGINEER | 350,000.00 | 269,750.00 | 87,500.00 | | 357,250.00 | 102% | (7,250.00) | |
| 9 | DEVELOPMENT FEE | 465,728.98 | 85,000.00 | 150,000.00 | | 235,000.00 | 50% | 230,728.98 | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| | SUBTOTALS PAGE 2 | 2,377,352.89 | 664,135.72 | 376,020.84 | | 1,040,156.56 | 44% | 1,337,196.33 | |

**CONTINUATION SHEET**

Page 3 of 2 Pages

RRSB GO1st 04444

# Invoice

**Dakota Portable Toilets, Inc.**

DAKOTA
605.880.1699

PO Box 8513
Brookings, SD 57006

| Date | Invoice # |
|------|-----------|
| 1/6/2021 | 11666 |

| Bill To | Ship To |
|---------|---------|
| Craig Development<br>1405 1st Ave. N<br>Fargo, ND 58102 | Generations On 1st<br>26 1st Ave. NW<br>Watertown<br>1/5-2/2 |

Due on receipt

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Portable Toilet Rental with Weekly Service | 165.00 | 165.00T |
| 1 | Salt/ Methanol | 7.00 | 7.00T |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $172.00 |
| **Sales Tax  (6.5%)** | $11.18 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $183.18 |

If you would prefer your invoices emailed to you rather than mailed, please send us an email at info@dakotaportabletoilets.com
letting us know that you would like to make the switch.

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 605-880-1699 | 866-371-6218 | info@dakotaportabletoilets.com | www.dakotaportabletoilets.com |

RRSB GO1st 04445

**Clausen Construction Incorporated**
412 20th Ave NW
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

# Invoice  585



**BILL TO**
Jesse Craig

| | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| | 01/18/2021 | $9,287.50 | 02/17/2021 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/05/2021 | skidsteer hours cleaning snow | 5 | 100.00 | 500.00 |
| 01/06/2021 | skidsteer hours | 3 | 100.00 | 300.00 |
| 01/06/2021 | excavator hours | 9 | 185.00 | 1,665.00 |
| 01/06/2021 | dozer hours | 9 | 165.00 | 1,485.00 |
| 01/06/2021 | man hours | 9 | 45.00 | 405.00 |
| 01/07/2021 | excavator hours | 8.50 | 185.00 | 1,572.50 |
| 01/07/2021 | dozer hours | 8.50 | 165.00 | 1,402.50 |
| 01/07/2021 | man hours | 8.50 | 45.00 | 382.50 |
| 01/08/2021 | excavator hours | 4.50 | 185.00 | 832.50 |
| 01/08/2021 | dozer hours | 4.50 | 165.00 | 742.50 |

Footings

**TOTAL DUE**      **$9,287.50**

THANK YOU.

RRSB GO1st 04446

**INVOICE**

Please make checks payable to:

**Restaurant Design Equipment & Supply**

Page   1/1

**Sold To**
GENERATIONS ON 1ST
1405 1ST AVE N
FARGO ND 58102

**Ship To**
SENIOR LIVING CENTER PROJECT
26 1ST AVE SW
WATERTOWN SD

| Customer # | Order Date | Sales Order # | Buyer | Customer P/O # | Ship Via | Salesman |
|---|---|---|---|---|---|---|
| 0001833 | 10/22/2020 | 015840 | | | DELIVER | 05 |

| Invoice # | Invoice Date | Ship Date | Freight Terms | Job Number | Terms | |
|---|---|---|---|---|---|---|
| 015840A | 01/12/2021 | 01/12/21 | PREPAID | | NET 10 DAYS | |

| LN | QNTY ORD | QNTY SHIP | QNTY B/O | PRODUCT DESCRIPTION | UOM | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0.5 | | **ISI-DESIGN** INSTITUTIONS SERVICES DESIGN FEES | Lot | 4000.00 | $2000.00 |

**Terms & Conditions**
If payment is not made within terms,interest will
accrue at the rate of one and one half percent
(1 1/2%) per month which is APR of eighteen
percent (18%) per annum on the unpaid balance.

| | |
|---|---|
| Merchandise | 2,000.00 |
| Freight | 0.00 |
| Misc Charges | 0.00 |
| Sub Total | 2,000.00 |
| Taxable | 2,000.00 |
| Tax (0924) | 130.00 |
| TOTAL | $2,130.00 |

<u>Customer Copy</u>    Pay By 01/22/2021    Writer: JNT

RRSB GO1st 04447

January 4, 2021

Remit to:     T.L. Stroh Architects, Ltd
8 Seventh St. N.
Fargo, ND 58102

Billing No. 2 (#2020.26) Generations

Craig Development
Box 426
Fargo, ND 58107

Billing for Architectural, & Engineering services:

| Total Architectural & Engineering Fee: | | | | |
|---|---|---|---|---|
| | Fixed Fee | of | | $350,000.00 |
| | | | | |
| Schematic Design | 15% | x | $350,000.00 | $52,500.00 |
| Design Development | 25% | x | $350,000.00 | $87,500.00 |
| Constr. Documents | 45% | x | $350,000.00 | $157,500.00 |
| Big/Neg. | 15% | x | $350,000.00 | $52,500.00 |
| | | | | $350,000.00 |

| Percentage Amounts Due this Request: | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Schematic Design | 100% | x | $52,500.00 | $52,500.00 | |
| Design Development | 100% | x | $87,500.00 | $87,500.00 | |
| Constr. Documents | 0% | x | $157,500.00 | $0.00 | |
| Bid/Neg. | 0% | x | $52,500.00 | $0.00 | |
| | Total | | | $140,000.00 | |
| | Less billed to date | | | -$52,500.00 | |
| Subtotal | | | | | $87,500.00 |

| Additional Services: | | |
|---|---|---|
| | | |
| | Previous Amt Billed | $0.00 | |
| Subtotal | | $0.00 |

| Reimbursable Expenses: | | | |
|---|---|---|---|
| | Printing of Plans and Specs | $0.00 | |
| | Postage/shipping costs | $0.00 | |
| | Billed to Date | $0.00 | |
| Subtotal | | | $0.00 |

*TOTAL AMOUNT DUE*             *$87,500.00*

*Total amount due within 15 days from date of statement.*




701.239.4198
701.239.9643

8 Seventh Street N Fargo, ND 58102

RRSB GO1st 04448



**SCHUMACHER ELEVATOR COMPANY**
**PO BOX 393**
**ONE SCHUMACHER WAY**
**DENVER, IOWA 50622**

PHONE: (319) 984-5676
www.schumacherelevator.com
accounting@schumacherelevator.com

# INVOICE

| BILL TO: | jcraig701@gmail.com | | |
|---|---|---|---|
| | **GENERATIONS ON 1ST** | **INVOICE DATE:** | **1/18/2021** |
| | **ATTN: JESSE CRAIG** | **INVOICE ID:** | **SCH000017-2932DP1** |
| | **1405 1ST AVE N** | **CUSTOMER SHIP TO:** | **1017120** |
| | **FARGO, ND 58102** | **PURCHASE ORDER:** | **N/A** |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1.00 | **DOWN PAYMENT** | **$38,125.00** | **$38,125.00** |
| | GENERATIONS ON 1ST APARTMENTS WATERTOWN INGROUND | | |
| | JOB(S):41697 | | |
| | | | |
| | MILESTONE 1 | | |
| | RESERVE SPOT ON MASTER SCHEDULE | | |
| | BEGIN SUBMITTAL AND ENGINEERING PROCESS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL: | $38,125.00 |
| | | SALES TAX: | - |
| | | TOTAL: | $38,125.00 |

**Please make all checks payable to Schumacher Elevator Company.**

**If you have any questions or concerns, please contact Chris Davis at** chris.davis@schumacherelevator.com **or (319) 984-5676. Thank you for your business!**

SCHUMACHER ELEVATOR COMPANY  |  ONE SCHUMACHER WAY  |  DENVER, IOWA 50622  |  (319) 984-5676

RRSB GO1st 04449

**Limoges Construction, Inc.**
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/26/2021 | 7804 |

**Bill To**

| Vendor No. |
|------------|
| |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2101-Generations on 1st | | |

| Description | Amount |
|-------------|--------|
| Progress Billing | 70,000.00 |
| Less 10% | -7,000.00 |

| | |
|---|---|
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $63,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $63,000.00 |

RRSB GO1st 04450

# Invoice 006

## Craig Development, LLC
## Box 426, Fargo, ND  58107

2-28-20                    To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Dakota Portable Toilets | | 183.18 |
| 1 | Geotek | | 729.53 |
| 1 | Craig Development (GC) | | 25,000.00 |
| 1 | Craig Development (part dev fee) | | 50,000.00 |
| 1 | SIP | | 5,222.09 |
| 1 | Craig Development (site sup) | | 10,000.00 |
| 1 | Stan Houston | | 185.31 |
| 1 | LCI | | 78,750.00 |
| 1 | Gage | | 525,600.00 |
| 1 | WMU | | 9,000.00 |

|  |  |
|---|---|
| Subtotal | 704,670.11 |
| Excise Tax | 14,093.40 |
| **Total Due By 3.10.2021** | **718,763.51** |

Thank you for your business!

Tel: 701-232-1355          Email: jcraig@craigprop.com

# APPLICATION AND CERTIFICATE FOR PAYMENT

TO OWNER:
GENERATIONS ON 1ST
1405 1ST AVE N
FARGO, ND 58102

FROM CONTRACTOR:
CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
FARGO, ND 58102

CONTRACT FOR:

PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

VIA ARCHITECT:
TL STROH ARCHITECTS

VIA CONSTRUCTION MANAGER: CRAIG DEVELOPMENT/PREVAIL BUILD

| | |
|---|---|
| APPLICATION #: | 6 |
| PERIOD TO: | 02/28/21 |
| PROJECT NOS: | 26 |

CONTRACT DATE:

PAGE ONE OF 2 PAGES

Distribution to:
| | |
|---|---|
| Owner | |
| Const. Mgr. | |
| Architect | |
| Contractor | X |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet is attached.

1. ORIGINAL CONTRACT SUM------------------------ $ 10,990,000.00
2. Net change by Change Orders------------------ $
3. CONTRACT SUM TO DATE (Line 1 +/- 2)--------- $ 10,990,000.00
4. TOTAL COMPLETED & STORED TO DATE-$ 3,371,495.56
   (Column G on Continuation Sheet)
5. RETAINAGE:
   a. ____ of Completed Work
      (Columns D+E on Continuation Sheet) $
   b. ____ of Stored Material
      (Column F on Continuation Sheet) $
   Total Retainage (Line 5a + 5b or
   Total in Column I of Continuation Sheet------ $
6. TOTAL EARNED LESS RETAINAGE----------------- $ 3,371,495.56
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 from prior Certificate)------------- $ 2,652,732.05
8. CURRENT PAYMENT DUE------------------------- $ 718,763.51
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6) $ 7,618,504.44

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown therein is now due.

CONTRACTOR:

By: _____ Date: _____

State of:
County of:
Subscribed and sworn to before
me this ____ day of ____
Notary Public:
My Commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ------------------------------ $
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or of Contractor under this Contract.

RRSB GO1st 04452

# CONTINUATION SHEET

ATTACHMENT TO PAY APPLICATION
PROJECT: WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

Page 2 of 2 Pages
APPLICATION NUMBER: 6
APPLICATION DATE: 02/28/21
PERIOD TO: 28-Feb-21
ARCHITECT'S PROJECT NO: 26

| A Item No. | B Description of Work | C Scheduled Value | D Work Completed From Previous Application (D + E) | E Work Completed This Period | F Materials Presently Stored (Not in D or E) | G Total Completed And Stored To Date (D + E + F) | % (G/C) | H Balance To Finish (C - G) | I Retainage (If Variable Rate) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | GENERAL CONDITIONS | 178,033.00 | 117,922.62 | 5,590.58 | | 123,513.20 | 69% | 54,519.80 | |
| 2 | TESTING AND INSPECTIONS | 45,818.18 | 4,611.45 | 729.53 | | 5,340.98 | 12% | 40,477.20 | |
| 3 | CONCRETE | 679,000.00 | 183,000.00 | 78,750.00 | | 261,750.00 | 39% | 417,250.00 | |
| 4 | PRECAST CONCRETE | 1,160,000.00 | 325,000.00 | 525,600.00 | | 850,600.00 | 73% | 309,400.00 | |
| 5 | | | | | | | | | |
| 6 | ACCRUED INTEREST/EXCISE TAX | 399,272.73 | 59,959.99 | 23,093.40 | | 83,053.39 | 21% | 316,219.34 | |
| 7 | PROJECT MANAGEMENT | 55,000.00 | 3,500.00 | 10,000.00 | | 13,500.00 | 25% | 41,500.00 | |
| 8 | GENERAL CONTRACTOR | 480,206.63 | 395,000.00 | 25,000.00 | | 420,000.00 | 87% | 60,206.63 | |
| 9 | DEVELOPMENT FEE | 384,165.30 | 235,000.00 | 50,000.00 | | 285,000.00 | 74% | 99,165.30 | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| | SUBTOTALS PAGE 2 | 3,381,495.84 | 1,323,994.06 | 718,763.51 | | 2,042,757.57 | 60% | 1,338,738.27 | |

CONTINUATION SHEET

Page 3 of 2 Pages

RRSB GO1st 04453



# Invoice

**Dakota Portable Toilets, Inc.**

PO Box 8513
Brookings, SD 57006

| Date | Invoice # |
|------|-----------|
| 2/15/2021 | 11814 |

| Bill To |
|---------|
| Craig Development<br>1405 1st Ave. N<br>Fargo, ND 58102 |

| Ship To |
|---------|
| Parkside<br>8 2nd St. NE<br>Watertown, SD<br>2/15-3/15 |

Due on receipt

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Portable Toilet Rental with Weekly Service | 165.00 | 165.00T |
| 1 | Salt/ Methanol | 7.00 | 7.00T |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $172.00 |
| **Sales Tax  (6.5%)** | $11.18 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $183.18 |

If you would prefer your invoices emailed to you rather than mailed, please send us an email at info@dakotaportabletoilets.com letting us know that you would like to make the switch.

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 605-880-1699 | 866-371-6218 | info@dakotaportabletoilets.com | www.dakotaportabletoilets.com |

RRSB GO1st 04454



**GEOTEK ENGINEERING
& TESTING SERVICES, INC.**
909 East 50th Street North
Sioux Falls, South Dakota 57104
605-335-5512   Fax 605-335-0773
1-800-354-5512  www.geotekeng.com

**Invoice**

Prevail
100 East Kemp Ave., Suite E
Watertown, SD  57201

**Invoice Number** 20K9220-IN
**Invoice Date:** 1/28/2021
**Contact** Jesse Kiihl
**Customer P.O.:**
**Terms:** Net 30

| Description | Quantity | | Unit Cost | Amount |
|---|---|---|---|---|
| PROJECT | | | | |
| GENERATIONS ON 1ST SENIOR HOUSING | | | | |
| 26 - 1ST AVENUE SW | | | | |
| WATERTOWN, SD | | | | |
| | | | | |
| MOBILIZATION | | | | |
| Staff Engineer Mobilization | 1.00 | TRIP | 430.00 | $430.00 |
| | | | | |
| EARTHWORK TESTS/INSPECTION | | | | |
| Staff Engineer | 1.00 | HOUR | 105.00 | $105.00 |
| | | | | |
| Standard Proctor Tests | 1.00 | TEST | 150.00 | $150.00 |

|  |  |
|---|---|
| Net Invoice: | $685.00 |
| Freight: | 0.00 |
| Sales Tax: | $44.53 |
| **Invoice Total:** | **$729.53** |

Balances not paid within 30 days of invoice date are
subject to 1 1/2% per month FINANCE CHARGE.

RRSB GO1st 04455

**Simplified Improvement Professionals**

PO BOX 9379
FARGO, ND 58106



Generations on 1st
PO BOX 426
Fargo, ND 58107

| | | | |
|---|---|---|---|
| Invoice number | | 01071 | |
| Invoice date | | 2/27/2021 | |
| Due date | | 3/14/2021 | |

Project Location: 26 1st Ave S, Watertown, SD

| Item name | Description | QTY | AMOUNT | TOTAL |
|---|---|---|---|---|
| Snow Removal | Remove snow | 13 | $55.00 | $715.00 |
| Labor | Site clean up | 10.5 | $55.00 | $577.50 |
| Labor | Form footing | 16 | $55.00 | $880.00 |
| Materials | Blankets for footings | 1 | $2,376.36 | $2,376.36 |
| Labor | Install blankets on concrete footings | 9 | $55.00 | $495.00 |

| | | |
|---|---|---|
| **TOTAL** | | **$5,043.86** |
| **SD State Tax** | 7.50% | **$178.23** |
| **TOTAL DUE** | | **$5,222.09** |

Please submit payment to Simplified Improvement Professionals within 28 days. Invoices must be paid in full. Missed payment will result in lien on property plus 18% interest charge.

#### ****PLEASE NOTE OUR MAILING ADDRESS CHANGE****

RRSB GO1st 04456

# Stan HOUSTON
## EQUIPMENT COMPANY, INC.

**Sioux Falls**
3020 W. 12th St
605-336-3727
800-952-3033

**Rapid City**
1210 Deadwood Ave
605-348-1155
800-242-1948

**Sioux City**
412 Lewis Blvd
712-255-3001
800-255-8440

**Aberdeen**
39213 133rd St
605-262-3727
877-346-7499

**Watertown**
920 9th Ave SW
605-878-3727
800-854-4953

**Omaha**
4240 S 50th St

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | 2/12/2021 |
| INVOICE NUMBER | 05  990992 |
| ACCOUNT NUMBER | 116357 |

SOLD TO:  CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND  58102

SHIP TO:  CRAIG DEVELOPMENT

1405 1ST AVE N
.FARGO, ND  58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE RATE of 18%, will be charged on all accounts which become past due and a 1 1/2% additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PERMISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED FROM US.
Enter claims against transportation company for loss sustained due to loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER GENERATIONS | JOB | | | SOLD BY SCOTT S |
|---|---|---|---|---|---|
| SHIPPED VIA | | SHIP DATE | WORK ORDER NUMBER | | ORDERED BY |
| PICK-UP | | 2/12/2021 | 610495 | JESSE | |

| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| VOL 05-00359 | 12/3 50' EXTENSION CORD SINGLE ENDS | 4.0 | | 43.500 | EA | | 174.00 |

| | |
|---|---|
| LINE TOTAL: | 174.00 |
| SUBTOTAL: | 174.00 |
| WATERTOWN SD | 11.31 |
| TOTAL: | 185.31 |

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder. In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON EQUIPMENT COMPANY until paid for and they reserve the right to revoke this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

RRSB GO1st 04457



Limoges Construction, Inc.
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/25/2021 | 7819 |

**Bill To**

| Vendor No. |
|------------|
| |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2101-Generations on 1st | | |

| Description | Amount |
|-------------|--------|
| Progress Billing | 80,000.00 |
| Winter Charges | 7,500.00 |
| Less 10% | -8,750.00 |

| | |
|---|---|
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $78,750.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $78,750.00 |

RRSB GO1st 04458

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*

PAGE ONE OF    PAGES

TO PRIME CONTRACTOR:
Prevail, LLC
100 East Kemp Avenue, Suite E
Watertown, SD 57201

FROM CONTRACTOR:
Gage Bros. Concrete Prod. Inc.
2810 N Bahnson Ave
Sioux Falls, SD 57104

CONTRACT FOR:  Concrete Products

PROJECT: Generations on 1st
Watertown, SD

VIA:

APPLICATION NO:    1

PERIOD TO:    02/28/2021

PROJECT NOS:
JOB NO:    20-11349
CONTRACT DATE:

Distribution to:
OWNER
ARCHITECT
CONTRACTOR

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 1,145,500.00 |
| 2. Net change by Change Orders | | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,145,500.00 |
| 4. TOTAL COMPLETED & STORED TO DATE | $ | 584,000.00 |
| (Column G on G703) | | |
| 5. RETAINAGE: | | |
| a.   10   % of Completed Work   $ | 58,400.00 | |
| (Column D + E on G703) | | |
| b.        % of Stored Material   $ | | |
| (Column F on G703) | | |
| Total Retainage (Lines 5a + 5b or | | |
| Total in Column I of G703) | $ | 58,400.00 |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 525,600.00 |
| (Line 4 Less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | |
| PAYMENT (Line 6 from prior Certificate) | $ | 0.00 |
| 8. CURRENT PAYMENT DUE | $ | 525,600.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ | 619,900.00 |
| (Line 3 less Line 6) | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | $0.00 | $0.00 |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been paid by
the Contractor for Work for which previous Certificates for Payment were issued and
payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: *[signature]*    Date: 02-25-2021

State of:    South Dakota    County of: Minnehaha
Subscribed and sworn to before me this    25th day of February, 2021
Notary Public:    *[signature]*
My Commission expires:  1/22/2026

*[Notary seal: THOMAS ABRAHAMSON, NOTARY PUBLIC, SOUTH DAKOTA, SEAL]*

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising the application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work has progressed as indicated,
the quality of the Work is in accordance with the Contract Documents, and the Contractor
is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......... $

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this
Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By:    Date:

This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the
Contractor named herein.  Issuance, payment and acceptance of payment are without
prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 - APPLICATION AND CERTIFICATION FOR PAYMENT - 1992 EDITION - AIA - ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE, N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Documents Authenticity from the Licensee.



# WATERTOWN MUNICIPAL UTILITIES

901 - 4TH AVENUE SW • WATERTOWN, SD 57201-4107
PHONE: (605) 882-6233 • FAX: (605) 882-6238
WWW.WATERTOWNMU.COM

Date: February 18, 2021

RE: Generations on 1st

Account# 2687-1

Jesse,

We will need a deposit of $9,000.00 to put utilities into your name at

26 1st Ave SW in Watertown, SD 57201.

Thank You,

Gina Brown

Customer Service, Billing & Collections Supervisor

RRSB GO1st 04460

# Invoice 007

## Craig Development, LLC
## Box 426, Fargo, ND  58107

3-31-21                              To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Dakota Portable Toilets | | 175.73 |
| 1 | TL Stroh | | 157,500.00 |
| 1 | Craig Development (GC) | | 15,000.00 |
| 1 | Craig Development (part dev fee) | | 75,000.00 |
| 1 | Watertown Utilities | | 175.43 |
| 1 | Craig Development (site sup) | | 10,000.00 |
| 1 | Xtreme Fire | | 19,614.00 |
| 1 | LCI | | 241,319.70 |
| 1 | CR Concrete | | 5,005.50 |
| 1 | Innovative Wall | | 45,727.47 |

| | | |
|---|---|---|
| Subtotal | | 569,517.83 |
| Excise Tax | | 11,390.04 |
| Shipping & Handling | | |
| **Total Due By 4.10.2021** | | **580,907.87** |

Thank you for your business!

Tel: 701-232-1355          Email: jcraig@craigprop.com

RRSB GO1st 04461

# APPLICATION AND CERTIFICATE FOR PAYMENT

PAGE ONE OF  2  PAGES

TO OWNER:
GENERATIONS ON 1ST
1405 1ST AVE N
FARGO, ND 58102

FROM CONTRACTOR:
CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
FARGO, ND 58102

CONTRACT FOR:

PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

VIA ARCHITECT:
TL STROH ARCHITECTS

VIA CONSTRUCTION MANAGER: CRAIG DEVELOPMENT/PREVAIL BUILD

APPLICATION #:  7
PERIOD TO:     03/31/21
PROJECT NOS:   26

CONTRACT DATE:

Distribution to:
| | |
|---|---|
| | Owner |
| | Const. Mgr |
| | Architect |
| X | Contractor |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet is attached.

1. ORIGINAL CONTRACT SUM------------------------$  10,990,000.00
2. Net change by Change Orders-------------------$
3. CONTRACT SUM TO DATE (Line 1 +/- 2)          $  10,990,000.00
4. TOTAL COMPLETED & STORED TO DATE-$           3,371,495.56
   (Column G on Continuation Sheet)
5. RETAINAGE:
   a. _____ of Completed Work                  $
      (Columns D+E on Continuation Sheet)
   b. _____ of Stored Material                  $
      (Column F on Continuation Sheet)
   Total Retainage (Line 5a + 5b or              $
   Total in Column I of Continuation Sheet)
6. TOTAL EARNED LESS RETAINAGE-----------------$  4,140,160.02
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 from prior Certificate)--------------$  3,559,252.15
8. CURRENT PAYMENT DUE------------------------- $  580,907.87
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)            $  6,849,839.98

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown therein is now due.

CONTRACTOR:

By: _____   Date: _____

State of:
County of:
Subscribed and sworn to before
me this _____ day of _____
Notary Public:
My Commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with Contract Documents, based on on-site observations and the data comprising application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ------------------------------- $ _____
(Attach explanation if amount certified differs from the amount applied for.  Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____   Date: _____

This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named herein.  Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner of Contractor under this Contract.

RRSB GO1st 04462

**CONTINUATION SHEET**
ATTACHMENT TO PAY APPLICATION
PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

Page 2 of    2    Pages
APPLICATION NUMBER:                    7
APPLICATION DATE:              03/31/21
PERIOD TO:              31-Mar-21
ARCHITECT'S PROJECT NO.              26

| Item No. | Description of Work | Scheduled Value | Work Completed From Previous Application (D + E) | Work Completed This Period | Materials Presently Stored (Not In D or E) | Total Completed And Stored To Date (D + E + F) | % (G/C) | Balance To Finish (C - G) | Retainage (If Variable Rate) |
|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | | H | I |
| 1 | GENERAL CONDITIONS | 178,033.00 | 132,513.20 | 351.16 | | 132,864.36 | 75% | 45,168.64 | |
| 2 | CONCRETE WATERPROOFING/INSUL | 6,690.00 | | 5,005.50 | | 5,005.50 | 75% | 1,684.50 | |
| 3 | CONCRETE | 679,000.00 | 261,750.00 | 241,319.70 | | 503,069.70 | 74% | 175,930.30 | |
| 4 | CMU BLOCK | 275,149.00 | | 45,727.47 | | 45,727.47 | 17% | 229,421.53 | |
| 5 | BUILDING SPRIKLER | 123,185.45 | | 19,614.00 | | 19,614.00 | 16% | 103,571.45 | |
| 6 | ACCRUED INTEREST/EXCISE TAX | 399,272.73 | 74,055.39 | 11,390.04 | | 85,445.43 | 21% | 313,827.30 | |
| 7 | PROJECT MANAGEMENT | 55,000.00 | 45,000.00 | 10,000.00 | | 55,000.00 | 100% | | |
| 8 | GENERAL CONTRACTOR | 480,206.63 | 420,000.00 | 15,000.00 | | 435,000.00 | 91% | 45,206.63 | |
| 9 | DEVELOPMENT FEE | 384,165.30 | 285,000.00 | 75,000.00 | | 360,000.00 | 94% | 24,165.30 | |
| 10 | ARCHITECT/ENGINEER | 507,500.00 | 357,250.00 | 157,500.00 | | 514,750.00 | 101% | (7,250.00) | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| | SUBTOTALS PAGE 2 | 3,088,202.11 | 1,575,568.59 | 580,907.87 | | 2,156,476.46 | 70% | 931,725.65 | |

**CONTINUATION SHEET**

Page 3 of    2    Pages

RRSB GO1st 04463

**DAKOTA**
605-880-1699

Dakota Portable Toilets, Inc.

PO Box 8513
Brookings, SD 57006

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/30/2021 | 11965 |

**Bill To**

Craig Development
1405 1st Ave. N
Fargo. ND 58102

**Ship To**

Generations On 1st
26 1st Ave. NW
Watertown
3/30-4/27

Due on receipt

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Portable Toilet Rental with Weekly Service | 165.00 | 165.00T |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $165.00 |
| **Sales Tax  (6.5%)** | $10.73 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $175.73 |

If you would prefer your invoices emailed to you rather than mailed, please send us an email at info@dakotaportabletoilets.com
letting us know that you would like to make the switch.

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 605-880-1699 | 866-371-6218 | info@dakotaportabletoilets.com | www.dakotaportabletoilets.com |

RRSB GO1st 04464

February 3, 2021

Billing No. 3 (#2020.26) Generations

Craig Development
Box 426
Fargo, ND 58107

Remit to:  T.L. Stroh Architects, Ltd
8 Seventh St. N.
Fargo, ND 58102

Billing for Architectural, & Engineering services:

| Total Architectural & Engineering Fee: | | | | |
|---|---|---|---|---|
| | Fixed Fee | of | | $350,000.00 |
| | | | | |
| Schematic Design | 15% | x | $350,000.00 | $52,500.00 |
| Design Development | 25% | x | $350,000.00 | $87,500.00 |
| Constr. Documents | 45% | x | $350,000.00 | $157,500.00 |
| Big/Neg. | 15% | x | $350,000.00 | $52,500.00 |
| | | | | $350,000.00 |

| Percentage Amounts Due this Request: | | | | |
|---|---|---|---|---|
| | | | | |
| Schematic Design | 100% | x | $52,500.00 | $52,500.00 |
| Design Development | 100% | x | $87,500.00 | $87,500.00 |
| Constr. Documents | 100% | x | $157,500.00 | $157,500.00 |
| Bid/Neg. | 0% | x | $52,500.00 | $0.00 |
| Total | | | | $297,500.00 |
| Less billed to date | | | | -$140,000.00 |
| Subtotal | | | | $157,500.00 |

| Additional Services: | | |
|---|---|---|
| | | |
| Previous Amt Billed | $0.00 | |
| Subtotal | | $0.00 |

| Reimbursable Expenses: | | |
|---|---|---|
| Printing of Plans and Specs | $0.00 | |
| Postage/shipping costs | $0.00 | |
| Billed to Date | $0.00 | |
| Subtotal | | $0.00 |

**TOTAL AMOUNT DUE**                                    $157,500.00

Total amount due within 15 days from date of statement.



701.239.4198
701.239.9643

8 Seventh Street N Fargo, ND 58102



STROH
ARCHITECTS | INTERIORS

RRSB GO1st 04465

PLEASE REMIT TO:

## WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE. SW
WATERTOWN, SD 57201
Office 605-882-6233   www.watertownmu.com

| Customer Account Number | | |
|---|---|---|
| 001■■2687-01 | | |
| Due Date | Amount Due | Late Amount |
| 04/12/2021 | 175.43 | 177.05 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW | | |



GENERATIONS ON 1ST              1983
1405 1ST AVE N
FARGO ND 58102-4203

---

Page 1                          *Please detach top portion and return with payment.*                          Page 1

**MUNICIPAL UTILITIES DEPT.**  Account Number  **Name**                          Service Address
            001-■■2687-01   GENERATIONS ON 1ST                26 1 AVE SW

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000048873 | 03/19/2021 | 02/18/2021 | 29 | MR | 00431 | 00247 | 1 | 184 | kWh | |



| | |
|---|---|
| PREVIOUS BALANCE | 1,848.07 |
| Power Supply Refund   03/18/2021 | -120.00 |
| LATE PENALTY   03/11/2021 | 12.53 |
| BILLING ADJUSTMENT   03/03/2021 | -1,597.50 |
| BALANCE FORWARD | 143.10 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 16.00 |
| Electric Energy | 14.35 |
| Electric State Tax | 1.37 |
| Electric City Tax | 0.61 |
| TOTAL ELECTRIC CHARGES | 32.33 |
| | |
| CURRENT CHARGES | $32.33 |
| | |
| TOTAL AMOUNT DUE | $175.43 |

---

121588
                                        Deposit $9,000.00 on account as of Apr 01,2021

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 04/01/2021 | 04/12/2021 | 175.43 | 177.05 |

**MESSAGES:** Always call 811 two business days before you dig!

RRSB GO1st 04466

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702

PAGE 1 OF 2 PAGES

TO GO:

FROM CONTRACTOR:
**Xtreme Fire Protection**
4102 N Cliff Ave
Sioux Falls, SD 57104

1405 1st Ave N
Fargo, ND 58102

CONTRACT FOR:

**PROJECT: Generations Apt**
**Watertown, SD**

VIA ARCHITECT:

APPLICATION NO: **1**

PERIOD TO: **03/31/21**

PROJECT NOS:

CONTRACT DATE:

Distribution to:

| | OWNER |
| X | CONTRACTOR |
| | ARCHITECT |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract
Continuation Sheet, AIA Document G703, is attached

Work performed

| | | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|---|
| 1. ORIGINAL CONTRACT SUM | | $ | **140,100.00** | |
| 2. Net change by Change Orders | | | 0.00 | |
| 3. CONTRACT SUM TO DATE (Line 1 + 2) | | $ | 140,100.00 | |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | | $ | 19,614.00 | |
| 5. RETAINAGE: | | | | |
| a. 0 % of Completed Work (Column D + E on G703) | | $ | 0.00 | |
| b. 0 % of Stored Material (Column F on G703) | | $ | 0.00 | |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | | $ | 0.00 | |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | | $ | 19,614.00 | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | | $ | 0.00 | |
| 8. CURRENT PAYMENT DUE | | $ | **19,614.00** | |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | | $ | 120,486.00 | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | **$0.00** | $0.00 |
| Total approved this Month | $0.00 | $0.00 |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been paid by
the Contractor for Work for which previous Certificates for Payment were issued and
payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: **3/16/2021**

State of: South Dakota County of: Minnehaha
Subscribed and sworn to before me 3/16/2021
Notary Public: _____
My Commission expires: 9/19/2025

## ARCHITECT'S CERTIFICATE FOR PAYMENT

**XTREME FIRE PROTECTION, LLC.**
**Fill out entirely w/Name, Date and Notary**

In accordance with the Contract Documents, based on on-site observations and the data
comprising the application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work has progressed as indicated,
the quality of the Work is in accordance with the Contract Documents, and the Contractor
is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........................ $ _____

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this
Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without
prejudice to any rights of the Owner or Contractor under this Contract.

My Commission Expires 9/19/25

ELIZABETH REYNOLDS
NOTARY PUBLIC SEAL
SOUTH DAKOTA

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE, N.W., WASHINGTON, DC 20006-5292

Users may obtain validation of this document by requesting a completed AIA Document D401 · Certification of Document's Authenticity from the Licensee.

RRSB GO1st 04467

**INVOICE**

3/24/21

Generations on 1st, LLC
1405 1st Ave N
Fargo, ND  58102

Bill for Use of Ground Thaw Unit

| | |
|---|---|
| Use of ground thaw unit x 3 weeks | $4,700.00 |
| Sales tax    6.5% | 305.50 |
| **Amount Due** | **$5,005.50** |

**Thank you for your business!**

Please remit to:

CR Concrete, Inc
16049 455th Ave
Watertown, SD 57201
605-881-3289

RRSB GO1st 04468

Limoges Construction, Inc.

Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|---|---|
| 3/26/2021 | 7825 |

Bill To

| Vendor No. |
|---|
|  |

| Project | Subcontract Agreement No. | Project No. |
|---|---|---|
| 2101-Generations on 1st | | |

| Description | Amount |
|---|---|
| Progress Billing | 255,000.00 |
| winter charges | 13,133.00 |
| Less 10% | -26,813.30 |

| | |
|---|---|
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $241,319.70 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $241,319.70 |

RRSB GO1st 04469

**Innovative Wall Design, Inc**

302 N Perry Ln
Harrisburg, SD  57032 US
cale.setness@gmail.com



# INVOICE

| BILL TO | | |
|---|---|---|
| Craig Properties, LLC | INVOICE | 1052 |
| 1405 1st Ave N | DATE | 03/30/2021 |
| Fargo, ND  58102 USA | TERMS | Net 30 |
| | DUE DATE | 04/29/2021 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| CMU Application | 8" CMU Walls<br>Perimeter main floor walls | 0.20 | 217,630.88 | 43,526.18 |
| CMU Application | 12" CMU Walls<br>Partition wall on interior seperating parking garage and Community Center | 0 | 15,275.78 | 0.00 |
| Core-fill | | 0.1000002 | 15,787.87 | 1,578.79 |
| Rebar | | 0.10 | 6,225.00 | 622.50 |
| Lintel Application | lintel above doors/windows as they occur in IWD Inc working areas and responsibilities | 0 | 9,730.00 | 0.00 |
| Temp Heat/Enclosing | This is an initial enclosing cost for Generations on 1st. It is understood that the General Contractor (Prevail Build) will cover costs of propane with IWD Inc enclosing the area of work. Any overages in enclosing costs will be gone over at the end of phase 1 CMU build | 0 | 10,500.00 | 0.00 |

|  | BALANCE DUE | **$45,727.47** |
|---|---|---|

RRSB GO1st 04470

# Craig Development, LLC
## Box 426, Fargo, ND  58107

Invoice 008

4-30-21

To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Dakota Portable Toilets | | 175.73 |
| 1 | Aason Engineering | | 9,105.75 |
| 1 | US Assure | | 18,067.00 |
| 1 | Craig Development (reimburse for Northern States Agency) | | 10,500.60 |
| 1 | Gage Brothers | | 232,144.20 |
| 1 | Sioux Valley Co-Op | | 4,097.30 |
| 1 | Clausen | | 90,012.92 |
| 1 | Hebron | | 1,011.00 |
| 1 | Innovative Wall | | 208,565.90 |
| 1 | Stan Houston | | 16.56 |
| 1 | SIP | | 12,603.20 |
| 1 | WMU | | 195.82 |
| 1 | Craig Development (reimb Lowes) | | 101,225.78 |
| | | Subtotal | 687,721.76 |
| | | Excise Tax | 13,755.45 |
| | | Shipping & Handling | |
| | | **Total Due By 5.10.2021** | **701,477.21** |

Thank you for your business!

Tel: 701-232-1355          Email: jcraig@craigprop.com

RRSB GO1st 04471

# APPLICATION AND CERTIFICATE FOR PAYMENT

PAGE ONE OF 2 PAGES

TO OWNER:
GENERATIONS ON 1ST
1405 1ST AVE N
FARGO, ND 58102

PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

APPLICATION #: 8
PERIOD TO: 04/30/21
PROJECT NOS: 26

Distribution to:

| | |
|---|---|
| | Owner |
| | Const. Mgr. |
| | Architect |
| X | Contractor |

FROM CONTRACTOR:
CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
FARGO, ND 58102

VIA ARCHITECT:
TL STROH ARCHITECTS

CONTRACT FOR:

VIA CONSTRUCTION MANAGER: CRAIG DEVELOPMENT/PREVAIL BUILD

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet is attached.

1. **ORIGINAL CONTRACT SUM**------------------------------ $ 10,990,000.00
2. **Net change by Change Orders**
3. **CONTRACT SUM TO DATE (Line 1 +/- 2)** $ 10,990,000.00
4. **TOTAL COMPLETED & STORED TO DATE-**$ 4,841,637.23
(Column G on Continuation Sheet)
5. **RETAINAGE:**
  a.   of Completed Work $
    (Columns D+E on Continuation Sheet)
  b.   of Stored Material $
    (Column F on Continuation Sheet)
  Total Retainage (Line 5a + 5b or
  Total in Column 1 of Continuation Sheet) $
6. **TOTAL EARNED LESS RETAINAGE**------------- $ 4,841,637.23
(Line 4 less Line 5 Total)
7. **LESS PREVIOUS CERTIFICATES FOR PAYMENT**
(Line 6 from prior Certificate)------------- $ 4,140,160.02
8. **CURRENT PAYMENT DUE**------------------------- $ 701,477.21
9. **BALANCE TO FINISH, INCLUDING RETAINAGE**
(Line 3 less Line 6) $ 6,148,362.77

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| **TOTALS** | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown therein is now due.

CONTRACTOR:

By: _____ Date: _____

State of:
County of:
Subscribed and sworn to before
me this _____ day of _____

Notary Public:
My Commission expires:

### CERTIFICATE FOR PAYMENT

In accordance with Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED**-------------------------------- $
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____ Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or of Contractor under this Contract.

**CONTINUATION SHEET**
ATTACHMENT TO PAY APPLICATION
PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

Page 2 of 2 Pages
APPLICATION NUMBER: 8
APPLICATION DATE: 04/30/21
PERIOD TO: 30-Apr-21
ARCHITECT'S PROJECT NO.: 26

| A Item No. | B Description of Work | C Scheduled Value | D Work Completed From Previous Application (D + E) | E Work Completed This Period | F Materials Presently Stored (Not In D or E) | G Total Completed And Stored To Date (D + E + F) | % (G/C) | H Balance To Finish (C - G) | I Retainage (If Variable Rate) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | GENERAL CONDITIONS | 178,033.00 | 132,864.36 | 12,991.31 | | 145,855.67 | 82% | 32,177.33 | |
| 2 | TESTING AND INSPECTIONS | 45,818.18 | 4,611.45 | 9,105.75 | | 13,717.20 | 30% | 32,100.98 | |
| 3 | CONSTRUCTION STAKING | 19,636.36 | 8,450.78 | 18,067.00 | | 26,517.78 | 135% | (6,881.42) | |
| 4 | SOIL BORINGS | 35,380.00 | 20,290.91 | 10,500.60 | | 30,791.51 | 87% | 4,588.49 | |
| 5 | CONCRETE-COLD WEATHER | 38,000.00 | 9,287.50 | 4,097.30 | | 13,384.80 | 35% | 24,615.20 | |
| 6 | EXCAVATION | 303,415.00 | 303,412.49 | 90,012.92 | | 393,425.41 | 130% | (90,010.41) | |
| 7 | PRECAST CONCRETE- MATERIALS/ERECT | 1,160,000.00 | 850,600.00 | 232,144.20 | | 1,082,744.20 | 93% | 77,255.80 | |
| 8 | CMU BLOCK | 275,149.00 | 45,727.47 | 209,576.90 | | 255,304.37 | 93% | 19,844.63 | |
| 9 | BATH VANITIES | 19,450.00 | | 18,473.76 | | 18,473.76 | 95% | 976.24 | |
| 10 | CEILING FANS | 19,217.45 | | 18,720.01 | | 18,720.01 | 97% | 497.44 | |
| 11 | TOILETS/ACCESSORIES | 19,472.73 | | 24,370.92 | | 24,370.92 | 125% | (4,898.19) | |
| 12 | KITCHEN SINKS/FAUCETS | 16,874.18 | | 22,143.96 | | 22,143.96 | 131% | (5,269.78) | |
| 13 | BATH FAUCETS | 14,050.47 | | 6,466.32 | | 6,466.32 | 46% | 7,584.15 | |
| 14 | BATH MIRRORS | 17,685.82 | | 11,050.81 | | 11,050.81 | 62% | 6,635.01 | |
| 15 | INTEREST/EXCISE | 399,272.73 | 85,445.43 | 13,755.45 | | 99,200.88 | 25% | 300,071.85 | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| | SUBTOTALS PAGE 2 | 2,561,454.92 | 1,460,690.39 | 701,477.21 | | 2,162,167.60 | 84% | 399,287.32 | |

CONTINUATION SHEET
SUBTOTALS PAGE 2

Page 3 of 2 Pages

**Dakota Portable Toilets, Inc.**

PO Box 8513
Brookings, SD 57006

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/27/2021 | 12111 |

| Bill To |
|---------|
| Craig Development<br>1405 1st Ave. N<br>Fargo, ND 58102 |

| Ship To |
|---------|
| Generations On 1st<br>26 1st Ave. NW<br>Watertown<br>4/27-5/25 |

Due on receipt

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Portable Toilet Rental with Weekly Service | 165.00 | 165.00T |

Thank you for your business.

| | |
|--|--|
| **Subtotal** | $165.00 |
| **Sales Tax  (6.5%)** | $10.73 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $175.73 |

If you would prefer your invoices emailed to you rather than mailed, please send us an email at info@dakotaportabletoilets.com
letting us know that you would like to make the switch.

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 605-880-1699 | 866-371-6218 | info@dakotaportabletoilets.com | www.dakotaportabletoilets.com |



# Aason Engineering Company, Inc.

1022 Sixth Street SE
Watertown, South Dakota 57201-5210
Telephone: 605-882-2371 • Fax: 605-882-1042

TO:

Prevail Build
Attn: Jesse Kiihl
100 E. Kemp Ave.  Ste E
Watertown, SD  57201

3/24/2021

| JOB NO. | 2020-215-2 |
|---|---|

| PROFESSIONAL SERVICES RENDERED | | AMOUNT |
|---|---|---|
| Provide concrete tests for Generations on First (02-08-21 to 03-21-21): | | |
| Technician - 58 hrs @ $75.00/hr. | 4,350.00 | 4,350.00T |
| Concrete Cylinders - 12 sets @ $60.00/set | 720.00 | 720.00T |
| Watertown State & City Sales Tax @ 6.5% | 6.50% | 329.55 |
| Payments/Credits | | $0.00 |

| **Balance Due** | **$5,399.55** |
|---|---|

Accounts 30 days past due subject to 1.5% interest per month or 18% annual rate.

RRSB GO1st 04475



# Aason Engineering Company, Inc.

1022 Sixth Street SE
Watertown, South Dakota 57201-5210
Telephone: 605-882-2371 • Fax: 605-882-1042

**TO:**

Prevail
Attn: Jesse Kiihl
100 E. Kemp Ave.  Ste E
Watertown, SD  57201

4/22/2021

| JOB NO. | 2020-215-3 |
|---------|------------|

| PROFESSIONAL SERVICES RENDERED | | AMOUNT |
|---|---|---|
| Provide inspection, grout and mortar tests for Generations on First (03-22-21 to 04-18-21): | | |
| Technician - 32 hrs. @ $75.00/hr. | 2,400.00 | 2,400.00T |
| Grout tests - 12 ea. @ $40.00/ea. | 480.00 | 480.00T |
| Mortar tests - 15 ea. @ $40.00/ea. | 600.00 | 600.00T |
| Watertown State & City Sales Tax @ 6.5% | 6.50% | 226.20 |
| **Payments/Credits** | | $0.00 |

| **Balance Due** | **$3,706.20** |
|---|---|

Accounts 30 days past due subject to 1.5% interest per month or 18% annual rate.

**US Assure**

Date:          Apr 13, 2021
Policy No:     ■■■■9240
Policy Type:   Zurich Builders Risk Small Commercial

**Mail To:**

D02650100000378_CRE

CRAIG DEVELOPMENT LLC
PO BOX 426
FARGO, ND 58107-0426

**Policyholder and Risk Location**
CRAIG DEVELOPMENT LLC
26 1ST AVE SW
WATERTOWN, SD   57201

**For Policy Service**
CHRIS KOTTSICK AGENCY
1205 16TH AVE S.
FARGO, ND   58103-
Phone: 701-364-5511

**For Billing Inquiries:**
Visit our secure website at
BILL.USASSURE.COM
or Call 855-872-7787

## PREMIUM INVOICE

| Prior Balance Including Fees | Premium & Fees | Payments & Adjustments | Minimum Due | Payment In Full |
|---|---|---|---|---|
| $0.00 | $18,067.00 | $0.00 | $18,067.00 | $18,067.00 |

| Transactions Since Last Invoice | | | |
|---|---|---|---|
| **Transaction Date** | **Transaction Description** | **Transaction Amount** | **Minimum Due** |
| | Past Due | | $0.00 |
| Apr 13, 2021 | Installment | | $18,067.00 |
| Apr 13, 2021 | Billing Fee | | $0.00 |
| Apr 12, 2021 | New Business - PREMIUM | $18,067.00 | |
| See reverse side for additional billing information, terms and conditions and alternate payment options | | **Minimum Amount Due** | $18,067.00 |

------------------------------ Detach Here ------------------------------
Please return this portion of the statement with your remittance.

**Please include your POLICY NUMBER on check**

To make an electronic payment visit our secure
website at  BILL.USASSURE.COM

For address change contact your agent

**Policyholder Name & Address:**
CRAIG DEVELOPMENT LLC
PO BOX 426
FARGO, ND  58107

| Policy No: | ER73849240 |
|---|---|
| Due Date: | Apr 28, 2021 |
| Payment in Full | $18,067.00 |
| Minimum Due | $18,067.00 |
| Amount Enclosed: | $ |

**Make Checks Payable and Mail Payment to:**
US Assure Insurance Services of Florida, INC.
PO BOX 935597
Atlanta, GA  31193-5597



1321 ■■■■ ■■■■ 9240 9 0000000000 0 ■■■■ 6700 N 00FA 5

RRSB GO1st 04477

4/16/2021                                            Scan2021-04-15_140149_004.jpg

04/14/2021 10:46 AM                    Quote Number: QT-00700846                    Page 1 of 4

## Commercial Insurance Quote Proposal

|  |  |
|---|---|
| **To:** | Nishek Insurance Agency |
| **Contact Name:** | Brad Nishek |
| **Contact Email:** | |
| **Contact Phone:** | |

|  |  |
|---|---|
| **From:** | Northern States Agency (St Paul, MN) |
| **Address:** | 750 Main St Ste 222 Saint Paul MN 55118-3769 |
| **Contact Name:** | Jerry Peterson |
| **Contact Email:** | jpeterson@nsa-mga.com |
| **Contact Phone:** | |
| **License #:** | |

**Underwritten By:** SCOTTSDALE INSURANCE COMPANY          **A.M. Best rated A+ (Superior), FSC XV**

**Commission:** 10.00%          **Minimum Earned:** 25%          **Minimum and Advance Premium:** 100%

These terms are valid for 60 days from APRIL 14,2021. Our quote may differ from the terms requested. Please review the quote carefully.

If the policy is cancelled at the insured's request, including non-payment of premium, there will be a minimum earned premium retained by us. If a policy or inspection fee is applicable to this policy, the fees are fully earned. No flat cancellations.

At the close of each audit period, we will compute the earned premium for that period. If the earned premium is greater than the advance premium paid, an audit premium will be due. There will be no returned premium upon Audit if the estimated exposure is less than shown, unless the Minimum and Advance Premium is less than 100%.

| | |
|---|---|
| **Applicant Name:** | CRAIG DEVELOPMENT LLC |
| **Proposed Policy Period:** | 04/15/2021 To 04/15/2022 |
| **Quote Number:** | QT-00700846 |
| **Agent Reference Number:** | |
| **Renewal of #:** | NEW |

## Premium Summary

| | |
|---|---|
| LIABILITY | $9,920 |
| **Sub Total Premium:** | **$9,920** |
| Policy Fee | $400.00 |
| Surplus Lines Tax | $180.60 |
| **Grand Total:** | **$10,500.60** |

**Terrorism:** Terrorism coverage can be purchased for an additional premium of $496.00 plus applicable taxes and fees. Signed acceptance/rejection required at binding.

| **Subject to following terms and conditions:** |
|---|
| • 3 to 5 years currently valued hard copy prior carrier loss runs showing no undisclosed losses. |
| • Completed, signed and dated supplemental application. |
| • Favorable job site inspection (within 30 days of binding). |
| • Signed surplus lines tax letter (within 30 days of binding). |
| • Signed TRIA form at time of binding, rejecting or accepting coverage. |

**RRSB GO1st 04478**

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*    PAGE ONE OF    PAGES

TO OWNER:

Prevail, LLC
100 East Kemp Avenue, Suite E
Watertown, SD 57201

FROM CONTRACTOR:

Gage Bros. Concrete Prod. Inc.
2810 North Bahnson Avenue
Sioux Falls, SD 57104

CONTRACT FOR: Concrete Products

PROJECT: Generations on 1st
Watertown, SD

VIA:

APPLICATION NO:    2

PERIOD TO:    3/31/2021

PROJECT NOS:
JOB NO:    20-11349
CONTRACT DATE: 8/31/2020

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐
☐

**Invoice #191668**

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 1,145,500.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,145,500.00 |
| 4. TOTAL COMPLETED & STORED TO | $ | 841,938.00 |
|    DATE    (Column G on G703) | | |
| 5. RETAINAGE: | | |
|    a.   10% of Completed Work    $    84,193.80 | | |
|       (Column D + E on G703) | | |
|    b.   10% of Stored Material    $    0.00 | | |
|       (Column F on G703) | | |
|    Total Retainage (Lines 5a + 5b or | | |
|    Total in Column I of G703) | $ | 84,193.80 |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 757,744.20 |
|    (Line 4 Less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | |
|    PAYMENT (Line 6 from prior Certificate) | $ | 525,600.00 |
| 8. CURRENT PAYMENT DUE | $ | 232,144.20 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ | 387,755.80 |
|    (Line 3 less Line 6) | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____    Date: 3/24/2021

State of:    South Dakota    County of:  Minnehaha
Subscribed and sworn to before me this    24th day of March, 2021
Notary Public: _____
My Commission expires: 1/22/2026

THOMAS ABRAHAMSON
SEAL  NOTARY PUBLIC  SEAL
SOUTH DAKOTA

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By: _____    Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

STATEMENT OF ACCOUNT

SIOUX VALLEY CO-OP
P.O. BOX 965
WATERTOWN, SD 57201-0965
(605)886-5829

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Statement Date** | 03/31/2021 |
| **Account No.** | 171380 |
| **Page** | 01 of 01 |
| **Due Date** | 04/15/2021 |
| **Amount Due** | $4,097.30 |

CRAIG DEVELOPMENT LLC
1405 1ST AVE N
FARGO, ND 58102

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

| Date | Ref. No. | Dept. | Description | Quantity | Unit Price | Amount | Type | Sub-Total | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | ******** BEGINNING BALANCE ******** | | | | | | 9,642.50 |
| 03/05 | 688225 | 19 | LP GAS BULK | 230.50 | 1.700 | 391.85 | | | |
| 03/05 | 688225 | 19 | RURAL + CITY- Watertown | | | 25.47 | | 417.32 | 10,059.82 |
| 03/12 | 688301 | 19 | LP GAS BULK | 147.50 | 1.700 | 250.75 | | | |
| 03/12 | 688301 | 19 | RURAL + CITY- Watertown | | | 16.30 | | 267.05 | 10,326.87 |
| 03/17 | 359272 | BF | PAYMENTS | | | ( 7,218.13) | PAYMENT | -7,218.13 | 3,108.74 |
| 03/19 | 688367 | 19 | LP GAS BULK | 288.40 | 1.700 | 490.28 | | | |
| 03/19 | 688367 | 19 | RURAL + CITY- Watertown | | | 31.87 | | 522.15 | 3,630.89 |
| 03/31 | 331 | 19 | MONTHLY RENTAL FOR VAPOR SKID | | | 400.00 | | | |
| 03/31 | 331 | 19 | RURAL + CITY- Watertown | | | 26.00 | | 426.00 | 4,056.89 |
| 03/31 | 990331 | OF | ******* FINANCE CHARGE ******* | | | 40.41 | | 40.41 | 4,097.30 |

```
------------------------------- PRODUCT SUMMARY -------------------------------
PAYMENTS                                      (   -7,218.13)
RURAL + CITY- Watertown                               99.64
LP GAS BULK                     147.50   1.700       250.75
LP GAS BULK                     518.90   1.700       882.13
Equipment Rental                                     400.00
Finance Charge Income (on AR)                         40.41
```

| Previous Balance | Payments/Credits | Current Purchases | Finance Charge | Closing Balance |
|---|---|---|---|---|
| 9,642.50 | 7,218.13 | 1,632.52 | 40.41 | 4,097.30 |
| **Current** | **Over 30 Days** | **Over 60 Days** | **Over 90 Days** | **Over 6 Months** | **Over 1 Year** |
| 1,672.93 | 2,424.37 | 0.00 | 0.00 | 0.00 | 0.00 |

| See Reverse Side For F/C Calculation | Past Due Date | Past Due Balance | Annual Rate | Periodic Rate |
|---|---|---|---|---|
| Minimum F/C amount: 0.50 | 02/28/2021 | 2,424.37 | 0.200 | 0.01667 |

Statement Date: 03/31/2021

Remit To: SIOUX VALLEY CO-OP

Account Code: 171380

RRSB GO1st 04480

Clausen Construction Incorporated
412 20th Ave NW
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

# Invoice  590



**BILL TO**
Jesse Craig

| DATE | PLEASE PAY | DUE DATE |
|------|-----------|----------|
| 04/08/2021 | $90,012.92 | 05/08/2021 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 02/05/2021 | Big Excavator hours | 4 | 195.00 | 780.00T |
| 02/05/2021 | Excavator hours | 4 | 190.00 | 760.00T |
| 02/18/2021 | Excavator hours | 9 | 190.00 | 1,710.00T |
| 02/18/2021 | skidsteer hours | 3 | 100.00 | 300.00T |
| 02/18/2021 | Truck hours | 9 | 100.00 | 900.00T |
| 02/19/2021 | Excavator hours | 9 | 190.00 | 1,710.00T |
| 02/19/2021 | Loader hours | 3 | 165.00 | 495.00T |
| 02/19/2021 | skidsteer hours | 1 | 100.00 | 100.00T |
| 02/19/2021 | Truck hours | 9 | 100.00 | 900.00T |
| 02/22/2021 | Excavator hours | 10.50 | 190.00 | 1,995.00T |
| 02/22/2021 | Truck hours | 10.50 | 100.00 | 1,050.00T |
| 02/23/2021 | Big Excavator hours | 4 | 195.00 | 780.00T |
| 02/23/2021 | Excavator hours | 10.50 | 190.00 | 1,995.00T |
| 02/23/2021 | Loader hours | 4 | 165.00 | 660.00T |
| 02/23/2021 | skidsteer hours | 3 | 100.00 | 300.00T |
| 02/23/2021 | truck hours | 10.50 | 100.00 | 1,050.00T |
| 02/24/2021 | Big excavator hours | 5 | 195.00 | 975.00T |
| 02/24/2021 | Excavator hours | 10.50 | 190.00 | 1,995.00T |
| 02/24/2021 | loader hours | 6 | 165.00 | 990.00T |
| 02/24/2021 | skidsteer hours | 5 | 100.00 | 500.00T |
| 02/24/2021 | Truck hours | 6 | 100.00 | 600.00T |
| 02/25/2021 | Big excavator hours | 4 | 195.00 | 780.00T |
| 02/25/2021 | Excavator hours | 10.50 | 190.00 | 1,995.00T |
| 02/25/2021 | loader hours | 3 | 165.00 | 495.00T |
| 02/25/2021 | skidsteer hours | 3 | 100.00 | 300.00T |



Since 1904 — An Employee Owned Company

**Invoice**

| | |
|---|---|
| Invoice No. | S-INV00004709 |
| Order No. | S-ORD00006684 |
| Customer PO # | GENERATIONS |
| Document Date | April 15, 2021 |

**Billed to**

CRAIG DEVELOPMENT LLC

1405 1ST AVE N

FARGO, ND 58102

**Ship-to Address**

CRAIG DEVELOPMENT LLC

1405 1ST AVE N

FARGO, ND 58102

Net30

PICKED UP

ADAM THYMIAN-SIOUX FALLS

April 15, 2021

| Item # | Description | Lot/Serial No. | Qty | UOM | Unit Price | Total |
|---|---|---|---|---|---|---|
| I00000679 | SPEC MIX TYPE S 80LB | | 120 | EACH | $7.90 | $948.00 |
| PALLET | PALLET | | 3 | EACH | $21.00 | $63.00 |
| | | | | | Subtotal | $1,011.00 |
| | | | | | Tax | $0.00 |
| | | | | | **Total** | **$1,011.00** |

Notice: An interest charge of 1.5% monthly (18% annually) will be charged on invoices not paid within 30 days from invoice date. A 25 % restocking fee will be assessed on resalable returned goods. No return of bagged goods, natural or cultured stone products.

| 1420 Interstate Loop | 2300 Main Ave | 404 S Burlington Ave | 1201 N 47th St | 2311 Elk Drive | 1543 Deadwood Ave | 2211 W 50th S |
|---|---|---|---|---|---|---|
| Bismarck ND 58503 | Fargo, ND 58104 | Fergus Falls MN 56537 | Grand Forks ND 58203 | Minot ND 58701 | Rapid City SD 57702 | Sioux Falls SD 57105 |
| 701-250-1669 | 701-232-0781 | 218-739-3671 | 701-738-8000 | 701-839-6644 | 605-343-3733 | 605-331-3640 |

**Innovative Wall Design, Inc**
302 N Perry Ln
Harrisburg, SD  57032 US
cale.setness@gmail.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Craig Developement | Craig Developement | **INVOICE #** | 1056 |
| 1405 1st Ave N | 1405 1st Ave N | **DATE** | 04/22/2021 |
| Fargo, ND  58102 USA | Fargo, ND  58102 USA | **DUE DATE** | 05/22/2021 |
| | | **TERMS** | Net 30 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **CMU Application** | 8" CMU Walls<br>Perimeter main floor walls | 0.75 | 217,630.88 | 163,223.15 |
| **CMU Application** | 12" CMU Walls<br>Partition wall on interior seperating parking garage and Community Center | 1 | 15,275.78 | 15,275.78 |
| **Core-fill** | | 0.8799996 | 15,787.87 | 13,893.32 |
| **Rebar** | | 0.88 | 6,225.00 | 5,478.00 |
| **Lintel Application** | lintel above doors/windows as they occur in IWD Inc working areas and responsibilities | 0.98 | 9,730.00 | 9,535.40 |
| **Temp Heat/Enclosing** | This is an initial enclosing cost for Generations on 1st. It is understood that the General Contractor (Prevail Build) will cover costs of propane with IWD Inc enclosing the area of work. Any overages in enclosing costs will be gone over at the end of phase 1 CMU build | 0.1105 | 10,500.00 | 1,160.25 |

BALANCE DUE                     **$208,565.90**

# Stan HOUSTON
## EQUIPMENT COMPANY, INC.

| | |
|---|---|
| **Sioux Falls** 3020 W. 12th St 605-336-3727 800-952-3033 | **Rapid City** 1210 Deadwood Ave 605-348-1155 800-242-1948 |
| **Sioux City** 412 Lewis Blvd 712-255-3001 800-255-8440 | **Aberdeen** 39213 133rd St 605-262-3727 877-346-7499 |
| **Watertown** 920 9th Ave SW 605-878-3727 800-854-4953 | **Omaha** 4240 S 50th St |

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | 4/22/2021 |
| INVOICE NUMBER | 05   17725 |
| ACCOUNT NUMBER | 116357 |

**SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948**

SOLD TO: CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND  58102

SHIP TO: CRAIG DEVELOPMENT

1405 1ST AVE N
.FARGO, ND  58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE RATE of 18%, will be charged on all accounts which become past due and a 1 1/2% additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PERMISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED FROM US.
Enter claims against transportation company for loss sustained due to loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER PARK SIDE | JOB | | | | SOLD BY SCOTT S | |
|---|---|---|---|---|---|---|---|
| SHIPPED VIA | | SHIP DATE | WORK ORDER NUMBER | | | ORDERED BY | |
| PICK-UP | | 4/22/2021 | 632682 | | JESSEY | | |

| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| PPC B3104Y7 | YELLOW CAUTION TAPE 3 MIL 3"  X 1000' | 1.0 | | 15.550 | RL | | 15.55 |

| | | |
|---|---|---|
| LINE TOTAL: | | 15.55 |
| SUBTOTAL: | | 15.55 |
| WATERTOWN SD | | 1.01 |
| TOTAL: | | 16.56 |

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder. In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON EQUIPMENT COMPANY until paid for and they reserve the right to revoke this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

RRSB GO1st 04484

**PLEASE REMIT TO:**

## WATERTOWN MUNICIPAL UTILITIES
**901 FOURTH AVE. SW**
**WATERTOWN, SD 57201**
Office 605-882-6233   www.watertownmu.com

| | Customer Account Number |
|---|---|
| | 001-████2687-01 |

| Due Date | Amount Due | Late Amount |
|---|---|---|
| 05/10/2021 | 194.93 | 195.82 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW | | |

GENERATIONS ON 1ST        1993
1405 1ST AVE N
FARGO ND 58102-4203



---

Page 1                    *Please detach top portion and return with payment.*                    Page 1

**MUNICIPAL UTILITIES DEPT.**   Account Number        Name                    Service Address
001-████2687-01   GENERATIONS ON 1ST        26 1 AVE SW

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000048873 | 04/20/2021 | 03/19/2021 | 32 | MR | 00441 | 00431 | 1 | 10 | kWh | |

### YOUR MONTHLY USAGE
ELECTRIC (kWh)

| | |
|---|---|
| PREVIOUS BALANCE | 175.43 |
| LATE PENALTY    04/13/2021 | 1.62 |
| BALANCE FORWARD | 177.05 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 16.00 |
| Electric Energy | 0.78 |
| Electric State Tax | 0.76 |
| Electric City Tax | 0.34 |
| TOTAL ELECTRIC CHARGES | 17.88 |
| | |
| CURRENT CHARGES | $17.88 |
| | |
| TOTAL AMOUNT DUE | $194.93 |

---

Deposit $9,000.00 on account as of May 01,2021

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 05/01/2021 | 05/10/2021 | 194.93 | 195.82 |

121588

**MESSAGES:** Always call 811 two business days before you dig!

RRSB GO1st 04485

**Simplified Improvement Professionals**
PO BOX 9379
FARGO, ND 58106



| Invoice number | 02111 |
| Invoice date | 4/30/2021 |
| Due date | 5/15/2021 |

Generations on 1st
PO BOX 426
Fargo, ND 58107

Project Location: 26 1st Ave S, Watertown, SD

| Item name | Description | QTY | AMOUNT | TOTAL |
|---|---|---|---|---|
| Site Supervision | | 1 | $4,166.72 | $4,166.72 |
| Site clean up | Site clean up | 21 | $55.00 | $1,155.00 |
| Skidsteer | use | 8 | $250.00 | $2,000.00 |
| Fuel | skidsteer | 1 | $96.23 | $96.23 |
| Telehandler | | 6 | $750.00 | $4,500.00 |
| Fuel | | 1 | $153.28 | $153.28 |
| Garbage Fee | | 1 | $524.75 | $524.75 |
| | | TOTAL | | $12,595.98 |
| | | SD State Tax | 7.50% | $7.22 |
| | | TOTAL DUE | | $12,603.20 |

Please submit payment to Simplified Improvement Professionals within 28 days. Invoices must be paid in full. Missed payment will result in lien on property plus 18% interest charge.

****PLEASE NOTE OUR MAILING ADDRESS CHANGE****

# Invoice 009

## Craig Development, LLC
## Box 426, Fargo, ND  58107

5/30/2021    To: Generations on 1st

| Quantity | Description | Unit Price | | Total |
|---|---|---|---|---|
| 1 | Dakota Portable Toilets | $ | | 175.73 |
| 1 | Midcontinent | $ | | 9,864.76 |
| 1 | Swanston | $ | | 2,687.50 |
| 1 | P&M Steel | $ | | 5,040.65 |
| 1 | Gage Brothers | $ | | 387,755.80 |
| 1 | TL Stroh | $ | | 52,500.00 |
| 1 | Craig Development (reimb sheetrock deposit) | $ | | 180,000.00 |
| 1 | Kloos | $ | | 117,000.00 |
| 1 | Hebron | $ | | 289.60 |
| 1 | Limoges | $ | | 81,000.00 |
| 1 | | | | |
| 1 | Watertight | $ | | 59,395.95 |
| 1 | WDC | $ | | 5,000.00 |
| 1 | Georges Sanitation | $ | | 2,390.41 |
| 1 | Craig Development (reimb ICAP HVAC) | $ | | 50,000.00 |
| 1 | Cashway | $ | | 238,103.56 |
| | | Subtotal | $ | 1,191,203.96 |
| | | Excise Tax | $ | 23,824.08 |

| | Total Due By 6/9/2021 | $ | 1,215,028.04 |
|---|---|---|---|

Thank you for your business!

# APPLICATION AND CERTIFICATE FOR PAYMENT

PAGE ONE OF 2 PAGES

| | Distribution to: |
|---|---|
| | Owner |
| | Const. Mgr |
| | Architect |
| X | Contractor |

TO OWNER:
GENERATIONS ON 1ST
1405 1ST AVE N
FARGO, ND 58102
FROM CONTRACTOR:
CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
FARGO, ND 58102

PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD
VIA ARCHITECT:
TL STROH ARCHITECTS

APPLICATION #: 9
PERIOD TO: 05/31/21
PROJECT NOS.: 26

CONTRACT FOR:

VIA CONSTRUCTION MANAGER: CRAIG DEVELOPMENT/PREVAIL BUILD

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet is attached.

1. **ORIGINAL CONTRACT SUM**------------------ $ 10,990,000.00
2. **Net change by Change Orders**------------ $
3. **CONTRACT SUM TO DATE (Line 1 +/- 2)** $ 10,990,000.00
4. **TOTAL COMPLETED & STORED TO DATE** $ 6,048,318.08
   (Column G on Continuation Sheet)
5. **RETAINAGE:**
   a. _____ of Completed Work $
      (Columns D+E on Continuation Sheet)
   b. _____ of Stored Material $
      (Column F on Continuation Sheet)
   Total Retainage (Line 5a + 5b or
   Total in Column I of Continuation Sheet)
6. **TOTAL EARNED LESS RETAINAGE**---------- $ 6,048,318.08
   (Line 4 less Line 5 Total)
7. **LESS PREVIOUS CERTIFICATES FOR PAYMENT**
   (Line 6 from prior Certificate)------- $ 4,833,290.04
8. **CURRENT PAYMENT DUE**--------------------- $ 1,215,028.04
9. **BALANCE TO FINISH, INCLUDING RETAINAGE**
   (Line 3 less Line 6) $ 4,941,681.92

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown therein is now due.

CONTRACTOR:

By: _____ Date: _____

State of:
County of:
Subscribed and sworn to before
me this _____ day of _____
Notary Public:
My Commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED** -------------------------------------- $ _____
(Attach explanation if amount certified differs from the amount applied for.  Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____ Date: _____
This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named herein.  Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner of Contractor under this Contract.

**CONTINUATION SHEET**

ATTACHMENT TO PAY APPLICATION

PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

Page 2 of   2   Pages

APPLICATION NUMBER:   9
APPLICATION DATE:
PERIOD TO:   05/31/21
ARCHITECT'S PROJECT NO.   31-May-21
26

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| Item No. | Description of Work | Scheduled Value | Work Completed From Previous Application (D + E) | Work Completed This Period | Materials Presently Stored (Not In D or E) | Total Completed And Stored To Date (D + E +F) | % (G/C) | Balance To Finish (C - G) | Retainage (If Variable Rate) |
| 1 | GENERAL CONDITIONS | 178,033.00 | 145,855.67 | 5,253.64 | | 151,109.31 | 85% | 26,923.69 | |
| 2 | TESTING AND INSPECTIONS | 45,818.18 | 13,717.20 | 9,864.76 | | 23,581.96 | 51% | 22,236.22 | |
| 3 | CONCRETE | 679,000.00 | 503,069.70 | 81,000.00 | | 584,069.70 | 86% | 94,930.30 | |
| 4 | SOIL BORINGS | 35,380.00 | 30,791.91 | 5,040.65 | | 35,832.56 | 101% | (452.56) | |
| 5 | MASONRY | 475,000.00 | 378,308.00 | 289.60 | | 378,597.60 | 80% | 96,402.40 | |
| 6 | GENERAL ROUGH CARPENTRY MATLS | 335,327.00 | 202,124.70 | 238,103.56 | | 440,228.26 | 131% | (104,901.26) | |
| 7 | PRECAST CONCRETE- MATERIALS/ERECT | 1,160,000.00 | 1,081,744.20 | 387,755.80 | | 1,469,500.00 | 127% | (309,500.00) | |
| 8 | DRYWALL | 584,400.00 | | 180,000.00 | | 180,000.00 | 31% | 404,400.00 | |
| 9 | PLUMBING | 659,955.00 | | 59,395.95 | | 59,395.95 | 9% | 600,559.05 | |
| 10 | HVAC | 236,875.00 | | 50,000.00 | | 50,000.00 | 21% | 186,875.00 | |
| 11 | ELECTRICAL/SECURITY | 845,082.00 | | 117,000.00 | | 117,000.00 | 14% | 728,082.00 | |
| 12 | ARCHITECT/ENGINEER | 560,000.00 | 514,750.00 | 52,500.00 | | 567,250.00 | 101% | (7,250.00) | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | INTEREST/EXCISE | 399,272.73 | 98,916.55 | 28,824.08 | | 127,740.63 | 32% | 271,532.10 | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| | SUBTOTALS PAGE 2 | 6,194,142.91 | 2,969,277.93 | 1,215,028.04 | | 4,184,305.97 | 68% | 2,009,836.94 | |

**CONTINUATION SHEET**

Page 3 of   2   Pages

Dakota Portable Toilets, Inc.

PO Box 8513
Brookings, SD 57006

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2021 | 12311 |

| Bill To |
|---------|
| Craig Development
1405 1st Ave. N
Fargo, ND 58102 |

| Ship To |
|---------|
| Generations On 1st
26 1st Ave. NW
Watertown
5/25-6/22 |

Due on receipt

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Portable Toilet Rental with Weekly Service | 165.00 | 165.00T |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $165.00 |
| **Sales Tax  (6.5%)** | $10.73 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $175.73 |

If you would prefer your invoices emailed to you rather than mailed, please send us an email at info@dakotaportabletoilets.com letting us know that you would like to make the switch.

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 605-880-1699 | 866-371-6218 | info@dakotaportabletoilets.com | www.dakotaportabletoilets.com |

RRSB GO1st 04490

# Midcontinent Communications

PO BOX 5010
SIOUX FALLS SD 57117-5010
**Contact:** Eugene Mielitz
**Phone:** 605.878.0127



**INVOICE**

| Customer | | | | | |
|---|---|---|---|---|---|
| Jesse Craig | | | Date: | 4/15/2021 |
| PO Box 426 | | | Invoice Number: | 01-21-009 |
| Fargo | ND | 58107 | Account Number: | ▓▓▓7201 |
| | | | Project Number: | SF22221 |

**Description of Charges:**
This project is for the relocation of our cable lines running north/south thru the alley between 3rd St SE and 4th St SE. The 315 E Kemp Apt building has been torn down and the building to the west will be torn down and they are planning to build a new apartment building here with commercial units on the main level. They want to vacate the alley easement and build 1 large building here. City utilities is also relocating their services running here and we will go joint with them as much as possible to keep costs to a minimum.

**Location:** E Kemp Ave, Watertown SD    Phone: 701.232.1355
*For billing questions, please contact:* **Eugene Mielitz**

| MATERIALS | Qty | Unit | Amount | | Total Charges | |
|---|---|---|---|---|---|---|
| CABLE QR 715 JCASS SM PC2507 | 967 | Each | $ | 0.52 | $ | 502.84 |
| CONNECTOR 180  EXT 4.5 | 1 | Each | $ | 16.76 | $ | 16.76 |
| CONNECTOR HSNG TO HSNG | 2 | Each | $ | 4.32 | $ | 8.64 |
| CONNECTOR LINE TERMINATOR  100% TESTED | 1 | Each | $ | 8.03 | $ | 8.03 |
| FIBER OPTIC CABLE 24 CT MIDCO MARKED | - | Each | $ | - | $ | - |
| CONNECTOR 715 PIN QR | - | Each | $ | - | $ | - |
| CONNECTOR 715 SPLICE | 1 | Each | $ | 25.24 | $ | 25.24 |
| INNERDUCT 1 1/4" SDR 13.5, TERRACOTTA W/1130# TAPE, 3000' ON 72" STEEL REEL, [ | 1,400 | Each | $ | 0.33 | $ | 462.00 |
| LUBRICANT DUCT, POLYWATER | - | Each | $ | - | $ | - |
| PAD GI 9db | 1 | Each | $ | 0.86 | $ | 0.86 |
| PAD GI 14db | 1 | Each | $ | 0.86 | $ | 0.86 |
| PAD GI 20db | 1 | Each | $ | 1.34 | $ | 1.34 |
| TAP MOTOROLA 8 PORT 10db FFT | 1 | Each | $ | 19.79 | $ | 19.79 |
| PEDESTAL 14" x 20" W/ MIDCO DECAL ON COVER | - | Each | $ | - | $ | - |
| TAP MOTOROLA 8 PORT 14db FFT | 1 | Each | $ | 19.79 | $ | 19.79 |
| VAULT W/2 PIECE LID 30X48X36 | 1 | Each | $ | 775.61 | $ | 775.61 |
| HEAT SHRINK 1500/1700 DIAMETER X 48" | 3 | Each | $ | 4.34 | $ | 13.02 |
| COUPLER 1 1/4 PUSH TO CONNECT | 6 | Each | $ | 6.40 | $ | 38.40 |
| CAP CONDUIT 1- 1/4 " SINGLE HOLE FOR .750-.850 COAX CABLE | 12 | Each | $ | 1.06 | $ | 12.72 |
| Cable simulator, 1 GHz, SCS, E-Series, 2 dB | 1 | Each | $ | 4.77 | $ | 4.77 |
| ARRIS FFT PBA-V TAP,1.2 GHZ. BYPASS HSG W/ BLANK FACEPLATE, F/G | - | Each | $ | - | $ | - |
| PAD HUBBELL PH42421629A3T  PAD TE 42 X 42 X3.25 W/16 X 29 THROAT | - | Each | $ | - | $ | - |
| USE TO DEPLStarline ergonomic 1 GHz MB with 5-85 / 104-1003 MHz N-split, 2-output, 42 d | - | Each | $ | - | $ | - |
| Starline Return Equalizer, 5-85 MHz (N-split), 6 dB | 1 | Each | $ | 3.85 | $ | 3.85 |
| PAD, CHANNELL RHINO CABINET VAULT BASE AND PAD COMBINATION | - | Each | $ | - | $ | - |
| CABINET CHANNELL RHINO NODE 48" X 36" W X 28" D | - | Each | $ | - | $ | - |
| TAP MOTOROLA ASSY 4 PORT 26/20 W/6 DB CS | 1 | Each | $ | 18.96 | $ | 18.96 |
| TAP MOTOROLA ASSY 8 PORT 29/20 W/9 DB CS | 1 | Each | $ | 18.67 | $ | 18.67 |
| TAP MOTOROLA ASSY 8 PORT 23/20 W/3 DB CS | 2 | Each | $ | 27.18 | $ | 54.36 |
| Innerduct 2" Sch 40 Terra Cotta w/1130# tape, labeled Midco Comm on 83" reel 2900 ft/reel | 400 | Each | $ | 0.54 | $ | 216.00 |
| TAP MOTOROLA 8 PORT 14db FFT | 1 | Each | $ | 18.14 | $ | 18.14 |
| CAP CONDUIT 2" DUAL HOLE END | 2 | Each | $ | 1.49 | $ | 2.98 |
| COUPLER PUSH FIT FOR HDPE 2" | 1 | Each | $ | 7.05 | $ | 7.05 |
| **MATERIALS SUBTOTAL** | | | | | **$** | **2,250.68** |

| LABOR / ADMIN CHARGES | Qty | Unit | Amount | | Total Charges | |
|---|---|---|---|---|---|---|
| Comp cost per foot (36" - 42") | 160 | Hour | $ | 8.25 | $ | 1,320.00 |
| Dig up existing place vault/ped | 1 | Each | $ | 450.00 | $ | 450.00 |
| Joint trench comp (by others) | 731 | Each | $ | 7.00 | $ | 5,117.00 |
| Admin Fee | 1 | Each | $ | 125.00 | $ | 125.00 |
| | | | Taxes: | | | |
| **LABOR / ADMIN CHARGES SUBTOTAL** | | | | | **$** | **7,012.00** |

| | | |
|---|---|---|
| MATERIAL SUBTOTAL: | $ | 2,250.68 |
| LABOR / ADMIN CHARGES SUBTOTAL: | $ | 7,012.00 |
| TAXES: | $ | 602.08 |
| **TOTAL AMOUNT DUE:** | **$** | **9,864.76** |

**\*\*This invoice shows the details for the charges billed.  You will also receive a summary statement from Midco.  The summary statement only displays the total amount billed and does not contain details of the charges.  Please only send one payment to Midco for these charges billed.\*\***
*Remit payment to:  Midco, P.O. Box 5010, Sioux Falls, SD 57117 - 5010*
*Billing statements will be sent until balance is paid in full.  \*Please note account number in your payment.  Thank you!*

RRSB GO1st 04491

**SWANSTON EQUIPMENT CORPORATION**
3450 West Main • PO Box 1963 • Fargo, ND 58107
(701) 293-7325 • Fax: (701) 293-9468
**www.swanston.com**

**Swanston**
E Q U I P M E N T   C O R P O R A T I O N

Ship To:  IN STORE PICKUP

| Branch | | |
|---|---|---|
| 01 - FARGO | | |
| Date | Time | Page |
| 05/19/2021 | 13:19:31 (O) | 1 |
| Account No. | Phone No. | Invoice No. |
| CRAIG001 | 7012321355 | G04895 |
| Ship Via | Purchase Order | |
| | | |
| | | Salesperson |
| CHAD TATUM | | 111 |

Invoice To:  CRAIG PROPERTIES
PO BOX 426
FARGO ND 58107

## GENERAL INVOICE

Order #: 002687

ONE MONTH RENT                                          2500.00
   BOBCAT S650
   5/19/21 TO 6/18/21
   Stock #    F012594      Serial #   ALJ823756
ND SALES TAX                                            125.00
CASS CO                                                  12.50
FARGO CITY                                               50.00
MJ                                  IN HOUSE CHARGE:    2687.50

TERMS: DUE UPON RECEIPT

RRSB GO1st 04492

# STATEMENT

P & M Steel
4401 N Westport Ave
Sioux Falls,, SD 57107
UNITED STATES
(605)-339-0141

| | |
|---|---|
| **PAGE** | 1 |
| **DATE** | 4/30/2021 |
| **ACCOUNT NO** | PREV 001 |

**ATTN:** Prevail Build
100 East Kemp Ave, Suite E
Watertown, SD 57201

| | |
|---|---|
| **AMOUNT DUE** | 5,040.65 |
| **TERMS** | NET 30 |

| INVOICE DATE | INVOICE NO | TYPE | PO/CHECK NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/28/2021 | 21014PRE-1 | Inv | 21014 Generations | 5,977.85 | 0.00 | 5,977.85 |
| 4/28/2021 | 21014PRE-2 | Cred | 21014 Generations | 0.00 | 937.20 | -937.20 |

**Thank you for your business.**
**Activity after 4/30/2021 will be reflected on your next statement.**

| CURRENT | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | | AMOUNT DUE |
|---|---|---|---|---|---|
| 5,040.65 | 0.00 | 0.00 | 0.00 | 0.00 | 5,040.65 |

RRSB GO1st 04493

# APPLICATION AND CERTIFICATION FOR PAYMENT

**AIA DOCUMENT G702**   PAGE ONE OF   TWO   PAGES

**TO OWNER:**
Prevail, LLC
100 East Kemp Avenue, Suite E
Watertown, SD 57201

**PROJECT:** Generations on 1st
Watertown, SD

**APPLICATION NO:** 3

**PERIOD TO:** 4/30/2021

**Distribution to:**
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

**FROM CONTRACTOR:**
Gage Bros. Concrete Prod. Inc.
2810 North Bahnson Avenue
Sioux Falls, SD 57104

**VIA:**

**PROJECT NOS:**
**JOB NO:** 20-11349
**CONTRACT DATE:** 8/31/2020

**CONTRACT FOR:** Concrete Products

**Invoice #191689**

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 1,145,500.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,145,500.00 |
| 4. TOTAL COMPLETED & STORED TO DATE   (Column G on G703) | $ | 889,609.50 |
| 5. RETAINAGE: | | |
| a.   10% of Completed Work      $  88,960.95 | | |
|      (Column D + E on G703) | | |
| b.   10% of Stored Material     0.00 | | |
|      (Column F on G703) | | |
|      Total Retainage (Lines 5a + 5b or | | |
|      Total in Column I of G703) | $ | 88,960.95 |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 800,648.55 |
|    (Line 4 Less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | |
|    PAYMENT (Line 6 from prior Certificate) | $ | 757,744.20 |
| 8. CURRENT PAYMENT DUE | $ | 42,904.35 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ | 344,851.45 |
|    (Line 3 less Line 6) | | |

**CONTRACTOR:**

By: _____   Date: 04/22/2021

State of:   South Dakota
County of Minnehaha
Subscribed and sworn to before me this   22nd day of April 2021
Notary Public: _____
My Commission expires: 1/24/2024

THOMAS ABRAHAMSON
NOTARY PUBLIC
SEAL   SOUTH DAKOTA

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner than to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*

**ARCHITECT:**

By: _____   Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992   THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

RRSB GO1st 04494

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702   PAGE ONE OF   TWO   PAGES

TO OWNER:
Prevail, LLC
100 East Kemp Avenue, Suite E
Watertown, SD 57201

PROJECT: Generations on 1st
Watertown, SD

APPLICATION NO:  4

PERIOD TO:  5/31/2021

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

FROM CONTRACTOR:
Gage Bros. Concrete Prod. Inc.
2810 North Bahnson Avenue
Sioux Falls, SD 57104

VIA:

PROJECT NOS:
JOB NO:  20-11349
CONTRACT DATE: 8/31/2020

CONTRACT FOR: Concrete Products

Invoice #191725

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 1,145,500.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,145,500.00 |
| 4. TOTAL COMPLETED & STORED TO | $ | 1,145,500.00 |
| DATE    (Column G on G703) | | |
| 5. RETAINAGE: | | |
| a.   10% of Completed Work | $ 114,550.00 | |
| (Column D + E on G703) | | |
| b.   10% of Stored Material | $ 0.00 | |
| (Column F on G703) | | |
| Total Retainage (Lines 5a + 5b or | | |
| Total in Column 1 of G703) | $ | 114,550.00 |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 1,030,950.00 |
| (Line 4 Less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | |
| PAYMENT (Line 6 from prior Certificate) | $ | 800,648.55 |
| 8. CURRENT PAYMENT DUE | $ | 230,301.45 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ | 114,550.00 |
| (Line 3 less Line 6) | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | $0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____   Date: 05/20/2021

State of: _____   South Dakota
Subscribed and sworn to before me this   20th day of May 2021
Notary Public: _____
My Commission expires: 10-31-2023

*[Notary stamp: DAVID G. HONNER NOTARY PUBLIC SOUTH DAKOTA]*

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $ _____

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)
ARCHITECT:

By: _____   Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE, N.W., WASHINGTON, DC 20006-5292
**Users may obtain validation of this document by requesting a completed AIA Document D401 · Certification of Documents Authenticity from the Licensee.**

RRSB GO1st 04495

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*

PAGE ONE OF    TWO    PAGES

| | |
|---|---|
| **TO OWNER:** Prevail, LLC<br>100 East Kemp Avenue, Suite E<br>Watertown, SD 57201 | **PROJECT:** Generations on 1st<br>Watertown, SD |

| | |
|---|---|
| **APPLICATION NO:** 5-Retainage | **Distribution to:**<br>☐ OWNER<br>☐ ARCHITECT<br>☐ CONTRACTOR |

**FROM CONTRACTOR:**
Gage Bros. Concrete Prod. Inc.
2810 North Bahnson Avenue
Sioux Falls, SD 57104

**VIA:**

**PERIOD TO:** 5/31/2021

**PROJECT NOS:**
**JOB NO:** 20-11349
**CONTRACT DATE:** 8/31/2020

**CONTRACT FOR:** Concrete Products

**Invoice #191726RET**

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 1,145,500.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,145,500.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 1,145,500.00 |
| 5. RETAINAGE: | | |
| a.    0% of Completed Work $ 0.00<br>(Column D + E on G703) | | |
| b.    0% of Stored Material $ 0.00<br>(Column F on G703) | | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 1,145,500.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 1,030,950.00 |
| 8. CURRENT PAYMENT DUE | $ | 114,550.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 0.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | $0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:**

By: _Tira Coz_    Date: 05/20/2021

State of: South Dakota    County of: Mahchine
Subscribed and sworn to before me this 20th day of May 2021
Notary Public: _Duene Home_
My Commission expires: 10-3 1-2023

**DAVID G. HONNER**
NOTARY PUBLIC (SEAL)
SOUTH DAKOTA

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED . . . . . . . . . $**

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*

**ARCHITECT:**

By: _____    Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

May 5, 2021

*Remit to:*    *T.L. Stroh Architects, Ltd*
*8 Seventh St. N.*
*Fargo, ND 58102*

Billing No. 4 (#2020.26) Generations

Craig Development
Box 426
Fargo, ND 58107

Billing for Architectural, & Engineering services:

| Total Architectural & Engineering Fee: | | | | |
|---|---|---|---|---|
| | Fixed Fee | of | | $350,000.00 |
| Schematic Design | 15% | x | $350,000.00 | $52,500.00 |
| Design Development | 25% | x | $350,000.00 | $87,500.00 |
| Constr. Documents | 45% | x | $350,000.00 | $157,500.00 |
| Big/Neg. | 15% | x | $350,000.00 | $52,500.00 |
| | | | | $350,000.00 |

| Percentage Amounts Due this Request: | | | | | |
|---|---|---|---|---|---|
| Schematic Design | 100% | x | $52,500.00 | $52,500.00 | |
| Design Development | 100% | x | $87,500.00 | $87,500.00 | |
| Constr. Documents | 100% | x | $157,500.00 | $157,500.00 | |
| Bid/Neg. | 100% | x | $52,500.00 | $52,500.00 | |
| | Total | | | $350,000.00 | |
| | Less billed to date | | | -$297,500.00 | |
| Subtotal | | | | | $52,500.00 |

| Additional Services: | | |
|---|---|---|
| Previous Amt Billed | $0.00 | |
| Subtotal | | $0.00 |

| Reimbursable Expenses: | | |
|---|---|---|
| Printing of Plans and Specs | $0.00 | |
| Postage/shipping costs | $0.00 | |
| Billed to Date | $0.00 | |
| Subtotal | | $0.00 |

*TOTAL AMOUNT DUE*    *$52,500.00*

*Total amount due within 15 days from date of statement.*



701.239.4198
701.239.9643

8 Seventh Street N Fargo, ND 58102



STROH
ARCHITECTS | INTERIORS

RRSB GO1st 04497

# PAYMENT APPLICATION

## CONTRACTORS SUMMARY OF WORK

**TO:** Generations on 1st.
1405 1st. Ave. N
Fargo, ND 58102

**FROM:** Kloos Electric
311 27th St. NW
Watertown, SD 57201

**FOR:**

**PROJECT:** Generations
26 1st Ave. SW.
Watertown, SD 57201

VIA CONTRUCTION MANAGER:
VIA ARCHITECT:

| | |
|---|---|
| Application # | 1 |
| Period Start | 6/1/2021 |
| Period End | |
| Application Date | 4/28/2021 |
| Subcontract #: | |
| Date of Contract | 4/5/2021 |

**Distribution To:**
- ☑ Owner
- ☐ Accounting
- ☐ Architect
- ☐ Owner's Rep.

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | **CONTRACT AMOUNT** | $ | 845,082.75 |
| 2 | **SUM OF ALL CHANGE ORDERS** | | $0.00 |
| 3 | **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $845,082.75 |
| 4 | **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | | |
| 5 | **RETAINAGE:** | | |
| | a.  5%  of completed work (Columns D+E on Continuation Page) | $ | - |
| | b.  10% of Material Stored (Column F on Continuation Page) | $ | 13,000.00 |
| | Total Retainage (Line 5a + 5b or column I on Continuation Page) | | |
| 6 | **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | $ | 13,000.00 |
| 7 | **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | | |
| 8 | **PAYMENT DUE** | | $117,000.00 |
| 9 | **BALANCE TO COMPLETION** (Line 3 Minus Line 6) | $ | 715,082.75 |

**SUMMARY OF CHANGE ORDERS**

| | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| **TOTALS** | $0.00 | $0.00 |
| **NET CHANGES** | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

**CONTRACTOR:** Kloos Electric

By: _(signature)_   Date: 5-10-21

## Certification

☐ Required   ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2: Such work has been completed to the extent indicated in this application, 3: this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount**

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

**GENERAL CONTRACTOR:**

By: _____   Date: _____

**ARCHITECT:** Prevail, LLC
TL Stroh Architect

By: _____   Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

RRSB_GO1st_04498

Page 1



**Invoice**

| | |
|---|---|
| Invoice No. | S-INV00008075 |
| Order No. | S-ORD00008090 |
| Customer PO # | GENERATIONS |
| Document Date | May 14, 2021 |

**Billed to**

CRAIG DEVELOPMENT LLC

1405 1ST AVE N

FARGO, ND 58102

**Ship-to Address**

CRAIG DEVELOPMENT LLC

1405 1ST AVE N

FARGO, ND 58102

Net 30 days

ADAM THYMIAN-SIOUX FALLS

April 27, 2021

PICKED UP

| Item # | Description | Lot/Serial No. | Qty | UOM | Unit Price | Total |
|---|---|---|---|---|---|---|
| I00000674 | CEMENT COREFILL PAPER BAG 80LB | | 40 | EACH | $6.715 | $268.60 |
| PALLET | PALLET | | 1 | EACH | $21.00 | $21.00 |
| | | | | | Subtotal | $289.60 |
| | | | | | Tax | $0.00 |
| | | | | | **Total** | **$289.60** |

Notice: An interest charge of 1.5% monthly (18% annually) will be charged on invoices not paid within 30 days from invoice date. A 25 % restocking fee will be assessed on resalable returned goods. No return of bagged goods, natural or cultured stone products.

| 1420 Interstate Loop | 2300 Main Ave | 404 S Burlington Ave | 1201 N 47th St | 2311 Elk Drive | 1543 Deadwood Ave | 2211 W 50th S |
|---|---|---|---|---|---|---|
| Bismarck ND 58503 | Fargo, ND 58104 | Fergus Falls MN 56537 | Grand Forks ND 58203 | Minot ND 58701 | Rapid City SD 57702 | Sioux Falls SD 57105 |
| 701-250-1669 | 701-232-0781 | 218-739-3671 | 701-738-8000 | 701-839-6644 | 605-945-3735 | 605-367-3640 |

# PAYMENT APPLICATION

| | | |
|---|---|---|
| **PROJECT:** | **Application #** | 1 |
| Generations on 1st | Period Start | 5/17/2021 |
| 26 1st Ave SW | Period End | 5/24/2021 |
| Watertown SD 57201 | Application Date | |
| | Subcontract #: | |
| | Date of Contract | |

**Distribution To:**

**TO:**
Generations on 1st
1405 1st Ave N
Fargo ND 58102

**FROM:**
Watertight, Inc.
18273 464th Ave
Castlewood, SD 57223

**FOR:**

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | |
|---|---|
| 1 **CONTRACT AMOUNT** | $ 640,000.00 |
| 2 **SUM OF ALL CHANGE ORDERS** | $19,955.00 |
| 3 **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | $659,955.00 |
| 4 **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | $ 65,995.50 |
| 5 **RETAINAGE:** | |
| a. 10% of completed work (Columns D+E on Continuation Page) | $ 6,599.55 |
| b. 10% of Material Stored (Column F on Continuation Page) | $0.00 |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | $6,599.55 |
| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | $59,395.95 |
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | |
| 8 **PAYMENT DUE** | $59,395.95 |
| 9 **BALANCE TO COMPLETION** (Line 3 Minus Line 6) | $600,559.05 |

### SUMMARY OF CHANGE ORDER

| | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| **TOTALS** | $0.00 | $0.00 |
| **NET CHANGES** | $0.00 | |

## Certification

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: Chris Serie

Date: 5/20/2021

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4, Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _____

*(If the certified amount is different from the payment date, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:
By: _____ Date: _____
ARCHITECT:
By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

RRSB GO1st 04500

Watertown Development Company

# Invoice

PO Box 332
Watertown, SD 57201

| Date | Invoice # |
|------|-----------|
| 5/19/2021 | 2754 |

| Bill To | Ship To |
|---------|---------|
| Craig Development, LLC<br>Attn: Jesse Craig<br>PO Box 426<br>Fargo, ND 58107 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 5/19/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | 2021 FIV Pledge | Grow Watertown 2019-2023 Capital Campaign<br><br>NOTE: If payment has already been sent or remitted by credit card, please disregard this notice. | 5,000.00 | 5,000.00 |

| | Total | $5,000.00 |
|--|-------|-----------|

RRSB GO1st 04501

# George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/20/2021 | 206222 |

Bill To

Craig Development For Generations
1405 1st Ave. N
Fargo, ND 58102
(E)

| Project/Job | P.O. No. | Due Date | Terms |
|-------------|----------|----------|-------|
| WATERTOWN SD | | 6/19/2021 | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | (Roll-off Dumpster Service) Dumped-3/9/21 | 100.00 | 100.00T |
| 3.85 | Landfill Disposal Fee Per Ton | 44.00 | 169.40T |
| | (Roll-off Dumpster Service) Dumped-3/19/21 | 100.00 | 100.00T |
| 3.86 | Landfill Disposal Fee Per Ton | 44.00 | 169.84T |
| | (Roll-off Dumpster Service) Dumped-3/26/21 | 100.00 | 100.00T |
| 1.35 | Landfill Disposal Fee Per Ton | 44.00 | 59.40T |
| | (Roll-off Dumpster Service) Dumped-4/9/21 | 100.00 | 100.00T |
| 4.92 | Landfill Disposal Fee Per Ton | 44.00 | 216.48T |
| | (Roll-off Dumpster Service) Dumped-4/14/21 | 100.00 | 100.00T |
| 4.91 | Landfill Disposal Fee Per Ton | 44.00 | 216.04T |
| | (Roll-off Dumpster Service) Dumped-4/21/21 | 100.00 | 100.00T |
| 4.69 | Landfill Disposal Fee Per Ton | 44.00 | 206.36T |
| | (Roll-off Dumpster Service) Dumped-5/12/21 | 100.00 | 100.00T |
| 5.66 | Landfill Disposal Fee Per Ton | 44.00 | 249.04T |
| | (Roll-off Dumpster Service) Dumped-5/19/21 | 100.00 | 100.00T |
| 3.59 | Landfill Disposal Fee Per Ton | 44.00 | 157.96T |

A finance charge of 1.5% ($1.00 min) per month
(18% annually) will be added to accounts over
30 days.

George's Sanitation Thanks You For Your
Business.

WE ACCEPT
VISA-MASTERCARD-
DISCOVER &
AMERICAN EXPRESS

| | |
|---|---|
| **Subtotal** | $2,244.52 |
| **Sales Tax (6.5%)** | $145.89 |
| **Total** | $2,390.41 |

RRSB GO1st 04502

## PAYMENT APPLICATION

| | | | |
|---|---|---|---|
| TO: | Generations On 1ST | **PROJECT:** **Generations Apartment** | Application # |
| | | | Period Start |
| | Watertown SD 57201 | | Period End |
| | | | Application Date |
| FROM: | Cashway Lumber | | Subcontract #: |
| | 191 N Broadway | | Date of Contract |
| | Watertown SD 57201 | | |
| FOR: | | | |

### CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

Contractor's signature below is (1) the Work has been perform Contractor under the Contract obligations under the Contract payment.

| | | | |
|---|---|---|---|
| 1 | **CONTRACT AMOUNT** | $ 1,059,715.71 | |
| 2 | **SUM OF ALL CHANGE ORDERS** | | CONTRACTOR: |
| 3 | **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | $1,059,715.71 | By: Derrick Nelson S |
| 4 | **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | $ 238,103.56 | |
| 5 | **RETAINAGE:** | | |
| | a. 5% of completed work (Columns D+E on Continuation Page) | | |
| | b. 10% of Material Stored (Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or column I on Continuation Page) | $0.00 | |
| 6 | **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | $238,103.56 | |
| 7 | **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | $ - | |
| 8 | **PAYMENT DUE** | $238,103.56 | |
| 9 | **BALANCE TO COMPLETION** (Line 3 Minus Line 6) | $821,612.15 | |

### Certification

The construction Manager and the payment herein applied for Such work has been completed accurately states the amount o Manager and Architect know o

**Certified Amount** .....

(If the certified amount is differ

GENERAL CONTRACTOR:

By: _____

ARCHITECT:

By: _____

Neither this Application nor pay made only to Contractor, and i Contract Documents or otherw

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

RRSB GO1st 04503



Limoges Construction, Inc.

25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|---|---|
| 5/25/2021 | 7868 |

**Bill To**

| Vendor No. |
|---|
| |

| Project | Subcontract Agreement No. | Project No. |
|---|---|---|
| 2101-Generations on 1st | | |

| Description | Amount |
|---|---|
| Progress Billings | 90,000.00 |
| Less 10% | -9,000.00 |

| | |
|---|---|
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $81,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $81,000.00 |

RRSB GO1st 04504

# Invoice 010

## Craig Development, LLC
## Box 426, Fargo, ND  58107

6/30/2021    To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Dakota Portable Toilets | $ | 165.00 |
| 1 | Stan Houston | $ | 150.92 |
| 1 | Hebron | $ | 3,680.00 |
| 1 | LaDue Construction | $ | 35,000.00 |
| 1 | Baete-Forseth | $ | 18,960.73 |
| 1 | Xtreme Fire | $ | 31,102.20 |
| 1 | Innovative Wall | $ | 101,068.73 |
| 1 | Kloos | | |
| 1 | B&W Construction | $ | 70,794.54 |
| 1 | Limoges | $ | 72,000.00 |
| 1 | | | |
| 1 | Watertight | | |
| 1 | | | |
| 1 | Georges Sanitation | | |
| 1 | | | |
| 1 | | | |
| | | Subtotal $ | 332,922.12 |
| | | Excise Tax $ | 6,658.44 |
| | | **Total Due By 7/10/2021** $ | 339,580.56 |

Thank you for your business!

RRSB GO1st 04505

# APPLICATION AND CERTIFICATE FOR PAYMENT

PAGE ONE OF 2 PAGES

TO OWNER:
GENERATIONS ON 1ST
1405 1ST AVE N
FARGO, ND 58102

FROM CONTRACTOR:
CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
FARGO, ND 58102

PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD
VIA ARCHITECT:
TL STROH ARCHITECTS

CONTRACT FOR: VIA CONSTRUCTION MANAGER: CRAIG DEVELOPMENT/PREVAIL BUILD

APPLICATION #: 10
PERIOD TO: 06/30/21
PROJECT NOS: 26

CONTRACT DATE:

Distribution to:
Owner
Const. Mgr
Architect
Contractor [X]

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 10,990,000.00 |
| 2. Net change by Change Orders | $ | |
| 3. CONTRACT SUM TO DATE (Line 1 +/- 2) | $ | 10,990,000.00 |
| 4. TOTAL COMPLETED & STORED TO DATE-$ (Column G on Continuation Sheet) | | 6,387,898.64 |
| 5. RETAINAGE: | | |
| a. of Completed Work (Columns D+E on Continuation Sheet) | $ | |
| b. of Stored Material (Column F on Continuation Sheet) | $ | |
| Total Retainage (Line 5a + 5b or Total in Column I of Continuation Sheet----- | | |
| 6. TOTAL EARNED LESS RETAINAGE---------- (Line 4 less Line 5 Total) | $ | 6,387,898.64 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate)------- | $ | 6,048,318.08 |
| 8. CURRENT PAYMENT DUE------------- | $ | 339,580.56 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 4,602,101.36 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown therein is now due.

CONTRACTOR:

By: _____ Date: _____

State of:
County of:
Subscribed and sworn to before
me this _____ day of _____

Notary Public:
My Commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with Contract Documents, based on on-site observations and the data comprising application, the Architect certifies to the Owner than to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ------------------------ $ _____
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner of Contractor under this Contract.

# CONTINUATION SHEET

ATTACHMENT TO PAY APPLICATION
PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

Page 2 of   2   Pages

APPLICATION NUMBER: 10
APPLICATION DATE: 06/30/21
PERIOD TO: 30-Jun-21
ARCHITECT'S PROJECT NO: 26

| A Item No. | B Description of Work | C Scheduled Value | D Work Completed From Previous Application (D + E) | E Work Completed This Period | F Materials Presently Stored (Not In D or E) | G Total Completed And Stored To Date (D + E + F) | % (G/C) | H Balance To Finish (C - G) | I Retainage (If Variable Rate) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | GENERAL CONDITIONS | 178,033.00 | 151,109.31 | 315.92 | | 151,425.23 | 85% | 26,607.77 | |
| 2 | CONCRETE | 679,000.00 | 584,069.70 | 72,000.00 | | 656,069.70 | 97% | 22,930.30 | |
| 3 | MASONRY | 475,000.00 | 378,597.60 | 101,068.73 | | 479,666.33 | 101% | (4,666.33) | |
| 4 | CMU BLOCK | 275,149.00 | 255,304.37 | 3,680.00 | | 258,984.37 | 94% | 16,164.63 | |
| 5 | GENERAL W&L ROUGH LABOR | 383,303.00 | | 105,794.54 | | 105,794.54 | 28% | 277,508.46 | |
| 6 | BUILDING SPRINKLER | 123,185.45 | 19,614.00 | 31,102.20 | | 50,716.20 | 41% | 72,469.25 | |
| 7 | HVAC | 236,875.00 | 50,000.00 | 18,960.73 | | 68,960.73 | 29% | 167,914.27 | |
| 8 | ACCRUED INTEREST/EXCISE | 399,272.73 | 127,740.63 | 6,658.44 | | 134,399.07 | 34% | 264,873.66 | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| | SUBTOTALS PAGE 2 | 2,749,818.18 | 1,566,435.61 | 339,580.56 | | 1,906,016.17 | 69% | 843,802.01 | |

CONTINUATION SHEET

Page 3 of   2   Pages

# Invoice

**Dakota Portable Toilets, Inc.**

PO Box 8513
Brookings, SD 57006

| Date | Invoice # |
|------|-----------|
| 6/22/2021 | 12515 |

| Bill To | Ship To |
|---------|---------|
| Craig Development<br>1405 1st Ave. N<br>Fargo, ND 58102 | Generations On 1st<br>26 1st Ave. NW<br>Watertown<br>6/22-7/20 |

Due on receipt

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Portable Toilet Rental with Weekly Service | 165.00 | 165.00T |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $165.00 |
| **Sales Tax  (6.5%)** | $10.73 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $175.73 |

If you would prefer your invoices emailed to you rather than mailed, please send us an email at info@dakotaportabletoilets.com letting us know that you would like to make the switch.

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 605-880-1699 | 866-371-6218 | info@dakotaportabletoilets.com | www.dakotaportabletoilets.com |

RRSB GO1st 04508

# Stan HOUSTON
## EQUIPMENT COMPANY, INC. SH

**Sioux Falls**
3020 W. 12th St
605-336-3727
800-952-3033

**Rapid City**
1210 Deadwood Ave
605-348-1155
800-242-1948

**Sioux City**
412 Lewis Blvd
712-255-3001
800-255-8440

**Aberdeen**
39213 133rd St
605-262-3727
877-346-7499

**Watertown**
920 9th Ave SW
605-878-3727
800-854-4953

**Omaha**
4240 S 50th St

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | 6/14/2021 |
| INVOICE NUMBER | 05  41431 |
| ACCOUNT NUMBER | 116357 |

SOLD TO:  CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND  58102

SHIP TO:  CRAIG DEVELOPMENT

1405 1ST AVE N
.FARGO, ND  58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE RATE of 18%, will be charged on all accounts which become past due and a 1 1/2% additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PERMISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED FROM US.
Enter claims against transportation company for loss sustained due to loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER | | JOB | | | SOLD BY GINA M |
|---|---|---|---|---|---|---|
| SHIPPED VIA | | SHIP DATE | WORK ORDER NUMBER | | | ORDERED BY |
| PICK-UP | | 6/14/2021 | 650786 | | CARSON | |

| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| SON 713S | BACKER-ROD 1/2" | 100.0 | | .160 | LF | | 16.00 |
| | 45029394 2500'PER ROLL | | | | | | |
| NOM 713SBAG | 1/2"  BACKER ROD POLY BAG | 1.0 | | 22.950 | BG | | 22.95 |
| | 200 LF/BAG | | | | | | |
| NOM 715BAG | 3/4"  BACKER ROD POLY BAG | 2.0 | | 15.950 | BG | | 31.90 |
| | 55 LF/BAG | | | | | | |

| | |
|---|---|
| LINE TOTAL: | 70.85 |
| SUBTOTAL: | 70.85 |
| WATERTOWN SD | 4.61 |
| TOTAL: | 75.46 |

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder. In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON  EQUIPMENT COMPANY until paid for and they reserve the right to revoke this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

RRSB GO1st 04509

# Stan HOUSTON
## EQUIPMENT COMPANY, INC.

**Sioux Falls**
3020 W. 12th St
605-336-3727
800-952-3033

**Rapid City**
1210 Deadwood Ave
605-348-1155
800-242-1948

**Sioux City**
412 Lewis Blvd
712-255-3001
800-255-8440

**Aberdeen**
39213 133rd St
605-262-3727
877-346-7499

**Watertown**
920 9th Ave SW
605-878-3727
800-854-4953

**Omaha**
4240 S 50th St

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | 6/14/2021 |
| INVOICE NUMBER | 05 41431 |
| ACCOUNT NUMBER | 116357 |

**SOLD TO:** CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND 58102

**SHIP TO:** CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND 58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE RATE of 18%, will be charged on all accounts which become past due and a 1 1/2% additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PERMISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED FROM US.
Enter claims against transportation company for loss sustained due to loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER | JOB | | SOLD BY GINA M |
|---|---|---|---|---|
| SHIPPED VIA | | SHIP DATE | WORK ORDER NUMBER | ORDERED BY |
| PICK-UP | | 6/14/2021 | 650786 | CARSON |

| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| SON 713S | BACKER-ROD 1/2" 45029394 2500'PER ROLL | 100.0 | | .160 | LF | | 16.00 |
| NOM 713SBAG | 1/2" BACKER ROD POLY BAG 200 LF/BAG | 1.0 | | 22.950 | BG | | 22.95 |
| NOM 715BAG | 3/4" BACKER ROD POLY BAG 55 LF/BAG | 2.0 | | 15.950 | BG | | 31.90 |

| | |
|---|---|
| LINE TOTAL: | 70.85 |
| SUBTOTAL: | 70.85 |
| WATERTOWN SD | 4.61 |
| TOTAL: | 75.46 |

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder. In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON EQUIPMENT COMPANY until paid for and they reserve the right to revoke this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

RRSB GO1st 04510



Since 1904
**HEBRON**
**BRICK COMPANY**
An Employee Owned Company

| | |
|---|---|
| | **Invoice** |
| Invoice No. | S-INV00011017 |
| Order No. | S-ORD00013035 |
| Customer PO # | GENERATIONS |
| Document Date | June 7, 2021 |

**Billed to**
CRAIG DEVELOPMENT LLC
1405 1ST AVE N
FARGO, ND 58102

**Ship-to Address**
CRAIG DEVELOPMENT LLC
26 1ST AVE SW
WATERTOWN, SD 57201

Net 30 days        GENERATIONS P-ORD5365        ADAM THYMIAN-SIOUX FALLS

SF SEMI                                          June 2, 2021

| Item # | Description | Lot/Serial No. | Qty | UOM | Unit Price | Total |
|---|---|---|---|---|---|---|
| I00000680 | SPEC MIX TYPE S 3000LB | | 16 | EACH | $188.00 | $3,008.00 |
| PALLET-RETURNABLE | RETURNABLE PALLET | | 16 | EACH | $21.00 | $336.00 |
| I00000683 | SPEC BAG DEPOSIT | | 16 | EACH | $21.00 | $336.00 |
| | | | | | Subtotal | $3,680.00 |
| | | | | | Tax | $0.00 |
| | | | | | **Total** | **$3,680.00** |

Notice: An interest charge of 1.5% monthly (18% annually) will be charged on invoices not paid within 30 days from invoice date. A 25 % restocking fee will be assessed on resalable returned goods. No return of bagged goods, natural or cultured stone products.

| 1420 Interstate Loop | 2300 Main Ave | 404 S Burlington Ave | 1201 N 47th St | 2311 Elk Drive | 1543 Deadwood Ave | 2211 W 50th S |
|---|---|---|---|---|---|---|
| Bismarck ND 58503 | Fargo, ND 58104 | Fergus Falls MN 56537 | Grand Forks ND 58203 | Minot ND 58701 | Rapid City SD 57702 | Sioux Falls SD 57105 |
| 701-250-1669 | 701-232-0781 | 218-739-3671 | 701-738-8000 | 701-839-6644 | 605-343-5252 | 605-331-5840 |

RRSB GO1st 04511

# LaDue Construction Inc.

2354 340th Street
Waubun, MN 56589
(218) 846-9865  Bus
(218) 846-9867  Fax

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/25/2021 | 1688 |

| BILL TO | JOB SITE |
|---------|----------|
| Prevail<br>100 East Kemp Ave, Ste E<br>Watertown, SD 57201 | Generations on 1st<br>Watertown, SD |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Labor and material to install steel studs on the Generations on 1st Building in Watertown, SD. | 35,000.00 |
| Steel Studs, Drywall, Lath, Plaster, EIFS Applicator | |

**Total**  $35,000.00

RRSB GO1st 04512

# Application and Certificate For Payment

Page 1

**To Owner:** Generations on 1st LLC
1405 1st Ave North
Fargo, ND 58102

**From (Contractor):** Baete-Forseth HVAC LLC
4700 North Northview Ave
PO Box 84008
Sioux Falls, SD 57118

**Phone:** 605 336-0545

**Project::** Generations Apartments
26 1st Ave SW
Watertown, SD

**Application No:** 1    Date: 06/16/2021
**Period To:** 06/30/21
**Architect's Project To:**
**Contractor Job Number:** 21046
**Architect's Project No:**
**Via (Architect):**
**Contract Date:**
**Contract For:**

## Contractor's Application For Payment

| Change Order Summary | Additions | Deductions |
|---|---|---|
| Change orders approved in previous months by owner | 20,800.00 | |

| Change orders approved this month | Number | Date Approved | | |
|---|---|---|---|---|

| Totals | | | | |
| Net change by change orders | 20,800.00 | | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information, and belief the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

| | |
|---|---|
| Original contract sum | 236,875.00 |
| Net change by change orders | 20,800.00 |
| Contract sum to date | 257,675.00 |
| Total completed and stored to date | 18,960.73 |
| Retainage | |
| 0.0% of completed work | 0.00 |
| 0.0% of stored material | 0.00 |
| Total retainage | 0.00 |
| Total earned less retainage | 18,960.73 |
| Less previous certificates of payment | 0.00 |
| Current payment due | 18,960.73 |
| Balance to finish, including retainage | 238,714.27 |

0.000% of taxable amount
No Excise & Watertown Use

Current sales tax    0.00

Contractor: By: _Michele F Baete_ Date: 6-16-21

State of: South Dakota County of: Minnehaha

Subscribed and sworn to before me this 16 day of June 2021 (year), Notary public

My commission expires: 9-5-2024

CHERYL SWOLLEY
NOTARY PUBLIC
SOUTH DAKOTA
SEAL

## Architect's Certificate for Payment

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the Amount Certified.

**Amount Certified:** $ _____

This Certification is not negotiable. The Amount Certified is payable only to the Contractor named herein. Issuance, payment, and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

**Architect:** _____
**By:** _____    **Date:** _____

RRSB GO1st 04513

# APPLICATION AND CERTIFICATION FOR PAYMENT

**AIA DOCUMENT G702**

PAGE 1 OF 2 PAGES

TO GC:

1405 1st Ave N
Fargo, ND 58102

FROM CONTRACTOR:
**Xtreme Fire Protection**
4102 N Cliff Ave
Sioux Falls, SD 57104

CONTRACT FOR:

PROJECT: **Generations Apt**
Watertown, SD

VIA ARCHITECT:

APPLICATION NO: 2

PERIOD TO: 06/30/21

PROJECT NOS:

CONTRACT DATE:

Distribution to:
☐ OWNER
☐ ARCHITECT
☒ CONTRACTOR
☐
☐

Work performed

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|

1. ORIGINAL CONTRACT SUM ............................................ $ **140,100.00**
2. Net change by Change Orders .......................................... 0.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) ............................ $ 140,100.00
4. TOTAL COMPLETED & STORED TO
   DATE    (Column G on G703) ........................................ $ 50,716.20
5. RETAINAGE:
   a. **0** % of Completed Work
      (Column D + E on G703) ........... 0.00
   b. **0** % of Stored Material
      (Column F on G703) ............... $
   Total Retainage (Lines 5a + 5b or
   Total in Column I of G703) ............................................ $ 0.00
6. TOTAL EARNED LESS RETAINAGE ................................ $ 50,716.20
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ......................... $ 19,614.00
8. CURRENT PAYMENT DUE ............................................ $ **31,102.20**
9. BALANCE TO FINISH, INCLUDING RETAINAGE ............. $ 89,383.80
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $0.00 | $0.00 |
| Total approved this Month | $0.00 | $0.00 |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been paid by
the Contractor for Work for which previous Certificates for Payment were issued and
payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:    **XTREME FIRE PROTECTION, LLC**
               Fill out exactly w/Name, Date and Notary

By _____    Date 9/19/2025

State of: South Dakota    County of: Minnehaha
Subscribed and sworn to before me    6/16/2021
Notary Public
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising the application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work has progressed as indicated,
the quality of the Work is in accordance with the Contract Documents, and the Contractor
is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ................................. $ _____

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this
Application and the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:

By _____    Date _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without
prejudice to any rights of the Owner or Contractor under this Contract.

6/16/2021

ELIZABETH REYNOLDS
NOTARY PUBLIC
SOUTH DAKOTA
My Commission Expires

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON DC 20006-5292

Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

RRSB GO1st 04514

**Innovative Wall Design, Inc**

302 N Perry Ln
Harrisburg, SD  57032 US
cale.setness@gmail.com



## INVOICE

BILL TO

Craig Development, LLC
1405 1st Ave N
Fargo, ND  58102 USA

| | | |
|---|---|---|
| INVOICE | 1060 | |
| DATE | 05/28/2021 | |
| TERMS | Net 30 | |
| DUE DATE | 07/15/2021 | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| CMU Application | 8" CMU Walls<br>Perimeter main floor walls | 0.05 | 217,630.88 | 10,881.54 |
| CMU Application | 12" CMU Walls<br>Partition wall on interior seperating parking garage and Community Center | 0 | 15,275.78 | 0.00 |
| Core-fill | | 0.0200002 | 15,787.87 | 315.76 |
| Rebar | | 0.02 | 6,225.00 | 124.50 |
| Lintel Application | lintel above doors/windows as they occur in IWD Inc working areas and responsibilities | 0.02 | 9,730.00 | 194.60 |
| Temp Heat/Enclosing | This is an initial enclosing cost for Generations on 1st. It is understood that the General Contractor (Prevail Build) will cover costs of propane with IWD Inc enclosing the area of work. Any overages in enclosing costs will be gone over at the end of phase 1 CMU build | 0 | 10,500.00 | 0.00 |

Generations on 1st
Phase 1-CMU Application

BALANCE DUE **$11,516.40**

RRSB GO1st 04515

**Innovative Wall Design, Inc**

302 N Perry Ln
Harrisburg, SD  57032 US
cale.setness@gmail.com



## INVOICE

| BILL TO | SHIP TO | | |
|---------|---------|---|---|
| Craig Developement | Craig Developement | INVOICE | 1063 |
| 1405 1st Ave N | 1405 1st Ave N | DATE | 06/25/2021 |
| Fargo, ND  58102 USA | Fargo, ND  58102 USA | TERMS | Net 30 |
| | | DUE DATE | 07/15/2021 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---------|-------------|-----|------|--------|
| Backstop OPMD System | Liquid applied Air/Moisture Barrier to go over all cladding areas. Currently working with Dryvit Tremco CPG in an attempt to procure this product for a low cost. System would normally cost $138,140.25 | 0 | 0.00 | 0.00 |
| Flashings | Metal Flashings above windows, air can units, and doors as they occur in the EIFS systems | 0 | 6,768.00 | 0.00 |
| Flashings | Floor Line expansion joint flashings. Located at floor lines to allow expansion. | 0 | 14,112.00 | 0.00 |
| Through Wall Flashing | Textural through wall flashing put on appropriate areas for brick system | 1 | 5,289.00 | 5,289.00 |
| Weather Resistive Barrier | Backstop system for the CMU only if the upper 4 floors are not accepted | 1 | 19,553.42 | 19,553.42 |
| Rigid Board Insulation | To be put on areas receiving brick application. This price includes the attachment accessories and their application as well. | 0.25 | 50,940.00 | 12,735.00 |
| Brick System | Full bed brick system. Toasted Grey (Hebron). Size: TBD (To change on Elevator Shafts above 1st floor to EIFS(Standard) will be a cost savings of $75,000.00) | 0.1068021 | 486,646.80 | 51,974.91 |
| EIFS System | Areas designated "Utaupia" done in a SandPebble finish. | 0 | 119,217.88 | 0.00 |
| EIFS System | Areas designated "Cool Beige" done in a SandPebble finish. | 0 | 56,130.00 | 0.00 |
| EIFS System | Custum Pattern Areas designated to be done in a "Half Caff" SandBlast Finish. | 0 | 11,465.50 | 0.00 |
| EIFS System | Custum Foam Shapes for patio surround areas. This price includes foam, hardware, freight. | 0 | 23,385.80 | 0.00 |
| EIFS System | Patio build-out areas designated to be finished in "Half Caff" SandBlast Finish | 0 | 30,119.50 | 0.00 |

Generations on 1st
Phase 2
Does Not Include: Excise Tax (Assumed Responsibility
of GC)

| | BALANCE DUE | **$89,552.33** |
|---|---|---|

RRSB GO1st 04516

# PAYMENT APPLICATION

## CONTRACTORS SUMMARY OF WORK

| | PROJECT: | Generations on 1st | | Distribution To: |
|---|---|---|---|---|
| TO: | Generations on 1st LLC | | Application # | 1 | ☐ Owner |
| | 1405 1st Ave North | | Period Start | | ☐ Accounting |
| | Fargo, ND 58102 | | Period End | | ☐ Architect |
| | | | Application Date | 6/25/2021 | ☐ Owner's Rep. |
| FROM: | B&W Construction | | Subcontract #: | | |
| | P.O. Box 78 | | Date of Contract | | |
| | Castlewood, SD 57223 | | | | |
| FOR: | Framing | | | | |

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | **CONTRACT AMOUNT** | $ | 393,303.00 |
| 2 | **SUM OF ALL CHANGE ORDERS** | $ | - |
| 3 | **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | $ | 393,303.00 |
| 4 | **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | $ | 78,660.60 |
| 5 | **RETAINAGE:** | | |
| | a. 10% of completed work (Columns D+E on Continuation Page) | | |
| | b. 10% of Material Stored (Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or column I on Continuation Page) | $ | 7,866.06 |
| 6 | **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | $ | 70,794.54 |
| 7 | **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | $ | - |
| 8 | **PAYMENT DUE** | $ | 70,794.54 |
| 9 | **BALANCE TO COMPLETION** (Line 3 Minus Line 6) | $ | 322,508.46 |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: _[signature]_   Date: 6-25-21

## Certification

☐ Required   ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____ Date: _____

ARCHITECT:
By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1



Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/25/2021 | 7896 |

**Bill To**

| Vendor No. |
|------------|
| |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2101-Generations on 1st | | |

| Description | Amount |
|-------------|--------|
| Progress Billing | 80,000.00 |
| Less 10% | -8,000.00 |

| | |
|---|---|
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $72,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $72,000.00 |

RRSB GO1st 04518

# Craig Development, LLC
## Box 426, Fargo, ND  58107

Invoice 011

7/31/2021     To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Dakota Portable Toilets | $ | 527.18 |
| 1 | Stan Houston | $ | 46.12 |
| 1 | Hebron | $ | 30,535.43 |
| 1 | Watertight | $ | 99,000.00 |
| 1 | Baete-Forseth | $ | 10,657.50 |
| 1 | Xtreme Fire | $ | 64,165.80 |
| 1 | Swenson Welding | $ | 407.36 |
| 1 | Innovative Wall | $ | 89,552.33 |
| 1 | Kloos | $ | 308,500.00 |
| 1 | B&W Construction | $ | 141,588.08 |
| 1 | East River Homes | $ | 4,527.00 |
| 1 | Craig Dev (reimb) | $ | 1,099.61 |
| 1 | Craig Dev (closet shelving 13,745, sign 9,800, blinds 14,753, site fence 23,202,) | $ | 61,500.00 |
| 1 | Lake Area Door | $ | 15,408.19 |
| 1 | Craig Dev (Dev Fee) | $ | 30,000.00 |
| 1 | PM Steel | $ | 970.49 |
| 1 | TL Stroh | $ | 12,960.00 |
| 1 | Georges Sanitation | | |
| 1 | Cashway | $ | 509,495.88 |
| 1 | Don Johnson | | |
| 1 | Swanston | $ | 8,062.50 |
| 1 | Prairie Enviromental | $ | 1,075.65 |
| 1 | Clausen | $ | 5,607.15 |
| | Subtotal | $ | 1,395,686.27 |
| | Excise Tax | $ | 27,913.73 |
| | **Total Due By 8/10/2021** | **$** | **1,423,600.00** |

Thank you for your business!

# APPLICATION AND CERTIFICATE FOR PAYMENT

PAGE ONE OF 2 PAGES

**TO OWNER:**
GENERATIONS ON 1ST
1405 1ST AVE N
FARGO, ND 58102

**PROJECT:**
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

**APPLICATION #:** 10
**PERIOD TO:** 07/30/21
**PROJECT NOS:** 26

| Distribution to: | |
|---|---|
| | Owner |
| | Const. Mgr |
| X | Architect |
| X | Contractor |

**FROM CONTRACTOR:**
CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
FARGO, ND 58102

**VIA ARCHITECT:**
TL STROH ARCHITECTS

**CONTRACT FOR:**

VIA CONSTRUCTION MANAGER: CRAIG DEVELOPMENT/PREVAIL BUILD

**CONTRACT DATE:**

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 10,990,000.00 |
| 2. Net change by Change Orders | $ | |
| 3. CONTRACT SUM TO DATE (Line 1 +/- 2) | $ | 10,990,000.00 |
| 4. TOTAL COMPLETED & STORED TO DATE-$ | | 7,811,498.64 |
| (Column G on Continuation Sheet) | | |
| 5. RETAINAGE: | | |
| a.      of Completed Work | $ | |
| (Columns D+E on Continuation Sheet) | | |
| b.      of Stored Material | $ | |
| (Column F on Continuation Sheet) | | |
| Total Retainage (Line 5a + 5b or | | |
| Total in Column 1 of Continuation Sheet) | $ | |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 7,811,498.64 |
| (Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | | |
| (Line 6 from prior Certificate) | $ | 6,387,898.64 |
| 8. CURRENT PAYMENT DUE | $ | 1,423,600.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | |
| (Line 3 less Line 6) | $ | 3,178,501.36 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown therein is now due.

**CONTRACTOR:**

By: _____ Date: _____

State of: _____
County of: _____
Subscribed and sworn to before me this _____ day of _____
Notary Public: _____
My Commission expires: _____

## CERTIFICATE FOR PAYMENT

In accordance with Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED** ........................ $ _____
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

**ARCHITECT:**

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

RRSB GO1st 04520

**CONTINUATION SHEET**

ATTACHMENT TO PAY APPLICATION

PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

Page 2 of    2    Pages
APPLICATION NUMBER:    10
APPLICATION DATE:    07/30/21
PERIOD TO:    30-Jul-21
ARCHITECTS PROJECT NO.:    26

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | Description of Work | Scheduled Value | Work Completed From Previous Application (D + E) | This Period | Materials Presently Stored (Not in D or E) | Total Completed And Stored To Date (D + E + F) | (G/C) | Balance To Finish (C - G) | Retainage (If Variable Rate) |
| 1 | GENERAL CONDITIONS | 178,033.00 | 151,425.23 | 9,735.41 | | 161,160.64 | 91% | 16,872.36 | |
| 2 | TESTING AND INSPECTIONS | 23,581.96 | 23,581.96 | 1,075.65 | | 24,657.61 | 105% | (1,075.65) | |
| 3 | EXCAVATION | 303,415.00 | 393,425.41 | 5,607.15 | | 399,032.56 | 132% | (95,617.56) | |
| 4 | MASONRY | 585,525.00 | 479,666.33 | 89,552.33 | | 569,218.66 | 97% | 16,306.34 | |
| 5 | CMU BLOCK | 275,149.00 | 258,984.37 | 30,535.43 | | 289,519.80 | 105% | (14,370.80) | |
| 6 | RAILINGS | 25,204.88 | | 1,377.85 | | 1,377.85 | 5% | 23,827.03 | |
| 7 | GENERAL W&L CARP. LABOR | 383,303.00 | 105,794.54 | 146,115.08 | | 251,909.62 | 66% | 131,393.38 | |
| 8 | WOOD COMPONENTS/TRUSSES | 596,530.18 | | 509,495.88 | | 509,495.88 | 85% | 87,034.30 | |
| 9 | OVERHEAD DOORS | 15,408.00 | | 15,408.19 | | 15,408.19 | 100% | (0.19) | |
| 10 | EXTERIOR SIGNAGE | 9,800.00 | | 9,800.00 | | 9,800.00 | 100% | | |
| 11 | CLOSET SHELVING | 13,745.45 | | 13,745.00 | | 13,745.00 | 100% | 0.45 | |
| 12 | WINDOW TREATMENTS | 14,753.45 | | 14,753.00 | | 14,753.00 | 100% | 0.45 | |
| 13 | BUILDING SPRINKLER | 140,100.00 | 50,716.20 | 64,165.80 | | 114,882.00 | 82% | 25,218.00 | |
| 14 | PLUMBING | 659,955.00 | 59,395.95 | 99,000.00 | | 158,395.95 | 24% | 501,559.05 | |
| 15 | HVAC | 236,875.00 | 68,960.73 | 10,657.50 | | 79,618.23 | 34% | 157,256.77 | |
| 16 | ELECTRICAL/SECURITY | 845,082.00 | 117,000.00 | 308,500.00 | | 425,500.00 | 50% | 419,582.00 | |
| 17 | ACCRUED INTEREST/EXCISE | 399,272.73 | 134,399.07 | 27,913.73 | | 162,312.80 | 41% | 236,959.93 | |
| 18 | SITE FENCING/DUMPSTER/ACCESSOR | 23,202.33 | | 23,202.00 | | 23,202.00 | 100% | 0.33 | |
| 19 | GENERAL CONTRACTOR | 441,047.00 | 435,000.00 | 12,960.00 | | 447,960.00 | 102% | (6,913.00) | |
| 20 | DEVELOPMENT FEE | 391,047.00 | 360,000.00 | 30,000.00 | | 390,000.00 | 100% | 1,047.00 | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| | SUBTOTALS PAGE 2 | 5,561,029.98 | 2,638,349.79 | 1,423,600.00 | | 4,061,949.79 | 73% | 1,499,080.19 | |

**CONTINUATION SHEET**

Page 3 of    2    Pages

# PAYMENT APPLICATION

**TO:**
Generations on 1st.
26 1st. Ave. N
Fargo, ND 58102

**PROJECT:**
Generations
26 1st Ave. SW.
Watertown, SD 57201

**FROM:**
Kloos Electric
311 27th St. NW
Watertown, SD 57201

**FOR:**
Prevail, LLC
TL Stroh Architect

**VIA CONSTRUCTION MANAGER:**
**VIA ARCHITECT:**

| | |
|---|---|
| Application # | 1 |
| Period Start | 6/1/2021 |
| Period End | |
| Application Date | 7/26/2021 |
| Subcontract #: | |
| Date of Contract | 4/5/2021 |

**Distribution To:**
- ☑ Owner
- ☐ Accounting
- ☐ Architect
- ☐ Owner's Rep.

Date: 726-21

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 CONTRACT AMOUNT | | $ | 845,082.75 |
| 2 SUM OF ALL CHANGE ORDERS | | | $0.00 |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | | | $845,082.75 |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | | $ | 195,000.00 |
| 5 RETAINAGE: | | | |
| a. 5% of completed work (Columns D-E on Continuation Page) | $ | - | |
| b. 10% of Material Stored (Column F on Continuation Page) | $ | 6,500.00 | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | | $19,500.00 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | | $ | 175,500.00 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | | | |
| 8 PAYMENT DUE | | $ | 308,500.00 |
| 9 BALANCE TO COMPLETION (Line 3 Minus Line 6) | | $ | 450,082.75 |

| SUMMARY OF CHANGE ORDER: | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR: Kloos El

By: _____  Date: _____

## Certification    ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _____  Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:

By: _____  Date: _____

ARCHITECT:

By: _____  Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

# PAYMENT APPLICATION

**TO:**
Generations on 1st
1405 1st Ave N
Fargo ND 58102

**PROJECT:**
Generations on 1st
26 1st Ave SW
Watertown SD 57201

**Distribution To:**

**FROM:**
Waterfight, Inc.
18273 464th Ave
Castlewood, SD 57223

| | |
|---|---|
| Application # | 3 |
| Period Start | 6/24/2021 |
| Period End | 7/25/2021 |
| Application Date | |
| Subcontract #: | |
| Date of Contract | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 640,000.00 |
| 2 SUM OF ALL CHANGE ORDERS | | $19,955.00 |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | $ | 659,955.00 |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | $ | 110,000.00 |
| 5 RETAINAGE: | | |
| a. 10% of completed work (Columns D+E on Continuation Page) | | |
| b. 10% of Material Stored (Column F on Continuation Page) | $11,000.00 | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $11,000.00 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | | $99,000.00 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | $ | 29,099.55 |
| 8 PAYMENT DUE | | $99,000.00 |
| 9 BALANCE TO COMPLETION (Line 3 Minus Line 6) | | $458,959.50 |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: _____ Chris Serie _____ Date: _____ 7/25/2021

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** ......................................................... Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:

By: _____ Date: _____

ARCHITECT:

By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

RRSB GO1st 04523

# PAYMENT APPLICATION

| TO: | Generations On 1ST | PROJECT: | Generations Apartment | Application # | 2 | Distribution To: |
|---|---|---|---|---|---|---|
| | Watertown SD 57201 | | | Period Start | 6/26/2021 | ☐ Owner |
| | | | | Period End | 7/26/2021 | ☐ Accounting |
| FROM: | Cashway Lumber | | | Application Date | 7/26/2021 | ☐ Architect |
| | 191 N Broadway | | | Subcontract #: | | ☐ Owner's Rep. |
| | Watertown SD 57201 | | | Date of Contract | 2/9/2021 | |

FOR:

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

| | | |
|---|---|---|
| 1 **CONTRACT AMOUNT** | $ | 1,059,715.71 |
| 2 **SUM OF ALL CHANGE ORDERS** | | $8,962.66 |
| 3 **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $1,068,678.37 |
| 4 **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | $ | 960,339.37 |

CONTRACTOR:

By: _____ Derrick Nelson Sales Manager Cashway Lumber _____ Date: _____ 7/26/2021

5 **RETAINAGE:**
a. 5% of completed work
(Columns D+E on Continuation Page)
b. 10% of Material Stored
(Column F on Continuation Page)
Total Retainage (Line 5a + 5b or column I on Continuation Page)  $0.00

| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | | $960,339.37 |
|---|---|---|
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | $ | 463,492.44 |
| 8 **PAYMENT DUE** | | $496,846.93 |
| 9 **BALANCE TO COMPLETION** (Line 3 Minus Line 6) | | $108,339.00 |

## Certification    ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _____ Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____ Date: _____
ARCHITECT:
By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | $0.00 |

CWGEN 1st 04524

Page 1

# PAYMENT APPLICATION

| | | | | |
|---|---|---|---|---|
| TO: | Generations on 1st LLC<br>1405 1st Ave North<br>Fargo, ND 58102 | PROJECT: | **Generations on 1st** | Distribution To:<br>☐ Owner<br>☐ Accounting<br>☐ Architect<br>☐ Owner's Rep. |

| | |
|---|---|
| FROM: | Innovative Wall Designs Inc<br>302 N Perry Lane<br>Harrisburg, SD 57032 |

Application #: 2
Period Start:
Period End:
Application Date: 6/25/2021
Subcontract #:
Date of Contract:
Invoice #: 1063

FOR: **Exterior Cladding Phase 2**

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 585,525.72 |
| 2 SUM OF ALL CHANGE ORDERS | | |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | | $585,525.72 |
| 4 TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | $ | 249,151.24 |
| 5 RETAINAGE:<br>a. 10% of completed work<br>   (Columns D+E on Continuation Page)<br>b. 10% of Material Stored<br>   (Column F on Continuation Page)<br>Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | $0.00 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | $ | 249,151.24 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | $ | 89,552.33 |
| 8 PAYMENT DUE | | $89,552.33 |
| 9 BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | | $336,374.48 |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: _____ Date: _____

## Certification            ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:

By: _____ Date: _____

ARCHITECT:

By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

# PAYMENT APPLICATION

| TO: | Generations on 1st LLC | **PROJECT:** | **Generations on 1st** | Application # | 2 | Distribution To: |
| | 1405 1st Ave North | | | Period Start | 6/9/2021 | ☐ Owner |
| | Fargo, ND 58102 | | | Period End | | ☐ Accounting |
| FROM: | B&W Construction | | | Application Date | 7/26/2021 | ☐ Architect |
| | P.O. Box 78 | | | Subcontract #: | | ☐ Owner's Rep. |
| | Castlewood, SD 57223 | | | Date of Contract | | |

**FOR:** **Framing**

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations incurred under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

| 1 CONTRACT AMOUNT | | $ | 393,303.00 |
| 2 SUM OF ALL CHANGE ORDERS | | | |
| 3 CURRENT CONTRACT AMOUNT | (Line 1 + Line 2) | | $393,303.00 |
| 4 TOTAL COMPLETED AND STORED | | $ | 235,981.80 |
| (Column G on Continuation Page) | | | |

CONTRACTOR:

By:                                                    Date:

5 RETAINAGE:
a.  10% of completed work          $          23,598.18
(Columns D+E on Continuation Page)
b.  10% of Material Stored
(Column F on Continuation Page)
Total Retainage (Line 5a + 5b or
column I on Continuation Page)                        $23,598.18

| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE | | $ | 212,383.62 |
| (Line 4 Minus Line 5 Total) | | | |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS | | | $70,794.54 |
| (Line 6 from Prior Application) | | | |
| 8 PAYMENT DUE | | | $141,589.08 |
| 9 BALANCE TO COMPLETION | | $180,919.38 | |
| (Line 3 Minus Line 6) | | | |

## Certification          ☐ Required          ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _____ Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figures that are changed to match the certified amount.)*
GENERAL CONTRACTOR:
By: _____ Date: _____
ARCHITECT:
By: _____ Date: _____
Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
| --- | --- | --- |
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Page 1

RRSB GO1st 04526

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702

PAGE 1 OF 2 PAGES

TO GC:

PROJECT: Generations Apt
Watertown, SD

APPLICATION NO: 3

Distribution to:
- [ ] OWNER
- [ ] ARCHITECT
- [X] CONTRACTOR
- [ ]

**1405 1st Ave N**
**Fargo, ND 58102**
FROM CONTRACTOR:
Xtreme Fire Protection
4102 N Cliff Ave
Sioux Falls, SD 57104
CONTRACT FOR: Work performed

VIA ARCHITECT:

PERIOD TO: 07/31/21

PROJECT NOS:

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract
Continuation Sheet, AIA Document G703, is attached

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 140,100.00 |
| 2. Net change by Change Orders | | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 140,100.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 114,882.00 |
| 5. RETAINAGE: | | |
| a. __0__ % of Completed Work (Column D + E on G703) | $ 0.00 | |
| b. __0__ % of Stored Material (Column F on G703) | $ 0.00 | |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 114,882.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 50,716.20 |
| 8. CURRENT PAYMENT DUE | $ | 64,165.80 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 25,218.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $0.00 | $0.00 |
| Total approved this Month | $0.00 | $0.00 |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been paid by
the Contractor for Work for which previous Certificates for Payment were issued and
payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: **XTREME FIRE PROTECTION, LLC**
Fill out entirely w/Name, Date and Notary

By _____ Date: 7/14/2021

State of South Dakota County of: Minnehaha
Subscribed and sworn to before me 7/14/2021
Notary Public
My Commission expires 9/19/2025

ELIZABETH REYNO...
SEAL NOTARY PUBLIC
SOUTH DAKOTA
My Commission Expires 09/...
7/14/2021

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising the application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work is in accordance with the Contract
Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED

AMOUNT CERTIFIED $ _____

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this
Application and on the Continuation Sheet that are changed to conform with the amount certified.)
ARCHITECT

By _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without
prejudice to any rights of the Owner or Contractor under this Contract

AIA DOCUMENT G702 APPLICATION AND CERTIFICATION FOR PAYMENT 1992 EDITION AIA ©1992

THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

RRSB GOTst 04527

# Invoice

**Dakota Portable Toilets, Inc.**

PO Box 8513
Brookings, SD 57006

| Date | Invoice # |
|------|-----------|
| 7/20/2021 | 12774 |

| Bill To |
|---------|
| Craig Development<br>1405 1st Ave. N<br>Fargo, ND 58102 |

| Ship To |
|---------|
| Generations On 1st<br>26 1st Ave. NW<br>Watertown<br>7/20-8/17 |

Due on receipt

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Portable Toilet Rental with Weekly Service | 165.00 | 330.00T |
| 1 | Added Portable Toilet 6/22 | 165.00 | 165.00T |
|   | Mileage/Delivery 6/22 | 0.00 | 0.00T |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $495.00 |
| **Sales Tax  (6.5%)** | $32.18 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $527.18 |

If you would prefer your invoices emailed to you rather than mailed, please send us an email at info@dakotaportabletoilets.com letting us know that you would like to make the switch.

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 605-880-1699 | 866-371-6218 | info@dakotaportabletoilets.com | www.dakotaportabletoilets.com |

RRSB GO1st 04528



**Weld Training & Certification**
Todd Swenson          Lincoln Swenson
605-881-1578            605-520-9977
16996 467th A Avenue • Goodwin, SD 57238

**INVOICE**

3101

| COMPANY Prevail | CUSTOMER |
| ADDRESS 100 E Kemp Ave Suite E | ADDRESS |
| CITY, STATE, ZIP Watertown, SD 57201 | CITY, STATE, ZIP |
| TERMS Certified Welding | DATE 7-20-2021 |

| DATE | JOB DESCRIPTION | PRICE | HOURS | AMOUNT |
|------|----------------|-------|-------|--------|
| 7/20 | Weld brackets @ Uptown Apts | 85 00 | 4.5 | 382 50 |
| | | | | |
| | | | SUBTOTAL | 382 50 |
| | | | TAX | 24 84 |
| | | | AMOUNT DUE | 407 34 |

*Thank you for your business!*

RRSB GO1st 04529

**Application and Certificate For Payment**

Page 1

| To Owner: | Generations on 1st LLC<br>1405 1st Ave North<br>Fargo, ND 58102 | Project: | Generations Apartments<br>26 1st Ave SW<br>Watertown, SD | | Application No: | 2 |
| | | | | | Period To: | 07/13/21 |
| | | | | | Architect's Project No: | |
| From (Contractor): | Baete-Forseth HVAC LLC<br>4700 North Northview Ave<br>PO Box 84008<br>Sioux Falls, SD 57118 | Contractor Job Number: | 21046 | | Date: 07/13/2021 | |
| | | Via (Architect): | | | Contract Date: | |
| Phone: | 605 336-0545 | Contract For: | | | | |

**Contractor's Application For Payment**

| Change Order Summary | Additions | Deductions |
|---|---|---|
| Change orders approved in previous months by owner | 20,800.00 | |

| | Number | Date Approved |
|---|---|---|
| Change orders approved this month | | |

| Totals | 20,800.00 | |

| Net change by change orders | 20,800.00 | |

| Original contract sum | 236,875.00 |
|---|---|
| Net change by change orders | 20,800.00 |
| Contract sum to date | 257,675.00 |
| Total completed and stored to date | 29,618.23 |
| Retainage | 0.00 |
| 0.0% of completed work | 0.00 |
| 0.0% of stored material | 0.00 |
| Total retainage | 0.00 |
| Total earned less retainage | 29,618.23 |
| Less previous certificates of payment | 18,960.73 |
| Current payment due | 10,657.50 |
| 0.000% of taxable amount<br>No Excise & Watertown Use<br>Current sales tax | 0.00 |
| Current payment due | **10,657.50** |
| Balance to finish, including retainage | 228,056.77 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information, and belief the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

Contractor:

By: _____ Date: 7-13-21

State of: South Dakota County of: Minnehaha

Subscribed and sworn to before me this 13 day of July

20 21 (year). Notary public _____

My commission expires 9-5-24

CHERYL SWOLLEY
NOTARY PUBLIC
SOUTH DAKOTA
SEAL

**Architect's Certificate for Payment**

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the Amount Certified.

Amount Certified: $ _____

Architect: _____

By: _____ Date: _____

This Certification is not negotiable. The Amount Certified is payable only to the Contractor named herein. Issuance, payment, and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

RRSB GO 1st 04530

| **P&M Steel Company** | **Invoice** | |
|---|---|---|
| 4401 N. Westport Ave | **21014SFI-1** | Page 1 of 1 |
| Sioux Falls, SD  57107 | 6/30/2021 | |
| Phone: 605-339-0141 | | |
| Fax: 605-339-0169 | | Salesman:  Zach Dickson |

| | |
|---|---|
| Prevail Build<br>Generations on 1st, LLC<br>1405 1st Ave.<br>North Fargo, ND  58102 | Customer Code:  Prevail Build<br>Phone:<br>Shipping Method:  Counter Pickup<br><br>Payment Terms:  Net 30 days |

Job Description:                              Ship To:
21014 X Generations on 1st

**Notes:** Per email from Jesse Kiihl billed to:

Generations on 1st, LLC
1405 1st Ave. North Fargo, ND 58102

## Material

| Qty | Dimensions | Length | Grade | Weight |
|---|---|---|---|---|
| 1 | CO | | . | 0# |
| | Add 3 L-4x4x3/8" @ 20' Holes on each leg. | | | |
| | Extra to Contract.  Pickup Sioux Falls, SD | | | |

| Tax | Rate | Total | | |
|---|---|---|---|---|
| | | | Sub-Total: | $911.25 |
| | | | Tax: | $59.24 |
| SD4.5 | 4.5% | $41.01 | | |
| SDSF | 2% | $18.23 | **Total:** | **$970.49** |

RRSB GO1st 04531

**LS Customs and Snow**
1811 bruhn ave ne
Watertown, SD  57201 US
+1 6055202381
lamd32@gmail.com

# Invoice

| BILL TO |
| --- |
| Prevail Build |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 1073 | 07/06/2021 | $492.56 | 08/05/2021 | Net 30 | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| **Labor** | Welding, Assembly, | 3.50 | 75.00 | 262.50T |
| **Steel** | | 1 | 200.00 | 200.00T |
| railing | | | | |

| | |
| --- | --- |
| SUBTOTAL | 462.50 |
| TAX (6.5%) | 30.06 |
| TOTAL | 492.56 |
| BALANCE DUE | **$492.56** |



**LS Customs and Snow**
1811 bruhn ave ne
Watertown, SD  57201 US
+1 6055202381
lamd32@gmail.com

# Invoice

**BILL TO**
Prevail Build

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1074 | 07/06/2021 | $607.05 | 08/05/2021 | Net 30 | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Labor** | Welding, Assembly | 4 | 75.00 | 300.00T |
| **Steel** | | 1 | 250.00 | 250.00T |
| **Shop supplies** | Misc. Supplies/Parts | 1 | 20.00 | 20.00T |

fire escape ladder

| | |
|---|---|
| SUBTOTAL | 570.00 |
| TAX (6.5%) | 37.05 |
| TOTAL | 607.05 |
| BALANCE DUE | **$607.05** |





**East River Homes**

**DBK Inc.**
10 N Broadway The Lofts
Watertown, SD

**East River Homes INC**

PO Box 1808
Watertown, South Dakota 57201

Phone: +Russell Warner (605) 237-6587 Roger Pedersen
(605) 520-4875 Wes Johnson (6 05) 881-3665
Email: russell@eastriverllp.com    roger@eastriverllp.com
wes@eastriverllp.com
Web: eastriverhomesinc.com

| | |
|---|---|
| Payment Terms | 30 Days |
| Invoice # | 001392 |
| Date | 07/07/2021 |
| PO # | |
| Business / Tax # | ███3325 |

| Description | Quantity | Rate | Total |
|---|---|---|---|
| Framing Labor | 2012.0 | $2.25 | $4,527.00 |

| | |
|---|---|
| **Subtotal** | $4,527.00 |
| **Total** | **$4,527.00** |

Accounts not paid within 30 days are subject to a 2% monthly finance charge.

Please Like/Rate us on Facebook or Instagram

RRSB GO1st 04534

 Gmail

**Jesse Craig <jcraig701@gmail.com>**

## Invoice 1423 from Prairie Environmental Consulting, LLC
1 message

**Prairie Environmental Consulting, LLC** <quickbooks@notification.intuit.com>          Wed, Jul 7, 2021 at 7:13 PM
Reply-To: prairieconsult@gmail.com
To: jcraig701@gmail.com

INVOICE 1423



Prairie Environmental Consulting, LLC

**DUE 08/06/2021**

# $1,075.65

Review and pay

Powered by QuickBooks

Dear Jesse Craig,

Here's your invoice!

Thanks for your business!
Prairie Environmental Consulting, LLC

Prairie Environmental Consulting, LLC

P.O. Box 1266 Sioux Falls, SD 57101

+1 6054961366     prairieconsult@gmail.com     http://www.prairie-environmental.com

RRSB GO1st 04535

**SWANSTON EQUIPMENT CORPORATION**
3450 West Main • PO Box 1963 • Fargo, ND 58107
(701) 293-7325 • Fax: (701) 293-9468
**www.swanston.com**

**SWANSTON**
E Q U I P M E N T  C O R P O R A T I O N

**Ship To:**  IN STORE PICKUP

| Branch | | | |
|---|---|---|---|
| 01 - FARGO | *REPRINT* | | |
| Date | Time | | Page |
| 04/29/2021 | 12:43:10 (O) | | 1 |
| Account No. | Phone No. | | Invoice No. |
| CRAIG001 | 7012321355 | | G04838 |
| Ship Via | | Purchase Order | |
| | | | |
| CHAD TATUM | | Salesperson | 111 |

**Invoice To:**  CRAIG PROPERTIES
PO BOX 426
FARGO ND 58107

## GENERAL INVOICE

Order #: 002687

| | |
|---|---|
| ONE MONTH RENT | 2500.00 |
|    BOBCAT S650 | |
|    4/19/21 TO 5/18/21 | |
|    Stock #    F012594       Serial #    ALJ823756 | |
| ND SALES TAX | 125.00 |
| CASS CO | 12.50 |
| FARGO CITY | 50.00 |
|  MJ                        IN HOUSE CHARGE: | 2687.50 |

TERMS: DUE UPON RECEIPT

**SWANSTON EQUIPMENT CORPORATION**
3450 West Main • PO Box 1963 • Fargo, ND 58107
(701) 293-7325 • Fax: (701) 293-9468
**www.swanston.com**

**SWANSTON**
EQUIPMENT CORPORATION

Ship To:  IN STORE PICKUP

| Branch | | | |
|---|---|---|---|
| 01 - FARGO | *REPRINT* | | |
| Date | Time | | Page |
| 02/26/2021 | 10:11:21 (O) | | 1 |
| Account No. | Phone No. | | Invoice No. |
| CRAIG001 | 7012321355 | | G04790 |
| Ship Via | | Purchase Order | |
| | | | |
| CHAD TATUM | | Salesperson | 111 |

Invoice To:  CRAIG PROPERTIES
PO BOX 426
FARGO ND 58107

## GENERAL INVOICE

Order #: 002687

| | |
|---|---|
| ONE MONTH RENT | 2500.00 |
|    BOBCAT S650 | |
|    2/19/21 TO 3/18/21 | |
|    Stock #    F012594        Serial #    ALJ823756 | |
| ND SALES TAX | 125.00 |
| CASS CO | 12.50 |
| FARGO CITY | 50.00 |
| MJ | |
| IN HOUSE CHARGE: | 2687.50 |

TERMS: DUE UPON RECEIPT

RRSB GO1st 04537

**SWANSTON EQUIPMENT CORPORATION**
3450 West Main • PO Box 1963 • Fargo, ND 58107
(701) 293-7325 • Fax: (701) 293-9468
**www.swanston.com**

**Swanston**
EQUIPMENT CORPORATION

**Ship To:** IN STORE PICKUP

| Branch | | |
|---|---|---|
| 01 - FARGO | *REPRINT* | |
| Date | Time | Page |
| 03/26/2021 | 13:55:34 (O) | 1 |
| Account No. | Phone No. | Invoice No. |
| CRAIG001 | 7012321355 | G04809 |
| Ship Via | Purchase Order | |
| | | |

**Invoice To:**  CRAIG PROPERTIES
PO BOX 426
FARGO ND 58107

| | Salesperson |
|---|---|
| CHAD TATUM | 111 |

## GENERAL INVOICE

Order #: 002687

ONE MONTH RENT                                                          2500.00
   BOBCAT S650
   3/19/21 TO 4/18/21
   Stock #    F012594      Serial #   ALJ823756
ND SALES TAX                                                             125.00
CASS CO                                                                   12.50
FARGO CITY                                                                50.00
 MJ                                  IN HOUSE CHARGE:    2687.50

TERMS: DUE UPON RECEIPT

RRSB GO1st 04538

**Clausen Construction Incorporated**
412 20th Ave NW
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

# Invoice  634



**BILL TO**
Jesse Craig

| DATE | PLEASE PAY | DUE DATE |
|------|------------|----------|
| 07/05/2021 | $5,607.15 | 08/04/2021 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 06/09/2021 | Parkside | | | |
| 06/09/2021 | Truck hours | 5 | 125.00 | 625.00T |
| 06/09/2021 | men hours | 20 | 65.00 | 1,300.00T |
| 06/09/2021 | skidsteer hours | 9 | 100.00 | 900.00T |
| 06/09/2021 | skidsteer hours | 10.50 | 100.00 | 1,050.00T |
| 06/11/2021 | skidsteer hours | 4.50 | 100.00 | 450.00T |
| 06/11/2021 | men hours | 18 | 65.00 | 1,170.00T |

| | |
|---|---|
| SUBTOTAL | 5,495.00 |
| TAX | 112.15 |
| TOTAL | 5,607.15 |

**TOTAL DUE**      **$5,607.15**

THANK YOU.

# Stan HOUSTON
## EQUIPMENT COMPANY, INC.

**Sioux Falls**
3020 W. 12th St
605-336-3727
800-952-3033

**Rapid City**
1210 Deadwood Ave
605-348-1155
800-242-1948

**Sioux City**
412 Lewis Blvd
712-255-3001
800-255-8440

**Aberdeen**
39213 133rd St
605-262-3727
877-346-7499

**Watertown**
920 9th Ave SW
605-878-3727
800-854-4953

**Omaha**
4240 S 50th St

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | 7/01/2021 |
| INVOICE NUMBER | 05 49756 |
| ACCOUNT NUMBER | 116357 |

SOLD TO: CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND 58102

SHIP TO: CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND 58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE RATE of 18%, will be charged on all accounts which become past due and a 1 1/2% additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PERMISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED FROM US.
Enter claims against transportation company for loss sustained due to loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER | | JOB | | | SOLD BY GINA M | |
|---|---|---|---|---|---|---|---|
| SHIPPED VIA | | SHIP DATE | WORK ORDER NUMBER | | ORDERED BY | | |
| PICK-UP | | 7/01/2021 | 656805 | MICH STULKEN | | | |

| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| BUT CGFS1 | CLEAR GUARD FIRST SEAL 1 GALLON | 1.0 | | 43.300 | EA | | 43.30 |

| | | |
|---|---|---|
| LINE TOTAL: | | 43.30 |
| SUBTOTAL: | | 43.30 |
| WATERTOWN SD | | 2.82 |
| TOTAL: | | 46.12 |

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder. In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON EQUIPMENT COMPANY until paid for and they reserve the right to revoke this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

RRSB GO1st 04540



**Watertown Cashway Lumber, Inc.**
**191 N. Broadway**
**PO Box 287**
**Watertown, SD 57201**
**605-882-2214**
**Fax: 605-882-0793**

## STATEMENT

**2107-424926**  Pg 1  Of 1
**Date** 06/30/21  **Acct:** LOFTS

| | |
|---|---|
| Pay By 07/10/21 | 12,648.95 |
| **TOTAL PAID** | |

*Please return top portion with your payment.*

| Date | Transaction | Document # | Reference | Amount |
|---|---|---|---|---|
| | | **Beginning Balance** | | 0.00 |
| 06/15/21 | Invoice | 2106-159979 | | 12,648.95 |
| | | **Ending Balance** | | 12,648.95 |

| | |
|---|---|
| Current | 12,648.95 |
| Past Due | |
| 30-Day | 0.00 |
| 60 Day | 0.00 |
| 90 Day | 0.00 |
| > 90 | 0.00 |
| Finance Chrg | 0.00 |
| Balance | 12,648.95 |

Monthly Statements can be emailed. To receive Statements via email,
contact Jason at 882-2214.

RRSB GO1st 04541





p 701.239.4198
f 701.239.9643

8 Seventh Street N Fargo, ND 58102

June 3, 2021

Craig Holdings
PO Box 426
Fargo, ND 58107

| | | |
|---|---|---|
| Project Designer I | 24 hrs * $90.00/hr | $2,160.00 |
| Sandman Struct Eng. | | $5,500.00 |
| **Total Amount Due** | | **$7,660.00** |

Please pay upon receipt.

Thank you.

GREAT RELATIONS RRSB GO1st 04542





P  701.239.4198
f  701.239.9643

8 Seventh Street N Fargo, ND 58102

March 4, 2021

Craig Holdings
PO Box 426
Fargo, ND 58107

*Preliminary Design*                                      $5,300.00

| Total Amount Due | $5,300.00 |
|---|---|

Please pay upon receipt.

Thank you.

GREAT RELATIONSHIP

RRSB GO1st 04543



Since 1904
An Employee Owned Company

**Invoice**

| | |
|---|---|
| Invoice No. | S-INV00016591 |
| Order No. | S-ORD00017655 |
| Customer PO # | GENERATIONS |
| Document Date | July 15, 2021 |

**Billed to**
CRAIG DEVELOPMENT LLC
1405 1ST AVE N
FARGO, ND 58102

**Ship-to Address**
CRAIG DEVELOPMENT LLC
26 1ST AVE SW
WATERTOWN, SD

Net 30 days          GENERATIONS P-ORD6954                    ADAM THYMIAN-SIOUX FALLS

SF SEMI                                                  July 7, 2021

| Item # | Description | Lot/Serial No. | Qty | UOM | Unit Price | Total |
|---|---|---|---|---|---|---|
| I00000680 | SPEC MIX TYPE S 3000LB | | 16 | EACH | $188.00 | $3,008.00 |
| PALLET-RETURNABLE | RETURNABLE PALLET | | 16 | EACH | $21.00 | $336.00 |
| I00000683 | SPEC BAG DEPOSIT | | 16 | EACH | $21.00 | $336.00 |
| | | | | | Subtotal | $3,680.00 |
| | | | | | Tax | $239.20 |
| | | | | | **Total** | **$3,919.20** |

Notice: An interest charge of 1.5% monthly (18% annually) will be charged on invoices not paid within 30 days from invoice date. A 25 % restocking fee will be assessed on resalable returned goods. No return of bagged goods, natural or cultured stone products.

| 1420 Interstate Loop | 2300 Main Ave | 404 S Burlington Ave | 1201 N 47th St | 2311 Elk Drive | 1543 Deadwood Ave | 2211 W 50th S |
|---|---|---|---|---|---|---|
| Bismarck ND 58503 | Fargo, ND 58103 | Fergus Falls MN 56537 | Grand Forks ND 58203 | Minot ND 58701 | Rapid City SD 57702 | Sioux Falls SD 57105 |
| 701-250-1669 | 701-232-0781 | 218-739-3671 | 701-738-8000 | 701-839-6644 | 605-348-4640 | 605-332-4640 |



**Invoice**

| | |
|---|---|
| Invoice No. | S-INV00015564 |
| Order No. | S-ORD00010324 |
| Customer PO # | GENERATIONS |
| Document Date | July 8, 2021 |

**Billed to**

CRAIG DEVELOPMENT LLC
1405 1ST AVE N
FARGO, ND 58102

**Ship-to Address**

GENERATIONS
WATERTOWN , SD 58102

Net 30 days

ADAM THYMIAN-SIOUX FALLS

TMC

May 12, 2021

| Item # | Description | Lot/Serial No. | Qty | UOM | Unit Price | Total |
|---|---|---|---|---|---|---|
| H-1025 | TOASTED GRAY VELOUR MODULAR | 20-146 | 12,600 | EACH | $0.629 | $7,925.40 |
| | | | | | Subtotal | $7,925.40 |
| | | | | | Tax | $0.00 |
| | | | | | **Total** | **$7,925.40** |

Notice: An interest charge of 1.5% monthly (18% annually) will be charged on invoices not paid within 30 days from invoice date. A 25 % restocking fee will be assessed on resalable returned goods. No return of bagged goods, natural or cultured stone products.

| 1420 Interstate Loop | 2300 Main Ave | 404 S Burlington Ave | 1201 N 47th St | 2311 Elk Drive | 1543 Deadwood Ave | 2211 W 50th S |
|---|---|---|---|---|---|---|
| Bismarck ND 58503 | Fargo, ND 58103 | Fergus Falls MN 56537 | Grand Forks ND 58203 | Minot ND 58701 | Rapid City SD 57702 | Sioux Falls SD 57105 |
| 701-250-1669 | 701-232-0781 | 218-739-3671 | 701-738-8000 | 701-839-6644 | 605-343-5755 | 605-361-9640 |

RRSB GO1st 04545



**Invoice**

| | |
|---|---|
| Invoice No. | S-INV00014970 |
| Order No. | S-ORD00015799 |
| Customer PO # | GENERATIONS |
| Document Date | July 1, 2021 |

**Billed to**

CRAIG DEVELOPMENT LLC
1405 1ST AVE N
FARGO, ND 58102

**Ship-to Address**

GENERATIONS
26 1ST AVE SW
WATERTOWN , SD 58102

Net 30 days          GENERATIONS P-ORD6303                    ADAM THYMIAN-SIOUX FALLS

SF SEMI                                         June 22, 2021

| Item # | Description | Lot/Serial No. | Qty | UOM | Unit Price | Total |
|---|---|---|---|---|---|---|
| I00000680 | SPEC MIX TYPE S 3000LB | | 16 | EACH | $187.00 | $2,992.00 |
| PALLET-RETURNABLE | RETURNABLE PALLET | | 16 | EACH | $21.00 | $336.00 |
| I00000683 | SPEC BAG DEPOSIT | | 16 | EACH | $21.00 | $336.00 |
| | | | | | Subtotal | $3,664.00 |
| | | | | | Tax | $0.00 |
| | | | | | **Total** | **$3,664.00** |

Notice: An interest charge of 1.5% monthly (18% annually) will be charged on invoices not paid within 30 days from invoice date. A 25 % restocking fee will be assessed on resalable returned goods. No return of bagged goods, natural or cultured stone products.

| 1420 Interstate Loop | 2300 Main Ave | 404 S Burlington Ave | 1201 N 47th St | 2311 Elk Drive | 1543 Deadwood Ave | 2211 W 50th S |
|---|---|---|---|---|---|---|
| Bismarck ND 58503 | Fargo, ND 58103 | Fergus Falls MN 56537 | Grand Forks ND 58203 | Minot ND 58701 | Rapid City SD 57702 | Sioux Falls SD 57105 |
| 701-250-1669 | 701-232-0781 | 218-739-3671 | 701-738-8000 | 701-839-6644 | 605-348-5263 | 605-331-9640 |



*Since 1904*
**HEBRON**
**BRICK COMPANY**
*An Employee Owned Company*

**Invoice**

| | |
|---|---|
| Invoice No. | S-INV00014964 |
| Order No. | S-ORD00010324 |
| Customer PO # | GENERATIONS |
| Document Date | July 1, 2021 |

**Billed to**

CRAIG DEVELOPMENT LLC
1405 1ST AVE N
FARGO, ND 58102

**Ship-to Address**

GENERATIONS
WATERTOWN , SD 58102

Net 30 days

ADAM THYMIAN-SIOUX FALLS

SF SEMI

May 12, 2021

| Item # | Description | Lot/Serial No. | Qty | UOM | Unit Price | Total |
|---|---|---|---|---|---|---|
| H-1025 | TOASTED GRAY VELOUR MODULAR | 20-146 | 13,125 | EACH | $0.629 | $8,255.63 |
| | | | | | Subtotal | $8,255.63 |
| | | | | | Tax | $0.00 |
| | | | | | **Total** | **$8,255.63** |

Notice: An interest charge of 1.5% monthly (18% annually) will be charged on invoices not paid within 30 days from invoice date. A 25 % restocking fee will be assessed on resalable returned goods. No return of bagged goods, natural or cultured stone products.

| 1420 Interstate Loop | 2300 Main Ave | 404 S Burlington Ave | 1201 N 47th St | 2311 Elk Drive | 1543 Deadwood Ave | 2211 W 50th S |
|---|---|---|---|---|---|---|
| Bismarck ND 58503 | Fargo, ND 58103 | Fergus Falls MN 56537 | Grand Forks ND 58203 | Minot ND 58701 | Rapid City SD 57702 | Sioux Falls SD 57105 |
| 701-250-1669 | 701-232-0781 | 218-739-3671 | 701-738-8000 | 701-839-6644 | 605-545-9755 | 605-553-3640 |



## Invoice

| | |
|---|---|
| Invoice No. | S-INV00014633 |
| Order No. | S-ORD00007106 |
| Customer PO # | GENERATIONS |
| Document Date | June 30, 2021 |

**Billed to**

CRAIG DEVELOPMENT LLC

1405 1ST AVE N

FARGO, ND 58102

**Ship-to Address**

CRAIG DEVELOPMENT LLC

1405 1ST AVE N

FARGO, ND 58102

Net 30 days

ADAM THYMIAN-SIOUX FALLS

PICKED UP

April 19, 2021

| Item # | Description | Lot/Serial No. | Qty | UOM | Unit Price | Total |
|---|---|---|---|---|---|---|
| I00000674 | CEMENT COREFILL PAPER BAG 80LB | | 80 | EACH | $6.715 | $537.20 |
| PALLET-RETURNABLE | PALLET | | 2 | EACH | $21.00 | $42.00 |
| | | | | | Subtotal | $579.20 |
| | | | | | Tax | $0.00 |
| | | | | | **Total** | **$579.20** |

Notice: An interest charge of 1.5% monthly (18% annually) will be charged on invoices not paid within 30 days from invoice date. A 25 % restocking fee will be assessed on resalable returned goods. No return of bagged goods, natural or cultured stone products.

| 1420 Interstate Loop | 2300 Main Ave | 404 S Burlington Ave | 1201 N 47th St | 2311 Elk Drive | 1543 Deadwood Ave | 2211 W 50th S |
|---|---|---|---|---|---|---|
| Bismarck ND 58503 | Fargo, ND 58103 | Fergus Falls MN 56537 | Grand Forks ND 58203 | Minot ND 58701 | Rapid City SD 57702 | Sioux Falls SD 57105 |
| 701-250-1669 | 701-232-0781 | 218-739-3671 | 701-738-8000 | 701-839-6644 | 605-343-3753 | 605-331-3640 |



**Invoice**

| | |
|---|---|
| Invoice No. | S-INV00014628 |
| Order No. | S-ORD00004601 |
| Customer PO # | PARKVIEW APTS |
| Document Date | June 30, 2021 |

**Billed to**

CRAIG DEVELOPMENT LLC

1405 1ST AVE N

FARGO, ND 58102

**Ship-to Address**

PARKVIEW APTS

WATERTWON , SD 58102

| | | | |
|---|---|---|---|
| 30 Days | 5-D23613 | | ADAM THYMIAN-SIOUX FALLS |
| SF SEMI | | | March 29, 2021 |

| Item # | Description | Lot/Serial No. | Qty | UOM | Unit Price | Total |
|---|---|---|---|---|---|---|
| I00004608 | 3000 # SM TYPE S LM6923-48 | | 4 | BAG | $345.00 | $1,380.00 |
| I00000683 | SPEC BAG DEPOSIT | | 4 | EACH | $21.00 | $84.00 |
| PALLET-RETURNABLE | PALLET | | 4 | EACH | $21.00 | $84.00 |

| | |
|---|---|
| Subtotal | $1,548.00 |
| Tax | $0.00 |
| **Total** | **$1,548.00** |

Notice: An interest charge of 1.5% monthly (18% annually) will be charged on invoices not paid within 30 days from invoice date. A 25 % restocking fee will be assessed on resalable returned goods. No return of bagged goods, natural or cultured stone products.

| 1420 Interstate Loop | 2300 Main Ave | 404 S Burlington Ave | 1201 N 47th St | 2311 Elk Drive | 1543 Deadwood Ave | 2211 W 50th S |
|---|---|---|---|---|---|---|
| Bismarck ND 58503 | Fargo, ND 58103 | Fergus Falls MN 56537 | Grand Forks ND 58203 | Minot ND 58701 | Rapid City SD 57702 | Sioux Falls SD 57105 |
| 701-250-1669 | 701-232-0781 | 218-739-3671 | 701-738-8000 | 701-839-6644 | 605-341-9755 | 605-361-9840 |



**Invoice**

| | |
|---|---|
| Invoice No. | S-INV00014629 |
| Order No. | S-ORD00004603 |
| Customer PO # | PARKVIEW APTS |
| Document Date | June 30, 2021 |

**Billed to**

CRAIG DEVELOPMENT LLC
1405 1ST AVE N
FARGO, ND 58102

**Ship-to Address**

PARKVIEW APTS
WATERTOWN, SD 58102

| | | |
|---|---|---|
| 30 Days | 5-D23577 | ADAM THYMIAN-SIOUX FALLS |
| SF SEMI | | March 29, 2021 |

| Item # | Description | Lot/Serial No. | Qty | UOM | Unit Price | Total |
|---|---|---|---|---|---|---|
| I00004608 | 3000 # SM TYPE S LM6923-48 | | 12 | BAG | $345.00 | $4,140.00 |
| PALLET-RETURNABLE | PALLET | | 12 | EACH | $21.00 | $252.00 |
| I00000683 | SPEC BAG DEPOSIT | | 12 | EACH | $21.00 | $252.00 |
| | | | | | Subtotal | $4,644.00 |
| | | | | | Tax | $0.00 |
| | | | | | **Total** | **$4,644.00** |

Notice: An interest charge of 1.5% monthly (18% annually) will be charged on invoices not paid within 30 days from invoice date. A 25 % restocking fee will be assessed on resalable returned goods. No return of bagged goods, natural or cultured stone products.

| 1420 Interstate Loop | 2300 Main Ave | 404 S Burlington Ave | 1201 N 47th St | 2311 Elk Drive | 1543 Deadwood Ave | 2211 W 50th S |
|---|---|---|---|---|---|---|
| Bismarck ND 58503 | Fargo, ND 58103 | Fergus Falls MN 56537 | Grand Forks ND 58203 | Minot ND 58701 | Rapid City SD 57702 | Sioux Falls SD 57105 |
| 701-250-1669 | 701-232-0781 | 218-739-3671 | 701-738-8000 | 701-839-6644 | 605-341-9155 | 605-591-3640 |

RRSB GO1st 04550

# LAKE AREA DOOR

**Mailing address:**
**1748 7th Ave. SW**
**Watertown, SD 57201**

# Sales Order

| Date | S.O. No. |
|------|----------|
| 6/1/2021 | 3085 |

| Name / Address | Ship To |
|----------------|---------|
| Generation's on 1st LLC<br>1405 1st Ave N<br>Fargo, SD 58102 | |

*Your order has been placed.*
*Please remit your 50% downpayment*
*of $ 7704.10 .*
*Thank you for your business!*

| P.O. No. | Ship Date |
|----------|-----------|
| | 6/1/2021 |

| Description | Quantity | U/M | Rate | Amount |
|-------------|----------|-----|------|--------|
| 2" TG Door / R-Valu = 18 / U-Factor = .136 | | | | |
| 18'-2" wide x 10'-0" high White Flush Panel 2" TG Door.  3" Angle Mounted Track with Extended Solid Shaft, 50" of High-Lift, 100,000 Cycle Springs, and Weather Seals. | 1 | ea | 3,450.00 | 3,450.00T |
| R.O. Requirements:  18'-0" x 9'-11" | | | 0.00 | 0.00 |
| H.R.  Requirements:  68" | | | 0.00 | 0.00 |
| J-50-11L5  Heavy Duty LiftMaster 1/2 HP Jackshaft with Tensioner. | 1 | ea | 3,150.00 | 3,150.00T |
| Includes: Wall Station, Safety Sensors. | | | 0.00 | 0.00T |
| Key Fob Transmitter | 50 | ea | | 0.00T |
| Key Switch | 1 | ea | 100.00 | 100.00T |
| 12'-0" wide x 8'-0" high White INS. 22 GA 823 Flat Slat WD Roll-Up Door.  Face of Wall Mounted w/White Hood, 1/2 HP Operator with Brake, and Photo Eyes. | 1 | ea | 5,800.00 | 5,800.00T |
| R.O. Requirements:  12'-0" x 7'-11" | | | 0.00 | 0.00 |
| H.R.  Requirements:  30" | | | 0.00 | 0.00 |
| Lumber Material at Jambs and Opening. | 2 | ea | 125.00 | 250.00T |
| Labor: Sub-Contracted:  Metal Wraps @ Jambs. | 1 | | 850.00 | 850.00T |
| Labor:  Prep Openings with Lumber for Springs and Operators,  Install 2 Doors and 2 Operators. | 1 | | 1,500.00 | 1,500.00T |
| 6.5% Sales Tax is Included | | | 0.00 | 0.00T |
| | | | **Total** | |

RRSB GO1st 04551

# LAKE AREA DOOR

**Mailing address:**
**1748 7th Ave. SW**
**Watertown, SD 57201**

# Sales Order

| Date | S.O. No. |
|------|----------|
| 6/1/2021 | 3085 |

| Name / Address | Ship To |
|----------------|---------|
| Generation's on 1st LLC<br>1405 1st Ave N<br>Fargo, SD 58102 | |

| P.O. No. | Ship Date |
|----------|-----------|
| | 6/1/2021 |

| Description | Quantity | U/M | Rate | Amount |
|-------------|----------|-----|------|--------|
| Exclusions:  Header, Spring Bucks, Jambs, Electrical Work, Any Excessive Work Spent Hooking Old Operators Up, Framing/Carpentry Work, Tear Out of Old Door and Operator Unless Otherwise Noted Above | | | 0.00 | 0.00 |
| Excise Tax | | | 2.041% | 308.19 |

| | Total | $15,408.19 |
|--|-------|-----------|

Watertown 605.882.4068  Gettysburg 605.295.8159  SF 605.370.4040  jeremy@lakeareadoor.com

RRSB GO1st 04552

# Invloice 012

## Craig Development, LLC
## Box 426, Fargo, ND  58107

7/31/2021    To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|----------|-------------|------------|-------|
| 1 | Cashway | $ | 225,388.88 |

| | | | | |
|---|---|---|---|---|
| | | Subtotal | $ | 225,388.88 |
| | | Excise Tax | $ | 4,507.78 |
| | | **Total Due By 8/10/2021** | $ | 229,896.66 |

Thank you for your business!

RRSB GO1st 04553

# PAYMENT APPLICATION

| | |
|---|---|
| TO: | Generations On 1ST |
| FROM: | Cashway Lumber<br>191 N Broadway<br>Watertown SD 57201 |
| FOR: | |

**PROJECT:** Generations Apartment

| | | |
|---|---|---|
| Application # | | 2 |
| Period Start | | 5/26/2021 |
| Period End | | 6/25/2021 |
| Application Date | | 6/25/2021 |
| Subcontract #: | | |
| Date of Contract | | 2/9/2021 |

**Distribution To:**
- ☐ Owner
- ☐ Accounting
- ☐ Architect
- ☐ Owner's Rep.

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 **CONTRACT AMOUNT** | $ | 1,059,715.71 |
| 2 **SUM OF ALL CHANGE ORDERS** | | $6,239.72 |
| 3 **CURRENT CONTRACT AMOUNT**  (Line 1 + Line 2) | | $1,065,955.43 |
| 4 **TOTAL COMPLETED AND STORED**<br>Column G on Continuation Page) | $ | 463,492.44 |
| 5 **RETAINAGE:**<br>5% of completed work<br>(Columns D+E on Continuation Page)<br>10% of Material Stored<br>(Column F on Continuation Page)<br>Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | $0.00 |
| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE**<br>(Line 4 Minus Line 5 Total) | | $463,492.44 |
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS**<br>(Line 6 from Prior Application) | $ | 238,103.56 |
| 8 **PAYMENT DUE** | $ | 225,388.88 |
| 9 **BALANCE TO COMPLETION**<br>(Line 3 Minus Line 6) | | $602,462.99 |

### SUMMARY OF CHANGE ORDERS

| | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

## Certification

☐ Required    ☐ Not Required

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By:    Derrick Nelson Sales Manager Cashway Lumber    Date:    6/25/2021

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** ------------------------

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:

By:    Date:

ARCHITECT:

By:    Date:

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

RRSB GO1st 04554

# Invoice 012

## Craig Development, LLC
## Box 426, Fargo, ND  58107

8/30/2021    To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Dakota Portable Toilets | $ | 351.45 |
| 1 | Pro Tec (ARS) | $ | 86,650.00 |
| 1 | Hebron | $ | 27,762.05 |
| 1 | Watertight | $ | 157,500.00 |
| 1 | Baete-Forseth | $ | 163,424.27 |
| 1 | Craig Dev (reimburse) | $ | 10,477.56 |
| 1 | Infrastructure | $ | 37,076.36 |
| 1 | Innovative Wall | $ | 166,765.72 |
| 1 | Kloos | $ | 67,500.00 |
| 1 | B&W Construction | $ | 88,487.78 |
| 1 | LaDue | $ | 65,000.00 |
| 1 | Diamond Vogel | $ | 2,781.70 |
| 1 | LL and Sons | $ | 30,918.42 |
| 1 | Fabricators Unlimited | $ | 430.81 |
| 1 | Circle C | $ | 10,600.00 |
| 1 | Cashway | $ | 48,346.19 |
| 1 | | | |
| 1 | | | |
| 1 | | | |
| 1 | | | |
| 1 | | | |
| 1 | | | |

| | | |
|---|---|---|
| Subtotal | $ | 964,072.31 |
| Excise Tax | $ | 19,281.45 |

| | | |
|---|---|---|
| **Total Due By 9/9/2021** | **$** | **983,353.76** |

Thank you for your business!

RRSB GO1st 04555

# APPLICATION AND CERTIFICATE FOR PAYMENT

TO OWNER:
GENERATIONS ON 1ST
1405 1ST AVE N
FARGO, ND 58102

FROM CONTRACTOR:
CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
FARGO, ND 58102

CONTRACT FOR:

PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

VIA ARCHITECT:
TL STROH ARCHITECTS

VIA CONSTRUCTION MANAGER: CRAIG DEVELOPMENT/PREVAIL BUILD

APPLICATION #:    12
PERIOD TO:    08/31/21
PROJECT NOS:    26

CONTRACT DATE:

PAGE ONE OF  2  PAGES

Distribution to:
☐ Owner
☐ Const. Mgr
☐ Architect
☒ Contractor

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet is attached

1. **ORIGINAL CONTRACT SUM**------------------ $    10,990,000.00
2. Net change by Change Orders----------------- $
3. **CONTRACT SUM TO DATE (Line 1 +/- 2)** $    10,990,000.00
4. **TOTAL COMPLETED & STORED TO DATE-$** $    8,794,852.40
   (Column G on Continuation Sheet)
5. **RETAINAGE:**
   a. _____ of Completed Work $
      (Columns D+E on Continuation Sheet)
   b. _____ of Stored Material $
      (Column F on Continuation Sheet)
   Total Retainage (Line 5a + 5b or
   Total in Column I of Continuation Sheet------ $
6. **TOTAL EARNED LESS RETAINAGE**----------- $    8,794,852.40
   (Line 4 less Line 5 Total)
7. **LESS PREVIOUS CERTIFICATES FOR PAYMENT**
   (Line 6 from prior Certificate)--------------- $    7,811,498.64
8. **CURRENT PAYMENT DUE**--------------------- $    983,353.76
9. **BALANCE TO FINISH, INCLUDING RETAINAGE**
   (Line 3 less Line 6)              $    2,195,147.60

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown therein is now due.

CONTRACTOR:

By: _____    Date: _____

State of: _____
County of: _____
Subscribed and sworn to before
me this _____ day of _____

Notary Public: _____
My Commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with Contract Documents, based on on-site observations and the data comprising application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED** ------------------ $ _____
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____    Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner of Contractor under this Contract.

RRSB GO1st 04556

**CONTINUATION SHEET**
ATTACHMENT TO PAY APPLICATION
PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

Page 2 of   2   Pages
APPLICATION NUMBER: 12
APPLICATION DATE: 08/31/21
PERIOD TO: 31-Aug-21
ARCHITECT'S PROJECT NO. 26

| Item No. | Description of Work | Scheduled Value | Work Completed From Previous Application (D + E) | Work Completed This Period | Materials Presently Stored (Not In D or E) | Total Completed And Stored To Date (D + E + F) | % (G/C) | Balance To Finish (C - G) | Retainage (If Variable Rate) |
|---|---|---|---|---|---|---|---|---|---|
| | | C | D | E | F | G | | H | I |
| 1 | GENERAL CONDITIONS | 178,033.00 | 161,160.64 | 10,829.01 | | 171,989.65 | 97% | 6,043.35 | |
| 2 | SITE SURVEY | 10,472.73 | 10,472.73 | 37,076.36 | | 47,549.09 | 454% | (37,076.36) | |
| 3 | CONCRETE | 679,000.00 | 656,069.70 | 30,918.42 | | 686,988.12 | 101% | (7,988.12) | |
| 4 | MASONRY | 585,525.00 | 569,218.66 | 27,762.05 | | 596,980.71 | 102% | (11,455.71) | |
| 5 | CARPENTRY ROUGH LABOR | 383,303.00 | 251,909.62 | 153,487.78 | | 405,397.40 | 106% | (22,094.40) | |
| 6 | CARPENTRY ROUGH MATLS | 335,327.00 | 440,228.26 | 48,346.19 | | 488,574.45 | 146% | (153,247.45) | |
| 7 | GENERLA FINISH WORK & LABOR | 72,785.45 | | 10,600.00 | | 10,600.00 | 15% | 62,185.45 | |
| 8 | COUNTERTOPS- KITCH&BATH | 45,697.75 | | 430.81 | | 430.81 | 1% | 45,266.94 | |
| 9 | ROOFING | 331,650.00 | | 86,650.00 | | 86,650.00 | 26% | 245,000.00 | |
| 10 | EXTERIOR INSULATION | 525,888.00 | | 166,765.72 | | 166,765.72 | 32% | 359,122.28 | |
| 11 | PAINT/STAIN | 88,000.00 | | 2,781.70 | | 2,781.70 | 3% | 85,218.30 | |
| 12 | PLUMBING | 659,955.00 | 158,395.95 | 157,500.00 | | 315,895.95 | 48% | 344,059.05 | |
| 13 | HVAC | 236,875.00 | 79,618.23 | 163,424.27 | | 243,042.50 | 103% | (6,167.50) | |
| 14 | ELECTRICAL/SECURITY | 845,082.00 | 425,500.00 | 67,500.00 | | 493,000.00 | 58% | 352,082.00 | |
| 15 | ACCRUED INTEREST/EXCISE | 399,272.73 | 162,312.80 | 19,281.45 | | 181,594.25 | 45% | 217,678.48 | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| | SUBTOTALS PAGE 2 | 5,376,866.66 | 2,914,886.59 | 983,353.76 | | 3,898,240.35 | 73% | 1,478,626.31 | |

**CONTINUATION SHEET**

Page 3 of   2   Pages

RRSB GO1st 04557

# PAYMENT APPLICATION

TO: Generations on 1st
26 1st Ave. N
Fargo, ND 58102

FROM:
Kloos Electric
311 27th St. NW
Watertown, SD 57201

FOR:

PROJECT: Generations
26 1st Ave. SW.
Watertown, SD 57201

VIA CONTRUCTION MANAGER:
VIA ARCHITECT:

| | |
|---|---|
| Application # | 1 |
| Period Start | 6/1/2021 |
| Period End | |
| Application Date | 8/26/2021 |
| Subcontract # | |
| Date of Contract | 4/5/2021 |

Prevail, LLC
TL Stroh Architect

**Distribution To:**
- ☑ Owner
- ☐ Accounting
- ☐ Architect
- ☐ Owner's Rep.

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 845,082.75 |
| 2 SUM OF ALL CHANGE ORDERS | | $0.00 |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | | $845,082.75 |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | $ | 270,000.00 |
| 5 RETAINAGE: | | |
| a. 5% of completed work (Columns D+E on Continuation Page) | $ | |
| b. 10% of Material Stored (Column F on Continuation Page) | $ | 7,500.00 |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $27,000.00 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | $ | 243,000.00 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | | |
| 8 PAYMENT DUE | $ | 67,500.00 |
| 9 BALANCE TO COMPLETION (Line 3 Minus Line 6) | $ | 575,082.75 |

### SUMMARY OF CHANGE ORDERS

| | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is this assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR: Kloos Electric

By: _[signature]_                Date: 8-26-21

## Certification

☐ Required          ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** $ _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:
By: _____          Date: _____

ARCHITECT:
By: _____          Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

# Invoice

**DAKOTA**
605-880-1699

Dakota Portable Toilets, Inc.

PO Box 8513
Brookings, SD 57006

| Date | Invoice # |
|------|-----------|
| 8/17/2021 | 13000 |

**Bill To**

Craig Development
1405 1st Ave. N
Fargo, ND 58102

**Ship To**

Generations On 1st
26 1st Ave. NW
Watertown
8/17-9/14

Due on receipt

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Portable Toilet Rental with Weekly Service | 165.00 | 330.00T |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $330.00 |
| **Sales Tax (6.5%)** | $21.45 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $351.45 |

If you would prefer your invoices emailed to you rather than mailed. please send us an email at info@dakotaportabletoilets.com
letting us know that you would like to make the switch.

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 605-880-1699 | 866-371-6218 | info@dakotaportabletoilets.com | www.dakotaportabletoilets.com |

RRSB GO1st 04559



ARS, A Tecta America Company, LLC
PO Box 39 ● 605-332-1698
Sioux Falls, SD 57101 ●

# INVOICE

**Invoice Number:** SI87005522
**Invoice Date:** 07/30/21
**Due Date** 08/29/21
**Page No:** 1

**Bill
To:**
Jesse Kiihl
1405 1st Avenue North
Fargo, ND 58102

**Ship
To:** Generations on 1st
26 1st Ave SW
Watertown, SD 57201

| | |
|---|---|
| **Ship Via** | |
| **Ship Date** | 07/30/21 |
| **Terms** | Net 30 |
| **Job Description:** | Generations - partial |

| | |
|---|---|
| **Customer ID** | C8710240 |
| **Customer P.O.** | |
| **Salesperson** | Stemwedel, Adam |
| **Project No.** | 871210018 |

| Item/Description | Unit | Order Qty | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| Generations - partial | | 1 | 1 | 86,650.00 | 86,650.00 |

| | | | |
|---|---|---|---|
| | | Subtotal: | 86,650.00 |
| Amount Subject to | Amount Exempt | Invoice Discount: | 0.00 |
| Sales Tax | from Sales Tax | Total Sales Tax: | 0.00 |
| 0.00 | 86,650.00 | | |
| | | Total: | 86,650.00 |

Payments are due on the date specified above as the Due Date. Unpaid invoices shall bear interest at the rate of 1 1/2% per month.
Customer shall be responsible for all costs of collection, including reasonable attorneys' fees incurred due to nonpayment.

RRSB GO1st 04560


Since 1904
**HEBRON**
**BRICK COMPANY**
An Employee Owned Company

**Invoice**

| | |
|---|---|
| Invoice No. | S-INV00018607 |
| Order No. | S-ORD00010324 |
| Customer PO # | GENERATIONS |
| Document Date | July 31, 2021 |

**Billed to**

CRAIG DEVELOPMENT LLC

1405 1ST AVE N

FARGO, ND 58102

**Ship-to Address**

GENERATIONS

WATERTOWN , SD 58102

Net 30 days

ADAM THYMIAN-SIOUX FALLS

TMC

May 12, 2021

| Item # | Description | Lot/Serial No. | Qty | UOM | Unit Price | Total |
|---|---|---|---|---|---|---|
| H-1025 | TOASTED GRAY VELOUR MODULAR | 20-146 | 38,850 | EACH | $0.629 | $24,436.65 |
| | | | | | Subtotal | $24,436.65 |
| | | | | | Tax | $1,588.38 |
| | | | | | **Total** | **$26,025.03** |

Notice: An interest charge of 1.5% monthly (18% annually) will be charged on invoices not paid within 30 days from invoice date. A 25 % restocking fee will be assessed on resalable returned goods. No return of bagged goods, natural or cultured stone products.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1420 Interstate Loop | 2300 Main Ave | 404 S Burlington Ave | 1201 N 47th St | 2311 Elk Drive | 1543 Deadwood Ave | 2211 W 50th St |
| Bismarck ND 58503 | Fargo, ND 58103 | Fergus Falls MN 56537 | Grand Forks ND 58203 | Minot ND 58701 | Rapid City SD 57702 | Sioux Falls SD 57105 |
| 701-250-1669 | 701-232-0781 | 218-739-3671 | 701-738-8000 | 701-839-6644 | 605-341-5140 | 605-332-9140 |

RRSB GO1st04561



**Since 1904**

An Employee Owned Company

| | |
|---|---|
| | **Invoice** |
| Invoice No. | S-INV00020468 |
| Order No. | S-ORD00021574 |
| Customer PO # | GENERATIONS |
| Document Date | August 16, 2021 |

**Billed to**

CRAIG DEVELOPMENT LLC

1405 1ST AVE N

FARGO, ND 58102

**Ship-to Address**

GENERATIONS

26 1ST AVE SW

WATERTOWN, SD 58102

Net 30 days                    GENERATIONS                    ADAM THYMIAN-SIOUX FALLS

SF STRGHT                    August 4, 2021

| Item # | Description | Lot/Serial No. | Qty | UOM | Unit Price | Total |
|---|---|---|---|---|---|---|
| I00000680 | SPEC MIX TYPE S 3000LB | | 7 | EACH | $188.00 | $1,316.00 |
| PALLET-RETURNABLE | RETURNABLE PALLET | | 7 | EACH | $24.00 | $168.00 |
| I00000683 | SPEC BAG DEPOSIT | | 7 | EACH | $21.00 | $147.00 |
| | | | | | Subtotal | $1,631.00 |
| | | | | | Tax | $106.02 |
| | | | | | **Total** | **$1,737.02** |

Notice: An interest charge of 1.5% monthly (18% annually) will be charged on invoices not paid within 30 days from invoice date. A 25 % restocking fee will be assessed on resalable returned goods. No return of bagged goods, natural or cultured stone products.

| 1420 Interstate Loop | 2300 Main Ave | 404 S Burlington Ave | 1201 N 47th St | 2311 Elk Drive | 1543 Deadwood Ave | 2211 W 50th St |
|---|---|---|---|---|---|---|
| Bismarck ND 58503 | Fargo, ND 58103 | Fergus Falls MN 56537 | Grand Forks ND 58203 | Minot ND 58701 | Rapid City SD 57702 | Sioux Falls SD 57105 |
| 701-250-1669 | 701-232-0781 | 218-739-3671 | 701-738-8000 | 701-839-6644 | 605-348-1966 | 605-368-2040 |

RRSB GO1st 04562

# PAYMENT APPLICATION

| | | |
|---|---|---|
| | **PROJECT:** | **Application #** 1 |
| | Generations on 1st | **Period Start** 5/17/2021 |
| | 26 1st Ave SW | **Period End** 5/24/2021 |
| | Watertown SD 57201 | **Application Date** |
| | | **Subcontract #:** |
| | | **Date of Contract** |
| | | **Distribution To:** |

**TO:**
Generations on 1st
1405 1st Ave N
Fargo ND 58102

**FROM:**
Watertight, Inc.
18273 464th Ave
Castlewood, SD 57223

**FOR:**

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| **CONTRACT AMOUNT** | $ | 640,000.00 |
| **SUM OF ALL CHANGE ORDERS** | | $19,955.00 |
| **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $659,955.00 |
| **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | $ | 25,000.00 |
| **RETAINAGE:** | | |
| 10% of completed work (Columns D+E on Continuation Page) | | |
| 10% of Material Stored (Column F on Continuation Page) | | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | $ | 2,500.00 |
| **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | | $22,500.00 |
| **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | $ | 59,395.95 |
| **PAYMENT DUE** | | $22,500.00 |
| **BALANCE TO COMPLETION** (Line 3 Minus Line 6) | | $637,455.00 |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

## Certification

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for; that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR: _____

By: Chris Serie     Date: 5/20/2021

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for; that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:
By: _____ Date: _____

ARCHITECT:
By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor; and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

## PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201 | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | 4<br>7/25/2021<br>8/25/2021 | Distribution To:<br>Watertight, Inc. |
|---|---|---|---|---|---|---|
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

### CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | **CONTRACT AMOUNT** | $ | 640,000.00 |
| 2 | **SUM OF ALL CHANGE ORDERS** | | $19,955.00 |
| 3 | **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $659,955.00 |
| 4 | **TOTAL COMPLETED AND STORED**<br>(Column G on Continuation Page) | $ | 350,995.50 |
| 5 | **RETAINAGE:** | | |
| | a. 10% of completed work | $ 25,099.55 | |
| | (Columns D+E on Continuation Page) | | |
| | b. 10% of Material Stored | $10,000.00 | |
| | (Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or | | |
| | column I on Continuation Page) | | $35,099.55 |
| 6 | **TOTAL COMPLETED AND STORED LESS RETAINAGE** | | $315,895.95 |
| | (Line 4 Minus Line 5 Total) | | |
| 7 | **LESS PREVIOUS PAYMENT APPLICATIONS** | $ | 180,895.95 |
| | (Line 6 from Prior Application) | | |
| 8 | **PAYMENT DUE** | | $135,000.00 |
| 9 | **BALANCE TO COMPLETION** | $344,059.05 | |
| | (Line 3 Minus Line 6) | | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: _Chris Serie_          Date: 8/25/2021

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** ......................................... Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figu*
GENERAL CONTRACTOR:
By: _____          Date: _____
ARCHITECT:
By: _____          Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Page 1

Generations payment request.xlsx

# Application and Certificate For Payment

Page 1

**To Owner:** Generations on 1st LLC
1405 1st Ave North
Fargo, ND 58102

**From (Contractor):** Baete-Forseth HVAC LLC
4700 North Northview Ave
PO Box 84008
Sioux Falls, SD 57118

**Phone:** 605 336-0545

**Project:** Generations Apartments
26 1st Ave SW
Watertown, SD

**Via (Architect):**

**Contract For:**

**Contractor Job Number:** 21046

**Application No:** 3
**Period To:** 08/31/21
**Date:** 08/16/2021
**Architect's Project No:**
**Contract Date:**

## Contractor's Application For Payment

| Change Order Summary | Additions | Deductions |
|---|---|---|
| Change orders approved in previous months by owner | | |
| Change orders approved this month | | |
| Totals | 20,800.00 | |
| Net change by change orders | 20,800.00 | |

| | Number | Date Approved |
|---|---|---|

| | |
|---|---|
| Original contract sum | 236,875.00 |
| Net change by change orders | 20,800.00 |
| Contract sum to date | 257,675.00 |
| Total completed and stored to date | 193,042.50 |
| Retainage | |
| 0.0% of completed work | 0.00 |
| 0.0% of stored material | 0.00 |
| Total retainage | 0.00 |
| Total earned less retainage | 193,042.50 |
| Less previous certificates of payment | 29,618.23 |
| Current payment due | 163,424.27 |
| Balance to finish, including retainage | 64,632.50 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information, and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

Contractor: [signature]

By: [signature] Date: 8-16-21

Subscribed and sworn to before me this 16 day of Aug
State of S. Dak County of Minnehaha
My commission expires 9-5-27 Notary public: [signature]

**CHERYL SWOLLEY**
**NOTARY PUBLIC**
**SOUTH DAKOTA** (SEAL)

**Amount Certified:** $ _____

## Architect's Certificate for Payment

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the Amount Certified.

0.000% of taxable amount
No Excise & Watertown Use    163,424.27

Current sales tax    0.00

Current payment due    **163,424.27**

**Architect:**

**By:** _____ **Date:** _____

This Certification is not negotiable. The Amount Certified is payable only to the Contractor named herein. Issuance, payment, and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

RRSB GO1st 04565

 Gmail

Jesse Craig <jcraig701@gmail.com>

## Re: Cash Spent
1 message

**Jesse Kiihl** <jesse.kiihl@prevailbuild.com>
To: Jesse Craig <jcraig701@gmail.com>

Mon, Aug 16, 2021 at 12:58 PM

June 8 - $400 Half shop rent (June)

June 11th - $12.78 monthly email fee for Mic and I

June 16th - $9.20 Larry's lumber door shims for Parkside

June 17th - $10.65 Macs hardware screws for window devices

June 25th - $32.63 Menards Caulk Parkside Countertops
$13.29 Menards

June 28th - $19.11 Menards
$61.34 Larry's Lumber Door shims

June 29th - $39.87 Menards
$400 Half shop rent (July)
$1,572.50 Burghardt Construction (June 4th-16th)
$51.70 Runnings PPE for labor up guys

June 30th - $50.62 Menards Cleaning supplies for Parkside
$73.14 Fastenal PPE for Labor Up guys

July 2nd - $92.32 Menards towel hooks Parkside

July 8th - $298.00 City Hall Prevail office building permit

July 9th - $540.00 Payment to Caulker Parkside

July 12th - $12.78 monthly email fee for Mic and I
$700.00 Borns Construction elevator in-fill

August 2nd - $246.50 Scott for door hardware
$595.00 Burghardt Construction (July 1st-8th)

August 9th - $569.50 Brad W parkside (june 27th - July 27) cabinet shelving, ect

August 11th - $12.78 monthly email fee for Mic and I

August 12th - $62.95 Menards towel hooks parkside

August 13th - $185.03 Menards material to glue rubber down on south alley neighboring building Parkside

August 16th - $400 Half shop rent (August)

$2,553,87 Cashway sound insulation for Prevail office Lofts (Menards did not have enough on hand and needed insulation today. I wrote a check beings our account is on hold until payment comes in.)

$1,462.00 Burghardt Construction (July 26-August 6th)

**Total Cash Spent = $10,477.56**

On Mon, Jun 7, 2021 at 11:05 AM Jesse Kiihl <jesse.kiihl@prevailbuild.com> wrote:

RRSB GO1st 04566

**infrastructure**
design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
1405 1st Ave N
Fargo, ND 58102
Jesse Craig

| | |
|---|---|
| Invoice number | 21255 |
| Date | 07/26/2021 |
| Project | 20163 - GENERATIONS ON 1ST SITE DESIGN |

For Professional Services Through 07/17/2021

| Description | Current Billed |
|---|---|
| **20163.01 - Design** | 23,000.00 |
| **20163.02 - Construction Staking** | 2,000.00 |
| **20163.03 - Additional Services** | 1,000.00 |
| Total | 26,000.00 |

| | |
|---|---|
| Invoice subtotal | 26,000.00 |
| Taxable Sales | 1,690.00 |
| Invoice total | 27,690.00 |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*

RRSB GO1st 04567

# infra▲structure
## design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

| | | | |
|---|---|---|---|
| Craig Properties | | Invoice number | 21256 |
| 1405 1st Ave N | | Date | 07/26/2021 |
| Fargo, ND 58102 | | | |
| Jesse Craig | | | |

For Professional Services Through 07/17/2021

| Description | Current Billed |
|---|---|
| **20031.05 - Construction Staking Block Layers** | 266.70 |
| **20031.04 - Construction Staking** | 2,388.70 |
| | 1,627.50 |
| Total | 4,282.90 |

| | |
|---|---|
| Invoice subtotal | 4,282.90 |
| Taxable Sales | 278.40 |
| Invoice total | 4,561.30 |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*

RRSB GO1st 04568

# infr▲structure
design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

| | | |
|---|---|---|
| Craig Properties | Invoice number | 21257 |
| 1405 1st Ave N | Date | 07/26/2021 |
| Fargo, ND 58102 | | |
| Jesse Craig | | |

For Professional Services Through 07/17/2021

**2016.01 - Survey**
Professional Fees

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| Beau M. Koopal | 5.50 | 130.00 | 715.00 |
| Brian T. Carter | 5.50 | 95.00 | 522.50 |
| Ericka L. Stormo | 0.50 | 70.00 | 35.00 |
| Phase subtotal | | | 1,272.50 |

**21016.02 - Design**
Professional Fees

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| Beau M. Koopal | 8.50 | 130.00 | 1,105.00 |
| Chad M. Hanisch | 5.50 | 205.00 | 1,127.50 |
| Nicholas J. Poor | 9.00 | 95.00 | 855.00 |
| Vanessa L. Victor | 1.00 | 170.00 | 170.00 |

Reimbursables

| | Units | Rate | Billed Amount |
|---|---|---|---|
| Mileage | 1.00 | 0.56 | 0.56 |
| Phase subtotal | | | 3,258.06 |

| | |
|---|---|
| Invoice subtotal | 4,530.56 |
| Taxable Sales | 294.50 |
| **Invoice total** | **4,825.06** |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*

RRSB GO1st 04569

# PAYMENT APPLICATION

**TO:**
Generations on 1st LLC
1405 1st Ave North
Fargo, ND 58102

**FROM:**
Innovative Wall Designs Inc
302 N Perry Lane
Harrisburg, SD 57032

**FOR:** Exterior Cladding Phase 2

**PROJECT:** Generations on 1st

| | |
|---|---|
| Application # | 2 |
| Period Start | |
| Period End | |
| Application Date | 8/25/2021 |
| Subcontract #: | |
| Date of Contract | |
| Invoice # | 1069 |

Distribution To:
☐ Owner
☐ Accounting
☐ Architect
☐ Owner's Rep.

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 **CONTRACT AMOUNT** | $ | 504,837.97 |
| 2 **SUM OF ALL CHANGE ORDERS** | | |
| 3 **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $504,837.97 |
| 4 **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | $ | 470,091.29 |
| 5 **RETAINAGE:** | | |
| a. 10% of completed work (Columns D+E on Continuation Page) | | |
| b. 10% of Material Stored (Column F on Continuation Page) | | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | |
| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | $ | 415,914.94 |
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | $ | 249,151.24 |
| 8 **PAYMENT DUE** | | $166,765.72 |
| 9 **BALANCE TO COMPLETION** (Line 3 Minus Line 6) | | $115,443.43 |

### SUMMARY OF CHANGE ORDER

| | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

**Contractor's signature below is this assurance to Owner, concerning the payment herein applied for; that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.**

CONTRACTOR:

By:

Date:

### Certification    ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:

By: _____ Date: _____

ARCHITECT: _____ Date: _____

By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor; and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

RRSB GO1st 04570

# PAYMENT APPLICATION

| | | |
|---|---|---|
| | PROJECT: | Generations on 1st |

**Distribution To:**
- ☐ Owner
- ☐ Accounting
- ☐ Architect
- ☐ Owner's Rep.

| | |
|---|---|
| Application # | 3 |
| Period Start | 6/9/2021 |
| Period End | |
| Application Date | 8/23/2021 |
| Subcontract #: | |
| Date of Contract | |

**TO:** Generations on 1st LLC
1405 1st Ave North
Fargo, ND 58102

**FROM:** B&W Construction
P.O. Box 78
Castlewood, SD 57223

**FOR:** Framing

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| 1 | **CONTRACT AMOUNT** | $ 393,303.00 |
|---|---|---|
| 2 | **SUM OF ALL CHANGE ORDERS** | |
| 3 | **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | $393,303.00 |
| 4 | **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | $ 334,307.55 |
| 5 | **RETAINAGE:** | |
| | a. 10% of completed work (Columns D+E on Continuation Page) | $ 33,430.76 |
| | b. 10% of Material Stored (Column F on Continuation Page) | |
| | Total Retainage (Line 5a + 5b or column I on Continuation Page) | $ 33,430.76 |
| 6 | **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | $ 300,876.79 |
| 7 | **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | $212,383.62 |
| 8 | **PAYMENT DUE** | $88,487.78 |
| 9 | **BALANCE TO COMPLETION** (Line 3 Minus Line 6) | $92,426.21 |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: _B.Y_____ Date: __8/23/21__

## Certification

☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:

By: _____ Date: _____

ARCHITECT:

By: _____ Date: _____

RRSB GO1st 04571

# LaDue Construction Inc.

2354 340th Street
Waubun, MN 56589
(218) 846-9865  Bus
(218) 846-9867  Fax

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/25/2021 | 1699 |

| BILL TO | JOB SITE |
|---------|----------|
| Prevail<br>100 East Kemp Ave, Ste E<br>Watertown, SD 57201 | Generations on 1st<br>Watertown, SD |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Labor and material to install Drywall on the Generations on 1st building in Watertown, SD. | 65,000.00 |
| Steel Studs, Drywall, Lath, Plaster, EIFS Applicator | |
| **Total** | $65,000.00 |

# Diamond ⬦ Vogel

| | |
|---|---|
| **DIAMOND VOGEL PAINT CENTER  -293** | **Chrg INVOICE** |
| 114 E KEMP | **Invoice #:293169837** |
| WATERTOWN, SD 57201 | Date:08/30/21          Time:10:11 |
| (605)886-2540 | Sales Rep:B78          Page: 1 |
| | Clerk:ALU |
| **Account Number:29300943** | PO#:N          Job Name:X |
| | Ship Via:CUST PICKUP |
| | Phone:(701)232-1355 |
| Sold To:   CRAIG DEVELOPMENT, LLC | Ship To: SAME |
| 1405 1ST AVE N | |
| PO BOX 426 | |
| FARGO ND 58102 | |

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 287-023 | EA | 3' POLE GUN W/ RAC X TIP | 1.0 | 256.0000 | 256.00 |

**\*\*\*\*\*\*THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!\*\*\*\*\*\***

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

| | | |
|---|---|---|
| Product Subtotal | : $ | 256.00 |
| Sales Tax | : $ | 16.64 |
| **Invoice Total** | **: $** | **272.64** |

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|---|---|---|---|---|---|---|---|
| | | | | | | | 272.64 |

**www.diamondvogel.com**

RRSB GO1st 04573

# Diamond Vogel

**DIAMOND VOGEL PAINT CENTER  -293**
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

**Account Number:29300943**

Sold To:  CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
PO BOX 426
FARGO ND 58102

**Chrg INVOICE**
**Invoice #:293169636**
Date:08/25/21          Time:
Sales Rep:B78          Page: 1
Clerk:TPS
PO#:N                  Job Name:SENIOR CENTER
Ship Via:CUST PICKUP
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 12 | 12 | MM716-020 | EA | 2090 LONG MSK TAP BULK 2" | 12.0 | 8.5500 | 102.60 |
| 2 | 2 | ZZ112-400 | EA | DV 12' X 400' HD .31 MIL | 2.0 | 18.8000 | 37.60 |
| 26 | 26 | MV9519-500 | 5 G | LUMINACE 300 JET BLACK | 130.0 | 10.8900 | 1415.70 |

**\*\*\*\*\*\*THANK YOU FOR SHOPPING AT DIAMOND VOGEL.   COME BACK AGAIN!\*\*\*\*\*\***

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

Product Subtotal  : $  1555.90

Sales Tax  : $   101.13
**Invoice Total  : $  1657.03**

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
| | | | | | | | 1657.03 |

**www.diamondvogel.com**

RRSB GO1st 04574

# Diamond Vogel

| | |
|---|---|
| **DIAMOND VOGEL PAINT CENTER  -293**<br>114 E KEMP<br>WATERTOWN, SD 57201<br>(605)886-2540<br><br>Account Number:29300943 | **Chrg INVOICE**<br>**Invoice #:293169534**<br>Date:08/25/21          Time:<br>Sales Rep:B78        Page: 1<br>Clerk:ALU<br>PO#:N<br>Ship Via:CUST PICKUP<br>Phone:(701)232-1355<br>Ship To: SAME |

Sold To:    CRAIG DEVELOPMENT, LLC
            1405 1ST AVE N
            PO BOX 426
            FARGO ND 58102

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---|---|---|---|---|---|---|---|
| 6 | 6 | MM716-020 | EA | 2090 LONG MSK TAP BULK 2" | 6.0 | 8.5500 | 51.30 |
| 2 | 2 | PC550-480 | EA | AMF-48 48"" ADVANCE FILM | 2.0 | 12.8700 | 25.74 |
| 7 | 7 | MV9519-500 | 5 G | LUMINACE 300 JET BLACK | 35.0 | 10.8900 | 381.15 |
| 1 | 1 | 243-298 | EA | 30" EXT. ASM. | 1.0 | 48.4000 | 48.40 |
| 1 | 1 | MI263-060 | EA | MIRACLE WIPES 60 CNT | 1.0 | 10.5000 | 10.50 |
| 1 | 1 | 287-023 | EA | 3' POLE GUN W/ RAC X TIP | 1.0 | 256.0000 | 256.00 |
| 2 | 2 | AP366-001 | EA | UNILITY KNIFE W/3 BLADES | 2.0 | 4.0700 | 8.14 |
| 1 | 1 | ZZ112-400 | EA | DV 12' X 400' HD .31 MIL | 1.0 | 18.8000 | 18.80 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

| | | |
|---|---|---|
| Product Subtotal | : $ | 800.03 |
| Sales Tax | : $ | 52.00 |
| **Invoice Total** | **: $** | **852.03** |

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|---|---|---|---|---|---|---|---|
| | | | | | | | 852.03 |

**www.diamondvogel.com**

RRSB GO1st 04575

**LL & Sons Excavating, Inc.**
44504 SD HWY 22
HAZEL, SD  57242



# INVOICE

**BILL TO**
Prevail Build

**INVOICE #** 12135
**DATE** 08/04/2021

**TERMS** Due on receipt

**JOB**
Generations

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Storm Sewer | 1 | 5,800.00 | 5,800.00T |
| Water | 1 | 10,000.00 | 10,000.00T |
| Sewer | 1 | 3,500.00 | 3,500.00T |
| Bypass sewer | 1 | 5,000.00 | 5,000.00T |
| Cap off water service | 3 | 2,000.00 | 6,000.00T |

All unpaid balances more than 30 days past due may be subject to
1.5% monthly interest.

| | |
|---|---|
| SUBTOTAL | 30,300.00 |
| TAX | 618.42 |
| TOTAL | 30,918.42 |
| BALANCE DUE | **$30,918.42** |

info@llandsonsexcavating.com * 605-628-2638 * cell 605-881-8168
RRSB GO1st 04576

FABRIC... ... ... ...MIT TO:
828 N.P. AVENUE                                    828 N.P. AVE.
FARGO, ND 58102                                    FARGO ND  58102

NO: 537500                        I N V O I C E                        NO: 537500

CRAIG PROPERTIES, INC.                    S  CRAIG PROPERTIES, INC.
BOX 426                                   H  BOX 426
                                          I
FARGO ND  58107                           P  FARGO ND  58107

                              MISC: CURT

ACCT:4443       INV DATE:08-06-21 11:13   SHIP VIA: OUR TRUCK              PAGE:  1
INV#:537500     SHIP DATE:08-05-21 'WHSE' MESG:COMMONS/GENERATIONS ON 1ST  O/S SLMN:2010
REF#:P5436464   FRT TERM:                 PO #:              -             I/S SLMN:1004

| ORDER | SHIP UNIT | ITEM | SIZE | UOM | QUANTITY | PRICE | EXT |
|---|---|---|---|---|---|---|---|
| 1 | 1 EA | POSTFORMCM | | EA | 1 | 404.520 | 404.52 |
| | | POSTFORM TOPS COMMERCIAL | | | | | |
| | | CLASSIC A ISLAND | | | | | |
| | | 4957K-22 | | | | | |
| | | 1 PC - 14 LF | | | | | |
| | | TAG: COMMONS | | | | | |
| | | | | | | | |
| | | DELIVER TO: | | | | | |
| | | GENERATIONS ON 1ST | | | | | |
| | | 26 1ST AVENUE SW | | | | | |

                              SUB TOTAL                           404.52

                              SALES  TAX                           26.29

                              TOTAL                               430.81

A SERVICE CHARGE OF 1 1/2% PER MONTH CHARGED ON INVOICES PAST DUE.            RRSB GO1st 04577
PAY TERMS:  1% 10TH PROX. NET 15TH PROX  DUE DATE: SEPTEMBER 15, 2021
YOU MAY DEDUCT      $4.05 IF PAID ON OR BEFORE SEPTEMBER 10, 2021 (ADF OF      $.00)

**Circle C Construction LLC**

408 4th st n

Estelline, SD  57234 US

(605) 214-4597

ccc.jared@gmail.com

# INVOICE

**BILL TO**

Jesse Kiihl

**INVOICE #** 1212

**DATE** 08/17/2021

**DUE DATE** 08/17/2021

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Unit 2** | | 5 | 800.00 | 4,000.00 |
| **Unit 2B** | | 2 | 800.00 | 1,600.00 |
| **Hallways, Amenity Rooms, Handrail** | | 1 | 5,000.00 | 5,000.00 |

BALANCE DUE **$10,600.00**

RRSB GO1st 04578

# PAYMENT APPLICATION

| TO: | Generations on 1st | PROJECT: | **Generations on 1st** | Application # | 4 | Distribution To: |
|---|---|---|---|---|---|---|
| | Watertown SD 57201 | | | Period Start | 7/26/2021 | ☐ Owner |
| | | | | Period End | 8/25/2021 | ☐ Accounting |
| FROM: | Cashway Lumber | | | Application Date | 8/25/2021 | ☐ Architect |
| | 191 N Broadway | | | Subcontract #: | | ☐ Owner's Rep. |
| | Watertown SD 57201 | | | Date of Contract | 2/9/2021 | |
| FOR: | | | | | | |

RRSB GO1st 04579

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 **CONTRACT AMOUNT** | $ | 1,060,625.54 |
| 2 **SUM OF ALL CHANGE ORDERS AND CONTRACT AMOUNT** | $ | 10,713.23 |
| 3 **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $1,071,338.77 |
| 4 **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | $ | 1,008,685.56 |
| 5 **RETAINAGE:** | | |
| a. 5% of completed work (Columns D+E on Continuation Page) | | |
| b. 10% of Material Stored (Column F on Continuation Page) | | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $0.00 |
| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | | $1,008,685.56 |
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | $ | 960,339.37 |
| 8 **PAYMENT DUE** | | $48,346.19 |
| 9 **BALANCE TO COMPLETION** (Line 6 Minus Line 3) | ($62,653.21) | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: Derrick Nelson Sales Manager          Date:          8/25/2021

## Certification   ☐ Required   ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount**          Date:

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:

By:          Date:

ARCHITECT:

By:          Date:

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1