## APPLICATION AND CERTIFICATE FOR PAYMENT

PAGE ONE OF 2 PAGES

| TO OWNER: | PROJECT: | APPLICATION #: | 13 | Distribution to: |
|---|---|---|---|---|
| GENERATIONS ON 1ST | WATERTOWN MIXED USE | PERIOD TO: | 09/30/21 | |
| 1405 1ST AVE N | 26 1ST AVE SW | PROJECT NOS: | 26 | |
| FARGO, ND 58102 | WATERTOWN, SD | | | |
| FROM CONTRACTOR: | VIA ARCHITECT: | CONTRACT DATE: | | |
| CRAIG DEVELOPMENT, LLC | TL STROH ARCHITECTS | | | |
| 1405 1ST AVE N | | | | |
| FARGO, ND 58102 | | | | |

Distribution to:
- [ ] Owner
- [ ] Const. Mgr
- [ ] Architect
- [X] Contractor

CONTRACT FOR:

VIA CONSTRUCTION MANAGER: CRAIG DEVELOPMENT/PREVAIL BUILD

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM----------------------- | $ | 10,990,000.00 |
| 2. Net change by Change Orders-----------------$ | $ | |
| 3. CONTRACT SUM TO DATE (Line 1 +/- 2) | $ | 10,990,000.00 |
| 4. TOTAL COMPLETED & STORED TO DATE-$ | | 9,888,877.55 |

(Column G on Continuation Sheet)

5. RETAINAGE:

| | | |
|---|---|---|
| a. _____ of Completed Work | $ | |
| (Columns D+E on Continuation Sheet) | | |
| b. _____ of Stored Material | $ | |
| (Column F on Continuation Sheet) | | |

Total Retainage (Line 5a + 5b or
Total in Column I of Continuation Sheet-------- $

| | | |
|---|---|---|
| 6. TOTAL EARNED LESS RETAINAGE----------- | $ | 9,888,877.55 |
| (Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | | |
| (Line 6 from prior Certificate)------------------- | $ | 8,794,852.40 |
| 8. CURRENT PAYMENT DUE---------------------- | $ | 1,094,025.15 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | |
| (Line 3 less Line 6) | $ | 1,101,122.45 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown therein is now due.

CONTRACTOR:

By: _____ Date: _____

State of: _____
County of: _____
Subscribed and sworn to before
me this _____ day of _____
Notary Public: _____
My Commission expires:

### CERTIFICATE FOR PAYMENT

In accordance with Contract Documents, based on on-site observations and the data comprising application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED -------------------------------- $

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or of Contractor under this Contract.

## APPLICATION AND CERTIFICATE FOR PAYMENT

PAGE ONE OF  2  PAGES

| | | |
|---|---|---|
| TO OWNER:<br>GENERATIONS ON 1ST<br>1405 1ST AVE N<br>FARGO, ND 58102<br>FROM CONTRACTOR:<br>CRAIG DEVELOPMENT, LLC<br>1405 1ST AVE N<br>FARGO, ND 58102<br>CONTRACT FOR: | PROJECT:<br>WATERTOWN MIXED USE<br>26 1ST AVE SW<br>WATERTOWN, SD<br>VIA ARCHITECT:<br>TL STROH ARCHITECTS | APPLICATION #:   13<br>PERIOD TO:   09/30/21<br>PROJECT NOS:   26<br><br>CONTRACT DATE: |

Distribution to:

☐ Owner
☐ Const. Mgr
☐ Architect
☒ Contractor

VIA CONSTRUCTION MANAGER: CRAIG DEVELOPMENT/PREVAIL BUILD

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM---------------------- | $ | 10,990,000.00 |
| 2. Net change by Change Orders-----------------$ | $ | |
| 3. CONTRACT SUM TO DATE (Line 1 +/- 2) | $ | 10,990,000.00 |
| 4. TOTAL COMPLETED & STORED TO DATE-$ | | 9,888,877.55 |

(Column G on Continuation Sheet)

5. RETAINAGE:

| | | |
|---|---|---|
| a. _____ of Completed Work | $ | |
| (Columns D+E on Continuation Sheet) | | |
| b. _____ of Stored Material | $ | |
| (Column F on Continuation Sheet) | | |
| Total Retainage (Line 5a + 5b or | | |
| Total in Column I of Continuation Sheet-------- | $ | |
| 6. TOTAL EARNED LESS RETAINAGE---------- | $ | 9,888,877.55 |
| (Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | | |
| (Line 6 from prior Certificate)------------------ | $ | 8,794,852.40 |
| 8. CURRENT PAYMENT DUE----------------------- | $ | 1,094,025.15 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | |
| (Line 3 less Line 6) | $ | 1,101,122.45 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown therein is now due.

CONTRACTOR:

By: _____     Date: _____

State of: _____
County of: _____

Subscribed and sworn to before
me this _____ day of _____

Notary Public: _____
My Commission expires: _____

### CERTIFICATE FOR PAYMENT

In accordance with Contract Documents, based on on-site observations and the data comprising application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED --------------------------------- $ _____

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____     Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner of Contractor under this Contract.

Invoice 013

# Craig Development, LLC

## Box 426, Fargo, ND  58107

9/30/2021    To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Dakota Portable Toilets | $ | 351.45 |
| 1 | Pro Tec (ARS) | $ | 201,500.00 |
| 1 | Stan Houston | $ | 1,818.39 |
| 1 | Watertight | $ | 100,000.00 |
| 1 | Baete-Forseth | $ | 30,817.50 |
| 1 | Duanes Flooring | $ | 10,000.00 |
| 1 | Burghardt Const | $ | 5,521.52 |
| 1 | Interstate Insulation | $ | 35,000.00 |
| 1 | Kloos | $ | 116,045.00 |
| 1 | NTI | $ | 7,200.00 |
| 1 | Prevail Labor | $ | 13,702.22 |
| 1 | Skold Specialty | $ | 11,300.00 |
| 1 | Diamond Vogel | $ | 2,570.80 |
| 1 | Geotek | $ | 838.69 |
| 1 | Boldt Const | $ | 36,094.96 |
| 1 | Circle C | $ | 5,284.00 |
| 1 | Cashway | $ | 70,349.61 |
| 1 | Tom Lohr | $ | 250.00 |
| 1 | Levijoki Drywall | $ | 7,316.34 |
| 1 | WMU | $ | 3,331.71 |
| 1 | Commercial Cleaning Services | $ | 4,260.00 |
| 1 | Craig Development (reimb finish materials) | $ | 187,000.00 |
| 1 | Duininck | $ | 34,170.00 |
| 1 | Xtreme Fire | $ | 20,174.40 |
| 1 | Popham | $ | 426.00 |
| 1 | Rusco | $ | 100,110.00 |
| 1 | Schumacher | $ | 52,400.00 |
| 1 | Burchatz | $ | 12,053.59 |
| 1 | Swanston Equipment | $ | 2,687.50 |
| | | Subtotal | $ 1,072,573.68 |
| | | Excise Tax | $ 21,451.47 |

Total Due By 10/10/2021    $ 1,094,025.15

Thank you for your business!

RRSB GO1st 04582

# Diamond◈Vogel

DIAMOND VOGEL PAINT CENTER  -293
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

**Account Number:29300943**

Sold To:    CRAIG DEVELOPMENT, LLC
            1405 1ST AVE N
            PO BOX 426
            FARGO ND 58102

**Chrg INVOICE**
**Invoice #:293169993**
Date:09/10/21          Time:
Sales Rep:B78          Page: 1
Clerk:TFS
PO#:N
Ship Via:CUST PICKUP   Job Name:SENIOR CENTER
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---|---|---|---|---|---|---|---|
| 4 | 4 | DE1655-500 | 5 G | ASSURE INT. EGGSHELL TW/B | 20.0 | 14.9700 | 299.40 |
| | | | | S COLOR #:0524B | | | |
| | | | | COLOR NAME:NOMADIC TRAVELS | CE3 | | |
| 5 | 5 | DU1556-500 | 5 G | POS1-PRIME PRO PRIMER | 25.0 | 9.5100 | 237.75 |
| 4 | 4 | ZZ608-009 | EA | DV WHITE COVER  9"" X 1/2 | 4.0 | 3.5400 | 14.16 |
| 2 | 2 | MR265-001 | EA | 2 GAL BUCKET GRID | 2.0 | 1.6500 | 3.30 |
| 2 | 2 | MR280-001 | EA | 5 WIRE PRO ROLLR FRAME 9" | 2.0 | 1.8300 | 3.66 |
| 1 | 1 | WO055-048 | EA | ROSS SHERLOCK 4-8' | 1.0 | 22.1200 | 22.12 |
| 2 | 2 | WO575-020 | EA | ULTRA/PRO FIRM 2"" | 2.0 | 9.0000 | 18.00 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

T erms:
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods
All accounts are due 30 days from date of purchase.  A finance charge will
assessed on all accounts that are 30 days past the due date.

Product Subtotal : $ 598.39

Sales Tax : $ 38.90
**Invoice Total : $ 637.29**

For complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|---|---|---|---|---|---|---|---|
| | | | | | | | 637.28 |

**www.diamondvogel.com**

RRSB GO1st 04583

# Diamond◯Vogel

DIAMOND VOGEL PAINT CENTER  -293
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

Account Number:29300943

Sold To:    CRAIG DEVELOPMENT, LLC
            1405 1ST AVE N
            PO BOX 426
            FARGO ND 58102

Chrg INVOICE
Invoice #:293170221
Date:09/22/21                    Time:11:02
Sales Rep:B78                    Page: 1
Clerk:TPS
PO#:N                            Job Name:SPRAYER
Ship Via:CUST PICKUP
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 1 | 1 | 17M-363 | EA | ULTRA HANDHELD CORDLESS | 1.0 | 545.0000 | 545.00 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

T erms:

Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
assessed on all accounts that are 30 days past the due date.

|  |  |  |
|--|--|--|
| Product Subtotal | : $ | 545.00 |
| Sales Tax | : $ | 35.43 |
| **Invoice Total** | **: $** | **580.43** |

complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
|  |  |  |  |  |  |  | 580.43 |

www.diamondvogel.com

RRSB GO1st 04584

# Diamond◯Vogel

**DIAMOND VOGEL PAINT CENTER  -293**
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

**Account Number:29300943**

Sold To:    CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
PO BOX 426
FARGO ND 58102

**Chrg INVOICE**
**Invoice #:293169848**
Date:09/28/21                    Time:
Sales Rep:B78                   Page: 1
Clerk:TPS
PO#:N                          Job Name:LOFT TRIM
Ship Via:CUST PICKUP
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 1 | 1 | WO146-045 | PK | JK PRO FOAM 4 1/2"" 2 PK | 1.0 | 5.9000 | 5.90 |
| 1 | 1 | WO150-040 | EA | JUMBO-KOTER 12"" FRAME | 1.0 | 4.6500 | 4.65 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.

All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

| | |
|---|---|
| Product Subtotal  : $ | 10.55 |
| Sales Tax  : $ | .69 |
| **Invoice Total  : $** | **11.24** |

For complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
| | | | | | | | 11.24 |

**www.diamondvogel.com**

PRSB GO1st 04485

# Diamond●Vogel

**DIAMOND VOGEL PAINT CENTER  -293**
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

**Account Number:29300943**

Sold To:    CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
PO BOX 426
FARGO ND 58102

**Chrg INVOICE**
**Invoice #:293170293**
Date:09/27/21                    Time: 9:24
Sales Rep:B78                   Page: 1
Clerk:TPS
PO#:SENIOR CENTER              Job Name:DRYWALL
Ship Via:CUST PICKUP
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 4 | 4 | ZZ608-009 | EA | DV WHITE COVER  9"" X 1/2 | 4.0 | 3.5400 | 14.16 |
| 1 | 1 | WN340-020 | EA | PAINT MIXER HD-2 GAL #340 | 1.0 | 4.0800 | 4.08 |
| 4 | 4 | PP100-090 | EA | GREEN PLASTIC PAINT TRAY | 4.0 | 1.2600 | 5.04 |
| 4 | 4 | MM716-020 | EA | 2090 LONG MSK TAP BULK 2" | 4.0 | 8.5500 | 34.20 |
| 1 | 1 | WO426-025 | EA | 4230 ALPHA TAS 2 1/2"" | 1.0 | 13.4600 | 13.46 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
Accounts are due 30 days from date of purchase.  A finance charge will
assessed on all accounts that are 30 days past the due date.

Product Subtotal    : $    70.94

Sales Tax    : $    4.61
**Invoice Total    : $    75.55**

complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
| | | | | | | | 75.55 |

**www.diamondvogel.com**

RRSB GO1st 0486

# Diamond Vogel

**DIAMOND VOGEL PAINT CENTER  -293**
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

**Account Number:29300943**

Sold To:    CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
PO BOX 426
FARGO ND 58102

**Chrg INVOICE**
**Invoice #:293170072**
Date:09/25/21                Time:
Sales Rep:B78                Page: 1
Clerk:TPS
PO#:N                        Job Name:SENIOR CENTER
Ship Via:CUST PICKUP
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 2 | 2 | WO019-140 | EA | BR414 BUCKET TRAY 14"" | 2.0 | 13.0200 | 26.04 |
| 4 | 4 | ZZ608-018 | EA | DV WHITE COVER 18"" X 1/2 | 4.0 | 9.1800 | 36.72 |
| 2 | 2 | WO017-140 | EA | R017 14"" SHERLCK PRO FRA | 2.0 | 13.2000 | 26.40 |
| 2 | 2 | WO045-180 | EA | BIG BEN 18"" ROLLER FRAME | 2.0 | 13.1100 | 26.22 |
| 2 | 2 | PC485-001 | EA | 50# KRAFT PAPER 48""X500' | 2.0 | 35.7100 | 71.42 |
| 4 | 4 | DU1556-500 | 5 G | POSI-PRIME PRO PRIMER | 20.0 | 9.5100 | 190.20 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

**T erms:**

Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.

All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

Product Subtotal : $  377.00

Sales Tax : $   12.14
**Invoice Total : $  389.14**

For complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
|      |       |         |             |           |        |               | 389.14 |

**www.diamondvogel.com**

# Diamond Vogel

**DIAMOND VOGEL PAINT CENTER  -293**
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

Account Number:29300943

Sold To:    CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
PO BOX 426
FARGO ND 58102

**Chrg INVOICE**
**Invoice #:293169950**
Date:09/25/21                      Time:
Sales Rep:B78                      Page: 1
Clerk:TPS
PO#:N
Ship Via:CUST PICKUP               Job Name:SENIOR CENTER
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 1 | 1 | ME0554-100 | GAL | VERSACRYL 303 MIDSHEEN NB C COLOR #:BURGHARDT 05052021 COLOR NAME:BLACK DOORS VERS303 | 1.0 | 41.1200 | 41.12 |
| 1 | 1 | WO159-045 | EA | BR403 JUMBO-KOTER TRAY | 1.0 | 1.5400 | 1.54 |
| 1 | 1 | WO150-040 | EA | JUMBO-KOTER 12"" FRAME | 1.0 | 4.6500 | 4.65 |
| 1 | 1 | WO146-045 | PK | JK PRO FOAM 4 1/2"" 2 PK | 1.0 | 5.9300 | 5.93 |
| 1 | 1 | WO426-020 | EA | 4230 ALPHA TAS 2"" | 1.0 | 11.1800 | 11.18 |
| 1 | 1 | AP190-100 | GAL | PAINT THINNR (PLASTIC)GAL | 1.0 | 8.2900 | 8.29 |
| 2 | 2 | MM970-446 | EA | SCTCH-BR BLNDG HD PD 7446 | 2.0 | 2.3400 | 4.68 |
| 2 | 2 | WO055-048 | EA | R055 SHERLOCK 4-8' | 2.0 | 22.1200 | 44.24 |

```
******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******
```

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

Product Subtotal    : $    121.63

Sales Tax    : $      7.91
**Invoice Total    : $    129.54**

For complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
| | | | | | | | 129.54 |

**www.diamondvogel.com**

# Diamond Vogel

**DIAMOND VOGEL PAINT CENTER  -293**
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

**Account Number:29300943**

Sold To:    CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
PO BOX 426
FARGO ND 58102

**Chrg INVOICE**
**Invoice #:293170211**
Date:09/25/21                    Time:
Sales Rep:B7B                    Page: 1
Clerk:ALU
PO#:SENIOR CENTER          Job Name:DRYWALL REPAIR
Ship Via:CUST PICKUP
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 1 | US311-180 | EA | EASY SAND 20 - 18# BAG | 1.0 | 10.6100 | 10.61 |
| 2 | 2 | MM410-001 | EA | SANDING SPONGE FINE ANGLD | 2.0 | 3.4700 | 6.94 |
| 1 | 1 | US311-180 | EA | EASY SAND 20 - 18# BAG | 1.0 | 11.3600 | 11.36 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.   COME BACK AGAIN!******

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

Product Subtotal    : $    28.91

Sales Tax    : $    1.88
**Invoice Total    : $    30.79**

complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|---|---|---|---|---|---|---|---|
| | | | | | | | 30.79 |

www.diamondvogel.com

RRSB GO1st 04589

# Diamond Vogel

**DIAMOND VOGEL PAINT CENTER  -293**
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

**Account Number:29300943**

Sold To:    CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
PO BOX 426
FARGO ND 58102

**Chrg INVOICE**
**Invoice #:293170147**
Date:09/25/21                Time:
Sales Rep:B78
Clerk:TPS                    Page: 1
PO#:N                        Job Name:SENIOR CENTER
Ship Via:CUST PICKUP
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---|---|---|---|---|---|---|---|
| 5 | 5 | DE1655-500 | 5 G | ASSURE INT. EGGSHELL TW/B S COLOR #:0524B COLOR NAME:NOMADIC TRAVELS | 25.0 CE3 | 14.9700 | 374.25 |
| 2 | 2 | ZZ608-018 | EA | DV WHITE COVER 18"" X 1/2 | 2.0 | 9.1800 | 18.36 |
| 2 | 2 | DU1556-500 | 5 G | POSI-PRIME PRO PRIMER | 10.0 | 9.5100 | 95.10 |
| 2 | 2 | WO426-020 | EA | 4230 ALPHA TAS 2"" | 2.0 | 11.1800 | 22.36 |
| 2 | 2 | ZZ608-018 | EA | DV WHITE COVER 18"" X 1/2 | 2.0 | 9.1800 | 18.36 |
| 1 | 1 | ZZ529-020 | EA | ZZ529  DV TAPE 2"" | 1.0 | 5.8800 | 5.88 |
| 2 | 2 | PC489-001 | EA | BUILDERS   PAPER 35""X140' | 2.0 | 10.6400 | 21.28 |
| 1 | 1 | DU1660-500 | 5 G | ZERO PLUS INT. PRIMER | 5.0 | 14.2200 | 71.10 |
| 2 | 2 | ZZ608-009 | EA | DV WHITE COVER  9"" X 1/2 | 2.0 | 3.5400 | 7.08 |
| 2 | 2 | PP100-090 | EA | GREEN PLASTIC PAINT TRAY | 2.0 | 1.2600 | 2.52 |
| 2 | 2 | MR280-001 | EA | 5 WIRE PRO ROLLR FRAME 9" | 2.0 | 1.8300 | 3.66 |
| 1 | 1 | MI263-060 | EA | MIRACLE WIPES 60 CNT | 1.0 | 10.5000 | 10.50 |
| 1 | 1 | ZZ637-009 | EA | ALL PURPOSE 3/4"" X 9"" C | 1.0 | 1.9000 | 1.90 |
| 1 | 1 | WO426-020 | EA | 4230 ALPHA TAS 2"" | 1.0 | 11.1800 | 11.18 |
| 1 | 1 | MR280-001 | EA | 5 WIRE PRO ROLLR FRAME 9" | 1.0 | 1.8300 | 1.83 |
| 2 | 2 | PP100-090 | EA | GREEN PLASTIC PAINT TRAY | 2.0 | 1.2600 | 2.52 |
| 1 | 1 | BH503-001 | 6PK | HANDY PAIL LINER 6 PK | 1.0 | 5.1900 | 5.19 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

T erms:

Merchandise cannot be returned for credit without our permission. Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

Product Subtotal    : $    673.07

Sales Tax    : $    43.75
**Invoice Total**    : $    **716.82**

For complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|---|---|---|---|---|---|---|---|
| | | | | | | | 716.82 |

**www.diamondvogel.com**

RPSB GO1st 04590

# Stan HOUSTON
## EQUIPMENT COMPANY, INC.

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

| | |
|---|---|
| **Sioux Falls** | **Rapid City** |
| 3020 W. 12th St | 1210 Deadwood Ave |
| 605-336-3727 | 605-348-1155 |
| 800-952-3033 | 800-242-1948 |
| **Sioux City** | **Aberdeen** |
| 412 Lewis Blvd | 39213 133rd St |
| 712-255-3001 | 605-262-3727 |
| 800-255-8440 | 877-346-7499 |
| **Watertown** | **Omaha** |
| 920 9th Ave SW | 4240 S 50th St |
| 605-878-3727 | |
| 800-854-4953 | |

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | |
| 9/01/2021 | |
| INVOICE NUMBER | |
| 05   79697 | |
| ACCOUNT NUMBER | |
| 116357 | |

SOLD TO:   CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND  58102

SHIP TO:   CRAIG DEVELOPMENT

1405 1ST AVE N
.FARGO, ND  58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE RATE of 18%, will be charged on all accounts which become past due and a 1 1/2% additional monthly charge for each month thereafter that the Account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PER-MISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED FROM US.
Enter claims against transportation company for loss sustained due to loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER LOFT PARKING | | JOB | | | | SOLD BY MATT A | | |
|---|---|---|---|---|---|---|---|---|---|
| SHIPPED VIA | | | SHIP DATE | WORK ORDER NUMBER | | | ORDERED BY | | |
| PICK-UP | | | 9/01/2021 | 677986 | | CARSON | | | |

| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| NOM 713SBAG | 1/2"  BACKER ROD POLY BAG 200 LF/BAG | 1.0 | | 25.500 | BG | | 25.50 |
| SON 711 | 1/4 BACKER-ROD 45029393 2-3200' ROLLS CARTON | 100.0 | | .100 | LF | | 10.00 |
| SON 712S | 3/8" BACKER-ROD 45039716 45039716 2-1800'ROLLS/CTN | 100.0 | | .120 | LF | | 12.00 |
| MLW 49-00-5463 | 1 1/2"  SCRAPER BLADE | 1.0 | | 12.120 | EA | | 12.12 |
| MLW 49-00-5456 | 3"  SCRAPER BLADE SAWZALL 1 PK | 1.0 | | 12.890 | EA | | 12.89 |

| | | |
|---|---|---|
| LINE TOTAL: | | 72.51 |
| SUBTOTAL: | | 72.51 |
| WATERTOWN SD | | 4.71 |
| TOTAL: | | 77.22 |

RRSB GO1st 04591

signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder. In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON  EQUIPMENT COMPANY until paid for and they reserve the right to revoke title contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

# Stan HOUSTON
## EQUIPMENT COMPANY, INC.

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

| Sioux Falls | Rapid City |
|---|---|
| 3020 W. 12th St | 1210 Deadwood Ave |
| 605-336-3727 | 605-348-1155 |
| 800-952-3033 | 800-242-1948 |
| Sioux City | Aberdeen |
| 412 Lewis Blvd | 39213 133rd St |
| 712-255-3001 | 605-262-3727 |
| 800-255-8440 | 877-346-7499 |
| Watertown | Omaha |
| 920 9th Ave SW | 4240 S 50th St |
| 605-878-3727 | |
| 800-854-4953 | |

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | |
| 9/01/2021 | |
| INVOICE NUMBER | |
| 05   78313 | |
| ACCOUNT NUMBER | |
| 116357 | |

SOLD TO:   CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND  58102

SHIP TO:   CRAIG DEVELOPMENT

1405 1ST AVE N
.FARGO, ND  58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE
RATE of 18% will be charged on all accounts which become past due and a 1 1/2%
additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PER-
MISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED
FROM US.
Enter claims against transportation company for loss sustained due to
loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER THE LOFTS | | JOB | | | | SOLD BY SCOTT S | |
|---|---|---|---|---|---|---|---|---|
| SHIPPED VIA | | | SHIP DATE | WORK ORDER NUMBER | | | ORDERED BY | |
| PICK-UP | | | 9/01/2021 | 677738 | | MICK | | |
| PRODUCT NUMBER | DESCRIPTION | | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
| SIK 1CSL/QT | SIKAFLEX SELF LEVELING JOINT SEALANT 29OZ 12/CS | | 12.0 | | 14.250 | TB | | 171.00 |
| NBN 255 | CAULK GUN - QUART 18:1 RATIO | | 1.0 | | 28.950 | EA | | 28.95 |

| | | |
|---|---|---|
| LINE TOTAL: | | 199.95 |
| SUBTOTAL: | | 199.95 |
| WATERTOWN SD | | 13.00 |
| TOTAL: | | 212.95 |

RRSB GO1st 04592

signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder.
In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON EQUIPMENT COMPANY until paid for and they reserve the right to revoke
this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

# Stan HOUSTON
## EQUIPMENT COMPANY, INC.

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

**Sioux Falls**
3020 W. 12th St
605-336-3727
800-952-3033

**Rapid City**
1210 Deadwood Ave
605-348-1155
800-242-1948

**Sioux City**
412 Lewis Blvd
712-255-3001
800-255-8440

**Aberdeen**
39213 133rd St
605-262-3727
877-346-7499

**Watertown**
920 9th Ave SW
605-878-3727
800-854-4953

**Omaha**
4240 S 50th St

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | 9/18/2021 |
| INVOICE NUMBER | 05   85688 |
| ACCOUNT NUMBER | 116357 |

SOLD TO:  CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND  58102

SHIP TO:   CRAIG DEVELOPMENT

1405 1ST AVE N
.FARGO, ND  58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE
RATE of 18%, will be charged on all accounts which become past due and a 1 1/2%
additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PER-
MISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED
FROM US.
Enter claims against transportation company for loss sustained due to
loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER | | JOB | | | | SOLD BY GINA M | |
|---|---|---|---|---|---|---|---|---|
| SHIPPED VIA | | | SHIP DATE | WORK ORDER NUMBER | | | ORDERED BY | |
| PICK-UP | | | 9/17/2021 | 683396 | | MIC | | |

| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| SIK 1CSL/10OZ | SIKAFLEX SELF LEVELING JOINT SEALANT 10OZ 24/CS | 3.0 | | 7.950 | TB | | 23.85 |
| SON 716 | BACKER-ROD 1"  550'RL 45029397 | 150.0 | | .370 | LF | | 55.50 |

RRSB GO1st 04593

| | |
|---|---|
| LINE TOTAL: | 79.35 |
| SUBTOTAL: | 79.35 |
| WATERTOWN SD | 5.16 |
| TOTAL: | 84.51 |

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder.
In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON EQUIPMENT COMPANY until paid for and they reserve the right to revoke
this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

# *Stan* HOUSTON
## EQUIPMENT COMPANY, INC.

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

| Sioux Falls | Rapid City |
|---|---|
| 3020 W. 12th St | 1210 Deadwood Ave |
| 605-336-3727 | 605-348-1155 |
| 800-952-3033 | 800-242-1948 |
| Sioux City | Aberdeen |
| 412 Lewis Blvd | 39213 133rd St |
| 712-255-3001 | 605-262-3727 |
| 800-255-8440 | 877-346-7499 |
| Watertown | Omaha |
| 920 9th Ave SW | 4240 S 50th St |
| 605-878-3727 | |
| 800-854-4953 | |

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | |
| 9/18/2021 | |
| INVOICE NUMBER | |
| 05   85381 | |
| ACCOUNT NUMBER | |
| 116357 | |

SOLD TO:   CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND  58102

SHIP TO:   CRAIG DEVELOPMENT

1405 1ST AVE N
.FARGO, ND  58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE RATE of 18%, will be charged on all accounts which become past due and a 1 1/2% additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PERMISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED FROM US.
Enter claims against transportation company for loss sustained due to loss or damage of shipment in transit

| TERMS NET 10TH | P.O. NUMBER LOFTS | | JOB | | | | SOLD BY SCOTT S | |
|---|---|---|---|---|---|---|---|---|
| SHIPPED VIA | | | SHIP DATE | WORK ORDER NUMBER | | | ORDERED BY | |
| PICK-UP | | | 9/17/2021 | 683205 | | MICK | | |

| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| SIK 1CSL/10OZ | SIKAFLEX SELF LEVELING JOINT SEALANT 10OZ 24/CS | 6.0 | | 7.950 | TB | | 47.70 |

| | | |
|---|---|---|
| LINE TOTAL: | | 47.70 |
| SUBTOTAL: | | 47.70 |
| WATERTOWN SD | | 3.10 |
| TOTAL: | | 50.80 |

RRSB GO1st 04594

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder. In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON EQUIPMENT COMPANY until paid for and they reserve the right to revoke this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

# Stan HOUSTON EQUIPMENT COMPANY, INC.

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

**Sioux Falls**
3020 W. 12th St
605-336-3727
800-952-3033

**Rapid City**
1210 Deadwood Ave
605-348-1155
800-242-1948

**Sioux City**
412 Lewis Blvd
712-255-3001
800-255-8440

**Aberdeen**
39213 133rd St
605-262-3727
877-346-7499

**Watertown**
920 9th Ave SW
605-878-3727
800-854-4953

**Omaha**
4240 S 50th St

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | 9/18/2021 |
| INVOICE NUMBER | 05    86008 |
| ACCOUNT NUMBER | 116357 |

SOLD TO:   CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND 58102

SHIP TO:   CRAIG DEVELOPMENT

1405 1ST AVE N
.FARGO, ND 58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE RATE of 18%, will be charged on all accounts which become past due and a 1 1/2% additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PERMISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED FROM US.
Enter claims against transportation company for loss sustained due to loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER LOFTS | | JOB | | | | SOLD BY SCOTT S | |
|---|---|---|---|---|---|---|---|---|
| SHIPPED VIA | | | SHIP DATE | WORK ORDER NUMBER | | | ORDERED BY | |
| PICK-UP | | | 9/17/2021 | 683495 | | MICK | | |
| PRODUCT NUMBER | DESCRIPTION | | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
| SIK 1ALIMESTONEP | SIKAFLEX LIMESTONE SAUSAGE 20OZ 20/CS | | 20.0 | | 9.950 | TB | | 199.00 |

RRSB GO1st 04595

| | | |
|---|---|---|
| LINE TOTAL: | | 199.00 |
| SUBTOTAL: | | 199.00 |
| WATERTOWN SD | | 12.94 |
| TOTAL: | | 211.94 |

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder. In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON EQUIPMENT COMPANY until paid for and they reserve the right to revoke this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

# Stan HOUSTON
## EQUIPMENT COMPANY, INC.

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

**Sioux Falls**
3020 W. 12th St
605-336-3727
800-952-3033

**Rapid City**
1210 Deadwood Ave
605-348-1155
800-242-1948

**Sioux City**
412 Lewis Blvd
712-255-3001
800-255-8440

**Aberdeen**
39213 133rd St
605-262-3727
877-346-7499

**Watertown**
920 9th Ave SW
605-878-3727
800-854-4953

**Omaha**
4240 S 50th St

| CUSTOMER COPY |
|---|
| INVOICE DATE |
| 9/16/2021 |
| INVOICE NUMBER |
| 05   85337 |
| ACCOUNT NUMBER |
| 116357 |

SOLD TO:   CRAIG DEVELOPMENT
1405 1ST AVE N
,FARGO, ND 58102

SHIP TO:   CRAIG DEVELOPMENT

1405 1ST AVE N
,FARGO, ND 58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE
RATE of 18%, will be charged on all accounts which become past due and a 1 1/2%
additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PER-
MISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED
FROM US.
Enter claims against transportation company for loss sustained due to
loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER | | JOB | | | | | SOLD BY GINA M | |
|---|---|---|---|---|---|---|---|---|---|
| SHIPPED VIA | | | SHIP DATE | WORK ORDER NUMBER | | | | ORDERED BY | |
| PICK-UP | | | 9/16/2021 | 683122 | | MIC | | | |

| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| NBN PPC620 | YELLOW CONE FOR BULK/ SAUSAGE GUN | 3.0 | | 1.050 | EA | | 3.15 |

RRSB GO1st 04596

| | | |
|---|---|---|
| LINE TOTAL: | | 3.15 |
| SUBTOTAL: | | 3.15 |
| WATERTOWN SD | | .20 |
| TOTAL: | | 3.35 |

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder
In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON. EQUIPMENT COMPANY until paid for and they reserve the right to revoke
this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

# Stan HOUSTON
## EQUIPMENT COMPANY, INC.

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

| | | |
|---|---|---|
| **Sioux Falls** | **Rapid City** | |
| 3020 W. 12th St | 1210 Deadwood Ave | |
| 605-336-3727 | 605-348-1155 | |
| 800-952-3033 | 800-242-1948 | |
| **Sioux City** | **Aberdeen** | |
| 412 Lewis Blvd | 39213 133rd St | |
| 712-255-3001 | 605-262-3727 | |
| 800-255-8440 | 877-346-7499 | |
| **Watertown** | **Omaha** | |
| 920 9th Ave SW | 4240 S 50th St | |
| 605-878-3727 | | |
| 800-854-4953 | | |

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | |
| 9/21/2021 | |
| INVOICE NUMBER | |
| 05  86970 | |
| ACCOUNT NUMBER | |
| 116357 | |

SOLD TO:  CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND  58102

SHIP TO:  CRAIG DEVELOPMENT

1405 1ST AVE N
.FARGO, ND  58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE
RATE of 18%, will be charged on all accounts which become past due and a 1 1/2%
additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PER-
MISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED
FROM US.
Enter claims against transportation company for loss sustained due to
loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER GENERATIONS | | JOB | | | | SOLD BY SCOTT S | |
|---|---|---|---|---|---|---|---|---|
| SHIPPED VIA | | | SHIP DATE | WORK ORDER NUMBER | | | ORDERED BY | |
| PICK-UP | | | 9/21/2021 | 684428 | | MIC | | |

| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| NOM 711BAG | 1/4"  BACKER ROD POLY BAG 500 LF/BAG | 1.0 | | 24.500 | BG | | 24.50 |
| NOM 714BAG | 5/8"  BACKER ROD POLY BAG 150 LF/BAG | 2.0 | | 32.950 | BG | | 65.90 |
| NBN PPC620 | YELLOW CONE FOR BULK/ SAUSAGE GUN | 2.0 | | 1.050 | EA | | 2.10 |

| | | |
|---|---|---|
| LINE TOTAL: | | 92.50 |
| SUBTOTAL: | | 92.50 |
| WATERTOWN SD | | 6.01 |
| TOTAL: | | 98.51 |

RRSB GO1st 04597

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder
In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON EQUIPMENT COMPANY until paid for and they reserve the right to revoke
this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

# Stan HOUSTON
## EQUIPMENT COMPANY, INC.

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

**Sioux Falls**
3020 W. 12th St
605-336-3727
800-952-3033

**Sioux City**
412 Lewis Blvd
712-255-3001
800-255-8440

**Watertown**
920 9th Ave SW
605-878-3727
800-854-4953

**Rapid City**
1210 Deadwood Ave
605-348-1155
800-242-1948

**Aberdeen**
39213 133rd St
605-262-3727
877-346-7499

**Omaha**
4240 S 50th St

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | |
| 9/21/2021 | |
| INVOICE NUMBER | |
| 05   87125 | |
| ACCOUNT NUMBER | |
| 116357 | |

SOLD TO:  CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND 58102

SHIP TO:  CRAIG DEVELOPMENT

1405 1ST AVE N
.FARGO, ND 58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE RATE of 18%, will be charged on all accounts which become past due and a 1 1/2% additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PERMISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED FROM US.
Enter claims against transportation company for loss sustained due to loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER LOFTS | | JOB | | | | | SOLD BY SCOTT S | |
|---|---|---|---|---|---|---|---|---|---|
| SHIPPED VIA | | | SHIP DATE | WORK ORDER NUMBER | | | | ORDERED BY | |
| PICK-UP | | | 9/21/2021 | 684455 | | MIC | | | |

| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| SON 718S | BACKER-ROD 1 1/4" 400'ROLL | 150.0 | | .490 | LF | | 73.50 |
| SIK 1AALUMGRAYPP | SIKAFLEX ALUM GRAY SAUS. 20OZ 20/CS | 20.0 | | 9.950 | TB | | 199.00 |

| | | |
|---|---|---|
| LINE TOTAL: | | 272.50 |
| SUBTOTAL: | | 272.50 |
| WATERTOWN SD | | 17.71 |
| TOTAL: | | 290.21 |

RRSB GO1st 04598

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON EQUIPMENT COMPANY until paid for and they reserve the right to revoke this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

# Stan HOUSTON
## EQUIPMENT COMPANY, INC.

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

**Sioux Falls**
3020 W. 12th St
605-336-3727
800-952-3033

**Rapid City**
1210 Deadwood Ave
605-348-1155
800-242-1948

**Sioux City**
412 Lewis Blvd
712-255-3001
800-255-8440

**Aberdeen**
39213 133rd St
605-262-3727
877-346-7499

**Watertown**
920 9th Ave SW
605-878-3727
800-854-4953

**Omaha**
4240 S 50th St

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | 9/21/2021 |
| INVOICE NUMBER | 05   86904 |
| ACCOUNT NUMBER | 116357 |

SOLD TO:   CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND 58102

SHIP TO:   CRAIG DEVELOPMENT

1405 1ST AVE N
.FARGO, ND 58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE
RATE of 18%, will be charged on all accounts which become past due and a 1 1/2%
additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PER-
MISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED
FROM US.
Enter claims against transportation company for loss sustained due to
loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER | | JOB | | | | SOLD BY SCOTT S | |
|---|---|---|---|---|---|---|---|---|
| SHIPPED VIA | | | SHIP DATE | WORK ORDER NUMBER | | | ORDERED BY | |
| PICK-UP | | | 9/21/2021 | 684365 | | MICK | | |
| PRODUCT NUMBER | DESCRIPTION | | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
| SIK 1AALUMGRAYPR | SIKAFLEX ALUM GRAY SAUS. 20OZ 20/CS | | 40.0 | | 9.950 | TB | | 398.00 |

RRSB GO1st 04599

| | | | |
|---|---|---|---|
| LINE TOTAL: | | | 398.00 |
| SUBTOTAL: | | | 398.00 |
| WATERTOWN SD | | | 25.87 |
| TOTAL: | | | 423.87 |

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder.
In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON EQUIPMENT COMPANY until paid for and they reserve the right to revoke
this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

# Stan HOUSTON EQUIPMENT COMPANY, INC.

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

**Sioux Falls**
3020 W. 12th St
605-336-3727
800-952-3033

**Rapid City**
1210 Deadwood Ave
605-348-1155
800-242-1948

**Sioux City**
412 Lewis Blvd
712-255-3001
800-255-8440

**Aberdeen**
39213 133rd St
605-262-3727
877-346-7499

**Watertown**
920 9th Ave SW
605-878-3727
800-854-4953

**Omaha**
4240 S 50th St

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | 9/22/2021 |
| INVOICE NUMBER | 05  89230 |
| ACCOUNT NUMBER | 116357 |

SOLD TO:  CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND  58102

SHIP TO:  CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND  58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE RATE of 18%, will be charged on all accounts which become past due and a 1 1/2% additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PERMISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED FROM US.
Enter claims against transportation company for loss sustained due to loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER GENERATIONS | JOB | | | | | SOLD BY MATT A | |
|---|---|---|---|---|---|---|---|---|
| SHIPPED VIA | | SHIP DATE | WORK ORDER NUMBER | | | | ORDERED BY | |
| PICK-UP | | 9/22/2021 | 684772 | | MIC | | | |
| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT | |
| SIK 1AALUMGRAYPR | SIKAFLEX ALUM GRAY SAUS. 20OZ 20/CS | 15.0 | | 9.950 | TB | | 149.25 | |
| SIK 1ALIMESTONEP | SIKAFLEX LIMESTONE SAUSAGE 20OZ 20/CS | 10.0 | | 9.950 | TB | | 99.50 | |
| SON 714-SON | BACKER-ROD 5/8" 1550' ROLL 45029396 | 300.0 | | .190 | LF | | 57.00 | |
| SON 716 | BACKER-ROD 1"  550'RL 45029397 | 100.0 | | .370 | LF | | 37.00 | |

RRSB GO1st 04600

| | |
|---|---|
| LINE TOTAL: | 342.75 |
| SUBTOTAL: | 342.75 |
| WATERTOWN SD | 22.28 |
| TOTAL: | 365.03 |

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder. In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON  EQUIPMENT COMPANY until paid for and they reserve the right to revoke this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

Dakota Portable Toilets, Inc.

PO Box 8513
Brookings, SD 57006

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/14/2021 | 13224 |

**Bill To**

Craig Development
1405 1st Ave. N
Fargo, ND 58102

**Ship To**

Generations On 1st
26 1st Ave. NW
Watertown
9/14-10/12

Due on receipt

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Portable Toilet Rental with Weekly Service | 165.00 | 330.00T |

Thank you for your business.

| | |
|--|--|
| Subtotal | $330.00 |
| Sales Tax (6.5%) | $21.45 |
| Payments/Credits | $0.00 |
| **Balance Due** | $351.45 |

If you would prefer your invoices emailed to you rather than mailed, please send us an email at info@dakotaportabletoilets.com letting us know that you would like to make the switch.

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 605-880-1699 | 866-371-6218 | info@dakotaportabletoilets.com | www.dakotaportabletoilets.com |

RRSB GO1st 04601

Invoice

**GEOTEK ENGINEERING
& TESTING SERVICES, INC.**
909 East 50th Street North
Sioux Falls, South Dakota 57104
605-335-5512  Fax 605-335-0773
1-800-354-5512  www.geotekeng.com

Prevail
100 East Kemp Ave., Suite E
Watertown, SD 57201

Invoice Number 20F50F2-IN

Invoice Date: 8/31/2021

Contact Jesse Kiihl

Customer P.O.:

Terms: Net 30

| Description | Quantity | | Unit Cost | Amount |
|---|---|---|---|---|
| PROJECT | | | | |
| CRAIG PROPERTIES - | | | | |
| | | | | |
| MOBILIZATION | | | | |
| ACI Certified Technician Mob. | 1.50 | TRIP | 380.00 | $570.00 |
| CONCRETE TESTS/INSPECTION/REPORTING | | | | |
| ACI Certified Tech- field test | 1.50 | HOUR | 85.00 | $127.50 |
| Concrete Compression Cylinders | 4.00 | TEST | 20.00 | $80.00 |
| Cylinder Molds | 4.00 | MOLD | 2.50 | $10.00 |

RRSB GO1st 04602

Balances not paid within 30 days of invoice date are
subject to 1 1/2% per month FINANCE CHARGE

| | |
|---|---|
| Net Invoice: | $787.50 |
| Freight: | 0.00 |
| Sales Tax: | $51.19 |
| **Invoice Total:** | **$838.69** |

**PLEASE REMIT TO:**

**WATERTOWN MUNICIPAL UTILITIES**
901 FOURTH AVE. SW
WATERTOWN, SD 57201
Office 605-882-6233   www.watertownmu.com

| Customer Account Number | | |
|---|---|---|
| | 078- ███ 7491-00 | |
| Due Date | Amount Due | Late Amount |
| 10/12/2021 | 3,331.71 | 3,331.71 |
| Service Address | | Amount Enclosed |
| MDSE | | |

GENERATIONS ON 1ST
1405 1 AVE N
FARGO, ND 58102

\*00 ███████ 3171\*

\*\* FIRST BILL \*\*

---

Page 1 — Please detach top portion and return with payment. — Page 1

**MUNICIPAL UTILITIES DEPT.**

| | Account Number 078 ███ 7491-00 | Name GENERATIONS ON 1ST | | Service Address MDSE | | | | | |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | | | | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | Multiplier | Usage | Units | |
| | 09/15/2021 | 09/01/2021 | 14 | | | | | | | |

**YOUR MONTHLY USAGE**

GAS (ccf)

| | |
|---|---|
| 6 | |
| 5 | |
| 4 | |
| 3 | |
| 2 | |
| 1 | |
| 0 | Sep 2021 |

PREVIOUS BALANCE 0.00
BALANCE FORWARD 0.00

GAS SERVICE
Gas Misc Equipment           415.00
Gas Misc Inventory         1,364.20
Gas Misc Labor             1,397.20
Gas State Tax                 61.39
Gas City Tax                  27.28
Gas Excise Tax                66.64
TOTAL GAS CHARGES          3,331.71

CURRENT CHARGES           $3,331.71

TOTAL AMOUNT DUE          $3,331.71

---

RRSB GO1sf0460C ███ 21588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | | 10/01/2021 | 10/12/2021 | 3,331.71 | 3,331.71 |

**MESSAGES:** Always call 811 two business days before you dig!

## Application and Certificate For Payment

Page 1

| To Owner: | Generations on 1st LLC<br>1405 1st Ave North<br>Fargo, ND 58102 | Project: | Generations Apartments<br>26 1st Ave SW<br>Watertown, SD | Application No: | **4** | Date: 09/14/2021 |
|---|---|---|---|---|---|---|

From (Contractor): Baete-Forseth HVAC LLC
4700 North Northview Ave
PO Box 84008
Sioux Falls, SD 57118

Period To: 09/30/21

Architect's
Project No:

Contract Date:

Contractor Job Number: 21046

Via (Architect):

Contract For:

Phone: 605 336-0545

### Contractor's Application For Payment

| Change Order Summary | Additions | Deductions |
|---|---|---|
| Change orders approved in previous months by owner | 20,800.00 | |

| | Number | Date Approved | | |
|---|---|---|---|---|
| Change orders approved this month | | | | |

| Totals | | |
|---|---|---|

| Net change by change orders | 20,800.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information, and belief the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

| | |
|---|---|
| Original contract sum | 236,875.00 |
| Net change by change orders | 20,800.00 |
| Contract sum to date | 257,675.00 |
| Total completed and stored to date | 223,860.00 |
| Retainage | |
| 0.0% of completed work | 0.00 |
| 0.0% of stored material | 0.00 |
| Total retainage | 0.00 |
| Total earned less retainage | 223,860.00 |
| Less previous certificates of payment | 193,042.50 |
| 0.000% of taxable amount<br>Not Excise & Watertown Use | 30,817.50 |
| Current sales tax | 0.00 |
| Current payment due | 30,817.50 |
| Balance to finish, including retainage | 33,815.00 |

Contractor:
By: _Michele Black_ Date: 9-14-21
State of: South Dakota County of: Minnehaha
Subscribed and sworn to before me this 14 day of September
2021 (year). Notary public: _Cheryl Swolley_
My commission expires 9-5-2024

CHERYL SWOLLEY
NOTARY PUBLIC
SOUTH DAKOTA
(SEAL)

### Architect's Certificate for Payment

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the Amount Certified.

Amount Certified: $ _____

Architect:

By: _____ Date: _____

This Certification is not negotiable. The Amount Certified is payable only to the Contractor named herein. Issuance, payment, and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

RRSB GO1st 04604



**DUININCK**

408 6th Street, P.O. Box 208
Prinsburg, Minnesota 56281-0208
320-978-6011 - FAX 320-978-4978
An Equal Opportunity Employer

# Invoice

| Cust # | Invoice Date | Invoice # |
|---|---|---|
| 25997 | 7/13/2021 | 114394 |
| Due Date | Terms | |
| 08/12/21 | Net 30 | |

$ _____
Amount Remitted

| Bill To | PREVAIL BUILD |
|---|---|
| | N/A |
| | N/A, N/A |

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

| Mth/Trans | Line | Description | Item | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| | | 219424. - PREVIAL BUILD: | PAVING *REVISED* | | | | |
| | | JB App #1 | | | | | |
| 07/21 560 | 1 | | | 1.000 | LSM | 34,170.00 | 34,170.00 |

DUININCK, INC. P.O. Box 208 Prinsburg, MN 56281-0208 (320) 978-6011

PAYMENT DUE UPON RECEIPT OF JOB OR AS ADDITIONAL CONTRACTS INDICATE. A FINANCE
CHARGE OF 1 1/2% PER MONTH (18% ANNUALLY) WILL BE MADE ON ALL BALANCES OVER 30
DAYS PAST DUE.

| Total | $34,170.00 |
|---|---|
| Sales Tax | |
| Less Disc | |
| Less Retainage | |
| **Total Due** | **$34,170.00** |

Customer- 25997         Invoice - 114394
Job - 219424.           Bid - 219424

RRSB GO1st 04605



*Statement*

5565

*10 - 1st Ave NW*
*Watertown, SD 57201*
*605-886-4932*

Name Generations    (55+ center Flooring)

| | DATE 9/3/2021 | | |
|---|---|---|---|
| Carpet | | | |
| Pad | | | |
| Metal | | | |
| Vinyl | | | |
| Tile | | | |
| Underlayment | | | |
| Base | | | |
| Adhesive | | | |
| Ceramic Tile | | | |
| Floor-Filler | | | |
| Seam Sealer | | | |
| Custom Job | | | |
| Carpet Removal | | | |
| Laminate | | | |
| Deposit on material | | 10,000. | 00 |
| Mileage | | | |
| Labor | | | |
| | TOTAL | 10,000, | 00 |
| | TAX | | |
| *Thank You* | TOTAL | | |
| | PAID | | |
| | BALANCE | | |

RRSB GO1st 04606

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*    PAGE 1 OF 2 PAGES

TO GC:    PROJECT: **Generations Apt**
**Watertown, SD**

**1405 1st Ave N**

**Fargo, ND 58102**

FROM CONTRACTOR:    VIA ARCHITECT:

**Xtreme Fire Protection**

**4102 N Cliff Ave**

**Sioux Falls, SD  57104**

CONTRACT FOR:    Work performed

APPLICATION NO:    4

PERIOD TO:    09/30/21

PROJECT NOS:

CONTRACT DATE:

Distribution to:
☐ OWNER
☐ ARCHITECT
☒ CONTRACTOR
☐
☐

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1 ORIGINAL CONTRACT SUM | $ | **140,100.00** |
| 2 Net change by Change Orders | $ | 0.00 |
| 3 CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 140,100.00 |
| 4 TOTAL COMPLETED & STORED TO DATE   (Column G on G703) | $ | 135,056.40 |
| 5 RETAINAGE: | | |
| a.  **0**  % of Completed Work (Column D + E on G703) | $    0.00 | |
| b.  0  % of Stored Material (Column F on G703) | $    0.00 | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 0.00 |
| 6 TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 135,056.40 |
| 7 LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 114,882.00 |
| 8 CURRENT PAYMENT DUE | $ | 20,174.40 |
| 9 BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 5,043.60 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | **$0.00** | $0.00 |
| Total approved this Month | $0.00 | $0.00 |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:    **XTREME FIRE PROTECTION, LLC**
**Fill out entirely w/Name, Date and Notary**

By:  _[signature]_    Date:  **9/16/2021**

State of: South Dakota    County of: Minnehaha
Subscribed and sworn to before me    9/16/2021
Notary Public
My Commission expires:
9/19/2025  _[signature]_

ELIZABETH REYNOLDS
NOTARY PUBLIC
SEAL    SOUTH DAKOTA    SEAL
My Commission Expires 09/19/25

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED    $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By: _____    Date: _____

This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named herein.  Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

RRSB GO1st 04607



RUSCO WINDOW
COMPANY, INC.
411 40TH STREET S
FARGO, ND 58103

# Invoice

| Date | Invoice # |
|---|---|
| 7/16/2021 | 7031 |

**Bill To**

CRAIG PROPERTIES
PO BOX 426
FARGO, ND 58107

**Ship To**

GENERATIONS ON 1ST
26 1ST AVE SW
WATERTOWN, SD 57201

| P.O. No. | Rep | FOB | Terms | Due Date | Account # | Ship Date |
|---|---|---|---|---|---|---|
| | CTH | 2204073 | Net 30 | 8/15/2021 | 14817 | 7/13/2021 |

| Item | Description | Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|
| LINDSAY | WHITE LOE ARGON CASEMENT/PW COMBOS 144 6054 12 5054 8 4654 8 4054PW SALES TAX | | | 94,000.00 6.50% | 94,000.00T 6,110.00 |

There is a 3% convenience fee for any credit card processing.

| Total | $100,110.00 |
|---|---|
| **Balance Due** | $100,110.00 |

| Phone # | E-mail |
|---|---|
| 701-281-1848 | ar@ruscowindowcompany.com |

RRSB GO1st 04608



**SCHUMACHER ELEVATOR COMPANY**
PO Box 393
One Schumacher Way
Denver, Iowa 50622

Phone: (319) 984-5676
Fax: (319) 406-1270
Internet: www.schumacherelevator.com
E-mail: accounting@schumacherelevator.com

# Invoice

## Billing Address

SOLD TO ACCT NO 1016885

CRAIG PROPERTIES
1405 1ST AVE N
FARGO ND  58102

## Shipping Address

SHIP TO ACCT NO 1017120

GENERATIONS ON 1ST APARTMENTS
26 1ST AVE SW
WATERTOWN SD  57201

## Information

| | |
|---|---|
| **Document Number** | 90532870 |
| **Document Date** | 09/20/2021 |
| | |
| **Purchase Order No.** | NONE |
| **Purchase Order Date** | 00/00/0000 |
| **Sales Order Number** | 41697 |
| **Payment Terms** | Net 30 Days |
| **Billing Date** | **09/20/2021** |
| **Currency** | USD |

1 of 1

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | *Progress invoice for the work completed through September 30, 2021.*<br>*Contract ID: SA172932* | | | |
| 0010 | 109776<br><br>HYDRAULIC ELEVATOR SYSTEM | 1 EA | 152,500.00 | 52,400.00 |
| | | | Items Tot | 52,400.00 |
| | | | State Tax | 0.00 |
| | | | County Tax | 0.00 |
| | | | City Tax | 0.00 |
| | | | **Total Amount** | $  52,400.00 |

RRSB GO1st 04609

zsec_invoice1std    01/2004

# PAYMENT APPLICATION

| TO: | Generations on 1st | PROJECT: | **Generations on 1st** | Application # | 5 | Distribution To: |
|---|---|---|---|---|---|---|
| | 1405 1st Ave N | | **26 1st Ave SW** | Period Start | 8/26/2021 | Watertight, Inc. |
| | Fargo ND 58102 | | **Watertown SD 57201** | Period End | 9/25/2021 | |
| FROM: | | | | Application Date | | |
| | Watertight, Inc. | | | Subcontract #: | | |
| | 18273 464th Ave | | | Date of Contract | | |
| | Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

| | | | |
|---|---|---|---|
| 1 **CONTRACT AMOUNT** | $ | 640,000.00 | |
| 2 **SUM OF ALL CHANGE ORDERS** | | $19,955.00 | CONTRACTOR: |
| 3 **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $659,955.00 | By: *Chris Serie*  Date: 9/25/2021 |
| 4 **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | $ | 460,995.50 | |
| 5 **RETAINAGE:** | | | |
| a. 10% of completed work (Columns D+E on Continuation Page) | $ | 42,599.55 | |
| b. 10% of Material Stored (Column F on Continuation Page) | | $2,500.00 | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $45,099.55 | |

### Certification

| | | | |
|---|---|---|---|
| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | | $415,895.95 | |

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

| | | | |
|---|---|---|---|
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | $ | 315,895.95 | |
| 8 **PAYMENT DUE** | | $100,000.00 | |
| 9 **BALANCE TO COMPLETION** (Line 3 Minus Line 6) | $244,059.05 | | **Certified Amount** ................................................. Date: _____ |

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figu

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| **TOTALS** | $0.00 | $0.00 |
| **NET CHANGES** | $0.00 | |

GENERAL CONTRACTOR:
By: _____  Date: _____

ARCHITECT:
By: _____  Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

Generations payment request.xlsx

# PAYMENT APPLICATION

| | | | | |
|---|---|---|---|---|
| **TO:** | Generations on 1st.<br>26 1st. Ave. N<br>Fargo, ND 58102 | **PROJECT:** | **Generations**<br>**26 1st Ave. SW.**<br>**Watertown, SD 57201** | Application # **4** |
| | | | | Period Start **6/1/2021** |
| | | | | Period End |
| **FROM:** | Kloos Electric<br>311 27th St. NW<br>Watertown, SD 57201 | | | Application Date **9/21/2021** |
| | | | | Subcontract #: |
| | | | | Date of Contract **4/5/2021** |
| **FOR:** | | VIA CONTRUCTION MANAGER: | | Prevail, LLC |
| | | VIA ARCHITECT: | | TL Stroh Architect |

**Distribution To:**
- ☑ Owner
- ☐ Accounting
- ☐ Architect
- ☐ Owner's Rep.

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 **CONTRACT AMOUNT** | | $ | 845,082.75 |
| 2 **SUM OF ALL CHANGE ORDERS** | | | $0.00 |
| 3 **CURRENT CONTRACT AMOUNT** | (Line 1 + Line 2) | | $845,082.75 |
| 4 **TOTAL COMPLETED AND STORED**<br>(Column G on Continuation Page) | | $ | 390,000.00 |
| 5 **RETAINAGE:** | | | |
| a. 5% of completed work<br>(Columns D+E on Continuation Page) | | $ | 6,000.00 |
| b. 10% of Material Stored<br>(Column F on Continuation Page) | | $ | - |
| Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | | $33,000.00 |
| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE**<br>(Line 4 Minus Line 5 Total) | | $ | 357,000.00 |
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS**<br>(Line 6 from Prior Application) | | | |
| 8 **PAYMENT DUE** | | $ | 108,000.00 |
| 9 **BALANCE TO COMPLETION**<br>(Line 3 Minus Line 6) | | $ | 455,082.75 |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entilted to this payment.

CONTRACTOR: Kloos Electric

By: _[signature]_     Date: 9-21-21

### Certification    ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _ _ _ _ _ _ _ _ _ _ _ _ _ _    Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____    Date: _____
ARCHITECT:
By: _____    Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| **TOTALS** | $0.00 | $0.00 |
| **NET CHANGES** | $0.00 | |

RRSB GO1st 04611

**Kloos Electric LLC**

311 27th St. NW
Watertown, SD  57201-2416 US
(605) 881-5859
klooselectric@outlook.com



KLOOS
�始ᴙ
Est. 2014
ELECTRIC
(605)-881-5859

INVOICE

BILL TO
Jesse Kiihl
Prevail Build
10 N Broadway Suite 103
Watertown, Sd  57201

| INVOICE | 1505 |
| DATE | 08/31/2021 |
| TERMS | Net 15 |
| DUE DATE | 09/15/2021 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Materials | | | 8,045.00 |

| BALANCE DUE | **$8,045.00** |
|---|---|

RRSB GO1st 04612

All invoices are due upon receipt. After that a two percent interest rate will be applied. After 30 days another ten percent will be added.
Page 1 of 1

**SWANSTON EQUIPMENT CORPORATION**
3450 West Main • PO Box 1963 • Fargo, ND 58107
(701) 293-7325 • Fax: (701) 293-9468
www.swanston.com

**SWANSTON**
EQUIPMENT CORPORATION

Ship To:   IN STORE PICKUP

| Branch | | | |
|---|---|---|---|
| 01 - FARGO | | | |
| Date | Time | | Page |
| 09/16/2021 | 12:18:54 (O) | | 1 |
| Account No. | Phone No. | | Invoice No. |
| CRAIG001 | 7012321355 | | G05071 |
| Ship Via | | Purchase Order | |
| | | | |
| | | | |
| | | | Salesperson |
| | CHAD TATUM | | 111 |

Invoice To:   CRAIG PROPERTIES
PO BOX 426
FARGO ND 58107

## GENERAL INVOICE

Order #: 002687

```
ONE MONTH RENT                                              2500.00
   BOBCAT S650
   8/19/21 TO 9/18/21
   Stock #    F012594      Serial #   ALJ823756
ND SALES TAX                                                125.00
CASS CO                                                      12.50
FARGO CITY                                                   50.00
 MJ                                   IN HOUSE CHARGE:      2687.50
```

TERMS: DUE UPON RECEIPT

RRSB GO1st 04613

# Burchatz Construction Co., Inc.

Fed ID# 46-0379173
1700 First Ave SW
Watertown, SD 57201

# Invoice

| Date | Invoice # |
|---|---|
| 9/21/2021 | 1249 |

**Bill To**

Prevail Build
Jesse Kiihl

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | 2021 Curb & Gutter ... |

| Item | Description | Est Amt | Prior Amt | Qty | Prior Qty | Est Rate | Est Qty | Amount |
|---|---|---|---|---|---|---|---|---|
| 05 Curb ... | Type B66 Curb & Gutter 32" Generations on 1st Craig Properties 26 1st Ave SW. Watertown SD 57201 M6 Concrete Materials, Set up & Labor, Hand work and Machine work | 11,565.00 | | 262.5 | 0 | 45.00 | 257 | 11,812.50T |

It's been a pleasure working with you!

| | |
|---|---|
| Subtotal | $11,812.50 |
| Excise Tax (2.041%) | $241.09 |
| Total | $12,053.59 |
| Payments/Credits | $0.00 |
| Balance Due | $12,053.59 |
| Job Total Balance | $12,053.59 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 605-882-2867 | 605-886-9122 | bcco10@qwestoffice.net | |

RRSB GO1st 04614

M Gmail

Jesse Craig <jcraig701@gmail.com>

## Re: Cash Spent
1 message

Jesse Kiihl <jesse.kiihl@prevailbuild.com>
To: Jesse Craig <jcraig701@gmail.com>

Fri, Oct 1, 2021 at 3:38 PM

Previous Total Cash spent = $6,218.82

Sept 24th - $155.22 Menards Vanity top for prevail office
$1,040.00 WMU prevail office water meter deposit

Sept 27th - $34.80 County Fair vinegar and scoring pads for cleaning senior floors
$37.17 County Fair more Vinegar cleaning senior floors
$96.61 Menards mop heads, vac filters, trash bags cleaning senior center floors

Sept 30th - $1,922.27 Menards Parkside patio furniture

Oct 1st - Burghardt Construction Sept 20th - Oct 1st (both carson and libby)
$586.50 repairing Ladue's RO mistakes
$2,499.50 Painting senior center

Garrettson Construction Sept 20th - Oct 1st
$391.00 fixing Ladue's ROS mistakes
$197.00 working on senior floors
$224.00 hanging senior cabinets
$299.00 hanging bathroom partitions

**Total Cash spent including last email = $13,702.22**

On Thu, Sep 23, 2021 at 2:29 PM Jesse Kiihl <jesse.kiihl@prevailbuild.com> wrote:
Aug 27th - $2,526.00 Burghardt Construction August 9th - 27th

Aug 31st - $21.04 Menards Lightbulbs for temp lights

Sept 1st - $45.51 Menards trim to replace damaged trim lofts

Sept 2nd - $6.37 Menards zip ties hang temp lights generations
$7.11 Menards caulk parkside patio doors
$42.57 Landfill dump for sheetrock prevail office

Sept 3rd - $10.63 Menards wire wheels to get old caulk out of lofts parking
$170.39 Menards poly for windows Generations

Sept 7th - $400 half shop rent (Sept)

Sept 10th - $1,411 Burghardt Construction August 30th - Sept 9th

Sept 13th - $12.78 recurring email cost

Sept 20th - $15.42 Menards Texture for senior center touch ups

Sept 21st - $874 Garrettson Construction painting senior center
$276 Garrettson Construction fixing ROs from Ladu mess up. (sept 13th -18th)

Sept 23rd - $400 half shop rent (October)

**Total Cash spent = $6,218.82**

RRSB GO1st 04615

# PAYMENT APPLICATION

| | | | | |
|---|---|---|---|---|
| TO: | Generations on 1st | **PROJECT:** | **Generations on 1st** | |
| | Watertown SD 57201 | | | |
| FROM: | Cashway Lumber | | | |
| | 191 N Broadway | | | |
| | Watertown SD 57201 | | | |
| FOR: | | | | |

| | |
|---|---|
| Application # | 5 |
| Period Start | 8/25/2021 |
| Period End | 9/24/2021 |
| Application Date | 9/24/2021 |
| Subcontract #: | |
| Date of Contract | 2/9/2021 |

Distribution To:
- ☐ Owner
- ☐ Accounting
- ☐ Architect
- ☐ Owner's Rep.

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 1,070,945.76 |
| 2 SUM OF ALL CHANGE ORDERS AND CONTRACT AMOUNT | $ | 18,683.33 |
| 3 CURRENT CONTRACT AMOUNT    (Line 1 + Line 2) | | $1,089,629.09 |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | $ | 1,096,191.90 |
| 5 RETAINAGE: | | |
| a.   5%  of completed work (Columns D+E on Continuation Page) | | |
| b.  10% of Material Stored (Column F on Continuation Page) | | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $0.00 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | | $1,096,191.90 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | $ | 1,025,842.29 |
| 8 PAYMENT DUE | | $70,349.61 |
| 9 BALANCE TO COMPLETION (Line 6 Minus Line 3) | $6,562.81 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By:    Derrick Nelson Sales Manager          Date:          9/24/2021

### Certification    ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount  — — — — — — — — — — —   Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:

By: _____    Date: _____

ARCHITECT:

By: _____    Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

**Circle C Construction LLC**
408 4th st n
Estelline, SD  57234 US
(605) 214-4597
ccc.jared@gmail.com

# INVOICE

**BILL TO**
Jesse Kiihl

**INVOICE #** 1226
**DATE** 09/24/2021
**DUE DATE** 09/24/2021

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---------|-------------|-----|------|--------|
| Unit 2 | Labor | 5 | 507.00 | 2,535.00 |
| Unit 2B | Labor | 2 | 452.00 | 904.00 |
| | | 1 | 1,500.00 | 1,500.00 |
| | | 3 | 100.00 | 300.00 |
| | | 3 | 15.00 | 45.00 |

BALANCE DUE              **$5,284.00**

RRSB GO1st 04617



April 9, 2021

RE:    Generations on 1st
       Watertown, SD
       SSC Quote # 218096 REVISED – two options

Dear Jesse:

Skold Speciality Contracting proposes to furnish and install the following products as per the following terms and conditions. No addendum have been noted.

*149100 Trash Chutes: (Bid not per plans or specifications)*
One trash chute, approximately 53 linear feet, as manufactured by Chutes International, 16 ga. Aluminized steel, 24" round, four 15" x 18" stainless steel fire-rated intake doors, fire-rated discharge hopper door, full diameter vent extending 3 feet above roof, flashing and installation hardware. Sprinkler heads included. Door interlocks, spray on soundproofing insulation on chute, and disinfecting and sanitizing unit controlled from discharge room not included.
*One trip for install. One field check.

        - Shaft must be ready to receive chute. Structure is required at front and back of shaft to receive chute frame.
        Frame will set on structure by others.
        - Tie in of roof flashing, hook-up of spray heads by others.
        - All floor/roof holes by others; if holes are not cut extra charges will apply.
        - We require use of lift on site to place top section on roof.
        - We require line of finished wall to set our intake throats at correct plane.
        - We require dedicated use of lift for 3-4 hours on day of delivery to stock floors.
                        **Furnished and Installed: $13,800.00**



**\*\*Pricing option:** To include alternate trash chute with same specifications as noted above except the chute will stop above 3rd floor intake and be capped there, deduct $3,700.00 from my price above for a **new price of $10,100.00.**

Our proposal is based upon the following terms and conditions:
1. Clear finished floor openings of 28 inches round or square rough openings of plumb and proper sizes at all locations, all layout and wall control lines, plastering, coring, blocking, cutting, patching, plumbing, conduit and electrical work WILL be provided by other trades. Clear inside shaft opening from back wall of shaft to face wall must be 40" and from side to side 30". At minimum, face wall MUST NOT be in place until after chute installation is completed.
2. Standard floor frames and one (1) floor retainer flange are included. Structural support to receive floor frame of chute to be *provided by others* (i.e. floor slab or angle in shaft). Floor frame has 6" legs front and back that must rest beyond the floor slab opening and before the fire rated shaft wall (contractor MUST provide this space).
3. The above prices **includes** sales/use tax and include freight to jobsite This quote excludes contractors excise tax, add 2.041% to total quotation amount to include excise tax.
4. Excluded are steel channels/embedded steel supports, headers, baffles, wood blocking or trim, finished painting, caulking, field dimensions, access panels, thresholds and final cleaning.
5. This quote is based upon the opening framing, floor, walls, and ceiling to be of appropriate materials to anchor to and support these doors.
6. We also do not include removal from the site of any paper, boxes, material scraps, of other debris. Waste will be deposited in a waste container on the job site as provided by the general contractor.
7. Electrical connections for interlock system or compactor by others.
8. This proposal is valid for a period of 30 days from the above date.
9. Terms: Net 30 days - 1 ½% per month penalty for late payments. This proposal is dependent upon signing a standard AGC or AIA contract agreement. Textura Billing is excluded from this quote.
10. Standard insurance is included. Additional costs for additional insured, extended coverage amounts and/or coverage durations, hold-harmless clauses, etc. shall be added to our contract amount.

*We shall not be held liable for any material delivery delays and/or installation delays due to COVID-19 impact. Furthermore, we will require that this language be written into our contract.

If you have any questions please feel free to call the undersigned.
Respectfully Submitted,

**Coiling Doors**          **Maxxon Floor Underlayments**          **Operable Walls**

        27214 HUCK FINN CIRCLE, SUITE 3 ● HARRISBURG, SOUTH DAKOTA ● 57032
        PHONE 605-335-6444 ● FAX 605-335-6727 ● www.skoldcompanies.com

RRSB GO1st 04618

Boldt Construction

711 1St. Ave NE
Watertown, SD 57201

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/27/2021 | 2514 |

**Bill To**

Craig Properties

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 81 | Pour Main entrance stoop | 6.00 | 486.00T |
| 1 | Pour small door north side | 100.00 | 100.00T |
| 204 | Pour stoop on north side | 3.00 | 612.00T |
| 3,700 | Pour Concrete on east side of building | 6.25 | 23,125.00T |
| 1,900 | Pour sidewalk on north side of building | 5.50 | 10,450.00T |
| 2 | Handicap pads for corner | 300.00 | 600.00T |
|  | Excise Tax | 2.041% | 721.96 |

| **Total** | **$36,094.96** |
|-----------|----------------|

RRSB GO1st 04619



ARS, A Tecta America Company, LLC
PO Box 39 • 605-332-1698
Sioux Falls, SD 57101 •

# INVOICE

**Invoice Number:** SI87005761
**Invoice Date:** 08/31/21
**Due Date** 09/30/21
**Page No:** 1

**Bill
To:** Parkside Place, LLC
Jesse Kiihl
1405 1st Avenue North
Fargo, ND 58102

**Ship
To:** Generations on 1st
26 1st Ave SW
Watertown, SD 57201

**Ship Via**
**Ship Date** 08/31/21
**Terms** Net 30
**Job Description:** Generations - partial billing

**Customer ID** C8710240
**Customer P.O.**
**Salesperson** Stemwedel, Adam
**Project No.** 871210018

| Item/Description | Unit | Order Qty | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| Generations - partial billing | | 1 | 1 | 201,500.00 | 201,500.00 |

| | | |
|---|---|---|
| Amount Subject to Sales Tax 0.00 | Amount Exempt from Sales Tax 201,500.00 | Subtotal: 201,500.00 |
| | | Invoice Discount: 0.00 |
| | | Total Sales Tax: 0.00 |
| | | Total: 201,500.00 |

RRSB GO1st 0464

Payments are due on the date specified above as the Due Date. Unpaid invoices shall bear interest at the rate of 1 1/2% per month.
Customer shall be responsible for all costs of collection, including reasonable attorneys' fees incurred due to nonpayment.
We pay Sales Tax on gross amount billed, not on net of retention.

# PAYMENT APPLICATION

| TO: | Parkside Place, LLC<br>1405 1st Ave North<br>Fargo, ND 58102 | PROJECT: | **Parkside Place**<br>**8 2nd St NE**<br>Watertown, SD 57201 | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | 3<br><br><br>9/28/2021 | Distribution To:<br>☐ Owner<br>☐ Accounting<br>☐ Architect<br>☐ Owner's Rep. |
|---|---|---|---|---|---|---|
| FROM: | Burghardt Construction<br>425 2nd St NE<br>Watertown, SD 57201 | | | | | |
| FOR: | **Parkside Painting** | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 54,308.80 |
| 2 SUM OF ALL CHANGE ORDERS | | ($1,000.00) |
| 3 CURRENT CONTRACT AMOUNT    (Line 1 + Line 2) | | $53,308.80 |
| 4 TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | $ | 53,308.80 |
| 5 RETAINAGE:<br> a. 10% of completed work<br>   (Columns D+E on Continuation Page)<br> b. 10% of Material Stored<br>   (Column F on Continuation Page)<br>Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | $5,521.52 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | | $53,308.80 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | $ | 34,108.01 |
| 8 PAYMENT DUE | | $5,521.52 |
| 9 BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | $0.00 | |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | ($1,000.00) |
| Total changes approved this month | | |
| TOTALS | $0.00 | ($1,000.00) |
| NET CHANGES | ($1,000.00) | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: _____    Date: 9/28/21

### Certification    ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount  _ _ _ _ _ _ _ _ _ _ _ _    Date: _____

(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____    Date: _____
ARCHITECT:
By: _____    Date: _____
Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

RRSB GO1st 04621

**Interstate Insulation**
3478 45th St N
Fargo, ND 58102
701-492-6208



**BILL TO**
Craig Properties
220 10th St N
Fargo, ND 58102

**INVOICE #** 2120
**DATE** 09/28/2021
**DUE DATE** 10/28/2021
**TERMS** Net 30

| DESCRIPTION | AMOUNT |
|---|---|
| 26 1st Ave SW Watertown, SD | |
| Materials delivered and stored on site. R11, R19, and R21 batts. | 35,000.00 |

Credit Card
Thank you for you business, have a great day!

BALANCE DUE          **$35,000.00**

RRSB GO1st 04622

Urethane foams can present a potential fire hazard.  It is recommended by the industry and by our company that all foam be covered with a fire proof or fire retardant material.  However, if the owner does not with this done, he/she assumes the entire responsibility for the job and any subsequent costs and liabilities incurred due to fire and related effects.



3522 4th Avenue South
Fargo, ND 58103
P: 701.232.1822  F: 701.232.1864

www.NTIgeo.com

# INVOICE

Jesse Craig
Craig Development, LLC
1405 1st Ave N
Fargo, ND  58102

September 22, 2021

| | |
|---|---|
| Project No: | 21.FGO12735.000 |
| Invoice No: | 39981 |
| Due Date: | October 22, 2021 |

| | |
|---|---|
| Total Budget | 8,400.00 |
| Project | 21.FGO12735.000 |
| jcraig@craigprop.com | |

**Geotechnical Exploration and Engineering Review**

**Work Performed to Date**                                        7,200.00

**PAYMENT DUE THIS INVOICE**        $7,200.00

| | Current | Prior | JTD Billings |
|---|---|---|---|
| **Project Billings** | 7,200.00 | 0.00 | 7,200.00 |

**Project Manager**    **Daniel Gibson**

RRSB GO1st 04623

749155

| CUSTOMER'S ORDER NO. | | | | | DATE | 9-25-21 |
|---|---|---|---|---|---|---|

NAME Jesse

ADDRESS

CITY, STATE, ZIP

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Water Bill for | | |
| 2 | usage from March 2021 | | |
| 3 | Thru September 2021 | | |
| 4 | for laying Brick on | | |
| 5 | new Apt. Building. | | |
| 6 | | | |
| 7 | | | $250.00 |
| 8 | Make Payment to | | |
| 9 | | | |
| 10 | Tom Lohr | | |
| 11 | 325-1st St. S.W. | | |
| 12 | Watertown, S.D. | | |
| | 57201 | | |

RECEIVED BY

A-4705
T-4652B

**KEEP THIS SLIP FOR REFERENCE**

01-11

RRSB GO1st04624

# Invoice



**LEVIJOKI DRYWALL**
TAPING & TEXTURING
**605·880·5052**

**BILL TO**
Prevail Build

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1347 | 09/23/2021 | $7,316.34 | 09/23/2021 | Due on receipt | |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | Hang sheetrock on walls in unit 104 | | 1,325.00T |
| | Tape, texture, prime walls | | 3,520.00T |
| | Paint ceiling and walls 2 colors 2 coats | | 2,325.00T |

Thank you for your business!!

| | | |
|---|---|---|
| SUBTOTAL | | 7,170.00 |
| TAX (2.041%) | | 146.34 |
| TOTAL | | 7,316.34 |
| BALANCE DUE | | **$7,316.34** |

RRSB GO1st 04625

Levijoki Drywall
402 E Main St
Bryant, SD  57221
levijokidrywall@gmail.com

Popham Construction LLC
PO Box 227
Castlewood, SD 57223
605-793-2757
pconstruction09@gmail.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2021 | 8120 |

**Bill To**

Craig Properties, LLC
PO Box 426
Fargo, ND 58107

| Description | Serviced | Amount |
|-------------|----------|--------|
| Senior Center Sweeping | 9/26/2021 | 400.00T |

Thank you for your business!

Payment due within 15 days of billing date. Invoice not paid when due shall be subjected to a late charge of 2% per month, 24% annual

| | |
|---|---|
| **Subtotal** | $400.00 |
| **Tax** | $26.00 |
| **Total** | $426.00 |

RRSB GO1st 04626



**Commercial**
CLEANING SERVICES LLC

2036 Palisades Lane
Watertown SD 57201

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/28/2021 | 564/Sept |

**Bill To**

Prevail Build
100 E Kemp Ave Ste E
Watertown SD 57201

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Amount |
|-------------|--------|
| Post Construction Cleaning    Started Mid-May - end of Sept | 4,000.00 |
| Balance of $1375 will be invoice when job is completed. | |

RRSB GO1st 04627

| | |
|---|---|
| **Subtotal** | $4,000.00 |
| **Sales Tax  (6.5%)** | $260.00 |
| **Total** | $4,260.00 |

# Invoice 014

# Craig Development, LLC

# Box 426, Fargo, ND  58107

10/29/2021    To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Dakota Portable Toilets | $ | 351.45 |
| 1 | Pro Tec (ARS) | $ | 32,880.00 |
| 1 | Stan Houston | $ | 81.29 |
| 1 | Watertight | $ | 48,600.00 |
| 1 | Baete-Forseth | $ | 24,285.00 |
| 1 | Duanes Flooring | $ | 22,977.37 |
| 1 | Burghardt Const | | |
| 1 | Interstate Insulation | | |
| 1 | Kloos | $ | 28,500.00 |
| 1 | Mid States | $ | 1,708.61 |
| 1 | Prevail Labor | $ | 4,624.65 |
| 1 | Garretson Construction | $ | 856.80 |
| 1 | Diamond Vogel | $ | 8,086.52 |
| 1 | Craig Dev reimb | $ | 902.00 |
| 1 | Boldt Const | $ | 27,763.32 |
| 1 | SM Inc | $ | 1,231.63 |
| 1 | Cashway | $ | 16,167.37 |
| 1 | Sign Pro | $ | 5,190.00 |
| 1 | | | |
| 1 | WMU | $ | 471.41 |
| 1 | | | |
| 1 | Georges Sanitation | $ | 8,011.52 |
| 1 | | | |
| 1 | Xtreme Fire | $ | 2,521.80 |
| 1 | T&J Parking Lot | $ | 224.23 |
| 1 | Craig Development (steel panels) | $ | 175,000.00 |
| 1 | LS Customs | $ | 5,506.05 |
| 1 | | | |
| 1 | | | |

| | | | |
|---|---|---|---|
| | Subtotal | $ | 415,941.02 |
| | Excise Tax | $ | 8,318.82 |
| | **Total Due By 11/8/2021** | $ | 424,259.84 |

Thank you for your business!

# APPLICATION AND CERTIFICATE FOR PAYMENT

TO OWNER:
GENERATIONS ON 1ST
1405 1ST AVE N
FARGO, ND 58102
FROM CONTRACTOR:
CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
FARGO, ND 58102

PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD
VIA ARCHITECT:
TL STROH ARCHITECTS

APPLICATION #:        14
PERIOD TO:        10/31/21
PROJECT NOS:        26

PAGE ONE OF    2    PAGES

Distribution to:

| | |
|---|---|
| | Owner |
| | Const. Mgr. |
| | Architect |
| X | Contractor |

CONTRACT FOR:

VIA CONSTRUCTION MANAGER: CRAIG DEVELOPMENT/PREVAIL BUILD

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet is attached.

1. ORIGINAL CONTRACT SUM------------------------------- $        10,990,000.00
2. Net change by Change Orders-------------------------- $
3. CONTRACT SUM TO DATE (Line 1 +/- 2)                 $        10,990,000.00
4. TOTAL COMPLETED & STORED TO DATE-$                            10,413,247.49
   (Column G on Continuation Sheet)
5. RETAINAGE:
   a.          of Completed Work        $
      (Columns D+E on Continuation Sheet)
   b.          of Stored Material        $
      (Column F on Continuation Sheet)
      Total Retainage (Line 5a + 5b or
      Total in Column 1 of Continuation Sheet)       $
6. TOTAL EARNED LESS RETAINAGE----------               $        10,413,247.49
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 from prior Certificate)--------------        $        9,988,977.55
8. CURRENT PAYMENT DUE-------------------               $        424,269.94
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)                                 $        576,752.51

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and
belief the Work covered by this Application for Payment has been completed in accordance with the
Contract Documents, that all amounts have been paid by the Contractor for Work for which previous
Certificates for Payment were issued and payments received from the Owner, and that current
payment shown therein is now due.

CONTRACTOR:

By:                                                Date:

State of:
County of:
Subscribed and sworn to before
me this           day of
Notary Public:
My Commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with Contract Documents, based on on-site observations and the data comprising
application, the Architect certifies to the Owner that to the best of the Architect's knowledge,
information and belief the Work has progressed as indicated, the quality of the Work is in accordance
with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED -------------------------------- $
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this
application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By:                                                Date:

This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named
herein.  Issuance, payment and acceptance of payment are without prejudice to any rights of the
Owner of Contractor under this Contract.

# CONTINUATION SHEET

ATTACHMENT TO PAY APPLICATION

PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

Page 2 of   2   Pages
APPLICATION NUMBER:        14
APPLICATION DATE:        10/31/21
PERIOD TO:      31-Oct-21
ARCHITECT'S PROJECT NO:      26

| A Item No. | B Description of Work | C Scheduled Value | D Work Completed From Previous Application (D + E) | E Work Completed This Period | F Materials Presently Stored (Not In D or E) | G Total Completed And Stored To Date (D + E + F) | % (G/C) | H Balance To Finish (C - G) | I Retainage (If Variable Rate) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | GENERAL CONDITIONS | 178,033.00 | 185,114.70 | 16,754.98 | | 201,869.68 | 113% | (23,836.68) | |
| 2 | RAILINGS | 25,204.88 | 1,377.85 | 5,506.05 | | 6,883.90 | 27% | 18,320.98 | |
| 3 | WOOD COMPONENTS/TRUSSES | 596,530.18 | 579,845.49 | 16,167.47 | | 596,012.96 | 100% | 517.22 | |
| 4 | ROOFING | 331,650.00 | 288,150.00 | 32,880.00 | | 321,030.00 | 97% | 10,620.00 | |
| 5 | EXTERIOR INSULATION &FINISH | 525,888.00 | 166,765.72 | 175,000.00 | | 341,765.72 | 65% | 184,122.28 | |
| 6 | CARPET | 122,905.00 | 10,000.00 | 24,685.98 | | 34,685.98 | 28% | 88,219.02 | |
| 7 | PAINT/STAIN | 88,000.00 | 10,874.02 | 8,086.52 | | 18,960.54 | 22% | 69,039.46 | |
| 8 | EXTERIOR SIGNAGE | 9,800.00 | 9,800.00 | 5,190.00 | | 14,990.00 | 153% | (5,190.00) | |
| 9 | BUILDING SPRINKLER | 140,100.00 | 135,056.40 | 2,521.80 | | 137,578.20 | 98% | 2,521.80 | |
| 10 | PLUMBING | 659,955.00 | 415,893.95 | 48,600.00 | | 464,495.95 | 70% | 195,459.05 | |
| 11 | HVAC | 236,875.00 | 273,860.00 | 24,285.00 | | 298,145.00 | 126% | (61,270.00) | |
| 12 | ELECTRICAL/SECURITY | 845,082.00 | 609,045.00 | 28,500.00 | | 637,545.00 | 75% | 207,537.00 | |
| 13 | ACCRUED INTEREST/EXCISE | 399,272.73 | 208,045.72 | 8,318.82 | | 216,364.54 | 54% | 182,908.19 | |
| 14 | PAVING/SIDEWALKS | 21,990.00 | 70,264.96 | 27,763.32 | | 98,028.28 | 446% | (76,038.28) | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| | SUBTOTALS PAGE 2 | 4,181,285.79 | 2,964,095.81 | 424,259.94 | | 3,388,355.75 | 81% | 792,930.04 | |

CONTINUATION SHEET

RRSB GO1st 04630



# Invoice

**REMIT TO:**   PO BOX 2107 FARGO ND 58107-2107

Invoice 00608191
Date 10/27/2021
Page 1/1

**Bill To:**
CRAIG DEVELOPMENT LLC
1405 1ST AVE N
FARGO ND   58102

**Ship To:**
CRAIG DEVELOPMENT LLC
WILL CALL - FARGO

| Purchase Order | | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Sales Order | |
|---|---|---|---|---|---|---|---|
| ANDREW - ADDITION | | 1355 | CARL | WILL CALL | 1% 10 Net 30 | 00661446 | |

| Ordered | Shipped | B/O | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 40 | 40 | 0 | AR34 | ANCHOR ROD 3/4"-10 PLAIN - F1554-55. PER LF | $4.150 | $166.00 |
| 32 | 32 | 0 | 087515 | cut 32pcs to 14" lengths | $0.75 | $24.00 |
| 64 | 64 | 0 | 0646493 | WASHER 3/4" ZINC PLATED | $0.32 | $20.48 |
| 64 | 64 | 0 | 0646497 | NUT 3/4"-10 ZINC PLATED | $0.32 | $20.48 |
| 18 | 18 | 0 | SET-XP10 | EPOXY SIMPSON 8.5 OZ CARTRIDGE | $26.270 | $472.86 |
| 1 | 1 | 0 | ETB8 | BRUSH HOLE 13/16-7/8" X 16" | $7.40 | $7.40 |
| 3 | 3 | 0 | 555 | MASTERFLOW 555 50LB BAG NON-SHRINK GROUT | $20.68 | $62.04 |

Comments:

Tax Schedule: ND/FARGO
Discount Available: $7.73

| | |
|---|---|
| Subtotal | $773.26 |
| Freight | $0.00 |
| Tax | $56.22 |
| Total | $829.48 |

| Fargo Location | Grand Forks Location | Bismarck Location |
|---|---|---|
| 1401 40th St NW | 4924 Gateway Dr | 2225 Vermont Ave |
| Fargo ND 58102 | Grand Forks ND 58203 | Bismarck ND 58501 |
| Phone (701) 282-7100 | Phone (701) 738-8800 | Phone (701) 751-4580 |

No goods returned without authorization, and 15% restocking charge.   Non-stock items subject to factory restocking
charge, if greater than 15%, and freight charges both ways.

**www.smionline.com**

RRSB GO1st 04631



# Invoice

Invoice 00607586
Date 10/25/2021
Page 1/1

**REMIT TO:**  PO BOX 2107 FARGO ND 58107-2107

**Bill To:**

CRAIG DEVELOPMENT LLC
1405 1ST AVE N
FARGO ND   58102

**Ship To:**

CRAIG DEVELOPMENT LLC
WILL CALL - FARGO

| Purchase Order | | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Sales Order | |
|---|---|---|---|---|---|---|---|
| ANDREW OFFICE EDITIO | | 1355 | DYLAN | WILL CALL | 1% 10 Net 30 | 00660860 | |
| Ordered | Shipped | B/O | Item Number | Description | | Unit Price | Ext. Price |
| 28 | 28 | 0 | AR34 | ANCHOR ROD 3/4"-10 PLAIN -  F1554-55. PER LF | | $4.150 | $116.20 |
| 1 | 1 | 0 | COMMENT | 3/4" X 14" ANCHOR ROD 24 PIECES TOTAL | | $0.00 | $0.00 |
| 24 | 24 | 0 | 0646497 | NUT  3/4"-10 ZINC PLATED | | $0.32 | $7.68 |
| 24 | 24 | 0 | 0646493 | WASHER  3/4"  ZINC PLATED | | $0.32 | $7.68 |
| 8 | 8 | 0 | SET-XP10 | EPOXY SIMPSON 8.5 OZ CARTRIDGE | | $26.270 | $210.16 |
| 1 | 1 | 0 | DMAPL2500 | BIT SDS+ 7/8" X 8" X 10" 2-CUTTER | | $32.360 | $32.36 |

Comments:

Tax Schedule: ND/FARGO
Discount Available: $3.74

| Subtotal | $374.08 |
|---|---|
| Freight | $0.00 |
| Tax | $28.07 |
| Total | $402.15 |

| **Fargo Location** | **Grand Forks Location** | **Bismarck Location** |
|---|---|---|
| 1401 40th St NW | 4924 Gateway Dr | 2225 Vermont Ave |
| Fargo ND 58102 | Grand Forks ND 58203 | Bismarck ND 58501 |
| Phone (701) 282-7100 | Phone (701) 738-8800 | Phone (701) 751-4580 |

No goods returned without authorization, and 15% restocking charge.   Non-stock items subject to factory restocking
charge, if greater than 15%, and freight charges both ways.

**www.smionline.com**

 Gmail

Jesse Craig <jcraig701@gmail.com>

---

## Re: Cash Spent
1 message

**Jesse Kiihl** <jesse.kiihl@prevailbuild.com>
To: Jesse Craig <jcraig701@gmail.com>

Wed, Oct 27, 2021 at 12:35 PM

Oct 6th - $46.25 Menards supplies for bathroom hardware senior center
$13.61 Mac's hardware tamper bits for bathroom partitions
$70.21 Larrys Lumber Door shims

Oct 12th - $109.45 Menards items to clean up and fix roof leak senior center
$12.78 Recurring email fee

Oct 18th - $38.24 Menards soap and mailbox for senior center

Oct 19th - $106.22 Amazon Parkside Bike racks
$2,583.00 Burghardt Construction Oct 4- Oct 15th

Oct 20th - $25.50 Menards bathroom signs for senior center
$1,138.50 Garrettson Construction Oct 4th -14th

Oct 25th - $37.28 Sign Pro Parkside address sign

Oct 26th - $20.00 city hall Ruins demo permit

Oct 27th - $23.61 Menards toiler paper holder and caulk nozzle for new office
$400 Half shop rent (Nov)


**Total Cash Spent = $4,624.65**


On Fri, Oct 1, 2021 at 3:38 PM Jesse Kiihl <jesse.kiihl@prevailbuild.com> wrote:
Previous Total Cash spent = $6,218.82

Sept 24th - $155.22 Menards Vanity top for prevail office
$1,040.00 WMU prevail office water meter deposit

Sept 27th - $34.80 County Fair vinegar and scoring pads for cleaning senior floors
$37.17 County Fair more Vinegar cleaning senior floors
$96.61 Menards mop heads, vac filters, trash bags cleaning senior center floors

Sept 30th - $1,922.27 Menards Parkside patio furniture

Oct 1st - Burghardt Construction Sept 20th - Oct 1st (both carson and libby)
$586.50 repairing Ladue's RO mistakes
$2,499.50 Painting senior center

Garrettson Construction Sept 20th - Oct 1st
$391.00 fixing Ladue's ROS mistakes
$197.00 working on senior floors
$224.00 hanging senior cabinets
$299.00 hanging bathroom partitions

**Total Cash spent including last email = $13,702.22**


On Thu, Sep 23, 2021 at 2:29 PM Jesse Kiihl <jesse.kiihl@prevailbuild.com> wrote:

RRSB GO1st 04633



ARS, A Tecta America Company, LLC
PO Box 39 • 605-332-1698
Sioux Falls, SD 57101 •

# INVOICE

**Invoice Number:** SI87006143
**Invoice Date:** 10/27/21
**Due Date** 11/26/21
**Page No:** 1

**Bill To:**

Jesse Kiihl
1405 1st Avenue North
Fargo, ND 58102

| | | |
|---|---|---|
| **Ship Via** | | |
| **Ship Date** | 10/27/21 | |
| **Terms** | Net 30 | |
| **Job Description:** | Parkside project | |

| | |
|---|---|
| **Customer ID** | C8710240 |
| **Customer P.O.** | |
| **Salesperson** | Stemwedel, Adam |
| **Project No.** | 871210043 |

| Item/Description | Unit | Order Qty | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| Parkside project | | 1 | 1 | 32,880.00 | 32,880.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax 0.00 | Amount Exempt from Sales Tax 32,880.00 | Subtotal: | 32,880.00 |
| | | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 0.00 |
| | | Total: | 32,880.00 |

Payments are due on the date specified above as the Due Date. Unpaid invoices shall bear interest at the rate of 1 1/2% per month.
Customer shall be responsible for all costs of collection, including reasonable attorneys' fees incurred due to nonpayment.
We pay Sales Tax on gross amount billed, not on net of retention.

RRSB GO1st 04634

Invoice

 **Garrettson's Construction LLC**

*Mail Check to*
*217 9th Ave SW*
*Watertown, SD 57201*

**Built for Generations**
Watertown, SD 57201
605-880-3465

Bill To
Name: _____
Street: _____
City/State/Zip: _____
Phone: _____

Invoice No. __2__
Invoice Date: 10/19/21
Due Date: _____

| Description/Job Phase | Price | Unit | Amount |
|---|---|---|---|
| Redi Frame Doors | $70 | 12 | $840 |
| Door #'s  102 | | | |
| 105 | | | |
| 106 | | | |
| 116 | | | |
| 116A | | | |
| 117 | | | |
| 118 | | | |
| 120 | | | |
| 121 | | | |
| 122 | | | |
| 123 | | | |
| 124 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| Subtotal | $ 840.00 |
| Taxes | 16.80 |
| Total | $856.80 |

**Terms and Conditions**

Thank you for your business. Please send payment within _____ days of receiving this invoice.
There will be a _____ % per _____ on late invoices. Initial to accept terms and conditions _____

RRSB GO1st 04635

# PAYMENT APPLICATION

**TO:** Generations on 1st.
26 1st. Ave. N
Fargo, ND 58102

**PROJECT:** Generations
26 1st Ave. SW
Watertown, SD 57201

**FROM:** Kloos Electric
311 27th St. NW
Watertown, SD 57201

**FOR:**

| | |
|---|---|
| Application # | 4 |
| Period Start | 6/1/2021 |
| Period End | |
| Application Date | 10/27/2021 |
| Subcontract # | |
| Date of Contract | 4/5/2021 |

Prevail, LLC
TL Stroh Architect

**VIA CONTRUCTION MANAGER:**
**VIA ARCHITECT:**

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 845,082.75 |
| 2 SUM OF ALL CHANGE ORDERS | | $0.00 |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | | $845,082.75 |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | $ | 420,000.00 |
| 5 RETAINAGE: | | |
| a. 5% of completed work (Columns D+E on Continuation Page) | $ 1,500.00 | |
| b. 10% of Material Stored (Column F on Continuation Page) | $ - | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $34,500.00 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | $ | 385,500.00 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | | |
| 8 PAYMENT DUE | $ | 28,500.00 |
| 9 BALANCE TO COMPLETION (Line 3 Minus Line 6) | $ | 425,082.75 |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR: Kloos Electric

By: _____ Date: 10-27-21

## Certification    ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason this payment should not be made.

Certified Amount _____ Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____ Date: _____
ARCHITECT:
By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

**Distribution To:**
☑ Owner
☐ Accounting
☐ Architect
☐ Owner's Rep.

Page 1

RRSB GO1st 04636

# PAYMENT APPLICATION

TO: Generations on 1st          PROJECT:          Generations on 1st

Watertown SD 57201

| | |
|---|---|
| Application # | 6 |
| Period Start | 9/25/2021 |
| Period End | 10/25/2021 |
| Application Date | 10/25/2021 |
| Subcontract #: | |
| Date of Contract | 2/9/2021 |

FROM: Cashway Lumber
191 N Broadway
Watertown SD 57201

Distribution To:
☐ Owner
☐ Accounting
☐ Architect
☐ Owner's Rep.

FOR:

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 1,077,571.75 |
| 2 SUM OF ALL CHANGE ORDERS AND CONTRACT AMOUNT | $ | 21,140.24 |
| 3 CURRENT CONTRACT AMOUNT    (Line 1 + Line 2) | $1,098,711.99 | |
| 4 TOTAL COMPLETED AND STORED  (Column G on Continuation Page) | $ | 1,112,359.27 |
| 5 RETAINAGE: | | |
| a.  5%  of completed work  (Columns D+E on Continuation Page) | | |
| b.  10% of Material Stored  (Column F on Continuation Page)  Total Retainage (Line 5a + 5b or  column I on Continuation Page) | $0.00 | |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE  (Line 4 Minus Line 5 Total) | $1,112,359.27 | |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS  (Line 6 from Prior Application) | $ | 1,096,191.90 |
| 8 PAYMENT DUE | $16,167.37 | |
| 9 BALANCE TO COMPLETION  (Line 6 Minus Line 3) | $13,647.28 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that:
(1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to
Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other
obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this
payment.

CONTRACTOR:

By: _Derrick Nelson Sales Manager_          Date: _____ 10/25/2021

## Certification          ☐ Required          ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the
payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such
work has been completed to the extent indicated in this application, 3. this Application for Payment
accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager
and Architect know of no reason why payment should not be made.

Certified Amount          Date: _____

(If the certified amount is different from the payment due, you should attach an explanation.  Initial all
figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:

By: _____          Date: _____

ARCHITECT:

By: _____          Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be
made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract
Documents or otherwise.

CRSB GO1st 04637

# PAYMENT APPLICATION

| TO: | PROJECT: | | Distribution To: |
|---|---|---|---|
| Generations on 1st | Generations on 1st | Application # | 6 | Watertight, Inc. |
| 1405 1st Ave N | 26 1st Ave SW | Period Start | 9/26/2021 | |
| Fargo ND 58102 | Watertown SD 57201 | Period End | 10/25/2021 | |
| | | Application Date | | |
| FROM: | | Subcontract #: | | |
| Watertight, Inc. | | Date of Contract | | |
| 18273 464th Ave | | | | |
| Castlewood, SD 57223 | | | | |
| FOR: | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

| | | | |
|---|---|---|---|
| 1 CONTRACT AMOUNT | $ 640,000.00 | CONTRACTOR: | |
| 2 SUM OF ALL CHANGE ORDERS | $19,955.00 | | |
| 3 CURRENT CONTRACT AMOUNT   (Line 1 + Line 2) | $659,955.00 | By: _____ *Chris Serie* _____ Date: _____ 10/25/2021 |
| 4 TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | $ 514,995.50 | |
| 5 RETAINAGE: | | |
| a. 10% of completed work<br>(Columns D+E on Continuation Page) | $ 51,499.55 | |
| b. 10% of Material Stored<br>(Column F on Continuation Page) | | |
| Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | $51,499.55 | |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | $463,495.95 | |

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

| | | |
|---|---|---|
| 7 LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | $ 415,895.95 | Certified Amount ......................... Date: |
| 8 PAYMENT DUE | $48,600.00 | (If the certified amount is different from the payment due, you should attach an explanation.  Initial all figu |
| 9 BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | $196,459.05 | GENERAL CONTRACTOR:<br>By: _____ Date: |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous<br>months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

ARCHITECT:

By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

RSB GO1st 04638

Boldt Construction

711 1St. Ave NE
Watertown, SD 57201

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/18/2021 | 2532 |

| Bill To |
|---------|
| Craig Properties |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Pour small door stoop on south east side | 100.00 | 100.00T |
| 1 | Pour stoop on east side | 663.00 | 663.00T |
| 200 | Pour 2 ramps and 2 steps on long stoops | 8.00 | 1,600.00T |
| 2,900 | Pour Concrete on east side of building | 6.25 | 18,125.00T |
| 209 | Pour 5 ft sidewalk on west side of building 4 inches thick | 30.00 | 6,270.00T |
| | Added | | |
| 1 | Tear out and replace sidewalk to neighbors to south | 450.00 | 450.00T |
| | Excise Tax | 2.041% | 555.32 |

| | Total | $27,763.32 |
|---|-------|-----------|

RRSB GO1st 04639

# T & J PARKING LOT MAINTENANCE

52 Sunrise Dr. NE
Watertown SD 57201

605-880-0511

## INVOICE

| Date | Invoice # |
|------|-----------|
| 10/23/2021 | 213 |

Bill To :

Craig Properties LLC
Attn: Jesse

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | | Generations street striping |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Lay out and striping of 1st Ave SW Wtn. | | **$219.40** |
| | | Tax | **$4.83** |

| | Total | $224.23 |
|--|-------|---------|

RRSB GO1st 04640

**LS Customs and Snow**
1811 bruhn ave ne
Watertown, SD  57201 US
+1 6055202381
lamd32@gmail.com

# Invoice

**BILL TO**
Prevail Build

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|-----------|------|-----------|----------|-------|----------|
| 1106 | 10/24/2021 | $5,506.05 | 11/23/2021 | Net 30 | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---------|-------------|-----|------|--------|
| Steel | pipe | 14 | 85.00 | 1,190.00T |
| Labor | Welding, Assembly, Diagnostics | 40 | 80.00 | 3,200.00T |
| Paint | black paint | 1 | 500.00 | 500.00T |
| Steel | steel plates | 26 | 5.00 | 130.00T |
| Shop supplies | Misc. Supplies/Parts | 1 | 150.00 | 150.00T |
| estimate | | | | |

|  |  |
|---|---|
| SUBTOTAL | 5,170.00 |
| TAX (6.5%) | 336.05 |
| TOTAL | 5,506.05 |
| BALANCE DUE | **$5,506.05** |

RRSB GO1st 04641

**Mindy Craig**

| | |
|---|---|
| **From:** | Knox Associates, Inc. <ar@knoxbox.com> |
| **Sent:** | Monday, October 18, 2021 9:54 AM |
| **To:** | Mindy Craig |
| **Subject:** | Knox Company: Sales Order #SO-KA-200904 |

Knox Company
1601 W Deer Valley Rd
Phoenix AZ 85027
United States

# Sales Order

## #SO-KA-200904

10/18/2021

of

**BILL TO:**

Generations on 1st , mulinda craig
po box 426
fargo ND 58107-0426
United States
608-343-3703

**SHIP TO:**

Residential , JESSE KIIHL
813 2ND ST NW
Watertown SD 57201-1541
United States
605-237-4954

| Terms | Shipping Method | PO # |
|---|---|---|
| PP - Prepaid | Ground Shipping < 75 LBS | |

| Item | Description | Quantity | Units | Rate | Amount |
|---|---|---|---|---|---|
| 3261 | 3200 SURFACE, BLACK, HINGED | 1 | EA | $429.00 | $429.00 |

Installation Address: Generations on 1st, 26 1st Ave watertown, South Dakota 57201
Primary System Code Role: PS-15-0009-10-92-BOXES

| Item | Description | Quantity | Units | Rate | Amount |
|---|---|---|---|---|---|
| 3261 | 3200 SURFACE, BLACK, HINGED | 1 | EA | $429.00 | $429.00 |

Installation Address: Generations on 1st, 26 1st Ave watertown, South Dakota 57201
Primary System Code Role: PS-15-0009-10-92-BOXES

| | |
|---|---|
| **Subtotal** | **$858.00** |
| **Tax Amount** | **$0.00** |
| **Shipping and Handling** | **$44.00** |
| **Deposit Collected** | **($902.00)** |
| **Total** | $0.00 |

*Reimburse cap 1 card*

Terms and Conditions

All pricing is subject to change and is based on a quantity order to be shipped all at one time. Prices quoted are valid through the "Expires On" date shown. All shipping and handling fees, if provided, are estimates based upon ground service to the address shown above. Knox will provide you a firm cost for shipping and handling fees when order is placed. Knox provides detailed installation instructions with each Knox product. However, Knox is not responsible for actual installation.

SALES TAX DISCLAIMER: Knox is required to collect sales tax for purchases made in the following states: AL, AR, AZ, CA, CO, CT, FL, GA, IA, IL, IN, KS, KY, MA, MD, ME, MI, MN, NC, NE, NJ, NM, NV, NY, OH, OK, PA, RI, SC, TN, TX, UT, VA, VT, WA and WI. Where applicable, Knox

RRSB GO1st 04642

# APPLICATION AND CERTIFICATION FOR PAYMENT

**AIA DOCUMENT G702**

PAGE 1 OF 2 PAGES

TO GC:

PROJECT: **Generations Apt**
**Watertown, SD**

APPLICATION NO: 5

Distribution to:
- [ ] OWNER
- [ ] ARCHITECT
- [X] CONTRACTOR

**1405 1st Ave N**

**Fargo, ND 58102**

FROM CONTRACTOR: **Xtreme Fire Protection**    VIA ARCHITECT:

PERIOD TO: 10/31/21

**4102 N Cliff Ave**

**Sioux Falls, SD 57104**

PROJECT NOS:

CONTRACT FOR:    Work performed

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract
Continuation Sheet, AIA Document G703, is attached

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 140,100.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 140,100.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 137,578.20 |
| 5. RETAINAGE: | | |
| a. __0__% of Completed Work (Column D + E on G703) | $ 0.00 | |
| b. __0__% of Stored Material (Column F on G703) | $ 0.00 | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 137,578.20 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 135,056.40 |
| 8. CURRENT PAYMENT DUE | $ | 2,521.80 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 2,521.80 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $0.00 | $0.00 |
| Total approved this Month | $0.00 | $0.00 |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been paid by
the Contractor for Work for which previous Certificates for Payment were issued and
payments received from the Owner, and that current payment shown herein is now due

CONTRACTOR:    **XTREME FIRE PROTECTION, LLC**
Fill out entirely w/ Name, Date and Notary

By _____    Date: 10/13/2021

State of South Dakota    County of Minnehaha
Subscribed and sworn to before me    10/13/2021
Notary Public:
My Commission expires: 9/19/2025

ELIZABETH REYNOLDS
NOTARY PUBLIC
SOUTH DAKOTA
(SEAL)    My Commission Expires

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising the application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work has progressed as indicated, that
the quality of the Work is in accordance with the Contract Documents, and the Contractor
is entitled to payment of the AMOUNT CERTIFIED

AMOUNT CERTIFIED .................... $

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this
Application and on the Continuation Sheet that are changed to conform with the amount certified.)
ARCHITECT:

By _____    Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without
prejudice to any rights of the Owner or Contractor under this Contract

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992

THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

RRSB GO1st 04643

# Application and Certificate For Payment

Page 1

| To Owner: | Generations on 1st LLC<br>1405 1st Ave North<br>Fargo, ND 58102 | Project: | Generations Apartments<br>26 1st Ave SW<br>Watertown, SD | | Application No: | 5 | Date: 10/13/2021 |

| From<br>(Contractor): | Baete-Forseth HVAC LLC<br>4700 North Northview Ave<br>PO Box 84008<br>Sioux Falls, SD 57118 | Contractor Job<br>Number: | 21046 | Period To: | 10/31/21 |
| | | Via (Architect): | | Architect's<br>Project No: | |
| Phone: | 605 336-0545 | Contract For: | | Contract Date: | |

## Contractor's Application For Payment

### Change Order Summary

| | Additions | Deductions |
|---|---|---|
| Change orders approved in previous months by owner | 20,800.00 | |

| Change orders approved this month | Number | Date Approved | | |
|---|---|---|---|---|

| Totals | | |
|---|---|---|
| Net change by change orders | 20,800.00 | |

| | |
|---|---|
| Original contract sum | 236,875.00 |
| Net change by change orders | 20,800.00 |
| Contract sum to date | 257,675.00 |
| Total completed and stored to date | 248,145.00 |
| Retainage | |
| 0.0% of completed work | 0.00 |
| 0.0% of stored material | 0.00 |
| Total retainage | 0.00 |
| Total earned less retainage | 248,145.00 |
| Less previous certificates of payment | 223,860.00 |
| 0.000% of taxable amount<br>No Excise & Watertown Use | 24,285.00 |
| Current sales tax | 0.00 |
| Current payment due | 24,285.00 |
| Balance to finish, including retainage | 9,530.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information, and belief the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

Contractor: _____ Date: 10-13-21
By: _____ County of: _____
State of _____
Subscribed and sworn to before me this 13 day of October
2021 (year). Notary public: _____
Commission expires _____

CHERYL SWOLLEY
NOTARY PUBLIC (SEAL)
SOUTH DAKOTA

## Architect's Certificate for Payment

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the Amount Certified.

Amount Certified:   $ _____

Architect: _____
By: _____ Date: _____

This Certification is not negotiable. The Amount Certified is payable only to the Contractor named herein. Issuance, payment, and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

RRSBGD04644



Dakota Portable Toilets, Inc.

PO Box 8513
Brookings, SD 57006

# Invoice

| Date | Invoice # |
|---|---|
| 10/12/2021 | 13451 |

| Bill To |
|---|
| Craig Development
1405 1st Ave. N
Fargo, ND 58102 |

| Ship To |
|---|
| Generations On 1st
26 1st Ave. NW
Watertown
10/12-11/9 |

Due on receipt

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2 | Portable Toilet Rental with Weekly Service | 165.00 | 330.00T |

Thank you for your business.

| | |
|---|---|
| Subtotal | $330.00 |
| Sales Tax (6.5%) | $21.45 |
| Payments/Credits | $0.00 |
| **Balance Due** | $351.45 |

If you would prefer your invoices emailed to you rather than mailed, please send us an email at info@dakotaportabletoilets.com letting us know that you would like to make the switch.

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 605-880-1699 | 866-371-6218 | info@dakotaportabletoilets.com | www.dakotaportabletoilets.com |

RRSB GO1st 04645



*Statement*    5571

*10 - 1st Ave NW*
*Watertown, SD 57201*
*605-886-4932*

Name _Generations, 55+ Center_

| | DATE 10/8/2021 | | |
|---|---|---|---|
| Carpet | | | |
| Pad | | | |
| Metal | | | |
| Vinyl | plank + Labor    5,300 sf | 21,275. | 00 |
| Tile | | | |
| Underlayment | | | |
| Base | | | |
| Adhesive | | | |
| Ceramic Tile | | | |
| Floor-Filler | | | |
| Seam Sealer | | | |
| Custom Job | Grind  concrete  seam | 300. | 00 |
| Carpet Removal | | | |
| Laminate | | | |
| | | | |
| Mileage | | | |
| Labor | | | |
| TOTAL | | 21,575. | 00 |
| TAX | | 1,402. | 37 |
| TOTAL | | 22,977. | 37 |
| PAID | | | |
| BALANCE | | | |

*Thank You*

RRSB GO1st 04646



**Signs · Decals · Laser Engraving**
707 South Broadway · 605.882.0106

**CUSTOMER NAME:** ____ Generations ____

**JOB LOCATION:** ____ 26 1st Ave SW ____

**DESCRIPTION:** ____ Led Digital Sign 6mm – 3ft x 4ft ____

**PURCHASE PRICE:** ____ $10,380 Installed ____

1. **PAYMENT TERMS:**

   X ____ 50% deposit to start production and balance upon completion.    $5190

2. **JOB SITE CONDITIONS:** The Purchase Price contemplates that reasonable accessibility for an unassisted rubber tire equipment will be provided to site of installation, including building and foundation, and said site will be in a condition ready to accept installation. The Purchase Price also assumes that below grade soil will be readily workable. If concealed and unexpected excavation conditions are encountered, such as sub-surface water, rock, or pipelines, all costs for such additional work by Seller shall be paid by Buyer on a time and materials basis. Further, Seller shall not be responsible for damage to underground improvements including utilities, pipes, sewer lines, sprinkling systems or any other underground obstructions unless notified of them in writing prior to commencement of the work.

3. **TITLE:** Title to all goods delivered by the Seller pursuant to this agreement shall remain in Seller until all sums due Seller under the terms of this agreement have been paid in full. Such goods shall at all times be deemed personal property and shall not by reason of attachment to any realty become or be deemed a fixture or appurtenant to such realty, but shall at all times be severable therefrom, and shall be and remain at all times the property of Seller, free of any claim or right of Buyer, of the person to whose property the property may been attached or the creditors of either.

4. **WARRANTY:** Seller warrants that all services will be accomplished in a workmanlike manner, and that all goods supplied by Seller will function properly for a period of one year from date of delivery or installation. Lamps, ballasts, and transformers that are deemed by the Seller to not function within said time period will be covered under a labor and material warranty. Any work completed on the sign other than Graf Sign Pro will void any such warranty period offered through Graf Sign Pro. Warranty does not include vandalism, acts of God, or improper primary electrical current.

5. **DEFAULT:** If Buyer fails to pay according to agreed terms as described in Item 1, or fails to perform any other of its obligations, hereunder, or bankruptcy, receivership, assignment for benefit of creditors or other insolvency proceedings are commenced by or against Buyer, Seller shall have the right to immediately repossess all goods that it has delivered pursuant to this agreement, without resort to judicial process and without liability for trespass. Repossession shall not require patching, painting, touch up etc. afterward. Seller's right of repossession includes the right to remove the goods, or disconnect, or otherwise render them unusable. Seller's repossession of the goods shall not deprive Seller of its right to full payment of the purchase price, and all additional applicable damages. If Seller places this agreement with a collection or an attorney after default for collection or enforcement, Buyer shall pay all collection costs including reasonable attorneys' fees.

6. **ELECTRICAL CONNECTION:** The supply and connection of the primary electrical connection to the display(s) is not included in this proposal and is the cost and responsibility of the Buyer.

7. **BUYER'S WARRANTY/INDEMNIFICATION:** Buyer warrants that it has proprietary ownership and/or has obtained the necessary approvals and licenses to use all logos, designs, and artwork provided to Seller for product.  Buyer agrees to defend, indemnify, and hold harmless Seller against any third-party claim, suit, demand, or action based on any alleged misuse, negligence, or regulatory violations arising out of the use of all logos, designs, artwork, and trademarks provided by Buyer to Seller.  Buyer agrees to indemnify and hold Seller harmless for any attorney's fees, costs and/or damages awarded against Seller in any such claim or action or settlement thereof.

8. **THIS PROPOSAL IS VALID 30 DAYS FROM THE DATE BELOW.**

GRAF SIGN PRO ____ *Nathan Graf* ____    DATE: ____ 10/8/21 ____

CUSTOMER APPROVAL: _____    DATE: _____

RRSB GO1st 04647

# Invoice

I-68705

**Mid States Distributors**
4601 17 Ave S
Fargo  ND  58103
701-232-4723  701-239-9360

Job #
60565

Contract #

Customer PO

| | |
|---|---|
| **Acct # 41** | Ship To:    701 237-3369 |
| Sold To: 701 237-3369 Fax 701 365-0088 | |

Date
9/27/2021

Sales Person1
David

Sales Person2

**Craig Properties**
PO Box 426
Fargo, ND  58106

**Craig Properties / Andrew**
PO Box 426
Fargo, ND  58106

| Type | Quantity | Product Description<br>Labor Description | Color / Item Number<br>Room | Price | Total |
|---|---|---|---|---|---|
| **Wall Base** | | | | | |
| *Materials* | 1680 LnFt | JOHNSONITE 4" COVE BASE | 20 CHARCOAL | $0.83 | $1,394.40 |
| **Adhesive** | | | | | |
| *Materials* | 30 Each | 30 OZ COVE BASE ADHESIVE | | $6.50 | $195.00 |

*Information*

Andrew / Nursing Home Dance Floor

*Water turn*

| Total | |
|---|---|
| Labor | |
| Materials | $1,589.40 |
| Contract Total | $1,589.40 |
| Sales Tax | $119.21 |
| Grand Total | $1,708.61 |
| Payments | |
| Balance | $1,708.61 |

Terms
Net 30

Due Date
10/27/2021

All returns subject to approval and restocking charges. *NO RETURNS ON SPECIAL ORDER PRODUCT -- SPECIAL ORDER CARTON ITEMS WILL BE FIGURED WITH A 5% TO 8% INDUSTRY STANDARD WASTE FACTOR.  THESE ITEMS ARE NON-REFUNDABLE.* Note: All labor is subcontracted out. IMPORTANT: All returns and warranties must be accompanied with invoice.  a 1-1/2% monthly finance charge will apply to any balance over 30 days.

Carpet World does not offer any warranties on material beyond that offered by the Manufacturer.

RRSB GO1st 04648
A2-64      9/27/2021  8:07:56 AM

# George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/5/2021 | 209177 |

Bill To

Craig Development For Generations Apts
1405 1st Ave. N
Fargo, ND 58102
(E)

| Project/Job | P.O. No. | Due Date | Terms |
|-------------|----------|----------|-------|
| GENERATIONS | | 11/4/2021 | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | (Roll-off Dumpster Service) Dumped-8/18/21 | 100.00 | 100.00T |
| 1.71 | Landfill Disposal Fee Per Ton | 45.00 | 76.95T |
| | (Roll-off Dumpster Service) Dumped-8/25/21 | 100.00 | 100.00T |
| 4.13 | Landfill Disposal Fee Per Ton | 45.00 | 185.85T |
| | (Roll-off Dumpster Service) Dumped-8/30/21 | 100.00 | 100.00T |
| 4.16 | Landfill Disposal Fee Per Ton | 45.00 | 187.20T |
| | (Roll-off Dumpster Service) Dumped-9/10/21 | 100.00 | 100.00T |
| 3.76 | Landfill Disposal Fee Per Ton | 45.00 | 169.20T |
| | (Roll-off Dumpster Service) Dumped-9/23/21 | 100.00 | 100.00T |
| 2.3 | Landfill Disposal Fee Per Ton | 45.00 | 103.50T |
| | (Roll-off Dumpster Service) Dumped-10/1/21 | 100.00 | 100.00T |
| 1.72 | Landfill Disposal Fee Per Ton | 45.00 | 77.40T |

A finance charge of 1.5% ($1.00 min) per month (18% annually) will be added to accounts over 30 days.

George's Sanitation Thanks You For Your Business.

WE ACCEPT
VISA-MASTERCARD-DISCOVER & AMERICAN
EXPRESS-CALL 605-268-0175
TO PAY OVER PHONE

| | |
|---|---|
| **Subtotal** | $3,745.95 |
| **Sales Tax (6.5%)** | $243.49 |
| **Total** | $3,989.44 |

RRSB GO1st 04649

# George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

# Invoice

| Date | Invoice # |
|---|---|
| 10/1/2021 | 209176 |

Bill To

Craig Development
1405 1st Ave. N
Fargo, ND 58102
(E)

| Project/Job | P.O. No. | Due Date | Terms |
|---|---|---|---|
| | | 10/31/2021 | Net 30 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1.93 | Landfill Disposal Fee Per Ton | 45.00 | 86.85T |
| 2.07 | (Roll-off Dumpster Service) Dumped-9/9/21 Landfill Disposal Fee Per Ton | 100.00 45.00 | 100.00T 93.15T |
| 1.67 | (Roll-off Dumpster Service) Dumped-9/27/21 Landfill Disposal Fee Per Ton | 100.00 45.00 | 100.00T 75.15T |

A finance charge of 1.5% ($1.00 min) per month (18% annually) will be added to accounts over 30 days.

George's Sanitation Thanks You For Your Business.

WE ACCEPT
VISA-MASTERCARD-DISCOVE
R & AMERICAN
EXPRESS-CALL 605-268-0175
TO PAY OVER PHONE

| | |
|---|---|
| **Subtotal** | $3,776.60 |
| **Sales Tax (6.5%)** | $245.48 |
| **Total** | $4,022.08 |

RRSB GO1st 04650

# Stan HOUSTON
## EQUIPMENT COMPANY, INC.

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

**Sioux Falls**
3020 W. 12th St
605-336-3727
800-952-3033

**Rapid City**
1210 Deadwood Ave
605-348-1155
800-242-1948

**Sioux City**
412 Lewis Blvd
712-255-3001
800-255-8440

**Aberdeen**
39213 133rd St
605-262-3727
877-346-7499

**Watertown**
920 9th Ave SW
605-878-3727
800-854-4953

**Omaha**
4240 S 50th St

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | 10/04/2021 |
| INVOICE NUMBER | 05  93807 |
| ACCOUNT NUMBER | 116357 |

SOLD TO:  CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND  58102

SHIP TO:   CRAIG DEVELOPMENT

1405 1ST AVE N
.FARGO, ND  58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE RATE of 18%, will be charged on all accounts which become past due and a 1 1/2% additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PERMISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED FROM US.
Enter claims against transportation company for loss sustained due to loss or damage of shipment in transit.

| TERMS | P.O. NUMBER | JOB | SOLD BY |
|---|---|---|---|
| NET 10TH | SNR CNTR FLOOR | | GINA M |

| SHIPPED VIA | SHIP DATE | WORK ORDER NUMBER | ORDERED BY |
|---|---|---|---|
| PICK-UP | 10/04/2021 | 689169 | JESSE KIIHL |

| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| MIR 22101120 | 9X11"  120G PROPAK 50/PK | 1.0 | | 33.420 | EA | | 33.42 |

| | |
|---|---|
| LINE TOTAL: | 33.42 |
| SUBTOTAL: | 33.42 |
| WATERTOWN SD | 2.17 |
| TOTAL: | 35.59 |

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder.
In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON EQUIPMENT COMPANY until paid for and they reserve the right to revoke this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

RRSB GO1st 04651

# Stan HOUSTON
## EQUIPMENT COMPANY, INC.

**Sioux Falls**
3020 W. 12th St
605-336-3727
800-952-3033

**Rapid City**
1210 Deadwood Ave
605-348-1155
800-242-1948

**Sioux City**
412 Lewis Blvd
712-255-3001
800-255-8440

**Aberdeen**
39213 133rd St
605-262-3727
877-346-7499

**Watertown**
920 9th Ave SW
605-878-3727
800-854-4953

**Omaha**
4240 S 50th St

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | 10/04/2021 |
| INVOICE NUMBER | 05  93861 |
| ACCOUNT NUMBER | 116357 |

SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT
FOR THE CONSTRUCTION INDUSTRY SINCE 1948

SOLD TO:  CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND  58102

SHIP TO:  CRAIG DEVELOPMENT

1405 1ST AVE N
.FARGO, ND  58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE RATE of 18%, will be charged on all accounts which become past due and a 1 1/2% additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PERMISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED FROM US.
Enter claims against transportation company for loss sustained due to loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER | | JOB | | | SOLD BY SCOTT S | | |
|---|---|---|---|---|---|---|---|---|
| SHIPPED VIA | | | SHIP DATE | WORK ORDER NUMBER | | ORDERED BY | | |
| PICK-UP | | | 10/04/2021 | 689266 | JESSE | | | |

| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| SPC SCMPG | GROUT MULTIPURPOSE 50# 60 BAGS/PALLET-NON SHRINK | 1.0 | | 9.950 | BG | | 9.95 |

| | |
|---|---|
| LINE TOTAL: | 9.95 |
| SUBTOTAL: | 9.95 |
| WATERTOWN SD | .65 |
| TOTAL: | 10.60 |

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder. In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON EQUIPMENT COMPANY until paid for and they reserve the right to revoke this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations described here.

RRSB GO1st 04652

# Stan HOUSTON
## EQUIPMENT COMPANY, INC.

**SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT**
**FOR THE CONSTRUCTION INDUSTRY SINCE 1948**

**Sioux Falls**
3020 W. 12th St
605-336-3727
800-952-3033

**Sioux City**
412 Lewis Blvd
712-255-3001
800-255-8440

**Watertown**
920 9th Ave SW
605-878-3727
800-854-4953

**Rapid City**
1210 Deadwood Ave
605-348-1155
800-242-1948

**Aberdeen**
39213 133rd St
605-262-3727
877-346-7499

**Omaha**
4240 S 50th St

| | |
|---|---|
| CUSTOMER COPY | |
| INVOICE DATE | 10/02/2021 |
| INVOICE NUMBER | 05 93008 |
| ACCOUNT NUMBER | 116357 |

SOLD TO: CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND 58102

SHIP TO: CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND 58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE RATE of 18%, will be charged on all accounts which become past due and a 1 1/2% additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PERMISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED FROM US.
Enter claims against transportation company for loss sustained due to loss or damage of shipment in transit.

| TERMS | P.O. NUMBER | JOB | SOLD BY |
|---|---|---|---|
| NET 10TH | GENERATIONS ON 1ST | | THILL-WT |

| SHIPPED VIA | SHIP DATE | WORK ORDER NUMBER | ORDERED BY |
|---|---|---|---|
| PICK-UP | 10/01/2021 | 688468 | GARRETT |

| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| VEG V32-1TP | 32PC SECURITY BIT SET | 1.0 | | 33.150 | EA | | 33.15 |

| | |
|---|---|
| LINE TOTAL: | 33.15 |
| SUBTOTAL: | 33.15 |
| WATERTOWN SD | 2.15 |
| TOTAL: | 35.30 |

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder. In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON EQUIPMENT COMPANY until paid for and they reserve the right to revoke this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations provided herein.

RRSB GO1st 04653



**DIAMOND VOGEL PAINT CENTER   -293**
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

**Account Number:29300943**

Sold To:    CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
PO BOX 426
FARGO ND 58102

**Chrg INVOICE**
**Invoice #:293170448**
Date:10/18/21                Time:
Sales Rep:B78                Page: 1
Clerk:TPS
PO#:N                        Job Name:LOFTS
Ship Via:CUST PICKUP
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 1 | 1 | MR280-001 | EA | 5 WIRE PRO ROLLR FRAME 9" | 1.0 | 1.8300 | 1.83 |
| 1 | 1 | WO981-090 | EA | R245 ADHESIVE APPLICTR 9" | 1.0 | 3.2400 | 3.24 |
| 1 | 1 | AP695-040 | PKG | WALL STRIPPER BLDS 5PK 4" | 1.0 | 1.6400 | 1.64 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

T erms:
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

Product Subtotal   : $      6.71

Sales Tax   : $       .44
**Invoice Total   : $     7.15**

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
| | | | | | | | 7.15 |

**www.diamondvogel.com**

# Diamond Vogel

**DIAMOND VOGEL PAINT CENTER  -293**
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

**Account Number:29300943**

Sold To:    CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
PO BOX 426
FARGO ND 58102

Chrg INVOICE
**Invoice #:293170294**
Date:10/18/21                 Time:
Sales Rep:B78                 Page: 2
Clerk:TPS
PO#:N
Ship Via:CUST PICKUP          Job Name:SENIOR CENTER
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 1 | WO426-025 | EA | 4230 ALPHA TAS 2 1/2"" | 1.0 | 13.4600 | 13.46 |
| 1 | 1 | PO922-003 | PR | SHOE-IN PRO SPIKES XL | 1.0 | 79.9900 | 79.99 |
| 1 | 1 | DE1655-500 | 5 G | ASSURE INT. EGGSHELL TW/B | 5.0 | 11.6500 | 58.25 |
| | | | | S COLOR #:0524B | | | |
| | | | | COLOR NAME:NOMADIC TRAVELS CE3 | | | |
| 1 | 1 | ME0554-500 | 5 G | VERSACRYL 303 MIDSHEEN NB | 5.0 | 40.8200 | 204.10 |
| | | | | C COLOR #:CARSON 062621 | | | |
| | | | | COLOR NAME:CARSON PARKSIDE DOORS | | | |
| 1 | 1 | MV9519-500 | 5 G | LUMINACE 300 JET BLACK | 5.0 | 10.8900 | 54.45 |
| 2 | 2 | WO981-090 | EA | R245 ADHESIVE APPLICTR 9" | 2.0 | 3.2400 | 6.48 |
| 2 | 4 | WO426-020 | EA | 4230 ALPHA TAS 2"" | 4.0 | 11.1800 | 44.72 |
| 2 | 2 | WO150-040 | EA | JUMBO-KOTER 12"" FRAME | 2.0 | 4.6500 | 9.30 |
| 2 | 2 | ZZ606-009 | EA | DV WHITE COVER  9"" X3/16 | 2.0 | 2.5800 | 5.16 |
| 2 | 2 | MR280-001 | EA | 5 WIRE PRO ROLLR FRAME 9" | 2.0 | 1.8300 | 3.66 |
| 2 | 2 | PP100-090 | EA | GREEN PLASTIC PAINT TRAY | 2.0 | 1.2600 | 2.52 |
| 1 | 1 | WO157-043 | EA | JK MOHAIR BLEND 4.5 X 1/4 | 1.0 | 3.7700 | 3.77 |
| 1 | 1 | WO426-020 | EA | 4230 ALPHA TAS 2"" | 1.0 | 11.1800 | 11.18 |
| 6 | 6 | MM716-020 | EA | 2090 LONG MSK TAP BULK 2" | 6.0 | 8.5500 | 51.30 |
| 1 | 1 | MI263-060 | EA | MIRACLE WIPES 60 CNT | 1.0 | 10.5000 | 10.50 |
| 1 | 1 | CN300-500 | 5 G | HD PLASTIC CS W/LID-5 GAL | 1.0 | 8.2600 | 8.26 |
| 1 | 1 | ZZ606-009 | EA | DV WHITE COVER  9"" X3/16 | 1.0 | 2.5800 | 2.58 |
| 1 | 1 | PP100-090 | EA | GREEN PLASTIC PAINT TRAY | 1.0 | 1.2600 | 1.26 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

T erms:
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

Product Subtotal   : $  7579.60

Sales Tax   : $   492.67
**Invoice Total   : $  8072.27**

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|---|---|---|---|---|---|---|---|
| | | | | | | | 8072.27 |

**www.diamondvogel.com**

RRSB GO1st 04655



**DIAMOND VOGEL PAINT CENTER  -293**
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

**Account Number:29300943**

Sold To:   CRAIG DEVELOPMENT, LLC
           1405 1ST AVE N
           PO BOX 426
           FARGO ND 58102

CrCd **INVOICE**
**Invoice #:293170775**
Date:10/28/21                  Time: 7:39
Sales Rep:B78                  Page: 1
Clerk:ALU
PO#:N
Ship Via:CUST PICKUP           Job Name:PARKSIDE/GENERA
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 1 | 1 | WO981-090 | EA | R245 ADHESIVE APPLICTR 9" | 1.0 | 3.2400 | 3.24 |
| 1 | 1 | MM141-003 | PK | PRECISION PG 120G 3 PK | 1.0 | 3.4300 | 3.43 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

**T erms:**

Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

**I agree to pay $7.10 in accordance with my cardholder agreement.**

Product Subtotal   : $     6.67

Sales Tax   : $      .43
**Invoice Total   : $     7.10**

Total Tendered   : $     7.10

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
|      |       |         | 7.10 | MASTERCARD | 9816 | 08236Z | |

**www.diamondvogel.com**

RRSB GO1st 04656

PLEASE REMIT TO:

**WATERTOWN MUNICIPAL UTILITIES**
901 FOURTH AVE. SW
WATERTOWN, SD 57201
Office 605-882-6233   www.watertownmu.com

| Customer Account Number | | |
|---|---|---|
| 001-██████2687-01 | | |
| Due Date | Amount Due | Late Amount |
| 10/12/2021 | 139.96 | 146.96 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW | | |

GENERATIONS ON 1ST
1405 1ST AVE N        1990
FARGO ND 58102-4203

---

Page 1                    *Please detach top portion and return with payment.*
MUNICIPAL UTILITIES DEPT.        Name                                    Page 1

| | Account Number | | | | | | Service Address | | |
|---|---|---|---|---|---|---|---|---|---|
| | 001-██████2687-01 | GENERATIONS ON 1ST | | | | | 26 1 AVE SW | | |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000048873 | 09/20/2021 | 08/20/2021 | 31 | MR | 01894 | 01405 | 1 | 489 | kWh | |
| WATER:    0200555028 | 09/20/2021 | 08/17/2021 | 34 | MR | 00002 | 00001 | 1 | 1 | ccf | |



YOUR MONTHLY USAGE

ELECTRIC (kWh)

WATER (100 cu.ft)

| | |
|---|---|
| PREVIOUS BALANCE | -9.01 |
| BALANCE FORWARD | -9.01 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 16.00 |
| Electric Energy | 38.14 |
| Electric State Tax | 2.44 |
| Electric City Tax | 1.08 |
| TOTAL ELECTRIC CHARGES | 57.66 |
| WATER SERVICE | |
| Water Customer Charge | 31.80 |
| Water Consumption | 3.21 |
| Water Private Fire Service | 29.00 |
| TOTAL WATER CHARGES | 64.01 |
| SEWER SERVICE | |
| Sewer Customer Charge | 27.30 |
| TOTAL SEWER CHARGES | 27.30 |
| | |
| CURRENT CHARGES | $148.97 |
| | |
| TOTAL AMOUNT DUE | $139.96 |

---

121588                    Deposit $9,000.00 on account as of Oct 01,2021

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 10/01/2021 | 10/12/2021 | 139.96 | 146.96 |

MESSAGES: Always call 811 two business days before you dig!

RRSB GO1st 04657

PLEASE REMIT TO:

**WATERTOWN MUNICIPAL UTILITIES**
901 FOURTH AVE. SW
WATERTOWN, SD 57201
Office 605-882-6233   www.watertownmu.com

| Customer Account Number | | |
|---|---|---|
| | 001█████2687-01R | |

| Due Date | Amount Due | Late Amount |
|---|---|---|
| 11/10/2021 | 331.45 | 340.68 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW | | |

GENERATIONS ON 1ST
PO BOX 9379
FARGO, ND  58106

*██████████████3145*

Page 1

**MUNICIPAL UTILITIES DEPT.**    Please detach top portion and return with payment.    Page 1

| Account Number | Name | Service Address |
|---|---|---|
| 001█████2687-01 | GENERATIONS ON 1ST | 26 1 AVE SW |

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000048873 | 10/20/2021 | 09/20/2021 | 30 | MR | 02292 | 01894 | 1 | 398 | kWh | |
| WATER: 0200555028 | 10/20/2021 | 09/20/2021 | 30 | MR | 00011 | 00002 | 1 | 9 | ccf | |

**YOUR MONTHLY USAGE**



ELECTRIC (kWh)

WATER (100 cu/ft)

| | |
|---|---|
| PREVIOUS BALANCE | 139.96 |
| LATE PENALTY    10/13/2021 | 7.00 |
| BALANCE FORWARD | 146.96 |
| | |
| **ELECTRIC SERVICE** | |
| Electric Customer Charge | 16.00 |
| Electric Energy | 31.04 |
| Electric State Tax | 2.12 |
| Electric City Tax | 0.94 |
| TOTAL ELECTRIC CHARGES | 50.10 |
| **WATER SERVICE** | |
| Water Customer Charge | 31.80 |
| Water Consumption | 28.89 |
| Water Private Fire Service | 29.00 |
| TOTAL WATER CHARGES | 89.69 |
| **SEWER SERVICE** | |
| Sewer Customer Charge | 27.30 |
| Sewer Consumption | 17.40 |
| TOTAL SEWER CHARGES | 44.70 |
| | |
| CURRENT CHARGES | $184.49 |
| | |
| TOTAL AMOUNT DUE | $331.45 |

Deposit $9,000.00 on account as of Nov 01,2021

| REGULAR | ELECTRIC GENERAL | 11/01/2021 | **11/10/2021** | 331.45 | 340.68 |
|---|---|---|---|---|---|
| **MESSAGES:** | | | | | |

RRSB GO1st 04658

# Craig Development, LLC
## Box 426, Fargo, ND  58107

Invoice 015

11/30/2021    To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Dakota Portable Toilets | $ | 366.36 |
| 1 | | | |
| 1 | Stan Houston | $ | 54.80 |
| 1 | Baete-Forseth | $ | 4,977.00 |
| 1 | Duanes Flooring | $ | 156,725.40 |
| 1 | Burghardt Const | $ | 8,223.00 |
| 1 | Watertight | $ | 156,000.00 |
| 1 | Kloos | $ | 28,500.00 |
| 1 | Mid States | | |
| 1 | Prevail Labor | $ | 4,005.83 |
| 1 | Rusco | $ | 4,465.55 |
| 1 | Diamond Vogel | $ | 6,430.50 |
| 1 | Schumacher | $ | 13,850.00 |
| 1 | SM Inc | $ | 1,250.10 |
| 1 | Swanston | $ | 2,687.50 |
| 1 | WMU | $ | 612.72 |
| 1 | LaDue | $ | 89,000.00 |
| 1 | Georges Sanitation | $ | 1,432.16 |
| 1 | Innovative Wall Designs | $ | 178,921.03 |
| 1 | WDC | $ | 77,966.97 |
| 1 | B&W | $ | 58,995.45 |
| 1 | | | |
| 1 | Limoge | $ | 32,171.50 |

| | | |
|---|---|---|
| Subtotal | $ | 826,635.87 |
| Excise Tax | $ | 16,532.72 |
| **Total Due By 12/10/2021** | **$** | **843,168.59** |

Thank you for your business!

# APPLICATION AND CERTIFICATE FOR PAYMENT

PAGE ONE OF  2  PAGES

| | | |
|---|---|---|
| TO OWNER:<br>GENERATIONS ON 1ST<br>1405 1ST AVE N<br>FARGO, ND 58102<br>FROM CONTRACTOR:<br>CRAIG DEVELOPMENT, LLC<br>1405 1ST AVE N<br>FARGO, ND 58102<br>CONTRACT FOR: | PROJECT:<br>WATERTOWN MIXED USE<br>26 1ST AVE SW<br>WATERTOWN, SD<br>VIA ARCHITECT:<br>TL STROH ARCHITECTS | APPLICATION #:   15<br>PERIOD TO:   11/30/21<br>PROJECT NOS:   26<br><br>CONTRACT DATE: |

VIA CONSTRUCTION MANAGER: CRAIG DEVELOPMENT/PREVAIL BUILD

Distribution to:
- [ ] Owner
- [ ] Const. Mgr
- [ ] Architect
- [X] Contractor
- [ ]

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM---------------------- | $ 10,990,000.00 |
| 2. Net change by Change Orders------------------$ | $ |
| 3. CONTRACT SUM TO DATE (Line 1 +/- 2) | $ 10,990,000.00 |
| 4. TOTAL COMPLETED & STORED TO DATE-$ | 10,728,926.14 |

(Column G on Continuation Sheet)

5. RETAINAGE:

| | | |
|---|---|---|
| a. _____ of Completed Work | $ | |
| (Columns D+E on Continuation Sheet) | | |
| b. _____ of Stored Material | $ | |
| (Column F on Continuation Sheet) | | |
| Total Retainage (Line 5a + 5b or | | |
| Total in Column I of Continuation Sheet------- | $ | |
| 6. TOTAL EARNED LESS RETAINAGE----------- | $ | 10,728,926.14 |
| (Line 4 less Line 5 Total) | | |

7. LESS PREVIOUS CERTIFICATES FOR PAYMENT

| | | |
|---|---|---|
| (Line 6 from prior Certificate)------------------ | $ | 9,888,877.55 |
| 8. CURRENT PAYMENT DUE------------------------ | $ | 840,048.59 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | |
| (Line 3 less Line 6) | $ | 261,073.86 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown therein is now due.

CONTRACTOR:

By: _____   Date: _____

State of: _____
County of: _____
Subscribed and sworn to before
me this _____ day of _____

Notary Public: _____
My Commission expires: _____

## CERTIFICATE FOR PAYMENT

In accordance with Contract Documents, based on on-site observations and the data comprising application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED --------------------------------- $ _____

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____   Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner of Contractor under this Contract.

**CONTINUATION SHEET**

ATTACHMENT TO PAY APPLICATION

PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

Page 2 of 2 Pages

| | | | | |
|---|---|---|---|---|
| APPLICATION NUMBER: | 15 |
| APPLICATION DATE: | 11/30/21 |
| PERIOD TO: | 30-Nov-21 |
| ARCHITECT'S PROJECT NO: | 26 |

| A Item No. | B Description of Work | C Scheduled Value | D Work Completed From Previous Application (D + E) | E This Period | F Materials Presently Stored (Not In D or E) | G Total Completed And Stored To Date (D + E + F) | % (G/C) | H Balance To Finish (C - G) | I Retainage (If Variable Rate) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | GENERAL CONDITIONS | 178,033.00 | 185,114.70 | 7,721.97 | | 192,836.67 | 108% | (14,803.67) | |
| 2 | CONCRETE | 679,000.00 | 686,988.12 | 32,171.50 | | 719,159.62 | 106% | (40,159.62) | |
| 3 | MILLWORK-CABS | 111,602.62 | 100,110.00 | 4,465.55 | | 104,575.55 | 94% | 7,027.07 | |
| 4 | WOOD COMPONENTS/TRUSSES | 596,530.18 | 579,845.49 | 58,995.45 | | 638,840.94 | 107% | (42,310.76) | |
| 5 | EXT. INSULATION & FINISH | 525,888.00 | 166,765.72 | 178,921.03 | | 345,686.75 | 66% | 180,201.25 | |
| 6 | DRYWALL | 584,400.00 | 192,053.59 | 89,000.00 | | 281,053.59 | 48% | 303,346.41 | |
| 7 | CARPET | 122,905.00 | 10,000.00 | 156,725.40 | | 166,725.40 | 136% | (43,820.40) | |
| 8 | PAINTING/STAINING | 88,000.00 | 10,874.02 | 14,653.50 | | 25,527.52 | 29% | 62,472.48 | |
| 9 | FILL NAIL HOLES | 2,877.00 | | 2,687.50 | | 2,687.50 | 93% | 189.50 | |
| 10 | CONVEYING SYSTEMS | 152,500.00 | 90,525.00 | 13,850.00 | | 104,375.00 | 68% | 48,125.00 | |
| 11 | PLUMBING | 659,955.00 | 415,895.95 | 156,000.00 | | 571,895.95 | 87% | 88,059.05 | |
| 12 | HVAC | 236,875.00 | 273,860.00 | 4,977.00 | | 278,837.00 | 118% | (41,962.00) | |
| 13 | ELECTRICAL/SECURITY | 845,082.00 | 609,045.00 | 28,500.00 | | 637,545.00 | 75% | 207,537.00 | |
| 14 | ACCRUED INTEREST/EXCISE | 399,272.73 | 203,045.72 | 94,499.69 | | 297,545.41 | 75% | 101,727.32 | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| | SUBTOTALS PAGE 2 | 5,182,920.53 | 3,524,123.31 | 843,168.59 | | 4,367,291.90 | 84% | 815,628.63 | |

**CONTINUATION SHEET**

RRSB GO1st 04661

# Diamond ⬤ Vogel®

| | |
|---|---|
| **DIAMOND VOGEL PAINT CENTER  -293** | **CrCd INVOICE** |
| 114 E KEMP | **Invoice #:293170791** |
| WATERTOWN, SD 57201 | Date:10/28/21            Time:16:01 |
| (605)886-2540 | Sales Rep:B78           Page: 1 |
| | Clerk:TPS |
| **Account Number:29300943** | PO#:N |
| | Job Name:PARKSIDE/GENERA |
| | Ship Via:CUST PICKUP |
| Sold To:   CRAIG DEVELOPMENT, LLC | Phone:(701)232-1355 |
|        1405 1ST AVE N | Ship To: SAME |
|        PO BOX 426 | |
|        FARGO ND 58102 | |

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 1 | 1 | WO981-090 | EA | R245 ADHESIVE APPLICTR 9" | 1.0 | 3.2400 | 3.24 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.   COME BACK AGAIN!******

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

I agree to pay $3.45 in accordance with my cardholder agreement.

| | | |
|---|---|---|
| Product Subtotal | : $ | 3.24 |
| Sales Tax | : $ | .21 |
| **Invoice Total** | **: $** | **3.45** |
| Total Tendered | : $ | 3.45 |

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
| | | | 3.45 | MASTERCARD | 9816 | 04477Z | |

**www.diamondvogel.com**

RRSB GO1st 04662

# Diamond ⊙ Vogel

| | |
|---|---|
| **DIAMOND VOGEL PAINT CENTER  -293** | **Chrg INVOICE** |
| 114 E KEMP | **Invoice #:293170873** |
| WATERTOWN, SD 57201 | Date:11/04/21          Time:14:50 |
| (605)886-2540 | Sales Rep:B78          Page: 1 |
| | Clerk:ALU |
| **Account Number:29300943** | PO#:N                  Job Name:LOFT #1207 |
| | Ship Via:CUST PICKUP |
| | Phone:(701)232-1355 |
| Sold To:   CRAIG DEVELOPMENT, LLC | Ship To: SAME |
| 1405 1ST AVE N | |
| PO BOX 426 | |
| FARGO ND 58102 | |

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 1 | 1 | WO426-020 | EA | 4230 ALPHA TAS 2"" | 1.0 | 11.1800 | 11.18 |
| 1 | 1 | TT985-020 | EA | TEXTURE TEK OP W/B | 1.0 | 12.6600 | 12.66 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

| | | |
|---|---|---|
| Product Subtotal | : $ | 23.84 |
| Sales Tax | : $ | 1.55 |
| **Invoice Total** | **: $** | **25.39** |

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
| | | | | | | | 25.39 |

www.diamondvogel.com

RRSB GO1st 04663

# Diamond Ⓥ Vogel

**DIAMOND VOGEL PAINT CENTER  -293**
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

**Account Number:29300943**

Sold To:   CRAIG DEVELOPMENT, LLC
           1405 1ST AVE N
           PO BOX 426
           FARGO ND 58102

**Chrg INVOICE**
**Invoice #:293170660**
Date:11/22/21          Time:
Sales Rep:B78          Page: 1
Clerk:TPS
PO#:N                  Job Name:SENIOR CENTER
Ship Via:CUST PICKUP
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 1 | 1 | DP700-006 | EA | FAST 'N FINAL LTWGHT 1/2P | 1.0 | 3.0600 | 3.06 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

Product Subtotal  : $      3.06

Sales Tax  : $       .20
**Invoice Total  : $      3.26**

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsandconditions

Cash       Check    Check #       Credit Card    Card Type    Card #       Approval Code    Charge
                                                                                            3.26

**www.diamondvogel.com**

RRSB GO1st 04664



**DIAMOND VOGEL PAINT CENTER  -293**
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

**Account Number:29300943**

Sold To:    CRAIG DEVELOPMENT, LLC
            1405 1ST AVE N
            PO BOX 426
            FARGO ND 58102

**Chrg INVOICE**
**Invoice #:293171088**
Date:11/23/21            Time: 9:48
Sales Rep:B78            Page: 1
Clerk:ALU
PO#:N                    Job Name:KIIHL
Ship Via:CUST PICKUP
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 1 | 1 | WO152-044 | 2PK | JK PRO DOO-Z 4 1/2 X 3/8 | 1.0 | 3.7000 | 3.70 |
| 2 | 2 | WO150-040 | EA | JUMBO-KOTER 12"" FRAME | 2.0 | 4.6500 | 9.30 |
| 2 | 2 | WO426-020 | EA | 4230 ALPHA TAS 2"" | 2.0 | 11.1800 | 22.36 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

Product Subtotal  : $    35.36

Sales Tax  : $     2.30
**Invoice Total  : $    37.66**

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
| | | | | | | | 37.66 |

**www.diamondvogel.com**

RRSB GO1st 04665

# Diamond Vogel

| | |
|---|---|
| **DIAMOND VOGEL PAINT CENTER  -293** | **Chrg INVOICE** |
| 114 E KEMP | **Invoice #:293171003** |
| WATERTOWN, SD 57201 | Date:11/16/21          Time: 9:00 |
| (605)886-2540 | Sales Rep:B78          Page: 1 |
| | Clerk:ALU |
| **Account Number:29300943** | PO#:N          Job Name:LOFT OFFICE |
| | Ship Via:CUST PICKUP |
| Sold To:   CRAIG DEVELOPMENT, LLC | Phone:(701)232-1355 |
| 1405 1ST AVE N | Ship To: SAME |
| PO BOX 426 | |
| FARGO ND 58102 | |

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 1 | 1 | PV267-001 | EA | PREVAL SPRAY GUN - 267 | 1.0 | 5.3400 | 5.34 |
| 1 | 1 | AP366-001 | EA | UNILITY KNIFE W/3 BLADES | 1.0 | 4.0700 | 4.07 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.   COME BACK AGAIN!******

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

| | | |
|---|---|---|
| Product Subtotal | : $ | 9.41 |
| Sales Tax | : $ | .61 |
| **Invoice Total** | **: $** | **10.02** |

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
| | | | | | | | 10.02 |

www.diamondvogel.com

RRSB GO1st 04666

# Diamond Vogel

**DIAMOND VOGEL PAINT CENTER  -293**
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

**Account Number:29300943**

Sold To:    CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
PO BOX 426
FARGO ND 58102

**Chrg INVOICE**
**Invoice #:293171127**
Date:11/29/21                Time:12:08
Sales Rep:B78              Page: 1
Clerk:ALU
PO#:N                        Job Name:GENERATIONS BUI
Ship Via:CUST PICKUP
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---|---|---|---|---|---|---|---|
| 60 | 60 | DU1556-500 | 5 G | POSI-PRIME PRO PRIMER | 300.0 | 8.2000 | 2460.00 |
| 60 | 60 | DE1655-500 | 5 G | ASSURE INT. EGGSHELL TW/B | 300.0 | 11.6500 | 3495.00 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

Product Subtotal  : $  5955.00

Sales Tax  : $   387.08
**Invoice Total  : $  6342.08**

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|---|---|---|---|---|---|---|---|
| | | | | | | | 6342.08 |

**www.diamondvogel.com**

RRSB GO1st 04667

**Diamond Vogel**

| | |
|---|---|
| **DIAMOND VOGEL PAINT CENTER  -293** | **Chrg INVOICE** |
| 114 E KEMP | **Invoice #:293171128** |
| WATERTOWN, SD 57201 | Date:11/29/21          Time:12:10 |
| (605)886-2540 | Sales Rep:B78          Page: 1 |
| | Clerk:ALU |
| **Account Number:29300943** | PO#:N |
| | Ship Via:CUST PICKUP |
| Sold To:   CRAIG DEVELOPMENT, LLC | Phone:(701)232-1355 |
|           1405 1ST AVE N | Ship To: SAME |
|           PO BOX 426 | |
|           FARGO ND 58102 | |

Job Name:PREVAIL OFFICE

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 1 | DP700-025 | EA | FAST 'N FINAL LTWGHT QT | 1.0 | 8.1100 | 8.11 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

| | | |
|---|---|---|
| Product Subtotal | : $ | 8.11 |
| Sales Tax | : $ | .53 |
| **Invoice Total** | **: $** | **8.64** |

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|---|---|---|---|---|---|---|---|
| | | | | | | | 8.64 |

**www.diamondvogel.com**

RRSB GO1st 04668

# Stan HOUSTON
## EQUIPMENT COMPANY, INC.

**SALES - SERVICE - RENTAL - SUPPLIES - EQUIPMENT**
**FOR THE CONSTRUCTION INDUSTRY SINCE 1948**

| Sioux Falls | Rapid City |
|---|---|
| 3020 W. 12th St | 1210 Deadwood Ave |
| 605-336-3727 | 605-348-1155 |
| 800-952-3033 | 800-242-1948 |

| Sioux City | Aberdeen |
|---|---|
| 412 Lewis Blvd | 39213 133rd St |
| 712-255-3001 | 605-262-3727 |
| 800-255-8440 | 877-346-7499 |

| Watertown | Omaha |
|---|---|
| 920 9th Ave SW | 4240 S 50th St |
| 605-878-3727 | |
| 800-854-4953 | |

| CUSTOMER COPY |
|---|
| INVOICE DATE |
| 10/26/2021 |
| INVOICE NUMBER |
| 05 103989 |
| ACCOUNT NUMBER |
| 116357 |

SOLD TO: CRAIG DEVELOPMENT
1405 1ST AVE N
.FARGO, ND 58102

SHIP TO: CRAIG DEVELOPMENT

1405 1ST AVE N
.FARGO, ND 58102

NET 10TH

A FINANCE CHARGE of 1 1/2% PER MONTH, WHICH IS AN ANNUAL PERCENTAGE RATE of 18%, will be charged on all accounts which become past due and a 1 1/2% additional monthly charge for each month thereafter that the account is past due.

NO RETURN MERCHANDISE WILL BE RECEIVED UNLESS PERMISSION AND SHIPPING DIRECTIONS HAVE BEEN OBTAINED FROM US.
Enter claims against transportation company for loss sustained due to loss or damage of shipment in transit.

| TERMS NET 10TH | P.O. NUMBER | | JOB | | | | SOLD BY MATT A | |
|---|---|---|---|---|---|---|---|---|
| SHIPPED VIA | | | SHIP DATE | WORK ORDER NUMBER | | | ORDERED BY | |
| PICK-UP | | | 10/26/2021 | 696672 | | JESSE | | |

| PRODUCT NUMBER | DESCRIPTION | SHIPPED | BACK ORDERED | PRICE | UNITS | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| T-T BR24MU16 | BROOM 24" SMOOTH SURFACE | 1.0 | | 41.500 | EA | | 41.50 |
| BRM DUST PAN | METAL DUST PAN 12" | 1.0 | | 9.950 | EA | | 9.95 |

| | LINE TOTAL: | 51.45 |
|---|---|---|
| | SUBTOTAL: | 51.45 |
| | WATERTOWN SD | 3.35 |
| | TOTAL: | 54.80 |

By signing your company further agrees that all collection fees, attorney fees or any expense involved in the collection of this invoice will be borne by the account holder.
In all cases the title to and ownership of goods shall remain vested in STAN HOUSTON EQUIPMENT COMPANY until paid for and they reserve the right to revoke this contract and retake possession of the goods if at any time they feel insecure, or party signing order fails to discharge any of the obligations incurred herein.

RRSB GO1st 04669

Watertown Development Company

# Invoice

PO Box 332
Watertown, SD 57201

| Date | Invoice # |
|------|-----------|
| 11/4/2021 | 3207 |

| Bill To |
|---------|
| Generations on 1st<br>Attn: Jesse Craig<br>PO Box 426<br>Fargo, ND 58107 |

| Ship To |
|---------|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 11/4/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Interest | DR - $600k - December 2020 | 3,133.33 | 3,133.33 |
| 1 | Interest | DR $1.041 MM - December 2020 | 0.00 | 0.00 |
| 1 | Interest | SDH - $411k - December 2020 | 0.00 | 0.00 |

If payment has already been sent or remitted by credit card, please disregard this notice.

| **Total** | $3,133.33 |
|-----------|-----------|

RRSB GO1st 04670

# Invoice

Watertown Development Company

PO Box 332
Watertown, SD 57201

| Date | Invoice # |
|---|---|
| 11/4/2021 | 3208 |

| Bill To |
|---|
| Generations on 1st<br>Attn: Jesse Craig<br>PO Box 426<br>Fargo, ND 58107 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 11/4/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Interest | DR - $600k - January 2021 | 2,000.00 | 2,000.00 |
| 1 | Interest | DR - $1.041MM - January 2021 | 4,859.59 | 4,859.59 |
| 1 | Interest | SDH - $411k - January 2021 | 0.00 | 0.00 |

If payment has already been sent or remitted by credit card, please disregard this notice.

| Total | $6,859.59 |
|---|---|

RRSB GO1st 04671

Watertown Development Company

# Invoice

PO Box 332
Watertown, SD 57201

| Date | Invoice # |
|------|-----------|
| 11/4/2021 | 3209 |

**Bill To**

Generations on 1st
Attn: Jesse Craig
PO Box 426
Fargo, ND 58107

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 11/4/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Interest | DR - $600k - February 2021 | 2,000.00 | 2,000.00 |
| 1 | Interest | DR - $1.041MM - February 2021 | 3,471.13 | 3,471.13 |
| 1 | Interest | SDH - $411k - February 2021 | 936.82 | 936.82 |

If payment has already been sent or remitted by credit card, please disregard this notice.

| **Total** | **$6,407.95** |
|-----------|---------------|

RRSB GO1st 04672

Watertown Development Company

# Invoice

PO Box 332
Watertown, SD 57201

| Date | Invoice # |
|------|-----------|
| 11/4/2021 | 3210 |

| Bill To |
|---------|
| Generations on 1st<br>Attn: Jesse Craig<br>PO Box 426<br>Fargo, ND 58107 |

| Ship To |
|---------|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 11/4/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Interest | DR - $600k - March 2021 | 2,000.00 | 2,000.00 |
| 1 | Interest | DR - $1.041MM - March 2021 | 3,471.13 | 3,471.13 |
| 1 | Interest | SDH - $411k - March 2021 | 685.48 | 685.48 |

| If payment has already been sent or remitted by credit card, please disregard this notice. | **Total** | $6,156.61 |
|---|---|---|

RRSB GO1st 04673

Watertown Development Company

# Invoice

PO Box 332
Watertown, SD 57201

| Date | Invoice # |
|---|---|
| 11/4/2021 | 3211 |

| Bill To |
|---|
| Generations on 1st
Attn: Jesse Craig
PO Box 426
Fargo, ND 58107 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 11/4/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Interest | DR - $600k - April 2021 | 2,000.00 | 2,000.00 |
| 1 | Interest | DR - $1.041MM - April 2021 | 3,471.13 | 3,471.13 |
| 1 | Interest | SDH - $411k - April 2021 | 685.48 | 685.48 |

If payment has already been sent or remitted by credit card, please disregard this notice.

| **Total** | $6,156.61 |
|---|---|

RRSB GO1st 04674

Watertown Development Company

# Invoice

PO Box 332
Watertown, SD 57201

| Date | Invoice # |
|------|-----------|
| 11/4/2021 | 3212 |

| Bill To | Ship To |
|---------|---------|
| Generations on 1st<br>Attn: Jesse Craig<br>PO Box 426<br>Fargo, ND 58107 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 11/4/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Interest | DR - $600k - May 2021 | 2,000.00 | 2,000.00 |
| 1 | Interest | DR - $1.041MM - May 2021 | 3,471.13 | 3,471.13 |
| 1 | Interest | SDH - $411k - May 2021 | 685.48 | 685.48 |

If payment has already been sent or remitted by credit card, please disregard this notice.

| **Total** | $6,156.61 |
|-----------|-----------|

RRSB GO1st 04675

Watertown Development Company

# Invoice

PO Box 332
Watertown, SD 57201

| Date | Invoice # |
|------|-----------|
| 11/4/2021 | 3213 |

**Bill To**

Generations on 1st
Attn: Jesse Craig
PO Box 426
Fargo, ND 58107

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 11/4/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Interest | DR - $600k - June 2021 | 2,000.00 | 2,000.00 |
| 1 | Interest | DR - $1.041MM - June 2021 | 3,471.13 | 3,471.13 |
| 1 | Interest | SDH - $411k - June 2021 | 685.48 | 685.48 |

| If payment has already been sent or remitted by credit card, please disregard this notice. | **Total** | $6,156.61 |
|---|---|---|

RRSB GO1st 04676

Watertown Development Company

# Invoice

PO Box 332
Watertown, SD 57201

| Date | Invoice # |
|------|-----------|
| 11/4/2021 | 3214 |

| Bill To |
|---------|
| Generations on 1st
Attn: Jesse Craig
PO Box 426
Fargo, ND 58107 |

| Ship To |
|---------|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 11/4/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Interest | DR - $600k - July 2021 | 2,000.00 | 2,000.00 |
| 1 | Interest | DR - $1.041MM - July 2021 | 3,471.13 | 3,471.13 |
| 1 | Interest | SDH - $411k - July 2021 | 685.48 | 685.48 |

| If payment has already been sent or remitted by credit card, please disregard this notice. | **Total** | $6,156.61 |
|---|---|---|

RRSB GO1st 04677

Watertown Development Company

# Invoice

PO Box 332
Watertown, SD 57201

| Date | Invoice # |
|---|---|
| 11/4/2021 | 3215 |

| Bill To |
|---|
| Generations on 1st<br>Attn: Jesse Craig<br>PO Box 426<br>Fargo, ND 58107 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 11/4/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Interest | DR - $600k - August 2021 | 2,000.00 | 2,000.00 |
| 1 | Interest | DR - $1.041MM - August 2021 | 3,471.13 | 3,471.13 |
| 1 | Interest | SDH - $411k - August 2021 | 685.48 | 685.48 |

| If payment has already been sent or remitted by credit card, please disregard this notice. | **Total** | $6,156.61 |
|---|---|---|

RRSB GO1st 04678

Watertown Development Company

# Invoice

PO Box 332
Watertown, SD 57201

| Date | Invoice # |
|------|-----------|
| 11/4/2021 | 3216 |

| Bill To |
|---------|
| Generations on 1st
Attn: Jesse Craig
PO Box 426
Fargo, ND 58107 |

| Ship To |
|---------|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 11/4/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 1 | Interest | DR - $600k - September 2021 | 2,000.00 | 2,000.00 |
| 1 | Interest | DR - $1.041MM - September 2021 | 3,471.13 | 3,471.13 |
| 1 | Interest | SDH - $411k - September 2021 | 685.48 | 685.48 |

If payment has already been sent or remitted by credit card, please disregard this notice.

| **Total** | $6,156.61 |
|-----------|-----------|

RRSB GO1st 04679

Watertown Development Company

# Invoice

PO Box 332
Watertown, SD 57201

| Date | Invoice # |
|---|---|
| 11/4/2021 | 3217 |

**Bill To**

Generations on 1st
Attn: Jesse Craig
PO Box 426
Fargo, ND 58107

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 11/4/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Interest | DR - $600 - October 2021 | 2,000.00 | 2,000.00 |
| 1 | Interest | DR - $1.041MM - October 2021 | 3,471.13 | 3,471.13 |
| 1 | Interest | SDH - $411k - October 2021 | 685.48 | 685.48 |

If payment has already been sent or remitted by credit card, please disregard this notice.

| **Total** | $6,156.61 |
|---|---|

RRSB GO1st 04680

Watertown Development Company

# Invoice

PO Box 332
Watertown, SD 57201

| Date | Invoice # |
|---|---|
| 11/4/2021 | 3218 |

| Bill To |
|---|
| Generations on 1st
Attn: Jesse Craig
PO Box 426
Fargo, ND 58107 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 11/4/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Interest | DR - $600k - November 2021 | 2,000.00 | 2,000.00 |
| 1 | Interest | DR - $1.041MM - November 2021 | 3,471.13 | 3,471.13 |
| 1 | Interest | SDH - $411k - November 2021 | 685.48 | 685.48 |

If payment has already been sent or remitted by credit card, please disregard this notice.

| **Total** | $6,156.61 |
|---|---|

# Invoice

Watertown Development Company

PO Box 332
Watertown, SD 57201

| Date | Invoice # |
|------|-----------|
| 11/4/2021 | 3219 |

| Bill To |
|---------|
| Generations on 1st<br>Attn: Jesse Craig<br>PO Box 426<br>Fargo, ND 58107 |

| Ship To |
|---------|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 11/4/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Interest | DR - $600k - December 2021 | 2,000.00 | 2,000.00 |
| 1 | Interest | DR - $1.041MM - December 2021 | 3,471.13 | 3,471.13 |
| 1 | Interest | SDH - $411k - December 2021 | 685.48 | 685.48 |

If payment has already been sent or remitted by credit card, please disregard this notice.

| **Total** | $6,156.61 |
|-----------|-----------|

# George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/25/2021 | 209211 |

Bill To

Craig Development For Generations Apts
1405 1st Ave. N
Fargo. ND 58102
(E)

---

| | Project/Job | P.O. No. | Due Date | Terms |
|---|---|---|---|---|
| | | | 11/24/2021 | Net 30 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | (Roll-off Dumpster Service) Dumped-10/7/21 | 100.00 | 100.00T |
| 5.12 | Landfill Disposal Fee Per Ton | 45.00 | 230.40T |
| | (Roll-off Dumpster Service) Dumped-10/12/21 | 100.00 | 100.00T |
| 1.58 | Landfill Disposal Fee Per Ton | 45.00 | 71.10T |
| | (Roll-off Dumpster Service) Dumped-10/15/21 | 100.00 | 100.00T |
| 2.71 | Landfill Disposal Fee Per Ton | 45.00 | 121.95T |
| | (Roll-off Dumpster Service) Dumped-10/22/21 | 100.00 | 100.00T |
| 4.27 | Landfill Disposal Fee Per Ton | 45.00 | 192.15T |
| | (Roll-off Dumpster Service) Dumped-10/25/21 | 100.00 | 100.00T |
| 1.12 | Landfill Disposal Fee Per Ton | 45.00 | 50.40T |

A finance charge of 1.5% ($1.00 min) per month (18% annually) will be added to accounts over 30 days.

George's Sanitation Thanks You For Your Business.

WE ACCEPT
VISA-MASTERCARD-DISCOVE
R & AMERICAN
EXPRESS-CALL 605-268-0175
TO PAY OVER PHONE

| | |
|---|---|
| **Subtotal** | $1,166.00 |
| **Sales Tax (6.5%)** | $75.79 |
| **Total** | $1,241.79 |

RRSB GO1st 04683

# George's Sanitation Inc.

# Invoice

3367 12th Ave NW
Watertown, SD 57201

| Date | Invoice # |
|---|---|
| 10/25/2021 | 209210 |

605-886-3161

Bill To

Craig Development For Parkside Apts
1405 1st Ave. N
Fargo, ND 58102
(E)

| Project/Job | P.O. No. | Due Date | Terms |
|---|---|---|---|
| | | 11/24/2021 | Net 30 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | (Roll-off Dumpster Service) Dumped-10/12/21 | 100.00 | 100.00T |
| 1.75 | Landfill Disposal Fee Per Ton | 45.00 | 78.75T |

A finance charge of 1.5% ($1.00 min) per month (18% annually) will be added to accounts over 30 days.

George's Sanitation Thanks You For Your Business.

WE ACCEPT
VISA-MASTERCARD-DISCOVER & AMERICAN
EXPRESS-CALL 605-268-0175
TO PAY OVER PHONE

| | |
|---|---|
| **Subtotal** | $178.75 |
| **Sales Tax (6.5%)** | $11.62 |
| **Total** | $190.37 |

RRSB GO1st 04684

PLEASE REMIT TO:

## WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE. SW
WATERTOWN, SD 57201
Office 605-882-6233   www.watertownmu.com

| | Customer Account Number | |
|---|---|---|
| | 008-███7533-00 | |
| Due Date | Amount Due | Late Amount |
| 11/10/2021 | 260.66 | 273.69 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW 302 | | |

GENERATIONS ON 1ST
1405 1 AVE N
FARGO, ND  58102



** FINAL BILL **

---

Page 1                    Please detach top portion and return with payment.                    Page 1

MUNICIPAL UTILITIES DEPT.    Account Number            Name                          Service Address
008-███7533-00    GENERATIONS ON 1ST              26 1 AVE SW 302

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000031017 | 10/20/2021 | 09/28/2021 | 22 | MR | 02326 | 00000 | 1 | 2326 | kWh | |
| ELECTRIC: 0000031017 | 10/20/2021 | 09/28/2021 | 22 | MR | 15211 | 00000 | 1 | 15.21 | kW | |
| GAS: 0002116657 | 10/20/2021 | 09/22/2021 | 28 | MR | 00088 | 00022 | 1 | 66 | ccf | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

GAS (ccf)

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| **ELECTRIC SERVICE** | |
| Electric Customer Charge | 16.00 |
| Electric Energy | 181.43 |
| Electric State Tax | 8.88 |
| Electric City Tax | 3.95 |
| TOTAL ELECTRIC CHARGES | 210.26 |
| **GAS SERVICE** | |
| Gas Customer Charge | 13.00 |
| Gas Consumption | 34.32 |
| Gas State Tax | 2.13 |
| Gas City Tax | 0.95 |
| TOTAL GAS CHARGES | 50.40 |
| | |
| CURRENT CHARGES | $260.66 |
| | |
| TOTAL AMOUNT DUE | $260.66 |

---

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | | 11/01/2021 | 11/10/2021 | 260.66 | 273.69 |

**MESSAGES:** Always call 811 two business days before you dig!

RRSB GO1st 04685

**PLEASE REMIT TO:**

## WATERTOWN MUNICIPAL UTILITIES
**901 FOURTH AVE. SW**
**WATERTOWN, SD 57201**
**Office 605-882-6233   www.watertownmu.com**

| Customer Account Number | | |
|---|---|---|
| 008-■■■7534-00 | | |
| Due Date | Amount Due | Late Amount |
| 11/10/2021 | 352.06 | 369.67 |
| Service Address | | Amount Enclosed |
| 26 1 AVE SW 301 | | |

GENERATIONS ON 1ST
1405 1 AVE N
FARGO, ND  58102



** FINAL BILL **

---

Page 1                Please detach top portion and return with payment.                Page 1

**MUNICIPAL UTILITIES DEPT.**   Account Number      Name                          Service Address
008-■■■7534-00      GENERATIONS ON 1ST            26 1 AVE SW 301

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | | | Power factor |
|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | Multiplier | Usage | Units | |
| ELECTRIC: 0000031018 | 10/20/2021 | 09/28/2021 | 22 | MR | 03593 | 00000 | 1 | 3593 | kWh | |
| ELECTRIC: 0000031018 | 10/20/2021 | 09/28/2021 | 22 | MR | 0 | 0 | 1 | 0.00 | kW | |
| GAS: 0207326094 | 10/20/2021 | 10/13/2021 | 7 | MR | 0041 | 0000 | 1 | 41 | ccf | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

GAS (ccf)

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 16.00 |
| Electric Energy | 280.25 |
| Electric State Tax | 13.33 |
| Electric City Tax | 5.93 |
| TOTAL ELECTRIC CHARGES | 315.51 |
| GAS SERVICE | |
| Gas Customer Charge | 13.00 |
| Gas Consumption | 21.32 |
| Gas State Tax | 1.54 |
| Gas City Tax | 0.69 |
| TOTAL GAS CHARGES | 36.55 |
| | |
| CURRENT CHARGES | $352.06 |
| | |
| TOTAL AMOUNT DUE | $352.06 |

---

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | | 11/01/2021 | 11/10/2021 | 352.06 | 369.67 |

**MESSAGES:** Always call 811 two business days before you dig!

RRSB GO1st 04686

# Invoice

**Dakota Portable Toilets, Inc.**

PO Box 8513
Brookings, SD 57006

| Date | Invoice # |
|------|-----------|
| 11/9/2021 | 13631 |

| Bill To |
|---------|
| Craig Development |
| 1405 1st Ave. N |
| Fargo, ND 58102 |

| Ship To |
|---------|
| Generations On 1st |
| 26 1st Ave. NW |
| Watertown |
| 11/9-12/7 |

Due on receipt

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Portable Toilet Rental with Weekly Service | 165.00 | 330.00T |
| 2 | Salt/ Methanol | 7.00 | 14.00T |

Thank you for your business.

| | |
|--|--|
| **Subtotal** | $344.00 |
| **Sales Tax  (6.5%)** | $22.36 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $366.36 |

If you would prefer your invoices emailed to you rather than mailed, please send us an email at info@dakotaportabletoilets.com letting us know that you would like to make the switch.

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 605-880-1699 | 866-371-6218 | info@dakotaportabletoilets.com | www.dakotaportabletoilets.com |



**SCHUMACHER ELEVATOR COMPANY**
PO Box 393
One Schumacher Way
Denver, Iowa 50622

**Phone:** (319) 984-5676
**Fax:** (319) 406-1270
**Internet:** www.schumacherelevator.com
**E-mail:** accounting@schumacherelevator.com

# Invoice

## Billing Address

SOLD TO ACCT NO 1016885

CRAIG PROPERTIES
1405 1ST AVE N
FARGO ND  58102

## Shipping Address

SHIP TO ACCT NO 1017120

GENERATIONS ON 1ST APARTMENTS
26 1ST AVE SW
WATERTOWN SD  57201

## Information

| | |
|---|---|
| **Document Number** | 90537715 |
| **Document Date** | 11/22/2021 |
| | |
| **Purchase Order No.** | NONE |
| **Purchase Order Date** | 00/00/0000 |
| **Sales Order Number** | 41697 |
| | |
| **Payment Terms** | Net 30 Days |
| **Billing Date** | **11/22/2021** |
| **Currency** | USD |

1  of  1

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | *Progress Invoice for the work completed through November 30, 2021.* *Contract ID: SA172932* | | | |
| 0010 | 109776 HYDRAULIC ELEVATOR SYSTEM | 1 EA | 152,500.00 | 13,850.00 |
| | | | Items Tot | 13,850.00 |
| | | | State Tax | 0.00 |
| | | | County Tax | 0.00 |
| | | | City Tax | 0.00 |
| | | | **Total Amount** | **$   13,850.00** |

zsec_invoice1std    01/2004



Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/22/2021 | 7994 |

**Bill To**

Craig Properties

| | Vendor No. |
|---|---|
| | |

| Project | Subcontract Agreement No. | Project No. |
|---------|---------------------------|-------------|
| 2034-Parkside Place Apartments | | |

| Description | Amount |
|-------------|--------|
| Final Retainage | 32,171.50 |

| | |
|---|---|
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $32,171.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $32,171.50 |

RRSB GO1st 04689

# Proposal

**Duane's Floor Covering**
10 1ˢᵗ Ave NW
Watertown, SD 57201
(605)886-4932 (605)753-6511(F)
duanesfloorcovering@iw.net

| Proposal submitted to | Craig Properties | Job name | Generations | Ref # | 11/17/2021 |

Address :

| Proposal # | 69412 | Proposal valid till date # | 12/17/2021 | Number of pages | 1 |

**We hereby submit specifications and details for:**

Carpet Tile (All Hallways) + Labor
Bedrooms carpet + 1/2" pad + Labor
Stairs (Labor only) (carpet paid)
vinyl plank (22mil.) + Labor                    $ 294,320.00

Carpet in storage Areas (Labor only) (carpet paid)

Sales tax $ 19,130.80

$ 313,450.80

**We hereby propose to furnish material and labor to complete the job as per the above specifications for a sum of:**

US$_____ (In    figures)    US$ X

**With the terms of payments as follows:** 50% Down /50% As job progress

Please revert for any clarification / further details.

**Authorized Signatory:** Name Duane A York H   Signature:

## Acceptance of Proposal

I/We have reviewed your proposal and hereby indicate our acceptance of the same, as per the details, specifications and amounts mentioned in the proposal form. I/We agree to the proposed terms of payment and will release the funds as per agreed herein.

**Authorized Signatory:** Name_____ Signature:_____ Date_____

half $156,725.40

# PAYMENT APPLICATION

| TO: | Generations on 1st LLC | PROJECT: | Generations on 1st | Application # | 1 | Distribution To: |
|-----|------------------------|----------|--------------------|---------------|---|-------------------|

TO: Generations on 1st LLC
1405 1st Ave North
Fargo, ND 58102

PROJECT: Generations on 1st

FROM: Burghardt Construction
425 2ⁿᵈ St NE
Watertown, SD 57201

FOR:

Application # 1
Period Start
Period End
Application Date
Subcontract #:
Date of Contract

Distribution To:
☐ Owner
☐ Accounting
☐ Architect
☐ Owner's Rep.

RRSB GO1st 04691

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | 82,230.45 | |
| 2 SUM OF ALL CHANGE ORDERS | 0 | |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | 82,230.45 | |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | 0 | |
| 5 RETAINAGE: a. 10% of completed work (Columns D+E on Continuation Page) | N/A | |
| b. 10% of Material Stored (Column F on Continuation Page) | N/A | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | $0 | |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | $0 | |
| 8 PAYMENT DUE | 8,223.00 | |
| 9 BALANCE TO COMPLETION (Line 3 Minus Line 6) | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: _Cam Bright_   Date: 11/23/21

## Certification    ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _ _ _ _ _ _ _ _ _ _   Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____   Date: _____
ARCHITECT:
By: _____   Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Page 1

# PAYMENT APPLICATION

| | | | | |
|---|---|---|---|---|
| | PROJECT: | Generations on 1st | | Distribution To: |
| TO: Generations on 1st LLC | | | Application # | 4 |
| 1405 1st Ave North | | | Period Start | ☐ Owner |
| Fargo, ND 58102 | | | Period End | 6/9/2021 |
| | | | | ☐ Accounting |
| FROM: B&W Construction | | | Application Date | 11/23/2021 |
| P.O. Box 78 | | | Subcontract #: | ☐ Architect |
| Castlewood, SD 57223 | | | Date of Contract | ☐ Owner's Rep. |

**FOR:** Framing

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 **CONTRACT AMOUNT** | | $ 393,303.00 |
| 2 **SUM OF ALL CHANGE ORDERS** | | $ 393,303.00 |
| 3 **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $ 393,303.00 |
| 4 **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | | $ 353,972.70 |
| 5 **RETAINAGE:** | | |
| a. 10% of completed work (Columns D+E on Continuation Page) | $ 39,330.30 | |
| b. 10% of Material Stored (Column F on Continuation Page) | | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $ 39,330.30 |
| 6 **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | | $ 353,972.70 |
| 7 **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | | $334,307.55 |
| 8 **PAYMENT DUE** | | $58,995.45 |
| 9 **BALANCE TO COMPLETION** (Line 3 Minus Line 6) | | $39,330.30 |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

**Certification**  ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haven inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount**

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

**GENERAL CONTRACTOR:**

By: _____    Date: _____

**ARCHITECT:**

By: _____    Date: _____

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

**CONTRACTOR:**

By: _[signature]_    Date: _11-23-202_

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

RRSB GO1st 04692

# Invoice

**RUSCO**
WINDOW & CABINETRY

RUSCO WINDOW
COMPANY, INC.
411 40TH STREET S
FARGO, ND 58103

| Date | Invoice # |
|------|-----------|
| 10/25/2021 | 8180 |

**Bill To**

CRAIG PROPERTIES
PO BOX 426
FARGO, ND 58107

**Ship To**

GENERATIONS ON 1ST
26 1ST AVE SW
WATERTOWN, SD 57201

| P.O. No. | Rep | FOB | Terms | Due Date | Account # | Ship Date |
|----------|-----|-----|-------|----------|-----------|-----------|
| | CTH | 2205468 | Due on receipt | 10/25/2021 | 14817 | 10/25/2021 |

| Item | Description | Qty | U/M | Rate | Amount |
|------|-------------|-----|-----|------|--------|
| CABINETS | BRIGHTON NATURAL<br>AS PER DRAWING 7-15-21 | | | 4,193.00 | 4,193.00T |
| | SALES TAX | | | 6.50% | 272.55 |

There is a 3% convenience fee for any credit card processing.

| Total | $4,465.55 |
|-------|-----------|
| Balance Due | $4,465.55 |

| Phone # | E-mail |
|---------|--------|
| 701-281-1848 | ar@ruscowindowcompany.com |

RRSB GO1st 04693

# S T A T E M E N T



| | |
|---|---|
| **Date:** | 11/30/2021 |
| **Account:** | 1355 |

**Amount Paid:**

**REMIT TO:**  PO BOX 2107 FARGO ND  58107-2107

CRAIG DEVELOPMENT LLC

Finance Charge APR: 18.00%

1405 1ST AVE N
FARGO ND   58102

**Deposits Received:**   $0.00

*Please return this portion with your payment^*

| Document | Date | Code | Description | Amount | Balance |
|---|---|---|---|---|---|
| 00607586 | 10/25/2021 | SLS | 00607586 | $402.15 | $402.15 |
| 00608191 | 10/27/2021 | SLS | 00608191 | $829.48 | $1,231.63 |
| FCH0022369 | 11/30/2021 | FIN | Nov. 2021 Finance Charge | $18.47 | $1,250.10 |
| | | | | **Amount Due:** | **$1,250.10** |

| Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|
| $18.47 | $1,231.63 | $0.00 | $0.00 |

| Codes: | SLS | = Sales / Invoices | FIN | = | Finance Charges | CR | = Credit Memos |
|---|---|---|---|---|---|---|---|
| | SCH | = Scheduled Payments | SVC | = | Service / Repairs | RTN | = Returns |
| | DR | = Debit Memos | WRN | = | Warranties | PMT | = Payments |

**PLEASE REMIT TO:  PO BOX 2107**
**FARGO ND    58107-2107**

**\* If paying by credit card, please add 3% to the total shown above.**

# LaDue Construction Inc.

2354 340th Street
Waubun, MN 56589
(218) 846-9865  Bus
(218) 846-9867  Fax

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/29/2021 | 1716 |

**BILL TO**

Prevail
100 East Kemp Ave, Ste E
Watertown, SD 57201

**JOB SITE**

Generations on 1st
Watertown, SD

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Labor and material to install drywall on 4th Floor on the Generations on 1st Building in Watertown, SD. | 75,000.00 |
| RC-1 Channel - Material | 14,000.00 |

Steel Studs, Drywall, Lath, Plaster, EIFS Applicator

**Total** | **$89,000.00**

RRSB GO1st 04695

# PAYMENT APPLICATION

**TO:**

Generations on 1st LLC
1405 1st Ave North
Fargo, ND 58102

**FROM:**

Innovative Wall Designs Inc
302 N Perry Lane
Harrisburg, SD 57032

**FOR:** Exterior Cladding Phase 2

**PROJECT:** Generations on 1st

| | |
|---|---|
| Application # | 4 |
| Period Start | |
| Period End | |
| Application Date | 11/30/2021 |
| Subcontract #: | |
| Date of Contract | |
| Invoice # | 1071 |

**Distribution To:**
☐ Owner
☐ Accounting
☐ Architect
☐ Owner's Rep.

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | **CONTRACT AMOUNT** | $ | 504,837.97 |
| | **SUM OF ALL CHANGE ORDERS** | $ | $1,200.00 |
| | **CURRENT CONTRACT AMOUNT**  (Line 1 + Line 2) | $ | $506,037.97 |
| 2 | **TOTAL COMPLETED AND STORED**  (Column G on Continuation Page) | $ | 506,037.97 |
| | **RETAINAGE:** | | |
| | a.  10% of completed work  (Columns D+E on Continuation Page) | | |
| | b.  10% of Material Stored  (Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or  column I on Continuation Page) | | |
| 4 | **TOTAL COMPLETED AND STORED LESS RETAINAGE**  (Line 4 Minus Line 5 Total) | $ | 415,914.94 |
| 7 | **LESS PREVIOUS PAYMENT APPLICATIONS**  (Line 6 from Prior Application) | $ | 70,568.00 |
| 8 | **PAYMENT DUE** | | |
| 9 | **BALANCE TO COMPLETION**  (Line 3 Minus Line 6) | $ | $28,921.03 |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

$0.00

$0.00

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that:
(1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: _____   Date: _____   11/30/2021

## Certification

☐ Required        ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:

By: _____   Date: _____

ARCHITECT:

By: _____   Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

Gmail

**Jesse Craig <jcraig701@gmail.com>**

## Re: Cash Spent
1 message

**Jesse Kiihl <jesse.kiihl@prevailbuild.com>**
To: Jesse Craig <jcraig701@gmail.com>

Tue, Nov 30, 2021 at 5:10 PM

Oct 29th - $71.89 Rons saw shop sharpen and replace chain saw blades from stump removal generations.

Nov 1st - $21.29 Macs hardware Thermostat for temp heater
$41.22 JH Larson Chord ends for temp heaters
$45.00 US Post office for mailbox replacement key at Parkside
$53.25 Sign Pro for prevail office address sign labor and material
$170.40 Brians glass brake metal for wall caps at office

Nov 9th - $2,060.00 Burghardt Construction (Oc 18th - Nov 5th Carson and Libby)

Nov 12th - $12.78 Recurring email payment

Nov 14th - $70 Instagantt annual subscription

Nov 30th - $1,060 Burghardt Construction (Nov 8th - Nov 30th Carson and Libby) 24 hours of this is them Fixing sheetrock and paint in office = $408
$400 Half shop rent (December)

**Total Cash Spent = $4,005.83**

RRSB GO1st 04697

# PAYMENT APPLICATION

**TO:** Generations on 1st
26 1st Ave. N
Fargo, ND 58102

**FROM:** Kloos Electric
311 27th St. NW
Watertown, SD 57201

**FOR:**

**PROJECT:** Generations
26 1st Ave. SW.
Watertown, SD 57201

**VIA CONSTRUCTION MANAGER:**
**VIA ARCHITECT:**

| | |
|---|---|
| Application # | 4 |
| Period Start | 6/1/2021 |
| Period End | |
| Application Date | 11/30/2021 |
| Subcontract #: | |
| Date of Contract | 4/5/2021 |

**Distribution To:**
- ☑ Owner
- ☑ Accounting
- ☐ Architect
- ☐ Owner's Rep.

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| **1 CONTRACT AMOUNT** | $ | 845,082.75 |
| **2 SUM OF ALL CHANGE ORDERS** | $ | 0.00 |
| **3 CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $845,082.75 |
| **4 TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | $ | 450,000.00 |
| **5 RETAINAGE:** | | |
| a. 5% of completed work (Columns D+E on Continuation Page) | $ 1,500.00 | |
| b. 10% of Material Stored (Column F on Continuation Page) | $ - | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $34,500.00 |
| **6 TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | | $ 414,000.00 |
| **7 LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | | |
| **8 PAYMENT DUE** | | $ 28,500.00 |
| **9 BALANCE TO COMPLETION** (Line 3 Minus Line 6) | | $ 395,082.76 |

### SUMMARY OF CHANGE ORDERS

| | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR: Kloos Electric

By: _[signature]_ Date: 11-30-21

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _____

☐ Required ☐ Not Required

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____ Date: _____

ARCHITECT:
By: _____ Date: _____

Prevail, LLC
TL Stroh Architect

By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

RRSB GO1st 04698

**SWANSTON EQUIPMENT CORPORATION**
3450 West Main • PO Box 1963 • Fargo, ND 58107
(701) 293-7325 • Fax: (701) 293-9468
**www.swanston.com**

EQUIPMENT CORPORATION

Ship To: IN STORE PICKUP

| Branch | | | |
|---|---|---|---|
| 01 - FARGO | | *REPRINT* | |
| Date | Time | | Page |
| 11/23/2021 | 8:37:34 (O) | | 1 |
| Account No. | Phone No. | | Invoice No. |
| CRAIG001 | 7012321355 | | G05127 |
| Ship Via | | Purchase Order | |
| | | | |
| | | | |
| CHAD TATUM | | Salesperson | |
| | | 111 | |

Invoice To: CRAIG PROPERTIES
PO BOX 426
FARGO ND 58107

## GENERAL INVOICE

Order #: 002687

| | |
|---|---|
| ONE MONTH RENT | 2500.00 |
|     BOBCAT S650 | |
|     10/19/21 TO 11/18/21 | |
|     Stock #  F012594    Serial #    ALJ823756 | |
| ND SALES TAX | 125.00 |
| CASS CO | 12.50 |
| FARGO CITY | 50.00 |
| MJ | |
| IN HOUSE CHARGE: | 2687.50 |

TERMS: DUE UPON RECEIPT

RRSB GO1st 04699

Revised

# Application and Certificate for Payment, Construction Manager as Adviser Edition

*Substitute AIA Document G732*

| | | | | |
|---|---|---|---|---|
| **TO OWNER:** Generations on 1st LLC 1405 1st Ave North Fargo, ND 58102 | **PROJECT:** Generation Apartments | **APPLICATION NO:** | 6 | **Distribution to:** ☐ OWNER ☐ CONSTRUCTION MANAGER ☐ ARCHITECT ☐ CONTRACTOR ☐ FIELD ☐ OTHER |
| **FROM CONTRACTOR:** Baete-Forseth HVAC Po box 84608 Sioux Falls, SD 57118 | **VIA CONSTRUCTION MANAGER:** W A Klinger **VIA ARCHITECT:** CMBA | **PERIOD TO:** **CONTRACT DATE:** | 11/30/2021 | |
| **CONTRACT FOR:** | **PROJECT NOS:** | | | |

**CONTRACTOR'S APPLICATION FOR PAYMENT**
Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | | $236,875.00 |
| 2. NET CHANGES IN THE WORK | | $20,800.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | | $257,675.00 |
| 4. TOTAL COMPLETED & STORED TO DATE  (Column G on G703) | | $253,675.00 |
| 5. RETAINAGE: | | |
| a.   0%   of Completed Work (Column D + E on G703) | $25,367.50 | |
| b.   0%   of Stored Material (Column F on G703) | $0.00 | |
| Total in Column I of G703 | | $25,367.50 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | | $228,307.50 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | | $223,330.50 |
| 8. CURRENT PAYMENT DUE | | $4,977.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | | $29,367.50 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | 0 | |
| **TOTALS** | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:**

By: _M. Luke Bl_____    Date: 11-15-21

State of: South Dakota
Subscribed and sworn to before me this 15th
Notary Public:   Chey Swly                    day of November 2021
My Commission expires:   9-5-2024

County of: Minnehaha

[SEAL: CHERYL SWOLLEY NOTARY PUBLIC SOUTH DAKOTA]

**CERTIFICATE FOR PAYMENT**
In accordance with the Contract Documents, based on evaluations of the Work and the data comprising the application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED . . . . . . . $   4,977.00**
*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*

**CONSTRUCTION MANAGER:** WA Klinger
By: _____    Date:

**ARCHITECT:** CMBA
By: _____    Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

RRSB GO1st 04700

**Watertight Inc.**

18273 464th Ave
Castlewood, SD  57223
(605) 237-1221
watertightcorp@gmail.com



## INVOICE

BILL TO

Jesse Kiihl
100 East Kemp Ave Suite E
Watertown, SD  57201

| | | |
|---|---|---|
| INVOICE | | 2820 |
| DATE | | 11/27/2021 |
| DUE DATE | | 12/26/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **Sales** | | | 156,000.00 |
| | Plumbing Bid for Generations | | | |
| | 78 -Tall elongated ADA  toilet with grab bars | | | |
| | 84 - Delta 520-SS with grid strainer | | | |
| | 78 - Drop in lav sink | | | |
| | 78 - Floor drain | | | |
| | 78  -  Water line for fridge | | | |
| | 1- Plumbing and install of 250.5 gallon electric | | | |
| | Water heater. | | | |
| | Core Drilling for 105 holes | | | |
| | Not Included: | | | |
| | water meter, excise tax | | | |
| | **Sales** | | | |
| | 1- Delta 520-SS with grid strainer | | | |
| | 1- Drop in lav sink | | | |
| | **Sales** | | | |
| | 1- Delta  19939Z-SSSD-DST | | | |

BALANCE DUE          **$156,000.00**

RRSB GO1st 04701

# Craig Development, LLC
## Box 426, Fargo, ND  58107

**Invoice 016**

12/31/2021    To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Dakota Portable Toilets | $ | 366.36 |
| 1 | Infrastructure | $ | 4,027.67 |
| 1 | Stan Houston | $ | 947.75 |
| 1 | Burghardt Const | $ | 5,393.28 |
| 1 | Watertight | $ | 76,500.00 |
| 1 | Kloos | $ | 114,000.00 |
| 1 | Interstate Insulation | $ | 45,000.00 |
| 1 | Prevail Labor | $ | 970.00 |
| 1 | Brians Glass | $ | 37,640.00 |
| 1 | Diamond Vogel | $ | 1,495.31 |
| 1 | Schumacher | $ | 34,275.00 |
| 1 | Commercial Cleaning | $ | 1,375.00 |
| 1 | Craig Development (blinds) | $ | 13,411.02 |
| 1 | Lockshop | $ | 18,654.44 |
| 1 | Sign Pro | $ | 5,190.00 |
| 1 | Craig Development (appliances) | $ | 79,900.00 |
| 1 | Levijoki Drywall | $ | 1,909.00 |
| 1 | LaDue | $ | 105,000.00 |
| 1 | Georges Sanitation | $ | 2,544.12 |
| 1 | Justice Fire | $ | 705.56 |
| 1 | WDC | $ | 6,156.61 |
| 1 | B&W | $ | 39,330.30 |
| 1 | Skold | $ | 1,120.00 |
| 1 | Limoge | $ | 45,000.00 |

|  |  | Subtotal | $ | 640,911.42 |
|---|---|---|---|---|
|  |  | Excise Tax | $ | 12,818.23 |
|  |  | **Total Due By 1/10/2022** | $ | 653,729.65 |

Thank you for your business!

# APPLICATION AND CERTIFICATE FOR PAYMENT

PAGE ONE OF 2 PAGES

**TO OWNER:**
GENERATIONS ON 1ST
1405 1ST AVE N
FARGO, ND 58102

**FROM CONTRACTOR:**
CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
FARGO, ND 58102

**PROJECT:**
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD
**VIA ARCHITECT:**
TL STROH ARCHITECTS

**APPLICATION #:** 16
**PERIOD TO:** 12/31/21
**PROJECT NOS:** 26

**CONTRACT DATE:**

**CONTRACT FOR:** VIA CONSTRUCTION MANAGER: CRAIG DEVELOPMENT/PREVAIL BUILD

Distribution to:
Owner ☐
Const. Mgr ☐
Architect ☐
Contractor ☒

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM----------------------- | $ | 10,990,000.00 |
| 2. Net change by Change Orders------------------$ | | |
| 3. CONTRACT SUM TO DATE (Line 1 +/- 2) | $ | 10,990,000.00 |
| 4. TOTAL COMPLETED & STORED TO DATE-$ | | 11,385,775.79 |

(Column G on Continuation Sheet)

5. RETAINAGE:
 a. _____ of Completed Work   $ _____
   (Columns D+E on Continuation Sheet)
 b. _____ of Stored Material   $ _____
   (Column F on Continuation Sheet)
 Total Retainage (Line 5a + 5b or
 Total in Column I of Continuation Sheet------------

| | | |
|---|---|---|
| 6. TOTAL EARNED LESS RETAINAGE------------ | $ | 11,385,775.79 |
| (Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | | |
| (Line 6 from prior Certificate)---------------- | $ | 10,732,046.14 |
| 8. CURRENT PAYMENT DUE------------------- | $ | 653,729.65 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | |
| (Line 3 less Line 6) | $ | -395,775.79 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown therein is now due.

CONTRACTOR:

By: _____ Date: _____

State of:
County of:
Subscribed and sworn to before
me this _____ day of _____
Notary Public: _____
My Commission expires: _____

## CERTIFICATE FOR PAYMENT

In accordance with Contract Documents, based on on-site observations and the data comprising application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED** ................................. $ _____
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

RRSB GO1st 04703

# CONTINUATION SHEET

ATTACHMENT TO PAY APPLICATION

PROJECT:
WATERTOWN MIXED USE
26 1ST AVE SW
WATERTOWN, SD

Page 2 of  2  Pages

APPLICATION NUMBER: 16
APPLICATION DATE: 12/31/21
PERIOD TO: 31-Dec-21
ARCHITECT'S PROJECT NO.: 26

| A Item No. | B Description of Work | C Scheduled Value | D Work Completed From Previous Application (D + E) | E Work Completed This Period | F Materials Presently Stored (Not In D or E) | G Total Completed And Stored To Date (D + E + F) | % (G/C) | H Balance To Finish (C - G) | I Retainage (If Variable Rate) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | GENERAL CONDITIONS | 178,033.00 | 192,836.67 | 4,828.23 | | 197,664.90 | 111% | (19,631.90) | |
| 2 | CONSTRUCTION STAKING | 19,636.36 | 26,517.78 | 4,027.67 | | 30,545.45 | 156% | (10,909.09) | |
| 3 | CONCRETE | 679,000.00 | 719,159.62 | 45,000.00 | | 764,159.62 | 113% | (85,159.62) | |
| 4 | GENERAL W&L MATL | 489,900.00 | 488,574.45 | 39,330.30 | | 527,904.75 | 108% | (38,004.75) | |
| 5 | BATH VANITIES | 19,450.00 | 18,473.76 | 1,120.00 | | 19,593.76 | 101% | (143.76) | |
| 6 | BUILDING INSULATION | 165,500.00 | 35,000.00 | 45,000.00 | | 80,000.00 | 48% | 85,500.00 | |
| 7 | GLASS & GLAZING | 63,540.00 | | 37,640.00 | | 37,640.00 | 59% | 25,900.00 | |
| 8 | DRYWALL | 584,400.00 | 281,053.59 | 108,284.00 | | 389,337.59 | 67% | 195,062.41 | |
| 9 | PAINT/STAIN | 88,000.00 | 25,527.52 | 6,888.59 | | 32,416.11 | 37% | 55,583.89 | |
| 10 | POSTAL SPECIALTIES | 18,981.82 | | 18,654.44 | | 18,654.44 | 98% | 327.38 | |
| 11 | EXT. SIGNAGE | 9,800.00 | 9,800.00 | 5,190.00 | | 14,990.00 | 153% | (5,190.00) | |
| 12 | FIRE EXTINGUISHERS | 16,224.87 | 5,284.00 | 705.56 | | 5,989.56 | 37% | 10,235.31 | |
| 13 | APPLIANCES/AC UNITS | 243,929.00 | | 79,900.00 | | 79,900.00 | 33% | 164,029.00 | |
| 14 | WINDOW TREATMENTS | 14,753.45 | 14,753.00 | 13,411.02 | | 28,164.02 | 191% | (13,410.57) | |
| 15 | CONVEYING SYSTEMS | 152,500.00 | 104,375.00 | 34,275.00 | | 138,650.00 | 91% | 13,850.00 | |
| 16 | PLUMBING | 659,955.00 | 571,895.95 | 76,500.00 | | 648,395.95 | 98% | 11,559.05 | |
| 17 | ELECTRICAL/SECURITY | 845,082.00 | 637,545.00 | 114,000.00 | | 751,545.00 | 89% | 93,537.00 | |
| 18 | ACCRUED INTEREST/EXCISE | 39,922.73 | 297,545.44 | 18,974.84 | | 316,520.28 | 793% | (276,597.55) | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| | SUBTOTALS PAGE 2 | 4,288,608.23 | 3,428,341.78 | 653,729.65 | | 4,082,071.43 | 95% | 206,536.80 | |

# CONTINUATION SHEET

Page 3 of  2  Pages



My Store:
WATERTOWN, SD
2100 9TH AVE SE
WATERTOWN, SD 57201
Tuesday: 6:00 AM to 9:00 PM

Printed: 12/28/2021

| Product | How to Get It | Qty | Total Price |
|---|---|---|---|
| Bali® Essentials 1" Cordless Vinyl Blind<br>White<br>Model #: SMTMVIN_205<br>Return Policy - Special Order Merchandise<br><br>Blinds Per Headrail:<br>1<br>Mount Type:<br>Outside<br>Total Blind Size:<br>W: 52 1/4" x H: 64 1/4"<br>the Room your Custom Blinds should be labeled for:<br>Living Room | ✔ Ship To Home<br>Estimated arrival date 01/12/2022 | 8<br><br>$68.82/each<br><br>Was: $93.00 | $550.56 |
| Bali® Essentials 1" Cordless Vinyl Blind<br>White<br>Model #: SMTMVIN_205<br>Return Policy - Special Order Merchandise<br><br>Blinds Per Headrail:<br>1<br>Mount Type:<br>Outside<br>Total Blind Size:<br>W: 58 1/4" x H: 64 1/4"<br>the Room your Custom Blinds should be labeled for:<br>Living Room | ✔ Ship To Home<br>Estimated arrival date 01/12/2022 | 12<br><br>$71.78/each<br><br>Was: $97.00 | $861.36 |
| Bali® Essentials 1" Cordless Vinyl Blind<br>White<br>Model #: SMTMVIN_205<br>Return Policy - Special Order Merchandise<br><br>Blinds Per Headrail:<br>1<br>Mount Type:<br>Outside<br>Total Blind Size:<br>W: 70 1/4" x H: 64 1/4"<br>the Room your Custom Blinds should be labeled for:<br>Living Room | ✔ Ship To Home<br>Estimated arrival date 01/12/2022 | 141<br><br>$85.10/each<br><br>Was: $115.00 | $11,999.10 |



**Save BIG With your Menards® BIG Card**
Earn a 2% rebate on all Menards® purchases or take advantage of financing offers when you use your Big Card.

**Order Summary**

| | |
|---|---|
| Merchandise Subtotal: | $13,411.02 |
| Shipping Charges: | Calculated During Checkout |
| Pretax Subtotal | $13,411.02 |

# PAYMENT APPLICATION

| | | | |
|---|---|---|---|
| TO: | Generations on 1st LLC<br>1405 1st Ave North<br>Fargo, ND 58102 | PROJECT: | Generations on 1st |

Application # 2
Period Start
Period End
Application Date 12/30/21
Subcontract #:
Date of Contract

FROM: Burghardt Construction
425 2nd St NE
Watertown SD 57201

FOR:

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

Contractor's signature below is
(1) the Work has been perform
Contractor under the Contract
obligations under the Contract
payment.

1  **CONTRACT AMOUNT**                                    $ 82,230.45

2  **SUM OF ALL CHANGE ORDERS**                        0

CONTRACTOR:

3  **CURRENT CONTRACT AMOUNT**   (Line 1 + Line 2)   $82,230.45   By: _Cross Byll_   12/30/21

4  **TOTAL COMPLETED AND STORED**                    $ 6,342.08
   (Column G on Continuation Page)

amount charged
to Diamond Vogel
account

5  **RETAINAGE:**
   a. 10%  of completed work                          $ 699.25
      (Columns D+E on Continuation Page)
   b. 10%  of Material Stored                          N/A
      (Column F on Continuation Page)
   Total Retainage (Line 5a + 5b or
   column I on Continuation Page)                      original
                                                       12,334.61

6  **TOTAL COMPLETED AND STORED LESS RETAINAGE**   $ 6,342.08
   (Line 4 Minus Line 5 Total)                         no bill

### Certification

7  **LESS PREVIOUS PAYMENT APPLICATIONS**            $ 8,223.00
   (Line 6 from Prior Application)

The construction Manager and
the payment herein applied for
Such work has been completed
accurately states the amount o
Manager and Architect know o

8  **PAYMENT DUE**                                   = 5,393.23

9  **BALANCE TO COMPLETION**        $ 6,1,672.84   $0.00
   (Line 3 Minus Line 6)

**Certified Amount**          .....

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

(If the certified amount is differe

GENERAL CONTRACTOR:
By: _____

ARCHITECT:
By: _____

Neither this Application nor pay
made only to Contractor, and is
Contract Documents or otherw

RRSB GO1st 04706

# infr▲structure

### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties                                    Invoice number          21691
1405 1st Ave N                                      Date                    12/07/2021
Fargo, ND 58102
Jesse Craig                                         Project   20031

For Professional Services Through 12/04/2021

| Description | Current Billed |
|---|---|
| **20031.01 - Parkside Place Additional Services** | 1,806.70 |
| Total | 1,806.70 |

| | |
|---|---|
| Invoice subtotal | 1,806.70 |
| Taxable Sales | 117.44 |
| Invoice total | 1,924.14 |

Services Provided:

1. Alley Re-design
2. Alley Staking
3. Plat Revisions

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*



RRSB GO1st 04707

# infrastructure
### design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
1405 1st Ave N
Fargo, ND 58102
Jesse Craig

| | |
|---|---|
| Invoice number | 21726 |
| Date | 12/21/2021 |

Project  **20163 - Generations On 1st Site Design**

For Professional Services Through 12/04/2021

20163.04 - Garage Staking

| | |
|---|---:|
| Invoice subtotal | 700.00 |
| Taxable Sales | 45.50 |
| **Invoice total** | **745.50** |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*

RRSB GO1st 04708

# infr▲structure
design group, inc.

**Infrastructure Design Group, Inc.**
3241 E. Bison Trail
Sioux Falls, SD 57108
605-271-5527

Craig Properties
1405 1st Ave N
Fargo, ND 58102
Jesse Craig

| | |
|---|---|
| Invoice number | 21585 |
| Date | 11/16/2021 |

Project  20163 - GENERATIONS ON 1ST SITE DESIGN

For Professional Services Through 11/12/2021

## Professional Fees  - Construction Staking

| | Date | Hours | Billed Amount |
|---|---|---|---|
| Technician III | | | |
| Brian T. Carter | | | |
| | 09/27/2021 | 2.50 | 262.50 |
| | 09/28/2021 | 1.50 | 157.50 |
| | 09/29/2021 | 0.50 | 52.50 |
| | 10/05/2021 | 1.00 | 105.00 |
| | 10/06/2021 | 1.00 | 105.00 |
| | 10/07/2021 | 1.50 | 157.50 |
| | 10/18/2021 | 1.50 | 157.50 |
| Nicholas J. Poor | | | |
| | 09/30/2021 | 0.50 | 52.50 |
| Subtotal | | 10.00 | 1,050.00 |
| Professional Fees subtotal | | 10.00 | 1,050.00 |

## Reimbursables

| | Units | Rate | Billed Amount |
|---|---|---|---|
| Electronic Survey Equipment | 4.00 | 55.00 | 220.00 |
| Mileage Survey Vehicle No. 6 | 6.00 | 0.85 | 5.10 |
| Reimbursables subtotal | | | 225.10 |

| | |
|---|---|
| Invoice subtotal | 1,275.10 |
| Taxable Sales | 82.93 |
| Invoice total | 1,358.03 |

*Thank you for your business. For billing inquiries, please contact JenniferH@InfrastructureDG.com or call our office at 605-271-5527.*

# Invoice

**Dakota Portable Toilets, Inc.**

PO Box 8513
Brookings, SD 57006

605.880.1699

| Date | Invoice # |
|------|-----------|
| 12/7/2021 | 13774 |

| Bill To |
|---------|
| Craig Development |
| 1405 1st Ave. N |
| Fargo, ND 58102 |

| Ship To |
|---------|
| Generations On 1st |
| 26 1st Ave. NW |
| Watertown |
| 12/7-1/4 |

Due on receipt

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Portable Toilet Rental with Weekly Service | 165.00 | 330.00T |
| 2 | Salt/ Methanol | 7.00 | 14.00T |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $344.00 |
| **Sales Tax  (6.5%)** | $22.36 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $366.36 |

If you would prefer your invoices emailed to you rather than mailed, please send us an email at info@dakotaportabletoilets.com letting us know that you would like to make the switch.

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 605-880-1699 | 866-371-6218 | info@dakotaportabletoilets.com | www.dakotaportabletoilets.com |

 Gmail

**Jesse Craig
<jcraig701@gmail.com>**

# Carson hours 48.5
1 message

**Mindy Craig
<mindyphotography@live.com>
To: Jesse <jcraig@craigprop.com>**

Sat, Jan 1, 2022 at
9:28 AM



RRSB GO1st 04711



12/3 11:00-5:00 helped propane people, hauled trash shoots up, moved heaters 6 hours
12/5 11-1 met with propane guys and hooked up heaters 2 hours 3:30-6:00 hung lights and wired heaters in garage 2.5 4.5
12/10 8:30-5:00 .5 lunch got camper ready hung cords in garage got heaters ready fixed garage door 8 hours
12/16 9:00-5:30 helped Jesse all day .5 lunch fixed windows and got things ready for concrete 8 hours
12/17 8:30-5:30 helped mic, moved heaters and fans to dry walls out .5 lunch 8.5
10/31 cleaned 5th floor for gyp Crete 6 hours

48.5 hours

X 20

$970

Mindy Craig
Owner
Mindy Craig Photography

Brian's Glass and Door LLC

# Invoice

516 3rd Ave NW, #5
Watertown, SD 57201
605-886-5328

| Date | Invoice # |
|---|---|
| 12/7/2021 | 86190 |

| Bill To |
|---|
| Craig Development
1405 1st Ave N
Fargo, ND 58102 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Generations | | | 12/7/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | Cont Sales | 6: Aluminum doors and frames
Bronze in color
1st Choice panics
1" Round offset pulls
Rim cylinder keyed to customers key
Clear 1" Tempered glass with center metal
Closer
Weatherstrip
Excise tax not included | 19,540.00

0.00% | 19,540.00

19,540.00
0.00 |

| | | | **Total** | $19,540.00 |

# Invoice

Brian's Glass and Door LLC

516 3rd Ave NW, #5
Watertown, SD 57201
605-886-5328

| Date | Invoice # |
|------|-----------|
| 12/7/2021 | 86442 |

| Bill To |
|---------|
| Craig Development<br>1405 1st Ave N<br>Fargo, ND 58102 |

| Ship To |
|---------|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| Generations |  |  | 12/7/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | Cont Sales | 7: W3 windows<br>21: W4 windows<br>Aluminum with clear insulated glass<br>Excise tax not included | 18,100.00<br><br>0.00% | 18,100.00<br><br>18,100.00<br>0.00 |

| | Total | $18,100.00 |
|-|-------|------------|

RRSB GO1st 04714

# LaDue Construction Inc.

2354 340th Street
Waubun, MN 56589
(218) 846-9865  Bus
(218) 846-9867  Fax

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/27/2021 | 1718 |

| BILL TO | JOB SITE |
|---------|----------|
| Prevail<br>100 East Kemp Ave, Ste E<br>Watertown, SD 57201 | Generations on 1st<br>Watertown, SD |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Invoice for drywall installation on the Generations on 1st Building in Watertown, SD.<br><br>Labor and material to hang and tape drywall on 2nd half of 4th floor.<br>RC-1 channel installation and drywall materials for 3rd floor. | 105,000.00 |

| Steel Studs, Drywall, Lath, Plaster, EIFS Applicator | **Total** | $105,000.00 |

RRSB GO1st 04715

# Invoice  1347



**LEVIJOKI DRYWALL**
TAPING & TEXTURING
**605·880·5052**

**BILL TO**
Prevail Build

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 09/23/2021 | $1,909.00 | 09/23/2021 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Hang, tape, texture, paint loft unit 104 | 5,409.00T |

50% off
Final bill
Thank you for your business!!

| | |
|---|---|
| SUBTOTAL | 5,409.00 |
| TAX | 0.00 |
| TOTAL | 5,409.00 |
| PAYMENT | 3,500.00 |
| **TOTAL DUE** | **$1,909.00** |

THANK YOU.

Levijoki Drywall
402 E Main St
Bryant, SD  57221
levijokidrywall@gmail.com

RRSB GO1st 04716



**Main Office:**
Phone: (605) 367-3176

info@justicefire.com

# Invoice

3601 N. Potsdam Avenue
Sioux Falls, SD 57104

| Bill To |
|---|
| **Prevail** |
| **100 E Kemp Suite E** |
| **Watertown, SD 57201** |
| **United States** |

| Ship To |
|---|
| **Prevail** |
| **100 E Kemp Suite E** |
| **Watertown, SD 57201** |
| **United States** |

| Date | Terms | Invoice # | PO Number | Due Date |
|---|---|---|---|---|
| 10/19/2021 | | INV-11361-W0Z0 | | 12/29/2021 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | **Service Charge** | $22.50 | $22.50 |
| 10 | **Amerex 5lb ABC Fire Extinguisher** | $64.00 | $640.00 |

| | |
|---|---|
| **Subtotal** | $662.50 |
| **Tax** | $43.06 |
| **Total** | $705.56 |

Powered By: **firepro365**



# Invoice

**Commercial**
**CLEANING SERVICES LLC**

2036 Palisades Lane
Watertown SD 57201

| Date | Invoice # |
|------|-----------|
| 12/13/2021 | 637/Decembe |

| Bill To |
|---------|
| Prevail Build<br>100 E Kemp Ave Ste E<br>Watertown SD 57201 |

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Amount |
|-------------|--------|
| post  construction cleaning of Parkside Place | 1,375.00 |

| | |
|---|---|
| **Subtotal** | $1,375.00 |
| **Sales Tax  (6.5%)** | $89.38 |
| **Total** | $1,464.38 |

FNSB GO1st 04718



**The Lockshop**
**1404 33rd St S**
**Suite 2**
**Fargo ND  58103**
**Phone: 701-235-6645**

# INVOICE

| DATE | INVOICE # | CUST # |
|---|---|---|
| 12/13/2021 | 0000233200 | 0000222 |

**BILL TO:**

CRAIG PROPERTIES, INC.
PO BOX 426
FARGO ND  58107

**SHIP TO:**

Generations on 1st

Watertown, SD

**DISPATCH #**

| P.O. NUMBER | TERMS | SALES PERSON |
|---|---|---|
| generations | 10TH | Larry |

| QUAN | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| 5.00 | Collection box unit, suface mounted 4C, double column 15 door, 3 parcel locker, black, front-load, USPS access | 3,259.91 | 16,299.55 |
| 90.00 | Custom engraved self adhesive placard for 4C box | 2.63 | 236.70 |
| 1.00 | Shipping And Handling | 877.97 | 877.97 |
| | 5 year warranty | | |

| | |
|---|---|
| SUBTOTAL | $17,414.22 |
| TAX | $1,240.22 |
| TOTAL | $18,654.44 |

RRSB GO1st 04719

# Invoice

| P.O. No. | Date | Invoice # |
|---|---|---|
|  | 10/18/2021 | 3294 |

**Bill To**

Craig Development
1405 1st Ave N
Fargo, ND 58102

**Ship To**

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Signs | LED Digital Sign 6mm - 3' x 4' - Installed | 1 | 10,380.00 | 10,380.00 |
| misc | payment applied 10-18-21 | 1 | -5,190.00 | -5,190.00 |
|  | Sales Tax |  | 6.50% | 0.00 |

| | **Total** | $5,190.00 |
|---|---|---|



**SCHUMACHER ELEVATOR COMPANY**
PO Box 393
One Schumacher Way
Denver, Iowa 50622

Phone: (319) 984-5676
Fax: (319) 406-1270
Internet: www.schumacherelevator.com
E-mail: accounting@schumacherelevator.com

# Invoice

## Billing Address

SOLD TO ACCT NO 1016885

CRAIG PROPERTIES
1405 1ST AVE N
FARGO ND  58102

## Shipping Address

SHIP TO ACCT NO 1017120

GENERATIONS ON 1ST APARTMENTS
26 1ST AVE SW
WATERTOWN SD  57201

## Information

| | |
|---|---|
| **Document Number** | 90540173 |
| **Document Date** | 12/16/2021 |
| **Purchase Order No.** | NONE |
| **Purchase Order Date** | 00/00/0000 |
| **Sales Order Number** | 41697 |
| **Payment Terms** | Net 30 Days |
| **Billing Date** | **12/16/2021** |
| **Currency** | USD |

1  of  1

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | *Progress invoice for the work completed through December 31, 2021.* <br> *Contract ID: SA172932* | | | |
| 0010 | 109776 <br><br> HYDRAULIC ELEVATOR SYSTEM | 1 EA | 152,500.00 | 34,275.00 |
| | | | Items Tot | 34,275.00 |
| | | | State Tax | 0.00 |
| | | | County Tax | 0.00 |
| | | | City Tax | 0.00 |
| | | | **Total Amount** | $   34,275.00 |

zsec_invoice1std    01/2004

**Interstate Insulation**

3478 45th St N
Fargo, ND 58102
701-492-6208

## INVOICE

| BILL TO | | INVOICE | 2154 |
|---|---|---|---|
| Craig Properties | | DATE | 12/25/2021 |
| 220 10th St N | | TERMS | Net 30 |
| Fargo, ND 58102 | | DUE DATE | 01/24/2022 |

| DESCRIPTION | AMOUNT |
|---|---|
| Generations on 1st<br>26 1st Ave SW<br>Watertown, SD | 0.00 |
| Progressive billing for 5th and 4th floors. | 45,000.00 |

Fiberglass batt and poly exterior walls, floors 2-5.
Full cavity fiberglass at party walls and corridor walls.
12" fiberglass blown between floors (2nd and 3rd, and 3rd and 4th, 4th and 5th).
3" spray foam on all rim joist areas including roof truss area.
Window/Door foam.
First floor interior wall insulation.
No insulation for parking garage area, stairway walls, elevator walls, or rigid foam included.
No insulation for parapets, stairway, and elevator lids.

**BALANCE DUE**                      **$45,000.00**

RRSB GO1st 04722

# PAYMENT APPLICATION

| TO: | Generations on 1st LLC<br>1405 1st Ave North<br>Fargo, ND 58102 | PROJECT: | Generations on 1st | | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #<br>Date of Contract | 5<br>6/9/2021<br><br>12/27/2021 | Distribution To:<br>☐ Owner<br>☐ Accounting<br>☐ Architect<br>☐ Owner's Rep. |
|---|---|---|---|---|---|---|---|
| FROM: | B&W Construction<br>P.O. Box 78<br>Castlewood, SD 57223 | | | | | | |

FOR:    **Framing Final**

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---:|---|
| 1 | **CONTRACT AMOUNT** | $ | 393,303.00 |
| 2 | **SUM OF ALL CHANGE ORDERS** | | |
| 3 | **CURRENT CONTRACT AMOUNT**    (Line 1 + Line 2) | | $393,303.00 |
| 4 | **TOTAL COMPLETED AND STORED**<br>(Column G on Continuation Page) | $ | 393,303.00 |
| 5 | **RETAINAGE:** | | |
| | a. 10% of completed work<br>(Columns D+E on Continuation Page) | $    39,330.30 | |
| | b. 10% of Material Stored<br>(Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | $ | 39,330.30 |
| 6 | **TOTAL COMPLETED AND STORED LESS RETAINAGE**<br>(Line 4 Minus Line 5 Total) | $ | 393,303.00 |
| 7 | **LESS PREVIOUS PAYMENT APPLICATIONS**<br>(Line 6 from Prior Application) | | $353,972.70 |
| 8 | **PAYMENT DUE** | | $39,330.30 |
| 9 | **BALANCE TO COMPLETION**<br>(Line 3 Minus Line 6) | $0.00 | |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: _____    Date: _____

### Certification    ☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this Application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

**Certified Amount** _____    Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:

By: _____    Date: _____

ARCHITECT:

By: _____    Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

RRSB GO1st 04723

# PAYMENT APPLICATION

| | | |
|---|---|---|
| TO: | Generations on 1st. | PROJECT: Generations |
| | 26 1st. Ave. N | 26 1st Ave. SW. |
| | Fargo, ND 58102 | Watertown, SD 57201 |
| FROM: | Kloos Electric | |
| | 311 27th St. NW | |
| | Watertown, SD 57201 | |

| Application # | 4 |
|---|---|
| Period Start | 6/1/2021 |
| Period End | |
| Application Date | 12/26/2021 |
| Subcontract # | |
| Date of Contract | 4/5/2021 |

FOR:

VIA CONTRUCTION MANAGER: Prevail, LLC
VIA ARCHITECT: TL Stroh Architect

Distribution To:
☒ Owner
☐ Accounting
☐ Architect
☐ Owner's Rep.

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 845,082.75 |
| 2 SUM OF ALL CHANGE ORDERS | | $30,911.48 |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | | $875,994.23 |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | $ | 564,000.00 |
| 5 RETAINAGE: | | |
| a. 5% of completed work (Columns D+E on Continuation Page) | | |
| b. 10% of Material Stored (Column F on Continuation Page) | $ | - |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | $ | 42,000.00 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | $ | 522,000.00 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | $ | 414,000.00 |
| 8 PAYMENT DUE | $ | 114,000.00 |
| 9 BALANCE TO COMPLETION (Line 3 Minus Line 6) | $353,994.23 | |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | $30,911.48 | |
| Total changes approved this month | | $0.00 |
| TOTALS | $30,911.48 | |
| NET CHANGES | $30,911.48 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR: Kloos Electric

By: _____  Date: 12-26-21

## Certification

☐ Required    ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They haveinspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _____  Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____  Date: _____
ARCHITECT:
By: _____  Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1



Limoges Construction, Inc.
25732 Cottonwood Avenue
Sioux Falls, SD 57107

# Invoice

| Date | Invoice # |
|---|---|
| 12/22/2021 | 102835 |

**Bill To**

| Vendor No. |
|---|
|  |

| Project | Subcontract Agreement No. | Project No. |
|---|---|---|
| 2101-Generations on 1st |  |  |

| Description | Amount |
|---|---|
| Progress Billing | 50,000.00 |
| Less 10% | -5,000.00 |

| | |
|---|---|
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $45,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $45,000.00 |

RRSB GO1st 04725

**Skold Specialty Contracting LLC**
27214 Huck Finn Circle, Ste 3
Harrisburg SD 57032-4201
605-335-6444

License: DL-004347

# Contract Invoice

Invoice#: 218096-DEC21

Date: 12/20/2021

**Billed To:**  Prevail Build
100 East Kepm Ave
Suite E
Watertown SD 57201

**Project:**  Generations on 1st
26 1st Avenue SW
Watertown SD 57201

**Due Date:** 01/19/2022          **Terms:** 30DY                    **Order#**

| Description | Amount |
|---|---|
| December Billing | |
| Bill for installing trash chute as manufactured by Chutes International | |
| 149100 Install cost | 2,500.00 |

*Thank you for your prompt payment!*

REMIT TO:
5730 NE 17TH STREET
DES MOINES, IA 50313

| | |
|---|---|
| Invoice Total: | 2,500.00 |
| Retention: | 1,380.00 |
| Amount Paid: | 0.00 |
| **Amount Due** | **1,120.00** |

RRSB GO1st 04726

# PAYMENT APPLICATION

**TO:**
Generations on 1st
1405 1st Ave N
Fargo ND 58102

**FROM:**
Watertight, Inc.
18273 464th Ave
Castlewood, SD 57223

**PROJECT:** Generations on 1st
26 1st Ave SW
Watertown SD 57201

| | |
|---|---|
| Application # | 7 |
| Period Start | 10/26/2021 |
| Period End | 12/25/2021 |
| Application Date | |
| Subcontract # | |
| Date of Contract | |

**Distribution To:**
Watertight, Inc.

**FOR:**

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 CONTRACT AMOUNT | | $ | 640,000.00 |
| 2 SUM OF ALL CHANGE ORDERS | | | $19,955.00 |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | | | $659,955.00 |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | | $ | 599,995.59 |
| 5 RETAINAGE: | | | |
| a. 10% of completed work (Columns D+E on Continuation Page) | $ | 59,999.59 | |
| b. 10% of Material Stored (Column F on Continuation Page) | | | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | | $59,999.55 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | | | $539,995.95 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | | $ | 463,495.95 |
| 8 PAYMENT DUE | | | $76,500.00 |
| 9 BALANCE TO COMPLETION (Line 3 Minus Line 6) | | | $119,959.05 |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: *Chris Serie*                    Date:                    12/25/2021

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount    ............................    Date:

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figu

GENERAL CONTRACTOR

By                    Date:

ARCHITECT:

By                    Date:

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

RRSB GO1st 04727

Watertown Development Company

# Invoice

PO Box 332
Watertown, SD 57201

| Date | Invoice # |
|---|---|
| 12/27/2021 | 3305 |

| Bill To |
|---|
| Generations on 1st
Attn: Jesse Craig
PO Box 426
Fargo, ND 58107 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 12/27/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Interest | DR - $600k - January 2022 | 2,000.00 | 2,000.00 |
| 1 | Interest | DR - $1.041M - January 2022 | 3,471.13 | 3,471.13 |
| 1 | Interest | SDH - $411 - January 2022 | 685.48 | 685.48 |
| | | NOTE: If payment has already been sent or remitted by credit card, please disregard this notice. | | |

Thank you for your business!

| **Total** | $6,156.61 |
|---|---|

RRSB GO1st 04728

# *Stan* HOUSTON
## EQUIPMENT COMPANY, INC.

### INVOICE

| | |
|---|---|
| PAGE | 1 |
| INVOICE NO. | 2023364 |
| INVOICE DATE | 12/29/21 |

Stan Houston Equipment Co.
3020 W. 12th St.
Sioux Falls, SD  57104

**SOLD TO**
116357
CRAIG DEVELOPMENT
1405 1ST AVE N
FARGO, ND 58102
USA
701-232-1355

**SHIP TO**
Stan Houston Equipment (WT)
920 9th Ave. SW
Watertown, SD 57201
USA
701-232-1355

| CUSTOMER PO / ORDERED BY | SHIP VIA | TERMS |
|---|---|---|
| | Customer Pick-Up | Net 10th |

| DATE SHIPPED | Order Taker | SALESREP 1 | PICK TICKET NO. |
|---|---|---|---|
| 12/29/21 | | 1000 | 4025866-000 |

SPECIAL INSTRUCTIONS:    ORDERED BY JESSE

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2.00 | 2.00 | .00 | EA | GENERATIONS TRADESMAN170 HEATER 170M LP 11"WC | 335.0000 | 670.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 670.00 | .00 | 43.55 | 713.55 | .00 | | 713.55 |

By taking possession your company agrees that all fees and expenses involved in the collection of this invoice will be borne by the account holder. Restocking and/or miscellaneous fees may apply on returned items.

RRSB GO1st 04729

*Stan* **HOUSTON**
EQUIPMENT COMPANY, INC.

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | **2016702** |
| INVOICE DATE | 12/09/21 |

Stan Houston Equipment Co.
3020 W. 12th St.
Sioux Falls, SD  57104

| | |
|---|---|
| S O L D T O | 116357<br>CRAIG DEVELOPMENT<br>1405 1ST AVE N<br>FARGO, ND 58102<br>USA<br>701-232-1355 |
| S H I P T O | Stan Houston Equipment (WT)<br>920 9th Ave. SW<br>Watertown, SD 57201<br>USA<br>701-232-1355 |

| CUSTOMER PO / ORDERED BY | SHIP VIA | | TERMS |
|---|---|---|---|
| | Customer Pick-Up | | Net 10th |

| DATE SHIPPED | Order Taker | SALESREP 1 | PICK TICKET NO. |
|---|---|---|---|
| 12/09/21 | | 1000 | 4018480-000 |

SPECIAL INSTRUCTIONS:

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 20.00 | 20.00 | .00 | TB | 1ALIMESTONEPRO<br>SIKAFLEX LIMESTONE<br>SAUSAGE 20OZ 20/CS | 10.6500 | 213.00 |
| 3.00 | 3.00 | .00 | EA | PPC620<br>YELLOW CONE FOR BULK/<br>SAUSAGE GUN | 1.2500 | 3.75 |
| 3.00 | 3.00 | .00 | EA | PC62<br>PLASTIC CONE, CLEAR<br>FOR 620AL | 1.0500 | 3.15 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 219.90 | .00 | 14.30 | 234.20 | .00 | | 234.20 |

By taking possession your company agrees that all fees and expenses involved in the collection of this invoice will be borne
by the account holder. Restocking and/or miscellaneous fees may apply on returned items.

RRSB GO1st 04730

# Diamond ● Vogel

**DIAMOND VOGEL PAINT CENTER -810**
1201 MAIN AVE
FARGO, ND  58103  (701)293-9105

**Account Number:29300943**

Sold To:   CRAIG DEVELOPMENT, LLC
           1405 1ST AVE N
           PO BOX 426
           FARGO ND 58102

**Cash AWAY SALE**
**Invoice #:810221074**
Date:12/03/21            Time:
Sales Rep:B78            Page: 1
Clerk:RAV
PO#:N                    Job Name:NA
Ship Via:VOGEL TRUCK
Phone:(701)232-1355
Ship To: 16888 28TH ST SE
         HARWOOD
         ND

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 7 | 7 | DU1556-500 | 5 G | POSI-PRIME PRO PRIMER | 35.0 | 9.0000 | 315.00 |
| 12 | 12 | DE1655-500 | 5 G | ASSURE INT. EGGSHELL TW/B | 60.0 | 13.2500 | 795.00 |
| | | | | C COLOR #:SW 7005 (B) | | | |
| | | | | 808AXX        5 | | | |
| | | | | 808C        2.50 | | | |
| | | | | (TWO BASE) | | | |
| | | | | PURE WHITE SW 7005 | | | |

*1495³¹* (handwritten)

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

Product Subtotal  : $  1110.00

Sales Tax  : $    83.25
**Invoice Total  : $  1193.25**

Total Tendered  : $  1193.25

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
| | 1193.25 | 1227 | | | | | |

**www.diamondvogel.com**

# Diamond Vogel

**DIAMOND VOGEL PAINT CENTER  -293**
114 E KEMP
WATERTOWN, SD 57201
(605)886-2540

**Account Number:29300943**

Sold To:    CRAIG DEVELOPMENT, LLC
1405 1ST AVE N
PO BOX 426
FARGO ND 58102

**Chrg INVOICE**
**Invoice #:293171155**
Date:12/02/21          Time: 9:05
Sales Rep:B78          Page: 1
Clerk:TFS
PO#:1206               Job Name:LOFT
Ship Via:CUST PICKUP
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 1 | 1 | TT985-020 | EA | TEXTURE TEX OP W/B | 1.0 | 12.6600 | 12.66 |
| 1 | 1 | MM410-001 | EA | SANDING SPONGE FINE ANGLD | 1.0 | 3.4700 | 3.47 |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

**T erms:**
Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

Product Subtotal  : $    16.13

Sales Tax  : $     1.05
**Invoice Total**  : $    **17.18**

*1206*

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
| | | | | | | | 17.18 |

**www.diamondvogel.com**

RRSB GO1st 04732

# Diamond Vogel®

| | |
|---|---|
| **DIAMOND VOGEL PAINT CENTER -810** | **Cash AWAY SALE** |
| 1201 MAIN AVE | **Invoice #:810221629** |
| FARGO, ND  58103  (701)293-9105 | Date:12/20/21          Time:15:42 |
| | Sales Rep:B78          Page: 1 |
| | Clerk:RAV |
| **Account Number:29300943** | PO#:N |
| | Ship Via:CUST PICKUP    Job Name:ANDREW |
| | Phone:(701)232-1355 |
| Sold To:   CRAIG DEVELOPMENT, LLC | Ship To: SAME |
| 1405 1ST AVE N | |
| PO BOX 426 | |
| FARGO ND 58102 | |

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---|---|---|---|---|---|---|---|
| 3 | 3 | DE1655-500 | 5 G | ASSURE INT. EGGSHELL TW/B | 15.0 | 13.2500 | 198.75 |
| | | | | C COLOR #:SW 7005 (B) | | | |
| | | | | 808AXX          5 | | | |
| | | | | 808C          2.50 | | | |
| | | | | (TWO BASE) | | | |
| | | | | PURE WHITE SW 7005 | | | |

**\*\*\*\*\*\*THANK YOU FOR SHOPPING AT DIAMOND VOGEL.   COME BACK AGAIN!\*\*\*\*\*\***

**T erms:**
Merchandise cannot be returned for credit without our permission.   Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.   A finance charge will
be assessed on all accounts that are 30 days past the due date.

| | |
|---|---|
| Product Subtotal  : $  198.75 | |
| Sales Tax  : $   14.91 | |
| **Invoice Total  : $  213.66** | |
| Total Tendered  : $  213.66 | |

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|---|---|---|---|---|---|---|---|
| | 213.66 | 1230 | | | | | |

**www.diamondvogel.com**

RRSB GO1st 04733



**DIAMOND VOGEL PAINT CENTER -810**
1201 MAIN AVE
FARGO, ND  58103  (701)293-9105

Account Number:29300943

Sold To:    CRAIG DEVELOPMENT, LLC
            1405 1ST AVE N
            PO BOX 426
            FARGO ND 58102

CrCd AWAY SALE
**Invoice #:810221631**
Date:12/20/21                    Time:16:22
Sales Rep:B78                    Page: 1
Clerk:RAV
PO#:N                            Job Name:ANDREW
Ship Via:VOGEL TRUCK
Phone:(701)232-1355
Ship To: SAME

| Ordered | Shipped | Item | Size | Description | Units | Price | Amount |
|---------|---------|------|------|-------------|-------|-------|--------|
| 1 | 1 | DE1655-500 | 5 G | ASSURE INT. EGGSHELL TW/B | 5.0 | 13.2500 | 66.25 |
|   |   |   |   | C COLOR #:SW 7005 (B) |   |   |   |
|   |   |   |   | 808AXX          5 |   |   |   |
|   |   |   |   | 808C         2.50 |   |   |   |
|   |   |   |   | (TWO BASE) |   |   |   |
|   |   |   |   | PURE WHITE SW 7005 |   |   |   |

******THANK YOU FOR SHOPPING AT DIAMOND VOGEL.  COME BACK AGAIN!******

T erms:

Merchandise cannot be returned for credit without our permission.  Claims for
shortages or errors must be made in writing within ten (10) days after
receipt of goods.
All accounts are due 30 days from date of purchase.  A finance charge will
be assessed on all accounts that are 30 days past the due date.

**I agree to pay $71.22 in accordance with my cardholder agreement.**

Product Subtotal    : $    66.25

Sales Tax   : $     4.97
**Invoice Total   : $    71.22**

Total Tendered   : $    71.22

F or complete listing of terms and conditions please see reverse side of invoice or visit www.diamondvogel.com/termsconditions

| Cash | Check | Check # | Credit Card | Card Type | Card # | Approval Code | Charge |
|------|-------|---------|-------------|-----------|--------|---------------|--------|
|      |       |         | 71.22 | MASTERCARD | 4334 | 001694 |        |

**www.diamondvogel.com**

RRSB GO1st 04734

George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

Bill To

Craig Development
1405 1st Ave. N
Fargo, ND 58102
(E)

# Statement

Date

12/1/2021

| | | Amount Due | Amount Enc. |
|---|---|---|---|
| | | **$2,544.12** | |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/30/2021 | Balance forward | | 0.00 |
| 10/01/2021 | INV #209176. | 4,022.08 | 4,022.08 |
| 10/05/2021 | INV #209177. | 3.989.44 | 8,011.52 |
| 10/25/2021 | INV #209210. | 190.37 | 8,201.89 |
| 10/25/2021 | INV #209211. | 1,241.79 | 9,443.68 |
| 11/15/2021 | PMT #38993. | -8,011.52 | 1,432.16 |
| 12/01/2021 | INV #209798. | 993.54 | 2,425.70 |
| 12/01/2021 | INV #209799. | 118.42 | 2,544.12 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 1.111.96 | 1.432.16 | 0.00 | 0.00 | 0.00 | **$2,544.12** |

NOTE-ACCOUNTS OVER 90 DAYS OLD
WILL BE TURNED OVER TO
COLLECTION AGENCY UNLESS PRIOR
ARRANGEMENTS ARE MADE-THANK
YOU

WE ACCEPT VISA-MASTERCARD-DISCOVER &
AMERICAN EXPRESS-CALL 605-268-0175 TO PAY
OVER PHONE

# Invoice 017

## Craig Development, LLC
## Box 426, Fargo, ND  58107

1/31/2022     To: Generations on 1st

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | Burghardt Const | $ | 13,170.20 |
| 1 | LaDue | $ | 160,500.00 |
| 1 | Kloos | $ | 95,000.00 |

| | | |
|---|---|---|
| Subtotal | $ | 268,670.20 |
| Excise Tax | $ | 5,373.40 |
| **Total Due By 2/10/2022** | $ | 274,043.60 |

Thank you for your business!

RRSB GO1st 04736

# LaDue Construction Inc.

2354 340th Street
Waubun, MN 56589
(218) 846-9865  Bus
(218) 846-9867  Fax

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/25/2022 | 1723 |

**BILL TO**

Prevail
100 East Kemp Ave, Ste E
Watertown, SD 57201

**JOB SITE**

Generations on 1st
Watertown, SD

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Invoice for drywall installation on the Generations on 1st building in Watertown, SD. | 160,500.00 |

| Steel Studs, Drywall, Lath, Plaster, EIFS Applicator | **Total** | $160,500.00 |
|---|---|---|

RRSB GO1st 04737

# PAYMENT APPLICATION

TO: Generations on 1st LLC
1405 1st Ave North
Fargo, ND 58102

FROM: Burghart Construction
425 2nd St NE
Watertown, SD 57201

FOR:

PROJECT: Generations on 1st

| | |
|---|---|
| Application # | 3 |
| Period Start | |
| Period End | |
| Application Date | |
| Subcontract #: | |
| Date of Contract | |

Distribution To:
☐ Owner
☐ Accounting
☐ Architect
☐ Owner's Rep.

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

**1 CONTRACT AMOUNT** — $ 822,230.45

**SUM OF ALL CHANGE ORDERS** — 0 —

**CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) — $ 822,230.45

**TOTAL COMPLETED AND STORED**
(Column G on Continuation Page) — $ 5,924.06

**RETAINAGE:**
a.   10% of completed work
(Columns D+E on Continuation Page)

b.   10% of Material Stored
(Column F on Continuation Page)

Total Retainage (Line 5a + 5b or
column I on Continuation Page) — NA

**6 TOTAL COMPLETED AND STORED LESS RETAINAGE**
(Line 4 Minus Line 5 Total) — 1,463.35

**7 LESS PREVIOUS PAYMENT APPLICATIONS**
(Line 6 from Prior Application) — $ 201,552.61

**8 PAYMENT DUE** — $ 5,992.53

**9 BALANCE TO COMPLETION**
(Line 3 Minus Line 6) — $0.00

original
ADV bill
amount charged
to deposit account

$20,924.06
$209,000.1

@$13,170.00

### SUMMARY OF CHANGE ORDER

| | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: [signature]            Date: 4/25/22

### Certification        ☐ Required        ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for; that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:

By: _____        Date: _____

ARCHITECT:

By: _____        Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

RRSB GO1st 04738

# PAYMENT APPLICATION

**TO:** Generations on 1st
26 1st. Ave. N
Fargo, ND 58102

**FROM:** Kloos Electric
311 27th St. NW
Watertown, SD 57201

**FOR:**

**PROJECT:** Generations
26 1st Ave. SW.
Watertown, SD 57201

| Distribution To: | |
|---|---|
| ☑ Owner | |
| ☐ Accounting | |
| ☐ Architect | |
| ☐ Owner's Rep. | |

Application # **4**
Period Start **6/1/2021**
Period End
Application Date **1/25/2022**
Subcontract #:
Date of Contract **4/5/2021**

VIA CONTRUCTION MANAGER:
VIA ARCHITECT:  Prevail, LLC
TL Stroh Architect

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 845,082.75 |
| 2 SUM OF ALL CHANGE ORDERS | $ | 30,911.48 |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | $ | 875,994.23 |
| 4 TOTAL COMPLETED AND STORED (Column G on Continuation Page) | $ | 664,000.00 |
| 5 RETAINAGE: | | |
| a. 5% of completed work (Columns D+E on Continuation Page) | | |
| b. 10% of Material Stored (Column F on Continuation Page) | $ | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | $ | 47,000.00 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | $ | 617,000.00 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | $ | 522,000.00 |
| 8 PAYMENT DUE | $ | 95,000.00 |
| 9 BALANCE TO COMPLETION (Line 3 Minus Line 6) | $ | 258,994.23 |

### SUMMARY OF CHANGE ORDERS

| (Line 3 Minus Line 6) | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | $30,911.48 | |
| Total changes approved this month | | |
| TOTALS | $30,911.48 | $0.00 |
| NET CHANGES | $30,911.48 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for; that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR: By:  Kloos Electric   Date: 1-25-22

## Certification

☐ Required   ☐ Not Required

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for; that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

GENERAL CONTRACTOR:
By:   Date:
ARCHITECT:
By:   Date:

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

RRSB GO1st 04739