# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br><br>    Debtor. | Bankruptcy No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place, LLC,<br><br>    Debtor. | Bankruptcy No.: 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

## DECLARATION OF CHARLES AARESTAD (RED RIVER STATE BANK)
## RE: PARKSIDE DRAW REQUESTS

Pursuant to 28 U.S.C. § 1746, I, Charles Aarestad, do hereby declare, under penalty of perjury, the following to the best of my knowledge, information, and belief:

1.  I am a Senior Vice President at Red River State Bank ("RRSB" or "Creditor"). I have held my current position since 2011.

2.  I am personally familiar with the loan history between RRSB and Parkside Place, LLC (the "Debtor") and the Debtor's apartment building located at 8 2nd St NE, Watertown, South Dakota (the "Parkside Project").

3.  I am personally familiar with the draw requests submitted to RRSB by the Debtor and its general contractor Craig Development, LLC and/or Jesse Craig.

4.  Attached as **Exhibit 1** is a true and correct copy of Draw Request #1 as submitted to RRSB [RRSB Parkside 02051-02076].

5. Attached as **Exhibit 2** is a true and correct copy of Draw Request #2 as submitted to RRSB [RRSB Parkside 02077-02081].

6. Attached as **Exhibit 3** is a true and correct copy of Draw Request #3 as submitted to RRSB [RRSB Parkside 02082-02084].

7. Attached as **Exhibit 4** is a true and correct copy of Draw Request #4 as submitted to RRSB [RRSB Parkside 02085-02098].

8. Attached as **Exhibit 5** is a true and correct copy of Draw Request #5 as submitted to RRSB [RRSB Parkside 02099-02130].

9. Attached as **Exhibit 6** is a true and correct copy of Draw Request #6 as submitted to RRSB [RRSB Parkside 02131-02150].

10. Attached as **Exhibit 7** is a true and correct copy of Draw Request #7 as submitted to RRSB [RRSB Parkside 02151-02174].

11. Attached as **Exhibit 8** is a true and correct copy of Draw Request #8 as submitted to RRSB [RRSB Parkside 02175-02198].

12. Attached as **Exhibit 9** is a true and correct copy of Draw Request #9 as submitted to RRSB [RRSB Parkside 02199-02218].

13. Attached as **Exhibit 10** is a true and correct copy of Draw Request #10 as submitted to RRSB [RRSB Parkside 02219-02247].

14. Attached as **Exhibit 11** is a true and correct copy of Draw Request #11 as submitted to RRSB [RRSB Parkside 02248-02274].

15. Attached as **Exhibit 12** is a true and correct copy of Draw Request #12 as submitted to RRSB [RRSB Parkside 02275-02309].

16. Attached as **Exhibit 13** is a true and correct copy of Draw Request #13 as submitted to RRSB [RRSB Parkside 02310-02377].

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 3rd day of October, 2025.

BY: _____
Charles Aarestad

4918-1659-0447 v.1