## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> Generations on 1st, LLC, <br><br> Debtor. | Case No.:  25-30002 <br><br> Chapter 11 <br><br> (Main Case) |
| In Re: <br><br> Parkside Place, LLC, <br><br> Debtor. | Case No.:  25-30003 <br><br> Chapter 11 <br><br> (Jointly Administered) |

## DECLARATION OF ROLAND CLAUSEN (CLAUSEN CONSTRUCTION, INC.) CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

STATE OF SOUTH DAKOTA        )
                                    ) SS

COUNTY OF CODINGTON        )

Roland Clausen, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1.    I am over 18 years of age, of sound mind, and otherwise competent to make this Certification. The evidence set out in this Certification is based on my personal knowledge.

2.    I am the President of Clausen Construction, Inc. ("Clausen") located in Watertown, South Dakota and have been employed by Clausen since 1978. Clausen provides mass excavation, demolition, earthwork, and site preparation.

3.    I am the records custodian for Clausen.

4.    Clausen was subpoenaed for records in the lawsuit *Red River State Bank v. The Ruins, LLC, et. al.*, Codington County Circuit Court, South Dakota, Case No. 14CIV24-68. Clausen responded to the subpoena and provided documents as requested.

5.      I have personal knowledge of the construction of the 63-unit mid/high rise building located at 315 East Kemp Ave., Watertown, South Dakota (the "<u>Ruins Project</u>"). Clausen provided mass excavation, demolition, earthwork and site preparation for the Ruins Project.

6.      I have personal knowledge of the construction of the mixed-use building located at 26 1st Ave. SW, Watertown, South Dakota (the "<u>Generations Project</u>"). Clausen provided mass excavation, demolition, earthwork and site preparation for the Generations Project.

7.      I have personal knowledge of the construction of the Parkside Place apartment building located at 8 2nd St NE, Watertown, South Dakota (the "<u>Parkside Project</u>"). Clausen provided mass excavation, demolition, earthwork and site preparation for the Parkside Project.

8.      I have personal knowledge of the construction of the mixed-use building located at 10 N. Broadway, Watertown, South Dakota (the "<u>Lofts Project</u>"). Clausen provided mass excavation, demolition, earthwork and site preparation for the Lofts Project.

9.      Clausen also provided excavation, earthwork and site preparation for Jesse and Mulinda Craig's lake property located at 22587 Knollwood Lane, Pelican Rapids, Minnesota 56572 (the "<u>Craig Lake Home</u>").

10.     True and correct copies of Clausen's estimate and invoices for the Ruins Project (Invoice #'s 589, 707, 714, 725, 728, 744, and 824) are attached as **<u>Exhibit A</u>**.

11.     True and correct copies of Clausen's invoices for the Generations Project (Invoice #'s 590, 631, 715, 716, and 745) are attached as **<u>Exhibit B</u>**.

12.     True and correct copies of Clausen's estimate and invoices for the Parkside Project (Invoice #'s 520, 554, 572, 585, and 634) are attached as **<u>Exhibit C</u>**.

13.     True and correct copies of Clausen's estimate and invoices for the Lofts Project (Invoice #'s 367 and 470) are attached as **<u>Exhibit D</u>**.

14.     A true and correct copy of Clausen's invoice for the Craig Lake Property (Invoice # 726) is attached as **<u>Exhibit E</u>**.

15.     The documents attached as **<u>Exhibits A (Ruins Invoices), B (Generations Invoices), C (Parkside Invoices), D (Lofts Invoices), and E (Craig Lake Property Invoice)</u>** were made at or near the time of the events set forth therein by myself and other people with knowledge of those matters.

16.     It was the regular practice of Clausen's business activities to make the records and/or to keep copies from information transmitted by attached as **<u>Exhibits A, B, C, D, and E</u>**.

17.  The records attached as **<u>Exhibit A, B, C, D, and E</u>** were kept in the regular course of business activity.

18.  I certify under penalty of perjury that the foregoing is true and correct.

Executed on __9__ day of October, 2025.

Signed by:

Roland Clausen

# <u>Exhibit A</u>
## Clausen Construction, Inc.

## The Ruins Project
## Estimate and Invoices

**Clausen Construction, Inc.**

605.878.0254 • Clausenconstructioninc@gmail.com

RON CLAUSEN 605.881.1682 • DAVID CLAUSEN 605.881.8191 • ERIC CLAUSEN 605.233.0169

This is the process in which I came up with my price for the demo work of the old apartments.

I figured an average of 1 inch of motor on each of the interior walls plus ceilings. Then there was mesh wire attached to wood studs. The exterior walls have the mortar mesh then brick instead of wood and another layer of motor on the exterior face of the building besides the front face. This material would have to be trucked out to the landfill. Our estimate for the tonnage on this material is 1994.2 and our price per ton for that material to be taken out to the landfill would be $40 per ton. So, our estimate for landfill material would end up to be $79,768.00.

The cement walls and floor in the basement and floor of the basement would be trucked out to a local farmer who has agreed to take the concrete. The trucking and disposal fee the farmer wants, would come up to $24,750.00

Our breakdown for our hourly work is

5 trucks @ $125 per hour avg. 9 hrs per day

Excavator@ 180 per hour avg. 10 hrs per day

Loader @ 155 per hour

Skid steer @ 100 per hour

We estimate this would take 6.5 days to complete the demolition if we don't run into any surprises.

Our Totals

$64837.50= Equipment @ hourly rates

$104,518= Rubble disposal

$3,456.54= Excise Tax

**Total = $172,812.04**

RRSB-Clausen SD Subpoena 0007

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

# Invoice  589



*Ruins*

**BILL TO**
Jesse Craig

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 02/25/2021 | $0.00 | 03/27/2021 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| excavator hours | 5 | 190.00 | 950.00T |
| 2 excavator hours | 16 | 190.00 | 3,040.00T |
| 2 excavator hours | 19 | 190.00 | 3,610.00T |
| truck hours | 8.50 | 125.00 | 1,062.50T |
| 2 excavator hours | 16 | 190.00 | 3,040.00T |
| truck hours | 7.50 | 125.00 | 937.50T |
| skidsteer hours | 3 | 100.00 | 300.00T |
| 2 excavator hours | 8 | 190.00 | 1,520.00T |
| truck hours | 4.50 | 125.00 | 562.50T |
| skidsteer hours | 4 | 100.00 | 400.00T |
| long stick excavator rental | | | 3,936.00T |
| excavator hours | 8 | 190.00 | 1,520.00T |
| 5 truck hours | 42.50 | 125.00 | 5,312.50T |
| excavator hours | 9.50 | 190.00 | 1,805.00T |
| 5 truck hours | 47.50 | 125.00 | 5,937.50T |
| excavator hours | 9.50 | 190.00 | 1,805.00T |
| 5 truck hours | 47.50 | 125.00 | 5,937.50T |
| excavator hours | 9.50 | 190.00 | 1,805.00T |
| 5 truck hours | 45 | 125.00 | 5,625.00T |
| excavator hours | 5 | 190.00 | 950.00T |
| truck hours | 5.50 | 125.00 | 687.50T |
| loader hours | 9 | 165.00 | 1,485.00T |
| landfill fees | | | 95,596.80T |
| generator cost do to cold weather - needed to plug in machines | | | 6,000.00T |

RRSB-Clausen SD Subpoena 0012

Palace Apartments demo

| | |
|---|---|
| SUBTOTAL | 153,825.30 |
| TAX | 3,139.57 |
| TOTAL | 156,964.87 |
| PAYMENT | 156,964.87 |

| | |
|---|---|
| TOTAL DUE | $0.00 |

THANK YOU.

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

# Invoice  707



**BILL TO**

Jesse Craig

| | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| | 12/14/2021 | $0.00 | 01/13/2022 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Nov 17  Excavator hrs | 9.50 | 185.00 | 1,757.50T |
| Nov 17 2 truck hrs | 19 | 135.00 | 2,565.00T |
| Nov 18 Excavator hrs | 8 | 185.00 | 1,480.00T |
| Nov 18 skidsteer hrs | 8 | 100.00 | 800.00T |
| Nov 18 3 truck hrs | 24 | 135.00 | 3,240.00T |
| Day 3 Excavator hrs | 8 | 185.00 | 1,480.00T |
| Day 3 skidsteer hrs | 8 | 100.00 | 800.00T |
| Day 3 - 3 truck hrs | 24 | 135.00 | 3,240.00T |
| Day 3 1 truck hrs | 6 | 135.00 | 810.00T |
| Day 4 Excavator hrs | 8 | 185.00 | 1,480.00T |
| Day 4 skidsteer hrs | 8 | 100.00 | 800.00T |
| Day 4 - 2 truck hrs | 16 | 135.00 | 2,160.00T |
| Day 4 - 1 truck hrs | 7.50 | 135.00 | 1,012.50T |
| Day 5 Excavator hrs | 8 | 185.00 | 1,480.00T |
| Day 5 skidsteer hrs | 8 | 100.00 | 800.00T |
| Day 5 3 truck hrs | 24 | 135.00 | 3,240.00T |
| Day 5 1 truck hrs | 9 | 135.00 | 1,215.00T |
| Day 6 Excavator hrs | 9 | 185.00 | 1,665.00T |
| Day 6 skidsteer hrs | 9 | 100.00 | 900.00T |
| Day 6 4 truck hrs | 36 | 135.00 | 4,860.00T |
| Day 7 Excavator hrs | 5 | 185.00 | 925.00T |
| Day 7 skidsteer hrs | 5 | 100.00 | 500.00T |
| Day 7 4 truck hrs | 20 | 135.00 | 2,700.00T |
| Put fence up - 3 men hrs | 4.50 | 65.00 | 292.50T |
| Dump fees | | | 20,863.57T |

| DESCRIPTION | QTY | RATE | | AMOUNT |
|---|---|---|---|---|
| getting rid of concrete with rebar in it | | | | 6,500.00T |
| Farmer | | | | |
| Ruins | | | | |

| | | |
|---|---|---|
| SUBTOTAL | | 67,566.07 |
| TAX | | 1,379.02 |
| TOTAL | | 68,945.09 |
| PAYMENT | | 68,945.09 |
| | | |
| TOTAL DUE | | **$0.00** |

THANK YOU.

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

# Invoice  714



**BILL TO**

Jesse Craig

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 01/16/2022 | $0.00 | 02/15/2022 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Nov 29 - excavator hrs | 8.50 | 185.00 | 1,572.50T |
| 2 truck hrs | 17 | 135.00 | 2,295.00T |
| skidsteer hrs | 8.50 | 100.00 | 850.00T |
| Nov 30 - excavator hrs | 8.50 | 185.00 | 1,572.50T |
| 2 truck hrs | 17 | 135.00 | 2,295.00T |
| skidsteer hrs | 8.50 | 100.00 | 850.00T |
| Dec 1 - Excavator hrs | 8.50 | 185.00 | 1,572.50T |
| 2 truck hrs | 17 | 135.00 | 2,295.00T |
| skidsteer hrs | 8.50 | 100.00 | 850.00T |
| loader hrs | 8.50 | 185.00 | 1,572.50T |
| Dec 2 - excavator hrs | 9 | 185.00 | 1,665.00T |
| skidsteer hrs | 9 | 100.00 | 900.00T |
| 2 truck hrs | 18 | 135.00 | 2,430.00T |
| loader hrs | 9 | 185.00 | 1,665.00T |
| Dec 3 - Excavator hrs | 9 | 185.00 | 1,665.00T |
| skidsteer hrs | 9 | 100.00 | 900.00T |
| 2 truck hrs | 18 | 135.00 | 2,430.00T |
| Dec 6 - Excavator hrs | 9 | 185.00 | 1,665.00T |
| skidsteer hrs | 9 | 100.00 | 900.00T |
| 2 truck hrs | 18 | 135.00 | 2,430.00T |
| Dec 7 - Excavator hrs | 9 | 185.00 | 1,665.00T |
| 2 truck hrs | 18 | 135.00 | 2,430.00T |
| Dec 8 - Excavator hrs | 9 | 185.00 | 1,665.00T |
| skidsteer hrs | 9 | 100.00 | 900.00T |
| 3 truck hrs | 27 | 135.00 | 3,645.00T |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Dec 9 - Excavator hrs | 9 | 185.00 | 1,665.00T |
| 2 truck hrs | 18 | 135.00 | 2,430.00T |
| Dec 10 - Excavator hrs | 9 | 185.00 | 1,665.00T |
| 4 truck hrs | 36 | 135.00 | 4,860.00T |
| Dec 13 - Excavator hrs | 9 | 185.00 | 1,665.00T |
| 4 truck hrs | 36 | 135.00 | 4,860.00T |
| Dec 14 - Excavator hrs | 9.50 | 185.00 | 1,757.50T |
| 4 truck hrs | 38 | 135.00 | 5,130.00T |
| Dec 15 - Excavator hrs | 9.50 | 185.00 | 1,757.50T |
| skidsteer hrs | 9.50 | 100.00 | 950.00T |
| 3 truck hrs | 28.50 | 135.00 | 3,847.50T |
| Dec 16 - Excavator hrs | 2 | 185.00 | 370.00T |
| truck hrs | 4 | 135.00 | 540.00T |
| 1.5% - Applied on Mar 18, 2022 | | | 1,135.37T |

RUINS

| | |
|---|---|
| SUBTOTAL | 75,312.87 |
| TAX | 4,821.54 |
| TOTAL | 80,134.41 |
| PAYMENT | 80,134.41 |

TOTAL DUE          $0.00

THANK YOU.

RRSB-Clausen SD Subpoena 0017

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

## Invoice  725



**BILL TO**
Jesse Craig

| DATE | PLEASE PAY | DUE DATE |
|------|------------|----------|
| 02/18/2022 | **$0.00** | 03/20/2022 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Ruins project - see attachments for description | | | 109,827.50T |

| | |
|---|---|
| SUBTOTAL | 109,827.50 |
| TAX | 2,241.58 |
| TOTAL | 112,069.08 |
| PAYMENT | 112,069.08 |
| **TOTAL DUE** | **$0.00** |

THANK YOU.

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

**Invoice  728**



Ruins

---

**BILL TO**
Jesse Craig

| | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| | 03/28/2022 | $0.00 | 04/27/2022 |

---

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Time on attached | | | 114,187.50T |
| Material and rental on attached | | | 73,691.82T |

| | | |
|---|---|---|
| SUBTOTAL | | 187,879.32 |
| TAX | | 3,834.62 |
| TOTAL | | 191,713.94 |
| PAYMENT | | 191,713.94 |

PAID

| TOTAL DUE | **$0.00** |
|---|---|

THANK YOU.

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

## Invoice  744



**BILL TO**
Jesse Craig

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 05/22/2022 | $0.00 | 06/21/2022 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| RUINS - Mar 28-2022   2 loader hours | 18 | 165.00 | 2,970.00T |
| skidsteer hours | 4 | 100.00 | 400.00T |
| excavator packer hrs | 8.50 | 250.00 | 2,125.00T |
| Packer hours | 8.50 | 165.00 | 1,402.50T |
| 3 truck hours | 27 | 135.00 | 3,645.00T |
| 1 truck hours | 4 | 135.00 | 540.00T |
| D8 dozer hours | 10 | 200.00 | 2,000.00T |
| April 26 2022  skidsteer hours | 1.50 | 100.00 | 150.00T |
| men hours | 3 | 65.00 | 195.00T |

| | |
|---|---|
| SUBTOTAL | 13,427.50 |
| TAX | 274.06 |
| TOTAL | 13,701.56 |
| PAYMENT | 13,701.56 |

| TOTAL DUE | **$0.00** |
|---|---|

THANK YOU.

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

# Invoice  824



---

**BILL TO**
Jesse Craig

| | | |
|---|---|---|
| **DATE**<br>10/09/2022 | **PLEASE PAY**<br>$33,400.61 | **DUE DATE**<br>11/08/2022 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| RUINS - FINISH INSIDE OF BUILDING | | | |
| Day 1 skidsteer hours | 12 | 125.00 | 1,500.00T |
| grader skidsteer hours | 12 | 165.00 | 1,980.00T |
| truck hours | 12 | 145.00 | 1,740.00T |
| Day 2 - skidsteer hours | 12 | 125.00 | 1,500.00T |
| grader skidsteer | 12 | 165.00 | 1,980.00T |
| truck hours | 12 | 145.00 | 1,740.00T |
| Day 3 - skidsteer hours | 12 | 125.00 | 1,500.00T |
| grader skidsteer | 12 | 165.00 | 1,980.00T |
| truck hours | 4 | 145.00 | 580.00T |
| Day 4 - skidsteer hours | 12 | 125.00 | 1,500.00T |
| grader skidsteer hours | 12 | 165.00 | 1,980.00T |
| truck hours | 12 | 145.00 | 1,740.00T |
| Day 5 - skidsteer hours | 12 | 125.00 | 1,500.00T |
| grader skidsteer hours | 12 | 165.00 | 1,980.00T |
| truck hours | 11 | 145.00 | 1,595.00T |
| Day 6 - skidsteer hours | 12 | 125.00 | 1,500.00T |
| grader skidsteer hours | 12 | 165.00 | 1,980.00T |
| material tons | 812.92 | 4.50 | 3,658.14T |
| crushed gravel tons | 57.10 | 14.00 | 799.40T |

| | |
|---|---|
| SUBTOTAL | 32,732.54 |
| TAX | 668.07 |
| TOTAL | 33,400.61 |

| | |
|---|---|
| TOTAL DUE | **$33,400.61** |

# Exhibit B
## Clausen Construction, Inc.

## Generations Project
## Invoices

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

# Invoice  590



605-878-0254

---

**BILL TO**
Jesse Craig

| | | |
|---|---|---|
| DATE 04/08/2021 | PLEASE PAY $0.00 | DUE DATE 05/08/2021 |

---

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Big Excavator hours | 4 | 195.00 | 780.00T |
| Excavator hours | 4 | 190.00 | 760.00T |
| Excavator hours | 9 | 190.00 | 1,710.00T |
| skidsteer hours | 3 | 100.00 | 300.00T |
| Truck hours | 9 | 100.00 | 900.00T |
| Excavator hours | 9 | 190.00 | 1,710.00T |
| Loader hours | 3 | 165.00 | 495.00T |
| skidsteer hours | 1 | 100.00 | 100.00T |
| Truck hours | 9 | 100.00 | 900.00T |
| Excavator hours | 10.50 | 190.00 | 1,995.00T |
| Truck hours | 10.50 | 100.00 | 1,050.00T |
| Big Excavator hours | 4 | 195.00 | 780.00T |
| Excavator hours | 10.50 | 190.00 | 1,995.00T |
| Loader hours | 4 | 165.00 | 660.00T |
| skidsteer hours | 3 | 100.00 | 300.00T |
| truck hours | 10.50 | 100.00 | 1,050.00T |
| Big excavator hours | 5 | 195.00 | 975.00T |
| Excavator hours | 10.50 | 190.00 | 1,995.00T |
| loader hours | 6 | 165.00 | 990.00T |
| skidsteer hours | 5 | 100.00 | 500.00T |
| Truck hours | 6 | 100.00 | 600.00T |
| Big excavator hours | 4 | 195.00 | 780.00T |
| Excavator hours | 10.50 | 190.00 | 1,995.00T |
| loader hours | 3 | 165.00 | 495.00T |
| skidsteer hours | 3 | 100.00 | 300.00T |

PAID

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| truck hours | 7 | 100.00 | 700.00T |
| Big Excavator hours | 5 | 195.00 | 975.00T |
| Excavator hours | 11 | 190.00 | 2,090.00T |
| loader hours | 4 | 165.00 | 660.00T |
| skidsteer hours | 3 | 100.00 | 300.00T |
| truck hours | 7 | 100.00 | 700.00T |
| Excavator hours | 5 | 190.00 | 950.00T |
| loader hours | 5 | 165.00 | 825.00T |
| truck hours | 5 | 100.00 | 500.00T |
| Big Excavator hours | 11 | 195.00 | 2,145.00T |
| Excavator hours | 11 | 190.00 | 2,090.00T |
| loader hours | 5 | 165.00 | 825.00T |
| packer hours | 11 | 85.00 | 935.00T |
| man hours | 4 | 50.00 | 200.00T |
| Big excavator hours | 6 | 195.00 | 1,170.00T |
| Excavator hours | 10.50 | 190.00 | 1,995.00T |
| packer hours | 10.50 | 85.00 | 892.50T |
| man hours | 4.50 | 50.00 | 225.00T |
| Excavator hours | 10.50 | 190.00 | 1,995.00T |
| packer hours | 10.50 | 85.00 | 892.50T |
| man hours | 10.50 | 50.00 | 525.00T |
| excavator hours | 11 | 190.00 | 2,090.00T |
| loader hours | 6 | 165.00 | 990.00T |
| skidsteer hours | 7 | 100.00 | 700.00T |
| man hours | 6 | 50.00 | 300.00T |
| excavator hours | 6 | 190.00 | 1,140.00T |
| loader hours | 5 | 165.00 | 825.00T |
| skidsteer hoursw | 4 | 100.00 | 400.00T |
| packer hours | 4 | 85.00 | 340.00T |
| excavator hours | 10.50 | 190.00 | 1,995.00T |
| loader hours | 10.50 | 165.00 | 1,732.50T |
| skidsteer hours | 10.50 | 100.00 | 1,050.00T |
| packer hours | 4 | 85.00 | 340.00T |
| excavator hours | 10.50 | 190.00 | 1,995.00T |
| loader hours | 10.50 | 165.00 | 1,732.50T |
| skidsteer hours | 10.50 | 100.00 | 1,050.00T |
| man hours | 4 | 50.00 | 200.00T |

RRSB-Clausen SD Subpoena 0030

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| excavator hours | 8.50 | 190.00 | 1,615.00T |
| man hours | 8.50 | 50.00 | 425.00T |
| excavator hours | 10.50 | 190.00 | 1,995.00T |
| loader hours | 10.50 | 165.00 | 1,732.50T |
| skidsteer hours | 10.50 | 100.00 | 1,050.00T |
| truck hours | 10.50 | 100.00 | 1,050.00T |
| excavator hours | 10.50 | 190.00 | 1,995.00T |
| loader hours | 10.50 | 165.00 | 1,732.50T |
| skidsteer hours | 10.50 | 100.00 | 1,050.00T |
| truck hours | 10.50 | 100.00 | 1,050.00T |
| excavator hours | 10.50 | 190.00 | 1,995.00T |
| loader hours | 10.50 | 165.00 | 1,732.50T |
| skidsteer hours | 10.50 | 100.00 | 1,050.00T |
| truck hours | 10.50 | 100.00 | 1,050.00T |
| excavator hours | 11 | 190.00 | 2,090.00T |
| loader hours | 11 | 165.00 | 1,815.00T |
| skidsteer hours | 11 | 100.00 | 1,100.00T |
| truck hours | 11 | 100.00 | 1,100.00T |

Senior Living

| | |
|---|---|
| SUBTOTAL | 88,212.50 |
| TAX | 1,800.42 |
| TOTAL | 90,012.92 |
| PAYMENT | 90,012.92 |

| TOTAL DUE | $0.00 |
|---|---|

THANK YOU.

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

## Invoice  631



**BILL TO**
Jesse Craig

| | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| | 07/05/2021 | $0.00 | 08/04/2021 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Generation - Level off lower level | | | |
| skidsteer hours | 10 | 100.00 | 1,000.00T |
| skidsteer hours | 10 | 100.00 | 1,000.00T |
| truck hours | 6 | 125.00 | 750.00T |
| 2 men hours | 17 | 65.00 | 1,105.00T |
| crushed gravel tons | 27.82 | 13.50 | 375.57T |
| skidsteer hours | 4.50 | 100.00 | 450.00T |

| | |
|---|---|
| SUBTOTAL | 4,680.57 |
| TAX | 95.53 |
| TOTAL | 4,776.10 |
| PAYMENT | 4,776.10 |
| **TOTAL DUE** | **$0.00** |

THANK YOU.

RRSB-Clausen SD Subpoena 0028

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

## Invoice  715



**BILL TO**
Jesse Craig

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 01/16/2022 | $0.00 | 02/15/2022 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Grade Garage Floor | | | |
| Dec 8 - skidsteer hrs | 9 | 100.00 | 900.00T |
| Grade skidsteer hrs | 9 | 175.00 | 1,575.00T |
| man hrs | 9 | 65.00 | 585.00T |
| Dec 9 - skidsteer hrs | 9 | 100.00 | 900.00T |
| Grade skidsteer hrs | 10 | 175.00 | 1,750.00T |
| 2 men hrs | 18 | 65.00 | 1,170.00T |
| loader hrs | 5 | 175.00 | 875.00T |
| 2 truck hrs | 18 | 135.00 | 2,430.00T |
| Dec 10 - skidsteer hrs | 6.50 | 100.00 | 650.00T |
| grade skidsteer hrs | 6.50 | 175.00 | 1,137.50T |
| 3 men hrs | 19.50 | 65.00 | 1,267.50T |
| loader hrs | 6.50 | 175.00 | 1,137.50T |
| 2 truck hrs | 13 | 135.00 | 1,755.00T |
| 1.5% - Applied on Mar 18, 2022 | | | 246.93T |
| GENERATION | | | |

| | | |
|---|---|---|
| SUBTOTAL | | 16,379.43 |
| TAX | | 1,048.61 |
| TOTAL | | 17,428.04 |
| PAYMENT | | 17,428.04 |
| | | |
| **TOTAL DUE** | | **$0.00** |

THANK YOU.

Clausen Construction Incorporated
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

# Invoice  716



**BILL TO**
Jesse Craig

| DATE | PLEASE PAY | DUE DATE |
|------|------------|----------|
| 01/16/2022 | $0.00 | 02/15/2022 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Parking Lot and sidewalk at Generation | | | |
| East side of Building | | | 5,931.03T |
| North side of Building | | | 3,275.00T |

| | |
|---|---|
| SUBTOTAL | 9,206.03 |
| TAX | 187.90 |
| TOTAL | 9,393.93 |
| PAYMENT | 9,393.93 |

| TOTAL DUE | **$0.00** |
|-----------|-----------|

THANK YOU.

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD 57201 US
clausenconstructioninc@gmail.com

# Invoice  745



**BILL TO**
Jesse Craig

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 05/22/2022 | $0.00 | 06/21/2022 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| GENERATIONS - south side and west side of building | | | |
| April 25 2022 - skidloader hours | 1.50 | 100.00 | 150.00T |
| 3 men hours | 4.50 | 65.00 | 292.50T |
| April 26 2022 - skidsteer hours | 10 | 100.00 | 1,000.00T |
| truck hours | 9 | 135.00 | 1,215.00T |
| 4 men hours | 44 | 65.00 | 2,860.00T |
| loader hours | 6 | 165.00 | 990.00T |
| rock tons | 18 | 26.66 | 479.88T |

PAID

| | |
|---|---|
| SUBTOTAL | 6,987.38 |
| TAX | 142.61 |
| TOTAL | 7,129.99 |
| PAYMENT | 7,129.99 |

| TOTAL DUE | **$0.00** |
|---|---|

THANK YOU.


Senior

# <u>Exhibit C</u>
## Clausen Construction, Inc.

## Parkside Project
## Estimate and Invoices

Clausen Construction, Inc

412 20th Ave NW
Watertown, SD 57201
Phone: (605) 878-0254
Phone: (605) 532-5663
Fax: (605) 878-0267
Email: Clausenconstructioninc@gmail.com

Date:                    5/3/20

To:  Jesse Craig

| | | Job Description | | |
|---|---|---|---|---|
| | | Banquet Development Job | | |

| Qty | Units | Description | Unit Price | Line Total |
|---|---|---|---|---|
| 1.00 | - | Demo and Landfill | $57,364.87 | 57,364.87 |
| 4275.00 | yds | Building area Dig out & truck off site | $4.95 | 21,161.25 |
| 6839.00 | ton | Trucked in Engineered fill | $9.54 | 65,244.06 |
| 650.00 | ton | Granular fill sand under cement | $12.75 | 8,287.5 |
| 442.00 | yds | dig footings | $4.50 | 1,989 |
| 190.00 | yds | column footings | $4.50 | 855 |
| 1264.00 | ton | backfill footings | $5.62 | 7,103.68 |
| | | | | |
| | | Aason Engineering did all the quantities for us on this project as a double check of my figures.  I think we should do demo as time and material.  I do feel my numbers are a little stong on this however I just wanted to cover everything.  I also want to add that no one knows how much material  from the dig out we will be able to reuse so these quantities plus the engineered fill could change. | | 0 |
| | | | | |
| | | **Please call to go over my numbers.  Thank You!** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Excise | | 3,306.53 |
| | | | Total | 165,311.89 |

Thank you for your business!

**INVOICE #520**

412 20th Ave NW
Watertown SD, 57201

PHONE 605.878.0254 | FAX 605.878.0267



PLEASE NOTE THE
NEW ADDRESS &
PHONE NUMBER

**Date:  October 4, 2020**

**BILL TO**

Jesse Craig

**FOR**

Parkside(County Fair) - partial demolition, excavation
and fill

| details | AMOUNT |
|---|---|
| landfill cost | $10,000.00 |
| excavator 45 hrs @ $180 per hour | $8,100.00 |
| sidedump 55 hrs @ $125 per hour | $6,875.00 |
| skidsteer 10 hrs @ $100 per hour | $1,000.00 |
| loader 45 hrs @ $155 per hour | $6,975.00 |
| Aug 10  trucks 12 hours @ $125 per hour | $1,500.00 |
| Aug 11 trucks 15 1/2 hrs @ $125 per hour | $1,937.50 |
| Aug 12 trucks 23 hrs @ $125 per hour | $2,875.00 |
| Aug 13 trucks 29 1/2 hrs @ $125 per hour | $3,687.50 |
| Aug 14 trucks 16.5 hrs @ $125 per hour | $2,062.50 |
| Sept 2 trucks 52.5 hrs @ $125 per hour | $6,562.50 |
| Sept 2 11 hrs excavator @ $180 per hour | $1,980.00 |

RRSB-Clausen SD Subpoena 0035

| | |
|---|---|
| Sept 2 9 hrs loader @ $155 per hour | $1,395.00 |
| Sept 3 44.5 hrs trucks @ $125 per hour | $5,562.50 |
| Sept 3 12 hrs excavator @ 180 per hour | $2,160.00 |
| Sept 3 11 hrs loader @ $155 per hour | $1,705.00 |
| Sept 3 10 hrs man @ $45 per hour | $450.00 |
| Sept 4 12 hrs excavator @ 180 per hour | $2,160.00 |
| Sept 4 16 hrs trucks @ $125 per hour | $2,000.00 |
| Sept 4 saw cut | $500.00 |
| Sept 4 moving fiberoptic | $400.00 |
| Sept 4 10 hrs loader @ $155 per hour | $1,550.00 |
| Sept 9 8 1/2 hrs trucks @ $125 per hour | $1,062.50 |
| Sept 9 12 hrs excavator @ $180 per hour | $2,160.00 |
| Sept 10 11 1/2  hrs excavator @ $180 per hour | $2,070.00 |
| Sept 10 34 hrs trucks @ $125 per hour | $4,250.00 |
| Sept 10 8 hrs loader @ $155 per hour | $1,240.00 |
| Sept 11 29 hrs trucks @ $125 per hour | $3,625.00 |
| Sept 11 5 1/2 hrs jackhammer | $825.00 |
| Sept 11 11 1/2 excavator @ $180 per hour | $2,070.00 |
| Sept 11 9 hrs skidsteer @ $100 per hour | $900.00 |
| Sept 12 7 hrs packer @ $65 per hour | $455.00 |
| Sept 12 7 hrs man @ $45 per hour | $315.00 |
| Sept 12 9 hrs excavator @ $180 per hour | $1,620.00 |
| Sept 12 9 hrs dozer @ $165 per hour | $1,485.00 |

RRSB-Clausen SD Subpoena 0036

| Description | Amount |
|---|---|
| Sept 12 9 hrs packer @ $100 per hour | $900.00 |
| Sept 12 28 1/2 trucks @ $125 per hour | $3,562.50 |
| Sept 12 6 hrs truck @ $125 per hour | $750.00 |
| Sept 12 2 hrs watertruck @ 175 per hour | $350.00 |
| Sept 14 5 hrs man @ $45 per hour | $225.00 |
| Sept 14 5 hrs packer @ $65 per hour | $325.00 |
| Sept 14 24 hrs trucks @ $125 per hour | $3,000.00 |
| Sept 14 13 1/2 hrs excavator @ $180 per hour | $2,430.00 |
| Sept 14 13 1/2 hrs dozer @ $165 per hour | $2,227.50 |
| Sept 14 10 1/2 hrs packer @ $100 per hour | $1,050.00 |
| Sept 14 2 hrs watertruck @ $175 per hour | $350.00 |
| Sept 15 1 hr packer @ $100 per hour | $100.00 |
| Sept 15 10 hrs dozer @ $155 per hour | $1,550.00 |
| Sept 23 2 hrs excavator @ $180 per hour | $360.00 |
| Gravel material | $5,076.03 |

SUBTOTAL  $115,771.03

TOTAL  $115,771.03

Make all Checks Payable to Clausen Construction Inc.

If you have any questions concerning this invoice, use the following contact information:

Ron Clausen, 605.878.0254, clausenconstructioninc@gmail.com

**THANK YOU FOR YOUR BUSINESS!**

RRSB-Clausen SD Subpoena 0037

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

# Invoice  554



**BILL TO**
Jesse Craig

*Parkside*

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 11/15/2020 | $0.00 | 12/15/2020 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| mini excavator | 8.50 | 145.00 | 1,232.50 |
| skid steer | 8.50 | 100.00 | 850.00 |
| 2 packers with men | 20 | 65.00 | 1,300.00 |
| trucks | 12.50 | 125.00 | 1,562.50 |
| mini excavator | 10 | 145.00 | 1,450.00 |
| skid steer | 10 | 100.00 | 1,000.00 |
| 2 packers with men | 20 | 65.00 | 1,300.00 |
| big packer | 4 | 100.00 | 400.00 |
| trucks | 20 | 125.00 | 2,500.00 |
| mini excavator | 12 | 145.00 | 1,740.00 |
| skid steer | 12 | 100.00 | 1,200.00 |
| 3 packers and men | 36 | 65.00 | 2,340.00 |
| big packer | 3 | 100.00 | 300.00 |
| trucks | 24 | 125.00 | 3,000.00 |
| mini excavator | 12 | 145.00 | 1,740.00 |
| skid steer | 12 | 100.00 | 1,200.00 |
| 3 packers and men | 36 | 65.00 | 2,340.00 |
| trucks | 12 | 125.00 | 1,500.00 |
| mini excavator | 8.50 | 145.00 | 1,232.50 |
| skid steer | 8.50 | 100.00 | 850.00 |
| packer and man | 8.50 | 65.00 | 552.50 |
| skid steer | 10.50 | 100.00 | 1,050.00 |
| 3 packers and men | 31.50 | 65.00 | 2,047.50 |
| 2 men | 21 | 45.00 | 945.00 |
| truck | 10.50 | 125.00 | 1,312.50 |

PAID

| DESCRIPTION | QTY | RATE | | AMOUNT |
|---|---|---|---|---|
| loader | 10.50 | 155.00 | | 1,627.50 |
| skid steer | 10.50 | 100.00 | | 1,050.00 |
| 3 packers and men | 31.50 | 65.00 | | 2,047.50 |
| 2 men | 21 | 45.00 | | 945.00 |
| 2 trucks | 21 | 125.00 | | 2,625.00 |
| loader | 10.50 | 155.00 | | 1,627.50 |

Parkside (County Fair) fill, dig footings and back fill footings

| PAYMENT | 44,867.50 |
|---|---|
| TOTAL DUE | $0.00 |

THANK YOU.

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

# Invoice  572

*County Fair*



**BILL TO**
Jesse Craig

| | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| | 12/21/2020 | $0.00 | 01/20/2021 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Loader | 4 | 155.00 | 620.00 |
| excavator | 9 | 180.00 | 1,620.00 |
| skid steer | 9 | 100.00 | 900.00 |
| 2 trucks | 11 | 125.00 | 1,375.00 |
| loader | 10 | 155.00 | 1,550.00 |
| excavator | 10 | 180.00 | 1,800.00 |
| skid steer | 10 | 100.00 | 1,000.00 |
| 4 trucks | 40 | 125.00 | 5,000.00 |
| loader | 10 | 155.00 | 1,550.00 |
| excavator | 10 | 180.00 | 1,800.00 |
| skid steer | 10 | 100.00 | 1,000.00 |
| 4 trucks | 40 | 125.00 | 5,000.00 |
| 4 trucks | 20 | 125.00 | 2,500.00 |
| excavator | 5 | 180.00 | 900.00 |
| loader | 5 | 155.00 | 775.00 |
| loader | 10 | 155.00 | 1,550.00 |
| dozer | 10 | 165.00 | 1,650.00 |
| packer | 10 | 100.00 | 1,000.00 |
| 2 trucks | 20 | 125.00 | 2,500.00 |
| loader | 10.50 | 155.00 | 1,627.50 |
| dozer | 10.50 | 165.00 | 1,732.50 |
| packer | 10.50 | 100.00 | 1,050.00 |
| 4 trucks | 42 | 125.00 | 5,250.00 |
| loader | 10.50 | 155.00 | 1,627.50 |
| loader | 10 | 155.00 | 1,550.00 |

PAID

RRSB-Clausen SD Subpoena 0019

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| dozer | 10 | 165.00 | 1,650.00 |
| packer | 10 | 100.00 | 1,000.00 |
| 4 trucks | 40 | 125.00 | 5,000.00 |
| 4 trucks | 42 | 125.00 | 5,250.00 |
| dozer | 10.50 | 165.00 | 1,732.50 |
| loader | 10.50 | 155.00 | 1,627.50 |
| packer | 10.50 | 100.00 | 1,050.00 |
| loader | 10 | 155.00 | 1,550.00 |
| dozer | 10 | 165.00 | 1,650.00 |
| packer | 10 | 100.00 | 1,000.00 |
| 4 trucks | 40 | 125.00 | 5,000.00 |
| loader | 7 | 155.00 | 1,085.00 |
| packer | 7 | 100.00 | 700.00 |
| dozer | 7 | 165.00 | 1,155.00 |
| 4 trucks | 28 | 125.00 | 3,500.00 |
| loader | 10.50 | 155.00 | 1,627.50 |
| packer | 10.50 | 100.00 | 1,050.00 |
| dozer | 10.50 | 165.00 | 1,732.50 |
| 4 trucks | 42 | 125.00 | 5,250.00 |
| loader | 5 | 155.00 | 775.00 |
| packer | 5 | 100.00 | 500.00 |
| dozer | 5 | 165.00 | 825.00 |
| 4 trucks | 20 | 125.00 | 2,500.00 |
| Material cost | | | 32,768.08 |

| Senior Living project | | |
|---|---|---|
| | PAYMENT | 126,905.58 |
| | TOTAL DUE | $0.00 |

THANK YOU.

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

## Invoice  585



**BILL TO**
Jesse Craig

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 01/18/2021 | $0.00 | 02/17/2021 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| skidsteer hours cleaning snow | 5 | 100.00 | 500.00 |
| skidsteer hours | 3 | 100.00 | 300.00 |
| excavator hours | 9 | 185.00 | 1,665.00 |
| dozer hours | 9 | 165.00 | 1,485.00 |
| man hours | 9 | 45.00 | 405.00 |
| excavator hours | 8.50 | 185.00 | 1,572.50 |
| dozer hours | 8.50 | 165.00 | 1,402.50 |
| man hours | 8.50 | 45.00 | 382.50 |
| excavator hours | 4.50 | 185.00 | 832.50 |
| dozer hours | 4.50 | 165.00 | 742.50 |
| Footings | | | |

PAYMENT                          9,287.50

TOTAL DUE                    **$0.00**

THANK YOU.

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

# Invoice  634



**BILL TO**
Jesse Craig

| | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| | 07/05/2021 | $0.00 | 08/04/2021 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Parkside | | | |
| Truck hours | 5 | 125.00 | 625.00T |
| men hours | 20 | 65.00 | 1,300.00T |
| skidsteer hours | 9 | 100.00 | 900.00T |
| skidsteer hours | 10.50 | 100.00 | 1,050.00T |
| skidsteer hours | 4.50 | 100.00 | 450.00T |
| men hours | 18 | 65.00 | 1,170.00T |

PAID

| | |
|---|---|
| SUBTOTAL | 5,495.00 |
| TAX | 112.15 |
| TOTAL | 5,607.15 |
| PAYMENT | 5,607.15 |

| TOTAL DUE | **$0.00** |
|---|---|

THANK YOU.

# <u>Exhibit D</u>
## Clausen Construction, Inc.

## The Lofts Project
## Estimate and Invoices

# Clausen Construction, Inc

# Job Estimate

412 20th Ave NW
Watertown, SD 57201
Phone: (605) 878-0254
Phone: (605) 532-5663
Fax: (605) 878-0267
Email: Clausenconstructioninc@gmail.com

Date: _7/18/19_

To: _Heilman Const._

_Lofts_

## Job Description

_Demolition_

| Quantity | Description | | Unit Price | Line Total |
|---|---|---|---|---|
| | Demolition of Burrito on broadway, | | | |
| | Finish cleaning up Harbor Bar area | | | |
| | and removing basement underneath | | | |
| | south parking lot. Owners will | | | |
| | be responsible for all saw cuts, | | | |
| | + shoring if needed. | | | $73,000.00 |
| | Cost my be more. if some un forseen | | | |
| | problems come up. My Price is set at | | | |
| | 1000 TN Hauled to Landfill anything over | | | |
| | with Cost more | | | |
| | Digging footings and bring in some | | | |
| | gravel will be $25,000.00  but may | | | |
| | be more or less all depends | | | $25,000.00 |
| | on the final design. | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | |

Quotation prepared by: _____
This is quotation on the goods named subject to conditions noted below.
(Describe any conditions pertaining to these pricesand any additional terms of the agreement.
You may want to include contingencies that will affect the quotation.)

To accept this quotation, sign here and return:_____

Thank you for your business!

Form # 17396

**INVOICE #367**

# CLAUSEN CONSTRUCTION, INC.

412 20TH AVE NW
WATERTOWN SD, 57201

PHONE 605.878.0254 | FAX 605.878.0267

**DATE**



**PLEASE NOTE THE
NEW ADDRESS &
PHONE NUMBER**

**BILL TO**

THE LOFTS

**FOR**

SAND AND BACKFILLING

| DETAILS | AMOUNT |
|---|---|
| HAULING SAND OUT 48 HRS (TRUCK AND LOADER) | $13,920.00 |
| BACKFILL AROUND ELEVATOR SHAFT | $2,342.00 |
| BACKFILL BEHIND WALLS (4 FT UP ON WALL) | $6,596.20 |
| DIGGING FOOTINGS | $16,000.00 |

|  |  |
|---|---|
| SUBTOTAL | $38,858.20 |
| TAX RATE | |
| TOTAL | $38,858.20 |

MAKE ALL CHECKS PAYABLE TO CLAUSEN CONSTRUCTION INC.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS INVOICE, USE THE FOLLOWING CONTACT
INFORMATION:

RON CLAUSEN, 605.878.0254, CLAUSENCONSTRUCTIONINC@GMAIL.COM

**THANK YOU FOR YOUR BUSINESS!**

RRSB-Clausen SD Subpoena 0033

**INVOICE #470**

412 20th Ave NW
Watertown SD, 57201

PHONE 605.878.0254 | FAX 605.878.0267



PLEASE NOTE THE
NEW ADDRESS &
PHONE NUMBER

**Date: August 8, 2020**

## BILL TO

The Lofts

## FOR

finish work

**details**

**AMOUNT**

| details | AMOUNT |
|---|---|
| Pearock okayed by Jesse - 125 ton @ $14.50 per ton | $1,812.50 |
| 2 men pulling out pilings | $1,850.00 |
| Black dirt | $380.00 |

SUBTOTAL  $4,042.50

Excise tax  2.0%

TOTAL  $4,125.01

Make all Checks Payable to Clausen Construction Inc.

If you have any questions concerning this invoice, use the following contact information:

Ron Clausen, 605.878.0254, clausenconstructioninc@gmail.com

**THANK YOU FOR YOUR BUSINESS!**

# <u>Exhibit E</u>
## Clausen Construction, Inc.

## Craig Lake Property Invoice

**Clausen Construction Incorporated**
45852 169th St
Watertown, SD  57201 US
clausenconstructioninc@gmail.com

# Invoice  726



| BILL TO | | | |
|---|---|---|---|
| Jesse Craig | | | |

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 02/18/2022 | $2,335.84 | 03/20/2022 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Lake home | | | 17,500.00T |

| | |
|---|---|
| SUBTOTAL | 17,500.00 |
| TAX | 357.18 |
| TOTAL | 17,857.18 |
| PAYMENT | 15,521.34 |

**TOTAL DUE** **$2,335.84**

THANK YOU.

RRSB-Clausen SD Subpoena 0038