# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> Generations on 1st, LLC, <br><br>           Debtor. | Case No.: 25-30002 <br><br> Chapter 11 <br><br> (Main Case) |
| In Re: <br><br> Parkside Place, LLC, <br><br>           Debtor. | Case No.: 25-30003 <br><br> Chapter 11 <br><br> (Jointly Administered) |
| In Re: <br><br> The Ruins, LLC, <br><br>           Debtor. | Case No.: 25-30004 <br><br> Chapter 11 |

**DECLARATION OF RICK LANG (R.L. DRYWALL AND INSULATION, INC.) CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

STATE OF SOUTH DAKOTA    )
                         ) SS
COUNTY OF MINNEHAHA      )

Rick Lang, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Certification. The evidence set out in this Certification is based on my personal knowledge.

2. I am the President of R.L. Drywall and Insulation, Inc. ("R.L. Drywall") located in Sioux Falls, South Dakota and have been employed by R.L. Drywall since 1988. R.L. Drywall provides drywall and insulation materials and labor.

3. I am the records custodian for R.L. Drywall.

4. R.L. Drywall was subpoenaed for records in the lawsuit *Red River State Bank v. The Ruins, LLC, et. al.*, Codington County Circuit Court, South Dakota, Case No. 14CIV24-68. R.L. Drywall responded to the subpoena and provided documents as requested.

5. I have personal knowledge of the construction of the Parkside Place apartment building located at 8 2nd St NE, Watertown, South Dakota (the "Parkside Project"). R.L. Drywall provided drywall materials and labor for the Parkside Project.

6. I have personal knowledge of the construction of the mixed-use building located at 10 N. Broadway, Watertown, South Dakota (the "Lofts Project"). R.L. Drywall provided drywall materials and labor for the Lofts Project.

7. True and correct copies of R.L. Drywall's Invoices (Nos. 8447 and 8447-2) and payment records for the Parkside Project are attached as **Exhibit A**.

8. True and correct copies of R.L. Drywall's Invoices (Nos. 7845, 7845-2, and 7845-3) and payment records for the Lofts Project are attached as **Exhibit B**.

9. The documents attached as **Exhibits A (Parkside) and B (Lofts)** were made at or near the time of the events set forth therein by myself and other people with knowledge of those matters.

10. It was the regular practice of R.L. Drywall's business activities to make the records and/or to keep copies from information transmitted by the records attached as **Exhibits A and B**.

11. The records attached as **Exhibits A and B** were kept in the regular course of business activity.

12. I certify under penalty of perjury that the foregoing is true and correct.

Executed on 13th day of October, 2025.

*Rick Lang*
Rick Lang (Oct 13, 2025 14:25:51 CDT)
Rick Lang, President

4927-6857-2273 v.1

2

# Exhibit A

# R.L. Drywall and Insulation Services, Inc.

# Parkside Project
## Invoices Nos. 8447 and 8447-2
## Payment Records

**R.L. Drywall and Insulation, Inc.**
520 S. Valley View Road
Sioux Falls, SD 57106

Voice: 605-274-7008
Fax:   605-274-0088

# INVOICE

Invoice Number: 8447
Invoice Date: Apr 15, 2021
Page: 1

| Bill To: | Ship to: |
|---|---|
| Parkside Place, LLC<br>1405 1st Ave<br>North Fargo, ND 58102 | Pd 6/3/21  #38022 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| PARKPL | 8 2nd St NE / Watertown | Net 30 Days |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** / **Due Date** |
|  | Airborne |  / 5/15/21 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
|  |  | 1ST DRAW DRYWALL |  | 130,000.00 |

| | | |
|---|---|---|
| Subtotal | | 130,000.00 |
| Sales Tax | | |
| Total Invoice Amount | | 130,000.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **130,000.00** |

Check/Credit Memo No:

**R.L. Drywall and Insulation, Inc.**
520 S. Valley View Road
Sioux Falls, SD 57106

Voice: 605-274-7008
Fax:   605-274-0088

# INVOICE

Invoice Number: 8447-2
Invoice Date:   Jun 8, 2021
Page:           1

**Bill To:**
Parkside Place, LLC
1405 1st Ave
North Fargo, ND 58102

**Ship to:**
Pd  9/23/21
   38524

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| PARKPL | 8 2ND ST NE/WATERTOWN | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|  |  |  | 7/8/21 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
|  |  | DRYWALL AS PER BID  $228000.00 |  | 98,000.00 |
|  |  | 1ST DRAW 4/12/21  -$130000.00 |  |  |
|  |  | BALANCE DUE  $98000.00 |  |  |

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 98,000.00 |
| Sales Tax | |
| Total Invoice Amount | 98,000.00 |
| Payment/Credit Applied | |
| **TOTAL** | **98,000.00** |

RRSB-R.L. Drywall and Insulation Inc. SD Subpoena 0028

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38022

**** ONE HUNDRED THIRTY THOUSAND AND 00/100 DOLLARS

05/26/21          $130,000.00*

TO THE
ORDER OF

RL DRYWALL AND INSULATION
520 S VALLEY VIEW ROAD
SIOUX FALLS, SD  57106

Business Account

Authorized Signature

6957

DATE:05/26/21  CK#:38022  TOTAL:$130,000.00*  BANK:1120 - Craig Properties, LLC
PAYEE:RL DRYWALL AND INSULATION(rl)

| Property | Account | Invoice | Description | Amount |
|---|---|---|---|---|
| 0824 | 6200 | | | 130,000.00 |
| | | | | 130,000.00 |

RRSB-R.L. Drywall and Insulation Inc. SD Subpoena 0027

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

Community Credit Union
4521, 19th Avenue South
Fargo, ND 58103

77-7869/2913

38528

**** NINETY EIGHT THOUSAND AND 00/100 DOLLARS

08/19/21          $98,000.00**

TO THE ORDER OF

RL DRYWALL AND INSULATION
520 S VALLEY VIEW ROAD
SIOUX FALLS, SD  57106

Business Account

Authorized Signature

6957

DATE:08/19/21  CK#:38528  TOTAL:$98,000.00**  BANK:1120 - Craig Properties, LLC
PAYEE:RL DRYWALL AND INSULATION(rl)

| Property | Account | Invoice | Description | Amount |
|---|---|---|---|---|
| 0824 | 6200 | | | 98,000.00 |
| | | | | 98,000.00 |

RRSB-R.L. Drywall and Insulation Inc. SD Subpoena 0029

# Exhibit B

# R.L. Drywall and Insulation Services, Inc.

# Lofts Project
## Invoices Nos. 7845, 7845-2, and 7845-3
## Payment Records

**R.L. Drywall and Insulation, Inc.**
520 S. Valley View Road
Sioux Falls, SD 57106

# INVOICE

| | |
|---|---|
| Invoice Number: | 7845 |
| Invoice Date: | May 26, 2020 |
| Page: | 1 |

Voice: 605-274-7008
Fax:   605-274-0088

**Bill To:**
Heilman Homes
507 11th St SE Ste 2
Watertown, SD 57201

**Ship to:**
Pd 6/11/20
22405

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| HEIL | 10 N BROADWAY/WATERTOWN | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
|  |  |  | 6/25/20 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
|  |  | DRYWALL 1ST DRAW |  | 103,000.00 |

| | |
|---|---|
| Subtotal | 103,000.00 |
| Sales Tax | |
| Total Invoice Amount | 103,000.00 |
| Payment/Credit Applied | |
| **TOTAL** | **103,000.00** |

Check/Credit Memo No:

RRSB-R.L. Drywall and Insulation Inc. SD Subpoena 0043

**R.L. Drywall and Insulation, Inc.**
520 S. Valley View Road
Sioux Falls, SD 57106

Voice: 605-274-7008
Fax: 605-274-0088

# INVOICE

Invoice Number: 7845-2
Invoice Date: Jul 6, 2020
Page: 1

**Bill To:**
Heilman Homes
507 11th St SE Ste 2
Watertown, SD 57201

**Ship to:**
pd 8/13/20
25129

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HEIL | 10 N BROADWAY/WATERTOWN | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | | | 8/5/20 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | DRYWALL 2ND DRAW | | 87,000.00 |

| | |
|---|---|
| Subtotal | 87,000.00 |
| Sales Tax | |
| Total Invoice Amount | 87,000.00 |
| Payment/Credit Applied | |
| TOTAL | 87,000.00 |

Check/Credit Memo No:

# R.L. Drywall and Insulation, Inc.
520 S. Valley View Road
Sioux Falls, SD 57106

Voice: 605-274-7008
Fax: 605-274-0088

# INVOICE

Invoice Number: 7845-3
Invoice Date: Sep 28, 2020
Page: 1

**Bill To:**
Heilman Homes
507 11th St SE Ste 2
Watertown, SD 57201

**Ship to:**
PA 11/25/20
34925

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HEIL | 10 N BROADWAY/WATERTOWN | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | | | 10/28/20 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | Total | DRYWALL AS PER BID $230100.00 FRAMING MATERIAL & LABOR AS PER QUOTE 2/7/20 $5950.00 $236050.00 DRAW 5/26/20 -$103000.00 DRAW 7/3/20 -$87000.00 BALANCE DUE $46050.00 | | 46,050.00 |

| | |
|---|---|
| Subtotal | 46,050.00 |
| Sales Tax | |
| Total Invoice Amount | 46,050.00 |
| Payment/Credit Applied | |
| **TOTAL** | **46,050.00** |

Check/Credit Memo No:

RRSB-R.L. Drywall and Insulation Inc. SD Subpoena 0047

**FIRST DAKOTA TITLE - WATERTOWN**
ESCROW ACCOUNT
168 NORTH BROADWAY
WATERTOWN, SD 57201
605-886-5139

**GREAT WESTERN BANK**
78-873/914

22405
22405

June 04, 2020

$103,000.00

One Hundred Three Thousand and 00/100 ************************************************************************************ Dollars

R.L. Drywall and Insulation, Inc.
520 S. Valley View Rd.
Sioux Falls, SD 57106

SD19269171

VOID AFTER 90 DAYS

*Nancy Aes*

AUTHORIZED SIGNATURE

⑰O88⑰

---

FIRST DAKOTA TITLE - WATERTOWN • GREAT WESTERN BANK • ESCROW ACCOUNT • 168 NORTH BROADWAY • WATERTOWN, SD 57201

22405
22405

DATE: 6/4/2020
BUYER: The Lofts, LLC
PROPERTY ADDRESS: 1 tbd, Watertown, SD 57201
PAYEE: R.L. Drywall and Insulation, Inc.

FILE: SD19269171

CHECK AMOUNT: $103,000.00
SETTLEMENT DATE:

6/4/2020: Disbursement to R.L. Drywall and Insulation, Inc.                                                                 $103,000.00

**FIRST DAKOTA TITLE - WATERTOWN**
ESCROW ACCOUNT
168 NORTH BROADWAY
WATERTOWN, SD 57201
605-886-5139

GREAT WESTERN BANK
78-873/914

25129
25129

August 06, 2020

$87,000.00

Eighty Seven Thousand and 00/100 ************************************************************************** Dollars

R.L. Drywall and Insulation, Inc.
520 S. Valley View Rd.
Sioux Falls, SD 57106

SD19269171

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑈7088⑈

---

FIRST DAKOTA TITLE - WATERTOWN • GREAT WESTERN BANK • ESCROW ACCOUNT • 168 NORTH BROADWAY • WATERTOWN, SD 57201

25129
25129

DATE: 8/6/2020
BUYER: The Lofts, LLC
PROPERTY ADDRESS: 1 tbd, Watertown, SD 57201
PAYEE: R.L. Drywall and Insulation, Inc.

FILE: SD19269171

CHECK AMOUNT: $87,000.00
SETTLEMENT DATE:

8/6/2020: Disbursement to R.L. Drywall and Insulation, Inc.                                                           $87,000.00

RRSB-R.L. Drywall and Insulation Inc. SD Subpoena 0046