UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>     Debtor. | Case No.:  25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>     Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTES ACCOMPANYING SEPTEMBER MONTHLY
OPERATING REPORT FOR PARKSIDE PLACE, LLC**

1.      **Cash Balance Beginning of the Month.** At the beginning of the month, the Debtor maintained $75,853.15 in its checking account and $73,500.00 in it IOLTA account, resulting in a total cash balance of $149,353.15.

2.      **Total Receipts.** According to the September bank statement, total deposits for the month were $42,257.78. That figure consists of a $1,025.00 security deposit return processed on September 8. After excluding this non-operating item, the Debtor's net operating receipts for the month total $41,232.78.

3.      **Cash Balance End of Month.** The ending cash balance reported on the Monthly Operating Report is $160,217.00. This amount reflects the adjusted cash position of both the Debtor's operating account and IOLTA account. As of month-end, the Starion Bank operating account reflected a balance of $87,741.88, and the IOLTA account held $73,500.00, resulting in a combined actual bank balance of $161,241.88. The difference of $1,025.00 between the MOR and the combined bank balances is attributable to a non-operating receipt that was excluded from the MOR to accurately reflect only operating cash on hand.

1

4.     **Accounts Receivable.** The reported accounts receivable balance consists of charges related to a late fee and outstanding electric utility charges.

5.     **New Leases Signed, Short Cancel Notification, and Lease Ended.** One unit (Unit #2301) vacated at the end of September. A lease renewal was executed for Unit #2408 during the reporting period. No new notices to vacate were received, and there are no short-term cancellations or evictions to report.

6.     **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly set off by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

**Balance Sheet**

Owner =  PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = Sep 2025

Book = Cash

| ACCOUNT | | CURRENT BALANCE |
|---|---|---|
| 1112 | Parkside Apartment DIP Checking | 60,666.38 |
| 1132 | Parkside Real Estate Tax Escrow | 17,753.00 |
| **1150** | **Total DIP Checking Account** | **78,419.38** |
| | | |
| 1151 | TIF Value | 1,463,012.38 |
| 1152 | Parkside Security Deposit DIP Savings Acct | 40,069.84 |
| 1155 | The Dakota Bankruptcy Firm Trust | 73,500.00 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 6,870,000.00 |
| 1630 | Appliances/AC | 205,000.00 |
| 1700 | Land | 425,000.00 |
| 1710 | Total Property and Equipment | 7,500,000.00 |
| | | |
| **1990** | **Total Assets** | **9,155,001.60** |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | Liabilities | |
| 2112 | Parkside Security Deposits DIP Acct | 40,069.48 |
| 2700 | Mortgage 1st | 5,053,886.84 |
| 2705 | TIF Mortgage | 1,463,012.38 |
| 2990 | Total Liabilities | 6,476,829.74 |
| | | |
| 3000 | Capital | |
| 3200 | Owner Contribution | 2,818.76 |
| 3800 | Retained Earnings | 2,675,353.10 |
| 3890 | Total Capital | 2,678,171.86 |
| | | |
| **3990** | **Total Liabilities & Capital** | **9,155,001.60** |

10/13/2025 2:34 PM

## 12 Months Cash Flow Statement

Parkside Place

Month = Sep 2025

Book = Cash

| ACCOUNT | | Sep 2025 | Total |
|---|---|---|---|
| **4000** | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 40,703.00 | 40,703.00 |
| 4301 | CAM | 786.19 | 786.19 |
| 4710 | Less: Incentives | -50.00 | -50.00 |
| 4715 | Less:  HME Incentives | -350.00 | -350.00 |
| 4720 | Delinquency | 317.90 | 317.90 |
| 4810 | Plus: Prepaid Rent/HOA | 3,450.00 | 3,450.00 |
| 4990 | Net Rent/HOA Income | 44,857.09 | 44,857.09 |
| | | | |
| 5990 | Total Income | 44,857.09 | 44,857.09 |
| | | | |
| **6000** | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 177.00 | 177.00 |
| 6210 | Repairs/Maintenance | 628.29 | 628.29 |
| 6235 | Electrical/Fire Prevention | 415.00 | 415.00 |
| 6236 | Elevator | 494.05 | 494.05 |
| 6260 | Resident Manager | 235.38 | 235.38 |
| 6290 | Janitorial | 464.93 | 464.93 |
| 6990 | Total Maintenance Expenses | 2,414.65 | 2,414.65 |
| | | | |
| 7000 | Operating Expenses | | |
| 7010 | Offsite Office Rent | 1,312.50 | 1,312.50 |
| 7030 | Offsite Office Utilities | 28.95 | 28.95 |
| 7040 | Offsite Office Equip/Supplies | 214.56 | 214.56 |
| 7057 | Software Fee | 38.00 | 38.00 |
| 7130 | Internet & Phone Costs/Service | 247.51 | 247.51 |
| 7400 | Property Management | 2,242.85 | 2,242.85 |
| 7440 | Insurance | 1,678.60 | 1,678.60 |

**Page 1 of 2**

10/13/2025 2:34 PM

**12 Months Cash Flow Statement**

Parkside Place

Month = Sep 2025

Book = Cash

| ACCOUNT | | Sep 2025 | Total |
|---|---|---|---|
| 7800 | Electricity-Vacant | 66.70 | 66.70 |
| 7801 | Electricity-Building | 361.60 | 361.60 |
| 7861 | Gas-Building | 190.65 | 190.65 |
| 7870 | Water & Sewer | 1,867.76 | 1,867.76 |
| 7990 | Total Operating Expenses | 8,249.68 | 8,249.68 |
| | | | |
| 8001 | Other Expenses | | |
| 8004 | Misc. PM Fees | 200.00 | 200.00 |
| 8005 | Misc Professional Fees | 250.00 | 250.00 |
| 8006 | Manager Oversite $45/unit | 1,755.00 | 1,755.00 |
| 8020 | Total Other Expenses | 2,205.00 | 2,205.00 |
| | | | |
| 8990 | Total Expenses | 12,869.33 | 12,869.33 |
| | | | |
| **9090** | **NET INCOME** | **31,987.76** | **31,987.76** |
| | | | |
| | ADJUSTMENTS | | |
| 1132 | Parkside Real Estate Tax Escrow | -2,958.80 | -2,958.80 |
| 2700 | Mortgage 1st | -14,500.00 | -14,500.00 |
| | | | |
| | TOTAL ADJUSTMENTS | -17,458.80 | -17,458.80 |
| | | | |
| | CASH FLOW | 14,528.96 | 14,528.96 |


# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 09/30/2025*

PARKSIDE PLACE LLC                                  *Page 1 of 6*
Customer Number:

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379



## Managing Your Accounts

| | | |
|---|---|---|
| Branch | | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| Phone | | 701.281.5600 |
| Website | | Starionbank.com |

---

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | | $87,741.88 |

## ND STAR CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/30/2025 | **Beginning Balance** | **$75,853.15** |
| | 17 Credit(s) This Period | $42,257.78 |
| | 19 Debit(s) This Period | $30,369.05 |
| 09/30/2025 | **Ending Balance** | **$87,741.88** |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2025 | CP BUSINESS MANA ParkRentCA XXXXX6888 | $4,589.19 |
| 09/03/2025 | CP BUSINESS MANA ParkRent XXXXX6888 | $7,045.00 |
| 09/05/2025 | YARDI CARD DEP 1112Transf XXXXX6114 | $4,852.87 |
| 09/08/2025 | YARDI CARD DEP 1112Transf XXXXX6701 | $1,025.00 |
| 09/08/2025 | CPBUSINESSMANAGE Settlement 000024886210998 | $6,985.00 |
| 09/08/2025 | EDEPOSIT | $2,050.00 |
| 09/08/2025 | EDEPOSIT | $4,100.00 |
| 09/08/2025 | xfer from 8658 to 8688 - 2301 1025 | $1,025.00 |
| 09/09/2025 | YARDI CARD DEP 1112Transf XXXXX9127 | $1,025.00 |
| 09/09/2025 | CPBUSINESSMANAGE Settlement 000024903073862 | $1,025.00 |
| 09/10/2025 | YARDI CARD DEP 1112Transf XXXXX1040 | $1,025.00 |
| 09/10/2025 | CPBUSINESSMANAGE Settlement 000024916902342 | $2,050.00 |
| 09/12/2025 | YARDI CARD DEP 1112Transf XXXXX5482 | $1,557.00 |
| 09/16/2025 | YARDI CARD DEP 1112Transf XXXXX0774 | $787.00 |
| 09/17/2025 | EDEPOSIT | $2,057.58 |
| 09/18/2025 | YARDI CARD DEP 1112Transf XXXXX4679 | $19.14 |
| 09/30/2025 | EDEPOSIT | $1,040.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 20120 | 09/15/2025 | $30.00 | 20125* | 09/03/2025 | $725.00 | 20128* | 09/03/2025 | $200.00 |


EQUAL HOUSING LENDER    Member FDIC

PARKSIDE PLACE LLC                                    Statement Ending 09/30/2025                    Page 2 of 6

---

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  (1) Tell us your name and account number (if any).
  (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

***What To Do If You Think You Find A Mistake On Your Statement***

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

  (1) *Account information:* Your name and account number
  (2) *Dollar amount:* The dollar amount of the suspected error
  (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

  (1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
  (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
  (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
  (4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

  (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
  (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
  (3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

---

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | | |
|---|---|---|
| **NEW BALANCE** | $ | |
| TRANSFER AMOUNT FROM OTHER SIDE | | |
| **ADD** | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | |
| **SUB TOTAL** | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
| **NUMBER** | **AMOUNT** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➝ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE   **BALANCE** | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 09/30/2025*

PARKSIDE PLACE LLC                                    *Page 3 of 6*
Customer Number:

## ND STAR CHECKING -                        ontinued)

### Checks Cleared (continued)

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 20130* | 09/05/2025 | $156.26 | 20136 | 09/15/2025 | $318.60 | 20143* | 09/23/2025 | $71.03 |
| 20131 | 09/02/2025 | $4,878.87 | 20137 | 09/08/2025 | $247.51 | 20145* | 09/23/2025 | $600.92 |
| 20132 | 09/15/2025 | $30.00 | 20138 | 09/05/2025 | $2,078.76 | 20147* | 09/30/2025 | $1,562.08 |
| 20133 | 09/19/2025 | $70.00 | 20139 | 09/08/2025 | $294.17 | 20148 | 09/30/2025 | $1,678.60 |
| 20134 | 09/11/2025 | $14,500.00 | 20140 | 09/10/2025 | $245.68 | | | |
| 20135 | 09/08/2025 | $132.75 | 20141 | 09/12/2025 | $2,548.82 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09/02/2025 | $70,974.28 | 09/10/2025 | $103,691.21 | 09/17/2025 | $90,665.37 |
| 09/03/2025 | $81,683.47 | 09/11/2025 | $89,191.21 | 09/18/2025 | $90,684.51 |
| 09/05/2025 | $84,301.32 | 09/12/2025 | $88,199.39 | 09/19/2025 | $90,614.51 |
| 09/08/2025 | $98,811.89 | 09/15/2025 | $87,820.79 | 09/23/2025 | $89,942.56 |
| 09/09/2025 | $100,861.89 | 09/16/2025 | $88,607.79 | 09/30/2025 | $87,741.88 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

PARKSIDE PLACE LLC | Statement Ending 09/30/2025 | Page 4 of 6



#20120    09/15/2025    $30.00



#20125    09/03/2025    $725.00



#20128    09/03/2025    $200.00



#20130    09/05/2025    $156.26



#20131    09/02/2025    $4,878.87



#20132    09/15/2025    $30.00



#20133    09/19/2025    $70.00



#20134    09/11/2025    $14,500.00



#20135    09/08/2025    $132.75



#20136    09/15/2025    $318.60

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 09/30/2025**

PARKSIDE PLACE LLC    Page 5 of 6

Customer Number:



#20137    09/08/2025    $247.51



#20138    09/05/2025    $2,078.76



#20139    09/08/2025    $294.17



#20140    09/10/2025    $245.68



#20141    09/12/2025    $2,548.82



#20143    09/23/2025    $71.03



#20145    09/23/2025    $600.92



#20147    09/30/2025    $1,562.08



#20148    09/30/2025    $1,678.60

Starionbank.com

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

---

| Balance Per Bank Statement as of 09/30/2025 | | | | 87,741.88 |
|---|---|---|---|---|

**Outstanding Deposits**

| Deposit Date | Deposit Number | | | Amount |
|---|---|---|---|---|
| 09/28/2025 | 312 | :CC Deposit | | 1,025.00 |
| 09/29/2025 | 313 | :ACH Deposit | | 970.00 |
| 09/30/2025 | 315 | :CC Deposit | | 1,025.00 |
| 09/30/2025 | 2089 | | | 324.56 |
| 09/30/2025 | 314 | :ACH Deposit | | 1,025.00 |
| **Plus: Outstanding Deposits** | | | | **4,369.56** |

**Outstanding Checks**

| Check Date | Check Number | Payee | | Amount |
|---|---|---|---|---|
| 05/31/2025 | 20076 | ELITE DRAIN & SEWER | | 283.55 |
| 07/15/2025 | 20109 | BRADLEY WARNS | | 204.25 |
| 09/15/2025 | 20144 | JORDAN BERNDT | | 115.00 |
| 09/30/2025 | 20146 | JESSE CRAIG | | 1,755.00 |
| 09/30/2025 | 20149 | Alexis Burbach | | 194.35 |
| 09/30/2025 | 20150 | BRADLEY WARNS | | 32.00 |
| 09/30/2025 | 20151 | BLUEPEAK | | 247.51 |
| 09/30/2025 | 20152 | Capital One Commercial | | 27.37 |
| 09/30/2025 | 20153 | IKES WINDOW WASHING | | 111.51 |
| 09/30/2025 | 20154 | SCHUMACHER | | 494.05 |
| 09/30/2025 | 20155 | THE FIRE GROUP | | 415.00 |
| 09/30/2025 | 20156 | WHITE GLOVE CLEANING | | 174.30 |
| 09/30/2025 | 20158 | WHITE GLOVE CLEANING | | 424.80 |
| 09/30/2025 | 20159 | WMU WATERTOWN MUNICIPAL UTILITIES | | 2,459.78 |
| 09/30/2025 | 20160 | CP BUSINESS MANAGEMENT | | 5,183.20 |
| **Less: Outstanding Checks** | | | | **12,121.67** |

**Other Items**

| Date | Notes | | | Amount |
|---|---|---|---|---|
| 01/31/2025 | JE 4027 | RE Tax Escrow (payable 4/31) | | -6,903.87 |
| 02/15/2025 | JE 4028 | RE Tax Escrow (payable 4/31) | | -3,950.00 |
| 03/15/2025 | JE 4029 | RE Tax Escrow (payable 4/31) | | -6,903.87 |
| 05/15/2025 | JE 4143 | :PostRecurring RE Tax Escrow (payable 10 | | -2,958.80 |
| 07/15/2025 | JE 4200 | :PostRecurring RE Tax Escrow (payable 10 | | -2,958.80 |
| 08/15/2025 | JE 4225 | :PostRecurring RE Tax Escrow (payable 10 | | -2,958.80 |
| 09/01/2025 | RC 33513 | Returned item ZACHARY REUSCHLEIN | | -330.60 |
| 09/15/2025 | JE 4233 | :PostRecurring RE Tax Escrow (payable 10 | | -2,958.80 |
| **Plus / Minus: Other Items** | | | | **-29,923.54** |
| **Reconciled Bank Balance** | | | | **50,066.23** |

| Balance per GL as of 09/30/2025 | | | | 60,666.38 |
|---|---|---|---|---|
| **Reconciled Balance Per G/L** | | | | **60,666.38** |

| **Difference** | | | | **-10,600.15** |
|---|---|---|---|---|

**Cleared Items:**
**Cleared Checks**

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|-------:|--------------|
| 01/31/2025 | 20003 | ACTIVE HEATING INC | 329.22 | 02/28/2025 |
| 01/31/2025 | 20004 | Alexis Burbach | 755.16 | 02/28/2025 |
| 01/31/2025 | 20005 | BLUEPEAK | 247.63 | 02/28/2025 |
| 01/31/2025 | 20006 | CP BUSINESS MANAGEMENT | 19.13 | 02/28/2025 |
| 01/31/2025 | 20007 | GLASS PRODUCTS | 334.16 | 02/28/2025 |
| 01/31/2025 | 20008 | JAXON SCHMIDT | 120.00 | 02/28/2025 |
| 01/31/2025 | 20009 | SETHS SCAPES | 260.19 | 02/28/2025 |
| 01/31/2025 | 20010 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,392.90 | 02/28/2025 |
| 01/31/2025 | 20011 | Mindy Craig | 11.25 | 02/28/2025 |
| 01/31/2025 | 20013 | CP BUSINESS MANAGEMENT | 984.48 | 02/28/2025 |
| 01/31/2025 | 20014 | JESSE CRAIG | 849.03 | 02/28/2025 |
| 01/31/2025 | 20015 | CP BUSINESS MANAGEMENT | 38.00 | 02/28/2025 |
| 01/29/2025 | 20002 | Mindy Craig | 1,748.74 | 02/28/2025 |
| 02/12/2025 | 20012 | RED RIVER STATE BANK | 14,500.00 | 02/28/2025 |
| 02/27/2025 | 20016 | CP BUSINESS MANAGEMENT | 1,741.90 | 02/28/2025 |
| 02/28/2025 | 20017 | BRIANS GLASS AND DOOR | 175.00 | 03/31/2025 |
| 02/28/2025 | 20018 | GEORGES SANITATION | 207.09 | 03/31/2025 |
| 02/28/2025 | 20019 | DAKOTA CLEAN LLC | 159.30 | 03/31/2025 |
| 02/28/2025 | 20020 | WHITE GLOVE CLEANING | 424.80 | 03/31/2025 |
| 02/28/2025 | 20021 | Alexis Burbach | 894.85 | 03/31/2025 |
| 02/28/2025 | 20022 | BLUEPEAK | 247.63 | 03/31/2025 |
| 02/28/2025 | 20023 | JAXON SCHMIDT | 94.88 | 03/31/2025 |
| 02/28/2025 | 20024 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 1,889.21 | 03/31/2025 |
| 02/28/2025 | 20025 | CP BUSINESS MANAGEMENT | 4,275.13 | 03/31/2025 |
| 02/28/2025 | 20026 | JESSE CRAIG | 1,755.00 | 03/31/2025 |
| 02/28/2025 | 20028 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,922.06 | 03/31/2025 |
| 02/28/2025 | 20029 | LIBBY BURGHARDT | 262.50 | 03/31/2025 |
| 03/05/2025 | 20027 | RED RIVER STATE BANK | 14,500.00 | 03/31/2025 |
| 03/14/2025 | 20030 | JOHNSON | 300.00 | 03/31/2025 |
| 03/14/2025 | 20031 | NEWMAN | 943.50 | 03/31/2025 |
| 03/18/2025 | 20032 | CP BUSINESS MANAGEMENT | 1,699.41 | 03/31/2025 |
| 03/28/2025 | 20033 | JESSE CRAIG | 1,755.00 | 04/30/2025 |
| 03/31/2025 | 20034 | Alexis Burbach | 277.58 | 04/30/2025 |
| 03/31/2025 | 20035 | BLUEPEAK | 247.63 | 04/30/2025 |
| 03/31/2025 | 20036 | Capital One Commercial | 2.29 | 04/30/2025 |
| 03/31/2025 | 20037 | GEORGES SANITATION | 207.09 | 04/30/2025 |
| 03/31/2025 | 20038 | IKES WINDOW WASHING | 116.82 | 04/30/2025 |
| 03/31/2025 | 20039 | JAXON SCHMIDT | 120.00 | 04/30/2025 |
| 03/31/2025 | 20040 | SIGN PRO | 116.10 | 04/30/2025 |
| 03/31/2025 | 20041 | TURFWURX PROPERTY MAINTENANCE | 124.79 | 04/30/2025 |
| 03/31/2025 | 20042 | WHITE GLOVE CLEANING | 504.45 | 04/30/2025 |
| 03/31/2025 | 20043 | AUTOMATIC BUILDING CONTROLS | 923.94 | 04/30/2025 |
| 03/31/2025 | 20044 | Alexis Burbach | 497.55 | 04/30/2025 |
| 03/31/2025 | 20046 | CP BUSINESS MANAGEMENT | 5,173.20 | 04/30/2025 |
| 03/31/2025 | 20047 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,566.49 | 04/30/2025 |
| 03/31/2025 | 20045 | SCHUMACHER | 477.58 | 04/30/2025 |
| 03/31/2025 | 20050 | CP BUSINESS MANAGEMENT | 40.70 | 04/30/2025 |
| 04/10/2025 | 20048 | RED RIVER STATE BANK | 14,500.00 | 04/30/2025 |
| 04/14/2025 | 20049 | CODINGTON COUNTY TREASURER | 20,711.62 | 04/30/2025 |
| 04/16/2025 | 20051 | Alexis Burbach | 101.55 | 04/30/2025 |
| 04/16/2025 | 20052 | JAXON SCHMIDT | 45.00 | 04/30/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 04/28/2025 | 20053 | CP BUSINESS MANAGEMENT | 1,741.90 | 04/30/2025 |
| 04/30/2025 | 20054 | BLUEPEAK | 247.77 | 05/30/2025 |
| 04/30/2025 | 20055 | Capital One Commercial | 30.83 | 05/30/2025 |
| 04/30/2025 | 20056 | DAKOTA CLEAN LLC | 1,375.29 | 05/30/2025 |
| 04/30/2025 | 20057 | ELITE DRAIN & SEWER | 283.55 | 05/30/2025 |
| 04/30/2025 | 20058 | GEORGES SANITATION | 207.09 | 05/30/2025 |
| 04/30/2025 | 20059 | LARRYS LUMBER, INC | 223.02 | 05/30/2025 |
| 04/30/2025 | 20060 | TURFWURX PROPERTY MAINTENANCE | 217.71 | 05/30/2025 |
| 04/30/2025 | 20061 | U.S. TRUSTEES | 339.00 | 05/30/2025 |
| 04/30/2025 | 20062 | WHITE GLOVE CLEANING | 451.35 | 05/30/2025 |
| 04/30/2025 | 20063 | Alexis Burbach | 607.60 | 05/30/2025 |
| 04/30/2025 | 20064 | CP BUSINESS MANAGEMENT | 4,324.26 | 05/30/2025 |
| 04/30/2025 | 20065 | JESSE CRAIG | 1,755.00 | 05/30/2025 |
| 04/30/2025 | 20066 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,553.73 | 05/30/2025 |
| 05/12/2025 | 20067 | RED RIVER STATE BANK | 14,500.00 | 05/30/2025 |
| 05/15/2025 | 20068 | Alexis Burbach | 621.14 | 05/30/2025 |
| 05/15/2025 | 20069 | BRADLEY WARNS | 64.00 | 05/30/2025 |
| 05/19/2025 | ACH ONLINE | U.S. TRUSTEES | 150.00 | 05/30/2025 |
| 05/28/2025 | 20070 | CP BUSINESS MANAGEMENT | 1,741.90 | 05/30/2025 |
| 05/31/2025 | 20071 | JESSE CRAIG | 1,755.00 | 06/30/2025 |
| 05/31/2025 | 20072 | Alexis Burbach | 121.86 | 06/30/2025 |
| 05/31/2025 | 20073 | BRADLEY WARNS | 64.00 | 06/30/2025 |
| 05/31/2025 | 20074 | AUTOMATIC BUILDING CONTROLS | 276.12 | 06/30/2025 |
| 05/31/2025 | 20077 | HOMEMAKER'S VILLA | 1,249.20 | 06/30/2025 |
| 05/31/2025 | 20078 | POPHAM CONSTRUCTION | 318.60 | 06/30/2025 |
| 05/31/2025 | 20079 | RUSCO WINDOW | 101.03 | 06/30/2025 |
| 05/31/2025 | 20080 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 06/30/2025 |
| 05/31/2025 | 20081 | WHITE GLOVE CLEANING | 658.84 | 06/30/2025 |
| 05/31/2025 | 20082 | DAKOTA CLEAN LLC | 318.60 | 06/30/2025 |
| 05/31/2025 | 20083 | GEORGES SANITATION | 207.09 | 06/30/2025 |
| 05/31/2025 | 20085 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,460.79 | 06/30/2025 |
| 05/31/2025 | 20086 | CP BUSINESS MANAGEMENT | 4,826.26 | 06/30/2025 |
| 05/31/2025 | 20084 | BLUEPEAK | 247.77 | 06/30/2025 |
| 06/11/2025 | 20087 | RED RIVER STATE BANK | 14,500.00 | 06/30/2025 |
| 06/13/2025 | 20088 | OSENDORF | 444.25 | 07/31/2025 |
| 06/15/2025 | 20089 | Alexis Burbach | 389.57 | 06/30/2025 |
| 06/15/2025 | 20090 | BRADLEY WARNS | 32.00 | 07/31/2025 |
| 06/30/2025 | 20091 | JESSE CRAIG | 1,755.00 | 07/31/2025 |
| 06/30/2025 | 20092 | Alexis Burbach | 169.26 | 07/31/2025 |
| 06/30/2025 | 20093 | BLUEPEAK | 247.77 | 07/31/2025 |
| 06/30/2025 | 20094 | BRADLEY WARNS | 256.00 | 07/31/2025 |
| 06/30/2025 | 20095 | BRIANS GLASS AND DOOR | 56.44 | 07/31/2025 |
| 06/30/2025 | 20096 | Capital One Commercial | 19.68 | 07/31/2025 |
| 06/30/2025 | 20097 | CP BUSINESS MANAGEMENT | 1,741.90 | 07/31/2025 |
| 06/30/2025 | 20098 | IKES WINDOW WASHING | 111.51 | 07/31/2025 |
| 06/30/2025 | 20099 | JORDAN BERNDT | 60.00 | 07/31/2025 |
| 06/30/2025 | 20100 | SCHUMACHER | 494.05 | 07/31/2025 |
| 06/30/2025 | 20101 | WHITE GLOVE CLEANING | 743.40 | 07/31/2025 |
| 06/30/2025 | 20102 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,523.96 | 07/31/2025 |
| 06/30/2025 | 20104 | CP BUSINESS MANAGEMENT | 4,701.56 | 07/31/2025 |
| 06/30/2025 | 20105 | LIBBY BURGHARDT | 105.00 | 07/31/2025 |
| 06/30/2025 | 20107 | CP BUSINESS MANAGEMENT | 125.00 | 07/31/2025 |
| 07/10/2025 | 20103 | RED RIVER STATE BANK | 14,500.00 | 07/31/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| Date | Check # | Payee | Amount | Date Cleared |
|---|---|---|---|---|
| 07/14/2025 | 20110 | SCHENKEL | 255.50 | 07/31/2025 |
| 07/15/2025 | 20108 | Alexis Burbach | 477.58 | 07/31/2025 |
| 07/25/2025 | 20111 | LIBERTY MUTUAL INSURANCE | 1,699.41 | 08/29/2025 |
| 07/31/2025 | 20112 | JESSE CRAIG | 1,755.00 | 08/29/2025 |
| 07/31/2025 | 20113 | BLUEPEAK | 247.51 | 08/29/2025 |
| 07/31/2025 | 20114 | CP BUSINESS MANAGEMENT | 6.26 | 08/29/2025 |
| 07/31/2025 | 20115 | GEORGES SANITATION | 430.11 | 08/29/2025 |
| 07/31/2025 | 20116 | U.S. TRUSTEES | 513.00 | 08/29/2025 |
| 07/31/2025 | 20117 | WHITE GLOVE CLEANING | 424.80 | 08/29/2025 |
| 07/31/2025 | 20118 | WMU WATERTOWN MUNICIPAL UTILITIES | 22.14 | 08/29/2025 |
| 07/31/2025 | 20119 | Alexis Burbach | 368.12 | 08/29/2025 |
| 07/31/2025 | 20120 | JORDAN BERNDT | 30.00 | 09/30/2025 |
| 07/31/2025 | 20121 | LIBBY BURGHARDT | 78.75 | 08/29/2025 |
| 07/31/2025 | 20122 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,354.01 | 08/29/2025 |
| 07/31/2025 | 20124 | CP BUSINESS MANAGEMENT | 4,798.63 | 08/29/2025 |
| 08/11/2025 | 20123 | RED RIVER STATE BANK | 14,500.00 | 08/29/2025 |
| 08/14/2025 | 20125 | BOT | 725.00 | 09/30/2025 |
| 08/15/2025 | 20126 | Alexis Burbach | 162.49 | 08/29/2025 |
| 08/15/2025 | 20127 | BRADLEY WARNS | 96.00 | 08/29/2025 |
| 08/20/2025 | 20128 | BOT | 200.00 | 09/30/2025 |
| 08/29/2025 | 20129 | JESSE CRAIG | 1,755.00 | 08/29/2025 |
| 08/31/2025 | 20130 | Alexis Burbach | 156.26 | 09/30/2025 |
| 08/31/2025 | 20131 | CP BUSINESS MANAGEMENT | 4,878.87 | 09/30/2025 |
| 08/31/2025 | 20132 | JORDAN BERNDT | 30.00 | 09/30/2025 |
| 08/31/2025 | 20133 | LIBBY BURGHARDT | 70.00 | 09/30/2025 |
| 08/31/2025 | 20135 | AMERICAN CARPET CARE, INC | 132.75 | 09/30/2025 |
| 08/31/2025 | 20136 | AUTOMATIC BUILDING CONTROLS | 318.60 | 09/30/2025 |
| 08/31/2025 | 20137 | BLUEPEAK | 247.51 | 09/30/2025 |
| 08/31/2025 | 20138 | HOMEMAKER'S VILLA | 2,078.76 | 09/30/2025 |
| 08/31/2025 | 20139 | NARDINI / PYE BARKER | 294.17 | 09/30/2025 |
| 08/31/2025 | 20140 | WHITE GLOVE CLEANING | 245.68 | 09/30/2025 |
| 08/31/2025 | 20141 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,548.82 | 09/30/2025 |
| 08/31/2025 | 20147 | CP BUSINESS MANAGEMENT | 1,562.08 | 09/30/2025 |
| 09/05/2025 | 20134 | RED RIVER STATE BANK | 14,500.00 | 09/30/2025 |
| 09/15/2025 | 20143 | Alexis Burbach | 71.03 | 09/30/2025 |
| 09/17/2025 | 20145 | GLASS PRODUCTS | 600.92 | 09/30/2025 |
| 09/30/2025 | 20148 | CP BUSINESS MANAGEMENT | 1,678.60 | 09/30/2025 |
| **Total Cleared Checks** | | | **251,102.08** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 2023 | yardi test ach | 0.20 | 01/31/2025 |
| 01/30/2025 | 2025 | tx from 1110 | 1.00 | 01/31/2025 |
| 02/02/2025 | 202 | :CC Deposit | 2,940.00 | 02/28/2025 |
| 02/03/2025 | 203 | :ACH/WIPS Deposit | 4,520.00 | 02/28/2025 |
| 02/03/2025 | 204 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2012 | | 4,563.54 | 02/28/2025 |
| 02/03/2025 | 2016 | ACH BATCH 2/3/25 | 7,940.00 | 02/28/2025 |
| 02/03/2025 | 2018 | starion 273434019 | 925.00 | 02/28/2025 |
| 02/03/2025 | 2019 | starion 1490040068 | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2022 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 205 | :CC Deposit | 3,100.00 | 02/28/2025 |
| 02/05/2025 | 207 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/05/2025 | 206 | :ACH Deposit | 1,025.00 | 02/28/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 02/06/2025 | 2020 | starion 273962511 | 5,965.00 | 02/28/2025 |
| 02/06/2025 | 208 | :ACH Deposit | 970.00 | 02/28/2025 |
| 02/12/2025 | 2017 | | 925.00 | 02/28/2025 |
| 02/12/2025 | 2021 | | 925.00 | 02/28/2025 |
| 02/14/2025 | 210 | :ACH/WIPS Deposit | 567.00 | 02/28/2025 |
| 02/14/2025 | 2030 | :CC Deposit | 950.00 | 02/28/2025 |
| 02/19/2025 | 2024 | ach | 25.65 | 02/28/2025 |
| 02/24/2025 | 212 | :CC Deposit | 925.00 | 02/28/2025 |
| 02/28/2025 | 214 | :CC Deposit | 1,965.00 | 03/31/2025 |
| 02/28/2025 | 2036 | HME WIRE 2/2/25 | 4,759.12 | 02/28/2025 |
| 03/01/2025 | 218 | :CC Deposit | 2,950.00 | 03/31/2025 |
| 03/03/2025 | 220 | :ACH/WIPS Deposit | 7,045.00 | 03/31/2025 |
| 03/03/2025 | 221 | :CC Deposit | 850.00 | 03/31/2025 |
| 03/03/2025 | 2033 | | 4,589.19 | 03/31/2025 |
| 03/03/2025 | 2034 | | 6,890.00 | 03/31/2025 |
| 03/03/2025 | 2035 | ach | 980.00 | 03/31/2025 |
| 03/04/2025 | 213 | :ACH Deposit (2/28) | 2,835.00 | 03/31/2025 |
| 03/05/2025 | 223 | :CC Deposit | 1,025.00 | 03/31/2025 |
| 03/05/2025 | 2032 | starion 276961936 | 5,095.00 | 03/31/2025 |
| 03/05/2025 | 222 | :ACH Deposit | 1,025.00 | 03/31/2025 |
| 03/07/2025 | 224 | :ACH Deposit | 1,025.00 | 03/31/2025 |
| 03/20/2025 | 2037 | starion 278630839 | 925.00 | 03/31/2025 |
| 03/21/2025 | 225 | :CC Deposit | 1,315.48 | 03/31/2025 |
| 03/28/2025 | 2038 | starion 279536808 | 1,935.00 | 03/31/2025 |
| 03/28/2025 | 226 | :ACH Deposit | 1,895.00 | 04/30/2025 |
| 03/30/2025 | 228 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 03/31/2025 | 227 | :ACH Deposit | 200.00 | 04/30/2025 |
| 04/01/2025 | 230 | :ACH/WIPS Deposit | 3,965.00 | 04/30/2025 |
| 04/01/2025 | 231 | :CC Deposit | 4,030.59 | 04/30/2025 |
| 04/02/2025 | 233 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 04/02/2025 | 2039 | starion 280087307 | 1,025.00 | 04/30/2025 |
| 04/02/2025 | 232 | :ACH Deposit | 945.00 | 04/30/2025 |
| 04/03/2025 | 2040 | | 4,589.19 | 04/30/2025 |
| 04/03/2025 | 2041 | | 7,870.00 | 04/30/2025 |
| 04/04/2025 | 235 | :CC Deposit | 965.24 | 04/30/2025 |
| 04/04/2025 | 234 | :ACH Deposit | 1,025.00 | 04/30/2025 |
| 04/05/2025 | 236 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 04/07/2025 | 238 | :ACH/WIPS Deposit | 2,050.00 | 04/30/2025 |
| 04/09/2025 | 2042 | starion 280855745 | 4,995.00 | 04/30/2025 |
| 04/10/2025 | 239 | :CC Deposit | 925.00 | 04/30/2025 |
| 04/11/2025 | 240 | :ACH Deposit | 825.00 | 04/30/2025 |
| 04/12/2025 | 2045 | internal tx | 5.49 | 04/30/2025 |
| 04/28/2025 | 242 | :CC Deposit | 1,070.66 | 05/30/2025 |
| 04/28/2025 | 241 | :ACH Deposit | 1,895.00 | 05/30/2025 |
| 04/30/2025 | 2044 | starion | 2,562.55 | 05/30/2025 |
| 04/30/2025 | 243 | :ACH Deposit | 945.00 | 05/30/2025 |
| 05/01/2025 | 245 | :ACH/WIPS Deposit | 6,015.00 | 05/30/2025 |
| 05/01/2025 | 246 | :CC Deposit | 2,990.00 | 05/30/2025 |
| 05/02/2025 | 248 | :CC Deposit | 2,890.00 | 05/30/2025 |
| 05/02/2025 | 247 | :ACH Deposit | 1,025.00 | 05/30/2025 |
| 05/04/2025 | 250 | :CC Deposit | 925.00 | 05/30/2025 |
| 05/04/2025 | 2049 | | 4,589.19 | 05/30/2025 |
| 05/04/2025 | 2050 | | 5,920.00 | 05/30/2025 |
| 05/04/2025 | 2053 | PART OF LARGE ACH BATCH | 1,950.00 | 05/30/2025 |
| 05/05/2025 | 251 | :CC Deposit | 1,025.00 | 05/30/2025 |
| 05/05/2025 | 2046 | starion 283701532 | 2,050.00 | 05/30/2025 |
| 05/05/2025 | 249 | :ACH Deposit | 1,025.00 | 05/30/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 05/06/2025 | 252 | :ACH Deposit | 1,325.00 | 05/30/2025 |
| 05/09/2025 | 2047 | starion 284321166 | 1,920.00 | 05/30/2025 |
| 05/11/2025 | 2051 | RE-RUN ACH | 1,025.00 | 05/30/2025 |
| 05/12/2025 | 2052 | FROM NSF FEE | 50.00 | 05/30/2025 |
| 05/12/2025 | 253 | :ACH Deposit | 725.00 | 05/30/2025 |
| 05/13/2025 | 2048 | starion 284667948 | 1,025.00 | 05/30/2025 |
| 05/16/2025 | 254 | :CC Deposit | 88.29 | 05/30/2025 |
| 05/24/2025 | 2061 | | 392.76 | 06/30/2025 |
| 05/29/2025 | 256 | :ACH Deposit | 970.00 | 06/30/2025 |
| 05/31/2025 | 257 | :ACH Deposit | 945.00 | 06/30/2025 |
| 06/01/2025 | 260 | :CC Deposit | 5,840.00 | 06/30/2025 |
| 06/02/2025 | 262 | :ACH/WIPS Deposit | 6,019.25 | 06/30/2025 |
| 06/02/2025 | 263 | :CC Deposit | 2,050.00 | 06/30/2025 |
| 06/02/2025 | 2054 | starion 286883171 | 1,147.00 | 06/30/2025 |
| 06/02/2025 | 2055 | starion 286883474 | 3,045.00 | 06/30/2025 |
| 06/03/2025 | 265 | :CC Deposit | 1,157.24 | 06/30/2025 |
| 06/03/2025 | 2064 | starion ACH | 4,589.19 | 06/30/2025 |
| 06/03/2025 | 2065 | ACH | 6,845.00 | 06/30/2025 |
| 06/03/2025 | 264 | :ACH Deposit | 925.00 | 06/30/2025 |
| 06/04/2025 | 266 | :CC Deposit | 1,025.00 | 06/30/2025 |
| 06/05/2025 | 267 | :ACH Deposit | 1,025.00 | 06/30/2025 |
| 06/09/2025 | 2056 | starion 287712932 | 2,050.00 | 06/30/2025 |
| 06/09/2025 | 2057 | starion 287717631 | 230.74 | 06/30/2025 |
| 06/10/2025 | 268 | :ACH Deposit | 500.00 | 06/30/2025 |
| 06/11/2025 | 2058 | staion 287987265 | 2,050.00 | 06/30/2025 |
| 06/12/2025 | 269 | :CC Deposit | 61.94 | 06/30/2025 |
| 06/12/2025 | 2066 | ACH | 100.00 | 06/30/2025 |
| 06/18/2025 | 270 | :CC Deposit | 1,025.00 | 06/30/2025 |
| 06/30/2025 | 272 | :ACH/WIPS Deposit | 1,223.42 | 07/31/2025 |
| 07/01/2025 | 275 | :ACH/WIPS Deposit | 4,970.00 | 07/31/2025 |
| 07/01/2025 | 276 | :CC Deposit | 4,060.00 | 07/31/2025 |
| 07/02/2025 | 277 | :CC Deposit | 3,930.00 | 07/31/2025 |
| 07/02/2025 | 2060 | | 4,070.00 | 07/31/2025 |
| 07/03/2025 | 279 | :CC Deposit | 925.00 | 07/31/2025 |
| 07/03/2025 | 2068 | | 4,589.19 | 07/31/2025 |
| 07/03/2025 | 2069 | | 6,020.00 | 07/31/2025 |
| 07/03/2025 | 278 | :ACH Deposit | 975.00 | 07/31/2025 |
| 07/05/2025 | 281 | :CC Deposit | 1,025.00 | 07/31/2025 |
| 07/07/2025 | 280 | :ACH Deposit | 2,050.00 | 07/31/2025 |
| 07/09/2025 | 282 | :ACH Deposit | 1,550.00 | 07/31/2025 |
| 07/10/2025 | 2063 | starion 291143991 | 1,090.00 | 07/31/2025 |
| 07/18/2025 | 2067 | starion 292008026 | 2,876.75 | 07/31/2025 |
| 07/21/2025 | 283 | :ACH Deposit | 1,045.20 | 07/31/2025 |
| 07/28/2025 | 284 | :ACH Deposit | 1,025.00 | 08/29/2025 |
| 07/31/2025 | 286 | :CC Deposit | 940.00 | 08/29/2025 |
| 07/31/2025 | 285 | :ACH Deposit | 500.00 | 08/29/2025 |
| 08/01/2025 | 288 | :ACH/WIPS Deposit | 6,010.00 | 08/29/2025 |
| 08/01/2025 | 289 | :CC Deposit | 4,060.00 | 08/29/2025 |
| 08/02/2025 | 290 | :CC Deposit | 1,965.00 | 08/29/2025 |
| 08/03/2025 | 2074 | | 4,589.19 | 08/29/2025 |
| 08/03/2025 | 2075 | | 6,020.00 | 08/29/2025 |
| 08/03/2025 | 2076 | PART OF LARGE ACH BATCH | 1,025.00 | 08/29/2025 |
| 08/04/2025 | 292 | :ACH/WIPS Deposit | 2,000.00 | 08/29/2025 |
| 08/04/2025 | 293 | :CC Deposit | 525.00 | 08/29/2025 |
| 08/04/2025 | 2070 | starion 293854456 | 4,770.00 | 08/29/2025 |
| 08/05/2025 | 294 | :CC Deposit | 1,025.00 | 08/29/2025 |
| 08/08/2025 | 295 | :CC Deposit | 826.50 | 08/29/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 08/11/2025 | 2071 | starion 294608237 | 3,075.00 | 08/29/2025 |
| 08/11/2025 | 2072 | starion 294615068 | 1,025.00 | 08/29/2025 |
| 08/13/2025 | 2073 | starion 294869005 | 964.83 | 08/29/2025 |
| 08/15/2025 | 2082 | BANK FEE TX FROM GEN | 20.00 | 08/29/2025 |
| 08/16/2025 | 296 | :CC Deposit | 350.00 | 08/29/2025 |
| 08/20/2025 | 297 | :ACH Deposit | 50.00 | 08/29/2025 |
| 08/22/2025 | 298 | :CC Deposit | 575.00 | 08/29/2025 |
| 08/27/2025 | 2077 | starion 296430576 | 800.60 | 08/29/2025 |
| 09/01/2025 | 302 | :CC Deposit | 4,852.87 | 09/30/2025 |
| 09/02/2025 | 301 | :ACH/WIPS Deposit | 6,985.00 | 09/30/2025 |
| 09/02/2025 | 303 | :CC Deposit | 1,025.00 | 09/30/2025 |
| 09/03/2025 | 305 | :CC Deposit | 1,025.00 | 09/30/2025 |
| 09/03/2025 | 2078 | | 4,589.19 | 09/30/2025 |
| 09/03/2025 | 2079 | | 7,045.00 | 09/30/2025 |
| 09/03/2025 | 304 | :ACH Deposit | 1,025.00 | 09/30/2025 |
| 09/04/2025 | 307 | :ACH/WIPS Deposit | 2,050.00 | 09/30/2025 |
| 09/04/2025 | 308 | :CC Deposit | 1,025.00 | 09/30/2025 |
| 09/08/2025 | 309 | :CC Deposit | 1,557.00 | 09/30/2025 |
| 09/08/2025 | 2080 | starion 297660279 | 4,100.00 | 09/30/2025 |
| 09/08/2025 | 2081 | starion 297672846 | 2,050.00 | 09/30/2025 |
| 09/09/2025 | 310 | :CC Deposit | 787.00 | 09/30/2025 |
| 09/14/2025 | 311 | :CC Deposit | 19.14 | 09/30/2025 |
| 09/17/2025 | 2083 | starion 298689083 | 2,057.58 | 09/30/2025 |
| 09/30/2025 | 2084 | starion 300121661 | 1,040.00 | 09/30/2025 |
| **Total Cleared Deposits** | | | **333,238.96** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 1 | yardi | -0.23 | 01/31/2025 |
| 02/03/2025 | 2 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 3 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/28/2025 | 4 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | JE 4006 | Returned item charge | -5.00 | 02/28/2025 |
| 02/05/2025 | RC 31367 | Returned item MARLYS HOLUBOK | -995.00 | 02/28/2025 |
| 03/14/2025 | JE 4075 | :Prog Gen Move Out transfer (MITCHELL NEWMAN) - Receipt #31881 | 980.00 | 03/31/2025 |
| 03/14/2025 | JE 4079 | move johnsons deposit into checking for return | 1,025.00 | 03/31/2025 |
| 03/14/2025 | RC 31633 | Returned item JOSHUA MEEHL | -940.00 | 03/31/2025 |
| 04/14/2025 | JE 4095 | Tx RE Escrow to checking for 4/31 pymt | 17,757.54 | 05/31/2025 |
| 04/14/2025 | JE 4099 | :Prog Gen Move Out transfer (RILEY CASPER) - Receipt #32173 | 980.00 | 04/30/2025 |
| 04/15/2025 | JE 4118 | :PostRecurring RE Tax Escrow (payable 10/31) | -2,958.80 | 05/30/2025 |
| 05/06/2025 | 5 | STARION FINANCIAL | -5.00 | 05/30/2025 |
| 05/16/2025 | 7 | Starion Bank | -20.00 | 05/30/2025 |
| 05/10/2025 | RC 32459 | Returned item Mark P Keller | -1,025.00 | 05/30/2025 |
| 06/13/2025 | JE 4154 | :Prog Gen Move Out transfer (INDY OSENDORF) - Receipt #32822 | 1,025.00 | 06/30/2025 |
| 06/13/2025 | JE 4155 | :Prog Gen Move Out transfer (NATHAN SIK) - Receipt #32823 | 1,025.00 | 06/30/2025 |
| 06/15/2025 | JE 4164 | | 20.00 | 06/30/2025 |
| 06/15/2025 | JE 4178 | :PostRecurring RE Tax Escrow (payable 10/31) | -2,958.80 | 06/30/2025 |

**PARKSIDE DIP APT**

**Bank Rec In-Progress Report**

| 07/14/2025 | JE 4191 | :Prog Gen Move Out transfer (NATHAN SCHENKEL) - Receipt #33078 | 925.00 | 07/31/2025 |
| 07/14/2025 | JE 4209 | holden deposit moved to checking | 750.00 | 07/31/2025 |
| 08/06/2025 | RC 33286 | Returned item LIZETTE SALGADO | -1,025.00 | 08/29/2025 |
| 08/14/2025 | JE 4213 | :Prog Gen Move Out transfer (ANDREW BOT)  - Receipt #33455 | 925.00 | 08/29/2025 |
| 09/07/2025 | JE 4218 | :Prog Gen Move Out transfer (SHANYA MEHLHAFF) - Receipt #33791 | 1,025.00 | 09/30/2025 |

**Total Cleared Other Items**                                                                                     **16,444.71**

 **Starion Bank**

PO Box 848
Mandan, ND 58554

*Statement Ending 09/30/2025*

*PARKSIDE PLACE LLC*                                        Page 1 of 4
**Customer Number:**

>002670 7008222 0001 92855 10Z

00571471
DC02

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

| **Managing Your Accounts** | |
|---|---|
| 🏛 Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| 👤 Phone | 701.281.5600 |
| 🖥 Website | Starionbank.com |

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | | $40,069.48 |

## REGULAR SAVINGS NON PERS -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/01/2025 | Beginning Balance | $41,634.64 |
| | 5 Credit(s) This Period | $5,409.84 |
| | 5 Debit(s) This Period | $6,975.00 |
| 09/30/2025 | Ending Balance | $40,069.48 |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 07/01/2025 Through 09/30/2025 | |
| Annual Percentage Yield Earned | 0.10% |
| Interest Days | 92 |
| Interest Earned | $9.84 |
| Interest Paid This Period | $9.84 |
| Interest Paid Year-to-Date | $24.97 |
| Average Ledger Balance | $41,083.00 |
| Average Available Balance | $41,083.00 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **07/01/2025** | **Beginning Balance** | | | **$41,634.64** |
| 07/10/2025 | EDEPOSIT | | $1,025.00 | $42,659.64 |
| 07/14/2025 | 119494 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8688 ON 7/14/25 | | $1,675.00 | $44,334.64 |
| 07/14/2025 | 120056 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8688 ON 7/14/25 | | $1,675.00 | $46,009.64 |
| 07/14/2025 | 118865 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 7/14/25 | $1,675.00 | | $44,334.64 |
| 07/14/2025 | 119430 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 7/14/25 | $1,675.00 | | $42,659.64 |
| 07/14/2025 | 120586 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 7/14/25 | $1,675.00 | | $40,984.64 |
| 07/31/2025 | EDEPOSIT | | $1,025.00 | $42,009.64 |
| 08/15/2025 | 779503 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8688 ON 8/15/25 | $925.00 | | $41,084.64 |
| 09/08/2025 | xfer from 8658 to 8688 - 2301 1025 | $1,025.00 | | $40,059.64 |

 EQUAL HOUSING LENDER  Member **FDIC**

PARKSIDE PLACE LLC

Statement Ending 09/30/2025

Page 2 of 4

CSTMTADV 1071 0001 126 07 20251001 Pg 1 OF 2
00571471  56707624.1   0-0

0-0

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

***What To Do If You Think You Find A Mistake On Your Statement***

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| **ADD** | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE   BALANCE | | | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE



# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 09/30/2025*

*PARKSIDE PLACE LLC*                                    *Page 3 of 4*

*Customer Number:*

## REGULAR SAVINGS NON PERS -                    (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|-----------|-------------|--------|---------|---------|
| 09/30/2025 | INTEREST | | $9.84 | $40,069.48 |
| 09/30/2025 | **Ending Balance** | | | **$40,069.48** |

### Overdraft and Returned Item Fees



| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

CSTMTADV 1071 0001 124 07 20251001 PG 2 OF 2
5670T624.1
0-0
00571471

Starionbank.com