# Payables Aging Report

Period: -09/2025
As of : 09/30/2025

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Grand Total** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Monday, October 13, 2025
02:34 PM

10/13/2025 2:40 PM

# Rent Roll

Property =  Parkside Place

As Of = 09/29/2025

Month = 09/2025

## Current/Notice/Vacant Tenants

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------|---------|------|---------|------------|----------|---------|
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 0.00 | 09/01/2021 | 08/31/2026 | | 0.00 |
| 202 | COUNTY FAIR FOODS OF WATERT( | 1,290.00 | 2,000.00 | 0.00 | 10/01/2021 | 09/30/2026 | | 0.00 |
| 2201 | ERIN KRAVIK | 1,025.00 | 925.00 | 0.00 | 05/04/2024 | 05/31/2025 | | 0.00 |
| 2202 | HOLLY // LISA OHMAN | 1,025.00 | 965.00 | 0.00 | 08/01/2022 | | | 0.00 |
| 2203 | ZOIE FRASER | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2204 | JAIME BRANN | 1,025.00 | 1,025.00 | 0.00 | 06/04/2025 | 06/30/2026 | | -68.24 |
| 2205 | QUINN KOTEK | 1,025.00 | 925.00 | 0.00 | 07/01/2024 | 06/30/2025 | | 0.00 |
| 2206 | JAMES BRUMBAUGH | 1,025.00 | 980.00 | 0.00 | 04/01/2023 | 03/31/2024 | | 0.00 |
| 2207 | MARGARET MELAND | 1,025.00 | 1,025.00 | 0.00 | 08/05/2024 | 08/31/2025 | | 0.00 |
| 2208 | WILLIAM JOHNSON | 1,025.00 | 945.00 | 0.00 | 03/01/2022 | | | 0.00 |
| 2209 | MARIAH GAUKLER | 980.00 | 980.00 | 0.00 | 05/01/2024 | 04/30/2024 | | 0.00 |
| 2210 | Mark Keller | 1,025.00 | 945.00 | 0.00 | 03/11/2022 | | | 0.00 |
| 2211 | JARED SAUER | 1,025.00 | 1,025.00 | 0.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 2212 | CHANNELLE COSS | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2301 | JADEEN ROSA CASTRO | 1,025.00 | 1,025.00 | 0.00 | 08/07/2025 | 08/31/2026 | | -1,025.00 |
| 2302 | TIFFANY SANDERSON | 1,025.00 | 980.00 | 0.00 | 01/01/2023 | 12/31/2023 | | 0.00 |
| 2303 | SAMANTHA ADAM | 1,025.00 | 945.00 | 0.00 | 05/10/2022 | 04/30/2025 | | 0.00 |
| 2304 | CHANDLER PEERY | 1,025.00 | 925.00 | 0.00 | 05/10/2024 | 05/31/2025 | | 0.00 |
| 2305 | BAYLEE BOESE | 1,025.00 | 750.00 | -55.00 | 12/04/2024 | 12/31/2025 | | -970.00 |
| 2306 | GARY HOFER | 1,025.00 | 925.00 | 0.00 | 05/15/2024 | 05/31/2025 | | 82.00 |
| 2307 | ZACHARY REUSCHLEIN | 1,025.00 | 1,025.00 | 0.00 | 09/01/2025 | 08/31/2026 | | 0.00 |
| 2308 | JORGE ROSA | 1,025.00 | 1,000.00 | -85.00 | 01/10/2025 | 01/09/2026 | | 0.00 |
| 2309 | DAVID TIJERINA | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2310 | JOSHUA MEEHL | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2311 | LIZETTE SALGADO | 1,025.00 | 1,025.00 | 0.00 | 05/28/2025 | 05/31/2026 | | 0.00 |
| 2312 | CIARA FRANK | 1,025.00 | 1,025.00 | 0.00 | 08/01/2025 | 07/31/2026 | | 0.00 |
| 2401 | ANNA SAMUELSON | 1,025.00 | 1,025.00 | 0.00 | 07/07/2025 | 07/31/2026 | | 0.00 |
| 2402 | JOELLE CONSIER | 1,025.00 | 1,025.00 | 0.00 | 04/16/2025 | 04/30/2026 | | -1,025.00 |

10/13/2025 2:40 PM

## Rent Roll

Property = Parkside Place

As Of = 09/29/2025

Month = 09/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|------------|----------------|------|---------|------------------|----------|---------|
| 2403 | MADELYN PUGSLEY | 1,025.00 | 750.00 | -40.00 | 01/01/2025 | 12/31/2025 | | 0.00 |
| 2404 | BRANDON BROWN | 1,025.00 | 980.00 | 0.00 | 12/01/2022 | 12/31/2025 | | -1,025.00 |
| 2405 | DEBBIE STUCHL | 1,025.00 | 1,025.00 | -50.00 | 10/01/2024 | 09/30/2025 | | 0.00 |
| 2406 | HOPE LEWANDOWSKI | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2407 | COLE WEGNER | 1,025.00 | 1,025.00 | 0.00 | 08/14/2024 | 08/31/2025 | | 0.00 |
| 2408 | JOSEPH NOELDNER | 1,035.00 | 1,025.00 | 0.00 | 09/01/2023 | 08/31/2026 | | 10.00 |
| 2409 | JOSHUA GILLILAND | 1,025.00 | 500.00 | 0.00 | 12/01/2021 | | | 0.00 |
| 2410 | ANDY NGUYEN | 1,025.00 | 1,025.00 | 0.00 | 11/01/2023 | 12/31/2023 | | 0.00 |
| 2411 | MARLYS HOLUBOK | 995.00 | 980.00 | 0.00 | 06/01/2023 | 05/31/2024 | 09/30/2025 | 0.00 |
| 2412 | BENJAMIN WAGNER | 1,025.00 | 1,025.00 | 0.00 | 06/01/2024 | 06/30/2026 | | 0.00 |
| **Total** | **Parkside Place** | **40,638.00** | **40,050.00** | **-485.00** | | | | **-4,021.24** |

| Summary Groups | Square Footage | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied | Balance |
|----------------|----------------|-------------|------------------|------|-----------|------------------|-----------------|---------|
| Current/Notice/Vacant Tenants | 28,008.00 | 40,638.00 | 40,050.00 | -485.00 | 38 | 100.00 | 100.00 | -4,021.24 |
| Future Tenants/Applicants | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| Occupied Units | 28,008.00 | 0.00 | 0.00 | 0.00 | 38 | 100.00 | 100.00 | 0.00 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| **Totals:** | **28,008.00** | **40,638.00** | **40,050.00** | **-485.00** | **38** | **100.00** | **100.00** | **-4,021.24** |

## Owner Statement

Owner =  PARKSIDE PLACE (Parkside Place)
Parkside Place
Month = Sep 2025
Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|-------:|--------:|--------:|
| | | | | Beginning Balance | | | 44,575.34 |
| 08/31/2025 | :ACH-WEB | Parkside Place | BAYLEE BOESE | Online Payment - EFT Payment. Web - Resident Services | 970.00 | 0.00 | 45,545.34 |
| 08/31/2025 | :ACH-WEB | Parkside Place | JOELLE CONSIER | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 46,570.34 |
| 09/01/2025 | :ACH-WEB | Parkside Place | ANDY NGUYEN | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 47,595.34 |
| 09/01/2025 | 306398948 | Parkside Place | BRANDON BROWN | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 48,620.34 |
| 09/01/2025 | 306398968 | Parkside Place | CHANNELLE COSS | Recurring Credit Card Payment; | 940.00 | 0.00 | 49,560.34 |
| 09/01/2025 | 306398957 | Parkside Place | COLE WEGNER | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 50,585.34 |
| 09/01/2025 | :ACH-WEB | Parkside Place | DEBBIE STUCHL | Online Payment - EFT Payment. Web - Resident Services | 975.00 | 0.00 | 51,560.34 |
| 09/01/2025 | 496469501 cpbm 5609 | Parkside Place | HOPE LEWANDOWSKI | | 1,025.00 | 0.00 | 52,585.34 |
| 09/01/2025 | 306888575 | Parkside Place | JORGE ROSA | Debit Card On-Line Payment ; Mobile App - Resident Services | 940.00 | 0.00 | 53,525.34 |
| 09/01/2025 | :ACH-654 | Parkside Place | JOSEPH NOELDNER | Pre-Authorized Payment | 1,025.00 | 0.00 | 54,550.34 |
| 09/01/2025 | :ACH-653 | Parkside Place | JOSHUA MEEHL | Pre-Authorized Payment. Roommate STACEY MEEHL (r0000079) | 940.00 | 0.00 | 55,490.34 |
| 09/01/2025 | 306792444 | Parkside Place | MADELYN PUGSLEY | Debit Card On-Line Payment ; Mobile App - Resident Services | 922.87 | 0.00 | 56,413.21 |
| 09/01/2025 | :ACH-655 | Parkside Place | MARGARET MELAND | Pre-Authorized Payment | 1,025.00 | 0.00 | 57,438.21 |
| 09/01/2025 | 496391396 cpbm5571 | Parkside Place | ZACHARY REUSCHLEIN | NSF receipt Ctrl# 33513 zego returned; no acct found | -330.60 | 0.00 | 57,107.61 |
| 09/02/2025 | 307107024 | Parkside Place | DAVID TIJERINA | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 58,132.61 |
| 09/02/2025 | 497781499 cpbm 5609 | Parkside Place | JAIME BRANN | | 1,025.00 | 0.00 | 59,157.61 |
| 09/02/2025 | :ACH-WEB | Parkside Place | LIZETTE SALGADO | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 60,182.61 |
| 09/03/2025 | ACH | Parkside Place | ANNA SAMUELSON | | 1,025.00 | 0.00 | 61,207.61 |
| 09/03/2025 | ACH | Parkside Place | COUNTY FAIR FOODS OF WATERTOWN | | 1,557.15 | 0.00 | 62,764.76 |
| 09/03/2025 | :ACH-WEB | Parkside Place | ERIN KRAVIK | Online Payment - EFT Payment Paid by Roommate KIMBERLY WESTENBERG(r0 000058).Mobile App - Resident Services | 1,025.00 | 0.00 | 63,789.76 |

# Owner Statement

Owner = PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = Sep 2025

Book = Cash

| Date | Ref | Property | Name | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 09/03/2025 | ACH | Parkside Place | GT BROTHERS | | 3,032.04 | 0.00 | 66,821.80 |
| 09/03/2025 | ACH | Parkside Place | JOSHUA GILLILAND | | 1,025.00 | 0.00 | 67,846.80 |
| 09/03/2025 | ACH | Parkside Place | MARIAH GAUKLER | | 980.00 | 0.00 | 68,826.80 |
| 09/03/2025 | ACH | Parkside Place | Mark Keller | | 1,025.00 | 0.00 | 69,851.80 |
| 09/03/2025 | ACH | Parkside Place | QUINN KOTEK | | 1,025.00 | 0.00 | 70,876.80 |
| 09/03/2025 | 307553796 | Parkside Place | SAMANTHA ADAM | Debit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 71,901.80 |
| 09/03/2025 | ACH | Parkside Place | TIFFANY SANDERSON | | 1,025.00 | 0.00 | 72,926.80 |
| 09/03/2025 | ACH | Parkside Place | ZOIE FRASER | | 940.00 | 0.00 | 73,866.80 |
| 09/04/2025 | 308073317 | Parkside Place | JADEEN ROSA CASTRO | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,025.00 | 0.00 | 74,891.80 |
| 09/04/2025 | :ACH-WEB | Parkside Place | WILLIAM JOHNSON | Online Payment - EFT Payment. Web - Resident Services | 1,025.00 | 0.00 | 75,916.80 |
| 09/05/2025 | 20134 | Parkside Place | RED RIVER STATE BANK | Parkside 1st Mtg; per cash collaterol 2/3/2025 | 0.00 | 14,500.00 | 61,416.80 |
| 09/05/2025 | 1156 | Parkside Place | BENJAMIN WAGNER | | 1,025.00 | 0.00 | 62,441.80 |
| 09/05/2025 | 3531 | Parkside Place | CIARA FRANK | Paid by: GREGORY FRANK | 1,025.00 | 0.00 | 63,466.80 |
| 09/05/2025 | 9999 | Parkside Place | HOLLY // LISA OHMAN | | 1,025.00 | 0.00 | 64,491.80 |
| 09/05/2025 | 1011 | Parkside Place | JARED SAUER | | 1,025.00 | 0.00 | 65,516.80 |
| 09/07/2025 | | Parkside Place | JE-4218 | :Prog Gen Move Out transfer (SHANYA MEHLHAFF) - Receipt #33791 | 1,025.00 | 0.00 | 66,541.80 |
| 09/08/2025 | 308734383 | Parkside Place | CHANDLER PEERY | Debit Card On-Line Payment ; Web - Resident Services | 450.00 | 0.00 | 66,991.80 |
| 09/08/2025 | 308732031 | Parkside Place | JAMES BRUMBAUGH | Debit Card On-Line Payment ; Web - Resident Services | 1,107.00 | 0.00 | 68,098.80 |
| 09/09/2025 | 308826997 | Parkside Place | CHANDLER PEERY | Debit Card On-Line Payment ; Web - Resident Services | 787.00 | 0.00 | 68,885.80 |
| 09/14/2025 | 309209744 | Parkside Place | JADEEN ROSA CASTRO | Debit Card On-Line Payment ; Mobile App - Resident Services | 19.14 | 0.00 | 68,904.94 |
| 09/15/2025 | 20143 | Parkside Place | Alexis Burbach | 2.3 res mgr | 0.00 | 66.88 | 68,838.06 |
| 09/15/2025 | 20143 | Parkside Place | Alexis Burbach | taxes | 0.00 | 4.15 | 68,833.91 |
| 09/15/2025 | 20144 | Parkside Place | JORDAN BERNDT | fire alarm; after hours emergency call | 0.00 | 115.00 | 68,718.91 |
| 09/15/2025 | ParkREEscrow | Parkside Place | JE-4233 | RE Tax Escrow (payable 10/31) | 0.00 | 2,958.80 | 65,760.11 |
| 09/17/2025 | 20145 | Parkside Place | GLASS PRODUCTS | #2201 window glass | 0.00 | 300.46 | 65,459.65 |
| 09/17/2025 | 20145 | Parkside Place | GLASS PRODUCTS | #2303 window glass | 0.00 | 300.46 | 65,159.19 |
| 09/17/2025 | 1167 | Parkside Place | CIARA FRANK | electric charges | 16.06 | 0.00 | 65,175.25 |
| 09/17/2025 | 14003108 | Parkside Place | GARY HOFER | | 1,046.52 | 0.00 | 66,221.77 |

# Owner Statement

Owner = PARKSIDE PLACE (Parkside Place)
Parkside Place
Month = Sep 2025
Book = Cash

| Date | Ref | Property | Name | Description | | | |
|------|-----|----------|------|-------------|---|---|---|
| 09/17/2025 | 6207 | Parkside Place | MARLYS HOLUBOK | removed late fee; mail was returned. | 995.00 | 0.00 | 67,216.77 |
| 09/28/2025 | 310228226 | Parkside Place | JADEEN ROSA CASTRO | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,025.00 | 0.00 | 68,241.77 |
| 09/29/2025 | :ACH-WEB | Parkside Place | BAYLEE BOESE | Online Payment - EFT Payment. Web - Resident Services | 970.00 | 0.00 | 69,211.77 |
| 09/30/2025 | 20149 | Parkside Place | Alexis Burbach | 2312 blinds, 2411 kitchen sink o-rng | 0.00 | 30.00 | 69,181.77 |
| 09/30/2025 | 20149 | Parkside Place | Alexis Burbach | 6 hrs res mgr | 0.00 | 153.00 | 69,028.77 |
| 09/30/2025 | 20149 | Parkside Place | Alexis Burbach | taxes | 0.00 | 11.35 | 69,017.42 |
| 09/30/2025 | 20151 | Parkside Place | BLUEPEAK | | 0.00 | 247.51 | 68,769.91 |
| 09/30/2025 | 20150 | Parkside Place | BRADLEY WARNS | 2204 ac install | 0.00 | 32.00 | 68,737.91 |
| 09/30/2025 | 20152 | Parkside Place | Capital One Commercial | garb bags, 2411 matls | 0.00 | 27.37 | 68,710.54 |
| 09/30/2025 | 20148 | Parkside Place | CP BUSINESS MANAGEMENT | Ins prem.  MADE ONLINE PAYMENT. | 0.00 | 1,678.60 | 67,031.94 |
| 09/30/2025 | 20160 | Parkside Place | CP BUSINESS MANAGEMENT | misc mgr | 0.00 | 200.00 | 66,831.94 |
| 09/30/2025 | 20160 | Parkside Place | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 250.00 | 66,581.94 |
| 09/30/2025 | 20160 | Parkside Place | CP BUSINESS MANAGEMENT | offsite office rent | 0.00 | 1,312.50 | 65,269.44 |
| 09/30/2025 | 20160 | Parkside Place | CP BUSINESS MANAGEMENT | offsite supplies | 0.00 | 214.56 | 65,054.88 |
| 09/30/2025 | 20160 | Parkside Place | CP BUSINESS MANAGEMENT | offsite utilities | 0.00 | 28.95 | 65,025.93 |
| 09/30/2025 | 20160 | Parkside Place | CP BUSINESS MANAGEMENT | 2301 dep. over | 0.00 | 230.82 | 64,795.11 |
| 09/30/2025 | 20160 | Parkside Place | CP BUSINESS MANAGEMENT | 2301 re-rental fee | 0.00 | 350.00 | 64,445.11 |
| 09/30/2025 | 20160 | Parkside Place | CP BUSINESS MANAGEMENT | collected late fees | 0.00 | 315.52 | 64,129.59 |
| 09/30/2025 | 20160 | Parkside Place | CP BUSINESS MANAGEMENT | sept mgmt | 0.00 | 2,242.85 | 61,886.74 |
| 09/30/2025 | 20160 | Parkside Place | CP BUSINESS MANAGEMENT | software fee | 0.00 | 38.00 | 61,848.74 |
| 09/30/2025 | 20153 | Parkside Place | IKES WINDOW WASHING | quarterly window clean | 0.00 | 111.51 | 61,737.23 |
| 09/30/2025 | 20146 | Parkside Place | JESSE CRAIG | 39 UNITS, $45/UNIT | 0.00 | 1,755.00 | 59,982.23 |
| 09/30/2025 | 20154 | Parkside Place | SCHUMACHER | quarterly maint. contract | 0.00 | 494.05 | 59,488.18 |
| 09/30/2025 | 20155 | Parkside Place | THE FIRE GROUP | annual sprinkler inspection and testing | 0.00 | 415.00 | 59,073.18 |
| 09/30/2025 | 20158 | Parkside Place | WHITE GLOVE CLEANING | August building clean | 0.00 | 424.80 | 58,648.38 |
| 09/30/2025 | 20156 | Parkside Place | WHITE GLOVE CLEANING | 2307 6 hours | 0.00 | 174.30 | 58,474.08 |
| 09/30/2025 | 20159 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 8/20-9/22   house electric | 0.00 | 361.60 | 58,112.48 |
| 09/30/2025 | 20159 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 8/20-9/22   house gas | 0.00 | 190.65 | 57,921.83 |

**Owner Statement**

Owner =  PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = Sep 2025

Book = Cash

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/30/2025 | 20159 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 8/20-9/22   house sewer | 0.00 | 1,461.96 | 56,459.87 |
| 09/30/2025 | 20159 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 8/20-9/22   house water | 0.00 | 405.80 | 56,054.07 |
| 09/30/2025 | 20159 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 8/20-9/22 vacant dates | 0.00 | 39.77 | 56,014.30 |
| 09/30/2025 | 310442308 | Parkside Place | BRANDON BROWN | Credit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 57,039.30 |
| 09/30/2025 | :ACH-WEB | Parkside Place | JOELLE CONSIER | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 58,064.30 |
| 09/30/2025 | zego 499227132 cpbm 5623 | Parkside Place | ZACHARY REUSCHLEIN | | 1,040.00 | 0.00 | 59,104.30 |
| | | | | **Ending Balance** | **45,972.18** | **31,443.22** | **59,104.30** |
| | | | | Reserves Needed | | 0.00 | |
| | | | | Security Deposits (this period) | | -1,025.00 | |

**10/13/2025 2:36 PM**

## Aged Receivable

Property = Parkside Place  Status: Current, Future, Notice   Month From: 09/2025

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre- Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| **Parkside Place** | | | | | | | | | |
| Parkside Place | BROWN BRANDON | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| Parkside Place | NOELDNER JOSEPH | Current | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| Parkside Place | HOFER GARY | Current | 82.00 | 82.00 | 0.00 | 0.00 | 0.00 | 0.00 | 82.00 |
| Parkside Place | BOESE BAYLEE | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -970.00 | -970.00 |
| Parkside Place | CONSIER JOELLE | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| Parkside Place | BRANN JAIME | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -68.24 | -68.24 |
| Parkside Place | ROSA CASTRO JADEEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| **Parkside Place** | | | **92.00** | **92.00** | **0.00** | **0.00** | **0.00** | **-4,113.24** | **-4,021.24** |
| | | | | | | | | | |
| **Grand Total** | | | **92.00** | **92.00** | **0.00** | **0.00** | **0.00** | **-4,113.24** | **-4,021.24** |

UserId : mcraig@cpbusmgt.com Date : 10/13/2025 Time : 19:36

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20146

09/30/25

TO THE
ORDER OF

**** ONE THOUSAND SEVEN HUNDRED FIFTY FIVE AND 00/100 DOLLARS

$1,755.00***

JESSE CRAIG
1405 1ST AVE N
FARGO, ND 58102

NON-NEGOTIABLE



**JESSE CRAIG**

*PARKSIDE PLACE*

**2025**

| | | |
|---|---|---|
| From: | 1-Sep | Invoice #: 6009 |
| To: | 30-Sep | Invoice Date: 9/30/2025 |
| | | Due Date: 10/01/25 |

| | | | Total |
|---|---|---|---|
| 39 | Manager oversite $45/unit | $45.00 | $1,755.00 |
| | | | |
| | | **$45.00** | **$1,755.00** |

Please make checks payable to Jesse Craig no later than   10/01/25

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20160

09/30/25

$5,183.20***

TO THE
ORDER OF    **** FIVE THOUSAND ONE HUNDRED EIGHTY THREE AND 20/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,    58106

NON-NEGOTIABLE



# CP Business Management

**2025**

| From: | 1-Sep |
| To: | 30-Sep |

*Parkside Place*

Invoice #: 2009
Invoice Date: 93025
Due Date: 10/01/25

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected Funds | $44,857.09 | $2,242.85 |
| | | | |
| | **Total Management Fee** | **$44,857.09** | **$2,242.85** |

| | Offsite Office | Total |
|---|---|---|
| 7010 | Off Site Office Rent | $1,312.50 |
| 7030 | Off Site Office Utilities | $28.95 |
| 7040 | Off Site Office Supplies | $214.56 |
| **Total Offsite Office** | | **$1,556.01** |

| | Other Collected Income | Total |
|---|---|---|
| 2301 deposit overages | | $230.82 |
| 2301 collected re-rental fee | | $350.00 |
| Collected late fees | | $315.52 |
| | | |
| **Total Other Collected Income** | | **$896.34** |

*(handwritten left margin: U290, 5700, 5800)*

| | Miscellaneous | Total |
|---|---|---|
| 8004 | Misc Manager | $200.00 |
| 8005 | Misc Prof. | $250.00 |
| 7057 | Software Fee | $38.00 |
| | **Total Miscellaneous** | **$488.00** |

| | |
|---|---|
| **Total Management Fee** | $2,242.85 |
| **Total Offsite Office** | $1,556.01 |
| **Total Other Collected Income** | $896.34 |
| **Total Miscellaneous** | $488.00 |
| **Parkside Place Total** | $5,183.20 |

Please make checks payable to CP Business Management no later than   10/1/2025

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20159

09/30/25

$2,459.78***

**** TWO THOUSAND FOUR HUNDRED FIFTY NINE AND 78/100 DOLLARS

NON-NEGOTIABLE

TO THE
ORDER OF

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

MUNICIPAL UTILITIES DEPT.    **Account Number**    **Name**    **Service Address**
002-00187410-05    PARKSIDE PLACE, LLC    8 2 ST NE 2307

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049036 | 08/25/2025 | 08/20/2025 | 5 | MR | 23910 | 23875 | 1 | 35 | kWh | |

| | |
|---|---|
| PREVIOUS BALANCE | 22.51 |
| BALANCE FORWARD | 22.51 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 3.15 |
| Electric State Tax | 0.68 |
| Electric City Tax | 0.33 |
| TOTAL ELECTRIC CHARGES | 17.26 |
| | |
| CURRENT CHARGES | $17.26 |
| | |
| TOTAL AMOUNT DUE | $39.77 |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

Aug. Sep
2025

*PAID*
*2015*9

*Reuschein*
*8/22.*
*3days # 23.86*

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | | 10/01/2025 | **10/10/2025** | 39.77 | 40.63 |

**MESSAGES:** Call 811 before you dig!

## MUNICIPAL UTILITIES DEPT.

| | Account Number | Name | Service Address |
|---|---|---|---|
| | 008-00187355-01 | PARKSIDE PLACE, LLC | 8 2 ST NE HOUSE |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000030986 | 09/22/2025 | 08/22/2025 | 31 | MR | 94227 | 90167 | 1 | 4060 | kWh | |
| ELECTRIC: 0000030986 | 09/22/2025 | 08/22/2025 | 31 | MR | 9596 | | 1 | 9.60 | kW | |
| WATER: 0200555043 | 09/22/2025 | 08/22/2025 | 31 | MR | 03308 | 03231 | 1 | 77 | ccf | |
| GAS: 0104951134 | 09/22/2025 | 08/22/2025 | 31 | MR | 13258 | 13030 | 1.119 | 255 | ccf | |

| | |
|---|---|
| PREVIOUS BALANCE | 2,447.78 |
| PAYMENT  09/10/2025 | -2,485.30 |
| BALANCE FORWARD | -37.52 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 19.75 |
| Electric Energy | 320.74 |
| Electric State Tax | 14.30 |
| Electric City Tax | 6.81 |
| TOTAL ELECTRIC CHARGES | 361.60 |
| GAS SERVICE | |
| Gas Customer Charge | 17.00 |
| Gas Consumption | 162.52 |
| Gas State Tax | 7.54 |
| Gas City Tax | 3.59 |
| TOTAL GAS CHARGES | 190.65 |
| WATER SERVICE | |
| Water Customer Charge | 38.06 |
| Water Consumption | 324.48 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 405.80 |
| SEWER SERVICE | |
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 1,421.35 |
| TOTAL SEWER CHARGES | 1,461.96 |
| | |
| CURRENT CHARGES | $2,420.01 |
| TOTAL AMOUNT DUE | $2,382.49 |

### YOUR MONTHLY USAGE



ELECTRIC (kWh)



WATER (100 cu.ft)



GAS (ccf)

PAID 10159

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 10/01/2025 | 10/10/2025 | 2,382.49 | 2,501.61 |

**MESSAGES:** Call 811 before you dig!

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20147

08/31/25

$1,562.08***

TO THE
ORDER OF    **** ONE THOUSAND FIVE HUNDRED SIXTY TWO AND 08/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,    58106

NON-NEGOTIABLE

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20148

09/30/25

TO THE
ORDER OF    **** ONE THOUSAND SIX HUNDRED SEVENTY EIGHT AND 60/100 DOLLARS

$1,678.60***

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,    58106

NON-NEGOTIABLE

**Liberty Mutual.**
INSURANCE    Summary

🏠 🎧 **844-961-0334** 👤 ▾
M-F, 8AM-8PM (EST)

# Billing Portal

| | |
|---|---|
| **Account #:** | **********4025 |
| **Account of:** | THE RUINS LLC |
| | GENERATIONS ON 1ST LLC |
| | PARKSIDE LLC |
| **Policies on account:** | BKS******** |

| | |
|---|---|
| Payment: | $0.00 |
| Account balance: | $74,557.70 |

**Pay Now**

ⓘ **Welcome to Express Payment where you can make a one-time payment without signing into your profile.**
To access all online capabilities, click here to login or create a new user profile.

## Confirmation

| | |
|---|---|
| Confirmation # | D0004RWF7 |
| Date/time | 09/30/2025 04:12 PM EDT |
| Payment method | Credit/Debit card |
| Total Payment | $15,167.23 on Mastercard ending in 4149 |
| Payment Amount | $14,797.30 |
| Payment Service Fee | $369.93 |
| Saved payment account for future use | No |

**Return to Summary**

A confirmation receipt has been sent to the email address on file.

*Handwritten annotations:*

Gen: 40.517%
# 6,219.05
8/31 - $2997.71 ✓ 30173
9/28 - 3,221.34 ✓ 30174

$15,349.23

PAID

VOID 20142
2048, 2047

Park: 21.113%
# 3,240.68
8/31 - $1562.08 ✓ 20147
9/28 - $1678.60 ✓ 20148

Ruins: 38.370%
# 5,889.50 - me
9/3 - $5,674.54 ✓ 40040
9/28 - "    "    +x - 258

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20142

08/31/25                    $1,562.08***    ~~VOID~~

TO THE
ORDER OF    **** ONE THOUSAND FIVE HUNDRED SIXTY TWO AND 08/100 DOLLARS

LIBERTY MUTUAL INSURANCE    ~~VOID~~
PO BOX 91013
CHICAGO, IL    60680-1171            ~~VOID~~

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

DATE:08/31/25  CK#:2014                    (1112)
PAYEE:LIBERTY MUTUAL I

Property Address                                    Amount

Parkside Place                    Renewal 9000344025    1,562.08
                                                        1,562.08

*[handwritten note on sticky note]*
VOID
- Rewrite to
  CP Business

- online pymnt made.
  for "Both" months.

---

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20142

08/31/25                    $1,562.08***

TO THE
ORDER OF    **** ONE THOUSAND FIVE HUNDRED SIXTY TWO AND 08/100 DOLLARS

LIBERTY MUTUAL INSURANCE
PO BOX 91013
CHICAGO, IL    60680-1171        NON-NEGOTIABLE

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20152

09/30/25

$27.37*******

TO THE
ORDER OF        **** TWENTY SEVEN AND 37/100 DOLLARS

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA    91716-0506

NON-NEGOTIABLE

*MEMO: 6004-3002-0037-4038*



KEEP THIS RECEIPT

...s noted below allowable returns for
...s on this receipt will be in the form
...en in store credit voucher if the
return is done after 12/24/25

...r you have questions regarding the
charges on your receipt, please
email us at:
HTWNfrontend@menards.com

Sale Transaction

55G 40CT CONTRACTOR BAGS
6485351        2  @14.99         29.98      ← 23.48 pc  Beg Bath
HEFTY CINCH SAK BAGS
6485470        2  @9.49          18.98
1-1/2" SLIP JOINT WASHER
6797540                          2.29 - 2411

18" CONCEAL STAINLESS
8759429        2  @17.99         35.98 - 3535

TOTAL                            82.53
TAX WATERTOWN-SD 6.2%            5.12
TOTAL SALE                       87.65
Menard Contractor Card 3678      87.65
Job # or Name :  0
Auth Code:492154
Chip Inserted
a000000817002001
TC - 46e20cab69a437e6

TOTAL NUMBER OF ITEMS =  12      $10 $ 63.15
                                 parts 27.37

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION
3730

GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
hereon and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, Janelle

37129 03 8847    09/25/25  11:54AM 3097

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20151

09/30/25

$247.51******

TO THE
ORDER OF   **** TWO HUNDRED FORTY SEVEN AND 51/100 DOLLARS

BLUEPEAK
PO BOX 5002
SIOUX FALLS, SD   57117-5002

NON-NEGOTIABLE

**bluepeak**™

**Contact Us**
**www.mybluepeak.com**
**833-567-3987**


@HelloBluepeak

page 1 of 4



| | |
|---|---|
| **Account Number:** | 045515701 |
| **Billing Date:** | 09/20/25 |
| **Total Amount Due:** | **$247.51** |
| **Payment Due By:** | 10/14/25 |



## It pays to have friends.

Refer your friends to Bluepeak and **get a $50 credit** on your bill when they sign up.

mybluepeak.com/help/refer-a-friend

**STATEMENT SUMMARY**

| | |
|---|---|
| Previous Balance | $247.51 |
| Payments and Adjustments | -$247.51 |
| New Charges | $247.51 |
| **Total Amount Due** | **$247.51** |

**NEW CHARGES SUMMARY**

| | |
|---|---|
| Monthly Service Charges | $175.99 |
| Taxes | $71.52 |
| **Total New Charges** | **$247.51** |

A late fee will be applied to your account if the amount of $247.51 is not received before 10/14/25. Payments received after 09/20/25 are not reflected on this statement.

Government taxes and fees are imposed by federal, state, and local governments. These charges may vary by the state and locality of your service address or services purchased and are subject to change from time to time.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices. Your acknowledgement of this agreement is confirmed by your payment.







**www.mybluepeak.com**
**833-567-3987**


@HelloBluepeak



| Account Number: | 045515701 |
|---|---|
| Billing Date: | 09/20/25 |
| **Total Amount Due:** | **$247.51** |
| Payment Due By: | 10/14/25 |

| | |
|---|---|
| Federal USF Fee........................ | $14.06 |
| State Telecommunications Relay Srvc........................................... | $0.45 |
| **Total Taxes and Fees.............** | **$71.52** |
| **Total Amount Due.................................** | **$247.51** |

**SERVICE LOCATIONS**
8 2ND ST  NE WATERTOWN, SD 57201-3624

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20153

09/30/25

$111.51******

TO THE
ORDER OF   **** ONE HUNDRED ELEVEN AND 51/100 DOLLARS

IKES WINDOW WASHING
PO BOX 486
WATERTOWN, SD   57201

NON-NEGOTIABLE

# Invoice

**Invoice No:** 3681
**Invoice Date:** Sep 26, 2025

**Ike's Window Washing**
PO Box 486
Watertown, SD 57201
605-233-0628 Office
ikesww.com
ikeswindowwashing@gmail.com





**Bill To:**
Parkside Place
PO BOX 9379
Fargo, ND 58106

| Job Date | Description | Job location | Qty | Each | Amount |
|---|---|---|---|---|---|
| Sep 26, 2025 | **Quarterly Clean** | Parkside Place, 8 2nd Street Northeast; Watertown, SD 57201 | 1 | $105.00 | $105.00 |
| | Parkside Place | | | | |

**Service Person(s):** Isaac Holzwarth

| | 6.2% Tax | $6.51 |
|---|---|---|
| | **Total** | $111.51 |

**Thank you for your Business!**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 5379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20155

TO THE
ORDER OF

\*\*\*\* FOUR HUNDRED FIFTEEN AND 00/100 DOLLARS

THE FIRE GROUP
833 3RD ST SW STE #4
NEW BRIGHTON, MN   55112

09/30/25

$415.00\*\*\*\*\*

NON-NEGOTIABLE

# Invoice



www.thefiregroupinc.com

| Invoice Number |
|---|
| 22930 |

| Invoice Date |
|---|
| 9/16/2025 |

1301 Corporate Center DriveSuite 180
Eagan, MN 55121
**Phone:**    (763) 232-6897



OUR CORPORATE ADDRESS HAS
CHANGED. PLEASE UPDATE YOUR
RECORDS.

**Bill To:**  CP Business Management
PO Box 9379
Fargo, ND 58106

**Re:**  Parkside
8 2nd st NE
Watertown, SD 57201

PAID
DKS

| Job No | Customer Job No | Customer PO | Payment Terms | Due Date |
|---|---|---|---|---|
| P24256 | | | Net 15 Days | 10/1/2025 |

| Date | Quantity | Description | Rate/Unit | Price |
|---|---|---|---|---|
| 9/2/2025 | 1.00 | Annual Wet Fire Sprinkler System Inspection | 150.00 | 150.00 |
| | 1.00 | Additional Wet Fire Sprinkler System Inspection | 90.00 | 90.00 |
| | 1.00 | Annual Backflow Test and Inspection | 60.00 | 60.00 |
| | 1.00 | Additional Backflow Test and Inspection | 60.00 | 60.00 |
| | 1.00 | Travel | 55.00 | 55.00 |

**\*\*Cold Weather Notice:** NFPA 13 and 25 require the building owner to provide adequate heat to prevent the Fire Sprinkler System from freezing. A recent inspection does not verify heat sources are in working order. For Dry Sprinkler Systems, it is recommended to drain all drum drips and auxiliary condensation drains before freezing weather sets in. Please contact our service manager if you would like this service performed.

**\*\*AHJ Notice:** Various municipalities require the inspection report be sent to the local authority having jurisdiction (AHJ). Agreement to have your inspection performed by our company, also grants permission for us to submit the inspection report, including any deficiencies to the AHJ. Customers are responsible for AHJ reporting fees.

**\*\*Payments** can be made by mailing a check or by calling our office to pay with a Credit Card (no fees assessed).

**\*\*For questions** or inquires regarding the work performed, contact our service manager, Tyrel Phone: 605-351-3092 or E-mail: tyrel.kolbo@thefiregroupinc.com

| | | |
|---|---|---|
| Subtotal | $ | 415.00 |
| Sales Tax (if applicable) | $ | 0.00 |
| **Total Due** | **$** | **415.00** |

**\*\*If Sales Tax** was charged and you are an exempt entity, please email Exemption Certificate to: angela.hinson@thefiregroupinc.com

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20154

09/30/25

$494.05******

TO THE
ORDER OF       **** FOUR HUNDRED NINETY FOUR AND 05/100 DOLLARS

SCHUMACHER
PO BOX 393
DENVER, IA       50622

NON-NEGOTIABLE



**Schumacher**
E L E V A T O R

PO Box 393
One Schumacher Way
Denver, Iowa 50622

Phone: (319) 984-5676
Website: www.schumacherelevator.com
Email:accounting@schumacherelevator.com

# Invoice

| Billing Address | |
|---|---|
| SOLD TO ACCT NO 1018221 | |
| PARKSIDE PLACE LLC | |
| 1405 1ST AVE NORTH | |
| FARGO ND 58102 | |

| Shipping Address | |
|---|---|
| SHIP TO ACCT NO 1016883 | |
| PARKSIDE PLACE APARTMENTS | |
| 8 2ND ST NE | |
| WATERTOWN SD 57201 | |

| Information | |
|---|---|
| Document Number | 90659303 |
| Document Date | 09/01/2025 |
| | *PAID 20154* |
| Purchase Order No. | |
| Purchase Order Date | |
| Sales Order Number | 40011195 |
| Payment Terms | Net 30 Days |
| Billing Date | **09/01/2025** |
| Currency | USD |

1 of 1

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | *Quarterly invoice for elevator maintenance.* | | | |
| 0010 | FM QT MAINTENANCE | | 465.21 | 465.21 |
| | HP-PARKSIDE PLACE APTS-WATERTOWN SD | | | |
| | | | Items Tot | 465.21 |
| | | | State Tax | 19.54 |
| | | | County Tax | 0.00 |
| | | | City Tax | 9.30 |
| | | | **Total Amount** | **$     494.05** |

zsec_invoice1std     01/2004

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20156

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

09/30/25

$174.30*****

TO THE
ORDER OF    **** ONE HUNDRED SEVENTY FOUR AND 30/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD    57241

NON-NEGOTIABLE

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/5/2025 | 2334 |

| Due Date | Terms |
|----------|-------|
| 9/4/2025 | Net 30 |

**Bill To**

Parkside
Unit # 2307

PAID
20150

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6 | Unit Cleaning | | | |
| | Kitchen | Range (Top, Sides, Under, Oven, Drawer) | 25.00 | 150.00T |
| | | Fridge (Top, Sides, Under,) | 0.00 | 0.00T |
| | | Overhead Range (Inside, Front, Underside and Filter) | | |
| | | Dishwasher (Inside, Front, Filter) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks,Faucet, Sprayer, Drain Plugs | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Blinds | Wash Window  and / or  Patio Door Blinds | 0.00 | 0.00T |
| | Laundry | Clean Inside/ Outside Washing Machine | 0.00 | 0.00T |
| | | Remove Lint and Wipe Down Dryer | | |
| | | Wipe Shelves in Laundry Room | | |
| | | Pull Units Out and Sweep/Mop Under | | |
| | | Dust Behind | | |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Shower | | |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | Air Unit | Clean A/C Front Vents and Filter | 0.00 | 0.00T |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | Chemical Fee | | 15.00 | 15.00 |
| | | Sales Tax | 6.20% | 9.30 |

| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | **Total** | $174.30 |
|---|---|---|

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20158

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

09/30/25

$424.80******

TO THE
ORDER OF    **** FOUR HUNDRED TWENTY FOUR AND 80/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

NON-NEGOTIABLE

White Glove Cleaning

17892 449th Ave
Hayti, SD 57241

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/1/2025 | 2344 |

| Bill To |
|---------|
| Parkside<br>Unit # |

**PAID**
20158

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Building Cleaning | 400.00 | 400.00T |
| | Sales Tax | 6.20% | 24.80 |

| | **Total** | $424.80 |
|---|-----------|---------|

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20150

09/30/25

$32.00*******

TO THE
ORDER OF      **** THIRTY TWO AND 00/100 DOLLARS

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

## Maintenance Hours

**2025**

**Maintenance** | Bradley Warns

$32.00  Hourly Rate

From:  15-Sept

To:  30-Sept

*Parkside Place*

Invoice #:  2017



Invoice Date:  9/30/2025

Due Date:  10/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|------|
| 9/29 | 2204 | 2:30 PM | 3:30 PM | 1:00: | install new ac in unit - | $32.00 |

|  | Total Hours | 1:00: | | | Total Hourly Pay $32/hour | $32.00 |
|--|-------------|-------|--|--|---------------------------|--------|
|  |  |  |  |  | Parkside Place Paycheck : | $32.00 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20149

09/30/25

$194.35******

TO THE
ORDER OF     **** ONE HUNDRED NINETY FOUR AND 35/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD     57201

NON-NEGOTIABLE

**Alexis Burbach**

**2025**

From: 15-Sept
To: 30-Sept



*Parkside Place*

Invoice #: 2017
Invoice Date: 9/30/2025
Due Date: 10/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------|---------------|---|
| 9/16 | | 3:30 PM | 5:00 PM | 1:30: | 2205 AC - checked filter, compressor working - walk through building - applic | $38.25 |
| 9/18 | | 1:30 PM | 2:00 PM | 0:30: | show Al around building, in unit 2411 | $12.75 |
| 9/19 | | 10:00 | 11:30 | 1:30: | move out inspection 2411, measure 2312 blinds bedroom, walk building/gara | $38.25 |
| 9/22 | | 16:15 | 4:45 PM | 0:30: | look over 2411 carpets/leak under kitchen sink - needs ozone machine | $12.75 |
| 9/24 | | 11:30 | 12:00 | 0:30: | walk building, clean up mailroom junk mail | $12.75 |
| 9/25 | | 11:30 AM | 12:30 PM | 1:00: | menards run, garbage bags for building/ other misc items needed, materials | $25.50 |
| 9/26 | | 12:00 PM | 12:30 PM | 0:30: | look over 2204 AC unit | $12.75 |
| | | | | | | |

| | | Total Hours | **6:00:** | | Total Hourly Pay $25.50/hour | **$153.00** |
|---|---|---|---|---|---|---|

| Date | Unit | Start | End | Total Hours | Maintenance | |
|------|------|-------|-----|-------|-------------|---|
| 9/24 | | 10:30 AM | 11:30 AM | 1:00: | blinds installed in 2312 bedroom - 2411 oring installed under kitchen sink | $30.00 |
| | | | | | | |

| | | Total Hours | **1:00:** | | Total Maintenance $30/hour | **$30.00** |
|---|---|---|---|---|---|---|

| Date | Unit | | Reimbursement | | |
|------|------|---|---------------|---|---|
| | | | | | |

| | | | Total Reimbursement | | **$0.00** |
|---|---|---|---|---|---|

| Date | Unit | Commission | |
|------|------|------------|---|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |

| | | Total Commissions | **$0.00** |
|---|---|---|---|

| | |
|---|---|
| Parkside Place Total Hours Amount: | $153.00 |
| Parkside Place Total Painting Amount: | $30.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $183.00 |
| Parkside Place Sales Tax (6.2%): | $11.35 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Total Paycheck Amount: | $194.35 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20143

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

09/15/25

$71.03*******

TO THE
ORDER OF   **** SEVENTY ONE AND 03/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD   57201

NON-NEGOTIABLE

**Alexis Burbach**

**2025**

From: 1-Sept
To: 15-Sept



*Parkside Place*

Invoice #: 2016
Invoice Date: 9/15/2025
Due Date: 9/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 9/3 | | 1:15 PM | 2:15 PM | 1:00 | memos down, walk building, garage pick up | $26.75 |
| 9/9 | | 1:30 PM | 2:30 PM | 1:00 | notices handed out unpaid balances, 2411 talked with on late payment, ac pu | $26.75 |
| 9/12 | | 16:30 | 17:00 | 0:30 | 2307 questions on roommate/lease | $13.38 |

| | | Total Hours | 2:30 | | Total Hourly Pay $25.50/hour | $66.88 |
|--|--|-------------|------|--|------------------------------|--------|

| Date | Unit | Start | End | Total Hours | Painting | |
|------|------|-------|-----|-------------|----------|---|

| | | Total Hours | 0:00 | | Total Painting $35/hour | $0.00 |
|--|--|-------------|------|--|-------------------------|-------|

| Date | Unit | Reimbursement | |
|------|------|---------------|---|

| | | Total Reimbursement | $0.00 |
|--|--|---------------------|-------|

| Date | Unit | Commission | |
|------|------|------------|---|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |

| | | Total Commissions | $0.00 |
|--|--|-------------------|-------|

| | |
|--|--|
| Parkside Place Total Hours Amount: | $66.88 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $66.88 |
| Parkside Place Sales Tax (6.2%): | $4.15 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Total Paycheck Amount: | $71.03 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20144

09/15/25

$115.00******

TO THE
ORDER OF     **** ONE HUNDRED FIFTEEN AND 00/100 DOLLARS

JORDAN BERNDT
216 2ND ST NE
WATERTOWN, SD     57201

NON-NEGOTIABLE

## Maintenance Hours
## 2025

**Maintenance N:** Jordan Berndt

$30.00  Hourly Rate
From: 1-Sept
To: 15-Sept

*Parkside Place*

Invoice #:  2016

**PAID**
2014↓

Invoice Date:  9/15/2025
Due Date:  9/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 9/7 | | 11:15 PM | 11:45 PM | 0:30: | Fire alarms going off - fire deparment needed someone on site | $15.00 |
| | | | | | after hours fee | $100.00 |

**Total Hours   0:30:**      **Total Hourly Pay $30/hour**    **$115.00**

**Parkside Place Paycheck :**    $115.00

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20145

09/17/25

$600.92******

TO THE
ORDER OF

**** SIX HUNDRED AND 92/100 DOLLARS

GLASS PRODUCTS
125 5TH ST NE
WATERTOWN, SD    57201

NON-NEGOTIABLE



Glass Products
125 5th St NE
Watertown, SD, 57201
P: 605-882-2344
F: 605-882-2373
E: INFO@GLASSPRODUCTSINC.COM

PAID
2014

# Invoice

**Invoice Number:** I-25-1389
**Date:** Mar 05, 2025
**Project Manager:** ANTHONY KNEELAND

| | | |
|---|---|---|
| **Customer :** | **HME PROPERTIES** | |
| | 432 5TH ST | |
| | BROOKINGS, SD, 57006 | |

**Contact:** HME PROPERTIES
**Contact Phone:** 605-736-1972

**Site Info:** PARKSIDE APARTMENTS
8 2ND ST NE
WATERTOWN, SD, 57201

**Bill To Contact :** MINDY
**Bill To :** **PARKSIDE PLACE**
8 2ND ST NE
WATERTOWN, SD, 57201

**Job Name:** WINDOW REPAIR SERVICES
**Customer PO:** WO: 961-1 APT 2201

**Job Number:** WO-24-2249

| Qty | Description | Part # / Size | Total Size | Unit Price | Total Price | Tax |
|---|---|---|---|---|---|---|
| 1 | REPLACEMENT GLASS (MATERIALS STORED TO DATE) | 32" X 51 1/8" | Total cost | $282.92/ total cost | $282.92 | T |
| 1 | 1.5% SERVICE FEE APPLIED APR 19, 2025 | | Total cost | $4.51/ total cost | $4.51 | T |
| 1 | 1.5% SERVICE FEE APPLIED MAY 19, 2025 | | Total cost | $4.58/ total cost | $4.58 | T |
| 1 | 1.5% SERVICE FEE APPLIED JUN 19, 2025 | | Total cost | $4.65/ total cost | $4.65 | T |
| 1 | 1.5% SERVICE FEE APPLIED JULY 20, 2025 | | Total cost | $4.73/ total cost | $4.73 | T |
| 1 | 1.5% SERVICE FEE APPLIED AUG 20, 2025 | | Total cost | $4.80/ total cost | $4.80 | T |

**Glass Products**

Invoice Number: **I-25-1389**
Date:                **Mar 05, 2025**

| | |
|---|---|
| **Subtotal:** | **$306.19** |
| **2% City & 4.2% State Tax @ 6.20% :** | **$18.98** |
| **Total:** | **$325.17** |

**Payment Terms:** Terms of payment are 30 days from the invoice date. A service charge of 1.500% per month (18.000% annum) will be added to past due accounts.

| | |
|---|---|
| **Total Applied:** | **$0.00** |
| **Balance Due:** | **$325.17** |

Authorized Signature    ...................................................................    Date    ...........................................................................

Authorized Name    ...................................................................

$ 282. 92
× 6.20%
_____
17.54
+ 282.92
_____
$300. 46 due

HME Responsible for $24.71



Glass Products
125 5th St NE
Watertown, SD, 57201
P: 605-882-2344
F: 605-882-2373
E: INFO@GLASSPRODUCTSINC.COM

PAID
2014

# Invoice

**Invoice Number:** I-25-1383
**Date:** Mar 04, 2025
**Project Manager:** ANTHONY KNEELAND

**Customer :** **HME PROPERTIES**

432 5TH ST
BROOKINGS, SD, 57006
605-736-1972

**Contact:** SAMANTHA ADAMS
**Contact Phone:** 605-880-5130

**Site Info:** PARKSIDE APARTMENTS
8 2ND ST NE
WATERTOWN, SD, 57201

**Bill To Contact :** MINDY
**Bill To :** **PARKSIDE PLACE**

8 2ND ST NE
WATERTOWN, SD, 57201

**Job Name:** WINDOW REPLACEMENT
**Customer PO:** WO-964-1 APT 2303

**Job Number:** WO-24-2215

| Qty | Description | Part # / Size | Total Size | Unit Price | Total Price | Tax |
|-----|-------------|---------------|------------|------------|-------------|-----|
| 1 | Low-E Insulated Glass STORED UNTIL ABLE TO INSTALL | 32" X 51 1/8" | Total cost | $282.92/ total cost | $282.92 | T |
| 1 | 1.5% SERVICE FEE APPLIED APR 18, 2025 | | Total cost | $4.51/ total cost | $4.51 | T |
| 1 | 1.5% SERVICE FEE APPLIED MAY 18, 2025 | | Total cost | $4.58/ total cost | $4.58 | T |
| 1 | 1.5% SERVICE FEE APPLIED JUN 18, 2025 | | Total cost | $4.65/ total cost | $4.65 | T |
| 1 | 1.5% SERVICE FEE JULY 20, 2025 | | Total cost | $4.73/ total cost | $4.73 | T |
| 1 | 1.5% SERVICE FEE AUG 20, 2025 | | Total cost | $4.80/ total cost | $4.80 | T |

# Glass Products

**Invoice Number:** I-25-1383
**Date:** Mar 04, 2025

|  |  |
|---|---|
| **Subtotal:** | **$306.19** |
| **2% City & 4.2% State Tax @ 6.20% :** | **$18.98** |
| **Total:** | **$325.17** |

**Payment Terms:** Terms of payment are 30 days from the invoice date. A service charge of 1.500% per month (18.000% annum) will be added to past due accounts.

| | |
|---|---|
| **Total Applied:** | **$0.00** |
| **Balance Due:** | **$325.17** |

Authorized Signature ................................................

Date ................................................

Authorized Name ................................................

$289.92
x 6.20%
$17.54
+ 282.92
$300.46 due

HME Responsible for $24.71

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20134

TO THE
ORDER OF

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN 56548

**** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

09/05/25

$14,500.00**

NON-NEGOTIABLE

MEMO: Loan Payment

      i.      Not contained in the Budgets except as approved by the Bankruptcy Court

after written notice to the Bank and a hearing or after written request to the

Bank and the Bank's written consent; or

      ii.      In excess of one hundred ten percent (110%) of the amount set forth in the

Budget, in the aggregate from the Petition Date.

5.      <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate

protection for use of the Banks' cash collateral and post-petition cash generated from rents or other

cash sources of income, the Parties request:

      i.      Pre-Petition Rents held by the VerStandig Law Firm, LLC Attorney Trust

Account are considered to be cash collateral and subject to the constraints

of the Budgets. Debtors waive and release any claim against the Bank that

the Pre-Petition Rents remitted under this paragraph 5(i) or paragraph 10

below are property of the estate or that the Bank did not have a properly

perfected lien in these specific monies, to the extent of any allowed claims

of the Bank.



      ii.      Parkside will pay the sum of $14,500 on the 15th day of each month to be

applied to debt service.

      iii.      Generations will pay the sum of $35,000 on the 15th day of each month to

be applied to debt service.

      iv.      The adequate protection payments to the Bank set forth in this paragraph

5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11

U.S.C. § 362(d)(3)(B) for the equal number of months that payments are

made.

## CODINGTON COUNTY TREASURER

*3451.93m*

**Official Real Estate Tax Notice**
14 FIRST AVENUE S.E. • WATERTOWN, SD 57201
(605) 882-6285

**EXHIBIT**
**IV1064**

2024 – 12152

2024 TAXES DUE AND PAYABLE IN 2025

**Legal:**    Sch: 14-4    S/T/R:                    Acres/Lots: .00                    Record#: 9358

WATERTOWN CITY  PARKSIDE PLACE ADD
PARKSIDE PLACE ADD
8 2 ST NE

**Taxes In Name Of**

PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND 58102

| | |
|---|---|
| **First Half** | 20,711.62 |
| **Second Half** | 20,711.62 |
| **TOTAL** | 41,423.24 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 65,136 | 2.525 | 164.48 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 65,136 | 9.478 | 617.36 |
| WATERTOWN CITY | 67,568 | 65,136 | 1.691 | 110.14 |
| EAST DAKOTA WATER | 67,568 | 65,136 | 0.020 | 1.30 |
| TAX INCREMENT 12 NA | 67,568 | 2,955,371 | 13.714 | 40,529.96 |

*Escrow
JE    9/15/25
$2958.80*

NA: 41423.24

**TOTAL:**    41,423.24

\* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (\*).

⇩ Please detach stubs and return with your payment ⇩

| | |
|---|---|
| PARKSIDE PLACE LLC | **-FIRST PAYMENT-** |

CODINGTON Record # 9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |
| | **DELINQUENT AFTER APRIL 30th** |

⇩ Please detach stubs and return with your payment ⇩

| | |
|---|---|
| PARKSIDE PLACE LLC | **-SECOND PAYMENT-** |

CODINGTON Record # 9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 – 12152 | 20,711.62 |
| | **DELINQUENT AFTER OCTOBER 31st** |

Page 50