UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>        Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>        Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

## NOTES ACCOMPANYING SEPTEMBER MONTHLY
## OPERATING REPORT FOR GENERATIONS ON 1st LLC

1.　　**Cash Balance.** At the beginning of the month, the Debtor maintained $95,552.17 in its checking account and $90,592.04 in its IOLTA account, resulting in a total cash balance of $186,144.21

2.　　**Total Receipts.**  According to the September bank statement from Starion, total deposits for the month were $87,789.31. This figure includes non-operating receipts in the aggregate amount of $5,940.00, consisting of (i) a $1,075.00 duplicate rent payment deposited on September 3, (ii) a $3,775.00 security deposit return processed on September 8, and (iii) a $1,090.00 erroneous security deposit transfer to the operating account on September 30. After excluding these non-operating items, the Debtor's net operating receipts for the month total $81,849.31, as reflected in Line 2 of the Monthly Operating Report.

3.　　**Total Disbursements**. Total disbursements reflected on the September Starion Bank statement amounted to $60,422.34. This includes a non-operating disbursement of $1,075.00 issued on September 3 to correct a duplicate rent payment deposited earlier that same day. After

1

excluding this corrective transaction, total operating disbursements for the month amount to $59,347.34.

4. **Ending Balance.** The ending cash balance reported on the Monthly Operating Report is $208,646.18. This figure reflects both the Debtor's operating account and IOLTA account balances. To reconcile this with the ending balance shown on the September Starion Bank account statement, the following adjustments are made: (1) subtract $90,592.04 held in the IOLTA account; (2) add back non-operating disbursements totaling $5,940.00, comprised of a $3,775.00 security deposit return, and a $1,090.00 erroneous security deposit transfer to the operating account; and (3) subtract $1075.00 for a duplicate rent refund, which appears on the bank statement but was excluded from both receipts and disbursements in the MOR. After these adjustments, the reconciled operating account balance is $122,919.14, which matched the ending balance shown on the September Starion Bank statement.

5. **Accounts Receivable.** The accounts receivable balance reflects charges for electric utilities and one outstanding garage fee. In addition, Unit #3315 vacated early without paying the remaining rent due; however, the unit has been re-rented effective October 6, 2025. The Debtor intends to apply the tenant's security deposit accordingly and issue a final accounting and billing for any remaining balance in connection with the deposit return on October 14, 2025.

6. **New Leases Signed, Short Cancel Notification, and Lease Ended.** New leases were executed for Units #3315, #3518, and #3514, along with a renewal for Unit #3512. Unit #3517 has provided proper notice to vacate effective November 30, 2025. There are no short-term cancellations or evictions to report for the period.

7. **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject

2

TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly set off by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

**Balance Sheet**

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Sep 2025

Book = Cash

| ACCOUNT | | CURRENT BALANCE |
|---|---|---|
| 1111 | Generations Apartment DIP Checking | 81,282.16 |
| 1131 | Generations Real Estate Tax Escrow | 32,783.58 |
| **1150** | **Total DIP Checking Account** | **114,065.74** |
| | | |
| 1151 | TIF Value | 1,973,040.51 |
| 1153 | Generations Security Deposit Savings Acct | 74,312.36 |
| 1155 | The Dakota Bankruptcy Firm Trust | 90,592.04 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 13,321,518.81 |
| 1630 | Appliances/AC | 344,481.19 |
| 1700 | Land | 834,000.00 |
| 1710 | Total Property and Equipment | 14,500,000.00 |
| | | |
| **1990** | **Total Assets** | **16,752,010.65** |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | Liabilities | |
| 2111 | Generations Security Deposits DIP Acct | 74,312.36 |
| 2700 | Mortgage 1st | 10,689,260.12 |
| 2705 | TIF Mortgage | 1,973,040.51 |
| 2990 | Total Liabilities | 12,587,988.27 |
| | | |
| 3000 | Capital | |
| 3200 | Owner Contribution | 14,675.45 |
| 3800 | Retained Earnings | 4,149,346.93 |
| 3890 | Total Capital | 4,164,022.38 |
| | | |
| **3990** | **Total Liabilities & Capital** | **16,752,010.65** |

10/13/2025 3:40 PM

**12 Months Cash Flow Statement**

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Sep 2025

Book = Cash

| ACCOUNT | | Sep 2025 | Total |
|---|---|---|---|
| **4000** | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 78,840.00 | 78,840.00 |
| 4600 | Garage Income | 3,130.00 | 3,130.00 |
| 4601 | Storage Unit Income | 160.00 | 160.00 |
| 4710 | Less: Incentives | -480.00 | -480.00 |
| 4715 | Less:  HME Incentives | -85.00 | -85.00 |
| 4720 | Delinquency | 2,519.84 | 2,519.84 |
| 4730 | Less: Vacancy | -2,020.00 | -2,020.00 |
| 4810 | Plus: Prepaid Rent/HOA | -2,294.26 | -2,294.26 |
| 4990 | Net Rent/HOA Income | 79,770.58 | 79,770.58 |
| | | | |
| 5990 | Total Income | 79,770.58 | 79,770.58 |
| | | | |
| **6000** | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 432.50 | 432.50 |
| 6210 | Repairs/Maintenance | 344.39 | 344.39 |
| 6235 | Electrical/Fire Prevention | 226.39 | 226.39 |
| 6245 | Flooring | -486.25 | -486.25 |
| 6260 | Resident Manager | 527.93 | 527.93 |
| 6270 | Lawn/Grounds | 185.85 | 185.85 |
| 6290 | Janitorial | 679.80 | 679.80 |
| 6990 | Total Maintenance Expenses | 1,910.61 | 1,910.61 |
| | | | |
| 7000 | Operating Expenses | | |
| 7010 | Offsite Office Rent | 1,312.50 | 1,312.50 |
| 7030 | Offsite Office Utilities | 28.95 | 28.95 |
| 7040 | Offsite Office Equip/Supplies | 214.56 | 214.56 |

10/13/2025 3:40 PM

**12 Months Cash Flow Statement**

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Sep 2025

Book = Cash

| ACCOUNT | | Sep 2025 | Total |
|---|---|---:|---:|
| 7055 | Advertising/Marketing | 649.00 | 649.00 |
| 7057 | Software Fee | 73.00 | 73.00 |
| 7060 | Leasing Commissions (payout) | 600.00 | 600.00 |
| 7130 | Internet & Phone Costs/Service | 37.43 | 37.43 |
| 7170 | Security | 732.78 | 732.78 |
| 7400 | Property Management | 3,988.52 | 3,988.52 |
| 7440 | Insurance | 3,221.34 | 3,221.34 |
| 7800 | Electricity-Vacant | -39.09 | -39.09 |
| 7801 | Electricity-Building | 593.05 | 593.05 |
| 7861 | Gas-Building | 363.14 | 363.14 |
| 7870 | Water & Sewer | 3,671.05 | 3,671.05 |
| 7990 | Total Operating Expenses | 15,446.23 | 15,446.23 |
| | | | |
| 8001 | Other Expenses | | |
| 8004 | Misc. PM Fees | 500.00 | 500.00 |
| 8005 | Misc Professional Fees | 200.00 | 200.00 |
| 8006 | Manager Oversite $45/unit | 3,285.00 | 3,285.00 |
| 8020 | Total Other Expenses | 3,985.00 | 3,985.00 |
| | | | |
| 8990 | Total Expenses | 21,341.84 | 21,341.84 |
| | | | |
| **9090** | **NET INCOME** | **58,428.74** | **58,428.74** |
| | | | |
| | ADJUSTMENTS | | |
| 1131 | Generations Real Estate Tax Escrow | -5,463.93 | -5,463.93 |
| 2700 | Mortgage 1st | -35,000.00 | -35,000.00 |
| | | | |
| | TOTAL ADJUSTMENTS | -40,463.93 | -40,463.93 |

**10/13/2025 3:40 PM**

### 12 Months Cash Flow Statement

Owner = Generations On 1st (Generations on 1st)

Generations on 1st

Month = Sep 2025

Book = Cash

| ACCOUNT | Sep 2025 | Total |
|---------|----------|-------|
| CASH FLOW | 17,964.81 | 17,964.81 |


# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 09/30/2025*

*GENERATIONS ON 1ST LLC*                                    *Page 1 of 6*
**Customer Number:**

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |

---

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | | $122,919.14 |

## ND STAR CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/30/2025 | **Beginning Balance** | **$95,552.17** |
| | 23 Credit(s) This Period | $87,789.31 |
| | 19 Debit(s) This Period | $60,422.34 |
| 09/30/2025 | **Ending Balance** | **$122,919.14** |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2025 | CP BUSINESS MANA Rent XXXXX6888 | $34,450.00 |
| 09/04/2025 | YARDI CARD DEP 1111Transf XXXXX5279 | $1,010.00 |
| 09/04/2025 | YARDI CARD DEP 1111Transf XXXXX6721 | $1,075.00 |
| 09/04/2025 | YARDI CARD DEP 1111Transf XXXXX6079 | $2,100.00 |
| 09/05/2025 | YARDI CARD DEP 1111Transf XXXXX5398 | $1,010.00 |
| 09/05/2025 | CPBUSINESSMANAGE Settlement 000024841539210 | $3,240.00 |
| 09/05/2025 | YARDI CARD DEP 1111Transf XXXXX8176 | $4,155.00 |
| 09/08/2025 | CPBUSINESSMANAGE Settlement 000024886211042 | $8,466.67 |
| 09/08/2025 | EDEPOSIT | $6,286.67 |
| 09/08/2025 | EDEPOSIT | $9,989.76 |
| 09/08/2025 | xfer from 8669 to 8666 - 3304 1010 3518 1090 3503 925 321 | $3,775.00 |
| 09/09/2025 | CPBUSINESSMANAGE Settlement 000024903073870 | $491.66 |
| 09/10/2025 | YARDI CARD DEP 1111Transf XXXXX1606 | $680.00 |
| 09/10/2025 | YARDI CARD DEP 1111Transf XXXXX1156 | $3,115.74 |
| 09/12/2025 | CPBUSINESSMANAGE Settlement 000024949316510 | $1,994.58 |
| 09/15/2025 | CPBUSINESSMANAGE Settlement 000024958148182 | $531.36 |
| 09/15/2025 | YARDI CARD DEP 1111Transf XXXXX0106 | $584.58 |
| 09/16/2025 | YARDI CARD DEP 1111Transf XXXXX1932 | $2,000.00 |
| 09/17/2025 | EDEPOSIT | $300.99 |
| 09/17/2025 | EDEPOSIT | $1,010.00 |
| 09/30/2025 | EDEPOSIT | $99.20 |
| 09/30/2025 | EDEPOSIT | $333.10 |

*(handwritten annotations: "1- Refund double charge" near 09/03/2025; "2 transactions- $2675 + $5791.67" near 09/08/2025 CPBUSINESSMANAGE Settlement)*


EQUAL HOUSING LENDER    Member FDIC

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | | |
|---|---|---|
| **NEW BALANCE** TRANSFER AMOUNT FROM OTHER SIDE | $ | |
| **ADD** | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| **SUB TOTAL** | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| **TOTAL CHECKS NOT LISTED** | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE   **BALANCE** | $ | |
| THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE | | |



# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 09/30/2025*

GENERATIONS ON 1ST LLC                                    Page 3 of 6
Customer Number:

## ND STAR CHECKING - _____ (continued)

### Other Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/2025 | EDEPOSIT | $1,090.00 |

*— Hovcy sec. dep. tx to savings 10.13.25 (handwritten)*

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 09/03/2025 | CP BUSINESS MANA refund dbl XXXXX6888 | $1,075.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 30153 | 09/05/2025 | $284.12 | 30159 | 09/08/2025 | $37.43 | 30167 | 09/12/2025 | $4,824.06 |
| 30154 | 09/02/2025 | $7,463.89 | 30160 | 09/05/2025 | $1,249.19 | 30169* | 09/23/2025 | $323.08 |
| 30155 | 09/15/2025 | $30.00 | 30161 | 09/09/2025 | $477.36 | 30170 | 09/23/2025 | $105.00 |
| 30156 | 09/11/2025 | $35,000.00 | 30162 | 09/12/2025 | $185.85 | 30171 | 09/23/2025 | $230.85 |
| 30157 | 09/08/2025 | $132.75 | 30163 | 09/10/2025 | $1,208.21 | 30173* | 09/30/2025 | $2,997.71 |
| 30158 | 09/08/2025 | $649.00 | 30166* | 09/22/2025 | $927.50 | 30174 | 09/30/2025 | $3,221.34 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09/02/2025 | $88,088.28 | 09/09/2025 | $160,233.19 | 09/16/2025 | $127,891.33 |
| 09/03/2025 | $121,463.28 | 09/10/2025 | $162,820.72 | 09/17/2025 | $129,202.32 |
| 09/04/2025 | $125,648.28 | 09/11/2025 | $127,820.72 | 09/22/2025 | $128,274.82 |
| 09/05/2025 | $132,519.97 | 09/12/2025 | $124,805.39 | 09/23/2025 | $127,615.89 |
| 09/08/2025 | $160,218.89 | 09/15/2025 | $125,891.33 | 09/30/2025 | $122,919.14 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

GENERATIONS ON 1ST LLC

Statement Ending 09/30/2025

Page 4 of 6



#30153        09/05/2025        $284.12



#30154        09/02/2025        $7,463.89



#30155        09/15/2025        $30.00



#30156        09/11/2025        $35,000.00



#30157        09/08/2025        $132.75



#30158        09/08/2025        $649.00



#30159        09/08/2025        $37.43



#30160        09/05/2025        $1,249.19



#30161        09/09/2025        $477.36



#30162        09/12/2025        $185.85

# Starion Bank

PO Box 848
Mandan, ND 58554



**#30163**    09/10/2025    $1,208.21



**#30166**    09/22/2025    $927.50



**#30167**    09/12/2025    $4,824.06



**#30169**    09/23/2025    $323.08



**#30170**    09/23/2025    $105.00



**#30171**    09/23/2025    $230.85



**#30173**    09/30/2025    $2,997.71



**#30174**    09/30/2025    $3,221.34

Starionbank.com



**Starion Bank**

PO Box 848
Mandan, ND 58554

*Statement Ending 09/30/2025*

GENERATIONS ON 1ST LLC                              Page 1 of 4
**Customer Number**

>002671 7008222 0001 92855 10Z



GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

## Managing Your Accounts

| | | |
|---|---|---|
| Branch | | 2754 Brandt Dr S Fargo, ND 58104 |
| Phone | | 701.281.5600 |
| Website | | Starionbank.com |

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | | $73,222.36 |

## REGULAR SAVINGS NON PERS

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/01/2025 | Beginning Balance | $77,354.74 |
| | 7 Credit(s) This Period | $11,257.62 |
| | 5 Debit(s) This Period | $15,390.00 |
| 09/30/2025 | Ending Balance | $73,222.36 |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 07/01/2025 Through 09/30/2025 | |
| Annual Percentage Yield Earned | 0.15% |
| Interest Days | 92 |
| Interest Earned | $27.62 |
| Interest Paid This Period | $27.62 |
| Interest Paid Year-to-Date | $65.28 |
| Average Ledger Balance | $75,576.04 |
| Average Available Balance | $75,576.04 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **07/01/2025** | **Beginning Balance** | | | **$77,354.74** |
| 07/14/2025 | 119730 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 7/14/25 | $2,845.00 | | $74,509.74 |
| 07/15/2025 | 291436 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 7/15/25 | $1,090.00 | | $73,419.74 |
| 07/18/2025 | EDEPOSIT | | $2,100.00 | $75,519.74 |
| 07/31/2025 | EDEPOSIT | | $2,100.00 | $77,619.74 |
| 08/14/2025 | 673033 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8666 ON 8/14/25 | | $1,010.00 | $78,629.74 |
| 08/15/2025 | 800031 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8666 ON 8/15/25 | | $80.00 | $78,709.74 |
| 08/15/2025 | 792926 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXXX8666 ON 8/15/25 | | $3,840.00 | $82,549.74 |
| 08/15/2025 | 779729 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXXX8666 ON 8/15/25 | $3,840.00 | | $78,709.74 |
| 08/15/2025 | 779958 ONLINE BANKING TRANSFER TO ND STAR | $3,840.00 | | $74,869.74 |



Member
**FDIC**

GENERATIONS ON 1ST LLC                           Statement Ending 09/30/2025                    Page 2 of 4

CSTMTADV 1071 0001 124 07 20251001 PG 1 OF 2    56707624.1
00571472

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | | |
|---|---|---|
| NEW BALANCE | | $ |
| TRANSFER AMOUNT FROM OTHER SIDE | | |
| ADD | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUB TOTAL | | $ |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
| NUMBER | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED | → | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE    BALANCE | | $ |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE



**Starion Bank**

PO Box 848
Mandan, ND 58554

*Statement Ending 09/30/2025*

*GENERATIONS ON 1ST LLC*                                    *Page 3 of 4*
*Customer Number.*

# REGULAR SAVINGS NON PERS -                     (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | CHECKING XXXXXX8666 ON 8/15/25 | | | |
| 08/27/2025 | EDEPOSIT | | $2,100.00 | $76,969.74 |
| 09/08/2025 | xfer from 8669 to 8666 - 3304 1010 3518 1090 3503 925 321 | $3,775.00 | | $73,194.74 |
| 09/30/2025 | INTEREST | | $27.62 | $73,222.36 |
| **09/30/2025** | **Ending Balance** | | | **$73,222.36** |



## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Statement Ending 09/30/2025

CSTMTADV 1071 0001 124 07 20251001 PG 2 OF 2
567076 24.1        0-0
00571472

Starionbank.com

**GO1 DIP**

**Bank Rec In-Progress Report**

---

| Balance Per Bank Statement as of 09/30/2025 | | | 122,919.14 |
|---|---|---|---|

**Outstanding Deposits**

| Deposit Date | Deposit Number | | Amount |
|---|---|---|---|
| 09/28/2025 | 437 | :CC Deposit | 1,010.00 |
| 09/29/2025 | 438 | :CC Deposit | 2,165.00 |
| 09/30/2025 | 440 | :ACH/WIPS Deposit | 3,750.00 |
| 09/30/2025 | 441 | :CC Deposit | 2,100.00 |
| **Plus: Outstanding Deposits** | | | **9,025.00** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 06/13/2025 | 30101 | WEISSER | 652.50 |
| 07/15/2025 | 30129 | BRADLEY WARNS | 168.00 |
| 09/07/2025 | 30165 | ROSBACH | 71.61 |
| 09/30/2025 | 30172 | JESSE CRAIG | 3,285.00 |
| 09/30/2025 | 30175 | Alexis Burbach | 909.85 |
| 09/30/2025 | 30176 | BRADLEY WARNS | 80.00 |
| 09/30/2025 | 30177 | JORDAN BERNDT | 142.50 |
| 09/30/2025 | 30178 | AMERICAN CARPET CARE, INC | 132.75 |
| 09/30/2025 | 30179 | APARTMENTS LLC | 649.00 |
| 09/30/2025 | 30180 | BLUEPEAK | 37.43 |
| 09/30/2025 | 30181 | CANNON ELECTRIC | 226.39 |
| 09/30/2025 | 30182 | Capital One Commercial | 113.54 |
| 09/30/2025 | 30183 | SAFE N SECURE | 732.78 |
| 09/30/2025 | 30184 | TRUGREEN | 185.85 |
| 09/30/2025 | 30185 | WHITE GLOVE CLEANING | 66.38 |
| 09/30/2025 | 30187 | WHITE GLOVE CLEANING | 1,118.55 |
| 09/30/2025 | 30188 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,762.67 |
| 09/30/2025 | 30189 | CP BUSINESS MANAGEMENT | 6,793.50 |
| **Less: Outstanding Checks** | | | **20,128.30** |

**Other Items**

| Date | Notes | | Amount |
|---|---|---|---|
| 01/31/2025 | JE 4019 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 02/15/2025 | JE 4026 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 03/31/2025 | JE 4108 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 04/15/2025 | JE 4117 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| 06/13/2025 | JE 4161 | :Prog Gen Move Out transfer (KIERRA WEIS | 750.00 |
| 07/15/2025 | JE 4199 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| 08/15/2025 | JE 4224 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| 09/15/2025 | JE 4232 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| **Plus / Minus: Other Items** | | | **-59,353.20** |
| **Reconciled Bank Balance** | | | **52,462.64** |

| Balance per GL as of 09/30/2025 | | | 81,282.16 |
|---|---|---|---|
| **Reconciled Balance Per G/L** | | | **81,282.16** |

| **Difference** | | | **-28,819.52** |
|---|---|---|---|

**GO1 DIP**
**Bank Rec In-Progress Report**

**Cleared Items:**
**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|-------:|--------------|
| 01/29/2025 | 30000 | Mindy Craig | 2,415.58 | 02/28/2025 |
| 03/28/2025 | 30036 | JESSE CRAIG | 3,285.00 | 04/30/2025 |
| 03/31/2025 | 30037 | Alexis Burbach | 324.97 | 04/30/2025 |
| 03/31/2025 | 30038 | BLUEPEAK | 22.43 | 04/30/2025 |
| 03/31/2025 | 30039 | Capital One Commercial | 11.99 | 04/30/2025 |
| 03/31/2025 | 30040 | GEORGES SANITATION | 207.09 | 04/30/2025 |
| 03/31/2025 | 30041 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 3,403.96 | 04/30/2025 |
| 03/31/2025 | 30043 | SIGN PRO | 116.10 | 04/30/2025 |
| 03/31/2025 | 30044 | TURFWURX PROPERTY MAINTENANCE | 90.27 | 04/30/2025 |
| 03/31/2025 | 30045 | WHITE GLOVE CLEANING | 272.15 | 04/30/2025 |
| 03/31/2025 | 30046 | WMU WATERTOWN MUNICIPAL UTILITIES | 63.18 | 04/30/2025 |
| 03/31/2025 | 30047 | AUTOMATIC BUILDING CONTROLS | 1,403.96 | 04/30/2025 |
| 03/31/2025 | 30048 | Alexis Burbach | 646.49 | 04/30/2025 |
| 03/31/2025 | 30049 | JORDAN BERNDT | 90.00 | 04/30/2025 |
| 03/31/2025 | 30050 | WHITE GLOVE CLEANING | 743.40 | 04/30/2025 |
| 03/31/2025 | 30051 | CP BUSINESS MANAGEMENT | 6,176.57 | 04/30/2025 |
| 03/31/2025 | 30052 | WMU WATERTOWN MUNICIPAL UTILITIES | 5,066.96 | 04/30/2025 |
| 04/10/2025 | 30053 | RED RIVER STATE BANK | 35,000.00 | 04/30/2025 |
| 04/14/2025 | 30054 | CODINGTON COUNTY TREASURER | 38,247.49 | 04/30/2025 |
| 04/14/2025 | 30055 | HATLESTAD | 988.60 | 04/30/2025 |
| 04/16/2025 | 30056 | Alexis Burbach | 1,563.00 | 04/30/2025 |
| 04/28/2025 | 30057 | CP BUSINESS MANAGEMENT | 2,406.11 | 04/30/2025 |
| 04/30/2025 | 30058 | ACTIVE HEATING INC | 164.61 | 05/30/2025 |
| 04/30/2025 | 30059 | APARTMENTS LLC | 942.10 | 05/30/2025 |
| 04/30/2025 | 30060 | BLUEPEAK | 37.43 | 05/30/2025 |
| 04/30/2025 | 30061 | CARRICO LAW | 103.10 | 05/30/2025 |
| 04/30/2025 | 30062 | DAKOTA CLEAN LLC | 2,336.55 | 05/30/2025 |
| 04/30/2025 | 30063 | GEORGES SANITATION | 207.09 | 05/30/2025 |
| 04/30/2025 | 30064 | NORRIS CARPET CARE | 95.58 | 05/30/2025 |
| 04/30/2025 | 30065 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 05/30/2025 |
| 04/30/2025 | 30066 | WHITE GLOVE CLEANING | 1,002.26 | 05/30/2025 |
| 04/30/2025 | 30067 | WMU WATERTOWN MUNICIPAL UTILITIES | 85.02 | 05/30/2025 |
| 04/30/2025 | 30068 | U.S. TRUSTEES | 708.00 | 05/30/2025 |
| 04/30/2025 | 30069 | Alexis Burbach | 1,111.13 | 05/30/2025 |
| 04/30/2025 | 30070 | JAXON SCHMIDT | 75.00 | 05/30/2025 |
| 04/30/2025 | 30071 | CP BUSINESS MANAGEMENT | 5,929.95 | 05/30/2025 |
| 04/30/2025 | 30072 | JESSE CRAIG | 3,285.00 | 05/30/2025 |
| 04/30/2025 | 30073 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,762.32 | 05/30/2025 |
| 05/12/2025 | 30074 | RED RIVER STATE BANK | 35,000.00 | 05/30/2025 |
| 05/14/2025 | 30075 | HALL | 570.00 | 05/30/2025 |
| 05/14/2025 | 30076 | HALL | 520.00 | 05/30/2025 |
| 05/14/2025 | 30077 | MYERS | 302.10 | 05/30/2025 |
| 05/15/2025 | 30079 | Alexis Burbach | 826.50 | 05/30/2025 |
| 05/15/2025 | 30080 | BRADLEY WARNS | 288.00 | 05/30/2025 |
| 05/15/2025 | 30081 | JORDAN BERNDT | 120.00 | 05/30/2025 |
| 05/19/2025 | ACH ONLINE | U.S. TRUSTEES | 288.00 | 05/30/2025 |
| 05/28/2025 | 30082 | CP BUSINESS MANAGEMENT | 2,406.14 | 05/30/2025 |
| 05/31/2025 | 30083 | JESSE CRAIG | 3,285.00 | 06/30/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 05/31/2025 | 30084 | Alexis Burbank | 2,399.45 | 06/30/2025 |
| 05/31/2025 | 30085 | BRADLEY WARNS | 320.00 | 06/30/2025 |
| 05/31/2025 | 30086 | APARTMENTS LLC | 649.00 | 06/30/2025 |
| 05/31/2025 | 30087 | AUTOMATIC BUILDING CONTROLS | 412.06 | 06/30/2025 |
| 05/31/2025 | 30088 | BLUEPEAK | 22.43 | 06/30/2025 |
| 05/31/2025 | 30089 | Capital One Commercial | 158.43 | 06/30/2025 |
| 05/31/2025 | 30090 | GEORGES SANITATION | 207.09 | 06/30/2025 |
| 05/31/2025 | 30091 | HOMEMAKER'S VILLA | 3,120.82 | 06/30/2025 |
| 05/31/2025 | 30092 | POPHAM CONSTRUCTION | 642.51 | 06/30/2025 |
| 05/31/2025 | 30093 | RUSCO WINDOW | 101.03 | 06/30/2025 |
| 05/31/2025 | 30094 | SCHUMACHER | 666.93 | 06/30/2025 |
| 05/31/2025 | 30095 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 06/30/2025 |
| 05/31/2025 | 30096 | WHITE GLOVE CLEANING | 1,801.69 | 06/30/2025 |
| 05/31/2025 | 30097 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,724.38 | 06/30/2025 |
| 05/31/2025 | 30099 | CP BUSINESS MANAGEMENT | 6,013.08 | 06/30/2025 |
| 06/11/2025 | 30100 | RED RIVER STATE BANK | 35,000.00 | 06/30/2025 |
| 06/13/2025 | 30102 | GONG | 507.09 | 06/30/2025 |
| 06/15/2025 | 30103 | Alexis Burbank | 604.24 | 06/30/2025 |
| 06/15/2025 | 30104 | BRADLEY WARNS | 96.00 | 07/31/2025 |
| 06/30/2025 | 30105 | JESSE CRAIG | 3,285.00 | 07/31/2025 |
| 06/30/2025 | 30106 | Alexis Burbank | 440.07 | 07/31/2025 |
| 06/30/2025 | 30107 | AMERICAN CARPET CARE, INC | 286.74 | 07/31/2025 |
| 06/30/2025 | 30108 | APARTMENTS LLC | 649.00 | 07/31/2025 |
| 06/30/2025 | 30109 | BLUEPEAK | 37.43 | 07/31/2025 |
| 06/30/2025 | 30110 | BRADLEY WARNS | 256.00 | 07/31/2025 |
| 06/30/2025 | 30111 | BRIANS GLASS AND DOOR | 66.64 | 07/31/2025 |
| 06/30/2025 | 30112 | Capital One Commercial | 39.71 | 07/31/2025 |
| 06/30/2025 | 30113 | CP BUSINESS MANAGEMENT | 2,406.14 | 07/31/2025 |
| 06/30/2025 | 30114 | SAFE N SECURE | 244.26 | 07/31/2025 |
| 06/30/2025 | 30115 | WHITE GLOVE CLEANING | 743.40 | 07/31/2025 |
| 06/30/2025 | 30116 | WMU WATERTOWN MUNICIPAL UTILITIES | 3,766.21 | 07/31/2025 |
| 06/30/2025 | 30123 | CP BUSINESS MANAGEMENT | 6,665.70 | 07/31/2025 |
| 06/30/2025 | 30124 | LIBBY BURGHARDT | 1,531.25 | 07/31/2025 |
| 06/30/2025 | 30127 | ACTIVE HEATING INC | 15.61 | 07/31/2025 |
| 06/30/2025 | 30117 | WMU WATERTOWN MUNICIPAL UTILITIES | 967.28 | 07/31/2025 |
| 06/30/2025 | 30119 | ACTIVE HEATING INC | 765.00 | 07/31/2025 |
| 06/30/2025 | 30120 | BRUSH & BRISTLE LLC | 408.16 | 07/31/2025 |
| 06/30/2025 | 30121 | WILLIAMS CARPET ONE | 668.68 | 07/31/2025 |
| 07/10/2025 | 30122 | RED RIVER STATE BANK | 35,000.00 | 07/31/2025 |
| 07/14/2025 | 30125 | GILSDORF | 357.15 | 07/31/2025 |
| 07/15/2025 | 30128 | Alexis Burbank | 774.87 | 07/31/2025 |
| 07/15/2025 | 30130 | JAXON SCHMIDT | 90.00 | 07/31/2025 |
| 07/25/2025 | 30131 | LIBERTY MUTUAL INSURANCE | 2,347.44 | 08/29/2025 |
| 07/31/2025 | 30132 | JESSE CRAIG | 3,285.00 | 08/29/2025 |
| 07/31/2025 | 30133 | APARTMENTS LLC | 649.00 | 08/29/2025 |
| 07/31/2025 | 30134 | BLUEPEAK | 37.43 | 08/29/2025 |
| 07/31/2025 | 30135 | Capital One Commercial | 125.07 | 08/29/2025 |
| 07/31/2025 | 30136 | GEORGES SANITATION | 430.11 | 08/29/2025 |
| 07/31/2025 | 30137 | LIBBY BURGHARDT | 446.25 | 08/29/2025 |
| 07/31/2025 | 30138 | TRUGREEN | 297.36 | 08/29/2025 |
| 07/31/2025 | 30139 | U.S. TRUSTEES | 1,051.00 | 08/29/2025 |
| 07/31/2025 | 30140 | WHITE GLOVE CLEANING | 1,925.24 | 08/29/2025 |
| 07/31/2025 | 30141 | WMU WATERTOWN MUNICIPAL UTILITIES | 24.24 | 08/29/2025 |

**GO1 DIP**
**Bank Rec In-Progress Report**

| Date | Check # | Payee | Amount | Date Cleared |
|---|---|---|---|---|
| 07/31/2025 | 30142 | Alexis Burbach | 975.98 | 08/29/2025 |
| 07/31/2025 | 30143 | BRADLEY WARNS | 64.00 | 08/29/2025 |
| 07/31/2025 | 30144 | LIBBY BURGHARDT | 245.00 | 08/29/2025 |
| 07/31/2025 | 30145 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,660.14 | 08/29/2025 |
| 07/31/2025 | 30147 | CP BUSINESS MANAGEMENT | 8,260.09 | 08/29/2025 |
| 08/11/2025 | 30146 | RED RIVER STATE BANK | 35,000.00 | 08/29/2025 |
| 08/14/2025 | 30148 | FEENSTRA | 431.00 | 08/29/2025 |
| 08/14/2025 | 30149 | HTOO | 109.00 | 08/29/2025 |
| 08/15/2025 | 30150 | Alexis Burbach | 1,138.60 | 08/29/2025 |
| 08/15/2025 | 30151 | BRADLEY WARNS | 64.00 | 08/29/2025 |
| 08/29/2025 | 30152 | JESSE CRAIG | 3,285.00 | 08/29/2025 |
| 08/31/2025 | 30153 | Alexis Burbach | 284.12 | 09/30/2025 |
| 08/31/2025 | 30154 | CP BUSINESS MANAGEMENT | 7,463.89 | 09/30/2025 |
| 08/31/2025 | 30155 | JORDAN BERNDT | 30.00 | 09/30/2025 |
| 08/31/2025 | 30157 | AMERICAN CARPET CARE, INC | 132.75 | 09/30/2025 |
| 08/31/2025 | 30158 | APARTMENTS LLC | 649.00 | 09/30/2025 |
| 08/31/2025 | 30159 | BLUEPEAK | 37.43 | 09/30/2025 |
| 08/31/2025 | 30160 | HOMEMAKER'S VILLA | 1,249.19 | 09/30/2025 |
| 08/31/2025 | 30161 | SCHUMACHER | 477.36 | 09/30/2025 |
| 08/31/2025 | 30162 | TRUGREEN | 185.85 | 09/30/2025 |
| 08/31/2025 | 30163 | WHITE GLOVE CLEANING | 1,208.21 | 09/30/2025 |
| 08/31/2025 | 30167 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,824.06 | 09/30/2025 |
| 08/31/2025 | 30173 | CP BUSINESS MANAGEMENT | 2,997.71 | 09/30/2025 |
| 09/05/2025 | 30156 | RED RIVER STATE BANK | 35,000.00 | 09/30/2025 |
| 09/07/2025 | 30166 | ALMQUIST | 927.50 | 09/30/2025 |
| 09/15/2025 | 30169 | Alexis Burbach | 323.08 | 09/30/2025 |
| 09/15/2025 | 30170 | JAXON SCHMIDT | 105.00 | 09/30/2025 |
| 09/17/2025 | 30171 | GLASS PRODUCTS | 230.85 | 09/30/2025 |
| 09/30/2025 | 30174 | CP BUSINESS MANAGEMENT | 3,221.34 | 09/30/2025 |
| **Total Cleared Checks** | | | **408,466.08** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 3025 | yardi test | 0.08 | 01/31/2025 |
| 01/31/2025 | 3006 | ACH BATCH 1/31/25 | 2,730.00 | 01/31/2025 |
| 01/31/2025 | 3007 | ACH BATCH 1/31/25 | 2,565.00 | 02/28/2025 |
| 02/01/2025 | 304 | :CC Deposit | 3,915.00 | 02/28/2025 |
| 02/02/2025 | 306 | :CC Deposit | 1,207.52 | 02/28/2025 |
| 02/03/2025 | 307 | :ACH/WIPS Deposit | 8,140.00 | 02/28/2025 |
| 02/03/2025 | 308 | :CC Deposit | 2,772.02 | 02/28/2025 |
| 02/03/2025 | 3005 | ACH BATCH 2/3/25 | 21,220.00 | 02/28/2025 |
| 02/03/2025 | 3011 | starion 1490040070 | 1,060.00 | 02/28/2025 |
| 02/03/2025 | 3016 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 309 | :ACH Deposit | 1,060.00 | 02/28/2025 |
| 02/05/2025 | 310 | :CC Deposit | 2,400.00 | 02/28/2025 |
| 02/05/2025 | 3008 | ACH 2/5/25 | 990.00 | 02/28/2025 |
| 02/06/2025 | 311 | :CC Deposit | 2,010.05 | 02/28/2025 |
| 02/06/2025 | 3012 | starion 273963540 | 2,400.00 | 02/28/2025 |
| 02/06/2025 | 3017 | starion 27396420 | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 3024 | YARDI CARD DEPXXXXX6072 | 1,005.00 | 02/28/2025 |
| 02/07/2025 | 3010 | starion 274088817 | 1,090.00 | 02/28/2025 |
| 02/11/2025 | 312 | :CC Deposit | 790.00 | 02/28/2025 |
| 02/12/2025 | 3009 | | 1,010.00 | 02/28/2025 |
| 02/12/2025 | 3015 | | 1,090.00 | 02/28/2025 |
| 02/12/2025 | 3018 | deposit #3014 | 7,745.00 | 02/28/2025 |

**GO1 DIP**
**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 02/13/2025 | 3022 | starion 274814784 | 1,070.00 | 02/28/2025 |
| 02/14/2025 | 3021 | starion 274807557 | 2,900.00 | 02/28/2025 |
| 02/14/2025 | 3023 | starion 274815374 | 2,190.00 | 02/28/2025 |
| 02/14/2025 | 3026 | starion ach | 562.56 | 02/28/2025 |
| 02/28/2025 | 314 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 02/28/2025 | 3027 | starion 276375176 | 450.00 | 02/28/2025 |
| 02/28/2025 | 3033 | hme wire 2/28/25 | 3,305.45 | 02/28/2025 |
| 02/28/2025 | 313 | :ACH Deposit | 3,780.00 | 03/31/2025 |
| 03/01/2025 | 317 | :CC Deposit | 925.00 | 03/31/2025 |
| 03/01/2025 | 318 | :CC Deposit | 4,820.00 | 03/31/2025 |
| 03/02/2025 | 320 | :CC Deposit | 1,985.00 | 03/31/2025 |
| 03/03/2025 | 319 | :ACH/WIPS Deposit | 4,195.00 | 03/31/2025 |
| 03/03/2025 | 321 | :CC Deposit | 3,010.00 | 03/31/2025 |
| 03/03/2025 | 3029 | | 22,960.00 | 03/31/2025 |
| 03/04/2025 | 322 | :CC Deposit | 2,000.00 | 03/31/2025 |
| 03/05/2025 | 3030 | starion 276963007 | 9,250.49 | 03/31/2025 |
| 03/05/2025 | 3032 | ach | 1,760.00 | 03/31/2025 |
| 03/05/2025 | 323 | :ACH Deposit | 450.00 | 03/31/2025 |
| 03/06/2025 | 325 | :ACH/WIPS Deposit | 1,560.00 | 03/31/2025 |
| 03/06/2025 | 326 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 03/07/2025 | 327 | :ACH Deposit | 1,280.00 | 03/31/2025 |
| 03/10/2025 | 3031 | starion 277477818 | 1,090.00 | 03/31/2025 |
| 03/10/2025 | 328 | :ACH Deposit | 565.00 | 03/31/2025 |
| 03/28/2025 | 330 | :CC Deposit | 1,010.00 | 04/30/2025 |
| 03/28/2025 | 3035 | starion 279534933 | 3,673.40 | 03/31/2025 |
| 03/28/2025 | 329 | :ACH Deposit | 1,090.00 | 04/30/2025 |
| 03/29/2025 | 332 | :CC Deposit | 925.00 | 04/30/2025 |
| 03/31/2025 | 333 | :ACH/WIPS Deposit | 2,690.00 | 04/30/2025 |
| 03/31/2025 | 334 | :CC Deposit | 505.00 | 04/30/2025 |
| 04/01/2025 | 336 | :CC Deposit | 6,016.00 | 04/30/2025 |
| 04/01/2025 | 335 | :ACH Deposit | 2,045.00 | 04/30/2025 |
| 04/02/2025 | 338 | :CC Deposit | 1,915.00 | 04/30/2025 |
| 04/02/2025 | 3036 | starion 280087880 | 7,985.00 | 04/30/2025 |
| 04/02/2025 | 337 | :ACH Deposit | 2,150.00 | 04/30/2025 |
| 04/03/2025 | 339 | :CC Deposit | 3,350.00 | 04/30/2025 |
| 04/03/2025 | 3037 | | 24,220.00 | 04/30/2025 |
| 04/04/2025 | 340 | :CC Deposit | 1,100.00 | 04/30/2025 |
| 04/04/2025 | 3038 | | 2,040.00 | 04/30/2025 |
| 04/07/2025 | 342 | :ACH/WIPS Deposit | 2,345.00 | 04/30/2025 |
| 04/08/2025 | 343 | :ACH Deposit | 1,060.00 | 04/30/2025 |
| 04/09/2025 | 344 | :CC Deposit | 1,090.00 | 04/30/2025 |
| 04/09/2025 | 3039 | starion 280855090 | 2,115.00 | 04/30/2025 |
| 04/14/2025 | 3043 | tx from security deposit | 12.92 | 04/30/2025 |
| 04/17/2025 | 3040 | starion 281771790 | 1,857.42 | 04/30/2025 |
| 04/28/2025 | 345 | :CC Deposit | 1,010.00 | 05/30/2025 |
| 04/29/2025 | 346 | :CC Deposit | 925.00 | 05/30/2025 |
| 04/30/2025 | 348 | :ACH/WIPS Deposit | 2,980.00 | 05/30/2025 |
| 04/30/2025 | 349 | :CC Deposit | 505.00 | 05/30/2025 |
| 04/30/2025 | 3041 | starion | 2,615.00 | 05/30/2025 |
| 04/30/2025 | 3042 | starion 283347649 | 431.21 | 05/30/2025 |
| 05/01/2025 | 352 | :ACH/WIPS Deposit | 3,905.00 | 05/30/2025 |
| 05/01/2025 | 353 | :CC Deposit | 6,895.00 | 05/30/2025 |
| 05/02/2025 | 354 | :CC Deposit | 2,930.00 | 05/30/2025 |
| 05/03/2025 | 356 | :CC Deposit | 1,415.00 | 05/30/2025 |
| 05/04/2025 | 3046 | | 25,780.00 | 05/30/2025 |
| 05/04/2025 | 3047 | ach- part of big batch | 1,990.00 | 05/30/2025 |
| 05/05/2025 | 358 | :ACH/WIPS Deposit | 3,048.37 | 05/30/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 05/05/2025 | 3044 | starion 283701901 | 9,010.00 | 05/30/2025 |
| 05/06/2025 | 359 | :CC Deposit | 1,090.00 | 05/30/2025 |
| 05/07/2025 | 361 | :CC Deposit | 1,090.00 | 05/30/2025 |
| 05/07/2025 | 360 | :ACH Deposit | 1,280.00 | 05/30/2025 |
| 05/09/2025 | 3045 | starion 284321581 | 1,090.00 | 05/30/2025 |
| 05/19/2025 | 3058 | tx from park chk | 12,500.00 | 05/30/2025 |
| 05/20/2025 | 363 | :CC Deposit | 411.23 | 05/30/2025 |
| 05/20/2025 | 362 | :ACH Deposit | 165.00 | 05/30/2025 |
| 05/29/2025 | 364 | :CC Deposit | 1,935.00 | 06/30/2025 |
| 05/30/2025 | 366 | :ACH/WIPS Deposit | 2,690.00 | 06/30/2025 |
| 06/01/2025 | 369 | :CC Deposit | 6,455.00 | 06/30/2025 |
| 06/02/2025 | 371 | :ACH/WIPS Deposit | 5,285.00 | 06/30/2025 |
| 06/02/2025 | 372 | :CC Deposit | 3,199.66 | 06/30/2025 |
| 06/02/2025 | 3048 | starion 286884402 | 7,160.00 | 06/30/2025 |
| 06/02/2025 | 3049 | starion 286894206 | 3,255.00 | 06/30/2025 |
| 06/03/2025 | 373 | :CC Deposit | 252.50 | 06/30/2025 |
| 06/03/2025 | 3050 | starion 287038253 | 1,077.49 | 06/30/2025 |
| 06/03/2025 | 3057 | | 27,770.00 | 06/30/2025 |
| 06/04/2025 | 374 | :CC Deposit | 1,410.00 | 06/30/2025 |
| 06/05/2025 | 375 | :CC Deposit | 1,090.00 | 06/30/2025 |
| 06/06/2025 | 376 | :ACH Deposit | 491.67 | 06/30/2025 |
| 06/09/2025 | 3052 | starion 287714143 | 3,190.00 | 06/30/2025 |
| 06/09/2025 | 377 | :ACH Deposit | 1,280.00 | 06/30/2025 |
| 06/10/2025 | 379 | :CC Deposit | 300.00 | 06/30/2025 |
| 06/10/2025 | 378 | :ACH Deposit | 1,010.00 | 06/30/2025 |
| 06/11/2025 | 380 | :CC Deposit | 32.05 | 06/30/2025 |
| 06/11/2025 | 3053 | starion 287942845 | 450.00 | 06/30/2025 |
| 06/11/2025 | 3054 | starion 287940206 | 450.00 | 06/30/2025 |
| 06/11/2025 | 3055 | starion 287943941 | 200.00 | 06/30/2025 |
| 06/11/2025 | 3056 | starion 287988436 | 8,333.33 | 06/30/2025 |
| 06/13/2025 | 381 | :ACH Deposit | 1,065.00 | 06/30/2025 |
| 06/17/2025 | 382 | :CC Deposit | 290.00 | 06/30/2025 |
| 06/20/2025 | 383 | :CC Deposit | 895.00 | 06/30/2025 |
| 06/21/2025 | 384 | :CC Deposit | 447.50 | 06/30/2025 |
| 06/30/2025 | 387 | :ACH/WIPS Deposit | 2,690.00 | 07/31/2025 |
| 06/30/2025 | 388 | :CC Deposit | 2,020.00 | 07/31/2025 |
| 07/01/2025 | 390 | :ACH/WIPS Deposit | 3,105.00 | 07/31/2025 |
| 07/01/2025 | 391 | :CC Deposit | 6,080.00 | 07/31/2025 |
| 07/02/2025 | 393 | :CC Deposit | 2,055.24 | 07/31/2025 |
| 07/02/2025 | 3059 | 290300704 | 7,285.00 | 07/31/2025 |
| 07/02/2025 | 392 | :ACH Deposit | 2,671.67 | 07/31/2025 |
| 07/03/2025 | 394 | :CC Deposit | 1,402.00 | 07/31/2025 |
| 07/03/2025 | 3065 | | 29,920.00 | 07/31/2025 |
| 07/03/2025 | 3066 | ach part of $30995 | 1,075.00 | 07/31/2025 |
| 07/05/2025 | 395 | :CC Deposit | 2,998.00 | 07/31/2025 |
| 07/05/2025 | 3072 | starion 294610690 | 450.00 | 08/29/2025 |
| 07/07/2025 | 396 | :ACH Deposit | 300.00 | 07/31/2025 |
| 07/09/2025 | 398 | :CC Deposit | 400.00 | 07/31/2025 |
| 07/09/2025 | 397 | :ACH Deposit | 1,280.00 | 07/31/2025 |
| 07/10/2025 | 3060 | starion 291143996 | 1,314.16 | 07/31/2025 |
| 07/10/2025 | 3061 | starion 291145061 | 1,090.00 | 07/31/2025 |
| 07/11/2025 | 400 | :CC Deposit | 1,010.00 | 07/31/2025 |
| 07/11/2025 | 399 | :ACH Deposit | 765.00 | 07/31/2025 |
| 07/15/2025 | 401 | :CC Deposit | 690.00 | 07/31/2025 |
| 07/18/2025 | 3062 | starion 292011341 | 6,462.49 | 07/31/2025 |
| 07/18/2025 | 3063 | starion 292014379 | 1,978.33 | 07/31/2025 |
| 07/18/2025 | 3064 | ach | 975.00 | 07/31/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| 07/21/2025 | 3068 | ach | 80.00 | 07/31/2025 |
| 07/21/2025 | 3076 | ach catchup | 1,090.00 | 07/31/2025 |
| 07/29/2025 | 403 | :CC Deposit | 1,010.00 | 08/29/2025 |
| 07/29/2025 | 402 | :ACH Deposit | 2,180.00 | 08/29/2025 |
| 07/30/2025 | 404 | :CC Deposit | 1,010.00 | 08/29/2025 |
| 07/31/2025 | 406 | :CC Deposit | 995.00 | 08/29/2025 |
| 07/31/2025 | 3070 | starion 293854701 | 1,365.00 | 08/29/2025 |
| 07/31/2025 | 405 | :ACH Deposit | 1,060.00 | 08/29/2025 |
| 08/01/2025 | 409 | :ACH/WIPS Deposit | 6,808.33 | 08/29/2025 |
| 08/01/2025 | 410 | :CC Deposit | 5,538.38 | 08/29/2025 |
| 08/03/2025 | 411 | :CC Deposit | 1,486.00 | 08/29/2025 |
| 08/03/2025 | 3077 | | 29,175.00 | 08/29/2025 |
| 08/03/2025 | 3078 | PART OF LARGE ACH BATCH | 3,060.00 | 08/29/2025 |
| 08/04/2025 | 412 | :CC Deposit | 491.00 | 08/29/2025 |
| 08/04/2025 | 3069 | starion 293854003 | 8,911.51 | 08/29/2025 |
| 08/05/2025 | 414 | :CC Deposit | 2,118.00 | 08/29/2025 |
| 08/05/2025 | 413 | :ACH Deposit | 980.00 | 08/29/2025 |
| 08/07/2025 | 415 | :ACH Deposit | 1,280.00 | 08/29/2025 |
| 08/11/2025 | 3073 | starion 294611707 | 8,296.67 | 08/29/2025 |
| 08/11/2025 | 3074 | starion 294614559 | 2,773.61 | 08/29/2025 |
| 08/12/2025 | 416 | :CC Deposit | 490.00 | 08/29/2025 |
| 08/13/2025 | 3075 | starion 294869004 | 1,531.28 | 08/29/2025 |
| 08/21/2025 | 417 | :CC Deposit | 351.60 | 08/29/2025 |
| 08/28/2025 | 418 | :CC Deposit | 1,010.00 | 09/30/2025 |
| 08/29/2025 | 420 | :ACH/WIPS Deposit | 3,240.00 | 09/30/2025 |
| 08/29/2025 | 421 | :CC Deposit | 2,100.00 | 09/30/2025 |
| 08/30/2025 | 423 | :CC Deposit | 1,075.00 | 09/30/2025 |
| 08/31/2025 | 424 | :ACH/WIPS Deposit | 2,675.00 | 09/30/2025 |
| 08/31/2025 | 425 | :CC Deposit | 1,010.00 | 09/30/2025 |
| 09/01/2025 | 428 | :CC Deposit | 4,155.00 | 09/30/2025 |
| 09/02/2025 | 429 | :ACH/WIPS Deposit | 5,791.67 | 09/30/2025 |
| 09/03/2025 | 3079 | | 29,365.00 | 09/30/2025 |
| 09/03/2025 | 3080 | PART OF LARGE ACH BATCH | 4,090.00 | 09/30/2025 |
| 09/03/2025 | 430 | :ACH Deposit | 491.66 | 09/30/2025 |
| 09/04/2025 | 431 | :CC Deposit | 680.00 | 09/30/2025 |
| 09/05/2025 | 432 | :CC Deposit | 3,115.74 | 09/30/2025 |
| 09/08/2025 | 3081 | starion 297660643 | 9,989.76 | 09/30/2025 |
| 09/08/2025 | 3083 | starion 297672310 | 6,286.67 | 09/30/2025 |
| 09/08/2025 | 433 | :ACH Deposit | 1,994.58 | 09/30/2025 |
| 09/09/2025 | 435 | :CC Deposit | 584.58 | 09/30/2025 |
| 09/09/2025 | 434 | :ACH Deposit | 531.36 | 09/30/2025 |
| 09/11/2025 | 3092 | | 2,000.00 | 09/30/2025 |
| 09/17/2025 | 3084 | starion 298689211 | 300.99 | 09/30/2025 |
| 09/17/2025 | 3085 | starion 298692921 | 1,010.00 | 09/30/2025 |
| 09/30/2025 | 3086 | starion 300100280 | 333.10 | 09/30/2025 |
| 09/30/2025 | 3088 | starion 300121162 | 99.20 | 09/30/2025 |
| **Total Cleared Deposits** | | | **612,155.50** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
| --- | --- | --- | --- | --- |
| 01/30/2025 | 300 | yardi | -0.10 | 01/31/2025 |
| 02/03/2025 | 301 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 302 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | 304 | STARION FINANCIAL | -10.00 | 02/28/2025 |
| 02/28/2025 | 303 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | RC 31389 | Returned item PAIGE HALL | -990.00 | 02/28/2025 |

**GO1 DIP**
**Bank Rec In-Progress Report**

| Date | Ref | Description | Amount | Date |
|---|---|---|---|---|
| 02/14/2025 | JE 4011 | :Prog Gen Move Out transfer (VERNA OLSON) - Receipt #31568 | 955.00 | 02/28/2025 |
| 02/14/2025 | JE 4012 | :Prog Gen Move Out transfer (KYLE WISSEMAN) - Receipt #31569 | 955.00 | 02/28/2025 |
| 04/14/2025 | JE 4094 | Tx RE Escrow to checking for 4/31 pymt | 38,247.48 | 05/30/2025 |
| 04/14/2025 | JE 4101 | Crandall's eviction deposit, moved to checking to use for bills. Reverse when deposit is fully "returned" when re-rented and deposit is "returned" on yardi tenant screen. | 910.00 | 04/30/2025 |
| 04/14/2025 | JE 4100 | :Prog Gen Move Out transfer (SELMER HATLESTAD) - Receipt #32174 | 1,025.00 | 04/30/2025 |
| 05/13/2025 | RC 32490 | Returned item TARYN OPDAHL | -1,010.00 | 05/30/2025 |
| 05/14/2025 | JE 4136 | :Prog Gen Move Out transfer (PAIGE HALL) - Receipt #32494 | 570.00 | 05/30/2025 |
| 05/14/2025 | JE 4135 | :Prog Gen Move Out transfer (PAIGE HALL) - Receipt #32493 | 1,090.00 | 05/30/2025 |
| 05/14/2025 | JE 4137 | :Prog Gen Move Out transfer (HELGA MYERS) - Receipt #32497 | 955.00 | 05/30/2025 |
| 05/15/2025 | JE 4142 | :PostRecurring RE Tax Escrow (payable 10/31) | -5,463.93 | 05/30/2025 |
| 06/30/2025 | 305 | STARION FINANCIAL | -0.75 | 06/30/2025 |
| 06/13/2025 | JE 4156 | :Prog Gen Move Out transfer (REAGAN CRANDALL) - Receipt #32824 | 910.00 | 06/30/2025 |
| 06/13/2025 | JE 4157 | :Prog Gen Move Out transfer (ZIHUI GONG) - Receipt #32825 | 925.00 | 06/30/2025 |
| 06/13/2025 | JE 4158 | :Prog Gen Move Out transfer (JESSE HEER) - Receipt #32826 | 925.00 | 06/30/2025 |
| 06/13/2025 | JE 4159 | :Prog Gen Move Out transfer (BLAKE THEISEN) - Receipt #32827 | 750.00 | 06/30/2025 |
| 06/13/2025 | JE 4160 | :Prog Gen Move Out transfer (JORDAN NIERMAN) - Receipt #32828 | 925.00 | 06/30/2025 |
| 06/15/2025 | JE 4163 | | -20.00 | 06/30/2025 |
| 06/15/2025 | JE 4177 | :PostRecurring RE Tax Escrow (payable 10/31) | -5,463.93 | 06/30/2025 |
| 06/30/2025 | JE 4181 | | -910.00 | 06/30/2025 |
| 07/31/2025 | 306 | STARION FINANCIAL | -1.25 | 07/31/2025 |
| 07/07/2025 | RC 32914 | Returned item t0000919 | -1,010.00 | 07/31/2025 |
| 07/11/2025 | JE 4170 | wire tx fee; repay to Parkside | -20.00 | 08/29/2025 |
| 07/14/2025 | JE 4189 | :Prog Gen Move Out transfer (ALLIE WEISS) - Receipt #33072 | 910.00 | 07/31/2025 |
| 07/14/2025 | JE 4190 | :Prog Gen Move Out transfer (ALEXIS WILLETT) - Receipt #33073 | 925.00 | 07/31/2025 |
| 07/14/2025 | JE 4179 | :Prog Gen Move Out transfer (COLE GILSDORF) - Receipt #33067 | 1,010.00 | 07/31/2025 |
| 08/08/2025 | 307 | STARION FINANCIAL | -5.00 | 08/29/2025 |
| 08/29/2025 | 308 | STARION FINANCIAL | -1.50 | 08/29/2025 |
| 08/03/2025 | RC 33470 | Returned item AVERY REMMERDE | -1,075.00 | 08/29/2025 |
| 08/14/2025 | JE 4208 | Mehlhoff security deposit was in 1 check with prorated rent. Deposited to 1111, tx sec. dep to the 2111 acct. | 1,010.00 | 08/29/2025 |
| 08/14/2025 | JE 4204 | :Prog Gen Move Out transfer (ETHAN WELLNITZ) - Receipt #33440 | 1,010.00 | 08/29/2025 |
| 08/14/2025 | JE 4205 | :Prog Gen Move Out transfer (DWIGHT FEENSTRA) - Receipt #33441 | 910.00 | 08/29/2025 |

**GO1 DIP**
**Bank Rec In-Progress Report**

| 08/14/2025 | JE 4206 | :Prog Gen Move Out transfer (THA DAH HTOO)  - Receipt #33442 | 910.00 | 08/29/2025 |
| 08/14/2025 | JE 4207 | :Prog Gen Move Out transfer (MARISSA ROBER)  - Receipt #33443 | 1,010.00 | 08/29/2025 |
| 09/07/2025 | JE 4219 | :Prog Gen Move Out transfer (STEVEN ROSBACH)  - Receipt #33792 | 1,010.00 | 09/30/2025 |
| 09/07/2025 | JE 4221 | :Prog Gen Move Out transfer (LEW KNAPP)  - Receipt #33794 | 750.00 | 09/30/2025 |
| 09/07/2025 | JE 4222 | :Prog Gen Move Out transfer (STEVE ALMQUIST)  - Receipt #33796 | 1,090.00 | 09/30/2025 |
| 09/11/2025 | JE 4227 | :Prog Gen Move Out transfer (WILLOW SEURER)  - Receipt #33860 | 925.00 | 09/30/2025 |

**Total Cleared Other Items**                                                                                     **44,571.02**