# Payables Aging Report

Period: -09/2025
As of : 09/30/2025

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Grand Total** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

# Aged Receivable

Property =  Generations on 1st  Status: Current, Future, Notice   Month From: 09/2025

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| **Generations on 1st** | | | | | | | | | |
| Generations on 1st | ESCAMILLA-VIGIL JOSHUA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,010.00 | -1,010.00 |
| Generations on 1st | DEHOET TIARA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,060.00 | -1,060.00 |
| Generations on 1st | HERSTEDT LYNELL | Current | 43.86 | 43.86 | 0.00 | 0.00 | 0.00 | 0.00 | 43.86 |
| Generations on 1st | KRANZ JACOB | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,600.00 | -1,600.00 |
| Generations on 1st | DYKSTRA JONI | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | RASSEL ADDISON | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | KIRLEY CASEY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -140.00 | -140.00 |
| Generations on 1st | ALBAN CLAYTON | Current | 80.00 | 80.00 | 0.00 | 0.00 | 0.00 | -1,170.00 | -1,090.00 |
| Generations on 1st | KADOUN BRAUN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,075.00 | -1,075.00 |
| Generations on 1st | MACALUSO ALEXANDRIA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.00 | -65.00 |
| Generations on 1st | GODEL KALEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -85.00 | -85.00 |
| Generations on 1st | LAPOINTE BRITTEN | Current | -15.00 | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.00 |
| Generations on 1st | BEADLE LILY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -936.88 | -936.88 |
| Generations on 1st | CORDINGLEY MASON | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -60.00 | -60.00 |
| Generations on 1st | JACOBS JUSTINE | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,010.00 | -1,010.00 |
| Generations on 1st | MEHLHOFF KYLER | Current | 80.00 | 80.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80.00 |
| **Generations on 1st** | | | **188.86** | **188.86** | **0.00** | **0.00** | **0.00** | **-10,391.88** | **-10,203.02** |
| | | | | | | | | | |
| **Grand Total** | | | **188.86** | **188.86** | **0.00** | **0.00** | **0.00** | **-10,391.88** | **-10,203.02** |

UserId : mcraig@cpbusmgt.com Date : 10/13/2025 Time : 20:41

Monday, October 13, 2025
03:40 PM

10/13/2025 4:22 PM

**Rent Roll**

Property = Generations on 1st

As Of = 09/30/2025

Month = 09/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 101 | SENIOR CENTER | 0.00 | 0.00 | 0.00 | 05/01/2022 | 08/31/2110 | | 0.00 |
| 3201 | RENEE HANLON | 1,495.00 | 1,475.00 | 80.00 | 03/03/2023 | | | 0.00 |
| 3202 | JUDITH ZIRBEL | 1,010.00 | 925.00 | 80.00 | 08/09/2024 | 08/31/2025 | | 0.00 |
| 3203 | SHEILA KAMMERER | 985.00 | 955.00 | 80.00 | 05/01/2023 | 01/31/2026 | | 0.00 |
| 3204 | PHYLLIS JACKSON | 1,010.00 | 1,010.00 | 0.00 | 04/01/2024 | 04/30/2025 | | 0.00 |
| 3205 | CONNOR KAUP | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3206 | CASEY KIRLEY | 1,010.00 | 910.00 | 80.00 | 08/07/2024 | 08/31/2025 | | -140.00 |
| 3207 | LOIS STADHEIM | 985.00 | 955.00 | 75.00 | 06/01/2023 | 05/31/2024 | | 0.00 |
| 3208 | BRAUN KADOUN | 1,010.00 | 1,090.00 | 65.00 | 08/01/2025 | 07/31/2026 | | -1,075.00 |
| 3209 | JONI DYKSTRA | 1,010.00 | 1,010.00 | 80.00 | 08/15/2024 | 08/14/2025 | | -1,090.00 |
| 3210 | MARILYN BOIK | 1,475.00 | 1,475.00 | 75.00 | 04/01/2023 | 03/31/2024 | | 0.00 |
| 3211 | KIERA WEISSER | 1,520.00 | 1,520.00 | -45.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3212 | EMILY PETERSON | 1,010.00 | 1,010.00 | 65.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3213 | ALLISON FOOTE | 1,010.00 | 910.00 | 80.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 3214 | MIKALA WAGNER | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3215 | ALEXANDRIA MACALUSO | 1,010.00 | 1,010.00 | 65.00 | 05/01/2025 | 04/30/2026 | | -65.00 |
| 3216 | KYLER MEHLHOFF | 1,010.00 | 1,010.00 | 80.00 | 09/01/2025 | 05/31/2026 | | 80.00 |
| 3217 | AVERY REMMERDE | 1,010.00 | 1,090.00 | 65.00 | 07/07/2025 | 07/06/2026 | | 0.00 |
| 3218 | MASON CORDINGLEY | 1,010.00 | 1,010.00 | -15.00 | 05/24/2025 | 05/31/2026 | | -60.00 |
| 3301 | BARBARA GOENS | 1,475.00 | 1,475.00 | 80.00 | 09/01/2022 | 08/31/2023 | | 0.00 |
| 3302 | ISABELLE RICHARDSON | 1,010.00 | 750.00 | -30.00 | 04/01/2025 | 03/31/2026 | | 0.00 |
| 3303 | BRITTEN LAPOINTE | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | | -15.00 |
| 3304 | HANNAH HEUER | 1,010.00 | 1,090.00 | 80.00 | 09/01/2025 | 08/31/2026 | | 0.00 |
| 3305 | ELLIOTT STEINER | 1,010.00 | 1,010.00 | 0.00 | 08/01/2025 | 07/31/2026 | | 0.00 |
| 3306 | TIARA DEHOET | 985.00 | 955.00 | 75.00 | 04/01/2023 | 03/31/2024 | | -1,060.00 |
| 3307 | ORLEY WANGSNESS | 1,010.00 | 1,090.00 | 80.00 | 10/01/2024 | 09/30/2025 | | 0.00 |
| 3308 | MARQUS MCDONNELL | 1,010.00 | 1,010.00 | 15.00 | 04/18/2025 | 04/30/2026 | | 0.00 |
| 3309 | KEEGAN SCHELLE | 1,010.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | | 0.00 |
| 3310 | ALEXIS BURBACH | 1,520.00 | 0.00 | -240.00 | 03/01/2024 | | | 0.00 |

**Page 1 of 3**

10/13/2025 4:22 PM

**Rent Roll**

Property =  Generations on 1st

As Of = 09/30/2025

Month = 09/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| 3311 | BARBARA WEGMAN | 1,520.00 | 1,425.00 | 80.00 | 07/01/2022 | 06/30/2026 | | 0.00 |
| 3312 | LUCAS HANSEN | 1,010.00 | 1,010.00 | 0.00 | 09/01/2025 | 05/31/2026 | | 0.00 |
| 3313 | CLAYTON ALBAN | 1,010.00 | 910.00 | 80.00 | 08/09/2024 | 05/31/2026 | | -1,090.00 |
| 3314 | HANNAH HUPPLER | 1,010.00 | 1,010.00 | 65.00 | 02/01/2026 | 01/31/2026 | | 0.00 |
| 3315 | ALLYSSA KIRCHBERG | 985.00 | 750.00 | 0.00 | 10/28/2024 | 10/27/2025 | 10/05/2025 | 2,290.95 |
| 3316 | MICAH WARRINGTON | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3317 | KALEN GODEL | 995.00 | 1,090.00 | 80.00 | 06/01/2025 | 05/31/2026 | | -85.00 |
| 3318 | DARRIEN MARTIN | 1,010.00 | 1,010.00 | 0.00 | 07/01/2025 | 06/30/2026 | | 0.00 |
| 3401 | LORNA HARSTAD | 1,520.00 | 1,375.00 | 0.00 | 08/01/2022 | | | 0.00 |
| 3402 | TARYN OPDAHL | 1,010.00 | 1,010.00 | 40.00 | 04/05/2024 | 01/31/2026 | | 0.00 |
| 3403 | LILY BEADLE | 1,010.00 | 1,010.00 | -15.00 | 07/01/2025 | 06/30/2026 | | -936.88 |
| 3404 | CHRISTIAN SNYDER | 1,010.00 | 1,010.00 | 65.00 | 07/01/2025 | 06/30/2026 | | 0.00 |
| 3405 | DAWSON TREEBY | 1,010.00 | 1,010.00 | 0.00 | 08/16/2024 | 08/31/2026 | | 0.00 |
| 3406 | TIMOTHY BEAUDRY | 1,010.00 | 2,100.00 | 65.00 | 08/01/2025 | 07/31/2026 | | 0.00 |
| 3407 | CYNTHIA WELLS | 910.00 | 1,090.00 | 80.00 | 11/01/2024 | 10/31/2025 | | 0.00 |
| 3408 | LAVERNA COYLE | 985.00 | 985.00 | 75.00 | 07/01/2023 | 06/30/2024 | | 0.00 |
| 3409 | JUDITH HOFFMAN | 1,010.00 | 750.00 | -30.00 | 01/15/2024 | 01/14/2026 | | 0.00 |
| 3410 | KAREN JENSEN | 1,520.00 | 1,520.00 | 80.00 | 03/01/2024 | 02/28/2025 | | 0.00 |
| 3411 | PAIGE HALL | 1,520.00 | 1,600.00 | 50.00 | 05/01/2025 | 04/30/2026 | | 0.00 |
| 3412 | DIONNE ZWEIG | 1,010.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | | 0.00 |
| 3413 | DARYL TAPIO | 1,010.00 | 985.00 | 80.00 | 11/01/2022 | 10/31/2023 | | 0.00 |
| 3414 | NICHOLAS KASTEN | 1,010.00 | 955.00 | 80.00 | 11/01/2022 | 10/31/2023 | | 0.00 |
| 3415 | SAYLOR HALLSTROM | 1,010.00 | 750.00 | -25.00 | 10/25/2024 | 10/24/2025 | | 0.00 |
| 3416 | JACOBE TRAMP | 1,010.00 | 1,010.00 | 80.00 | 03/01/2024 | 02/28/2025 | | 0.00 |
| 3417 | PIPER NAUGHTON | 1,010.00 | 910.00 | 80.00 | 08/08/2024 | 08/31/2026 | | 0.00 |
| 3418 | JUSTINE JACOBS | 1,010.00 | 1,010.00 | 0.00 | 07/21/2024 | 07/31/2026 | | -1,010.00 |
| 3501 | CHARLES OLSON | 1,520.00 | 1,415.00 | 40.00 | 04/01/2022 | | | 0.00 |
| 3502 | MATTHEW HAEDER | 1,010.00 | 1,090.00 | 80.00 | 08/01/2025 | 07/31/2026 | | 0.00 |
| 3503 | FUTURE TENANT | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 3504 | RAY BRADBERRY | 965.00 | 500.00 | 75.00 | 04/01/2022 | | | 0.00 |

10/13/2025 4:22 PM

**Rent Roll**

Property =  Generations on 1st

As Of = 09/30/2025

Month = 09/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| 3505 | JOHN TIMMONS | 1,010.00 | 935.00 | 80.00 | 10/12/2022 | | | 0.00 |
| 3506 | LYNELL HERSTEDT | 985.00 | 985.00 | 40.00 | 07/01/2023 | 06/30/2024 | | 43.86 |
| 3507 | GUEST SUITE | 450.00 | 0.00 | 0.00 | 01/01/2025 | 12/31/2025 | | 0.00 |
| 3508 | NICHOLAS PETERSEN | 1,010.00 | 925.00 | 80.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 3509 | MADISON PREMUS | 1,010.00 | 1,010.00 | 0.00 | 09/01/2023 | 08/31/2024 | | 0.00 |
| 3510 | JACOB KRANZ | 1,520.00 | 1,520.00 | 80.00 | 01/01/2024 | 12/31/2024 | | -1,600.00 |
| 3511 | DEAN SHULTZ | 1,520.00 | 1,520.00 | -45.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3512 | HALI ANDERSON | 1,010.00 | 935.00 | 40.00 | 07/01/2022 | 09/30/2026 | | 0.00 |
| 3513 | ADDISON RASSEL | 1,010.00 | 925.00 | 80.00 | 07/01/2024 | 06/30/2025 | | -1,090.00 |
| 3514 | HAYDEN MULDER | 1,010.00 | 1,010.00 | 80.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 3515 | KADEN BENNETT | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3516 | JOSHUA ESCAMILLA-VIGIL | 1,010.00 | 935.00 | 0.00 | 07/01/2022 | | | -1,010.00 |
| 3517 | MASON MCDONALD | 1,010.00 | 1,005.00 | 80.00 | 07/01/2022 | | 11/30/2025 | 0.00 |
| 3518 | FUTURE TENANT | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| **Future Tenants/Applicants** | | | | | | | | |
| 3518 | NATHAN OLSON | 0.00 | 1,010.00 | 0.00 | 10/01/2025 | 09/30/2026 | | 0.00 |
| 3503 | DONNA REESE | 0.00 | 1,090.00 | 0.00 | 10/01/2025 | 06/30/2026 | | 0.00 |
| 3517 | CHARITY HOVEY | 0.00 | 1,090.00 | 0.00 | 12/05/2025 | 12/31/2026 | | 0.00 |
| **Total** | **Generations on 1st** | **75,835.00** | **76,050.00** | **2,935.00** | | | | **-7,912.07** |

| Summary Groups | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied | Balance |
|----------------|-------------|------------------|------|------------|------------------|-----------------|---------|
| Current/Notice/Vacant Tenants | 75,835.00 | 72,860.00 | 2,935.00 | 71 | 97.26 | 97.26 | -7,912.07 |
| Future Tenants/Applicants | 0.00 | 3,190.00 | 0.00 | 3 | 0.00 | 0.00 | 0.00 |
| Occupied Units | 0.00 | 0.00 | 0.00 | 71 | 97.26 | 97.26 | 0.00 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 2 | 2.74 | 2.74 | 0.00 |
| **Totals:** | **75,835.00** | **76,050.00** | **2,935.00** | **73** | **100.00** | **100.00** | **-7,912.07** |

## Owner Statement

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Sep 2025

Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|---|---|---|---|---|---|---|---|
| | | | | **Beginning Balance** | | | 60,319.64 |
| 08/03/2025 | ACH | Generations on 1st | AVERY REMMERDE | NSF receipt Ctrl# 33470 no account found | -1,075.00 | 0.00 | 59,244.64 |
| 09/01/2025 | 497668382 cpbm5610 | Generations on 1st | ALEXANDRIA MACALUSO | | 1,090.00 | 0.00 | 60,334.64 |
| 09/01/2025 | :ACH-650 | Generations on 1st | AVERY REMMERDE | Pre-Authorized Payment | 1,075.00 | 0.00 | 61,409.64 |
| 09/01/2025 | 496178465 cpbm5613 | Generations on 1st | DARRIEN MARTIN | | 1,010.00 | 0.00 | 62,419.64 |
| 09/01/2025 | :ACH-WEB | Generations on 1st | DEAN SHULTZ | Online Payment - EFT Payment Paid by Roommate MASON SHULTZ(r0000099 ).Web - Resident Services | 491.67 | 0.00 | 62,911.31 |
| 09/01/2025 | 306398933 | Generations on 1st | EMILY PETERSON | Recurring Debit Card Payment ; | 1,075.00 | 0.00 | 63,986.31 |
| 09/01/2025 | 497026364 cpbm5610 | Generations on 1st | HANNAH HUPPLER | | 1,075.00 | 0.00 | 65,061.31 |
| 09/01/2025 | 497743500 cpbm5610 | Generations on 1st | HAYDEN MULDER | | 1,090.00 | 0.00 | 66,151.31 |
| 09/01/2025 | :ACH-WEB | Generations on 1st | JOHN TIMMONS | Online Payment - EFT Payment. Mobile App - Resident Services | 900.00 | 0.00 | 67,051.31 |
| 09/01/2025 | :ACH-WEB | Generations on 1st | JOHN TIMMONS | Online Payment - EFT Payment. Mobile App - Resident Services | 190.00 | 0.00 | 67,241.31 |
| 09/01/2025 | 497031503 cpbm 5610 | Generations on 1st | KALEN GODEL | | 540.00 | 0.00 | 67,781.31 |
| 09/01/2025 | 497612193 cpbm5610 | Generations on 1st | KALEN GODEL | Paid by: KAYLA LEHR | 540.00 | 0.00 | 68,321.31 |
| 09/01/2025 | :ACH-WEB | Generations on 1st | KEEGAN SCHELLE | Online Payment - EFT Payment. Mobile App - Resident Services | 1,090.00 | 0.00 | 69,411.31 |
| 09/01/2025 | :ACH-651 | Generations on 1st | LAVERNA COYLE | Pre-Authorized Payment | 1,060.00 | 0.00 | 70,471.31 |
| 09/01/2025 | 497558095 cpbm5610 | Generations on 1st | MASON CORDINGLEY | | 1,010.00 | 0.00 | 71,481.31 |
| 09/01/2025 | 306398916 | Generations on 1st | MASON MCDONALD | Recurring Credit Card Payment; | 1,090.00 | 0.00 | 72,571.31 |
| 09/01/2025 | 306398925 | Generations on 1st | MICAH WARRINGTON | Recurring Debit Card Payment ; | 995.00 | 0.00 | 73,566.31 |
| 09/01/2025 | 306360588 | Generations on 1st | MIKALA WAGNER | Debit Card On-Line Payment ; Mobile App - Resident Services | 995.00 | 0.00 | 74,561.31 |
| 09/01/2025 | 4907000 | Generations on 1st | REAGAN CRANDALL | | 363.09 | 0.00 | 74,924.40 |
| 09/01/2025 | 4887453 | Generations on 1st | REAGAN CRANDALL | | 441.67 | 0.00 | 75,366.07 |
| 09/01/2025 | :ACH-652 | Generations on 1st | SAYLOR HALLSTROM | Pre-Authorized Payment | 985.00 | 0.00 | 76,351.07 |
| 09/02/2025 | :ACH-WEB | Generations on 1st | DEAN SHULTZ | Online Payment - EFT Payment. Mobile App - Resident Services | 491.66 | 0.00 | 76,842.73 |
| 09/02/2025 | 497959136 cpbm5610 | Generations on 1st | DEAN SHULTZ | Paid by: ALEXIS CEROLL | 491.67 | 0.00 | 77,334.40 |
| 09/03/2025 | ACH | Generations on 1st | ALLISON FOOTE | | 1,090.00 | 0.00 | 78,424.40 |

**Owner Statement**

Owner = Generations On 1st (Generations on 1st)

Generations on 1st

Month = Sep 2025

Book = Cash

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/03/2025 | ACH | Generations on 1st | BARBARA GOENS | | 1,555.00 | 0.00 | 79,979.40 |
| 09/03/2025 | ACH | Generations on 1st | BRITTEN LAPOINTE | | 1,075.00 | 0.00 | 81,054.40 |
| 09/03/2025 | ACH | Generations on 1st | CASEY KIRLEY | | 1,010.00 | 0.00 | 82,064.40 |
| 09/03/2025 | ACH | Generations on 1st | CHARLES OLSON | | 1,560.00 | 0.00 | 83,624.40 |
| 09/03/2025 | ACH | Generations on 1st | CHRISTIAN SNYDER | | 1,075.00 | 0.00 | 84,699.40 |
| 09/03/2025 | ACH | Generations on 1st | CONNOR KAUP | | 1,075.00 | 0.00 | 85,774.40 |
| 09/03/2025 | ACH | Generations on 1st | CYNTHIA WELLS | | 990.00 | 0.00 | 86,764.40 |
| 09/03/2025 | ACH | Generations on 1st | DAWSON TREEBY | | 1,010.00 | 0.00 | 87,774.40 |
| 09/03/2025 | ach | Generations on 1st | ELLIOTT STEINER | | 1,010.00 | 0.00 | 88,784.40 |
| 09/03/2025 | ACH | Generations on 1st | HALI ANDERSON | | 1,050.00 | 0.00 | 89,834.40 |
| 09/03/2025 | ACH | Generations on 1st | ISABELLE RICHARDSON | | 980.00 | 0.00 | 90,814.40 |
| 09/03/2025 | ACH | Generations on 1st | JUDITH HOFFMAN | | 980.00 | 0.00 | 91,794.40 |
| 09/03/2025 | ACH | Generations on 1st | JUDITH ZIRBEL | | 1,090.00 | 0.00 | 92,884.40 |
| 09/03/2025 | ACH | Generations on 1st | KADEN BENNETT | | 995.00 | 0.00 | 93,879.40 |
| 09/03/2025 | ACH | Generations on 1st | KAREN JENSEN | | 1,600.00 | 0.00 | 95,479.40 |
| 09/03/2025 | ACH | Generations on 1st | LILY BEADLE | | 995.00 | 0.00 | 96,474.40 |
| 09/03/2025 | ACH | Generations on 1st | LOIS STADHEIM | | 1,060.00 | 0.00 | 97,534.40 |
| 09/03/2025 | ACH | Generations on 1st | MARILYN BOIK | | 1,550.00 | 0.00 | 99,084.40 |
| 09/03/2025 | ACH | Generations on 1st | NICHOLAS KASTEN | | 1,090.00 | 0.00 | 100,174.40 |
| 09/03/2025 | ACH | Generations on 1st | NICHOLAS PETERSEN | | 1,090.00 | 0.00 | 101,264.40 |
| 09/03/2025 | ACH | Generations on 1st | ORLEY WANGSNESS | | 1,090.00 | 0.00 | 102,354.40 |
| 09/03/2025 | ACH | Generations on 1st | PAIGE HALL | | 1,570.00 | 0.00 | 103,924.40 |
| 09/03/2025 | ACH | Generations on 1st | PHYLLIS JACKSON | | 1,010.00 | 0.00 | 104,934.40 |
| 09/03/2025 | ACH | Generations on 1st | PIPER NAUGHTON | | 1,090.00 | 0.00 | 106,024.40 |
| 09/03/2025 | ACH | Generations on 1st | RENEE HANLON | | 1,575.00 | 0.00 | 107,599.40 |
| 09/03/2025 | ACH | Generations on 1st | SHEILA KAMMERER | | 1,065.00 | 0.00 | 108,664.40 |
| 09/03/2025 | ACH | Generations on 1st | TARYN OPDAHL | | 1,050.00 | 0.00 | 109,714.40 |
| 09/03/2025 | ACH | Generations on 1st | TIMOTHY BEAUDRY | | 1,075.00 | 0.00 | 110,789.40 |
| 09/04/2025 | 307986512 | Generations on 1st | HANNAH HEUER | Debit Card On-Line Payment ; Mobile App - Resident Services | 80.00 | 0.00 | 110,869.40 |
| 09/04/2025 | 308140237 | Generations on 1st | JACOBE TRAMP | Debit Card On-Line Payment ; Mobile App - Resident Services | 600.00 | 0.00 | 111,469.40 |
| 09/05/2025 | 30156 | Generations on 1st | RED RIVER STATE BANK | GenOn1st, Mtg; per cash collateral 2/3/2025 | 0.00 | 35,000.00 | 76,469.40 |
| 09/05/2025 | 13459 | Generations on 1st | BARBARA WEGMAN | | 1,600.00 | 0.00 | 78,069.40 |
| 09/05/2025 | 0040089236 | Generations on 1st | DARYL TAPIO | | 1,090.00 | 0.00 | 79,159.40 |
| 09/05/2025 | 110 | Generations on 1st | DIONNE ZWEIG | | 1,090.00 | 0.00 | 80,249.40 |
| 09/05/2025 | cpbm 5610 | Generations on 1st | GUEST SUITE | | 450.00 | 0.00 | 80,699.40 |

# Owner Statement

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Sep 2025

Book = Cash

| Date | Ref | Owner | Name | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 09/05/2025 | 308283396 | Generations on 1st | KIERA WEISSER | Debit Card On-Line Payment ; Roommate LOGAN AUSTAD (r0000103) ; Mobile App - Resident Services | 491.00 | 0.00 | 81,190.40 |
| 09/05/2025 | 308378938 | Generations on 1st | KIERA WEISSER | Debit Card On-Line Payment ; Roommate BRENDYN WEISSER (r0000104) ; Mobile App - Resident Services | 492.00 | 0.00 | 81,682.40 |
| 09/05/2025 | 080280 | Generations on 1st | KYLER MEHLHOFF | | 1,010.00 | 0.00 | 82,692.40 |
| 09/05/2025 | 5994 | Generations on 1st | LORNA HARSTAD | | 1,520.00 | 0.00 | 84,212.40 |
| 09/05/2025 | 308462930 | Generations on 1st | LUCAS HANSEN | Credit Card On-Line Payment ; Roommate KATHLEEN HANSEN (r0000111) ; Web - Resident Services | 1,107.74 | 0.00 | 85,320.14 |
| 09/05/2025 | 1692 | Generations on 1st | LYNELL HERSTEDT | | 825.00 | 0.00 | 86,145.14 |
| 09/05/2025 | 161 | Generations on 1st | MADISON PREMUS | | 1,010.00 | 0.00 | 87,155.14 |
| 09/05/2025 | 308341088 | Generations on 1st | MARQUS MCDONNELL | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,025.00 | 0.00 | 88,180.14 |
| 09/05/2025 | 3286 | Generations on 1st | RAY BRADBERRY | | 1,040.00 | 0.00 | 89,220.14 |
| 09/07/2025 | 30166 | Generations on 1st | STEVE ALMQUIST | Refunding Q-37422 | 0.00 | 927.50 | 88,292.64 |
| 09/07/2025 | 30165 | Generations on 1st | STEVEN ROSBACH | Refunding Q-37398 | 0.00 | 71.61 | 88,221.03 |
| 09/07/2025 | | Generations on 1st | JE-4219 | :Prog Gen Move Out transfer (STEVEN ROSBACH)  - Receipt #33792 | 1,010.00 | 0.00 | 89,231.03 |
| 09/07/2025 | | Generations on 1st | JE-4221 | :Prog Gen Move Out transfer (LEW KNAPP)  - Receipt #33794 | 750.00 | 0.00 | 89,981.03 |
| 09/07/2025 | | Generations on 1st | JE-4222 | :Prog Gen Move Out transfer (STEVE ALMQUIST)  - Receipt #33796 | 1,090.00 | 0.00 | 91,071.03 |
| 09/08/2025 | :ACH-WEB | Generations on 1st | ALEXIS BURBACH | Online Payment - EFT Payment. Mobile App - Resident Services | 1,280.00 | 0.00 | 92,351.03 |
| 09/08/2025 | :ACH-WEB | Generations on 1st | ALLYSSA KIRCHBERG | Online Payment - EFT Payment. Mobile App - Resident Services | 700.00 | 0.00 | 93,051.03 |
| 09/08/2025 | :ACH-WEB | Generations on 1st | KIERA WEISSER | Online Payment - EFT Payment. Mobile App - Resident Services | 531.36 | 0.00 | 93,582.39 |
| 09/08/2025 | :ACH-WEB | Generations on 1st | MATTHEW HAEDER | Online Payment - EFT Payment. Web - Resident Services | 14.58 | 0.00 | 93,596.97 |

**Owner Statement**

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Sep 2025

Book = Cash

| Date | Ref | Owner | Name | Description | | | |
|------|-----|-------|------|-------------|---|---|---|
| 09/09/2025 | 308755899 | Generations on 1st | JACOBE TRAMP | Debit Card On-Line Payment ; Mobile App - Resident Services | 584.58 | 0.00 | 94,181.55 |
| 09/10/2025 | 308853418 | Generations on 1st | CLAYTON ALBAN | Debit Card On-Line Payment ; Web - Resident Services | 2,000.00 | 0.00 | 96,181.55 |
| 09/11/2025 | | Generations on 1st | JE-4227 | :Prog Gen Move Out transfer (WILLOW SEURER)  - Receipt #33860 | 925.00 | 0.00 | 97,106.55 |
| 09/15/2025 | 30169 | Generations on 1st | Alexis Burbach | 3305 smk detector, 3315 remote battery, 3301 ac | 0.00 | 30.00 | 97,076.55 |
| 09/15/2025 | 30169 | Generations on 1st | Alexis Burbach | 10.15 res mgr | 0.00 | 274.22 | 96,802.33 |
| 09/15/2025 | 30169 | Generations on 1st | Alexis Burbach | taxes | 0.00 | 18.86 | 96,783.47 |
| 09/15/2025 | 30170 | Generations on 1st | JAXON SCHMIDT | secure panic bar, thermostats | 0.00 | 105.00 | 96,678.47 |
| 09/15/2025 | GenRETaxEscrow | Generations on 1st | JE-4232 | RE Tax Escrow (payable 10/31) | 0.00 | 5,463.93 | 91,214.54 |
| 09/17/2025 | 30171 | Generations on 1st | GLASS PRODUCTS | #3210 window glass | 0.00 | 230.85 | 90,983.69 |
| 09/17/2025 | 4940614 | Generations on 1st | REAGAN CRANDALL | garnishment | 300.99 | 0.00 | 91,284.68 |
| 09/28/2025 | 310176859 | Generations on 1st | JOSHUA ESCAMILLA-VIGIL | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,010.00 | 0.00 | 92,294.68 |
| 09/29/2025 | 310266751 | Generations on 1st | BRAUN KADOUN | Debit Card On-Line Payment ; Web - Resident Services | 1,075.00 | 0.00 | 93,369.68 |
| 09/29/2025 | 310348612 | Generations on 1st | CLAYTON ALBAN | Debit Card On-Line Payment ; Web - Resident Services | 1,090.00 | 0.00 | 94,459.68 |
| 09/29/2025 | :ACH-WEB | Generations on 1st | JACOB KRANZ | Online Payment - EFT Payment Paid by Roommate SIERRA OVERSHINER(r0000046).Mobile App - Resident Services | 800.00 | 0.00 | 95,259.68 |
| 09/29/2025 | :ACH-WEB | Generations on 1st | JACOB KRANZ | Online Payment - EFT Payment. Mobile App - Resident Services | 800.00 | 0.00 | 96,059.68 |
| 09/29/2025 | :ACH-WEB | Generations on 1st | JONI DYKSTRA | Online Payment - EFT Payment. Mobile App - Resident Services | 1,090.00 | 0.00 | 97,149.68 |
| 09/30/2025 | 30175 | Generations on 1st | Alexis Burbach | 3 leases; 3518, 3315, 3517 | 0.00 | 600.00 | 96,549.68 |
| 09/30/2025 | 30175 | Generations on 1st | Alexis Burbach | 3518 clean lights, 3503 fan remote and wall fixes | 0.00 | 75.00 | 96,474.68 |
| 09/30/2025 | 30175 | Generations on 1st | Alexis Burbach | 8.30 res mgr | 0.00 | 216.76 | 96,257.92 |
| 09/30/2025 | 30175 | Generations on 1st | Alexis Burbach | taxes | 0.00 | 18.09 | 96,239.83 |
| 09/30/2025 | 30178 | Generations on 1st | AMERICAN CARPET CARE, INC | #3315 carpet steam cleaning | 0.00 | 132.75 | 96,107.08 |
| 09/30/2025 | 30179 | Generations on 1st | APARTMENTS LLC | monthly advertising | 0.00 | 649.00 | 95,458.08 |
| 09/30/2025 | 30180 | Generations on 1st | BLUEPEAK | | 0.00 | 37.43 | 95,420.65 |
| 09/30/2025 | 30176 | Generations on 1st | BRADLEY WARNS | 3410 seal around dryer vent | 0.00 | 80.00 | 95,340.65 |

## Owner Statement

Page 5

Owner = Generations On 1st (Generations on 1st)

Generations on 1st

Month = Sep 2025

Book = Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/30/2025 | 30181 | Generations on 1st | CANNON ELECTRIC | replace breaker in 3214 | 0.00 | 226.39 | 95,114.26 |
| 09/30/2025 | 30182 | Generations on 1st | Capital One Commercial | garb. bags, 3503 matls | 0.00 | 63.15 | 95,051.11 |
| 09/30/2025 | 30182 | Generations on 1st | Capital One Commercial | 3410 repair materials | 0.00 | 32.85 | 95,018.26 |
| 09/30/2025 | 30182 | Generations on 1st | Capital One Commercial | #3503 matls 3712706624 | 0.00 | 3.44 | 95,014.82 |
| 09/30/2025 | 30182 | Generations on 1st | Capital One Commercial | #3503 matls 37575055618 | 0.00 | 14.10 | 95,000.72 |
| 09/30/2025 | 30189 | Generations on 1st | CP BUSINESS MANAGEMENT | 3216 collected admin fees | 0.00 | 75.00 | 94,925.72 |
| 09/30/2025 | 30189 | Generations on 1st | CP BUSINESS MANAGEMENT | 3216 collected re-rental so far | 0.00 | 4.46 | 94,921.26 |
| 09/30/2025 | 30189 | Generations on 1st | CP BUSINESS MANAGEMENT | 3304 dep. over | 0.00 | 67.25 | 94,854.01 |
| 09/30/2025 | 30189 | Generations on 1st | CP BUSINESS MANAGEMENT | 3518 dep. over | 0.00 | 96.12 | 94,757.89 |
| 09/30/2025 | 30174 | Generations on 1st | CP BUSINESS MANAGEMENT | Ins prem. MADE ONLINE PAYMENT. | 0.00 | 3,221.34 | 91,536.55 |
| 09/30/2025 | 30189 | Generations on 1st | CP BUSINESS MANAGEMENT | misc mgr | 0.00 | 500.00 | 91,036.55 |
| 09/30/2025 | 30189 | Generations on 1st | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 200.00 | 90,836.55 |
| 09/30/2025 | 30189 | Generations on 1st | CP BUSINESS MANAGEMENT | collected late fees | 0.00 | 233.14 | 90,603.41 |
| 09/30/2025 | 30189 | Generations on 1st | CP BUSINESS MANAGEMENT | sept mgmt | 0.00 | 3,988.52 | 86,614.89 |
| 09/30/2025 | 30189 | Generations on 1st | CP BUSINESS MANAGEMENT | software fee | 0.00 | 73.00 | 86,541.89 |
| 09/30/2025 | 30189 | Generations on 1st | CP BUSINESS MANAGEMENT | offsite office rent | 0.00 | 1,312.50 | 85,229.39 |
| 09/30/2025 | 30189 | Generations on 1st | CP BUSINESS MANAGEMENT | offsite supplies | 0.00 | 214.56 | 85,014.83 |
| 09/30/2025 | 30189 | Generations on 1st | CP BUSINESS MANAGEMENT | offsite utilities | 0.00 | 28.95 | 84,985.88 |
| 09/30/2025 | 30172 | Generations on 1st | JESSE CRAIG | 73 UNITS, $45/UNIT | 0.00 | 3,285.00 | 81,700.88 |
| 09/30/2025 | 30177 | Generations on 1st | JORDAN BERNDT | 3410 ceiling leak, 3503 grab bars | 0.00 | 142.50 | 81,558.38 |
| 09/30/2025 | 30183 | Generations on 1st | SAFE N SECURE | door system offline after Bluepeak changes, tech travel x2 days | 0.00 | 732.78 | 80,825.60 |
| 09/30/2025 | 30184 | Generations on 1st | TRUGREEN | Aug mowings x4 | 0.00 | 185.85 | 80,639.75 |
| 09/30/2025 | 30187 | Generations on 1st | WHITE GLOVE CLEANING | august building clean | 0.00 | 743.40 | 79,896.35 |
| 09/30/2025 | 30187 | Generations on 1st | WHITE GLOVE CLEANING | 3315 6.25 hrs clean | 0.00 | 180.94 | 79,715.41 |
| 09/30/2025 | 30187 | Generations on 1st | WHITE GLOVE CLEANING | 3503 6.75 hrs | 0.00 | 194.21 | 79,521.20 |
| 09/30/2025 | 30185 | Generations on 1st | WHITE GLOVE CLEANING | 3518 2.5 hrs | 0.00 | 66.38 | 79,454.82 |
| 09/30/2025 | 30188 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 8/20-9/22 house electric | 0.00 | 593.05 | 78,861.77 |
| 09/30/2025 | 30188 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 8/20-9/22 house water | 0.00 | 747.13 | 78,114.64 |
| 09/30/2025 | 30188 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 8/20-9/22 house sewer | 0.00 | 2,923.92 | 75,190.72 |

**Owner Statement**

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Sep 2025

Book = Cash

Page 6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/30/2025 | 30188 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 8/20-9/22  vacates | 0.00 | 135.43 | 75,055.29 |
| 09/30/2025 | 30188 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 8/20-9/22 gas meter | 0.00 | 363.14 | 74,692.15 |
| 09/30/2025 | 310506581 | Generations on 1st | ADDISON RASSEL | Credit Card On-Line Payment ; Mobile App - Resident Services | 1,090.00 | 0.00 | 75,782.15 |
| 09/30/2025 | zego 500770401 CPBM 5622 | Generations on 1st | DIONNE ZWEIG | | 99.20 | 0.00 | 75,881.35 |
| 09/30/2025 | 310498477 | Generations on 1st | JUSTINE JACOBS | Credit Card On-Line Payment ; Mobile App - Resident Services | 1,010.00 | 0.00 | 76,891.35 |
| 09/30/2025 | 4961050 | Generations on 1st | REAGAN CRANDALL | garnishment | 333.10 | 0.00 | 77,224.45 |
| 09/30/2025 | :ACH-WEB | Generations on 1st | TIARA DEHOET | Online Payment - EFT Payment. Mobile App - Resident Services | 1,060.00 | 0.00 | 78,284.45 |
| | | | | **Ending Balance** | **82,544.31** | **64,579.50** | **78,284.45** |
| | | | | Reserves Needed | | 0.00 | |
| | | | | Security Deposits (this period) | | -1,675.00 | |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30172

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

09/30/25

TO THE
ORDER OF

JESSE CRAIG
1405 1ST AVE N
FARGO, ND   58102

**** THREE THOUSAND TWO HUNDRED EIGHTY FIVE AND 00/100 DOLLARS

$3,285.00***

NON-NEGOTIABLE



**JESSE CRAIG**

*GENERATIONS ON 1ST*

**2025**

| From: | 1-Sep |
| To: | 30-Sep |

Invoice #: 5009
Invoice Date: 9/9/2025
Due Date: 10/1/2025

| | | | | Total |
|---|---|---|---|---|
| 73 | | Manager oversite $45/unit | $45.00 | $3,285.00 |
| | | | **$45.00** | **$3,285.00** |

Please make checks payable to Jesse Craig no later than   10/1/2025

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

09/30/25

$6,793.50****

30189

TO THE
ORDER OF

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,          58106

**** SIX THOUSAND SEVEN HUNDRED NINETY THREE AND 50/100 DOLLARS

NON-NEGOTIABLE



**CP Business Management**

**2025**

| From: | 1-Sep |
| To: | 30-Sep |

*Generations on 1st*

Invoice #: 3009
Invoice Date: 9/9/2154
Due Date: 10/1/2025

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected funds | $79,770.58 | $3,988.53 |
| | | | |
| | | | |
| | | | |
| | **Total Management Fee** | **$79,770.58** | **$3,988.53** |
| | **Offsite Office** | | **Total** |
| 7010 | Off Site Office Rent | | $1,312.50 |
| 7030 | Off Site Office Utilities | | $28.95 |
| 7040 | Off Site Office Supplies | | $214.56 |
| | **Total Offsite Office** | | **$1,556.01** |
| | **Other Collected Income** | | **Total** |
| 5700 | 3216 collected admin fees | | $75.00 |
| 5700 | 3216 collected re-rental fee so far | | $4.46 |
| 6290 | 3518 deposit overages | | $96.12 |
| 6242 | 3304 deposit overages | | $67.25 |
| 5800 | collected late fees | | $233.14 |
| | | | |
| | | | |
| | **Total Other Collected Income** | | **$475.97** |
| | **Miscellaneous** | | |
| 8004 | Misc Manager | | $200.00 |
| 8005 | Misc Prof. | | $500.00 |
| 7057 | Software Fee | | $73.00 |
| | **Total Miscellaneous** | | **$773.00** |

| | |
|---|---|
| **Total Management Fee** | $3,988.53 |
| **Total Offsite Office** | $1,556.01 |
| **Total Other Collected Income** | $475.97 |
| **Total Miscellaneous** | $773.00 |
| **Generations on 1st Total** | $6,793.50 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30188

09/30/25

$4,762.67***

**** FOUR THOUSAND SEVEN HUNDRED SIXTY TWO AND 67/100 DOLLARS

TO THE
ORDER OF

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

MUNICIPAL UTILITIES DEPT.    Account Number    Name    Service Address
008-00187532-02    GENERATIONS ON 1ST    26 1 AVE SW HOUSE

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | | | Power factor |
| | Present | Previous | | Code | Present | Previous | Multiplier | Usage | Units | |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000030955 | 09/22/2025 | 08/22/2025 | 31 | MR | 466984 | 458813 | 1 | 8171 | kWh | |
| ELECTRIC: 0000030955 | 09/22/2025 | 08/22/2025 | 31 | MR | 17281 | | 1 | 17.28 | kW | |
| WATER: 0200555042 | 09/22/2025 | 08/22/2025 | 31 | MR | 04667 | 04509 | 1 | 158 | ccf | |
| GAS: 0002116659 | 09/22/2025 | 08/22/2025 | 31 | MR | 33613 | 33139 | 1 | 474 | ccf | |

### YOUR MONTHLY USAGE



**ELECTRIC (kWh)**

**WATER (100 cu.ft)**

**GAS (ccf)**

| | |
|---|---|
| PREVIOUS BALANCE | 4,610.61 |
| PAYMENT  09/10/2025 | -4,698.60 |
| BALANCE FORWARD | -87.99 |
| | |
| ELECTRIC SERVICE | |
| Electric Demand | 214.27 |
| Electric Customer Charge | 50.00 |
| Electric Energy | 294.16 |
| Electric State Tax | 23.45 |
| Electric City Tax | 11.17 |
| TOTAL ELECTRIC CHARGES | 593.05 |
| GAS SERVICE | |
| Gas Customer Charge | 40.00 |
| Gas Consumption | 301.94 |
| Gas State Tax | 14.36 |
| Gas City Tax | 6.84 |
| TOTAL GAS CHARGES | 363.14 |
| WATER SERVICE | |
| Water Customer Charge | 38.06 |
| Water Consumption | 665.81 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 747.13 |
| SEWER SERVICE | |
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 2,883.31 |
| TOTAL SEWER CHARGES | 2,923.92 |
| | |
| CURRENT CHARGES | $4,627.24 |
| | |
| TOTAL AMOUNT DUE | $4,539.25 |

PAID
30188

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 10/01/2025 | 10/10/2025 | 4,539.25 | 4,766.22 |

**MESSAGES:** Call 811 before you dig!

**MUNICIPAL UTILITIES DEPT.**

| | Account Number | Name | Service Address |
|---|---|---|---|
| | 001-00187641-04 | GENERATIONS ON 1ST | 26 1 AVE SW 3518 |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | kWh | |
| ELECTRIC: 0000049520 | 09/25/2025 | 09/02/2025 | 23 | MR | 12988 | 12805 | 1 | 183 | | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

Sep 2025

| | | |
|---|---|---|
| PREVIOUS BALANCE | | 0.00 |
| BALANCE FORWARD | | 0.00 |
| | | |
| ELECTRIC SERVICE | | 13.10 |
| Electric Customer Charge | | 13.36 |
| Electric Energy | | 1.11 |
| Electric State Tax | | 0.53 |
| Electric City Tax | | 28.10 |
| TOTAL ELECTRIC CHARGES | | $28.10 |
| | | |
| CURRENT CHARGES | | $28.10 |
| | | |
| TOTAL AMOUNT DUE | | $28.10 |

PAID

| 121588 | | | | Amount Due | Late Amount |
|---|---|---|---|---|---|
| Bill Type | Account Type | Bill Date | Due Date | 28.10 | 29.51 |
| FINAL BILL | | 10/01/2025 | 10/10/2025 | | |

MESSAGES: Call 811 before you dig!

MUNICIPAL UTILITIES DEPT.

**Account Number**
001-00187670-04

**Name**
GENERATIONS ON 1ST

**Service Address**
26 1 AVE SW 3503

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049547 | 09/19/2025 | 08/28/2025 | 22 | MR | 18206 | 18150 | 1 | 56 | kWh | |

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | 13.10 |
| Electric Customer Charge | 4.09 |
| Electric Energy | 0.72 |
| Electric State Tax | 0.34 |
| Electric City Tax | 18.25 |
| TOTAL ELECTRIC CHARGES | |
| | |
| CURRENT CHARGES | $18.25 |
| | |
| TOTAL AMOUNT DUE | $18.25 |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

Sep 2025

PAID
30188

---

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | | 10/01/2025 | 10/10/2025 | 18.25 | 19.16 |

**MESSAGES:** Call 811 before you dig!

MUNICIPAL UTILITIES DEPT.   Account Number   Name   Service Address
001-00187744-06   GENERATIONS ON 1ST   26 1 AVE SW 3312

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049568 | 09/03/2025 | 08/20/2025 | 14 | MR | 12516 | 12451 | 1 | 65 | kWh | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

| | |
|---|---|
| PREVIOUS BALANCE | 18.69 |
| BALANCE FORWARD | 18.69 |
| | |
| ELECTRIC SERVICE | 13.10 |
| Electric Customer Charge | 4.75 |
| Electric Energy | 0.75 |
| Electric State Tax | 0.36 |
| Electric City Tax | 18.96 |
| TOTAL ELECTRIC CHARGES | |
| | |
| CURRENT CHARGES | $18.96 |
| | |
| TOTAL AMOUNT DUE | $37.65 |

*PAID*

*Blake 8/29.*
*ledaup $16.13 tenant*

*Billed*

| 121588 | | | | | |
|---|---|---|---|---|---|
| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
| FINAL BILL | | 10/01/2025 | 10/10/2025 | 37.65 | 38.60 |
| **MESSAGES:** Call 811 before you dig! | | | | | |

MUNICIPAL UTILITIES DEPT.   Account Number   Name   Service Address
001-00187746-05   GENERATIONS ON 1ST   26 1 AVE SW 3315

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049566 | 09/19/2025 | 09/05/2025 | 14 | MR | 07400 | 07384 | 1 | 16 | KWH | |

PREVIOUS BALANCE 0.00
BALANCE FORWARD 0.00

ELECTRIC SERVICE 13.10
Electric Customer Charge 1.17
Electric Energy 0.60
Electric State Tax 0.29
Electric City Tax 15.16
TOTAL ELECTRIC CHARGES

CURRENT CHARGES $15.16

TOTAL AMOUNT DUE $15.16

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

PAID 2018

Alyson's Billed

| | Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|---|
| 121588 | FIRST BILL | | 10/01/2025 | 10/10/2025 | 15.16 | 15.92 |

MESSAGES: Call 811 before you dig!

MUNICIPAL UTILITIES DEPT.

| Account Number | Name | Service Address |
|---|---|---|
| 001-00187730-01 | GENERATIONS ON 1ST | 26 1 AVE SW 3216 |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | kWh | |
| ELECTRIC: 0000049538 | 08/20/2025 | 08/20/2025 | 0 | MR | 06117 | 06117 | 1 | 0 | | |

| YOUR MONTHLY USAGE | |
|---|---|
| PREVIOUS BALANCE | 36.27 |
| BALANCE FORWARD | 36.27 |
| ELECTRIC SERVICE | |
| CURRENT CHARGES | $0.00 |
| TOTAL AMOUNT DUE | $36.27 |

PAID

**ELECTRIC (kWh)**

| | Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|---|
| 121588 | FINAL BILL | | 10/01/2025 | 10/10/2025 | 36.27 | 36.27 |

**MESSAGES:** Call 811 before you dig!

30173

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

08/31/25

$2,997.71***

TO THE
ORDER OF      **** TWO THOUSAND NINE HUNDRED NINETY SEVEN AND 71/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,     58106

NON-NEGOTIABLE

30174

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

09/30/25

$3,221.34***

**** THREE THOUSAND TWO HUNDRED TWENTY ONE AND 34/100 DOLLARS

TO THE
ORDER OF

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,     58106

NON-NEGOTIABLE

**Liberty Mutual.**
INSURANCE    Summary

🏠 🎧 **844-961-0334**
M-F, 8AM-8PM (EST)   👤 ▾

## Billing Portal

| | |
|---|---|
| **Account #:** | **\*\*\*\*\*\*\*\*\*\*4025** |
| **Account of:** | THE RUINS LLC |
| | GENERATIONS ON 1ST LLC |
| | PARKSIDE LLC |
| **Policies on account:** | BKS\*\*\*\*\*\*\*\* |

| | |
|---|---|
| Payment: | **$0.00** |
| Account balance: | **$74,557.70** |

**Pay Now**

ⓘ **Welcome to Express Payment where you can make a one-time payment without signing into your profile.**
To access all online capabilities, click here to login or create a new user profile.

*[handwritten:] 30173 + 30174*
*[handwritten stamp:] PAID*

## Confirmation

| | |
|---|---|
| Confirmation # | D0004RWF7 |
| Date/time | 09/30/2025 04:12 PM EDT |
| Payment method | Credit/Debit card |
| Total Payment | $15,167.23 on Mastercard ending in 4149 |
| Payment Amount | $14,797.30 |
| Payment Service Fee | $369.93 |
| Saved payment account for future use | No |

*[handwritten annotations:]*
*gen: 40.517%*
*$6,219.05*
*8/31 - $2997.71 ✓ 30173*
*9/28 - 3,221.34 ✓ 30174*

*$15,849.23*

*Park: 21.113%*
*$3,240.68*
*8/31 - $1562.08 ✓ 20147*
*9/28 - $1678.60 ✓ 20148*

*Ruins: 38.370%*
*$5,889.50 - mc*
*9/3 - $5,674.54 ✓ 40040*
*9/28 - " " + x - 258*

**Return to Summary**

A confirmation receipt has been sent to the email address on file.

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30168

08/31/25

$2,997.71***

VOID

TO THE
ORDER OF    **** TWO THOUSAND NINE HUNDRED NINETY SEVEN AND 71/100 DOLLARS

LIBERTY MUTUAL INSURANCE
PO BOX 91013
CHICAGO, IL   60680-1171

VOID

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈030168⑈

DATE:08/31/25  CK#:30168  TOTAL:
PAYEE:LIBERTY MUTUAL INSURANCE

Void

- Rewrite to CP
  Business
- online pymt made
  for "both" months.

**Property Address**                                                      **Amount**

Generations on 1st                              344025                      2,997.71
                                                                            2,997.71

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30168

08/31/25

$2,997.71***

TO THE
ORDER OF    **** TWO THOUSAND NINE HUNDRED NINETY SEVEN AND 71/100 DOLLARS

LIBERTY MUTUAL INSURANCE
PO BOX 91013
CHICAGO, IL   60680-1171

NON-NEGOTIABLE

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30187

09/30/25                $1,118.55***

TO THE
ORDER OF

**** ONE THOUSAND ONE HUNDRED EIGHTEEN AND 55/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD    57241

NON-NEGOTIABLE



*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|---|---|
| 9/1/2025 | 2337 |

| Due Date | Terms |
|---|---|
| 10/1/2025 | Net 30 |

| Bill To |
|---|
| Generations
Unit # |



| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | Generations Mont... | Monthly Building Cleaning
Sales Tax | 700.00
6.20% | 700.00T
43.40 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total**  $743.40

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/1/2025 | 2357 |

| Due Date | Terms |
|----------|-------|
| 10/1/2025 | Net 30 |

| Bill To |
|---------|
| Generations
Unit #3503 |



| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6.75 | Unit Cleaning | | 25.00 | 168.75T |
| | Air Unit | Clean A/C Front Vents and Filter | 0.00 | 0.00T |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Shower | | |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | Blinds | Wash Window  and / or  Patio Door Blinds | 0.00 | 0.00T |
| | Dust | Ceiling Fans | 0.00 | 0.00T |
| | | Trim | | |
| | | Doors | | |
| | | Wall Vents | | |
| | | Baseboards | | |
| | | Heat Panels | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Kitchen | Range (Top, Sides, Under, Oven, Drawer) | 0.00 | 0.00T |
| | | Fridge (Top, Sides, Under, Inside) | | |
| | | Overhead Range (Inside, Front, Underside and Filter) | | |
| | | Dishwasher (Inside, Front, Filter) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks,Faucet, Sprayer, Drain Plugs | | |
| | Laundry | Clean Inside/ Outside Washing Machine | 0.00 | 0.00T |
| | | Remove Lint and Wipe Down Dryer | | |
| | | Wipe Shelves in Laundry Room | | |
| | | Pull Units Out and Sweep/Mop Under | | |
| | | Dust Behind | | |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | Chemical Fee | | 15.00 | 15.00 |
| | | Sales Tax | 6.20% | 10.46 |

| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | **Total** | $194.21 |
|---|---|---|

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|---|---|
| 9/1/2025 | 2356 |

| Due Date | Terms |
|---|---|
| 10/1/2025 | Net 30 |

**Bill To**

Generations
Unit #3315



PAID
30187

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 6.25 | Unit Cleaning | | 25.00 | 156.25T |
| | Air Unit | Clean A/C Front Vents and Filter | 0.00 | 0.00T |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Shower | | |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | Blinds | Wash Window and / or Patio Door Blinds | 0.00 | 0.00T |
| | Dust | Ceiling Fans | 0.00 | 0.00T |
| | | Trim | | |
| | | Doors | | |
| | | Wall Vents | | |
| | | Baseboards | | |
| | | Heat Panels | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Kitchen | Range (Top, Sides, Under, Oven, Drawer) | 0.00 | 0.00T |
| | | Fridge (Top, Sides, Under, Inside) | | |
| | | Overhead Range (Inside, Front, Underside and Filter) | | |
| | | Dishwasher (Inside, Front, Filter) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks,Faucet, Sprayer, Drain Plugs | | |
| | Laundry | Clean Inside/ Outside Washing Machine | 0.00 | 0.00T |
| | | Remove Lint and Wipe Down Dryer | | |
| | | Wipe Shelves in Laundry Room | | |
| | | Pull Units Out and Sweep/Mop Under | | |
| | | Dust Behind | | |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | Chemical Fee | | 15.00 | 15.00 |
| | | Sales Tax | 6.20% | 9.69 |

| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | **Total** | $180.94 |
|---|---|---|

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30185

09/30/25

$66.38*******

TO THE
ORDER OF    **** SIXTY SIX AND 38/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD    57241

NON-NEGOTIABLE

**White Glove Cleaning**
17892 449th Ave
Hayti, SD 57241

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/5/2025 | 2333 |

| Due Date | Terms |
|----------|-------|
| 9/4/2025 | Net 30 |

**Bill To**

Generations
Unit #3518

PAID
30185

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2.5 | Unit Cleaning Kitchen | Range (Top, Sides, Under) | 25.00 | 62.50T |
| | | Fridge (Top, Sides, Under) | 0.00 | 0.00T |
| | | Overhead Range (Front) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks,Faucet, Sprayer, Drain Plugs | | |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Vanity (Inside/ outside) | | |
| | Laundry | Wipe Shelves in Laundry Room | 0.00 | 0.00T |
| | | Pull Units Out and Sweep/Mop Under | | |
| | | Dust Behind | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | Dust | Trim | 0.00 | 0.00T |
| | | Doors | | |
| | | Baseboards | | |
| | | Heat Panels | | |
| | Blinds | Wash Window Blinds | 0.00 | 0.00T |
| | Air Unit | Clean A/C Front Vents and Filter- remove yellow ?expanding foam off unit | 0.00 | 0.00T |
| | | Sales Tax | 6.20% | 3.88 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total**    $66.38

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30180

09/30/25

$37.43********

TO THE
ORDER OF    ****  THIRTY SEVEN AND 43/100 DOLLARS

BLUEPEAK
PO BOX 5002
SIOUX FALLS, SD    57117-5002

NON-NEGOTIABLE



**Contact Us**
**www.mybluepeak.com**
**833-567-3987**


@HelloBluepeak

| | |
|---|---|
| Account Number: | 046789401 |
| Billing Date: | 09/08/25 |
| **Total Amount Due:** | **$74.86** |
| Payment Due By: | Due Upon Receipt |



**It pays to have friends.**

Refer your friends to Bluepeak and **get a $50 credit** on your bill when they sign up.

mybluepeak.com/help/refer-a-friend

PAID
3080

**STATEMENT SUMMARY**
| | |
|---|---|
| Previous Balance | $37.43 |
| Payments and Adjustments | $15.00 - Statcup |
| New Charges | $22.43 |
| **Total Amount Due** | **$74.86** |

**NEW CHARGES SUMMARY**
| | |
|---|---|
| Monthly Service Charges | $22.00 |
| Taxes | $0.43 |
| **Total New Charges** | **$22.43** |

37.43 due

Maybe it was an oversight, but at the time of this mailing we did not receive your payment and subsequently, a late fee was applied. To avoid interruption to your service, please apply payment of $74.86 online at https://mybluepeak.com/pay-your-bill/ or call us at 1-888-975-4BLU (4258).

Government taxes and fees are imposed by federal, state, and local governments. These charges may vary by the state and locality of your service address or services purchased and are subject to change from time to time.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices.  Your acknowledgement of this agreement is confirmed by your payment.

Home

Sign Out

# View Statements

Your current statement is displayed below. You can view your charges and make payments directly from this page.

Account Overview

Bill Pay

View Statements

Account Profile

Paperless Option

**Account Name:** Generations on 1st - OFC/Crtsy
**Account Number:** 46789401
**Service Address:** 26 1ST AVE SW
WATERTOWN, SD 57201-3612

**Payment Type:** One-Time
**Payment Method:** CASH
**Delivery Method:** Paper Bill
Change Payment Settings

### Statement

Statement: Sep 8, 2025

| | |
|---|---|
| Previous Statement Balance: | $74.86 |
| Payment Received: | ($37.43) |
| Current Statement Balance: | $37.43* |

\* May not include discounts, promotions, taxes, and fees. Please click here for more information

 View PDF Statement

PDF Statements require Adobe Acrobat Reader. If you do not have it, click here for a free download.

## Previous Statements

You can download available previous statements below. Please select the statement date from the list below and click on download.

Sep 8, 2025 ▾    [ Download ]

PDF Statements require Adobe Acrobat Reader. If you do not have it, click here for a free download.

Home    FAQs    Contact Us    LiveChat

Privacy Policy | Terms of Use

© 2021 Bluepeak, All rights reserved.

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30179

TO THE
ORDER OF

**** SIX HUNDRED FORTY NINE AND 00/100 DOLLARS

APARTMENTS LLC
2563 COLLECTION CENTER DR
CHICAGO, IL   60693

09/30/25

$649.00******

NON-NEGOTIABLE



Apartments.com
POWERED BY COSTAR

501 S 5th Street
Richmond, VA 23219



| Invoice | Page 1 of 2 |
|---|---|
| Invoice Number | 122626899 |
| Account #/Location ID | 180274941 |
| Invoice Date | 09/03/2025 |
| CoStar Federal Tax ID | 52-2134617 |
| Payment Terms | Net 30 |
| Due Date | 10/03/2025 |
| Service Period | 09/01/2025 to 09/30/2025 |
| **Invoice Amount** | **USD 649.00** |

1046 1 MB 0.672   E0124 I0199 D14586393030 S2 P10891915 0002:0003



ACCOUNTS PAYABLE
CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO ND 58106-9379

Pay by credit card or checking account online by
registering at **CoStar.BillTrust.com**

Use your personalized **Enrollment Token** below.



**CURRENT INVOICE** See the following page(s) for detail

| | |
|---|---|
| Apartments Network 3 Gold | USD 649.00 |
| Sub-Total | USD 649.00 |
| Tax | USD 0.00 |
| **Current Invoice Total** | **USD 649.00** |

For questions about your bill, please call us at 800-894-4720.
Email: Billing@costar.com

Office Hours: Monday - Friday 9:00 AM - 8:00 PM EST

TEAR HERE   **REMITTANCE DOCUMENT - Please Include With Your Payment**   TEAR HERE

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30183

09/30/25

$732.78******

**** SEVEN HUNDRED THIRTY TWO AND 78/100 DOLLARS

TO THE
ORDER OF

SAFE N SECURE
25769 COTTONWOOD AVE
SIOUX FALLS, SD   57107

NON-NEGOTIABLE

Peters Distributing, Inc.
dba Safe-N-Secure
25769 Cottonwood Avenue
Sioux Falls, SD  57107

# SAFE-N-SECURE™
## SECURITY EQUIPMENT

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 09/11/2025 | 101444 |

6055435068

BILL TO

CP Business Management
Parkside Place
1405 1st Ave. N. Suite B
Fargo, ND 58102

SHIP TO

Generations on 1st
26 1st Ave. SW
Watertown, SD 57201

*PAID*
*2018*

| P.O. NO. | TERMS | DUE DATE | Original REP |
|----------|-------|----------|--------------|
|  | Net 15 | 09/26/2025 | BJH |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Details 08/29/2025 & 09/11/2025:  Technician sent to troubleshoot doors showing offline after Blue peak switched Internet around.  Fixed router setting and reconfigured LAN module.  Return trip was required because Blue peak switched the static IP address again.  Updated settings and everything is back online. |  |  |  |
| Technician: Scott E. |  |  |  |
| On Site/Service Charge | 1 | 330.00 | 330.00T |
| Travel Charge - Round Trip.**2 Trips** | 384 | 1.25 | 480.00T |
| Discounted Travel Charge - Split Travel with other customer in area. | -96 | 1.25 | -120.00T |
| Watertown, SD City & State Sales Tax |  |  | 42.78 |

***We now offer an online payment option with CC or ACH***
For link please email accounting@sns605.com

A MONTHLY FINANCE CHARGE OF 1.5% PER MONTH (18% ANNUALLY)
MAY BE ADDED TO ALL OVERDUE INVOICES .  THE MINIMUM FINANCE
CHARGE IS $2.00.  WE ACCEPT VISA, MASTERCARD AND DISCOVER.

| **Total** | $732.78 |
|-----------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $732.78 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30184

09/30/25

$185.85******

TO THE
ORDER OF

**** ONE HUNDRED EIGHTY FIVE AND 85/100 DOLLARS

TRUGREEN
3334 9th Ave SW
Watertown, SD   57201

NON-NEGOTIABLE



**TRUGREEN.**
*Live life outside."*

PROPERTY MOWING $175.00

(605) 882-0643

Customer # 90239
Invoice # 1951700
mcraig@cpbusmgt.com

Service Address
Generations
Mindy Craig
26 1st Ave. SW
Watertown, SD 57201

PAID
20184

COMMENTS: Aug. Mowing
8/ 8/ 14, 8/ 20, /27 + 9/
Thank you!

☐ DO NOT MOW FOR ____ HRS
☐ DO NOT WATER FOR ____ HRS
☐ WATER LAWN MORE OFTEN
☐ SHARPEN MOWER BLADE(S)

☐ RAISE MOWER HEIGHT
☐ KEEP CHILDREN AND PETS
   OFF LAWN FOR ____ HRS

TIME:
TECHNICIAN: RS    James

DATE: Aug

Wind Direction       Wind Speed
                     [ ] 0-5
   N                 [ ] 6-10
W —|— E              [ ] 11-15
   S

Weather Conditions
Temperature

An independent business licensed to serve you by TruGreen Limited Partnership.

Please Stay Off Treated Areas Until Treated Spots Have Settled If a Granular Treatment

Today's Invoice Charge          175.00

WATERTOWN SALES TAX              10.85
Invoice Total                   185.85

**Please Remit      $185.85**

*Please pay within 10 days.  If payment
has recently been made, please
disregard this statement. Thank you!*

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30181

TO THE
ORDER OF

\*\*\*\* TWO HUNDRED TWENTY SIX AND 39/100 DOLLARS

CANNON ELECTRIC
708 9TH AVE SE
#308
WATERTOWN, SD   57201

09/30/25

$226.39\*\*\*\*\*

NON-NEGOTIABLE



## Cannon Electric LLC

708 9th Ave SE, #308
Watertown, SD 57201

| | |
|---|---|
| JOB | #2955 |
| SERVICE DATE | Sep 30, 2025 |
| INVOICE DATE | Sep 30, 2025 |
| PAYMENT TERMS | Upon receipt |
| DUE DATE | Sep 30, 2025 |
| AMOUNT DUE | **$226.39** |

PAID
2018

CP Business Management
CP Business Management
PO Box 9379
Fargo, ND 58106

📞 (701) 239-2630
✉ mcraig@cpbusmgt.com

### SERVICE ADDRESS

Generations On 1st- CP Business
26 1st Ave SW
Watertown, SD 57201

### CONTACT US

📞 (605) 520-0433
✉ cannon.electric@outlook.com

## INVOICE

| Services | qty |
|---|---|
| Replace bad breaker in unit 3214 | 1.0 |

| | |
|---|---|
| Subtotal | $221.86 |
| Total Tax | $4.53 |
| SD Excise Tax (2.041%) | $4.53 |
| **Job Total** | **$226.39** |
| **Amount Due** | **$226.39** |

Happiness is like a butterfly which, when pursued, is always beyond our grasp, but, if you will sit down quietly, may alight upon you. -
Nathaniel Hawthorne

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30178

09/30/25

$132.75******

TO THE
ORDER OF

**** ONE HUNDRED THIRTY TWO AND 75/100 DOLLARS

AMERICAN CARPET CARE, INC
931 23RD ST SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

# AMERICAN CARPET CARE INC

*Any time Today.*

f Like us on Facebook

931 23rd St SW
Watertown, SD 57201
Phone 605/880-6676

**PAID**
3|01|18

Carpet & Upholstery Cleaning
Commercial/Residential
americancarpetcaresd@gmail.com

*Always Sparkling* #3315   9/2/25
*Generations*
*Wtn S.D.*

S/F = _____   S = _____   TAX CD = _____   MLG = _____

*Carpet Cleaning*

$125.00
$ tax 7.75
$ 132.75

**Payment due upon completion of service.**
**Subject to late fees if not paid within 30 days. ($10.00 minimum)**

*Thank You!*

30182

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

09/30/25

$113.54******

TO THE
ORDER OF      **** ONE HUNDRED THIRTEEN AND 54/100 DOLLARS

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA    91716-0506

NON-NEGOTIABLE

*MEMO: 6004-3002-0037-4038*

**MENARDS – WATERTOWN**
**2100 9th Avenue S.E.**
**Watertown, SD 57201**

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in store credit voucher if the
return is done after 12/24/25

If you have questions regarding the
charges on your receipt, please
email us at:
WTWNfrontend@menards.com

 3503

Sale Transaction

| | |
|---|---|
| 1/8" TITANIUM DRILL BIT | |
| 2525601 | 4.49 |
| TRIPLE GRIP #10 W/SCREWS | |
| 2340234 | 8.79 |
| | |
| TOTAL | 13.28 |
| TAX WATERTOWN-SD 6.2% | 0.82 |
| TOTAL SALE | 14.10 |
| Menard Contractor Card 3678 | 14.10 |

Job # or Name : O
 Auth Code:154931
 Chip Inserted
 a000000817002001
 TC - 170e3b8c2f21b6b2

TOTAL NUMBER OF ITEMS =   2

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
3730

GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
hereon and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, ARIANA

37575 05 5618   09/25/25   05:53PM 3097

---

PAID
30182
**MENARDS     WATERTOWN**
**2100 9th Avenue S.E.**
**Watertown, SD 57201**

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in store credit voucher if the
return is done after 12/24/25

If you have questions regarding the
charges on your receipt, please
email us at:
WTWNfrontend@menards.com

 3503

Sale Transaction

| | |
|---|---|
| TRIPLE GRIP #10 W/SCREWS | |
| 2340233 | 3.24 |
| | |
| TOTAL | 3.24 |
| TAX WATERTOWN-SD 6.2% | 0.20 |
| TOTAL SALE | 3.44 |
| Menard Contractor Card 3678 | 3.44 |

Job # or Name : O
 Auth Code:602101
 Chip Inserted
 a000000817002001
 TC - 4551400bd92e716a

TOTAL NUMBER OF ITEMS =   1

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
3730

GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
hereon and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS

THANK YOU, YOUR CASHIER, MARY

37127 06 6624   09/25/25   06:55PM 3097



PAID
30182

MENARDS - WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

as noted below allowable returns for
ms on this receipt will be in the form
an in store credit voucher if the
return is done after 12/24/25

you have questions regarding the
charges on your receipt, please
email us at:
WTWNfrontend@menards.com

Sale Transaction

55G 40CT CONTRACTOR BAGS
6465351      2   @14.99          29.98
HEFTY CINCH SAK BAGS
6465470      2   @8.49           16.98
1-1/2" SLIP JOINT WASHER
6797540                           2.29

18" CONCEAL STAINLESS
8759429      2   @17.99          35.98

TOTAL                            82.53
TAX WATERTOWN-SD 6.2%             5.12
TOTAL SALE                       87.65
Menard Contractor Card 3678      87.65
Job # or Name :  0
Auth Code:492154
Chip Inserted
a000000817002001
TC = 46e20cab69a437e6

TOTAL NUMBER OF ITEMS =          12

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
3730

GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
hereon and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, Janelle

37129 03 8847   09/25/25  11:54AM 3097

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30177

09/30/25

TO THE
ORDER OF

**** ONE HUNDRED FORTY TWO AND 50/100 DOLLARS

$142.50*****

JORDAN BERNDT
216 2ND ST NE
WATERTOWN, SD   57201

NON-NEGOTIABLE

# Maintenance Hours
# 2025

## Maintenance | *Jordan Berndt*

$30.00  Hourly Rate
From:  15-Sept
To:  30-Sept



*Generations on 1st*

Invoice #:  3017

Invoice Date:  9/30/2025
Due Date:  10/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|--|
| 9/23 | 3410 | 3:00 PM | 4:00 PM | 1:00: | check to see if still has a water leak in livingroom ceiling | $30.00 |
| 9/25 | 3503 | 4:30 PM | 8:15 PM | 3:45: | two grab bars installed in bathroom nxt to shower and toilet | $112.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Total Hours**        **4:45:**                    **Total Hourly Pay $30/hour**        **$142.50**

**Generations on 1st Paycheck :**        $142.50

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30176

09/30/25

TO THE
ORDER OF

**** EIGHTY AND 00/100 DOLLARS

$80.00*******

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

## Maintenance Hours

### 2025

**Maintenance** | *Bradley Warns*

$32.00 Hourly Rate
From: 15-Sept
To: 30-Sept

*Generations on 1st*



Invoice #: 3017-2

Invoice Date: 9/30/2025
Due Date: 10/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 9/29 | 3410 | 3:30 PM | 6:00 PM | 2:30: | spray foam/seal dryer vent hose in ceiling - menards run/ins | $80.00 |

| | | Total Hours | 2:30: | | Total Hourly Pay $32/hour | $80.00 |
|---|---|---|---|---|---|---|

Generations on 1st Paycheck :    $80.00

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30175

09/30/25

$909.85*****

TO THE
ORDER OF

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

**** NINE HUNDRED NINE AND 85/100 DOLLARS

NON-NEGOTIABLE

**Alexis Burbach**

**2025**

From: 15-Sept
To: 30-Sept



*Generations on 1st*

Invoice #:  3017
Invoice Date: 9/30/2025
Due Date: 10/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 9/16 | | 11:00 AM | 11:45 AM | 0:45 | showing nathan 3518 | $19.13 |
| 9/18 | | 11:45 | 12:15 | 0:30 | showing Ron 3315 | $12.75 |
| 9/18 | | 2:00 PM | 2:30 PM | 0:30 | show Al around billding and unit 3518/3315 | $12.75 |
| 9/19 | | 2:15 PM | 4:00 PM | 1:45 | move in inspection 3503, 3518 -showing charity for daughter, walk through b | $44.63 |
| 9/23 | | 14:15 | 15:45 | 1:30 | clean up garage, talk with 3410 and hang up bag in case of water drips | $38.25 |
| 9/25 | | 12:30 | 1:00 PM | 0:30 | supply in storage unit and janitor closet | $12.75 |
| 9/26 | | 9:00 AM | 10:30 AM | 1:30 | move in 3503, move in 3518, check breakers 3214- need electrician | $38.25 |
| 9/29 | | 4:00 PM | 5:30 PM | 1:30 | materials menards for 3410, supply put away | $38.25 |
| | | | | | | |

| | | Total Hours | 8:30 | | Total Hourly Pay $25.50/hour | $216.76 |
|---|---|---|---|---|---|---|

| Date | Unit | Start | End | Total Hours | Maintenance | |
|---|---|---|---|---|---|---|
| 9/24 | | 9:00 AM | 10:30 AM | 1:30 | bugs cleaned out of all 3518 lights, hang up 3503 fan remote | $45.00 |
| 9/25 | | 7:00 PM | 8:00 PM | 1:00 | mud/paint from grab bars mess | $30.00 |

| | | Total Hours | 2:30 | | Total Maintenance  $30/hour | $75.00 |
|---|---|---|---|---|---|---|

| Date | Unit | | Reimbursement | |
|---|---|---|---|---|
| | | | | |

| | | | Total Reimbursement | $0.00 |
|---|---|---|---|---|

| Date | Unit | Commission | |
|---|---|---|---|
| 9/17 | 3518 | Nathan Olson | $200.00 |
| 9/27 | 3315 | Shavinka, Katherine | $200.00 |
| 9/23 | 3517 | Charity, Jayce, Sam | $200.00 |
| | | $200 per new lease | |

| | | Total Commissions | $600.00 |
|---|---|---|---|

| | |
|---|---|
| Generations Total Hours Amount: | $216.76 |
| Generations Total Painting Amount: | $75.00 |
| Generations Total Reimbursements: | $0.00 |
| Generations Subtotal: | $291.76 |
| Generations Sales Tax (6.2%): | $18.09 |
| Generations Total Commissions: | $600.00 |
| Generations Total Paycheck Amount: | $309.85 |

30171

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

09/17/25

$230.85*****

TO THE
ORDER OF

**** TWO HUNDRED THIRTY AND 85/100 DOLLARS

GLASS PRODUCTS
125 5TH ST NE
WATERTOWN, SD      57201

NON-NEGOTIABLE



Glass Products
125 5th St NE
Watertown, SD, 57201
P: 605-882-2344
F: 605-882-2373
E: INFO@GLASSPRODUCTSINC.COM

**PAID**
3041

# Invoice

**Invoice Number:** I-25-1391
**Date:** Mar 05, 2025
**Project Manager:** ANTHONY KNEELAND

**Customer :** **HME PROPERTIES**
432 5TH ST
BROOKINGS, SD, 57006

**Contact:** HME PROPERTIES
**Contact Phone:** 605-736-1972

**Site Info:** GENERATIONS ON 1ST
26 1ST AVE SW
WATERTOWN, SD, 57201

**Bill To Contact :** MINDY
**Bill To :** **GENERATIONS ON 1ST**
26 1ST AVE SW
WATERTOWN, SD, 57201

**Job Name:** WINDOW REPAIR SERVICES
**Customer PO:** WO: 1074-1 APT 3210

**Job Number:** WO-24-2251

| Qty | Description | Part # / Size | Total Size | Unit Price | Total Price | Tax |
|---|---|---|---|---|---|---|
| 1 | GLASS REPLACEMENT (MATERIALS STORED TO DATE) | 32" X 51 1/8" | Total cost | $217.37/ total cost | $217.37 | T |
| 1 | 1.5% SERVICE FEE APPLIED APR 20, 2025 | | Total cost | $3.46/ total cost | $3.46 | T |
| 1 | 1.5% SERVICE FEE APPLIED MAY 20, 2025 | | Total cost | $3.52/ total cost | $3.52 | T |
| 1 | 1.5% SERVICE FEE APPLIED JUN 20 2025 | | Total cost | $3.57/ total cost | $3.57 | T |
| 1 | 1.5% SERVICE FEE APPLIED JULY 20, 2025 | | Total cost | $3.63/ total cost | $3.63 | T |
| 1 | 1.5% SERVICE FEE APPLIED AUG 20, 2025 | | Total cost | $3.69/ total cost | $3.69 | T |

1 of 3

# Glass Products

**Invoice Number:** I-25-1391
**Date:** Mar 05, 2025

| | |
|---|---|
| **Subtotal:** | $235.24 |
| **2% City & 4.2% State Tax @ 6.20% :** | $14.58 |
| **Total:** | **$249.82** |

**Payment Terms:** Terms of payment are 30 days from the invoice date. A service charge of 1.500% per month (18.000% annum) will be added to past due accounts.

| | |
|---|---|
| **Total Applied:** | $0.00 |
| **Balance Due:** | **$249.82** |

Authorized Signature ....................................................................    Date ........................................................................

Authorized Name ....................................................................

$217.37
x 4.20%
13.48
+217.37
$230.85 due

HME Responsible for $18.97

# GENERATIONS ON 1ST, LLC

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30169

09/15/25

$323.08*****

TO THE
ORDER OF    **** THREE HUNDRED TWENTY THREE AND 08/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**

**2025**



*Generations on 1st*

From: 1-Sept
To: 15-Sept

Invoice #: 3016
Invoice Date: 9/15/2025
Due Date: 9/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 9/1 | | 11:30 AM | 1:00 PM | 1:30 | move out 3315, uploads | $40.13 |
| 9/2 | | 9:00 | 9:30 | 0:30 | Fire alarm testing | $13.38 |
| 9/3 | | 11:00 AM | 1:15 PM | 2:15 | memos down, walk building, renewal lease 3512, leads | $60.19 |
| 9/8 | | 1:00 PM | 1:30 PM | 0:30 | reset router again for brett/trouble shoot, look over mailroom/check 3503 for | $13.38 |
| 9/9 | | 13:00 | 13:30 | 0:30 | memos out for unpaid balances | $13.38 |
| 9/10 | | 8:45 | 9:15 AM | 0:30 | bunny loose in garage attempt to get out | $13.38 |
| 9/10 | | 10:45 | 11:45 AM | 1:00 | 2nd attempt at bunny on the loose - showing tim/donna for measurements 3£ | $26.75 |
| 9/11 | | 6:00 PM | 7:00 PM | 1:00 | another attempt at bunny | $26.75 |
| 9/12 | | 20:00 | 9:00 PM | 1:00 | bunny resolved, clean up | $26.75 |
| 9/13 | | 12:00 | 13:00 | 1:00 | tenant messages about animal approval | $26.75 |
| 9/15 | | 3:00 PM | 3:30 PM | 0:30 | mailroom mess | $13.38 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | Total Hours | 10:15: | | | Total Hourly Pay $25.50/hour | $274.22 |
|---|---|---|---|---|---|---|

| Date | Unit | Start | End | Total Hours | Maintenance | |
|---|---|---|---|---|---|---|
| 9/2 | | 12:30 PM | 1:30 PM | 1:00 | smoke detector 3503, 3315 battery remote, 3301 AC loud/blowing | $30.00 |
| | | | | | | |
| | | | | | | |

| | Total Hours | 1:00: | | | Total Painting $30/hour | $30.00 |
|---|---|---|---|---|---|---|

| Date | Unit | Reimbursement | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Total Reimbursement | $0.00 |
|---|---|---|---|---|

| Date | Unit | Commission | |
|---|---|---|---|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |

| | | Total Commissions | $0.00 |
|---|---|---|---|

| | |
|---|---|
| Generations Total Hours Amount: | $274.22 |
| Generations Total Painting Amount: | $30.00 |
| Generations Total Reimbursements: | $0.00 |
| Generations Subtotal: | $304.22 |
| Generations Sales Tax (6.2%): | $18.86 |
| Generations Total Commissions: | $0.00 |
| Generations Total Paycheck Amount: | $323.08 |

30170

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

09/15/25

$105.00******

TO THE
ORDER OF       **** ONE HUNDRED FIVE AND 00/100 DOLLARS

JAXON SCHMIDT
325 27TH ST NW
WATERTOWN, SD    58201

NON-NEGOTIABLE

## Maintenance Hours

### 2025

**Generations on 1st**

**Maintenance Name:**  *Jaxon Schmidt*

Invoice #:  3016

$30.00  Hourly Rate

From:  1-Sept

To:  15-Sept

**PAID** 30170

Invoice Date:  9/15/2025

Due Date:  9/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 8/26 | | 12:00 PM | 3:30 PM | 3:30 | fix panic bar from garage/lobby loose -- looked over loose thermosta | $105.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total Hours  3:30:

Total Hourly Pay $30/hour    $105.00

Generations on 1st Paycheck :    $105.00

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSSESION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30166

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

09/07/25

TO THE
ORDER OF

**** NINE HUNDRED TWENTY SEVEN AND 50/100 DOLLARS

$927.50******

STEVE ALMQUIST
18079 Northstar St #325
Big Lake, MN  55309

security Deposit Return

NON-NEGOTIABLE

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30165

09/07/25

$71.61*******

TO THE
ORDER OF

STEVEN ROSBACH
1814 3rd StNW
Watertown, SD  57201

**** SEVENTY ONE AND 61/100 DOLLARS

Security Deposit Return

NON-NEGOTIABLE

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30156

09/05/25

TO THE
ORDER OF     **** THIRTY FIVE THOUSAND AND 00/100 DOLLARS

$35,000.00**

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

NON-NEGOTIABLE

MEMO: Loan Payment

      i.     Not contained in the Budgets except as approved by the Bankruptcy Court after written notice to the Bank and a hearing or after written request to the Bank and the Bank's written consent; or

      ii.    In excess of one hundred ten percent (110%) of the amount set forth in the Budget, in the aggregate from the Petition Date.

5.    <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

      i.     Pre-Petition Rents held by the VerStandig Law Firm, LLC Attorney Trust Account are considered to be cash collateral and subject to the constraints of the Budgets. Debtors waive and release any claim against the Bank that the Pre-Petition Rents remitted under this paragraph 5(i) or paragraph 10 below are property of the estate or that the Bank did not have a properly perfected lien in these specific monies, to the extent of any allowed claims of the Bank.

      ii.    Parkside will pay the sum of $14,500 on the 15th day of each month to be applied to debt service.

      iii.   Generations will pay the sum of $35,000 on the 15th day of each month to be applied to debt service.

      iv.   The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

Page 4 of 11

## CODINGTON COUNTY TREASURER

Official Real Estate Tax Notice
14 FIRST AVENUE S.E. * WATERTOWN, SD  57201
(605) 882-6285

2024 TAXES DUE AND PAYABLE IN 2025

**EXHIBIT**

**IV1063**

*(handwritten)* 374.58/mo
2024 – 8963

**Legal:**    Sch: 14-4    S/T/R:    Acres/Lots: .00    Record#: 9580

WATERTOWN CITY  GENERATIONS ON 1ST ADD
GENERATIONS ON 1ST ADD
26 1 AVE SW

**Taxes In Name Of**
GENERATIONS ON 1ST LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| First Half | 38,247.49 |
| Second Half | 38,247.49 |
| TOTAL | 76,494.98 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 70,748 | 68,201 | 2.525 | 172.22 |
| WATERTOWN SCHOOL Non-Ag | 70,748 | 68,201 | 9.478 | 646.41 |
| WATERTOWN CITY | 70,748 | 68,201 | 1.691 | 115.33 |
| EAST DAKOTA WATER | 70,748 | 68,201 | 0.020 | 1.36 |
| TAX INCREMENT 13 NA | 70,748 | 5,509,673 | 13.714 | 75,559.66 |

*(handwritten)* Escrow
JE  9/15

$5,463.93

NA: 76494.98

| | |
|---|---|
| TOTAL: | 76,494.98 |

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⇩ Please detach stubs and return with your payment    ⇩ Please detach stubs and return with your payment ⇩

**-FIRST PAYMENT-**
GENERATIONS ON 1ST LLC

CODINGTON
Record #
9580

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 - 8963 | 38,247.49 |
| | DELINQUENT AFTER APRIL 30th |

**-SECOND PAYMENT-**
GENERATIONS ON 1ST LLC

CODINGTON
Record #
9580

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 - 8963 | 38,247.49 |
| | DELINQUENT AFTER OCTOBER 31st |