| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Parkside Place LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of North Dakota |
| Case number | 25-30003 |

Official Form 410

# Proof of Claim

12/24

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Red River State Bank
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Caren W. Stanley, Vogel Law Firm
Name

PO Box 1389
Number     Street

Fargo                    ND
City                State          ZIP Code

Contact phone 701-237-6983

Contact email cstanley@vogellaw.com

Where should payments to the creditor be sent? (if different)

Name

Number     Street

City                State          ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

Proof of Claim

EXHIBIT 15
WIT: J Craig
DATE: 9-23-25
Deanna L. Sager

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**   $_____ 8,794,170.09 . Does this amount include interest or other charges?

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Money Loaned

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:   All personal property including rents

**Basis for perfection:**   SD & ND UCC Fin Stmt, Mortgage, Assignment of Rents

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $ Unknown at this time

**Amount of the claim that is secured:**   $ Unknown at this time

**Amount of the claim that is unsecured:**   $ Unknown at this time The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate (when case was filed)_____ %**

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Official Form 410      Proof of Claim      page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br><br>☐ Yes. *Check one:* | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  1 / 8 / 2025
                  MM / DD / YYYY

_Signature_

Print the name of the person who is completing and signing this claim:

| Name | Charles Aarestad | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Vice President | | |
| Company | Red River State Bank | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 300 2nd Ave W | | |
| | Number          Street | | |
| | Halstad | MN | 56548 |
| | City | State | ZIP Code |
| Contact phone | 218-456-2187 | Email | charles.aarestad@redriverbank.com |

## ATTACHMENT TO PROOF OF CLAIM

**Promissory Notes:**

On or about December 13, 2021, Debtor **Parkside Place, LLC** ("Debtor") made in favor of, executed, and delivered to Red River State Bank ("RRSB") a promissory note in the principal sum of $4,200,000.00 ("Parkside Note"). The maturity date of the Parkside Note is December 1, 2026. A true and correct copy of the Parkside Note is attached hereto as **Exhibit A** and terms of the same incorporated herein by reference.

Mulinda Craig made in favor of, executed and delivered to RRSB the following instruments:

a. Promissory Note dated April 26, 2021 in the principal sum of $1,477,500.00 ("First Mulinda Note"). The original maturity date of the First Mulinda Note was December 15, 2022. A true and correct copy of the First Mulinda Note is attached hereto as **Exhibit B** and terms of the same incorporated herein by reference.

b. Promissory Note dated May 27, 2021 in the principal sum of $1,321,100.00 ("Second Mulinda Note"). The original maturity date of the Second Mulinda Note was December 15, 2022. A true and correct copy of the Second Mulinda Note is attached hereto as **Exhibit C** and terms of the same incorporated herein by reference.

c. Promissory Note dated June 22, 2021 in the principal sum of $1,652,500.00 ("Third Mulinda Note"). The original maturity date of the Third Mulinda Note was December 15, 2024. A true and correct copy of the Third Mulinda Note is attached hereto as **Exhibit D** and terms of the same incorporated herein by reference.

d. The First Mulinda Note, the Second Mulinda Note, and the Third Mulinda Note are hereinafter referred to collectively as the "Mulinda Notes.

The Mulinda Notes were modified to, among other things, revise the payment schedule and reaffirm and/or modify the maturity date to December 15, 2022 pursuant to three (3) Modification Agreements dated December 15, 2021 (collectively, the "Mulinda Modification Agreements"). True and correct copies of the Mulinda Modification Agreements are attached hereto as **Exhibit E** and terms of the same are incorporated herein by reference. Pursuant to a Forbearance Agreement dated February 17, 2023 by and between RRSB and Debtor, Mulinda Craig, and Jesse Craig, among others, the maturity date of the Mulinda Notes was further extended to May 31, 2023. A true and correct copy of the Forbearance Agreement is attached hereto as **Exhibit F**.

**Collateral:**

As security for payment of all of the indebtedness due RRSB on the Parkside Note and the Mulinda Notes, Debtor made in favor of, executed, and delivered to RRSB Commercial Security Agreements dated March 15, 2021, April 26, 2021, May 27, 2021, and June 22, 2021

Case 25-30002    Doc 207-2    Filed 10/16/25    Entered 10/16/25 14:48:33    Desc Exhibit
Case 25-30002 - RRSB POCs and Affidavits of Claim Page 5 of 6    Page 5 of 6
13-13 - RRSB POCs and Affidavits of Claim    Main Document    Page 5 of 207

(collectively, the "Security Agreements"). True and correct copies of the Security Agreements are attached hereto as **Exhibit G** and terms of the same incorporated herein by reference.

Under the Security Agreements, Debtor granted RRSB a security interest in the following collateral:

As security for the payment of the indebtedness and all other indebtedness, obligations and liabilities of the Debtor to Creditor, now existing or hereafter arising, directly or indirectly, by operation of law or otherwise (collectively the "liabilities"), Debtor assigns, transfers, pledges, hypothecates and grants to Creditor, its successors and assigns, a first priority security interest (the "security interest") in all Debtor's assets, including without limitation, all equipment, inventory, supplies, accounts, general intangibles, chattel paper and instruments, goods, assets, machinery, fixtures, furnishings and all other personal property together with all other accessories, accessions, attachments and appurtenances, appertaining to attached thereto, whether now owned or hereafter acquired, and all other substitutions, renewals, replacements and improvements and all proceeds, rents, issuers, income, profits and avails, including without limitation, insurance proceeds. Further, Borrower grants Lender a purchase money security interest in specific equipment, furniture and fixtures purchased by Borrower and financed by Lender on or about the date of the loan or filing date thereafter (collectively the "collateral")

*See* **Exhibit G**.

RRSB perfected its security interest in the above-described personal property assets by virtue of having filed UCC financing statements with the South Dakota Secretary of State and the North Dakota Secretary of State. True and correct copies of the financing statements are attached hereto as **Exhibit H** and terms of the same incorporated herein by reference.

As additional security for all of the indebtedness due RRSB up to the sum of $5,440,000.00, Debtor made in favor of, executed, and delivered to RRSB a Mortgage – Collateral Real Estate Mortgage One Hundred Eighty Day Redemption (the "Parkside Mortgage") upon the following-described real property:

Parkside Place Addition to the City of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

Street Address:        8 2nd St. NE, Watertown, SD 57201

Tax ID:                9358

(hereinafter the "Parkside Real Property").

The Parkside Mortgage was properly executed, acknowledged, and recorded in Book 990 on Page 8073 in the office of the Register of Deeds of Codington County, South Dakota, having been recorded on December 15, 2021 at 10:11 a.m. A true and correct copy of the Parkside Mortgage is attached hereto as **Exhibit I** and terms of the same incorporated herein by reference.

The indebtedness owing to RRSB under the Mulinda Notes is also secured by the Parkside Mortgage as set forth in the Mulinda Modification Agreements (**Exhibit E**).

On or about December 13, 2021, as security for all of the indebtedness due RRSB, Parkside made in favor of, executed, and delivered to RRSB an Assignment of Rents (the "Parkside AOR") with respect to the Parkside Real Property. The Parkside AOR was properly executed, acknowledged, and recorded in Book 990 on Page 8076 in the office of the Register of Deeds of Codington County, South Dakota, having been recorded on December 15, 2021 at 10:14 a.m. A

true and correct copy of the Parkside AOR is attached hereto as **Exhibit J** and terms of the same incorporated herein by reference.

RRSB began enforcement of its assignment of rents set forth in both the Parkside Mortgage and the Parkside AOR in February 2024 by sending notice to Parkside and to all of the known tenants of the Parkside Real Property. A receiver was appointed on or about October 1, 2024 to take possession of the rents and manage the Parkside Real Property. A true and correct copy of the Order Appointing Receiver is attached hereto as **Exhibit K** and terms of the same incorporated herein by reference.

As of the Petition Date, the receiver held rents from the Parkside Real Property in the sum of $110,948.58 (the "Parkside Prepetition Rents"). The Parkside Prepetition Rents held by the receiver are not property of the bankruptcy estate under 11 USC § 541(a)(6) because the Parkside AOR was enforced prepetition as an absolute assignment.

**Indebtedness:**

The following sums are due and owing to RRSB with respect to the Parkside Note and Mulinda Notes as of January 6, 2025:

| NOTE | BALANCE | PER DIEM INTEREST ACCRUAL |
|---|---|---|
| Parkside Note | $4,062,188.71 | $459.12 |
| First Mulinda Note | $1,119,755.71 | $159.14 |
| Second Mulinda Note | $1,610,444.59 | $235.26 |
| Third Mulinda Note | $2,001,781.08 | $294.28 |
| **Total due under Parkside Note and Mulinda Notes together with interest accruing from and after January 6, 2025, excluding* costs and attorneys' fees incurred:** | **$8,794,170.09** | |

**\* The Debtor is also obligated to RRSB for all attorneys' fees and costs incurred by RRSB in collecting on the debt due and owing under the Parkside Note and the Mulinda Notes.**

**The filing of this proof of claim does not constitute a general appearance by the claimant. The claimant reserves all rights to challenge the personal or subject matter jurisdiction of this Court and to demand a jury trial in any adversary or other proceeding which may be initiated against the claimant in this bankruptcy proceeding.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Bankruptcy No.: 25-30002 |
|---|---|
| | Chapter 11 |
| Generations on 1st, LLC, | |
| Debtor, Jointly Administered. | |
| Parkside Place, LLC, | Bankruptcy No.: 25-30003 |
| Debtor, Jointly Administered. | Chapter 11 |

## AFFIDAVIT OF CHARLES AARESTAD

### RE: THE PARKSIDE NOTE

| STATE OF MINNESOTA | ) |
| | ) SS |
| COUNTY OF NORMAN | ) |

I, Charles Aarestad, hereby state and declare as follows:

1.    I am a Sr. Vice President at Red River State Bank ("RRSB"). I have held my current position since 2011.

2.    I hold a bachelor's degree in Agricultural Economics from North Dakota State University. I have also attended the Graduate School of Banking at the University of Wisconsin-Madison.

3.    I am personally familiar with the loan history between RRSB and Parkside Place, LLC (the "Debtor" or "Parkside") and I have personal knowledge of all events and transactions described in this affidavit.



EXHIBIT _16_
WIT: J. Craig
DATE: 9-23-25
Deanna L. Sager

4.      Additionally, I have personally reviewed bank statements, transaction receipts,

deposits, and checks associated with several accounts, including without limitation:

      a.  a checking account ending in -6436 at RRSB owned by the Debtor (the

         "RRSB Parkside Account");

      b.  a checking account ending in -4665 at RRSB, also known as the Assignment

         of Rents Holding Account (the "AOR Account");

      c.  a checking account ending in -1711 at First Community Credit Union

         ("FCCU") owned by Craig Development, LLC (the "FCCU Craig

         Development Account")

      d.  a checking account ending in -4695 at FCCU owned by Craig Properties

         LLC (the "FCCU Craig Properties Account"); and

      e.  a checking account ending in -2258 at Starion Bank owned by non-debtor

         affiliate CP Business Management Inc. – Apartments (the "CP Business

         Account"); and

      f.  the debtor-in-possession checking account ending in -8688 at Starion Bank

         (the "Parkside DIP Account").

With the exception of accounts for which RRSB is the depository institution, all of the

aforementioned documents were obtained through subpoenas issued in the Debtor's

bankruptcy case.

**The Parkside Note**

2

5.      Debtor executed and delivered to RRSB a Promissory Note dated December 13, 2021 (the "Parkside Note")[1], pursuant to which Loan No. 51438 was disbursed in the original principal sum of $4,200,000.00. Interest accrues at a rate of 4.150% per annum and its stated maturity date is December 1, 2026. A schedule of the Debtor's repayment obligations under the Parkside Note follows:

    a.    Three (3) monthly consecutive interest payments from January 1, 2022, through March 1, 2022;

    b.    Fifty-six (56) monthly consecutive principal and interest payments of $22,525.00 each from April 1, 2022, through November 1, 2026; and

    c.    One (1) final principal and interest payment on December 1, 2026, comprised of all principal and accrued interest not yet paid, a sum estimated to be $3,720,631.03 if all payments were made exactly as scheduled.

A true and correct copy of a debit ticket dated December 13, 2021 confirming the disbursement of Loan 51438 is attached as **Exhibit A** and incorporated by reference.

6.      On December 13, 2021, RRSB disbursed proceeds of the Parkside Note totaling $4,200,000. Debtor used such proceeds to refinance three existing construction loans related to construction of Parkside Place in Watertown, South Dakota ("Parkside Place"). A true and correct copy of a Loan Disbursement Request and Authorization for the Parkside Note is attached as **Exhibit B** and incorporated by reference.

7.      First, Parkside Note proceeds were applied to pay down outstanding principal and interest on Loan 51393 in the amounts of $940,371.80 and $11,767.53, respectively. True

---

[1] A true and correct copy of the Parkside Note is attached to Proof of Claim No. 1 in the Debtor's bankruptcy case (the "RRSB Parkside POC") and incorporated by reference.

Case 25-30002    Doc 207-2    Filed 10/16/25    Entered 10/16/25 14:48:33    Desc Exhibit
15-19 - RRSB POCs and Affidavits of CPAs    Page 10 of 207

Case 25-30002    Doc 154    Filed 09/16/25    Entered 09/16/25 13:22:07    Desc Main
Document    Page 4 of 13

and correct copies of credit slips confirming the application of funds to pay down Loan 51393 are attached as **Exhibit C** and incorporated by reference.

8.      Second, Parkside Note proceeds were applied to pay down outstanding principal and interest on Loan 41120 in the amounts of $2,601,400 and $84,638.16, respectively. True and correct copies of credit slips confirming the application of funds to pay down Loan 41120 are attached as **Exhibit D** and incorporated by reference.

9.      Third, Parkside Note proceeds were applied to pay down outstanding principal only on Loan 41206 in the amount of $561,822.51. A true and correct copy of a credit slip confirming the application of funds to pay down Loan 41206 is attached as **Exhibit E** and incorporated by reference.

10.      To recap, when the December 2021 refinance was complete, Parkside Note proceeds totaling $4,200,000.00 had been disbursed and applied to refinance the three existing construction loans as follows:

| Loan # | Total Paid to Loan Account | Principal | Interest | Exhibit No. |
|---|---|---|---|---|
| 41120 | $2,686,038.16 | $2,601,400.00 | $84,638.16 | **D** |
| 51393 | $952,139.33 | $940,371.80 | $11,767.53 | **C** |
| 41206 | $561,822.51 | $561,822.51 | $0.00 | **E** |
| **TOTAL:** | **$4,200,000.00** | $4,103,594.31 | $96,405.69 | |

*[The remainder of this page is intentionally blank.]*

11.    RRSB filed Proof of Claim No. 1 in the Debtor's main bankruptcy case. The

following table was attached to such claim, confirming that as of the Petition Date, the

outstanding amount and of the Parkside Note was $4,062,188.71:

**Indebtedness:**

The following sums are due and owing to RRSB with respect to the Parkside Note and Mulinda
Notes as of January 6, 2025:

| NOTE | BALANCE | PER DIEM INTEREST ACCRUAL |
|---|---|---|
| Parkside Note | $4,062,188.71 | $459.12 |
| First Mulinda Note | $1,119,755.71 | $159.14 |
| Second Mulinda Note | $1,610,444.59 | $235.26 |
| Third Mulinda Note | $2,001,781.08 | $294.28 |
| Total due under Parkside Note and Mulinda Notes together with interest accruing from and after January 6, 2025, excluding" costs and attorneys' fees incurred: | $8,794,170.09 | |

*See* RRSB Parkside POC, p. 6.

12.    An Inquiry Statement for the Parkside Note generated by RRSB's computer

system is attached as **Exhibit F** and incorporated by reference. The Inquiry Statement does not

include a running balance but only identifies advances on the loan, late fees accrued, and

application of payments.

13.    For the convenience of the parties and the Court, a printout of an Excel

spreadsheet depicting the accrual of interest and late fees pursuant to the Parkside Note and

the application of all payments received by RRSB for the Parkside Note is attached as **Exhibit**

**G** and incorporated by reference.

**Parkside Note: Pre-Petition Payment History**

14.     Prior to commencement of the Debtor's bankruptcy case on January 6, 2025 (the

"Petition Date"), RRSB received a total of twenty-eight (28) payments from Debtor, and such

payments were applied to reduce the outstanding balance of the Parkside Note as follows:

| Payment No. | Payment Description | Exhibit Description | Exhibit No. |
|---|---|---|---|
| 1 | Payment of **$10,505.75** was received on January 10, 2022, and applied to accrued interest. | RRSB Parkside Account Statement for the period ending January 31, 2022 (*See* p. 1). | **H-1, F & G** |
| 2 | Payment of **$13,370.96** was received on February 10, 2022, and applied to interest. | RRSB General Ledger slip dated February 10, 2022, memorializing an ACH transfer to RRSB in the sum of $13,370.96; and RRSB Loan Credit Slip dated February 10, 2022, in the sum of $13,370.96. | **H-2, F & G** |
| 3 | Payment of **$13,370.96** was received on February 17, 2022, and applied to accrued interest. | CP Business Account Check No. 3217 in the amount of $13,370.96; and RRSB Loan Credit Slip dated February 17, 2022, in the sum of $13,370.96. | **H-3, F & G** |
| 4 | Payment of **$22,525.00** was received on March 21, 2022. $9,550.68 was applied to accrued interest and $12,974.32 was applied to principal. | CP Business Account Check No. 3266 in the amount of $22,525.00 and RRSB Loan Credit Slip dated March 21, 2022, in the sum of $22,525.00. | **H-4, F & G** |
| 5 | Payment of **$22,525.00** was received on May 2, 2022. $19,994.49 was applied to accrued interest and $2,530.51 was applied to principal. | CP Business Account Check No. 3296 in the amount of $22,525.00 and RRSB Loan Credit Slip dated May 2, 2022, in the sum of $22,525.00. | **H-5, F & G** |
| 6 | Payment of **$22,525.00** was received on May 23, 2022. $10,466.97 was applied to accrued interest and | CP Business Account Check No. 3400 in the amount of $22,525.00 and RRSB Loan Credit Slip dated May 24, 2022, in the sum of $22,525.00. | **H-6, F & G** |

| | | | |
|---|---|---|---|
| | $12,058.03 was applied to principal on May 24, 2022. | | |
| 7 | Payment of **$22,525.00** was received on June 6, 2022. $6,167.20 was applied to accrued interest and $16,357.80 was applied to principal. | CP Business Account Check No. 3415 in the amount of $22,525.00 and RRSB Loan Credit Slip dated June 6, 2022, in the sum of $22,525.00. | **H-7, F & G** |
| 8 | Payment of **$22,525.00** was received on July 18, 2022. $19,846.70 was applied to accrued interest and $2,678.30 was applied to principal. | CP Business Account Check No. 3471 in the amount of $22,525.00 and RRSB Loan Credit Slip dated July 18, 2022, in the sum of $22,525.00. | **H-8, F & G** |
| 9 | Payment of **$22,525.00** was received on August 8, 2022. $9,916.96 was applied to accrued interest and $12,608.04 was applied to principal. | CP Business Account Check No. 3553 in the amount of $22,525.00 and RRSB Loan Credit Slip dated August 8, 2022, in the sum of $22,525.00. | **H-9, F & G** |
| 10 | Payment of **$22,525.00** was received on September 6, 2022. $13,653.27 was applied to accrued interest and $8,871.73 was applied to principal. | CP Business Account Check No. 3603 in the amount of $22,525.00 and RRSB Loan Credit Slip dated September 6, 2022, in the sum of $22,525.00. | **H-10, F & G** |
| 11 | Payment of **$22,525.00** was received on October 5, 2022. $13,624.02 was applied to accrued interest and $8,900.98 was applied to principal. | CP Business Account Check No. 3707 in the amount of $22,525.00 and RRSB Loan Credit Slip dated October 5, 2022, in the sum of $22,525.00. | **H-11, F & G** |
| 12 | Payment of **$22,525.00** was received on November 7, 2022. $15,469.80 was applied to accrued interest and $7,055.20 was applied to principal. | CP Business Account Check No. 3758 in the amount of $22,525.00 and RRSB Loan Credit Slip dated November 7, 2022, in the sum of $22,525.00. | **H-12, F & G** |

| 13 | Payment of **$22,525.00** was received on December 6, 2022. $13,571.41 was applied to accrued interest and $8,953.59 was applied to principal. | CP Business Account Check No. 3853 in the amount of $22,525.00 and RRSB Loan Credit Slip dated December 6, 2022, in the sum of $22,525.00. | **H-13, F & G** |
|---|---|---|---|
| 14 | Payment of **$22,525.00** was received on January 5, 2023. $14,008.85 was applied to accrued interest and $8,516.15 was applied to principal. | CP Business Account Check No. 3914 in the amount of $22,525.00 and RRSB Loan Credit Slip dated January 5, 2023, in the sum of $22,525.00. | **H-14, F & G** |
| 15 | Payment of **$22,525.00** was received on February 6, 2023. $14,911.78 was applied to accrued interest and $7,613.22 was applied to principal. | CP Business Account Check No. 3978 in the amount of $22,525.00 and RRSB Loan Credit Slip dated February 6, 2023, in the sum of $22,525.00. | **H-15, F & G** |
| 16 | Payment of **$22,525.00** was received on April 7, 2023. $22,525.00 was applied to accrued interest and $0.00 was applied to principal. | CP Business Account Check No. 4072 in the amount of $22,525.00 and RRSB Loan Credit Slip dated April 7, 2023, in the sum of $22,525.00. | **H-16, F & G** |
| 17 | Payment of **$22,525.00** was received on May 5, 2023. $18,406.24 was applied to accrued interest and $4,118.76 was applied to principal. | CP Business Account Check No. 4123 in the amount of $22,525.00 and RRSB Loan Credit Slip dated May 5, 2023, in the sum of $22,525.00. | **H-17, F & G** |
| 18 | Payment of **$22,525.00** was received on June 2, 2023. $13,010.46 was applied to accrued interest and $9,514.54 was applied to principal. | CP Business Account Check No. 4183* in the amount of $78,355.18 and RRSB Loan Credit Slip dated June 2, 2023, in the sum of $22,525.00.<br><br>* Check 4183 was divided between the Parkside and Eighth GO1st Notes. | **H-18, F & G** |

| | | *See* Eighth GO1st Note Aff., ¶ 14, Row 2 and **Exh E-2**. | |
|---|---|---|---|
| 19 | Payment of **$22,525.00** was received on July 10, 2023. $13,907.96 was applied to accrued interest and $8,617.04 was applied to principal. | CP Business Account Check No. 4275* in the amount of $78,355.18; RRSB Loan Credit Slips dated July 10, 2023, in the sums of $13,907.96, and $8,617.04. <br><br> * Check 4275 was divided between the Parkside and Eighth GO1st Notes. *See* Eighth GO1st Note Aff., ¶ 14, Row 3 and **Exh. E-3**. | **H-19, F & G** |
| 20 | Payment of **$22,525.00** was received on August 16, 2023. $20,824.11 was applied to accrued interest and $1,700.89 was applied to principal. | CP Business Account Check No. 4308* in the amount of $78,355.18 and RRSB Loan Credit Slip dated August 16, 2023, in the sum of $22,525.00. <br><br> * Check 4308 was divided between the Parkside and Eighth GO1st Notes. *See* Eighth GO1st Note Aff., ¶ 14, Row 4 and **Exh. E-4**. | **H-20, F & G** |
| 21 | Payment of **$22,525.00** was received on September 7, 2023. $10,172.90 was applied to accrued interest and $12,352.10 was applied to principal. | CP Business Account Check No. 4368* in the amount of $78,355.18 and RRSB Loan Credit Slip dated September 7, 2023, in the sum of $22,525.00. <br><br> * Check 4368 was divided between the Parkside and Eighth GO1st Notes. *See* Eighth GO1st Note Aff., ¶ 14, Row 5 and **Exh. E-5**. | **H-21, F & G** |
| 22 | Payment of **$22,525.00** was received on October 10, 2023. $15,213.00 was applied to accrued interest and $7,312.00 was applied to principal. | CP Business Account Check No. 4462* in the amount of $78,355.18 and RRSB Loan Credit Slip dated October 10, 2023, in the sum of $22,525.00. <br><br> * Check 4462 was divided between the Parkside and Eighth GO1st Note. | **H-22, F & G** |

| | | *See* Eighth GO1st Note Aff., ¶ 14, Row 6 and **Exh. E-6.** | |
|---|---|---|---|
| 23 | Payment of **$22,525.00** was received on November 7, 2023. $13,344.90 was applied to accrued interest and $9,180.10 was applied to principal on November 8, 2023. | CP Business Account Check No. 4506* in the amount of $78,355.18 and RRSB Loan Credit Slip dated November 7, 2023, in the sum of $22,525.00.<br><br>* Check 4506 was divided between the Parkside and Eighth GO1st Note. *See* Eighth GO1st Note Aff., ¶ 14 Row 7 and **Exh. E-7.** | **H-23, F & G** |
| 24 | Payment of **$22,525.00** was received on December 21, 2023. $19,742.37 was applied to accrued interest and $2,782.63 was applied to principal. | Craig Development, LLC Check No. 12690 in the amount of $22,525.00 and RRSB Loan Credit Slip dated December 22, 2023, in the sum of $22,525.00. | **H-24, F & G** |
| 25 | Payment of **$22,525.00** was received on January 15, 2024. $11,470.21 was applied to accrued interest and $11,054.79 was applied to principal. | Craig Development, LLC Check No. 12762 in the amount of $22,525.00 and RRSB Loan Credit Slip dated January 15, 2024, in the sum of $22,525.00. | **H-25, F & G** |
| 26 | Pursuant to right of offset, **$1,488.58** remaining in the RRSB Parkside Account was applied to principal on February 8, 2024. | RRSB Checking Withdrawal Slip dated February 7, 2024; and RRSB Loan Credit Slip dated February 7, 2024, in the sum of $1,488.58. | **H-26, F & G** |
| 27 | Payment of **$123,861.56** was received on December 30, 2024, and the same was applied to accrued interest. | Wire transfer receipt from HME Companies and RRSB Checking Withdrawal Slip dated December 30, 2024, in the amount of $123,861.56.<br><br>Five (5) RRSB Loan Credit Slips, all dated December 30, 2024, and each in the sum of $22,525.00 intended to reflect the monthly payments for Feb-June 2024 and one (1) RRSB Loan | **H-27, F & G** |

| | | Credit Slip dated December 30, 2024, in the sum of $11,236.56 intended to reflect a partial payment for July 2024. | |
|---|---|---|---|
| 28 | Payment of **$15,767.50** was received on January 2, 2025, and the same was applied to accrued interest. | ACH transfer from HME Companies to RRSB and RRSB Checking Withdrawal Slip dated January 2, 2025, in the amount of $15,767.50; and RRSB Credit Ticket dated January 2, 2025, in the sum of $15,767.50. | H-28, F & G |

### Post--Petition Payment History of the Parkside Note

15.     After the Petition Date, pursuant to the Stipulation(s) For Use of Cash Collateral

By and Between Generations on 1st LLC, Parkside Place, LLC and Red River State Bank (*See*

ECF 44, ECF 54, ECF 69, ECF 91, ECF 140), Debtor has made seven (7) adequate protection

payments for the Parkside Note and RRSB has applied such payments to reduce the

outstanding balance of the Parkside Note as follows:

| Payment No. | Payment Description | Exhibit Description | Exhibit No. |
|---|---|---|---|
| 29 | Payment of **$49,341.92** was received on February 4, 2025. $36,924.60 was applied to accrued interest and $12,417.32 was applied to principal. | RRSB General Ledger Slip dated February 4, 2025, in the sum of $49,341.92, memorializing a payment from account -7020 and RRSB Loan Credit Slip dated February 4, 2025, in the sum of $49,341.92.<br><br>*See also* ECF 54; ¶ 5(i) | H-29, F & G |
| 30 | Payment of **$14,500.00** was received on February 14, 2025. $4,559.71 was applied to accrued interest and $49,940.29 was applied to principal. | Parkside DIP Account Check No. 20012 in the amount of $14,500.00; and RRSB Loan Credit Slip dated February 14, 2025, in the sum of $14,500.00. | H-30, F & G |
| 31 | Payment of **$14,500.00** was received on March 7, 2025. | Parkside DIP Account Check No. 20027 in the amount of $14,500.00; | H-31, F & G |

| | | | |
|---|---|---|---|
| | $9,551.65 was applied to accrued interest and $4,948.35 was applied to principal. | and RRSB Loan Credit Slip dated March 7, 2025, in the sum of $14,500.00. | |
| 32 | Payment of **$14,500.00** was received on April 14, 2025, and was applied to accrued interest. | Parkside DIP Account Check No. 20048 in the amount of $14,500.00; and RRSB Loan Credit Slip dated April 14, 2025, in the sum of $14,500.00. | **H-32, F & G** |
| 33 | Payment of **$14,500.00** was received on May 19, 2025, and was applied to accrued interest. | Parkside DIP Account Check No. 20067 in the amount of $14,500.00; and RRSB Loan Credit Slip dated May 19, 2025, in the sum of $14,500.00. | **H-33, F & G** |
| 34 | Payment of **$14,500.00** was received on June 13, 2025, and was applied to accrued interest. | Parkside DIP Account Check No. 20087 in the amount of $14,500.00; and RRSB Loan Credit Slip dated June 13, 2025, in the sum of $14,500.00. | **H-34, F & G** |
| 35 | Payment of **$14,500.00** was received on July 14, 2025, and was applied to accrued interest. | Parkside DIP Account Check No. 20103 in the amount of $14,500.00; and RRSB Loan Credit Slip dated July 14, 2025, in the sum of $14,500.00. | **H-35, F & G** |

16.    No further payments have been made by the Debtor towards the outstanding balance of the Parkside Note except if additional cash collateral payments are not accounted for yet.

*[The remainder of this page is intentionally blank.]*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16 , 2025.

Charles Aarestad

Subscribed and sworn to before me this 16 day of September, 2025.

Notary Public

LORI ANN MOEN
NOTARY PUBLIC - MINNESOTA
My Comm. Exp. Jan. 31, 2029

13

EXHIBIT

A

CUSTOMER NAME  Parkside Place LLC          DATE:  12/13/21      **DEBIT TICKET**

| | | |
|---|---|---|
| CUSTOMER NUMBER | NOTE NUMBER | BACK DATE |
| | 51438 | |
| REV PRIN PAYMENT: | 76 | NEW LOAN: 34 |
| | | RENEWAL LOAN: 70 |
| REBATE INTEREST: | 82 | |
| REBATE INSURANCE: | 64 | DEBIT TO FINAL: 66 |
| | | (Advance) |
| DB INT ADJUSTMENT: | 80 | ESCROW: 86 |
| PLUS YEAR TO DATE: | 2 | |
| ADD LATE CHARGE: | 94 | |
| | | TOTAL $  4200000.00 |
| DESCRIPTION: | | |

⑈54000000⑈

0 12/13/2021     $4200000,00
010105000080 TC 0

RRSB Debit Ticket dated December 13, 2021 for the Parkside Note.

A

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $4,200,000.00 | 12-13-2021 | 12-01-2026 | 51438 | | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** PARKSIDE PLACE, LLC (TIN [redacted])
1405 1ST AVE N
FARGO, ND 58102

**Lender:** Red River State Bank
Halstad
300 2nd Ave West
PO Box 25
Halstad, MN 56548-0025

EXHIBIT B

**LOAN TYPE.** This is a Fixed Rate (4.150% initial rate) Nondisclosable Loan to a Limited Liability Company for $4,200,000.00 due on December 1, 2026.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is: Refinance Apartment.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $4,200,000.00 as follows:

| | |
|---|---|
| **Amount paid on Borrower's account:** | $4,200,000.00 |
| $4,200,000.00 Payment on Loan # Construction LOC | |
| **Note Principal:** | $4,200,000.00 |

**CHARGES PAID IN CASH.** Borrower has paid or will pay in cash as agreed the following charges:

| | |
|---|---|
| **Prepaid Finance Charges Paid in Cash:** | $14,375.00 |
| $4,500.00 CBRE Appraisal Dated 09/2021 | |
| $5,675.00 Title Comittment Estimation | |
| $4,200.00 RRSB Documentation Fee | |
| **Total Charges Paid in Cash:** | $14,375.00 |

**NOTICE OF RIGHT TO DISCONTINUE ESCROW.** If Borrower's mortgage loan involves an escrow account for taxes and homeowner's insurance, Borrower may have the right in five years to discontinue the account and pay Borrower's own taxes and homeowner's insurance. IF Borrower is eligible to discontinue the escrow account, Borrower will be notified in five years.

**FINANCIAL CONDITION. BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED DECEMBER 13, 2021.**

**BORROWER:**

**PARKSIDE PLACE, LLC**

By: ______________________
JESSE ROBERT CRAIG, Managing Member of PARKSIDE PLACE, LLC

LaserPro, Ver. 20.4.0.038 Copr. Finastra USA Corporation 1997, 2021 All Rights Reserved - MN C:\HARLAND\CFI\LPL\I20.FC TR-5707 PR-57

**EXHIBIT**

**C**



51393 12/13/2021    $11767.53
010105000030 TC 50

51393 12/13/2021    $940371.80
010105000040 TC 46

RRSB Loan Credit Slips memorializing payments to Loan 51393 dated December 13, 2021.

C



EXHIBIT

D

RRSB Loan Credit Slips memorializing payments to Loan 41120 dated December 13, 2021.

D

EXHIBIT

**E**

| LOAN DEPARTMENT CREDIT | 46 | Principal Payment |
| MCM 5000 (R 4/10) | 50 | Interest Payment |
| Date 12/13/21   Approved by | 58 | Late Charge |
| | 92 | Principal Payment (End) |
| CUSTOMER NAME | 09 | Regular Payment |

Parkside Place LLC /Craig

Customer Number    Loan Number    Tran Code

41206    46 $   561 822.51

⑈53010000⑈

41206 12/13/2021    $561822.51
010105000070 TC 46

RRSB Loan Credit Slip memorializing payment to Loan 41206 dated December 13, 2021.

E

PAGE 1 -

10852 PARKSIDE PLACE, LLC
PO BOX 426
FARGO ND 58107-0426

Case 25-30002

I N Q U I R Y   S T A T E M E N T
Doc 164-1   Filed 09/16/25   Entered 09/16/25 10:2:21   Desc
Exhibits A-H   Page 6 of 49

RENW BAL 0.00   TYPE CODE 4

**[Exhibit stamp: F]**

LOAN # 51438   COLL DESC 8 2ND ST NE, ORIG BAL 4,200,000.00   ORIG DATE 12/13/2021   ORIG DISC .04150
RENW DATE   TMS EXT 0   LAST MATY 12/1/2026   RATE
APR OFF CBA   COLL CODE FA

| DATE | TC1 | AMOUNT | TC2 | AMOUNT | POST DATE | DESCRIPTION | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/13/2021 | 34 | 4,200,000.00 | 0 | 0.00 | | OPENING ADVANCE | 4,200,000.00 |
| 01/10/2022 | 50 | 10,505.75 | 0 | 0.00 | | ONL PMT FRM CHK 326436 | 4,200,000.00 |
| 02/10/2022 | 50 | 13,370.96 | 0 | 0.00 | | | 4,200,000.00 |
| 02/17/2022 | 50 | 13,370.96 | 0 | 0.00 | | | 4,200,000.00 |
| 03/21/2022 | 46 | 12,974.32 | 50 | 9,550.68 | | | 4,187,025.68 |
| 05/02/2022 | 46 | 2,530.51 | 50 | 19,994.49 | | | 4,184,495.17 |
| 05/24/2022 | 46 | 12,058.03 | 50 | 10,466.97 | | | 4,172,437.14 |
| 06/06/2022 | 46 | 16,357.80 | 50 | 6,167.20 | | | 4,156,079.34 |
| 07/18/2022 | 46 | 2,678.30 | 50 | 19,846.70 | | | 4,153,401.04 |
| 08/08/2022 | 46 | 12,608.04 | 50 | 9,916.96 | | | 4,140,793.00 |
| 09/06/2022 | 46 | 8,871.73 | 50 | 13,653.27 | | | 4,131,921.27 |
| 10/05/2022 | 46 | 8,900.98 | 50 | 13,624.02 | | | 4,123,020.29 |
| 11/07/2022 | 46 | 7,055.20 | 50 | 15,469.80 | | | 4,115,965.09 |
| 12/06/2022 | 46 | 8,953.59 | 50 | 13,571.41 | | | 4,107,011.50 |
| 01/05/2023 | 46 | 8,516.15 | 50 | 14,008.85 | | | 4,098,495.35 |
| 02/06/2023 | 46 | 7,613.22 | 50 | 14,911.78 | | | 4,090,882.13 |
| 04/07/2023 | 50 | 22,525.00 | 0 | 0.00 | | | 4,090,882.13 |
| 05/05/2023 | 46 | 4,118.76 | 50 | 18,406.24 | | | 4,086,763.37 |
| 06/02/2023 | 46 | 9,514.54 | 50 | 13,010.46 | | | 4,077,248.83 |
| 07/10/2023 | 46 | 8,617.04 | 0 | 0.00 | | | 4,068,631.79 |
| 07/10/2023 | 50 | 13,907.96 | 0 | 0.00 | | | 4,068,631.79 |
| 08/11/2023 | 94 | 1,126.25 | 0 | 0.00 | | | 4,068,631.79 |
| 08/16/2023 | 46 | 1,700.89 | 50 | 20,824.11 | | | 4,066,930.90 |
| 09/07/2023 | 46 | 12,352.10 | 50 | 10,172.90 | | | 4,054,578.80 |
| 10/10/2023 | 46 | 7,312.00 | 50 | 15,213.00 | | | 4,047,266.80 |
| 11/08/2023 | 46 | 9,180.10 | 50 | 13,344.90 | | | 4,038,086.70 |
| 12/11/2023 | 94 | 1,126.25 | 0 | 0.00 | | | 4,038,086.70 |
| 12/21/2023 | 46 | 2,782.63 | 50 | 19,742.37 | | | 4,035,304.07 |
| 01/11/2024 | 94 | 1,126.25 | 0 | 0.00 | | | 4,035,304.07 |
| 01/15/2024 | 46 | 11,054.79 | 50 | 11,470.21 | | | 4,024,249.28 |
| 02/08/2024 | 92 | 1,488.58 | 0 | 0.00 | | | 4,022,760.70 |
| 02/12/2024 | 94 | 1,126.25 | 0 | 0.00 | | | 4,022,760.70 |
| 03/11/2024 | 94 | 1,126.25 | 0 | 0.00 | | | 4,022,760.70 |
| 04/11/2024 | 94 | 1,126.25 | 0 | 0.00 | | | 4,022,760.70 |
| 05/13/2024 | 94 | 1,126.25 | 0 | 0.00 | | | 4,022,760.70 |
| 05/28/2024 | 92 | 4,022,760.70 | 84 | 61,293.30 | | NON-ACCRUAL | 0.00 |
| 05/28/2024 | 366 | 4,022,760.70 | 380 | 61,293.30 | | NON-ACCRUAL | 4,022,760.70 |
| 06/11/2024 | 94 | 1,126.25 | 0 | 0.00 | | | 4,022,760.70 |
| 07/11/2024 | 94 | 1,126.25 | 0 | 0.00 | | | 4,022,760.70 |
| 08/12/2024 | 94 | 1,126.25 | 0 | 0.00 | | | 4,022,760.70 |
| 09/11/2024 | 94 | 1,126.25 | 0 | 0.00 | | | 4,022,760.70 |
| 10/11/2024 | 94 | 1,126.25 | 0 | 0.00 | | | 4,022,760.70 |

RRSB Parkside 02378

PAGE 2

0.00

I N Q U I R Y   S T A T E M E N T

Case 25-30002    Doc 164-1   Filed 09/16/25   Entered 09/16/25 10:32:21   Desc
Exhibits A-H    Page 7 of 49

10852  PARKSIDE PLACE, LLC
       PO BOX 426
       FARGO ND 58107-0426

LOAN #   51438   COLL DESC 8   2ND ST NE, ORIG BAL  4,200,000.00   ORIG DATE  12/13/2021   ORIG DISC   .04150   0.00  RENW BAL
                                    TMS EXT  0         LAST MATY  12/1/2026    RATE                       TYPE CODE 4
         RENW DATE         CBA      COLL CODE   FA
         APR OFF

| DATE | TC1 | AMOUNT | TC2 | AMOUNT | POST DATE | DESCRIPTION | BALANCE |
|------|-----|--------|-----|--------|-----------|-------------|---------|
| 11/12/2024 | 94  | 1,126.25  | 0   | 0.00      |            |                               | 4,022,760.70 |
| 12/11/2024 | 94  | 1,126.25  | 0   | 0.00      |            |                               | 4,022,760.70 |
| 12/30/2024 | 350 | 22,525.00 | 0   | 0.00      |            |                               | 4,022,760.70 |
| 12/30/2024 | 350 | 22,525.00 | 0   | 0.00      | 01/07/2025 | Feb2024                       | 4,022,760.70 |
| 12/30/2024 | 350 | 22,525.00 | 0   | 0.00      |            | March2024                     | 4,022,760.70 |
| 12/30/2024 | 350 | 22,525.00 | 0   | 0.00      |            | April2024                     | 4,022,760.70 |
| 12/30/2024 | 350 | 22,525.00 | 0   | 0.00      |            | May2024                       | 4,022,760.70 |
| 12/30/2024 | 350 | 22,525.00 | 0   | 0.00      |            | June2024                      | 4,022,760.70 |
| 12/30/2024 | 350 | 11,236.56 | 0   | 0.00      |            | partial July2024              | 4,022,760.70 |
| 01/02/2025 | 350 | 15,767.50 | 0   | 0.00      | 01/07/2025 | remainder July24, par Aug24   | 4,022,760.70 |
| 01/13/2025 | 94  | 1,126.25  | 0   | 0.00      |            |                               | 4,022,760.70 |
| 02/04/2025 | 346 | 12,417.32 | 350 | 36,924.60 |            |                               | 4,010,343.38 |
| 02/14/2025 | 94  | 1,126.25  | 0   | 0.00      |            |                               | 4,010,343.38 |
| 02/14/2025 | 346 | 9,940.29  | 350 | 4,559.71  |            | 1st Cash Collateral pymt due  | 4,000,403.09 |
| 03/07/2025 | 346 | 4,948.35  | 350 | 9,551.65  |            | Nov24 partialpmt rem$7309.02  | 3,995,454.74 |
| 03/11/2025 | 94  | 1,126.25  | 0   | 0.00      |            |                               | 3,995,454.74 |
| 04/11/2025 | 94  | 1,126.25  | 0   | 0.00      |            |                               | 3,995,454.74 |
| 04/14/2025 | 350 | 14,500.00 | 0   | 0.00      |            | April25 cash collateral       | 3,995,454.74 |
| 05/12/2025 | 94  | 1,126.25  | 0   | 0.00      |            |                               | 3,995,454.74 |
| 05/19/2025 | 350 | 14,500.00 | 0   | 0.00      | 05/20/2025 |                               | 3,995,454.74 |
| 06/11/2025 | 94  | 1,126.25  | 0   | 0.00      |            |                               | 3,995,454.74 |
| 06/13/2025 | 350 | 14,500.00 | 0   | 0.00      |            |                               | 3,995,454.74 |

Principal: 4,200,000.00      Min:      0.00
Interest:    357,046.95      Max:  4,200,000.00

Case 25-30002 Doc 207-2 Filed 10/16/25 Entered 10/16/25 14:48:33 Desc Exhibit 15-19 - RRSB POCs and Affidavits of CBA Page 27 of 207

Case 25-30002 Doc 164-1 Filed 09/16/25 Entered 09/16/25 10:32:21 Desc Exhibits A-H Page 8 of 49

EXHIBIT G

**The Parkside Note: Payment History and Accrual of Interest & Late Fees**

Dated 12/13/21 | Originating Interest Rate: 4.15% per annum | Post-Forbearance Interest Rate: 4.15% per annum

Affidavit of Charles Aarestad re: Parkside Note

| Date | TRANSACTION TYPE AND AMOUNT Advance/Charge (+) | Payment (-) Total | Interest Pmt. | Principal Pmt. | Description | INTEREST CALCULATION Per Diem | # of Days | Accrued Interest | (Principal Pmt.) | BALANCE Interest | Principal | Late Fees | TOTAL | Payment No. | Corresponding Eighth Gen. Note Payment No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2021 | $ 4,200,000.00 | $ - | $ - | $ - | Loan Account Opened - Opening Advance | $ 477.53 | 0 | $ - | | 0 | $ 4,200,000.00 | $ - | | | |
| 1/10/2022 | $ - | $ - | $ - | $ - | Interest Calculation | $ 477.53 | 28 | $ 13,370.96 | | $ 13,370.96 | $ 4,200,000.00 | $ - | | | |
| 1/10/2022 | $ - | $ (10,505.75) | $ (10,505.75) | $ - | January 2022 Payment Received | $ 477.53 | | $ (10,505.75) | | $ 2,865.21 | $ 4,200,000.00 | $ - | | 1 | |
| 2/1/2022 | | | | | February 2022 Payment Due | $ 477.53 | 22 | $ 10,505.75 | | $ 13,370.96 | $ 4,200,000.00 | $ - | | | |
| 2/10/2022 | $ (13,370.96) | $ (13,370.96) | $ (13,370.96) | $ - | February 2022 Payment Received | $ 477.53 | 22 | $ (13,370.96) | | $ 0.00 | $ 4,200,000.00 | $ - | | 2 | |
| 3/1/2022 | | | | | March 2022 Payment Due (paid early) | $ 477.53 | | $ 13,370.96 | | $ 13,370.96 | $ 4,200,000.00 | $ - | | | |
| 2/17/2022 | $ (13,370.96) | $ (13,370.96) | $ (13,370.96) | $ - | March 2022 Payment Received (paid early) | Interest Payment: | | $ (13,370.96) | | $ 0.00 | $ 4,200,000.00 | $ - | | 3 | |
| 3/21/2022 | $ (22,525.00) | $ (9,550.68) | $ (12,974.32) | | April 2022 Payment Received | $ 477.53 | 20 | $ 9,550.68 | | $ 9,550.68 | $ 4,187,025.68 | $ - | | 4 | |
| 3/21/2022 | | | | | Interest Calculation | Regular Payment: | | $ (9,550.68) | $ (12,974.32) | $ 0.01 | $ 4,187,025.68 | $ - | | | |
| 4/26/2022 | | | | | Interest Calculation | $ 476.06 | 42 | $ 19,994.49 | | $ 19,994.49 | $ 4,187,025.68 | $ - | | | |
| 5/2/2022 | $ (22,525.00) | $ (19,994.49) | $ (2,530.51) | | May 2022 Payment Received | $ 475.77 | | $ (19,994.49) | $ (2,530.51) | $ 0.00 | $ 4,184,495.17 | $ - | | 5 | |
| 5/24/2022 | | | | | Interest Calculation | $ 475.77 | 22 | $ 10,466.97 | | $ 10,466.97 | $ 4,184,495.17 | $ - | | | |
| 5/24/2022 | $ (22,525.00) | $ (10,466.97) | $ (12,058.03) | | June 2022 Payment Received | Regular Payment: | | $ (10,466.97) | $ (12,058.03) | $ (0.00) | $ 4,172,437.14 | $ - | | 6 | |
| 6/6/2022 | | | | | Interest Calculation | $ 474.40 | 13 | $ 6,167.21 | | $ 6,167.20 | $ 4,172,437.14 | $ - | | | |
| 6/6/2022 | $ (22,525.00) | $ (6,167.20) | $ (16,357.80) | | July 2022 Payment Received | Regular Payment: | | $ (6,167.20) | $ (16,357.80) | $ 0.00 | $ 4,156,079.34 | $ - | | 7 | |
| 7/18/2022 | $ (22,525.00) | $ (19,846.71) | $ (2,678.30) | | August 2022 Payment Received | $ 472.54 | 42 | $ 19,846.70 | | $ 19,846.71 | $ 4,156,079.34 | $ - | | | |
| 7/18/2022 | | | | | Interest Calculation | Regular Payment: | | $ (19,846.70) | $ (2,678.30) | $ 0.01 | $ 4,153,401.04 | $ - | | 8 | |
| 8/8/2022 | $ (22,525.00) | $ (9,916.96) | $ (12,608.04) | | September 2022 Payment Received | $ 472.24 | 21 | $ 9,916.96 | | $ 9,916.96 | $ 4,153,401.04 | $ - | | | |
| 8/8/2022 | | | | | Interest Calculation | Regular Payment: | | $ (9,916.96) | $ (12,608.04) | $ 0.00 | $ 4,140,793.00 | $ - | | 9 | |
| 9/6/2022 | $ (22,525.00) | $ (13,653.27) | $ (8,871.73) | | October 2022 Payment Received | $ 470.80 | 29 | $ 13,653.27 | | $ 13,653.27 | $ 4,140,793.00 | $ - | | | |
| 9/6/2022 | | | | | Interest Calculation | Regular Payment: | | $ (13,653.27) | $ (8,871.73) | $ 0.00 | $ 4,131,921.27 | $ - | | 10 | |
| 10/5/2022 | $ (22,525.00) | $ (13,624.02) | $ (8,900.98) | | November 2022 Payment Received | $ 469.79 | 29 | $ 13,624.02 | | $ 13,624.02 | $ 4,131,921.27 | $ - | | | |
| 10/5/2022 | | | | | Interest Calculation | Regular Payment: | | $ (13,624.02) | $ (8,900.98) | $ 0.00 | $ 4,123,020.29 | $ - | | 11 | |
| 11/7/2022 | $ (22,525.00) | $ (15,469.90) | $ (7,055.09) | | December 2022 Payment Received | $ 468.78 | 33 | $ 15,469.80 | | $ 15,469.90 | $ 4,123,020.29 | $ - | | | |
| 11/7/2022 | | | | | Interest Calculation | Regular Payment: | | $ (15,469.80) | $ (7,055.20) | $ 0.00 | $ 4,115,965.09 | $ - | | 12 | |
| 12/6/2022 | $ (22,525.00) | $ (13,571.41) | $ (8,953.59) | | January 2023 Payment Received | $ 467.58 | 29 | $ 13,571.41 | | $ 13,571.41 | $ 4,115,965.09 | $ - | | | |
| 12/6/2022 | | | | | Interest Calculation | Regular Payment: | | $ (13,571.41) | $ (8,953.59) | $ (0.00) | $ 4,107,011.50 | $ - | | 13 | |
| 1/5/2023 | $ (22,525.00) | $ (14,008.85) | $ (8,516.15) | | February 2023 Payment Received | $ 466.96 | 30 | $ 14,008.85 | | $ 14,008.85 | $ 4,107,011.50 | $ - | | | |
| 1/5/2023 | | | | | Interest Calculation | Regular Payment: | | $ (14,008.85) | $ (8,516.15) | $ (0.00) | $ 4,098,495.35 | $ - | | 14 | |
| 2/6/2023 | $ (22,525.00) | $ (14,911.78) | $ (7,613.22) | | March 2023 Payment Received | $ 465.99 | 32 | $ 14,911.79 | | $ 14,911.78 | $ 4,098,495.35 | $ - | | | |
| 2/6/2023 | | | | | Interest Calculation | Regular Payment: | | $ (14,911.79) | $ (7,613.22) | $ 0.00 | $ 4,090,882.13 | $ - | | 15 | |
| 4/7/2023 | $ (22,525.00) | $ (5,382.00) | | | April 2023 Payment Received | $ 465.13 | 60 | $ 27,907.66 | | $ 27,907.66 | $ 4,090,882.13 | $ - | | 16 | |
| 4/7/2023 | | | | | Interest Calculation | Regular Payment: | | $ (22,525.00) | $ 5,382.66 | $ 5,382.66 | $ 4,090,882.13 | $ - | | | |
| 5/5/2023 | $ (22,525.00) | $ (18,406.24) | $ (4,118.76) | | May 2023 Payment Received | $ 465.13 | 28 | $ 13,023.60 | | $ 18,406.24 | $ 4,090,882.13 | $ - | | | |
| 5/5/2023 | | | | | Interest Calculation | Regular Payment: | | $ (18,406.24) | $ (4,118.76) | $ (0.00) | $ 4,086,763.37 | $ - | | 17 | |
| 6/2/2023 | $ (22,525.00) | $ (13,010.46) | $ (9,514.54) | | June 2023 Payment Received | $ 464.66 | 28 | $ 13,010.46 | | $ 13,010.46 | $ 4,086,763.37 | $ - | | | |
| 6/2/2023 | | | | | Interest Calculation | Regular Payment: | | $ (13,010.46) | $ (9,514.54) | $ 0.00 | $ 4,077,248.83 | $ - | | 18 | 2 |
| 7/10/2023 | $ (22,525.00) | $ (13,907.96) | $ (8,617.04) | | July 2023 Payment Received | $ 463.58 | 38 | $ 17,615.95 | | $ 17,615.95 | $ 4,077,248.83 | $ - | | | |
| 7/10/2023 | | | | | Interest Calculation | Regular Payment: | | $ (13,907.96) | $ (8,617.04) | $ 0.00 | $ 4,068,631.79 | $ - | | 19 | 3 |
| 8/11/2023 | | | | | Late Fee Assessed | | | | | $ 3,707.99 | $ 4,068,631.79 | $ 1,126.25 | | | |
| 8/16/2023 | $ (22,525.00) | $ (20,824.11) | $ (1,700.89) | | August 2023 Payment Received | $ 462.60 | 37 | $ 17,116.12 | | $ 20,824.11 | $ 4,068,631.79 | $ 1,126.25 | | | |
| 8/16/2023 | | | | | Interest Calculation | Regular Payment: | | $ (20,824.11) | $ (1,700.89) | $ 0.00 | $ 4,066,930.90 | $ 1,126.25 | | 20 | 4 |
| 9/7/2023 | $ (22,525.00) | $ (10,172.90) | $ (12,352.10) | | September 2023 Payment Received | $ 462.40 | 22 | $ 10,172.90 | | $ 10,172.90 | $ 4,066,930.90 | $ 1,126.25 | | | |
| 9/7/2023 | | | | | Interest Calculation | Regular Payment: | | $ (10,172.90) | $ (12,352.10) | $ (0.00) | $ 4,054,578.80 | $ 1,126.25 | | 21 | 5 |
| 10/10/2023 | $ (22,525.00) | $ (15,213.00) | $ (7,312.00) | | October 2023 Payment Received | $ 461.00 | 33 | $ 15,213.00 | | $ 15,213.00 | $ 4,054,578.80 | $ 1,126.25 | | | |
| 10/10/2023 | | | | | Interest Calculation | Regular Payment: | | $ (15,213.00) | $ (7,312.00) | $ 0.00 | $ 4,047,266.80 | $ 1,126.25 | | 22 | 6 |
| 11/6/2023 | $ (22,525.00) | $ (13,344.80) | $ (9,180.10) | | November 2023 Payment Received | $ 459.19 | 29 | $ 13,344.89 | | $ 13,344.90 | $ 4,047,266.80 | $ 1,126.25 | | | |
| 11/6/2023 | | | | | Interest Calculation | Regular Payment: | | $ (13,344.90) | $ (9,180.10) | $ (0.00) | $ 4,038,086.70 | $ 1,126.25 | | 23 | 7 |
| 12/11/2023 | $ (22,525.00) | $ (19,742.37) | $ (2,782.92) | | December 2023 Payment Received | $ 459.12 | 43 | $ 19,742.37 | | $ 19,742.37 | $ 4,038,086.70 | $ 1,126.25 | | | |
| 12/11/2023 | $ 1,126.25 | | | | Late Fee Assessed | Regular Payment: | | $ (19,742.37) | $ (2,782.63) | $ (0.00) | $ 4,035,304.07 | $ 2,252.50 | | 24 | |
| 12/21/2023 | $ 1,126.25 | | | | Late Fee Assessed | | | | | $ (0.00) | $ 4,035,304.07 | $ 2,252.50 | | | |
| 1/17/2024 | | | | | Interest Calculation | $ 458.91 | 25 | $ 11,470.21 | | $ 11,470.21 | $ 4,035,304.07 | $ 3,378.75 | | | |
| 1/15/2024 | $ (22,525.00) | $ (11,470.21) | $ (11,054.79) | | January 2024 Payment Received | Regular Payment: | | $ (11,054.79) | | $ 0.00 | $ 4,024,249.28 | $ 3,378.75 | | 25 | |
| 2/8/2024 | | | | | Interest Calculation | $ 457.55 | 24 | $ 10,981.24 | | $ 10,981.24 | $ 4,024,249.28 | $ 3,378.75 | | | |
| 2/8/2024 | $ (1,488.58) | $ (1,488.58) | | | Set Off Applied | Set Off: | | $ (1,488.58) | | $ 10,981.24 | $ 4,022,760.70 | $ 3,378.75 | | 26 | |

Case 25-30002   Doc 164-1   Filed 09/16/25   Entered 09/16/25 10:32:21   Desc
Exhibits A-H   Page 9 of 49

| Date | Late Fee | Description | | Amount | Int. Calc. | Payment | Balance | Principal | Cum. Late Fee | # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/12/2024 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 4,022,760.70 | $ 4,505.00 | |
| 3/11/2024 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 4,022,760.70 | $ 5,631.25 | |
| 4/12/2024 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 4,022,760.70 | $ 6,757.50 | |
| 5/13/2024 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 4,022,760.70 | $ 7,883.75 | |
| 6/11/2024 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 4,022,760.70 | $ 9,010.00 | |
| 7/11/2024 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 4,022,760.70 | $ 10,136.25 | |
| 8/12/2024 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 4,022,760.70 | $ 11,262.50 | |
| 9/11/2024 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 4,022,760.70 | $ 12,388.75 | |
| 10/11/2024 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 4,022,760.70 | $ 13,515.00 | |
| 11/12/2024 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 4,022,760.70 | $ 14,641.25 | |
| 12/11/2024 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 4,022,760.70 | $ 15,767.50 | |
| 12/30/2024 | $ 1,126.25 | Interest Calculation | | | | | | $ 4,022,760.70 | $ 15,767.50 | |
| 12/30/2024 | | Feb-Jun 2024 and Partial Jul 2024 Pmt. Received | Interest Payment: 326 | $ 457.38 | $ (123,861.56) | $ 348,106.66 | $160,087.90 | $ 36,226.34 | $ 4,022,760.70 | $ 15,767.50 | 27 |
| 12/30/2025 | | Interest Calculation | 3 | $ 457.38 | | $ 1,372.15 | $ 37,598.48 | $ 4,022,760.70 | $ 15,767.50 | 28 |
| 1/2/2025 | $ - | Remainder July and Partial Aug 2024 Pmt. Received | Interest Payment: | $ 457.38 | $ (15,767.50) | $ (15,767.50) | $ 21,830.98 | $ 4,022,760.70 | $ 15,767.50 | |
| 1/6/2025 | | BANKRUPTCY PETITION FILED | 4 | $ 457.38 | | $ 1,829.53 | $ 23,660.51 | $ 4,022,760.70 | $ 15,767.50 | |
| 1/13/2025 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 4,022,760.70 | $ 16,893.75 | |
| 2/4/2025 | | Interest Calculation | 29 | $ 457.38 | 13,264.09 | | $ 36,924.60 | $ 4,022,760.70 | $ 16,893.75 | 29 |
| 2/4/2025 | $ (49,341.92) | Cash Collateral Payment | | $ (122,417.32) | (38,924.60) | $ (122,417.32) | 0.00 | $ 4,010,343.38 | $ 16,893.75 | |
| 2/11/2025 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 4,010,343.38 | $ 18,020.00 | |
| 2/14/2025 | $ - | Interest Calculation | 10 | $ 455.97 | 4,559.71 | | $ 4,559.71 | $ 4,010,343.38 | $ 18,020.00 | 30 |
| 2/14/2025 | $ (14,500.00) | Cash Collateral Payment | | $ (9,940.29) | (4,559.71) | $ (9,940.29) | (0.00) | $ 4,000,403.09 | $ 18,020.00 | |
| 3/7/2025 | | Interest Calculation | 21 | $ 454.84 | 9,551.65 | | $ 9,551.64 | $ 4,000,403.09 | $ 18,020.00 | 31 |
| 3/7/2025 | $ (14,500.00) | Cash Collateral Payment | | $ (4,948.35) | (9,551.65) | $ (4,948.35) | (0.01) | $ 3,995,454.74 | $ 19,146.25 | |
| 3/11/2025 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 3,995,454.74 | $ 20,272.50 | |
| 4/11/2025 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 3,995,454.74 | $ 20,272.50 | |
| 4/14/2025 | | Interest Calculation | 38 | $ 454.28 | 17,262.55 | | $ 17,262.55 | $ 3,995,454.74 | $ 20,272.50 | 32 |
| 4/14/2025 | $ (14,500.00) | Cash Collateral Payment | | $ (14,500.00) | | $ (14,500.00) | 2,762.55 | $ 3,995,454.74 | $ 20,272.50 | |
| 5/12/2025 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 3,995,454.74 | $ 21,398.75 | |
| 5/19/2025 | | Interest Calculation | 35 | $ 454.28 | 15,899.72 | | $ 18,662.27 | $ 3,995,454.74 | $ 21,398.75 | 33 |
| 5/19/2025 | $ (14,500.00) | Cash Collateral Payment | | $ (14,500.00) | | $ (14,500.00) | 4,162.27 | $ 3,995,454.74 | $ 21,398.75 | |
| 6/13/2025 | $ 1,126.25 | Late Fee Assessed | | | | | | $ 3,995,454.74 | $ 22,525.00 | |
| 6/13/2025 | $ - | Interest Calculation | 25 | $ 454.28 | 11,356.94 | | $ 15,519.21 | $ 3,995,454.74 | $ 22,525.00 | 34 |
| 6/13/2025 | $ (14,500.00) | Cash Collateral Payment | | $ (14,500.00) | | $ (14,500.00) | 1,019.21 | $ 3,995,454.74 | $ 22,525.00 | |
| 7/14/2025 | | Interest Calculation | 31 | $ 454.28 | 14,082.61 | | $ 15,101.82 | $ 3,995,454.74 | $ 22,525.00 | 35 |
| 7/14/2025 | $ - | Cash Collateral Payment | | $ (14,500.00) | | $ (14,500.00) | 601.82 | $ 3,995,454.74 | $ 22,525.00 | $ 4,018,581.56 |

Bottom totals: $ 4,002,168.71



```
                                        1  -  32            PAGE  1
    PARKSIDE PLACE, LLC                              ACCOUNT        6436
    PO BOX 426
    FARGO  ND 58107-0426
                                                     STATEMENT PERIOD
                                                     12/31/2021 TO 01/31/2022


------------------------ C H E C K I N G   S U M M A R Y ------------------------
            SIMP BUS W/O CA           -        6436
    CHECKING BALANCE LAST STATEMENT.......          44,744.42
                        DEPOSITS.............              .00
                     9  OTHER CREDITS........       12,795.00
                     1  CHECKS..............        40,444.42
                     3  OTHER DEBITS.........       10,535.70
    CHECKING BALANCE THIS STATEMENT.......           6,559.30
------------------------------ F E E   S U M M A R Y ----------------------------
    PAPER STATEMENT FEE                                  5.00
                                TOTAL FEES IMPOSED       5.00
                                       (LISTED BELOW)
    ---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ----------------
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

    DATE.....AMOUNT....DESCRIPTION
    01/04  2,785.00 PAYLEASE.COM      CREDIT            0014326906
    01/05  1,465.00 PAYLEASE.COM      CREDIT            0017717979
    01/05  1,555.00 PAYLEASE.COM      CREDIT            0017706977
    01/06    950.00 PayLease          Settlement        4681327538
    01/06  1,335.00 PAYLEASE.COM      CREDIT            0019720156
    01/06  4,175.00 PAYLEASE.COM      CREDIT            0019701724
    01/07     35.00 PAYLEASE.COM      CREDIT            0011327067
    01/10    195.00 PAYLEASE.COM      CREDIT            0013180700
    01/11    300.00 PAYLEASE.COM      CREDIT            0015123251

--------------- O T H E R   D E B I T   T R A N S A C T I O N S ---------------

    DATE.....AMOUNT....DESCRIPTION
    01/05     24.95 PAYLEASE.COM      INVOICE           0018077053
    01/10 10,505.75 ONL PMN FRM CHK   6436 TO LN 51438
```

Parkside Note Payment 1

```
                                                  PAGE   2
        PARKSIDE PLACE, LLC                ACCOUNT        6436
        PO BOX 426
        FARGO  ND 58107-0426                 STATEMENT PERIOD
                                          12/31/2021 TO 01/31/2022


     DATE.....AMOUNT....DESCRIPTION
     01/31      5.00 PAPER STATEMENT FEE

     ------------------------------- C H E C K S ----------------------------------

     DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
     01/11      1102022    40,444.42

     ---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ---------------

     DATE.......BALANCE        DATE.......BALANCE      DATE.......BALANCE
     01/04     47,529.42       01/07     57,019.47     01/31      6,559.30
     01/05     50,524.47       01/10     46,708.72
     01/06     56,984.47       01/11      6,564.30

     --------------------------------------------------------------------------------
```

Parkside Note Payment 1

EXHIBIT
**H-2**

**DEBIT**
MCM 5001 (R 7/10)

**GENERAL LEDGER**

ACCOUNT NAME   UBB

DESCRIPTION / REMARKS

DATE 2/10/22

APPROVED BY CBA

AMOUNT

Parkside Place
Feb Int. ACH

Account Number          Tran Code

7020          $          13370.96

⑆59000000 2⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 2/10/22    Approved by CBA

CUSTOMER NAME

Parkside Place

46   Principal Payment

50   Interest Payment

58   Late Charge

92   Principal Payment (End)

09   Regular Payment

Customer Number          Loan Number          Tran Code

51438          50   $          13370.96

⑆530 10000 1⑈

Parkside Note Payment 2

EXHIBIT
**H-3**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3217

02/14/22          $13,370.96**

TO THE
ORDER OF     **** THIRTEEN THOUSAND THREE HUNDRED SEVENTY AND 96/100 DOLLARS

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN    56548

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈        ⑈2258⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 2/17/22    Approved by CBA

CUSTOMER NAME

Parkside Place LLC

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51 438 | 50 s | 13370.96 |

46  Principal Payment

⑤⓪ Interest Payment      13,370.96

58  Late Charge

92  Principal Payment (End)

09  Regular Payment

⑈530⑈0000⑈⑈

---

Parkside Note Payment 3



EXHIBIT
**H-4**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3266

03/18/22                    $22,525.00**

\*\*\*\* TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF        RED RIVER STATE BANK

300 2ND AVE W
HALSTAD, MN   56548

April

MEMO: PARKSIDE PLACE

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈         2 258⑈         2 258⑈

**LOAN DEPARTMENT CREDIT**
**RECEIVED**

Date   MAR 21 2022   Approved by

RED RIVER STATE BANK
HALSTAD, MN 56548
CUSTOMER NAME

ParkSide Place

| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |

Customer Number        Loan Number        Tran Code

51438          09      $      22525.00

⑈530 10000 1⑈

Parkside Note Payment 4



EXHIBIT
H-5

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3389

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3296

04/05/22

$22,525.00**

TO THE
ORDER OF
\*\*\*\* TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

RED RIVER STATE BANK

300 2ND AVE W
HALSTAD, MN   56548



THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑆ 2 2 5 8 ⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 5/2/22     Approved by CBA

CUSTOMER NAME

Parkside Place

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | 51 438 | 09 s |

46   Principal Payment
50   Interest Payment
58   Late Charge
92   Principal Payment (End)
09   Regular Payment

22525.00

⑆ 530 10000 1 ⑈

Parkside Note Payment 5



**EXHIBIT**

**H-6**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3400

05/02/22

$22,525.00**

TO THE
ORDER OF

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

RED RIVER STATE BANK

300 2ND AVE W
HALSTAD, MN   56548



MEMO: PARKSIDE PLACE

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈ 2258⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 5-24-22   Approved by _____ CPBA

CUSTOMER NAME

Parkside Place

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | 51438 | 09 |

46   Principal Payment

50   Interest Payment

58   Late Charge

92   Principal Payment (End)

09   Regular Payment

RECEIVED
MAY 23 2022
RED RIVER STATE BANK
HALSTAD MN 56548

$ 22525.00

⑈530100001⑈

Parkside Note Payment 6



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-5369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3415

06/01/22
$22,525.00**

TO THE
ORDER OF

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

RED RIVER STATE BANK

300 2ND AVE W
HALSTAD, MN   56548

MEMO: PARKSIDE PLACE

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

2258⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 6/6/22.   Approved by CBA

CUSTOMER NAME

Parkside Place

| | 46 | Principal Payment |
| | 50 | Interest Payment |
| | 58 | Late Charge |
| | 92 | Principal Payment (End) |
| | 09 | Regular Payment |

Customer Number      Loan Number      Tran Code

51 438        09 $        22525.00

⑈530 10000 1⑈

---

Parkside Note Payment 7



EXHIBIT
**H-8**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3359

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3471

07/01/22

$22,525.00**

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN 56548

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

2258

**LOAN DEPARTMENT CREDIT**
RECEIVED MCM 5002 (R 4/10)

Date JUL 1 8 2022    Approved by

RED RIVER STATE BANK

CUSTOMER NAME

*Parkside Place*

Customer Number        Loan Number        Tran Code

51438              $    22525.00

46 Principal Payment

50 Interest Payment

58 Late Charge

92 Principal Payment (End)

(09) Regular Payment

530 10000

ZENITH CITY BUSINESS SYSTEMS, INC

Parkside Note Payment 8



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-297-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3553

08/01/22

$22,525.00**

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE ORDER OF:
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN    56548

MEMO: PARKSIDE PLACE

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈2258⑈

2258⑈

**LOAN DEPARTMENT CREDIT**
**RECEIVED** MCM 5002 (R 4/10)
Date
Approved by
AUG 08 2022
CREDIT RIVER STATE BANK
HALSTAD, MN 56548

Parkside Place

| | | 46 | Principal Payment |
| | | 50 | Interest Payment |
| | | 58 | Late Charge |
| | | 92 | Principal Payment (End) |
| | | 09 | Regular Payment |

Customer Number          Loan Number          Tran Code

S1438          09    $          2252500

⑈53010000 1⑈

Parkside Note Payment 9



EXHIBIT
**H-10**

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3603

09/01/22

$22,525.00**

TO THE
ORDER OF    **** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN  56548

MEMO: PARKSIDE PLACE          SECURITY LOCKS WILL DISAPPEAR WHEN COPIED ON WITH NORMAL BODY HEAT

0'                                        2 2 5 8 "

---

**LOAN DEPARTMENT CREDIT**
MCM 6002 (R 4/10)

Date 9-6-22   Approved by LAM AUR

CUSTOMER NAME

Park Side Place

Customer Number        Loan Number        Tran Code

                        5 1 4 3 8        0 9   $        2 2 5 2 5 0 0

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
09  Regular Payment

1: 5 3 0 1 0 0 0 0 1 1:

Parkside Note Payment 10



**EXHIBIT**

**H-11**

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

**3707**

1205199< 010101000040 10-05-22 RED RIVER STATE BANK

10/02/22

$22,525.00**

TO THE
ORDER OF
**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN   56548

MEMO: PARKSIDE PLACE

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

2258⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

46  Principal Payment

Date 10-5-22  Approved by

58  Interest Payment

**RECEIVED**

58  Late Charge
OCT 05 2022

CUSTOMER NAME 060050 10-05-22 RED RIVER STATE BANK

92  Principal Payment (End)

Parkside Place

(09) Regular Payment

Customer Number

Loan Number

Tran Code

51438

09  $

22,525.00

⑆530100001⑆

Parkside Note Payment 11



EXHIBIT

H-12

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3758

11/04/22

$22,525.00**

TO THE
ORDER OF

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN  56548

MEMO: PARKSIDE PLACE          SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

‖⁗                    2258‖⁗

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 11/7/22     Approved by CU CBA

CUSTOMER NAME

Parkside place.

Customer Number          Loan Number          Tran Code

51438          09    $          22525.00

46  Principal Payment

50  Interest Payment

RECEIVED  Late Charge

NOV 07 2022  Principal Payment (End)

RED RIVER STATE 09  Regular Payment
HALSTAD M.

‖:53010000 1‖:

Parkside Note Payment 12



EXHIBIT

**H-13**

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3853

12/01/22

$22,525.00**

TO THE
ORDER OF

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN 56548

MEMO: PARKSIDE PLACE

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

2258

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 12/6/22     Approved by CAM

CUSTOMER NAME

Parkside Place

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 $ | 22525.00 |

46 Principal Payment
50 Interest Payment
58 Late Charge
92 Principal Payment (End)
09 Regular Payment

530 10000 1

Parkside Note Payment 13



EXHIBIT
**H-14**

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3368

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3914

01/02/23

$22,525.00**

\*\*\*\* TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN   56548

MEMO: PARKSIDE PLACE

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑈ 2258⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (1-4/10)

Date 1/5/23     Approved by LAM JL

CUSTOMER NAME

Parkside Place LLC

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | 51438 | 09 $ 22,525.00 |

⑈530 10000 1⑈

46   Principal Payment
50   Interest Payment
58   Late Charge
92   Principal Payment (End)
09   Regular Payment

Parkside Note Payment 14

Case 25-30002 Doc 207-2 Filed 10/16/25 Entered 10/16/25 14:48:33 Desc Exhibit 15-19 - RRSB POCs and Affidavits of CBA Page 44 of 397

Case 25-30002 Doc 164-1 Filed 09/18/25 Entered 09/18/25 10:32:21 Desc Exhibit
Exhibits A-H Page 25 of 49



EXHIBIT
H-15

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

3978

02/01/23

$22,525.00**

****TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE ORDER OF
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN 56548

MEMO: PARKSIDE PLACE

2258

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 2/6/23   Approved by L Am 2e

CUSTOMER NAME

Parkside Place LLC

Customer Number   Loan Number   Tran Code
51438   09   $ 22525.00

46 Principal Payment
50 Interest Payment
58 Late Charge
92 Principal Payment (End)
09 Regular Payment

530 10000

Parkside Note Payment 15



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4072

04/01/23

$22,525.00**

\*\*\*\* TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN  56548

MEMO: PARKSIDE PLACE

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑆  2258⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 4-7-23   APPROVED BY  CP2A

CUSTOMER NAME

Parkside Place LLC

| | | |
|---|---|---|
| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |
| | Memo |

Customer Number      Loan Number      Tran Code

51438      09 s      22525.00

⑆530100001⑈

Parkside Note Payment 16



EXHIBIT H-17

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4123

05/01/23

$22,525.00**

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF: RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN 56548

MEMO: PARKSIDE PLACE

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

2258

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 5-5-23    APPROVED BY ____

CUSTOMER NAME

Parkside Place, LLC

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
09  Regular Payment
     Memo

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 $ | 22525.00 |

⑆530 10000 ⑈

Parkside Note Payment 17



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 59106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4183

06/01/23

$78,355.18**

TO THE
ORDER OF

**** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

ıı°                                                    2258ıı°

---

**LOAN DEPARTMENT CREDIT**
MCM 8002 (R 4/10)

Date 6/2/23     Approved by CBA

CUSTOMER NAME

Parkside Place

Customer Number        Loan Number        Tran Code

                       51 438              09  s            22 525.00

ıı:5301 00001ıı:

46   Principal Payment

50   Interest Payment

58   Late Charge

92   Principal Payment (End)

09   Regular Payment

---

* Check 4183 was divided between The Parkside Note ($22,525.00) and The Eighth Generations Note ($55,830.18). *See* Eighth Generations Note Aff.; Payment 2.

Parkside Note Payment 18

EXHIBIT
**H-19**

CP BUSINESS MANAGEMENT - APARTMENTS
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4275

07/01/23

$78,355.18**

**** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS

TO THE
ORDER OF
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

⑈ 2258⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 7-10-23   Approved by LAm

46  Principal Payment
(50) Interest Payment
58  Late Charge
92  Principal Payment (End)
09  Regular Payment

CUSTOMER NAME

Parkside Place . LLC

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | 51438 | $ 13907.96 |

⑈530 10000 ⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 7-10-23   APPROVED BY LAm

(46) Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
09  Regular Payment
Memo

CUSTOMER NAME

Parkside Place LLC

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | 51438 | 46 $ 8617.04 |

⑈530 10000 ⑈

---

\* Check 4275 was divided between The Parkside Note ($22,525.00) and The Eighth Generations Note ($55,830.18). *See* Eighth Generations Note Aff.; Payment 3.

Parkside Note Payment 19

EXHIBIT

**H-20**

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4308

08/01/23

$78,355.18**

TO THE
ORDER OF    **** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑈      ⑆2258⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R-4/10)

46  Principal Payment

DATE 8-16-23  APPROVED BY [signature]

50  Interest Payment

58  Late Charge

92  Principal Payment (End)

CUSTOMER NAME

09  Regular Payment

Parkside Place LLC

Memo

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 s | 22525.00 |

⑆530 10000 1⑈

\* Check 4308 was divided between The Parkside Note ($22,525.00) and The Eighth Generations Note ($55,830.18). *See* Eighth Generations Note Aff.; Payment 4.

Parkside Note Payment 20



**EXHIBIT**
**H-21**

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4368

09/01/23

$78,355.18**

TO THE ORDER OF      **** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

‖‍                                    2256‖‍

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 9-7-23   APPROVED BY _____

CUSTOMER NAME

Parkside Place, LLC

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
(09) Regular Payment
Memo

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 5 1 4 3 8 | 09  s | 22525.00 |

⑆53010000⑈

\* Check 4368 was divided between The Parkside Note ($22,525.00) and The Eighth Generations Note
($55,830.18). *See* Eighth Generations Note Aff.; Payment 5.

Parkside Note Payment 21


EXHIBIT
**H-22**

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**

PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4462

10/02/23

$78,355.18**

TO THE
ORDER OF

**** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN 56548

MEMO: Loan Payment

⑈ 2258⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5602 (R 4/10)

DATE *10-10-23* APPROVED BY

CUSTOMER NAME

*Parkside Place, LLC*

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | 5 1 4 3 8 | 0 9 $ 22525.00 |

| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |
| | Memo |

⑆ 5301 0000 1⑆

*Check 4462 was divided between The Parkside Note ($22,525.00) and The Eighth Generations Note ($55,830.18). *See* Eighth Generations Note Aff.; Payment 6.

Parkside Note Payment 22

EXHIBIT

**H-23**

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**

PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4506

11/01/23

$78,355.18**

TO THE
ORDER OF   **** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

⑈⑈⑈   2 2 5 8 ⑈⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 6002 (R 4/10)

DATE 11-7-23   APPROVED BY _____

CUSTOMER NAME

*Parkside Place LLC*

| Customer Number | Loan Number | Tran Code |
|---|---|---|
|  | 5 1 4 8 3 | 0 9  $  2 2 5 2 5 . 0 0 |

46   Principal Payment
50   Interest Payment
58   Late Charge
92   Principal Payment (End)
⑨   Regular Payment
Memo

⑈⑈5 3 0 ⑈0 0 0 0 ⑈⑈

---

\* Check 4506 was divided between The Parkside Note ($22,525.00) and The Eighth Generations Note
($55,830.18). *See* Eighth Generations Note Aff.; Payment 7.

Parkside Note Payment 23



EXHIBIT
H-24

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

12690

77-7869/2913

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

12/19/23        $22,525.00**

TO THE
ORDER OF

RED RIVER STATE BANK
BOX 25
HALSTAD, MN    56548

Business Account

Authorized Signature

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑆171⑆0⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 12·22·23    Approved by LAm

| | 46 | Principal Payment |
| | 50 | Interest Payment |
| | 58 | Late Charge |
| | 92 | Principal Payment (End) |
| | 09 | Regular Payment |

CUSTOMER NAME

Parkside Place LLC

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 | $  22525.00 |

⑆530⑆0000⑆

Parkside Note Payment 24



EXHIBIT
H-25

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**12762**

77-7869/2913

**** TWENTY TWO THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

01/05/24          $22,525.00**

RED RIVER STATE BANK
BOX 25
HALSTAD, MN   56548

Business Account

_____
Authorized Signature

⑈    17110⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 1-15-24    Approved by LAm PA

46  Principal Payment

50  Interest Payment

58  Late Charge

CUSTOMER NAME

Parkside Place LLC

92  Principal Payment (End)

09  Regular Payment

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 | $ 22525.00 |

⑈53010000⑈

Parkside Note Payment 25

Case 25-30002  Doc 207-2  Filed 10/16/25  Entered 10/16/25 14:48:33  Desc Exhibit 15-19 - RRSB POCs and Affidavits of CBA  Page 55 of 207

Case 25-30002  Doc 164-1  Filed 09/16/25  Entered 09/16/25 10:32:21  Desc Exhibit Exhibits A-H  Page 36 of 49



**EXHIBIT H-26**

| CHECKING WITHDRAWAL | | RED RIVER STATE BANK | 6436 |
|---|---|---|---|

RRS 4002 (R 11/15)

↑ TC ↑      ↑ ACCOUNT NUMBER ↑

DATE
2/7/24

PREPARED BY
CBA

SIGNATURE
X Right of Offset

Parkside Place          $    1488.58

NAME
ADDRESS                 ↑ AMOUNT CHARGED ↑
CITY, STATE, ZIP

⑈5000 2 2000⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

Date 2/7/24   Approved by CBA

46  Principal Payment

50  Interest Payment

58  Late Charge

92  Principal Payment (End)

09  Regular Payment

CUSTOMER NAME

Parkside Place

Customer Number      Loan Number      Tran Code

                     51438      92    $    1488.58

⑈530 10000 1⑈

Parkside Note Payment 26

### File Information

| | |
|---|---|
| Transaction Date | 12/30/2024 4:23:51 PM |
| File Date | Monday December 30, 2024 03:00 PM |
| Immediate Destination | 091205199 RED RIVER STATE BANK HA |

EXHIBIT

**H-27**

### Batch Information

| | | | |
|---|---|---|---|
| Service Class Code | 200 | Standard Entry Class Code | PPD |
| Settlement Date | 12/30/2024 | Originator Status Code | 1 |
| Effective Entry Date | 241230 | Company Entry Description | Parkside |
| Originating DFI Identification | 09140017 | | |
| Company Name | HME COMPANIES LL | Originator Identification | 9832282354 |
| Company Discretionary Data | | Company Descriptive Date | |
| Entry/Addenda Count | 1 | Batch Number | 19 |
| Credit Total | $123,861.56 | Debit Total | $0.00 |

### Entries

| | | | |
|---|---|---|---|
| Amount | $123,861.56 | Prenotification | |
| Receiving DFI Identification | 09120519 | Account Type | Checking |
| DFI Account Number | 4665 | Identification Number | 6427575 |
| Receiving Entity Name | Parkside Place, LLC | | |
| Discretionary Data | | | |
| Transaction Code | 22 | Trace Number | 91400179354135 |
| Return Code | | Return | |
| Standard Entry Class Code | PPD | | |
| Settlement Date | 12/30/2024 | | |

### Preview History

**Last Viewed By** DaniHarl32 **Date First Viewed** 12/31/2024 11:10:38 AM
**Last Viewed By** DaniHarl32 **Date Last Viewed** 12/31/2024 11:10:41 AM

Parkside Note Payment 27

Case 25-30002    Doc 207-2    Filed 10/16/25    Entered 10/16/25 14:48:33    Desc Exhibit 15-19 - RRSB POCs and Affidavits of CBA    Page 57 of 207

Case 25-30002    Doc 164-1    Filed 09/16/25    Entered 09/16/25 10:32:21    Desc Exhibits A-H    Page 38 of 49





Parkside Note Payment 27



**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 12/30/24   APPROVED BY   CBA

| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |
| Memo | April 2024 |

CUSTOMER NAME

Parkside Place LLC

| Customer Number | Loan Number | Tran Code |
| | 51438 | 09  $  22 525.00 |

⑃530⑃0000⑃⑃

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 12/30/24   APPROVED BY   CBA

| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |
| Memo | May 2024 |

CUSTOMER NAME

Parkside Place LLC

| Customer Number | Loan Number | Tran Code |
| | 51438 | 09  $  2252500 |

⑃530⑃0000⑃⑃

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 12/30/24   APPROVED BY   CBA

| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |
| Memo | June 2024 |

CUSTOMER NAME

Parkside Place LLC

| Customer Number | Loan Number | Tran Code |
| | 51438 | 09  $  22525.00 |

⑃530⑃0000⑃⑃

Parkside Note Payment 27

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 12/30/24  APPROVED BY (signature) CBA

CUSTOMER NAME

Parkside Place LLC

| 46 | Principal Payment |
| 50 | Interest Payment |
| 58 | Late Charge |
| 92 | Principal Payment (End) |
| 09 | Regular Payment |

Memo July 2024 - Partial

| Customer Number | Loan Number | Tran Code | |
| --- | --- | --- | --- |
| | 5 1 4 3 8 | 0 9   $ | 1 1 23 656 |

⑆530 10000 ⑈

* A wire transfer of $123,861.56 from HME Companies was received by RRSB on 12/30/24, which was applied as five payments of $22,525.00 for the overdue February – June 2024 payments and one partial payment for the July 2024 payment ($11,236.56).

Parkside Note Payment 27

## ACH Cash Concentration

**EXHIBIT**
**H-28**

Transaction Date  1/2/2025 12:22:05 PM
Effective Date  1/2/2025
Account Number  1534
Origination Type: CCD - Cash Concentration

Prenotification Transaction

Transaction Date  1/2/2025 6:22:05 PM Entry Description ACH PYMT
Origination Company RRSB  Federal Tax ID  410497345

Credit ABA Number  091205199 Credit Account Type Checking
Credit Account Number  4665  Credit Account ID  51438
Credit Account Name  PARKSIDE PLACE LLC
Credit Addenda Info
Amount  $15,767.50

| Debit Amount | Prenotification | Account Name | ABA Number | Account Number | Account ID | Account Type | Addenda Info | Trace Number |
|---|---|---|---|---|---|---|---|---|
| $15,767.50 | | HME COMPANIES LLC | 091400172 | 1722 | | Checking | | |

Origination Description HME COMPANIES TO RRSB-PARKSIDE
Created By  HeidRoy93
Verified By  N/A
Created Date and Time 1/2/2025 12:22:05 PM
Verified Date and Time N/A

Parkside Note Payment 28



Parkside Note Payment 28

EXHIBIT

H-29

**DEBIT**
MCM 5001 (R 7/10)

**GENERAL LEDGER**

DATE 2/4/2025
Zenith City Business Systems, Inc. 4198

ACCOUNT NAME UBB

DESCRIPTION / REMARKS

APPROVED BY

AMOUNT

Parkside #51438

Account Number          Tran Code

7020          $          49341.92

⑆590000002⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 2/4/25   APPROVED BY

CUSTOMER NAME

Parkside Place LLC

| | |
|---|---|
| 46 Principal Payment | 12,417.32 |
| 50 Interest Payment | 36,924.60 |
| 58 Late Charge | |
| 92 Principal Payment (End) | |
| 09 Regular Payment | |
| Memo Wire Pmt - BK CC order. | |

Customer Number          Loan Number          Tran Code

51 438          09   $          49341.92

⑆530 L0000 L⑈

Parkside Note Payment 29

EXHIBIT
**H-30**

---

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20012

02/12/25                    $14,500.00**

TO THE
ORDER OF     **** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND CO-N REACTIVE INK

⑃⑈⑆⑆⑈⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 2/14/2025 APPROVED BY   ⑧ CAD

CUSTOMER NAME

Parkside Place LLC

46  Principal Payment        9,940.29
50  Interest Payment         4,559.71
58  Late Charge
92  Principal Payment (End)
09  Regular Payment
Memo

Customer Number        Loan Number        Tran Code

                        5 1 4 3 8        0 9  $   1 4 5 0 0.00

⑈⑈530 10000 ⑈⑈

Parkside Note Payment 30

Case 25-30002   Doc 207-2   Filed 10/16/25   Entered 10/16/25 14:48:33   Desc Exhibit
Case 25-30002 - RRSB-ROCS and Affidavits of CRA   Filed 03/06/25 20:32:21   Desc
Exhibits A-H    Page 45 of 49

EXHIBIT
H-31

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20027

03/05/25                    $14,500.00**

TO THE
ORDER OF    **** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

8688

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 3/7/2025 APPROVED BY

CUSTOMER NAME

Porkside Place LLC

| | | |
|---|---|---|
| 46 | Principal Payment | 4948.35 |
| 50 | Interest Payment | 9551.65 |
| 58 | Late Charge | |
| 92 | Principal Payment (End) | |
| 09 | Regular Payment | |
| Memo | | |

Customer Number        Loan Number        Tran Code

51438      09  $    14500.00

530 10000

Parkside Note Payment 31

EXHIBIT

**H-32**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20048

04/10/25

$14,500.00**

TO THE
ORDER OF

**** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈   86881⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 4/14/25  APPROVED BY CBA

CUSTOMER NAME

Parkside Place LLC

| | | |
|---|---|---|
| 46 | Principal Payment | |
| 50 | Interest Payment | 14,500 |
| 58 | Late Charge | |
| 92 | Principal Payment (End) | |
| 09 | Regular Payment | |
| | Memo | |

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 | $ 14500.00 |

⑈530 10000 1⑈

Parkside Note Payment 32

Case 25-30002   Doc 207-2   Filed 10/16/25   Entered 10/16/25 14:48:33   Desc Exhibit
Case 25-30002   Doc 204   Filed 09/18/25   Entered 09/18/25 10:32:21   Desc
15-19 - RRSB DOCs and Affidavits of CBA   Page 66 of 207
Exhibits A-H   Page 47 of 49

EXHIBIT
H-33

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20067

05/12/25

$14,500.00**

TO THE
ORDER OF   **** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈   ⑆⑈88⑈⑉

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 5/19/25 APPROVED BY CBA

CUSTOMER NAME

Parkside Place LLC

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
09  Regular Payment
Memo

14500—

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51438 | 09 $ | 14500.00 |

⑆530⑈0000⑈⑉



Parkside Note Payment 33

EXHIBIT

**H-34**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

**20087**

06/11/25          $14,500.00**

TO THE
ORDER OF      **** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈"          ⑆8688⑈"

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 6/13/25 APPROVED BY  CRA

CUSTOMER NAME

Parksidc Place LLL

| | | |
|---|---|---|
| 46 | Principal Payment | |
| 50 | Interest Payment | 14500 — |
| 58 | Late Charge | |
| 92 | Principal Payment (End) | |
| 09 | Regular Payment | |
| Memo | | |

Customer Number        Loan Number        Tran Code

51 438        09 $        1450 0.00

⑆530 l0000 l⑆

Parkside Note Payment 34

EXHIBIT
H-35

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20103

07/10/25          $14,500.00**

TO THE
ORDER OF      **** FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

HEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY, WATERMARK AND COIN REACTIVE INK

⑈8688⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 7/14/25 APPROVED BY CPol

CUSTOMER NAME

Parkside Place LLC

Customer Number          Loan Number          Tran Code

51438          09 s          1450000

| 46 | Principal Payment | |
| 50 | Interest Payment | 14,500 |
| 58 | Late Charge | |
| 92 | Principal Payment (End) | |
| 09 | Regular Payment | |
| Memo | | |

⑈530⑊0000⑈⑈

Parkside Note Payment 35

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No.: 25-30002 |
| | Chapter 11 |
| Generations on 1st, LLC, | |
| Debtor, Jointly Administered. | |
| Parkside Place, LLC, | Bankruptcy No.: 25-30003 |
| Debtor, Jointly Administered. | Chapter 11 |

### AFFIDAVIT OF CHARLES AARESTAD

### RE: THE MULINDA NOTES

STATE OF MINNESOTA    )
                      ) SS
COUNTY OF NORMAN      )

I, Charles Aarestad, hereby state and declare as follows:

1.    I am a Senior Vice President at Red River State Bank ("RRSB" or "Creditor").
I have held my current position since 2011.

2.    I hold a bachelor's degree in Agricultural Economics from North Dakota State
University. I have also attended the Graduate School of Banking at the University of
Wisconsin-Madison.

3.    I am personally familiar with the loan history between RRSB and Mulinda Craig
("Mulinda"), Generations on 1st, LLC ("Generations") , and Parkside Place, LLC ("Parkside")
(Parkside and Generations, collectively, are hereinafter the "Debtors").

EXHIBIT 17
WIT: J.Craig
DATE: 9-23-25
Deanna L. Sager

4. I have personally reviewed bank statements, transaction receipts, deposits, and checks associated with several accounts, including without limitation:

  a. a checking account ending in -4657 at RRSB also known as the Assignment of Rents Holding Account (the "Generations <u>AOR Account</u>");

  b. a checking account ending in -6436 at RRSB owned by Parkside (the "<u>RRSB Parkside Account</u>");

  c. a checking account ending in -4665 at RRSB, also known as the Assignment of Rents Holding Account (the "Parkside <u>AOR Account</u>");

  d. a checking account ending in -1711 at First Community Credit Union ("<u>FCCU</u>") owned by Craig Development, LLC (the "<u>FCCU Craig Development Account</u>");

  e. a checking account ending in -4695 at FCCU owned by Craig Properties LLC (the "<u>FCCU Craig Properties Account</u>");

  f. a checking account ending in -2258 at Starion Bank owned by non-debtor affiliate CP Business Management Inc. – Apartments (the "<u>CP Business Account</u>");

  g. a checking account ending in -8829 at Starion Bank owned by Craig Development LLC (the "<u>Starion Craig Development Account</u>").

  h. a debtor-in-possession checking account ending in -8666 held by the estate at Starion Bank (the "<u>Generations DIP Account</u>"); and

  i. a debtor-in-possession checking account ending in -8688 at Starion Bank (the "<u>Parkside DIP Account</u>").

With the exception of the accounts for which RRSB is the depository institution, all of the aforementioned documents were obtained through subpoenas issued in the Debtor's bankruptcy case.

2

## History of the Three Mulinda Notes

5.    RRSB previously filed Proof of Claim No. 1 in the Generation's bankruptcy case (the "RRSB Generations POC") and Proof of Claim No. 1 in the Parkside bankruptcy case (the "RRSB Parkside POC", and together with the RRSB Generations POC, the "RRSB POCs.") The RRSB POCs explain the business relationship between RRSB and Mulinda. This Affidavit pertains to the three loans referred to in the RRSB POCs as the First Mulinda Note, the Second Mulinda Note, and the Third Mulinda Note (collectively, the "Mulinda Notes").

6.    Proceeds of the Mulinda Notes were used for the construction of two apartment buildings in Watertown, South Dakota known as "Generations on 1st" (the "GO1 Real Property") and "Parkside Place" (the "Parkside Real Property").

## The First Mulinda Note

7.    Mulinda made in favor of, executed, and delivered to RRSB a Promissory Note dated April 26, 2021, pursuant to which Loan No. 41206 was issued in the original principal amount of $1,477,500.00 (the "First Mulinda Note"). A true and correct copy of the First Mulinda Note is attached as **Exhibit 1-A** and incorporated by reference.

8.    The stated maturity date of the First Mulinda Note was December 15, 2022.

9.    Interest accrued on the unpaid principal balance at a rate of 4.350% per annum. After the parties executed the Forbearance Agreement dated February 17, 2023 (the "Forbearance Agreement"), the rate increased to 6.500% per annum. Payments came due under the First Mulinda Note as follows:

    a.    One (1) payment of principal and interest in the sum of $775,426.43 due on December 15, 2021; and

    b.    One (1) final payment of principal and interest in the sum of $775,426.43 due on December 15, 2022.

3

### A.   Disbursement of Loan Proceeds for the First Mulinda Note

10.     Loan proceeds for the First Mulinda Note were authorized for disbursement

pursuant to a Loan Disbursement Request and Authorization executed by Mulinda (the "First

Mulinda DRA"). A true and correct copy of the First Mulinda DRA is attached as **Exhibit 1-**

**B** and incorporated by reference, and a relevant excerpt is reproduced below for reference.

**SPECIFIC PURPOSE.** The specific purpose of this loan is:  REAL ESTATE DEVELOPMENT LOAN.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied.  Please disburse the loan proceeds of $1,477,500.00 as follows:

| | |
|---|---|
| Amount paid on Borrower's account:<br>$230,254.14 Payment on Loan # 41099 | $230,254.14 |
| Other Disbursements:<br>$50,000.00 CASHIER'S CHECK TO CRAIG DEVELOPMENT<br>$86,562.46 CASHIER'S CHECK TO CRAIG DEVELOPMENT<br>$226,447.36 CASHIER'S CHECK TO CRAIG DEVELOPMENT<br>$226,447.35 CASHIER'S CHECK TO CRAIG DEVELOPMENT<br>$76,840.36 CASHIER'S CHECK TO CRAIG DEVELOPMENT<br>$100,000.00 CASHIER'S CHECK TO CRAIG DEVELOPMENT<br>$240,453.93 CASHIER'S CHECK TO CRAIG DEVELOPMENT<br>$240,453.94 CASHIER'S CHECK TO CRAIG DEVELOPMENT | $1,247,205.40 |
| Total Financed Prepaid Finance Charges:<br>$40.46  Loan Packaging Fee | $40.46 |
| Note Principal: | $1,477,500.00 |

11.     The First Mulinda Note proceeds were disbursed on April 26, 2021 in the

aggregate principal amount of $1,477,500. First, $230,534.14 was used to refinance Loan No.

41099, an existing construction loan. True and correct copies of RRSB's credit slips dated

April 27, 2021 for $229,080.19 and $1,173.95 are attached as **Exhibit 1-C**. The remaining

loan proceeds were disbursed to Craig Development via eight Cashier's Checks totaling

$1,247,205.40:

| Check No. | Check Amount | Corresponding Project and Draw No. |
|---|---|---|
| 201011 | $50,000.00 | Parkside Place Draw #8 |
| 201012 | $86,562.46 | Parkside Place Draw #9 |
| 201013 | $226,447.36 | Parkside Place Draw #9 |
| 201014 | $226,447.35 | Parkside Place Draw #9 |
| 201015 | $76,840.36 | Generations on 1st Draw #6 |
| 201016 | $100,000.00 | Generations on 1st Draw #7 |
| 201017 | $240,453.93 | Generations on 1st Draw #7 |
| 201018 | $240,453.94 | Generations on 1st Draw #7 |
| **TOTAL:** | **$1,247,205.40** | |

4

True and correct copies of the aforementioned Cashier's Checks and two (2) FCCU Craig Development Account Transaction Receipts dated April 26, 2021, confirming receipt and deposit of the First Mulinda Note loan proceeds are attached as **Exhibit 1-D**.

**B.**     **Payment History for the First Mulinda Note**

12.     To date, only two payments have been made on the First Mulinda Note.

13.     On December 13, 2021, a payment of $561,822.51 was applied to principal in connection with refinancing of the Parkside Note. *See* Affidavit of Charles Aarestad re: The Parkside Note; ¶ 9-10. True and correct copies of the Parkside DRA and a RRSB credit slip dated December 13, 2021 for $561,822.51 are attached as **Exhibit 1-E**.

14.     On April 17, 2023, a payment of $22,053.82 was applied to principal in connection with refinancing of the Eighth Generations Note. *See* Affidavit of Charles Aarestad re: Eighth Generations Note; ¶ 13. True  and correct copies of the Eighth Generations DRA and a Credit Ticket dated April 17, 2023 for $22,053.82 are attached hereto as **Exhibit 1-F**.

15.     No further payments have been made by the Debtors or Mulinda towards the outstanding balance of the First Mulinda Note.

## The Second Mulinda Note

16.     Mulinda made in favor of, executed, and delivered to RRSB a Promissory Note dated May 27, 2021, pursuant to which Loan No. 41240 was issued in the original principal amount of $1,321,100.00 (the "Second Mulinda Note"). A true and correct copy of the Second Mulinda Note is attached as **Exhibit 2-A** and incorporated by reference.

17.     The original maturity date of the First Mulinda Note was December 15, 2022.

18.     Interest accrued on the unpaid principal balance at a rate of 4.350% per annum.

After the parties executed the Forbearance Agreement, the rate increased to 6.500% per

annum. Payments came due under the Second Mulinda Note as follows:

    c.    One (1) payment of principal and interest in the sum of $690,851.70 due
          on December 15, 2021; and

    d.    One (1) final payment of principal and interest in the sum of $690,851.70
          due on December 15, 2022.

## C.    Disbursement of Loan Proceeds for the Second Mulinda Note

19.     Proceeds of the Second Mulinda Note were authorized for disbursement

pursuant to a Loan Disbursement Request and Authorization contemporaneously executed by

Mulinda (the "Second Mulinda DRA"). A true and correct copy of the Second Mulinda DRA

is attached hereto as **Exhibit 2-B** and incorporated by reference, and a relevant excerpt is

reproduced below:

SPECIFIC PURPOSE. The specific purpose of this loan is: REAL ESTATE DEVELOPMENT LOAN.

DISBURSEMENT INSTRUCTIONS. Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $1,321,100.00 as follows:

| | |
|---|---|
| **Amount paid to Borrower directly:** | **$31,508.57** |
| $31,508.57 Deposited to  Account # CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| **Other Disbursements:** | **$1,289,452.18** |
| $111,726.38 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $294,876.42 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $294,875.41 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $293,987.49 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $293,987.48 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| **Total Financed Prepaid Finance Charges:** | **$139.25** |
| $139.25  Loan Packaging Fee | |
| **Note Principal:** | **$1,321,100.00** |

20.     The Second Mulinda Note proceeds were disbursed to Craig Development, LLC

via Cashier's Checks on May 27, 2021 as follows:

| Check No. | Check Amount | Corresponding Project and Draw No. |
|---|---|---|
| 201052 | $31,508.57 | Parkside Place Draw #10 |
| 201049 | $111,726.38 | Generations on 1st Draw #8 |
| 201050 | $294,875.42 | Generations on 1st Draw #8 |

6

| 201051 | $294,875.41 | Generations on 1st Draw #8 |
| 201053 | $293,987.49 | Parkside Place Draw #10 |
| 201054 | $293,987.48 | Parkside Place Draw #10 |
| n/a | $139.25 | Loan Packaging Fee |
| **TOTAL:** | **$1,321,100.00** | |

True and correct copies of the aforementioned Cashier's Checks and Loan Packaging Fee General Ledger ticket and a Starion Craig Development Account Statement dated May 28, 2021, confirming receipt and deposit of the Second Mulinda Note loan proceeds, are attached hereto as **Exhibit 2-C** and incorporated by reference.

**D.    Payment History for the Second Mulinda Note**

21.    To date, no payments have been made by Debtors or Mulinda towards the outstanding balance of the Second Mulinda Note.

## The Third Mulinda Note

22.    Mulinda made in favor of, executed, and delivered to RRSB a Promissory Note dated June 22, 2021, pursuant to which Loan No. 41258 was issued in the original principal amount of $1,652,500.00 (the "Third Mulinda Note"). A true and correct copy of the Third Mulinda Note is attached as **Exhibit 3-A** and incorporated by reference.

23.    The original maturity date of the Third Mulinda Note was December 15, 2024.

24.    Interest accrues on the unpaid principal balance at a rate of 4.350% per annum. After the Forbearance Agreement, the rate increased to 6.500% per annum. The Third Mulinda Note was payable in annual installments of principal and interest equal to $449,112.37 beginning on December 15, 2021, and continuing through December 15, 2024.

## Disbursement of Loan Proceeds for the Third Mulinda Note

25.    Proceeds of the Third Mulinda Note were authorized for disbursement pursuant to a Loan Disbursement Request and Authorization contemporaneously executed by Mulinda

(the "Third Mulinda DRA"). A true and correct copy of the Third Mulinda DRA is attached

hereto as **Exhibit 3-B** and incorporated by reference, and a relevant excerpt is reproduced

below:

**SPECIFIC PURPOSE. The specific purpose of this loan is:**  REAL ESTATE DEVELOPMENT LOAN.
**DISBURSEMENT INSTRUCTIONS.**  Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied.  Please disburse the loan proceeds of $1,652,500.00 as follows:

| | |
|---|---|
| **Amount paid to Borrower directly:** | **$240,257.01** |
| $240,257.01 Deposited to  Account # CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| **Amount paid to others on Borrower's behalf:** | **$246,412.62** |
| $246,257.01 to CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $155.61 to RED RIVER STATE BANK LOAN PACKAGING | |
| **Other Disbursements:** | **$1,159,830.37** |
| $218,058.18 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $218,058.17 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $230,000.00 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $246,257.01 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $246,257.01 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| **Note Principal:** | **$1,652,500.00** |

26.    The Third Mulinda Note proceeds were disbursed to Craig Development, LLC

on June 22, 2021 in the aggregate amount of $1,652,500 by six Cashier's Checks:

| Check No. | Check Amount | Corresponding Project and Draw No. |
|---|---|---|
| 201075 | $246,257.01 | Generations on 1st Draw #9 |
| 201076 | $246,257.01 | Generations on 1st Draw #9 |
| 201072 | $218,658.18 | Parkside Place Draw #11 |
| 201073 | $218,658.17 | Parkside Place Draw #11 |
| 201074 | $230,000.00 | Generations on 1st Draw #9 |
| 201077 | $246,257.01 | Generations on 1st Draw #9 |
| 201078 | $246,257.01 | Generations on 1st Draw #9 |
| n/a | $155.61 | Loan Packaging Fee |
| **TOTAL:** | **$1,652,500.00** | |

True and correct copies of the aforementioned Cashier's Checks and two FCCU Craig

Development Account Transaction Receipts dated June 22, 2021, confirming receipt and

deposit of the Third Mulinda Note loan proceeds, are attached hereto as **Exhibit 3-C**.

**E.    Payment History for the Third Mulinda Note**

27.    To date, no payments have been made by the Debtors or Mulinda towards the

outstanding balance of the Third Mulinda Note.

## RRSB'S POCS AND THE MULINDA NOTES

28.    Three (3) Inquiry Statements for the Mulinda Notes generated by RRSB's computer system are attached as **Exhibit 4** and incorporated by reference. The Inquiry Statements set forth loan advances, late fees, and payments, if any. They do not include a running balance.

29.    For the convenience of the parties and the Court, printouts of three (3) Excel spreadsheets setting forth the accrual of interest and late fees pursuant to the Mulinda Notes and the application of all payments received by RRSB for the Mulinda Notes are attached as **Exhibit 5** and incorporated by reference.

30.    The following tables confirms the outstanding balance of the Mulinda Notes as of the Petition Date:

| | |
|---|---|
| First Mulinda Note: | $1,119,755.71 |
| Second Mulinda Note: | $1,610,444.59 |
| Third Mulinda Note: | $2,001,781.08 |

*See* RRSB Generations POC, p. 9; RRSB Parkside POC, p. 6.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __17__ day of September, 2025.

Charles Aarestad

Subscribed and sworn to before me this __17__ day of September, 2025.

Notary Public

LORI ANN MOEN
NOTARY PUBLIC - MINNESOTA
My Comm. Exp. Jan. 31, 2029

# PROMISSORY NOTE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $1,477,500.00 | 04-26-2021 | 12-15-2022 | 41206 | JR | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "* * *" has been omitted due to text length limitations.

**Borrower:** MULINDA SUE CRAIG (SSN: ████████)
1405 1ST AVE N
FARGO, ND 58102

**Lender:** Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN 56540

**EXHIBIT**
**1-A**

---

**Principal Amount: $1,477,500.00**   **Interest Rate: 4.350%**   **Date of Note: April 26, 2021**

**PROMISE TO PAY.** MULINDA SUE CRAIG ("Borrower") promises to pay to Red River State Bank ("Lender"), or order, in lawful money of the United States of America, the principal amount of One Million Four Hundred Seventy-seven Thousand Five Hundred & 00/100 Dollars ($1,477,500.00), together with interest on the unpaid principal balance from April 26, 2021, calculated as described in the "INTEREST CALCULATION METHOD" paragraph using an interest rate of 4.350% per annum, until paid in full. The interest rate may change under the terms and conditions of the "INTEREST AFTER DEFAULT" section.

**PAYMENT.** Borrower will pay this loan in 2 payments of $775,426.43 each payment. Borrower's first payment is due December 15, 2021, and all subsequent payments are due on the same day of each year after that. Borrower's final payment will be due on December 15, 2022, and will be for all principal and all accrued interest not yet paid. Payments include principal and interest. Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest; then to principal; then to any late charges; and then to any unpaid collection costs. Any accrued interest not paid when due is added to principal and thereafter will accrue interest as principal.

**INTEREST CALCULATION METHOD.** Interest on this Note is computed on a 365/365 basis; that is, by applying the ratio of the interest rate over the number of days in a year (365 for all years, including leap years), multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. All interest payable under this Note is computed using this method.

**RECEIPT OF PAYMENTS.** All payments must be made in U.S. dollars and must be received by Lender at:

Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN 56540

All payments must be received by Lender consistent with any written payment instructions provided by Lender. If a payment is made consistent with Lender's payment instructions but received after 2:00 PM CST on a business day, Lender will credit Borrower's payment on the next business day.

**PREPAYMENT.** Borrower agrees that all loan fees and other prepaid finance charges are earned fully as of the date of the loan and will not be subject to refund upon early payment (whether voluntary or as a result of default), except as otherwise required by law. Except for the foregoing, Borrower may pay without penalty all or a portion of the amount owed earlier than it is due. Early payments will not, unless agreed to by Lender in writing, relieve Borrower of Borrower's obligation to continue to make payments under the payment schedule. Rather, early payments will reduce the principal balance due and may result in Borrower's making fewer payments. Borrower agrees not to send Lender payments marked "paid in full", "without recourse", or similar language. If Borrower sends such a payment, Lender may accept it without losing any of Lender's rights under this Note, and Borrower will remain obligated to pay any further amount owed to Lender. All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to: Red River State Bank, PO Box 25 Halstad, MN 56548.

**LATE CHARGE.** If a payment is 11 days or more late, Borrower will be charged 5.000% of the unpaid portion of the regularly scheduled payment or $7.28, whichever is greater.

**INTEREST AFTER DEFAULT.** Upon default, including failure to pay upon final maturity, the total sum due under this Note will continue to accrue interest at the interest rate under this Note.

**DEFAULT.** Each of the following shall constitute an event of default ("Event of Default") under this Note:

**Payment Default.** Borrower fails to make any payment when due under this Note.

**Other Defaults.** Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Note or in any of the related documents or to comply with or to perform any term, obligation, covenant or condition contained in any other agreement between Lender and Borrower.

**False Statements.** Any warranty, representation or statement made or furnished to Lender by Borrower or on Borrower's behalf, or made by Guarantor, or any other guarantor, endorser, surety, or accommodation party, under this Note or the related documents in connection with the obtaining of the loan evidenced by this Note or any security document directly or indirectly securing repayment of this Note is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

**Death or Insolvency.** The death of Borrower or the dissolution or termination of Borrower's existence as a going business, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower.

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any collateral securing the loan. This includes a garnishment of any of Borrower's accounts, including deposit accounts, with Lender. However, this Event of Default shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute.

**Execution; Attachment.** Any execution or attachment is levied against the Collateral, and such execution or attachment is not set aside, discharged or stayed within thirty (30) days after the same is levied.

RRSB-Mulinda 02769

## PROMISSORY NOTE
### (Continued)

| Loan No: 41206 | | Page 2 |
|---|---|---|

**Change in Zoning or Public Restriction.** Any change in any zoning ordinance or regulation or any other public restriction is enacted, adopted or implemented, that limits or defines the uses which may be made of the Collateral such that the present or intended use of the Collateral, as specified in the related documents, would be in violation of such zoning ordinance or regulation or public restriction, as changed.

**Default Under Other Lien Documents.** A default occurs under any other mortgage, deed of trust or security agreement covering all or any portion of the Collateral.

**Judgment.** Unless adequately covered by insurance in the opinion of Lender, the entry of a final judgment for the payment of money involving more than ten thousand dollars ($10,000.00) against Borrower and the failure by Borrower to discharge the same, or cause it to be discharged, or bonded off to Lender's satisfaction, within thirty (30) days from the date of the order, decree or process under which or pursuant to which such judgment was entered.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any Guarantor, or any other guarantor, endorser, surety, or accommodation party of any of the indebtedness or any Guarantor, or any other guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness evidenced by this Note.

**Adverse Change.** A material adverse change occurs in Borrower's financial condition, or Lender believes the prospect of payment or performance of this Note is impaired.

**Insecurity.** Lender in good faith believes itself insecure.

**LENDER'S RIGHTS.** Upon default, Lender may declare the entire unpaid principal balance under this Note and all accrued unpaid interest immediately due, and then Borrower will pay that amount.

**ATTORNEYS' FEES; EXPENSES.** Lender may hire or pay someone else to help collect this Note if Borrower does not pay. Borrower will pay Lender that amount. This includes, subject to any limits under applicable law, Lender's reasonable attorneys' fees and Lender's legal expenses, whether or not there is a lawsuit, including reasonable attorneys' fees, expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), and appeals. If not prohibited by applicable law, Borrower also will pay any court costs, in addition to all other sums provided by law.

**JURY WAIVER.** Lender and Borrower hereby waive the right to any jury trial in any action, proceeding, or counterclaim brought by either Lender or Borrower against the other.

**GOVERNING LAW.** This Note will be governed by federal law applicable to Lender and, to the extent not preempted by federal law, the laws of the State of Minnesota without regard to its conflicts of law provisions. This Note has been accepted by Lender in the State of Minnesota.

**CHOICE OF VENUE.** If there is a lawsuit, Borrower agrees upon Lender's request to submit to the jurisdiction of the courts of Polk County, State of Minnesota.

**DISHONORED ITEM FEE.** Borrower will pay a fee to Lender of $28.00 if Borrower makes a payment on Borrower's loan and the check or preauthorized charge with which Borrower pays is later dishonored.

**RIGHT OF SETOFF.** To the extent permitted by applicable law, Lender reserves a right of setoff in all Borrower's accounts with Lender (whether checking, savings, or some other account). This includes all accounts Borrower holds jointly with someone else and all accounts Borrower may open in the future. However, this does not include any IRA or Keogh accounts, or any trust accounts for which setoff would be prohibited by law. Borrower authorizes Lender, to the extent permitted by applicable law, to charge or setoff all sums owing on the indebtedness against any and all such accounts, and, at Lender's option, to administratively freeze all such accounts to allow Lender to protect Lender's charge and setoff rights provided in this paragraph.

**COLLATERAL.** Borrower acknowledges this Note is secured by the following collateral described in the security instrument listed herein:

(A) a Commercial Security Agreement dated April 26, 2021 made and executed between PARKSIDE PLACE, LLC and Lender on collateral described as As security for the payment of the indebtedness and all other indebtedness, obligations and liabilities of the Debtor to Creditor, now existing or hereafter arising, directly or indirectly, by operation of law or otherwise (collectively the "liabilities"), Debtor assigns, transfers, pledges, hypothecates and grants to Creditor, its successors and assigns, a first priority security interest (the "security interest") in all Debtor's assets, including without limitation, all equipment, inventory, supplies, accounts, general intangibles, chattel paper and instruments, goods, assets, machinery, fixtures, furnishings and all other personal property together with all other accessories, accessions, attachments and appurtenances, appertaining to attached thereto, whether now owned or hereafter acquired, and all other substitutions, renewals, replacements and improvements and all proceeds, rents, issuers, income, profits and avails, including without limitation, insurance proceeds. Further, Borrower grants Lender a purchase money security interest in specific equipment, furniture and fixtures purchased by Borrower and financed by Lender on or about the date of the loan or filing date thereafter (collectively the "collateral").

**FINANCIAL STATEMENTS.** Borrower agrees to provide Lender with such financial statements and other related information at such frequencies and in such detail as Lender may reasonably request.

**SUCCESSOR INTERESTS.** The terms of this Note shall be binding upon Borrower, and upon Borrower's heirs, personal representatives, successors and assigns, and shall inure to the benefit of Lender and its successors and assigns.

**NOTIFY US OF INACCURATE INFORMATION WE REPORT TO CONSUMER REPORTING AGENCIES.** Borrower may notify Lender if Lender reports any inaccurate information about Borrower's account(s) to a consumer reporting agency. Borrower's written notice describing the specific inaccuracy(ies) should be sent to Lender at the following address: Red River State Bank PO Box 25 Halstad, MN 56548.

**GENERAL PROVISIONS.** If any part of this Note cannot be enforced, this fact will not affect the rest of the Note. Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. In addition, Lender shall have all the rights and remedies provided in the related documents or available at law, in equity, or otherwise. Except as may be prohibited by applicable law, all of Lender's rights and remedies shall be cumulative and may be exercised singularly or concurrently. Election by Lender to pursue any remedy shall not exclude pursuit of any other remedy, and an election to make expenditures or to take action to perform an obligation of Borrower shall not affect Lender's right to declare a default and to exercise its rights and remedies. Borrower and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

**SECTION DISCLOSURE.** To the extent not preempted by federal law, this loan is made under Minnesota Statutes Section 47.59.

RRSB-Mulinda 02770

Loan No: 41206

**PROMISSORY NOTE**
(Continued)

Page 3

PRIOR TO SIGNING THIS NOTE, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS NOTE. BORROWER AGREES TO THE TERMS OF THE NOTE.

BORROWER ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE.

BORROWER:

X _____
MULINDA SUE CRAIG

LENDER:

RED RIVER STATE BANK

X _____
MARTIN PETERSON, Loan Officer

LaserPro, Ver. 20.4.0.034 Copr. Finastra USA Corporation 1997, 2021. All Rights Reserved. - MN. C:\HARLAND\CFI\LPL\D20.FC. TR-5537. PR-5

RRSB-Mulinda 02771

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $1,477,500.00 | 04-26-2021 | 12-15-2022 | 41206 | JR | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** MULINDA SUE CRAIG (SSN: [redacted])
1405 1ST AVE N
FARGO, ND 58102

**Lender:** Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN 56540

EXHIBIT
1-B

**LOAN TYPE.** This is a Fixed Rate (4.350%) Nondisclosable Loan to an Individual for $1,477,500.00 due on December 15, 2022.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

- ☐ Maintenance of Borrower's Primary Residence.
- ☐ Personal, Family or Household Purposes or Personal Investment.
- ☐ Agricultural Purposes.
- ☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is: REAL ESTATE DEVELOPMENT LOAN.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $1,477,500.00 as follows:

| | |
|---|---|
| Amount paid on Borrower's account: | $230,254.14 |
| $230,254.14 Payment on Loan # 41099 | |
| Other Disbursements: | $1,247,205.40 |
| $50,000.00 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| $86,562.46 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| $226,447.36 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| $226,447.35 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| $76,840.36 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| $100,000.00 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| $240,453.93 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| $240,453.94 CASHIER'S CHECK TO CRAIG DEVELOPMENT | |
| Total Financed Prepaid Finance Charges: | $40.46 |
| $40.46 Loan Packaging Fee | |
| Note Principal: | $1,477,500.00 |

**CHARGES PAID IN CASH.** Borrower has paid or will pay in cash as agreed the following charges:

| | |
|---|---|
| Prepaid Finance Charges Paid in Cash: | $164.54 |
| $164.54 Loan Packaging Fee | |
| Total Charges Paid in Cash: | $164.54 |

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED APRIL 26, 2021.

**BORROWER:**

X Mindy
MULINDA SUE CRAIG

LaserPro, Ver. 20.4.0.011 Copr. Finastra USA Corporation 1997, 2021. All Rights Reserved.

# LOAN DEPARTMENT CREDIT

MCM 5002 (R 4/10)

Date **4-27-21**   Approved by

**CUSTOMER NAME**

**Mulinda Craig**

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | **41099** | **46** $ **229080.19** |

⑷6 Principal Payment

50  Interest Payment

58  Late Charge

92  Principal Payment (End)

09  Regular Payment

**EXHIBIT**

**1-C**

⑆ 530 10000 ⑈

## LOAN DEPARTMENT CREDIT

MCM 5002 (R 1/10)

Date  4-27-21        Approved by

CUSTOMER NAME

mulinda craig

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 41099 | 50 | $ 1173.95 |

⑆530 10000 ⑆

46  Principal Payment

50  Interest Payment

58  Late Charge

92  Principal Payment (End)

09  Regular Payment

Case 25-30002   Doc 167-2   Filed 09/17/25   Entered 09/17/25 13:28:12   Desc
Exhibits 1-5   Page 7 of 56

EXHIBIT

**1-D**

UNETexchange Item Summary          ECE Institution ISN: 8278543650          UNETexch.



UNETexchange Item Summary ECE Institution ISN: 8278543649 UNETexchange ISN: 210426922812414



UNETexchange Item Summary          ECE Institution ISN: 8278543648          UNETexchange ISN: 210426922812413



CASHIER'S CHECK

**RED RIVER STATE BANK**
PO Box 25 • Halstad, MN • 56548 • (218) 456-2187
PO Box 98 • Fertile, MN • 56540 • (218) 945-6171

Notice to Customer
If this check is lost, destroyed, or stolen, the bank
will not accept a replacement request on the check
until 90 days after the issue date and then only with
the issuance of a "Declaration of Loss" certification.

MHP          April 26, 2021          **201013**

Purchaser:                                                   **$226,447.36**
DRAW #9 PARKSIDE PLACE LLC

Two Hundred Twenty Six Thousand Four Hundred Forty Seven Dollars And 36/100**********

PAY TO THE
ORDER OF     CRAIG DEVELOPMENT

Two Signatures Required

Authorized Signature

⑈ 201013⑈ ⑆ 5199⑆ 2130⑈

11/1/2024 8:49:18 AM

UNETexchange Item Summary  ECE Institution ISN: 8278543647  UNETexchange ISN: 210426922812412





11/1/2024 8:49:39 AM

UNETexchange Item Summary                    ECE Institution ISN: 8278543654                    UNETexchange ISN: 210426922812419



Case 25-30002    Doc 207-2    Filed 10/16/25    Entered 10/16/25 14:48:33    Desc Exhibit 15-19 - RRSB POCs and Affidavits of CBA    Page 90 of 207

Case 25-30002    Doc 167-1    Filed 09/17/25    Entered 09/17/25 15:36:12    Desc
Exhibits 1-5    Page 12 of 56

UNETexchange Item Summary                ECE Institution ISN: 8278543653                UNETexchange ISN: 210426922812418



Case 25-30002  Doc 207-2  Filed 10/16/25  Entered 10/16/25 14:48:33  Desc Exhibit
15-19 - RRSB POCs and Affidavits of CBA  Page 13 of 56
Exhibits 1-5  Page 13 of 56

Case 25-30002  Doc 167-1  Filed 09/17/25  Entered 09/17/25 13:00:12  Desc
Page 91 of 207

UNETexchange Item Summary

ECE Institution ISN: 8278543652

UNETexchange ISN: 210426922812417



UNETexchange Item Summary      ECE Institution ISN: 8278543651      UNETexchange ISN: 210426922812416



FP TRANSACTION   04-26-21  12:56:06  MEMBER  1711CR              1 1516
              FOR CRAIG DEVELOPMENT, LLC  AS craig
DEPOSIT OF      589457.17  1711-2          SMALL BUSINESS CHECKING
  PREV BAL         368.64 NEW BAL     589825.81
  CHK#1011 CHK#1012 CHK#1013 CHK#1014 REDRIVERSTBNK CASH CHK
RECEIVED        589457.17 IN 4 CHECKS
   226447.35  226447.36   86562.46
   50000.00

Member Signature

RRSB FCCU Subpoena 007391

FC First *Community*
CU Credit Union

```
FP TRANSACTION  04-26-21  12:59:10  MEMBER  1711CR                    1 1516
                FOR CRAIG DEVELOPMENT, LLC  AS craig
DEPOSIT OF        657748.23  1711-2           SMALL BUSINESS CHECKING
   PREV BAL          368.64 NEW BAL      658116.87
   CHK#1018 CHK#1017 CHK#1016 CHK#1015 REDRIVERSTBNK CASH CHK
RECEIVED          657748.23 IN 4 CHECKS
   240453.94   240453.93   100000.00
   76840.36
```

Member Signature



RRSB FCCU Subpoena 007393

# DISBURSEMENT/LOAN AUTHORIZATION

| Principal $4,200,000.00 | Loan Date 12-13-2021 | Maturity 12-01-2026 | Loan No 51438 | Call / Coll | Account | Officer *** | Initials |
|---|---|---|---|---|---|---|---|

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** PARKSIDE PLACE, LLC (TIN [ ])
1405 1ST AVE N
FARGO, ND 58102

**Lender:** Red River State Bank
Halstad
300 2nd Ave West
PO Box 25
Halstad, MN 56548-0025

**EXHIBIT**
**1-E**

**LOAN TYPE.** This is a Fixed Rate (4.150% initial rate) Nondisclosable Loan to a Limited Liability Company for $4,200,000.00 due on December 1, 2026.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is: Refinance Apartment.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $4,200,000.00 as follows:

Amount paid on Borrower's account:
$4,200,000.00 Payment on Loan # Construction LOC       $4,200,000.00

Note Principal:       $4,200,000.00

**CHARGES PAID IN CASH.** Borrower has paid or will pay in cash as agreed the following charges:

Prepaid Finance Charges Paid in Cash:       $14,375.00
$4,500.00 CBRE Appraisal Dated 09/2021
$5,675.00 Title Comittment Estimation
$4,200.00 RRSB Documentation Fee

Total Charges Paid in Cash:       $14,375.00

**NOTICE OF RIGHT TO DISCONTINUE ESCROW.** If Borrower's mortgage loan involves an escrow account for taxes and homeowner's insurance, Borrower may have the right in five years to discontinue the account and pay Borrower's own taxes and homeowner's insurance. IF Borrower is eligible to discontinue the escrow account, Borrower will be notified in five years.

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED DECEMBER 13, 2021.

**BORROWER:**

PARKSIDE PLACE, LLC

By: _____
JESSE ROBERT CRAIG, Managing Member of
PARKSIDE PLACE, LLC

LaserPro, Ver. 20.4.0.036 Copr. Finastra USA Corporation 1997, 2021 All Rights Reserved. - MN C:\HARLAND\CFI\LPL\I20.FC TR-5707 PR-57

Case 25-30002    Doc 207-2    Filed 10/16/25    Entered 10/16/25 14:48:33    Desc Exhibit
15-19 - RRSB-POC and Affidavits of CBA    Page 18 of 56

Case 25-30002    Doc 26-1    Filed 09/17/25    Entered 09/17/25 18:30:12    Desc
Exhibits 1-5    Page 18 of 56



RRSB Loan Credit Slip memorializing payment to Loan 41206 dated December 13, 2021.

E

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $8,100,000.00 | 04-17-2023 | 12-01-2026 | 51676 | JN | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** GENERATIONS ON 1ST, LLC (TIN: ████6148)
1405 1ST AVE N
FARGO, ND 58102

**Lender:** Red River State Bank
Halstad
300 2nd Ave West
PO Box 25
Halstad, MN 56548-0025

**EXHIBIT 1-F**

---

**LOAN TYPE.** This is a Fixed Rate (6.750%) Nondisclosable Loan to a Limited Liability Company for $8,100,000.00 due on December 1, 2026.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is: Refinance Construction Loan.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $8,100,000.00 as follows:

| | |
|---|---|
| Amount paid on Borrower's account: | $8,100,000.00 |
| $46,418.19 Payment on Loan # 40869 | |
| $142,789.38 Payment on Loan # 40881 | |
| $57,880.80 Payment on Loan # 40910 | |
| $1,565,200.00 Payment on Loan # 41121 | |
| $2,976,430.98 Payment on Loan # 51404 | |
| $1,094,025.15 Payment on Loan # 51425 | |
| $424,259.84 Payment on Loan # 51437 | |
| $843,168.59 Payment on Loan # 51449 | |
| $653,729.65 Payment on Loan # 51471 | |
| $274,043.60 Payment on Loan # 51488 | |
| $22,053.82 Payment on Loan # 41206 | |
| | |
| Note Principal: | $8,100,000.00 |

**NOTICE OF RIGHT TO DISCONTINUE ESCROW.** If Borrower's mortgage loan involves an escrow account for taxes and homeowner's insurance, Borrower may have the right in five years to discontinue the account and pay Borrower's own taxes and homeowner's insurance. IF Borrower is eligible to discontinue the escrow account, Borrower will be notified in five years.

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED APRIL 17, 2023.

**BORROWER:**

GENERATIONS ON 1ST, LLC

By: _____
JESSE ROBERT CRAIG, MANAGING MEMBER of
GENERATIONS ON 1ST, LLC

LaserPro, Ver. 22.4.0.045  Copr. Finastra USA Corporation 1997, 2023.  All Rights Reserved.  MN  C:\HARLAND\CFI\SPL\E20.FC  TR-6115  PR-57

RRSB GO1st 02419

CUSTOMER NAME  Mulinda Craig

CUSTOMER NUMBER     NOTE NUMBER
                                    41206

| | | |
|---|---|---|
| REBATE INTEREST: | 82 < | > |
| REBATE INSURANCE: | C/L 64 < | > |
| REBATE INSURANCE: | AH 78 < | > |
| CREDIT TO FINAL: | 3 92 | |
| EXTENSION DATE: | 38 | |
| FEE: | 90 | |
| CR INT ADJUSTMENT: | 84 | |
| MINUS YEAR TO DATE: | 4 | |
| INSURANCE PAYMENT: | 88 | |

DESCRIPTION:

DATE: 4/17/23        **CREDIT TICKET**

BACK DATE

| | |
|---|---|
| PAY OFF: | 36 |
| PRINCIPAL PAYMENT: | 46 |
| INTEREST PAYMENT: | 50 |
| LATE CHARGE: | 58 |
| ESCROW: | 72 |

**TOTAL  $**        22053.82

# PROMISSORY NOTE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $1,321,100.00 | 05-27-2021 | 12-15-2022 | 41240 | JR | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing " * * * " has been omitted due to text length limitations.

**Borrower:** MULINDA SUE CRAIG (SSN:       9822)
1405 1ST AVE N
FARGO, ND 58102

**Lender:** Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN  56540

**EXHIBIT**

**2-A**

---

**Principal Amount: $1,321,100.00**          **Interest Rate: 4.350%**          **Date of Note: May 27, 2021**

**PROMISE TO PAY.** MULINDA SUE CRAIG ("Borrower") promises to pay to Red River State Bank ("Lender"), or order, in lawful money of the United States of America, the principal amount of One Million Three Hundred Twenty-one Thousand One Hundred & 00/100 Dollars ($1,321,100.00), together with interest on the unpaid principal balance from May 27, 2021, calculated as described in the "INTEREST CALCULATION METHOD" paragraph using an interest rate of 4.350% per annum, until paid in full. The interest rate may change under the terms and conditions of the "INTEREST AFTER DEFAULT" section.

**PAYMENT.** Borrower will pay this loan in 2 payments of $690,851.70 each payment. Borrower's first payment is due December 15, 2021, and all subsequent payments are due on the same day of each year after that. Borrower's final payment will be due on December 15, 2022, and will be for all principal and all accrued interest not yet paid. Payments include principal and interest. Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest; then to principal; then to any late charges; and then to any unpaid collection costs. Any accrued interest not paid when due is added to principal and thereafter will accrue interest as principal.

**INTEREST CALCULATION METHOD.** Interest on this Note is computed on a 365/365 basis; that is, by applying the ratio of the interest rate over the number of days in a year (365 for all years, including leap years), multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. All interest payable under this Note is computed using this method.

**RECEIPT OF PAYMENTS.** All payments must be made in U.S. dollars and must be received by Lender at:

Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN  56540

All payments must be received by Lender consistent with any written payment instructions provided by Lender. If a payment is made consistent with Lender's payment instructions but received after 2:00 PM CST on a business day, Lender will credit Borrower's payment on the next business day.

**PREPAYMENT.** Borrower agrees that all loan fees and other prepaid finance charges are earned fully as of the date of the loan and will not be subject to refund upon early payment (whether voluntary or as a result of default), except as otherwise required by law. Except for the foregoing, Borrower may pay without penalty all or a portion of the amount owed earlier than it is due. Early payments will not, unless agreed to by Lender in writing, relieve Borrower of Borrower's obligation to continue to make payments under the payment schedule. Rather, early payments will reduce the principal balance due and may result in Borrower's making fewer payments. Borrower agrees not to send Lender payments marked "paid in full", "without recourse", or similar language. If Borrower sends such a payment, Lender may accept it without losing any of Lender's rights under this Note, and Borrower will remain obligated to pay any further amount owed to Lender. All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to: Red River State Bank, PO Box 25 Halstad, MN  56548.

**LATE CHARGE.** If a payment is 11 days or more late, Borrower will be charged 5.000% of the unpaid portion of the regularly scheduled payment or $7.28, whichever is greater.

**INTEREST AFTER DEFAULT.** Upon default, including failure to pay upon final maturity, the total sum due under this Note will continue to accrue interest at the interest rate under this Note.

**DEFAULT.** Each of the following shall constitute an event of default ("Event of Default") under this Note:

**Payment Default.** Borrower fails to make any payment when due under this Note.

**Other Defaults.** Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Note or in any of the related documents or to comply with or to perform any term, obligation, covenant or condition contained in any other agreement between Lender and Borrower.

**False Statements.** Any warranty, representation or statement made or furnished to Lender by Borrower or on Borrower's behalf, or made by Guarantor, or any other guarantor, endorser, surety, or accommodation party, under this Note or the related documents in connection with the obtaining of the loan evidenced by this Note or any security document directly or indirectly securing repayment of this Note is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

**Death or Insolvency.** The death of Borrower or the dissolution or termination of Borrower's existence as a going business, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower.

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any collateral securing the loan. This includes a garnishment of any of Borrower's accounts, including deposit accounts, with Lender. However, this Event of Default shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute.

**Execution; Attachment.** Any execution or attachment is levied against the Collateral, and such execution or attachment is not set aside, discharged or stayed within thirty (30) days after the same is levied.

**PROMISSORY NOTE**
**(Continued)**

Loan No: 41240                                                                                                     Page 2

---

**Change in Zoning or Public Restriction.** Any change in any zoning ordinance or regulation or any other public restriction is enacted, adopted or implemented, that limits or defines the uses which may be made of the Collateral such that the present or intended use of the Collateral, as specified in the related documents, would be in violation of such zoning ordinance or regulation or public restriction, as changed.

**Default Under Other Lien Documents.** A default occurs under any other mortgage, deed of trust or security agreement covering all or any portion of the Collateral.

**Judgment.** Unless adequately covered by insurance in the opinion of Lender, the entry of a final judgment for the payment of money involving more than ten thousand dollars ($10,000.00) against Borrower and the failure by Borrower to discharge the same, or cause it to be discharged, or bonded off to Lender's satisfaction, within thirty (30) days from the date of the order, decree or process under which or pursuant to which such judgment was entered.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any Guarantor, or any other guarantor, endorser, surety, or accommodation party of any of the indebtedness or any Guarantor, or any other guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness evidenced by this Note.

**Adverse Change.** A material adverse change occurs in Borrower's financial condition, or Lender believes the prospect of payment or performance of this Note is impaired.

**Insecurity.** Lender in good faith believes itself insecure.

**LENDER'S RIGHTS.** Upon default, Lender may declare the entire unpaid principal balance under this Note and all accrued unpaid interest immediately due, and then Borrower will pay that amount.

**ATTORNEYS' FEES; EXPENSES.** Lender may hire or pay someone else to help collect this Note if Borrower does not pay. Borrower will pay Lender that amount. This includes, subject to any limits under applicable law, Lender's reasonable attorneys' fees and Lender's legal expenses, whether or not there is a lawsuit, including reasonable attorneys' fees, expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), and appeals. If not prohibited by applicable law, Borrower also will pay any court costs, in addition to all other sums provided by law.

**JURY WAIVER.** Lender and Borrower hereby waive the right to any jury trial in any action, proceeding, or counterclaim brought by either Lender or Borrower against the other.

**GOVERNING LAW.** This Note will be governed by federal law applicable to Lender and, to the extent not preempted by federal law, the laws of the State of Minnesota without regard to its conflicts of law provisions. This Note has been accepted by Lender in the State of Minnesota.

**CHOICE OF VENUE.** If there is a lawsuit, Borrower agrees upon Lender's request to submit to the jurisdiction of the courts of Polk County, State of Minnesota.

**DISHONORED ITEM FEE.** Borrower will pay a fee to Lender of $28.00 if Borrower makes a payment on Borrower's loan and the check or preauthorized charge with which Borrower pays is later dishonored.

**RIGHT OF SETOFF.** To the extent permitted by applicable law, Lender reserves a right of setoff in all Borrower's accounts with Lender (whether checking, savings, or some other account). This includes all accounts Borrower holds jointly with someone else and all accounts Borrower may open in the future. However, this does not include any IRA or Keogh accounts, or any trust accounts for which setoff would be prohibited by law. Borrower authorizes Lender, to the extent permitted by applicable law, to charge or setoff all sums owing on the indebtedness against any and all such accounts, and, at Lender's option, to administratively freeze all such accounts to allow Lender to protect Lender's charge and setoff rights provided in this paragraph.

**COLLATERAL.** Borrower acknowledges this Note is secured by the following collateral described in the security instrument listed herein:

(A) a Commercial Security Agreement dated May 27, 2021 made and executed between PARKSIDE PLACE, LLC and Lender on collateral described as As security for the payment of the indebtedness and all other indebtedness, obligations and liabilities of the Debtor to Creditor, now existing or hereafter arising, directly or indirectly, by operation of law or otherwise (collectively the "liabilities"), Debtor assigns, transfers, pledges, hypothecates and grants to Creditor, its successors and assigns, a first priority security interest (the "security interest") in all Debtor's assets, including without limitation, all equipment, inventory, supplies, accounts, general intangibles, chattel paper and instruments, goods, assets, machinery, fixtures, furnishings and all other personal property together with all other accessories, accessions, attachments and appurtenances, appertaining to attached thereto, whether now owned or hereafter acquired, and all other substitutions, renewals, replacements and improvements and all proceeds, rents, issuers, income, profits and avails, including without limitation, insurance proceeds. Further, Borrower grants Lender a purchase money security interest in specific equipment, furniture and fixtures purchased by Borrower and financed by Lender on or about the date of the loan or filing date thereafter (collectively the "collateral").

**FINANCIAL STATEMENTS.** Borrower agrees to provide Lender with such financial statements and other related information at such frequencies and in such detail as Lender may reasonably request.

**SUCCESSOR INTERESTS.** The terms of this Note shall be binding upon Borrower, and upon Borrower's heirs, personal representatives, successors and assigns, and shall inure to the benefit of Lender and its successors and assigns.

**NOTIFY US OF INACCURATE INFORMATION WE REPORT TO CONSUMER REPORTING AGENCIES.** Borrower may notify Lender if Lender reports any inaccurate information about Borrower's account(s) to a consumer reporting agency. Borrower's written notice describing the specific inaccuracy(ies) should be sent to Lender at the following address: Red River State Bank PO Box 25 Halstad, MN 56548.

**GENERAL PROVISIONS.** If any part of this Note cannot be enforced, this fact will not affect the rest of the Note. Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. In addition, Lender shall have all the rights and remedies provided in the related documents or available at law, in equity, or otherwise. Except as may be prohibited by applicable law, all of Lender's rights and remedies shall be cumulative and may be exercised singularly or concurrently. Election by Lender to pursue any remedy shall not exclude pursuit of any other remedy, and an election to make expenditures or to take action to perform an obligation of Borrower shall not affect Lender's right to declare a default and to exercise its rights and remedies. Borrower and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

**SECTION DISCLOSURE.** To the extent not preempted by federal law, this loan is made under Minnesota Statutes, Section 47.59.

Loan No: 41240

**PROMISSORY NOTE**
**(Continued)**

Page 3

PRIOR TO SIGNING THIS NOTE, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS NOTE. BORROWER AGREES TO THE TERMS OF THE NOTE.

BORROWER ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE.

BORROWER:

X _____
MULINDA SUE CRAIG

LENDER:

RED RIVER STATE BANK

X _____
MARTIN PETERSON, Loan Officer

LaserPro, Ver. 20.4.0.038. Copr. Finastra USA Corporation 1997, 2021.   All Rights Reserved.   - MN C:\HARLAND\CFI\LPL\D70.FC  TR-1551  PR-5

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $1,321,100.00 | 05-27-2021 | 12-15-2022 | 41240 | JR | | * * * | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing " * * * " has been omitted due to text length limitations.

**Borrower:** MULINDA SUE CRAIG (SSN: ████████)
1405 1ST AVE N
FARGO, ND 58102

**Lender:** Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN 56540

**EXHIBIT**
**2-B**

**LOAN TYPE.** This is a Fixed Rate (4.350%) Nondisclosable Loan to an Individual for $1,321,100.00 due on December 15, 2022.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is: REAL ESTATE DEVELOPMENT LOAN.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $1,321,100.00 as follows:

| | |
|---|---|
| Amount paid to Borrower directly: | $31,508.57 |
| $31,508.57 Deposited to  Account # CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| Other Disbursements: | $1,289,452.18 |
| $111,726.38 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $294,875.42 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $294,875.41 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $293,987.49 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| $293,987.48 CASHIERS CHECK TO CRAIG DEVELOPMENT | |
| Total Financed Prepaid Finance Charges: | $139.25 |
| $139.25  Loan Packaging Fee | |
| | |
| Note Principal: | $1,321,100.00 |

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED MAY 27, 2021.

**BORROWER:**

X _____
MULINDA SUE CRAIG

UNETexchange Item Summary                    ECE Institution ISN: 8870696325                    UNETexchar



EXHIBIT

**2-C**



UNETexchange Item Summary                ECE Institution ISN: 8870696327            UNETexchange ISN: 210527931836775



RRSB GO1st 04812

UNETexchange Item Summary          ECE Institution ISN: 8870696326          UNETexchange ISN: 210527931836774



UNETexchange Item Summary                    ECE Institution ISN: 8870696330                    UNETexchange ISN: 210527931836778



RRSB GO1st 04814

UNETexchange Item Summary          ECE Institution ISN: 8870696329          UNETexchange ISN: 210527931836777



          RRSB Parkside 02459

UNETexchange Item Summary                ECE Institution ISN: 8870696328                UNETexchange ISN: 210527931836776



RRSB Parkside 02460

CREDIT
LICM 5001 (R 7/10)

GENERAL LEDGER

DATE 5/27/2021

ACCOUNT NAME

Commercial Loan Fees
DESCRIPTION / REMARKS

APPROVED BY MP

AMOUNT

#41240 Mulinda Sus Crung
Loan Org Fee # 139.20

Account Number

7030

Tran Code

$

139.25

⑈500000005⑈

200517030 5/27/2021    $139.25
02010400230 TC 0

Case 25-30002   Doc 207-2   Filed 10/16/25   Entered 10/16/25 14:48:33   Desc Exhibit 15-18   RRSB-BOCs and Affidavits of CRA   Page 110 of 207

Case 25-30002   Doc 167-1   Filed 09/17/25   Entered 09/17/25 13:50:12   Desc Exhibits 1-5   Page 32 of 56

# Starion Bank

PO Box 848
Mandan, ND 58554

**RETURN SERVICE REQUESTED**

CRAIG DEVELOPMENT LLC
PO BOX 9379
FARGO ND 58106-9379

**Statement Ending 05/28/2021**

CRAIG DEVELOPMENT LLC                    Page 1 of 4
**Customer Number:**     8829



### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |

## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | 8829 | $1,323,078.75 |

## ND STAR CHECKING-    8829

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/20/2021 | Beginning Balance | $0.00 |
| | 3 Credit(s) This Period | $1,414,188.74 |
| | 3 Debit(s) This Period | $91,109.99 |
| 05/28/2021 | Ending Balance | $1,323,078.75 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 05/27/2021 | DEPOSIT | $1,320,960.75 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 05/20/2021 | Tranfer In Bank DDA | $93,227.09 |
| 05/26/2021 | XX5707 DDA CREDIT 05/25 20:29 019244 RBT CASEYS GEN S EASYSAVINGS NY | $0.90 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 05/21/2021 | Debit DDA | $20.00 |
| 05/24/2021 | XX5707 SIG POS PURCH 05/20 05:03 008260 CASEYS GEN STORE WATERTOWN SD | $89.99 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 2996 | 05/25/2021 | $91,000.00 |

* Indicates skipped check number



## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information*: Your name and account number
(2) *Dollar amount*: The dollar amount of the suspected error
(3) *Description of Problem*: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ |
|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | |
| ADD | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | |
| SUB TOTAL | | $ |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
| NUMBER | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED | ➤ | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | BALANCE | $ |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

RRSB-Starion Subpoena 00095

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 05/28/2021**

*Page 3 of 4*

CRAIG DEVELOPMENT LLC
Customer Number:  8829

## ND STAR CHECKING- 8829 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05/20/2021 | $93,227.09 | 05/24/2021 | $93,117.10 | 05/26/2021 | $2,118.00 |
| 05/21/2021 | $93,207.09 | 05/25/2021 | $2,117.10 | 05/27/2021 | $1,323,078.75 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

| ISN: | | Date: 05/27/2021 |
|---|---|---|
| | | Start Time: 4:49:27 PM |
| 1767 | | Amount: 1,320,960.75 |
| Branch: 60 | | Account Number: 3829 |
| Teller: 2503 | | DDA Credit |
| | | Deposit |
| Comments: | | |
| RT: 0767 | | TC: 9 |

$1,320,960.75   5/27/2021



2996   $91,000.00   5/25/2021

RRSB-Starion Subpoena 00097

# PROMISSORY NOTE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $1,652,500.00 | 06-22-2021 | 12-15-2024 | 41258 | JR | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "* * *" has been omitted due to text length limitations.

| | | |
|---|---|---|
| **Borrower:** MULINDA SUE CRAIG (SSN: ▉▉▉▉▉) 1405 1ST AVE N FARGO, ND 58102 | **Lender:** Red River State Bank Fertile 114 N Mill St PO Box 98 Fertile, MN 56540 | **EXHIBIT** **3-A** |

---

**Principal Amount: $1,652,500.00**          **Interest Rate: 4.350%**          **Date of Note: June 22, 2021**

**PROMISE TO PAY.** MULINDA SUE CRAIG ("Borrower") promises to pay to Red River State Bank ("Lender"), or order, in lawful money of the United States of America, the principal amount of One Million Six Hundred Fifty-two Thousand Five Hundred & 00/100 Dollars ($1,652,500.00), together with interest on the unpaid principal balance from June 22, 2021, calculated as described in the "INTEREST CALCULATION METHOD" paragraph using an interest rate of 4.350% per annum, until paid in full. The interest rate may change under the terms and conditions of the "INTEREST AFTER DEFAULT" section.

**PAYMENT.** Borrower will pay this loan in 4 payments of $449,112.37 each payment. Borrower's first payment is due December 15, 2021, and all subsequent payments are due on the same day of each year after that. Borrower's final payment will be due on December 15, 2024, and will be for all principal and all accrued interest not yet paid. Payments include principal and interest. Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest; then to principal; then to any late charges; and then to any unpaid collection costs. Any accrued interest not paid when due is added to principal and thereafter will accrue interest as principal.

**INTEREST CALCULATION METHOD.** Interest on this Note is computed on a 365/365 basis; that is, by applying the ratio of the interest rate over the number of days in a year (365 for all years, including leap years), multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. All interest payable under this Note is computed using this method.

**RECEIPT OF PAYMENTS.** All payments must be made in U.S. dollars and must be received by Lender at:

Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN 56540

All payments must be received by Lender consistent with any written payment instructions provided by Lender. If a payment is made consistent with Lender's payment instructions but received after 2:00 PM CST on a business day, Lender will credit Borrower's payment on the next business day.

**PREPAYMENT.** Borrower agrees that all loan fees and other prepaid finance charges are earned fully as of the date of the loan and will not be subject to refund upon early payment (whether voluntary or as a result of default), except as otherwise required by law. Except for the foregoing, Borrower may pay without penalty all or a portion of the amount owed earlier than it is due. Early payments will not, unless agreed to by Lender in writing, relieve Borrower of Borrower's obligation to continue to make payments under the payment schedule. Rather, early payments will reduce the principal balance due and may result in Borrower's making fewer payments. Borrower agrees not to send Lender payments marked "paid in full", "without recourse", or similar language. If Borrower sends such a payment, Lender may accept it without losing any of Lender's rights under this Note, and Borrower will remain obligated to pay any further amount owed to Lender. All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to: Red River State Bank, PO Box 25 Halstad, MN 56548.

**LATE CHARGE.** If a payment is 11 days or more late, Borrower will be charged 5.000% of the unpaid portion of the regularly scheduled payment or $7.28, whichever is greater.

**INTEREST AFTER DEFAULT.** Upon default, including failure to pay upon final maturity, the total sum due under this Note will continue to accrue interest at the interest rate under this Note.

**DEFAULT.** Each of the following shall constitute an event of default ("Event of Default") under this Note:

**Payment Default.** Borrower fails to make any payment when due under this Note.

**Other Defaults.** Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Note or in any of the related documents or to comply with or to perform any term, obligation, covenant or condition contained in any other agreement between Lender and Borrower.

**False Statements.** Any warranty, representation or statement made or furnished to Lender by Borrower or on Borrower's behalf, or made by Guarantor, or any other guarantor, endorser, surety, or accommodation party, under this Note or the related documents in connection with the obtaining of the loan evidenced by this Note or any security document directly or indirectly securing repayment of this Note is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

**Death or Insolvency.** The death of Borrower or the dissolution or termination of Borrower's existence as a going business, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower.

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any collateral securing the loan. This includes a garnishment of any of Borrower's accounts, including deposit accounts, with Lender. However, this Event of Default shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute.

**Execution; Attachment.** Any execution or attachment is levied against the Collateral, and such execution or attachment is not set aside, discharged or stayed within thirty (30) days after the same is levied.

RRSB-Mulinda 04530

Case 25-30002   Doc 207-2   Filed 10/16/25   Entered 10/16/25 14:48:33   Desc Exhibit
15-19 - RRSB POCs and Affidavits of EBA   Page 115 of 207

Case 25-30002   Doc 167-5   Filed 09/17/25   Entered 09/17/25 13:38:12   Desc
Exhibit C-5   Page 37 of 56

Loan No: 41258

**PROMISSORY NOTE**
**(Continued)**

Page 2

---

**Change in Zoning or Public Restriction.** Any change in any zoning ordinance or regulation or any other public restriction is enacted, adopted or implemented, that limits or defines the uses which may be made of the Collateral such that the present or intended use of the Collateral, as specified in the related documents, would be in violation of such zoning ordinance or regulation or public restriction, as changed.

**Default Under Other Lien Documents.** A default occurs under any other mortgage, deed of trust or security agreement covering all or any portion of the Collateral.

**Judgment.** Unless adequately covered by insurance in the opinion of Lender, the entry of a final judgment for the payment of money involving more than ten thousand dollars ($10,000.00) against Borrower and the failure by Borrower to discharge the same, or cause it to be discharged, or bonded off to Lender's satisfaction, within thirty (30) days from the date of the order, decree or process under which or pursuant to which such judgment was entered.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any Guarantor, or any other guarantor, endorser, surety, or accommodation party of any of the indebtedness or any Guarantor, or any other guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness evidenced by this Note.

**Adverse Change.** A material adverse change occurs in Borrower's financial condition, or Lender believes the prospect of payment or performance of this Note is impaired.

**Insecurity.** Lender in good faith believes itself insecure.

**LENDER'S RIGHTS.** Upon default, Lender may declare the entire unpaid principal balance under this Note and all accrued unpaid interest immediately due, and then Borrower will pay that amount.

**ATTORNEYS' FEES; EXPENSES.** Lender may hire or pay someone else to help collect this Note if Borrower does not pay. Borrower will pay Lender that amount. This includes, subject to any limits under applicable law, Lender's reasonable attorneys' fees and Lender's legal expenses, whether or not there is a lawsuit, including reasonable attorneys' fees, expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), and appeals. If not prohibited by applicable law, Borrower also will pay any court costs, in addition to all other sums provided by law.

**JURY WAIVER.** Lender and Borrower hereby waive the right to any jury trial in any action, proceeding, or counterclaim brought by either Lender or Borrower against the other.

**GOVERNING LAW.** This Note will be governed by federal law applicable to Lender and, to the extent not preempted by federal law, the laws of the State of Minnesota without regard to its conflicts of law provisions. This Note has been accepted by Lender in the State of Minnesota.

**CHOICE OF VENUE.** If there is a lawsuit, Borrower agrees upon Lender's request to submit to the jurisdiction of the courts of Polk County, State of Minnesota.

**DISHONORED ITEM FEE.** Borrower will pay a fee to Lender of $28.00 if Borrower makes a payment on Borrower's loan and the check or preauthorized charge with which Borrower pays is later dishonored.

**RIGHT OF SETOFF.** To the extent permitted by applicable law, Lender reserves a right of setoff in all Borrower's accounts with Lender (whether checking, savings, or some other account). This includes all accounts Borrower holds jointly with someone else and all accounts Borrower may open in the future. However, this does not include any IRA or Keogh accounts, or any trust accounts for which setoff would be prohibited by law. Borrower authorizes Lender, to the extent permitted by applicable law, to charge or setoff all sums owing on the indebtedness against any and all such accounts, and, at Lender's option, to administratively freeze all such accounts to allow Lender to protect Lender's charge and setoff rights provided in this paragraph.

**COLLATERAL.** Borrower acknowledges this Note is secured by

(A) a Commercial Security Agreement dated June 22, 2021 made and executed between PARKSIDE PLACE, LLC and GENERATIONS ON 1ST, LLC and Lender on collateral described as As security for the payment of the indebtedness and all other indebtedness, obligations and liabilities of the Debtor to Creditor, now existing or hereafter arising, directly or indirectly, by operation of law or otherwise (collectively the "liabilities"), Debtor assigns, transfers, pledges, hypothecates and grants to Creditor, its successors and assigns, a first priority security interest (the "security interest") in all Debtor's assets, including without limitation, all equipment, inventory, supplies, accounts, general intangibles, chattel paper and instruments, goods, assets, machinery, fixtures, furnishings and all other personal property together with all other accessories, accessions, attachments and appurtenances, appertaining to attached thereto, whether now owned or hereafter acquired, and all other substitutions, renewals, replacements and improvements and all proceeds, rents, issuers, income, profits and avails, including without limitation, insurance proceeds. Further, Borrower grants Lender a purchase money security interest in specific equipment, furniture and fixtures purchased by Borrower and financed by Lender on or about the date of the loan or filing date thereafter (collectively the "collateral")

(B) a Commercial Security Agreement dated May 25, 2021 made and executed between PARKSIDE PLACE, LLC and GENERATIONS ON 1ST, LLC and Lender on collateral described as As security for the payment of the indebtedness and all other indebtedness, obligations and liabilities of the Debtor to Creditor, now existing or hereafter arising, directly or indirectly, by operation of law or otherwise (collectively the "liabilities"), Debtor assigns, transfers, pledges, hypothecates and grants to Creditor, its successors and assigns, a first priority security interest (the "security interest") in all Debtor's assets, including without limitation, all equipment, inventory, supplies, accounts, general intangibles, chattel paper and instruments, goods, assets, machinery, fixtures, furnishings and all other personal property together with all other accessories, accessions, attachments and appurtenances, appertaining to attached thereto, whether now owned or hereafter acquired, and all other substitutions, renewals, replacements and improvements and all proceeds, rents, issuers, income, profits and avails, including without limitation, insurance proceeds. Further, Borrower grants Lender a purchase money security interest in specific equipment, furniture and fixtures purchased by Borrower and financed by Lender on or about the date of the loan or filing date thereafter (collectively the "collateral")

(C) a Commercial Security Agreement dated April 26, 2021 made and executed between PARKSIDE PLACE, LLC and GENERATIONS ON 1ST, LLC and Lender on collateral described as As security for the payment of the indebtedness and all other indebtedness, obligations and liabilities of the Debtor to Creditor, now existing or hereafter arising, directly or indirectly, by operation of law or otherwise (collectively the "liabilities"), Debtor assigns, transfers, pledges, hypothecates and grants to Creditor, its successors and assigns, a first priority security interest (the "security interest") in all Debtor's assets, including without limitation, all equipment, inventory, supplies, accounts, general intangibles, chattel paper and instruments, goods, assets, machinery, fixtures, furnishings and all other personal property together with all other accessories, accessions, attachments and appurtenances, appertaining to attached thereto, whether now owned or hereafter acquired, and all other substitutions, renewals, replacements and improvements and all proceeds, rents, issuers, income, profits and avails, including without limitation, insurance proceeds. Further, Borrower grants Lender a purchase money security interest in specific equipment, furniture and fixtures purchased by Borrower and financed by Lender on or about the date of the loan or filing date thereafter (collectively the "collateral").

**FINANCIAL STATEMENTS.** Borrower agrees to provide Lender with such financial statements and other related information at such frequencies and in such detail as Lender may reasonably request.

RRSB-Mulinda 04531

# PROMISSORY NOTE
## (Continued)

Loan No: 41258                                                                                          Page 3

---

**SUCCESSOR INTERESTS.** The terms of this Note shall be binding upon Borrower, and upon Borrower's heirs, personal representatives, successors and assigns, and shall inure to the benefit of Lender and its successors and assigns.

**NOTIFY US OF INACCURATE INFORMATION WE REPORT TO CONSUMER REPORTING AGENCIES.** Borrower may notify Lender if Lender reports any inaccurate information about Borrower's account(s) to a consumer reporting agency. Borrower's written notice describing the specific inaccuracy(ies) should be sent to Lender at the following address: Red River State Bank PO Box 25 Halstad, MN 56548.

**GENERAL PROVISIONS.** If any part of this Note cannot be enforced, this fact will not affect the rest of the Note. Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. In addition, Lender shall have all the rights and remedies provided in the related documents or available at law, in equity, or otherwise. Except as may be prohibited by applicable law, all of Lender's rights and remedies shall be cumulative and may be exercised singularly or concurrently. Election by Lender to pursue any remedy shall not exclude pursuit of any other remedy, and an election to make expenditures or to take action to perform an obligation of Borrower shall not affect Lender's right to declare a default and to exercise its rights and remedies. Borrower and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

**SECTION DISCLOSURE.** To the extent not preempted by federal law, this loan is made under Minnesota Statutes, Section 47.59.

PRIOR TO SIGNING THIS NOTE, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS NOTE. BORROWER AGREES TO THE TERMS OF THE NOTE.

BORROWER ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE.

BORROWER:

X _____
MULINDA SUE CRAIG

LENDER:

RED RIVER STATE BANK

X _____
MARTIN PETERSON, Loan Officer

LaserPro, Ver. 20.4.0.034 Copr. Finastra USA Corporation 1997, 2021 All Rights Reserved. - MN C:\HARLAND\CFI\LPL\D20.FC TR-5547 PR-5

RRSB-Mulinda 04532

Case 25-30002 Doc 167-1 Filed 09/17/25 Entered 09/17/25 13:36:12 Desc Exhibits 1-5 Page 39 of 56

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $1,652,500.00 | 06-22-2021 | 12-15-2024 | 41258 | JR | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** MULINDA SUE CRAIG (SSN: [redacted]
1405 1ST AVE N
FARGO, ND 58102

**Lender:** Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN 56540

EXHIBIT
3-B

**LOAN TYPE.** This is a Fixed Rate (4.350%) Nondisclosable Loan to an Individual for $1,652,500.00 due on December 15, 2024.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

- ☐ Maintenance of Borrower's Primary Residence.
- ☐ Personal, Family or Household Purposes or Personal Investment.
- ☐ Agricultural Purposes.
- ☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is: REAL ESTATE DEVELOPMENT LOAN.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $1,652,500.00 as follows:

| | |
|---|---|
| Amount paid to Borrower directly:<br>$246,257.01 Deposited to Account # CASHIERS CHECK TO CRAIG DEVELOPMENT | $246,257.01 |
| Amount paid to others on Borrower's behalf:<br>$246,257.01 to CASHINERS CHECK TO CRAIG DEVELOPMENT<br>$155.61 to RED RIVER STATE BANK LOAN PACKAGING | $246,412.62 |
| Other Disbursements:<br>$218,658.18 CASHIERS CHECK TO CRAIG DEVELOPMENT<br>$218,658.17 CASHIERS CHECK TO CRAIG DEVELOPMENT<br>$230,000.00 CASHIERS CHECK TO CRAIG DEVELOPMENT<br>$246,257.01 CASHIERS CHECK TO CRAIG DEVELOPMENT<br>$246,257.01 CASHIERS CHECK TO CRAIG DEVELOPMENT | $1,159,830.37 |
| Note Principal: | $1,652,500.00 |

**CHARGES PAID IN CASH.** Borrower has paid or will pay in cash as agreed the following charges:

| | |
|---|---|
| Prepaid Finance Charges Paid in Cash:<br>$155.61 Loan Packaging Fee | $155.61 |
| Total Charges Paid in Cash: | $155.61 |

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED JUNE 22, 2021.

**BORROWER:**

X [signature]
MULINDA SUE CRAIG

UNETexchange Item Summary  ECE Institution ISN: 8550140269  UNETexcha

**EXHIBIT**

**3-C**



UNETexchange Item Summary          ECE Institution ISN: 8550140268          UNETexchange ISN: 210622938896177





UNETexchange Item Summary                    ECE Institution ISN: 8550140271                    UNETexchange ISN: 210622938896180



UNETexchange Item Summary      ECE Institution ISN: 8550140270      UNETexchange ISN: 210622938896179







UNETexchange Item Summary                    ECE Institution ISN: 8550140267              UNETexchange ISN: 210622938896176



**CASHIER'S CHECK**

RED RIVER STATE BANK
PO Box 25 • Halstad, MN • 56548 • (218) 456-2187
PO Box 98 • Fertile, MN • 56540 • (218) 945-6171

Notice to Customer
If this check is lost, destroyed, or stolen, the bank
will not accept a replacement request on the check
until 90 days after the issue date and then only with
the issuance of a "Declaration of Loss" certification.

MHP          June 22, 2021                    201077

Purchaser:                                    $246,257.01
GENERATIONS DRAW #9

Two Hundred Forty Six Thousand Two Hundred Fifty Seven Dollars And 01/100************

PAY TO THE
ORDER OF:   CRAIG DEVELOPMENT

                                    Two Signatures Required

                                    Payton Larson
                                    Authorized Signature

⑈2010??⑈ ⑆ 51991⑆ 2130⑈

UNETexchange Item Summary                    ECE Institution ISN: 8550140265                    UNETexchange ISN: 210622938896174





**CREDIT**
MCM 5501 (R.5/10)

**GENERAL LEDGER**

ACCOUNT NAME    *Commercial Loan Fees*
DESCRIPTION / REMARKS

# 41258  *Mulinda Cravy*
          *Loan Packaging Fee*

DATE  6/22/2021

APPROVED BY

AMOUNT

| Account Number | Tran Code | |
| 7 0 3 0 | $ | 155.61 |

⑃500000005⑃

200517030 6/22/2021    $155.61
02010200070 TC 0



```
FP TRANSACTION  06-22-21  13:35:11  MEMBER  1711CR                    1 1516
                FOR CRAIG DEVELOPMENT, LLC  AS ellie
DEPOSIT OF          437316.35  1711-2          SMALL BUSINESS CHECKING
   PREV BAL          368.64 NEW BAL       437684.99
   REDRIVERSTBNK CASHCHK#201072, 201073
RECEIVED            437316.35 IN 2 CHECKS
   218658.17   218658.18
```

Member Signature





First Community Credit Union

```
FP TRANSACTION  06-22-21  13:32:12  MEMBER  1711CR              1 1516
             FOR CRAIG DEVELOPMENT, LLC  AS ellie
DEPOSIT OF      1215028.04  1711-2        SMALL BUSINESS CHECKING
   PREV BAL       368.64 NEW BAL     1215396.68
   REDRIVERSTBNK CASHCHK#201077,201075, 201076, 201078, 201074
RECEIVED        1215028.04 IN 5 CHECKS
   246257.01   230000.00   246257.01
   246257.01   246257.01
```

Member Signature







RRSB FCCU Subpoena 007397

Case 25-30002 Doc 207-2 Filed 10/16/25 Entered 10/16/25 14:48:33 Desc Exhibit 15-19 RRSB DOCs and Affidavits of CRA Page 128 of 207

Case 25-30002 Doc 167-1 Filed 09/17/25 Entered 09/17/25 15:56:12 Desc
Exhibits 1-5 Page 50 of 56



```
                        I N Q U I R Y   S T A T E M E N T                              PAGE 1
                        Case 25-30002   Doc 167-1   Filed 09/17/25   Entered 09/17/25 15:58:16   Desc
10937 MULINDA SUE CRAIG               Exhibits 1-5   Page 51 of 56
      1405 1ST AVE N
      FARGO ND 58102
```

EXHIBIT 4

```
LOAN #      41206  COLL DESC A MORTGAGE OORIG BAL  1,477,500.00  ORIG DATE  4/26/2021  ORIG DISC     0.00 RENW BAL     0.00
                   RENW DATE                TMS EXT  0            LAST MATY  5/31/2023  RATE    .06500  TYPE CODE 3
                   APR OFF   CBA            COLL CODE  FM
```

| DATE | TC1 | AMOUNT | TC2 | AMOUNT | POST DATE | DESCRIPTION | BALANCE |
|------|-----|--------|-----|--------|-----------|-------------|---------|
| 04/26/2021 | 34 | 1,477,500.00 | 0 | 0.00 | 04/27/2021 | | 1,477,500.00 |
| 12/13/2021 | 46 | 561,822.51 | 0 | 0.00 | | | 915,677.49 |
| 12/09/2022 | 92 | 915,677.49 | 84 | 80,071.23 | | NON-ACCRUAL | 0.00 |
| 12/09/2022 | 366 | 915,677.49 | 380 | 80,071.23 | | NON-ACCRUAL | 915,677.49 |
| 12/27/2022 | 94 | 9,999.99 | 0 | 0.00 | | | 915,677.49 |
| 04/17/2023 | 392 | 22,053.82 | 0 | 0.00 | | GO1st Term | 893,623.67 |
| 06/12/2023 | 94 | 9,999.99 | 0 | 0.00 | | | 893,623.67 |
| 06/26/2023 | 94 | 9,999.99 | 0 | 0.00 | | | 893,623.67 |
| 12/29/2023 | 392 | 400,000.00 | 0 | 0.00 | | NON-ACCRUAL | 493,623.67 |
| 12/29/2023 | 966 | 400,000.00 | 0 | 0.00 | | CHARGE-OFF | 893,623.67 |
| 12/29/2023 | 392 | 300,000.00 | 0 | 0.00 | | CHARGE DOWN | 593,623.67 |
| 12/29/2023 | 966 | 300,000.00 | 0 | 0.00 | 02/09/2024 | CHARGE DOWN | 893,623.67 |

```
          Principal: 1,477,500.00        Min:       0.00
          Interest:        0.00          Max: 1,477,500.00
```

RRSB Mulinda 05731

INQUIRY STATEMENT                                                                PAGE 1

Case 25-30002  Doc 167-1  Filed 09/17/25  Entered 09/17/25 13:36:12  Desc
Exhibits 1-5    Page 52 of 56

10937 MULINDA SUE CRAIG
      1405 1ST AVE N
      FARGO ND 58102

LOAN #    41240  COLL DESC A MORTGAGE OORIG BAL  1,321,100.00  ORIG DATE  5/27/2021  ORIG DISC        0.00  RENW BAL        0.00
                 RENW DATE          TMS EXT    0         LAST MATY  5/31/2023  RATE     .06500  TYPE CODE 3
                 APR OFF    CBA      COLL CODE  FM

| DATE       | TC1 | AMOUNT       | TC2 | AMOUNT    | POST DATE  | DESCRIPTION  | BALANCE       |
|------------|-----|--------------|-----|-----------|------------|--------------|---------------|
| 05/27/2021 | 34  | 1,321,100.00 | 0   | 0.00      |            |              | 1,321,100.00  |
| 12/09/2022 | 92  | 1,321,100.00 | 84  | 88,327.31 |            | NON-ACCRUAL  | 0.00          |
| 12/09/2022 | 366 | 1,321,100.00 | 300 | 88,327.31 |            | NON-ACCRUAL  | 1,321,100.00  |
| 12/27/2022 | 94  | 9,999.99     | 0   | 0.00      |            |              | 1,321,100.00  |
| 06/12/2023 | 94  | 9,999.99     | 0   | 0.00      |            |              | 1,321,100.00  |
| 06/26/2023 | 94  | 9,999.99     | 0   | 0.00      |            |              | 1,321,100.00  |
| 12/29/2023 | 392 | 400,000.00   | 0   | 0.00      |            | NON-ACCRUAL  | 921,100.00    |
| 12/29/2023 | 966 | 400,000.00   | 0   | 0.00      |            | CHARGE-OFF   | 1,321,100.00  |
| 12/29/2023 | 392 | 300,000.00   | 0   | 0.00      |            | CHARGE DOWN  | 1,021,100.00  |
| 12/29/2023 | 966 | 300,000.00   | 0   | 0.00      | 02/09/2024 | CHARGE DOWN  | 1,321,100.00  |

            Principal: 1,321,100.00        Min:        0.00
            Interest:        0.00          Max: 1,321,100.00

RRSB Mulinda 05732

```
                              I N Q U I R Y   S T A T E M E N T                              PAGE 1
                        Case 25-30002   Doc 167-1   Filed 09/17/25   Entered 09/17/25 13:36:12   Desc
 10937 MULINDA SUE CRAIG            Exhibits 1-5   Page 53 of 56
       1405 1ST AVE N
       FARGO ND 58102


 LOAN #        41258  COLL DESC A MORTGAGE OORIG BAL  1,652,500.00  ORIG DATE  6/22/2021  ORIG DISC
                       RENW DATE              TMS EXT  0              LAST MATY 5/31/2023  RATE   .06500     0.00  RENW BAL     0.00
                       APR OFF   CBA          COLL CODE  FM                                                        TYPE CODE 3

    DATE       TC1       AMOUNT       TC2       AMOUNT    POST DATE   DESCRIPTION                       BALANCE
 06/22/2021     34   1,652,500.00      0          0.00                                              1,652,500.00
 12/09/2022     92   1,652,500.00     84     105,363.86              NON-ACCRUAL                            0.00
 12/09/2022    366   1,652,500.00    380     105,363.86              NON-ACCRUAL                     1,652,500.00
 12/27/2022     94       9,999.99      0          0.00                                              1,652,500.00
 06/12/2023     94       9,999.99      0          0.00                                              1,652,500.00
 06/26/2023     94       9,999.99      0          0.00                                              1,652,500.00
 12/29/2023    392     400,000.00      0          0.00               NON-ACCRUAL                     1,252,500.00
 12/29/2023    966     400,000.00      0          0.00               CHARGE-OFF                      1,652,500.00
 12/29/2023    392     300,000.00      0          0.00                                              1,352,500.00
 12/29/2023    966     300,000.00      0          0.00    02/09/2024                                1,652,500.00


            Principal: 1,652,500.00      Min:          0.00
            Interest:          0.00      Max: 1,652,500.00
```

RRSB Mulinda 05733

Case 25-30002    Doc 167-1    Filed 09/17/25    Entered 09/17/25 13:36    Desc
Exhibits 1-5    Page 54 of 56

EXHIBIT 5

| | | TRANSACTION TYPE AND AMOUNT | | | | INTEREST CALCULATION | | | | RUNNING BALANCE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First Mulinda Note: Payments Applied and Interest + Late Fees Accrual | | | | | | Interest Rate (per annum) 4.350% | | Origination Interest Rate 4.350% | Post-Forbearance Interest Rate 6.500% | | | | | |
| Date | Transaction Description | Advance/Charge (+) | Payment (-) Total | Interest Pmt. | Principal Pmt. | Per Diem | # of Days | Accrued Interest | Principal Pmt. | Interest | Principal | Late Fees | TOTAL | |
| 4/26/2021 | Opening Advance | $ 1,477,500.00 | $ | - | $ | - | $ | 176.09 | 0 $ | - | $ | - | $ 1,477,500.00 | $ | - | |
| 12/13/2021 | Interest Calculation | | | | | | 176.09 | 231 $ | 40,675.78 | | $ 40,675.78 | $ 1,477,500.00 | $ | - | |
| 12/13/2021 | Payment pursuant to the Parkside Note | - | $ (561,822.51) | $ | - | $ (561,822.51) | Principal Payment: | $ | - | $ (561,822.51) | $ 40,675.78 | $ 915,677.49 | $ | - | |
| 12/27/2022 | Late Fee Added | $ 9,999.99 | $ | - | $ | - | $ | | | | | $ 915,677.49 | $ 9,999.99 | |
| 3/16/2023 | Interest Calculation | | | | | | 109.13 | 458 $ | 49,980.94 | | $ 90,656.72 | $ 915,677.49 | $ 9,999.99 | |
| 3/16/2023 | Interest Rate Changed pursuant to Forbearance Agreement | | | | | | | | Pre-Forbearance Totals: | | $ 90,656.72 | $ 915,677.49 | $ 9,999.99 | $ 1,016,334.20 |
| 4/17/2023 | Interest Calculation | | | | | | 163.07 | 32 $ | 5,218.11 | | $ 95,874.82 | $ 915,677.49 | $ 9,999.99 | |
| 4/17/2023 | Payment pursuant to the Eighth Generations Note | | $ (22,053.82) | $ | - | $ (22,053.82) | Principal Payment: | $ | - | $ (22,053.82) | $ 95,874.82 | $ 893,623.67 | $ 9,999.99 | |
| 6/12/2023 | Late Fee Added | $ 9,999.99 | $ | - | $ | - | | | | | | $ 893,623.67 | $ 19,999.98 | |
| 6/26/2023 | Late Fee Added | $ 9,999.99 | $ | - | $ | - | | | | | | $ 893,623.67 | $ 29,999.97 | |
| 1/8/2025 | BANKRUPTCY PETITIONS FILED | | | | | $ 150.14 | 630 $ | 100,357.23 | | $ 196,132.05 | $ 893,623.67 | $ 29,999.97 | $ 1,119,755.69 | |

Case 25-30002    Doc 167-1    Filed 09/17/25    Entered 09/17/25 13:36:12    Desc
Exhibits 1-5    Page 55 of 56

| | | | | | | | Interest Rate (per annum) | Origination Interest Rate | Forbearance Interest Rate |
|---|---|---|---|---|---|---|---|---|---|
| | **Second Mulinda Note: Interest and Late Fees Accrual** | | | | | | | 4.350% | 6.50% |
| | INTEREST CALCULATION | | | RUNNING BALANCE | | | | | |
| Date | Per Diem | # of Days | Accrued Interest | Interest | Principal | Late Fees | TOTAL | Transaction Description | |
| 5/27/2021 | | $ | - | $ - | $ 1,321,100.00 | $ - | | Opening Advance | |
| 12/15/2021 | $ 157.45 | 202 $ | 31,804.13 | $ 31,804.13 | $ 1,321,100.00 | | | Modification Agreement - Maturity Extension 12/31/2022 | |
| 12/27/2022 | $ 157.45 | 377 $ | 59,357.20 | $ 91,161.33 | $ 1,321,100.00 | 9,999.99 | | Late Fee Assessed | |
| 3/16/2023 | $ 157.45 | 79 $ | 12,438.25 | $ 103,599.58 | $ 1,321,100.00 $ | 9,999.99 | | Interest Rate Change pursuant to Forbearance Agreement | |
| 6/12/2023 | $ 235.26 | 167 $ | 39,289.15 | $ 130,450.48 | $ 1,321,100.00 | 19,999.98 | | Late Fee Assessed | |
| 6/26/2023 | $ 235.26 | 102 $ | 23,996.97 | $ 127,596.54 | $ 1,321,100.00 $ | 29,999.97 | | Late Fee Assessed | |
| 1/6/2025 | $ 235.26 | 560 $ | 131,748.05 | $ 259,344.60 | $ 1,321,100.00 $ | 29,999.97 | $ 1,610,444.57 | BANKRUPTCY PETITIONS FILED | |

Case 25-30002    Doc 167-1    Filed 09/17/25    Entered 09/17/25 13:36:12    Desc Exhibits 1-5    Page 56 of 56

| | | | | | | | | Interest Rate (per annum) | Origination Interest Rate | Forbearance Interest Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| Third Mulinda Note: Interest and Late Fee Accrual | | | | | | | | | 4.350% | 6.50% |
| | INTEREST CALCULATION | | | RUNNING BALANCE | | | | | | |
| Date | Per Diem | # of Days | Accrued Interest | Interest | Principal | Late Fees | TOTAL | Transaction Description | | |
| 6/22/2021 | | | $ - | $ - | $ 1,652,500.00 | $ - | | Opening Advance | | |
| 12/15/2021 | $ 196.94 | 176 | $ 34,661.75 | $ 34,661.75 | $ 1,652,500.00 | $ - | | Modification Agreement - Maturity Extension 12/31/2022 | | |
| 12/27/2022 | $ 196.94 | 377 | $ 74,247.05 | $ 108,908.80 | $ 1,652,500.00 | $ 9,999.99 | | Late Fee Assesed | | |
| 3/16/2023 | $ 196.94 | 79 | $ 15,558.40 | $ 124,467.21 | $ 1,652,500.00 | $ 9,999.99 | | Interest Rate Change pursuant to Forbearance Agreement | | |
| 6/12/2023 | $ 294.28 | 167 | $ 49,144.90 | $ 158,053.70 | $ 1,652,500.00 | $ 19,999.98 | | Late Fee Assesed | | |
| 6/26/2023 | $ 294.28 | 102 | $ 30,016.64 | $ 154,483.85 | $ 1,652,500.00 | $ 29,999.97 | | Late Fee Assesed | | |
| 1/6/2025 | $ 294.28 | 560 | $ 164,797.26 | $ 319,281.11 | $ 1,652,500.00 | $ 29,999.97 | $ 2,001,781.08 | BANKRUPTCY PETITIONS FILED | | |

Fill in this information to identify the case:

Debtor 1    Generations on 1st LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of North Dakota

Case number   25-30002

Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | **Red River State Bank**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>**Caren W. Stanley, Vogel Law Firm**<br>Name<br>**PO Box 1389**<br>Number   Street<br>**Fargo**      **ND**<br>City      State      ZIP Code<br><br>Contact phone **701-237-6983**<br><br>Contact email **cstanley@vogellaw.com**<br><br>Uniform claim identifier (if you use one):<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | Where should payments to the creditor be sent? (if different)<br><br>Name _____<br>Number   Street<br><br>City      State      ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☐ No<br>☑ Yes. Claim number on court claims registry (if known) **01**      Filed on **01/10/2025**<br>                                                      MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? **RRSB** |

EXHIBIT 18
WIT: J. Craig
DATE: 9-23-25
Deanna L. Sager

**Part 2:**    Give Information About the Claim as of the Date the Case Was Filed

6. **Do you have any number you use to identify the debtor?**

  ☑ No

  ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. **How much is the claim?**    $ _____ 13,798,334.43 . **Does this amount include interest or other charges?**

  ☐ No

  ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Money Loaned (See Attachment)

9. **Is all or part of the claim secured?**

  ☐ No

  ☑ Yes. The claim is secured by a lien on property.

    **Nature of property:**

    ☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

    ☐ Motor vehicle

    ☑ Other. Describe:    All personal property including rents

    **Basis for perfection:**    SD & ND UCC Fin Stmt, Mortgages, Assignment of Rents

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:**    $ _____

    **Amount of the claim that is secured:**    $ _____

    **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:**    $ _____

    **Annual Interest Rate** (when case was filed) _____ %

    ☐ Fixed

    ☐ Variable

10. **Is this claim based on a lease?**

  ☑ No

  ☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $ _____

11. **Is this claim subject to a right of setoff?**

  ☑ No

  ☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. Check one: | | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | | |

---

**Part 3:  Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    09/22/2025
                    MM / DD / YYYY

/s/ Charles Aarestad
_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Charles Aarestad | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Vice President | | |
| Company | Red River State Bank | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 300 2nd Ave W | | |
| | Number       Street | | |
| | Halstad | MN | 56548 |
| | City | State | ZIP Code |
| Contact phone | 218-456-2187 | Email charles.aarestad@redriverbank.com | |

## AMENDED ATTACHMENT TO PROOF OF CLAIM

*In accordance with Federal Rule of Bankruptcy Procedure 3001(c)(1), Red River State Bank
("RRSB") attached the following promissory notes (collectively, the "Generations Notes") and
other supporting documentation to its original proof of claim filed on January 10, 2025 (the
"Original POC"):*

a.   Promissory Note dated March 15, 2021 in the original principal sum of $1,565,200.00
("First Generations Note") (*See* **Exhibit A** to the Original POC).

b.   Promissory Note dated September 14, 2021 in the original principal sum of
$2,976,430.98 ("Second Generations Note") (*See* **Exhibit B** to the Original POC).

c.   Promissory Note dated October 14, 2021 in the original principal sum of $1,094,025.15
("Third Generations Note") (*See* **Exhibit C** to the Original POC).

d.   Promissory Note dated November 9, 2021 in the original principal sum of $424,259.84
("Fourth Generations Note") (*See* **Exhibit D** to the Original POC).

e.   Promissory Note dated December 8, 2021 in the original principal sum of $843,168.59
("Fifth Generations Note") (*See* **Exhibit E** to the Original POC).

f.   Promissory Note dated January 5, 2022 in the original principal sum of $653,729.65
("Sixth Generations Note") (*See* **Exhibit F** to the Original POC).

g.   Promissory Note dated February 3, 2022 in the original principal sum of $274,043.60
("Seventh Generations Note") (*See* **Exhibit G** to the Original POC).

h.   Promissory Note dated April 17, 2023 in the original principal sum of $8,100,000.00
("Eighth Generations Note") (*See* **Exhibit H** to the Original POC).

i.   Promissory Note dated April 17, 2023 in the original principal sum of $561,365.10
("Ninth Generations Note") (*See* **Exhibit I** to the Original POC).

Additionally, Mulinda Craig executed and delivered the following promissory notes to RRSB
(collectively, the "Mulinda Notes"):

a.   Promissory Note dated April 26, 2021 in the original principal sum of $1,477,500.00
("First Mulinda Note") (*See* **Exhibit J** to the Original POC).

b.   Promissory Note dated May 27, 2021 in the principal sum of $1,321,100.00 ("Second
Mulinda Note") (*See* **Exhibit K** to the Original POC).

c.   Promissory Note dated June 22, 2021 in the principal sum of $1,652,500.00 ("Third
Mulinda Note") (*See* **Exhibit L** to the Original POC).

The Mulinda Notes were modified to, among other things, revise the payment schedule and
reaffirm and/or modify the maturity date to December 15, 2022 pursuant to three (3)
Modification Agreements dated December 15, 2021 (collectively, the "Mulinda Modification

Agreements") (*See* **Exhibit M** to the Original POC). Pursuant to a Forbearance Agreement dated February 17, 2023 (the "Forbearance Agreement") by and between RRSB and Debtor, Mulinda Craig, and Jesse Craig, among others, the maturity date of the Mulinda Notes and the Generations Notes (with the sole exception of the Eighth Generations Note) was further extended to May 31, 2023. (*See* **Exhibit N** to the Original POC)

*In accordance with Rule 3001(d), RRSB attached the following evidence related to its security interests to the Original POC:*

As security for repayment of all of the indebtedness due RRSB on the Generations Notes and the Mulinda Notes, Debtor made in favor of, executed, and delivered to RRSB Commercial Security Agreements contemporaneous to the execution of each of the Generations Notes and the Mulinda Notes (collectively, the "Security Agreements") (*See* **Exhibit O** to the Original POC). An excerpt of the Security Agreements, setting forth RRSB's personal property collateral is reproduced below:

As security for the payment of the indebtedness and all other indebtedness, obligations and liabilities of the Debtor to Creditor, now existing or hereafter arising, directly or indirectly, by operation of law or otherwise (collectively the "liabilities"), Debtor assigns, transfers, pledges, hypothecates and grants to Creditor, its successors and assigns, a first priority security interest (the "security interest") in all Debtor's assets, including without limitation, all equipment, inventory, supplies, accounts, general intangibles, chattel paper and instruments, goods, assets, machinery, fixtures, furnishings and all other personal property together with all other accessories, accessions, attachments and appurtenances, appertaining to attached thereto, whether now owned or hereafter acquired, and all other substitutions, renewals, replacements and improvements and all proceeds, rents, issuers, income, profits and avails, including without limitation, insurance proceeds. Further, Borrower grants Lender a purchase money security interest in specific equipment, furniture and fixtures purchased by Borrower and financed by Lender on or about the date of the loan or filing date thereafter (collectively the "collateral")

RRSB perfected its security interest in the above-described personal property assets by virtue of filing UCC financing statements with the North Dakota Secretary of State and the South Dakota Secretary of State. (*See* **Exhibit P** to the Original POC).

As additional security for repayment of the indebtedness due RRSB, Debtor made in favor of, executed, and delivered to RRSB various mortgages upon the following-described real property located in Codington County, State of South Dakota, to wit:

Parcel I:
Lot 1 of Ohtness' Subdivision of Lots 12, 13, and 14 in Block 17 of Watertown, Codington County, South Dakota, according to the recorded plat thereof.

Parcel II:
Lot 2 of Ohtness' Subdivision of Lots 12, 13 and 14 in Block 17 of Watertown, AND the North 30 feet of the East 70 feet of Lot 11 in Block 17 of Watertown (commonly referred to as being in the original Plat), Codington County, South Dakota, according to the recorded plat thereof.

Parcel III:
Lot 3 of Ohtness' Subdivision of Lots 12, 13, and 14 in Block 17 of Watertown (commonly referred to as being the Original Plat), Codington County, South Dakota, according to the recorded plat thereof.

Parcel IV:
Lot 4 of Ohtness' Subdivision of Lots 12, 13, and 14 in Block 17 of Watertown (commonly referred to as being the Original Plat), Codington County, South Dakota, according to the recorded plat thereof.

Parcel V:
Lot 11, except the North 30 Feet of the East 70 Feet thereof, in Block 17, of the plat Entitled: "Watertown" Codington County, South Dakota, according to the recorded plat thereof

The Real Property or its address is commonly known as   26 1st Ave SW, Watertown, SD 57201.  The Real Property tax identification number is 9582, 9583, 9580.

The real property identified above was later replatted pursuant to a plat recorded in Book OP Plat on Page 924 in the office of the Register of Deeds of Codington County, South Dakota, having been recorded on August 27, 2021 at 1:26 p.m. with the following new legal description:

> Generations on 1st Addition to the City of Watertown, Codington County, South Dakota according to the recorded plat thereof.

> Street Address: 26 1st Ave SW, Watertown, SD 57201
> Tax ID:       9580

(hereinafter the "Generations Real Property").

On or about March 15, 2021, as security for all of the indebtedness due RRSB with respect to the Generations Notes up to the sum of $8,340,000.00, Debtor made in favor of, executed, and delivered to RRSB a Construction Mortgage - One Hundred Eighty Day Redemption (the "First RRSB Mortgage") upon the Generations Real Property.

The First RRSB Mortgage was properly executed, acknowledged, and recorded in Book 990 on Page 7262 in the office of the Register of Deeds of Codington County, South Dakota, having been recorded on August 3, 2021 at 10:09 a.m. (*See* **Exhibit Q** to the Original POC).

RRSB also holds the following additional mortgages with respect to the Generations Real Property that remain of record:

a.     Mortgage – 180 Day Redemption dated July 6, 2020 and recorded in Book 990 on page 4387 in the office of the Register of Deeds of Codington County, South Dakota, having been recorded on July 8, 2020 (the "First Craig Holdings/RRSB Mortgage"). Said

mortgage references only Parcel II of the prior legal description for the Generations Real Property.

b.  Mortgage – 180 Day Redemption dated July 30, 2020 and recorded in Book 990 on page 4571 in the office of the Register of Deeds of Codington County, South Dakota, having been recorded on July 31, 2020 (the "Second Craig Holdings/RRSB Mortgage"). Said mortgage references only Parcel I of the prior legal description for the Generations Real Property.

c.  Mortgage – 180 Day Redemption dated September 30, 2020 and recorded in Book 990 on page 5036 in the office of the Register of Deeds of Codington County, South Dakota, having been recorded on October 1, 2020 (the "Third Craig Holdings/RRSB Mortgage"). Said mortgage references only Parcel V of the prior legal description for the Generations Real Property.

d.  Construction Mortgage – 180 Day Redemption dated October 14, 2021 and recorded in Book 990 on page 7791 in the office of the Register of Deeds of Codington County, South Dakota, having been recorded on October 25, 2021 (the "Second RRSB Mortgage").

e.  Construction Mortgage – 180 Day Redemption dated April 17, 2023 and recorded in Book 992 on page 142 in the office of the Register of Deeds of Codington County, South Dakota, having been recorded on May 5, 2023 (the "Third RRSB Mortgage").

RRSB and the Watertown Development Corporation ("WDC") entered into a Subordination Agreement dated April 7, 2021 with respect to the priority of their respective mortgages on the Generations Real Property ("Subordination Agreement"). Pursuant to the Subordination Agreement, the First RRSB Mortgage has priority over three (3) mortgages held by WDC. (*See* **Exhibit R** to the Original POC).

On or about April 17, 2023, as security for all of the indebtedness due RRSB, Debtor made in favor of, executed, and delivered to RRSB an Assignment of Rents (the "RRSB AOR") with respect to the Generations Real Property. The RRSB AOR was properly executed, acknowledged, and recorded in Book 992 on Page 143 in the office of the Register of Deeds of Codington County, South Dakota, having been recorded on May 5, 2023 at 10:12 a.m. (*See* **Exhibit S** to the Original POC).

RRSB began enforcement of its assignment of rents set forth in both the Parkside Mortgage and the Generations AOR in February 2024 by sending notice to Debtor and to all of the known tenants of the Generations Real Property. A receiver was appointed on or about October 1, 2024 to take possession of the rents and manage the Generations Real Property. (*See* **Exhibit T** to the Original POC).

As of the Petition Date, the receiver held rents from the Generations Real Property in the sum of $211,201.59 (the "Generations Prepetition Rents"). The Generations Prepetition Rents held by the receiver are not property of the bankruptcy estate under 11 USC § 541(a)(6) because the Generations AOR was enforced prepetition as an absolute assignment.

Case 25-30002   Doc 207-2   Filed 10/16/25   Entered 10/16/25 14:48:33   Desc Exhibit 15-19 - RRSB POCs and Affidavits of CBA   Page 142 of 207

Case 25-30002   Claim 1   Filed 09/22/25   Desc Main Document   Page 8 of 8

**Indebtedness:**

The following affidavits explain the loan history in more detail, and they are hereby incorporated by reference here:

- The Affidavit of Charles Aarestad re the Eighth Generations Note filed on September 16, 2025 [ECF No. 165]. As explained therein, on April 17, 2023, the proceeds of the Eighth Generations Note were used to refinance and payoff all outstanding principal of Generations Notes 1-7. Id. at ¶ 13.

- The Affidavit of Charles Aarestad re Generations Notes Nos. 1-7 & No. 9 filed on September 16, 2025 [ECF No. 166]. As explained therein, on April 17, 2023, all accrued unpaid interest on Generations Notes 1-7 was refinanced and paid off by the Ninth Generations Note. Id. ¶ 45.

- The Affidavit of Charles Aarestad re the Mulinda Notes filed on September 17, 2025 [ECF No. 167].

As of January 6, 2025, the outstanding balance of :

| NOTE | BALANCE | PER DIEM INTEREST |
|---|---|---|
| First Generations Note | $0 | $0.00 |
| Second Generations Note | $0 | $0.00 |
| Third Generations Note | $0 | $0.00 |
| Fourth Generations Note | $0 | $0.00 |
| Fifth Generations Note | $0 | $0.00 |
| Sixth Generations Note | $0 | $0.00 |
| Seventh Generations Note | $0 | $0.00 |
| Eighth Generations Note | $8,485,609.34 | $1,482.16 |
| Ninth Generations Note | $580,743.73 | $30.76 |
| **GENERATIONS NOTES TOTAL:** | 0 | |
| | 0 | |
| First Mulinda Note | $1,119,755.69 | $159.14 |
| Second Mulinda Note | $1,610,444.59 | $235.26 |
| Third Mulinda Note | $2,001,781.08 | $294.28 |
| **MULINDA NOTES TOTAL:** | 0 | |
| | 0 | |
| **Total due under the Generations Notes and the Mulinda Notes together with interest accruing from and after January 6, 2025, excluding\* costs and attorneys fees incurred:** | **$13,798,334.43** | $2,201.60 per day |

**\*The Debtor is also obligated to RRSB for all attorneys' fees and costs incurred by RRSB in collecting on the debt due and owing under the Generations Notes and the Mulinda Notes.**

5

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Bankruptcy No.: 25-30002 |
|---|---|
| Generations on 1st, LLC, | Chapter 11 |
| Debtor, Jointly Administered. | |
| Parkside Place, LLC, | Bankruptcy No.: 25-30003 |
| Debtor, Jointly Administered. | Chapter 11 |

## AFFIDAVIT OF CHARLES AARESTAD

### RE: EIGHTH GENERATIONS NOTE

STATE OF MINNESOTA     )
                               ) SS

COUNTY OF NORMAN     )

      I, Charles Aarestad, hereby state and declare as follows:

      1.     I am a Senior Vice President at Red River State Bank ("RRSB" or "Creditor"). I have held my current position since 2011.

      2.     I hold a Bachelor's Degree in Agricultural Economics from North Dakota State University. I have also attended the Graduate School of Banking at the University of Wisconsin-Madison.

      3.     I am personally familiar with the loan history between RRSB and Generations on 1st (the "Debtor" or "Generations").

      4.     I have personally reviewed bank statements, transaction receipts, deposits, and checks associated with several accounts, including without limitation:



EXHIBIT 19
WIT: J Craig
DATE: 9-23-25
Deanna L. Sager

a.  a checking account ending in -4657 at RRSB, also known as the Assignment
of Rents Holding Account (the "RRSB Generations Account");

b.  a checking account ending in -1711 at First Community Credit Union
("FCCU") owned by Craig Development, LLC (the "FCCU Craig
Development Account");

c.  a checking account ending in -4695 at FCCU owned by Craig Properties
LLC ;

d.  a checking account ending in -2258 at Starion Bank owned by non-debtor
affiliate CP Business Management Inc. – Apartments (the "CP Business
Account"); and

e.  a debtor-in-possession checking account ending in -8666 held by the estate
at Starion Bank (the "Generations DIP Account").

With the exception of the accounts for which RRSB is the depository institution, all of the
aforementioned documents were obtained through subpoenas issued in the Debtor's
bankruptcy case.

### History of the Eighth Generations Note

5.      RRSB and Debtor are parties to a Forbearance Agreement dated as of February
17, 2023 (the "Forbearance Agreement"). Prior to execution of the Forbearance Agreement,
RRSB made several loans that were used for the construction of an apartment building in
Watertown, South Dakota known as "Generations on 1st" (the "GO1 Real Property").

6.      In connection with the forbearance, RRSB agreed to permit a total of 11 existing
construction loans (the "Old Loans") to be refinanced by Loan No. 51676, which is
memorialized in that certain Promissory Note dated April 17, 2023, for the original principal

2

sum of $8,100,000.00 ("Eighth Generations Note"). The maturity date of the Eighth

Generations Note is December 1, 2026. A true and correct copy of the Eighth Generations

Note is attached as **Exhibit A** and incorporated by reference.

       7.      Pursuant to the Eighth Generations Note, interest accrues on the unpaid

principal balance at a rate of 6.750% per annum and the Debtor's repayment obligation was as

follows:

         a.      Forty-three (43) monthly consecutive principal and interest payments of
$55,830.18 from May 15, 2023 through November 15, 2026; and

         b.      One (1) final principal and interest payment on December 1, 2026,
comprised of all principal and accrued interest not yet paid, a sum
estimated to be $7,624,288.42 if all payments were made exactly as
scheduled.

       8.      The Loan Disbursement Request and Authorization contemporaneously

executed by Debtor ("Eighth Generations DRA"), confirms that proceeds of the Eighth

Generations Note were applied to the 11 existing loans listed therein:

SPECIFIC PURPOSE. The specific purpose of this loan is: Refinance Construction Loan.

DISBURSEMENT INSTRUCTIONS. Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $8,100,000.00 as follows:

| Amount paid on Borrower's account: | $8,100,000.00 |
|---|---|
| $46,418.19 Payment on Loan # 40869 | |
| $142,789.38 Payment on Loan # 40881 | |
| $57,880.80 Payment on Loan # 40910 | |
| $1,565,200.00 Payment on Loan # 41121 | |
| $2,976,430.98 Payment on Loan # 51404 | |
| $1,094,025.15 Payment on Loan # 51425 | |
| $424,259.84 Payment on Loan # 51437 | |
| $843,168.59 Payment on Loan # 51449 | |
| $653,729.65 Payment on Loan # 51471 | |
| $274,043.60 Payment on Loan # 51488 | |
| $22,053.82 Payment on Loan # 41206 | |
| **Note Principal:** | $8,100,000.00 |

A true and correct copy of the Eighth Generations DRA is attached as **Exhibit B** and

incorporated by reference, and an excerpt has been reproduced above for reference.

       9.      Three of the existing loans were issued by RRSB to Craig Holdings, LLC to

purchase land for the GO1 Real Property (collectively, the "Lot Loans"). First, RRSB made

3

Loan No. 40869 (the "First Lot Loan") to Craig Holdings LLC on July 6, 2020 to finance the

purchase of a lot located at 110 1st St SW, Watertown, South Dakota. Loan proceeds in the

amount of $57,000 were remitted by RRSB to First Dakota Title – Watertown by delivery of

Cashier's Check No. 200757. True and correct copies of a Loan Disbursement Request and

Authorization (a "DRA"), a Debit Ticket dated July 6, 2020, and a Cashier's Check that

confirm disbursement of the proceeds of Loan 40869 for the benefit of the Debtor are attached

hereto as **Exhibit C-1** and incorporated herein by reference. For ease of reference, an excerpt

of the relevant portion of the DRA for the First Lot Loan is set forth below:

SPECIFIC PURPOSE. The specific purpose of this loan is: PURCHASE RENTAL PROPERTY 110 1ST ST SW WATERTOWN.

FLOOD INSURANCE. As reflected on Flood Map No. 46029C0338D dated 01-16-2009, for the community of Watertown, City of, some of the property that will secure the loan is not located in an area that has been identified by the Administrator of the Federal Emergency Management Agency as an area having special flood hazards. Therefore, although flood insurance may be available for the property, no special flood hazard insurance protecting property not located in an area having special flood hazards is required by law for this loan at this time.

DISBURSEMENT INSTRUCTIONS. Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $57,000.00 as follows:

| | |
|---|---|
| Amount paid to others on Borrower's behalf: | $57,000.00 |
| $57,000.00 to CASHIER'S CHECK TO FIRST DAKOTA TITLE – WATERTOWN | |
| Note Principal: | $57,000.00 |

CHARGES PAID IN CASH. Borrower has paid or will pay in cash as agreed the following charges:

| | |
|---|---|
| Prepaid Finance Charges Paid in Cash: | $570.00 |
| $494.30  Loan Documentation Fee | |
| $65.00  Laser Pro Loan Document Fee | |
| $10.70  Credit Report | |
| Total Charges Paid in Cash: | $570.00 |

10.    RRSB made a second loan, Loan No. 40881 (the "Second Lot Loan"), to Craig

Holdings LLC on July 30, 2020 to finance the purchase of a lot located at 26 1st Ave SW,

Watertown, South Dakota. The original principal amount of the Second Lot Loan was

$155,150. Loan proceeds in the amount of $154,000 were remitted to First Dakota Title –

Watertown by a wire transfer.  True and correct copies of the DRA and wire transfer records

for the Second Lot Loan, both of which confirm disbursement of the proceeds of Loan 40881

for the benefit of the Debtor, are attached hereto as **Exhibit C-2** and incorporated herein by

Case 25-30002  Doc 207-2  Filed 10/16/25  Entered 10/16/25 14:48:33  Desc Exhibit
Case 25-30002 - RRSB POCs and Affidavits of CBA 09/06/2025 147 of 207  Desc Main
15-19 - BOS Bob POCs and Affidavits of CBA
Document  Page 5 of 12

reference. For ease of reference, an excerpt of the relevant portion of the DRA for the Second

Lot Loan is set forth below:

SPECIFIC PURPOSE. The specific purpose of this loan is: Purchase 26 1st Ave SW Watertown SD 57201.

FLOOD INSURANCE. As reflected on Flood Map No. 46029C0338D dated 01-18-2009, for the community of WATERTOWN, CITY OF, the property that will secure the loan is not located in an area that has been identified by the Administrator of the Federal Emergency Management Agency as an area having special flood hazards. Therefore, although flood insurance may be available for the property, no special flood hazard insurance protecting property not located in an area having special flood hazards is required by law for this loan at this time.

DISBURSEMENT INSTRUCTIONS. Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $155,150.00 as follows:

| | |
|---|---|
| Amount paid to others on Borrower's behalf: $154,000.00 to FIRST DAKOTA TITLE - WATERTOWN | $154,000.00 |
| Total Financed Prepaid Finance Charges: $1,150.00  Loan Documentation Fee | $1,150.00 |
| Note Principal: | $155,150.00 |

11.     RRSB made a third loan, Loan No. 40910 (the "Third Lot Loan"), to Craig

Holdings LLC on September 30, 2020 to finance the purchase of a lot located at 114 1st St.

SW, Watertown, South Dakota. The original principal amount of the Third Lot Loan was

$72,450. Loan proceeds in the amount of $71,906.62 were remitted to First Dakota Title –

Watertown. True and correct copies of a DRA and a Debit Ticket dated September 30, 2020,

both of which confirm disbursement of the proceeds of Loan 40910 for the benefit of the

Debtor, are attached hereto as **Exhibit C-3** and incorporated herein by reference. For ease of

reference, an excerpt of the relevant portion of the DRA for the Third Lot Loan is set forth

below:

SPECIFIC PURPOSE. The specific purpose of this loan is: PURCHASE 114 1ST SW WATERTOWN SD 57201.

FLOOD INSURANCE. Some of the property that will secure the loan is not located in an area that has been identified by the Administrator of the Federal Emergency Management Agency as an area having special flood hazards. Therefore, although flood insurance may be available for the property, no special flood hazard insurance protecting property not located in an area having special flood hazards is required by law for this loan at this time.

DISBURSEMENT INSTRUCTIONS. Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $72,450.00 as follows:

| | |
|---|---|
| Amount paid to others on Borrower's behalf: $71,906.62 to Wire to First Dakota Title Watertown | $71,906.62 |
| Total Financed Prepaid Finance Charges: $543.38  Loan Origination Fee | $543.38 |
| Note Principal: | $72,450.00 |

12.     Eight other existing loans were refinanced by the Eighth Generations Note. These loans are discussed at length in the Affidavit of Charles Aarestad Re: First through Seventh and Ninth Generations Notes and in the Affidavit of Charles Aarestad Re: Mulinda Notes.

13.     To recap, on April 17, 2023, Eighth Generations Note loan proceeds totaling $8,100,000.00 were disbursed and applied to eleven existing loans as follows:

| Loan # | Total Paid to Loan Account |
|---|---|
| First Lot Loan (40869) | $46,418.19 |
| Second Lot Loan (40881) | $142,789.38 |
| Third Lot Loan (40910) | $57,880.80 |
| First Gen Note (41121) | $1,565,200.00 |
| Second Gen Note (51404) | $2,976,430.98 |
| Third Gen. Note (51425) | $1,094,025.15 |
| Fourth Gen Note (51437) | $424,259.84 |
| Fifth Gen Note (51449) | $843,168.59 |
| Sixth Gen Note (51471) | $653,729.65 |
| Seventh Gen Note (51488) | $274,043.60 |
| First Mulinda Note (41206) | $22,053.82 |
| **TOTAL:** | **$8,100,000.00** |

True and correct copies of a Debit Ticket dated April 17, 2023 in the sum of $8,100,000.00, plus credit tickets dated April 17, 2023 confirming application of Eighth Generations Notes

Case 25-30002   Doc 207-2   Filed 10/16/25   Entered 10/16/25 14:48:33   Desc Exhibit
Case 25-30002 - RRSB POCs and Affidavits of CBA 09 Page 149 of 207   Desc Main
15-19 - RRSB POCs and Affidavits of CBA 09 Page 149 of 207
Document     Page 7 of 12

proceeds in the aggregate amount of $8,100,000 to eleven existing loans are attached as

**Exhibit D** and incorporated herein by reference.

### Pre-Petition Payment History of the Eighth Generations Note

14.     Prior to the filing of Debtor's Chapter 11 Petition on January 6, 2025 ("Petition

Date"), eight (8) payments for the Parkside Note were received and applied to the outstanding

balance of the Parkside Note as follows:

| Payment No. | Payment Description | Exhibit Description | Exhibit No. |
|---|---|---|---|
| 1 | Payment of **$55,830.18** was received on May 15, 2023. $41,942.47 was applied to accrued interest and $13,887.71 was applied to principal. | CP Business Account Check No. 4160 in the amount of $55,830.18; and RRSB Credit Ticket dated May 15, 2923, in the sum of $55,830.18. | **E-1, F & G** |
| 2 | Payment of **$55,830.18** was received on June 2, 2023. $26,916.78 was applied to accrued interest and $28,913.40 was applied to principal. | CP Business Account Check No. 4183* in the amount of $78,355.18 and RRSB Loan Credit Slip dated June 2, 2023, in the sum of $55,830.18.  * Check 4183 was divided between the Eighth GO1st and Parkside Notes. *See* Parkside Note Aff., ¶ 14, Row 18 and **Exh H-18**. | **E-2, F & G** |
| 3 | Payment of **$55,830.18** was received on July 10, 2023, and applied to accrued interest. | CP Business Account Check No. 4275* in the amount of $78,355.18; RRSB Loan Credit Slip dated July 10, 2023, in the sum of $58,830.18.  * Check 4275 was divided between the Eighth GO1st and Parkside Notes. *See* Parkside Note Aff., ¶ 14, Row 19 and **Exh. H-19**. | **E-3, F & G** |

| 4 | Payment of **$55,830.18** was received on August 16, 2023, and applied to accrued interest. | CP Business Account Check No. 4308* in the amount of $78,355.18 and RRSB Loan Credit Slip dated August 16, 2023, in the sum of $55,830.18.<br><br>* Check 4308 was divided between the Eighth GO1st and Parkside Notes. *See* Parkside Note Aff., ¶ 14, Row 20 and **Exh. H-20**. | **E-4, F & G** |
| 5 | Payment of **$55,830.18** was received on September 7, 2023. $32,872.54 was applied to accrued interest and $22,957.64 was applied to principal. | CP Business Account Check No. 4368* in the amount of $78,355.18 and RRSB Loan Credit Slip dated September 7, 2023, in the sum of $55,830.18.<br><br>* Check 4368 was divided between the Eighth GO1st and Parkside Notes. *See* Parkside Note Aff., ¶ 14, Row 21 and **Exh. H-21**. | **E-5, F & G** |
| 6 | Payment of **$55,830.18** was received on October 10, 2023. $49,030.88 was applied to accrued interest and $6,799.30 was applied to principal on May 24, 2022. | CP Business Account Check No. 4462* in the amount of $78,355.18 and RRSB Loan Credit Slip dated October 10, 2023, in the sum of $55,830.18.<br><br>* Check 4462 was divided between the Eighth GO1st and Parkside Note. *See* Parkside Note Aff., ¶ 14, Row 22 and **Exh. H-22**. | **E-6, F & G** |
| 7 | Payment of **$55,830.18** was received on November 8, 2023. $43,051.29 was applied to accrued interest and $12,778.89 was applied to principal. | CP Business Account Check No. 4506* in the amount of $78,355.18 and RRSB Loan Credit Slip dated November 7, 2023, in the sum of $55,830.18.<br><br>* Check 4506 was divided between the Eighth GO1st and Parkside Notes. *See* Parkside Note Aff., ¶ 14, Row 23 and **Exh. H-23**. | **E-7, F & G** |

| 8 | Payment of **$195,262.92** was received on December 30, 2024, and applied to accrued interest. | Wire from receiver in the sum of $195,262.92 and RRSB Checking Withdrawal Slip dated December 30, 2024, in the amount of $195,262.92.

Three (3) RRSB Loan Credit Slips, all dated December 30, 2024, and each in the sum of $55,830.00 intended to reflect the monthly payments for Dec 2023-Feb 2024 and one (1) RRSB Loan Credit Slip dated December 30, 2024, in the sum of $22,772.92 intended to reflect a partial payment for March 2024. | **E-8, F & G** |

**Post-Petition Payments on the Eighth Generations Note**

15.      After the Petition Date, pursuant to the Stipulation(s) For Use of Cash Collateral

By and Between Generations on 1st LLC, Parkside Place, LLC, and Red River State Bank (*See*

ECF 44, ECF 54, ECF 69, ECF 91, ECF 140), the following cash collateral payments have

been paid by the Debtor and applied to the outstanding balance of the Eighth Generations Note:

| Payment No. | Payment Description | Exhibit Description | Exhibit No. |
|---|---|---|---|
| 9 | Payment of **$114,592.03** was received on February 4, 2025, and applied to accrued interest. | RRSB General Ledger Slip dated February 4, 2025, in the sum of $114,592.03 and RRSB Loan Credit Slip dated February 4, 2025, in the sum of $114,592.03.

*See also* ECF 54; ¶ 5(iii). | **E-9, F & G** |
| 10 | Payment of **$25,000.00** was received on February 14, 2025, and applied to accrued interest. | Generations DIP Account Check No. 30009 in the amount of $25,000.00; and RRSB Loan Credit Slip dated February 14, 2025, in the sum of $25,000.00. | **E-10, F & G** |
| 11 | Payment of **$35,000.00** was received on March 7, 2025, | Generations DIP Account Check No. 30031 in the amount of $35,000.00; | **E-11, F & G** |

| | | | |
|---|---|---|---|
| | and applied to accrued interest. | and RRSB Loan Credit Slip dated March 7, 2025, in the sum of $35,000.00. | |
| 12 | Payment of **$10,000.00** was received on March 18, 2025, and applied to accrued interest. | Loan Credit slip dated March 18, 2025, and wire transfer from The Verstandig Law Firm, LLC Account ending in -7208 to RRSB in the sum of $10,000.00. | **E-12, F & G** |
| 13 | Payment of **$35,000.00** was received on April 14, 2025, and applied to accrued interest. | Generations DIP Account Check No. 30053 in the amount of $35,000.00; and RRSB Loan Credit Slip dated April 14, 2025, in the sum of $35,000.00. | **E-13, F & G** |
| 14 | Payment of **$35,000.00** was received on May 19, 2025, and applied to accrued interest. | Generations DIP Account Check No. 30074 in the amount of $35,000.00; and RRSB Loan Credit Slip dated May 19, 2025, in the sum of $35,000.00. | **E-14, F & G** |
| 15 | Payment of **$35,000.00** was received on June 13, 2025, and applied to accrued interest. | Generations DIP Account Check No. 30100 in the amount of $35,000.00; and RRSB Loan Credit Slip dated June 13, 2025, in the sum of $35,000.00. | **E-15, F & G** |
| 16 | Payment of **$35,000.00** was received on July 14, 2025, and applied to accrued interest. | Generations DIP Account Check No. 30122 in the amount of $35,000.00; and RRSB Loan Credit Slip dated July 14, 2025, in the sum of $35,000.00. | **E-16, F & G** |

No further payments have been made by the Debtor towards the outstanding balance of the Eighth Generations Note.

16.    As of the Petition Date, the outstanding balance of the Eighth Generations Note was $8,485,609.34.

17.    An Inquiry Statement for the Eighth Generations Note generated by RRSB's computer system is attached as **Exhibit F** and incorporated by reference. The Inquiry Statement does not include a running balance but only identifies advances on the loan, late fees accrued, and application of payments.

18.    For the convenience of the parties and the Court, a printout of an Excel spreadsheet depicting the accrual of interest and late fees pursuant to the Eighth Generations Note and the application of all payments received by RRSB for the Eighth Generations Note is attached as **Exhibit G** and incorporated by reference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this /6 day of September, 2025.

_____

Charles Aarestad

Subscribed and sworn to before me this /6 day of September, 2025.

_____

Notary Public

LORI ANN MOEN
NOTARY PUBLIC - MINNESOTA
My Comm. Exp. Jan. 31, 2029

# PROMISSORY NOTE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Of |
|-----------|-----------|----------|---------|-------------|---------|-----|
| $8,100,000.00 | 04-17-2023 | 12-01-2026 | 51676 | JN | | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** GENERATIONS ON 1ST, LLC (TIN: ███6148)
1405 1ST AVE N
FARGO, ND 58102

**Lender:** Red River State Bank
Halstad
300 2nd Ave West
PO Box 25
Halstad, MN 56548-0025

---

**Principal Amount: $8,100,000.00**                    **Date of Note: April 17, 2023**

**PROMISE TO PAY.** GENERATIONS ON 1ST, LLC ("Borrower") promises to pay to Red River State Bank ("Lender"), or order, in lawful money of the United States of America, the principal amount of Eight Million One Hundred Thousand & 00/100 Dollars ($8,100,000.00), together with interest on the unpaid principal balance from April 17, 2023, until paid in full.

**PAYMENT.** Borrower will pay this loan in accordance with the following payment schedule, which calculates interest on the unpaid principal balances as described in the "INTEREST CALCULATION METHOD" paragraph using the interest rates described in this paragraph: 43 monthly consecutive principal and interest payments of $55,830.18 each, beginning May 15, 2023, with interest calculated on the unpaid principal balances using an interest rate of 6.750% per annum; and one principal and interest payment of $7,624,288.42 on December 1, 2026, with interest calculated on the unpaid principal balances using an interest rate of 6.750% per annum. This estimated final payment is based on the assumption that all payments will be made exactly as scheduled; the actual final payment will be for all principal and accrued interest not yet paid, together with any other unpaid amounts under this Note. Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest; then to principal; then to any late charges; and then to any unpaid collection costs. Any accrued interest not paid when due is added to principal and thereafter will accrue interest as principal.

**INTEREST CALCULATION METHOD.** Interest on this Note is computed on a 365/365 basis; that is, by applying the ratio of the interest rate over the number of days in a year (365 for all years, including leap years), multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. All interest payable under this Note is computed using this method.

**RECEIPT OF PAYMENTS.** All payments must be made in U.S. dollars and must be received by Lender at:

Red River State Bank
Halstad
300 2nd Ave West
PO Box 25
Halstad, MN 56548-0025

All payments must be received by Lender consistent with any written payment instructions provided by Lender. If a payment is made consistent with Lender's payment instructions but received after 2:00 PM CST on a business day, Lender will credit Borrower's payment on the next business day.

**PREPAYMENT.** Borrower may pay without penalty all or a portion of the amount owed earlier than it is due. Early payments will not, unless agreed to by Lender in writing, relieve Borrower of Borrower's obligation to continue to make payments under the payment schedule. Rather, early payments will reduce the principal balance due and may result in Borrower's making fewer payments. Borrower agrees not to send Lender payments marked "paid in full", "without recourse", or similar language. If Borrower sends such a payment, Lender may accept it without losing any of Lender's rights under this Note, and Borrower will remain obligated to pay any further amount owed to Lender. All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to: Red River State Bank, PO Box 25 Halstad, MN 56548.

**LATE CHARGE.** If a payment is 11 days or more late, Borrower will be charged 5.000% of the unpaid portion of the regularly scheduled payment or $7.28, whichever is greater.

**INTEREST AFTER DEFAULT.** Upon default, including failure to pay upon final maturity, the total sum due under this Note will continue to accrue interest at the interest rate under this Note, with the final interest rate described in this Note applying after maturity, or after maturity would have occurred had there been no default. However, in no event will the interest rate exceed the maximum interest rate limitations under applicable law.

**DEFAULT.** Each of the following shall constitute an event of default ("Event of Default") under this Note:

**Payment Default.** Borrower fails to make any payment when due under this Note.

**Other Defaults.** Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Note or in any of the related documents or to comply with or to perform any term, obligation, covenant or condition contained in any other agreement between Lender and Borrower.

**False Statements.** Any warranty, representation or statement made or furnished to Lender by Borrower or on Borrower's behalf, or made by Guarantor, or any other guarantor, endorser, surety, or accommodation party, under this Note or the related documents in connection with the obtaining of the loan evidenced by this Note or any security document directly or indirectly securing repayment of this Note is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

**Death or Insolvency.** The dissolution of Borrower (regardless of whether election to continue is made), any member withdraws from Borrower, or any other termination of Borrower's existence as a going business or the death of any member, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower.

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any collateral securing the loan. This includes a garnishment of any of Borrower's accounts, including deposit accounts, with Lender. However, this Event of Default shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute.

RRSB GO1st 02446

**PROMISSORY NOTE**
**(Continued)**

Loan No: 51676                                                          Page 2

**Execution; Attachment.** Any execution or attachment is levied against the Collateral, and such execution or attachment is not set aside, discharged or stayed within thirty (30) days after the same is levied.

**Change in Zoning or Public Restriction.** Any change in any zoning ordinance or regulation or any other public restriction is enacted, adopted or implemented, that limits or defines the uses which may be made of the Collateral such that the present or intended use of the Collateral, as specified in the related documents, would be in violation of such zoning ordinance or regulation or public restriction, as changed.

**Default Under Other Lien Documents.** A default occurs under any other mortgage, deed of trust or security agreement covering all or any portion of the Collateral.

**Judgment.** Unless adequately covered by insurance in the opinion of Lender, the entry of a final judgment for the payment of money involving more than ten thousand dollars ($10,000.00) against Borrower and the failure by Borrower to discharge the same, or cause it to be discharged, or bonded off to Lender's satisfaction, within thirty (30) days from the date of the order, decree or process under which or pursuant to which such judgment was entered.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any Guarantor, or any other guarantor, endorser, surety, or accommodation party of any of the indebtedness or any Guarantor, or any other guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness evidenced by this Note.

**Adverse Change.** A material adverse change occurs in Borrower's financial condition, or Lender believes the prospect of payment or performance of this Note is impaired.

**Insecurity.** Lender in good faith believes itself insecure.

**LENDER'S RIGHTS.** Upon default, Lender may declare the entire unpaid principal balance under this Note and all accrued unpaid interest immediately due, and then Borrower will pay that amount.

**ATTORNEYS' FEES; EXPENSES.** Lender may hire or pay someone else to help collect this Note if Borrower does not pay. Borrower will pay Lender that amount. This includes, subject to any limits under applicable law, Lender's reasonable attorneys' fees and Lender's legal expenses, whether or not there is a lawsuit, including reasonable attorneys' fees, expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), and appeals. If not prohibited by applicable law, Borrower also will pay any court costs, in addition to all other sums provided by law.

**JURY WAIVER.** Lender and Borrower hereby waive the right to any jury trial in any action, proceeding, or counterclaim brought by either Lender or Borrower against the other.

**GOVERNING LAW.** This Note will be governed by federal law applicable to Lender and, to the extent not preempted by federal law, the laws of the State of Minnesota without regard to its conflicts of law provisions. This Note has been accepted by Lender in the State of Minnesota.

**CHOICE OF VENUE.** If there is a lawsuit, Borrower agrees upon Lender's request to submit to the jurisdiction of the courts of Norman County, State of Minnesota.

**DISHONORED ITEM FEE.** Borrower will pay a fee to Lender of $28.00 if Borrower makes a payment on Borrower's loan and the check or preauthorized charge with which Borrower pays is later dishonored.

**RIGHT OF SETOFF.** To the extent permitted by applicable law, Lender reserves a right of setoff in all Borrower's accounts with Lender (whether checking, savings, or some other account). This includes all accounts Borrower holds jointly with someone else and all accounts Borrower may open in the future. However, this does not include any IRA or Keogh accounts, or any trust accounts for which setoff would be prohibited by law. Borrower authorizes Lender, to the extent permitted by applicable law, to charge or setoff all sums owing on the indebtedness against any and all such accounts, and, at Lender's option, to administratively freeze all such accounts to allow Lender to protect Lender's charge and setoff rights provided in this paragraph.

**COLLATERAL.** Borrower acknowledges this Note is secured by (A) a Mortgage executed by Generations on 1st, LLC in favor of Red River State Bank dated 03/15/2021 with legal description of Parcel # 9582, 9583, & 9580:
Parcel I:
Lot 1 of Ohtness' Subdivision of Lots 12, 13, and 14 in Block 17 of Watertown, Codington County, South Dakota, according to the recorded plat thereof.
Parcel II:
Lot 2 of Ohtness' Subdivision of Lots 12, 13, and 14 in Block 17 of Watertown, AND the North 30 feet of the East 70 feet of Lot 11 in Block 17 of Watertown (commonly referred to as being in the original Plat), Codington County, South Dakota, according to the recorded plat thereof.
Parcel III:
Lot 3 of Ohtness' Subdivision of Lots 12, 13, and 14 in Block 17 of Watertown (commonly referred to as being the Original Plat), Codington County, South Dakota, according to the recorded plat thereof.
Parcel IV:
Lot 4 of Ohtness' Subdivision of Lots 12, 13, and 14 in Block 17 of Watertown (commonly referred to as being the Original Plat), Codington County, South Dakota, according to the recorded plat thereof.
Parcel V:
Lot 11, except the North 30 Feet of the East 70 Feet thereof, in Block 17, of the plat Entitled: "Watertown" Codington County, South Dakota, according to the recorded plat thereof

AND

(B) a Mortgage executed by Craig Holdings, LLC in favor of Red River State Bank dated 10/14/2021 with legal description of: GENERATIONS ON 1ST ADDITION TO THE CITY OF WATERTOWN, CODINGTON COUNTY, SOUTH DAKOTA

AND

(C) a Mortgage executed by Generations on 1st, LLC in favor of Red River State Bank dated 03/15/2021 with legal description of: GENERATIONS ON 1ST ADDITION TO THE CITY OF WATERTOWN, CODINGTON COUNTY, SOUTH DAKOTA

AND

(D) a Mortgage executed by Generations on 1st, LLC in favor of Red River State Bank dated 04/17/2023 with legal description of: GENERATIONS ON 1ST ADDITION TO THE CITY OF WATERTOWN, CODINGTON COUNTY, SOUTH DAKOTA

**FINANCIAL STATEMENTS.** Borrower agrees to provide Lender with such financial statements and other related information at such frequencies and in such detail as Lender may reasonably request.

RRSB GO1st 02447

**PROMISSORY NOTE**
(Continued)

Loan No: 51676                                                                      Page 3

**SUCCESSOR INTERESTS.** The terms of this Note shall be binding upon Borrower, and upon Borrower's heirs, personal representatives, successors and assigns, and shall inure to the benefit of Lender and its successors and assigns.

**NOTIFY US OF INACCURATE INFORMATION WE REPORT TO CONSUMER REPORTING AGENCIES.** Borrower may notify Lender if Lender reports any inaccurate information about Borrower's account(s) to a consumer reporting agency. Borrower's written notice describing the specific inaccuracy(ies) should be sent to Lender at the following address: Red River State Bank PO Box 25 Halstad, MN 56548.

**GENERAL PROVISIONS.** If any part of this Note cannot be enforced, this fact will not affect the rest of the Note. Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. In addition, Lender shall have all the rights and remedies provided in the related documents or available at law, in equity, or otherwise. Except as may be prohibited by applicable law, all of Lender's rights and remedies shall be cumulative and may be exercised singularly or concurrently. Election by Lender to pursue any remedy shall not exclude pursuit of any other remedy, and an election to make expenditures or to take action to perform an obligation of Borrower shall not affect Lender's right to declare a default and to exercise its rights and remedies. Borrower and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

**SECTION DISCLOSURE.** To the extent not preempted by federal law, this loan is made under Minnesota Statutes, Section 47.59.

PRIOR TO SIGNING THIS NOTE, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS NOTE. BORROWER AGREES TO THE TERMS OF THE NOTE.

BORROWER ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE.

BORROWER:

GENERATIONS ON 1ST, LLC

By: _____
    JESSE ROBERT CRAIG, MANAGING MEMBER of
    GENERATIONS ON 1ST, LLC

LENDER:

RED RIVER STATE BANK

X_____
    CHARLES AARESTAD, Executive Vice President

LaserPro, Ver. 22.4.0.058 Copr. Finastra USA Corporation 1997, 2023. All Rights Reserved. - MN C:\HARLAND\CFI\LPL\D20.FC TR-6115 PR-57

RRSB GO1st 02448

# DISBURSEMENT AND AUTHORIZATION

EXHIBIT

B

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | |
|-----------|-----------|----------|---------|-------------|---------|---|
| $8,100,000.00 | 04-17-2023 | 12-01-2026 | 51676 | JN | | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** GENERATIONS ON 1ST, LLC (TIN: ▓▓6148)
1405 1ST AVE N
FARGO, ND 58102

**Lender:** Red River State Bank
Halstad
300 2nd Ave West
PO Box 25
Halstad, MN 56548-0025

**LOAN TYPE.** This is a Fixed Rate (6.750%) Nondisclosable Loan to a Limited Liability Company for $8,100,000.00 due on December 1, 2026.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is: Refinance Construction Loan.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $8,100,000.00 as follows:

| | |
|---|---|
| Amount paid on Borrower's account: | $8,100,000.00 |
| $46,418.19 Payment on Loan # 40869 | |
| $142,789.38 Payment on Loan # 40881 | |
| $57,880.80 Payment on Loan # 40910 | |
| $1,565,200.00 Payment on Loan # 41121 | |
| $2,976,430.98 Payment on Loan # 51404 | |
| $1,094,025.15 Payment on Loan # 51425 | |
| $424,259.84 Payment on Loan # 51437 | |
| $843,168.59 Payment on Loan # 51449 | |
| $653,729.65 Payment on Loan # 51471 | |
| $274,043.60 Payment on Loan # 51488 | |
| $22,053.82 Payment on Loan # 41206 | |
| Note Principal: | $8,100,000.00 |

**NOTICE OF RIGHT TO DISCONTINUE ESCROW.** If Borrower's mortgage loan involves an escrow account for taxes and homeowner's insurance, Borrower may have the right in five years to discontinue the account and pay Borrower's own taxes and homeowner's insurance. IF Borrower is eligible to discontinue the escrow account, Borrower will be notified in five years.

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED APRIL 17, 2023.

**BORROWER:**

GENERATIONS ON 1ST, LLC

By: _____
JESSE ROBERT CRAIG, MANAGING MEMBER of
GENERATIONS ON 1ST, LLC

LaserPro, Ver. 22.4.0.056 Copr. Finastra USA Corporation 1997, 2023.   All Rights Reserved.   - MN  C:\HARLAND\CFI\LPL\I20.FC  TR-6115  PR-57

Case 25-30002   Doc 207-2   Filed 10/16/25   Entered 10/16/25 14:48:33   Desc Exhibit
15-19 - RRSB POCs and Affidavits of CRA   Page 159 of 207

Case 25-30002   Doc 199-3   Filed 09/16/25   Entered 09/16/25 12:27:58   Desc
Exhibits A-G   Page 5 of 53

## DISBURSEMENT REQUEST AND AUTHORIZATION

**EXHIBIT C-1**

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | |
|---|---|---|---|---|---|---|
| $57,000.00 | 07-06-2020 | 07-15-2025 | 40869 | JN | | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** Craig Holdings LLC (TIN:    3536)
1405 1ST AVE N
FARGO, ND 58102

**Lender:** Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN 56540

---

**LOAN TYPE.** This is a Fixed Rate (4.500%) Nondisclosure Loan to a Limited Liability Company for $57,000.00 due on July 15, 2025.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is: PURCHASE RENTAL PROPERTY 110 1ST ST SW WATERTOWN.

**FLOOD INSURANCE.** As reflected on Flood Map No. 46029C0338D dated 01-16-2009, for the community of Watertown, City of, some of the property that will secure the loan is not located in an area that has been identified by the Administrator of the Federal Emergency Management Agency as an area having special flood hazards. Therefore, although flood insurance may be available for the property, no special flood hazard insurance protecting property not located in an area having special flood hazards is required by law for this loan at this time.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $57,000.00 as follows:

|  |  |
|---|---|
| Amount paid to others on Borrower's behalf: | $57,000.00 |
| $57,000.00 to CASHIER'S CHECK TO FIRST DAKOTA TITLE - WATERTOWN | |
| Note Principal: | $57,000.00 |

**CHARGES PAID IN CASH.** Borrower has paid or will pay in cash as agreed the following charges:

|  |  |
|---|---|
| Prepaid Finance Charges Paid in Cash: | $570.00 |
| $494.30  Loan Documentation Fee | |
| $65.00  Laser Pro Loan Document Fee | |
| $10.70  Credit Report | |
| Total Charges Paid in Cash: | $570.00 |

**NOTICE OF RIGHT TO DISCONTINUE ESCROW.** If Borrower's mortgage loan involves an escrow account for taxes and homeowner's insurance, Borrower may have the right in five years to discontinue the account and pay Borrower's own taxes and homeowner's insurance. IF Borrower is eligible to discontinue the escrow account, Borrower will be notified in five years.

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED JULY 6, 2020.

**BORROWER:**

**CRAIG HOLDINGS LLC**

By: _____
JESSE ROBERT CRAIG, Member of Craig Holdings LLC

LaserPro, Ver. 20.1.40.003  Copr. Finastra USA Corporation 1997, 2020.  All Rights Reserved.  - MN  C:\HARLAND\CFI\PL\I20.FC  TR-4693  PR-5

CUSTOMER NAME

CUSTOMER NUMBER          NOTE NUMBER

REV PRIN PAYMENT:        76

REBATE INTEREST:         82
REBATE INSURANCE:        64

DB INT ADJUSTMENT:       80
PLUS YEAR TO DATE:        2
ADD LATE CHARGE:         94

DESCRIPTION:

DATE:                           **DEBIT TICKET**
  BACK DATE
NEW LOAN:                34

RENEWAL LOAN:            70

DEBIT TO FINAL:          66
     (Advance)
ESCROW:                  86

**TOTAL  $**

## CASHIER'S CHECK - CUSTOMER COPY

BMH          July 06, 2020                    **200757**

Purchaser:                                    **$57,000.00**

Craig Holdings LLC-Loan Proceeds

NON NEGOTIABLE

PAY TO THE ORDER OF:

First Dakota Title - Watertown

Notice to Customer
If this check is lost, destroyed, or stolen, the bank
will not accept a replacement request on the check
until 90 days after the issue date and then only with
the issuance of a "Declaration of Loss" certification.

EXHIBIT
C-2

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $155,150.00 | 07-30-2020 | 08-15-2025 | 40881 | JN | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** CRAIG HOLDINGS LLC (TIN: [redacted]3536)
1405 1ST AVE N
FARGO, ND 58102

**Lender:** Red River State Bank
Fertile
114 N Mill St
PO Box 98
Fertile, MN 56540

---

LOAN TYPE. This is a Fixed Rate (4.500%) Nondisclosable Loan to a Limited Liability Company for $155,150.00 due on August 15, 2025.

PRIMARY PURPOSE OF LOAN. The primary purpose of this loan is for:

- ☐ Maintenance of Borrower's Primary Residence.
- ☐ Personal, Family or Household Purposes or Personal Investment.
- ☐ Agricultural Purposes.
- ☒ Business Purposes.

SPECIFIC PURPOSE. The specific purpose of this loan is: Purchase 26 1st Ave SW Watertown SD 57201.

FLOOD INSURANCE. As reflected on Flood Map No. 46029C0338D dated 01-16-2009, for the community of WATERTOWN, CITY OF, the property that will secure the loan is not located in an area that has been identified by the Administrator of the Federal Emergency Management Agency as an area having special flood hazards. Therefore, although flood insurance may be available for the property, no special flood hazard insurance protecting property not located in an area having special flood hazards is required by law for this loan at this time.

DISBURSEMENT INSTRUCTIONS. Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $155,150.00 as follows:

| | |
|---|---|
| Amount paid to others on Borrower's behalf:<br>$154,000.00 to FIRST DAKOTA TITLE - WATERTOWN | $154,000.00 |
| Total Financed Prepaid Finance Charges:<br>$1,150.00 Loan Documentation Fee | $1,150.00 |
| Note Principal: | $155,150.00 |

NOTICE OF RIGHT TO DISCONTINUE ESCROW. If Borrower's mortgage loan involves an escrow account for taxes and homeowner's insurance, Borrower may have the right in five years to discontinue the account and pay Borrower's own taxes and homeowner's insurance. IF Borrower is eligible to discontinue the escrow account, Borrower will be notified in five years.

FINANCIAL CONDITION. BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED JULY 30, 2020.

BORROWER:

CRAIG HOLDINGS LLC

By: member
JESSE ROBERT CRAIG, Member of CRAIG HOLDINGS LLC

LaserPro, Ver. 20.1.40.055 Copr. Finastra USA Corporation 1997, 2020 All Rights Reserved. - MN C:\HARLAND\CFI\LPL\I20.FC TR-4906 PR-57

× × × Communication Result Report ( Jul. 30. 2020 10:52AM ) × × ×

1)
2) RED RIVER STATE BANK FERTILE

Date/Time: Jul. 30. 2020 10:52AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 0382 | Memory TX | RRSB Halstad | P. 2 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection
E. 6) Destination does not support IP-Fax

## WIRE TRANSFER ORDER

Date 7/30/2020
Sender ABA # 091006109
Bank Name Red River State Bank
☑ Customer
☐ Non Customer – Check with List Below

ORIGINATOR INFORMATION

Name Craig Holdings LLC
Street Address 1405 1st Ave N
City, State, Zip Fargo ND 58102
Account Number 49881
Verified Collected Funds in Account ____ (initials) ____ (initials)

WIRE THROUGH

Bank Name Great Western Bank
ABA Number ▮
Dollar Amount $154,000.00

BENEFICIARY INFORMATION

For Credit To First Dakota Title Watertown
Street Address 100 Ninth Broadway
City, State, Zip Watertown SD 57201
Account Number ▮
For Further Credit To ____
Account Number Please Reference ▮
☐ OFAC Verified - by UIB

☐ IN PERSON REQUEST  ☐ Known Customer  ☐ Identity Verified          ☐ Internal Business Purpose
Verified Wire Transfer agreement on file  Yes / No    Initial ____
CUSTOMER SIGNATURE ____

☑ NOT IN-PERSON REQUEST
Request received  ☐ Telephone (Initial) ____  ☑ Email Request (attached)  ☐ Fax request (attached)  ☐ Mail request (attached)
Call Back Verification details:
Date: 7/30/2020    Time: 10:34am    Who performed callback: ____
Customer/Authorized Rep spoke with: Michael ____
☐ Identity verified  ☐ Authority verified
Phone Number called to verify  605-886-5139
If not from source funds, who is rightful agreement on file?    Yes / No

| Wire Transfer Amount | US $ | 154,000.00 | EBA OK? | SOURCE OF FUNDS |
| Wire Transfer Fee | $ | 12.00 | Initials | ☐ Cash  ☐ Check  ☐ Deposit Acct  ☑ Loan |

TELLER SIGNATURE
APPROVED BY OFFICER ____
(Attach any supporting documents on reverse side.)



**CREDIT** GENERAL LEDGER

MCM 5003 (R 7/18)

DATE 7/30/2020

ACCOUNT NAME UBB

APPROVED BY MP

DESCRIPTION / REMARKS

AMOUNT

Loan Proceeds Craig Holdings LLC    154,000 00

Account Number    Tran Code

$   154000.00

100107020 7/30/2020    $154000.00
020111000080 TC 0



**CREDIT** GENERAL LEDGER

MCM 5003 (R 7/18)

DATE 7/30/2020

ACCOUNT NAME Commercial Loan Fees

APPROVED BY MP

DESCRIPTION / REMARKS

AMOUNT

Doc fee Craig Holdings Loan # 40881    1150 00

Account Number    Tran Code

$   1150.00

200517030 7/30/2020    $1150.00
020111000090 TC 0

| CUSTOMER NAME Craig Holdings LLC | DATE: 7/30/2020 | **DEBIT TICKET** |
|---|---|---|
| CUSTOMER NUMBER    NOTE NUMBER | BACK DATE | |
| 40881 | | |
| REV PRIN PAYMENT:    76 | NEW LOAN: | 34  155,150 00 |
| REBATE INTEREST:    82 | RENEWAL LOAN: | 70 |
| REBATE INSURANCE:    84 | DEBIT TO FINAL: | 66 |
| | (Advance) | |
| DB INT ADJUSTMENT:    80 | ESCROW: | 86 |
| PLUS YEAR TO DATE:    2 | | |
| ADD LATE CHARGE:    94 | | |
| DESCRIPTION: | TOTAL $ | 155150.00 |

0 7/30/2020    $155150.00
020111000100 TC 0

C-2

## DISBURSEMENT REQUEST AND AUTHORIZATION

**EXHIBIT**

**C-3**

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | |
|-----------|-----------|----------|---------|-------------|---------|---|
| $72,450.00 | 09-30-2020 | 09-30-2025 | 40910 | JN | | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

Borrower:   CRAIG HOLDINGS LLC (TIN: ▩▩3536)          Lender:   Red River State Bank
1405 1ST AVE N                                                  Fertile
FARGO, ND  58102                                                114 N Mill St
                                                               PO Box 98
                                                               Fertile, MN  56540

**LOAN TYPE.** This is a Fixed Rate (4.500%) Nondisclosable Loan to a Limited Liability Company for $72,450.00 due on September 30, 2025.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Maintenance of Borrower's Primary Residence.

☐ Personal, Family or Household Purposes or Personal Investment.

☐ Agricultural Purposes.

☒ Business Purposes.

**SPECIFIC PURPOSE.** The specific purpose of this loan is: PURCHASE 114 1ST SW WATERTOWN SD 57201.

**FLOOD INSURANCE.** Some of the property that will secure the loan is not located in an area that has been identified by the Administrator of the Federal Emergency Management Agency as an area having special flood hazards. Therefore, although flood insurance may be available for the property, no special flood hazard insurance protecting property not located in an area having special flood hazards is required by law for this loan at this time.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $72,450.00 as follows:

| | |
|---|---|
| Amount paid to others on Borrower's behalf:<br>$71,906.62 to Wire to First Dakota Title Watertown | $71,906.62 |
| Total Financed Prepaid Finance Charges:<br>$543.38  Loan Origination Fee | $543.38 |
| Note Principal: | $72,450.00 |

**NOTICE OF RIGHT TO DISCONTINUE ESCROW.** If Borrower's mortgage loan involves an escrow account for taxes and homeowner's insurance, Borrower may have the right in five years to discontinue the account and pay Borrower's own taxes and homeowner's insurance. IF Borrower is eligible to discontinue the escrow account, Borrower will be notified in five years.

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED SEPTEMBER 30, 2020.

BORROWER:

CRAIG HOLDINGS LLC

By: _____
JESSE  ROBERT  CRAIG,  Member  of  CRAIG
HOLDINGS LLC

LaserPro, Ver. 20.1.40.065  Copr. Finastra USA Corporation 1997, 2020.  All Rights Reserved.  - MN  C:\HARLAND\CFI\LPL\I20.FC  TR-4583  PR-5

FIRST DAKOTA TITLE - WATERTOWN  •  GREAT WESTERN BANK • ESCROW ACCOUNT • 168 NORTH BROADWAY • WATERTOWN, SD 57201

27541
**27541**

**DATE:** 9/30/2020                                        **FILE:** SD20303627                  **CHECK AMOUNT:** $543.38
**BUYER/SELLER: Craig Holdings, LLC/Larry M. Bjerke and Lucy A. Bjerke**          **SETTLEMENT DATE:** 9/30/2020
**PROPERTY ADDRESS:** 114 1st Street Southwest, Watertown, SD  57201
**PAYEE:** Red River State Bank

9/30/2020: Our origination charge $543.38                                                         $543.38

CUSTOMER NAME

CUSTOMER NUMBER      NOTE NUMBER

REV PRIN PAYMENT:     76

REBATE INTEREST:     82
REBATE INSURANCE:    64

DB INT ADJUSTMENT:    80
PLUS YEAR TO DATE:    2
ADD LATE CHARGE:    94

DESCRIPTION:

DATE:         **DEBIT TICKET**
  BACK DATE
NEW LOAN:      34

RENEWAL LOAN:   70

DEBIT TO FINAL:   66
   (Advance)
ESCROW:       86

**TOTAL $**

## Outgoing Domestic

Account Number: 2501534

Transaction Date: 9/30/2020

| Business Function - {3600} | CTR | | Type/SubType - {1510} | 1000 |
| Amount - {2000} | $72,450.00 ✓ | | | |
| Paid With Cash | ☐ | | | |
| Receiver Bank - {3400} | | | | |
| ABA | 091408734 | | Bank Name | Great Western Bank |

Originating Bank - {5100}

| Id Code | DDA Account Number |
| Identifier | 2501534 |
| Name | Red River State Bank Halstad |
| Address 1 | |
| Address 2 | |
| Address 3 | |

Originator - {5000}

| Id Code | Federal Routing Number |
| Identifier | ▓▓▓▓▓ |
| Name | CRAIG HOLDINGS LLC |
| Address 1 | 1405 1ST AVE N |
| Address 2 | FARGO ND 58102 |
| Address 3 | |

Beneficiary - {4200}

| Id Code | DDA Account Number |
| Identifier | ▓▓▓▓ ✓ |
| Name | FIRST DAKOTA TITLE - WATERTOWN |
| Address 1 | 168 NORTH BROADWAY |
| Address 2 | WATERTOWN SD 57201 |
| Address 3 | |
| Beneficiary Info - {6400} | FOR FURTHER CREDIT TO: SD 20303627 CRAIG HOLDINGS LLC 114 1ST SOUTHWEST WATERTOWN, SD 57201 |

File Attachments No Attachments

Transaction Description CRAIG HOLDINGS LLC
Notes

**No OFAC Violation**

| Created By | KasiBakk14 |
| Date Created | 9/30/2020 11:01:08 AM |
| | Awaiting Verification |

First Viewed By   KasiBakk14
Date First Viewed 9/30/2020 10:58:42 AM
Last Viewed By   KasiBakk14
Date Last Viewed 9/30/2020 11:01:16 AM

Sep. 30. 2020 Case 25-30002 - RRSB R... Doc. 207-2 Filed 10/16/25 Desc 1

# WIRE TRANSFER ORDER

| | |
|---|---|
| Date | 9/30/2020 |
| Sender ABA # | 091205199 |
| Bank Name | Red River State Bank |

☑ Customer
☐ Non-Customer -- Check with Lori DeLong

## ORIGINATOR INFORMATION

Name   Craig Holdings LLC

Street Address   1405 1st Ave N

City, State, Zip   Fargo ND 58102

Account Number   ▮

Verified Collected Funds in Account   (initials)   KK   (initials)

## WIRE THROUGH

Bank Name   Great Western Bank

ABA Number   ▮

Dollar Amount   $72,450.00

## BENEFICIARY INFORMATION

For Credit To   First Dakota Title - Watertown

Street Address   168 North Broadway

City, State, Zip   Watertown SD 57201

Account Number   ▮

For Further Credit To

Account Number   ▮   Craig Holdings LLC

☑ OFAC Verified - by UBB

☐ IN-PERSON REQUEST:   ☐ Known Customer   ☐ Identity Verified        ☐ Internal Business Purpose

Verified Wire Transfer agreement on file: Yes / No   Initial: _____

## CUSTOMER SIGNATURE

☑ NOT IN- PERSON REQUEST:

Request received: ☐ Telephone (Initial: _____)   ☑ Email Request (attached)   ☐ Fax request (attached)   ☐ Mail request (attached)

*Call Back Verfioation details:*
Date: 9/30/2020   Time: 10:30am   Who performed callback: Minth Peterson

Customer/Authorized Rep spoke with: Michual Lenards   First Dakota Title

☒ Identity verified   ☐ Authority verified

Phone Number called to verify: _____

If no loan source funds, wire transfer agreement on file?        Yes / No

| | | | SOURCE OF FUNDS |
|---|---|---|---|
| Wire Transfer Amount | US $ | 72,450.00 | ☐ Cash |
| | | | ☐ Check |
| Wire Transfer Fee | $ | 12.00 | ☐ Deposit Acct |
| | | | ☑ Loan |

EBA OK?
KK Initials

TELLER SIGNATURE   payton larson   KK

APPROVED BY OFFICER

(Attach any supporting documents on reverse side.)

Revised: 9/30/2020

EXHIBIT

**D**

CUSTOMER NAME Generations on 1ᵗ LLC    DATE: 4/17/23    **DEBIT TICKET**

| | | | |
|---|---|---|---|
| CUSTOMER NUMBER | NOTE NUMBER | BACK DATE | |
| | 51676 | | |
| REV PRIN PAYMENT: | 76 | NEW LOAN: | (34) |
| | | RENEWAL LOAN: | 70 |
| REBATE INTEREST: | 82 | | |
| REBATE INSURANCE: | 64 | DEBIT TO FINAL: | 66 |
| | | (Advance) | |
| DB INT ADJUSTMENT: | 80 | ESCROW: | 86 |
| PLUS YEAR TO DATE: | 2 | | |
| ADD LATE CHARGE: | 94 | | |

DESCRIPTION:

**TOTAL  $**    81 00 00 0.00

CUSTOMER NAME Craig Hol.

CUSTOMER NUMBER        NOTE NUMBER
                       40869

DATE: 4|17|23        **CREDIT TICKET**

BACK DATE

| | | |
|---|---|---|
| REBATE INTEREST: | 82 < | > |
| REBATE INSURANCE: | C/L 64 < | > |
| REBATE INSURANCE: | AH 78 < | > |
| CREDIT TO FINAL: | 92 | |
| EXTENSION DATE: | 38 | |
| FEE: | 90 | |
| CR INT ADJUSTMENT: | 84 | |
| MINUS YEAR TO DATE: | 4 | |
| INSURANCE PAYMENT: | 88 | |

PAY OFF:                36
PRINCIPAL PAYMENT:      46

INTEREST PAYMENT:       50
LATE CHARGE:            58
ESCROW:                 72

DESCRIPTION:

**TOTAL $**        46418.19

CUSTOMER NAME Craig Hol

CUSTOMER NUMBER    NOTE NUMBER
                   40881

| | | |
|---|---|---|
| REBATE INTEREST: | 82 < | > |
| REBATE INSURANCE: | C/L 64 < | > |
| REBATE INSURANCE: | AH 78 < | > |
| CREDIT TO FINAL: | 92 | |
| EXTENSION DATE: | 38 | |
| FEE: | 90 | |
| CR INT ADJUSTMENT: | 84 | |
| MINUS YEAR TO DATE: | 4 | |
| INSURANCE PAYMENT: | 88 | |

DESCRIPTION:

DATE: 4/17/23        **CREDIT TICKET**

BACK DATE

| | |
|---|---|
| PAY OFF: | 36 |
| PRINCIPAL PAYMENT: | (46) |
| INTEREST PAYMENT: | 50 |
| LATE CHARGE: | 58 |
| ESCROW: | 72 |

**TOTAL $**    1 4 2 7 8 9 . 3 8

CUSTOMER NAME   Craig Hol

CUSTOMER NUMBER          NOTE NUMBER
                        40910

REBATE INTEREST:        82 <        >
REBATE INSURANCE:    C/L 64 <       >
REBATE INSURANCE:    AH 78 <        >
CREDIT TO FINAL:        92
EXTENSION DATE:         38
            FEE:        90
CR INT ADJUSTMENT:      84
MINUS YEAR TO DATE:      4
INSURANCE PAYMENT:      88

DESCRIPTION:

DATE: 4/17/23        **CREDIT TICKET**

BACK DATE

PAY OFF:                36
PRINCIPAL PAYMENT:     (46)

INTEREST PAYMENT:      50
LATE CHARGE:           58
ESCROW:                72

**TOTAL  $**      57880.80

CUSTOMER NAME    Generations on 1st    DATE: 4/17/23    **CREDIT TICKET**

CUSTOMER NUMBER    NOTE NUMBER    BACK DATE
                    4112|

| | | | | |
|---|---|---|---|---|
| REBATE INTEREST: | 82 < | > | PAY OFF: | 36 |
| REBATE INSURANCE: | C/L 64 < | > | PRINCIPAL PAYMENT: | 46 |
| REBATE INSURANCE: | AH 78 < | > | | |
| CREDIT TO FINAL: | 92 | | INTEREST PAYMENT: | 50 |
| EXTENSION DATE: | 38 | | LATE CHARGE: | 58 |
| FEE: | 90 | | ESCROW: | 72 |
| CR INT ADJUSTMENT: | 84 | | | |
| MINUS YEAR TO DATE: | 4 | | | |
| INSURANCE PAYMENT: | 88 | | | |

**TOTAL $**    156520000

DESCRIPTION:

Case 25-30002   Doc 207-2   Filed 10/16/25   Entered 10/16/25 14:48:33   Desc Exhibit 15-19 - RRSB POCs and Affidavits of CBA   Page 176 of 207

Case 25-30002   Doc 165-1   Filed 09/16/25   Entered 09/16/25 12:27:58   Desc
Exhibits A-G   Page 22 of 53

CUSTOMER NAME  Generations

CUSTOMER NUMBER        NOTE NUMBER
51404

| | | DATE: 4/17/22 | **CREDIT TICKET** |

BACK DATE

REBATE INTEREST:        82 <

REBATE INSURANCE:    C/L 64 <

REBATE INSURANCE:    AH 78 <

CREDIT TO FINAL:        3 92

EXTENSION DATE:        38

              FEE:        90

CR INT ADJUSTMENT:    84

MINUS YEAR TO DATE:    4

INSURANCE PAYMENT:    88

PAY OFF:        36

PRINCIPAL PAYMENT:    46

INTEREST PAYMENT:    50

LATE CHARGE:    58

ESCROW:        72

**TOTAL $**    2976430.98

DESCRIPTION:

CUSTOMER NAME   Generations

DATE: 4/17/23

**CREDIT TICKET**

CUSTOMER NUMBER      NOTE NUMBER   51425

60404

BACK DATE

REBATE INTEREST:        82 <              >       PAY OFF:              36

REBATE INSURANCE:    C/L 64 <          >       PRINCIPAL PAYMENT:    46

REBATE INSURANCE:    AH 78 <          >

CREDIT TO FINAL:       3 92                      INTEREST PAYMENT:     50

EXTENSION DATE:        38                        LATE CHARGE:          58

FEE:                   90                        ESCROW:               72

CR INT ADJUSTMENT:     84

MINUS YEAR TO DATE:    4

INSURANCE PAYMENT:     88

**TOTAL $**   1094025.15

DESCRIPTION:

CUSTOMER NAME _Concecturo_   51437

CUSTOMER NUMBER   NOTE NUMBER 5145937

| | | | |
|---|---|---|---|
| REBATE INTEREST: | 82 < | > | |
| REBATE INSURANCE: | C/L 64 < | > | |
| REBATE INSURANCE: | AH 78 < | > | |
| CREDIT TO FINAL: | 3 92 | | |
| EXTENSION DATE: | 38 | | |
| FEE: | 90 | | |
| CR INT ADJUSTMENT: | 84 | | |
| MINUS YEAR TO DATE: | 4 | | |
| INSURANCE PAYMENT: | 88 | | |

DESCRIPTION:

DATE: 4/17/23   **CREDIT TICKET**

BACK DATE

| | |
|---|---|
| PAY OFF: | 36 |
| PRINCIPAL PAYMENT: | 46 |
| INTEREST PAYMENT: | 50 |
| LATE CHARGE: | 58 |
| ESCROW: | 72 |

**TOTAL $**   424259.84

CUSTOMER NAME  Generadum

CUSTOMER NUMBER         NOTE NUMBER
                         51449

| | | |
|---|---|---|
| REBATE INTEREST: | 82 < | > |
| REBATE INSURANCE: | C/L 64 < | > |
| REBATE INSURANCE: | AH 78 < | > |
| CREDIT TO FINAL: | 3 92 | |
| EXTENSION DATE: | 38 | |
| FEE: | 90 | |
| CR INT ADJUSTMENT: | 84 | |
| MINUS YEAR TO DATE: | 4 | |
| INSURANCE PAYMENT: | 88 | |

DESCRIPTION:

DATE: 4|17|23      **CREDIT TICKET**

BACK DATE

| | |
|---|---|
| PAY OFF: | 36 |
| PRINCIPAL PAYMENT: | 46 |
| INTEREST PAYMENT: | 50 |
| LATE CHARGE: | 58 |
| ESCROW: | 72 |

**TOTAL $**   843 168.59

CUSTOMER NAME   Generations

DATE: 4/17/23                    **CREDIT TICKET**

CUSTOMER NUMBER          NOTE NUMBER
                         5147|

BACK DATE

| | | |
|---|---|---|
| REBATE INTEREST: | 82 < | > |
| REBATE INSURANCE: | C/L 64 < | > |
| REBATE INSURANCE: | AH 78 < | > |
| CREDIT TO FINAL: | (3 92) | |
| EXTENSION DATE: | 38 | |
| FEE: | 90 | |
| CR INT ADJUSTMENT: | 84 | |
| MINUS YEAR TO DATE: | 4 | |
| INSURANCE PAYMENT: | 88 | |

| | |
|---|---|
| PAY OFF: | 36 |
| PRINCIPAL PAYMENT: | 46 |
| INTEREST PAYMENT: | 50 |
| LATE CHARGE: | 58 |
| ESCROW: | 72 |

**TOTAL $**   653 729.65

DESCRIPTION:

CUSTOMER NAME  Generators

CUSTOMER NUMBER        NOTE NUMBER
                        51488

| | | |
|---|---|---|
| REBATE INTEREST: | 82 < | > |
| REBATE INSURANCE: | C/L 64 < | > |
| REBATE INSURANCE: | AH 78 < | > |
| CREDIT TO FINAL: | 92 | |
| EXTENSION DATE: | 38 | |
| FEE: | 90 | |
| CR INT ADJUSTMENT: | 84 | |
| MINUS YEAR TO DATE: | 4 | |
| INSURANCE PAYMENT: | 88 | |

DESCRIPTION:

DATE: 4|17|23          **CREDIT TICKET**

BACK DATE

| | |
|---|---|
| PAY OFF: | 36 |
| PRINCIPAL PAYMENT: | 46 |
| INTEREST PAYMENT: | 50 |
| LATE CHARGE: | 58 |
| ESCROW: | 72 |

**TOTAL $**     27404360

Case 25-30002    Doc 207-2    Filed 10/16/25    Entered 10/16/25 14:48:33    Desc Exhibit
15-19 - RRSB POCs and Affidavits of LCBA    Page 182 of 207

Case 25-30002    Doc 165-1    Filed 09/16/25    Entered 09/16/25 12:27:58    Desc
Exhibits A-G    Page 28 of 53

CUSTOMER NAME    Mulinda Cross

CUSTOMER NUMBER    NOTE NUMBER
41206

REBATE INTEREST:    82 <
REBATE INSURANCE:    C/L 64 <
REBATE INSURANCE:    AH  78 <
CREDIT TO FINAL:    3  92
EXTENSION DATE:    38
FEE:    90
CR INT ADJUSTMENT:    84
MINUS YEAR TO DATE:    4
INSURANCE PAYMENT:    88

DESCRIPTION:

DATE: 4|17|23    **CREDIT TICKET**

BACK DATE

PAY OFF:    36
PRINCIPAL PAYMENT:    46

INTEREST PAYMENT:    50
LATE CHARGE:    58
ESCROW:    72

**TOTAL $**    22053.82

**EXHIBIT**

**E-1**

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4160

05/11/23

$55,830.18**

TO THE
ORDER OF

**** FIFTY FIVE THOUSAND EIGHT HUNDRED THIRTY AND 18/100 DOLLARS

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN 56548

MEMO:

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑈ 2258⑈

| | | |
|---|---|---|
| CUSTOMER NAME | Generations | DATE: |
| CUSTOMER NUMBER | NOTE NUMBER 51676 | BACK DATE 5/15/23 |

**CREDIT TICKET**

| | | | | | |
|---|---|---|---|---|---|
| REBATE INTEREST: | 82 < | > | PAY OFF: | 36 | |
| REBATE INSURANCE: | C/L 64 < | > | PRINCIPAL PAYMENT: | 46 | 13,887.71 |
| REBATE INSURANCE: | AH 78 < | > | INTEREST PAYMENT: | 50 | 41,942.47 |
| CREDIT TO FINAL: | 92 | | LATE CHARGE: | 58 | |
| EXTENSION DATE: | 38 | | ESCROW: | 72 | |
| FEE: | 90 | | | | |
| CR INT ADJUSTMENT: | 84 | | | | |
| MINUS YEAR TO DATE: | 4 | | | | |
| INSURANCE PAYMENT: | 88 | | TOTAL $ | | 55830.18 |

DESCRIPTION:

⑈530000004⑈

Eighth Generations Note Payment 1

**EXHIBIT E-2**



CP BUSINESS MANAGEMENT - APARTMENTS

PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4183

06/01/23

$78,355.18**

**** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS

TO THE
ORDER OF

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN 56548

MEMO: Loan Payment

2258

LOAN DEPARTMENT CREDIT
MCM 5002 (R 4/10)

Date 6/2/23   Approved by CBD

CUSTOMER NAME

Generations

| | | |
|---|---|---|
| 46 | Principal Payment | |
| 50 | Interest Payment | |
| 58 | Late Charge | |
| 92 | Principal Payment (End) | |
| 09 | Regular Payment | |

Customer Number    Loan Number    Tran Code

51676    09 s    55830.18

530 10000 1

* Check 4183 was divided between the Eighth Generations Note ($55,830.18) and Parkside Note ($22,525.00). *See* Parkside Note Aff., **Payment 18**.

Eighth Generations Note Payment 2

EXHIBIT

**E-3**

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4275

07/01/23

$78,355.18**

TO THE ORDER OF

**** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

⑆ 2258 ⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 8002 (R 4/10)

Date 7-10-23   Approved by LAm (U

CUSTOMER NAME

Generations on 1st

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | 51676 | 09 $ 55830.18 |

⑆530 10000 1⑈

46  Principal Payment

50  Interest Payment

58  Late Charge

92  Principal Payment (End)

⑨ Regular Payment

* Check 4275 was divided between the Eighth Generations Note ($55,830.18) and Parkside Note ($13,907.96 and $8,617.04). *See* Parkside Note Aff., **Payment 19**.

Eighth Generations Note Payment 3



EXHIBIT
**E-4**

\* Check 4308 was divided between the Eighth Generations Note ($55,830.18) and Parkside Note ($22,525.00). *See* Parkside Note Aff., **Payment 20**.

Eighth Generations Note Payment 4



EXHIBIT

**E-5**

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**
PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4368

09/01/23

$78,355.18**

TO THE
ORDER OF
\*\*\*\* SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS
RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN  56548

MEMO: Loan Payment

⑈ 2256⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 9-7-23 APPROVED BY CAMP

CUSTOMER NAME

Generations on 1st LLC

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
( 09 ) Regular Payment
Memo

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | 5 1 6 7 6 | 0⁹ s    55 830.18 |

⑈530 10000 1⑈

\* Check 4368 was divided between the Eighth Generations Note ($55,830.18) and Parkside Note ($22,525.00). *See* Parkside Note Aff., **Payment 21**.

Eighth Generations Note Payment 5



EXHIBIT

E-6

\* Check 4462 was divided between the Eighth Generations Note ($55,830.18) and Parkside Note
($22,525.00). *See* Parkside Note Aff., **Payment 22**.

Eighth Generations Note Payment 6

EXHIBIT

**E-7**

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**CP BUSINESS MANAGEMENT - APARTMENTS**

PO BOX 9379
FARGO, ND 58106
701-237-3369

STARION FINANCIAL
2754 BRANT DR SOUTH
FARGO, ND 58106

4506

11/01/23

$78,355.18**

**** SEVENTY EIGHT THOUSAND THREE HUNDRED FIFTY FIVE AND 18/100 DOLLARS

TO THE
ORDER OF

RED RIVER STATE BANK
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

2258

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 11-7-23   APPROVED BY

CUSTOMER NAME

Generations on 1st LLC

| | | |
|---|---|---|
| Customer Number | Loan Number | Tran Code |
| | 51676 | 09 s | 55,830.18 |

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
09  Regular Payment
    Memo

530100001

\* Check 4506 was divided between the Eighth Generations Note ($55,830.18) and Parkside Note
($22,525.00). *See* Parkside Note Aff., **Payment 23**.

Eighth Generations Note Payment 7

**EXHIBIT**

**E-8**

### File Information

| | |
|---|---|
| Transaction Date | 12/30/2024 4:23:51 PM |
| File Date | Monday December 30, 2024 03:00 PM |
| Immediate Destination | 091205199 RED RIVER STATE BANK HA |

### Batch Information

| | | | |
|---|---|---|---|
| Service Class Code | 200 | Standard Entry Class Code | PPD |
| Settlement Date | 12/30/2024 | Originator Status Code | 1 |
| Effective Entry Date | 241230 | Company Entry Description | Generation |
| Originating DFI Identification | 09140017 | | |
| Company Name | HME COMPANIES LL | Originator Identification | 9832282354 |
| Company Discretionary Data | | Company Descriptive Date | |
| Entry/Addenda Count | 1 | Batch Number | 18 |
| Credit Total | $195,262.92 | Debit Total | $0.00 |

### Entries

| | | | |
|---|---|---|---|
| Amount | $195,262.92 | Prenotification | |
| Receiving DFI Identification | 09120519 | Account Type | Checking |
| DFI Account Number | 4657 | Identification Number | 6427574 |
| Receiving Entity Name | Generations on First | | |
| Discretionary Data | | | |
| Transaction Code | 22 | Trace Number | 91400179354134 |
| Return Code | | Return | |
| Standard Entry Class Code | PPD | | |
| Settlement Date | 12/30/2024 | | |

### Preview History

Last Viewed By DaniHarl32 **Date First Viewed** 12/31/2024 11:09:52 AM
Last Viewed By DaniHarl32 **Date Last Viewed** 12/31/2024 11:09:59 AM

Eighth Generations Note Payment 8





Eighth Generations Note Payment 8

Case 25-30002   Doc 207-2   Filed 10/16/25   Entered 10/16/25 14:48:33   Desc Exhibit
15-19 - RBSB POCs and Affidavits of CRA   Page 192 of 207

Case 25-30002   Doc 165   Filed 09/04/25   Entered 09/04/25 12:27:58   Desc
Exhibits A-G   Page 38 of 53



* A withdrawal of $195,262.92 from HME Companies LLC was made on 12/30/24, totaling the full payment amount of $55,830.00 for the overdue December 2023 – February 2024 payments and part of the March 2024 payment ($27,772.92).

Eighth Generations Note Payment 8

Case 25-30002   Doc 207-2   Filed 10/16/25   Entered 10/16/25 14:48:33   Desc Exhibit
15-19 - RRSB POCs and Affidavits of CRA   Page 193 of 207

Case 25-30002   Doc 165-1   Filed 09/16/25   Entered 09/16/25 12:27:58   Desc
Exhibits A-G   Page 39 of 53

## Incoming

EXHIBIT

**E-9**

Account Number:   1534

Transaction Date: 2/3/2025

To Return this wire

> Call/Email UBB should this wire require to be returned.

Submit

| TransactionDate | 2/3/2025 4:12:46 PM | Date Created | 2/3/2025 4:12:46 PM |
| Business Function - {3600} | CTR | Type/SubType - {1510} | 1000 |
| Amount – {2000} | $114,592.03 | | |
| Sender Reference | US BANKRUPTCY | | |

Receiver Bank - {3400}

| ABA | 1322 | Bank Name | UNITED BKRS MPLS |
| IMAD | 20250203MMQFMPN4000017 | | |
| OMAD | | | |
| Output Date | 0203 | Output FRB Appl ID | FT01 |
| Output Time | 1654 | | |
| OMAD | 20250203I1B78Q1C00110602031654 | | |

Sender Bank - {3100}

| ABA | 1258 |
| Bank Name | MIDDLETOWN VALLEY |

Originator - {5000}

| Id Code | DDA Account Number |
| Identifier | 7208 |
| Name | THE VERSTANDIG LAW FIRM, LLC |
| Address 1 | 9812 FALLS ROAD #114-160 |
| Address 2 | POTOMAC MD 20854 |
| Address 3 | |

Beneficiary Bank - {4100}

| Id Code | DDA Account Number |
| Identifier | 1534 |
| Name | |
| Address 1 | |
| Address 2 | |
| Address 3 | |

Eighth Generations Note Payment 9

Beneficiary - {4200}

| | |
|---|---|
| Id Code | DDA Account Number |
| Identifier | -1534 |
| Name | RED RIVER STATE BANK |
| Address 1 | |
| Address 2 | |
| Address 3 | |
| Originator to BNF info - {6000} | COURT FOR THE STATE OF NORTH DAKOTA |

Transaction Tracker Users

[Add User] [Forward] [Remove User]



**No OFAC Violation**

First Viewed By     amyfage70
Date First Viewed 2/3/2025 4:26:04 PM
Last Viewed By     amyfage70
Date Last Viewed 2/3/2025 4:26:04 PM

Eighth Generations Note Payment 9

Case 25-30002    Doc 207-2    Filed 10/16/25    Entered 10/16/25 14:48:33    Desc Exhibit
15-19 - RRSB POCs and Affidavits of CBA    Page 195 of 207

Case 25-30002    Doc 165-1    Filed 09/16/25    Entered 09/16/25 12:27:58    Desc
Exhibits A-G    Page 41 of 53

**DEBIT**
MCM 5001 (R 7/10)

**GENERAL LEDGER**

DATE 2/4/2025
Zenith City Business Systems, Inc.

ACCOUNT NAME  UBB

APPROVED BY

AMOUNT

DESCRIPTION / REMARKS

Generations # 51676

Account Number  7020

Tran Code

$ 114592.03

⑆59000000 2⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 02/04/2025    APPROVED BY  CBA

CUSTOMER NAME

Generations on 1st LLC

| | | |
|---|---|---|
| 46 | Principal Payment | |
| 50 | Interest Payment | |
| 58 | Late Charge | |
| 92 | Principal Payment (End) | |
| 09 | Regular Payment | |
| Memo | | |

Customer Number    Loan Number  51676    Tran Code  09  $ 114592.03

⑆530 10000 1⑈

Eighth Generations Note Payment 9

EXHIBIT

**E-10**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30009

02/12/25

$25,000.00**

TO THE
ORDER OF     **** TWENTY FIVE THOUSAND AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈ 8666⑈

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 2/14/25  APPROVED BY

CUSTOMER NAME

Generations on 1st

| | |
|---|---|
| Customer Number | Loan Number |
| | 51676 |

46  Principal Payment

50  Interest Payment

58  Late Charge

92  Principal Payment (End)

09  Regular Payment

Memo  Cash collateral pymt due 2/15/25

Tran Code

09  $     25 000.00

⑈530 10000 1⑈

Eighth Generations Note Payment 10

EXHIBIT

**E-11**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30031

03/05/25

$35,000.00**

TO THE
ORDER OF        **** THIRTY FIVE THOUSAND AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 03/07/25 APPROVED BY

CUSTOMER NAME

Generations on 1st LLC

| Customer Number | Loan Number | Tran Code | |
|---|---|---|---|
| | 51676 | 09 $ | 3500 0.00 |

46  Principal Payment

50  Interest Payment

58  Late Charge

92  Principal Payment (End)

09  Regular Payment

Memo Cash Collateral March

⑈530⑈0000⑈

Eighth Generations Note Payment 11

**EXHIBIT**
**E-12**

## LOAN DEPARTMENT CREDIT
MCM 5002 (R 4/10)

| | | 46 | Principal Payment |
| DATE 03/18/2025 APPROVED BY | CBA | 50 | Interest Payment |
| | | 58 | Late Charge |
| CUSTOMER NAME | | 92 | Principal Payment (End) |
| Generations on 1st LLC | | 09 | Regular Payment |
| | | Memo | Wire from Verstandig |

| Customer Number | Loan Number | Tran Code | |
| | 51676 | 09 $ | 10 000.00 |

⑈530⑈0000⑈⑈

---

\* A $10,000.00 payment on 3/17/25 was wired from the Verstandig Law Firm Bank Acct. ending in
-7208. *See* Wire Transaction p. 1, highlighted text.

Eighth Generations Note Payment 12

# Incoming

Account Number: 2501534

Transaction Date: 3/17/2025

| To Return this wire | Call/Email UBB should this wire require to be returned. | |
|---|---|---|
| | | Submit |

| | | | |
|---|---|---|---|
| TransactionDate | 3/17/2025 4:00:29 PM | Date Created | 3/17/2025 4:00:29 PM |
| Business Function - {3600} | CTR | Type/SubType - {1510} | 1000 |
| Amount - {2000} | $10,000.00 | | |
| Sender Reference | TO TRUST ACCT | | |
| Receiver Bank - {3400} | | | |
| ABA | 091001322 | Bank Name | UNITED BKRS MPLS |
| IMAD | 20250317MMQFMPN4000010 | | |
| OMAD | | | |
| Output Date | 0317 | Output FRB Appl ID | FT01 |
| Output Time | 1659 | | |
| OMAD | 20250317I1B78Q1C00096403171659 | | |

Sender Bank - {3100}

| | |
|---|---|
| ABA | 055001258 |
| Bank Name | MIDDLETOWN VALLEY |

Originator - {5000}

| | |
|---|---|
| Id Code | DDA Account Number |
| Identifier | 7208 |
| Name | THE VERSTANDIG LAW FIRM, LLC |
| Address 1 | 9812 FALLS ROAD #114-160 |
| Address 2 | POTOMAC MD 20854 |
| Address 3 | |

Beneficiary Bank - {4100}

| | |
|---|---|
| Id Code | DDA Account Number |
| Identifier | 1534 |
| Name | |
| Address 1 | |
| Address 2 | |
| Address 3 | |

Beneficiary – {4200}

| Id Code | DDA Account Number |
| Identifier | -1534 |
| Name | RED RIVER STATE BANK |
| Address 1 | 300 2ND AVENUE WEST |
| Address 2 | HALSTAD, MN 56548 |
| Address 3 | |
| Originator to BNF info – {6000} | FURTHER CREDIT |
| | ITEMS IN TRANSIT#100107030 |

Transaction Tracker Users

[ Add User ]  [ Forward ]  [ Remove User ]





**No OFAC Violation**

First Viewed By    HeidRoy93
Date First Viewed 3/17/2025 4:05:32 PM
Last Viewed By    HeidRoy93
Date Last Viewed 3/17/2025 4:05:32 PM

EXHIBIT
**E-13**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30053

04/10/25

$35,000.00**

TO THE
ORDER OF    **** THIRTY FIVE THOUSAND AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈ ⅜⅜⅜⑈'

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 4/14/2025 APPROVED BY    CRW

CUSTOMER NAME

Generations on 1st LLC

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | 51676 | 09  $    35000.00 |

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
09  Regular Payment
Memo April Cash Collateral

⑈:530⅃0000⅃⑈:

Eighth Generations Note Payment 13



Eighth Generations Note Payment 14

EXHIBIT

E-15

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30100

06/11/25

$35,000.00**

TO THE
ORDER OF     **** THIRTY FIVE THOUSAND AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND CON-REACTIVE INK

⑈"                                    8666⑈"

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 6/13/25 APPROVED BY          CBR

CUSTOMER NAME                        ⊗

Generations on 1st LLC

46  Principal Payment
50  Interest Payment
58  Late Charge
92  Principal Payment (End)
09  Regular Payment
Memo June Cash collateral

Customer Number        Loan Number        Tran Code

                       51676        09  $      35000.00

⑈:530 10000 ⑈:

Eighth Generations Note Payment 15

**EXHIBIT**

**E-16**

---

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30122

07/10/25

$35,000.00**

TO THE
ORDER OF     **** THIRTY FIVE THOUSAND AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

⑈          8666⑈

---

**LOAN DEPARTMENT CREDIT**
MCM 5002 (R 4/10)

DATE 7/14/25 APPROVED BY CBA

CUSTOMER NAME

Generatino on 1st LLC

| Customer Number | Loan Number | Tran Code |
|---|---|---|
| | 51676 | 09 $ 35000.00 |

| | | |
|---|---|---|
| 46 | Principal Payment | |
| 50 | Interest Payment | 35,000 — |
| 58 | Late Charge | |
| 92 | Principal Payment (End) | |
| 09 | Regular Payment | |
| | Memo | |

⑈530 10000 ⑈⑈

Eighth Generations Note Payment 16

PAGE 1

EXHIBIT F

**I N Q U I R Y   S T A T E M E N T**

11074 GENERATIONS ON 1ST LLC
PO BOX 426
FARGO ND 58107

LOAN # 51676  COLL DESC 26 1ST AVE  SORIG BAL 8,100,000.00  ORIG DATE 4/17/2023  ORIG DISC  RENW BAL  0.00
RENW DATE  TMS EXT 0  LAST MATY 12/1/2026  RATE .06750  TYPE CODE 4
APR OFF CBA  COLL CODE FA

| DATE | TCI | AMOUNT CBA | TC2 | AMOUNT | POST DATE | DESCRIPTION | BALANCE |
|---|---|---|---|---|---|---|---|
| 04/17/2023 | 34 | 8,100,000.00 | 0 | 0.00 | | OPENING ADVANCE | 8,100,000.00 |
| 05/11/2023 | 94 | 2,791.51 | 0 | 0.00 | | | 8,100,000.00 |
| 05/15/2023 | 59 | 2,791.51 | 0 | 0.00 | | | 8,100,000.00 |
| 05/15/2023 | 46 | 13,887.71 | 50 | 41,942.47 | 05/16/2023 | Bank Error onPmt Schedule | 8,086,112.29 |
| 06/02/2023 | 46 | 28,913.40 | 50 | 26,916.78 | | | 8,057,198.89 |
| 07/10/2023 | 50 | 55,830.18 | 0 | 0.00 | | | 8,057,198.89 |
| 08/16/2023 | 50 | 55,830.18 | 0 | 0.00 | | | 8,057,198.89 |
| 09/07/2023 | 46 | 22,957.64 | 50 | 32,872.54 | | | 8,034,241.25 |
| 10/10/2023 | 46 | 6,799.30 | 50 | 49,030.88 | | | 8,027,441.95 |
| 11/08/2023 | 46 | 12,778.89 | 50 | 43,051.29 | | | 8,014,663.06 |
| 12/26/2023 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 01/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 02/15/2024 | 92 | 8,014,663.06 | 84 | 146,734.20 | | NON-ACCRUAL | 0.00 |
| 02/15/2024 | 366 | 8,014,663.06 | 380 | 146,734.20 | | NON-ACCRUAL | 8,014,663.06 |
| 02/26/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 02/29/2024 | 392 | 8,014,663.06 | 0 | 0.00 | | Correct errorin moving to N | 0.00 |
| 02/29/2024 | 384 | 167,484.49 | 0 | 0.00 | | Correct errorin moving to N | 0.00 |
| 02/29/2024 | 80 | 167,484.49 | 0 | 0.00 | | Correct errorin moving to N | 0.00 |
| 02/29/2024 | 66 | 8,014,663.06 | 0 | 0.00 | | Correct errorin moving to N | 8,014,663.06 |
| 03/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 03/28/2024 | 92 | 8,014,663.06 | 84 | 208,985.08 | | NON-ACCRUAL | 0.00 |
| 03/28/2024 | 366 | 8,014,663.06 | 380 | 208,985.08 | | NON-ACCRUAL | 8,014,663.06 |
| 04/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 05/28/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 06/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 07/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 08/26/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 09/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 10/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 11/25/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 12/26/2024 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 12/30/2024 | 350 | 55,830.00 | 0 | 0.00 | 01/09/2025 | Dec2023 | 8,014,663.06 |
| 12/30/2024 | 350 | 55,830.00 | 0 | 0.00 | | Jan2024 | 8,014,663.06 |
| 12/30/2024 | 350 | 55,830.00 | 0 | 0.00 | | Feb2024 | 8,014,663.06 |
| 12/30/2024 | 350 | 27,772.92 | 0 | 0.00 | | partial Mar2024 | 8,014,663.06 |
| 01/27/2025 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 02/04/2025 | 350 | 114,592.03 | 0 | 0.00 | | | 8,014,663.06 |
| 02/14/2025 | 350 | 25,000.00 | 0 | 0.00 | | 1st cash collateral pymt due | 8,014,663.06 |
| 02/25/2025 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |
| 03/07/2025 | 350 | 35,000.00 | 0 | 0.00 | | cash collateral pymt | 8,014,663.06 |
| 03/18/2025 | 350 | 10,000.00 | 0 | 0.00 | | | 8,014,663.06 |
| 03/25/2025 | 94 | 2,791.51 | 0 | 0.00 | | | 8,014,663.06 |

PAGE 2

I N Q U I R Y   S T A T E M E N T    Case 25-30002    Doc 165-1  Filed 09/16/25    Entered 09/16/25 12:27:58    Desc

Exhibits A-G   Page 52 of 53

11074 GENERATIONS ON 1ST LLC
PO BOX 426
FARGO ND 58107

LOAN #      51676   COLL DESC 26 1ST AVE SORIG BAL  8,100,000.00  ORIG DATE  4/17/2023  ORIG DISC   0.00  RENW BAL       0.00
            RENW DATE                   TMS EXT    0         LAST MATY  12/1/2026  RATE   .06750  TYPE CODE 4
            APR OFF   CBA               COLL CODE  FA

| DATE | TCI | AMOUNT | TC2 | AMOUNT | POST DATE | DESCRIPTION | BALANCE |
|------|-----|--------|-----|--------|-----------|-------------|---------|
| | | | | | | April25 cash collateral pymt. | |
| 04/14/2025 | 350 | 35,000.00 | 0 | 0.00 | | | 8,014,663.06 |
| 04/25/2025 | 94  | 2,791.51  | 0 | 0.00 | | | 8,014,663.06 |
| 05/19/2025 | 350 | 35,000.00 | 0 | 0.00 | 05/20/2025 | | 8,014,663.06 |
| 05/27/2025 | 94  | 2,791.51  | 0 | 0.00 | | | 8,014,663.06 |
| 06/13/2025 | 350 | 35,000.00 | 0 | 0.00 | | | 8,014,663.06 |
| 06/25/2025 | 94  | 2,791.51  | 0 | 0.00 | | | 8,014,663.06 |

Principal: 16,114,663.06          Min:       0.00
Interest:    305,474.32           Max:  8,100,000.00

RRSB GO1st 04741

EXHIBIT G

Case 25-30002   Doc 165-1   Filed 09/16/25   Entered 09/16/25 12:27:58   Desc Exhibits A-G   Page 53 of 53

**Eighth Generations Note: Payments Applied and Accrual of Interest & Late Fees**

Originating Interest Rate: 8.75% per annum

Dated 4/17/23

Affidavit of Charles Agensta for Eighth Generations Note

| Date | TRANSACTION TYPE AND AMOUNT Advance/Charge (+) | Payment (-) Total | Interest Pmt. | Principal Pmt. | Transaction Description | INTEREST CALCULATION Per Diem | # of Days | Accrued Interest | Principal Pmt. | RUNNING BALANCE Interest | Principal | Late Fees | TOTAL | Payment No. | Corresponding Parkside Note Payment No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/2023 | $ 8,100,000.00 | | | | Opening Advance | | 0 | | | 0 | $ 8,100,000.00 | | | | |
| 5/15/2023 | | | | | Interest Calculation | $ 1,497.95 | 28 | 41,942.47 | | 41,942.47 | $ 8,100,000.00 | | | 1 | |
| 5/15/2023 | | $ (55,830.18) | $ (41,942.47) | $ (13,887.71) | May 2023 regular payment $55,830.18 Payment | $ 1,497.95 | | (41,942.47) | (13,887.71) | (0.00) | $ 8,086,112.29 | | | | |
| 6/2/2023 | | | | | Interest Calculation | $ 1,495.38 | 18 | 26,916.78 | | 26,916.78 | $ 8,086,112.29 | | | 2 | 18 |
| 6/15/2023 | | $ (55,830.18) | $ (26,916.78) | $ (28,913.40) | June 2023 regular payment $55,830.18 Payment | $ 1,495.38 | | (26,916.78) | (28,913.40) | 0.00 | $ 8,057,198.89 | | | | |
| 7/19/2023 | | $ (55,830.18) | $ (56,621.14) | | Interest Calculation July 2023 regular payment $55,830.18 Payment | $ 1,490.03 | 38 | 56,621.14 | | 56,621.14 | $ 8,057,198.89 | | | 3 | 19 |
| 8/16/2023 | | $ (55,830.18) | $ (55,830.18) | | Interest Calculation August 2023 regular payment $55,830.18 Payment | $ 1,490.03 | 371 | 55,030.18 | | 790.36 | $ 8,057,198.89 | | | 4 | 20 |
| 9/7/2023 | | $ (55,830.18) | $ (32,872.54) | $ (22,957.64) | Interest Calculation September 2023 regular payment $55,830.18 Payment | $ 1,485.78 | 22 | 32,799.66 | (22,957.64) | 32,872.54 | $ 8,034,241.25 | | | 5 | 21 |
| 10/10/2023 | | $ (55,830.18) | $ (40,031.00) | $ (6,799.30) | Interest Calculation October 2023 regular payment $55,830.18 Payment | $ 1,485.78 | 33 | 49,000.88 | (6,799.30) | 0.01 | $ 8,027,441.96 | | | 6 | 22 |
| 11/8/2023 | | $ (55,830.18) | $ (43,051.29) | $ (12,778.89) | Interest Calculation November 2023 regular payment $55,830.18 Payment | $ 1,484.53 | 29 | 43,051.29 | (12,778.89) | (0.00) | $ 8,014,663.06 | | | 7 | 23 |
| 12/26/2023 | $ 2,791.51 | | | | Late Fee Assessed | | | | | | $ 8,014,663.06 | 2,791.51 | | | |
| 1/25/2024 | $ 2,791.51 | | | | Late Fee Assessed | | | | | | $ 8,014,663.06 | 5,583.02 | | | |
| 2/26/2024 | $ 2,791.51 | | | | Late Fee Assessed | | | | | | $ 8,014,663.06 | 8,374.53 | | | |
| 3/25/2024 | $ 2,791.51 | | | | Late Fee Assessed | | | | | | $ 8,014,663.06 | 11,166.04 | | | |
| 4/25/2024 | $ 2,791.51 | | | | Late Fee Assessed | | | | | | $ 8,014,663.06 | 13,957.55 | | | |
| 5/28/2024 | $ 2,791.51 | | | | Late Fee Assessed | | | | | | $ 8,014,663.06 | 16,749.06 | | | |
| 6/25/2024 | $ 2,791.51 | | | | Late Fee Assessed | | | | | | $ 8,014,663.06 | 19,540.57 | | | |
| 7/25/2024 | $ 2,791.51 | | | | Late Fee Assessed | | | | | | $ 8,014,663.06 | 22,332.08 | | | |
| 8/26/2024 | $ 2,791.51 | | | | Late Fee Assessed | | | | | | $ 8,014,663.06 | 25,123.59 | | | |
| 9/25/2024 | $ 2,791.51 | | | | Late Fee Assessed | | | | | | $ 8,014,663.06 | 27,915.10 | | | |
| 10/25/2024 | $ 2,791.51 | | | | Late Fee Assessed | | | | | | $ 8,014,663.06 | 30,706.61 | | | |
| 11/25/2024 | $ 2,791.51 | | | | Late Fee Assessed | | | | | | $ 8,014,663.06 | 33,498.12 | | | |
| 12/26/2024 | $ 2,791.51 | | | | Late Fee Assessed | | | | | | $ 8,014,663.06 | 36,289.63 | | | |
| 12/30/2024 | | | | | Dec 2023-Feb 2024 & Partial Mar 2024 Pmts. | | | | | | $ 8,014,663.06 | 36,289.63 | | 8 | |

| | $ (195,262.92) | $ (195,262.92) | | | | | 418 | 616,544.43 | (195,262.92) | 610,544.43 | $ 8,014,663.06 | 36,289.63 | | | |
| | | | | | | | | (195,262.92) | | 434,281.51 | | | | | |

1/6/2025 — BANKRUPTCY PETITION FILED

| | $ 3,455.16 | | | | | | 7 | 10,376.15 | | 434,856.66 | $ 8,014,663.06 | $ 36,289.63 | $ 3,455,660.35 | | |

| Date | | | | | Transaction Description | Per Diem | # of Days | Interest Payment | | Interest | Principal | Late Fees | TOTAL | Payment No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/2025 | $ 2,791.51 | | | | Late Fee Assessed | | | | | 434,281.51 | $ 8,014,663.06 | 39,081.14 | | | |
| 2/4/2025 | | | | | Interest Calculation | $ 1,482.16 | 29 | 42,982.59 | | 477,639.25 | $ 8,014,663.06 | 39,081.14 | | 9 | |
| 2/4/2025 | | $ (114,592.03) | $ (114,592.03) | | Funds from receivership Interest Payment | $ 1,482.16 | | (114,592.03) | | 363,047.22 | $ 8,014,663.06 | 39,081.14 | | | |
| 2/14/2025 | $ 2,791.51 | | | | Late Fee Assessed | $ 1,482.16 | 10 | 14,821.58 | | 377,868.80 | $ 8,014,663.06 | 39,081.14 | | | |
| 2/25/2025 | | $ (25,000.00) | $ (25,000.00) | | Interest Calculation Cash Collateral Pmt. | $ 1,482.16 | 21 | 31,125.44 | | 383,994.24 | $ 8,014,663.06 | 41,872.65 | | 10 | |
| 3/7/2025 | $ 2,791.51 | | | | Late Fee Assessed Interest Calculation Cash Collateral Pmt. | $ 1,482.16 | | (35,000.00) | | 348,994.24 | $ 8,014,663.06 | 41,872.65 | | | |
| 3/18/2025 | | $ (35,000.00) | $ (35,000.00) | | Interest Calculation Cash Collateral Pmt. | $ 1,482.16 | 11 | 16,303.80 | | 365,298.04 | $ 8,014,663.06 | 41,872.65 | | 11 | |
| 3/25/2025 | | $ (10,000.00) | $ (10,000.00) | | Cash Collateral | $ 1,482.16 | | (10,000.00) | | 355,298.04 | $ 8,014,663.06 | 41,872.65 | | | |
| 4/14/2025 | $ 2,791.51 | | | | Late Fee Assessed Interest Calculation Cash Collateral Pmt. | $ 1,482.16 | 27 | 40,018.42 | | 395,316.46 | $ 8,014,663.06 | 44,664.16 | | 12 | |
| 4/25/2025 | | $ (35,000.00) | $ (35,000.00) | | Cash Collateral | $ 1,482.16 | | (35,000.00) | | 360,316.46 | $ 8,014,663.06 | 44,664.16 | | | |
| 5/19/2025 | $ 2,791.51 | | | | Late Fee Assessed Interest Calculation Cash Collateral Pmt. | $ 1,482.16 | 35 | 51,875.73 | | 412,192.19 | $ 8,014,663.06 | 47,455.67 | | 13 | |
| 5/19/2025 | | $ (35,000.00) | $ (35,000.00) | | Cash Collateral | $ 1,482.16 | | (35,000.00) | | 377,192.19 | $ 8,014,663.06 | 47,455.67 | | | |
| 6/2/2025 | $ 2,791.51 | | | | Late Fee Assessed Interest Calculation Cash Collateral Pmt. | $ 1,482.16 | 25 | 37,054.09 | | 414,246.28 | $ 8,014,663.06 | 50,247.18 | | 14 | |
| 6/13/2025 | | $ (35,000.00) | $ (35,000.00) | | Cash Collateral | $ 1,482.16 | | (35,000.00) | | 379,246.28 | $ 8,014,663.06 | 50,247.18 | | | |
| 6/26/2025 | $ 2,791.51 | | | | Late Fee Assessed Interest Calculation Cash Collateral Pmt. | $ 1,482.16 | 31 | 45,947.08 | | 425,193.36 | $ 8,014,663.06 | 53,038.69 | | 15 | |
| 7/14/2025 | | $ (35,000.00) | $ (35,000.00) | | Cash Collateral | $ 1,482.16 | | (35,000.00) | | 390,193.36 | $ 8,014,663.06 | 53,038.69 | | 16 | |