

RED RIVER STATE BANK

Date: 1/26/2021

To: Craig Development, The Ruins LLC, Jesse Craig

From: Martin Peterson Loan Officer Red River State Bank

Subject: Term Sheet for Apartment Construction in Watertown SD

This memo is drafted today to outline the terms and conditions of the construction and permanent financing of a 63 unit apartment complex known as "The Ruins" in Watertown SD.

**Construction Phase:**
**Loan Amount:** $7,200,000
**Rate:** Variable @ WSJ Prime + 1.10% (4.35%)
**Draw Period:** 12 Months
**Interest Only Period:** 18 Months
**Security:** 1st REM on Proposed Property, Blanket Business UCC filing against The Ruins LLC a SD LLC, unlimited unsecured personal guarantee from Jesse Craig.
**Conditions:**
  Note to be participated to other banks to offset internal lending limit of RRSB.
  LTV not to exceed 90% of construction cost or appraisal less TIF whichever is lower.
  Draws and Lien Waivers to be done through First Dakota Title Watertown SD.

**Permanent Phase:**
**Loan Amount:** $7,200,000 (50% participated to SD REDI Program)
**Rate:** 10 year fixed rate @ WSJ Prime + 1.10% at the time of funding.
**Term:** 10 year
**Amortization:** 20 year
**Payment Frequency:** Monthly P&I beginning one month from funding date.
**Security:** 1st REM on Proposed Property, Blanket Business UCC filing against The Ruins LLC a SD LLC, unlimited unsecured personal guarantee from Jesse Craig.
**Conditions:**
  Note to be participated to other banks to offset internal lending limit of RRSB.
  LTV not to exceed 90% of construction cost or appraisal less TIF whichever is lower.
  As completed appraisal required to be completed.
  Terms are subject to the completion of work and the OC (Occupancy Certificate) being issued with no unsatisfied construction liens, and all lien waivers being received by First Dakota Title.

Martin Peterson
Red River State Bank
Loan Officer

EXHIBIT 22
WIT: J. Craig
DATE: 9-23-25
Deanna L. Sager

114 N Mill St • Fertile, MN 56540 • 218-945-6171
300 2nd Ave W • Halstad, MN 56548 • 218-456-2187
Toll Free: 800-472-1754
redriverbank.com



Date: 10/19/2020

To: Craig Development, Parkside Place LLC, Jesse Craig

From: Martin Peterson Loan Officer Red River State Bank

Subject: Term Sheet for Apartment Construction in Watertown SD

This memo is drafted today to outline the terms and conditions of the construction and permanent financing of a 36 unit apartment complex known as "Parkside Place" in Watertown SD.

**Construction Phase:**
**Loan Amount:** $3,862,148.00
**Rate:** Variable @ WSJ Prime + 1.10% (4.35%)
**Draw Period:** 12 Months
**Interest Only Period:** 18 Months
**Security:** 1st REM on Proposed Property, Blanket Business UCC filing against Parkside Place LLC a SD LLC, unlimited unsecured personal guarantee from Jesse Craig.
**Conditions:**

Note to be participated to other banks to offset internal lending limit of RRSB.
LTV not to exceed 90% of construction cost or appraisal less TIF whichever is lower.
Draws and Lien Waivers to be done through First Dakota Title Watertown SD.

**Permanent Phase:**
**Loan Amount:** $3,862,148.00 (50% participated to SD REDI Program)
**Rate:** 10 year fixed rate @ WSJ Prime + 1.10% at the time of funding.
**Term:** 10 year
**Amortization:** 20 year
**Payment Frequency:** Monthly P&I beginning one month from funding date.
**Security:** 1st REM on Proposed Property, Blanket Business UCC filing against Parkside Place LLC a SD LLC, unlimited unsecured personal guarantee from Jesse Craig.
**Conditions:**

Note to be participated to other banks to offset internal lending limit of RRSB.
LTV not to exceed 90% of construction cost or appraisal less TIF whichever is lower.
As completed appraisal required to be completed.
Terms are subject to the completion of work and the OC (Occupancy Certificate) being issued with no unsatisfied construction liens, and all lien waivers being received by First Dakota Title.

Martin Peterson
Red River State Bank
Loan Officer

EXHIBIT 23
WIT: J. Craig
DATE: 9-23-25
Deanna L. Sager

**RUINS PROJECT**
**WATERTOWN, SOUTH DAKOTA**
**CRAIG DEVELOPMENT**
Contract Disbursement Summary - Bid Group II Summary
Tuesday, February 4, 2020

| Bid Package | Contractor | Contractor |
|---|---|---|
| Units | | 65 |
| General Conditions | | $ 178,232.73 |
| Testing & Inspections | | $ 40,000.91 |
| Construction Staking | 0 | $ 17,181.82 |
| Site Survey/Civil | | $ 30,727.00 |
| Soil Borings | | $ 17,754.55 |
| Building Demolition | | $ 229,000.00 |
| Concrete | Lizcaga's Construction | $ 560,127.27 |
| Asbestos | | $ 121,000.00 |
| Concrete - Waterproofing & Insulation | Herzog Coatings | $ 30,354.55 |
| Excavation | Clausen | $ 189,000.00 |
| Precast Concrete - Materials / Erection | Gage Brothers | $ 1,310,000.00 |
| Gypcrete | Dan Johnson Construction | $ 65,400.00 |
| Masonry | Ottertail Stucco and Stone | $ 344,191.00 |
| Steel - Erection | 0 | $ - |
| Misc. Metals | Red River Fabricating | $ 18,491.36 |
| General W & L Rough Carpentry Labor | 0 | $ 227,600.00 |
| General W & L Rough Carpentry Materials | 0 | $ 286,500.00 |
| General W & L - Finish Carpentry Labor | 0 | $ 120,372.73 |
| General Work & Labor - Finish Carpentry Materials | 0 | $ 63,687.27 |
| Millwork - Cabinets | Russo Window Company | $ 97,657.29 |
| Countertops - Kitchen & Bathroom | Fabricators Unlimited | $ 39,985.53 |
| Bathroom Vanities | By Owner (Allowance) | $ 21,420.00 |
| Wood Components / Trusses | 0 | $ 176,900.00 |
| Moisture Protections | Pro-Tec Roofing | $ 87,718.91 |
| Building Insulation | RL Drywall & Insulation | $ 166,090.91 |
| Exterior Insulation & Finish System | 0 | $ - |
| Metal Siding / Metal Panels | 0 | $ 206,181.82 |
| Sealants | 0 | $ 24,818.18 |
| Commercial Doors, Frames & Hardware | Central Door & Hardware | $ 139,606.00 |
| Residential Wood Doors & Frames | Central Door & Hardware | Incl w/ 38A |
| Overhead Doors | Stock Specialty Contracting | $ 16,494.55 |
| Vinyl Windows | Russo Window Company | $ 89,116.36 |
| Glass & Glazing | Fargo Glass & Paint | $ 64,523.45 |
| Drywall | RL Drywall & Insulation | $ 276,800.00 |
| Carpet | 0 | $ 155,667.27 |
| Painting / Staining | 0 | $ 160,363.64 |
| Fill Ins / Holes | 0 | $ 13,745.45 |
| Postal Specialties/Bike Rack/Door Markers | By Owner (Allowance) | $ 16,609.09 |
| Exterior Signage | By Owner (Allowance) | $ 16,609.09 |
| Fire Extinguishers & Cabinets | Tri-State Specialties | $ 14,196.76 |
| Ceiling Fans | By Owner (Allowance) | $ 16,815.27 |
| Closet Shelving | By Owner (Allowance) | $ 12,027.27 |
| Toilet/Accessories | By Owner (Allowance) | $ 17,018.64 |
| Appliances & AC Units | Daglers | $ 223,426.00 |
| Kitchen Sinks/Faucets | By Owner (Allowance) | $ 14,764.91 |
| Bath Faucets/Shower Heads | By Owner (Allowance) | $ 12,294.16 |
| Bathroom Mirrors | By Owner (Allowance) | $ 15,475.09 |
| Window Treatments | By Owner (Allowance) | $ 12,369.27 |
| Conveying Systems | ThyssenKrupp Elevators | $ 150,981.82 |
| Building Sprinkler | Xtreme Fire Protection | $ 87,790.00 |
| Plumbing | 0 | $ 441,572.73 |
| HVAC | 0 | $ 211,909.09 |
| Electrical/Security System | 0 | $ 463,909.09 |
| Account Interest | 0 | $ 521,181.82 |
| Paving & Sidewalks | By City | $ - |
| Site Fencing / Accessories / Dumpster Enclosure | By Owner (Allowance) | $ 20,302.04 |
| Site Utilities | By City | $ - |
| Site Development | Craig Development | $ 500,000.00 |
| **Total Bid Packages** | | **$ 8,191,209.69** |
| Commercial Space | Strok Architects | $ 932,500.00 |
| Architect/Engineer (6%) | Craig Development | $ 469,152.58 |
| General Contractor (10%) | Craig Development | $ 831,920.97 |
| Site Supervision | Prevail | $ 53,000.00 |
| **TOTAL CONSTRUCTION COST** | | **$ 10,607,783.24** |

RRSB Form 03684

EXHIBIT 2
WT: J County
DATE: 5.13.25
Donna L. Sage







RRSB Rules 03593

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 25-30004 |
|---|---|
| The Ruins, LLC, | Chapter 11 |
| Debtor. | |

### DECLARATION OF TERRY STROH (T.L. STROH ARCHITECTS, LTD.) CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

STATE OF __Arizona__ )
                  ) SS
COUNTY OF __Maricopa__ )

Terry Stroh, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1.  I am over 18 years of age, of sound mind, and otherwise competent to make this Certification. The evidence set out in this Certification is based on my personal knowledge.

2.  I am the President of T.L. Stroh Architects, Ltd. ("Stroh") located in Fargo, North Dakota and have been employed by Stroh for 36 years. Stroh provides architectural services.

3.  I am the records custodian for Stroh.

4.  Stroh was subpoenaed for records in the lawsuit *Red River State Bank v. The Ruins, LLC, et. al.*, Codington County Circuit Court, South Dakota, Case No. 14CIV24-68. Stroh responded to the subpoena and provided documents as requested.

5.  I have personal knowledge of the construction of the 63-unit mid/high rise building located at 315 East Kemp Ave., Watertown, South Dakota (the "Ruins Project"). Stroh provided architectural services for the Ruins Project.

6.  I have personal knowledge of the construction of the mixed-use building located at 26 1st Ave. Watertown, South Dakota (the "Generations Project"). Stroh provided architectural services for the Generations Project.



EXHIBIT __26__
WIT: __J. Craig__
DATE: __9-23-25__
Deanna L. Sager

7.   I have personal knowledge of the construction of the Parkside Place apartment building located at 8 2nd St NE, Watertown, South Dakota (the "Parkside Project"). Stroh provided architectural services for the Parkside Project.

8.   True and correct copies of Stroh's account statement and invoices for the Ruins Project are attached as **Exhibit A**.

9.   True and correct copies of Stroh's account statement and invoices for the Generations Project are attached as **Exhibit B**.

10.   True and correct copies of Stroh's account statement and invoices for the Parkside Project are attached as **Exhibit C**.

11.   The documents attached as **Exhibits A (Ruins Account Statement and Invoices), B (Generations Account Statement and Invoices), and C (Parkside Account Statement and Invoices)** were made at or near the time of the events set forth therein by myself and other people with knowledge of those matters.

12.   It was the regular practice of Stroh's business activities to make the records attached as **Exhibits A, B and C**.

13.   The records attached as **Exhibits A, B, and C** were kept in the regular course of business activity.

14.   I certify under penalty of perjury that the foregoing is true and correct.

Executed on ___22 nd___ day of September, 2025.

Terry Stroh

4921-4936-2539 v. 1

2

# Exhibit A
## T.L. Stroh Architects, Ltd.

## The Ruins Project
## Account Statement and Invoices

9:52 AM

10/10/24

**T.L. Stroh Architects, Ltd**

## All Transactions for Jesse Craig The Ruins 2021.07

**All Transactions**

| Type | Num | Date | Account | Amount |
|------|-----|------|---------|--------|
| Invoice | 5254 | 09/06/2022 | 1200 · Accounts Rec... | 21,550.00 |
| Payment | 141 | 05/12/2022 | Bell Bank Savings | 5,325.00 |
| Invoice | 5172 | 04/07/2022 | 1200 · Accounts Rec... | 5,325.00 |
| Payment | 39334 | 03/14/2022 | Bell Bank Savings | 409,450.00 |
| Invoice | 5105 | 12/16/2021 | 1200 · Accounts Rec... | 409,450.00 |
| Total | | | | |





701.239.4198
701.239.9643

3 Seventh Street N Fargo ND 58102

September 1, 2022

Craig Development
PO Box 426
Fargo, ND 58107

*Re: The Ruins Apt Bldg – Watertown SD*
*Job #2021.07*

| | |
|---|---|
| *Fixed Fee* | $431,000.00 |
| 100% completed to date | $431,000.00 |
| Less amount billed to date | -$409,450.00 |
| Northern Tech Report    ($5,325  pd) | $0.00 |
| **Total Amount Due** | $21,550.00 |

Please pay upon receipt.

Thank you.



701.239.4198
701.239.9643



April 5, 2022

Craig Development
PO Box 426
Fargo, ND 58107

*Re: The Ruins Apt Bldg – Watertown SD*
*Job #2021.07*

| | |
|---|---|
| *Fixed Fee* | $431,000.00 |
| 95% completed to date | $409,450.00 |
| Less amount billed to date | -$409,450.00 |
| Northern Tech Report | $5,325.00 |
| Total Amount Due | $5,325.00 |

Please pay upon receipt.

Thank you.

RRSB-T.L. Stroh Architects SD Subpoena 0500



**INVOICE**

Terry Stroh
TL Stroh Architects
8 7th St N
Fargo, ND  58102

March 27, 2020
Project No:     20.FGO09859.000
Invoice No:     34371
Due Date:       April 26, 2020

Total Budget          5,000.00

Project     20.FGO09859.000     Ruins Development
Email Invoice to terrys@tlstroh.com

Geotechnical Exploration and Engineering Review

Fee                                                                          5,000.00

Taxes
     South Dakota State Tax          4.50 % of 5,000.00          225.00
     Watertown Local Tax             2.00 % of 5,000.00          100.00
          Total Taxes                                           325.00          325.00

                    PAYMENT DUE THIS INVOICE                     $5,325.00

| | Current | Prior | JTD Billings |
|---|---|---|---|
| Project Billings | 5,325.00 | 0.00 | 5,325.00 |

Project Manager     Daniel Gibson





December 16, 2021

Craig Development
PO Box 426
Fargo, ND 58107

**Re: The Ruins Apt Bldg – Watertown SD**
**Job #2021.07**

| | |
|---|---|
| *Fixed Fee* | $431,000.00 |
| 95% completed to date | $409,450.00 |
| Less amount billed to date | $0.00 |
| **Total Amount Due** | $409,450.00 |

Please pay upon receipt.

Thank you.

RRSB-T.L. Stroh Architects SD Subpoena 0503

# <u>Exhibit B</u>
## T.L. Stroh Architects, Ltd.

## Generations Project
## Account Statement and Invoices

9:55 AM

10/10/24

## T.L. Stroh Architects, Ltd
## All Transactions for Jesse Craig Generations 2020.26
### All Transactions

| Type | Num | Date | Account | Amount |
|------|-----|------|---------|--------|
| Payment | 38198 | 06/23/2021 | Alerus (savings) | 52,500.00 |
| Invoice | 4916 | 05/13/2021 | 1200 · Accounts Rec... | 52,500.00 |
| Payment | 37889 | 04/27/2021 | Alerus (savings) | 157,500.00 |
| Payment | 37704 | 03/16/2021 | Alerus (savings) | 87,500.00 |
| Invoice | 4839 | 02/04/2021 | 1200 · Accounts Rec... | 157,500.00 |
| Payment | 37390 | 01/21/2021 | Alerus (savings) | 52,500.00 |
| Invoice | 4823 | 01/04/2021 | 1200 · Accounts Rec... | 87,500.00 |
| Invoice | 4807 | 12/08/2020 | 1200 · Accounts Rec... | 52,500.00 |
| Credit Memo | 4806 | 12/07/2020 | 1200 · Accounts Rec... | -5,000.00 |
| Invoice | 4668 | 06/05/2020 | 1200 · Accounts Rec... | 5,000.00 |
| Total | | | | |

RRSB-T.L. Stroh Architects SD Subpoena 0399

May 5, 2021

Billing No. 4 (#2020.26) Generations

| | Remit to: | T.L. Stroh Architects, Ltd |
| --- | --- | --- |
| | | 8 Seventh St. N. |
| | | Fargo, ND 58102 |

Craig Development
Box 426
Fargo, ND 58107

Billing for Architectural, & Engineering services:

| Total Architectural & Engineering Fee: | | | | |
| --- | --- | --- | --- | --- |
| | Fixed Fee | of | | $350,000.00 |
| Schematic Design | 15% | x | $350,000.00 | $52,500.00 |
| Design Development | 25% | x | $350,000.00 | $87,500.00 |
| Constr. Documents | 45% | x | $350,000.00 | $157,500.00 |
| Big/Neg. | 15% | x | $350,000.00 | $52,500.00 |
| | | | | $350,000.00 |

| Percentage Amounts Due this Request: | | | | |
| --- | --- | --- | --- | --- |
| Schematic Design | 100% | x | $52,500.00 | $52,500.00 |
| Design Development | 100% | x | $87,500.00 | $87,500.00 |
| Constr. Documents | 100% | x | $157,500.00 | $157,500.00 |
| Bid/Neg. | 100% | x | $52,500.00 | $52,500.00 |
| Total | | | | $350,000.00 |
| Less billed to date | | | | -$297,500.00 |
| Subtotal | | | | $52,500.00 |

| Additional Services: | | |
| --- | --- | --- |
| Previous Amt Billed | $0.00 | |
| Subtotal | | $0.00 |

| Reimbursable Expenses: | | |
| --- | --- | --- |
| Printing of Plans and Specs | $0.00 | |
| Postage/shipping costs | $0.00 | |
| Billed to Date | $0.00 | |
| Subtotal | | $0.00 |

*TOTAL AMOUNT DUE*                                              *$52,500.00*

*Total amount due within 15 days from date of statement.*



February 3, 2021

Remit to: *T.L. Stroh Architects, Ltd*
*8 Seventh St. N.*
*Fargo, ND 58102*

Billing No. 3 (#2020.26) Generations

Craig Development
Box 426
Fargo, ND 58107

Billing for Architectural, & Engineering services:

| Total Architectural & Engineering Fee: | | | | |
|---|---|---|---|---|
| | Fixed Fee | of | | $350,000.00 |
| Schematic Design | 15% | x | $350,000.00 | $52,500.00 |
| Design Development | 25% | x | $350,000.00 | $87,500.00 |
| Constr. Documents | 45% | x | $350,000.00 | $157,500.00 |
| Big/Neg. | 15% | x | $350,000.00 | $52,500.00 |
| | | | | $350,000.00 |

| Percentage Amounts Due this Request: | | | | |
|---|---|---|---|---|
| Schematic Design | 100% | x | $52,500.00 | $52,500.00 |
| Design Development | 100% | x | $87,500.00 | $87,500.00 |
| Constr. Documents | 100% | x | $157,500.00 | $157,500.00 |
| Bid/Neg. | 0% | x | $52,500.00 | $0.00 |
| Total | | | | $297,500.00 |
| Less billed to date | | | | -$140,000.00 |
| Subtotal | | | | $157,500.00 |

| Additional Services: | | |
|---|---|---|
| Previous Amt Billed | $0.00 | |
| Subtotal | | $0.00 |

| Reimbursable Expenses: | | |
|---|---|---|
| Printing of Plans and Specs | $0.00 | |
| Postage/shipping costs | $0.00 | |
| Billed to Date | $0.00 | |
| Subtotal | | $0.00 |

*TOTAL AMOUNT DUE*      *$157,500.00*

*Total amount due within 15 days from date of statement.*



701.239.4198
701.239.9643

8 Seventh Street N Fargo, ND 58102



STROH

RRSB-T.L. Stroh Architects SD Subpoena 0488

January 4, 2021

Remit to:    T.L. Stroh Architects, Ltd
8 Seventh St. N.
Fargo, ND 58102

Billing No. 2 (#2020.26) Generations

Craig Development
Box 426
Fargo, ND 58107

Billing for Architectural, & Engineering services:

| Total Architectural & Engineering Fee: | | | | |
|---|---|---|---|---|
| | Fixed Fee | of | | $350,000.00 |
| Schematic Design | 15% | x | $350,000.00 | $52,500.00 |
| Design Development | 25% | x | $350,000.00 | $87,500.00 |
| Constr. Documents | 45% | x | $350,000.00 | $157,500.00 |
| Big/Neg. | 15% | x | $350,000.00 | $52,500.00 |
| | | | | $350,000.00 |

| Percentage Amounts Due this Request: | | | | |
|---|---|---|---|---|
| Schematic Design | 100% | x | $52,500.00 | $52,500.00 |
| Design Development | 100% | x | $87,500.00 | $87,500.00 |
| Constr. Documents | 0% | x | $157,500.00 | $0.00 |
| Bid/Neg. | 0% | x | $52,500.00 | $0.00 |
| | Total | | | $140,000.00 |
| | Less billed to date | | | -$52,500.00 |
| Subtotal | | | | $87,500.00 |

| Additional Services: | | |
|---|---|---|
| | Previous Amt Billed | $0.00 |
| Subtotal | | $0.00 |

| Reimbursable Expenses: | | |
|---|---|---|
| | Printing of Plans and Specs | $0.00 |
| | Postage/shipping costs | $0.00 |
| | Billed to Date | $0.00 |
| Subtotal | | $0.00 |

*TOTAL AMOUNT DUE*                                            **$87,500.00**

*Total amount due within 15 days from date of statement.*


STROH


701.239.4198
701.239.9643

8 Seventh Street N. Fargo, ND 58102

RRSB-T.L. Stroh Architects SD Subpoena 0490

December 7, 2020

Remit to:    T.L. Stroh Architects, Ltd
8 Seventh St. N.
Fargo, ND 58102

Billing No. 1 (#2020.26) Generations

Craig Development
Box 426
Fargo, ND 58107

Billing for Architectural, & Engineering services:

| Total Architectural & Engineering Fee: | | | | |
|---|---|---|---|---|
| | Fixed Fee | of | | $350,000.00 |
| Schematic Design | 15% | x | $350,000.00 | $52,500.00 |
| Design Development | 25% | x | $350,000.00 | $87,500.00 |
| Constr. Documents | 45% | x | $350,000.00 | $157,500.00 |
| Big/Neg. | 15% | x | $350,000.00 | $52,500.00 |
| | | | | $350,000.00 |

| Percentage Amounts Due this Request: | | | | | |
|---|---|---|---|---|---|
| Schematic Design | 100% | x | $52,500.00 | $52,500.00 | |
| Design Development | 0% | x | $87,500.00 | $0.00 | |
| Constr. Documents | 0% | x | $157,500.00 | $0.00 | |
| Bid/Neg. | 0% | x | $52,500.00 | $0.00 | |
| | Total | | | $52,500.00 | |
| | Less billed to date | | | $0.00 | |
| Subtotal | | | | | $52,500.00 |

| Additional Services: | | |
|---|---|---|
| Previous Amt Billed | $0.00 | |
| Subtotal | | $0.00 |

| Reimbursable Expenses: | | |
|---|---|---|
| Printing of Plans and Specs | $0.00 | |
| Postage/shipping costs | $0.00 | |
| Billed to Date | $0.00 | |
| Subtotal | | $0.00 |

*TOTAL AMOUNT DUE*    **$52,500.00**

*Total amount due within 15 days from date of statement.*




701.239.4198
701.239.9643

0 Seventh Street N Fargo, ND 58102

RRSB-T.L. Stroh Architects SD Subpoena 0492

# <u>Exhibit C</u>
## T.L. Stroh Architects, Ltd.

## Parkside Project
## Account Statement and Invoices

9:55 AM
10/10/24

**T.L. Stroh Architects, Ltd**

**All Transactions for Jesse Craig Watertown Parkside 2020.25**

All Transactions

| Type | Num | Date | Account | Amount |
|------|-----|------|---------|--------|
| Payment | 37389 | 01/21/2021 | Alerus (savings) | 58,450.00 |
| Payment | 36928 | 11/03/2020 | Alerus (savings) | 66,800.00 |
| Payment | 36507 | 10/15/2020 | Alerus (savings) | 41,750.00 |
| Invoice | 4769 | 10/06/2020 | 1200 · Accounts Rec... | 58,450.00 |
| Invoice | 4730 | 08/11/2020 | 1200 · Accounts Rec... | 66,800.00 |
| Invoice | 4669 | 06/09/2020 | 1200 · Accounts Rec... | 41,750.00 |
| Total | | | | |

RRSB-T.L. Stroh Architects SD Subpoena 0306

701.239.4198
701.239.9643

8 Seventh Street N Fargo, ND 58102



**STROH**
ARCHITECTS | INTERIORS

October 2, 2020

Craig Holdings
PO Box 426
Fargo, ND 58107

*Re: Watertown Parkside*
*(No Const Admin Services in Fee)*
*(Services in September)*

| | |
|---|---|
| *Fixed Fee* | $167,000.00 |
| *100% completed to date* | $167,000.00 |
| *Less amount billed to date* | -$108,550.00 |
| **Total Amount Due** | **$58,450.00** |

Please pay upon receipt.

Thank you.

| 1-30 days | 31-60 days | 61-90 dys |
|---|---|---|
| | $66,800.00 | $41,750.00 |

RRSB-T.L. Stroh Architects SD Subpoena 0494



701.239.4198
701.239.9643

8 Seventh Street N Fargo, ND 58102

**STROH**
ARCHITECTS | INTERIORS

August 5, 2020

Craig Holdings
PO Box 426
Fargo, ND 58107

*Re: Watertown Parkside*
*Arch/Eng Services*

| | |
|---|---|
| *Fixed Fee* | $167,000.00 |
| *65% completed to date* | $108,550.00 |
| *Less amount billed to date* | -$41,750.00 |
| **Total Amount Due** | **$66,800.00** |

*pd 11/3/20*

Please pay upon receipt.

Thank you.

| 1-30 days | 31-60 days | 61-90 dys |
|---|---|---|
| | $41,750.00 | |



701.239.4198
701.239.9643

8 Seventh Street N Fargo, ND 58102

**STROH**
ARCHITECTS | INTERIORS

June 3, 2020

Craig Holdings
PO Box 426
Fargo, ND 58107

*Re: Watertown Parkside*
*Arch/Eng Services*

| | |
|---|---|
| *Fixed Fee* | $167,000.00 |
| *25% completed to date* | $41,750.00 |
| *Less amount billed to date* | $0.00 |
| **Total Amount Due** | $41,750.00 |

Please pay upon receipt.

Thank you.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>The Ruins, LLC,<br><br>          Debtor. | Case No.: 25-30004<br><br>Chapter 11 |

## DECLARATION OF RYLAN OJALA (WATERTIGHT, INC.) CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

STATE OF SOUTH DAKOTA    )
                             ) SS

COUNTY OF CODINGTON    )

Rylan Ojala, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Certification. The evidence set out in this Certification is based on my personal knowledge.

2. I am the President of Watertight, Inc. ("Watertight") located in Castlewood South Dakota and have been employed by Watertight since 2015. Watertight provides plumbing goods and labor.

3. I am the records custodian for Watertight.

4. I have personal knowledge of the construction of the 63-unit mid/high rise building located at 315 East Kemp Ave., Watertown, South Dakota (the "Ruins Project"). Watertight provided plumbing goods and labor for the Ruins Project.

5. I have personal knowledge of the construction of the mixed-use building located at 26 1ᵗ Ave. Watertown, South Dakota (the "Generations Project"). Watertight provided plumbing goods and labor for the Generations Project.

6. A true and correct copy of Watertight's Statement of Claim for Mechanic's, Materialman's, or Laborer's Lien dated February 14, 2023 with respect to the Ruins Project (the "Watertight Lien") is attached as **Exhibit A.** True and correct copies of Watertight's payment applications for the Ruins Project are included as exhibits to the Watertight Lien.



EXHIBIT 27
WIT: J Cairo
DATE: 9-23-25
Deanna L. Sager

7.  True and correct copies of Watertight's Estimate and Invoices for the Ruins Project are attached as **Exhibit B**.

8.  True and correct copies of Watertight's Payment records for the Ruins Project are attached as **Exhibit C**.

9.  True and correct copies of Watertight's Payment Applications for its work performed on the Generations Project are attached as **Exhibit D**.

10. True and correct copies of Watertight's Estimate and Invoices for work performed on the Generations Project are attached as **Exhibit E**.

11. True and correct copies of Watertight's Payment records for the Generations Project are attached as **Exhibit F**.

12. The documents attached as **Exhibits A (Watertight Lien), B (Watertight-Ruins Estimate and Invoices), C (Watertight-Ruins Payments), D (Watertight-Generations Payment Applications), E (Watertight-Generations Estimate and Invoices), and F (Watertight-Generations Payments)** were made at or near the time of the events set forth therein by myself and other people with knowledge of those matters.

13. It was the regular practice of Watertight's business activities to make the records and/or to keep copies from information transmitted by attached as **Exhibits A, B, C, D, E, and F**.

14. The records attached as **Exhibit A, B, C, D, E, and F** were kept in the regular course of business activity.

15. I certify under penalty of perjury that the foregoing is true and correct.

Executed on ___ day of September, 2025.

_____
Rylan Ojala

4914-8850-3398 v.1

2

# <u>Exhibit A</u>

# Watertight, Inc.

# Watertight Lien

*This instrument prepared by:*

A.J. Swanson of
ARVID J. SWANSON P.C.
27452 482nd Ave.
Canton, SD 57013
605-743-2070
6351-001 (Ver. F-1)



**INSTRUMENT NO. 202300499  Pages: 30**
**BOOK: 2023  MECHANICS LIEN**
**PAGE: 68**

**2/24/2023 10:05:00 AM**

*Ann Rasmussen*

**ANN RASMUSSEN, REGISTER OF DEEDS**
**CODINGTON COUNTY, SOUTH DAKOTA**
**Recording Fee: 30.00**
**Return To: REGISTER OF DEEDS**

## STATEMENT OF CLAIM FOR MECHANIC'S,
## MATERIALMAN'S OR LABORER'S LIEN ON REAL PROPERTY

Notice is hereby given that WATERTIGHT, INC. (South Dakota Secretary of State # DB060253), of 18273 464th Ave., Castlewood, SD 57223 (hereinafter "Claimant") intends to claim and hold a lien, in the amount herein described, for the value of work now completed as further described in Section 1, together with interest added thereon at the statutory or contract rate (10%, based on Category B, SDCL 53-3-16, from the date of Claimant's submitted but unpaid work progress applications and retainage, arising out of that "estimate," for plumbing goods and labor for installation thereof (the "Plumbing System Work" or "Work"), for supplying and installing such system in accordance with the plans drawn by others and installed within a new 63-unit residential structure being further constructed by others (the "Project") upon the real property herein described, having an address of 315 E. Kemp Ave., Watertown, SD 57201, now owned by "Owner," as named following. The lien described and as herein claimed is presently in the amount of $188,338.35, an amount unpaid and based on current state of completion, plus retainage of $58,838.35 (total of $247,176.70), or in the alternative, in the full amount of $750,235.00 (less the cumulative amounts of the five payments reflected in *Subsections B to F*, inclusive, of Section 1, following), should Claimant be required, or further agrees, to complete the Work.

Section 1 (*Plumbing System Work Performed by Claimant*):

A.    Claimant's Statement of Claim arises from the Plumbing System Work for benefit of the Project, for the estimated cost of $750,235.00, as directed to Craig Properties, LLC (Watertown, SD) as accepted by one Jesse Craig on April 25, 2022 ("Obligor"), a true copy being annexed hereto as "Exhibit A." The proposal, as inclusive of both materials and labor, as described, without further differentiation, and further provides that ten (10) percent down is "required within 60 days of signed contract." As Owner and Obligors neither suggested nor required any formal contract, Claimant is of the view the bid – with acceptance by Jesse Craig on April 25, 2022 – is the contract for the Plumbing System Work.

B.    Claimant, by *Payment Application # 1*, dated May 18, 2022, requested payment of $75,023.50 (being 10% of the bid), less retainage of $7,502.35, for net payment due of $67,521.15; a true copy of Payment Application # 1 is annexed hereto as Exhibit B. This amount was paid to and received by Claimant July 20, 2022.

C.    Claimant, by *Payment Application # 2*, dated July 25, 2022, requested payment of $67,500.00, net of retainage; a true copy of Payment Application # 2 is annexed as Exhibit C. This amount was paid and received by Claimant on August 19, 2022.

D.    On or about August 2, 2022, Obligor Craig Development, LLC, paid Claimant the sum of $75,023.50, although Payment Application # 3 had not yet been prepared or submitted; under the circumstances, Obligor instructed Claimant to not submit # 3; the document annexed as Exhibit D merely recounts the fact of payment and retainage at the time and in the amount described in this Subsection D.

E.      Claimant, by *Payment Application # 4*, dated August 22, 2022, requested payment of $67,500.00, net of retainage; a true copy of Payment Application # 4 is annexed as Exhibit E. This amount was paid to Claimant on September 27, 2022.

F.      Claimant, by *Payment Application # 5*, dated September 22, 2022, requested payment of $67,500.00, net of retainage; a true copy of Payment Application # 5 is attached as Exhibit F. This amount was paid to Claimant on December 14, 2022.

G.      Claimant, by *Payment Application # 6*, dated October 19, 2022, requested payment of $67,500.00, net of retainage; a true copy of Payment Application # 6 is attached as Exhibit G. No amount of Payment Application # 6 has been paid to Claimant as of the date of this Statement.

H.      Claimant, by *Payment Application # 7*, dated November 18, 2022, requested payment of $67,500.00, net of retainage; a true copy of Payment Application # 7 is attached as Exhibit H. No amount of Payment Application # 7 has been paid to Claimant as of the date of this Statement.

I.      Claimant, by *Payment Application # 8*, dated December 19, 2022, requested payment of $49,500.00, net of retainage; a true copy of Payment Application # 8 is attached as Exhibit I. No amount of Payment Application # 8 has been paid to Claimant as of the date of this Statement.

J.      At the date of this Statement, based on the seven (7) Payment Applications identified above, plus the additional payment described in Subsection D, Claimant has completed Plumbing System Work of the value of $588,383.35, with $58,838.35 being assigned to retainage. Of the balance billed to Obligor thus far (namely, $533,383.00) Claimant, to date, has received payments in the total amount of $345,044.65 (unpaid balance being $188,338.35). Claimant continued to provide Plumbing System Work after the date of Payment Application # 8, with Claimant's last material contribution being on December 1, 2022. On that date, Claimant's wholesale supplier, P&H Wholesale, Sioux Falls, delivered to Owner's site the two (2) large water heaters as are listed on the first page of Exhibit A, under the heading of "mechanical" – these items were included in *Payment Application # 8* (Exhibit I). However, further installation had to be deferred, as the roof over the mechanical room remained unfinished and was not weatherproof; these units were stored in a locked garage on site, under Owner's control. Further, Claimant elected to cease further Plumbing System Work on Owner's Project, due to Owner's or Obligor's unsatisfactory track record. Payments were repeatedly promised, but never received. Claimant is willing and able to return to the Project to complete the work in question, provided a satisfactory, reliable payment system for completing the Plumbing System Work is put in place.

Section 2. *(Summary of Present Claim):* Collectively, Obligors (as identified in Section 3) are indebted to Claimant for the Plumbing System Work in the amount of $188,338.35 (as further referenced in Section 1(J), above), this being the amount due and unpaid for the work completed, plus retainage of $58,838.35.

Section 3 (*Identity of Claimant, Obligors, Contribution Dates, Property Description & Owner*):

A.      *The name and post office address of Claimant is:*
        **WATERTIGHT, INC., 18273 464th Ave., Castlewood, SD 57223**

B.      *The name and post office address of the Obligors for whom the Work was furnished are:*
        **PREVAIL LLC, 10 N. Broadway, # 103, Watertown, SD 57201**
        **PREVAIL BUILD, 100 E. Kemp Ave., Suite E, Watertown, SD 57201**
        **BUILD, LLC, 100 E. Kemp Ave., Suite E, Watertown, SD 57201**
        **CRAIG HOLDINGS, LLC., P.O. Box 426, Fargo, ND 58107-0426**
        **CRAIG PROPERTIES, LLC., P.O. Box 426, Fargo, ND 58107-0426**

RRSB Ruins 03595

**CRAIG DEVELOPMENT, LLC., P.O. Box 426, Fargo, ND 58107-0426**

C.      *The date on which the first item of Claimant's contribution for which claim is hereby made was on or about April 25, 2022, with Claimant's last contribution being made on December 1, 2022. The real property to be charged with the lien is now legally described as:*

**THE RUINS ADDITION TO THE CITY OF WATERTOWN, CODINGTON COUNTY, SOUTH DAKOTA, ACCORDING TO THE RECORDED PLAT THEREOF.**

D.      *That the name and address of the owner of interest ("Owner") in the aforementioned property at the time of making this statement according to the best information Claimant has available is:*

THE RUINS, LLC, 10 N. **Broadway, # 103, Watertown, SD 57201**

E.      *An itemized statement of the account upon which the lien is claimed is provided in the several invoices, as further referenced above, and being marked as Exhibits B through I, inclusive, each being annexed hereto, and reflecting the unpaid balance (per the original bids for the Work described, of $195,861.85, plus retainage of $58,838.35, said amounts being inclusive of Work all performed to date, but does not include (a) the value of work performed following the date of Payment Application # 8, or (b) any further, future Plumbing System Work to the stage of completion.*

**Acknowledgement:**

Dated: 02/14/2023 .                        WATERTIGHT, INC. (Claimant)
                                           By:  Rylan Ojala, President

**State of South Dakota, County of Codington) ss.**

On date written below, before me, a Notary Public, personally appeared Rylan Ojala, known to me to be the President of WATERTIGHT, INC., as described in and that executed the within instrument (Statement of Claim for Lien) and acknowledged to me that such entity executed the same.

Date: 02/14/2023                        NOTARY PUBLIC – SOUTH DAKOTA

**My Commission Expires:**
12/07/2028                                                        ( S E A L)

**Verification:**
**State of South Dakota, County of Codington) ss.**

Rylan Ojala, being first duly sworn, states and affirms that he is the President of WATERTIGHT, the lien claimant within the foregoing Statement of Claim for Lien; that he has read said statement and knows the contents thereof; that he has knowledge of all the facts therein stated, and that said statement is in all respects true.

                                           Rylan Ojala, President
                                           WATERTIGHT, INC. (Claimant)

Subscribed and sworn to before me this date: 02/14/2023 .

**My Commission Expires:**
12/07/2028                               NOTARY PUBLIC – SOUTH DAKOTA

                                                        (S E A L)

- 3 -

*Separate Certificates of Service of this Statement of Claim upon Obligors (by First Class Mail)
and Owner (Certified Mail), following, are completed only for the original instrument recorded
with Register of Deeds, Codington County, South Dakota*

*Certificate of Service as to Obligors (First Class Mail):*
Undersigned certifies that a true copy of the foregoing lien statement (with all identified attachments) was
mailed to each of the Obligors as are identified in Section 3(B), by means of first-class mail, by mailing at
a facility of the U.S. Postal Service at Harrisburg, South Dakota, the date below written:

Date: February 21, 2023            Janna Severson

Janna Severson, Legal Assistant
ARVID J. SWANSON, P.C.
27452 482nd Ave.
Canton, SD 57013
(605) 743-2070

*Certificate of Service as to Owner (Certified Mail, Return Receipt Requested):*
Pursuant to SDCL §44-9-17, the undersigned says that on the date below stated, a true copy of the
foregoing lien statement (with all identified attachments) was mailed to the Owner identified above, at
said Owner's last known address, as listed in Section 3(D), by certified mail, return receipt requested, at a
facility of the U.S. Postal Service at Harrisburg, South Dakota, the post office receipt being affixed
immediately following:



Date: February 21, 2023            Janna Severson

Janna Severson, Legal Assistant
ARVID J. SWANSON P.C.
27452 482nd Ave.
Canton, SD 57013
(605) 743-2070

- 4 -

RRSB Ruins 03597

*Errata Note by Instrument Preparer:*

The reference to the unpaid balance in Section 3E, at page 3, line four, in lieu of $195,861.85, being correctly stated in the opening paragraph and in Section 1J and again in Section 2, is corrected to read:

"$188,338.35, plus retainage of $58,835.35, said amounts being inclusive of all Work performed to date, but does not include(a) the value of work performed following the date of Payment Application # 8, or (b) any further, future Plumbing System Work to the stage of competition."

AJS

RRSB Ruins 03598

**Watertight Inc.**
18273 464th Ave
Castlewood, SD  57223
(605) 237-1221
watertightcorp@gmail.com



## Estimate

ADDRESS
**Craig Properties**
315 East Kemp
Watertown, SD 57201

| | ESTIMATE | The Ruins /1382 |
| --- | --- | --- |
| | DATE | 03/24/2022 |
| | EXPIRATION DATE | 04/25/2022 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| | **Sales** | | 750,235.00 | 750,235.00 |

The Ruins plumbing bid includes:
Apartments:
2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat.
72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets.
2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel.
2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel.
84 - Lavatory sink plumbing and installation of customer provided faucets.
78 - Toilet plumbing and installation of customer provided toilets.
63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets.
63 - Clothes washer boxes.
126 - Stainless basket strainers for kitchen sinks provided by Watertight.
Mechanical:
2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump
1 - Floor drain in mechanical room
1 - Gas piping for Water heaters and parking garage heaters
1 - Hose bib in the mech room.
Roof Drains:
20 - Roof drains according to plan.
Parking garage:
10 - FD-2 floor drains where shown with no traps.
11 - FD-1 floor drains where shown.
1 - Striem OS-100 gpm sand/oil separator.
Core drilling for plumbing only is included.
Utility room:
4 - Mop sink plumbing with chrome faucet. ground floor,2nd floor, 3rd floor, 4th floor.

RRSB Ruins 03600

1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut off's in mechanical room for each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets  ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by different company.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.

| | | |
|---|---|---|
| 10 percent down required with in 60 days of signed contract. | SUBTOTAL | 750,235.00 |
| THIS BID EXPIRES ON THIS DATE 04/25/2022. | | |
| To go with a OT-500 oil sand separator as spec'd on plans the bid price would go to $760,000. | TAX | 0.00 |
| | TOTAL | **$750,235.00** |

Accepted By

Accepted

*accepted by:* Jesse Ang
4-25-22

# EXHIBIT B

Claimant's Payment Application # 1
(May 18, 2022), Annexed

$67,521.15
Net of Retainage

Paid

RRSB Ruins 03602

## PAYMENT APPLICATION

| | | | |
|---|---|---|---|
| TO: Craig Properties<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: The Ruins<br>315 E Kemp<br>Watertown SD 57201 | Application # 1<br>Period Start 4/25/2022<br>Period End 5/25/2022<br>Application Date 5/18/2022<br>Subcontract #:<br>Date of Contract | Distribution To:<br>Watertight, Inc<br>18273 464th Ave<br>Castlewood, SD 57223 |
| FROM: Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | |
| FOR: | | | |

**CONTRACTORS SUMMARY OF WORK**

Application is made for payment as shown below.

Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 CONTRACT AMOUNT | | $ | 750,235.00 |
| 2 SUM OF ALL CHANGE ORDERS | | | |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | | | $750,235.00 |
| 4 TOTAL COMPLETED AND STORED | | $ | 75,023.50 |
| (Column G on Continuation Page) | | | |
| 5 RETAINAGE: | | | |
| a. 10% of completed work | $ | 7,502.35 | |
| (Columns D+E on Continuation Page) | | | |
| b. 10% of Material Stored | | | |
| (Column F on Continuation Page) | | | |
| Total Retainage (Line 5a + 5b or | | | |
| column I on Continuation Page) | | | $7,502.35 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE | | | $67,521.15 |
| (Line 4 Minus Line 5 Total) | | | |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS | | $ | - |
| (Line 6 from Prior Application) | | | |
| 8 PAYMENT DUE | | | $67,521.15 |
| 9 BALANCE TO COMPLETION | | $682,713.85 | |
| (Line 3 Minus Line 6) | | | |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: *Chris Serie*          Date: 5/18/2022

**Certification**

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _____          Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures

GENERAL CONTRACTOR:

By: _____          Date: _____

ARCHITECT:

By: _____          Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

The Ruins Payment Request.xlsx

RRSB Ruins 03603          1 of

**CONTINUATION PAGE**

Payment application containing Contractor's signature is attached.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | APPLICATION # | | 2 |
| | | | | | | | DATE OF APPLICATION | | |
| | | | | | | | PERIOD THRU | | |
| | | | | | | | SUBCONTRACT # | | |

| A | B | C | D | E | F | G | PERCENT | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 750,235.00 | | $ 75,023.50 | | $ 75,023.50 | 10% | $ 675,211.50 | $ 7,502.35 |
| 02 | | | | | | $ - | | | |
| 03 | | | | | | $ - | | | |
| 04 | | | | | | $ - | | $ - | |
| 05 | | | | | | $ - | | $ - | |
| 06 | | | | | | $ - | | $ - | |
| 07 | | | | | | $ - | | $ - | |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 750,235.00 | $ - | $ 75,023.50 | $ - | $ 75,023.50 | 10% | $ 675,211.50 | $ 7,502.35 |

The Ruins Payment Request.xlsx

RRSB Ruins 03604   2 of

# EXHIBIT C

Claimant's Payment Application # 2
(July 25, 2022), Annexed

$67,500.00
Net of Retainage

Paid

RRSB Ruins 03605

# PAYMENT APPLICATION

| TO: | Craig Properties | PROJECT: | The Ruins | Application # | 2 | Distribution To: |
| | 1405 1st Ave N | | 315 E Kemp | Period Start | 5/25/2022 | Watertight, Inc |
| | Fargo ND 58102 | | Watertown SD 57201 | Period End | 7/25/2022 | 18273 464th Ave |
| | | | | Application Date | 7/25/2022 | Castlewood, SD 57223 |
| FROM: | Watertight, Inc. | | | Subcontract #: | | |
| | 18273 464th Ave | | | Date of Contract | | |
| | Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | CONTRACT AMOUNT | $ | 750,235.00 |
| 2 | SUM OF ALL CHANGE ORDERS | | |
| 3 | CURRENT CONTRACT AMOUNT   (Line 1 + Line 2) | | $750,235.00 |
| 4 | TOTAL COMPLETED AND STORED | $ | 150,023.50 |
| | (Column G on Continuation Page) | | |
| 5 | RETAINAGE: | | |
| | a. 10% of completed work | $      9,752.35 | |
| | (Columns D+E on Continuation Page) | | |
| | b. 10% of Material Stored | $5,250.00 | |
| | (Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or | | |
| | column I on Continuation Page) | | $15,002.35 |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE | | $135,021.15 |
| | (Line 4 Minus Line 5 Total) | | |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS | $ | 67,521.15 |
| | (Line 6 from Prior Application) | | |
| 8 | PAYMENT DUE | | $67,500.00 |
| 9 | BALANCE TO COMPLETION | $615,213.85 | |
| | (Line 3 Minus Line 6) | | |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By:   *Chris Serie*                                        Date:                7/25/2022

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount   ...................................., Date:

(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figures)

GENERAL CONTRACTOR:

By:                                                          Date:

ARCHITECT:

By:                                                          Date:

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

RRSB Ruins 03606

**CONTINUATION PAGE**    Case 25-30004    Doc 90    Filed 09/22/25    Entered 09/22/25 16:39:43    Desc Main Document    Page 17 of 128

Payment application containing Contractor's signature is attached.

| | APPLICATION # | 2 |
|---|---|---|
| | DATE OF APPLICATION | |
| | PERIOD THRU | |
| | SUBCONTRACT # | |

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 750,235.00 | 75023.5 | | | $ 75,023.50 | 10% | $ 675,211.50 | $ 7,502.35 |
| 02 | Showers and rough in materials | | | | $ 52,500.00 | $ 52,500.00 | | | $ 5,250.00 |
| 03 | Groundwork | | | $ 22,500.00 | | $ 22,500.00 | | $ 600,211.50 | $ 2,250.00 |
| 04 | | | | | | $ - | | $ - | |
| 05 | | | | | | $ - | | $ - | |
| 06 | | | | | | $ - | | $ - | |
| 07 | | | | | | $ - | | $ - | |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 750,235.00 | $ 75,023.50 | $ 22,500.00 | $ 52,500.00 | $ 150,023.50 | 20% | | $ 15,002.35 |

RRSB Ruins 03607

# EXHIBIT D

Obligor Craig Development LLC Paid
Claimant the sum of $67,500.00,
net of 10% Retainage
(August 18, 2022)
(There is no Payment Application # 3)

RRSB Ruins 03608

# <u>EXHIBIT E</u>

Claimant's Payment Application # 4
(August 22, 2022), Annexed

$67,000.00
(Net of Retainage)

Paid

RRSB Ruins 03609

**PAYMENT APPLICATION** Case 25-30004    Doc 90    Filed 09/22/25    Entered 09/22/25 16:39:43    Desc Main Document    Page 20 of 126

| TO: | Craig Properties<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | The Ruins<br>315 E Kemp<br>Watertown SD 57201 | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | 4<br>7/25/2022<br>8/25/2022<br>8/22/2022 | Distribution To:<br>Watertight, Inc<br>18273 464th Ave<br>Castlewood, SD 57223 |
|---|---|---|---|---|---|---|
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

### CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | **CONTRACT AMOUNT** | $ | 750,235.00 |
| 2 | **SUM OF ALL CHANGE ORDERS** | | |
| 3 | **CURRENT CONTRACT AMOUNT** (Line 1 + Line 2) | | $750,235.00 |
| 4 | **TOTAL COMPLETED AND STORED** (Column G on Continuation Page) | $ | 308,383.00 |
| 5 | **RETAINAGE:** | | |
| | a. 10% of completed work (Columns D+E on Continuation Page) | $ | 30,838.35 |
| | b. 10% of Material Stored (Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $30,838.35 |
| 6 | **TOTAL COMPLETED AND STORED LESS RETAINAGE** (Line 4 Minus Line 5 Total) | | $277,544.85 |
| 7 | **LESS PREVIOUS PAYMENT APPLICATIONS** (Line 6 from Prior Application) | $ | 210,044.85 |
| 8 | **PAYMENT DUE** | | $67,500.00 |
| 9 | **BALANCE TO COMPLETION** (Line 3 Minus Line 6) | | $472,690.35 |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: *Chris Serie*                    Date:                    8/22/2022

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount ...................................... Date:

(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figures)

GENERAL CONTRACTOR:
By:                    Date:
ARCHITECT:
By:                    Date:

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

RRSB Ruins 03610

**CONTINUATION PAGE**     Case 25-30004   Doc 90   Filed 09/22/25   Entered 09/22/25 16:39:43   Desc Main
Document     Page 21 of 126

| APPLICATION # | 2 |
|---|---|
| DATE OF APPLICATION | |
| PERIOD THRU | |
| SUBCONTRACT # | |

Payment application containing Contractor's signature is attached.

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | | | | | |
| 01 | Billing for 10% of project | $ 750,235.00 | 75023.5 | | | $ 75,023.50 | 10% | $ 675,211.50 | $ 7,502.35 |
| 02 | Showers and rough in materials | | $ 52,500.00 | | | $ 52,500.00 | | | $ 5,250.00 |
| 03 | Groundwork | | $ 22,500.00 | | | $ 22,500.00 | | $ 600,211.50 | $ 2,250.00 |
| 05 | Groundwork | | $ 83,359.50 | | | $ 83,359.50 | | | $ 8,336.00 |
| 06 | Groundwork Labor | | | $ 75,000.00 | | $ 75,000.00 | | | $ 7,500.00 |
| 07 | | | | | | $ - | | $ - | |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 750,235.00 | $ 233,383.00 | $ 75,000.00 | $ - | $ 308,383.00 | | | $ 30,838.35 |

RRSB Ruins 03611

# EXHIBIT F

Claimant's Payment Application # 5
(September 22, 2022), Annexed

$67,000.00
(Net of Retainage)
Paid on December 19, 2022

RRSB Ruins 03612

## PAYMENT APPLICATION

| TO: | Craig Properties<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | The Ruins<br>315 E Kemp<br>Watertown SD 57201 | Application # | 5 | Distribution To:<br>Watertight, Inc<br>18273 464th Ave<br>Castlewood, SD 57223 |
|---|---|---|---|---|---|---|
| | | | | Period Start | 8/25/2022 | |
| | | | | Period End | 9/25/2022 | |
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | Application Date | 9/22/2022 | |
| | | | | Subcontract #: | | |
| FOR: | | | | Date of Contract | | |

### CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

| | | | | |
|---|---|---|---|---|
| 1 | CONTRACT AMOUNT | | $ | 750,235.00 |
| 2 | SUM OF ALL CHANGE ORDERS | | | |
| 3 | CURRENT CONTRACT AMOUNT | (Line 1 + Line 2) | $750,235.00 | |
| 4 | TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | | $ | 383,383.00 |
| 5 | RETAINAGE: | | | |
| | a: 10% of completed work<br>(Columns D+E on Continuation Page) | $ | 38,338.35 | |
| | b. 10% of Material Stored<br>(Column F on Continuation Page) | | | |
| | Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | $38,338.35 | |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | | $345,044.65 | |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | | $ | 277,544.65 |
| 8 | PAYMENT DUE | | $67,500.00 | |
| 9 | BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | | $405,190.35 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: *Chris Serie*                     Date:            9/22/2022

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount    ......................................... Date:

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures

GENERAL CONTRACTOR:

By:                                          Date:

ARCHITECT:

By:                                          Date:

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

RRSB Ruins 03613

**CONTINUATION PAGE**    Case 25-30004    Doc 90    Filed 09/22/25    Entered 09/22/25 16:39:43    Desc Main
Document    Page 24 of 126

|  |  | APPLICATION # | 2 |
|--|--|---------------|---|
|  |  | DATE OF APPLICATION | |
|  |  | PERIOD THRU | |
|  |  | SUBCONTRACT # | |

Payment application containing Contractor's signature is attached.

| A | B | C | | COMPLETED WORK | F | G | E (G/C) | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE E (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| | | | D | E | | | | | |
| 01 | Billing for 10% of project | $ 750,235.00 | 75023.5 | | | $ 75,023.50 | 10% | $ 675,211.50 | $ 7,502.35 |
| 02 | Showers and rough in materials | | $ 52,500.00 | | | $ 52,500.00 | | | $ 5,250.00 |
| 03 | Groundwork | | $ 22,500.00 | | | $ 22,500.00 | | | $ 2,250.00 |
| 05 | Groundwork | | $ 83,359.50 | | | $ 83,359.50 | | $ 600,211.50 | $ 8,336.00 |
| 06 | Groundwork Labor | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 07 | Labor for Rough In | | | $ 75,000.00 | | $ 75,000.00 | | | $ 7,500.00 |
| 08 | | | | | | $ - | | $ | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ | |
| | SUB-TOTALS | $ 750,235.00 | $ 308,383.00 | $ 75,000.00 | $ - | $ 383,383.00 | | $ | $ 38,338.35 |

RRSB Ruins 03614

# EXHIBIT G

Claimant's Payment Application # 6
(October 19, 2022), Annexed

$67,000.00
(Net of Retainage)

Not Paid on Date of Statement of Claim

RRSB Ruins 03615

# PAYMENT APPLICATION

| TO: | Craig Properties<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | **The Ruins**<br>**315 E Kemp**<br>**Watertown SD 57201** | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | 6<br>9/25/2022<br>10/25/2022<br>10/19/2022 | Distribution To:<br>Watertight, Inc<br>18273 464th Ave<br>Castlewood, SD 57223 |
|---|---|---|---|---|---|---|
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | CONTRACT AMOUNT | $ | 750,235.00 |
| 2 | SUM OF ALL CHANGE ORDERS | | |
| 3 | CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | | $750,235.00 |
| 4 | TOTAL COMPLETED AND STORED (Column G on Continuation Page) | $ | 458,383.00 |
| 5 | RETAINAGE: | | |
| | a. 10% of completed work (Columns D+E on Continuation Page) | $ | 45,838.35 |
| | b. 10% of Material Stored (Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $45,838.35 |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | | $412,544.65 |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | $ | 345,044.65 |
| 8 | PAYMENT DUE | | $67,500.00 |
| 9 | BALANCE TO COMPLETION (Line 3 Minus Line 6) | $337,690.35 | |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: *Chris Serie*          Date:          10/19/2022

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount ....................................... Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures

GENERAL CONTRACTOR:

By: _____ Date: _____

ARCHITECT:

By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor; and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

RRSB Ruins 03616

**CONTINUATION PAGE**    Case 25-30004    Doc 90    Filed 09/22/25    Entered 09/22/25 16:39:43    Desc Main Document    Page 27 of 128

Payment application containing Contractor's signature is attached.

|  |  | APPLICATION # | 2 |
|--|--|---------------|---|
|  |  | DATE OF APPLICATION | |
|  |  | PERIOD THRU | |
|  |  | SUBCONTRACT # | |

| A | B | C | D | E | F | G | PERCENT COMPLETE (G/C) | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | COMPLETED WORK | | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| | | | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | | | | | |
| 01 | Billing for 10% of project | $  750,235.00 | 75023.5 | | | $  75,023.50 | 10% | $  675,211.50 | $  7,502.35 |
| 02 | Showers and rough in materials | | $  52,500.00 | | | $  52,500.00 | | | $  5,250.00 |
| 03 | Groundwork | | $  22,500.00 | | | $  22,500.00 | | $  600,211.50 | $  2,250.00 |
| 05 | Groundwork | | $  83,359.50 | | | $  83,359.50 | | | $  6,336.00 |
| 06 | Groundwork Labor | | $  75,000.00 | | | $  75,000.00 | | | $  7,500.00 |
| 07 | Labor for Rough In | | $  75,000.00 | | | $  75,000.00 | | | $  7,500.00 |
| 08 | Labor for Rough In | | | $  75,000.00 | | $  75,000.00 | | | $  7,500.00 |
| 09 | | | | | | $  - | | $  - | |
| 10 | | | | | | $  - | | $  - | |
| 11 | | | | | | $  - | | $  - | |
| 12 | | | | | | $  - | | $  - | |
| 13 | | | | | | $  - | | $  - | |
| 14 | | | | | | $  - | | $  - | |
| 15 | | | | | | $  - | | $  - | |
| 16 | | | | | | $  - | | $  - | |
| 17 | | | | | | $  - | | $  - | |
| 18 | | | | | | $  - | | $  - | |
| 19 | | | | | | $  - | | $  - | |
| 20 | | | | | | $  - | | $  - | |
| 26 | | | | | | $  - | | $  - | |
| 27 | | | | | | $  - | | $  - | |
| 28 | | | | | | $  - | | $  - | |
| 29 | | | | | | $  - | | $  - | |
| 30 | | | | | | $  - | | $  - | |
| 31 | | | | | | $  - | | $  - | |
| 32 | | | | | | $  - | | $  - | |
| 33 | | | | | | $  - | | $  - | |
| 34 | | | | | | $  - | | $  - | |
| 35 | | | | | | $  - | | $  - | |
| 36 | | | | | | $  - | | $  - | |
| 37 | | | | | | $  - | | $  - | |
| 38 | | | | | | $  - | | $  - | |
| | SUB-TOTALS | $ 750,235.00 | $ 383,383.00 | $  75,000.00 | $  - | $  458,383.00 | | | $  45,838.35 |

RRSB Ruins 03617

# EXHIBIT H

Claimant's Payment Application # 7
(November 18, 2022), Annexed

$67,000.00
(Net of Retainage)

Not Paid on Date of Statement of Claim

RRSB Ruins 03618

# PAYMENT APPLICATION

| TO: | Craig Properties<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | The Ruins<br>315 E Kemp<br>Watertown SD 57201 | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | 7<br>10/26/2022<br>11/25/2022<br>11/18/2022 | Distribution To:<br>Watertight, Inc<br>18273 464th Ave<br>Castlewood, SD 57223 |
|---|---|---|---|---|---|---|
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | | |
|---|---|---|---|---|
| 1 | CONTRACT AMOUNT | | $ | 750,235.00 |
| 2 | SUM OF ALL CHANGE ORDERS | | | |
| 3 | CURRENT CONTRACT AMOUNT | (Line 1 + Line 2) | | $750,235.00 |
| 4 | TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | | $ | 533,383.00 |
| 5 | RETAINAGE: | | | |
| | a. 10% of completed work | | $ 53,338.35 | |
| | (Columns D+E on Continuation Page) | | | |
| | b. 10% of Material Stored | | | |
| | (Column F on Continuation Page) | | | |
| | Total Retainage (Line 5a + 5b or | | | |
| | column I on Continuation Page) | | | $53,338.35 |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE | | | $480,044.85 |
| | (Line 4 Minus Line 5 Total) | | | |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS | | $ | 412,544.85 |
| | (Line 6 from Prior Application) | | | |
| 8 | PAYMENT DUE | | | $67,500.00 |
| 9 | BALANCE TO COMPLETION | | $270,190.35 | |
| | (Line 3 Minus Line 6) | | | |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for; that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: *Chris Serie*                          Date:        11/18/2022

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor. and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount ...................................... Date:

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures
GENERAL CONTRACTOR:
By:                                                    Date:
ARCHITECT:
By:                                                    Date:
Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

RRSB Ruins 03619

**CONTINUATION PAGE**    Case 25-30004    Doc 90    Filed 09/22/25    Entered 09/22/25 16:39:43    Desc Main
Document    Page 50 of 126

Payment application containing Contractor's signature is attached.

| | | | | | APPLICATION # | 7 |
|---|---|---|---|---|---|---|
| | | | | | DATE OF APPLICATION | 11/18/2022 |
| | | | | | PERIOD THRU | 11/25/2022 |
| | | | | | SUBCONTRACT # | |

| A | B | C | D | E | F | G | PERCENT COMPLETE (G/C) | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 750,235.00 | 75023.5 | | | $ 75,023.50 | 10% | $ 675,211.50 | $ 7,502.35 |
| 02 | Showers and rough in materials | | $ 52,500.00 | | | $ 52,500.00 | | | $ 5,250.00 |
| 03 | Groundwork | | $ 22,500.00 | | | $ 22,500.00 | | | $ 2,250.00 |
| 05 | Groundwork | | $ 83,359.50 | | | $ 83,359.50 | | $ 600,211.50 | $ 8,336.00 |
| 06 | Groundwork Labor | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 07 | Labor for Rough In | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 08 | Labor for Rough In | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 09 | Labor for Rough In | | | $ 75,000.00 | | $ 75,000.00 | | | $ 7,500.00 |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 750,235.00 | $ 458,383.00 | $ 75,000.00 | $ - | $ 533,383.00 | | | $ 53,338.35 |

RRSB Ruins 03620

# EXHIBIT I

Claimant's Payment Application # 8
(December 19, 2022), Annexed

$49,500.00
(Net of Retainage)

Not Paid on Date of Statement of Claim

RRSB Ruins 03621

# PAYMENT APPLICATION

| TO: | Craig Properties<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | The Ruins<br>315 E Kemp<br>Watertown SD 57201 | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | 8<br>11/26/2022<br>12/25/2022<br>12/19/2022 | Distribution To:<br>Watertight, Inc<br>18273 464th Ave<br>Castlewood, SD 57223 |
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | CONTRACT AMOUNT | | $    750,235.00 |
| 2 | SUM OF ALL CHANGE ORDERS | | |
| 3 | CURRENT CONTRACT AMOUNT | (Line 1 + Line 2) | $750,235.00 |
| 4 | TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | | $    588,383.00 |
| 5 | RETAINAGE: | | |
| | a.  10%  of completed work | $    58,838.35 | |
| | (Columns D+E on Continuation Page) | | |
| | b.  10%  of Material Stored | | |
| | (Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or | | |
| | column I on Continuation Page) | | $58,838.35 |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | | $529,544.85 |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | | $    535,044.85 |
| 8 | PAYMENT DUE | | $49,500.00 |
| 9 | BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | | $220,690.35 |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: *Chris Serie*                                    Date:                12/19/2022

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount   ...........................................   Date:

(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figures

GENERAL CONTRACTOR:

By:                                                                  Date:

ARCHITECT:

By:                                                                  Date:

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

RRSB Ruins 03622

**CONTINUATION PAGE**     Case 25-30004    Doc 90    Filed 09/22/25    Entered 09/22/25 16:39:43    Desc Main Document    Page 55 of 125

Payment application containing Contractor's signature is attached.

APPLICATION #    8
DATE OF APPLICATION    12/19/2022
PERIOD THRU    12/25/2022
SUBCONTRACT #

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 750,235.00 | 75023.5 | | | $ 75,023.50 | 10% | $ 675,211.50 | $ 7,502.35 |
| 02 | Showers and rough in materials | | $ 52,500.00 | | | $ 52,500.00 | | | $ 5,250.00 |
| 03 | Groundwork | | $ 22,500.00 | | | $ 22,500.00 | | $ 600,211.50 | $ 2,250.00 |
| 05 | Groundwork | | $ 83,359.50 | | | $ 83,359.50 | | | $ 8,336.00 |
| 06 | Groundwork Labor | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 07 | Labor for Rough in | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 08 | Labor for Rough in | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 09 | Labor for Rough in | | $ 75,000.00 | | | $ 75,000.00 | | | $ 7,500.00 |
| 10 | Water hearters and piping supplies | | | | $ 55,000.00 | $ 55,000.00 | | | $ 5,500.00 |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ | | $ | |
| | SUB-TOTALS | $ 750,235.00 | $ 533,383.00 | $ - | $ 55,000.00 | $ 588,383.00 | | | $ 58,838.35 |

RRSB Ruins 03623

# <u>Exhibit B</u>

# Watertight, Inc.

# Ruins Estimates and Invoices

**Watertight Inc.**
18273 464th Ave
Castlewood, SD 57223
(605) 237-1221
watertightcorp@gmail.com

Estimate

ADDRESS
**Craig Properties**
315 East Kemp
Watertown, SD 57201

| | |
|---|---|
| ESTIMATE | The Ruins /1382 |
| DATE | 03/24/2022 |
| EXPIRATION DATE | 04/25/2022 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | | 750,235.00 | 750,235.00 |

The Ruins plumbing bid includes:
Apartments:
2 - White Salo 162-34HBF handicap shower with seat
and grab bars  with Moen T3558 Brushed Nickel
shower faucets  Units 203 RH seat, 212 LH seat.
72 - Salo 148  showers without seat and  Moen T2192
Brushed Nickel shower faucets.
2 - Salo S160x30 right hand seat with a Moen T2192
Brushed Nickel.
2 - Salo S160x30 left hand seat  with a Moen T2192
Brushed Nickel.
84 - Lavatory sink plumbing and installation of
customer provided faucets.
78 - Toilet plumbing and installation of customer
provided toilets.
63 - Kitchen sink plumbing w/ Dishwasher valves and
drain tee and installation of customer provided sinks
and faucets.
63 - Clothes washer boxes.
126 - Stainless basket strainers for kitchen sinks
provided by Watertight.
Mechanical:
2 - 250,000 Btu gas high efficiency water heaters with
expansion tanks, with 1/10th hr recirc pump
1 - Floor drain in mechanical room
1 - Gas piping for Water heaters and parking garage
heaters
1 - Hose bib in the mech room.
Roof Drains:
20 - Roof drains according to plan.
Parking garage:
10 - FD-2 floor drains where shown with no traps.
11 - FD-1 floor drains where shown.
1 - Striem OS-100 gpm sand/oil separator.
Core drilling for plumbing only is included.
Utility room:
4 - Mop sink plumbing with chrome faucet. ground
floor,2nd floor, 3rd floor, 4th floor.

If        within        will
Page 1 of 2

RRSB Ruins 04056

1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut off's in mechanical room for each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets  ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by different company.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.

10 percent down required with in 60 days of signed contract.
THIS BID EXPIRES ON THIS DATE 04/25/2022.
To go with a OT-500 oil sand separator as spec'd on plans the bid price would go to $760,000.

| | |
|---|---|
| SUBTOTAL | 750,235.00 |
| TAX | 0.00 |
| TOTAL | **$750,235.00** |

Accepted By

Accepted

accepted by:

Jesse Cly

4-25-22

If        within        a        per month        RRSB Ruins 04057

**Watertight, Inc.**

PO Box 87
Castlewood, SD 57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

BILL TO
The Ruins
315 East Kemp
Watertown, SD 57201

| INVOICE | 2956 |
| --- | --- |
| DATE | 05/25/2022 |
| DUE DATE | 06/15/2022 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| | Sales | 0.09 | 750,235.00 | 67,521.15 |

The Ruins plumbing bid includes:
Apartments:
2 - White Salo 162-34HBF handicap shower with seat and grab bars with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat.
72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets.
2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel.
2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel.
84 - Lavatory sink plumbing and installation of customer provided faucets.
78 - Toilet plumbing and installation of customer provided toilets.
63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets.
63 - Clothes washer boxes.
126 - Stainless basket strainers for kitchen sinks provided by Watertight.
Mechanical:
2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump
1 - Floor drain in mechanical room
1 - Gas piping for Water heaters and parking garage heaters
1 - Hose bib in the mech room.
Roof Drains:
20 - Roof drains according to plan.
Parking garage:
10 - FD-2 floor drains where shown with no traps.
11 - FD-1 floor drains where shown.
1 - Striem OS-100 gpm sand/oil separator.
Core drilling for plumbing only is included.
Utility room:
4 - Mop sink plumbing with chrome faucet.

RRSB Ruins 04058

ground floor,2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut off's in mechanical room for
each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and
trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk
Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by different company.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.

| | |
|---|---|
| SUBTOTAL | 67,521.15 |
| TAX | 0.00 |
| TOTAL | 67,521.15 |
| PAYMENT | 67,521.15 |
| BALANCE DUE | **$0.00** |
| | PAID |

## Estimate Summary

| | |
|---|---|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3064 | 67,500.00 |
| Invoice 3155 | 51,762.60 |
| Invoice 3065 | 67,500.00 |
| Invoice 3032 | 67,500.00 |
| Invoice 3127 | 71,646.22 |
| Invoice 3128 | 71,646.22 |
| Invoice 3033 | 75,023.50 |
| This invoice 2956 | $0.00 |
| Total invoiced | 540,099.69 |

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

BILL TO
The Ruins
315 East Kemp
Watertown, SD  57201

| | | |
|---|---|---|
| INVOICE | 3033 | |
| DATE | 06/25/2022 | |
| DUE DATE | 07/25/2022 | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.10 | 750,235.00 | 75,023.50 |

The Ruins plumbing bid includes:
Apartments:
2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat.
72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets.
2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel.
2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel.
84 - Lavatory sink plumbing and installation of customer provided faucets.
78 - Toilet plumbing and installation of customer provided toilets.
63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets.
63 - Clothes washer boxes.
126 - Stainless basket strainers for kitchen sinks provided by Watertight.
Mechanical:
2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump
1 - Floor drain in mechanical room
1 - Gas piping for Water heaters and parking garage heaters
1 - Hose bib in the mech room.
Roof Drains:
20 - Roof drains according to plan.
Parking garage:
10 - FD-2 floor drains where shown with no traps.
11 - FD-1 floor drains where shown.
1 - Striem OS-100 gpm sand/oil separator.
Core drilling for plumbing only is included.
Utility room:
4 - Mop sink plumbing with chrome faucet.

If not paid within 30 days there will be a 1.5% per month interest charge
Page 1 of 3

RRSB Ruins 04061

ground floor, 2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut off's in mechanical room for each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by different company.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.

| | |
|---|---:|
| SUBTOTAL | 75,023.50 |
| TAX | 0.00 |
| TOTAL | 75,023.50 |
| PAYMENT | 75,023.50 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

## Estimate Summary

| | |
|---|---:|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3064 | 67,500.00 |
| Invoice 3155 | 51,762.60 |
| Invoice 3065 | 67,500.00 |
| Invoice 3032 | 67,500.00 |
| Invoice 3127 | 71,646.22 |
| Invoice 2956 | 67,521.15 |
| Invoice 3128 | 71,646.22 |
| This invoice 3033 | $0.00 |
| Total invoiced | 540,099.69 |

RRSB Ruins 04063

# Watertight, Inc.

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

BILL TO
The Ruins
315 East Kemp
Watertown, SD  57201

| INVOICE | 3032 |
| --- | --- |
| DATE | 07/25/2022 |
| DUE DATE | 08/24/2022 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| | Sales | 0.0899718 | 750,235.00 | 67,500.00 |

The Ruins plumbing bid includes:
Apartments:
2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat.
72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets.
2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel.
2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel.
84 - Lavatory sink plumbing and installation of customer provided faucets.
78 - Toilet plumbing and installation of customer provided toilets.
63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets.
63 - Clothes washer boxes.
126 - Stainless basket strainers for kitchen sinks provided by Watertight.
Mechanical:
2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump
1 - Floor drain in mechanical room
1 - Gas piping for Water heaters and parking garage heaters
1 - Hose bib in the mech room.
Roof Drains:
20 - Roof drains according to plan.
Parking garage:
10 - FD-2 floor drains where shown with no traps.
11 - FD-1 floor drains where shown.
1 - Striem OS-100 gpm sand/oil separator.
Core drilling for plumbing only is included.
Utility room:
4 - Mop sink plumbing with chrome faucet.

RRSB Ruins 04064

ground floor,2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 – Plumbing for shut offs in mechanical room for
each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and
trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk
Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by different company.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.

| | |
|---|---|
| SUBTOTAL | 67,500.00 |
| TAX | 0.00 |
| TOTAL | 67,500.00 |
| PAYMENT | 67,500.00 |
| BALANCE DUE | **$0.00** |
| | PAID |

## Estimate Summary

| | |
|---|---:|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3064 | 67,500.00 |
| Invoice 3155 | 51,762.60 |
| Invoice 3065 | 67,500.00 |
| Invoice 3127 | 71,646.22 |
| Invoice 2956 | 67,521.15 |
| Invoice 3128 | 71,646.22 |
| Invoice 3033 | 75,023.50 |
| This invoice 3032 | $0.00 |
| Total invoiced | 540,099.69 |

RRSB Ruins 04066

**Watertight, Inc.**

PO Box 87
Castlewood, SD 57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| | | |
|---|---|---|
| BILL TO | INVOICE | 3064 |
| The Ruins | DATE | 08/25/2022 |
| 315 East Kemp | DUE DATE | 09/24/2022 |
| Watertown, SD 57201 | | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0899718 | 750,235.00 | 67,500.00 |

The Ruins plumbing bid includes:
Apartments:
2 - White Salo 162-34HBF handicap shower with seat and grab bars with Moen T3558 Brushed Nickel shower faucets Units 203 RH seat, 212 LH seat.
72 - Salo 148 showers without seat and Moen T2192 Brushed Nickel shower faucets.
2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel.
2 - Salo S160x30 left hand seat with a Moen T2192 Brushed Nickel.
84 - Lavatory sink plumbing and installation of customer provided faucets.
78 - Toilet plumbing and installation of customer provided toilets.
63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets.
63 - Clothes washer boxes.
126 - Stainless basket strainers for kitchen sinks provided by Watertight.
Mechanical:
2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump
1 - Floor drain in mechanical room
1 - Gas piping for Water heaters and parking garage heaters
1 - Hose bib in the mech room.
Roof Drains:
20 - Roof drains according to plan.
Parking garage:
10 - FD-2 floor drains where shown with no traps.
11 - FD-1 floor drains where shown.
1 - Striem OS-100 gpm sand/oil separator.
Core drilling for plumbing only is included.
Utility room:
4 - Mop sink plumbing with chrome faucet.

RRSB Ruins 04067

ground floor,2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut off's in mechanical room for
each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and
trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk
Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by different company.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.

| | |
|---|---|
| SUBTOTAL | 67,500.00 |
| TAX | 0.00 |
| TOTAL | 67,500.00 |
| PAYMENT | 67,500.00 |
| BALANCE DUE | **$0.00** |
| | PAID |

Estimate Summary

| | |
|---|---|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3155 | 51,762.60 |
| Invoice 3065 | 67,500.00 |
| Invoice 3032 | 67,500.00 |
| Invoice 3127 | 71,646.22 |
| Invoice 2956 | 67,521.15 |
| Invoice 3128 | 71,646.22 |
| Invoice 3033 | 75,023.50 |
| This invoice 3064 | $0.00 |
| Total invoiced | 540,099.69 |

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

BILL TO
The Ruins
315 East Kemp
Watertown, SD  57201

| | | |
|---|---|---|
| INVOICE | 3065 | |
| DATE | 09/25/2022 | |
| DUE DATE | 10/25/2022 | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0899718 | 750,235.00 | 67,500.00 |
| | The Ruins plumbing bid includes: | | | |
| | Apartments: | | | |
| | 2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat. | | | |
| | 72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets. | | | |
| | 2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel. | | | |
| | 2 – Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel. | | | |
| | 84 - Lavatory sink plumbing and installation of customer provided faucets. | | | |
| | 78 - Toilet plumbing and installation of customer provided toilets. | | | |
| | 63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets. | | | |
| | 63 - Clothes washer boxes. | | | |
| | 126 - Stainless basket strainers for kitchen sinks provided by Watertight. | | | |
| | Mechanical: | | | |
| | 2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump | | | |
| | 1 - Floor drain in mechanical room | | | |
| | 1 - Gas piping for Water heaters and parking garage heaters | | | |
| | 1 - Hose bib in the mech room. | | | |
| | Roof Drains: | | | |
| | 20 - Roof drains according to plan. | | | |
| | Parking garage: | | | |
| | 10 - FD-2 floor drains where shown with no traps. | | | |
| | 11 - FD-1 floor drains where shown. | | | |
| | 1 - Striem OS-100 gpm sand/oil separator. | | | |
| | Core drilling for plumbing only is included. | | | |
| | Utility room: | | | |
| | 4 – Mop sink plumbing with chrome faucet. | | | |

RRSB Ruins 04070

ground floor,2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut offs in mechanical room for each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets  ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by different company.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.

| | |
|---|---|
| SUBTOTAL | 67,500.00 |
| TAX | 0.00 |
| TOTAL | 67,500.00 |
| PAYMENT | 67,500.00 |
| BALANCE DUE | **$0.00** |
| | PAID |

Estimate Summary

| | |
|---|---|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3064 | 67,500.00 |
| Invoice 3155 | 51,762.60 |
| Invoice 3032 | 67,500.00 |
| Invoice 3127 | 71,646.22 |
| Invoice 2956 | 67,521.15 |
| Invoice 3128 | 71,646.22 |
| Invoice 3033 | 75,023.50 |
| This invoice 3065 | $0.00 |
| Total invoiced | 540,099.69 |

RRSB Ruins 04072

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | | INVOICE | 3127 |
|---|---|---|---|
| The Ruins | | DATE | 10/25/2022 |
| 315 East Kemp | | DUE DATE | 11/15/2022 |
| Watertown, SD  57201 | | | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0899718 | 750,235.00 | 67,500.00 |
| | The Ruins plumbing bid includes: | | | |
| | Apartments: | | | |
| | 2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat. | | | |
| | 72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets. | | | |
| | 2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel. | | | |
| | 2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel. | | | |
| | 84 - Lavatory sink plumbing and installation of customer provided faucets. | | | |
| | 78 - Toilet plumbing and installation of customer provided toilets. | | | |
| | 63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets. | | | |
| | 63 - Clothes washer boxes. | | | |
| | 126 - Stainless basket strainers for kitchen sinks provided by Watertight. | | | |
| | Mechanical: | | | |
| | 2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump | | | |
| | 1 - Floor drain in mechanical room | | | |
| | 1 - Gas piping for Water heaters and parking garage heaters | | | |
| | 1 - Hose bib in the mech room. | | | |
| | Roof Drains: | | | |
| | 20 - Roof drains according to plan. | | | |
| | Parking garage: | | | |
| | 10 - FD-2 floor drains where shown with no traps. | | | |
| | 11 - FD-1 floor drains where shown. | | | |
| | 1 - Striem OS-100 gpm sand/oil separator. | | | |
| | Core drilling for plumbing only is included. | | | |
| | Utility room: | | | |
| | 4 - Mop sink plumbing with chrome faucet. | | | |

ground floor,2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut offs in mechanical room for each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by different company.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.

| | |
|---|---:|
| Late Fee<br>1.5% - Applied on Dec 14, 2022 | 1,012.50T |
| Late Fee<br>1.5% - Applied on Jan 14, 2023 | 1,028.37T |
| Late Fee<br>1.5% - Applied on Feb 14, 2023 | 1,044.49T |
| Late Fee<br>1.5% - Applied on Mar 14, 2023 | 1,060.86T |

| | |
|---|---:|
| SUBTOTAL | 71,646.22 |
| TAX | 0.00 |
| TOTAL | 71,646.22 |
| PAYMENT | 67,500.00 |
| **BALANCE DUE** | **$4,146.22** |

## Estimate Summary

| | |
|---|---|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3064 | 67,500.00 |
| Invoice 3155 | 51,762.60 |
| Invoice 3065 | 67,500.00 |
| Invoice 3032 | 67,500.00 |
| Invoice 2956 | 67,521.15 |
| Invoice 3128 | 71,646.22 |
| Invoice 3033 | 75,023.50 |
| This invoice 3127 | $4,146.22 |
| Total invoiced | 540,099.69 |

RRSB Ruins 04075

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

BILL TO
The Ruins
315 East Kemp
Watertown, SD  57201

| | |
|---|---|
| INVOICE | 3128 |
| DATE | 11/25/2022 |
| DUE DATE | 12/15/2022 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0899718 | 750,235.00 | 67,500.00 |

The Ruins plumbing bid includes:
Apartments:
2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat.
72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets.
2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel.
2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel.
84 - Lavatory sink plumbing and installation of customer provided faucets.
78 - Toilet plumbing and installation of customer provided toilets.
63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets.
63 - Clothes washer boxes.
126 - Stainless basket strainers for kitchen sinks provided by Watertight.
Mechanical:
2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump
1 - Floor drain in mechanical room
1 - Gas piping for Water heaters and parking garage heaters
1 - Hose bib in the mech room.
Roof Drains:
20 - Roof drains according to plan.
Parking garage:
10 - FD-2 floor drains where shown with no traps.
11 - FD-1 floor drains where shown.
1 - Striem OS-100 gpm sand/oil separator.
Core drilling for plumbing only is included.
Utility room:
4 - Mop sink plumbing with chrome faucet.

ground floor,2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut offs in mechanical room for
each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and
trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk
Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by different company.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.

| | |
|---|---|
| Late Fee | 1,012.50T |
| 1.5% - Applied on Dec 21, 2022 | |
| Late Fee | 1,028.37T |
| 1.5% - Applied on Jan 21, 2023 | |
| Late Fee | 1,044.49T |
| 1.5% - Applied on Feb 21, 2023 | |
| Late Fee | 1,060.86T |
| 1.5% - Applied on Mar 21, 2023 | |

| | |
|---|---|
| SUBTOTAL | 71,646.22 |
| TAX | 0.00 |
| TOTAL | 71,646.22 |
| PAYMENT | 67,500.00 |
| **BALANCE DUE** | **$4,146.22** |

Estimate Summary

| | |
|---|---|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3064 | 67,500.00 |
| Invoice 3155 | 51,762.60 |
| Invoice 3065 | 67,500.00 |
| Invoice 3032 | 67,500.00 |
| Invoice 3127 | 71,646.22 |
| Invoice 2956 | 67,521.15 |
| Invoice 3033 | 75,023.50 |
| This invoice 3128 | $4,146.22 |
| Total invoiced | 540,099.69 |

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | | |
|---|---|---|
| The Ruins | INVOICE | 3155 |
| 315 East Kemp | DATE | 12/25/2022 |
| Watertown, SD  57201 | DUE DATE | 01/15/2023 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0659793 | 750,235.00 | 49,500.00 |

The Ruins plumbing bid includes:
Apartments:
2 - White Salo 162-34HBF handicap shower with seat and grab bars  with Moen T3558 Brushed Nickel shower faucets  Units 203 RH seat, 212 LH seat.
72 - Salo 148  showers without seat and  Moen T2192 Brushed Nickel shower faucets.
2 - Salo S160x30 right hand seat with a Moen T2192 Brushed Nickel.
2 - Salo S160x30 left hand seat  with a Moen T2192 Brushed Nickel.
84 - Lavatory sink plumbing and installation of customer provided faucets.
78 - Toilet plumbing and installation of customer provided toilets.
63 - Kitchen sink plumbing w/ Dishwasher valves and drain tee and installation of customer provided sinks and faucets.
63 - Clothes washer boxes.
126 - Stainless basket strainers for kitchen sinks provided by Watertight.
Mechanical:
2 - 250,000 Btu gas high efficiency water heaters with expansion tanks, with 1/10th hr recirc pump
1 - Floor drain in mechanical room
1 - Gas piping for Water heaters and parking garage heaters
1 - Hose bib in the mech room.
Roof Drains:
20 - Roof drains according to plan.
Parking garage:
10 - FD-2 floor drains where shown with no traps.
11 - FD-1 floor drains where shown.
1 - Striem OS-100 gpm sand/oil separator.
Core drilling for plumbing only is included.
Utility room:
4 - Mop sink plumbing with chrome faucet.

ground floor,2nd floor, 3rd floor, 4th floor.
1 - Floor drain in trash room on ground level only.
1 - Plumbing for shut offs in mechanical room for each floor.
Bathrooms on main floor.
Installation of fixtures provided by Watertight:
7 - Wall mount toilets ADA elongated.
7 - Wall mount carriers.
7 - 1955CTBP 000 White Elongated plastic seat.
7 - Handle flush valves.
2 - Trimbrook Urinals with Handle flush valves.
7 - Delta 501-DST lav faucets.
7 - Lucerne 20-1/2x 18-1/4x 12-1/4in sinks.
7 - 760W-1 1-1/4 17G Offset Gr Drain.
5 - 36" grab bars.
5 - 42" grab bars.
1 - EW Cooler with bottle filler.
Scope of work:
Labor for plumbing groundwork, rough-in, and trim out.
Water lines ran in PEX.
Drains and vents ran in PVC.
Not Included:
X-No dividers for the toilets and urinals.
X-No toilets, sinks, or faucets.
X-No floor drains for clothes washers.
X-No ice maker boxes.
X-No water or gas meters.
X-No Excise Tax, Bonds, or Builders Risk Insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by different company.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.

| | |
|---|---|
| Late Fee<br>1.5% - Applied on Feb 8, 2023 | 742.50T |
| Late Fee<br>1.5% - Applied on Mar 8, 2023 | 754.14T |
| Late Fee<br>1.5% - Applied on Apr 8, 2023 | 765.96T |

| | |
|---|---|
| SUBTOTAL | 51,762.60 |
| TAX | 0.00 |
| TOTAL | 51,762.60 |
| PAYMENT | 51,762.60 |
| BALANCE DUE | **$0.00** |
| | PAID |

## Estimate Summary

| | |
|---|---:|
| Estimate The Ruins /1382 | 750,235.00 |
| Invoice 3064 | 67,500.00 |
| Invoice 3065 | 67,500.00 |
| Invoice 3032 | 67,500.00 |
| Invoice 3127 | 71,646.22 |
| Invoice 2956 | 67,521.15 |
| Invoice 3128 | 71,646.22 |
| Invoice 3033 | 75,023.50 |
| This invoice 3155 | $0.00 |
| Total invoiced | 540,099.69 |

# Exhibit C

## Watertight, Inc.

## Ruins Payments

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10451**

77-7869/2913

**** SIXTY SEVEN THOUSAND FIVE HUNDRED TWENTY ONE AND 15/100 DOLLARS

TO THE
ORDER OF

06/09/22        $67,521.15**

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

**The Ruins, LLC**
1405 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN 56548

187

**** SEVENTY FIVE THOUSAND TWENTY THREE AND 50/100 DOLLARS

TO THE
ORDER OF

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD   57223

07/01/22          $75,023.50**

RRSB Ruins 04050



The Ruins, LLC
1406 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN 56548

211

**** SIXTY SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

08/05/22

67,500.00**

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

RRSB Ruins 04051

**Craig Development, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**10899**

77-7869/2913

\*\*\*\* SIXTY SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

09/06/22          $67,500.00\*\*

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

RRSB Ruins 04052

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Development, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**11351**

77-7869/2913

\*\*\*\* SIXTY SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

12/08/22          $67,500.00\*\*

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

RRSB Ruins 04053

Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11757

77-7869/2913

**** FORTY NINE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

03/21/23          $49,500.00**

Business Account

Authorized Signature

RRSB Ruins 04054

Craig Development, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

11933

77-7869/2913

**** TWO THOUSAND TWO HUNDRED SIXTY TWO AND 62/100 DOLLARS

TO THE
ORDER OF

05/01/23        $2,262.62***

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

RRSB Ruins 04055

# Exhibit D

# Watertight, Inc.

# Generations Payment Applications

## PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201 | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | 1<br>5/17/2021<br>5/24/2021 | Distribution To: |
|---|---|---|---|---|---|---|
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

### CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ | 640,000.00 |
| 2 SUM OF ALL CHANGE ORDERS | | $19,955.00 |
| 3 CURRENT CONTRACT AMOUNT    (Line 1 + Line 2) | | $859,955.00 |
| 4 TOTAL COMPLETED AND STORED | $ | 65,995.50 |
| (Column G on Continuation Page) | | |
| 5 RETAINAGE: | | |
| a.  10% of completed work | $ | 6,599.55 |
| (Columns D+E on Continuation Page) | | |
| b.  10% of Material Stored | $0.00 | |
| (Column F on Continuation Page) | | |
| Total Retainage (Line 5a + 5b or | | |
| column I on Continuation Page) | | $6,599.55 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE | | $59,395.95 |
| (Line 4 Minus Line 5 Total) | | |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS | | |
| (Line 6 from Prior Application) | | |
| 8 PAYMENT DUE | | $59,395.95 |
| 9 BALANCE TO COMPLETION | $800,559.05 | |
| (Line 3 Minus Line 6) | | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By:          Chris Serie          Date:          5/20/2021

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount                              Date:

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)*

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

GENERAL CONTRACTOR:
By:                              Date:
ARCHITECT:
By:                              Date:

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

## CONTINUATION PAGE

Payment application containing Contractor's signature is attached.

APPLICATION #: 4
DATE OF APPLICATION
PERIOD THRU
SUBCONTRACT #

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | COMPLETED WORK | | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| | | | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | | | | | |
| 01 | Billing for 10% of project | $ 659,955.00 | | $ 65,995.50 | | $ 65,995.50 | 10% | $ 593,959.50 | |
| 02 | | | | | | $ - | #DIV/0! | $ - | |
| 03 | | | | | | $ - | | $ - | |
| 04 | | | | | | $ - | | $ - | |
| 05 | | | | | | $ - | | $ - | |
| 06 | | | | | | $ - | | $ - | |
| 07 | | | | | | $ - | | $ - | |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 21 | | | | | | $ - | | $ - | |
| 22 | | | | | | $ - | | $ - | |
| 23 | | | | | | $ - | | $ - | |
| 24 | | | | | | $ - | | $ - | |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 659,955.00 | $ - | $ 65,995.50 | $ - | $ 65,995.50 | 10% | $ 593,959.50 | $ - |

## CONTINUATION PAGE

PROJECT: $ -
$ -
$ -

Payment application containing Contractor's signature is attached.

APPLICATION #
DATE OF APPLICATION
PERIOD THRU
PROJECT #

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | COMPLETED WORK | | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| | | | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | | | | | |
| 39 | | | | | | $ - | | $ - | |
| 40 | | | | | | $ - | | $ - | |
| 41 | | | | | | $ - | | $ - | |
| 42 | | | | | | $ - | | $ - | |
| 43 | | | | | | $ - | | $ - | |
| 44 | | | | | | $ - | | $ - | |
| 45 | | | | | | $ - | | $ - | |
| 46 | | | | | | $ - | | $ - | |
| 47 | | | | | | $ - | | $ - | |
| 48 | | | | | | $ - | | $ - | |
| 49 | | | | | | $ - | | $ - | |
| 50 | | | | | | $ - | | $ - | |
| 51 | | | | | | $ - | | $ - | |
| 52 | | | | | | $ - | | $ - | |
| 53 | | | | | | $ - | | $ - | |
| 54 | | | | | | $ - | | $ - | |
| 55 | | | | | | $ - | | $ - | |
| 56 | | | | | | $ - | | $ - | |
| 57 | | | | | | $ - | | $ - | |
| 58 | | | | | | $ - | | $ - | |
| 59 | | | | | | $ - | | $ - | |
| 60 | | | | | | $ - | | $ - | |
| 61 | | | | | | $ - | | $ - | |
| 62 | | | | | | $ - | | $ - | |
| 63 | | | | | | $ - | | $ - | |
| 64 | | | | | | $ - | | $ - | |
| 65 | | | | | | $ - | | $ - | |
| 66 | | | | | | $ - | | $ - | |
| 67 | | | | | | $ - | | $ - | |
| 68 | | | | | | $ - | | $ - | |
| 69 | | | | | | $ - | | $ - | |
| 70 | | | | | | $ - | | $ - | |
| 71 | | | | | | $ - | | $ - | |
| 72 | | | | | | $ - | | $ - | |
| 73 | | | | | | $ - | | $ - | |
| 74 | | | | | | $ - | | $ - | |
| 75 | | | | | | $ - | | $ - | |
| 76 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ - | $ - | $ - | $ - | $ - | 0% | $ - | $ - |

## PAYMENT APPLICATION

| | | | | |
|---|---|---|---|---|
| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201 | Application #  **1**<br>Period Start  5/17/2021<br>Period End  5/24/2021<br>Application Date<br>Subcontract #:<br>Date of Contract |
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | Distribution To: |
| FOR: | | | | |

### CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | |
|---|---|
| 1 CONTRACT AMOUNT | $ 640,000.00 |
| 2 SUM OF ALL CHANGE ORDERS | $19,955.00 |
| 3 CURRENT CONTRACT AMOUNT     (Line 1 + Line 2) | $659,955.00 |
| 4 TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | $ 25,000.00 |
| 5 RETAINAGE: | |
| a.  10% of completed work<br>(Columns D+E on Continuation Page) | |
| b.  10% of Material Stored<br>(Column F on Continuation Page) | $2,500.00 |
| Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | $2,500.00 |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | $22,500.00 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | $ 59,395.95 |
| 8 PAYMENT DUE | $22,500.00 |
| 9 BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | $637,455.00 |

| SUMMARY OF CHANGE ORDERS | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: _____ Chris Serie _____ Date: _____ 5/20/2021

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount _____    Date: _____

( If the certified amount is different from the payment due, you should attach an explanation. Initial all figures that are changed to match the certified amount.)

GENERAL CONTRACTOR:
By: _____    Date: _____
ARCHITECT:
By: _____    Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

## PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201 | | Distribution To: |
|---|---|---|---|---|---|
| | | | Application # | 3 | |
| | | | Period Start | 6/24/2021 | |
| FROM: | Waterlight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | Period End | 7/25/2021 | |
| | | | Application Date | | |
| | | | Subcontract #: | | |
| | | | Date of Contract | | |
| FOR: | | | | | |

Sent
7-25-21

### CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 CONTRACT AMOUNT | | $ | 640,000.00 |
| 2 SUM OF ALL CHANGE ORDERS | | | $19,955.00 |
| 3 CURRENT CONTRACT AMOUNT    (Line 1 + Line 2) | | | $659,955.00 |
| 4 TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | | $ | 110,000.00 |

5 RETAINAGE:
  a. 10% of completed work
     (Columns D+E on Continuation Page)
  b. 10% of Material Stored    $11,000.00
     (Column F on Continuation Page)
  Total Retainage (Line 5a + 5b or
  column I on Continuation Page)    $11,000.00

| | |
|---|---|
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | $99,000.00 |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS     $     20,099.55<br>(Line 6 from Prior Application) | |
| 8 PAYMENT DUE | $99,000.00 |
| 9 BALANCE TO COMPLETION     $459,959.50<br>(Line 3 Minus Line 6) | |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By:                Chris Surie                Date:          7/25/2021

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount    ............................................... Date:

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figu
GENERAL CONTRACTOR:
By:                Date:
ARCHITECT:
By:                Date:

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

RRSB Ruins 03996

Payment application containing Contractor's signature is attached.

APPLICATION #
DATE OF APPLICATION
PERIOD THRU
SUBCONTRACT #

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLET E (G/C) | BALANCE TO COMPLETIO N (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 684,955.00 | | $ 65,995.50 | | $ 65,995.50 | 10% | $ 593,959.50 | |
| 02 | Showers stored at Harvester Building | $ 35,000.00 | | | $ 25,000.00 | $ 25,000.00 | | $ 568,959.50 | $ 2,500.00 |
| 03 | PARTS FOR GENERATIONS | | | | $ 110,000.00 | $ 110,000.00 | | | |
| 04 | | | | | | $ - | | $ - | |
| 05 | | | | | | $ - | | $ - | |
| 06 | | | | | | $ - | | $ - | |
| 07 | | | | | | $ - | | $ - | |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 12 | | | | | | $ - | | $ - | |
| 13 | | | | | | $ - | | $ - | |
| 14 | | | | | | $ - | | $ - | |
| 15 | | | | | | $ - | | $ - | |
| 16 | | | | | | $ - | | $ - | |
| 17 | | | | | | $ - | | $ - | |
| 18 | | | | | | $ - | | $ - | |
| 19 | | | | | | $ - | | $ - | |
| 20 | | | | | | $ - | | $ - | |
| 21 | | | | | | $ - | | $ - | |
| 22 | | | | | | $ - | | $ - | |
| 23 | | | | | | $ - | | $ - | |
| 24 | | | | | | $ - | | $ - | |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 684,955.00 | $ - | $ 65,995.50 | $ 135,000.00 | $ 200,995.50 | 20% | $ 1,162,919.00 | $ 2,500.00 |

CONTINUATION PAGE

*(handwritten notes at left):*
pd 59,395.95
owe - 22,500 } sent June 24
99,000 } as of 8-16-21
8-25-21

PROJECT:

Payment application containing Contractor's signature is attached.

APPLICATION #
DATE OF APPLICATION
PERIOD THRU
PROJECT #

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLET E (G/C) | BALANCE TO COMPLETIO N (C-G) | RETAINAGE |
| 39 | | | | | | $ - | | $ - | |
| 40 | | | | | | $ - | | $ - | |
| 41 | | | | | | $ - | | $ - | |
| 42 | | | | | | $ - | | $ - | |
| 43 | | | | | | $ - | | $ - | |
| 44 | | | | | | $ - | | $ - | |
| 45 | | | | | | $ - | | $ - | |
| 46 | | | | | | $ - | | $ - | |
| 47 | | | | | | $ - | | $ - | |
| 48 | | | | | | $ - | | $ - | |
| 49 | | | | | | $ - | | $ - | |
| 50 | | | | | | $ - | | $ - | |
| 51 | | | | | | $ - | | $ - | |
| 52 | | | | | | $ - | | $ - | |
| 53 | | | | | | $ - | | $ - | |
| 54 | | | | | | $ - | | $ - | |
| 55 | | | | | | $ - | | $ - | |
| 56 | | | | | | $ - | | $ - | |
| 57 | | | | | | $ - | | $ - | |
| 58 | | | | | | $ - | | $ - | |
| 59 | | | | | | $ - | | $ - | |
| 60 | | | | | | $ - | | $ - | |
| 61 | | | | | | $ - | | $ - | |
| 62 | | | | | | $ - | | $ - | |
| 63 | | | | | | $ - | | $ - | |
| 64 | | | | | | $ - | | $ - | |
| 65 | | | | | | $ - | | $ - | |
| 66 | | | | | | $ - | | $ - | |
| 67 | | | | | | $ - | | $ - | |
| 68 | | | | | | $ - | | $ - | |
| 69 | | | | | | $ - | | $ - | |
| 70 | | | | | | $ - | | $ - | |
| 71 | | | | | | $ - | | $ - | |
| 72 | | | | | | $ - | | $ - | |
| 73 | | | | | | $ - | | $ - | |
| 74 | | | | | | $ - | | $ - | |
| 75 | | | | | | $ - | | $ - | |
| 76 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ - | $ - | $ - | $ - | $ - | 0% | $ - | $ - |

Generations payment request.xlsx

1 of

RRSB Ruins 03997

# PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201 | Application # | | 4 | Distribution To:<br>Watertight, Inc. |
|---|---|---|---|---|---|---|---|
| | | | | Period Start | | 7/25/2021 | |
| | | | | Period End | | 8/25/2021 | |
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | Application Date | | | |
| | | | | Subcontract #: | | | |
| | | | | Date of Contract | | | |
| FOR: | | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1  CONTRACT AMOUNT | | $  640,000.00 | |
| 2  SUM OF ALL CHANGE ORDERS | | $19,955.00 | |
| 3  CURRENT CONTRACT AMOUNT  (Line 1 + Line 2) | | $659,955.00 | |
| 4  TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | | $  350,995.50 | |
| 5  RETAINAGE: | | | |
| a.  10%  of completed work<br>(Columns D+E on Continuation Page) | $  25,099.55 | | |
| b.  10%  of Material Stored<br>(Column F on Continuation Page) | $10,000.00 | | |
| Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | $35,099.55 | |
| 6  TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | | $315,895.95 | |
| 7  LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | | $  180,895.95 | |
| 8  PAYMENT DUE | | $135,000.00 | |
| 9  BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | $344,059.05 | | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: _____ *Chris Serie* _____    Date: _____ 8/25/2021

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount ............................................. Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figu[...]*

GENERAL CONTRACTOR:

By: _____ Date: _____

ARCHITECT:

By: _____ Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Page 1

RRSB Ruins 03998    2 of

**CONTINUATION PAGE**

Payment application containing Contractor's signature is attached.

APPLICATION #
DATE OF APPLICATION                4
SUBCONTRACT #
PERIOD THRU

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 659,955.00 | $ 65,995.50 | | | $ 65,995.50 | 10% | $ 593,959.50 | $ 6,599.55 |
| 02 | Showers stored at Harvester Building | | $ 25,000.00 | | | $ 25,000.00 | | $ 568,959.50 | $ 2,500.00 |
| 03 | PARTS FOR GENERATIONS | | $ 110,000.00 | | | $ 110,000.00 | | $ 458,959.50 | $ 11,000.00 |
| 04 | Labor Senior Center | | | $ 50,000.00 | | $ 50,000.00 | | $ 408,959.50 | $ 5,000.00 |
| 05 | Materials for Generations | | | | $ 100,000.00 | $ 100,000.00 | | $ 308,959.50 | $ 10,000.00 |
| 06 | | | | | | $ - | | | |
| 07 | | | | | | $ - | | $ - | |
| 08 | | | | | | $ - | | $ - | |
| 09 | | | | | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 659,955.00 | $ 200,995.50 | $ 50,000.00 | $ 100,000.00 | $ 350,995.50 | 53% | $ 2,339,797.50 | $ 35,099.55 |

# PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201 | Application # | | 5 | Distribution To:<br>Watertight, Inc. |
|---|---|---|---|---|---|---|---|
| | | | | Period Start | 8/26/2021 | | |
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | Period End | 9/25/2021 | | |
| | | | | Application Date | | | |
| | | | | Subcontract #: | | | |
| | | | | Date of Contract | | | |
| FOR: | | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | CONTRACT AMOUNT | $ | 640,000.00 |
| 2 | SUM OF ALL CHANGE ORDERS | | $19,955.00 |
| 3 | CURRENT CONTRACT AMOUNT    (Line 1 + Line 2) | | $659,955.00 |
| 4 | TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | $ | 460,995.50 |
| 5 | RETAINAGE: | | |
| | a. 10%  of completed work    $    42,599.55 | | |
| | (Columns D+E on Continuation Page) | | |
| | b. 10%  of Material Stored    $2,500.00 | | |
| | (Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or | | |
| | column I on Continuation Page) | | $45,099.55 |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | | $415,895.95 |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | $ | 315,895.95 |
| 8 | PAYMENT DUE | | $100,000.00 |
| 9 | BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | $244,059.05 | |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: _____  *Chris Serie*  _____  Date: _____  9/25/2021

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount ...................................  Date: _____

(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figu
GENERAL CONTRACTOR:

By: _____  Date: _____
ARCHITECT:

By: _____  Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

Generations payment request.xlsx

2 of

## CONTINUATION PAGE

Payment application containing Contractor's signature is attached.

APPLICATION #                    5
DATE OF APPLICATION
PERIOD THRU
SUBCONTRACT #

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $  659,955.00 | $   65,995.50 | | | $   65,995.50 | 10% | $  593,959.50 | $   6,599.55 |
| 02 | Showers stored at Harvester Building | | | | $   25,000.00 | $   25,000.00 | | $  568,959.50 | $   2,500.00 |
| 03 | PARTS FOR GENERATIONS | | $  110,000.00 | | | $  110,000.00 | | $  458,959.50 | $  11,000.00 |
| 04 | Labor Senior Center | | $   50,000.00 | | | $   50,000.00 | | $  408,959.50 | $   5,000.00 |
| 05 | Materials for Generations | | $  100,000.00 | | | $  100,000.00 | | $  308,959.50 | $  10,000.00 |
| 06 | Labor for apartments | | | $   60,000.00 | | $   60,000.00 | | $  248,959.50 | $   6,000.00 |
| 07 | Labor for Senior Center | | | $   50,000.00 | | $   50,000.00 | | $  198,959.50 | $   5,000.00 |
| 08 | | | | | | $       - | | $       - | |
| 09 | | | | | | $       - | | $       - | |
| 10 | | | | | | $       - | | $       - | |
| 11 | | | | | | $       - | | $       - | |
| 25 | | | | | | $       - | | $       - | |
| 26 | | | | | | $       - | | $       - | |
| 27 | | | | | | $       - | | $       - | |
| 28 | | | | | | $       - | | $       - | |
| 29 | | | | | | $       - | | $       - | |
| 30 | | | | | | $       - | | $       - | |
| 31 | | | | | | $       - | | $       - | |
| 32 | | | | | | $       - | | $       - | |
| 33 | | | | | | $       - | | $       - | |
| 34 | | | | | | $       - | | $       - | |
| 35 | | | | | | $       - | | $       - | |
| 36 | | | | | | $       - | | $       - | |
| 37 | | | | | | $       - | | $       - | |
| 38 | | | | | | $       - | | $       - | |
| | SUB-TOTALS | $ 659,955.00 | $ 325,995.50 | $ 110,000.00 | $   25,000.00 | $ 460,995.50 | 70% | $ 198,959.50 | $  46,099.55 |

Generations payment request.xlsx

1 of

# PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201 | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | 6<br>9/26/2021<br>10/25/2021 | Distribution To:<br>Watertight, Inc. |
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.

Continuation Page is Attached

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

| 1 | CONTRACT AMOUNT | | $ | 640,000.00 |
| 2 | SUM OF ALL CHANGE ORDERS | | | $19,955.00 |
| 3 | CURRENT CONTRACT AMOUNT | (Line 1 + Line 2) | | $659,955.00 |

CONTRACTOR:

By:   _Chris Serie_   Date:   10/25/2021

| 4 | TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | | $ | 514,995.50 |
| 5 | RETAINAGE: | | | |
| | a. 10% of completed work<br>(Columns D+E on Continuation Page) | $ | 51,499.55 | |
| | b. 10% of Material Stored<br>(Column F on Continuation Page) | | | |
| | Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | | $51,499.55 |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | | | $463,495.95 |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 8 from Prior Application) | | $ | 415,695.95 |
| 8 | PAYMENT DUE | | | $46,800.00 |
| 9 | BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | $196,459.05 | | |

## Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount   ..........................................   Date: _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figu...

GENERAL CONTRACTOR:

By: _____   Date: _____

ARCHITECT:

By: _____   Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
| --- | --- | --- |
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Page 1

## CONTINUATION PAGE

| | | APPLICATION # | 6 |
| | | DATE OF APPLICATION | 10/25/2021 |
| | | PERIOD THRU | |
| | | SUBCONTRACT # | |

Payment application containing Contractor's signature is attached.

| A | B | C | D | E | F | G | PERCENT COMPLET E (G/C) | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLET E (G/C) | BALANCE TO COMPLETIO N (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 659,955.00 | $ 65,995.50 | | | $ 65,995.50 | 10% | $ 593,959.50 | $ 6,599.55 |
| 02 | Showers stored at Harvester Building | | $ 25,000.00 | | | $ 25,000.00 | | $ 568,959.50 | $ 2,500.00 |
| 03 | PARTS FOR GENERATIONS | | $ 110,000.00 | | | $ 110,000.00 | | $ 458,959.50 | $ 11,000.00 |
| 04 | Labor Senior Center | | $ 50,000.00 | | | $ 50,000.00 | | $ 408,959.50 | $ 5,000.00 |
| 05 | Materials for Generations | | $ 100,000.00 | | | $ 100,000.00 | | $ 308,959.50 | $ 10,000.00 |
| 06 | Labor for apartments | | $ 60,000.00 | | | $ 60,000.00 | | $ 248,959.50 | $ 8,000.00 |
| 07 | Labor for Senior Center | | $ 50,000.00 | | | $ 50,000.00 | | $ 198,959.50 | $ 5,000.00 |
| 08 | Labor for Apartments | | | $ 54,000.00 | | $ 54,000.00 | | $ 144,959.50 | $ 5,400.00 |
| 09 | | | | $ 54,000.00 | | $ - | | $ - | |
| 10 | | | | | | $ - | | $ - | |
| 11 | | | | | | $ - | | $ - | |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 659,955.00 | $ 460,995.50 | $ 54,000.00 | $ - | $ 514,995.50 | 78% | $ 198,959.50 | $ 51,499.55 |

# PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201 | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | 7<br>10/26/2021<br>12/25/2021 | Distribution To:<br>Watertight, Inc. |
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

## CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | | |
|---|---|---|---|
| 1 | CONTRACT AMOUNT | $ | 640,000.00 |
| 2 | SUM OF ALL CHANGE ORDERS | | $19,955.00 |
| 3 | CURRENT CONTRACT AMOUNT    (Line 1 + Line 2) | | $659,955.00 |
| 4 | TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | $ | 599,999.50 |
| 5 | RETAINAGE: | | |
| | a. 10% of completed work<br>(Columns D+E on Continuation Page) | $ | 59,999.55 |
| | b. 10% of Material Stored<br>(Column F on Continuation Page) | | |
| | Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | | $59,999.55 |
| 6 | TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | | $539,995.95 |
| 7 | LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | $ | 463,495.95 |
| 8 | PAYMENT DUE | | $76,500.00 |
| 9 | BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | $119,959.05 | |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations incurred under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By:    _Chris Serie_    Date:    12/25/2021

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount    ........................................    Date: _____

(If the certified amount is different from the payment due, you should attach an explanation.  Initial all figu
GENERAL CONTRACTOR:

By: _____    Date: _____
ARCHITECT:

By: _____    Date: _____
Neither this Application nor payment applied for herein is assignable or negotiable.  Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

RRSB Ruins 04004

## CONTINUATION PAGE

Payment application containing Contractor's signature is attached.

APPLICATION #   8
DATE OF APPLICATION   10/25/2021
PERIOD THRU
SUBCONTRACT #

| A | B | C | D | | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 659,955.00 | $ | 65,995.50 | | | $ | 65,995.50 | 10% | $ 593,959.50 | $ | 6,599.55 |
| 02 | Showers stored at Harvester Building | | $ | 25,000.00 | | | $ | 25,000.00 | | $ 568,959.50 | $ | 2,500.00 |
| 03 | PARTS FOR GENERATIONS | | $ | 110,000.00 | | | $ | 110,000.00 | | $ 458,959.50 | $ | 11,000.00 |
| D4 | Labor Senior Center | | $ | 50,000.00 | | | $ | 50,000.00 | | $ 408,959.50 | $ | 5,000.00 |
| 05 | Materials for Generations | | $ | 100,000.00 | | | $ | 100,000.00 | | $ 308,959.50 | $ | 10,000.00 |
| 06 | Labor for apartments | | $ | 60,000.00 | | | $ | 60,000.00 | | $ 248,959.50 | $ | 6,000.00 |
| 07 | Labor for Senior Center | | $ | 50,000.00 | | | $ | 50,000.00 | | $ 198,959.50 | $ | 5,000.00 |
| 08 | Labor for Apartments | | $ | 54,000.00 | | | $ | 54,000.00 | | $ 144,959.50 | $ | 5,400.00 |
| 09 | Labor for Apartments | | | | $ | 85,000.00 | | $ | 85,000.00 | | $ 59,959.50 | $ | 8,500.00 |
| 10 | | | | | | | $ | - | | $ | - |
| 11 | | | | | | | $ | - | | $ | - |
| 25 | | | | | | | $ | - | | $ | - |
| 26 | | | | | | | $ | - | | $ | - |
| 27 | | | | | | | $ | - | | $ | - |
| 28 | | | | | | | $ | - | | $ | - |
| 29 | | | | | | | $ | - | | $ | - |
| 30 | | | | | | | $ | - | | $ | - |
| 31 | | | | | | | $ | - | | $ | - |
| 32 | | | | | | | $ | - | | $ | - |
| 33 | | | | | | | $ | - | | $ | - |
| 34 | | | | | | | $ | - | | $ | - |
| 35 | | | | | | | $ | - | | $ | - |
| 36 | | | | | | | $ | - | | $ | - |
| 37 | | | | | | | $ | - | | $ | - |
| 38 | | | | | | | $ | - | | $ | - |
| | SUB-TOTALS | $ 659,955.00 | $ 514,995.50 | | $ 85,000.00 | $ - | $ 599,995.50 | 91% | $ 198,959.50 | $ 59,999.55 |

RRSB Ruins 04005

## PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201 | Application #<br>Period Start<br>Period End<br>Application Date<br>Subcontract #:<br>Date of Contract | 8<br>12/26/2021<br>1/25/2022 | Distribution To:<br>Watertight, Inc. |
| FROM: | Watertight, Inc.<br>18273 464th Ave<br>Castlewood, SD 57223 | | | | | |
| FOR: | | | | | | |

### CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1  CONTRACT AMOUNT | $ | 640,000.00 |
| 2  SUM OF ALL CHANGE ORDERS | | $19,955.00 |
| 3  CURRENT CONTRACT AMOUNT  (Line 1 + Line 2) | | $659,955.00 |
| 4  TOTAL COMPLETED AND STORED (Column G on Continuation Page) | $ | 634,995.50 |
| 5  RETAINAGE: | | |
| a.  10% of completed work (Columns D+E on Continuation Page) | $  63,499.55 | |
| b.  10% of Material Stored (Column F on Continuation Page) | | |
| Total Retainage (Line 5a + 5b or column I on Continuation Page) | | $63,499.55 |
| 6  TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 Minus Line 5 Total) | | $571,495.95 |
| 7  LESS PREVIOUS PAYMENT APPLICATIONS (Line 6 from Prior Application) | $ | 539,995.95 |
| 8  PAYMENT DUE | | $31,500.00 |
| 9  BALANCE TO COMPLETION (Line 3 Minus Line 6) | $88,459.05 | |

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By:        *Chris Serie*        Date:        1/25/2022

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that; 1. They have inspected the Work represented by this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount  ............................................  Date:  _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all figu
GENERAL CONTRACTOR:
By:        Date:
ARCHITECT:
By:        Date:
Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

Page 1

RRSB Ruins 04006

**CONTINUATION PAGE**

Payment application containing Contractor's signature is attached.

APPLICATION # 6
DATE OF APPLICATION 10/25/2021
PERIOD THRU
SUBCONTRACT #

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMPLETED WORK | | | | | | |
| ITEM # | WORK DESCRIPTION | SCHEDULED AMOUNT | AMOUNT PREVIOUS PERIODS | AMOUNT THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | BALANCE TO COMPLETION (C-G) | RETAINAGE |
| 01 | Billing for 10% of project | $ 659,955.00 | $ 65,995.50 | | | $ 65,995.50 | 10% | $ 593,959.50 | $ 6,599.55 |
| 02 | Showers stored at Harvester Building | | $ 25,000.00 | | | $ 25,000.00 | | $ 568,959.50 | $ 2,500.00 |
| 03 | PARTS FOR GENERATIONS | | $ 110,000.00 | | | $ 110,000.00 | | $ 458,959.50 | $ 11,000.00 |
| 04 | Labor Senior Center | | $ 50,000.00 | | | $ 50,000.00 | | $ 408,959.50 | $ 5,000.00 |
| 05 | Materials for Generations | | $ 100,000.00 | | | $ 100,000.00 | | $ 308,959.50 | $ 10,000.00 |
| 06 | Labor for apartments | | $ 50,000.00 | | | $ 60,000.00 | | $ 248,959.50 | $ 6,000.00 |
| 07 | Labor for Senior Center | | $ 50,000.00 | | | $ 50,000.00 | | $ 198,959.50 | $ 5,000.00 |
| 08 | Labor for Apartments | | $ 54,000.00 | | | $ 54,000.00 | | $ 144,959.50 | $ 5,400.00 |
| 09 | Labor for Apartments | | $ 85,000.00 | | | $ 85,000.00 | | $ 59,959.50 | $ 8,500.00 |
| 10 | Rough in all floors | | | $ 35,000.00 | | $ 35,000.00 | | $ (35,000.00) | $ 3,500.00 |
| 11 | | | | | | $ - | | $ - | |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 659,955.00 | $ 599,995.50 | $ 35,000.00 | $ - | $ 634,995.50 | 96% | $ 198,959.50 | $ 63,499.55 |

RRSB Ruins 04007

## PAYMENT APPLICATION

| TO: | Generations on 1st<br>1405 1st Ave N<br>Fargo ND 58102 | PROJECT: | Generations on 1st<br>26 1st Ave SW<br>Watertown SD 57201 | Application # | 9 | | Distribution To:<br>Watertight, Inc. |
|---|---|---|---|---|---|---|---|
| | | | | Period Start | 1/25/2022 | | |
| | | | | Period End | 4/25/2022 | | |
| FROM: | | | | Application Date | | | |
| | Watertight, Inc. | | | Subcontract #: | | | |
| | 18273 464th Ave | | | Date of Contract | | | |
| | Castlewood, SD 57223 | | | | | | |
| FOR: | | | | | | | |

### CONTRACTORS SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is Attached

| | | |
|---|---|---|
| 1 CONTRACT AMOUNT | $ 640,000.00 | |
| 2 SUM OF ALL CHANGE ORDERS | $19,955.00 | |
| 3 CURRENT CONTRACT AMOUNT (Line 1 + Line 2) | $659,955.00 | |
| 4 TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | $ 659,995.00 | |
| 5 RETAINAGE: | | |
| a. 10% of completed work<br>(Columns D+E on Continuation Page) | | |
| b. 10% of Material Stored<br>(Column F on Continuation Page) | | |
| Total Retainage (Line 5a + 5b or<br>column I on Continuation Page) | $0.00 | |
| 6 TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 Minus Line 5 Total) | $659,995.00 | |
| 7 LESS PREVIOUS PAYMENT APPLICATIONS<br>(Line 6 from Prior Application) | $571,535.95 | |
| 8 PAYMENT DUE | $88,459.05 | |
| 9 BALANCE TO COMPLETION<br>(Line 3 Minus Line 6) | $0.00 | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's cost for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:

By: *Chris Serie*    Date: 4/25/2022

### Certification

The construction Manager and Architect's signatures below are their assurance to Owner, concerning the payment herein applied for, that: 1. They have inspected the Work represented in this Application, 2. Such work has been completed to the extent indicated in this application, 3. this Application for Payment accurately states the amount of Work completed and payment due therefor, and 4. Construction Manager and Architect know of no reason why payment should not be made.

Certified Amount ........................................... Date: _____

*(If the certified amount is different from the payment due, you should attach an explanation. Initial all figu...*
GENERAL CONTRACTOR:
By: _____ Date: _____
ARCHITECT:
By: _____ Date: _____
Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

| SUMMARY OF CHANGE ORDER | Additions | Deductions |
|---|---|---|
| Total changes approved in previous months | | |
| Total changes approved this month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES | $0.00 | |

Page 1

Generations payment request.xlsx

2 of

## CONTINUATION PAGE

Payment application containing Contractor's signature is attached.

APPLICATION # 9
DATE OF APPLICATION 4/25/2022
PERIOD THRU
SUBCONTRACT #

| A ITEM # | B WORK DESCRIPTION | C SCHEDULED AMOUNT | D COMPLETED WORK AMOUNT PREVIOUS PERIODS | E AMOUNT THIS PERIOD | F STORED MATERIALS (NOT IN D OR E) | G TOTAL COMPLETED AND STORED (D+E+F) | PERCENT COMPLETE (G/C) | I BALANCE TO COMPLETION (C-G) | J RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | Billing for 10% of project | $ 659,955.00 | $ 65,995.50 | | | $ 65,995.50 | 10% | $ 593,959.50 | $ 6,599.55 |
| 02 | Showers stored at Harvester Building | | $ 25,000.00 | | | $ 25,000.00 | | $ 568,959.50 | $ 2,500.00 |
| 03 | PARTS FOR GENERATIONS | | $ 110,000.00 | | | $ 110,000.00 | | $ 458,959.50 | $ 11,000.00 |
| 04 | Labor Senior Center | | $ 50,000.00 | | | $ 50,000.00 | | $ 408,959.50 | $ 5,000.00 |
| 05 | Materials for Generations | | $ 100,000.00 | | | $ 100,000.00 | | $ 308,959.50 | $ 10,000.00 |
| 06 | Labor for apartments | | $ 60,000.00 | | | $ 60,000.00 | | $ 248,959.50 | $ 6,000.00 |
| 07 | Labor for Senior Center | | $ 50,000.00 | | | $ 50,000.00 | | $ 198,959.50 | $ 5,000.00 |
| 08 | Labor for Apartments | | $ 54,000.00 | | | $ 54,000.00 | | $ 144,959.50 | $ 5,400.00 |
| 09 | Labor for Apartments | | $ 85,000.00 | | | $ 85,000.00 | | $ 59,959.50 | $ 8,500.00 |
| 10 | Rough in all floors | | $ 35,000.00 | | | $ 35,000.00 | | $ 24,959.50 | $ 3,500.00 |
| 11 | Trim out all floors and finish plumbing | | $ 24,959.50 | | | $ 24,959.50 | | $ - | $ - |
| 25 | | | | | | $ - | | $ - | |
| 26 | | | | | | $ - | | $ - | |
| 27 | | | | | | $ - | | $ - | |
| 28 | | | | | | $ - | | $ - | |
| 29 | | | | | | $ - | | $ - | |
| 30 | | | | | | $ - | | $ - | |
| 31 | | | | | | $ - | | $ - | |
| 32 | | | | | | $ - | | $ - | |
| 33 | | | | | | $ - | | $ - | |
| 34 | | | | | | $ - | | $ - | |
| 35 | | | | | | $ - | | $ - | |
| 36 | | | | | | $ - | | $ - | |
| 37 | | | | | | $ - | | $ - | |
| 38 | | | | | | $ - | | $ - | |
| | SUB-TOTALS | $ 659,955.00 | $ 659,955.00 | $ - | $ - | $ 659,955.00 | 100% | | $ 63,499.55 |

Generations payment request.xlsx

1 of

RRSB Ruins 04009

# Exhibit E

# Watertight, Inc.

# Generations Estimate and Invoices

**Watertight Inc.**
18273 464th Ave
Castlewood, SD  57223
(605) 237-1221
watertightcorp@gmail.com

# Estimate

**ADDRESS**
Jesse Kiihl
100 East Kemp Ave Suite E
Watertown, SD  57201

**ESTIMATE #** Gens/1304
**DATE** 03/11/2021
**EXPIRATION DATE** 04/13/2021

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | **Sales** Generations plumbing bid includes. | | 640,000.00 | 640,000.00 |

Apartments.
3-White handicap shower with seat and grab bars  with Moen Brushed Nickel shower faucets  Units  3211 & 3212
8-White Salo SED160-30 showers w/ seats and  Moen Brushed Nickel shower faucets
73- Salo S160-36  showers w/ seats and Moen Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no traps.
1-Striem OS-75 gpm sand/oil separator.

If not paid within 30 days there will be a 1.5% per month interest charge.

RRSB Ruins 04046

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Core drilling for plumbing only is included Utility room. | | | |
| | 2-Mop sink plumbing with chrome faucet. | | | |
| | 1- Plumbing for shut off's in mech room for each floor. | | | |
| | Scope of work. | | | |
| | Labor for plumbing Groundwork, Rough-In, and trim out. | | | |
| | Water lines ran in PEX | | | |
| | Drains and vents ran in PVC. | | | |
| | Not Included. | | | |
| | X-No toilets, sinks, faucets, | | | |
| | X-No floor drains for clothes washers | | | |
| | X.-No ice maker boxes | | | |
| | X-No water or gas meters. | | | |
| | X-No exercise tax, Bonds, or Builders Risk insurance figured. | | | |
| | X-No radon piping or systems. | | | |
| | X-No sump pumps or elevator sump pumps figured. | | | |
| | X-Sewer, Water, and Storm Sewer to be stubbed in by others. | | | |
| | X-Temporary heat, de-watering, and replacing unsuitable soil not included. | | | |
| | X-Soaking tubs for soaking rooms shown on plan | | | |
| | This bid also includes the plumbing and installation of | | | |
| | 1- Ice box | | | |
| | 1- kitchen sink and faucet | | | |
| | 1-Water supply valve and drain tee for Dishwasher. | | | |
| | For residential kitchen. | | | |
| | This bid does not included the ICAP part of the building | | | |
| | Sales | | | |
| | Bid for Bathrooms in Senior Center | | 4,655.00 | 4,655.00 |
| | Installation of fixtures | | | |
| | 7-Floor mount toilets 16-1/2" ADA elongated | | | |
| | 7- 1955CTBP 000 White Elongated plastic seat | | | |
| | 7- Handle flush valves | | | |
| | 3- Trimbrook Urinals with Handle flush valves | | | |
| | 8- Delta 501-DST lav faucets | | | |
| | 8- Lucerne 20-1/2x 18-1/4x 12-1/4in. | | | |
| | 8- 760W-1 1-1/4 17G Offset Gr Drain. | | | |
| | This does not include the dividers and grab bars | | | |
| | Sales | | | |
| | Bid for Icap part of generations | | 15,000.00 | 15,000.00 |
| | Drains are ran in pvc | | | |
| | Water lines are ran in pex | | | |
| | Ground work and rough in and trim out | | | |
| | Fixtures are provided by Icap | | | |
| | 1- 4 PE GB75 Grease interceptor w/ | | | |

If not paid within 30 days there will be a 1.5% per month interest charge.

RRSB Ruins 04047

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | comp cvr<br>1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | | | |
| | **Sales**<br>Per addendum 6<br>1- Washer box<br>Does not included dryer portion | | 300.00 | 300.00 |

**TOTAL**   **$659,955.00**

Accepted By _____   Accepted Date 5-20-21

If not paid within 30 days there will be a 1.5% per month interest charge.

RRSB Ruins 04048

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Generations on 1st | Generations on 1st | INVOICE | 2849 |
| 1405 First Ave N | 1405 First Ave N | DATE | 05/24/2021 |
| Fargo, ND  58102 | Fargo, ND  58102 | DUE DATE | 06/23/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **Sales** | 0.0928047 | 640,000.00 | 59,395.00 |
| | Generations plumbing bid includes. | | | |
| | | | | |
| | Apartments. | | | |
| | 3-White handicap shower with seat and grab bars  with Moen Brushed Nickel shower faucets Units  3211 & 3212 | | | |
| | 8-White Salo SED160-30 showers w/ seats and  Moen Brushed Nickel shower faucets | | | |
| | 73- Salo S160-36  showers w/ seats and  Moen Brushed Nickel shower faucets | | | |
| | 84-Lavatory sink plumbing. | | | |
| | 84-Toilet plumbing. | | | |
| | 72-Kitchen sink plumbing w/ Dishwasher valves and drain tee. | | | |
| | 72-Clothes washer boxes. | | | |
| | 146- Stainless basket strainers for kitchen sinks | | | |
| | 3- Rough in plumbing for soaking rooms | | | |
| | Mechanical. | | | |
| | 2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system | | | |
| | 1-199,000 btu gas high efficiency water heater with expansion tank, recirc system | | | |
| | 1-Floor drain in mechanical room | | | |
| | 1-Gas piping for Water heaters and parking garage heaters | | | |
| | Roof Drains. | | | |
| | 32-Roof drains according to plan | | | |
| | Parking garage. | | | |
| | 7-Basic round floor drains where shown with no traps. | | | |
| | 1-Striem OS-75 gpm sand/oil separator. | | | |
| | Core drilling for plumbing only is included | | | |
| | Utility room. | | | |
| | 2-Mop sink plumbing with chrome faucet. | | | |
| | 1- Plumbing for shut offs in mech room for each floor. | | | |
| | Scope of work. | | | |

If not paid within 30 days there will be a 1.5% per month interest charge

Page 1 of 3

RRSB Ruins 04018

Labor for plumbing Groundwork, Rough-In, and
trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X.-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk
insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by others.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | | |
|---|---|---|---|
| This bid also includes the plumbing and installation of<br>1- Ice box<br>1- kitchen sink and faucet<br>1-Water supply valve and drain tee for Dishwasher.<br>For residential kitchen. | 0 | | 0.00 |
| This bid does not included the ICAP part of the building | 0 | | 0.00 |
| Sales<br>Bid for Bathrooms in Senior Center<br>Installation of fixtures<br>7-Floor mount toilets 16-1/2" ADA elongated<br>7- 1955CTBP 000 White Elongated plastic seat<br>7- Handle flush valves<br>3- Trimbrook Urinals with Handle flush valves<br>8- Delta 501-DST lav faucets<br>8- Lucerne 20-1/2x 18-1/4x 12-1/4in.<br>8- 760W-1 1-1/4 17G Offset Gr Drain.<br>This does not include the dividers and grab bars | 0 | 4,655.00 | 0.00 |
| Sales<br>Bid for Icap part of generations<br>Drains are ran in pvc<br>Water lines are ran in pex<br>Ground work and rough in and trim out<br>Fixtures are provided by Icap<br>1- 4 PE GB75 Grease interceptor w/ comp cvr<br>1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0 | 15,000.00 | 0.00 |
| Sales<br>Per addendum 6<br>1- Washer box<br>Does not included dryer portion | 0 | 300.00 | 0.00 |

|  | |
|---|---|
| SUBTOTAL | 59,395.00 |
| TAX | 0.00 |
| TOTAL | 59,395.00 |

RRSB Ruins 04019

PAYMENT | 59,395.00

BALANCE DUE | **$0.00**

PAID

Estimate Summary

| | |
|---|---|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2770 | 99,000.00 |
| Invoice 2834 | 48,600.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2849 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04020

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Generations on 1st | Generations on 1st | INVOICE | 2769 |
| 1405 First Ave N | 1405 First Ave N | DATE | 06/30/2021 |
| Fargo, ND  58102 | Fargo, ND  58102 | DUE DATE | 07/15/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0351577 | 640,000.00 | 22,500.95 |
| | Generations plumbing bid includes. | | | |
| | | | | |
| | Apartments. | | | |
| | 3-White handicap shower with seat and grab | | | |
| | bars  with Moen Brushed Nickel shower faucets | | | |
| | Units  3211 & 3212 | | | |
| | 8-White Salo SED160-30 | | | |
| | showers w/ seats and  Moen Brushed Nickel | | | |
| | shower faucets | | | |
| | 73- Salo S160-36  showers w/ seats and  Moen | | | |
| | Brushed Nickel shower faucets | | | |
| | 84-Lavatory sink plumbing. | | | |
| | 84-Toilet plumbing. | | | |
| | 72-Kitchen sink plumbing w/ Dishwasher valves | | | |
| | and drain tee. | | | |
| | 72-Clothes washer boxes. | | | |
| | 146- Stainless basket strainers for kitchen sinks | | | |
| | 3- Rough in plumbing for soaking rooms | | | |
| | Mechanical. | | | |
| | 2- 300,000 Btu gas high efficiency water heaters | | | |
| | with expansion tanks, recirc system | | | |
| | 1-199,000 btu gas high efficiency water heater | | | |
| | with expansion tank, recirc system | | | |
| | 1-Floor drain in mechanical room | | | |
| | 1-Gas piping for Water heaters and parking | | | |
| | garage heaters | | | |
| | Roof Drains. | | | |
| | 32-Roof drains according to plan | | | |
| | Parking garage. | | | |
| | 7-Basic round floor drains where shown with no | | | |
| | traps. | | | |
| | 1-Striem OS-75 gpm sand/oil separator. | | | |
| | Core drilling for plumbing only is included | | | |
| | Utility room. | | | |
| | 2-Mop sink plumbing with chrome faucet. | | | |
| | 1- Plumbing for shut offs in mech room for each | | | |
| | floor. | | | |
| | Scope of work. | | | |

RRSB Ruins 04021

Labor for plumbing Groundwork, Rough-In, and
trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk
insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by others.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | | |
|---|---|---|---|
| This bid also includes the plumbing and installation of<br>1- Ice box<br>1- kitchen sink and faucet<br>1-Water supply valve and drain tee for Dishwasher.<br>For residential kitchen. | 0 | | 0.00 |
| This bid does not included the ICAP part of the building | 0 | | 0.00 |
| Sales<br>Bid for Bathrooms in Senior Center<br>Installation of fixtures<br>7-Floor mount toilets 16-1/2" ADA elongated<br>7- 1955CTBP 000 White Elongated plastic seat<br>7- Handle flush valves<br>3- Trimbrook Urinals with Handle flush valves<br>8- Delta 501-DST lav faucets<br>8- Lucerne 20-1/2x 18-1/4x 12-1/4in.<br>8- 760W-1 1-1/4 17G Offset Gr Drain.<br>This does not include the dividers and grab bars | 0 | 4,655.00 | 0.00 |
| Sales<br>Bid for Icap part of generations<br>Drains are ran in pvc<br>Water lines are ran in pex<br>Ground work and rough in and trim out<br>Fixtures are provided by Icap<br>1- 4 PE GB75 Grease interceptor w/ comp cvr<br>1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0 | 15,000.00 | 0.00 |
| Sales<br>Per addendum 6<br>1- Washer box<br>Does not included dryer portion | 0 | 300.00 | 0.00 |

| | |
|---|---|
| PAYMENT | 22,500.95 |
| BALANCE DUE | **$0.00** |

RRSB Ruins 04022

PAID

Estimate Summary

| | |
|---|---|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2770 | 99,000.00 |
| Invoice 2834 | 48,600.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2769 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04023

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Generations on 1st | Generations on 1st | INVOICE | 2770 |
| 1405 First Ave N | 1405 First Ave N | DATE | 07/31/2021 |
| Fargo, ND  58102 | Fargo, ND  58102 | DUE DATE | 08/15/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.1546875 | 640,000.00 | 99,000.00 |
| | Generations plumbing bid includes. | | | |

Apartments.
3-White handicap shower with seat and grab
bars  with Moen Brushed Nickel shower faucets
Units  3211 & 3212
8-White Salo SED160-30
 showers w/ seats and  Moen Brushed Nickel
shower faucets
73- Salo S160-36  showers w/ seats and  Moen
Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves
and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters
with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater
with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking
garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no
traps.
1-Striem OS-75 gpm sand/oil separator.
Core drilling for plumbing only is included
Utility room.
2-Mop sink plumbing with chrome faucet.
1- Plumbing for shut offs in mech room for each
floor.
Scope of work.

RRSB Ruins 04024

Labor for plumbing Groundwork, Rough-In, and trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by others.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | | |
|---|---|---|---|
| This bid also includes the plumbing and installation of<br>1- Ice box<br>1- kitchen sink and faucet<br>1-Water supply valve and drain tee for Dishwasher.<br>For residential kitchen. | 0 | | 0.00 |
| This bid does not included the ICAP part of the building | 0 | | 0.00 |
| Sales<br>Bid for Bathrooms in Senior Center<br>Installation of fixtures<br>7-Floor mount toilets 16-1/2" ADA elongated<br>7- 1955CTBP 000 White Elongated plastic seat<br>7- Handle flush valves<br>3- Trimbrook Urinals with Handle flush valves<br>8- Delta 501-DST lav faucets<br>8- Lucerne 20-1/2x 18-1/4x 12-1/4in.<br>8- 760W-1 1-1/4 17G Offset Gr Drain.<br>This does not include the dividers and grab bars | 0 | 4,655.00 | 0.00 |
| Sales<br>Bid for Icap part of generations<br>Drains are ran in pvc<br>Water lines are ran in pex<br>Ground work and rough in and trim out<br>Fixtures are provided by Icap<br>1- 4 PE GB75 Grease interceptor w/ comp cvr<br>1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0 | 15,000.00 | 0.00 |
| Sales<br>Per addendum 6<br>1- Washer box<br>Does not included dryer portion | 0 | 300.00 | 0.00 |

| | |
|---|---|
| PAYMENT | 99,000.00 |
| BALANCE DUE | **$0.00** |

If not paid within 30 days there will be a 1.5% per month interest charge.
Page 2 of 3

RRSB Ruins 04025

PAID

Estimate Summary

| | |
|---|---|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2834 | 48,600.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2770 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04026

**Watertight, Inc.**

PO Box 87
Castlewood, SD 57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | | |
|---------|---------|---|---|
| Generations on 1st | Generations on 1st | INVOICE | 2790 |
| 1405 First Ave N | 1405 First Ave N | DATE | 08/25/2021 |
| Fargo, ND 58102 | Fargo, ND 58102 | DUE DATE | 09/15/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | Sales | 0.2109375 | 640,000.00 | 135,000.00 |
| | Generations plumbing bid includes. | | | |

Apartments.
3-White handicap shower with seat and grab
bars  with Moen Brushed Nickel shower faucets
Units 3211 & 3212
8-White Salo SED160-30
 showers w/ seats and  Moen Brushed Nickel
shower faucets
73- Salo S160-36  showers w/ seats and  Moen
Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves
and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters
with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater
with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking
garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no
traps.
1-Striem OS-75 gpm sand/oil separator.
Core drilling for plumbing only is included
Utility room.
2-Mop sink plumbing with chrome faucet.
1- Plumbing for shut offs in mech room for each
floor.
Scope of work.

RRSB Ruins 04027

Labor for plumbing Groundwork, Rough-In, and
trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk
insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by others.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | | |
|---|---|---|---|
| This bid also includes the plumbing and installation of<br>1- Ice box<br>1- kitchen sink and faucet<br> 1-Water supply valve and drain tee for Dishwasher.<br>For residential kitchen. | 0 | | 0.00 |
| This bid does not included the ICAP part of the building | 0 | | 0.00 |
| Sales<br>Bid for Bathrooms in Senior Center<br>Installation of fixtures<br>7-Floor mount toilets 16-1/2" ADA elongated<br>7- 1955CTBP 000 White Elongated plastic seat<br>7- Handle flush valves<br>3- Trimbrook Urinals with Handle flush valves<br>8- Delta 501-DST lav faucets<br>8- Lucerne 20-1/2x 18-1/4x 12-1/4in.<br>8- 760W-1 1-1/4 17G Offset Gr Drain.<br>This does not include the dividers and grab bars | 0 | 4,655.00 | 0.00 |
| Sales<br>Bid for Icap part of generations<br>Drains are ran in pvc<br>Water lines are ran in pex<br>Ground work and rough in and trim out<br>Fixtures are provided by Icap<br>1- 4 PE GB75 Grease interceptor w/ comp cvr<br>1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0 | 15,000.00 | 0.00 |
| Sales<br>Per addendum 6<br>1- Washer box<br>Does not included dryer portion | 0 | 300.00 | 0.00 |

| | |
|---|---|
| PAYMENT | 135,000.00 |
| BALANCE DUE | **$0.00** |

RRSB Ruins 04028

PAID

Estimate Summary

| | |
|---|---:|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2770 | 99,000.00 |
| Invoice 2834 | 48,600.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2790 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04029

**Watertight, Inc.**

PO Box 87
Castlewood, SD 57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Generations on 1st | Generations on 1st | INVOICE | 2799 |
| 1405 First Ave N | 1405 First Ave N | DATE | 09/21/2021 |
| Fargo, ND 58102 | Fargo, ND 58102 | DUE DATE | 10/15/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.15625 | 640,000.00 | 100,000.00 |

Generations plumbing bid includes.

Apartments.
3-White handicap shower with seat and grab bars with Moen Brushed Nickel shower faucets Units 3211 & 3212
8-White Salo SED160-30
showers w/ seats and Moen Brushed Nickel shower faucets
73- Salo S160-36 showers w/ seats and Moen Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no traps.
1-Striem OS-75 gpm sand/oil separator.
Core drilling for plumbing only is included
Utility room.
2-Mop sink plumbing with chrome faucet.
1- Plumbing for shut offs in mech room for each floor.
Scope of work.

RRSB Ruins 04030

Labor for plumbing Groundwork, Rough-In, and trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by others.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | | |
|---|---|---|---|
| This bid also includes the plumbing and installation of<br>1- Ice box<br>1- kitchen sink and faucet<br>1-Water supply valve and drain tee for Dishwasher.<br>For residential kitchen. | 0 | | 0.00 |
| This bid does not included the ICAP part of the building | 0 | | 0.00 |
| Sales<br>Bid for Bathrooms in Senior Center<br>Installation of fixtures<br>7-Floor mount toilets 16-1/2" ADA elongated<br>7- 1955CTBP 000 White Elongated plastic seat<br>7- Handle flush valves<br>3- Trimbrook Urinals with Handle flush valves<br>8- Delta 501-DST lav faucets<br>8- Lucerne 20-1/2x 18-1/4x 12-1/4in.<br>8- 760W-1 1-1/4 17G Offset Gr Drain.<br>This does not include the dividers and grab bars | 0 | 4,655.00 | 0.00 |
| Sales<br>Bid for Icap part of generations<br>Drains are ran in pvc<br>Water lines are ran in pex<br>Ground work and rough in and trim out<br>Fixtures are provided by Icap<br>1- 4 PE GB75 Grease interceptor w/ comp cvr<br>1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0 | 15,000.00 | 0.00 |
| Sales<br>Per addendum 6<br>1- Washer box<br>Does not included dryer portion | 0 | 300.00 | 0.00 |

| PAYMENT | 100,000.00 |
|---|---|
| BALANCE DUE | **$0.00** |

RRSB Ruins 04031

PAID

Estimate Summary

| | |
|---|---|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2770 | 99,000.00 |
| Invoice 2834 | 48,600.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2799 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04032

Case 25-30004   Doc 90   Filed 09/22/25   Entered 09/22/25 16:39:43   Desc Main
Document   Page 106 of 126

**Watertight, Inc.**

PO Box 87
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Generations on 1st | Generations on 1st | INVOICE | 2834 |
| 1405 First Ave N | 1405 First Ave N | DATE | 10/25/2021 |
| Fargo, ND  58102 | Fargo, ND  58102 | DUE DATE | 11/15/2021 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0759375 | 640,000.00 | 48,600.00 |

Generations plumbing bid includes.

Apartments.
3-White handicap shower with seat and grab
bars  with Moen Brushed Nickel shower faucets
Units  3211 & 3212
8-White Salo SED160-30
 showers w/ seats and  Moen Brushed Nickel
shower faucets
73- Salo S160-36  showers w/ seats and  Moen
Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves
and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters
with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater
with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking
garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no
traps.
1-Striem OS-75 gpm sand/oil separator.
Core drilling for plumbing only is included
Utility room.
2-Mop sink plumbing with chrome faucet.
1- Plumbing for shut offs in mech room for each
floor.
Scope of work.

RRSB Ruins 04033

Labor for plumbing Groundwork, Rough-In, and trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by others.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | | |
|---|---|---|---|
| This bid also includes the plumbing and installation of<br>1- Ice box<br>1- kitchen sink and faucet<br> 1-Water supply valve and drain tee for Dishwasher.<br>For residential kitchen. | 0 | | 0.00 |
| This bid does not included the ICAP part of the building | 0 | | 0.00 |
| Sales<br>Bid for Bathrooms in Senior Center<br>Installation of fixtures<br>7-Floor mount toilets 16-1/2" ADA elongated<br>7- 1955CTBP 000 White Elongated plastic seat<br>7- Handle flush valves<br>3- Trimbrook Urinals with Handle flush valves<br>8- Delta 501-DST lav faucets<br>8- Lucerne 20-1/2x 18-1/4x 12-1/4in.<br>8- 760W-1 1-1/4 17G Offset Gr Drain.<br>This does not include the dividers and grab bars | 0 | 4,655.00 | 0.00 |
| Sales<br>Bid for Icap part of generations<br>Drains are ran in pvc<br>Water lines are ran in pex<br>Ground work and rough in and trim out<br>Fixtures are provided by Icap<br>1- 4 PE GB75 Grease interceptor w/ comp cvr<br>1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0 | 15,000.00 | 0.00 |
| Sales<br>Per addendum 6<br>1- Washer box<br>Does not included dryer portion | 0 | 300.00 | 0.00 |

| | |
|---|---|
| SUBTOTAL | 48,600.00 |
| TAX | 0.00 |
| TOTAL | 48,600.00 |

RRSB Ruins 04034

| | |
|---|---|
| PAYMENT | 48,600.00 |
| BALANCE DUE | **$0.00** |
| | PAID |

Estimate Summary

| | |
|---|---|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2770 | 99,000.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2834 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04035

**Watertight, Inc.**

PO Box 87
Castlewood, SD 57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | INVOICE | 2856 |
|---|---|---|---|
| Generations on 1st | Generations on 1st | DATE | 12/25/2021 |
| 1405 First Ave N | 1405 First Ave N | DUE DATE | 01/24/2022 |
| Fargo, ND 58102 | Fargo, ND 58102 | | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.1195313 | 640,000.00 | 76,500.00 |

Generations plumbing bid includes.

Apartments.
3-White handicap shower with seat and grab bars with Moen Brushed Nickel shower faucets Units 3211 & 3212
8-White Salo SED160-30
 showers w/ seats and Moen Brushed Nickel shower faucets
73- Salo S160-36 showers w/ seats and Moen Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no traps.
1-Striem OS-75 gpm sand/oil separator.
Core drilling for plumbing only is included
Utility room.
2-Mop sink plumbing with chrome faucet.
1- Plumbing for shut offs in mech room for each floor.
Scope of work.

RRSB Ruins 04036

Labor for plumbing Groundwork, Rough-In, and
trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk
insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps
figured.
X-Sewer, Water, and Storm Sewer to be stubbed
in by others.
X-Temporary heat, de-watering, and replacing
unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | | |
|---|---|---|---|
| This bid also includes the plumbing and installation of 1- Ice box 1- kitchen sink and faucet 1-Water supply valve and drain tee for Dishwasher. For residential kitchen. | 0 | | 0.00 |
| This bid does not included the ICAP part of the building | 0 | | 0.00 |
| Sales Bid for Bathrooms in Senior Center Installation of fixtures 7-Floor mount toilets 16-1/2" ADA elongated 7- 1955CTBP 000 White Elongated plastic seat 7- Handle flush valves 3- Trimbrook Urinals with Handle flush valves 8- Delta 501-DST lav faucets 8- Lucerne 20-1/2x 18-1/4x 12-1/4in. 8- 760W-1 1-1/4 17G Offset Gr Drain. This does not include the dividers and grab bars | 0 | 4,655.00 | 0.00 |
| Sales Bid for Icap part of generations Drains are ran in pvc Water lines are ran in pex Ground work and rough in and trim out Fixtures are provided by Icap 1- 4 PE GB75 Grease interceptor w/ comp cvr 1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0 | 15,000.00 | 0.00 |
| Sales Per addendum 6 1- Washer box Does not included dryer portion | 0 | 300.00 | 0.00 |

| | |
|---|---|
| SUBTOTAL | 76,500.00 |
| TAX | 0.00 |
| TOTAL | 76,500.00 |

| | |
|---|---:|
| PAYMENT | 76,500.00 |
| BALANCE DUE | **$0.00** |
| | PAID |

Estimate Summary

| | |
|---|---:|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2770 | 99,000.00 |
| Invoice 2834 | 48,600.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2856 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04038

**Watertight, Inc.**

PO Box 87
Castlewood, SD 57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | INVOICE | 2886 |
|---|---|---|---|
| Generations on 1st | Generations on 1st | DATE | 03/13/2022 |
| 1405 First Ave N | 1405 First Ave N | DUE DATE | 04/12/2022 |
| Fargo, ND 58102 | Fargo, ND 58102 | | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.0492188 | 640,000.00 | 31,500.00 |

Generations plumbing bid includes.

Apartments.
3-White handicap shower with seat and grab bars  with Moen Brushed Nickel shower faucets Units  3211 & 3212
8-White Salo SED160-30
 showers w/ seats and  Moen Brushed Nickel shower faucets
73- Salo S160-36  showers w/ seats and  Moen Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no traps.
1-Striem OS-75 gpm sand/oil separator.
Core drilling for plumbing only is included
Utility room.
2-Mop sink plumbing with chrome faucet.
1- Plumbing for shut offs in mech room for each floor.
Scope of work.

If not paid within 30 days there will be a 1.5% per month interest charge
Page 1 of 3

RRSB Ruins 04039

Labor for plumbing Groundwork, Rough-In, and trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by others.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

| | | | |
|---|---|---|---|
| This bid also includes the plumbing and installation of 1- Ice box 1- kitchen sink and faucet 1-Water supply valve and drain tee for Dishwasher. For residential kitchen. | 0 | | 0.00 |
| This bid does not included the ICAP part of the building | 0 | | 0.00 |
| Sales Bid for Bathrooms in Senior Center Installation of fixtures 7-Floor mount toilets 16-1/2" ADA elongated 7- 1955CTBP 000 White Elongated plastic seat 7- Handle flush valves 3- Trimbrook Urinals with Handle flush valves 8- Delta 501-DST lav faucets 8- Lucerne 20-1/2x 18-1/4x 12-1/4in. 8- 760W-1 1-1/4 17G Offset Gr Drain. This does not include the dividers and grab bars | 0 | 4,655.00 | 0.00 |
| Sales Bid for Icap part of generations Drains are ran in pvc Water lines are ran in pex Ground work and rough in and trim out Fixtures are provided by Icap 1- 4 PE GB75 Grease interceptor w/ comp cvr 1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | 0 | 15,000.00 | 0.00 |
| Sales Per addendum 6 1- Washer box Does not included dryer portion | 0 | 300.00 | 0.00 |

|  |  |
|---|---|
| SUBTOTAL | 31,500.00 |
| TAX | 0.00 |
| TOTAL | 31,500.00 |

RRSB Ruins 04040

| PAYMENT | 31,500.00 |
|---|---|
| BALANCE DUE | **$0.00** |
| | PAID |

Estimate Summary

| | |
|---|---|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2770 | 99,000.00 |
| Invoice 2834 | 48,600.00 |
| Invoice 2957 | 88,459.05 |
| This invoice 2886 | $0.00 |
| Total invoiced | 660,955.00 |

## Watertight, Inc.

PO Box 67
Castlewood, SD  57223
+16052371221
plumbing@watertightcorp.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Generations on 1st | Generations on 1st | INVOICE | 2957 |
| 1405 First Ave N | 1405 First Ave N | DATE | 04/25/2022 |
| Fargo, ND  58102 | Fargo, ND  58102 | DUE DATE | 06/15/2022 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Sales | 0.1070376 | 640,000.00 | 68,504.05 |

Generations plumbing bid includes.

Apartments.
3-White handicap shower with seat and grab bars  with Moen Brushed Nickel shower faucets
Units  3211 & 3212
8-White Salo SED160-30
showers w/ seats and  Moen Brushed Nickel shower faucets
73- Salo S160-36  showers w/ seats and  Moen Brushed Nickel shower faucets
84-Lavatory sink plumbing.
84-Toilet plumbing.
72-Kitchen sink plumbing w/ Dishwasher valves and drain tee.
72-Clothes washer boxes.
146- Stainless basket strainers for kitchen sinks
3- Rough in plumbing for soaking rooms
Mechanical.
2- 300,000 Btu gas high efficiency water heaters with expansion tanks, recirc system
1-199,000 btu gas high efficiency water heater with expansion tank, recirc system
1-Floor drain in mechanical room
1-Gas piping for Water heaters and parking garage heaters
Roof Drains.
32-Roof drains according to plan
Parking garage.
7-Basic round floor drains where shown with no traps.
1-Striem OS-75 gpm sand/oil separator.
Core drilling for plumbing only is included
Utility room.
2-Mop sink plumbing with chrome faucet.
1- Plumbing for shut offs in mech room for each floor.
Scope of work.

RRSB Ruins 04042

Labor for plumbing Groundwork, Rough-In, and trim out.
Water lines ran in PEX
Drains and vents ran in PVC.
Not Included.
X-No toilets, sinks, faucets,
X-No floor drains for clothes washers
X.-No ice maker boxes
X-No water or gas meters.
X-No exercise tax, Bonds, or Builders Risk insurance figured.
X-No radon piping or systems.
X-No sump pumps or elevator sump pumps figured.
X-Sewer, Water, and Storm Sewer to be stubbed in by others.
X-Temporary heat, de-watering, and replacing unsuitable soil not included.
X-Soaking tubs for soaking rooms shown on plan

This bid also includes the plumbing and installation of
1- Ice box
1- kitchen sink and faucet
1-Water supply valve and drain tee for Dishwasher.
For residential kitchen.

This bid does not included the ICAP part of the building

| | | |
|---|---|---|
| Sales | 4,655.00 | 4,655.00 |
| Bid for Bathrooms in Senior Center | | |
| Installation of fixtures | | |
| 7-Floor mount toilets 16-1/2" ADA elongated | | |
| 7- 1955CTBP 000 White Elongated plastic seat | | |
| 7- Handle flush valves | | |
| 3- Trimbrook Urinals with Handle flush valves | | |
| 8- Delta 501-DST lav faucets | | |
| 8- Lucerne 20-1/2x 18-1/4x 12-1/4in. | | |
| 8- 760W-1 1-1/4 17G Offset Gr Drain. | | |
| This does not include the dividers and grab bars | | |
| | | |
| Sales | 15,000.00 | 15,000.00 |
| Bid for Icap part of generations | | |
| Drains are ran in pvc | | |
| Water lines are ran in pex | | |
| Ground work and rough in and trim out | | |
| Fixtures are provided by Icap | | |
| 1- 4 PE GB75 Grease interceptor w/ comp cvr | | |
| 1- FCR2 GRT BSN FLUID CUT RSR 24in CVR | | |
| | | |
| Sales | 300.00 | 300.00 |
| Per addendum 6 | | |
| 1- Washer box | | |
| Does not included dryer portion | | |

| | |
|---|---|
| SUBTOTAL | 88,459.05 |
| TAX | 0.00 |
| TOTAL | 88,459.05 |

RRSB Ruins 04043

PAYMENT                                                    88,459.05

BALANCE DUE                                                 **$0.00**

                                                            PAID

Estimate Summary

| | |
|---|---|
| Estimate Gens/1336 | 659,955.00 |
| Invoice 2856 | 76,500.00 |
| Invoice 2849 | 59,395.00 |
| Invoice 2799 | 100,000.00 |
| Invoice 2790 | 135,000.00 |
| Invoice 2886 | 31,500.00 |
| Invoice 2769 | 22,500.95 |
| Invoice 2770 | 99,000.00 |
| Invoice 2834 | 48,600.00 |
| This invoice 2957 | $0.00 |
| Total invoiced | 660,955.00 |

RRSB Ruins 04044

# <u>Exhibit F</u>

## Watertight, Inc.

## Generations Payments

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4621 19th Avenue South
Fargo, ND 58103

38200

77-7869/2913

**** FIFTY NINE THOUSAND THREE HUNDRED NINETY FIVE AND 95/100 DOLLARS

06/18/21                    $59,395.95**

TO THE
ORDER OF

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD   57223

Business Account

Authorized Signature

RRSB Ruins 04010

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38670

77-7869/2913

**** ONE HUNDRED FIFTY SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

09/14/21          $157,500.00*

TO THE
ORDER OF

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

**Craig Properties, LLC**
PO Box 438
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38549

77-7869/2913

\*\*\*\* NINETY NINE THOUSAND AND 00/100 DOLLARS

08/19/21   $99,000.00\*\*

TO THE
ORDER OF

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD   57223

Business Account

Authorized Signature

RRSB Ruins 04012

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4821 19th Avenue South
Fargo, ND 58103

38827

77-7869/2913

**\*\*\*\*  ONE HUNDRED THOUSAND AND 00/100 DOLLARS**

10/08/21                    $100,000.00\*

TO THE
ORDER OF    WATERTIGHT    .
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

RRSB Ruins 04013

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4621 19th Avenue South
Fargo, ND 58103

39002

77-7869/2913

**** FORTY EIGHT THOUSAND SIX HUNDRED AND 00/100 DOLLARS

11/08/21                    $48,600.00**

TO THE
ORDER OF

WATERSIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

RRSB Ruins 04014

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39288

77-7869/2913

**** SEVENTY SIX THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

01/03/22       $76,500.00**

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

Business Account

Authorized Signature

RRSB Ruins 04015

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58167

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39425

77-7869/2913

**** THIRTY ONE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

01/27/22          $31,500.00**

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD   57223

Business Account

Authorized Signature

RRSB Ruins 04016

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**The Ruins, LLC**
1405 1st Ave N

Red River State Bank
300 2nd Ave W
Halstad, MN 56548

169

**** EIGHTY EIGHT THOUSAND FOUR HUNDRED FIFTY NINE AND 05/100 DOLLARS

06/09/22        $88,459.05**

TO THE
ORDER OF

WATERTIGHT
18273 464TH AVE
CASTLEWOOD, SD    57223

RRSB Ruins 04017

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | The Ruins, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 37-1980547 |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1405 1st Avenue North<br>Fargo, ND 58102 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cass | **Location of principal assets, if different from principal place of business** |
| County | 315 East Kemp Avenue Watertown, SD 57201 |
| | Number, Street, City, State & ZIP Code |

**5.** **Debtor's website (URL)** _____

**6.** **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____



EXHIBIT 28
WIT: J. Craig
DATE: 9-23-25
Deanna L. Sager

Debtor  The Ruins, LLC _____  Case number (*if known*) _____
  _____
  Name

**7.  Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  1522

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

Debtor  The Ruins, LLC _____  Case number (*if known*) _____
    Name

| | | | | | |
|---|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor District | See Attachment _____ | When _____ | Relationship Case number, if known | _____ _____ |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                    Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.  Insurance agency _____
             Contact name _____
             Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | The Ruins, LLC | Case number (*if known*) | |
|--------|----------------|--------------------------|--|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 6, 2025
              MM / DD / YYYY

**X** /s/ Jesse Craig                                  Jesse Craig
Signature of authorized representative of debtor      Printed name

Title   Managing Member

**18. Signature of attorney**

**X** /s/ Maurice Verstandig          Date   January 6, 2025
Signature of attorney for debtor              MM / DD / YYYY

Maurice Verstandig
Printed name

The Dakota Bankruptcy Firm
Firm name

1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Number, Street, City, State & ZIP Code

Contact phone   701-394-3215          Email address   mac@dakotabankruptcy.com

MD18071 / District of Columbia
Bar number and State

Debtor   The Ruins, LLC
         _____                    Case number (*if known*) _____
         Name

Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA
_____

Case number (*if known*) _____   Chapter   11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Generations on 1st, LLC | | | Relationship to you | Affiliate |
| District | North Dakota | When | 1/6/25 | Case number, if known | |
| Debtor | Parkside Place, LLC | | | Relationship to you | Affiliate |
| District | North Dakota | When | 1/6/25 | Case number, if known | |

## RESOLUTION OF SOLE MEMBER AND DIRECTOR OF THE RUINS, LLC

The undersigned, constituting the sole equity holder and officer of The Ruins, LLC ("Ruins"), does hereby resolve as follows:

WHEREAS, Ruins has become burdened by various debts to third parties; and

WHEREAS, receivership proceedings in South Dakota have caused Ruins to be operated by a third party in a suboptimal manner, jeopardizing further development efforts; and

WHEREAS, Ruins believes it can operate at a profitable level if permitted occasion to reorganize certain debts; and

IT IS NOW, THEREFORE, RESOLVED as follows:

1.      Pursuant to Section 47-34A-404.1 of the South Dakota Codified Laws, Jesse Craig, acting on behalf of Ruins, is authorized to take any and all actions necessary to file a petition for relief pursuant to Section 301 of Title 11 of the United States Code;

2.      Pursuant to Section 47-34A-404.1 of the South Dakota Codified Laws, Jesse Craig, acting on behalf of Ruins, is authorized to engage counsel to act as general reorganization counsel to Ruins, and any efforts already so taken are hereby ratified and affirmed to the extent necessary; and

3.      Pursuant to Section 47-34A-404.1 of the South Dakota Codified Laws, Jesse Craig, acting on behalf of Ruins, is authorized and directed to work with the general reorganization counsel of Ruins to reorganize Ruins through whatever means may be most efficient, including reapportionment of equity, sale and/or liquidation.

Dated this 4th day of January, 2025

The Ruins, LLC

By: _____
Jesse Craig
Its: Sole and Managing Member

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

In re:                                    )          Case No. 25-
                                          )          (Chapter 11)
THE RUINS, LLC                            )
                                          )
            Debtor.                       )
                                          )
_____ )

## NOTES ACCOMPANYING SCHEDULES
## AND STATEMENT OF FINANCIAL AFFAIRS

1.      Certain litigation rights against Red River State Bank are scheduled on line 74 of

Schedule A/B. These include claims for fraud and constructive fraud, as well as a statutory claim

for deceit. These claims are not a mere setoff instrumentality against the debt alleged by Red River

State Bank but, indeed, genuine free-standing litigation claims. The Ruins, LLC ("Ruins" or the

"Debtor") has declined to value these claims on Schedule A/B insofar as certain portions of a

damages calculation remain contingent (with such contingencies partially turning, not ironically,

on the disposition of this chapter 11 case), and in light of the innately difficult task of valuing tort

claims.

2.      On January 2, 2025, Ruins borrowed $15,000.00 from Blacktail Investments, LLC

("Blacktail"), for purposes of funding a retainer to be paid to undersigned counsel. The purpose of

the loan was expressly disclosed to Blacktail, which was knowledgeable—prior to loaning the

monies—that the funds would be used to facilitate a bankruptcy filing and that the loan obligation

would, resultantly, give rise to an unsecured claim therein.

3.      Insofar as Ruins does not presently maintain its own bank account, the

aforementioned loan proceeds (less a $20.00 wire fee) were disbursed to Intuition, LLC, an insider

of the Debtor, and then transferred to undersigned counsel's trust account via e-check. The Debtor

1

regards Intuition, LLC as having been an incidental custodian of the funds for the brief period of time in which the monies passed through the account of Intuition, LLC.

4.    As of the filing of this petition, the aforementioned e-check transaction has been processed but, for reasons wholly correlative to the payments systems used by undersigned counsel and not idiosyncratic to the Debtor, the funds are yet to clear into undersigned counsel's trust account. Pursuant to North Dakota Rule of Professional Conduct 1.15(g), undersigned counsel uses a Maryland trust account to hold client monies. Pursuant to Maryland Rule 19-408(b)(2), two ledgers have been established within the trust account, in anticipation of receipt of the deposited funds: (i) one ledger, denoting a balance of $5,031.33, denoting fees earned pre-petition by counsel, which will be immediately withdrawn from the trust account upon receipt; and (ii) one ledger, denoting a balance of $9,948.67, denoting retainer funds remaining for the benefit of Ruins, which will remain in the trust account until such a time as disbursed in accord with an order of this Honorable Court.

5.    In billing for pre-petition work, undersigned proposed counsel generally billed time to a fictitious overarching client and then evenly allotted said time, in one third increments, amongst the three related cases being filed together. Where work was uniquely applicable to one case, however, such work was billed solely to that case. Similarly, where work was applicable to receivership-centric issues, which impact two of the three cases, time was evenly divided between those two cases but not the third case.

6.    Without being unnecessarily adversarial, there is a genuine lack of clarity as to how much money is owed to Red River Bank, insofar as multiple loan facilities exist, the bank has not been overly forthcoming in producing complete records for each loan facility, and the Debtor believes there to be a right of setoff as to at least part of the relevant debt. Accordingly, it is urged

2

that the number reflected on these schedules not be relied upon; insofar as the debt is listed as disputed, it is believed Red River Bank will file a proof of claim in this case; should the bank fail to do so, the Debtor will assess whether or not to file a protective claim and then object thereto.

7.      Three related entities are petitioning for bankruptcy protection in rapid succession of even date herewith. By design, the first such entity is Generations on 1st, LLC, a South Dakota limited liability company that, since its inception, has always regarded—and listed on state filings—an address in Fargo, North Dakota as its principal place of business. Venue for that case is accordingly properly laid in this Honorable Court. 28 U.S.C. § 1408(1). One of the two other entities has, similarly, normally (albeit not always) utilized a North Dakota address as its principal place of business, including in filings with the State of South Dakota. Since all three entities are affiliates of one another, 11 U.S.C. § 101(2), the establishment of venue for the first-filed case does, in turn, establish venue for the two subsequently-filed cases, 28 U.S.C. 1408(2). It does bear notation, however, that the election of this venue is neither arbitrary nor capricious: the principal of all three entities resides in Fargo; all three debtors are largely managed from their principal's office and home in Fargo; counsel for the largest creditor of all three entities is based in Fargo; the largest creditor itself is a bank with two branches, both of which are closer to Fargo than to any federal courthouse in South Dakota; and proposed counsel for the three debtors maintains a regular bankruptcy practice in Fargo.

*[Signature on Following Page]*

3

Respectfully Submitted,

Dated: January 6, 2025          By:      /s/ Maurice B. VerStandig
                                         Maurice B. VerStandig, Esq.
                                         The Dakota Bankruptcy Firm
                                         1630 1st Avenue N
                                         Suite B PMB 24
                                         Fargo, North Dakota 58102-4246
                                         Phone: (701) 394-3215
                                         mac@dakotabankruptcy.com
                                         *Proposed Counsel for the Debtor*

**Fill in this information to identify the case:**

Debtor name    The Ruins, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    *Amended Schedule* _____
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 6, 2025          X /s/  Jesse Craig _____
                                                         Signature of individual signing on behalf of debtor

                                                         Jesse Craig _____
                                                         Printed name

                                                         Managing Member _____
                                                         Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | The Ruins, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NORTH DAKOTA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Blacktail Investments, LLC PO Box 628 Fargo, ND 58107 | | Loan to Debtor to Pay Bankruptcy Retainer | | | | $15,000.00 |
| Brian's Glass and Door LLC 533 1st Ave NW #4 Watertown, SD 57201 | | 315 E Kemp AvenueWatertown, South Dakota 57201 | | $17,720.00 | $8,790,000.00 | $17,720.00 |
| Codington County Treasurer?s Office 14 1st Ave SE Watertown, SD 57201 | | Real Estate Taxes | | | | $0.00 |
| D&M Industries Lockbox 446120 Box 64266 Saint Paul, MN 55164-0266 | | 315 E Kemp AvenueWatertown, South Dakota 57201 | | $258,473.00 | $8,790,000.00 | $258,473.00 |
| Diamond Wall Systems 1960 Cliff Lake Road Ste 129-250 Saint Paul, MN 55122 | | 315 E Kemp AvenueWatertown, South Dakota 57201 | | $286,700.00 | $8,790,000.00 | $286,700.00 |
| Hamlin Building Center 45002 Hwy 28 PO Box 200 Lake Norden, SD 57248 | | | | | | $279,000.00 |
| Limoges Construction 25732 Cottonwood Avenue Sioux Falls, SD 57107 | | | | | | $58,500.00 |
| Performance Spray Foam, LLC 48667 SD HWY 28 Astoria, SD 57213 | | 315 E Kemp AvenueWatertown, South Dakota 57201 | | $151,058.00 | $8,790,000.00 | $151,058.00 |

Debtor   The Ruins, LLC _____   Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Red River State Bank 114 N Mill St PO Box 98 Fertile, MN 56540 | | 315 E Kemp AvenueWatertown, South Dakota 57201 | Unliquidated Disputed | $10,490,000.00 | $8,790,000.00 | $3,183,724.00 |
| Red River State Bank 114 N Mill St PO Box 98 Fertile, MN 56540 | | 315 E Kemp AvenueWatertown, South Dakota 57201 | Unliquidated Disputed | $600,000.00 | $8,790,000.00 | $600,000.00 |
| The Roofing Company 1222 4th Ave N 123 Fargo, ND 58102 | | 315 E Kemp AvenueWatertown, South Dakota 57201 | | $126,680.00 | $8,790,000.00 | $126,680.00 |
| Top Finish Carpentry 2809 S PRINCETON AVE Sioux Falls, SD 57106 | | 315 E Kemp AvenueWatertown, South Dakota 57201 | | $162,900.00 | $8,790,000.00 | $162,900.00 |
| Xtreme Fire Protection LLC 4102 N. Cliff Ave. Sioux Falls, SD 57104 | | 315 E Kemp AvenueWatertown, South Dakota 57201 | | $25,392.00 | $8,790,000.00 | $25,392.00 |

| Fill in this information to identify the case: |
|---|

Debtor name    The Ruins, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $     8,790,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $     12,860.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $     8,802,860.00

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $     13,602,647.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     658,556.26

4. **Total liabilities** ............................................................................................
   Lines 2 + 3a + 3b

   $     14,261,203.26

Fill in this information to identify the case:

Debtor name    The Ruins, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☒ No.  Go to Part 2.
☐ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

      7.1.  Utility Deposit                                                      $12,860.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.    **Total of Part 2.**
     Add lines 7 through 8. Copy the total to line 81.                        $12,860.00

### Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

13. Does the debtor own any investments?

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

| Debtor | The Ruins, LLC | Case number (If known) | |
|---|---|---|---|
| | Name | | |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 315 E Kemp Avenue Watertown, South Dakota 57201 | Fee Simple | $0.00 | Appraisal | $8,790,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$8,790,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

Official Form 206A/B   Schedule A/B Assets - Real and Personal Property   page 2

| Debtor | The Ruins, LLC | Case number *(if known)* | |
|--------|----------------|--------------------------|--|
| | Name | | |

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|-----------------------------------|
| **71.** | **Notes receivable**<br>Description (include name of obligor) | |
| **72.** | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.** | **Interests in insurance policies or annuities** | |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Claims for fraud, statutory deceit, constructive fraud, breach of the covenant of good faith and fair dealing, and breach of contract, against Red River State Bank | Unknown |
| | Nature of claim              Tort | |
| | Amount requested          $0.00 | |
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.** | **Trusts, equitable or future interests in property** | |
| **77.** | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **78.** | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

**79.   Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | The Ruins, LLC | Case number *(If known)* | |
|--------|----------------|--------------------------|--|
| | Name | | |

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,860.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $8,790,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,860.00 | + 91b. $8,790,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,802,860.00 |

Fill in this information to identify the case:

Debtor name    The Ruins, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Brian's Glass and Door LLC<br>Creditor's Name<br>533 1st Ave NW<br>#4<br>Watertown, SD 57201<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>315 E Kemp AvenueWatertown, South Dakota 57201 | $17,720.00 | $8,790,000.00 |
| Creditor's email address, if known | Describe the lien<br>Mechanic's Lien<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes | | |
| Date debt was incurred<br><br>Last 4 digits of account number | Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Watertown Development Company<br>2. Red River State Bank<br>3. Diamond Wall Systems<br>4. Top Finish Carpentry<br>5. Xtreme Fire Protection LLC<br>6. Performance Spray Foam, LLC<br>7. D&M Industries<br>8. Brian's Glass and Door LLC<br>9. The Roofing Company | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** D&M Industries<br>Creditor's Name<br>Lockbox 446120<br>Box 64266<br>Saint Paul, MN 55164-0266<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>315 E Kemp AvenueWatertown, South Dakota 57201 | $258,473.00 | $8,790,000.00 |
| | Describe the lien<br>Mechanic's Lien<br>Is the creditor an insider or related party?<br>☒ No | | |

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 5

Debtor   The Ruins, LLC                                    Case number (if known) _____
_____Name_____

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☒ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| Specified on line 2.1 | |

---

| 2.3 | Diamond Wall Systems | Describe debtor's property that is subject to a lien | $286,700.00 | $8,790,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 315 E Kemp AvenueWatertown, South Dakota 57201 | | |
| | 1960 Cliff Lake Road | | | |
| | Ste 129-250 | | | |
| | Saint Paul, MN 55122 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Mechanic's Lien | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☒ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| Specified on line 2.1 | |

---

| 2.4 | Performance Spray Foam, LLC | Describe debtor's property that is subject to a lien | $151,058.00 | $8,790,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 315 E Kemp AvenueWatertown, South Dakota 57201 | | |
| | 48667 SD HWY 28 | | | |
| | Astoria, SD 57213 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Mechanic's Lien | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☒ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| Specified on line 2.1 | |

---

| 2.5 | Red River State Bank | Describe debtor's property that is subject to a lien | $10,490,000.00 | $8,790,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 315 E Kemp AvenueWatertown, South Dakota 57201 | | |
| | 114 N Mill St | | | |
| | PO Box 98 | | | |
| | Fertile, MN 56540 | | | |

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 5

| Debtor | The Ruins, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Creditor's mailing address | **Describe the lien** |
| | Deed of Trust |
| | **Is the creditor an insider or related party?** |
| | ☒ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☒ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☒ Disputed |
| Specified on line 2.1 | |

---

| 2.6 Red River State Bank | Describe debtor's property that is subject to a lien | $600,000.00 | $8,790,000.00 |
|---|---|---|---|
| Creditor's Name | 315 E Kemp AvenueWatertown, South Dakota 57201 | | |
| 114 N Mill St | | | |
| PO Box 98 | | | |
| Fertile, MN 56540 | | | |

| Creditor's mailing address | **Describe the lien** |
| | Deed of Trust |
| | **Is the creditor an insider or related party?** |
| | ☒ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☒ Disputed |
| Specified on line 2.1 | |

---

| 2.7 The Roofing Company | Describe debtor's property that is subject to a lien | $126,680.00 | $8,790,000.00 |
|---|---|---|---|
| Creditor's Name | 315 E Kemp AvenueWatertown, South Dakota 57201 | | |
| 1222 4th Ave N 123 | | | |
| Fargo, ND 58102 | | | |

| Creditor's mailing address | **Describe the lien** |
| | Mechanic's Lien |
| | **Is the creditor an insider or related party?** |
| | ☒ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☒ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| Specified on line 2.1 | |

---

| 2.8 Top Finish Carpentry | Describe debtor's property that is subject to a lien | $162,900.00 | $8,790,000.00 |
|---|---|---|---|
| Creditor's Name | 315 E Kemp AvenueWatertown, South Dakota | | |

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 5

| Debtor | The Ruins, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

2809 S PRINCETON AVE
Sioux Falls, SD 57106

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

57201

**Describe the lien**
Mechanic's Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Watertown Development Company | | | $1,483,724.00 | $8,790,000.00 |
|---|---|---|---|---|---|

Creditor's Name

1 East Kemp Avenue
Watertown, SD 57201-3606

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
December 13, 2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
315 E Kemp AvenueWatertown, South Dakota 57201

**Describe the lien**
Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | Xtreme Fire Protection LLC | | | $25,392.00 | $8,790,000.00 |
|---|---|---|---|---|---|

Creditor's Name

4102 N. Cliff Ave.
Sioux Falls, SD 57104

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
315 E Kemp AvenueWatertown, South Dakota 57201

**Describe the lien**
Mechanic's Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 5

| Debtor | The Ruins, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

Specified on line 2.1

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   `$13,602,647.00`

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Caren Stanley, Esq.<br>Vogel Law Firm<br>218 NP Avenue<br>Fargo, ND 58102 | Line  2.5 | |
| Caren Stanley, Esq.<br>Vogel Law Firm<br>218 NP Avenue<br>Fargo, ND 58102 | Line  2.6 | |

**Fill in this information to identify the case:**

Debtor name   The Ruins, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | Codington County Treasurer?s Office | Check all that apply. | | |
| | 14 1st Ave SE | ☐ Contingent | | |
| | Watertown, SD 57201 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Real Estate Taxes | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Internal Revenue Service | Check all that apply. | | |
| | PO Box 7346 | ☐ Contingent | | |
| | Philadelphia, PA 19101-7346 | ☐ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | South Dakota Department of Revenue | Check all that apply. | | |
| | 445 E. Capitol Avenue | ☐ Contingent | | |
| | Pierre, SD 57501 | ☐ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

Debtor ___The Ruins, LLC_____   Case number (if known) _____
      Name

out and attach the Additional Page of Part 2.

                                                                                        Amount of claim

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Blacktail Investments, LLC<br>PO Box 628<br>Fargo, ND 58107 | **As of the petition filing date, the claim is:** *Check all that apply.*    $15,000.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** January 2, 2025<br>**Last 4 digits of account number** _ | **Basis for the claim:** Loan to Debtor to Pay Bankruptcy Retainer<br>Is the claim subject to offset?  ☒ No   ☐ Yes |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>CP Business Management, Inc.<br>1401 1st Ave N<br>Suite B<br>Fargo, ND 58102 | **As of the petition filing date, the claim is:** *Check all that apply.*    $18,227.07<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Reimbursement for Corporate Expenses<br>Is the claim subject to offset?  ☒ No   ☐ Yes |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Hamlin Building Center<br>45002 Hwy 28<br>PO Box 200<br>Lake Norden, SD 57248 | **As of the petition filing date, the claim is:** *Check all that apply.*    $279,000.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No   ☐ Yes |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Jesse Craig<br>PO Box 426<br>Fargo, ND 58107-0426 | **As of the petition filing date, the claim is:** *Check all that apply.*    $287,829.19<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Reimbursement for Corporate Expenses<br>Is the claim subject to offset?  ☒ No   ☐ Yes |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Limoges Construction<br>25732 Cottonwood Avenue<br>Sioux Falls, SD 57107 | **As of the petition filing date, the claim is:** *Check all that apply.*    $58,500.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 658,556.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 658,556.26 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Ruins, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NORTH DAKOTA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 1 of 1

Fill in this information to identify the case:

Debtor name    The Ruins, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Craig Development, LLC | 1405 1st Ave N Fargo, ND 58107 | Red River State Bank | ☒ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Craig Holdings, LLC | 1405 1st Ave N Fargo, ND 58107 | Red River State Bank | ☒ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Craig Properties, LLC | 1405 1st Ave N. Fargo, ND 58107 | Red River State Bank | ☒ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Jesse Craig | PO Box 426 Fargo, ND 58107-0426 | Red River State Bank | ☒ D ___2.6___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___The Ruins, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2025 to Filing Date | ☒ Operating a business | $0.00 |
| | ☐ Other _____ | |
| For prior year: From 01/01/2024 to 12/31/2024 | ☒ Operating a business | $0.00 |
| | ☐ Other _____ | |
| For year before that: From 01/01/2023 to 12/31/2023 | ☒ Operating a business | $0.00 |
| | ☐ Other _____ | |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | The Ruins, LLC | Case number *(if known)* | |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Red River State Bank v. The Ruins, LLC, et al. 14CIV24-000068 | Civil | Third Judicial Circuit Court 14 1st Ave SE Watertown, SD 57201 | ☒ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

Case 25-30004  Doc 1  Filed 01/06/25  Entered 01/06/25 06:30:46  Desc Main
Document  Page 30 of 41

| Debtor | The Ruins, LLC | | Case number *(if known)* | |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

### Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Dakota Bankruptcy Firm 1630 1st Avenue N Suite B PMB 24 Fargo, ND 58102 | | January 3, 2025 | $14,980.00 |

Email or website address
http://www.dakotabankruptcy.com

Who made the payment, if not debtor?
Intuition, LLC f/b/o The Ruins, LLC

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

### Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | The Ruins, LLC | Case number *(if known)* |
|---|---|---|

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<div style="background:black;color:white;">**Part 9:** Personally Identifiable Information</div>

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<div style="background:black;color:white;">**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units</div>

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

<div style="background:black;color:white;">**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own</div>

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

<div style="background:black;color:white;">**Part 12:** Details About Environment Information</div>

For the purpose of Part 12, the following definitions apply:

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | The Ruins, LLC | Case number *(if known)* | |
|---|---|---|---|

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Jerry Kuhn Haga Kommer, Ltd. 5195 45th Street South Fargo, ND 58104 | In excess of two years |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Debtor | The Ruins, LLC | Case number (if known) | |
|---|---|---|---|

**Name and address**

26c.1.   Jesse Craig
PO Box 426
Fargo, ND 58107-0426

**If any books of account and records are unavailable, explain why**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jesse Craig | PO Box 426 Fargo, ND 58107-0426 | Sole and Managing Member | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 6

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | The Ruins, LLC | Case number *(if known)* | |
|--------|----------------|--------------------------|--|

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____January 6, 2025_____

/s/   Jesse Craig _____          Jesse Craig _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   Managing Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## District of North Dakota

In re   The Ruins, LLC

Debtor(s)

Case No. _____

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jesse Craig<br>PO Box 426<br>Fargo, ND 58107-0426 | Member | | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   January 6, 2025

Signature   /s/ Jesse Craig

Jesse Craig

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of North Dakota

In re   The Ruins, LLC                                                    Case No. _____

_____    Chapter   11   _____

                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation
     paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on
     behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     ☐   **FLAT FEE**

         For legal services, I have agreed to accept ................................................................    $   _____

         Prior to the filing of this statement I have received........................................................    $   _____

         Balance Due.........................................................................................................    $   _____

     ☒   **RETAINER**

         For legal services, I have agreed to accept and received a retainer of............................    $          14,980.00

         The undersigned shall bill against the retainer at an hourly rate of.................................    $            400.00
         [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
         fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

     ☐ Debtor       ☒ Other (specify):       Intuition, LLC, paid with funds held for the benefit of the debtor

3.   The source of compensation to be paid to me is:

     ☒ Debtor       ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy
       of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]
          Representation of the debtor in this bankruptcy proceeding, including any adversary proceedings

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          Representation of the debtor in any other court or in any matters external to this bankruptcy proceeding

In re    The Ruins, LLC _____     Case No. _____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_January 6, 2025_____          /s/ Maurice Verstandig _____
*Date*                                          Maurice Verstandig
                                                *Signature of Attorney*
                                                The Dakota Bankruptcy Firm
                                                1630 1st Avenue N
                                                Suite B PMB 24
                                                Fargo, North Dakota 58102-4246
                                                  Fax:
                                                mac@dakotabankruptcy.com
                                                *Name of law firm*

## United States Bankruptcy Court
### District of North Dakota

In re   The Ruins, LLC _____

                              Debtor(s)

Case No. _____

Chapter    11 _____

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    January 6, 2025 _____          /s/  Jesse Craig _____
                                                   Jesse Craig/Managing Member
                                                   Signer/Title

Blacktail Investments, LLC
PO Box 628
Fargo, ND 58107


Brian's Glass and Door LLC
533 1st Ave NW
4
Watertown, SD 57201


Caren Stanley, Esq.
Vogel Law Firm
218 NP Avenue
Fargo, ND 58102


Codington County Treasurer's Office
14 1st Ave SE
Watertown, SD 57201


CP Business Management, Inc.
1401 1st Ave N
Suite B
Fargo, ND 58102


Craig Development, LLC
1405 1st Ave N
Fargo, ND 58107


Craig Holdings, LLC
1405 1st Ave N
Fargo, ND 58107


Craig Properties, LLC
1405 1st Ave N.
Fargo, ND 58107


D&M Industries
Lockbox 446120
Box 64266
Saint Paul, MN 55164-0266


Diamond Wall Systems
1960 Cliff Lake Road
Ste 129-250
Saint Paul, MN 55122


Hamlin Building Center
45002 Hwy 28
PO Box 200
Lake Norden, SD 57248


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jesse Craig
PO Box 426
Fargo, ND 58107-0426

Limoges Construction
25732 Cottonwood Avenue
Sioux Falls, SD 57107

Performance Spray Foam, LLC
48667 SD HWY 28
Astoria, SD 57213

Red River State Bank
114 N Mill St
PO Box 98
Fertile, MN 56540

South Dakota Department of Revenue
445 E. Capitol Avenue
Pierre, SD 57501

The Roofing Company
1222 4th Ave N 123
Fargo, ND 58102

Top Finish Carpentry
2809 S PRINCETON AVE
Sioux Falls, SD 57106

Watertown Development Company
1 East Kemp Avenue
Watertown, SD 57201-3606

Xtreme Fire Protection LLC
4102 N. Cliff Ave.
Sioux Falls, SD 57104

## United States Bankruptcy Court
### District of North Dakota

In re The Ruins, LLC

Debtor(s)

Case No.

Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __The Ruins, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

January 6, 2025
Date

/s/ Maurice Verstandig
Maurice Verstandig
Signature of Attorney or Litigant
Counsel for The Ruins, LLC
The Belmont Firm
1050 Connecticut NW
Suite 500
Washington, DC 20036
Fax:
mac@mbvesq.com