# <u>Exhibit A</u>

### <u>PARKSIDE PLACE</u>

### <u>SUMMARY OF DRAW REQUEST INVOICES VS ORIGINAL INVOICES</u>

The following table contains a summary of various subcontractor invoices and/or payment applications submitted in Draw Requests by Parkside Place, LLC ("<u>Debtor</u>"), Craig Development, LLC and/or Jesse Craig to Watertown Development Corporation ("<u>WDC</u>") and/or Red River State Bank ("<u>RRSB</u>") for the Parkside Project (hereinafter the "<u>Draw Request Invoices</u>") and corresponding invoices and/or payment applications obtained by RRSB directly from subcontractors pursuant to subpoenas issued or discovery received in the South Dakota state court foreclosure litigation prior to the Debtor's bankruptcy filing ("<u>Original Invoices</u>").

| Draw No. | Exh. No. | Subcontractor | Descriptions of Invoices: | Bates No. | Amount Requested |
|---|---|---|---|---|---|
| 1 | 1-A | Gage Bros Concrete Products, Inc. | Draw Request Payment Application No. 1 dated 6/26/2020 submitted to Parkside Place, LLC | RRSB Parkside 02055 | $300,000.00 |
|   |   |   | Original Payment Application No. 1 dated 11/24/2020, requesting payment of $503,049.70 from Parkside Place, LLC;<br><br>Original Payment Application No. 2 dated 12/18/2020, requesting payment of $74,560.75 from Parkside Place, LLC; and<br><br>Original Payment Application No. 3, dated 12/18/2020, requesting payment of $30,400.55 from Parkside Place, LLC. | RRSB-Gage Bros. Concrete Products Inc. SD Subpoena 0947-0952 | $0.00<br>No corresponding payment application |
| 1 | 1-B | T.L. Stroh Architects Ltd. | Draw Request Invoice dated June 3, 2020 | RRSB Parkside 02059 | $189,000.00 |
|   |   |   | Original Invoice dated June 3, 2020 | RRSB-T.L. Stroh Architects SD Subpoena 0497 | $41,750.00 |
| | | **Difference between Draw Request Invoices and Original Invoices:** | | | **$447,250.00** |
| | | **Total Amount of Draw Request Invoices for Non-Parkside Projects:** | | | **$0.00** |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 2-A | Limoges Construction, Inc. | Draw Request Invoice No. 7672 dated 6/24/2020 billed to Parkside Place for Project No. 19030. | RRSB Parkside 02080 | $75,000.00 |
| | | | Original Invoice No. 7672 dated 7/24/2020 billed to The Lofts LLC for Project No. 19030 identified as Project 1922-Watertown Mixed Use. | RRSB-Limoges SD Subpoena 0425 | $109,080.00 for The Lofts |
| | | **Difference between Draw Request Invoices and Original Invoices:** | | | **$0.00** |
| | | **Total Amount of Draw Request Invoices for Non-Parkside Projects:** | | | **$75,000.00** |
| 3 | 3-A | Limoges Construction, Inc. | Draw Request Invoice No. 7687 dated 7/24/2020 billed to Parkside Place for Project No. 19030. | RRSB Parkside 02084 | $109,080.00 |
| | | | Original Invoice No. 7687 dated 8/25/2020 with no billing field, however Project No. 19030 and Project "1922-Watertown Mixed Use" are identified on other Original Limoges Invoices for The Lofts.<br><br>*See* 2-A Original Invoice No. 7672, with same date and amount as Draw Request Invoice No. 7687. | RRSB-Limoges SD Subpoena 0429 | $12,746.70 for The Lofts |
| 3 | 3-B | Innovative Wall Designs, Inc. | Draw Request Invoice No. 1041 dated 06/30/2020 billed to "Parkside Place" | RRSB Parkside 02083 | $93,135.00 |
| | | | Submitted in Draw Request No. 1: Invoice No. 1041 dated 06/30/2020 billed to "Parkside Place" | RRSB Parkside 02053 | $55,000.00 Paid in Draw No. 1 |
| | | **Difference between Draw Request Invoices and Original Invoices:** | | | **$189,468.30** |
| | | **Total Amount of Draw Request Invoices for Non-Parkside Projects:** | | | **$12,746.70** |

2

| | | | | | |
|---|---|---|---|---|---|
| 4 | 4-A | Limoges Construction, Inc. | Draw Request Invoice No. 7687 dated 8/25/2020 for Project No. 19030 for Project "1922-Watertown Mixed Use" <br> *See* **Exhibit 3-A** Limoges Draw Request Invoice No. 7687 dated 7/24/2020. | RRSB Parkside 02097 | $12,746.70 |
| | | | Original Invoice No. 7687 dated 8/25/2020 for Project No. 19030 for Project "1922-Watertown Mixed Use," which are identifiers on Limoges Invoices for The Lofts. | RRSB-Limoges SD Subpoena 0429 | $12,746.70 for The Lofts |
| 4 | 4-B | R.L. Drywall and Insulation, Inc. | Draw Request Invoice No. 7845-3 dated Sep 28, 2020 billed to Parkside Place at "26 8th St N Watertown" | RRSB Parkside 02096 | $46,050.00 |
| | | | Original Invoice No. 7845-3 dated Sep 28, 2020, billed to Heilman Homes at "10 N Broadway /Watertown," the address of The Lofts. | RRSB-R.L. Drywall and Insulation Inc. SD Subpoena - 0047 | $46,050.00 for The Lofts |
| | | **Difference between Draw Request Invoices and Original Invoices:** | | | **$0.00** |
| | | **Total Amount of Draw Request Invoices for Non-Parkside Projects:** | | | **$58,796.70** |
| 5 | 5-A | Infrastructure Design Group, Inc. | Draw Request Invoice No. 10225 **dated 11/17/2019** for Project "19120 – Craig Properties Downtown Dev" | RRSB Parkside 02102 | $5,545.99 |
| | | | Draw Request Invoice No. 20398 dated 11/02/2020 for Project "19120.02 Construction Staking" | RRSB Parkside 02103 | $2,448.65 |
| | | | Original Agreement for Professional Services between Craig Development and Infrastructure Design Group for the Parkside Project **dated 6/23/2020**; and | RRSB Parkside 02065-02071 <br><br> RRSB-Infrastructure Design Group Inc. SD | $5,545.99 for The Lofts |

3

|   |   |   | Original Invoice No. 10225 dated 11/17/2019 for Project "19120 – Craig Properties Downtown Dev"<br><br>Original Invoice No. 20398 dated 11/02/2020 for Project "19120.02 – Construction Staking **The Loft**s" | Subpoena 0623-0624<br><br>RRSB-Infrastructure Design Group Inc. SD Subpoena 0626 | $2,448.65 for The Lofts |
|---|---|---|---|---|---|
| 5 | 5-B | Watertight, Inc. | Draw Request Payment Application No. 1 dated 10-21-20 for Project No. "19030" identified as "Watertown Mixed Use" located at "2nd St North, Watertown, South Dakota" | RRSB Parkside 02115 | $74,500.00 |
|   |   |   | Original Payment Application No. 3 dated 10-21-20 for Project No. "19030" identified as "Watertown Mixed Use" located at "10 North Broadway Street, Watertown, South Dakota" and submitted to Owner "The Lofts LLC" | RRSB Parkside 03183 | $74,500.00 for The Lofts |
| 5 | 5-C | Baete-Forseth, HVAC, LLC | Draw Request Payment Application No. 1 dated 11/16/2020 for Project "Parkside Place Watertown" with "Contractor Job Number: 19360" for "Contract Number 19030" | RRSB Parkside 02119 | $15,210.00 |
|   |   |   | Original Payment Application No. 1 dated 11/16/2020 for Project "Parkside Place Watertown" with "Contractor Job Number: 20354"<br><br>Original Payment Application No. 7 dated 08/12/2020 for Project "Watertown Mixed Use" with "Contractor Job Number: 19360" for "Contract Number 19030" submitted to owner "The Lofts, LLC"<br><br>Original Customer Activity Details Report for Parkside Place LLC, Customer No. 20642 and Job No. | RRSB Baete-Forseth HVAC SD Subpoena 0042<br><br>RRSB-Baete Forseth HVAC SD-Subpoena 0099<br><br>RRSB-Baete Forseth HVAC SD Subpoena 0040 | $2,500.00 for Parkside |

4

| | | | | | |
|---|---|---|---|---|---|
| | | | 20354, with no invoice in the amount of $15,210.00 listed. | | |
| | | **Difference between Draw Request Invoice and Original Invoice:** | | | **$12,710.00** |
| | | **Total Amount of Draw Request Invoices for Non-Parkside Projects:** | | | **$82,494.64** |
| 10 | 10-A | Codington County Treasurer | Draw Request Real Estate Tax Notice No. 2020-11650 for the address "315 E KEMP," which is the address of The Ruins Project. | RRSB Parkside 02224 | $5,280.76 for The Ruins |
| | | **Difference between Draw Request Invoices and Original Invoices:** | | | **$0.00** |
| | | **Total Amount of Draw Request Invoices for Non-Parkside Projects:** | | | **$5,280.76** |
| 11 | 11-A | R.L. Drywall and Insulation, Inc. | Draw Request No. 11 Cover Sheet Invoice. *See* Row 20: "RL Drywall $130,000.00"<br>No RL Drywall Invoice submitted in Draw Request #11. | RRSB Parkside 02250 | $260,000.00 (double submission of $130,000.00) |
| | | | Draw Request R.L. Drywall Invoice 8447 dated Apr 15, 2021, submitted with Draw Request No. 10.<br><br>Draw Request No. 10 Cover Sheet Invoice. *See* Row 21: "RL Drywall $130,000.00"<br><br>All Original Invoices for the Parkside Project produced by R.L. Drywall and Insulation, Inc. pursuant to subpoena:<br>Invoices No. 8447 (Apr 15, 2021 requesting $130,000.00) and No. 8447-2 (Jun 8, 2021 requesting $98,000.00). | RRSB Parkside 02245<br><br>RRSB Parkside 02221<br><br>RRSBR.L. Drywall and Insulation Inc. SD Subpoena 0026 and 0028 | $130,000.00 |
| | | **Difference between Draw Request Invoices and Original Invoices:** | | | **$130,000.00** |
| | | **Total Amount of Draw Request Invoices for Non-Parkside Projects:** | | | **$0.00** |

5

| | | | | | |
|---|---|---|---|---|---|
| 12 | 12-A | Infrastructure Design Group, Inc. | Draw Request Invoice No. 21002 for Project "19120 – Craig Properties Downtown Dev Sur – The Lofts" | RRSB Parkside 002286 | $266.25 |
| | | | Original Invoice No. 21002 for Project "19120 – Craig Properties Downtown Dev Sur – The Lofts" | RRSB-Infrastructure Design Group Inc. SD Subpoena 0627 | $266.25 for The Lofts |
| 12 | 12-B | Dugan Sales & Service | Draw Request Invoice No. WO-38477 for P.O. Number "#1404 lofts wtn" | RRSB Parkside 02294 | $3,961.83 for The Lofts |
| | | **Difference between Draw Request Invoices and Original Invoices:** | | | **$0.00** |
| | | **Total Amount of Draw Request Invoices for Non-Parkside Projects:** | | | **$4,228.08** |
| 13 | 13-A | Xtreme Fire Protection, LLC | Draw Request Payment Application No. 1 dated 7/14/2021 submitted "TO GC: The Lofts LLC" | RRSB Parkside 02326 | $3,600.00 for The Lofts |
| 13 | 13-B | Clausen Construction Inc. | Draw Request Invoice No. 631 for "Generation" | RRSB Parkside 02336 | $4,776.10 |
| | | | Original Invoice No. 631 for "Generation" | RRSB-Clausen SD Subpoena 0028 | $4,776.10 for Generations |
| | | **Difference between Draw Request Invoices and Original Invoices:** | | | **$0.00** |
| | | **Total Amount of Draw Request Invoices for Non-Parkside Projects:** | | | **$8,376.10** |

**ACROSS ALL DRAWS:**

**TOTAL Difference between Draw Request Invoices and Original Invoices:**     $779,428.30

**TOTAL Amount of Draw Request Invoices for Non-Parkside Projects:**     $246,922.98

**TOTAL:** **$1,026,351.28**