UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 25-30002 |
|---|---|
| Generations on 1st LLC, | Chapter 11 |
| Debtor. | |
| In Re: | Case No. 25-30003 |
| Parkside Place LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

**RED RIVER STATE BANK'S WITNESS LIST**

Creditor Red River State Bank hereby provides the following Witness List with respect to the following matters:

- Red River State Bank's Affidavit of Default by Generations on 1st, LLC filed September 18, 2025 (Doc. 168);

- Red River State Bank's Affidavit of Default by Parkside Place LLC filed September 18, 2025 (Doc. 169); and **ECF 174** – Motion by Red River State Bank to Terminate Exclusivity Period of Debtors Generations and Parkside Pursuant to 11 U.S.C. § 1121(d)(1) set for hearing on **October 20, 2025 at 9:30 a.m.**

- **ECF 189** – Opposition by Debtors to Red River State Bank's Motion to Terminate Exclusivity Period of Generations and Parkside Place Pursuant to 11 U.S.C. § 1121(d)(1)

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Charles Aarestad<br>Red River State Bank<br>Halstad, MN | Will Call | Loan Documents, amounts owing by Debtors, Draw Requests, Subcontractor invoices, etc. |

| | | |
|---|---|---|
| Danielle Harless<br>Red River State Bank<br>Halstad, MN | May Call | Loan Documents, amounts owing by Debtors, Draw Requests, Subcontractor invoices, etc. |
| Jesse Craig<br>Fargo, ND | Will Call | Loan Documents, Draw Requests, Subcontractor invoices, amounts owing by Debtors, etc. |
| Mulinda Craig<br>Fargo, ND | May Call | Loan Documents, Draw Requests, Subcontractor invoices, amounts owing by Debtors, etc. |

Dated this 16th day of October, 2025.

**VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*
   Caren W. Stanley (#06100)
   cstanley@vogellaw.com
   Kesha L. Tanabe
   ktanabe@vogellaw.com
   Drew J. Hushka (#08230)
   dhushka@vogellaw.com
   218 NP Avenue
   PO Box 1389
   Fargo, ND 58107-1389
   Telephone: (701) 237-6983
   Fax: (701) 476-7676
   *ATTORNEYS FOR RED RIVER STATE BANK*

2

**Re:** Generations on 1st LLC
Case No. 25-30002
Parkside Place LLC
Case No. 25-30003

| | | |
|---|---|---|
| STATE OF | ) | |
| | ) SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) | |

The undersigned does depose and say that on October 16th, 2025, she caused the following document(s):

**RED RIVER STATE BANK'S WITNESS LIST**

to be served electronically to the following:

*All ECF Filing Participants*

/s/ Kesha L. Tanabe

3