## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: Generations on 1st, LLC, Debtor. | Case No.: 25-30002 Chapter 11 |
| In Re: Parkside Place, LLC, Debtor. | Case No.: 25-30003 Chapter 11 (Jointly Administered) |

### RED RIVER STATE BANK'S EXHIBIT LIST (RE: EXCLUSIVITY PERIOD)

Creditor Red River State Bank hereby provides the following Exhibit List with respect to the following matters:

- **ECF 174** – Motion by Red River State Bank to Terminate Exclusivity Period of Debtors Generations and Parkside Pursuant to 11 U.S.C. § 1121(d)(1) set for hearing on **October 20, 2025 at 9:30 a.m.**

- **ECF 189** – Opposition by Debtors to Red River State Bank's Motion to Terminate Exclusivity Period of Generations and Parkside Place Pursuant to 11 U.S.C. § 1121(d)(1)

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 1 | | | Generations Schedules [**ECF 1**] | W | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ECF 1 | | | Parkside Place Schedules [ECF 1] | W | | | | | | |
| | | | Amended Claim 001 Red River State Bank (Generations $13,798,334.43) | W | | | | | | |
| | | | Claim 001 Red River State Bank (Parkside $8,794,170.09) | W | | | | | | |
| ECF 164 | | | Affidavit of Charles Aarestad re: The Parkside Note [ECF 164] | M | | | | | | |
| ECF 165 | | | Affidavit of Charles Aarestad re: Eighth Generations Note [ECF 165] | M | | | | | | |
| ECF 166 | | | Affidavit of Charles Aarestad re: Generations Notes Nos. 1-7 &No. 9 [ECF 166] | M | | | | | | |
| ECF 167 | | | Affidavit of Charles Aarestad re: The Mulinda Notes [ECF 167] | M | | | | | | |
| ECF 177 | | | Stipulation to Resolve Claim Objection (Generations and Parkside Only) [ECF 177] | W | | | | | | |
| ECF 93 | | | Chapter 11 Plan of Reorganization of Generations on 1st, LLC [ECF 93] | W | | | | | | |
| ECF 94 | | | Chapter 11 Plan of Reorganization of Parkside Place, LLC [ECF 94] | W | | | | | | |
| ECF 185 | | | Declaration of Charles Aarestad (Red River State Bank) RE: Generations Draw Requests [ECF 185] | W | | | | | | |
| ECF 186 | | | Declaration of Charles Aarestad (Red River State Bank) RE: Parkside Draw Requests [ECF 186] | W | | | | | | |
| ECF 190 | | | Declaration of Roland Clausen (Clausen Construction Inc.) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [ECF 190]<br><br>Exhibit A –Estimate and Invoices for Ruins<br>Exhibit B –Invoices for Generations<br>Exhibit C – Estimate and Invoices for Parkside<br>Exhibit D – Estimate and Invoices for Lofts<br>Exhibit E – Invoice for Craig Lake Property | W | | | | | | |

| ECF 191 | | Declaration of Sara Mueller (Hebron Brick Supply Co.) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 191**]<br><br>Exhibit A – List and Ruins Project Invoices<br>Exhibit B – List and Craig Lake Home Project Invoices<br>Exhibit C – List and Generations Project Invoices<br>Exhibit D – List and Parkside Project Invoices<br>Exhibit E – List and Lofts Project Invoices | W | | | | | |
|---|---|---|---|---|---|---|---|---|
| ECF 192 | | Declaration of Terry Stroh (T.L. Stroh Architects, Ltd.) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 192**]<br><br>Exhibit A – Account Statement and Invoices for Ruins<br>Exhibit B – Account Statement and Invoices for Generations<br>Exhibit C – Account Statement and Invoices for Parkside | W | | | | | |
| ECF 193 | | Declaration of Rob Dewit (Baete-Forseth, HVAC, LLC) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 193**]<br><br>Exhibit A – Account Statement, Invoices and Payment Records for Ruins<br>Exhibit B – Payment Applications and Payment Records for Generations<br>Exhibit C – Payment Applications, Payment Records, and Lien Waiver for Parkside<br>Exhibit D – Payment Applications, Payment Records, and Lien Waivers for Lofts | W | | | | | |
| ECF 194 | | Declaration of Beau Koopal (Infrastructure Design Group, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 194**]<br><br>Exhibit A – Account Statement, Payment Records, & Lien Waivers for Ruins<br>Exhibit B - Account Statement, Invoices, Payment Records & Lien Waivers for Generations<br>Exhibit C – Professional Services Agreement, Account Statement, Invoices, Payment Records, & Lien Waivers for Parkside<br>Exhibit D – Account Statement, Payment Records & Invoices for Lofts | W | | | | | |

3

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ECF 195 | | | Declaration of Rick Lang (R.L. Drywall and Insulation, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 195**]<br><br>Exhibit A – Invoice #s 8447 and 8447-2 and Payment Records for Parkside<br>Exhibit B – Invoice Nos. 7845, 7845-2, and 7845-3 and Payment Records for Lofts | W | | | | | | |
| ECF 199 | | | Declaration of Rick Kloos (Kloos Electric) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 199**]<br><br>Exhibit A – Estimate, Invoices & Payment Records for Ruins<br>Exhibit B – Payment Applications, Estimates, Invoices, Payment Records, & Lien Waivers for Generations<br>Exhibit C – Payment Applications, Estimate and Invoices, Payment Records, & Lien Waiver for Parkside<br>Exhibit D – Payment Applications, Estimate and Invoices & Payment Records for Lofts | W | | | | | | |
| ECF 200 | | | Declaration of Rylan Ojala (Watertight, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 200**]<br><br>Exhibit A – Mechanic's Lien for Ruins<br>Exhibit B – Estimates and Invoices for Ruins<br>Exhibit C – Payments for Ruins<br>Exhibit D – Payment Applications, Estimate, Invoices & Payment Records for Generations<br>Exhibit E – Payment Applications, Estimate, Invoices & Payment Records for Parkside<br>Exhibit F – Payment Applications, Invoices & Payment Records for Lofts | W | | | | | | |
| ECF 203 | | | Declaration of Jason Meester (Watertown Cashway Lumber, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 203**]<br><br>Exhibit A – Payment Application, Account Status Reports, Statements for the Ruins<br>Exhibit B – Payment Applications, Account Status Reports, Statements for Generations<br>Exhibit C – Payment Applications, Account Status Reports, Statements, Quote No. 2008-139501 for Parkside | W | | | | | | |

4

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Exhibit D – Payment Application, Account Status Report, Statements, Invoice No. 2106-159979 for Lofts<br>Exhibit E – Payment Records for All Craig Projects | | | | | | | | |
| ECF 204 | | | Declaration of Joe Bunkers (Gage Bros. Concrete Products, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 204**]<br><br>Exhibit A – Payment Applications, Payment Records, Proposal, Lien Waivers for Ruins<br>Exhibit B – Payment Applications, Payment Records, and Lien Waivers for Generations<br>Exhibit C – Payment Applications, Payment Records, and Lien Waivers for Parkside | W | | | | | | | |
| ECF 208 | | | Declaration of Charles Aarestad in Support of Motion to Terminate Exclusivity RE: Parkside [**ECF 208**]<br><br>Exhibit A – Parkside Place Summary of Draw Request Invoices vs. Original Invoices | W | | | | | | | |
| ECF 210 | | | Declaration of Charles Aarestad in Support of Motion to Terminate Exclusivity RE: Generations [**ECF 208**]<br><br>Exhibit A – Generations Summary of Draw Request Invoices vs. Original Invoices | W | | | | | | | |
| ECF 207 | | | Transcript of Deposition of Jesse Craig with Exhibits 1-28 [**ECF 207**] | M | | | | | | | |
| ECF 205 | | | Transcript of Deposition of Mulinda Craig with Exhibits 29-34 [**ECF 205**] | M | | | | | | | |
| RR 1 | | | Parkside Place, LLC Contractor Disbursement Summary dated 8/26/2021 [Exh 14 to RFA's] | M | | | | | | | |
| RR 2 | | | Generations on 1st, LLC Contractor Disbursement Summary dated August 2021 [Exh 18 to RFA's] | M | | | | | | | |
| RR 3 | | | RRSB's Requests for Admission to Debtor Parkside Place, LLC (Set I) with Exhibits 1A-16 | M | | | | | | | |

5

| | | | |
|---|---|---|---|
| RR 4 | | Parkside Place, LLC's Answers to RRSB's Requests for Admission (Set I) | M |
| RR 5 | | RRSB's Requests for Admission to Debtor Generations on 1st, LLC (Set I) with Exhibits 1A-20 | M |
| RR 6 | | Generations on 1st, LLC's Answers to RRSB's Requests for Admission (Set I) | M |
| RR 7 | | Declaration of Erica Schmitt (Limoges Construction, Inc. Certifying Records Pursuant to Federal Rule of Evidence 902(11) filed in the Ruins, LLC bankruptcy case [Ruins ECF 101] | W |
| RR 8 | | Summary of Draw Request Invoices vs. Original Invoices for Parkside Place, LLC | W |
| RR 9 | | Summary of Draw Request Invoices vs. Original Invoices for Generations on 1st, LLC | W |

\* - O - Original Record & Authenticity Only
\* - A - Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

Dated this 16th day of October, 2025.

**VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

6

**Re:** **Generations on 1st LLC**
**Case No. 25-30002**
**Parkside Place LLC**
**Case No. 25-30003**

| | | | |
|---|---|---|---|
| STATE OF | ) | | |
| | ) | SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) | | |

On October 16, 2025, the undersigned caused the following document(s):

**RED RIVER STATE BANK'S EXHIBIT LIST**

to be served electronically to the following:

*All ECF Filing Participants*

*/s/ Kesha L. Tanabe*