IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | Jointly Administered |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30004 |
| | ) | |
| THE RUINS, LLC | ) | |
| | ) | |
| Debtor | ) | Not Jointly Administered |
| | ) | |

**Witness and Exhibit List for Hearing on Various Matters**

Com now Generations on 1st, LLC ("Generations") Parkside Place, LLC ("Parkside"), and The Ruins, LLC ("Ruins") (collectively, the "Debtors," and each a "Debtor"), by and through undersigned counsel, and furnish this list of exhibits—excepting exhibits to be used solely for purposes of rebuttal or impeachment—to be introduced, and witnesses to be called, at hearings on various motions on October 20 and 21, 2025:

**Witnesses**

a. Jesse Craig (all matters)

b. Christopher Kottsick (alleged default of cash collateral terms; motion to permit utilization of cash collateral)

c. Mulinda Craig (all matters)

d. Jerry Kuhn (motion to terminate exclusivity)

1

   e. Jesse Kiihl (motion to convert)

   f. Al Lierness (motion to convert)

   g. Charles Aarestad (all matters)

   h. Danielle Harless (all matters)

### Exhibits

1. Certificate of insurance (alleged default of cash collateral terms)
2. Policy of insurance (alleged default of cash collateral terms)
3. Insurance details (alleged default of cash collateral terms)
4. Letter from Chris Kottsick (alleged default of cash collateral terms)
5. Generations budget (motion to permit utilization of cash collateral)
6. Parkside budget (motion to permit utilization of cash collateral)
7. Generations plan of reorganization (motion to terminate exclusivity)
8. Parkside plan of reorganization (motion to terminate exclusivity)
9. Motion to extend exclusivity (motion to terminate exclusivity)
10. Order extending exclusivity (motion to terminate exclusivity)
11. E-mail of November 7, 2023 (motion to convert)
12. First amended Ruins plan of reorganization (motion to convert)
13. Ruins disclosure statement (motion to convert)
14. Ruins term sheet (motion to convert)
15. E-mail of October 17, 2022 (motion to convert)

.

*[Signature on Following Page]*

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: October 16, 2025 | By: /s/ Maurice B. VerStandig |
|  | Maurice B. VerStandig, Esq. |
|  | The Dakota Bankruptcy Firm |
|  | 1630 1st Avenue N |
|  | Suite B PMB 24 |
|  | Fargo, North Dakota 58102-4246 |
|  | Phone: (701) 394-3215 |
|  | mac@dakotabankruptcy.com |
|  | *Counsel for the Debtors* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig