**Liberty Mutual**
INSURANCE

Coverage is Provided In
Ohio Security Insurance Company

Policy Number:
**BKS   (25)   65 29 94 85**
Policy Period:
**From 09/28/2024 To 09/28/2025**
Endorsement Period:
**From 08/29/2025 to 09/28/2025**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| THE RUINS LLC<br>GENERATIONS ON 1ST LLC | (701) 390-1994<br>SUMMIT INSURANCE AGENCY LLC |

## SUMMARY OF LOCATIONS

0001  8 2nd St NE 36 units, Watertown, SD 57201-3777

0002  26 1st Ave SW 72 units, Watertown, SD 57201-4268

0003  315 Kemp Ave 63 units, WATERTOWN, SD 57201

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 01 44 10 11 | South Dakota Changes |
| CG 21 06 12 23 | Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CG 21 88 01 15 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act) |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |
| CG 40 35 12 23 | Exclusion - Cyber Incident |

Issue Date          09/02/25                                    Authorized Representative

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 27 01 08



**Liberty Mutual. INSURANCE**

Change Is Provided by:
Ohio Security Insurance Company

Policy Number:
**BKS   (25)  65 29 94 85**
Policy Period:
**From 09/28/2024 To 09/28/2025**
Endorsement Period:
**From 08/29/2025 to 09/28/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Policy Change Endorsement

| Named Insured | Agent |
|---|---|
| THE RUINS LLC<br>GENERATIONS ON 1ST LLC | (701) 390-1994<br>SUMMIT INSURANCE AGENCY LLC |



# POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 88 87 12 08 | Exclusion - Lead Liability |
| CG 89 54 02 11 | South Dakota Changes - Non-Cumulation Of Liability Limits (Same Occurrence) |
| CG 93 74 03 22 | Exclusion - PFC/PFAS |
| CG 93 81 11 22 | Exclusion - Biometric Information Privacy Claim |
| CG 94 33 05 24 | Amendment Of Representations Condition |
| CP 00 10 10 12 | Building and Personal Property Coverage Form |
| CP 00 30 10 12 | Business Income (And Extra Expense) Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 19 10 11 | South Dakota Changes |
| CP 01 40 07 06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 03 21 10 12 | Windstorm or Hail Percentage Deductible |
| *CP 04 12 10 12 | South Dakota Protective Safeguards |
| CP 10 30 10 12 | Causes of Loss - Special Form |

Issue Date     09/02/25                          Authorized Representative

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 27 01 08

**Liberty Mutual** INSURANCE

*Coverage is Provided in the*
**Ohio Security Insurance Company**

Policy Number:
**BKS  (25)  65 29 94 85**
Policy Period:
**From 09/28/2024 To 09/28/2025**
Endorsement Period:
**From 08/29/2025 to 09/28/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Policy Change Endorsement

**Named Insured**

THE RUINS LLC
GENERATIONS ON 1ST LLC

**Agent**

(701) 390-1994
SUMMIT INSURANCE AGENCY LLC

# POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CP 10 34 10 12 | Exclusion of Loss Due To By-Products of Production or Processing Operations (Rental Properties) |
| *CP 12 18 10 12 | Loss Payable Provisions |
| CP 88 04 03 10 | Removal Permit |
| CP 88 44 02 15 | Equipment Breakdown Coverage Endorsement |
| CP 92 01 05 17 | Property Anti-Stacking Endorsement |
| CP 92 12 12 20 | Cyber Incident Exclusion |
| CP 92 21 09 23 | Amendment Of Concealment, Misrepresentation Or Fraud Condition |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 84 09 07 | South Dakota Changes - Appraisal |
| IL 02 32 09 08 | South Dakota Changes - Cancellation and Nonrenewal |
| IL 09 35 07 02 | Exclusion of Certain Computer-Related Losses |
| IL 09 52 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| IL 09 96 01 07 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Dispostion of Federal Terrorism Risk Insurance Act) |
| IL 88 53 11 20 | Actual Cash Value |

Issue Date        09/02/25

Authorized Representative

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 27 01 08



**Liberty Mutual.** INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS   (25)  65 29 94 85**

Policy Period:
**From 09/28/2024 To 09/28/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Commercial Property
## Declarations -Revised

| Named Insured | Agent |
|---|---|
| THE RUINS LLC<br>GENERATIONS ON 1ST LLC | (701) 390-1994<br>SUMMIT INSURANCE AGENCY LLC |

## SUMMARY OF CHARGES

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Property Schedule Totals | $64,777.00 |
| Certified Acts of Terrorism Coverage | $518.00 |

*Total Advance Charges:*   **$65,295.00**

*Note: This is not a bill*

**To report a claim, call your Agent or  1-844-325-2467**

DS 70 22 01 08

Coverage Is Provided In
Ohio Security Insurance Company

**Liberty Mutual.**
INSURANCE

Policy Number:
BKS   (25)  65 29 94 85

Policy Period:
**From 09/28/2024 To 09/28/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Commercial Property
## Declarations Schedule -Revised

| Named Insured | Agent |
|---|---|
| THE RUINS LLC<br>GENERATIONS ON 1ST LLC | (701) 390-1994<br>SUMMIT INSURANCE AGENCY LLC |

# SUMMARY OF PROPERTY COVERAGES - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made in this schedule.

### *0001  8 2nd St NE 36 units, Watertown, SD 57201-3777*

| **Property Characteristics** | **Description:** |
|---|---|
| | **Construction:** Frame |
| | **Occupancy:** Apartment Buildings - With Mercantile Occupancies Over 30 Units |

| **Business Income and Extra Expense Coverage** | **Description** | |
|---|---|---|
| | Limit of Insurance - Including Rental Value | $780,000 |
| | Coinsurance | 100% |
| | **Covered Causes of Loss** | |
| | Special Form - Including Theft | |
| | *Premium* | *$4,313.00* |

| **Equipment Breakdown Coverage** | This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages. |
|---|---|
| | *Premium*                                    *$822.00* |

*To report a claim, call your Agent or  1-844-325-2467*

**Liberty Mutual.**
INSURANCE

Policy Number:
BKS (25) 65 29 94 85
Policy Period:
**From 09/28/2024 To 09/28/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Commercial Property
## Declarations Schedule -Revised

| Named Insured | Agent |
|---|---|
| THE RUINS LLC<br>GENERATIONS ON 1ST LLC | (701) 390-1994<br>SUMMIT INSURANCE AGENCY LLC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*Continuation of 8 2nd St NE 36 units, Watertown, SD 57201-3777*

| Equipment Breakdown Coverage | This Equipment Breakdown insurance applies to the coverages included within the Blanket Limit. The Equipment Breakdown limit of insurance and deductible are Included in and not in addition to, the Blanket limit and deductible. |
|---|---|

| | *Premium* | *Included* |
|---|---|---|

---

### 0002  26 1st Ave SW 72 units, Watertown, SD 57201-4268

| Property Characteristics | Description: |
|---|---|
| | **Construction:** Fire Resistive |
| | **Occupancy:** Apartment Buildings - With Mercantile Occupancies Over 30 Units |

| Business Income and Extra Expense Coverage | **Description** | |
|---|---|---|
| | Limit of Insurance - Including Rental Value | $840,000 |
| | Coinsurance | 100% |
| | **Covered Causes of Loss** | |
| | Special Form - Including Theft | |

| | *Premium* | *$907.00* |
|---|---|---|

**Equipment Breakdown Coverage**

---

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 23 01 08

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS   (25)   65 29 94 85**

Policy Period:
**From 09/28/2024 To 09/28/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Commercial Property
## Declarations Schedule -Revised

| Named Insured | Agent |
|---|---|
| THE RUINS LLC<br>GENERATIONS ON 1ST LLC | (701) 390-1994<br>SUMMIT INSURANCE AGENCY LLC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

*Premium*          **$1,503.00**

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages included within the Blanket Limit. The Equipment Breakdown limit of insurance and deductible are Included in and not in addition to, the Blanket limit and deductible.

*Premium*          *Included*

**0003  315 Kemp Ave 63 units, WATERTOWN, SD 57201**

**Property Characteristics**

Description:

**Construction:** Fire Resistive

**Occupancy:** Apartment Buildings - Without Mercantile Occupancies Over 30 Units

---

*To report a claim, call your Agent or  1-844-325-2467*

DS 70 23 01 08



Coverage Is Provided In:
Ohio Security Insurance Company

**Liberty Mutual.**
INSURANCE

## Commercial Property
## Declarations Schedule -Revised

Policy Number:
BKS   (25)  65 29 94 85
Policy Period:
**From 09/28/2024 To 09/28/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| THE RUINS LLC<br>GENERATIONS ON 1ST LLC | (701) 390-1994<br>SUMMIT INSURANCE AGENCY LLC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

### *Continuation of 315 Kemp Ave 63 units, WATERTOWN, SD 57201*

| Business Income and Extra Expense Coverage | Description | |
|---|---|---|
| | Limit of Insurance - Including Rental Value | $840,000 |
| | Coinsurance | 100% |
| | **Covered Causes of Loss** | |
| | Special Form - Including Theft | |
| | **Premium** | **$1,335.00** |

| Equipment Breakdown Coverage | This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages. | |
|---|---|---|
| | **Premium** | **$1,426.00** |

| Equipment Breakdown Coverage | This Equipment Breakdown insurance applies to the coverages included within the Blanket Limit. The Equipment Breakdown limit of insurance and deductible are Included in and not in addition to, the Blanket limit and deductible. | |
|---|---|---|
| | **Premium** | **Included** |

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 23 01 08

**Liberty Mutual.**
INSURANCE

Coverage Is Provided In:
Ohio Security Insurance Company

Policy Number:
**BKS  (25)  65 29 94 85**
Policy Period:
**From 09/28/2024 To 09/28/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Commercial Property
## Declarations Schedule -Revised

| Named Insured | Agent |
|---|---|
| THE RUINS LLC<br>GENERATIONS ON 1ST LLC | (701) 390-1994<br>SUMMIT INSURANCE AGENCY LLC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

### BLANKET COVERAGE  1

**Blanket Building and Your Business Personal Property Coverage**

**DESCRIPTION**

| | |
|---|---|
| Limit of Insurance | $31,509,345 |
| Coinsurance | 90% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $75,000 |

**8 2nd St NE 36 units, Watertown, SD 57201-3777**

| | | |
|---|---|---|
| **Construction:** | Frame | |
| **Occupancy:** | Apartment Buildings - With Mercantile Occupancies Over 30 Units | |
| | Special Form - Including Theft | |
| **Coverage:** | Building and Your Business Personal Property | |
| | Replacement Cost - Building | |
| | Replacement Cost - Your Business Personal Property | |
| | Inflation Guard - Annual Increase | 6% |
| | Deductible - Windstorm or Hail | 1% |
| **Mortgage Holder(s):** | RED RIVER STATE BANK | 114 N MILL ST<br>FERTILE, MN 56540 |
| | | Loan# |

---

*To report a claim, call your Agent or  1-844-325-2467*

DS 70 23 01 08

Case 25-30002   Doc 25-3  Filed 10/16/25   Entered 10/16/25 21:28:21   Desc
Exhibit 3 - Insurance Details   Page 10 of 29



**INSURANCE**

Coverage Is Provided In:
Ohio Security Insurance Company

Policy Number:
BKS   (25)  65 29 94 85
Policy Period:
From 09/28/2024 To 09/28/2025
*12:01 am Standard Time
at Insured Mailing Location*

## Commercial Property
## Declarations Schedule -Revised

| Named Insured | Agent |
|---|---|
| THE RUINS LLC<br>GENERATIONS ON 1ST LLC | (701) 390-1994<br>SUMMIT INSURANCE AGENCY LLC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

### BLANKET COVERAGE  1  - continued

#### 26 1st Ave SW 72 units, Watertown, SD 57201-4268

| | | |
|---|---|---|
| **Construction:** | Fire Resistive | |
| **Occupancy:** | Apartment Buildings - With Mercantile Occupancies Over 30 Units | |
| | Special Form - Including Theft | |
| **Coverage:** | Building and Your Business Personal Property | |
| | Replacement Cost - Building | |
| | Replacement Cost - Your Business Personal Property | |
| | Inflation Guard - Annual Increase | 6% |
| | Deductible - Windstorm or Hail | 1% |
| **Mortgage Holder(s):** | RED RIVER STATE BANK | 114 N MILL ST<br>FERTILE, MN 56540<br><br>Loan# |

#### 315 Kemp Ave 63 units, WATERTOWN, SD 57201

| | | |
|---|---|---|
| **Construction:** | Fire Resistive | |
| **Occupancy:** | Apartment Buildings - Without Mercantile Occupancies Over 30 Units | |
| | Special Form - Including Theft | |
| **Coverage:** | Building | |
| | Replacement Cost - Building | |
| | Deductible - Windstorm or Hail | 1% |
| **Mortgage Holder(s):** | RED RIVER STATE BANK | 114 N MILL ST<br>FERTILE, MN 56540<br><br>Loan# |

| | |
|---|---|
| *Premium* | **$54,471.00** |

| | |
|---|---|
| **Commercial Property Schedule Total:** | **$64,777.00** |

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 23 01 08

This page intentionally left blank.



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
*Ohio Security Insurance Company*

Policy Number:
**BKS   (25)  65 29 94 85**

Policy Period:
**From 09/28/2024 To 09/28/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Commercial General Liability Declarations -Revised

Basis: Occurrence

| Named Insured | Agent |
|---|---|
| THE RUINS LLC<br>GENERATIONS ON 1ST LLC | (701) 390-1994<br>SUMMIT INSURANCE AGENCY LLC |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 300,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | 11,015.00 |
| Certified Acts of Terrorism  Coverage | 44.00 |

*Total Advance Charges:* **$11,059.00**
*Note: This is not a bill*

---

*To report a claim, call your Agent or  1-844-325-2467*

Liberty
Mutual.
INSURANCE

**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
BKS (25) 65 29 94 85

Policy Period:
**From 09/28/2024 To 09/28/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Commercial General Liability
## Declarations Schedule -Revised

| Named Insured | Agent |
|---|---|
| THE RUINS LLC<br>GENERATIONS ON 1ST LLC | (701) 390-1994<br>SUMMIT INSURANCE AGENCY LLC |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION

**0001** 8 2nd St NE 36 units, Watertown, SD 57201-3777
**Insured:** THE RUINS LLC

**CLASSIFICATION -** 60010
Apartment Buildings
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER EACH | PREMIUM |
|---|---|---|---|
| Premise/Operations | 32 Number of Units | 38.533 | $1,233.00 |
| | | **Total:** | *Included* |

**0002** 26 1st Ave SW 72 units, Watertown, SD 57201-4268
**Insured:** THE RUINS LLC

**CLASSIFICATION -** 60010
Apartment Buildings
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER EACH | PREMIUM |
|---|---|---|---|
| Premise/Operations | 64 Number of Units | 38.533 | $2,466.00 |
| | | **Total:** | *Included* |

*To report a claim, call your Agent or 1-844-325-2467*

**Liberty Mutual.**
INSURANCE

Policy Number:
BKS   (25)  65 29 94 85

Policy Period:
**From 09/28/2024 To 09/28/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Commercial General Liability
## Declarations Schedule -Revised

| Named Insured | Agent |
|---|---|
| THE RUINS LLC<br>GENERATIONS ON 1ST LLC | (701) 390-1994<br>SUMMIT INSURANCE AGENCY LLC |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION   - continued

**0003**  315 Kemp Ave 63 units, WATERTOWN, SD 57201
**Insured:**  THE RUINS LLC

**CLASSIFICATION -**  60010
Apartment Buildings
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER<br>EACH | PREMIUM |
|---|---|---|---|
| Premise/Operations | 63 Number of Units | 38.533 | $2,428.00 |
| | | *Total:* | *Included* |

**0001**  8 2nd St NE 36 units, Watertown, SD 57201-3777
**Insured:**  THE RUINS LLC

**CLASSIFICATION -**  61217
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER<br>1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 2,292 Square Feet Of Area | 54.598 | $125.00 |
| | | *Total:* | *Included* |

*To report a claim, call your Agent or  1-844-325-2467*

**Liberty Mutual.**
INSURANCE

Coverage Is Provided In:
Ohio Security Insurance Company

Policy Number:
BKS   (25)  65 29 94 85

Policy Period:
**From 09/28/2024 To 09/28/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Commercial General Liability
## Declarations Schedule -Revised

| Named Insured | Agent |
|---|---|
| THE RUINS LLC<br>GENERATIONS ON 1ST LLC | (701) 390-1994<br>SUMMIT INSURANCE AGENCY LLC |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION   - continued

*0002*   26 1st Ave SW 72 units, Watertown, SD 57201-4268

**Insured:**  THE RUINS LLC

**CLASSIFICATION -**  61217
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER<br>1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 87,240 Square Feet Of Area | 54.598 | $4,763.00 |
| | | *Total:* | *Included* |

| | |
|---|---|
| **Commercial General Liability Schedule Total** | **$11,015.00** |

*To report a claim, call your Agent or  1-844-325-2467*

POLICY NUMBER
**BKS   (25)  65 29 94 85**

Policy Period:
**From 09/28/2024 To 09/28/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Named Insured Endorsement



This Endorsement Changes The Policy. Please Read it Carefully.

The complete Named Insured reads as follows:

THE RUINS LLC
GENERATIONS ON 1ST LLC
PARKSIDE LLC

This page intentionally left blank.

POLICY NUMBER:

COMMERCIAL PROPERTY
CP 04 12 10 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH DAKOTA PROTECTIVE SAFEGUARDS

### NOTICE

**YOU RISK THE LOSS OF INSURANCE COVERAGE PROVIDED BY THIS POLICY
IF YOU FAIL TO MAINTAIN THE PROTECTIVE SYSTEMS LISTED BELOW.**

### SCHEDULE



| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 26 1st Ave SW 72 units | | P-1 |

**Describe Any "P-9":**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property **Conditions:**

**Protective Safeguards**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

**"P-9",** the protective system described in the Schedule.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss - Basic Form
Causes Of Loss - Broad Form
Causes Of Loss - Special Form
Mortgageholders Errors And Omissions Coverage Form
Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

I, the undersigned, acknowledge that I fully understand and accept that I risk the loss of insurance coverage provided by this policy if I fail to maintain the Protective Systems listed in this endorsement.

Accepted by: _____

Title: _____

Date: _____

POLICY NUMBER:                                                                 **COMMERCIAL PROPERTY
                                                                              CP 12 18 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

        BUILDERS' RISK COVERAGE FORM
        BUILDING AND PERSONAL PROPERTY COVERAGE FORM
        CONDOMINIUM ASSOCIATION COVERAGE FORM
        CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
        STANDARD PROPERTY POLICY

**SCHEDULE**

**Location Number:**                    **Building Number:**                    **Applicable Clause** C.1.
                                                                              **(Enter C.1., C.2., C.3. or C.4.):**

315 Kemp Ave 63 units

WATERTOWN
SD
57201

**Description of Property:**

BUILDING

**Loss Payee Name:**

RED RIVER STATE BANK

**Loss Payee Address:**

114 N MILL ST

FERTILE, MN 56540

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

© Insurance Services Office, Inc., 2011

CP 12 18 10 12



**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**3. Contract Of Sale Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

**b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**(1)** Adjust losses with you; and

**(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**c.** The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**4. Building Owner Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

**b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

POLICY NUMBER:

**COMMERCIAL PROPERTY
CP 12 18 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

**Location Number:**          **Building Number:**          **Applicable Clause**  C.1.
                                                          **(Enter C.1., C.2., C.3. or C.4.):**

8 2nd St NE 36 units

Watertown
SD
57201-3777

**Description of Property:**

BUILDING

**Loss Payee Name:**

RED RIVER STATE BANK

**Loss Payee Address:**

114 N MILL ST

FERTILE, MN 56540

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.



**C.** The following is added to the **Loss Payment** Loss Payment Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**3. Contract Of Sale Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

**b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**(1)** Adjust losses with you; and

**(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**c.** The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**4. Building Owner Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

**b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

POLICY NUMBER:                                                                 **COMMERCIAL PROPERTY**
                                                                                **CP 12 18 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

> BUILDERS' RISK COVERAGE FORM
> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> CONDOMINIUM ASSOCIATION COVERAGE FORM
> CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
> STANDARD PROPERTY POLICY

## SCHEDULE

**Location Number:**          **Building Number:**          **Applicable Clause**  C.1.
                                                            **(Enter C.1., C.2., C.3. or C.4.):**

26 1st Ave SW 72 units

Watertown
SD
57201-4268

**Description of Property:**

BUILDING

**Loss Payee Name:**

RED RIVER STATE BANK

**Loss Payee Address:**

114 N MILL ST

FERTILE, MN 56540

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

  **d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**3. Contract Of Sale Clause**

  **a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

  **b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

    **(1)** Adjust losses with you; and

    **(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.



  **c.** The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**4. Building Owner Loss Payable Clause**

  **a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

  **b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

  **c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

This page intentionally left blank.