**Budget Worksheet**
Property = Parkside Place, Book = Cash, Start Month = 01/2025, Duration = 12 months

**PARKSIDE PLACE, LLC**

| Account Name | January | February | March | April | May | June | July | August | September | October | November | December | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GPR Income** | | | | | | | | | | | | | |
| 36 1 Bed @ $1,025/unit | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 36,900.00 | 442,800.00 |
| Commercial - 201, 202 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 45,636.00 |
| CAM | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 9,434.28 |
| **Net Income** | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 41,489.19 | 497,870.28 |
| Less Apartment Vacancies | 6,150.00 | 3,075.00 | 1,025.00 | 1,025.00 | 1,025.00 | 1,025.00 | 1,025.00 | 1,025.00 | 1,025.00 | 1,025.00 | 1,025.00 | 1,025.00 | 19,475.00 |
| Less Incentives | 770.00 | 1,795.00 | 1,795.00 | 1,675.00 | 650.00 | 250.00 | 150.00 | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 7,185.00 |
|  | 34,569.19 | 36,619.19 | 38,669.19 | 38,789.19 | 39,814.19 | 40,214.19 | 40,314.19 | 40,414.19 | 40,414.19 | 40,464.19 | 40,464.19 | 40,464.19 | 471,210.28 |
| **Other Income** | | | | | | | | | | | | | |
| Non-refundable Pet Fees | 0.00 | 112.50 | 112.50 | 112.50 | 112.50 | 112.50 | 112.50 | 112.50 | 112.50 | 112.50 | 112.50 | 112.50 | 1,237.50 |
| NSF Fees | 0.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 198.00 |
| Re-Rental Charges | 0.00 | 0.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 1,800.00 |
| Other Income | 0.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 275.00 |
| **Net of Other Income** | 0.00 | 155.50 | 335.50 | 335.50 | 335.50 | 335.50 | 335.50 | 335.50 | 335.50 | 335.50 | 335.50 | 335.50 | 3,510.50 |
| **Total Income** | 34,569.19 | 36,774.69 | 39,004.69 | 39,124.69 | 40,149.69 | 40,549.69 | 40,649.69 | 40,749.69 | 40,749.69 | 40,799.69 | 40,799.69 | 40,799.69 | 474,720.78 |
| **Expenses** | | | | | | | | | | | | | |
| **Maintenance Expenses** | | | | | | | | | | | | | |
| Maintenance Staff Costs | 500.00 | 300.00 | 300.00 | 300.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 300.00 | 300.00 | 4,100.00 |
| Caretaker/Resident Manager | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 3,600.00 |
| Repairs / Maintenance | 550.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 550.00 | 550.00 | 7,050.00 |
| Janitorial | 525.00 | 525.00 | 525.00 | 1,200.00 | 525.00 | 525.00 | 525.00 | 525.00 | 550.00 | 550.00 | 550.00 | 550.00 | 7,075.00 |
| Carpet Cleaning | 120.00 | 120.00 | 120.00 | 1,100.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 2,420.00 |
| Painting / Decorating | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 1,920.00 |
| Plumbing | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 1,200.00 |
| Electrical / Fire Protection | 50.00 | 575.00 | 1,050.00 | 50.00 | 50.00 | 50.00 | 550.00 | 50.00 | 50.00 | 50.00 | 25.00 | 250.00 | 2,800.00 |
| HVAC | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 900.00 |
| Elevator | 25.00 | 25.00 | 480.00 | 25.00 | 25.00 | 480.00 | 25.00 | 25.00 | 480.00 | 25.00 | 25.00 | 480.00 | 2,120.00 |
| Flooring | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 2,160.00 |
| Appliances/Laundry | 100.00 | 100.00 | 100.00 | 100.00 | 750.00 | 750.00 | 750.00 | 750.00 | 100.00 | 100.00 | 100.00 | 100.00 | 3,800.00 |
| Extermination | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 240.00 |
| Snow Removal | 250.00 | 250.00 | 185.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.00 | 250.00 | 1,120.00 |
| Less Resident Chargebacks | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 3,000.00 |
| **Total Maintenance Expenses** | 3,205.00 | 3,580.00 | 4,445.00 | 4,460.00 | 3,505.00 | 3,960.00 | 4,005.00 | 3,505.00 | 3,335.00 | 2,880.00 | 2,940.00 | 3,685.00 | 37,505.00 |
| **Admin/Utility Expenses** | | | | | | | | | | | | | |
| Offsite office rent | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 1,312.50 | 15,750.00 |
| Offsite office utilities | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 1,500.00 |
| Offsite office equpiment/supplies | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 1,146.00 |
| Advertising / Marketing | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 345.00 | 4,140.00 |
| Lease Commissions | 200.00 | 600.00 | 400.00 | 200.00 | 200.00 | 400.00 | 400.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 3,400.00 |
| Professional Fees | 0.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 120.00 | 520.00 |
| Bank Fees/ACH Fees | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 420.00 |
| Internet & Telephone Costs/Service | 285.00 | 285.00 | 285.00 | 285.00 | 285.00 | 285.00 | 285.00 | 285.00 | 285.00 | 285.00 | 285.00 | 285.00 | 3,420.00 |
| Property Management 5% Collected | 1,728.46 | 1,838.73 | 1,950.23 | 1,956.23 | 2,007.48 | 2,027.48 | 2,032.48 | 2,037.48 | 2,037.48 | 2,039.98 | 2,039.98 | 2,039.98 | 23,736.04 |
| Real Estate Taxes/Escrow | 3,950.00 | 3,950.00 | 3,950.00 | 3,950.00 | 3,950.00 | 3,950.00 | 3,950.00 | 3,950.00 | 3,950.00 | 3,950.00 | 3,950.00 | 3,950.00 | 47,400.00 |
| CAM Reimburse | -29.21 | -89.60 | -137.18 | -30.69 | -18.31 | -11.65 | -53.69 | -12.48 | -29.55 | -29.76 | -51.40 | -90.54 | -584.07 |
| Property Insurance | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,870.00 | 1,870.00 | 1,870.00 | 1,870.00 | 21,080.00 |
| Electricity - Apts | 600.00 | 400.00 | 130.00 | 100.00 | 100.00 | 50.00 | 50.00 | 50.00 | 50.00 | 100.00 | 100.00 | 150.00 | 1,880.00 |
| Electricity - Building | 700.00 | 750.00 | 800.00 | 700.00 | 500.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 500.00 | 600.00 | 6,550.00 |
| Natural Gas - Building | 250.00 | 250.00 | 250.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 250.00 | 2,600.00 |
| Water & Sewer | 1,565.00 | 1,565.00 | 1,565.00 | 1,565.00 | 1,565.00 | 1,565.00 | 1,565.00 | 1,565.00 | 1,565.00 | 1,580.00 | 1,580.00 | 1,580.00 | 18,825.00 |
| Garbage Removal | 210.00 | 210.00 | 210.00 | 210.00 | 210.00 | 210.00 | 210.00 | 210.00 | 215.00 | 215.00 | 215.00 | 215.00 | 2,540.00 |
| **Total Admin & Utility Exp.** | 13,072.25 | 13,412.13 | 13,056.05 | 12,788.54 | 12,652.18 | 12,728.84 | 12,691.79 | 12,538.00 | 12,695.94 | 12,763.23 | 12,841.58 | 13,082.45 | 154,322.97 |
| **Total Operating Expenses** | 16,277.25 | 16,992.13 | 17,501.05 | 17,248.54 | 16,157.18 | 16,688.84 | 16,696.79 | 16,043.00 | 16,030.94 | 15,643.23 | 15,781.58 | 16,767.45 | 191,827.97 |
| **Net Operating Income** | 18,291.94 | 19,782.56 | 21,503.64 | 21,876.15 | 23,992.51 | 23,860.85 | 23,952.90 | 24,706.69 | 24,718.75 | 25,156.46 | 25,018.11 | 24,032.24 | 282,892.81 |
| **Other Expenses** | | | | | | | | | | | | | |
| US Court Trustee 0.4% | 165.96 | 165.96 | 165.96 | 165.96 | 165.96 | 165.96 | 165.96 | 165.96 | 165.96 | 165.96 | 165.96 | 165.96 | 1,991.48 |
| Contingencies | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 1,475.00 | 17,700.00 |
| Misc. PM Fees | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 3,000.00 |
| Misc. Professional Fees | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 |
| Manager Oversite $45/unit | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 21,060.00 |
| Reserves Escrow;Usage | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 4,800.00 |
| **Total Other Expenses** | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 4,245.96 | 50,951.48 |
| **Total Monthly Expenses** | 20,523.20 | 21,238.09 | 21,747.01 | 21,494.50 | 20,403.13 | 20,934.79 | 20,942.75 | 20,288.96 | 20,276.89 | 19,889.18 | 20,027.54 | 21,013.40 | 242,779.45 |
| **Net Cash Flow** | 14,045.99 | 15,536.60 | 17,257.68 | 17,630.19 | 19,746.56 | 19,614.90 | 19,706.94 | 20,460.73 | 20,472.80 | 20,910.51 | 20,772.15 | 19,786.29 | 231,941.33 |