UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>    Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>    Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**RED RIVER STATE BANK'S WITNESS LIST**

Creditor Red River State Bank hereby provides the following Witness List with respect to the following matters:

- Fourth Motion by Debtor for Leave to Use Cash Collateral filed October 5, 2025 (Doc. 184); and

- Objection by Red River State Bank to Debtor's Fourth Motion for Leave to Use Cash Collateral (Doc. 196).

set for **October 21, 2025, at 10:00 a.m.**

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Danielle Harless<br>Red River State Bank<br>Halstad, MN | Will Call | Loan history, receivership, cash management, rents, expenses, property management and condition of collateral |
| Charles Aarstad<br>Red River State Bank<br>Halstad, MN | May Call | Loan history, receivership, cash management, rents, expenses, property management |

| | | |
|---|---|---|
| Mulinda Craig<br>Fargo, ND | May Call | Loan history, receivership, cash management, rents, expenses, property management |
| Jesse Craig<br>Fargo, ND | May Call | Loan history, receivership, cash management, rents, expenses, property management |

Dated this 17th day of October, 2025.

**VOGEL LAW FIRM**

BY: /s/ *Kesha L. Tanabe*
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

**Re:** Generations on 1st LLC
Case No. 25-30002
Parkside Place LLC
Case No. 25-30003

| | | | |
|---|---|---|---|
| STATE OF | ) | | |
| | ) | SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) | | |

On October 17th, 2025, the undersigned caused the following document(s):

**RED RIVER STATE BANK'S WITNESS LIST**

to be served electronically to the following:

*All ECF Filing Participants*

                        **VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

3