UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> Generations on 1st, LLC, <br><br> Debtor. | Case No.: 25-30002 <br><br> Chapter 11 |
| In Re: <br><br> Parkside Place, LLC, <br><br> Debtor. | Case No.: 25-30003 <br><br> Chapter 11 <br><br> (Jointly Administered) |

**RED RIVER STATE BANK'S EXHIBIT LIST (RE: CASH COLLATERAL)**

Creditor Red River State Bank hereby provides the following Exhibit List with respect to the following matters:

- Fourth Motion by Debtor for Leave to Use Cash Collateral filed October 5, 2025 (Doc. 184); and
- Objection by Red River State Bank to Debtor's Fourth Motion for Leave to Use Cash Collateral (Doc. 196).

set for **October 21, 2025, at 10:00 a.m.**

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 158-1 | | | Cash collateral budget for Parkside | M | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ECF 158-2 | | | Cash collateral budget for Generations | M | | | | | | |
| ECF 158-3 | | | Receivership and Management Agreement | M | | | | | | |
| ECF 158-4 | | | HME Proof of Claim Attachment 2 | M | | | | | | |
| ECF 158-5 | | | HME Companies First Interim Report – Generations | M | | | | | | |
| ECF 158-6 | | | HME Companies Second Interim Report – Generations | M | | | | | | |
| ECF 158-7 | | | HME Companies Third Interim Report – Generations | M | | | | | | |
| ECF 158-8 | | | HME Companies First Interim Report – Parkside | M | | | | | | |
| ECF 158-9 | | | HME Companies Second Interim Report – Parkside | M | | | | | | |
| ECF 158-10 | | | HME Companies Third Interim Report – Parkside | M | | | | | | |
| ECF 158-11 | | | Generations Operating Report – January 2025 | M | | | | | | |
| ECF 158-12 | | | Generations Amended Operating Report – February 2025 | M | | | | | | |
| ECF 158-13 | | | Generations Amended Operating Report – March 2025 | M | | | | | | |
| ECF 158-14 | | | Generations Amended Operating Report – April 2025 | M | | | | | | |
| ECF 158- | | | Generations Amended Operating Report – May 2025 | M | | | | | | |

2

| 15 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 158-16 | | | Generations Amended Operating Report – June 2025 | M | | | | | | | |
| ECF 158-17 | | | Generations Operating Report – July 2025 | M | | | | | | | |
| ECF 162 | | | Generations Operating Report – August 2025 | M | | | | | | | |
| ECF 202 | | | Generations Operating Report – September 2025 | M | | | | | | | |
| ECF 158-18 | | | Parkside Operating Report – January 2025 | M | | | | | | | |
| ECF 158-19 | | | Parkside Amended Operating Report – February 2025 | M | | | | | | | |
| ECF 158-20 | | | Parkside Amended Operating Report – February 2025 | M | | | | | | | |
| ECF 158-21 | | | Parkside Amended Operating Report – February 2025 | M | | | | | | | |
| ECF 158-22 | | | Parkside Amended Operating Report – February 2025 | M | | | | | | | |
| ECF 158-23 | | | Parkside Amended Operating Report – February 2025 | M | | | | | | | |
| ECF 158-24 | | | Parkside Amended Operating Report – February 2025 | M | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 163 | | | Parkside Operating Report – August 2025 | M | | | | | | | | |
| ECF 198 | | | Parkside Operating Report – September 2025 | M | | | | | | | | |
| ECF Claim No. 1 | | | Amended Proof of Claim – Generations (filed 09/22/25) | W | | | | | | | | |
| ECF Claim No. 1 | | | Proof of Claim – Parkside (filed 01/09/25) | W | | | | | | | | |

\* - O - Original Record & Authenticity Only
\* - A - Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

Dated this 17th day of October, 2025.

**VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*_____
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

4

**Re:**   **Generations on 1st LLC**
**Case No. 25-30002**
**Parkside Place LLC**
**Case No. 25-30003**

| | | | |
|---|---|---|---|
| STATE OF | ) | | |
| | ) | SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) | | |

On October 17th, 2025, the undersigned caused the following document(s):

**RED RIVER STATE BANK'S EXHIBIT LIST**

to be served electronically to the following:

*All ECF Filing Participants*

*/s/ Kesha L. Tanabe*