Docusign Envelope ID: 3DC6B258-5950-4809-AEF0-94FBC14C5291

Case 25-30002    Doc 217-1    Filed 10/19/25    Entered 10/19/25 12:18:25    Desc
Exhibit A - Declaration of Mulinda Craig    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | Jointly Administered |
| Debtor | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Case No. 25-30004 |
| | ) | |
| THE RUINS, LLC | ) | |
| | ) | |
| Debtor | ) | Not Jointly Administered |
| _____ | ) | |

## DECLARATION OF MULINDA CRAIG

1.      My name is Mulinda Craig, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2.      I am the wife of Jesse Craig ("Mr. Craig").

3.      At some point in the preceding weeks, Mr. Craig suffered an injury while engaged in recreational tasks, leading to generalized discomfort.

4.      The injury in question did not initially appear to be severe and did not cause a material disruption in Mr. Craig's day-to-day life.

5.      Mr. Craig thereafter sought medical treatment and was prescribed treatment for both his muscles and pain management, including Gabepentin, Tramadol, and OxyContin.

1

Docusign Envelope ID: 3DC6B258-5950-4809-AEF0-94FBC14C5291

Case 25-30002    Doc 217-1    Filed 10/19/25    Entered 10/19/25 12:18:25    Desc
Exhibit A - Declaration of Mulinda Craig    Page 2 of 2

6.      Some combination of these medications and enduring pain caused Mr. Craig to cease to be in a mentally acute condition over the preceding 24 hours, with my observing his speech to be impacted and the precision of his observations to be similarly impacted.

7.      Mr. Craig's pain, meanwhile, increased notably over the preceding 24 hours, causing him to cease to be generally ambulatory and to have difficulty composing himself on his feet.

8.      This morning, in lieu of returning to Fargo following time away, Mr. Craig entered the emergency department at a hospital in or about Billings, Montana.

9.      Mr. Craig is being administered additional drugs via intervenes means and is awaiting a computerized tomography scan.

10.     It is not reasonably anticipated Mr. Craig's condition will improve in such a timeline as to permit him to return to Fargo for tomorrow's hearing, nor is it reasonably anticipated Mr. Craig's use of mentally impactful medication will cease in such a time as to permit him to be of fully sound mind—regardless of geographic locale—for tomorrow's hearing.

11.     I have been in Mr. Craig's presence for the overwhelming majority of the past several days, and have personally observed all of the foregoing. I remain with Mr. Craig as of present.

12.     Further declarant sayeth naught.

I declare under penalty of perjury
that the foregoing is true and correct.

Executed on __10/19/2025__

DocuSigned by:

*Mulinda Craig*
772D84847A544E4...

Mulinda Craig

2