**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br>    Debtor, Jointly Administered.<br>_____/ | Bankruptcy No. 25-30002<br>Chapter 11 |
| In Re:<br><br>Parkside Place, LLC,<br>    Debtor, Jointly Administered.<br>_____/ | Bankruptcy No. 25-30003<br>Chapter 11 |
| In Re:<br><br>The Ruins, LLC,<br>    Debtor.<br>_____/ | Bankruptcy No. 25-30004<br>Chapter 11 |

**ORDER GRANTING CONTINUANCE OF HEARINGS**

Debtors Generations on 1 ST, LLC, Parkside Place, LLC and The Ruins, LLC filed a Motion to Continue Hearings scheduled for <u>August 20,</u> 2025. The Court finds cause for granting the continuance.

IT IS ORDERED that the following hearings will be continued ***to a date to be determined by the Court***.

- **Motion by Red River State Bank to Convert Case from Chapter 11 to 7 filed September 26, 2025. (Doc. 109)**
- **Red River State Bank's Affidavit of Default (Parkside Place) filed September 18, 2025. (Doc. 169)**
- **Red River State Bank's Affidavit of Default (Generations on 1st, LLC) filed September 18, 2025. (Doc. 168)**
- **Motion by Red River State Bank to Terminate Exclusivity Period of Debtors Generations and Parkside Pursuant to 11 USC 1121(d)(1) filed September 24, 2025. (Doc. 174)**

Dated: October 19, 2025.

*/s/ Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

*All times referred to in this Order are Central Standard Time.
Copy filed and sent electronically October 19 2025, to Attorney Maruice VerStandig for service.