**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:                                              Bankruptcy No. 25-30002
                                                    Chapter 11
Generations on 1st, LLC,
        Debtor, Jointly Administered.
_____/

In Re:                                              Bankruptcy No. 25-30003
                                                    Chapter 11
Parkside Place, LLC,
        Debtor, Jointly Administered.
_____/

In Re:                                              Bankruptcy No. 25-30004
                                                    Chapter 11
The Ruins, LLC,
                        Debtor.
_____/

**NOTICE OF TELEPHONIC SCHEDULING CONFERENCE**

NOTICE IS GIVEN that a telephonic scheduling conference will be held on

**Monday, October 20, 2025, at 10:00 A.M. (Central Standard Time)** to consider the

following matters:

- **Motion by Red River State Bank to Convert Case from Chapter 11 to 7 filed September 26, 2025. (Doc. 109)**
- **Red River State Bank's Affidavit of Default (Parkside Place) filed September 18, 2025. (Doc. 169)**
- **Red River State Bank's Affidavit of Default (Generations on 1st, LLC) filed September 18, 2025. (Doc. 168)**
- **Motion by Red River State Bank to Terminate Exclusivity Period of Debtors Generations and Parkside Pursuant to 11 USC 1121(d)(1) filed September 24, 2025. (Doc. 174)**

Please use the following instructions for the telephone conference:

Telephonic Conference Instructions:

1) Call **701-297-7112**
2) Enter Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**
5) Please identify yourself when you have joined the conference.

| | |
|---|---|
| Dated: October 19, 2025. | Kay A. Melquist, Clerk<br>United States Bankruptcy Court<br>Quentin N. Burdick United States Courthouse<br>655 1st Avenue North, Suite 210<br>Fargo, ND 58102-4932 |
| By: | _/s/ Sharon Horsager_<br>Sharon Horsager, Deputy Clerk |

Copy served electronically October 19, 2025, to Electronic Mail Notice List for Case No. 25-30002 and 25-30004.