UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                        Bankruptcy No. 25-30002
                                                              Chapter 11

Generations on 1st, LLC,

                        Debtor.

_____/

In Re:                                                        Bankruptcy No. 25-30003
                                                              Chapter 11

Parkside Place, LLC,

_____/        Jointly Administered


**NOTICE OF CONTINUED HEARINGS**

A continued hearing will be held at <u>Courtroom #3, Second Floor, Quentin N. Burdick United</u>

<u>States Courthouse, 655 First Avenue North, Fargo, North Dakota</u> on **<u>Monday, October 27, 2025, at</u>**

**<u>10:00 A.M.</u>** to consider and act upon the following matters:

- **Red River State Bank's Affidavit of Default for Generations on 1st, LLC
  filed September 18, 2025. (Doc. 168)
  Red River State Bank's Supplemental Affidavit filed September 22, 2025. (Doc. 173)**

- **Red River State Bank's Affidavit of Default for Parkside Place, LLC
  filed September 18, 2025. (Doc. 169)
  Red River State Bank's Supplemental Affidavit filed September 22, 2025. (Doc. 172)**

- **Motion by Red River State Bank to Terminate Exclusivity Period of Debtors
  Generations and Parkside Pursuant to 11 USC 1121 (d)(1) filed
  September 24, 2025. (Doc. 174)**

Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: October 20, 2025.

Kay A. Melquist, Clerk
United States Bankruptcy Court
Quentin N. Burdick United States Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102-4392

By:     /s/   *Sharon Horsager*
Sharon Horsager, Deputy Clerk

Copy served electronically October 20, 2025, to Electronic Mail Notice List for Case No. 25-30002.