Name: Jesse R Craig (Legal: Jesse R Craig) | DOB: ▇▇/1969 | MRN: ▇▇▇▇ | PCP: Constance F. Soper, PA-C

# Office Visit - Oct 22, 2025

with Mickey Syrquin, DO at 32 Ave Clinic Neuro Surgery

## Notes from Care Team

Below may be visit notes written by your physician, advanced practitioner and / or nurses following your visit. Your healthcare team uses these notes to communicate with oneanother and we are making them available to you as well. These notes are a review of your visit and the careplan you and your healthcare team discussed.

If the information is inaccurate and your safety could be at risk, then please contact your healthcare team and they will decide if your notes need to be changed.

## Progress Notes

### Mickey Syrquin, DO at 10/22/2025 2:00 PM

**Patient Name**: Jesse R Craig
**Date of Service**: Oct 22, 2025   **DOB**: ▇▇/1969   **Age**: 55 year old
**Sex**: male
**MRN**: ▇▇▇▇
**Provider**: Mickey G. Syrquin, DO, Neurology

**PROGRESS NOTE**

**SITE**: 32 Ave Clinic Neuro Surgery

**SUBJECTIVE**: This 55-year-old gentleman past have seen secondary complaints of low back and leg pain. Recently having severe pain anterior lateral aspect dorsum of his feet was seen in the emergency room could manage to complete MRI but we did with the images that were completed reveal a very large disc herniation at lumbar 4 5. He has a normal neurologic exam no bowel or bladder difficulties no saddle anesthesia no urinary retention or loss of bowel control no cauda equina symptomatology.

**PLAN**: At the present time I think he would be a candidate for a Stealth

guided lumbar 4 lumbar 5 discectomy bank bone fusion instrumentation with neuromonitoring.  Understands risk of surgery death stroke infection bleeding wrong surgery operation wrong level.  Will schedule soon as possible

Inpatient services are warranted in this 55 year old year old patient who needs spinal surgery large disc hernia due to the reasons below:

Surgical complexity: Lumbar fusion
Comorbidities: Weight ▇
Intensity of Service: Instrumentation
Risks: As above

For these reasons, I expect this patient will require > 2 midnights of hospital level care for recovery and medical management.

Mickey G. Syrquin, DO
Neurosurgery 701-364-8000
Essentia Health-32nd Avenue Clinic
3000 32nd Ave S, Fargo, ND 58103


MyChart® licensed from Epic Systems Corporation© 1999 - 2025