UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> Generations on 1st, LLC, <br><br> Debtor. | Case No.: 25-30002 <br><br> Chapter 11 |
| In Re: <br><br> Parkside Place, LLC, <br><br> Debtor. | Case No.: 25-30003 <br><br> Chapter 11 <br><br> (Jointly Administered) |

**JOINT EXHIBIT LIST (RE: EXCLUSIVITY PERIOD)**

Debtors Generations on 1st, LLC and Parkside Place, LLC (collectively, the "Debtors") and Creditor Red River State Bank ("RRSB") hereby provide the following Exhibit List with respect to the following matters:

- **ECF 174** – Motion by Red River State Bank to Terminate Exclusivity Period of Debtors Generations and Parkside Pursuant to 11 U.S.C. § 1121(d)(1) set for hearing on **November 3-4, 2025**

- **ECF 189** – Opposition by Debtors to Red River State Bank's Motion to Terminate Exclusivity Period of Generations and Parkside Place Pursuant to 11 U.S.C. § 1121(d)(1)

- **ECF 201** – Reply in Support of Motion by RRSB to Terminate Exclusivity Period of Debtors Generations and Parkside Pursuant to 11 U.S.C. § 1121(d)(1)

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | § OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 1 | | | Generations Schedules [**ECF 1**] | W | X | | | | | | | |
| ECF 1 | | | Parkside Place Schedules [**ECF 1**] | W | X | | | | | | | |
| | | | Claim 001 Red River State Bank (Generations) filed 1/10/25 | W | X | | | | | | | |
| | | | Amended Claim 001 Red River State Bank (Generations $13,798,334.43) | W | X | | | | | | | |
| | | | Claim 001 Red River State Bank (Parkside $8,794,170.09) | W | X | | | | | | | |
| ECF 164 | | | Affidavit of Charles Aarestad re: The Parkside Note [**ECF 164**] | W | X | | | | | | | |
| ECF 165 | | | Affidavit of Charles Aarestad re: Eighth Generations Note [**ECF 165**] | W | X | | | | | | | |
| ECF 166 | | | Affidavit of Charles Aarestad re: Generations Notes Nos. 1-7 &No. 9 [**ECF 166**] | W | X | | | | | | | |
| ECF 167 | | | Affidavit of Charles Aarestad re: The Mulinda Notes [**ECF 167**] | W | X | | | | | | | |
| ECF 177 | | | Stipulation to Resolve Claim Objection (Generations and Parkside Only) [**ECF 177**] | W | X | | | | | | | |
| ECF 93 | | | Chapter 11 Plan of Reorganization of Generations on 1st, LLC [**ECF 93**] | W | X | | | | | | | |
| ECF 94 | | | Chapter 11 Plan of Reorganization of Parkside Place, LLC [**ECF 94**] | W | X | | | | | | | |

2

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ECF 185 | | | Declaration of Charles Aarestad (Red River State Bank) RE: Generations Draw Requests [**ECF 185**] | W | X | | | | | |
| ECF 186 | | | Declaration of Charles Aarestad (Red River State Bank) RE: Parkside Draw Requests [**ECF 186**] | W | X | | | | | |
| ECF 190 | | | Declaration of Roland Clausen (Clausen Construction Inc.) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 190**]<br><br>Exhibit A – Estimate and Invoices for Ruins<br>Exhibit B – Invoices for Generations<br>Exhibit C – Estimate and Invoices for Parkside<br>Exhibit D – Estimate and Invoices for Lofts<br>Exhibit E – Invoice for Craig Lake Property | W | X | | | | | |
| ECF 191 | | | Declaration of Sara Mueller (Hebron Brick Supply Co.) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 191**]<br><br>Exhibit A – List and Ruins Project Invoices<br>Exhibit B – List and Craig Lake Home Project Invoices<br>Exhibit C – List and Generations Project Invoices<br>Exhibit D – List and Parkside Project Invoices<br>Exhibit E – List and Lofts Project Invoices | W | X | | | | | |
| ECF 192 | | | Declaration of Terry Stroh (T.L. Stroh Architects, Ltd.) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 192**]<br><br>Exhibit A – Account Statement and Invoices for Ruins<br>Exhibit B – Account Statement and Invoices for Generations<br>Exhibit C – Account Statement and Invoices for Parkside | W | X | | | | | |
| ECF 193 | | | Declaration of Rob Dewit (Baete-Forseth, HVAC, LLC) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 193**]<br><br>Exhibit A – Account Statement, Invoices and Payment Records for Ruins<br>Exhibit B – Payment Applications and Payment Records for Generations<br>Exhibit C – Payment Applications, Payment Records, and Lien Waiver for Parkside | W | X | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Exhibit D – Payment Applications, Payment Records, and Lien Waivers for Lofts | | | | | | |
| ECF 194 | | | Declaration of Beau Koopal (Infrastructure Design Group, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 194**]<br><br>Exhibit A – Account Statement, Payment Records, & Lien Waivers for Ruins<br>Exhibit B - Account Statement, Invoices, Payment Records & Lien Waivers for Generations<br>Exhibit C – Professional Services Agreement, Account Statement, Invoices, Payment Records, & Lien Waivers for Parkside<br>Exhibit D – Account Statement, Payment Records & Invoices for Lofts | W | X | | | | |
| ECF 195 | | | Declaration of Rick Lang (R.L. Drywall and Insulation, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 195**]<br><br>Exhibit A – Invoice #s 8447 and 8447-2 and Payment Records for Parkside<br>Exhibit B – Invoice Nos. 7845, 7845-2, and 7845-3 and Payment Records for Lofts | W | X | | | | |
| ECF 199 | | | Declaration of Rick Kloos (Kloos Electric) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 199**]<br><br>Exhibit A – Estimate, Invoices & Payment Records for Ruins<br>Exhibit B – Payment Applications, Estimates, Invoices, Payment Records, & Lien Waivers for Generations<br>Exhibit C – Payment Applications, Estimate and Invoices, Payment Records, & Lien Waiver for Parkside<br>Exhibit D – Payment Applications, Estimate and Invoices & Payment Records for Lofts | W | X | | | | |
| ECF 200 | | | Declaration of Rylan Ojala (Watertight, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 200**]<br><br>Exhibit A – Mechanic's Lien for Ruins<br>Exhibit B – Estimates and Invoices for Ruins<br>Exhibit C – Payments for Ruins | W | X | | | | |

4

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Exhibit D – Payment Applications, Estimate, Invoices & Payment Records for Generations<br>Exhibit E – Payment Applications, Estimate, Invoices & Payment Records for Parkside<br>Exhibit F – Payment Applications, Invoices & Payment Records for Lofts | | | | | | | | |
| ECF 203 | | | Declaration of Jason Meester (Watertown Cashway Lumber, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 203**]<br><br>Exhibit A – Payment Application, Account Status Reports, Statements for the Ruins<br>Exhibit B – Payment Applications, Account Status Reports, Statements for Generations<br>Exhibit C – Payment Applications, Account Status Reports, Statements, Quote No. 2008-139501 for Parkside<br>Exhibit D – Payment Application, Account Status Report, Statements, Invoice No. 2106-159979 for Lofts<br>Exhibit E – Payment Records for All Craig Projects | W | X | | | | | | |
| ECF 204 | | | Declaration of Joe Bunkers (Gage Bros. Concrete Products, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 204**]<br><br>Exhibit A – Payment Applications, Payment Records, Proposal, Lien Waivers for Ruins<br>Exhibit B – Payment Applications, Payment Records, and Lien Waivers for Generations<br>Exhibit C – Payment Applications, Payment Records, and Lien Waivers for Parkside | W | X | | | | | | |
| ECF 208 | | | Declaration of Charles Aarestad in Support of Motion to Terminate Exclusivity RE: Parkside [**ECF 208**]<br><br>Exhibit A – Parkside Place Summary of Draw Request Invoices vs. Original Invoices | W | X | | | | | | |
| ECF 210 | | | Declaration of Charles Aarestad in Support of Motion to Terminate Exclusivity RE: Generations [**ECF 208**]<br><br>Exhibit A – Generations Summary of Draw Request Invoices vs. Original Invoices | W | X | | | | | | |

5

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 207 | | | Transcript of Deposition of Jesse Craig with Exhibits 1-28 [**ECF 207**] | M | | | | | | | |
| ECF 205 | | | Transcript of Deposition of Mulinda Craig with Exhibits 29-34 [**ECF 205**] | M | | | | | | | |
| RR 1 | | | Parkside Place, LLC Contractor Disbursement Summary dated 8/26/2021 [Exh 14 to RFA's] | W | X | | | | | | |
| RR 2 | | | Generations on 1st, LLC Contractor Disbursement Summary dated August 2021 [Exh 18 to RFA's] | W | X | | | | | | |
| RR 3 | | | RRSB's Requests for Admission to Debtor Parkside Place, LLC (Set I) with Exhibits 1A-16 | M | X | | | | | | |
| RR 4 | | | Parkside Place, LLC's Answers to RRSB's Requests for Admission (Set I) | M | X | | | | | | |
| RR 5 | | | RRSB's Requests for Admission to Debtor Generations on 1st, LLC (Set I) with Exhibits 1A-20 | M | X | | | | | | |
| RR 6 | | | Generations on 1st, LLC's Answers to RRSB's Requests for Admission (Set I) | M | X | | | | | | |
| RR 7 | | | Declaration of Erica Schmitt (Limoges Construction, Inc. Certifying Records Pursuant to Federal Rule of Evidence 902(11) filed in the Ruins, LLC bankruptcy case [Ruins ECF 101] | W | X | | | | | | |
| RR 8 | | | Summary of Draw Request Invoices vs. Original Invoices for Parkside Place, LLC | W | | | | | | | |
| RR 9 | | | Summary of Draw Request Invoices vs. Original Invoices for Generations on 1st, LLC | W | | | | | | | |
| ECF 214-9 | | | Motion to Extend Exclusivity [**ECF 214-9**] | | X | | | | | | |
| ECF 214-10 | | | Order Granting Motion to Extend Exclusivity [**ECF 214-10**] | | X | | | | | | |

\*  - O - Original Record & Authenticity Only
\*  - A - Admitted into Evidence for all purposes
§  - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

Dated this 28th day of October, 2025.

**VOGEL LAW FIRM**

BY: */s/ Caren W. Stanley*
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

Dated:  October 28, 2025            By:    */s/  Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Ave N
Ste B PMB 24
Fargo, North Dakota  58102-4246
Phone:  (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtors*

**Re:** Generations on 1st LLC
Case No. 25-30002
Parkside Place LLC
Case No. 25-30003

| | | |
|---|---|---|
| STATE OF | ) | |
| | ) SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) | |

On October 28, 2025, the undersigned caused the following document(s):

**RED RIVER STATE BANK'S EXHIBIT LIST**

to be served electronically to the following:

*All ECF Filing Participants*

*/s/ Caren W. Stanley*

8