UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 25-30002 |
|---|---|
| Generations on 1st, LLC, | Chapter 11 |
| Debtor. | |
| In Re: | Case No.: 25-30003 |
| Parkside Place, LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

**JOINT EXHIBIT LIST (RE: INSURANCE DEFAULT)**

Debtors Generations on 1st, LLC and Parkside Place, LLC (collectively, the "Debtors") and Creditor Red River State Bank ("RRSB") hereby provide the following Joint Exhibit List with respect to the following matters:

- Red River State Bank's Affidavit of Default by Generations on 1st, LLC filed September 18, 2025 (Doc. 168);

- Red River State Bank's Affidavit of Default by Parkside Place LLC filed September 18, 2025 (Doc. 169); and

- Response by Debtors to Red River State Bank's Affidavit's of Default by Generations and Parkside Place filed September 18, 2025 (Doc. 170).

set for **November 3-4, 2025**

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 159 | | | Sixth Stipulation for Use of Cash Collateral | W | X | | | | | | | |
| ECF 160 | | | Order Authorizing Use of Cash Collateral | W | X | | | | | | | |
| ECF 168-1 | | | August 26, 2025, Notice of Default (Insurance) (Generations) | W | X | | | | | | | |
| ECF 169-1 | | | August 26, 2025, Notice of Default (Insurance) (Parkside) | W | X | | | | | | | |
| ECF 168 | | | Affidavit of Default for Generations on 1st LLC | W | X | | | | | | | |
| ECF 169 | | | Affidavit of Default for Parkside Place, LLC | W | X | | | | | | | |
| ECF 170 | | | Response to Notices of Default | M | X | | | | | | | |
| ECF 214-1 | | | Certificate of Liability Insurance | W | X | | | | | | | |
| ECF 214-2 | | | Policy of Insurance | M | X | | | | | | | |
| ECF 214-3 | | | Insurance Details | M | X | | | | | | | |
| ECF 214-4 | | | Letter of Insurance from Chris Kottsick | M | | | | | | | | |
| ECF 173 | | | Supplemental Affidavit of Default (Generations) | M | X | | | | | | | |

2

| ECF 172 | | | Supplemental Affidavit of Default (Parkside) | M | X | | | | | |
| ECF 172-1 | | | September 18, 2025, email from Mac VerStandig to Kesha L. Tanabe, Caren W. Stanley, and Drew J. Hushka | M | X | | | | | |
| ECF 172-2 | | | April 4, 2024, Letter and Attachments from Summit Insurance Agency LLC to Jesse Craig. | M | X | | | | | |
| ECF 207 | | | Deposition Transcript from September 23, 2025, Deposition of Jesse Craig [**ECF 207**] | M | | | | | | |

\* - O - Original Record & Authenticity Only
\* - A - Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

      Dated this 28th day of October, 2025.

**VOGEL LAW FIRM**

BY: */s/ Caren W. Stanley*
    Caren W. Stanley (#06100)
    cstanley@vogellaw.com
    Kesha L. Tanabe
    ktanabe@vogellaw.com
    Drew J. Hushka (#08230)
    dhushka@vogellaw.com
    218 NP Avenue
    PO Box 1389
    Fargo, ND 58107-1389
    Telephone: (701) 237-6983
    Fax: (701) 476-7676
    *ATTORNEYS FOR RED RIVER STATE BANK*

|  |  |
|---|---|
| Dated: October 28, 2025 | By:  */s/ Maurice B. VerStandig*<br>Maurice B. VerStandig, Esq.<br>The Dakota Bankruptcy Firm<br>1630 1st Ave N<br>Ste B PMB 24<br>Fargo, North Dakota  58102-4246<br>Phone: (701) 394-3215<br>mac@dakotabankruptcy.com<br>*Counsel for the Debtors* |

4

**Re:** **Generations on 1st LLC**
**Case No. 25-30002**
**Parkside Place LLC**
**Case No. 25-30003**

| | | |
|---|---|---|
| STATE OF | ) | |
| | ) SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) | |

Sonie Thompson, being first duly sworn, does depose and say: she is a resident of Cass County, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

On October 28th, 2025, affiant caused the following document(s):

**RED RIVER STATE BANK'S EXHIBIT LIST**

to be served electronically to the following:

*All ECF Filing Participants*

/s/ Sonie Thompson
Sonie Thompson

Subscribed and sworn to before me this 28th day of October, 2025.

/s/ Justin Schares
(SEAL)                    Notary Public,  County, North Dakota

5