UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>　　　　Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>　　　　Debtor. | Case No. 25-30003<br><br>Chapter 11 |
| In re:<br><br>The Ruins, LLC,<br><br>　　　　Debtor. | Case No. 25-30004<br><br>Chapter 11 |

**MOTION FOR LEAVE OF COURT TO APPEAR BY PHONE CONFERENCE**

Caren W. Stanley, counsel to Red River State Bank ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-1 allowing the appearance by telephone conference for Movant's South Dakota state court co-counsel, **Anthony M. Hohn, Davenport, Evans, Hurwitz & Smith, LLP,** Sioux Falls, South Dakota ("Hohn") at the hearing on November 3-4, 2025 ("Hearing") respecting the following motions:

- **Motion by Red River State Bank to Convert Case from Chapter 11 to 7 filed September 26, 2025. [Doc. 109].** (The Ruins, LLC – 25-30004),

- **Red River State Bank's Affidavit of Default (Parkside Place) filed September 18, 2025. [Doc. 169].** (Generations/Parkside Place – 25-30002)

- **Red River State Bank's Affidavit of Default (Generations on 1st, LLC) filed September 18, 2025. [Doc. 168].** (Generations/Parkside Place – 25-30002)

- **Motion by Red River State Bank to Terminate Exclusivity Period of Debtors Generations and Parkside Pursuant to 11 USC 1121(d)(1) filed September 24, 2025. [Doc. 174].** (Generations/Parkside Place – 25-30002)

and any other matters scheduled to take place during the Hearing.

The undersigned makes the request on behalf of Hohn to appear by telephone conference at the Hearing with the understanding that Hohn will not be questioning witnesses, or offering argument, etc. but just observing and to save time and expense by not having to travel from Sioux Falls, South Dakota. The request to attend the Hearing by telephone conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that Hohn be allowed to appear by phone conference at the Hearing.

Dated this 29th day of October, 2025.

**VOGEL LAW FIRM**

BY:  /s/ *Caren W. Stanley*
Caren W. Stanley (#06100)
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone:  (701) 237-6983
Fax:  (701) 476-7676
Email: cstanley@vogellaw.com
ATTORNEYS FOR RED RIVER STATE BANK

2

4260783.2