**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |

**ORDER AUTHORIZING USE OF CASH COLLATERAL**

Debtors Generations on 1st, LLC, and Parkside Place, LLC, announced their Eighth Stipulation for Use of Cash Collateral during a related hearing on November 3, 2025.  They agree that terms of their Seventh Stipulation (Doc. 218) remain in effect and are extended for one month.  Additionally, the parties agreed that, within two business days of entry of this order, Debtor's counsel will make the following transfers from its IOLTA account: $80,592.04 to Red River State Bank, to be applied to pay down its claim against Generations; $10,000 to the Generations' DIP Account; $43,500.00 to Red River State Bank, to be applied to pay down its claim against Generations; and $30,000 to the Parkside DIP Account.

Based upon the budgets filed as exhibits to the Stipulation for Use of Cash Collateral (Docs. 44-2, 44-3), the oral Eighth Stipulation and other documents filed in this case, the Court finds cause for approving the Eighth Stipulation for Use of Cash Collateral.

**IT IS ORDERED:**

1. The Eighth Stipulation for Use of Cash Collateral is approved. The term of the agreement is from November 15, 2025, to December 15, 2025.

2. The Court is not bound by legal conclusions included in the Seventh or Eighth Stipulation.

Dated: November 4, 2025.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

2