UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.:  25-30002 |
|---|---|
| Generations on 1ˢᵗ LLC, | Chapter 11 |
| Debtor. | |
| In Re: | Case No. 25-30003 |
| Parkside Place LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

**NOTES ACCOMPANYING OCTOBER MONTHLY
OPERATING REPORT FOR GENERATIONS ON 1ˢᵗ LLC**

1.      **Cash Balance.** At the beginning of the month, the Debtor maintained $122,919.14 in its checking account and $90,592.04 in its IOLTA account, resulting in a total cash balance of $213,511.18

2.      **Total Receipts.**  According to the October bank statement from Starion, total deposits for the month were $91,281.19. This amount includes non-operating receipts in the aggregate amount of $10,511.67, consisting of (i) an $8,396.67 duplicate rent payment, (ii) a $1,090.00 security deposit, and (iii) a $1,025.00 check re-deposited after previously being returned for insufficient funds. After excluding these non-operating items, the Debtor's net operating receipts for the month total $80,769.52 as reflected in Line 2 of the Monthly Operating Report.

3.      **Total Disbursements**. Total disbursements reflected on the October Starion Bank statement amounted to $106,559.81. This amount includes $10,511.67 in non-operating disbursements, consisting of (i) an $8,396.67 duplicate rent payment issued via Check No. 30191 which should not have been written, (ii) a $1,090.00 security deposit transfer, and (iii) a $1,025.00

1

reissued payment for a check previously returned for insufficient funds. After excluding these non-operating disbursements, the Debtor's net operating disbursements for the month total $96,048.14 as reflected in Line 3 of the Monthly Operating Report

4.    **Ending Balance**. The cash balance reported on the Monthly Operating Report is $198,232.56. This balance comprises $107,640.52 in its checking account and $90,592.04 in its IOLTA account.

5.    **Accounts Receivable.** The accounts receivable balance reflects uncollected October rent payments from two tenants, both of which were delayed due to bank-related mailing issues. Although the payments were ultimately received, they were not deposited until after November 1, 2025. The remaining balance consists of two minor amounts related to electric utility charges that had not yet been reimbursed by tenants as of the reporting date.

6.    **New Leases Signed, Short Cancel Notification, and Lease Ended.** There were no new lease agreements or move-outs during the month of October. No short-term cancellations or evictions were reported for the period. Notices to vacate were received from United #3513, effective January 31, 2025, and Unit #3306, effective December 31, 2025.

7.    **Real Estate Tax Disbursement and Escrow.** In October, the Debtor utilized funds from the tax escrow account to remit payment for the second half of real estate taxes, which were due on October 31, 2025. As a result, the cash flow statement reflects a significant real estate tax disbursement. However, this amount was fully budgeted and accumulated through monthly escrow contributions made throughout the reporting period. The updated tax statement has not yet been received; therefore, the Debtor will continue escrowing the same monthly amount and adjust future contributions once the new tax assessment is available.

8.    **Tax Increment Financing.** A portion of the gross liabilities, as reported on

2

Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly set off by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

**Balance Sheet**

Owner = Generations On 1st (all properties)
Month = Oct 2025
Book = Cash

| ACCOUNT | | CURRENT BALANCE |
|---|---|---|
| 1111 | Generations Apartment DIP Checking | 103,805.71 |
| **1150** | **Total DIP Checking Account** | **103,805.71** |
| | | |
| 1151 | TIF Value | 1,973,040.51 |
| 1153 | Generations Security Deposit Savings Acct | 74,572.36 |
| 1155 | The Dakota Bankruptcy Firm Trust | 90,592.04 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 13,321,518.81 |
| 1630 | Appliances/AC | 344,481.19 |
| 1700 | Land | 834,000.00 |
| 1710 | Total Property and Equipment | 14,500,000.00 |
| | | |
| **1990** | **Total Assets** | **16,742,010.62** |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | Liabilities | |
| 2111 | Generations Security Deposits DIP Acct | 74,572.36 |
| 2700 | Mortgage 1st | 10,654,260.12 |
| 2705 | TIF Mortgage | 1,973,040.51 |
| 2990 | Total Liabilities | 12,552,728.27 |
| | | |
| 3000 | Capital | |
| 3200 | Owner Contribution | 15,195.45 |
| 3800 | Retained Earnings | 4,174,086.90 |
| 3890 | Total Capital | 4,189,282.35 |
| | | |
| **3990** | **Total Liabilities & Capital** | **16,742,010.62** |

11/14/2025 1:48 PM

**12 Months Cash Flow Statement**

Owner = Generations On 1st (all properties)

Month = Oct 2025

Book = Cash

| ACCOUNT | | Oct 2025 | Total |
|---|---|---|---|
| **4000** | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 78,840.00 | 78,840.00 |
| 4600 | Garage Income | 3,245.00 | 3,245.00 |
| 4601 | Storage Unit Income | 168.00 | 168.00 |
| 4710 | Less: Incentives | -450.00 | -450.00 |
| 4715 | Less:  HME Incentives | 370.65 | 370.65 |
| 4720 | Delinquency | -2,042.12 | -2,042.12 |
| 4810 | Plus: Prepaid Rent/HOA | 3,763.12 | 3,763.12 |
| 4990 | Net Rent/HOA Income | 83,894.65 | 83,894.65 |
| | | | |
| 5990 | Total Income | 83,894.65 | 83,894.65 |
| | | | |
| **6000** | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 90.00 | 90.00 |
| 6210 | Repairs/Maintenance | 953.58 | 953.58 |
| 6220 | Painting/Decorating | -95.70 | -95.70 |
| 6235 | Electrical/Fire Prevention | 746.08 | 746.08 |
| 6245 | Flooring | -431.32 | -431.32 |
| 6260 | Resident Manager | 445.68 | 445.68 |
| 6270 | Lawn/Grounds | 148.68 | 148.68 |
| 6290 | Janitorial | 603.92 | 603.92 |
| 6990 | Total Maintenance Expenses | 2,460.92 | 2,460.92 |
| | | | |
| 7000 | Operating Expenses | | |
| 7010 | Offsite Office Rent | 1,312.50 | 1,312.50 |
| 7030 | Offsite Office Utilities | 69.73 | 69.73 |
| 7040 | Offsite Office Equip/Supplies | 158.71 | 158.71 |
| 7055 | Advertising/Marketing | 649.00 | 649.00 |

**Page 1 of 3**

11/14/2025 1:48 PM

**12 Months Cash Flow Statement**

Owner =  Generations On 1st (all properties)

Month = Oct 2025

Book = Cash

| ACCOUNT | | Oct 2025 | Total |
|---|---|---:|---:|
| 7057 | Software Fee | 73.00 | 73.00 |
| 7130 | Internet & Phone Costs/Service | 22.43 | 22.43 |
| 7400 | Property Management | 4,144.98 | 4,144.98 |
| 7420 | Real Estate Taxes | 38,247.49 | 38,247.49 |
| 7440 | Insurance | 3,149.71 | 3,149.71 |
| 7800 | Electricity-Vacant | 57.55 | 57.55 |
| 7801 | Electricity-Building | 525.14 | 525.14 |
| 7861 | Gas-Building | 390.88 | 390.88 |
| 7870 | Water & Sewer | 3,700.55 | 3,700.55 |
| 7880 | Garbage | 207.09 | 207.09 |
| 7990 | Total Operating Expenses | 52,708.76 | 52,708.76 |
| | | | |
| 8001 | Other Expenses | | |
| 8004 | Misc. PM Fees | 500.00 | 500.00 |
| 8005 | Misc Professional Fees | 200.00 | 200.00 |
| 8006 | Manager Oversite $45/unit | 3,285.00 | 3,285.00 |
| 8020 | Total Other Expenses | 3,985.00 | 3,985.00 |
| | | | |
| 8990 | Total Expenses | 59,154.68 | 59,154.68 |
| | | | |
| **9090** | **NET INCOME** | **24,739.97** | **24,739.97** |
| | | | |
| | ADJUSTMENTS | | |
| 1131 | Generations Real Estate Tax Escrow | 32,783.58 | 32,783.58 |
| 2700 | Mortgage 1st | -35,000.00 | -35,000.00 |
| | | | |
| | TOTAL ADJUSTMENTS | -2,216.42 | -2,216.42 |
| | | | |
| | CASH FLOW | 22,523.55 | 22,523.55 |

**Page 2 of 3**

**11/14/2025 1:48 PM**

**12 Months Cash Flow Statement**

Owner = Generations On 1st (all properties)

Month = Oct 2025

Book = Cash

| ACCOUNT | Oct 2025 | Total |
|---------|----------|-------|

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 10/31/2025**

*GENERATIONS ON 1ST LLC*          Page 1 of 6

*Customer Number:*

>001470 7552493 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | 5 | $107,640.52 |

# ND STAR CHECKING -

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2025 | Beginning Balance | $122,919.14 |
| | 21 Credit(s) This Period | $91,281.19 |
| | 24 Debit(s) This Period | $106,559.81 |
| 10/31/2025 | Ending Balance | $107,640.52 |

## Other Credits

| Date | Description | Amount |
|---|---|---|
| 10/02/2025 | YARDI CARD DEP 1111Transf XXXXX5142 | $1,010.00 |
| 10/03/2025 | CP BUSINESS MANA Rent XXXXX6888 | $34,450.00 |
| 10/06/2025 | YARDI CARD DEP 1111Transf XXXXX1687 | $2,100.00 |
| 10/06/2025 | YARDI CARD DEP 1111Transf XXXXX2628 | $2,165.00 |
| 10/06/2025 | CPBUSINESSMANAGE Settlement 000025113941218 | $3,750.00 |
| 10/07/2025 | YARDI CARD DEP 1111Transf XXXXX5949 | $4,155.00 |
| 10/07/2025 | CPBUSINESSMANAGE Settlement 000025137806582 | $5,077.59 |
| 10/08/2025 | YARDI CARD DEP 1111Transf XXXXX6112 | $58.12 |
| 10/08/2025 | CPBUSINESSMANAGE Settlement 000025155655018 | $1,090.00 |
| 10/08/2025 | YARDI CARD DEP 1111Transf XXXXX4304 | $1,191.00 |
| 10/08/2025 | EDEPOSIT | $7,285.00 |
| 10/09/2025 | YARDI CARD DEP 1111Transf XXXXX9834 | $2,115.00 |
| 10/09/2025 | YARDI CARD DEP 1111Transf XXXXX8970 | $2,791.75 |
| 10/10/2025 | YARDI CARD DEP 1111Transf XXXXX1244 | $390.00 |
| 10/10/2025 | CPBUSINESSMANAGE Settlement 000025196424194 | $3,765.33 |
| 10/10/2025 | EDEPOSIT | $8,396.67 — *Corrected - Chk from wrong Acct -- #30191 cleared checks 1090 part today see: Dep.* |
| 10/10/2025 | EDEPOSIT | $8,396.67 |
| 10/14/2025 | xfer from 8669 to 8666 - 3315 750 | $750.00 |
| 10/24/2025 | CPBUSINESSMANAGE Settlement 000025293504794 | $43.86 |
| 10/27/2025 | CPBUSINESSMANAGE Settlement 000025301493538 | $1,075.00 |
| 10/29/2025 | CPBUSINESSMANAGE Settlement 000025315929898 | $1,225.20 |

*Lynelle Petry (10/23)*



Member **FDIC**
EQUAL HOUSING LENDER

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   (1) Tell us your name and account number (if any).
   (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

   (1) *Account information:* Your name and account number
   (2) *Dollar amount:* The dollar amount of the suspected error
   (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

   (1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
   (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
   (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
   (4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

   (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
   (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
   (3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | |
|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | $ |
| ADD | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUB TOTAL | | $ |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
| NUMBER | AMOUNT | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➜ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE   BALANCE | | $ |
| THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE | | |

028306 1014604 0000000 071826 143652 01/03

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 10/31/2025**

*GENERATIONS ON 1ST LLC*                                    *Page 3 of 6*

**Customer Number:**

## ND STAR CHECKING -                     (continued)

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 10/13/2025 | xfer from 8666 to 8669 - HOVEY security deposit tx to saving | $1,090.00 |
| 10/14/2025 | Charge Back Item Check 1696  Wnelle | $1,025.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 30165 | 10/21/2025 | $71.61 | 30181 | 10/09/2025 | $226.39 | 30189 | 10/08/2025 | $6,793.50 |
| 30172* | 10/01/2025 | $3,285.00 | 30182 | 10/14/2025 | $113.54 | 30190 | 10/17/2025 | $38,247.49 |
| 30175* | 10/06/2025 | $909.85 | 30183 | 10/08/2025 | $732.78 | 30191 | 10/10/2025 | $8,396.67 |
| 30176 | 10/21/2025 | $80.00 | 30184 | 10/08/2025 | $185.85 | 30192 | 10/20/2025 | $199.14 |
| 30177 | 10/06/2025 | $142.50 | 30185 | 10/09/2025 | $66.38 | 30193 | 10/23/2025 | $144.00 |
| 30178 | 10/10/2025 | $132.75 | 30186 | 10/15/2025 | $35,000.00 | 30195* | 10/28/2025 | $3,149.71 |
| 30179 | 10/14/2025 | $649.00 | 30187 | 10/09/2025 | $1,118.55 | | | |
| 30180 | 10/07/2025 | $37.43 | 30188 | 10/15/2025 | $4,762.67 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10/01/2025 | $119,634.14 | 10/10/2025 | $189,078.62 | 10/23/2025 | $108,446.17 |
| 10/02/2025 | $120,644.14 | 10/13/2025 | $187,988.62 | 10/24/2025 | $108,490.03 |
| 10/03/2025 | $155,094.14 | 10/14/2025 | $186,951.08 | 10/27/2025 | $109,565.03 |
| 10/06/2025 | $162,056.79 | 10/15/2025 | $147,188.41 | 10/28/2025 | $106,415.32 |
| 10/07/2025 | $171,251.95 | 10/17/2025 | $108,940.92 | 10/29/2025 | $107,640.52 |
| 10/08/2025 | $173,163.94 | 10/20/2025 | $108,741.78 | | |
| 10/09/2025 | $176,659.37 | 10/21/2025 | $108,590.17 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|--|-----------------------|--------------------|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



#0000 | 10/13/2025 | $1,090.00



#30165 | 10/21/2025 | $71.61



#30172 | 10/01/2025 | $3,285.00



#30175 | 10/06/2025 | $909.85



#30176 | 10/21/2025 | $80.00



#30177 | 10/06/2025 | $142.50



#30178 | 10/10/2025 | $132.75



#30179 | 10/14/2025 | $649.00



#30180 | 10/07/2025 | $37.43



#30181 | 10/09/2025 | $226.39

028306 1014604 0000000 071827 143654 02/03



# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 10/31/2025**

GENERATIONS ON 1ST LLC

Page 5 of 6

**Customer Number**



#30182          10/14/2025                    $113.54



#30183          10/08/2025                    $732.78



#30184          10/08/2025                    $185.85



#30185          10/09/2025                    $66.38



#30186          10/15/2025                    $35,000.00



#30187          10/09/2025                    $1,118.55



#30188          10/15/2025                    $4,762.67



#30189          10/08/2025                    $6,793.50



#30190          10/17/2025                    $38,247.49



#30191          10/10/2025                    $8,396.67



#30192          10/20/2025                    $199.14



#30193          10/23/2025                    $144.00



#30195          10/28/2025                  $3,149.71

028306 1014604 0000000 071828 143656 03/03

# Starion Bank 

PO Box 848
Mandan, ND 58554

**Statement Ending 11/02/2025**

*GENERATIONS ON 1ST LLC*                                    Page 1 of 2
Customer Number:

>000429 7533741 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

ǁ·ǁ·ǁǁ·ǁǁǁ·ǁ·ǁǁ·ǁ·ǁǁ·ǁ·ǁ·ǁǁǁ·ǁǁ·ǁ·ǁǁ·ǁ

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | | $74,572.36 |

## REGULAR SAVINGS NON PERS -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2025 | Beginning Balance | **$73,222.36** |
| | 2 Credit(s) This Period | $2,100.00 |
| | 1 Debit(s) This Period | $750.00 |
| 11/02/2025 | Ending Balance | **$74,572.36** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **10/01/2025** | **Beginning Balance** | | | **$73,222.36** |
| 10/01/2025 | EDEPOSIT | | $1,010.00 | $74,232.36 |
| 10/13/2025 | xfer from 8666 to 8669 - HOVEY security deposit tx to saving | | $1,090.00 | $75,322.36 |
| 10/14/2025 | xfer from 8669 to 8666 - 3315 750 | $750.00 | | $74,572.36 |
| **11/02/2025** | **Ending Balance** | | | **$74,572.36** |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





Member
FDIC
EQUAL HOUSING
LENDER

GENERATIONS ON 1ST LLC                    Statement Ending 11/02/2025                    Page 2 of 2

---

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

---

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ |
|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | |
| ADD | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | |
| | | |
| SUB TOTAL | | $ |

CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| TOTAL CHECKS NOT LISTED | | |
|---|---|---|
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | BALANCE | $ |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

034399 1014442 0000000 066887 133774 01/01

**GO1 DIP**

**Bank Rec In-Progress Report**

---

| Balance Per Bank Statement as of 10/31/2025 | | | 107,640.52 |
|---|---|---|---|

**Outstanding Deposits**

| Deposit Date | Deposit Number | | Amount |
|---|---|---|---|
| 10/28/2025 | 461 | :CC Deposit | 1,075.00 |
| 10/28/2025 | 460 | :ACH Deposit | 1,090.00 |
| 10/29/2025 | 463 | :CC Deposit | 1,090.00 |
| 10/29/2025 | 462 | :ACH Deposit | 1,090.00 |
| 10/30/2025 | 464 | :CC Deposit | 1,010.00 |
| 10/31/2025 | 466 | :CC Deposit | 2,085.00 |
| 10/31/2025 | 465 | :ACH Deposit | 2,150.00 |
| **Plus: Outstanding Deposits** | | | **9,590.00** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 06/13/2025 | 30101 | WEISSER | 652.50 |
| 07/15/2025 | 30129 | BRADLEY WARNS | 168.00 |
| 10/14/2025 | 30194 | JORDAN BERNDT | 30.00 |
| 10/31/2025 | 30196 | JESSE CRAIG | 3,285.00 |
| 10/31/2025 | 30197 | Alexis Burbach | 336.54 |
| 10/31/2025 | 30198 | DOUG RODENGEN | 720.00 |
| 10/31/2025 | 30199 | APARTMENTS LLC | 649.00 |
| 10/31/2025 | 30200 | BLUEPEAK | 22.43 |
| 10/31/2025 | 30201 | Capital One Commercial | 59.58 |
| 10/31/2025 | 30202 | GEORGES SANITATION | 207.09 |
| 10/31/2025 | 30203 | THE FIRE GROUP | 385.00 |
| 10/31/2025 | 30204 | TRUGREEN | 148.68 |
| 10/31/2025 | 30205 | WHITE GLOVE CLEANING | 796.50 |
| 10/31/2025 | 30206 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,674.12 |
| 10/31/2025 | 30207 | XTREME FIRE PROECTION LLC | 361.08 |
| 10/31/2025 | 30210 | CP BUSINESS MANAGEMENT | 8,491.01 |
| **Less: Outstanding Checks** | | | **20,986.53** |

**Other Items**

| Date | Notes | | Amount |
|---|---|---|---|
| 01/31/2025 | JE 4019 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 02/15/2025 | JE 4026 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 03/31/2025 | JE 4108 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 04/15/2025 | JE 4117 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| 06/13/2025 | JE 4161 | :Prog Gen Move Out transfer (KIERRA WEIS | 750.00 |
| 07/15/2025 | JE 4199 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| 08/15/2025 | JE 4224 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| 09/15/2025 | JE 4232 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| 10/08/2025 | JE 4238 | move RE Tax escrow to Checking. | 32,783.58 |
| **Plus / Minus: Other Items** | | | **-26,569.62** |
| **Reconciled Bank Balance** | | | **69,674.37** |

| Balance per GL as of 10/31/2025 | | | 103,805.71 |
|---|---|---|---|
| **Reconciled Balance Per G/L** | | | **103,805.71** |

GO1 DIP
**Bank Rec In-Progress Report**

| Difference | | | -34,131.34 |
|---|---|---|---|

**Cleared Items:**
**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/29/2025 | 30000 | Mindy Craig | 2,415.58 | 02/28/2025 |
| 03/28/2025 | 30036 | JESSE CRAIG | 3,285.00 | 04/30/2025 |
| 03/31/2025 | 30037 | Alexis Burbach | 324.97 | 04/30/2025 |
| 03/31/2025 | 30038 | BLUEPEAK | 22.43 | 04/30/2025 |
| 03/31/2025 | 30039 | Capital One Commercial | 11.99 | 04/30/2025 |
| 03/31/2025 | 30040 | GEORGES SANITATION | 207.09 | 04/30/2025 |
| 03/31/2025 | 30041 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 3,403.96 | 04/30/2025 |
| 03/31/2025 | 30043 | SIGN PRO | 116.10 | 04/30/2025 |
| 03/31/2025 | 30044 | TURFWURX PROPERTY MAINTENANCE | 90.27 | 04/30/2025 |
| 03/31/2025 | 30045 | WHITE GLOVE CLEANING | 272.15 | 04/30/2025 |
| 03/31/2025 | 30046 | WMU WATERTOWN MUNICIPAL UTILITIES | 63.18 | 04/30/2025 |
| 03/31/2025 | 30047 | AUTOMATIC BUILDING CONTROLS | 1,403.96 | 04/30/2025 |
| 03/31/2025 | 30048 | Alexis Burbach | 646.49 | 04/30/2025 |
| 03/31/2025 | 30049 | JORDAN BERNDT | 90.00 | 04/30/2025 |
| 03/31/2025 | 30050 | WHITE GLOVE CLEANING | 743.40 | 04/30/2025 |
| 03/31/2025 | 30051 | CP BUSINESS MANAGEMENT | 6,176.57 | 04/30/2025 |
| 03/31/2025 | 30052 | WMU WATERTOWN MUNICIPAL UTILITIES | 5,066.96 | 04/30/2025 |
| 04/10/2025 | 30053 | RED RIVER STATE BANK | 35,000.00 | 04/30/2025 |
| 04/14/2025 | 30054 | CODINGTON COUNTY TREASURER | 38,247.49 | 04/30/2025 |
| 04/14/2025 | 30055 | HATLESTAD | 988.60 | 04/30/2025 |
| 04/16/2025 | 30056 | Alexis Burbach | 1,563.00 | 04/30/2025 |
| 04/28/2025 | 30057 | CP BUSINESS MANAGEMENT | 2,406.11 | 04/30/2025 |
| 04/30/2025 | 30058 | ACTIVE HEATING INC | 164.61 | 05/30/2025 |
| 04/30/2025 | 30059 | APARTMENTS LLC | 942.10 | 05/30/2025 |
| 04/30/2025 | 30060 | BLUEPEAK | 37.43 | 05/30/2025 |
| 04/30/2025 | 30061 | CARRICO LAW | 103.10 | 05/30/2025 |
| 04/30/2025 | 30062 | DAKOTA CLEAN LLC | 2,336.55 | 05/30/2025 |
| 04/30/2025 | 30063 | GEORGES SANITATION | 207.09 | 05/30/2025 |
| 04/30/2025 | 30064 | NORRIS CARPET CARE | 95.58 | 05/30/2025 |
| 04/30/2025 | 30065 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 05/30/2025 |
| 04/30/2025 | 30066 | WHITE GLOVE CLEANING | 1,002.26 | 05/30/2025 |
| 04/30/2025 | 30067 | WMU WATERTOWN MUNICIPAL UTILITIES | 85.02 | 05/30/2025 |
| 04/30/2025 | 30068 | U.S. TRUSTEES | 708.00 | 05/30/2025 |
| 04/30/2025 | 30069 | Alexis Burbach | 1,111.13 | 05/30/2025 |
| 04/30/2025 | 30070 | JAXON SCHMIDT | 75.00 | 05/30/2025 |
| 04/30/2025 | 30071 | CP BUSINESS MANAGEMENT | 5,929.95 | 05/30/2025 |
| 04/30/2025 | 30072 | JESSE CRAIG | 3,285.00 | 05/30/2025 |
| 04/30/2025 | 30073 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,762.32 | 05/30/2025 |
| 05/12/2025 | 30074 | RED RIVER STATE BANK | 35,000.00 | 05/30/2025 |
| 05/14/2025 | 30075 | HALL | 570.00 | 05/30/2025 |
| 05/14/2025 | 30076 | HALL | 520.00 | 05/30/2025 |
| 05/14/2025 | 30077 | MYERS | 302.10 | 05/30/2025 |
| 05/15/2025 | 30079 | Alexis Burbach | 826.50 | 05/30/2025 |
| 05/15/2025 | 30080 | BRADLEY WARNS | 288.00 | 05/30/2025 |
| 05/15/2025 | 30081 | JORDAN BERNDT | 120.00 | 05/30/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 05/19/2025 | ACH ONLINE | U.S. TRUSTEES | 288.00 | 05/30/2025 |
| 05/28/2025 | 30082 | CP BUSINESS MANAGEMENT | 2,406.14 | 05/30/2025 |
| 05/31/2025 | 30083 | JESSE CRAIG | 3,285.00 | 06/30/2025 |
| 05/31/2025 | 30084 | Alexis Burbach | 2,399.45 | 06/30/2025 |
| 05/31/2025 | 30085 | BRADLEY WARNS | 320.00 | 06/30/2025 |
| 05/31/2025 | 30086 | APARTMENTS LLC | 649.00 | 06/30/2025 |
| 05/31/2025 | 30087 | AUTOMATIC BUILDING CONTROLS | 412.06 | 06/30/2025 |
| 05/31/2025 | 30088 | BLUEPEAK | 22.43 | 06/30/2025 |
| 05/31/2025 | 30089 | Capital One Commercial | 158.43 | 06/30/2025 |
| 05/31/2025 | 30090 | GEORGES SANITATION | 207.09 | 06/30/2025 |
| 05/31/2025 | 30091 | HOMEMAKER'S VILLA | 3,120.82 | 06/30/2025 |
| 05/31/2025 | 30092 | POPHAM CONSTRUCTION | 642.51 | 06/30/2025 |
| 05/31/2025 | 30093 | RUSCO WINDOW | 101.03 | 06/30/2025 |
| 05/31/2025 | 30094 | SCHUMACHER | 666.93 | 06/30/2025 |
| 05/31/2025 | 30095 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 06/30/2025 |
| 05/31/2025 | 30096 | WHITE GLOVE CLEANING | 1,801.69 | 06/30/2025 |
| 05/31/2025 | 30097 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,724.38 | 06/30/2025 |
| 05/31/2025 | 30099 | CP BUSINESS MANAGEMENT | 6,013.08 | 06/30/2025 |
| 06/11/2025 | 30100 | RED RIVER STATE BANK | 35,000.00 | 06/30/2025 |
| 06/13/2025 | 30102 | GONG | 507.09 | 06/30/2025 |
| 06/15/2025 | 30103 | Alexis Burbach | 604.24 | 06/30/2025 |
| 06/15/2025 | 30104 | BRADLEY WARNS | 96.00 | 07/31/2025 |
| 06/30/2025 | 30105 | JESSE CRAIG | 3,285.00 | 07/31/2025 |
| 06/30/2025 | 30106 | Alexis Burbach | 440.07 | 07/31/2025 |
| 06/30/2025 | 30107 | AMERICAN CARPET CARE, INC | 286.74 | 07/31/2025 |
| 06/30/2025 | 30108 | APARTMENTS LLC | 649.00 | 07/31/2025 |
| 06/30/2025 | 30109 | BLUEPEAK | 37.43 | 07/31/2025 |
| 06/30/2025 | 30110 | BRADLEY WARNS | 256.00 | 07/31/2025 |
| 06/30/2025 | 30111 | BRIANS GLASS AND DOOR | 66.64 | 07/31/2025 |
| 06/30/2025 | 30112 | Capital One Commercial | 39.71 | 07/31/2025 |
| 06/30/2025 | 30113 | CP BUSINESS MANAGEMENT | 2,406.14 | 07/31/2025 |
| 06/30/2025 | 30114 | SAFE N SECURE | 244.26 | 07/31/2025 |
| 06/30/2025 | 30115 | WHITE GLOVE CLEANING | 743.40 | 07/31/2025 |
| 06/30/2025 | 30116 | WMU WATERTOWN MUNICIPAL UTILITIES | 3,766.21 | 07/31/2025 |
| 06/30/2025 | 30123 | CP BUSINESS MANAGEMENT | 6,665.70 | 07/31/2025 |
| 06/30/2025 | 30124 | LIBBY BURGHARDT | 1,531.25 | 07/31/2025 |
| 06/30/2025 | 30127 | ACTIVE HEATING INC | 15.61 | 07/31/2025 |
| 06/30/2025 | 30117 | WMU WATERTOWN MUNICIPAL UTILITIES | 967.28 | 07/31/2025 |
| 06/30/2025 | 30119 | ACTIVE HEATING INC | 765.00 | 07/31/2025 |
| 06/30/2025 | 30120 | BRUSH & BRISTLE LLC | 408.16 | 07/31/2025 |
| 06/30/2025 | 30121 | WILLIAMS CARPET ONE | 668.68 | 07/31/2025 |
| 07/10/2025 | 30122 | RED RIVER STATE BANK | 35,000.00 | 07/31/2025 |
| 07/14/2025 | 30125 | GILSDORF | 357.15 | 07/31/2025 |
| 07/15/2025 | 30128 | Alexis Burbach | 774.87 | 07/31/2025 |
| 07/15/2025 | 30130 | JAXON SCHMIDT | 90.00 | 07/31/2025 |
| 07/25/2025 | 30131 | LIBERTY MUTUAL INSURANCE | 2,347.44 | 08/29/2025 |
| 07/31/2025 | 30132 | JESSE CRAIG | 3,285.00 | 08/29/2025 |
| 07/31/2025 | 30133 | APARTMENTS LLC | 649.00 | 08/29/2025 |
| 07/31/2025 | 30134 | BLUEPEAK | 37.43 | 08/29/2025 |
| 07/31/2025 | 30135 | Capital One Commercial | 125.07 | 08/29/2025 |
| 07/31/2025 | 30136 | GEORGES SANITATION | 430.11 | 08/29/2025 |
| 07/31/2025 | 30137 | LIBBY BURGHARDT | 446.25 | 08/29/2025 |
| 07/31/2025 | 30138 | TRUGREEN | 297.36 | 08/29/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 07/31/2025 | 30139 | U.S. TRUSTEES | 1,051.00 | 08/29/2025 |
| 07/31/2025 | 30140 | WHITE GLOVE CLEANING | 1,925.24 | 08/29/2025 |
| 07/31/2025 | 30141 | WMU WATERTOWN MUNICIPAL UTILITIES | 24.24 | 08/29/2025 |
| 07/31/2025 | 30142 | Alexis Burbach | 975.98 | 08/29/2025 |
| 07/31/2025 | 30143 | BRADLEY WARNS | 64.00 | 08/29/2025 |
| 07/31/2025 | 30144 | LIBBY BURGHARDT | 245.00 | 08/29/2025 |
| 07/31/2025 | 30145 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,660.14 | 08/29/2025 |
| 07/31/2025 | 30147 | CP BUSINESS MANAGEMENT | 8,260.09 | 08/29/2025 |
| 08/11/2025 | 30146 | RED RIVER STATE BANK | 35,000.00 | 08/29/2025 |
| 08/14/2025 | 30148 | FEENSTRA | 431.00 | 08/29/2025 |
| 08/14/2025 | 30149 | HTOO | 109.00 | 08/29/2025 |
| 08/15/2025 | 30150 | Alexis Burbach | 1,138.60 | 08/29/2025 |
| 08/15/2025 | 30151 | BRADLEY WARNS | 64.00 | 08/29/2025 |
| 08/29/2025 | 30152 | JESSE CRAIG | 3,285.00 | 08/29/2025 |
| 08/31/2025 | 30153 | Alexis Burbach | 284.12 | 09/30/2025 |
| 08/31/2025 | 30154 | CP BUSINESS MANAGEMENT | 7,463.89 | 09/30/2025 |
| 08/31/2025 | 30155 | JORDAN BERNDT | 30.00 | 09/30/2025 |
| 08/31/2025 | 30157 | AMERICAN CARPET CARE, INC | 132.75 | 09/30/2025 |
| 08/31/2025 | 30158 | APARTMENTS LLC | 649.00 | 09/30/2025 |
| 08/31/2025 | 30159 | BLUEPEAK | 37.43 | 09/30/2025 |
| 08/31/2025 | 30160 | HOMEMAKER'S VILLA | 1,249.19 | 09/30/2025 |
| 08/31/2025 | 30161 | SCHUMACHER | 477.36 | 09/30/2025 |
| 08/31/2025 | 30162 | TRUGREEN | 185.85 | 09/30/2025 |
| 08/31/2025 | 30163 | WHITE GLOVE CLEANING | 1,208.21 | 09/30/2025 |
| 08/31/2025 | 30167 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,824.06 | 09/30/2025 |
| 08/31/2025 | 30173 | CP BUSINESS MANAGEMENT | 2,997.71 | 09/30/2025 |
| 09/05/2025 | 30156 | RED RIVER STATE BANK | 35,000.00 | 09/30/2025 |
| 09/07/2025 | 30165 | ROSBACH | 71.61 | 10/31/2025 |
| 09/07/2025 | 30166 | ALMQUIST | 927.50 | 09/30/2025 |
| 09/15/2025 | 30169 | Alexis Burbach | 323.08 | 09/30/2025 |
| 09/15/2025 | 30170 | JAXON SCHMIDT | 105.00 | 09/30/2025 |
| 09/17/2025 | 30171 | GLASS PRODUCTS | 230.85 | 09/30/2025 |
| 09/30/2025 | 30172 | JESSE CRAIG | 3,285.00 | 10/31/2025 |
| 09/30/2025 | 30174 | CP BUSINESS MANAGEMENT | 3,221.34 | 09/30/2025 |
| 09/30/2025 | 30175 | Alexis Burbach | 909.85 | 10/31/2025 |
| 09/30/2025 | 30176 | BRADLEY WARNS | 80.00 | 10/31/2025 |
| 09/30/2025 | 30177 | JORDAN BERNDT | 142.50 | 10/31/2025 |
| 09/30/2025 | 30178 | AMERICAN CARPET CARE, INC | 132.75 | 10/31/2025 |
| 09/30/2025 | 30179 | APARTMENTS LLC | 649.00 | 10/31/2025 |
| 09/30/2025 | 30180 | BLUEPEAK | 37.43 | 10/31/2025 |
| 09/30/2025 | 30181 | CANNON ELECTRIC | 226.39 | 10/31/2025 |
| 09/30/2025 | 30182 | Capital One Commercial | 113.54 | 10/31/2025 |
| 09/30/2025 | 30183 | SAFE N SECURE | 732.78 | 10/31/2025 |
| 09/30/2025 | 30184 | TRUGREEN | 185.85 | 10/31/2025 |
| 09/30/2025 | 30185 | WHITE GLOVE CLEANING | 66.38 | 10/31/2025 |
| 09/30/2025 | 30187 | WHITE GLOVE CLEANING | 1,118.55 | 10/31/2025 |
| 09/30/2025 | 30188 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,762.67 | 10/31/2025 |
| 09/30/2025 | 30189 | CP BUSINESS MANAGEMENT | 6,793.50 | 10/31/2025 |
| 10/01/2025 | 30186 | RED RIVER STATE BANK | 35,000.00 | 10/31/2025 |
| 10/08/2025 | 30190 | CODINGTON COUNTY TREASURER | 38,247.49 | 10/31/2025 |
| 10/14/2025 | 30192 | Alexis Burbach | 199.14 | 10/31/2025 |
| 10/14/2025 | 30193 | DOUG RODENGEN | 144.00 | 10/31/2025 |
| 10/28/2025 | 30195 | CP BUSINESS MANAGEMENT | 3,149.71 | 10/31/2025 |

GO1 DIP
**Bank Rec In-Progress Report**

---

**Total Cleared Checks**                                            504,514.22

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 3025 | yardi test | 0.08 | 01/31/2025 |
| 01/31/2025 | 3006 | ACH BATCH 1/31/25 | 2,730.00 | 01/31/2025 |
| 01/31/2025 | 3007 | ACH BATCH 1/31/25 | 2,565.00 | 02/28/2025 |
| 02/01/2025 | 304 | :CC Deposit | 3,915.00 | 02/28/2025 |
| 02/02/2025 | 306 | :CC Deposit | 1,207.52 | 02/28/2025 |
| 02/03/2025 | 307 | :ACH/WIPS Deposit | 8,140.00 | 02/28/2025 |
| 02/03/2025 | 308 | :CC Deposit | 2,772.02 | 02/28/2025 |
| 02/03/2025 | 3005 | ACH BATCH 2/3/25 | 21,220.00 | 02/28/2025 |
| 02/03/2025 | 3011 | starion 1490040070 | 1,060.00 | 02/28/2025 |
| 02/03/2025 | 3016 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 309 | :ACH Deposit | 1,060.00 | 02/28/2025 |
| 02/05/2025 | 310 | :CC Deposit | 2,400.00 | 02/28/2025 |
| 02/05/2025 | 3008 | ACH 2/5/25 | 990.00 | 02/28/2025 |
| 02/06/2025 | 311 | :CC Deposit | 2,010.05 | 02/28/2025 |
| 02/06/2025 | 3012 | starion 273963540 | 2,400.00 | 02/28/2025 |
| 02/06/2025 | 3017 | starion 27396420 | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 3024 | YARDI CARD DEPXXXXX6072 | 1,005.00 | 02/28/2025 |
| 02/07/2025 | 3010 | starion 274088817 | 1,090.00 | 02/28/2025 |
| 02/11/2025 | 312 | :CC Deposit | 790.00 | 02/28/2025 |
| 02/12/2025 | 3009 | | 1,010.00 | 02/28/2025 |
| 02/12/2025 | 3015 | | 1,090.00 | 02/28/2025 |
| 02/12/2025 | 3018 | deposit #3014 | 7,745.00 | 02/28/2025 |
| 02/13/2025 | 3022 | starion 274814784 | 1,070.00 | 02/28/2025 |
| 02/14/2025 | 3021 | starion 274807557 | 2,900.00 | 02/28/2025 |
| 02/14/2025 | 3023 | starion 274815374 | 2,190.00 | 02/28/2025 |
| 02/14/2025 | 3026 | starion ach | 562.56 | 02/28/2025 |
| 02/28/2025 | 314 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 02/28/2025 | 3027 | starion 276375176 | 450.00 | 02/28/2025 |
| 02/28/2025 | 3033 | hme wire 2/28/25 | 3,305.45 | 02/28/2025 |
| 02/28/2025 | 313 | :ACH Deposit | 3,780.00 | 03/31/2025 |
| 03/01/2025 | 317 | :CC Deposit | 925.00 | 03/31/2025 |
| 03/01/2025 | 318 | :CC Deposit | 4,820.00 | 03/31/2025 |
| 03/02/2025 | 320 | :CC Deposit | 1,985.00 | 03/31/2025 |
| 03/03/2025 | 319 | :ACH/WIPS Deposit | 4,195.00 | 03/31/2025 |
| 03/03/2025 | 321 | :CC Deposit | 3,010.00 | 03/31/2025 |
| 03/03/2025 | 3029 | | 22,960.00 | 03/31/2025 |
| 03/04/2025 | 322 | :CC Deposit | 2,000.00 | 03/31/2025 |
| 03/05/2025 | 3030 | starion 276963007 | 9,250.49 | 03/31/2025 |
| 03/05/2025 | 3032 | ach | 1,760.00 | 03/31/2025 |
| 03/05/2025 | 323 | :ACH Deposit | 450.00 | 03/31/2025 |
| 03/06/2025 | 325 | :ACH/WIPS Deposit | 1,560.00 | 03/31/2025 |
| 03/06/2025 | 326 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 03/07/2025 | 327 | :ACH Deposit | 1,280.00 | 03/31/2025 |
| 03/10/2025 | 3031 | starion 277477818 | 1,090.00 | 03/31/2025 |
| 03/10/2025 | 328 | :ACH Deposit | 565.00 | 03/31/2025 |
| 03/28/2025 | 330 | :CC Deposit | 1,010.00 | 04/30/2025 |
| 03/28/2025 | 3035 | starion 279534933 | 3,673.40 | 03/31/2025 |
| 03/28/2025 | 329 | :ACH Deposit | 1,090.00 | 04/30/2025 |
| 03/29/2025 | 332 | :CC Deposit | 925.00 | 04/30/2025 |
| 03/31/2025 | 333 | :ACH/WIPS Deposit | 2,690.00 | 04/30/2025 |
| 03/31/2025 | 334 | :CC Deposit | 505.00 | 04/30/2025 |
| 04/01/2025 | 336 | :CC Deposit | 6,016.00 | 04/30/2025 |
| 04/01/2025 | 335 | :ACH Deposit | 2,045.00 | 04/30/2025 |

**GO1 DIP**
**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 04/02/2025 | 338 | :CC Deposit | 1,915.00 | 04/30/2025 |
| 04/02/2025 | 3036 | starion 280087880 | 7,985.00 | 04/30/2025 |
| 04/02/2025 | 337 | :ACH Deposit | 2,150.00 | 04/30/2025 |
| 04/03/2025 | 339 | :CC Deposit | 3,350.00 | 04/30/2025 |
| 04/03/2025 | 3037 | | 24,220.00 | 04/30/2025 |
| 04/04/2025 | 340 | :CC Deposit | 1,100.00 | 04/30/2025 |
| 04/04/2025 | 3038 | | 2,040.00 | 04/30/2025 |
| 04/07/2025 | 342 | :ACH/WIPS Deposit | 2,345.00 | 04/30/2025 |
| 04/08/2025 | 343 | :ACH Deposit | 1,060.00 | 04/30/2025 |
| 04/09/2025 | 344 | :CC Deposit | 1,090.00 | 04/30/2025 |
| 04/09/2025 | 3039 | starion 280855090 | 2,115.00 | 04/30/2025 |
| 04/14/2025 | 3043 | tx from security deposit | 12.92 | 04/30/2025 |
| 04/17/2025 | 3040 | starion 281771790 | 1,857.42 | 04/30/2025 |
| 04/28/2025 | 345 | :CC Deposit | 1,010.00 | 05/30/2025 |
| 04/29/2025 | 346 | :CC Deposit | 925.00 | 05/30/2025 |
| 04/30/2025 | 348 | :ACH/WIPS Deposit | 2,980.00 | 05/30/2025 |
| 04/30/2025 | 349 | :CC Deposit | 505.00 | 05/30/2025 |
| 04/30/2025 | 3041 | starion | 2,615.00 | 05/30/2025 |
| 04/30/2025 | 3042 | starion 283347649 | 431.21 | 05/30/2025 |
| 05/01/2025 | 352 | :ACH/WIPS Deposit | 3,905.00 | 05/30/2025 |
| 05/01/2025 | 353 | :CC Deposit | 6,895.00 | 05/30/2025 |
| 05/02/2025 | 354 | :CC Deposit | 2,930.00 | 05/30/2025 |
| 05/03/2025 | 356 | :CC Deposit | 1,415.00 | 05/30/2025 |
| 05/04/2025 | 3046 | | 25,780.00 | 05/30/2025 |
| 05/04/2025 | 3047 | ach- part of big batch | 1,990.00 | 05/30/2025 |
| 05/05/2025 | 358 | :ACH/WIPS Deposit | 3,048.37 | 05/30/2025 |
| 05/05/2025 | 3044 | starion 283701901 | 9,010.00 | 05/30/2025 |
| 05/06/2025 | 359 | :CC Deposit | 1,090.00 | 05/30/2025 |
| 05/07/2025 | 361 | :CC Deposit | 1,090.00 | 05/30/2025 |
| 05/07/2025 | 360 | :ACH Deposit | 1,280.00 | 05/30/2025 |
| 05/09/2025 | 3045 | starion 284321581 | 1,090.00 | 05/30/2025 |
| 05/19/2025 | 3058 | tx from park chk | 12,500.00 | 05/30/2025 |
| 05/20/2025 | 363 | :CC Deposit | 411.23 | 05/30/2025 |
| 05/20/2025 | 362 | :ACH Deposit | 165.00 | 05/30/2025 |
| 05/29/2025 | 364 | :CC Deposit | 1,935.00 | 06/30/2025 |
| 05/30/2025 | 366 | :ACH/WIPS Deposit | 2,690.00 | 06/30/2025 |
| 06/01/2025 | 369 | :CC Deposit | 6,455.00 | 06/30/2025 |
| 06/02/2025 | 371 | :ACH/WIPS Deposit | 5,285.00 | 06/30/2025 |
| 06/02/2025 | 372 | :CC Deposit | 3,199.66 | 06/30/2025 |
| 06/02/2025 | 3048 | starion 286884402 | 7,160.00 | 06/30/2025 |
| 06/02/2025 | 3049 | starion 286894206 | 3,255.00 | 06/30/2025 |
| 06/03/2025 | 373 | :CC Deposit | 252.50 | 06/30/2025 |
| 06/03/2025 | 3050 | starion 287038253 | 1,077.49 | 06/30/2025 |
| 06/03/2025 | 3057 | | 27,770.00 | 06/30/2025 |
| 06/04/2025 | 374 | :CC Deposit | 1,410.00 | 06/30/2025 |
| 06/05/2025 | 375 | :CC Deposit | 1,090.00 | 06/30/2025 |
| 06/06/2025 | 376 | :ACH Deposit | 491.67 | 06/30/2025 |
| 06/09/2025 | 3052 | starion 287714143 | 3,190.00 | 06/30/2025 |
| 06/09/2025 | 377 | :ACH Deposit | 1,280.00 | 06/30/2025 |
| 06/10/2025 | 379 | :CC Deposit | 300.00 | 06/30/2025 |
| 06/10/2025 | 378 | :ACH Deposit | 1,010.00 | 06/30/2025 |
| 06/11/2025 | 380 | :CC Deposit | 32.05 | 06/30/2025 |
| 06/11/2025 | 3053 | starion 287942845 | 450.00 | 06/30/2025 |
| 06/11/2025 | 3054 | starion 287940206 | 450.00 | 06/30/2025 |
| 06/11/2025 | 3055 | starion 287943941 | 200.00 | 06/30/2025 |
| 06/11/2025 | 3056 | starion 287988436 | 8,333.33 | 06/30/2025 |
| 06/13/2025 | 381 | :ACH Deposit | 1,065.00 | 06/30/2025 |

**GO1 DIP**
**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 06/17/2025 | 382 | :CC Deposit | 290.00 | 06/30/2025 |
| 06/20/2025 | 383 | :CC Deposit | 895.00 | 06/30/2025 |
| 06/21/2025 | 384 | :CC Deposit | 447.50 | 06/30/2025 |
| 06/30/2025 | 387 | :ACH/WIPS Deposit | 2,690.00 | 07/31/2025 |
| 06/30/2025 | 388 | :CC Deposit | 2,020.00 | 07/31/2025 |
| 07/01/2025 | 390 | :ACH/WIPS Deposit | 3,105.00 | 07/31/2025 |
| 07/01/2025 | 391 | :CC Deposit | 6,080.00 | 07/31/2025 |
| 07/02/2025 | 393 | :CC Deposit | 2,055.24 | 07/31/2025 |
| 07/02/2025 | 3059 | 290300704 | 7,285.00 | 07/31/2025 |
| 07/02/2025 | 392 | :ACH Deposit | 2,671.67 | 07/31/2025 |
| 07/03/2025 | 394 | :CC Deposit | 1,402.00 | 07/31/2025 |
| 07/03/2025 | 3065 | | 29,920.00 | 07/31/2025 |
| 07/03/2025 | 3066 | ach part of $30995 | 1,075.00 | 07/31/2025 |
| 07/05/2025 | 395 | :CC Deposit | 2,998.00 | 07/31/2025 |
| 07/05/2025 | 3072 | starion 294610690 | 450.00 | 08/29/2025 |
| 07/07/2025 | 396 | :ACH Deposit | 300.00 | 07/31/2025 |
| 07/09/2025 | 398 | :CC Deposit | 400.00 | 07/31/2025 |
| 07/09/2025 | 397 | :ACH Deposit | 1,280.00 | 07/31/2025 |
| 07/10/2025 | 3060 | starion 291143996 | 1,314.16 | 07/31/2025 |
| 07/10/2025 | 3061 | starion 291145061 | 1,090.00 | 07/31/2025 |
| 07/11/2025 | 400 | :CC Deposit | 1,010.00 | 07/31/2025 |
| 07/11/2025 | 399 | :ACH Deposit | 765.00 | 07/31/2025 |
| 07/15/2025 | 401 | :CC Deposit | 690.00 | 07/31/2025 |
| 07/18/2025 | 3062 | starion 292011341 | 6,462.49 | 07/31/2025 |
| 07/18/2025 | 3063 | starion 292014379 | 1,978.33 | 07/31/2025 |
| 07/18/2025 | 3064 | ach | 975.00 | 07/31/2025 |
| 07/21/2025 | 3068 | ach | 80.00 | 07/31/2025 |
| 07/21/2025 | 3076 | ach catchup | 1,090.00 | 07/31/2025 |
| 07/29/2025 | 403 | :CC Deposit | 1,010.00 | 08/29/2025 |
| 07/29/2025 | 402 | :ACH Deposit | 2,180.00 | 08/29/2025 |
| 07/30/2025 | 404 | :CC Deposit | 1,010.00 | 08/29/2025 |
| 07/31/2025 | 406 | :CC Deposit | 995.00 | 08/29/2025 |
| 07/31/2025 | 3070 | starion 293854701 | 1,365.00 | 08/29/2025 |
| 07/31/2025 | 405 | :ACH Deposit | 1,060.00 | 08/29/2025 |
| 08/01/2025 | 409 | :ACH/WIPS Deposit | 6,808.33 | 08/29/2025 |
| 08/01/2025 | 410 | :CC Deposit | 5,538.38 | 08/29/2025 |
| 08/03/2025 | 411 | :CC Deposit | 1,486.00 | 08/29/2025 |
| 08/03/2025 | 3077 | | 29,175.00 | 08/29/2025 |
| 08/03/2025 | 3078 | PART OF LARGE ACH BATCH | 3,060.00 | 08/29/2025 |
| 08/04/2025 | 412 | :CC Deposit | 491.00 | 08/29/2025 |
| 08/04/2025 | 3069 | starion 293854003 | 8,911.51 | 08/29/2025 |
| 08/05/2025 | 414 | :CC Deposit | 2,118.00 | 08/29/2025 |
| 08/05/2025 | 413 | :ACH Deposit | 980.00 | 08/29/2025 |
| 08/07/2025 | 415 | :ACH Deposit | 1,280.00 | 08/29/2025 |
| 08/11/2025 | 3073 | starion 294611707 | 8,296.67 | 08/29/2025 |
| 08/11/2025 | 3074 | starion 294614559 | 2,773.61 | 08/29/2025 |
| 08/12/2025 | 416 | :CC Deposit | 490.00 | 08/29/2025 |
| 08/13/2025 | 3075 | starion 294869004 | 1,531.28 | 08/29/2025 |
| 08/21/2025 | 417 | :CC Deposit | 351.60 | 08/29/2025 |
| 08/28/2025 | 418 | :CC Deposit | 1,010.00 | 09/30/2025 |
| 08/29/2025 | 420 | :ACH/WIPS Deposit | 3,240.00 | 09/30/2025 |
| 08/29/2025 | 421 | :CC Deposit | 2,100.00 | 09/30/2025 |
| 08/30/2025 | 423 | :CC Deposit | 1,075.00 | 09/30/2025 |
| 08/31/2025 | 424 | :ACH/WIPS Deposit | 2,675.00 | 09/30/2025 |
| 08/31/2025 | 425 | :CC Deposit | 1,010.00 | 09/30/2025 |
| 09/01/2025 | 428 | :CC Deposit | 4,155.00 | 09/30/2025 |
| 09/02/2025 | 429 | :ACH/WIPS Deposit | 5,791.67 | 09/30/2025 |

**GO1 DIP**
**Bank Rec In-Progress Report**

| 09/03/2025 | 3079 | | 29,365.00 | 09/30/2025 |
|---|---|---|---|---|
| 09/03/2025 | 3080 | PART OF LARGE ACH BATCH | 4,090.00 | 09/30/2025 |
| 09/03/2025 | 430 | :ACH Deposit | 491.66 | 09/30/2025 |
| 09/04/2025 | 431 | :CC Deposit | 680.00 | 09/30/2025 |
| 09/05/2025 | 432 | :CC Deposit | 3,115.74 | 09/30/2025 |
| 09/08/2025 | 3081 | starion 297660643 | 9,989.76 | 09/30/2025 |
| 09/08/2025 | 3083 | starion 297672310 | 6,286.67 | 09/30/2025 |
| 09/08/2025 | 433 | :ACH Deposit | 1,994.58 | 09/30/2025 |
| 09/09/2025 | 435 | :CC Deposit | 584.58 | 09/30/2025 |
| 09/09/2025 | 434 | :ACH Deposit | 531.36 | 09/30/2025 |
| 09/11/2025 | 3092 | | 2,000.00 | 09/30/2025 |
| 09/17/2025 | 3084 | starion 298689211 | 300.99 | 09/30/2025 |
| 09/17/2025 | 3085 | starion 298692921 | 1,010.00 | 09/30/2025 |
| 09/28/2025 | 437 | :CC Deposit | 1,010.00 | 10/31/2025 |
| 09/29/2025 | 438 | :CC Deposit | 2,165.00 | 10/31/2025 |
| 09/30/2025 | 440 | :ACH/WIPS Deposit | 3,750.00 | 10/31/2025 |
| 09/30/2025 | 441 | :CC Deposit | 2,100.00 | 10/31/2025 |
| 09/30/2025 | 3086 | starion 300100280 | 333.10 | 09/30/2025 |
| 09/30/2025 | 3088 | starion 300121162 | 99.20 | 09/30/2025 |
| 10/01/2025 | 444 | :ACH/WIPS Deposit | 5,077.59 | 10/31/2025 |
| 10/01/2025 | 445 | :CC Deposit | 4,155.00 | 10/31/2025 |
| 10/02/2025 | 447 | :CC Deposit | 58.12 | 10/31/2025 |
| 10/02/2025 | 446 | :ACH Deposit | 1,090.00 | 10/31/2025 |
| 10/03/2025 | 448 | :CC Deposit | 2,115.00 | 10/31/2025 |
| 10/03/2025 | 3103 | ach | 34,450.00 | 10/31/2025 |
| 10/04/2025 | 451 | :CC Deposit | 1,191.00 | 10/31/2025 |
| 10/05/2025 | 454 | :CC Deposit | 2,791.75 | 10/31/2025 |
| 10/06/2025 | 455 | :ACH/WIPS Deposit | 3,765.33 | 10/31/2025 |
| 10/06/2025 | 456 | :CC Deposit | 390.00 | 10/31/2025 |
| 10/08/2025 | 3091 | starion 301062562 | 7,285.00 | 10/31/2025 |
| 10/10/2025 | 3093 | starion 301277681 | 8,396.67 | 10/31/2025 |
| 10/20/2025 | 457 | :ACH Deposit | 43.86 | 10/31/2025 |
| 10/21/2025 | 458 | :ACH Deposit | 1,075.00 | 10/31/2025 |
| 10/23/2025 | 459 | :ACH Deposit | 1,225.20 | 10/31/2025 |
| **Total Cleared Deposits** | | | **694,290.02** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 300 | yardi | -0.10 | 01/31/2025 |
| 02/03/2025 | 301 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 302 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | 304 | STARION FINANCIAL | -10.00 | 02/28/2025 |
| 02/28/2025 | 303 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | RC 31389 | Returned item PAIGE HALL | -990.00 | 02/28/2025 |
| 02/14/2025 | JE 4011 | :Prog Gen Move Out transfer (VERNA OLSON) - Receipt #31568 | 955.00 | 02/28/2025 |
| 02/14/2025 | JE 4012 | :Prog Gen Move Out transfer (KYLE WISSEMAN) - Receipt #31569 | 955.00 | 02/28/2025 |
| 04/14/2025 | JE 4094 | Tx RE Escrow to checking for 4/31 pymt | 38,247.48 | 05/30/2025 |
| 04/14/2025 | JE 4101 | Crandall's eviction deposit, moved to checking to use for bills. Reverse when deposit is fully "returned" when re-rented and deposit is "returned" on yardi tenant screen. | 910.00 | 04/30/2025 |
| 04/14/2025 | JE 4100 | :Prog Gen Move Out transfer (SELMER HATLESTAD) - Receipt #32174 | 1,025.00 | 04/30/2025 |

| 05/13/2025 | RC 32490 | Returned item TARYN OPDAHL | -1,010.00 | 05/30/2025 |
| 05/14/2025 | JE 4136 | :Prog Gen Move Out transfer (PAIGE HALL) - Receipt #32494 | 570.00 | 05/30/2025 |
| 05/14/2025 | JE 4135 | :Prog Gen Move Out transfer (PAIGE HALL) - Receipt #32493 | 1,090.00 | 05/30/2025 |
| 05/14/2025 | JE 4137 | :Prog Gen Move Out transfer (HELGA MYERS) - Receipt #32497 | 955.00 | 05/30/2025 |
| 05/15/2025 | JE 4142 | :PostRecurring RE Tax Escrow (payable 10/31) | -5,463.93 | 05/30/2025 |
| 06/30/2025 | 305 | STARION FINANCIAL | -0.75 | 06/30/2025 |
| 06/13/2025 | JE 4156 | :Prog Gen Move Out transfer (REAGAN CRANDALL) - Receipt #32824 | 910.00 | 06/30/2025 |
| 06/13/2025 | JE 4157 | :Prog Gen Move Out transfer (ZIHUI GONG) - Receipt #32825 | 925.00 | 06/30/2025 |
| 06/13/2025 | JE 4158 | :Prog Gen Move Out transfer (JESSE HEER) - Receipt #32826 | 925.00 | 06/30/2025 |
| 06/13/2025 | JE 4159 | :Prog Gen Move Out transfer (BLAKE THEISEN) - Receipt #32827 | 750.00 | 06/30/2025 |
| 06/13/2025 | JE 4160 | :Prog Gen Move Out transfer (JORDAN NIERMAN) - Receipt #32828 | 925.00 | 06/30/2025 |
| 06/15/2025 | JE 4163 | | -20.00 | 06/30/2025 |
| 06/15/2025 | JE 4177 | :PostRecurring RE Tax Escrow (payable 10/31) | -5,463.93 | 06/30/2025 |
| 06/30/2025 | JE 4181 | | -910.00 | 06/30/2025 |
| 07/31/2025 | 306 | STARION FINANCIAL | -1.25 | 07/31/2025 |
| 07/07/2025 | RC 32914 | Returned item t0000919 | -1,010.00 | 07/31/2025 |
| 07/11/2025 | JE 4170 | wire tx fee; repay to Parkside | -20.00 | 08/29/2025 |
| 07/14/2025 | JE 4189 | :Prog Gen Move Out transfer (ALLIE WEISS) - Receipt #33072 | 910.00 | 07/31/2025 |
| 07/14/2025 | JE 4190 | :Prog Gen Move Out transfer (ALEXIS WILLETT) - Receipt #33073 | 925.00 | 07/31/2025 |
| 07/14/2025 | JE 4179 | :Prog Gen Move Out transfer (COLE GILSDORF) - Receipt #33067 | 1,010.00 | 07/31/2025 |
| 08/08/2025 | 307 | STARION FINANCIAL | -5.00 | 08/29/2025 |
| 08/29/2025 | 308 | STARION FINANCIAL | -1.50 | 08/29/2025 |
| 08/03/2025 | RC 33470 | Returned item AVERY REMMERDE | -1,075.00 | 08/29/2025 |
| 08/14/2025 | JE 4208 | Mehlhoff security deposit  was in 1 check with prorated rent. Deposited to 1111, tx sec. dep to the 2111 acct. | 1,010.00 | 08/29/2025 |
| 08/14/2025 | JE 4204 | :Prog Gen Move Out transfer (ETHAN WELLNITZ) - Receipt #33440 | 1,010.00 | 08/29/2025 |
| 08/14/2025 | JE 4205 | :Prog Gen Move Out transfer (DWIGHT FEENSTRA) - Receipt #33441 | 910.00 | 08/29/2025 |
| 08/14/2025 | JE 4206 | :Prog Gen Move Out transfer (THA DAH HTOO) - Receipt #33442 | 910.00 | 08/29/2025 |
| 08/14/2025 | JE 4207 | :Prog Gen Move Out transfer (MARISSA ROBER) - Receipt #33443 | 1,010.00 | 08/29/2025 |
| 09/07/2025 | JE 4219 | :Prog Gen Move Out transfer (STEVEN ROSBACH) - Receipt #33792 | 1,010.00 | 09/30/2025 |
| 09/07/2025 | JE 4221 | :Prog Gen Move Out transfer (LEW KNAPP) - Receipt #33794 | 750.00 | 09/30/2025 |
| 09/07/2025 | JE 4222 | :Prog Gen Move Out transfer (STEVE ALMQUIST) - Receipt #33796 | 1,090.00 | 09/30/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 09/11/2025 | JE 4227 | :Prog Gen Move Out transfer (WILLOW SEURER)  - Receipt #33860 | 925.00 | 09/30/2025 |
| 10/14/2025 | RC 34143 | Returned item LYNELL HERSTEDT | -1,025.00 | 10/31/2025 |
| 10/14/2025 | JE 4242 | :Prog Gen Move Out transfer (ALLYSSA KIRCHBERG)  - Receipt #34192 | 750.00 | 10/31/2025 |

**Total Cleared Other Items**                                                                                    **44,296.02**