Case 25-30002   Doc 236-2   Filed 11/17/25   Entered 11/17/25 12:15:37   Desc
Supporting Documentation (Stipulation)   Page 1 of 57

Page 1

# Payables Aging Report

Period: -10/2025
As of : 10/31/2025

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Grand Total** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Friday, November 14, 2025
10:51 AM

11/12/2025 2:58 PM

**Rent Roll**

Property =  Generations on 1st

As Of = 10/30/2025

Month = 10/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 101 | SENIOR CENTER | 0.00 | 0.00 | 0.00 | 05/01/2022 | 08/31/2110 | | 0.00 |
| 3201 | RENEE HANLON | 1,495.00 | 1,475.00 | 80.00 | 03/03/2023 | | | 0.00 |
| 3202 | JUDITH ZIRBEL | 1,010.00 | 925.00 | 80.00 | 08/09/2024 | 08/31/2025 | | 0.00 |
| 3203 | SHEILA KAMMERER | 985.00 | 955.00 | 80.00 | 05/01/2023 | 01/31/2026 | | 0.00 |
| 3204 | PHYLLIS JACKSON | 1,010.00 | 1,010.00 | 0.00 | 04/01/2024 | 04/30/2025 | | 0.00 |
| 3205 | CONNOR KAUP | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3206 | CASEY KIRLEY | 1,010.00 | 910.00 | 80.00 | 08/07/2024 | 08/31/2025 | | -60.00 |
| 3207 | LOIS STADHEIM | 985.00 | 955.00 | 75.00 | 06/01/2023 | 05/31/2024 | | 0.00 |
| 3208 | BRAUN KADOUN | 1,010.00 | 1,090.00 | 65.00 | 08/01/2025 | 07/31/2026 | | -1,075.00 |
| 3209 | JONI DYKSTRA | 1,010.00 | 1,010.00 | 80.00 | 08/15/2024 | 08/14/2025 | | -1,090.00 |
| 3210 | MARILYN BOIK | 1,475.00 | 1,475.00 | 75.00 | 04/01/2023 | 03/31/2024 | | 0.00 |
| 3211 | KIERA WEISSER | 1,520.00 | 1,520.00 | -45.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3212 | EMILY PETERSON | 1,010.00 | 1,010.00 | 65.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3213 | ALLISON FOOTE | 1,010.00 | 910.00 | 80.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 3214 | MIKALA WAGNER | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | | -995.00 |
| 3215 | ALEXANDRIA MACALUSO | 1,010.00 | 1,010.00 | 65.00 | 05/01/2025 | 04/30/2026 | | -90.00 |
| 3216 | KYLER MEHLHOFF | 1,010.00 | 1,010.00 | 80.00 | 09/01/2025 | 05/31/2026 | | 1,305.20 |
| 3217 | AVERY REMMERDE | 1,010.00 | 1,090.00 | 65.00 | 07/07/2025 | 07/06/2026 | | 0.00 |
| 3218 | MASON CORDINGLEY | 1,010.00 | 1,010.00 | -15.00 | 05/24/2025 | 05/31/2026 | | -75.00 |
| 3301 | BARBARA GOENS | 1,475.00 | 1,475.00 | 80.00 | 09/01/2022 | 08/31/2023 | | 0.00 |
| 3302 | ISABELLE RICHARDSON | 1,010.00 | 750.00 | -30.00 | 04/01/2024 | 03/31/2024 | | 0.00 |
| 3303 | BRITTEN LAPOINTE | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | | -15.00 |
| 3304 | HANNAH HEUER | 1,010.00 | 1,090.00 | 80.00 | 09/01/2025 | 08/31/2026 | | -1,090.00 |
| 3305 | ELLIOTT STEINER | 1,010.00 | 1,010.00 | 0.00 | 08/01/2025 | 07/31/2026 | | 0.00 |
| 3306 | TIARA DEHOET | 985.00 | 955.00 | 75.00 | 04/01/2023 | 03/31/2024 | 12/31/2025 | -1,060.00 |
| 3307 | ORLEY WANGSNESS | 1,010.00 | 1,090.00 | 80.00 | 10/01/2024 | 09/30/2025 | | 0.00 |
| 3308 | MARQUS MCDONNELL | 1,010.00 | 1,010.00 | 15.00 | 04/18/2025 | 04/30/2026 | | 0.00 |

11/12/2025 2:58 PM

## Rent Roll

Property =  Generations on 1st

As Of = 10/30/2025

Month = 10/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| 3309 | KEEGAN SCHELLE | 1,010.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | | 0.00 |
| 3310 | ALEXIS BURBACH | 1,520.00 | 0.00 | -240.00 | 03/01/2024 | | | 0.00 |
| 3311 | BARBARA WEGMAN | 1,520.00 | 1,425.00 | 80.00 | 07/01/2022 | 06/30/2026 | | 0.00 |
| 3312 | LUCAS HANSEN | 1,010.00 | 1,010.00 | 0.00 | 09/01/2025 | 05/31/2026 | | 16.13 |
| 3313 | CLAYTON ALBAN | 1,010.00 | 910.00 | 80.00 | 08/09/2024 | 05/31/2026 | | 0.00 |
| 3314 | HANNAH HUPPLER | 1,010.00 | 1,010.00 | 65.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 3315 | Kurundu Jayasekera | 0.00 | 1,010.00 | 0.00 | 10/06/2025 | 10/31/2026 | | 0.00 |
| 3316 | MICAH WARRINGTON | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3317 | KALEN GODEL | 995.00 | 1,090.00 | 80.00 | 06/01/2025 | 05/31/2026 | | -90.00 |
| 3318 | DARRIEN MARTIN | 1,010.00 | 1,010.00 | 0.00 | 07/01/2025 | 06/30/2026 | | -1,010.00 |
| 3401 | LORNA HARSTAD | 1,520.00 | 1,375.00 | 0.00 | 08/01/2022 | | | 0.00 |
| 3402 | TARYN OPDAHL | 1,010.00 | 1,010.00 | 40.00 | 04/05/2024 | 01/31/2026 | | 0.00 |
| 3403 | LILY BEADLE | 1,010.00 | 1,010.00 | -15.00 | 07/01/2025 | 06/30/2026 | | -995.00 |
| 3404 | CHRISTIAN SNYDER | 1,010.00 | 1,010.00 | 65.00 | 07/01/2025 | 06/30/2026 | | 0.00 |
| 3405 | DAWSON TREEBY | 1,010.00 | 1,010.00 | 0.00 | 08/16/2024 | 08/31/2026 | | 0.00 |
| 3406 | TIMOTHY BEAUDRY | 1,010.00 | 2,100.00 | 65.00 | 08/01/2025 | 07/31/2026 | | 0.00 |
| 3407 | CYNTHIA WELLS | 910.00 | 1,090.00 | 80.00 | 11/01/2024 | 10/31/2025 | | 0.00 |
| 3408 | LAVERNA COYLE | 985.00 | 985.00 | 75.00 | 07/01/2023 | 06/30/2024 | | 0.00 |
| 3409 | JUDITH HOFFMAN | 1,010.00 | 750.00 | -30.00 | 01/15/2025 | 01/14/2026 | | 0.00 |
| 3410 | KAREN JENSEN | 1,520.00 | 1,520.00 | 80.00 | 03/01/2024 | 02/28/2025 | | 0.00 |
| 3411 | PAIGE HALL | 1,520.00 | 1,600.00 | 50.00 | 05/01/2024 | 04/30/2026 | | 0.00 |
| 3412 | DIONNE ZWEIG | 1,010.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | | 0.00 |
| 3413 | DARYL TAPIO | 1,010.00 | 985.00 | 80.00 | 11/01/2022 | 10/31/2023 | | 1,090.00 |
| 3414 | NICHOLAS KASTEN | 1,010.00 | 955.00 | 80.00 | 11/01/2022 | 10/31/2023 | | 0.00 |
| 3415 | SAYLOR HALLSTROM | 0.00 | 750.00 | 0.00 | 10/25/2024 | 10/24/2025 | | 0.00 |
| 3416 | JACOBE TRAMP | 1,010.00 | 1,010.00 | 80.00 | 03/01/2024 | 02/28/2025 | | 0.00 |
| 3417 | PIPER NAUGHTON | 1,010.00 | 910.00 | 80.00 | 08/08/2024 | 08/31/2026 | | 0.00 |
| 3418 | JUSTINE JACOBS | 1,010.00 | 1,010.00 | 0.00 | 07/21/2025 | 07/31/2026 | | 0.00 |

**11/12/2025 2:58 PM**

## Rent Roll

Property = Generations on 1st

As Of = 10/30/2025

Month = 10/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| 3501 | CHARLES OLSON | 1,520.00 | 1,415.00 | 40.00 | 04/01/2022 | | | 0.00 |
| 3502 | MATTHEW HAEDER | 1,010.00 | 1,090.00 | 80.00 | 08/01/2025 | 07/31/2026 | | -1,090.00 |
| 3503 | DONNA REESE | 1,010.00 | 1,090.00 | 0.00 | 10/01/2025 | 06/30/2026 | | 0.00 |
| 3504 | RAY BRADBERRY | 965.00 | 500.00 | 75.00 | 04/01/2022 | | | 0.00 |
| 3505 | JOHN TIMMONS | 1,010.00 | 935.00 | 80.00 | 10/12/2022 | | | -1,090.00 |
| 3506 | LYNELL HERSTEDT | 985.00 | 985.00 | 40.00 | 07/01/2023 | 06/30/2024 | | 82.00 |
| 3507 | GUEST SUITE | 450.00 | 0.00 | 0.00 | 01/01/2025 | 12/31/2025 | | 0.00 |
| 3508 | NICHOLAS PETERSEN | 1,010.00 | 925.00 | 80.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 3509 | MADISON PREMUS | 1,010.00 | 1,010.00 | 0.00 | 09/01/2023 | 08/31/2024 | | 0.00 |
| 3510 | JACOB KRANZ | 1,520.00 | 1,520.00 | 80.00 | 01/01/2024 | 12/31/2024 | | 0.00 |
| 3511 | DEAN SHULTZ | 1,520.00 | 1,520.00 | -45.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3512 | HALI ANDERSON | 1,010.00 | 935.00 | 40.00 | 07/01/2022 | 09/30/2026 | | 0.00 |
| 3513 | ADDISON RASSEL | 1,010.00 | 925.00 | 80.00 | 07/01/2024 | 06/30/2025 | 01/31/2026 | -1,090.00 |
| 3514 | HAYDEN MULDER | 1,010.00 | 1,010.00 | 80.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 3515 | KADEN BENNETT | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3516 | JOSHUA ESCAMILLA-VIGIL | 1,010.00 | 935.00 | 0.00 | 07/01/2022 | | | -1,010.00 |
| 3517 | MASON MCDONALD | 1,010.00 | 1,005.00 | 80.00 | 07/01/2022 | | 11/30/2025 | 0.00 |
| 3518 | NATHAN OLSON | 1,010.00 | 1,010.00 | 80.00 | 10/01/2025 | 09/30/2026 | | -1,090.00 |
| **Future Tenants/Applicants** | | | | | | | | |
| 3517 | CHARITY HOVEY | 0.00 | 1,090.00 | 0.00 | 12/05/2025 | 12/31/2026 | | 0.00 |
| **Total** | **Generations on 1st** | **75,860.00** | **76,310.00** | **3,040.00** | | | | **-10,521.67** |

| Summary Groups | Square Footage | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied | Balance |
|----------------|----------------|-------------|------------------|------|-----------|------------------|-----------------|---------|
| Current/Notice/Vacant Tenants | 56,944.00 | 75,860.00 | 75,220.00 | 3,040.00 | 73 | 100.00 | 100.00 | -10,521.67 |
| Future Tenants/Applica | 723.00 | 0.00 | 1,090.00 | 0.00 | 1 | 0.00 | 0.00 | 0.00 |
| Occupied Units | 56,944.00 | 0.00 | 0.00 | 0.00 | 73 | 100.00 | 100.00 | 0.00 |

**11/12/2025 2:58 PM**

## Rent Roll

Property =  Generations on 1st

As Of = 10/30/2025

Month = 10/2025

| Unit | Tenant Name | | Actual | Tenant | Misc Move In | Lease | Move Out | | Balance |
|------|-------------|--|--------|--------|--------------|-------|----------|--|---------|
| | | | Rent | Deposit | | Expiration | | | |
| Total Vacant Units | | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| **Totals:** | | **56,944.00** | **75,860.00** | **76,310.00** | **3,040.00** | **73** | **100.00** | **100.00** | **-10,521.67** |

**11/14/2025 1:17 PM**

## Aged Receivable

Property =  Generations on 1st  Status: Current, Future, Notice   Month From: 10/2025

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre- Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| **Generations on 1st** | | | | | | | | | |
| Generations on 1st | ESCAMILLA-VIGIL JOSHUA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,010.00 | -1,010.00 |
| Generations on 1st | TIMMONS JOHN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | TAPIO DARYL | Current | 1,090.00 | 1,090.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,090.00 |
| Generations on 1st | DEHOET TIARA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,060.00 | -1,060.00 |
| Generations on 1st | HERSTEDT LYNELL | Current | 82.00 | 82.00 | 0.00 | 0.00 | 0.00 | 0.00 | 82.00 |
| Generations on 1st | DYKSTRA JONI | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | RASSEL ADDISON | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | KIRLEY CASEY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -60.00 | -60.00 |
| Generations on 1st | ALBAN CLAYTON | Current | 80.00 | 0.00 | 80.00 | 0.00 | 0.00 | -80.00 | 0.00 |
| Generations on 1st | KADOUN BRAUN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,075.00 | -1,075.00 |
| Generations on 1st | MACALUSO ALEXANDRIA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -90.00 | -90.00 |
| Generations on 1st | GODEL KALEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -90.00 | -90.00 |
| Generations on 1st | REMMERDE AVERY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,075.00 | -1,075.00 |
| Generations on 1st | LAPOINTE BRITTEN | Current | -15.00 | 0.00 | -15.00 | 0.00 | 0.00 | 0.00 | -15.00 |
| Generations on 1st | BEADLE LILY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -995.00 | -995.00 |
| Generations on 1st | CORDINGLEY MASON | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -75.00 | -75.00 |
| Generations on 1st | WAGNER MIKALA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -995.00 | -995.00 |
| Generations on 1st | MARTIN DARRIEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,010.00 | -1,010.00 |
| Generations on 1st | HAEDER MATTHEW | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | HEUER HANNAH | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | MEHLHOFF KYLER | Current | 1,305.20 | 1,225.20 | 80.00 | 0.00 | 0.00 | 0.00 | 1,305.20 |
| Generations on 1st | HANSEN LUCAS | Current | 16.13 | 16.13 | 0.00 | 0.00 | 0.00 | 0.00 | 16.13 |
| Generations on 1st | OLSON NATHAN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| **Generations on 1st** | | | **2,558.33** | **2,413.33** | **145.00** | **0.00** | **0.00** | **-14,155.00** | **-11,596.67** |
| | | | | | | | | | |
| **Grand Total** | | | **2,558.33** | **2,413.33** | **145.00** | **0.00** | **0.00** | **-14,155.00** | **-11,596.67** |

UserId : mcraig@cpbusmgt.com Date : 11/14/2025 Time : 19:16

Case 25-30002    Doc 236-2    Filed 11/17/25    Entered 11/17/25 12:15:37    Desc
Supporting Documentation (Stipulation)    Page 7 of 57

Page 1

## Owner Statement

Owner = Generations On 1st (all properties)
Month = Oct 2025
Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|--------|---------|---------|
| | | | | **Beginning Balance** | | | 81,282.16 |
| 09/30/2025 | :ACH-WEB | Generations on 1st | MATTHEW HAEDER | Online Payment - EFT Payment. Web - Resident Services | 1,090.00 | 0.00 | 82,372.16 |
| 10/01/2025 | 30186 | Generations on 1st | RED RIVER STATE BANK | GenOn1st, Mtg; per cash collateral 2/3/2025 | 0.00 | 35,000.00 | 47,372.16 |
| 10/01/2025 | 502808866 cpbm 5659 | Generations on 1st | ALEXANDRIA MACALUSO | | 1,100.00 | 0.00 | 48,472.16 |
| 10/01/2025 | :ACH-689 | Generations on 1st | AVERY REMMERDE | Pre-Authorized Payment | 1,075.00 | 0.00 | 49,547.16 |
| 10/01/2025 | 500922074 cpbm 5659 | Generations on 1st | DARRIEN MARTIN | | 1,010.00 | 0.00 | 50,557.16 |
| 10/01/2025 | 310687181 | Generations on 1st | EMILY PETERSON | Recurring Debit Card Payment ; | 1,075.00 | 0.00 | 51,632.16 |
| 10/01/2025 | zego  cpbm 5659 | Generations on 1st | GUEST SUITE | | 450.00 | 0.00 | 52,082.16 |
| 10/01/2025 | 501377668 cpbm 5659 | Generations on 1st | HANNAH HUPPLER | | 1,075.00 | 0.00 | 53,157.16 |
| 10/01/2025 | 502377269 cpbm 5659 | Generations on 1st | HAYDEN MULDER | | 1,090.00 | 0.00 | 54,247.16 |
| 10/01/2025 | :ACH-WEB | Generations on 1st | JOHN TIMMONS | Online Payment - EFT Payment. Mobile App - Resident Services | 471.56 | 0.00 | 54,718.72 |
| 10/01/2025 | :ACH-WEB | Generations on 1st | JOHN TIMMONS | Online Payment - EFT Payment. Mobile App - Resident Services | 618.44 | 0.00 | 55,337.16 |
| 10/01/2025 | 501892459 cpbm 5659 | Generations on 1st | KALEN GODEL | | 540.00 | 0.00 | 55,877.16 |
| 10/01/2025 | 502485825 cpbm 5659 | Generations on 1st | KALEN GODEL | Paid by: KAYLA LEHR | 540.00 | 0.00 | 56,417.16 |
| 10/01/2025 | :ACH-WEB | Generations on 1st | KEEGAN SCHELLE | Online Payment - EFT Payment. Mobile App - Resident Services | 1,090.00 | 0.00 | 57,507.16 |
| 10/01/2025 | :ACH-690 | Generations on 1st | LAVERNA COYLE | Pre-Authorized Payment | 1,060.00 | 0.00 | 58,567.16 |
| 10/01/2025 | 501893098 cpbm 5659 | Generations on 1st | MASON CORDINGLEY | | 1,010.00 | 0.00 | 59,577.16 |
| 10/01/2025 | 310687078 | Generations on 1st | MASON MCDONALD | Recurring Credit Card Payment; | 1,090.00 | 0.00 | 60,667.16 |
| 10/01/2025 | 310687127 | Generations on 1st | MICAH WARRINGTON | Recurring Debit Card Payment ; | 995.00 | 0.00 | 61,662.16 |
| 10/01/2025 | 311000656 | Generations on 1st | MIKALA WAGNER | Debit Card On-Line Payment ; Mobile App - Resident Services | 995.00 | 0.00 | 62,657.16 |
| 10/01/2025 | 501580191 cpbm 5659 | Generations on 1st | NATHAN OLSON | | 1,090.00 | 0.00 | 63,747.16 |
| 10/01/2025 | :ACH-691 | Generations on 1st | SAYLOR HALLSTROM | Pre-Authorized Payment | 762.59 | 0.00 | 64,509.75 |
| 10/02/2025 | 311917294 | Generations on 1st | HANNAH HEUER | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,090.00 | 0.00 | 65,599.75 |
| 10/02/2025 | 311729600 | Generations on 1st | LILY BEADLE | Debit Card On-Line Payment ; Mobile App - Resident Services | 58.12 | 0.00 | 65,657.87 |
| 10/03/2025 | ACH | Generations on 1st | ALLISON FOOTE | missed oct garage on ACH, charged 11/14/25 | 1,010.00 | 0.00 | 66,667.87 |
| 10/03/2025 | ACH | Generations on 1st | AVERY REMMERDE | | 1,075.00 | 0.00 | 67,742.87 |

**Owner Statement**

Owner = Generations On 1st (all properties)

Month = Oct 2025

Book = Cash

| Date | Ref | Property | Name | Description | Amount | | Balance |
|---|---|---|---|---|---|---|---|
| 10/03/2025 | ACH | Generations on 1st | BARBARA GOENS | | 1,555.00 | 0.00 | 69,297.87 |
| 10/03/2025 | ACH | Generations on 1st | BRITTEN LAPOINTE | | 1,075.00 | 0.00 | 70,372.87 |
| 10/03/2025 | ACH | Generations on 1st | CASEY KIRLEY | | 1,010.00 | 0.00 | 71,382.87 |
| 10/03/2025 | ACH | Generations on 1st | CHARLES OLSON | | 1,560.00 | 0.00 | 72,942.87 |
| 10/03/2025 | ACH | Generations on 1st | CHRISTIAN SNYDER | | 1,075.00 | 0.00 | 74,017.87 |
| 10/03/2025 | ACH | Generations on 1st | CONNOR KAUP | | 1,075.00 | 0.00 | 75,092.87 |
| 10/03/2025 | ACH | Generations on 1st | CYNTHIA WELLS | | 990.00 | 0.00 | 76,082.87 |
| 10/03/2025 | ACH | Generations on 1st | DAWSON TREEBY | | 1,010.00 | 0.00 | 77,092.87 |
| 10/03/2025 | :ACH-WEB | Generations on 1st | DEAN SHULTZ | Online Payment - EFT Payment. Mobile App - Resident Services | 491.66 | 0.00 | 77,584.53 |
| 10/03/2025 | 503796686 cpbm 5659 | Generations on 1st | DEAN SHULTZ | Paid by: ALEXIS CEROLL | 491.67 | 0.00 | 78,076.20 |
| 10/03/2025 | ACH | Generations on 1st | ELLIOTT STEINER | | 1,010.00 | 0.00 | 79,086.20 |
| 10/03/2025 | ACH | Generations on 1st | HALI ANDERSON | | 1,050.00 | 0.00 | 80,136.20 |
| 10/03/2025 | ACH | Generations on 1st | ISABELLE RICHARDSON | | 980.00 | 0.00 | 81,116.20 |
| 10/03/2025 | ACH | Generations on 1st | JUDITH HOFFMAN | | 980.00 | 0.00 | 82,096.20 |
| 10/03/2025 | ACH | Generations on 1st | JUDITH ZIRBEL | | 1,090.00 | 0.00 | 83,186.20 |
| 10/03/2025 | ACH | Generations on 1st | KADEN BENNETT | | 995.00 | 0.00 | 84,181.20 |
| 10/03/2025 | ACH | Generations on 1st | KAREN JENSEN | | 1,600.00 | 0.00 | 85,781.20 |
| 10/03/2025 | ACH | Generations on 1st | LILY BEADLE | | 995.00 | 0.00 | 86,776.20 |
| 10/03/2025 | ACH | Generations on 1st | LOIS STADHEIM | | 1,060.00 | 0.00 | 87,836.20 |
| 10/03/2025 | ACH | Generations on 1st | MARILYN BOIK | | 1,550.00 | 0.00 | 89,386.20 |
| 10/03/2025 | 312193464 | Generations on 1st | MARQUS MCDONNELL | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,025.00 | 0.00 | 90,411.20 |
| 10/03/2025 | ACH | Generations on 1st | NICHOLAS KASTEN | | 1,090.00 | 0.00 | 91,501.20 |
| 10/03/2025 | ACH | Generations on 1st | NICHOLAS PETERSEN | | 1,090.00 | 0.00 | 92,591.20 |
| 10/03/2025 | ACH | Generations on 1st | ORLEY WANGSNESS | | 1,090.00 | 0.00 | 93,681.20 |
| 10/03/2025 | ACH | Generations on 1st | PAIGE HALL | | 1,570.00 | 0.00 | 95,251.20 |
| 10/03/2025 | ACH | Generations on 1st | PHYLLIS JACKSON | | 1,010.00 | 0.00 | 96,261.20 |
| 10/03/2025 | ACH | Generations on 1st | PIPER NAUGHTON | | 1,090.00 | 0.00 | 97,351.20 |
| 10/03/2025 | ACH | Generations on 1st | RENEE HANLON | | 1,575.00 | 0.00 | 98,926.20 |
| 10/03/2025 | ACH | Generations on 1st | SHEILA KAMMERER | | 1,065.00 | 0.00 | 99,991.20 |
| 10/03/2025 | ACH | Generations on 1st | TARYN OPDAHL | | 1,050.00 | 0.00 | 101,041.20 |
| 10/03/2025 | ACH | Generations on 1st | TIMOTHY BEAUDRY | | 1,075.00 | 0.00 | 102,116.20 |
| 10/04/2025 | :ACH-WEB | Generations on 1st | ALEXIS BURBACH | Online Payment - EFT Payment. Mobile App - Resident Services | 1,280.00 | 0.00 | 103,396.20 |
| 10/04/2025 | :ACH-WEB | Generations on 1st | DEAN SHULTZ | Online Payment - EFT Payment Paid by Roommate MASON SHULTZ(r0000099 ).Web - Resident Services | 491.67 | 0.00 | 103,887.87 |

**Owner Statement**

Owner =  Generations On 1st (all properties)
Month = Oct 2025
Book = Cash

| Date | Ref | Property | Name | Memo | Amount | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/04/2025 | 312453977 | Generations on 1st | JACOBE TRAMP | Debit Card On-Line Payment ; Mobile App - Resident Services | 700.00 | 0.00 | 104,587.87 |
| 10/04/2025 | 312538737 | Generations on 1st | KIERA WEISSER | Debit Card On-Line Payment ; Roommate LOGAN AUSTAD (r0000103) ; Mobile App - Resident Services | 491.00 | 0.00 | 105,078.87 |
| 10/05/2025 | 13478 | Generations on 1st | BARBARA WEGMAN | | 1,600.00 | 0.00 | 106,678.87 |
| 10/05/2025 | :ACH-WEB | Generations on 1st | DARRIEN MARTIN | Online Payment - EFT Payment. Mobile App - Resident Services | 1,010.00 | 0.00 | 107,688.87 |
| 10/05/2025 | 1653 | Generations on 1st | DONNA REESE | | 1,090.00 | 0.00 | 108,778.87 |
| 10/05/2025 | :ACH-WEB | Generations on 1st | KIERA WEISSER | Online Payment - EFT Payment. Mobile App - Resident Services | 492.00 | 0.00 | 109,270.87 |
| 10/05/2025 | 312700105 | Generations on 1st | KIERA WEISSER | Debit Card On-Line Payment ; Roommate BRENDYN WEISSER (r0000104) ; Mobile App - Resident Services | 492.00 | 0.00 | 109,762.87 |
| 10/05/2025 | 6002 | Generations on 1st | LORNA HARSTAD | | 1,520.00 | 0.00 | 111,282.87 |
| 10/05/2025 | 312665491 | Generations on 1st | LUCAS HANSEN | Credit Card On-Line Payment ; Roommate KATHLEEN HANSEN (r0000111) ; Web - Resident Services | 1,010.00 | 0.00 | 112,292.87 |
| 10/05/2025 | 1696 | Generations on 1st | LYNELL HERSTEDT | NSFed by ctrl# 34194 NSF | 1,025.00 | 0.00 | 113,317.87 |
| 10/05/2025 | 162 | Generations on 1st | MADISON PREMUS | | 1,010.00 | 0.00 | 114,327.87 |
| 10/05/2025 | 3287 | Generations on 1st | RAY BRADBERRY | | 1,040.00 | 0.00 | 115,367.87 |
| 10/05/2025 | 312637472 | Generations on 1st | WILLOW SEURER | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,289.75 | 0.00 | 116,657.62 |
| 10/06/2025 | 312881745 | Generations on 1st | JACOBE TRAMP | Debit Card On-Line Payment ; Mobile App - Resident Services | 390.00 | 0.00 | 117,047.62 |
| 10/07/2025 | 504782287  cpbm 5692 | Generations on 1st | Kurundu Jayasekera | prorated rent | 847.08 | 0.00 | 117,894.70 |
| 10/08/2025 | 30190 | Generations on 1st | CODINGTON COUNTY TREASURER | 2024-8963 2nd half PIF | 0.00 | 38,247.49 | 79,647.21 |
| 10/08/2025 | N/A | Generations on 1st | JE-4238 | move RE Tax escrow to Checking. | 32,783.58 | 0.00 | 112,430.79 |
| 10/09/2025 | 505076444  cpbm 5692 | Generations on 1st | LEW KNAPP | move out charges | 1,000.00 | 0.00 | 113,430.79 |
| 10/10/2025 | 505220380 cpbm  5692 | Generations on 1st | LEW KNAPP | | 634.74 | 0.00 | 114,065.53 |
| 10/14/2025 | 30192 | Generations on 1st | Alexis Burbach | 5 res mgr | 0.00 | 127.51 | 113,938.02 |
| 10/14/2025 | 30192 | Generations on 1st | Alexis Burbach | 3302 fridge switch, 3501 electrical LR, 3503 thermos & sink plugged | 0.00 | 60.00 | 113,878.02 |
| 10/14/2025 | 30192 | Generations on 1st | Alexis Burbach | taxes | 0.00 | 11.63 | 113,866.39 |

Case 25-30002    Doc 236-2    Filed 11/17/25    Entered 11/17/25 12:15:37    Desc
Supporting Documentation (Stipulation)    Page 10 of 57

Page 4

# Owner Statement

Owner = Generations On 1st (all properties)
Month = Oct 2025
Book = Cash

| Date | Ref | | Property | Name | Description | | | |
|---|---|---|---|---|---|---|---|---|
| 10/14/2025 | 30193 | | Generations on 1st | DOUG RODENGEN | 3305 door stopper, 33 caulk windows, 3405 entry door, clean out garage drains, 3401 looked at master bath fan/vent leak, 3411 all doors latching, 3218 caulked exterior bedroom window fixed trim | 0.00 | 144.00 | 113,722.39 |
| 10/14/2025 | 30194 | | Generations on 1st | JORDAN BERNDT | 3310 replace ac | 0.00 | 30.00 | 113,692.39 |
| 10/14/2025 | 1696 | | Generations on 1st | LYNELL HERSTEDT | NSF receipt Ctrl# 34143 NSF | -1,025.00 | 0.00 | 112,667.39 |
| 10/14/2025 | | | Generations on 1st | JE-4242 | :Prog Gen Move Out transfer (ALLYSSA KIRCHBERG) - Receipt #34192 | 750.00 | 0.00 | 113,417.39 |
| 10/16/2025 | 505656430 | cpbm 5692 | Generations on 1st | NATHAN OLSON | pre-paid november rent | 1,090.00 | 0.00 | 114,507.39 |
| 10/17/2025 | 505675348 | cpbm 5692 | Generations on 1st | JESSE HEER | moveout charges pymt | 650.00 | 0.00 | 115,157.39 |
| 10/19/2025 | :ACH-WEB | | Generations on 1st | LYNELL HERSTEDT | Online Payment - EFT Payment. Mobile App - Resident Services | 43.86 | 0.00 | 115,201.25 |
| 10/21/2025 | :ACH-WEB | | Generations on 1st | LYNELL HERSTEDT | Online Payment - EFT Payment. Web - Resident Services | 1,075.00 | 0.00 | 116,276.25 |
| 10/22/2025 | :ACH-WEB | | Generations on 1st | DIONNE ZWEIG | Online Payment - EFT Payment. Mobile App - Resident Services | 1,225.20 | 0.00 | 117,501.45 |
| 10/28/2025 | 30195 | | Generations on 1st | CP BUSINESS MANAGEMENT | generations insurance | 0.00 | 3,149.71 | 114,351.74 |
| 10/28/2025 | 314371991 | | Generations on 1st | BRAUN KADOUN | Debit Card On-Line Payment ; Web - Resident Services | 1,075.00 | 0.00 | 115,426.74 |
| 10/28/2025 | :ACH-WEB | | Generations on 1st | JONI DYKSTRA | Online Payment - EFT Payment. Mobile App - Resident Services | 1,090.00 | 0.00 | 116,516.74 |
| 10/28/2025 | :ACH-WEB | | Generations on 1st | MATTHEW HAEDER | Online Payment - EFT Payment. Web - Resident Services | 1,090.00 | 0.00 | 117,606.74 |
| 10/29/2025 | 314535015 | | Generations on 1st | ADDISON RASSEL | Credit Card On-Line Payment ; Mobile App - Resident Services | 1,090.00 | 0.00 | 118,696.74 |
| 10/30/2025 | 314674346 | | Generations on 1st | JOSHUA ESCAMILLA-VIGIL | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,010.00 | 0.00 | 119,706.74 |
| 10/31/2025 | 30197 | | Generations on 1st | Alexis Burbach | 11.15 res mgr | 0.00 | 286.89 | 119,419.85 |
| 10/31/2025 | 30197 | | Generations on 1st | Alexis Burbach | 3301 tighten thermos, LR window latch | 0.00 | 30.00 | 119,389.85 |
| 10/31/2025 | 30197 | | Generations on 1st | Alexis Burbach | taxes | 0.00 | 19.65 | 119,370.20 |
| 10/31/2025 | 30199 | | Generations on 1st | APARTMENTS LLC | | 0.00 | 649.00 | 118,721.20 |
| 10/31/2025 | 30200 | | Generations on 1st | BLUEPEAK | | 0.00 | 22.43 | 118,698.77 |
| 10/31/2025 | 30201 | | Generations on 1st | Capital One Commercial | PATIO PAVER REPLACEMENTS | 0.00 | 59.58 | 118,639.19 |
| 10/31/2025 | 30210 | | Generations on 1st | CP BUSINESS MANAGEMENT | software fee | 0.00 | 73.00 | 118,566.19 |

Case 25-30002    Doc 236-2    Filed 11/17/25    Entered 11/17/25 12:15:37    Desc
Supporting Documentation (Stipulation)    Page 11 of 57

Page 5

# Owner Statement

Owner = Generations On 1st (all properties)
Month = Oct 2025
Book = Cash

| Date | | | | | | | |
|------|------|------|------|------|------|------|------|
| 10/31/2025 | 30210 | Generations on 1st | CP BUSINESS MANAGEMENT | oct mgmt | 0.00 | 4,144.98 | 114,421.21 |
| 10/31/2025 | 30210 | Generations on 1st | CP BUSINESS MANAGEMENT | offsite office rent | 0.00 | 1,312.50 | 113,108.71 |
| 10/31/2025 | 30210 | Generations on 1st | CP BUSINESS MANAGEMENT | offsite supplies | 0.00 | 158.71 | 112,950.00 |
| 10/31/2025 | 30210 | Generations on 1st | CP BUSINESS MANAGEMENT | offsite utilities | 0.00 | 69.73 | 112,880.27 |
| 10/31/2025 | 30210 | Generations on 1st | CP BUSINESS MANAGEMENT | | 0.00 | 217.20 | 112,663.07 |
| 10/31/2025 | 30210 | Generations on 1st | CP BUSINESS MANAGEMENT | 3216 collected admin fees-remaning | 0.00 | 695.54 | 111,967.53 |
| 10/31/2025 | 30210 | Generations on 1st | CP BUSINESS MANAGEMENT | 3216 dep. overage | 0.00 | 329.92 | 111,637.61 |
| 10/31/2025 | 30210 | Generations on 1st | CP BUSINESS MANAGEMENT | 3503 dep. overage | 0.00 | 789.43 | 110,848.18 |
| 10/31/2025 | 30210 | Generations on 1st | CP BUSINESS MANAGEMENT | misc mgr | 0.00 | 500.00 | 110,348.18 |
| 10/31/2025 | 30210 | Generations on 1st | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 200.00 | 110,148.18 |
| 10/31/2025 | 30198 | Generations on 1st | DOUG RODENGEN | 22.5hrs; garage, 3212, 3302, trash chutes, 3411, 3503, pavers, sprinkler rm, garage door, garage heaters, pins, 3503 | 0.00 | 720.00 | 109,428.18 |
| 10/31/2025 | 30202 | Generations on 1st | GEORGES SANITATION | | 0.00 | 207.09 | 109,221.09 |
| 10/31/2025 | 30196 | Generations on 1st | JESSE CRAIG | 73 UNITS, $45/UNIT | 0.00 | 3,285.00 | 105,936.09 |
| 10/31/2025 | 30203 | Generations on 1st | THE FIRE GROUP | WET SYSTEM TEST, ADDITIONAL BACKFLOW TEST | 0.00 | 385.00 | 105,551.09 |
| 10/31/2025 | 30204 | Generations on 1st | TRUGREEN | MOW 9/10, 19, 24, 10/2 | 0.00 | 148.68 | 105,402.41 |
| 10/31/2025 | 30205 | Generations on 1st | WHITE GLOVE CLEANING | 3503 TOUCH UP | 0.00 | 26.55 | 105,375.86 |
| 10/31/2025 | 30205 | Generations on 1st | WHITE GLOVE CLEANING | 3518 1 HR | 0.00 | 26.55 | 105,349.31 |
| 10/31/2025 | 30205 | Generations on 1st | WHITE GLOVE CLEANING | SEPT BUILDING CLEAN | 0.00 | 743.40 | 104,605.91 |
| 10/31/2025 | 30206 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | credit per WMU | 0.00 | -103.65 | 104,709.56 |
| 10/31/2025 | 30206 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 9/22-10/23 house electric | 0.00 | 628.79 | 104,080.77 |
| 10/31/2025 | 30206 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 9/22-10/23 house water | 0.00 | 776.63 | 103,304.14 |
| 10/31/2025 | 30206 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 9/22-10/23 vacates | 0.00 | 57.55 | 103,246.59 |
| 10/31/2025 | 30206 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 9/22-10/23 gas meter | 0.00 | 390.88 | 102,855.71 |
| 10/31/2025 | 30206 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 9/22-10/23 house sewer | 0.00 | 2,923.92 | 99,931.79 |

**Owner Statement**

Owner =  Generations On 1st (all properties)

Month = Oct 2025

Book = Cash

| 10/31/2025 | 30207 | Generations on 1st | XTREME FIRE PROECTION LLC | Annual Sprinkler and Backflow test | 0.00 | 361.08 | 99,570.71 |
| 10/31/2025 | 314849974 | Generations on 1st | HANNAH HEUER | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,090.00 | 0.00 | 100,660.71 |
| 10/31/2025 | :ACH-WEB | Generations on 1st | JOHN TIMMONS | Online Payment - EFT Payment. Mobile App - Resident Services | 750.00 | 0.00 | 101,410.71 |
| 10/31/2025 | :ACH-WEB | Generations on 1st | JOHN TIMMONS | Online Payment - EFT Payment. Mobile App - Resident Services | 340.00 | 0.00 | 101,750.71 |
| 10/31/2025 | 314801493 | Generations on 1st | MIKALA WAGNER | Debit Card On-Line Payment ; Mobile App - Resident Services | 995.00 | 0.00 | 102,745.71 |
| 10/31/2025 | :ACH-WEB | Generations on 1st | TIARA DEHOET | Online Payment - EFT Payment. Mobile App - Resident Services | 1,060.00 | 0.00 | 103,805.71 |
| | | | | **Ending Balance** | **119,429.92** | **96,906.37** | **103,805.71** |
| | | | | Reserves Needed | | 0.00 | |
| | | | | Security Deposits (this period) | | 0.00 | |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30199

10/31/25

$649.00*****

TO THE
ORDER OF

**** SIX HUNDRED FORTY NINE AND 00/100 DOLLARS

APARTMENTS LLC
2563 COLLECTION CENTER DR
CHICAGO, IL  60693

NON-NEGOTIABLE



Apartments.com™
POWERED BY COSTAR

501 S 5th Street
Richmond, VA 23219



1300 1 MB 0.672   E0129  I0260 D14649944206 S2 P10910365 0002:0003



ACCOUNTS PAYABLE
CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO ND 58106-9379

## Invoice     Page 1 of 2

| Invoice | |
|---|---|
| Invoice Number | 122770371 |
| Account #/Location ID | 180274941 |
| Invoice Date | 10/01/2025 |
| CoStar Federal Tax ID | 52-2134617 |
| Payment Terms | Net 30 |
| Due Date | 10/31/2025 |
| Service Period | 10/01/2025 to 10/31/2025 |
| **Invoice Amount** | **USD 649.00** |

Pay by credit card or checking account online by
registering at **CoStar.BillTrust.com**

Use your personalized **Enrollment Token** below.

## CURRENT INVOICE  See the following page(s) for detail

| | |
|---|---|
| Apartments Network 3 Gold | USD 649.00 |
| Sub-Total | USD 649.00 |
| Tax | USD 0.00 |
| **Current Invoice Total** | **USD 649.00** |





For questions about your bill, please call us at 800-894-4720.
Email: Billing@costar.com

Office Hours: Monday - Friday 9:00 AM - 8:00 PM EST

TEAR HERE     **REMITTANCE DOCUMENT - Please Include With Your Payment**     TEAR HERE

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30206

10/31/25

$4,674.12***

TO THE
ORDER OF    **** FOUR THOUSAND SIX HUNDRED SEVENTY FOUR AND 12/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

MUNICIPAL UTILITIES DEPT.    Account Number    Name    Service Address
008-00187532-02    GENERATIONS ON 1ST    26 1 AVE SW HOUSE

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000030955 | 10/23/2025 | 09/22/2025 | 31 | MR | 475449 | 466984 | 1 | 8465 | kWh | |
| ELECTRIC: 0000030955 | 10/23/2025 | 09/22/2025 | 31 | MR | 19140 | | 1 | 19.14 | kW | |
| WATER: 0200555042 | 10/23/2025 | 09/22/2025 | 31 | MR | 04832 | 04667 | 1 | 165 | ccf | |
| GAS: 0002116659 | 10/23/2025 | 09/22/2025 | 31 | MR | 34128 | 33613 | 1 | 515 | ccf | |



| YOUR MONTHLY USAGE | |
|---|---|
| ELECTRIC (kWh) | |
| WATER (100 cu.ft) | |
| GAS (ccf) | |

PREVIOUS BALANCE                                              4,539.25
TRANSFER ACCOUNT BALANCE    10/15/                           -15.66
PAYMENT          10/10/2025                                   -4,627.24
BALANCE FORWARD                                              -103.65

ELECTRIC SERVICE
Electric Demand                                              237.34
Electric Customer Charge                                     50.00
Electric Energy                                              304.74
Electric State Tax                                           24.87
Electric City Tax                                            11.84
TOTAL ELECTRIC CHARGES                                       628.79
GAS SERVICE
Gas Customer Charge                                          40.00
Gas Consumption                                              328.06
Gas State Tax                                                15.46
Gas City Tax                                                 7.36
TOTAL GAS CHARGES                                            390.88
WATER SERVICE
Water Customer Charge                                        38.06
Water Consumption                                            695.31
Water Private Fire Service                                   43.26
TOTAL WATER CHARGES                                          776.63
SEWER SERVICE
Sewer Customer Charge                                        40.61
Sewer Multiple Use                                           2,883.31
TOTAL SEWER CHARGES                                          2,923.92

CURRENT CHARGES                                              $4,720.22

TOTAL AMOUNT DUE                                             $4,616.57

PAID 2020ce

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 11/01/2025 | 11/10/2025 | 4,616.57 | 4,847.40 |

MESSAGES: Call 811 before you dig!

MUNICIPAL UTILITIES DEPT.

| Account Number | Name | Service Address |
|---|---|---|
| 001-00187746-05 | GENERATIONS ON 1ST | 26 1 AVE SW 3315 |

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049566 | 10/07/2025 | 09/19/2025 | 18 | MR | 07469 | 07400 | 1 | 69 | kWh | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

Sep. Oct
2025

| | |
|---|---|
| PREVIOUS BALANCE | 15.16 |
| PAYMENT   10/10/2025 | -15.16 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 5.04 |
| Electric State Tax | 0.76 |
| Electric City Tax | 0.36 |
| TOTAL ELECTRIC CHARGES | 19.26 |
| | |
| CURRENT CHARGES | $19.26 |
| | |
| TOTAL AMOUNT DUE | $19.26 |

PAID
3020

ours

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | | 11/01/2025 | 11/10/2025 | 19.26 | 20.22 |

**MESSAGES:** Call 811 before you dig!

**MUNICIPAL UTILITIES DEPT.**

Account Number: 001-00187670-04

Name: GENERATIONS ON 1ST

Service Address: 26 1 AVE SW 3503

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | kWh | |
| ELECTRIC: 0000049547 | 10/01/2025 | 09/19/2025 | 12 | MR | 18285 | 18206 | 1 | 79 | | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)



Sep Oct
2025

| | |
|---|---|
| PREVIOUS BALANCE | 18.25 |
| BALANCE FORWARD | 18.25 |
| | |
| ELECTRIC SERVICE | 13.10 |
| Electric Customer Charge | 5.77 |
| Electric Energy | 0.79 |
| Electric State Tax | 0.38 |
| Electric City Tax | 20.04 |
| TOTAL ELECTRIC CHARGES | $20.04 |
| | |
| CURRENT CHARGES | $38.29 |
| | |
| TOTAL AMOUNT DUE | $38.29 |

PAID
2020

| 121588 | | | | | |
|---|---|---|---|---|---|
| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
| FINAL BILL | | 11/01/2025 | 11/10/2025 | 38.29 | 39.29 |
| **MESSAGES:** Call 811 before you dig! | | | | | |

Office of the U. S. Trustee
300 South 4th Street
Room 1015
Sioux Falls, SD 55415-1329

605-330-4450

0005507
**********AUTO**MIXED AADC 170
GENERATIONS ON 1ST LLC
1405 1ST AVENUE N
FARGO, ND 58102-4203

Page 1 of 1    Rev. 01/20

Account No.: 683-25-30002
Process Date: 10-03-25



UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM

See Instructions
On Reverse Side

PAID
ACH

## Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|---|---|---|
| 08-07-25 | Balance Forward | 946.05 |
| 08-14-25 | Adjustments to fees charged from previous statement. | 159.00- |
| 08-11-25 | Payment from Lock Box | 1,051.00- |
| 08-11-25 | Adjustments to interest assessed from previous statement. | 2.05- |
| 10-03-25 | Quarter 3, 2025 Fee Due {Disbursements = $186,659.} (6-1) | 747.00 |
| | Estimated Balance Due Based On Disbursement Record | **481.00** |

**Fee estimated based on available disbursements data.**

🇺🇸 An official website of the United States government   Here's how you know

Browse Payments     See All Forms     Help     About Us

| For your security, we recommend you close your browser when you complete your payment.

## Payment Confirmation - U.S. Trustee Chapter 11 Quarterly Fee

✓ Before You Begin     ✓ Complete Agency Form     ✓ Enter Payment Info     ✓ Review & Submit     (5) Confirmation

**Need Help?**

**Contact:**
U.S. Trustee Program

**Email:**
Click to email

### Your payment is submitted

You will not be able to access this information once you leave this page. A confirmation email has been sent to mcraig@cpbusmgt.com, mcraig@cpbusmgt.com.

**Because you are not signed in:**

This payment will not show in your payment activity. You can sign in or create an account now and Pay.gov will have a record of your payment.

**To confirm your payment went through:**

Check your bank statement or account on the payment date

**For questions or to cancel this transaction:**

Contact the federal government agency you paid. Pay.gov is unable to cancel this transaction.

**We value your feedback!**

Do you have any feedback regarding your Pay.gov experience? Please share it here.

Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

### Tracking Information

Pay.gov Tracking ID: 27SNQLHK

Agency Tracking ID: 77200459079

Form Name: U.S. Trustee Chapter 11 Quarterly Fee

Application Name: Chapter 11 Quarterly Fee

### Payment Information

Payment Type: Bank account (ACH)

Payment Amount: $481.00

Transaction Date: 10/31/2025 05:16:21 PM EDT

Payment Date: 11/03/2025

Line 1: Remittance #1 - Type: Business, Account: 6832530002, Name: GENERATIONS ON 1ST LLC, $481.00

Line 2:

Line 3:

Line 4:

Line 5:

Line 6:

Line 7:

Line 8:

Line 9:

Line 10:

Line 11:

Line 12:

**Account Information**

Account Holder Name: GENERATIONS ON 1ST LLC DEBTOR IN POSESSION CASE #25-30002

Routing Number: 091310767

Account Number: ************8666

## Sign In to your Pay.gov account!

Sign In

*With a Pay.gov account you can manage payments and view history. If you don't have an existing*
*account, you will have the option to create an account on the sign-in page.*

Return to top

**Accessibility Policy**     **Privacy and Security Policy**     **Notices and Agreements**     **For Agencies**     *     **Feedback**



**Pay.gov**

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the
Fiscal Service

Pay.gov Support

WARNING WARNING WARNING

You have accessed a U.S. Government information system, which includes (1) this computer, (2) this network, (3) all computers connected to this network, and (4) all devices
and storage media attached to this network or to a computer on this network. U.S. Government information systems are provided for the processing of official U.S.
Government information only. Unauthorized or improper use of this information system is prohibited and may subject you to disciplinary action, as well as civil and criminal
penalties. All data contained on U.S. Government information systems is owned by the U.S. Government and may, for the purpose of protecting the rights and property of the
U.S. Government, be monitored, intercepted, recorded, read, searched, copied, or captured in any manner and disclosed or used for any lawful government purpose at any
time. THERE IS NO RIGHT TO PRIVACY IN THIS SYSTEM. System personnel may give to law enforcement officials any potential evidence of crime found on U.S. Government
information systems. USE OF THIS SYSTEM BY ANY USER, AUTHORIZED OR UNAUTHORIZED, CONSTITUTES YOUR UNDERSTANDING AND CONSENT TO THIS MONITORING,
INTERCEPTION, RECORDING, READING, COPYING, OR CAPTURING AND DISCLOSURE.

Note: This system may contain Sensitive But Unclassified (SBU) data that requires specific data privacy handling.

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30205

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

10/31/25

$796.50******

**** SEVEN HUNDRED NINETY SIX AND 50/100 DOLLARS

NON-NEGOTIABLE

TO THE
ORDER OF

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/25/2025 | 2368 |

| Due Date | Terms |
|----------|-------|
| 10/25/2025 | Net 30 |

**Bill To**

Generations
Unit # 3518

PAID
2025

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Unit Cleaning | Refresh Clean after Carpets | 25.00 | 25.00T |
| | | Sales Tax | 6.20% | 1.55 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total** $26.55

**White Glove Cleaning**
17892 449th Ave
Hayti, SD 57241

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/1/2025 | 2381 |

| Due Date | Terms |
|----------|-------|
| 10/31/2025 | Net 30 |

PAID
2025

| Bill To |
|---------|
| Generations
Unit # |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| | Generations Mont... | Monthly Building Cleaning
Sales Tax | 700.00
6.20% | 700.00T
43.40 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total**   $743.40

**White Glove Cleaning**
17892 449th Ave
Hayti, SD 57241

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2025 | 2372 |

| Due Date | Terms |
|----------|-------|
| 10/30/2025 | Net 30 |

**Bill To**

Generations
Unit # 3503

PAID

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Unit Cleaning | | 25.00 | 25.00T |
| | | Sales Tax | 6.20% | 1.55 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total**   $26.55

30200

## GENERATIONS ON 1ST, LLC
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

10/31/25

$22.43*******

TO THE
ORDER OF     **** TWENTY TWO AND 43/100 DOLLARS

BLUEPEAK
PO BOX 5002
SIOUX FALLS, SD    57117-5002

NON-NEGOTIABLE

**bluepeak**

**Contact Us**
**www.mybluepeak.com**
**833-567-3987**


@HelloBluepeak

page 1 of 2

| | |
|---|---|
| **Account Number:** | 046789401 |
| **Billing Date:** | 10/08/25 |
| **Total Amount Due:** | **$37.43** |
| **Payment Due By:** | 11/01/25 |





**STATEMENT SUMMARY**

| | |
|---|---|
| Previous Balance | $74.86 |
| Payments and Adjustments | -$59.86 |
| New Charges | $22.43 |
| **Total Amount Due** | **$37.43** |

**NEW CHARGES SUMMARY**

| | |
|---|---|
| Monthly Service Charges | $22.00 |
| Taxes | $0.43 |
| **Total New Charges** | **$22.43** |

A late fee will be applied to your account if the amount of $37.43 is not received before 11/01/25. Payments received after 10/08/25 are not reflected on this statement.

Government taxes and fees are imposed by federal, state, and local governments. These charges may vary by the state and locality of your service address or services purchased and are subject to change from time to time.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices.  Your acknowledgement of this agreement is confirmed by your payment.

# It pays to have friends.

Refer your friends to Bluepeak and **get a $50 credit** on your bill when they sign up.

**mybluepeak.com/help/refer-a-friend**



*generations*

PAID
302.00

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30203

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

10/31/25

$385.00******

TO THE
ORDER OF   **** THREE HUNDRED EIGHTY FIVE AND 00/100 DOLLARS

THE FIRE GROUP
833 3RD ST SW STE #4
NEW BRIGHTON, MN   55112

NON-NEGOTIABLE

# Invoice

**The Fire Group, Inc.**
www.thefiregroupinc.com

1301 Corporate Center DriveSuite 180
Eagan, MN 55121
**Phone:**    (763) 232-6897

| Invoice Number |
| --- |
| 23575 |

| Invoice Date |
| --- |
| 10/14/2025 |



**Bill To:**   CP Business Management
PO Box 9379
Fargo, ND 58106

**Re:**   Generations
26 1st Ave SW
Watertown, SD 57201

| Job No | Customer Job No | Customer PO | Payment Terms | Due Date |
| --- | --- | --- | --- | --- |
| P24257 | | | Net 15 Days | 10/29/2025 |

| Date | Quantity | Description | Rate/Unit | Price |
| --- | --- | --- | --- | --- |
| 9/2/2025 | 1.00 | Annual Backflow Test and Inspection | 60.00 | 60.00 |
| | 2.00 | Additional Backflow Test and Inspection | 60.00 | 120.00 |
| | 1.00 | Annual Wet Fire Sprinkler System Inspection | 150.00 | 150.00 |
| | 1.00 | Travel | 55.00 | 55.00 |

\*\*Cold Weather Notice: NFPA 13 and 25 require the building owner to provide adequate heat to prevent the Fire Sprinkler System from freezing. A recent inspection does not verify heat sources are in working order.
For Dry Sprinkler Systems, it is recommended to drain all drum drips and auxiliary condensation drains before freezing weather sets in. Please contact our service manager if you would like this service performed.
\*\*AHJ Notice: Various municipalities require the inspection report be sent to the local authority having jurisdiction (AHJ). Agreement to have your inspection performed by our company, also grants permission for us to submit the inspection report, including any deficiencies to the AHJ. Customers are responsible for AHJ reporting fees.
\*\*Payments can be made by mailing a check or by calling our office to pay with a Credit Card (no fees assessed).
\*\*For questions or inquires regarding the work performed, contact our service manager, Tyrel
Phone: 605-351-3092 or E-mail: tyrel.kolbo@thefiregroupinc.com

| | | |
| --- | --- | --- |
| Subtotal | $ | 385.00 |
| Sales Tax (if applicable) | $ | 0.00 |
| **Total Due** | **$** | **385.00** |

\*\*If Sales Tax was charged and you are an
exempt entity, please email Exemption Certificate
to: angela.hinson@thefiregroupinc.com

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30204

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

10/31/25

$148.68*******

TO THE
ORDER OF     **** ONE HUNDRED FORTY EIGHT AND 68/100 DOLLARS

TRUGREEN
3334 9th Ave SW
Watertown, SD   57201

NON-NEGOTIABLE



**TRUGREEN.**
*Live life outside.™*

PROPERTY MOWING $140.00

(605) 882-0643

Customer # 90239
Invoice # 1951897
mcraig@cpbusmgt.com

Service Address
Generations
Mindy Craig
26 1st Ave SW
Watertown, SD 57201

COMMENTS:
Sept Mowing    Thank you!
9/10, 9/19, 9/24 +10/2

☐ DO NOT MOW FOR _____ HRS    ☐ RAISE MOWER HEIGHT
☐ DO NOT WATER FOR _____ HRS    ☐ KEEP CHILDREN AND PETS
☐ WATER LAWN MORE OFTEN             OFF LAWN FOR _____ HRS
☐ SHARPEN MOWER BLADE(S)
TIME: _____    DATE: 9/30
TECHNICIAN: RJ

Wind Direction
N
W — E
S

Wind Speed
☐ 0-5
☐ 6-10
☐ 11-15

Weather Conditions
Temperature

Please Stay Off Treated Lawns Dry or Light Damp Have Settled if a Granular Treatment

An independent business licensed to serve you by TruGreen Limited Partnership.

Today's Invoice Charge          140.00

WATERTOWN SALES TAX            8.68
Invoice Total                         148.68

**Please Remit      $148.68**

*Please pay within 10 days. If payment
has recently been made, please
disregard this statement. Thank you!*

PAID
30 day

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30201

10/31/25

$59.58********

TO THE
ORDER OF      **** FIFTY NINE AND 58/100 DOLLARS

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA    91716-0506

NON-NEGOTIABLE

MEMO: 6004-3002-0037-4038

MENARDS    WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in store credit voucher if the
return is done after 01/20/26

If you have questions regarding the
charges on your receipt, please
email us at:
HTWNfrontend@menards.com



Sale Transaction

18" REV. RUBBER PAVER
1790821    10  05.61          56.10

TOTAL                         56.10
TAX WATERTOWN-SD 6.2%          3.48
TOTAL SALE                    59.58
Menard Contractor Card 3679
                              59.58
Job # or Name :  0
  Auth Code:767894
  Chip Inserted
  a000000817002001
  ARQC - 6ec08f406b817efa



Generations
Patio

TOTAL NUMBER OF ITEMS =    10

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
3734

GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
herein and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, DEVIN

72086 05 5039    10/22/25  08:39AM 3097

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30202

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

10/31/25

$207.09******

TO THE
ORDER OF    **** TWO HUNDRED SEVEN AND 09/100 DOLLARS

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD    57201

NON-NEGOTIABLE

# Invoice

**George's Sanitation Inc.**

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 41406 |

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106



## JULY GARBAGE SERVICE (2025)

| Qua... | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

**We apologize for sending this invoice so late as we had to update our accounting software which ending up causing delays**

| Sales Tax (6.2.. | $24.18 |
|---|---|
| **Total** | **$414.18** |

PLEASE REFERENCE YOUR INVOICE # ON YOUR PAYMENT

A finance charge of 1.5% ($1.00 min) per month (18% annually) will be added to accounts over 30 days.

George's Sanitation Thanks You For Your Business.

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**

30207

$361.08******

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

10/31/25

**** THREE HUNDRED SIXTY ONE AND 08/100 DOLLARS

NON-NEGOTIABLE

TO THE
ORDER OF

XTREME FIRE PROECTION LLC
4102 N CLIFF AVE
SIOUX FALLS, SD    57104

# INVOICE



**Xtreme Fire Protection, LLC**

4102 N. Cliff Avenue
Sioux Falls, SD 57104

accounting@xtremefire.com

+1 (605) 357-3473

**Bill to**

CP Business Management

PO BOX 9379

Fargo, ND 58106

**Ship to**

CP Business Management

PO BOX 9379

Fargo, ND 58106

**Invoice details**

Invoice no.: 9135

Terms: Net 30

Invoice date: 10/15/2025

Due date: 11/14/2025



| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | Annual Inspection | Annual Fire Sprinkler Inspection & Backflow Prevention Testing (Completed 10/15/2025) Location: Generations 26 1st Avenue SW Watertown, SD | 1 | $340.00 | $340.00 |

| | | |
|---|---|---|
| Subtotal | | $340.00 |
| Sales tax | | $21.08 |
| **Total** | | **$361.08** |

## Ways to pay

VISA ● Mastercard ● Discover ● AMEX ● BANK ● PayPal ● venmo

Thank you for your business! We accept Credit Cards, ACH payments, PayPal, and checks can be sent to 4102 N. Cliff Avenue, Sioux Falls, SD 57104.

View and pay

30210

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

10/31/25                    $8,491.01***

TO THE
ORDER OF     **** EIGHT THOUSAND FOUR HUNDRED NINETY ONE AND 01/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

NON-NEGOTIABLE

**CP Business Management**

**2025**

Generations on 1st

PAID

| | | Invoice #: | 3010 |
|---|---|---|---|
| From: | 1-Oct | Invoice Date: | 10/31/2025 |
| To: | 31-Oct | Due Date: | 11/1/2025 |

| | | Gross Collected Rents | | Total |
|---|---|---|---|---|
| 5% | | Management Fee Collected funds | $82,899.65 | $4,144.98 |
| | | | | |
| | | | | |
| | | **Total Management Fee** | **$82,899.65** | **$4,144.98** |

| | Offsite Office | | Total |
|---|---|---|---|
| 7010 | Off Site Office Rent | | $1,312.50 |
| 7030 | Off Site Office Utilities | | $69.73 |
| 7040 | Off Site Office Supplies | | $158.71 |
| | **Total Offsite Office** | | **$1,540.94** |

| | Other Collected Income | | Total |
|---|---|---|---|
| | 3216 re-rental fee (remaining portion) | | $695.54 |
| | 3216 deposit overages | | $329.92 |
| | 3503 deposit overages | | $789.43 |
| 5800 | collected late fees | | $217.20 |
| | | | |
| | **Total Other Collected Income** | | **$2,032.09** |

| | Miscellaneous | | Total |
|---|---|---|---|
| 8004 | Misc Manager | | $200.00 |
| 8005 | Misc Prof. | | $500.00 |
| 7057 | Software Fee | | $73.00 |
| | **Total Miscellaneous** | | **$773.00** |

| | |
|---|---|
| **Total Management Fee** | $4,144.98 |
| **Total Offsite Office** | $1,540.94 |
| **Total Other Collected Income** | $2,032.09 |
| **Total Miscellaneous** | $773.00 |
| **Generations on 1st Total** | $8,491.01 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30198

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

10/31/25

$720.00******

TO THE
ORDER OF    **** SEVEN HUNDRED TWENTY AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

# Maintenance Hours

## 2025

**Maintenance Name:** *Doug Rodengen*

$32.00 Hourly Rate
From: 15-October
To: 31-October

**Generations on 1st**

Invoice #: 3019

Invoice Date: 10/31/2025
Due Date: 11/1/2025

PAID

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 10/14 | | 8:00 AM | 2:30 PM | 6:30: | garage metal piping cut down other items put into electrical room, shelf assembled in 2nd floor storage closet, 3212 in unit bubbled flooring, start patch work in trash rooms square cut outs in each room | $208.00 |
| 10/15 | | 12:00 PM | 1:15 PM | 1:15: | paint trash room square cut outs , looked at 3302 microwave | $40.00 |
| 10/16 | | 10:15 | 12:45 | 2:30: | repaint 5th floor trash chute square/adjust trash chute - look at door sizes for 2410 - riddles glass in building | $80.00 |
| 10/21 | | 8:00 | 2:30 PM | 6:30: | shopping cart from office taken to gen, patio furniture put in amenity room, reset pavers on patio per JC, menards run for more 3315 window look at from leak/new screen, vanity handle loose, 3503 heater check, 3411 window leak, | $208.00 |
| 10/24 | | 8:00 | 9:30 | 1:30: | sprinkler room pipe investigated, inventory 202 storage closet/organize | $48.00 |
| 10/24 | | 11:30 | 12:45 PM | 1:15: | gen garage overhead door issues | $40.00 |
| 10/28 | | 9:45 | 10:15 | 0:30: | measure pipe, left message for jondahl for quote | $16.00 |
| 10/29 | | 9:15 | 11:00 | 1:45: | heaters on, hallways, garage, stairwells, entry - batteries grabbed for some garage heaters | $56.00 |
| 10/31 | 3503 | 8:45 | 9:30 | 0:45: | adjusted pins in thermostats, bathroom door adjusted to latch/lock per check in list concerns | $24.00 |

| | | **Total Hours** | **22:30:** | | **Total Hourly Pay $32/hour** | **$720.00** |
|---|---|---|---|---|---|---|

Generations on 1st Paycheck : $720.00

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30197

10/31/25

$336.54******

**** THREE HUNDRED THIRTY SIX AND 54/100 DOLLARS

NON-NEGOTIABLE

TO THE
ORDER OF

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD   57201

**Alexis Burbach**

**2025**

From: 15-Oct
To: 31-Oct

Generations on 1st

**PAID 2025**

| Invoice #: | 3019 |
|---|---|
| Invoice Date: | 10/31/2025 |
| Due Date: | 11/1/2025 |

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 10/14 | | 1:00 PM | 1:30 PM | 0:30 | tenant concerns with microwave not working | $12.75 |
| 10/15 | | 13:30 | 14:15 | 0:45 | look over square patches in trash rooms done, look over 2nd floor storage closet that doug did, grab putty for maintenance | $19.13 |
| 10/16 | | 10:30 AM | 11:15 AM | 0:45 | walk through units with riddles glass for measurements | $19.13 |
| 10/16 | | 12:00 PM | 12:30 PM | 0:30 | meet riddles glass at gen again for patio window measurements from outside | $12.75 |
| 10/21 | | 12:30 | 13:30 | 1:00 | check on maintenance done, walk building | $25.50 |
| 10/22 | | 15:30 | 4:30 PM | 1:00 | gen memos out, 3303 heater not kicking on reset breaker, 3216 calls/bank update call | $25.50 |
| 10/23 | | 10:30 AM | 1:30 PM | 3:00 | calls galore overhead door not working, garage company called, meet at building, riddles glass update, painter update 3410 | $76.50 |
| 10/23 | | 2:00 PM | 3:30 PM | 1:30 | maintenance update, doug call, dave in unit 3302 for microwave maintenance, talk with garage guys, tenant messages updated on garage working again | $38.25 |
| 10/24 | | 12:45 | 1:15 PM | 0:30 | garage door memo | $12.75 |
| 10/27 | | 15:00 | 15:30 | 0:30 | memos for a few tenants, 3204 talked with on window looked at again in unit with riddles, | $12.75 |
| 10/28 | | 12:00 PM | 12:45 PM | 0:45 | riddles glass in all broken window units | $19.13 |
| 10/30 | | 4:30 PM | 5:00 PM | 0:30 | meet northeast overhead door at building for their mess up | $12.75 |

| | | **Total Hours** | **11:15** | | **Total Hourly Pay $25.50/hour** | **$286.89** |
|---|---|---|---|---|---|---|

| Date | Unit | Start | End | Total Hours | Maintenance | |
|---|---|---|---|---|---|---|
| 10/30 | 3301 | 6:00 PM | 7:00 PM | 1:00 | tighten all thermostats in bedrooms/living rooms, get living window to latch ar | $30.00 |

| | | **Total Hours** | **1:00** | | **Total Maintenance  $30/hour** | **$30.00** |
|---|---|---|---|---|---|---|

| Date | Unit | | Reimbursement | | |
|---|---|---|---|---|---|
| | | | | **Total Reimbursement** | **$0.00** |

| Date | Unit | Commission | |
|---|---|---|---|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | **Total Commissions** | **$0.00** |

| | |
|---|---|
| Generations Total Hours Amount: | $286.89 |
| Generations Total Painting Amount: | $30.00 |
| Generations Total Reimbursements: | $0.00 |
| Generations Subtotal: | $316.89 |
| Generations Sales Tax (6.2%): | $19.65 |
| Generations Total Commissions: | $0.00 |
| Generations Total Paycheck Amount: | $336.54 |

OPERATIONS ON 1ST, LLC
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30209

11/02/25

$39,667.00**

**** THIRTY NINE THOUSAND SIX HUNDRED SIXTY SEVEN AND 00/100 DOLLARS

TO THE
ORDER OF

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

MEMO: Loan Payment

NON-NEGOTIABLE

Case 25-30002   Doc 218   Filed 10/18/25   Entered 10/18/25 16:04:16   Desc Main
Document   Page 5 of 12

4.      <u>Impermissible Uses of Cash Collateral</u>. The Debtors will not use any of the Bank's
cash collateral to pay items:

      i.      Not contained in the Budgets except as approved by the Bankruptcy Court
after written notice to the Bank and a hearing or after written request to the
Bank and the Bank's written consent; or

      ii.      In excess of one hundred ten percent (110%) of the amount set forth in the
Budget, in the aggregate from the Petition Date.

5.      <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate
protection for use of the Banks' cash collateral and post-petition cash generated from rents or other
cash sources of income, the Parties request:

      i.      Pre-Petition Rents held by the VerStandig Law Firm, LLC Attorney Trust
Account are considered to be cash collateral and subject to the constraints
of the Budgets. Debtors waive and release any claim against the Bank that
the Pre-Petition Rents remitted under this paragraph 5(i) or paragraph 10
below are property of the estate or that the Bank did not have a properly
perfected lien in these specific monies, to the extent of any allowed claims
of the Bank.

      ii.      Parkside will pay the sum of $19,267 on the 15th day of each month to be
applied to debt service.

      iii.      Generations will pay the sum of $39,667 on the 15th day of each month to
be applied to debt service.

      iv.      The adequate protection payments to the Bank set forth in this paragraph
5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30195

10/28/25        $3,149.71***

TO THE
ORDER OF

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

**** THREE THOUSAND ONE HUNDRED FORTY NINE AND 71/100 DOLLARS

NON-NEGOTIABLE

 **Liberty Mutual.** INSURANCE    Summary

  **844-961-0334** M-F, 8AM-8PM (EST) 

# Billing Portal

| | | | |
|---|---|---|---|
| Account #: | **********4025 | Payment: | $0.00 |
| Account of: | THE RUINS LLC | Account balance: | $66,981.51 |
| | GENERATIONS ON 1ST LLC | | |
| | PARKSIDE LLC | **Pay Now** | |
| Policies on account: | BKS******** | | |

ⓘ  **Welcome to Express Payment where you can make a one-time payment without signing into your profile.**

To access all online capabilities, click here to login or create a new user profile.

# Confirmation

*PAID* *30R5*

| | | |
|---|---|---|
| Confirmation # | D0004X145 | *Ruins: 28.37%* |
| Date/time | 10/28/2025 11:21 AM EDT | *$2982.80* |
| Payment method | Credit/Debit card | |
| Total Payment | $7,773.79 on Mastercard ending in 4149 | *Park: 21.113%* |
| | | *$1,641.28* |
| Payment Amount | $7,584.19 | |
| Payment Service Fee | $189.60 | *Gen: 40.517%* |
| Saved payment account for future use | No | *$3,149.71* |

[ **Return to Summary** ]

A confirmation receipt has been sent to the email address on file.

30196

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

10/31/25

$3,285.00***

TO THE
ORDER OF   **** THREE THOUSAND TWO HUNDRED EIGHTY FIVE AND 00/100 DOLLARS

JESSE CRAIG
1405 1ST AVE N
FARGO, ND   58102

NON-NEGOTIABLE

**JESSE CRAIG**

*GENERATIONS ON 1ST*

**2025**

| | |
|---|---|
| From: | 1-Oct |
| To: | 31-Oct |

| | |
|---|---|
| Invoice #: | 5010 |
| Invoice Date: | 10/31/2025 |
| Due Date: | 11/1/2025 |

| | | | Total |
|---|---|---|---|
| 73 | Manager oversite $45/unit | $45.00 | $3,285.00 |
| | | $45.00 | $3,285.00 |

Please make checks payable to Jesse Craig no later than 11/1/2025

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30192

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

10/14/25

$199.14******

TO THE
ORDER OF   **** ONE HUNDRED NINETY NINE AND 14/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD   57201

NON-NEGOTIABLE

## Alexis Burbach

*Generations on 1st*

**2025**

From: 1-Oct
To: 15-Oct

Invoice #: 3018
Invoice Date: 10/15/2025
Due Date: 10/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 10/2 | | 11:00 AM | 12:15 PM | 1:15 | move in inspection done 3315, cleaners contacted, walk building, garage items put back into place | $31.88 |
| 10/4 | | 17:00 | 18:00 | 1:00 | hand keys over to 3315 for move in | $25.50 |
| 10/6 | | 2:00 PM | 2:15 PM | 0:15 | 3315 upset about lady bugs went over to make sure windows are secured, coming from AC | $6.38 |
| 10/6 | | 4:15 PM | 5:15 PM | 1:00 | garage clean up, 2nd floor amenity room cleaned up, 2nd set of keys given to 3315 | $25.50 |
| 10/7 | | 11:45 | 12:15 | 0:30 | walk through with JC | $12.75 |
| 10/11 | | 11:00 | 12:00 PM | 1:00 | messages from 3404 and 3503 | $25.50 |

PAID
20092

| | | | Total Hours | 5:00 | | Total Hourly Pay $25.50/hour | $127.51 |
|---|---|---|---|---|---|---|---|

| Date | Unit | Start | End | Total Hours | Maintenance | |
|---|---|---|---|---|---|---|
| 10/8 | 3302 | 1:45 PM | 2:15 PM | 0:30 | light switch swap in fridge- booger to get out | $15.00 |
| 10/9 | 3501 | 1:00 PM | 1:30 PM | 0:30 | electrical issues in livingroom, breaker tripped, everything working again | $15.00 |
| 10/13 | 3503 | 2:30 PM | 3:30 PM | 1:00 | tighten themostats, unplug bathroom sink drain | $30.00 |
| | | Total Hours | 2:00 | | Total Maintenance  $30/hour | $60.00 |

| Date | Unit | Reimbursement | |
|---|---|---|---|
| | | Total Reimbursement | $0.00 |

| Date | Unit | Commission | |
|---|---|---|---|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | Total Commissions | $0.00 |

| | |
|---|---|
| Generations Total Hours Amount: | $127.51 |
| Generations Total Painting Amount: | $60.00 |
| Generations Total Reimbursements: | $0.00 |
| Generations Subtotal: | $187.51 |
| Generations Sales Tax (6.2%): | $11.63 |
| Generations Total Commissions: | $0.00 |
| Generations Total Paycheck Amount: | $199.14 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30194

10/14/25

$30.00********

TO THE
ORDER OF        **** THIRTY AND 00/100 DOLLARS

JORDAN BERNDT
216 2ND ST NE
WATERTOWN, SD     57201

NON-NEGOTIABLE

**Maintenance Hours**

**2025**

**Maintenance Name:** *Jordan Berndt*

$30.00  Hourly Rate
From:  1-October
To:  15- Oct

*Generations on 1st*

Invoice #:  3018

Invoice Date:  10/15/2025
Due Date:  1016/2025

| Date | Unit | Start | End | | Scope of Work | |
|------|------|-------|-----|------|----------------|------|
| 10/2 | 3310 | 7:00 PM | 8:00 PM | 1:00: | AC replacement | $30.00 |

PAID
50194

| | | Total Hours | 1:00: | | Total Hourly Pay $30/hour | $30.00 |
|---|---|---|---|---|---|---|
| | | | | | Generations on 1st Paycheck : | $30.00 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30193

10/14/25

$144.00******

TO THE
ORDER OF     **** ONE HUNDRED FORTY FOUR AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

## Maintenance Hours
## 2025
## Maintenance Name: *Doug Rodengen*

$32.00 Hourly Rate
From: 1-October
To: 15-October

*Generations on 1st*

Invoice #: 3018-2

Invoice Date: 10/15/2025
Due Date: 10/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 10/9 | | 8:00 AM | 12:30 PM | 4:30: | 3305 door stopper, 33 caulk windows, 3405 entry door, clean out garage drains, 3401 looked at master bath fan/vent leak, 3411 all doors latching, 3218 caulked exterior bedroom window fixed trim | $144.00 |

PAID
30193

| | Total Hours | 4:30: | | Total Hourly Pay $32/hour | $144.00 |
|---|---|---|---|---|---|
| | | | | Generations on 1st Paycheck : | $144.00 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30190

10/08/25

$38,247.49**

TO THE
ORDER OF     **** THIRTY EIGHT THOUSAND TWO HUNDRED FORTY SEVEN AND 49/100 DOLLARS

CODINGTON COUNTY TREASURER
14 1ST AVE SE
WATERTOWN, SD    57201

NON-NEGOTIABLE

**CODINGTON COUNTY TREASURER**
Official Real Estate Tax Notice
14 FIRST AVENUE S.E. * WATERTOWN, SD 57201
(605) 882-6285

2024 TAXES DUE AND PAYABLE IN 2025

EXHIBIT
IV1063

e374.58/mo
2024 - 8963

Legal:    Sch: 14-4     S/T/R:              Acres/Lots: .00              Record#: 9580
WATERTOWN CITY  GENERATIONS ON 1ST ADD
GENERATIONS ON 1ST ADD
26 1 AVE SW

Taxes In
Name Of

GENERATIONS ON 1ST LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 38,247.49 |
| **Second Half** | 38,247.49 |
| **TOTAL** | 76,494.98 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 70,748 | 68,201 | 2.525 | 172.22 |
| WATERTOWN SCHOOL Non-Ag | 70,748 | 68,201 | 9.478 | 646.41 |
| WATERTOWN CITY | 70,748 | 68,201 | 1.691 | 115.33 |
| EAST DAKOTA WATER | 70,748 | 68,201 | 0.020 | 1.36 |
| TAX INCREMENT 13 NA | 70,748 | 5,509,673 | 13.714 | 75,559.66 |

Escrow: $32,783.58
↳ move to checking  10/8/25

Pay Full Amt $ 38,247.49  10/8/25



PAID
30190

NA: 76494.98

| TOTAL: | 76,494.98 |
|---|---|

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⇩  Please detach stubs and return with your payment  ⇩              ⇩  Please detach stubs and return with your payment  ⇩

CODINGTON