UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.:  25-30002 |
|---|---|
| Generations on 1st LLC, | Chapter 11 |
| Debtor. | |
| In Re: | Case No. 25-30003 |
| Parkside Place LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

**NOTES ACCOMPANYING OCTOBER MONTHLY
OPERATING REPORT FOR PARKSIDE PLACE, LLC**

1.      **Cash Balance Beginning of the Month.** At the beginning of the month, the Debtor maintained $87,741.88 in its checking account and $73,500.00 in it IOLTA account, resulting in a total cash balance of $161,241.88.

2.      **Cash Balance End of Month.** The cash balance reported on the Monthly Operating Report is $152,865. This balance comprises $79,365.44 in its checking account and $73,500.00 in its IOLTA account.

3.      **Accounts Receivable.** The reported accounts receivable balance includes charges for a late fee.

4.      **New Leases Signed, Short Cancel Notification, and Lease Ended.** There were no move-outs, new lease agreements, short-term cancellations, or evictions during the month of October. The Debtor issued notice to vacate to the tenant in Unit #2208, effective immediately; the tenant remains responsible for rent through December 31, 2025, and has agreed to continue making payments until the unit is re-rented or that date, whichever occurs first. Additionally, a notice to vacate was received from the tenant in Unit #2305, with a scheduled move-out date of

1

December 31, 2025.

5.      **Real Estate Tax Disbursement and Escrow.** In October, the Debtor utilized funds from the tax escrow account to remit payment for the second half of real estate taxes, which were due on October 31, 2025. As a result, the cash flow statement reflects a significant real estate tax disbursement. However, this amount was fully budgeted and accumulated through monthly escrow contributions made throughout the reporting period. The updated tax statement has not yet been received; therefore, the Debtor will continue escrowing the same monthly amount and adjust future contributions once the new tax assessment is available.

6.      **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly set off by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

**Balance Sheet**

Owner =  PARKSIDE PLACE (all properties)
Month = Oct 2025
Book = Cash

| ACCOUNT | | CURRENT BALANCE |
|---|---|---|
| 1112 | Parkside Apartment DIP Checking | 69,875.30 |
| **1150** | **Total DIP Checking Account** | **69,875.30** |
| | | |
| 1151 | TIF Value | 1,463,012.38 |
| 1152 | Parkside Security Deposit DIP Savings Acct | 40,124.48 |
| 1155 | The Dakota Bankruptcy Firm Trust | 73,500.00 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 6,870,000.00 |
| 1630 | Appliances/AC | 205,000.00 |
| 1700 | Land | 425,000.00 |
| 1710 | Total Property and Equipment | 7,500,000.00 |
| | | |
| **1990** | **Total Assets** | **9,146,512.16** |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | Liabilities | |
| 2112 | Parkside Security Deposits DIP Acct | 40,124.48 |
| 2700 | Mortgage 1st | 5,039,386.84 |
| 2705 | TIF Mortgage | 1,463,012.38 |
| 2990 | Total Liabilities | 6,462,274.74 |
| | | |
| 3000 | Capital | |
| 3200 | Owner Contribution | 2,928.40 |
| 3800 | Retained Earnings | 2,681,309.02 |
| 3890 | Total Capital | 2,684,237.42 |
| | | |
| **3990** | **Total Liabilities & Capital** | **9,146,512.16** |

11/14/2025 1:49 PM

### 12 Months Cash Flow Statement

Owner =  PARKSIDE PLACE (all properties)

Month = Oct 2025

Book = Cash

| ACCOUNT | | Oct 2025 | Total |
|---|---|---:|---:|
| **4000** | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 40,703.00 | 40,703.00 |
| 4301 | CAM | 786.19 | 786.19 |
| 4710 | Less: Incentives | -50.00 | -50.00 |
| 4715 | Less:  HME Incentives | -265.00 | -265.00 |
| 4730 | Less: Vacancy | -1,025.00 | -1,025.00 |
| 4810 | Plus: Prepaid Rent/HOA | -799.30 | -799.30 |
| 4990 | Net Rent/HOA Income | 39,349.89 | 39,349.89 |
| | | | |
| 5990 | Total Income | 39,349.89 | 39,349.89 |
| | | | |
| **6000** | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6210 | Repairs/Maintenance | 504.13 | 504.13 |
| 6220 | Painting/Decorating | -669.00 | -669.00 |
| 6250 | Appliances/Laundry | 1,249.19 | 1,249.19 |
| 6260 | Resident Manager | 440.08 | 440.08 |
| 6290 | Janitorial | 948.03 | 948.03 |
| 6990 | Total Maintenance Expenses | 2,472.43 | 2,472.43 |
| | | | |
| 7000 | Operating Expenses | | |
| 7010 | Offsite Office Rent | 1,312.50 | 1,312.50 |
| 7030 | Offsite Office Utilities | 69.73 | 69.73 |
| 7040 | Offsite Office Equip/Supplies | 158.71 | 158.71 |
| 7057 | Software Fee | 38.00 | 38.00 |
| 7130 | Internet & Phone Costs/Service | 229.27 | 229.27 |
| 7400 | Property Management | 2,005.96 | 2,005.96 |
| 7420 | Real Estate Taxes | 20,711.62 | 20,711.62 |
| 7440 | Insurance | 1,641.28 | 1,641.28 |

11/14/2025 1:49 PM

**12 Months Cash Flow Statement**

Owner =  PARKSIDE PLACE (all properties)

Month = Oct 2025

Book = Cash

| ACCOUNT | | Oct 2025 | Total |
|---|---|---:|---:|
| 7800 | Electricity-Vacant | -7.39 | -7.39 |
| 7801 | Electricity-Building | 286.06 | 286.06 |
| 7861 | Gas-Building | 195.95 | 195.95 |
| 7870 | Water & Sewer | 1,867.76 | 1,867.76 |
| 7880 | Garbage | 207.09 | 207.09 |
| 7990 | Total Operating Expenses | 28,716.54 | 28,716.54 |
| | | | |
| 8001 | Other Expenses | | |
| 8004 | Misc. PM Fees | 200.00 | 200.00 |
| 8005 | Misc Professional Fees | 250.00 | 250.00 |
| 8006 | Manager Oversite $45/unit | 1,755.00 | 1,755.00 |
| 8020 | Total Other Expenses | 2,205.00 | 2,205.00 |
| | | | |
| 8990 | Total Expenses | 33,393.97 | 33,393.97 |
| | | | |
| **9090** | **NET INCOME** | **5,955.92** | **5,955.92** |
| | | | |
| | ADJUSTMENTS | | |
| 1132 | Parkside Real Estate Tax Escrow | 17,753.00 | 17,753.00 |
| 2700 | Mortgage 1st | -14,500.00 | -14,500.00 |
| | | | |
| | TOTAL ADJUSTMENTS | 3,253.00 | 3,253.00 |
| | | | |
| | CASH FLOW | 9,208.92 | 9,208.92 |



# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 10/31/2025**

PARKSIDE PLACE LLC                    Page 1 of 6
Customer Number

>001471 7552493 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379




### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | | $79,365.44 |

## ND STAR CHECKING -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2025 | Beginning Balance | **$87,741.88** |
| | 18 Credit(s) This Period | $40,408.19 |
| | 18 Debit(s) This Period | $48,784.63 |
| 10/31/2025 | Ending Balance | **$79,365.44** |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 10/03/2025 | CPBUSINESSMANAGE Settlement 000025100243054 | $970.00 |
| 10/03/2025 | CP BUSINESS MANA ParkRentCA XXXXX6888 | $4,569.19 |
| 10/03/2025 | CP BUSINESS MANA ParkRent XXXXX6888 | $7,045.00 |
| 10/06/2025 | YARDI CARD DEP 1112Transf XXXXX1268 | $1,025.00 |
| 10/06/2025 | YARDI CARD DEP 1112Transf XXXXX1629 | $1,025.00 |
| 10/06/2025 | CPBUSINESSMANAGE Settlement 000025113941174 | $1,025.00 |
| 10/07/2025 | YARDI CARD DEP 1112Transf XXXXX5661 | $3,035.00 |
| 10/07/2025 | CPBUSINESSMANAGE Settlement 000025137806514 | $5,060.00 |
| 10/08/2025 | YARDI CARD DEP 1112Transf XXXXX3542 | $1,025.00 |
| 10/08/2025 | CPBUSINESSMANAGE Settlement 000025155655006 | $2,050.00 |
| 10/08/2025 | EDEPOSIT | $2,050.00 |
| 10/09/2025 | YARDI CARD DEP 1112Transf XXXXX9588 | $1,965.00 |
| 10/10/2025 | CPBUSINESSMANAGE Settlement 000025196424182 | $1,025.00 |
| 10/10/2025 | xfer from 2258 to 8688 - Oct rents. wagner, 2204, 2406, 2307 | $4,115.00 |
| 10/14/2025 | xfer from 8658 to 8688 - 2411 980  Hawbar deposit | $980.00 |
| 10/15/2025 | CPBUSINESSMANAGE Settlement 000025216077034 | $1,025.00 |
| 10/28/2025 | YARDI CARD DEP 1112Transf XXXXX4639 | $1,155.00 |
| 10/28/2025 | EDEPOSIT | $1,244.00 |




Member
FDIC
EQUAL HOUSING LENDER

PARKSIDE PLACE LLC                    Statement Ending 10/31/2025                    Page 2 of 6

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| | DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | | |
| | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE.

028307 1014604 0000000 071829 143658 01/03

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 10/31/2025**

PARKSIDE PLACE LLC                                      Page 3 of 6
Customer Number:

## ND STAR CHECKING -                    (continued)

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 20144 | 10/03/2025 | $115.00 | 20153 | 10/07/2025 | $111.51 | 20159 | 10/15/2025 | $2,459.78 |
| 20146* | 10/01/2025 | $1,755.00 | 20154 | 10/08/2025 | $494.05 | 20160 | 10/08/2025 | $5,183.20 |
| 20149* | 10/06/2025 | $194.35 | 20155 | 10/17/2025 | $415.00 | 20161 | 10/17/2025 | $20,711.62 |
| 20150 | 10/21/2025 | $32.00 | 20156 | 10/09/2025 | $174.30 | 20162 | 10/20/2025 | $121.86 |
| 20151 | 10/07/2025 | $247.51 | 20157 | 10/15/2025 | $14,500.00 | 20163 | 10/23/2025 | $176.00 |
| 20152 | 10/14/2025 | $27.37 | 20158 | 10/09/2025 | $424.80 | 20164 | 10/28/2025 | $1,641.28 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10/01/2025 | $85,986.88 | 10/09/2025 | $109,906.35 | 10/20/2025 | $78,815.72 |
| 10/03/2025 | $98,476.07 | 10/10/2025 | $115,046.35 | 10/21/2025 | $78,783.72 |
| 10/06/2025 | $101,356.72 | 10/14/2025 | $115,998.98 | 10/23/2025 | $78,607.72 |
| 10/07/2025 | $109,092.70 | 10/15/2025 | $100,064.20 | 10/28/2025 | $79,365.44 |
| 10/08/2025 | $108,540.45 | 10/17/2025 | $78,937.58 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

PARKSIDE PLACE LLC                                    Statement Ending 10/31/2025                                    Page 4 of 6



#20144        10/03/2025        $115.00          #20146        10/01/2025        $1,755.00

#20149        10/06/2025        $194.35          #20150        10/21/2025        $32.00

#20151        10/07/2025        $247.51          #20152        10/14/2025        $27.37

#20153        10/07/2025        $111.51          #20154        10/08/2025        $494.05

#20155        10/17/2025        $415.00          #20156        10/09/2025        $174.30

028307 1014604 0000000 071830 143660 02/03



**Starion Bank**

PO Box 848
Mandan, ND 58554

*Statement Ending 10/31/2025*

*PARKSIDE PLACE LLC*      *Page 5 of 6*

*Customer Number.*





| #20157 | 10/15/2025 | $14,500.00 |
| --- | --- | --- |

| #20158 | 10/09/2025 | $424.80 |
| --- | --- | --- |





| #20159 | 10/15/2025 | $2,459.78 |
| --- | --- | --- |

| #20160 | 10/08/2025 | $5,183.20 |
| --- | --- | --- |





| #20161 | 10/17/2025 | $20,711.62 |
| --- | --- | --- |

| #20162 | 10/20/2025 | $121.86 |
| --- | --- | --- |





| #20163 | 10/23/2025 | $176.00 |
| --- | --- | --- |

| #20164 | 10/28/2025 | $1,641.28 |
| --- | --- | --- |

PARKSIDE PLACE LLC                    Statement Ending 10/31/2025                    Page 6 of 6

Starionbank.com

028307 1014604 0000000 071831 143662 03/03

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 11/02/2025**

*PARKSIDE PLACE LLC*                                    *Page 1 of 2*
Customer Number:

>000428 7533741 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379



### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | | $39,089.48 |

## REGULAR SAVINGS NON PERS -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2025 | Beginning Balance | $40,069.48 |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | $980.00 |
| 11/02/2025 | Ending Balance | $39,089.48 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/01/2025 | Beginning Balance | | | $40,069.48 |
| 10/14/2025 | xfer from 8658 to 8688 - 2411 980 | $980.00 | | $39,089.48 |
| 11/02/2025 | Ending Balance | | | $39,089.48 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |




EQUAL HOUSING LENDER    **Member FDIC**

PARKSIDE PLACE LLC                      Statement Ending 11/02/2025                      Page 2 of 2

---

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | | |
|---|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | | |
| ADD | | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | | |
| | | | | |
| | | | | |
| SUB TOTAL | | $ | | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | | |
| NUMBER | AMOUNT | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL CHECKS NOT LISTED | → | | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE    BALANCE | | $ | | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

034398 1014442 0000000 066886 133772 01/01

**PARKSIDE DIP APT**
Bank Rec In-Progress Report

---

| Balance Per Bank Statement as of 10/31/2025 | | | **79,365.44** |
|---|---|---|---|

**Outstanding Deposits**

| Deposit Date | Deposit Number | | Amount |
|---|---|---|---|
| 10/31/2025 | 326 | :CC Deposit | 2,050.00 |
| 10/31/2025 | 325 | :ACH Deposit | 1,025.00 |
| **Plus: Outstanding Deposits** | | | **3,075.00** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 05/31/2025 | 20076 | ELITE DRAIN & SEWER | 283.55 |
| 07/15/2025 | 20109 | BRADLEY WARNS | 204.25 |
| 10/31/2025 | 20165 | JESSE CRAIG | 1,755.00 |
| 10/31/2025 | 20166 | Alexis Burbach | 318.22 |
| 10/31/2025 | 20167 | DOUG RODENGEN | 411.13 |
| 10/31/2025 | 20168 | BLUEPEAK | 229.27 |
| 10/31/2025 | 20169 | GEORGES SANITATION | 207.09 |
| 10/31/2025 | 20170 | HOMEMAKER'S VILLA | 1,249.19 |
| 10/31/2025 | 20171 | WHITE GLOVE CLEANING | 1,248.03 |
| 10/31/2025 | 20172 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,366.24 |
| 10/31/2025 | 20175 | CP BUSINESS MANAGEMENT | 4,435.10 |
| **Less: Outstanding Checks** | | | **12,707.07** |

**Other Items**

| Date | Notes | | Amount |
|---|---|---|---|
| 01/31/2025 | JE 4027 | RE Tax Escrow (payable 4/31) | -6,903.87 |
| 02/15/2025 | JE 4028 | RE Tax Escrow (payable 4/31) | -3,950.00 |
| 03/15/2025 | JE 4029 | RE Tax Escrow (payable 4/31) | -6,903.87 |
| 05/15/2025 | JE 4143 | :PostRecurring RE Tax Escrow (payable 10 | -2,958.80 |
| 07/15/2025 | JE 4200 | :PostRecurring RE Tax Escrow (payable 10 | -2,958.80 |
| 08/15/2025 | JE 4225 | :PostRecurring RE Tax Escrow (payable 10 | -2,958.80 |
| 09/01/2025 | RC 33513 | Returned item ZACHARY REUSCHLEIN | -330.60 |
| 09/15/2025 | JE 4233 | :PostRecurring RE Tax Escrow (payable 10 | -2,958.80 |
| 10/08/2025 | JE 4237 | move RE Tax escrow to Checking. | 17,753.00 |
| **Plus / Minus: Other Items** | | | **-12,170.54** |
| **Reconciled Bank Balance** | | | **57,562.83** |

| Balance per GL as of 10/31/2025 | | | 69,875.30 |
|---|---|---|---|
| **Reconciled Balance Per G/L** | | | **69,875.30** |

| **Difference** | | | **-12,312.47** |
|---|---|---|---|

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/31/2025 | 20003 | ACTIVE HEATING INC | 329.22 | 02/28/2025 |
| 01/31/2025 | 20004 | Alexis Burbach | 755.16 | 02/28/2025 |
| 01/31/2025 | 20005 | BLUEPEAK | 247.63 | 02/28/2025 |
| 01/31/2025 | 20006 | CP BUSINESS MANAGEMENT | 19.13 | 02/28/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| 01/31/2025 | 20007 | GLASS PRODUCTS | 334.16 | 02/28/2025 |
| 01/31/2025 | 20008 | JAXON SCHMIDT | 120.00 | 02/28/2025 |
| 01/31/2025 | 20009 | SETHS SCAPES | 260.19 | 02/28/2025 |
| 01/31/2025 | 20010 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,392.90 | 02/28/2025 |
| 01/31/2025 | 20011 | Mindy Craig | 11.25 | 02/28/2025 |
| 01/31/2025 | 20013 | CP BUSINESS MANAGEMENT | 984.48 | 02/28/2025 |
| 01/31/2025 | 20014 | JESSE CRAIG | 849.03 | 02/28/2025 |
| 01/31/2025 | 20015 | CP BUSINESS MANAGEMENT | 38.00 | 02/28/2025 |
| 01/29/2025 | 20002 | Mindy Craig | 1,748.74 | 02/28/2025 |
| 02/12/2025 | 20012 | RED RIVER STATE BANK | 14,500.00 | 02/28/2025 |
| 02/27/2025 | 20016 | CP BUSINESS MANAGEMENT | 1,741.90 | 02/28/2025 |
| 02/28/2025 | 20017 | BRIANS GLASS AND DOOR | 175.00 | 03/31/2025 |
| 02/28/2025 | 20018 | GEORGES SANITATION | 207.09 | 03/31/2025 |
| 02/28/2025 | 20019 | DAKOTA CLEAN LLC | 159.30 | 03/31/2025 |
| 02/28/2025 | 20020 | WHITE GLOVE CLEANING | 424.80 | 03/31/2025 |
| 02/28/2025 | 20021 | Alexis Burbach | 894.85 | 03/31/2025 |
| 02/28/2025 | 20022 | BLUEPEAK | 247.63 | 03/31/2025 |
| 02/28/2025 | 20023 | JAXON SCHMIDT | 94.88 | 03/31/2025 |
| 02/28/2025 | 20024 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 1,889.21 | 03/31/2025 |
| 02/28/2025 | 20025 | CP BUSINESS MANAGEMENT | 4,275.13 | 03/31/2025 |
| 02/28/2025 | 20026 | JESSE CRAIG | 1,755.00 | 03/31/2025 |
| 02/28/2025 | 20028 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,922.06 | 03/31/2025 |
| 02/28/2025 | 20029 | LIBBY BURGHARDT | 262.50 | 03/31/2025 |
| 03/05/2025 | 20027 | RED RIVER STATE BANK | 14,500.00 | 03/31/2025 |
| 03/14/2025 | 20030 | JOHNSON | 300.00 | 03/31/2025 |
| 03/14/2025 | 20031 | NEWMAN | 943.50 | 03/31/2025 |
| 03/18/2025 | 20032 | CP BUSINESS MANAGEMENT | 1,699.41 | 03/31/2025 |
| 03/28/2025 | 20033 | JESSE CRAIG | 1,755.00 | 04/30/2025 |
| 03/31/2025 | 20034 | Alexis Burbach | 277.58 | 04/30/2025 |
| 03/31/2025 | 20035 | BLUEPEAK | 247.63 | 04/30/2025 |
| 03/31/2025 | 20036 | Capital One Commercial | 2.29 | 04/30/2025 |
| 03/31/2025 | 20037 | GEORGES SANITATION | 207.09 | 04/30/2025 |
| 03/31/2025 | 20038 | IKES WINDOW WASHING | 116.82 | 04/30/2025 |
| 03/31/2025 | 20039 | JAXON SCHMIDT | 120.00 | 04/30/2025 |
| 03/31/2025 | 20040 | SIGN PRO | 116.10 | 04/30/2025 |
| 03/31/2025 | 20041 | TURFWURX PROPERTY MAINTENANCE | 124.79 | 04/30/2025 |
| 03/31/2025 | 20042 | WHITE GLOVE CLEANING | 504.45 | 04/30/2025 |
| 03/31/2025 | 20043 | AUTOMATIC BUILDING CONTROLS | 923.94 | 04/30/2025 |
| 03/31/2025 | 20044 | Alexis Burbach | 497.55 | 04/30/2025 |
| 03/31/2025 | 20046 | CP BUSINESS MANAGEMENT | 5,173.20 | 04/30/2025 |
| 03/31/2025 | 20047 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,566.49 | 04/30/2025 |
| 03/31/2025 | 20045 | SCHUMACHER | 477.58 | 04/30/2025 |
| 03/31/2025 | 20050 | CP BUSINESS MANAGEMENT | 40.70 | 04/30/2025 |
| 04/10/2025 | 20048 | RED RIVER STATE BANK | 14,500.00 | 04/30/2025 |
| 04/14/2025 | 20049 | CODINGTON COUNTY TREASURER | 20,711.62 | 04/30/2025 |
| 04/16/2025 | 20051 | Alexis Burbach | 101.55 | 04/30/2025 |
| 04/16/2025 | 20052 | JAXON SCHMIDT | 45.00 | 04/30/2025 |
| 04/28/2025 | 20053 | CP BUSINESS MANAGEMENT | 1,741.90 | 04/30/2025 |
| 04/30/2025 | 20054 | BLUEPEAK | 247.77 | 05/30/2025 |
| 04/30/2025 | 20055 | Capital One Commercial | 30.83 | 05/30/2025 |
| 04/30/2025 | 20056 | DAKOTA CLEAN LLC | 1,375.29 | 05/30/2025 |
| 04/30/2025 | 20057 | ELITE DRAIN & SEWER | 283.55 | 05/30/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 04/30/2025 | 20058 | GEORGES SANITATION | 207.09 | 05/30/2025 |
| 04/30/2025 | 20059 | LARRYS LUMBER, INC | 223.02 | 05/30/2025 |
| 04/30/2025 | 20060 | TURFWURX PROPERTY MAINTENANCE | 217.71 | 05/30/2025 |
| 04/30/2025 | 20061 | U.S. TRUSTEES | 339.00 | 05/30/2025 |
| 04/30/2025 | 20062 | WHITE GLOVE CLEANING | 451.35 | 05/30/2025 |
| 04/30/2025 | 20063 | Alexis Burbach | 607.60 | 05/30/2025 |
| 04/30/2025 | 20064 | CP BUSINESS MANAGEMENT | 4,324.26 | 05/30/2025 |
| 04/30/2025 | 20065 | JESSE CRAIG | 1,755.00 | 05/30/2025 |
| 04/30/2025 | 20066 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,553.73 | 05/30/2025 |
| 05/12/2025 | 20067 | RED RIVER STATE BANK | 14,500.00 | 05/30/2025 |
| 05/15/2025 | 20068 | Alexis Burbach | 621.14 | 05/30/2025 |
| 05/15/2025 | 20069 | BRADLEY WARNS | 64.00 | 05/30/2025 |
| 05/19/2025 | ACH ONLINE | U.S. TRUSTEES | 150.00 | 05/30/2025 |
| 05/28/2025 | 20070 | CP BUSINESS MANAGEMENT | 1,741.90 | 05/30/2025 |
| 05/31/2025 | 20071 | JESSE CRAIG | 1,755.00 | 06/30/2025 |
| 05/31/2025 | 20072 | Alexis Burbach | 121.86 | 06/30/2025 |
| 05/31/2025 | 20073 | BRADLEY WARNS | 64.00 | 06/30/2025 |
| 05/31/2025 | 20074 | AUTOMATIC BUILDING CONTROLS | 276.12 | 06/30/2025 |
| 05/31/2025 | 20077 | HOMEMAKER'S VILLA | 1,249.20 | 06/30/2025 |
| 05/31/2025 | 20078 | POPHAM CONSTRUCTION | 318.60 | 06/30/2025 |
| 05/31/2025 | 20079 | RUSCO WINDOW | 101.03 | 06/30/2025 |
| 05/31/2025 | 20080 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 06/30/2025 |
| 05/31/2025 | 20081 | WHITE GLOVE CLEANING | 658.84 | 06/30/2025 |
| 05/31/2025 | 20082 | DAKOTA CLEAN LLC | 318.60 | 06/30/2025 |
| 05/31/2025 | 20083 | GEORGES SANITATION | 207.09 | 06/30/2025 |
| 05/31/2025 | 20085 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,460.79 | 06/30/2025 |
| 05/31/2025 | 20086 | CP BUSINESS MANAGEMENT | 4,826.26 | 06/30/2025 |
| 05/31/2025 | 20084 | BLUEPEAK | 247.77 | 06/30/2025 |
| 06/11/2025 | 20087 | RED RIVER STATE BANK | 14,500.00 | 06/30/2025 |
| 06/13/2025 | 20088 | OSENDORF | 444.25 | 07/31/2025 |
| 06/15/2025 | 20089 | Alexis Burbach | 389.57 | 06/30/2025 |
| 06/15/2025 | 20090 | BRADLEY WARNS | 32.00 | 07/31/2025 |
| 06/30/2025 | 20091 | JESSE CRAIG | 1,755.00 | 07/31/2025 |
| 06/30/2025 | 20092 | Alexis Burbach | 169.26 | 07/31/2025 |
| 06/30/2025 | 20093 | BLUEPEAK | 247.77 | 07/31/2025 |
| 06/30/2025 | 20094 | BRADLEY WARNS | 256.00 | 07/31/2025 |
| 06/30/2025 | 20095 | BRIANS GLASS AND DOOR | 56.44 | 07/31/2025 |
| 06/30/2025 | 20096 | Capital One Commercial | 19.68 | 07/31/2025 |
| 06/30/2025 | 20097 | CP BUSINESS MANAGEMENT | 1,741.90 | 07/31/2025 |
| 06/30/2025 | 20098 | IKES WINDOW WASHING | 111.51 | 07/31/2025 |
| 06/30/2025 | 20099 | JORDAN BERNDT | 60.00 | 07/31/2025 |
| 06/30/2025 | 20100 | SCHUMACHER | 494.05 | 07/31/2025 |
| 06/30/2025 | 20101 | WHITE GLOVE CLEANING | 743.40 | 07/31/2025 |
| 06/30/2025 | 20102 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,523.96 | 07/31/2025 |
| 06/30/2025 | 20104 | CP BUSINESS MANAGEMENT | 4,701.56 | 07/31/2025 |
| 06/30/2025 | 20105 | LIBBY BURGHARDT | 105.00 | 07/31/2025 |
| 06/30/2025 | 20107 | CP BUSINESS MANAGEMENT | 125.00 | 07/31/2025 |
| 07/10/2025 | 20103 | RED RIVER STATE BANK | 14,500.00 | 07/31/2025 |
| 07/14/2025 | 20110 | SCHENKEL | 255.50 | 07/31/2025 |
| 07/15/2025 | 20108 | Alexis Burbach | 477.58 | 07/31/2025 |
| 07/25/2025 | 20111 | LIBERTY MUTUAL INSURANCE | 1,699.41 | 08/29/2025 |
| 07/31/2025 | 20112 | JESSE CRAIG | 1,755.00 | 08/29/2025 |
| 07/31/2025 | 20113 | BLUEPEAK | 247.51 | 08/29/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| Date | Check # | Payee | Amount | Date 2 |
|---|---|---|---|---|
| 07/31/2025 | 20114 | CP BUSINESS MANAGEMENT | 6.26 | 08/29/2025 |
| 07/31/2025 | 20115 | GEORGES SANITATION | 430.11 | 08/29/2025 |
| 07/31/2025 | 20116 | U.S. TRUSTEES | 513.00 | 08/29/2025 |
| 07/31/2025 | 20117 | WHITE GLOVE CLEANING | 424.80 | 08/29/2025 |
| 07/31/2025 | 20118 | WMU WATERTOWN MUNICIPAL UTILITIES | 22.14 | 08/29/2025 |
| 07/31/2025 | 20119 | Alexis Burbach | 368.12 | 08/29/2025 |
| 07/31/2025 | 20120 | JORDAN BERNDT | 30.00 | 09/30/2025 |
| 07/31/2025 | 20121 | LIBBY BURGHARDT | 78.75 | 08/29/2025 |
| 07/31/2025 | 20122 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,354.01 | 08/29/2025 |
| 07/31/2025 | 20124 | CP BUSINESS MANAGEMENT | 4,798.63 | 08/29/2025 |
| 08/11/2025 | 20123 | RED RIVER STATE BANK | 14,500.00 | 08/29/2025 |
| 08/14/2025 | 20125 | BOT | 725.00 | 09/30/2025 |
| 08/15/2025 | 20126 | Alexis Burbach | 162.49 | 08/29/2025 |
| 08/15/2025 | 20127 | BRADLEY WARNS | 96.00 | 08/29/2025 |
| 08/20/2025 | 20128 | BOT | 200.00 | 09/30/2025 |
| 08/29/2025 | 20129 | JESSE CRAIG | 1,755.00 | 08/29/2025 |
| 08/31/2025 | 20130 | Alexis Burbach | 156.26 | 09/30/2025 |
| 08/31/2025 | 20131 | CP BUSINESS MANAGEMENT | 4,878.87 | 09/30/2025 |
| 08/31/2025 | 20132 | JORDAN BERNDT | 30.00 | 09/30/2025 |
| 08/31/2025 | 20133 | LIBBY BURGHARDT | 70.00 | 09/30/2025 |
| 08/31/2025 | 20135 | AMERICAN CARPET CARE, INC | 132.75 | 09/30/2025 |
| 08/31/2025 | 20136 | AUTOMATIC BUILDING CONTROLS | 318.60 | 09/30/2025 |
| 08/31/2025 | 20137 | BLUEPEAK | 247.51 | 09/30/2025 |
| 08/31/2025 | 20138 | HOMEMAKER'S VILLA | 2,078.76 | 09/30/2025 |
| 08/31/2025 | 20139 | NARDINI / PYE BARKER | 294.17 | 09/30/2025 |
| 08/31/2025 | 20140 | WHITE GLOVE CLEANING | 245.68 | 09/30/2025 |
| 08/31/2025 | 20141 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,548.82 | 09/30/2025 |
| 08/31/2025 | 20147 | CP BUSINESS MANAGEMENT | 1,562.08 | 09/30/2025 |
| 09/05/2025 | 20134 | RED RIVER STATE BANK | 14,500.00 | 09/30/2025 |
| 09/15/2025 | 20143 | Alexis Burbach | 71.03 | 09/30/2025 |
| 09/15/2025 | 20144 | JORDAN BERNDT | 115.00 | 10/31/2025 |
| 09/17/2025 | 20145 | GLASS PRODUCTS | 600.92 | 09/30/2025 |
| 09/30/2025 | 20146 | JESSE CRAIG | 1,755.00 | 10/31/2025 |
| 09/30/2025 | 20148 | CP BUSINESS MANAGEMENT | 1,678.60 | 09/30/2025 |
| 09/30/2025 | 20149 | Alexis Burbach | 194.35 | 10/31/2025 |
| 09/30/2025 | 20150 | BRADLEY WARNS | 32.00 | 10/31/2025 |
| 09/30/2025 | 20151 | BLUEPEAK | 247.51 | 10/31/2025 |
| 09/30/2025 | 20152 | Capital One Commercial | 27.37 | 10/31/2025 |
| 09/30/2025 | 20153 | IKES WINDOW WASHING | 111.51 | 10/31/2025 |
| 09/30/2025 | 20154 | SCHUMACHER | 494.05 | 10/31/2025 |
| 09/30/2025 | 20155 | THE FIRE GROUP | 415.00 | 10/31/2025 |
| 09/30/2025 | 20156 | WHITE GLOVE CLEANING | 174.30 | 10/31/2025 |
| 09/30/2025 | 20158 | WHITE GLOVE CLEANING | 424.80 | 10/31/2025 |
| 09/30/2025 | 20159 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,459.78 | 10/31/2025 |
| 09/30/2025 | 20160 | CP BUSINESS MANAGEMENT | 5,183.20 | 10/31/2025 |
| 10/01/2025 | 20157 | RED RIVER STATE BANK | 14,500.00 | 10/31/2025 |
| 10/08/2025 | 20161 | CODINGTON COUNTY TREASURER | 20,711.62 | 10/31/2025 |
| 10/14/2025 | 20162 | Alexis Burbach | 121.86 | 10/31/2025 |
| 10/14/2025 | 20163 | DOUG RODENGEN | 176.00 | 10/31/2025 |
| 10/28/2025 | 20164 | CP BUSINESS MANAGEMENT | 1,641.28 | 10/31/2025 |
| **Total Cleared Checks** | | | **299,886.71** | |

**Cleared Deposits**

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 01/30/2025 | 2023 | yardi test ach | 0.20 | 01/31/2025 |
| 01/30/2025 | 2025 | tx from 1110 | 1.00 | 01/31/2025 |
| 02/02/2025 | 202 | :CC Deposit | 2,940.00 | 02/28/2025 |
| 02/03/2025 | 203 | :ACH/WIPS Deposit | 4,520.00 | 02/28/2025 |
| 02/03/2025 | 204 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2012 | | 4,563.54 | 02/28/2025 |
| 02/03/2025 | 2016 | ACH BATCH 2/3/25 | 7,940.00 | 02/28/2025 |
| 02/03/2025 | 2018 | starion 273434019 | 925.00 | 02/28/2025 |
| 02/03/2025 | 2019 | starion 1490040068 | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2022 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 205 | :CC Deposit | 3,100.00 | 02/28/2025 |
| 02/05/2025 | 207 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/05/2025 | 206 | :ACH Deposit | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 2020 | starion 273962511 | 5,965.00 | 02/28/2025 |
| 02/06/2025 | 208 | :ACH Deposit | 970.00 | 02/28/2025 |
| 02/12/2025 | 2017 | | 925.00 | 02/28/2025 |
| 02/12/2025 | 2021 | | 925.00 | 02/28/2025 |
| 02/14/2025 | 210 | :ACH/WIPS Deposit | 567.00 | 02/28/2025 |
| 02/14/2025 | 2030 | :CC Deposit | 950.00 | 02/28/2025 |
| 02/19/2025 | 2024 | ach | 25.65 | 02/28/2025 |
| 02/24/2025 | 212 | :CC Deposit | 925.00 | 02/28/2025 |
| 02/28/2025 | 214 | :CC Deposit | 1,965.00 | 03/31/2025 |
| 02/28/2025 | 2036 | HME WIRE 2/2/25 | 4,759.12 | 02/28/2025 |
| 03/01/2025 | 218 | :CC Deposit | 2,950.00 | 03/31/2025 |
| 03/03/2025 | 220 | :ACH/WIPS Deposit | 7,045.00 | 03/31/2025 |
| 03/03/2025 | 221 | :CC Deposit | 850.00 | 03/31/2025 |
| 03/03/2025 | 2033 | | 4,589.19 | 03/31/2025 |
| 03/03/2025 | 2034 | | 6,890.00 | 03/31/2025 |
| 03/03/2025 | 2035 | ach | 980.00 | 03/31/2025 |
| 03/04/2025 | 213 | :ACH Deposit (2/28) | 2,835.00 | 03/31/2025 |
| 03/05/2025 | 223 | :CC Deposit | 1,025.00 | 03/31/2025 |
| 03/05/2025 | 2032 | starion 276961936 | 5,095.00 | 03/31/2025 |
| 03/05/2025 | 222 | :ACH Deposit | 1,025.00 | 03/31/2025 |
| 03/07/2025 | 224 | :ACH Deposit | 1,025.00 | 03/31/2025 |
| 03/20/2025 | 2037 | starion 278630839 | 925.00 | 03/31/2025 |
| 03/21/2025 | 225 | :CC Deposit | 1,315.48 | 03/31/2025 |
| 03/28/2025 | 2038 | starion 279536808 | 1,935.00 | 03/31/2025 |
| 03/28/2025 | 226 | :ACH Deposit | 1,895.00 | 04/30/2025 |
| 03/30/2025 | 228 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 03/31/2025 | 227 | :ACH Deposit | 200.00 | 04/30/2025 |
| 04/01/2025 | 230 | :ACH/WIPS Deposit | 3,965.00 | 04/30/2025 |
| 04/01/2025 | 231 | :CC Deposit | 4,030.59 | 04/30/2025 |
| 04/02/2025 | 233 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 04/02/2025 | 2039 | starion 280087307 | 1,025.00 | 04/30/2025 |
| 04/02/2025 | 232 | :ACH Deposit | 945.00 | 04/30/2025 |
| 04/03/2025 | 2040 | | 4,589.19 | 04/30/2025 |
| 04/03/2025 | 2041 | | 7,870.00 | 04/30/2025 |
| 04/04/2025 | 235 | :CC Deposit | 965.24 | 04/30/2025 |
| 04/04/2025 | 234 | :ACH Deposit | 1,025.00 | 04/30/2025 |
| 04/05/2025 | 236 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 04/07/2025 | 238 | :ACH/WIPS Deposit | 2,050.00 | 04/30/2025 |
| 04/09/2025 | 2042 | starion 280855745 | 4,995.00 | 04/30/2025 |
| 04/10/2025 | 239 | :CC Deposit | 925.00 | 04/30/2025 |
| 04/11/2025 | 240 | :ACH Deposit | 825.00 | 04/30/2025 |
| 04/12/2025 | 2045 | internal tx | 5.49 | 04/30/2025 |
| 04/28/2025 | 242 | :CC Deposit | 1,070.66 | 05/30/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| Date | Number | Description | Amount | Date |
|---|---|---|---|---|
| 04/28/2025 | 241 | :ACH Deposit | 1,895.00 | 05/30/2025 |
| 04/30/2025 | 2044 | starion | 2,562.55 | 05/30/2025 |
| 04/30/2025 | 243 | :ACH Deposit | 945.00 | 05/30/2025 |
| 05/01/2025 | 245 | :ACH/WIPS Deposit | 6,015.00 | 05/30/2025 |
| 05/01/2025 | 246 | :CC Deposit | 2,990.00 | 05/30/2025 |
| 05/02/2025 | 248 | :CC Deposit | 2,890.00 | 05/30/2025 |
| 05/02/2025 | 247 | :ACH Deposit | 1,025.00 | 05/30/2025 |
| 05/04/2025 | 250 | :CC Deposit | 925.00 | 05/30/2025 |
| 05/04/2025 | 2049 | | 4,589.19 | 05/30/2025 |
| 05/04/2025 | 2050 | | 5,920.00 | 05/30/2025 |
| 05/04/2025 | 2053 | PART OF LARGE ACH BATCH | 1,950.00 | 05/30/2025 |
| 05/05/2025 | 251 | :CC Deposit | 1,025.00 | 05/30/2025 |
| 05/05/2025 | 2046 | starion 283701532 | 2,050.00 | 05/30/2025 |
| 05/05/2025 | 249 | :ACH Deposit | 1,025.00 | 05/30/2025 |
| 05/06/2025 | 252 | :ACH Deposit | 1,325.00 | 05/30/2025 |
| 05/09/2025 | 2047 | starion 284321166 | 1,920.00 | 05/30/2025 |
| 05/11/2025 | 2051 | RE-RUN ACH | 1,025.00 | 05/30/2025 |
| 05/12/2025 | 2052 | FROM NSF FEE | 50.00 | 05/30/2025 |
| 05/12/2025 | 253 | :ACH Deposit | 725.00 | 05/30/2025 |
| 05/13/2025 | 2048 | starion 284667948 | 1,025.00 | 05/30/2025 |
| 05/16/2025 | 254 | :CC Deposit | 88.29 | 05/30/2025 |
| 05/24/2025 | 2061 | | 392.76 | 06/30/2025 |
| 05/29/2025 | 256 | :ACH Deposit | 970.00 | 06/30/2025 |
| 05/31/2025 | 257 | :ACH Deposit | 945.00 | 06/30/2025 |
| 06/01/2025 | 260 | :CC Deposit | 5,840.00 | 06/30/2025 |
| 06/02/2025 | 262 | :ACH/WIPS Deposit | 6,019.25 | 06/30/2025 |
| 06/02/2025 | 263 | :CC Deposit | 2,050.00 | 06/30/2025 |
| 06/02/2025 | 2054 | starion 286883171 | 1,147.00 | 06/30/2025 |
| 06/02/2025 | 2055 | starion 286883474 | 3,045.00 | 06/30/2025 |
| 06/03/2025 | 265 | :CC Deposit | 1,157.24 | 06/30/2025 |
| 06/03/2025 | 2064 | starion ACH | 4,589.19 | 06/30/2025 |
| 06/03/2025 | 2065 | ACH | 6,845.00 | 06/30/2025 |
| 06/03/2025 | 264 | :ACH Deposit | 925.00 | 06/30/2025 |
| 06/04/2025 | 266 | :CC Deposit | 1,025.00 | 06/30/2025 |
| 06/05/2025 | 267 | :ACH Deposit | 1,025.00 | 06/30/2025 |
| 06/09/2025 | 2056 | starion 287712932 | 2,050.00 | 06/30/2025 |
| 06/09/2025 | 2057 | starion 287717631 | 230.74 | 06/30/2025 |
| 06/10/2025 | 268 | :ACH Deposit | 500.00 | 06/30/2025 |
| 06/11/2025 | 2058 | staion 287987265 | 2,050.00 | 06/30/2025 |
| 06/12/2025 | 269 | :CC Deposit | 61.94 | 06/30/2025 |
| 06/12/2025 | 2066 | ACH | 100.00 | 06/30/2025 |
| 06/18/2025 | 270 | :CC Deposit | 1,025.00 | 06/30/2025 |
| 06/30/2025 | 272 | :ACH/WIPS Deposit | 1,223.42 | 07/31/2025 |
| 07/01/2025 | 275 | :ACH/WIPS Deposit | 4,970.00 | 07/31/2025 |
| 07/01/2025 | 276 | :CC Deposit | 4,060.00 | 07/31/2025 |
| 07/02/2025 | 277 | :CC Deposit | 3,930.00 | 07/31/2025 |
| 07/02/2025 | 2060 | | 4,070.00 | 07/31/2025 |
| 07/03/2025 | 279 | :CC Deposit | 925.00 | 07/31/2025 |
| 07/03/2025 | 2068 | | 4,589.19 | 07/31/2025 |
| 07/03/2025 | 2069 | | 6,020.00 | 07/31/2025 |
| 07/03/2025 | 278 | :ACH Deposit | 975.00 | 07/31/2025 |
| 07/05/2025 | 281 | :CC Deposit | 1,025.00 | 07/31/2025 |
| 07/07/2025 | 280 | :ACH Deposit | 2,050.00 | 07/31/2025 |
| 07/09/2025 | 282 | :ACH Deposit | 1,550.00 | 07/31/2025 |
| 07/10/2025 | 2063 | starion 291143991 | 1,090.00 | 07/31/2025 |
| 07/18/2025 | 2067 | starion 292008026 | 2,876.75 | 07/31/2025 |
| 07/21/2025 | 283 | :ACH Deposit | 1,045.20 | 07/31/2025 |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

| Date | Num | Description | Amount | Clear Date |
|---|---|---|---|---|
| 07/28/2025 | 284 | :ACH Deposit | 1,025.00 | 08/29/2025 |
| 07/31/2025 | 286 | :CC Deposit | 940.00 | 08/29/2025 |
| 07/31/2025 | 285 | :ACH Deposit | 500.00 | 08/29/2025 |
| 08/01/2025 | 288 | :ACH/WIPS Deposit | 6,010.00 | 08/29/2025 |
| 08/01/2025 | 289 | :CC Deposit | 4,060.00 | 08/29/2025 |
| 08/02/2025 | 290 | :CC Deposit | 1,965.00 | 08/29/2025 |
| 08/03/2025 | 2074 | | 4,589.19 | 08/29/2025 |
| 08/03/2025 | 2075 | | 6,020.00 | 08/29/2025 |
| 08/03/2025 | 2076 | PART OF LARGE ACH BATCH | 1,025.00 | 08/29/2025 |
| 08/04/2025 | 292 | :ACH/WIPS Deposit | 2,000.00 | 08/29/2025 |
| 08/04/2025 | 293 | :CC Deposit | 525.00 | 08/29/2025 |
| 08/04/2025 | 2070 | starion 293854456 | 4,770.00 | 08/29/2025 |
| 08/05/2025 | 294 | :CC Deposit | 1,025.00 | 08/29/2025 |
| 08/08/2025 | 295 | :CC Deposit | 826.50 | 08/29/2025 |
| 08/11/2025 | 2071 | starion 294608237 | 3,075.00 | 08/29/2025 |
| 08/11/2025 | 2072 | starion 294615068 | 1,025.00 | 08/29/2025 |
| 08/13/2025 | 2073 | starion 294869005 | 964.83 | 08/29/2025 |
| 08/15/2025 | 2082 | BANK FEE TX FROM GEN | 20.00 | 08/29/2025 |
| 08/16/2025 | 296 | :CC Deposit | 350.00 | 08/29/2025 |
| 08/20/2025 | 297 | :ACH Deposit | 50.00 | 08/29/2025 |
| 08/22/2025 | 298 | :CC Deposit | 575.00 | 08/29/2025 |
| 08/27/2025 | 2077 | starion 296430576 | 800.60 | 08/29/2025 |
| 09/01/2025 | 302 | :CC Deposit | 4,852.87 | 09/30/2025 |
| 09/02/2025 | 301 | :ACH/WIPS Deposit | 6,985.00 | 09/30/2025 |
| 09/02/2025 | 303 | :CC Deposit | 1,025.00 | 09/30/2025 |
| 09/03/2025 | 305 | :CC Deposit | 1,025.00 | 09/30/2025 |
| 09/03/2025 | 2078 | | 4,589.19 | 09/30/2025 |
| 09/03/2025 | 2079 | | 7,045.00 | 09/30/2025 |
| 09/03/2025 | 304 | :ACH Deposit | 1,025.00 | 09/30/2025 |
| 09/04/2025 | 307 | :ACH/WIPS Deposit | 2,050.00 | 09/30/2025 |
| 09/04/2025 | 308 | :CC Deposit | 1,025.00 | 09/30/2025 |
| 09/08/2025 | 309 | :CC Deposit | 1,557.00 | 09/30/2025 |
| 09/08/2025 | 2080 | starion 297660279 | 4,100.00 | 09/30/2025 |
| 09/08/2025 | 2081 | starion 297672846 | 2,050.00 | 09/30/2025 |
| 09/09/2025 | 310 | :CC Deposit | 787.00 | 09/30/2025 |
| 09/14/2025 | 311 | :CC Deposit | 19.14 | 09/30/2025 |
| 09/17/2025 | 2083 | starion 298689083 | 2,057.58 | 09/30/2025 |
| 09/28/2025 | 312 | :CC Deposit | 1,025.00 | 10/31/2025 |
| 09/29/2025 | 313 | :ACH Deposit | 970.00 | 10/31/2025 |
| 09/30/2025 | 315 | :CC Deposit | 1,025.00 | 10/31/2025 |
| 09/30/2025 | 2084 | starion 300121661 | 1,040.00 | 09/30/2025 |
| 09/30/2025 | 2089 | | 324.56 | 09/30/2025 |
| 09/30/2025 | 314 | :ACH Deposit | 1,025.00 | 10/31/2025 |
| 10/01/2025 | 317 | :ACH/WIPS Deposit | 5,060.00 | 10/31/2025 |
| 10/01/2025 | 318 | :CC Deposit | 3,035.00 | 10/31/2025 |
| 10/02/2025 | 320 | :CC Deposit | 1,025.00 | 10/31/2025 |
| 10/02/2025 | 319 | :ACH Deposit | 2,050.00 | 10/31/2025 |
| 10/03/2025 | 321 | :CC Deposit | 1,965.00 | 10/31/2025 |
| 10/03/2025 | 2085 | | 4,589.19 | 10/31/2025 |
| 10/03/2025 | 2086 | | 7,045.00 | 10/31/2025 |
| 10/06/2025 | 322 | :ACH Deposit | 1,025.00 | 10/31/2025 |
| 10/08/2025 | 2087 | starion 301062817 | 2,050.00 | 10/31/2025 |
| 10/08/2025 | 323 | :ACH Deposit | 1,025.00 | 10/31/2025 |
| 10/10/2025 | 2088 | starion 301273981 | 4,115.00 | 10/31/2025 |
| 10/22/2025 | 324 | :CC Deposit | 1,155.00 | 10/31/2025 |
| 10/28/2025 | 2090 | starion 303140493 | 1,244.00 | 10/31/2025 |
| **Total Cleared Deposits** | | | **372,991.71** | |

**PARKSIDE DIP APT**
**Bank Rec In-Progress Report**

### Cleared Other Items

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 1 | yardi | -0.23 | 01/31/2025 |
| 02/03/2025 | 2 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 3 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/28/2025 | 4 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | JE 4006 | Returned item charge | -5.00 | 02/28/2025 |
| 02/05/2025 | RC 31367 | Returned item MARLYS HOLUBOK | -995.00 | 02/28/2025 |
| 03/14/2025 | JE 4075 | :Prog Gen Move Out transfer (MITCHELL NEWMAN) - Receipt #31881 | 980.00 | 03/31/2025 |
| 03/14/2025 | JE 4079 | move johnsons deposit into checking for return | 1,025.00 | 03/31/2025 |
| 03/14/2025 | RC 31633 | Returned item JOSHUA MEEHL | -940.00 | 03/31/2025 |
| 04/14/2025 | JE 4095 | Tx RE Escrow to checking for 4/31 pymt | 17,757.54 | 05/31/2025 |
| 04/14/2025 | JE 4099 | :Prog Gen Move Out transfer (RILEY CASPER) - Receipt #32173 | 980.00 | 04/30/2025 |
| 04/15/2025 | JE 4118 | :PostRecurring RE Tax Escrow (payable 10/31) | -2,958.80 | 05/30/2025 |
| 05/06/2025 | 5 | STARION FINANCIAL | -5.00 | 05/30/2025 |
| 05/16/2025 | 7 | Starion Bank | -20.00 | 05/30/2025 |
| 05/10/2025 | RC 32459 | Returned item Mark P Keller | -1,025.00 | 05/30/2025 |
| 06/13/2025 | JE 4154 | :Prog Gen Move Out transfer (INDY OSENDORF) - Receipt #32822 | 1,025.00 | 06/30/2025 |
| 06/13/2025 | JE 4155 | :Prog Gen Move Out transfer (NATHAN SIK) - Receipt #32823 | 1,025.00 | 06/30/2025 |
| 06/15/2025 | JE 4164 | | 20.00 | 06/30/2025 |
| 06/15/2025 | JE 4178 | :PostRecurring RE Tax Escrow (payable 10/31) | -2,958.80 | 06/30/2025 |
| 07/14/2025 | JE 4191 | :Prog Gen Move Out transfer (NATHAN SCHENKEL) - Receipt #33078 | 925.00 | 07/31/2025 |
| 07/14/2025 | JE 4209 | holden deposit moved to checking | 750.00 | 07/31/2025 |
| 08/06/2025 | RC 33286 | Returned item LIZETTE SALGADO | -1,025.00 | 08/29/2025 |
| 08/14/2025 | JE 4213 | :Prog Gen Move Out transfer (ANDREW BOT) - Receipt #33455 | 925.00 | 08/29/2025 |
| 09/07/2025 | JE 4218 | :Prog Gen Move Out transfer (SHANYA MEHLHAFF) - Receipt #33791 | 1,025.00 | 09/30/2025 |
| 10/14/2025 | JE 4241 | :Prog Gen Move Out transfer (MARLYS HOLUBOK) - Receipt #34191 | 980.00 | 10/31/2025 |

**Total Cleared Other Items**                **17,424.71**