11/12/2025 2:56 PM

**Rent Roll**

Property = Parkside Place

As Of = 10/30/2025

Month = 10/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|------------|----------------|------|---------|------------------|----------|---------|
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 0.00 | 09/01/2021 | 08/31/2026 | | 0.00 |
| 202 | COUNTY FAIR FOODS OF WATERT( | 1,290.00 | 2,000.00 | 0.00 | 10/01/2021 | 09/30/2026 | | 0.00 |
| 2201 | ERIN KRAVIK | 1,025.00 | 925.00 | 0.00 | 05/04/2024 | 05/31/2025 | | 0.00 |
| 2202 | HOLLY // LISA OHMAN | 1,025.00 | 965.00 | 0.00 | 08/01/2022 | | | 0.00 |
| 2203 | ZOIE FRASER | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2204 | JAIME BRANN | 1,025.00 | 1,025.00 | 0.00 | 06/04/2025 | 06/30/2026 | | -68.24 |
| 2205 | QUINN KOTEK | 1,025.00 | 925.00 | 0.00 | 07/01/2024 | 06/30/2025 | | 0.00 |
| 2206 | JAMES BRUMBAUGH | 1,025.00 | 980.00 | 0.00 | 04/01/2023 | 03/31/2024 | | 0.00 |
| 2207 | MARGARET MELAND | 1,025.00 | 1,025.00 | 0.00 | 08/05/2024 | 08/31/2025 | | 0.00 |
| 2208 | WILLIAM JOHNSON | 1,025.00 | 945.00 | 0.00 | 03/01/2022 | | 12/31/2025 | 0.00 |
| 2209 | MARIAH GAUKLER | 980.00 | 980.00 | 0.00 | 05/01/2023 | 04/30/2024 | | 0.00 |
| 2210 | Mark Keller | 1,025.00 | 945.00 | 0.00 | 03/11/2022 | | | 0.00 |
| 2211 | JARED SAUER | 1,025.00 | 1,025.00 | 0.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 2212 | CHANNELLE COSS | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2301 | JADEEN ROSA CASTRO | 1,025.00 | 1,025.00 | 0.00 | 08/07/2025 | 08/31/2026 | | -1,025.00 |
| 2302 | TIFFANY SANDERSON | 1,025.00 | 980.00 | 0.00 | 01/01/2023 | 12/31/2023 | | 0.00 |
| 2303 | SAMANTHA ADAM | 1,025.00 | 945.00 | 0.00 | 05/10/2022 | 04/30/2025 | | 0.00 |
| 2304 | CHANDLER PEERY | 1,025.00 | 925.00 | 0.00 | 05/10/2024 | 05/31/2025 | | 0.00 |
| 2305 | BAYLEE BOESE | 1,025.00 | 750.00 | -55.00 | 12/04/2024 | 12/31/2025 | 12/31/2025 | 0.00 |
| 2306 | GARY HOFER | 1,025.00 | 925.00 | 0.00 | 05/15/2024 | 05/31/2025 | | 82.00 |
| 2307 | ZACHARY REUSCHLEIN | 1,025.00 | 1,025.00 | 0.00 | 09/01/2025 | 08/31/2026 | | 0.00 |
| 2308 | JORGE ROSA | 1,025.00 | 1,000.00 | -85.00 | 01/10/2025 | 01/09/2026 | | 0.00 |
| 2309 | DAVID TIJERINA | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2310 | JOSHUA MEEHL | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2311 | LIZETTE SALGADO | 1,025.00 | 1,025.00 | 0.00 | 05/28/2025 | 05/31/2026 | | 0.00 |
| 2312 | CIARA FRANK | 1,025.00 | 1,025.00 | 0.00 | 08/01/2025 | 07/31/2026 | | -1,025.00 |
| 2401 | ANNA SAMUELSON | 1,025.00 | 1,025.00 | 0.00 | 07/07/2025 | 07/31/2026 | | 0.00 |
| 2402 | JOELLE CONSIER | 1,025.00 | 1,025.00 | 0.00 | 04/16/2025 | 04/30/2026 | | 0.00 |

**Page 1 of 2**

**11/12/2025 2:56 PM**

## Rent Roll

Property = Parkside Place

As Of = 10/30/2025

Month = 10/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|------------|----------------|------|---------|------------------|----------|---------|
| 2403 | MADELYN PUGSLEY | 1,025.00 | 750.00 | -40.00 | 01/01/2025 | 12/31/2025 | | 0.00 |
| 2404 | BRANDON BROWN | 1,025.00 | 980.00 | 0.00 | 12/01/2022 | 12/31/2025 | | -1,025.00 |
| 2405 | DEBBIE STUCHL | 1,025.00 | 1,025.00 | 0.00 | 10/01/2024 | 09/30/2025 | | 0.00 |
| 2406 | HOPE LEWANDOWSKI | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2407 | COLE WEGNER | 1,025.00 | 1,025.00 | 0.00 | 08/14/2024 | 08/31/2025 | | 0.00 |
| 2408 | JOSEPH NOELDNER | 1,035.00 | 1,025.00 | 0.00 | 09/01/2023 | 08/31/2026 | | 0.00 |
| 2409 | JOSHUA GILLILAND | 1,025.00 | 500.00 | 0.00 | 12/01/2021 | | | 0.00 |
| 2410 | ANDY NGUYEN | 1,025.00 | 1,025.00 | 0.00 | 11/01/2023 | 12/31/2023 | | 0.00 |
| 2411 | VACANT | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 2412 | BENJAMIN WAGNER | 1,025.00 | 1,025.00 | 0.00 | 06/01/2024 | 06/30/2026 | | 0.00 |
| **Total** | **Parkside Place** | **39,643.00** | **39,070.00** | **-435.00** | | | | **-3,061.24** |

| Summary Groups | Square Footage | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied | Balance |
|----------------|----------------|-------------|------------------|------|-----------|------------------|-----------------|---------|
| Current/Notice/Vacant Tenants | 28,008.00 | 39,643.00 | 39,070.00 | -435.00 | 38 | 97.36 | 97.22 | -3,061.24 |
| Future Tenants/Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| Occupied Units | 27,230.00 | 0.00 | 0.00 | 0.00 | 37 | 97.36 | 97.22 | 0.00 |
| Total Vacant Units | 778.00 | 0.00 | 0.00 | 0.00 | 1 | 2.63 | 2.77 | 0.00 |
| **Totals:** | **28,008.00** | **39,643.00** | **39,070.00** | **-435.00** | **38** | **100.00** | **100.00** | **-3,061.24** |

# Payables Aging Report

Period: -10/2025
As of : 10/31/2025

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|------------|---------------|----------|--------------|----------|---------|-----------|--------------|-----------|------------|------------|--------------|-------|
| **Grand Total** | | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | |

Friday, November 14, 2025
11:31 AM

**11/14/2025 1:36 PM**

## Aged Receivable

Property = Parkside Place  Status: Current, Future, Notice   Month From: 10/2025

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| **Parkside Place** | | | | | | | | | |
| Parkside Place | BROWN BRANDON | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| Parkside Place | HOFER GARY | Current | 82.00 | 0.00 | 82.00 | 0.00 | 0.00 | 0.00 | 82.00 |
| Parkside Place | BRANN JAIME | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -68.24 | -68.24 |
| Parkside Place | FRANK CIARA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| Parkside Place | ROSA CASTRO JADEEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| **Parkside Place** | | | **82.00** | **0.00** | **82.00** | **0.00** | **0.00** | **-3,143.24** | **-3,061.24** |
| **Grand Total** | | | **82.00** | **0.00** | **82.00** | **0.00** | **0.00** | **-3,143.24** | **-3,061.24** |

UserId : mcraig@cpbusmgt.com Date : 11/14/2025 Time : 19:35

# Owner Statement

Owner = PARKSIDE PLACE (all properties)
Month = Oct 2025
Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|-------:|--------:|--------:|
| | | | | **Beginning Balance** | | | 60,666.38 |
| 10/01/2025 | 20157 | Parkside Place | RED RIVER STATE BANK | Parkside 1st Mtg; per cash collaterol 2/3/2025 | 0.00 | 14,500.00 | 46,166.38 |
| 10/01/2025 | :ACH-WEB | Parkside Place | ANDY NGUYEN | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 47,191.38 |
| 10/01/2025 | :ACH-WEB | Parkside Place | CIARA FRANK | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 48,216.38 |
| 10/01/2025 | 310687281 | Parkside Place | COLE WEGNER | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 49,241.38 |
| 10/01/2025 | :ACH-WEB | Parkside Place | DEBBIE STUCHL | Online Payment - EFT Payment. Web - Resident Services | 1,025.00 | 0.00 | 50,266.38 |
| 10/01/2025 | :ACH-WEB | Parkside Place | ERIN KRAVIK | Online Payment - EFT Payment Paid by Roommate KIMBERLY WESTENBERG(r0 000058).Mobile App - Resident Services | 1,025.00 | 0.00 | 51,291.38 |
| 10/01/2025 | 501228655 cpbm 5658 | Parkside Place | HOPE LEWANDOWSKI | | 1,025.00 | 0.00 | 52,316.38 |
| 10/01/2025 | 502378653 cpbm 5658 | Parkside Place | JAIME BRANN | | 1,025.00 | 0.00 | 53,341.38 |
| 10/01/2025 | :ACH-693 | Parkside Place | JOSEPH NOELDNER | Pre-Authorized Payment | 1,045.00 | 0.00 | 54,386.38 |
| 10/01/2025 | :ACH-692 | Parkside Place | JOSHUA MEEHL | Pre-Authorized Payment. Roommate STACEY MEEHL (r0000079) | 940.00 | 0.00 | 55,326.38 |
| 10/01/2025 | 310957849 | Parkside Place | MADELYN PUGSLEY | Debit Card On-Line Payment ; Mobile App - Resident Services | 985.00 | 0.00 | 56,311.38 |
| 10/01/2025 | :ACH-694 | Parkside Place | MARGARET MELAND | Pre-Authorized Payment | 1,025.00 | 0.00 | 57,336.38 |
| 10/01/2025 | 311050695 | Parkside Place | SAMANTHA ADAM | Debit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 58,361.38 |
| 10/01/2025 | 501467781 cpbm 5658 | Parkside Place | ZACHARY REUSCHLEIN | Paid by: JAMES REUSCHLEIN | 1,040.00 | 0.00 | 59,401.38 |
| 10/02/2025 | 311543212 | Parkside Place | DAVID TIJERINA | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 60,426.38 |
| 10/03/2025 | ACH | Parkside Place | ANNA SAMUELSON | | 1,025.00 | 0.00 | 61,451.38 |
| 10/03/2025 | 312066812 | Parkside Place | CHANDLER PEERY | Debit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 62,476.38 |
| 10/03/2025 | ACH | Parkside Place | COUNTY FAIR FOODS OF WATERTOWN | | 1,557.15 | 0.00 | 64,033.53 |
| 10/03/2025 | ACH | Parkside Place | GT BROTHERS | | 3,032.04 | 0.00 | 67,065.57 |
| 10/03/2025 | 312183198 | Parkside Place | JORGE ROSA | Debit Card On-Line Payment ; Mobile App - Resident Services | 940.00 | 0.00 | 68,005.57 |
| 10/03/2025 | ACH | Parkside Place | JOSHUA GILLILAND | | 1,025.00 | 0.00 | 69,030.57 |

**Owner Statement**

Owner = PARKSIDE PLACE (all properties)
Month = Oct 2025
Book = Cash

| Date | Ref | Property | Name | Memo | Amount | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/03/2025 | ACH | Parkside Place | MARIAH GAUKLER | | 980.00 | 0.00 | 70,010.57 |
| 10/03/2025 | ACH | Parkside Place | Mark Keller | | 1,025.00 | 0.00 | 71,035.57 |
| 10/03/2025 | ACH | Parkside Place | QUINN KOTEK | | 1,025.00 | 0.00 | 72,060.57 |
| 10/03/2025 | ACH | Parkside Place | TIFFANY SANDERSON | | 1,025.00 | 0.00 | 73,085.57 |
| 10/03/2025 | ACH | Parkside Place | ZOIE FRASER | | 940.00 | 0.00 | 74,025.57 |
| 10/05/2025 | 1192 | Parkside Place | BENJAMIN WAGNER | rec'd 10/10/25, removed late fee as courtesy. | 1,025.00 | 0.00 | 75,050.57 |
| 10/05/2025 | 9999 | Parkside Place | HOLLY // LISA OHMAN | | 1,025.00 | 0.00 | 76,075.57 |
| 10/05/2025 | 1012 | Parkside Place | JARED SAUER | | 1,025.00 | 0.00 | 77,100.57 |
| 10/05/2025 | :ACH-WEB | Parkside Place | WILLIAM JOHNSON | Online Payment - EFT Payment. Web - Resident Services | 1,025.00 | 0.00 | 78,125.57 |
| 10/07/2025 | :ACH-WEB | Parkside Place | LIZETTE SALGADO | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 79,150.57 |
| 10/08/2025 | 20161 | Parkside Place | CODINGTON COUNTY TREASURER | 2024-12152 2nd half PIF | 0.00 | 20,711.62 | 58,438.95 |
| 10/08/2025 | N/A | Parkside Place | JE-4237 | move RE Tax escrow to Checking. | 17,753.00 | 0.00 | 76,191.95 |
| 10/10/2025 | retry prorate | Parkside Place | ZACHARY REUSCHLEIN | (already deposited in 1112 on 8/27- didn't return pymt to 1110, so no new tx required from 1110 to 1112) | 324.56 | 0.00 | 76,516.51 |
| 10/14/2025 | 20162 | Parkside Place | Alexis Burbach | taxes | 0.00 | 7.11 | 76,509.40 |
| 10/14/2025 | 20162 | Parkside Place | Alexis Burbach | 4.5 hrs res mgr | 0.00 | 114.75 | 76,394.65 |
| 10/14/2025 | 20163 | Parkside Place | DOUG RODENGEN | 2411 replace trim/baseboard and door stopper, 2202 bathroom floor screw exposed, garage doors adjusted and cleaned, check out broken fridge from 2410, | 0.00 | 176.00 | 76,218.65 |
| 10/14/2025 | | Parkside Place | JE-4241 | :Prog Gen Move Out transfer (MARLYS HOLUBOK)  - Receipt #34191 | 980.00 | 0.00 | 77,198.65 |
| 10/22/2025 | 314019749 | Parkside Place | JAMES BRUMBAUGH | Debit Card On-Line Payment ; Web - Resident Services | 1,155.00 | 0.00 | 78,353.65 |
| 10/23/2025 | 506020765 cpbm 5693 | Parkside Place | CHANNELLE COSS | | 1,063.20 | 0.00 | 79,416.85 |
| 10/28/2025 | 20164 | Parkside Place | CP BUSINESS MANAGEMENT | parkside insurance | 0.00 | 1,641.28 | 77,775.57 |
| 10/28/2025 | 14003044 | Parkside Place | GARY HOFER | Oct rent- rec'd late | 1,025.00 | 0.00 | 78,800.57 |
| 10/28/2025 | 6224 | Parkside Place | MARLYS HOLUBOK | | 219.00 | 0.00 | 79,019.57 |
| 10/30/2025 | :ACH-WEB | Parkside Place | CIARA FRANK | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 80,044.57 |
| 10/31/2025 | 20166 | Parkside Place | Alexis Burbach | 11.45 res mgr | 0.00 | 299.64 | 79,744.93 |
| 10/31/2025 | 20166 | Parkside Place | Alexis Burbach | taxes | 0.00 | 18.58 | 79,726.35 |
| 10/31/2025 | 20168 | Parkside Place | BLUEPEAK | | 0.00 | 229.27 | 79,497.08 |

# Owner Statement

Owner = PARKSIDE PLACE (all properties)
Month = Oct 2025
Book = Cash

| Date | Number | Property | Payee | Description | | | |
|---|---|---|---|---|---|---|---|
| 10/31/2025 | 20175 | Parkside Place | CP BUSINESS MANAGEMENT | 2411 dep. overages | 0.00 | 147.00 | 79,350.08 |
| 10/31/2025 | 20175 | Parkside Place | CP BUSINESS MANAGEMENT | collected late fees | 0.00 | 253.20 | 79,096.88 |
| 10/31/2025 | 20175 | Parkside Place | CP BUSINESS MANAGEMENT | misc mgr | 0.00 | 200.00 | 78,896.88 |
| 10/31/2025 | 20175 | Parkside Place | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 250.00 | 78,646.88 |
| 10/31/2025 | 20175 | Parkside Place | CP BUSINESS MANAGEMENT | oct mgmt | 0.00 | 2,005.96 | 76,640.92 |
| 10/31/2025 | 20175 | Parkside Place | CP BUSINESS MANAGEMENT | offsite office rent | 0.00 | 1,312.50 | 75,328.42 |
| 10/31/2025 | 20175 | Parkside Place | CP BUSINESS MANAGEMENT | offsite supplies | 0.00 | 158.71 | 75,169.71 |
| 10/31/2025 | 20175 | Parkside Place | CP BUSINESS MANAGEMENT | offsite utilities | 0.00 | 69.73 | 75,099.98 |
| 10/31/2025 | 20175 | Parkside Place | CP BUSINESS MANAGEMENT | software fee | 0.00 | 38.00 | 75,061.98 |
| 10/31/2025 | 20167 | Parkside Place | DOUG RODENGEN | 13 hrs; 2406, 2212,2401,2410,2 409, overhead door, 2411, ABC, 2208 | 0.00 | 411.13 | 74,650.85 |
| 10/31/2025 | 20169 | Parkside Place | GEORGES SANITATION | | 0.00 | 207.09 | 74,443.76 |
| 10/31/2025 | 20170 | Parkside Place | HOMEMAKER'S VILLA | AC'S #2209, 2204 | 0.00 | 1,249.19 | 73,194.57 |
| 10/31/2025 | 20165 | Parkside Place | JESSE CRAIG | 39 UNITS, $45/UNIT | 0.00 | 1,755.00 | 71,439.57 |
| 10/31/2025 | 20171 | Parkside Place | WHITE GLOVE CLEANING | 2312 6.5 HRS | 0.00 | 192.58 | 71,246.99 |
| 10/31/2025 | 20171 | Parkside Place | WHITE GLOVE CLEANING | 2401 7 HRS | 0.00 | 205.85 | 71,041.14 |
| 10/31/2025 | 20171 | Parkside Place | WHITE GLOVE CLEANING | JULY BUILDING CLEAN; INVOICE RESUBMITTED | 0.00 | 424.80 | 70,616.34 |
| 10/31/2025 | 20171 | Parkside Place | WHITE GLOVE CLEANING | SEPT BUILDING CLEAN | 0.00 | 424.80 | 70,191.54 |
| 10/31/2025 | 20172 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | credit per WMU | 0.00 | -60.03 | 70,251.57 |
| 10/31/2025 | 20172 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 9/22-10/23 house electric | 0.00 | 346.09 | 69,905.48 |
| 10/31/2025 | 20172 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 9/22-10/23 house gas | 0.00 | 195.95 | 69,709.53 |
| 10/31/2025 | 20172 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 9/22-10/23 house sewer | 0.00 | 1,461.96 | 68,247.57 |
| 10/31/2025 | 20172 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 9/22-10/23 house water | 0.00 | 405.80 | 67,841.77 |
| 10/31/2025 | 20172 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 10/3-10/20 vacates | 0.00 | 16.47 | 67,825.30 |
| 10/31/2025 | 314845122 | Parkside Place | BRANDON BROWN | Debit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 68,850.30 |
| 10/31/2025 | 314749515 | Parkside Place | JADEEN ROSA CASTRO | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,025.00 | 0.00 | 69,875.30 |

**Owner Statement**

Owner =  PARKSIDE PLACE (all properties)

Month = Oct 2025

Book = Cash

| | | | |
|---|---|---|---|
| **Ending Balance** | **58,578.95** | **49,370.03** | **69,875.30** |
| Reserves Needed | | 0.00 | |
| Security Deposits (this period) | | 0.00 | |

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20175

TO THE
ORDER OF

\*\*\*\* FOUR THOUSAND FOUR HUNDRED THIRTY FIVE AND 10/100 DOLLARS

10/31/25

$4,435.10\*\*\*

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,          58106

NON-NEGOTIABLE

# CP Business Management
## 2025

**Parkside Place**

PAID

|        | From: | 1-Aug  |
|--------|-------|--------|
|        | To:   | 31-Aug |

Invoice #:  2010
Invoice Date:  10/31/2025
Due Date:  11/01/25

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected Funds | $40,119.19 | $2,005.96 |
| | **Total Management Fee** | **$40,119.19** | **$2,005.96** |

| | Offsite Office | Total |
|---|---|---|
| 7010 | Off Site Office Rent | $1,312.50 |
| 7030 | Off Site Office Utilities | $69.73 |
| 7040 | Off Site Office Supplies | $158.71 |
| | **Total Offsite Office** | **$1,540.94** |

| | Other Collected Income | Total |
|---|---|---|
| | 2411 deposit overages | $147.00 |
| 5800 | Collected late fees | $253.20 |
| | **Total Other Collected Income** | **$400.20** |

| | Miscellaneous | Total |
|---|---|---|
| 8004 | Misc Manager | $200.00 |
| 8005 | Misc Prof. | $250.00 |
| 7057 | Software Fee | $38.00 |
| | **Total Miscellaneous** | **$488.00** |

| | |
|---|---|
| **Total Management Fee** | $2,005.96 |
| **Total Offsite Office** | $1,540.94 |
| **Total Other Collected Income** | $400.20 |
| **Total Miscellaneous** | $488.00 |
| **Parkside Place Total** | $4,435.10 |

Please make checks payable to CP Business Management no later than   11/1/2025

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20169

10/31/25

TO THE
ORDER OF    **** TWO HUNDRED SEVEN AND 09/100 DOLLARS

$207.09******

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD  57201

NON-NEGOTIABLE

## George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

# Invoice

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 41406 |



PAID
20109

---

## JULY GARBAGE SERVICE (2025)

| Qua.. | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times  A Week) | 195.00 | 195.00T |

207.09
207.09

**We apologize for sending this invoice so late as we had to update our accounting software which ending up causing delays**

| | |
|---|---|
| Sales Tax (6.2.. | $24.18 |
| **Total** | **$414.18** |

**PLEASE REFERENCE YOUR INVOICE # ON YOUR PAYMENT**

A finance charge of 1.5% ($1.00 min) per month (18% annually) will be added to accounts over 30 days.

George's Sanitation Thanks You For Your Business.

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20172

10/31/25

$2,366.24***

TO THE
ORDER OF     **** TWO THOUSAND THREE HUNDRED SIXTY SIX AND 24/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

MUNICIPAL UTILITIES DEPT.    Account Number    Name    Service Address
008-00187355-01    PARKSIDE PLACE, LLC    8 2 ST NE HOUSE

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
| | Present | Previous | | Code | Present | Previous | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000030986 | 10/23/2025 | 09/22/2025 | 31 | MR | 98102 | 94227 | 1 | 3875 | kWh | |
| ELECTRIC: 0000030986 | 10/23/2025 | 09/22/2025 | 31 | MR | 8124 | | 1 | 8.12 | kW | |
| WATER: 0200555043 | 10/23/2025 | 09/22/2025 | 31 | MR | 03385 | 03308 | 1 | 77 | ccf | |
| GAS: 0104951134 | 10/23/2025 | 09/22/2025 | 31 | MR | 13493 | 13258 | 1.119 | 263 | ccf | |

### YOUR MONTHLY USAGE



ELECTRIC (kWh)
WATER (100 cu.ft)
GAS (ccf)

| | |
|---|---:|
| PREVIOUS BALANCE | 2,382.49 |
| TRANSFER ACCOUNT BALANCE  10/15/ | -22.51 |
| PAYMENT    10/10/2025 | -2,420.01 |
| BALANCE FORWARD | -60.03 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 19.75 |
| Electric Energy | 306.13 |
| Electric State Tax | 13.69 |
| Electric City Tax | 6.52 |
| TOTAL ELECTRIC CHARGES | 346.09 |
| GAS SERVICE | |
| Gas Customer Charge | 17.00 |
| Gas Consumption | 167.51 |
| Gas State Tax | 7.75 |
| Gas City Tax | 3.69 |
| TOTAL GAS CHARGES | 195.95 |
| WATER SERVICE | |
| Water Customer Charge | 38.06 |
| Water Consumption | 324.48 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 405.80 |
| SEWER SERVICE | |
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 1,421.35 |
| TOTAL SEWER CHARGES | 1,461.96 |
| | |
| CURRENT CHARGES | $2,409.80 |
| | |
| TOTAL AMOUNT DUE | $2,349.77 |

PAID 20/72

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 11/01/2025 | 11/10/2025 | 2,349.77 | 2,467.26 |

**MESSAGES:** Call 811 before you dig!

MUNICIPAL UTILITIES DEPT.

| Account Number | Name | Service Address |
|---|---|---|
| 002-00187436-04 | PARKSIDE PLACE, LLC | 8 2 ST NE 2411 |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049016 | 10/20/2025 | 10/03/2025 | 17 | MR | 22602 | 22569 | 1 | 33 | KWH | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

Oct 2025

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| **ELECTRIC SERVICE** | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 2.41 |
| Electric State Tax | 0.65 |
| Electric City Tax | 0.31 |
| TOTAL ELECTRIC CHARGES | 16.47 |
| CURRENT CHARGES | $16.47 |
| TOTAL AMOUNT DUE | $16.47 |

PAID
20172

OWS

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | | 11/01/2025 | 11/10/2025 | 16.47 | 17.29 |

**MESSAGES:** Call 811 before you dig!

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20171

10/31/25

$1,248.03***

TO THE
ORDER OF     **** ONE THOUSAND TWO HUNDRED FORTY EIGHT AND 03/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

NON-NEGOTIABLE

White Glove Cleaning

17892 449th Ave
Hayti, SD 57241

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/1/2025 | 2382 |

| Bill To |
|---------|
| Parkside<br>Unit # |



| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Building Cleaning | 400.00 | 400.00T |
|  | Sales Tax | 6.20% | 24.80 |

| | Total | $424.80 |
|--|-------|---------|

White Glove Cleaning

17892 449th Ave
Hayti, SD 57241

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/1/2025 | 2304 |

| Bill To |
|---------|
| Parkside<br>Unit # |



| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Building Cleaning | 400.00 | 400.00T |
|  | Sales Tax | 6.20% | 24.80 |

| | **Total** | $424.80 |

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/9/2025 | 2267 |

| Due Date | Terms |
|----------|-------|
| 8/8/2025 | Net 30 |

| Bill To |
|---------|
| Parkside<br>Unit # 2401 |



| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 7 | Unit Cleaning | | 25.00 | 175.00T |
| | Air Unit | Clean A/C Front Vents and Filter | 0.00 | 0.00T |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Shower | | |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | Blinds | Wash Window and / or Patio Door Blinds | 0.00 | 0.00T |
| | Dust | Trim | 0.00 | 0.00T |
| | | Doors | | |
| | | Wall Vents | | |
| | | Baseboards | | |
| | | Heat Panels | | |
| | Kitchen | Range (Top, Sides, Under, Oven, Drawer) | 0.00 | 0.00T |
| | | Fridge (Top, Sides, Under, Inside) | | |
| | | Overhead Range (Inside, Front, Underside and Filter) | | |
| | | Dishwasher (Inside, Front, Filter) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks,Faucet, Sprayer, Drain Plugs | | |
| | Laundry | Clean Inside/ Outside Washing Machine | 0.00 | 0.00T |
| | | Remove Lint and Wipe Down Dryer | | |
| | | Wipe Shelves in Laundry Room | | |
| | | Pull Units Out and Sweep/Mop Under | | |
| | | Dust Behind | | |
| | Walls | Remove Spots and Marks from Walls and Baseboards | 0.00 | 0.00T |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | Chemical Fee | | 20.00 | 20.00 |
| | | Sales Tax | 6.20% | 10.85 |

| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | **Total** | **$205.85** |
|---|---|---|



*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/9/2025 | 2270 |

| Due Date | Terms |
|----------|-------|
| 8/8/2025 | Net 30 |

| Bill To |
|---------|
| Parkside
Unit # 2312 |



| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6.5 | Unit Cleaning | | 25.00 | 162.50T |
| | Air Unit | Clean A/C Front Vents and Filter | 0.00 | 0.00T |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Shower | | |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | Blinds | Wash Window and / or Patio Door Blinds | 0.00 | 0.00T |
| | Dust | Trim | 0.00 | 0.00T |
| | | Doors | | |
| | | Wall Vents | | |
| | | Baseboards | | |
| | | Heat Panels | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Kitchen | Range (Top, Sides, Under, Oven, Drawer) | 0.00 | 0.00T |
| | | Fridge (Top, Sides, Under, Inside) | | |
| | | Overhead Range (Inside, Front, Underside and Filter) | | |
| | | Dishwasher (Inside, Front, Filter) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks, Faucet, Sprayer, Drain Plugs | | |
| | Laundry | Clean Inside/ Outside Washing Machine | 0.00 | 0.00T |
| | | Remove Lint and Wipe Down Dryer | | |
| | | Wipe Shelves in Laundry Room | | |
| | | Pull Units Out and Sweep/Mop Under | | |
| | | Dust Behind | | |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | Chemical Fee | | 20.00 | 20.00 |
| | | Sales Tax | 6.20% | 10.08 |

| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | **Total** | $192.58 |
|---|---|---|

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20168

10/31/25

$229.27******

TO THE
ORDER OF    **** TWO HUNDRED TWENTY NINE AND 27/100 DOLLARS

BLUEPEAK
PO BOX 5002
SIOUX FALLS, SD    57117-5002

NON-NEGOTIABLE



**Contact Us**
**www.mybluepeak.com**
**833-567-3987**



@HelloBluepeak

page 1 of 4

| | |
|---|---|
| **Account Number:** | 045515701 |
| **Billing Date:** | 10/20/25 |
| **Total Amount Due:** | **$229.27** |
| **Payment Due By:** | 11/13/25 |





## It pays to have friends.

Refer your friends to Bluepeak and **get a $50 credit** on your bill when they sign up.

mybluepeak.com/help/refer-a-friend

**STATEMENT SUMMARY**

| | |
|---|---|
| Previous Balance | $247.51 |
| Payments and Adjustments | -$247.51 |
| New Charges | $229.27 |
| **Total Amount Due** | **$229.27** |

**NEW CHARGES SUMMARY**

| | |
|---|---|
| Monthly Service Charges | $157.99 |
| Taxes | $71.28 |
| **Total New Charges** | **$229.27** |

A late fee will be applied to your account if the amount of $229.27 is not received before 11/13/25. Payments received after 10/20/25 are not reflected on this statement.

Government taxes and fees are imposed by federal, state, and local governments. These charges may vary by the state and locality of your service address or services purchased and are subject to change from time to time.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices.  Your acknowledgement of this agreement is confirmed by your payment.





page 3 of 4



**Contact Us**
**www.mybluepeak.com**
**833-567-3987**


@HelloBluepeak



| Account Number: | 045515701 |
| Billing Date: | 10/20/25 |
| **Total Amount Due:** | **$229.27** |
| Payment Due By: | 11/13/25 |

| | |
|---|---|
| E911 ......................................... | $6.00 |
| Federal Excise Tax.................... | $1.80 |
| Federal USF Fee ....................... | $14.88 |
| State Telecommunications Relay Srvc ......................................... | $0.45 |
| **Total Taxes and Fees ..............** | **$71.28** |

Total Amount Due.............................................. **$229.27**

**SERVICE LOCATIONS**

8 2ND ST  NE WATERTOWN, SD 57201-3624

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20170

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

10/31/25                    $1,249.19***

**** ONE THOUSAND TWO HUNDRED FORTY NINE AND 19/100 DOLLARS

TO THE
ORDER OF

HOMEMAKER'S VILLA
1400 MAIN AVE
MOORHEAD, MN    56560

NON-NEGOTIABLE

# HOMEMAKER'S VILLA

**Appliances + Service**

*Your Factory Authorized Sales & Service Center*

1400 Main Ave
Moorhead, MN 56560
Phone 218-236-6724
Fax 218-236-7014
www.homemakersvilla.com

# SALES INVOICE

| ORDER DATE | DELIVERY DATE | INVOICE DATE |
|---|---|---|
| 10/06/25 | 10/06/25 | 10/06/25 |
| ORDER NO. | APPROX TIME | INVOICE NO. |
| 0179820 | | 0179820 |
| YOUR P.O. NO. | ACCOUNT NO. | SALESMAN |
| | 1872 | GARY ENGER |

SOLD TO: CP BUSINESS MANAGEMENT
1405 1ST AVE N SUITE B
PO BOX 9379
FARGO        ND 58102

SHIP TO: JESSIE PICKED UP FOR
WATERTOWN.

**PAID 20 70**

TELEPHONE NUMBER:   -237-3369
CELL PHONE NUMBER: --

| QTY | MODEL NUMBER | COLOR | DESCRIPTION & SERIAL NUMBER | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | AKCQ12ACJ | | DA005596 AIR CONDITIONERS | 579.00 | 579.00 |
| 1 | AKCQ12ACJ | | DA005681 AIR CONDITIONERS | 579.00 | 579.00 |

2209 +
2204 -

Delivery Instructions:

| | |
|---|---|
| TOTAL AMOUNT | 1158.00 |
| SALES TAX | 91.19 |
| DELIVERY | 0.00 |
| | 0.00 |
| TOTAL | 1249.19 |
| PAYMENT WITH ORDER | 0.00 |
| **AMOUNT DUE** | 1249.19 |

Terms: Purchaser agrees that Seller shall retian a purchase money security interest in the above merchandise untill payment is made in full. There is no Finance Charge on accounts paid within 30 days of delivery. On all accounts not paid within 30 days of delivery, a FinanceCharge is computed by a periodic rate of 1.5% per month (or a minimum charge of 50 cents) which is and Annual Percentage Rate of 18% This finance charge is computed 30 days after delivery on the unpaid balance and each 30 day period thereafter.

APPLIED TO 0000000
TERMS: PAY UPON RECEIPT OF INVOICE

DELIVERED BY:

DATE

X _____
**Ordered By**

X _____
**Received in satisfactory condition by**

Office of the U. S. Trustee
300 South 4th Street
Room 1015
Sioux Falls, SD 55415-1329

605-330-4450

0005508
*********AUTO**MIXED AADC 170
PARKSIDE PLACE LLC
1405 1ST AVE N
P.O. BOX 426
FARGO, ND 58107-0426

Page 1 of 1    Rev. 01/20

Account No.: 683-25-30003
Process Date: 10-03-25





UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM

See Instructions
On Reverse Side

### Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|---|---|---|
| 08-07-25 | Balance Forward | 354.01 |
| 08-14-25 | Adjustments to fees charged from previous statement. | 7.00 |
| 08-11-25 | Payment from Lock Box | 513.00- |
| 08-11-25 | Adjustments to interest assessed from previous statement. | 1.01- |
| 10-03-25 | Quarter 3, 2025 Fee Due {Disbursements = $87,047.} (6-1) | 348.00 |
| | **Estimated Balance Due Based On Disbursement Record** | **195.00** |

**Fee estimated based on available disbursements data.**

🇺🇸 An official website of the United States government   Here's how you know

Browse Payments    See All Forms    Help    About Us

For your security, we recommend you close your browser when you complete your payment.

## Payment Confirmation - U.S. Trustee Chapter 11 Quarterly Fee

| ✓ | ✓ | ✓ | ✓ | 5 |
|---|---|---|---|---|
| Before You Begin | Complete Agency Form | Enter Payment Info | Review & Submit | Confirmation |

**Need Help?**

**Contact:**
U.S. Trustee Program

**Email:**
Click to email

### Your payment is submitted

You will not be able to access this information once you leave this page. A confirmation email has been sent to mcraig@cpbusmgt.com, mcraig@cpbusmgt.com.

**Because you are not signed in:**

This payment will not show in your payment activity. You can sign in or create an account now and Pay.gov will have a record of your payment.

**To confirm your payment went through:**

Check your bank statement or account on the payment date

**For questions or to cancel this transaction:**

Contact the federal government agency you paid. Pay.gov is unable to cancel this transaction.

**We value your feedback!**

Do you have any feedback regarding your Pay.gov experience? Please share it here.

Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

### Tracking Information

Pay.gov Tracking ID: 27SNQLIE

Agency Tracking ID: 77200472535

Form Name: U.S. Trustee Chapter 11 Quarterly Fee

Application Name: Chapter 11 Quarterly Fee

### Payment Information

Payment Type: Bank account (ACH)

Payment Amount: $195.00

Transaction Date: 10/31/2025 05:19:21 PM EDT

Payment Date: 11/03/2025

Line 1: Remittance #1 - Type: Business, Account: 6832530003, Name: PARKSIDE PLACE LLC, $195.00

Line 2:

Line 3:

Line 4:

Line 5:

Line 6:

Line 7:

Line 8:

Line 9:

Line 10:

Line 11:

Line 12:

**Account Information**

Account Holder Name: PARKSIDE PLACE LLC DEBTOR IN POSESSION CASE #25-30003

Routing Number: 091310767

Account Number: ************8688

# Sign In to your Pay.gov account!

Sign In

*With a Pay.gov account you can manage payments and view history. If you don't have an existing
account, you will have the option to create an account on the sign-in page.*

Return to top

Accessibility Policy        Privacy and Security Policy        Notices and Agreements        For Agencies        *        Feedback


Pay.gov
Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the
Fiscal Service

Pay.gov Support

WARNING WARNING WARNING

You have accessed a U.S. Government information system, which includes (1) this computer, (2) this network, (3) all computers connected to this network, and (4) all devices and storage media attached to this network or to a computer on this network. U.S. Government information systems are provided for the processing of official U.S. Government information only. Unauthorized or improper use of this information system is prohibited and may subject you to disciplinary action, as well as civil and criminal penalties. All data contained on U.S. Government information systems is owned by the U.S. Government and may, for the purpose of protecting the rights and property of the U.S. Government, be monitored, intercepted, recorded, read, searched, copied, or captured in any manner and disclosed or used for any lawful government purpose at any time. THERE IS NO RIGHT TO PRIVACY IN THIS SYSTEM. System personnel may give to law enforcement officials any potential evidence of crime found on U.S. Government information systems. USE OF THIS SYSTEM BY ANY USER, AUTHORIZED OR UNAUTHORIZED, CONSTITUTES YOUR UNDERSTANDING AND CONSENT TO THIS MONITORING, INTERCEPTION, RECORDING, READING, COPYING, OR CAPTURING AND DISCLOSURE.

Note: This system may contain Sensitive But Unclassified (SBU) data that requires specific data privacy handling.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20166

10/31/25

$318.22******

TO THE
ORDER OF    **** THREE HUNDRED EIGHTEEN AND 22/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**

**2025**

From: 15-Oct

To: 31-Oct

*Parkside Place*

Invoice #: 2019

Invoice Date: 10/31/2025

Due Date: 11/1/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|------------|---------------|---|
| 10/15 | | 10:00 AM | 11:00 AM | 1:00 | 2410 maintenance tenant request someone else be in unit with maintenance | $25.50 |
| 10/15 | | 2:15 PM | 2:45 PM | 0:30 | Showing dan 2411 - walk around building/garage | $12.75 |
| 10/16 | | 11:15 | 12:00 | 0:45 | walk through broken window units with riddles glass -- tighten 2405 thermost | $19.13 |
| 10/17 | | 11:30 | 12:15 PM | 0:45 | walk through -- minimal garabage clean up | $19.13 |
| 10/21 | | 13:30 | 14:45 | 1:15 | close 2306 window, showing showed up late/got lost 2411, cops call 2208 | $31.88 |
| 10/22 | | 12:30 PM | 1:00 PM | 0:30 | meet cops at building for search warrant 2208 | $12.75 |
| 10/22 | | 3:00 PM | 3:30 PM | 0:30 | memos handed out - cops still at 2208 | $12.75 |
| 10/22 | | 4:30 PM | 5:00 PM | 0:30 | tenant messages from overdue balances | $12.75 |
| 10/23 | | 13:30 | 14:00 | 0:30 | showing cassidy, fb lead contacted | $12.75 |
| 10/24 | | 12:00 PM | 12:45 PM | 0:45 | walk building, eviction posted | $19.13 |
| 10/25 | | 12:30 PM | 1:30 PM | 1:00 | meet 2208 for eviction/move out - questions/concerns, apologes | $25.50 |
| 10/28 | | 10:30 | 12:00 PM | 1:30 | late-- wait for riddles glass scheduled walk through -- walk units | $38.25 |
| 10/28 | | 2:15 PM | 2:45 PM | 0:30 | showing Reyna/dad - walk building | $12.75 |
| 10/28 | | 4:15 PM | 5:15 PM | 1:00 | meet wade at 2208 for questions/look over unit, get keys | $25.50 |
| 10/29 | | 3:00 PM | 3:45 PM | 0:45 | move out inspection 2208, contact cleaners, carpet, painters | $19.13 |

| | | Total Hours 11:45: | | | Total Hourly Pay $25.50/hour | $299.64 |

| Date | Unit | Start | End | | Maintenance | |
|------|------|-------|-----|--|-------------|---|
| | | Total Hours 0:00: | | | Total Maintenance $30/hour | $0.00 |

**Reimbursement**

| | | | | Total Reimbursement | $0.00 |
|--|--|--|--|---------------------|-------|

| Date | Unit | | Commission | |
|------|------|--|------------|---|
| | | | $200 per new lease | |
| | | | $200 per new lease | |
| | | | $200 per new lease | |
| | | | $200 per new lease | |
| | | | Total Commissions | $0.00 |

| | |
|--|--|
| Parkside Place Total Hours Amount: | $299.64 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $299.64 |
| Parkside Place Sales Tax (6.2%): | $18.58 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Total Paycheck Amount: | $318.22 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20167

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

10/31/25

$411.13******

**** FOUR HUNDRED ELEVEN AND 13/100 DOLLARS

TO THE
ORDER OF

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

## Maintenance Hours
## 2025
**Maintenance Name:**  Doug Rodengen

$32.00  Hourly Rate

From:  15-Oct

To:  31-Oct

*Parkside Place*

Invoice #:  2019

Invoice Date:  10/31/2025

Due Date:  11/1/2025

| Date | Unit | Start | End | Total | Scope of Work | Amount |
|------|------|-------|-----|-------|---------------|--------|
| 10/15 | | 8:00 AM | 12:00 PM | 4:00: | 2406 bed fan loose, 2212 latched doors, 2401 living window latch, all laminate in units replaced, measure 2410 bed door, 2409 washer rattles/loud, parts taken off of fridge | $128.00 |
| 10/16 | | 8:00 AM | 10:15 AM | 2:15: | fill nail holes 2411, bedroom door latch 2401, look for size/door 2410 bedroom, washer swap with 2409 to 2411 | $72.00 |
| 10/24 | | 9:30 | 10:30 | 1:00: | inventory janitor closets/organized - call appliance dave guy for 2409 washer/swapped to 2411 | $32.00 |
| 10/28 | | 8:00 | 9:45 | 1:45: | overhead door stays open, raised eyes on railing per OH Door suggestions | $56.00 |
| 10/29 | | 8:00 | 9:15 | 1:15: | heaters on hallways, garage, entry -- fixed 2411 coat closet doors from rubbing | $40.00 |
| 10/30 | | 8:00 | 10:00 | 2:00: | ABC call for beeping box in mailroom, relooked over overhead door and adjusted | $64.00 |
| 10/31 | | 8:00 | 8:45 | 0:45: | parkside garage door adjusted down pressure, new battery in 2208 fan remote, adjusted LR window latch | $19.13 |

| | | | | | | |
|--|--|--|--|--|--|--|
| | | Total Hours | 13:00: | | Total Hourly Pay $32/hour | $411.13 |
| | | | | | Parkside Place Paycheck : | $411.13 |

PAID
10/02

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20174

11/02/25

TO THE
ORDER OF

**** NINETEEN THOUSAND TWO HUNDRED SIXTY SEVEN AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

$19,267.00**

NON-NEGOTIABLE

*MEMO: Loan Payment*

4.    <u>Impermissible Uses of Cash Collateral</u>. The Debtors will not use any of the Bank's cash collateral to pay items:

      i.    Not contained in the Budgets except as approved by the Bankruptcy Court after written notice to the Bank and a hearing or after written request to the Bank and the Bank's written consent; or

      ii.    In excess of one hundred ten percent (110%) of the amount set forth in the Budget, in the aggregate from the Petition Date.

5.    <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

      i.    Pre-Petition Rents held by the VerStandig Law Firm, LLC Attorney Trust Account are considered to be cash collateral and subject to the constraints of the Budgets. Debtors waive and release any claim against the Bank that the Pre-Petition Rents remitted under this paragraph 5(i) or paragraph 10 below are property of the estate or that the Bank did not have a properly perfected lien in these specific monies, to the extent of any allowed claims of the Bank.

      ii.    Parkside will pay the sum of $19,267 on the 15th day of each month to be applied to debt service.

      iii.    Generations will pay the sum of $39,667 on the 15th day of each month to be applied to debt service.

      iv.    The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20164

TO THE
ORDER OF

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,          58106

10/28/25          $1,641.28***

**** ONE THOUSAND SIX HUNDRED FORTY ONE AND 28/100 DOLLARS

NON-NEGOTIABLE

 **INSURANCE**    Summary

  **844-961-0334**
M-F, 8AM-8PM (EST)    

# Billing Portal

| | |
|---|---|
| **Account #:** | **********4025 |
| **Account of:** | THE RUINS LLC |
| | GENERATIONS ON 1ST LLC |
| | PARKSIDE LLC |
| **Policies on account:** | BKS******** |

| | |
|---|---|
| Payment: | **$0.00** |
| Account balance: | $66,981.51 |

**Pay Now**

ⓘ **Welcome to Express Payment where you can make a one-time payment without signing into your profile.**
To access all online capabilities, click here to login or create a new user profile.

# Confirmation

*PAID* *10/04* (handwritten stamp)

| | |
|---|---|
| Confirmation # | D0004X145 |
| Date/time | 10/28/2025 11:21 AM EDT |
| Payment method | Credit/Debit card |
| Total Payment | $7,773.79 on Mastercard ending in 4149 |
| Payment Amount | $7,584.19 |
| Payment Service Fee | $189.60 |
| Saved payment account for future use | No |

*Handwritten annotations:*
*Ruins : 38.37%*
*$ 2982.80*
*Park : 21.113%*
*$ 1,641.28*
*Gen : 40.517%*
*$ 3,149.71*

[ **Return to Summary** ]

**A confirmation receipt has been sent to the email address on file.**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20165

TO THE
ORDER OF

**** ONE THOUSAND SEVEN HUNDRED FIFTY FIVE AND 00/100 DOLLARS

JESSE CRAIG
1405 1ST AVE N
FARGO, ND   58102

10/31/25            $1,755.00***

NON-NEGOTIABLE

# JESSE CRAIG

## *PARKSIDE PLACE*

**2025**

| | |
|---|---|
| From: | 1-Oct |
| To: | 31-Oct |

| | |
|---|---|
| Invoice #: | 6010 |
| Invoice Date: | 10/31/2025 |
| Due Date: | 11/01/25 |

| | | | | Total |
|---|---|---|---|---|
| 39 | | Manager oversite $45/unit | $45.00 | $1,755.00 |
| | | | | |
| | | | **$45.00** | **$1,755.00** |

Please make checks payable to Jesse Craig no later than   11/01/25



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20161

10/08/25

$20,711.62**

TO THE
ORDER OF

**** TWENTY THOUSAND SEVEN HUNDRED ELEVEN AND 62/100 DOLLARS

CODINGTON COUNTY TREASURER
14 1ST AVE SE
WATERTOWN, SD    57201

NON-NEGOTIABLE

**CODINGTON COUNTY TREASURER**

Official Real Estate Tax Notice

14 FIRST AVENUE S.E. * WATERTOWN, SD 57201

(605) 882-6285

2024 TAXES DUE AND PAYABLE IN 2025

3451.93mo

2024 - 12152

| EXHIBIT |
| IV1064 |

Record#: 9358

**Legal:**   Sch:14-4   S/T/R:   Acres/Lots: .00

WATERTOWN CITY  PARKSIDE PLACE ADD

PARKSIDE PLACE ADD

8 2 ST NE

**Taxes In Name Of**

PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 20,711.62 |
| **Second Half** | 20,711.62 |
| **TOTAL** | 41,423.24 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 65,136 | 2.525 | 164.48 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 65,136 | 9.478 | 617.36 |
| WATERTOWN CITY | 67,568 | 65,136 | 1.691 | 110.14 |
| EAST DAKOTA WATER | 67,568 | 65,136 | 0.020 | 1.30 |
| TAX INCREMENT 12 NA | 67,568 | 2,955,371 | 13.714 | 40,529.96 |

Escrow: $ 17,753.<sup>00</sup>

↳ move to checking 10/8/25.

Pay Full Amt $20,711.62  10/8/25



NA: 41423.24

| **TOTAL:** | 41,423.24 |
|---|---|

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⇩ Please detach stubs and return with your payment ⇩          ⇩ Please detach stubs and return with your payment ⇩

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20162

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

10/14/25

$121.86******

TO THE
ORDER OF    **** ONE HUNDRED TWENTY ONE AND 86/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD   57201

NON-NEGOTIABLE

# Alexis Burbach

**2025**

From: 1-Oct
To: 15-Oct

*Parkside Place*

Invoice #: 2018
Invoice Date: 10/15/2025
Due Date: 10/16/2025

### Scope of Work

| Date | Start | End | Unit | Scope of Work | Amount |
|------|-------|-----|------|---------------|--------|
| 10/3 | 10:30 AM | 11:30 AM | 1:00 | showing Gage 2411 , walk building | $25.50 |
| 10/6 | 2:15 PM | 3:15 PM | 1:00 | walk throughs, commercial locks checked | $25.50 |
| 10/7 | 11:15 | 11:45 | 0:30 | walk through with JC | $12.75 |
| 10/13 | 9:30 | 11:00 AM | 1:30 | walk building, garbage picked up, fridge memo taped on | $38.25 |
| 10/14 | 12:00 | 12:30 | 0:30 | showing jonathan 2411 | $12.75 |

PAID
20102

| **Total Hours** | **4:30** | **Total Hourly Pay $25.50/hour** | **$114.75** |
|---|---|---|---|

### Maintenance

| **Total Hours** | **0:00** | **Total Maintenance $30/hour** | **$0.00** |
|---|---|---|---|

### Reimbursement

| **Total Reimbursement** | **$0.00** |
|---|---|

### Commission

| $200 per new lease |
|---|
| $200 per new lease |
| $200 per new lease |
| $200 per new lease |

| **Total Commissions** | **$0.00** |
|---|---|

| Parkside Place Total Hours Amount: | $114.75 |
|---|---|
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| **Parkside Place Subtotal:** | **$114.75** |
| Parkside Place Sales Tax (6.2%): | $7.11 |
| Parkside Place Total Commissions: | $0.00 |
| **Parkside Place Total Paycheck Amount:** | **$121.86** |

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20163

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

10/14/25

$176.00*****

TO THE
ORDER OF      **** ONE HUNDRED SEVENTY SIX AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

# Maintenance Hours

**2025**

**Maintenance Name:** Doug Rodengen

$32.00 Hourly Rate

From: 1-Oct

To: 15-Oct

*Parkside Place*

Invoice #: 2018

Invoice Date: 10/15/2025

Due Date: 10/16/2025

| Date | Unit | Start | End | Hours | Scope of Work | |
|------|------|-------|-----|-------|---------------|--|
| 10/10 | | 8:00 AM | 1:30 PM | 5:30: | 2411 replace trim/baseboard and door stopper, 2202 bathroom floor screw exposed, garage doors adjusted and cleaned, check out broken fridge from 2410, | $176.00 |

PAID 20143

| | | | | | | |
|--|--|--|--|--|--|--|
| | **Total Hours** | **5:30:** | | | **Total Hourly Pay $32/hour** | **$176.00** |
| | | | | | **Parkside Place Paycheck :** | $176.00 |