UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br><br>        Debtor.<br>_____/ | Bankruptcy No. 25-30002<br>Chapter 11 |
| In Re:<br><br>Parkside Place, LLC,<br><br>        Debtor.<br>_____/ | Bankruptcy No. 25-30003<br>Chapter 11 |

## NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT

TO THE DEBTORS, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

Debtors Generations on 1st, LLC and Parkside Place, LLC petitioned for relief under Chapter 11 of the Bankruptcy Code on January 6, 2025. On November 25, 2025, Debtors filed their disclosure statement pursuant to Bankruptcy Rule 3016(b).

Pursuant to section 1125(b) of the Bankruptcy Code, there will be a hearing on approval of Debtors' Disclosure Statement Dated November 25, 2025, (Doc. 239) on **Wednesday, January 7, 2026, at 10:00 a.m. in Quentin N. Burdick U.S. Courthouse, Courtroom #2, 2nd Floor, 655 First Avenue North, Fargo, North Dakota**. Parties may appear by video conference. *The latest video conference instructions and the link to join are located at: http://www.ndb.uscourts.gov/video-conferences*.

NOTICE IS FURTHER GIVEN that objections to Debtors' Disclosure Statement Dated November 25, 2025, if any, shall be filed in the Clerk's Office, United States Bankruptcy Court no later than **December 29, 2025,** with a copy served on the attorney for the debtor, the trustee (if any) and all other interested parties listed below. Any objections not filed and served may be deemed waived. If the Court receives no written objections to the Disclosure Statement, the Court may approve the Disclosure Statement without a hearing.

| ATTORNEY FOR DEBTOR | UNITED STATES TRUSTEE |
|---|---|
| Maurice B. VerStandig | Mary R. Jensen, Acting U.S. Trustee |
| The Dakota Bankruptcy Firm | Suite 1015 U.S. Courthouse |
| 1630 1st Ave. N., Suite B PMB 24 | 300 South Fourth Street |
| Fargo, ND 58102-4246 | Minneapolis, MN 55415 |

The Disclosure Statement may be reviewed by registering with the ECF system or in the Bankruptcy Clerk's Office by any party. Also, copies of the Disclosure Statement may be obtained by contacting the Attorney for the Debtor.

Your rights may be affected in this action. You should read these papers carefully and discuss the matter with your attorney, if you have one. If you want the Court to consider your views you should file a written response to the action and attend the hearing that has been scheduled. If you do not take these steps the Court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: November 26, 2025.

                                              Kay A. Melquist, Clerk
                                              United States Bankruptcy Court
                                              Quentin N. Burdick United States Courthouse
                                              655 1st Avenue North, Suite 210
                                              Fargo, ND 58102-4932

                                              By:  /s/  *SHARON HORSAGER*
                                                   Sharon Horsager, Deputy Clerk

Copy served electronically November 26, 2025, to Attorney Maurice VerStandig for service.