**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>        Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>        Debtor. | Case No.: 25-30003<br><br>Chapter 11 |
| Generations on 1st, LLC, Parkside Place, LLC, and The Ruins, LLC,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Red River State Bank,<br><br>        Defendant. | Adversary No.: 25-07009 |

**STIPULATION AS TO RESPONSE DEADLINE**

Plaintiffs and Defendant, by and through their undersigned counsel, submit the following Stipulation.  Whereas Plaintiffs filed and served their First Amended Complaint on November 12, 2025.  Whereas Defendant would have fourteen (14) days to respond to the First Amended Complaint under Federal Rule of Bankruptcy Procedure Rule 7015 and Federal Rule of Civil Procedure 15(a)(3).  The Parties hereby agree and stipulate that Defendant shall be afforded additional time to respond to the First Amendment Complaint, and any response to the First Amendment Complaint filed on or before December 10, 2025, by Defendant shall be

considered timely under Federal Rule of Bankruptcy Procedure Rule 7015 and Federal Rule of Civil Procedure 15(a)(3).

     Dated this 1st day of December, 2025.

**THE DAKOTA BANKRUPTCY FIRM**

BY:<u>Maurice B. VerStandig</u>_____
    Maurice B. VerStandig, Esq.
    1630 1st Avenue N
    Suite B PMB 24
    Fargo, North Dakota 58102-4246
    Phone: (701) 394-3215
    mac@dakotabankurptcy.com
    Counsel for the Debtors/Plaintiffs

**VOGEL LAW FIRM**

BY:*/s/ Drew J. Hushka*_____
    Caren W. Stanley (#06100)
    cstanley@vogellaw.com
    Drew J. Hushka (#08230)
    dhushka@vogellaw.com
    Kesha L. Tanabe
    ktanabe@vogellaw.com
    218 NP Avenue
    PO Box 1389
    Fargo, ND  58107-1389
    701.237.6983
    ATTORNEYS FOR DEFENDANT

STATE OF NORTH DAKOTA  )
                                    ) SS        **CERTIFICATE OF SERVICE**

COUNTY OF CASS          )

On December 1, 2025, the undersigned caused the following document(s):

**STIPULATION AS TO RESPONSE DEADLINE**

to be served electronically to the following:

*All ECF Filing Participants*


/s/ Drew J. Hushka
Drew J. Hushka