# Payables Aging Report

Period: -11/2025
As of : 11/30/2025

| Payee Name | Invoice | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Notes | | | | | | | | | | | |
| **Grand Total** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

# Aged Receivable

Property = Generations on 1st  Status: Current, Future, Notice   Month From: 11/2025

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| **Generations on 1st** | | | | | | | | | |
| Generations on 1st | ESCAMILLA-VIGIL JOSHUA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,010.00 | -1,010.00 |
| Generations on 1st | HERSTEDT LYNELL | Current | 82.00 | 32.00 | 50.00 | 0.00 | 0.00 | 0.00 | 82.00 |
| Generations on 1st | KRANZ JACOB | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,600.00 | -1,600.00 |
| Generations on 1st | DYKSTRA JONI | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | RASSEL ADDISON | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | FOOTE ALLISON | Current | 80.00 | 0.00 | 80.00 | 0.00 | 0.00 | 0.00 | 80.00 |
| Generations on 1st | ALBAN CLAYTON | Current | 80.00 | 80.00 | 0.00 | 0.00 | 0.00 | -80.00 | 0.00 |
| Generations on 1st | HALLSTROM SAYLOR | Current | 1,232.41 | 1,010.00 | 222.41 | 0.00 | 0.00 | 0.00 | 1,232.41 |
| Generations on 1st | KADOUN BRAUN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,075.00 | -1,075.00 |
| Generations on 1st | MACALUSO ALEXANDRIA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -115.00 | -115.00 |
| Generations on 1st | GODEL KALEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -95.00 | -95.00 |
| Generations on 1st | REMMERDE AVERY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,150.00 | -2,150.00 |
| Generations on 1st | LAPOINTE BRITTEN | Current | -15.00 | 15.00 | -15.00 | -15.00 | 0.00 | 0.00 | -15.00 |
| Generations on 1st | BEADLE LILY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -995.00 | -995.00 |
| Generations on 1st | CORDINGLEY MASON | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -90.00 | -90.00 |
| Generations on 1st | HAEDER MATTHEW | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | OLSON NATHAN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| **Generations on 1st** | | | **1,459.41** | **1,137.00** | **337.40** | **-15.00** | **0.00** | **-11,570.00** | **-10,110.59** |
| | | | | | | | | | |
| **Grand Total** | | | **1,459.41** | **1,137.00** | **337.40** | **-15.00** | **0.00** | **-11,570.00** | **-10,110.59** |

UserId : mcraig@cpbusmgt.com Date : 12/15/2025 Time : 17:00

12/15/2025 10:26 AM

**Rent Roll**

Property =  Generations on 1st

As Of = 11/29/2025

Month = 11/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|-------------|----------------|------|---------|------------------|----------|
| **Current/Notice/Vacant Tenants** | | | | | | | |
| 101 | SENIOR CENTER | 0.00 | 0.00 | 0.00 | 05/01/2022 | 08/31/2110 | |
| 3201 | RENEE HANLON | 1,560.00 | 1,475.00 | 80.00 | 03/03/2023 | 11/30/2026 | |
| 3202 | JUDITH ZIRBEL | 1,010.00 | 925.00 | 80.00 | 08/09/2024 | 08/31/2025 | |
| 3203 | SHEILA KAMMERER | 985.00 | 955.00 | 80.00 | 05/01/2023 | 01/31/2026 | |
| 3204 | PHYLLIS JACKSON | 1,010.00 | 1,010.00 | 0.00 | 04/01/2024 | 04/30/2025 | |
| 3205 | CONNOR KAUP | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | |
| 3206 | CASEY KIRLEY | 2,030.00 | 910.00 | 80.00 | 08/07/2024 | 11/30/2026 | |
| 3207 | LOIS STADHEIM | 985.00 | 955.00 | 75.00 | 06/01/2023 | 05/31/2024 | |
| 3208 | BRAUN KADOUN | 1,010.00 | 1,090.00 | 65.00 | 08/01/2025 | 07/31/2026 | |
| 3209 | JONI DYKSTRA | 1,010.00 | 1,010.00 | 80.00 | 08/15/2024 | 08/14/2025 | |
| 3210 | MARILYN BOIK | 1,475.00 | 1,475.00 | 75.00 | 04/01/2023 | 03/31/2024 | |
| 3211 | KIERA WEISSER | 1,520.00 | 1,520.00 | -45.00 | 06/01/2025 | 05/31/2026 | |
| 3212 | EMILY PETERSON | 1,010.00 | 1,010.00 | 65.00 | 06/01/2025 | 05/31/2026 | |
| 3213 | ALLISON FOOTE | 1,010.00 | 910.00 | 80.00 | 08/01/2024 | 07/31/2025 | |
| 3214 | MIKALA WAGNER | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | |
| 3215 | ALEXANDRIA MACALUSO | 1,010.00 | 1,010.00 | 65.00 | 05/01/2025 | 04/30/2026 | |
| 3216 | KYLER MEHLHOFF | 1,010.00 | 1,010.00 | 80.00 | 09/01/2025 | 05/31/2026 | |
| 3217 | AVERY REMMERDE | 1,010.00 | 1,090.00 | 65.00 | 07/07/2025 | 07/06/2026 | |
| 3218 | MASON CORDINGLEY | 1,010.00 | 1,010.00 | -15.00 | 05/24/2025 | 05/31/2026 | |
| 3301 | BARBARA GOENS | 1,475.00 | 1,475.00 | 80.00 | 09/01/2022 | 08/31/2023 | |
| 3302 | ISABELLE RICHARDSON | 1,010.00 | 750.00 | -30.00 | 04/01/2025 | 03/31/2026 | |
| 3303 | BRITTEN LAPOINTE | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | |
| 3304 | HANNAH HEUER | 1,010.00 | 1,090.00 | 80.00 | 09/01/2025 | 08/31/2026 | |
| 3305 | ELLIOTT STEINER | 1,010.00 | 1,010.00 | 0.00 | 08/01/2025 | 07/31/2026 | |
| 3306 | TIARA DEHOET | 985.00 | 955.00 | 75.00 | 04/01/2023 | 03/31/2024 | |
| 3307 | ORLEY WANGSNESS | 1,010.00 | 1,090.00 | 80.00 | 10/01/2024 | 09/30/2025 | |
| 3308 | MARQUS MCDONNELL | 1,010.00 | 1,010.00 | 15.00 | 04/18/2025 | 04/30/2026 | |

**Page 1 of 4**

12/15/2025 10:26 AM

## Rent Roll

Property = Generations on 1st

As Of = 11/29/2025

Month = 11/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|-------------|----------------|------|---------|------------------|----------|
| 3309 | KEEGAN SCHELLE | 1,010.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | |
| 3310 | ALEXIS BURBACH | 1,520.00 | 0.00 | -240.00 | 03/01/2024 | | |
| 3311 | BARBARA WEGMAN | 1,520.00 | 1,425.00 | 80.00 | 07/01/2022 | 06/30/2026 | |
| 3312 | LUCAS HANSEN | 1,010.00 | 1,010.00 | 80.00 | 09/01/2025 | 05/31/2026 | |
| 3313 | CLAYTON ALBAN | 1,010.00 | 910.00 | 80.00 | 08/09/2024 | 05/31/2026 | |
| 3314 | HANNAH HUPPLER | 1,010.00 | 1,010.00 | 65.00 | 02/01/2025 | 01/31/2026 | |
| 3315 | Kurundu Jayasekera | 1,010.00 | 1,010.00 | 0.00 | 10/06/2025 | 10/31/2025 | |
| 3316 | MICAH WARRINGTON | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | |
| 3317 | KALEN GODEL | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | |
| 3318 | DARRIEN MARTIN | 1,010.00 | 1,010.00 | 0.00 | 07/01/2025 | 06/30/2026 | |
| 3401 | LORNA HARSTAD | 1,520.00 | 1,375.00 | 0.00 | 08/01/2022 | | |
| 3402 | TARYN OPDAHL | 1,010.00 | 1,010.00 | 40.00 | 04/05/2024 | 01/31/2026 | |
| 3403 | LILY BEADLE | 1,010.00 | 1,010.00 | -15.00 | 07/01/2025 | 06/30/2026 | |
| 3404 | CHRISTIAN SNYDER | 1,010.00 | 1,010.00 | 65.00 | 07/01/2025 | 06/30/2026 | |
| 3405 | DAWSON TREEBY | 1,010.00 | 1,010.00 | 0.00 | 08/16/2024 | 08/31/2026 | |
| 3406 | TIMOTHY BEAUDRY | 1,010.00 | 2,100.00 | 65.00 | 08/01/2025 | 07/31/2026 | |
| 3407 | CYNTHIA WELLS | 1,010.00 | 1,090.00 | 80.00 | 11/01/2024 | 10/31/2025 | |
| 3408 | LAVERNA COYLE | 985.00 | 985.00 | 75.00 | 07/01/2023 | 06/30/2024 | |
| 3409 | JUDITH HOFFMAN | 1,010.00 | 750.00 | -30.00 | 01/15/2025 | 01/14/2026 | |
| 3410 | KAREN JENSEN | 1,520.00 | 1,520.00 | 80.00 | 03/01/2024 | 02/28/2025 | |
| 3411 | PAIGE HALL | 1,520.00 | 1,600.00 | 50.00 | 05/01/2025 | 04/30/2026 | |
| 3412 | DIONNE ZWEIG | 1,010.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | |
| 3413 | DARYL TAPIO | 1,010.00 | 985.00 | 80.00 | 11/01/2022 | 10/31/2023 | |
| 3414 | NICHOLAS KASTEN | 1,020.00 | 955.00 | 80.00 | 11/01/2022 | 11/30/2026 | |
| 3415 | SAYLOR HALLSTROM | 1,010.00 | 750.00 | 0.00 | 10/25/2024 | 10/24/2025 | |
| 3416 | JACOBE TRAMP | 1,010.00 | 1,010.00 | 80.00 | 03/01/2024 | 02/28/2025 | |
| 3417 | PIPER NAUGHTON | 1,010.00 | 910.00 | 80.00 | 08/08/2024 | 08/31/2026 | |
| 3418 | JUSTINE JACOBS | 1,010.00 | 1,010.00 | 0.00 | 07/21/2025 | 07/31/2026 | |

12/15/2025 10:26 AM

## Rent Roll

Property = Generations on 1st

As Of = 11/29/2025

Month = 11/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|------------|---------------|------|---------|------------------|----------|
| 3501 | CHARLES OLSON | 1,520.00 | 1,415.00 | 40.00 | 04/01/2022 | | |
| 3502 | MATTHEW HAEDER | 1,010.00 | 1,090.00 | 80.00 | 08/01/2025 | 07/31/2026 | |
| 3503 | DONNA REESE | 1,010.00 | 1,090.00 | 0.00 | 10/01/2025 | 06/30/2026 | |
| 3504 | RAY BRADBERRY | 965.00 | 500.00 | 75.00 | 04/01/2022 | | |
| 3505 | JOHN TIMMONS | 1,010.00 | 935.00 | 80.00 | 10/12/2022 | | |
| 3506 | LYNELL HERSTEDT | 985.00 | 985.00 | 40.00 | 07/01/2023 | 06/30/2024 | |
| 3507 | GUEST SUITE | 450.00 | 0.00 | 0.00 | 01/01/2025 | 12/31/2025 | |
| 3508 | NICHOLAS PETERSEN | 1,010.00 | 925.00 | 80.00 | 08/01/2024 | 07/31/2025 | |
| 3509 | MADISON PREMUS | 1,010.00 | 1,010.00 | 0.00 | 09/01/2023 | 08/31/2024 | |
| 3510 | JACOB KRANZ | 1,520.00 | 1,520.00 | 80.00 | 01/01/2024 | 12/31/2024 | |
| 3511 | DEAN SHULTZ | 1,520.00 | 1,520.00 | -45.00 | 06/01/2025 | 05/31/2026 | |
| 3512 | HALI ANDERSON | 1,010.00 | 935.00 | 40.00 | 07/01/2024 | 09/30/2026 | |
| 3513 | ADDISON RASSEL | 1,010.00 | 925.00 | 80.00 | 07/01/2024 | 06/30/2025 | |
| 3514 | HAYDEN MULDER | 1,010.00 | 1,010.00 | 80.00 | 03/01/2025 | 02/28/2026 | |
| 3515 | KADEN BENNETT | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | |
| 3516 | JOSHUA ESCAMILLA-VIGIL | 1,010.00 | 935.00 | 0.00 | 07/01/2025 | 11/30/2026 | |
| 3517 | MASON MCDONALD | 1,010.00 | 1,005.00 | 80.00 | 07/01/2022 | | 11/30/2025 |
| 3518 | NATHAN OLSON | 1,010.00 | 1,010.00 | 80.00 | 10/01/2025 | 09/30/2026 | |
| **Future Tenants/Applicants** | | | | | | | |
| 3517 | CHARITY HOVEY | 0.00 | 1,090.00 | 0.00 | 12/05/2025 | 12/31/2026 | |
| **Total** | **Generations on 1st** | **79,090.00** | **76,310.00** | **3,105.00** | | | |

| Summary Groups | Square Footage | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied |
|----------------|---------------|------------|-----------------|------|-----------|-----------------|-----------------|
| Current/Notice/Vacant Tenants | 56,944.00 | 79,090.00 | 75,220.00 | 3,105.00 | 73 | 100.00 | 100.00 |
| Future Tenants/Applicants | 723.00 | 0.00 | 1,090.00 | 0.00 | 1 | 0.00 | 0.00 |
| Occupied Units | 56,944.00 | 0.00 | 0.00 | 0.00 | 73 | 100.00 | 100.00 |

12/15/2025 10:26 AM

## Rent Roll

Property = Generations on 1st

As Of = 11/29/2025

Month = 11/2025

| Unit | Tenant Name | | Actual | Tenant | Misc Move In | Lease | | Move Out |
|------|-------------|---|--------|--------|--------------|-------|---|----------|
| | | | Rent | Deposit | | Expiration | | |
| Total Vacant Units | | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 |
| **Totals:** | | **56,944.00** | **79,090.00** | **76,310.00** | **3,105.00** | **73** | **100.00** | **100.00** |

## Owner Statement

Owner = Generations On 1st (all properties)

Month = Nov 2025

Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|-------:|--------:|--------:|
| | | | | **Beginning Balance** | | | 103,805.71 |
| 10/31/2025 | :ACH-WEB | Generations on 1st | JACOB KRANZ | Online Payment - EFT Payment Paid by Roommate SIERRA OVERSHINER(r00 00046).Mobile App - Resident Services | 800.00 | 0.00 | 104,605.71 |
| 10/31/2025 | :ACH-WEB | Generations on 1st | KEEGAN SCHELLE | Online Payment - EFT Payment. Mobile App - Resident Services | 1,090.00 | 0.00 | 105,695.71 |
| 11/01/2025 | 507582656 cpbm 5695 | Generations on 1st | ALEXANDRIA MACALUSO | | 1,100.00 | 0.00 | 106,795.71 |
| 11/01/2025 | :ACH-734 | Generations on 1st | AVERY REMMERDE | Pre-Authorized Payment | 1,075.00 | 0.00 | 107,870.71 |
| 11/01/2025 | 315350881 | Generations on 1st | CLAYTON ALBAN | Debit Card On-Line Payment ; Web - Resident Services | 1,090.00 | 0.00 | 108,960.71 |
| 11/01/2025 | 315069119 | Generations on 1st | EMILY PETERSON | Recurring Debit Card Payment ; | 1,075.00 | 0.00 | 110,035.71 |
| 11/01/2025 | 5697 | Generations on 1st | GUEST SUITE | | 450.00 | 0.00 | 110,485.71 |
| 11/01/2025 | 506312191 cpbm 5695 | Generations on 1st | HANNAH HUPPLER | | 1,075.00 | 0.00 | 111,560.71 |
| 11/01/2025 | 507588463 cpbm 5695 | Generations on 1st | HAYDEN MULDER | | 1,090.00 | 0.00 | 112,650.71 |
| 11/01/2025 | :ACH-WEB | Generations on 1st | JACOB KRANZ | Online Payment - EFT Payment. Mobile App - Resident Services | 800.00 | 0.00 | 113,450.71 |
| 11/01/2025 | 315295090 | Generations on 1st | JUSTINE JACOBS | Credit Card On-Line Payment ; Mobile App - Resident Services | 1,010.00 | 0.00 | 114,460.71 |
| 11/01/2025 | 506793405 cpbm 5695 | Generations on 1st | KALEN GODEL | Paid by: KAYLA LEHR | 540.00 | 0.00 | 115,000.71 |
| 11/01/2025 | 506316287 cpbm 5695 | Generations on 1st | KALEN GODEL | | 540.00 | 0.00 | 115,540.71 |
| 11/01/2025 | :ACH-735 | Generations on 1st | LAVERNA COYLE | Pre-Authorized Payment | 1,060.00 | 0.00 | 116,600.71 |
| 11/01/2025 | 506990367 cpbm 5695 | Generations on 1st | MASON CORDINGLEY | | 1,010.00 | 0.00 | 117,610.71 |
| 11/01/2025 | 315069056 | Generations on 1st | MICAH WARRINGTON | Recurring Debit Card Payment ; | 995.00 | 0.00 | 118,605.71 |
| 11/01/2025 | 505895607 cpbm 5695 | Generations on 1st | NATHAN OLSON | prepay december | 1,090.00 | 0.00 | 119,695.71 |
| 11/02/2025 | 30209 | Generations on 1st | RED RIVER STATE BANK | GenOn1st, Mtg; per cash collateral 10/19/2025 | 0.00 | 39,667.00 | 80,028.71 |
| 11/02/2025 | :ACH-WEB | Generations on 1st | DEAN SHULTZ | Online Payment - EFT Payment Paid by Roommate MASON SHULTZ(r0000099 ).Web - Resident Services | 491.66 | 0.00 | 80,520.37 |
| 11/02/2025 | :ACH-WEB | Generations on 1st | ISABELLE RICHARDSON | Online Payment - EFT Payment. Mobile App - Resident Services | 980.00 | 0.00 | 81,500.37 |
| 11/03/2025 | 310 | Generations on 1st | U.S. TRUSTEES | 3rd qtr, tx date 10/31/25, pymt date 11/3/2025 | 0.00 | 481.00 | 81,019.37 |
| 11/03/2025 | ACH | Generations on 1st | ALLISON FOOTE | | 1,090.00 | 0.00 | 82,109.37 |

# Owner Statement

Owner = Generations On 1st (all properties)
Month = Nov 2025
Book = Cash

| Date | Ref | Property | Name | Description | Amount | | Balance |
|---|---|---|---|---|---|---|---|
| 11/03/2025 | ACH | Generations on 1st | AVERY REMMERDE | | 1,075.00 | 0.00 | 83,184.37 |
| 11/03/2025 | ACH | Generations on 1st | BARBARA GOENS | | 1,555.00 | 0.00 | 84,739.37 |
| 11/03/2025 | ACH | Generations on 1st | BRITTEN LAPOINTE | | 1,075.00 | 0.00 | 85,814.37 |
| 11/03/2025 | ACH | Generations on 1st | CASEY KIRLEY | | 1,010.00 | 0.00 | 86,824.37 |
| 11/03/2025 | ACH | Generations on 1st | CHARLES OLSON | | 1,560.00 | 0.00 | 88,384.37 |
| 11/03/2025 | ACH | Generations on 1st | CHRISTIAN SNYDER | | 1,075.00 | 0.00 | 89,459.37 |
| 11/03/2025 | ACH | Generations on 1st | CONNOR KAUP | | 1,075.00 | 0.00 | 90,534.37 |
| 11/03/2025 | ACH | Generations on 1st | CYNTHIA WELLS | | 990.00 | 0.00 | 91,524.37 |
| 11/03/2025 | ACH | Generations on 1st | DAWSON TREEBY | | 1,010.00 | 0.00 | 92,534.37 |
| 11/03/2025 | :ACH-WEB | Generations on 1st | DEAN SHULTZ | Online Payment - EFT Payment. Mobile App - Resident Services | 491.66 | 0.00 | 93,026.03 |
| 11/03/2025 | 508331493 cpbm 5695 | Generations on 1st | DEAN SHULTZ | Paid by: ALEXIS CEROLL | 491.68 | 0.00 | 93,517.71 |
| 11/03/2025 | ACH | Generations on 1st | ELLIOTT STEINER | | 1,010.00 | 0.00 | 94,527.71 |
| 11/03/2025 | ACH | Generations on 1st | HALI ANDERSON | | 1,050.00 | 0.00 | 95,577.71 |
| 11/03/2025 | ACH | Generations on 1st | JUDITH HOFFMAN | | 980.00 | 0.00 | 96,557.71 |
| 11/03/2025 | ACH | Generations on 1st | JUDITH ZIRBEL | | 1,090.00 | 0.00 | 97,647.71 |
| 11/03/2025 | ACH | Generations on 1st | KADEN BENNETT | | 995.00 | 0.00 | 98,642.71 |
| 11/03/2025 | ACH | Generations on 1st | KAREN JENSEN | | 1,600.00 | 0.00 | 100,242.71 |
| 11/03/2025 | ACH | Generations on 1st | LILY BEADLE | | 995.00 | 0.00 | 101,237.71 |
| 11/03/2025 | ACH | Generations on 1st | LOIS STADHEIM | | 1,060.00 | 0.00 | 102,297.71 |
| 11/03/2025 | ACH | Generations on 1st | MARILYN BOIK | | 1,550.00 | 0.00 | 103,847.71 |
| 11/03/2025 | ACH | Generations on 1st | NICHOLAS KASTEN | | 1,090.00 | 0.00 | 104,937.71 |
| 11/03/2025 | ACH | Generations on 1st | NICHOLAS PETERSEN | | 1,090.00 | 0.00 | 106,027.71 |
| 11/03/2025 | ACH | Generations on 1st | ORLEY WANGSNESS | | 1,090.00 | 0.00 | 107,117.71 |
| 11/03/2025 | ACH | Generations on 1st | PAIGE HALL | | 1,570.00 | 0.00 | 108,687.71 |
| 11/03/2025 | ACH | Generations on 1st | PHYLLIS JACKSON | | 1,010.00 | 0.00 | 109,697.71 |
| 11/03/2025 | ACH | Generations on 1st | PIPER NAUGHTON | | 1,090.00 | 0.00 | 110,787.71 |
| 11/03/2025 | ACH | Generations on 1st | RENEE HANLON | | 1,575.00 | 0.00 | 112,362.71 |
| 11/03/2025 | ACH | Generations on 1st | SHEILA KAMMERER | | 1,065.00 | 0.00 | 113,427.71 |
| 11/03/2025 | ACH | Generations on 1st | TARYN OPDAHL | | 1,050.00 | 0.00 | 114,477.71 |
| 11/03/2025 | ACH | Generations on 1st | TIMOTHY BEAUDRY | | 1,075.00 | 0.00 | 115,552.71 |
| 11/04/2025 | 316734981 | Generations on 1st | JACOBE TRAMP | Debit Card On-Line Payment ; Mobile App - Resident Services | 600.00 | 0.00 | 116,152.71 |
| 11/04/2025 | 316633788 | Generations on 1st | KIERA WEISSER | Debit Card On-Line Payment ; Roommate BRENDYN WEISSER (r0000104) ; Mobile App - Resident Services | 491.00 | 0.00 | 116,643.71 |
| 11/04/2025 | 508825191 cpbm 5695 | Generations on 1st | Kurundu Jayasekera | | 1,010.00 | 0.00 | 117,653.71 |
| 11/04/2025 | :ACH-751 | Generations on 1st | LYNELL HERSTEDT | Pre-Authorized Payment | 1,025.00 | 0.00 | 118,678.71 |

# Owner Statement

Owner = Generations On 1st (all properties)
Month = Nov 2025
Book = Cash

| Date | Number | Property | Name | Description | Amount | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/04/2025 | 316580788 | Generations on 1st | MARQUS MCDONNELL | Credit Card On-Line Payment ; Mobile App - Resident Services | 1,025.00 | 0.00 | 119,703.71 |
| 11/05/2025 | :ACH-WEB | Generations on 1st | ALEXIS BURBACH | Online Payment - EFT Payment. Mobile App - Resident Services | 1,280.00 | 0.00 | 120,983.71 |
| 11/05/2025 | 13490 | Generations on 1st | BARBARA WEGMAN | | 1,600.00 | 0.00 | 122,583.71 |
| 11/05/2025 | 0044581902 | Generations on 1st | DARYL TAPIO | | 1,090.00 | 0.00 | 123,673.71 |
| 11/05/2025 | 0044817728 | Generations on 1st | DARYL TAPIO | | 1,090.00 | 0.00 | 124,763.71 |
| 11/05/2025 | 111 | Generations on 1st | DIONNE ZWEIG | | 1,090.00 | 0.00 | 125,853.71 |
| 11/05/2025 | 1655 | Generations on 1st | DONNA REESE | | 1,010.00 | 0.00 | 126,863.71 |
| 11/05/2025 | :ACH-WEB | Generations on 1st | KIERA WEISSER | Online Payment - EFT Payment. Mobile App - Resident Services | 492.00 | 0.00 | 127,355.71 |
| 11/05/2025 | 316927674 | Generations on 1st | KIERA WEISSER | Debit Card On-Line Payment ; Roommate LOGAN AUSTAD (r0000103) ; Mobile App - Resident Services | 492.00 | 0.00 | 127,847.71 |
| 11/05/2025 | 080618 | Generations on 1st | KYLER MEHLHOFF | | 1,305.20 | 0.00 | 129,152.91 |
| 11/05/2025 | 115185 | Generations on 1st | KYLER MEHLHOFF | | 1,090.00 | 0.00 | 130,242.91 |
| 11/05/2025 | 6004 | Generations on 1st | LORNA HARSTAD | | 1,520.00 | 0.00 | 131,762.91 |
| 11/05/2025 | 316772557 | Generations on 1st | LUCAS HANSEN | Credit Card On-Line Payment ; Roommate KATHLEEN HANSEN (r0000111) ; Web - Resident Services | 1,106.13 | 0.00 | 132,869.04 |
| 11/05/2025 | 165 | Generations on 1st | MADISON PREMUS | | 1,090.00 | 0.00 | 133,959.04 |
| 11/05/2025 | 3289 | Generations on 1st | RAY BRADBERRY | | 1,040.00 | 0.00 | 134,999.04 |
| 11/05/2025 | 4996290 | Generations on 1st | REAGAN CRANDALL | | 325.23 | 0.00 | 135,324.27 |
| 11/07/2025 | 312 | Generations on 1st | RED RIVER STATE BANK | TX funds to RRSB for DSC | 0.00 | 80,592.04 | 54,732.23 |
| 11/07/2025 | N/A | Generations on 1st | JE-4263 | TX funds to RRSB from Trust | 80,592.04 | 0.00 | 135,324.27 |
| 11/10/2025 | 317473400 | Generations on 1st | JACOBE TRAMP | Debit Card On-Line Payment ; Mobile App - Resident Services | 490.00 | 0.00 | 135,814.27 |
| 11/11/2025 | ACH catchup | Generations on 1st | CASEY KIRLEY | | 20.00 | 0.00 | 135,834.27 |
| 11/11/2025 | ACH 2nd run | Generations on 1st | CYNTHIA WELLS | | 100.00 | 0.00 | 135,934.27 |
| 11/15/2025 | 30211 | Generations on 1st | Alexis Burbach | taxes | 0.00 | 12.25 | 135,922.02 |
| 11/15/2025 | 30211 | Generations on 1st | Alexis Burbach | 7.45  res mgr | 0.00 | 197.63 | 135,724.39 |
| 11/15/2025 | 30212 | Generations on 1st | DOUG RODENGEN | 3301 Window, thermos, 3310 thermo, stairwell door, 3503 thermo, 3401 thermo, 3303 thermos, bath door, 3303 bath dooor, 3318 thermo, 3310 toilet fill valve | 0.00 | 208.00 | 135,516.39 |
| 11/15/2025 | GenRETaxEscrow | Generations on 1st | JE-4258 | RE Tax Escrow - estimate, due 4/30 | 0.00 | 5,463.93 | 130,052.46 |
| 11/15/2025 | 510046690 cpbm 5700 | Generations on 1st | MASON MCDONALD | | 1,090.00 | 0.00 | 131,142.46 |

**Owner Statement**

Owner = Generations On 1st (all properties)

Month = Nov 2025

Book = Cash

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/17/2025 | 313 | Generations on 1st | STARION FINANCIAL | wire fee | 0.00 | 20.00 | 131,122.46 |
| 11/17/2025 | N/A | Generations on 1st | JE-4262 | TX funds to Gen Checking from TRUST | 10,000.00 | 0.00 | 141,122.46 |
| 11/26/2025 | 30213 | Generations on 1st | JESSE CRAIG | 73 UNITS, $45/UNIT | 0.00 | 3,285.00 | 137,837.46 |
| 11/28/2025 | 30214 | Generations on 1st | CP BUSINESS MANAGEMENT | 11/28 ins prem | 0.00 | 3,094.14 | 134,743.32 |
| 11/28/2025 | 318616290 | Generations on 1st | JOSHUA ESCAMILLA-VIGIL | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,010.00 | 0.00 | 135,753.32 |
| 11/28/2025 | :ACH-WEB | Generations on 1st | MATTHEW HAEDER | Online Payment - EFT Payment. Web - Resident Services | 1,090.00 | 0.00 | 136,843.32 |
| 11/29/2025 | 318812784 | Generations on 1st | ADDISON RASSEL | Credit Card On-Line Payment ; Mobile App - Resident Services | 1,090.00 | 0.00 | 137,933.32 |
| 11/29/2025 | 318841205 | Generations on 1st | BRAUN KADOUN | Debit Card On-Line Payment ; Web - Resident Services | 1,075.00 | 0.00 | 139,008.32 |
| 11/29/2025 | :ACH-WEB | Generations on 1st | JACOB KRANZ | Online Payment - EFT Payment Paid by Roommate SIERRA OVERSHINER(r0000046).Mobile App - Resident Services | 800.00 | 0.00 | 139,808.32 |
| 11/29/2025 | :ACH-WEB | Generations on 1st | JONI DYKSTRA | Online Payment - EFT Payment. Mobile App - Resident Services | 1,090.00 | 0.00 | 140,898.32 |
| 11/30/2025 | 30215 | Generations on 1st | Alexis Burbach | 3303 thermostats adjust | 0.00 | 30.00 | 140,868.32 |
| 11/30/2025 | 30215 | Generations on 1st | Alexis Burbach | 8.15 res mgr | 0.00 | 210.39 | 140,657.93 |
| 11/30/2025 | 30215 | Generations on 1st | Alexis Burbach | taxes | 0.00 | 14.90 | 140,643.03 |
| 11/30/2025 | 30216 | Generations on 1st | APARTMENTS LLC | | 0.00 | 649.00 | 139,994.03 |
| 11/30/2025 | 30217 | Generations on 1st | AUTOMATIC BUILDING CONTROLS | 11/1/25-10/31/26 annual fire alarm monitoring | 0.00 | 318.60 | 139,675.43 |
| 11/30/2025 | 30218 | Generations on 1st | BLUEPEAK | FINAL BILLING; ACCT CLOSURE | 0.00 | 2.28 | 139,673.15 |
| 11/30/2025 | 30231 | Generations on 1st | CP BUSINESS MANAGEMENT | Nov mgmt | 0.00 | 3,954.76 | 135,718.39 |
| 11/30/2025 | 30231 | Generations on 1st | CP BUSINESS MANAGEMENT | offsite office rent | 0.00 | 1,312.50 | 134,405.89 |
| 11/30/2025 | 30231 | Generations on 1st | CP BUSINESS MANAGEMENT | offsite supplies | 0.00 | 158.71 | 134,247.18 |
| 11/30/2025 | 30231 | Generations on 1st | CP BUSINESS MANAGEMENT | offsite utilities | 0.00 | 151.58 | 134,095.60 |
| 11/30/2025 | 30231 | Generations on 1st | CP BUSINESS MANAGEMENT | | 0.00 | 135.20 | 133,960.40 |
| 11/30/2025 | 30231 | Generations on 1st | CP BUSINESS MANAGEMENT | software fee | 0.00 | 73.00 | 133,887.40 |
| 11/30/2025 | 30231 | Generations on 1st | CP BUSINESS MANAGEMENT | misc mgr | 0.00 | 500.00 | 133,387.40 |
| 11/30/2025 | 30231 | Generations on 1st | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 200.00 | 133,187.40 |
| 11/30/2025 | 30219 | Generations on 1st | DOUG RODENGEN | 3318 heaters, lazy susan, baseboards, sprinkler room pipe meeting | 0.00 | 88.00 | 133,099.40 |

# Owner Statement

Owner = Generations On 1st (all properties)

Month = Nov 2025

Book = Cash

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/30/2025 | 30230 | Generations on 1st | GEORGES SANITATION | November garbage service | 0.00 | 207.09 | 132,892.31 |
| 11/30/2025 | 30230 | Generations on 1st | GEORGES SANITATION | Oct garbage service (rec'd 11/30/25) | 0.00 | 207.09 | 132,685.22 |
| 11/30/2025 | 30230 | Generations on 1st | GEORGES SANITATION | Sept garbage service (rec'd 11/30/25) | 0.00 | 207.09 | 132,478.13 |
| 11/30/2025 | 30220 | Generations on 1st | LIBBY BURGHARDT | 3410 PAINT | 0.00 | 516.25 | 131,961.88 |
| 11/30/2025 | 30220 | Generations on 1st | LIBBY BURGHARDT | 3503, 3518, 3315 PATCHES/PAINT | 0.00 | 87.50 | 131,874.38 |
| 11/30/2025 | 30221 | Generations on 1st | MIDCONTINENT | | 0.00 | 111.04 | 131,763.34 |
| 11/30/2025 | 30222 | Generations on 1st | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | garage door: cable drum, adjust track, damaged roller, level door | 0.00 | 563.45 | 131,199.89 |
| 11/30/2025 | 30223 | Generations on 1st | PT REPAIR, LLC | 3302 MICROWAVE-REPLC INTERNAL FUSE | 0.00 | 107.21 | 131,092.68 |
| 11/30/2025 | 30224 | Generations on 1st | SAFE N SECURE | RECONFIGURE DOOR AND CAMERA SYSTEMS TO MATCH NEW INTERNET/PHONE PROVIDER | 0.00 | 302.67 | 130,790.01 |
| 11/30/2025 | 30225 | Generations on 1st | SCHUMACHER | qt maint contract | 0.00 | 477.36 | 130,312.65 |
| 11/30/2025 | 30226 | Generations on 1st | TRUGREEN | mow 10/7, 10/14 | 0.00 | 74.34 | 130,238.31 |
| 11/30/2025 | 30227 | Generations on 1st | WHITE GLOVE CLEANING | oct. monthly clean | 0.00 | 768.84 | 129,469.47 |
| 11/30/2025 | 30229 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | credit per WMU | 0.00 | -57.55 | 129,527.02 |
| 11/30/2025 | 30229 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 10/23-11/24 house electric | 0.00 | 657.56 | 128,869.46 |
| 11/30/2025 | 30229 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 10/23-11/24 house water | 0.00 | 835.63 | 128,033.83 |
| 11/30/2025 | 30229 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 10/23-11/24  gas meter | 0.00 | 503.85 | 127,529.98 |
| 11/30/2025 | 30229 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 10/23-11/24 house sewer | 0.00 | 2,923.92 | 124,606.06 |
| 11/30/2025 | 30229 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 10/23-11/24 vacates | 0.00 | 46.86 | 124,559.20 |
| 11/30/2025 | :ACH-WEB | Generations on 1st | JACOB KRANZ | Online Payment - EFT Payment. Mobile App - Resident Services | 800.00 | 0.00 | 125,359.20 |
| | | | | **Ending Balance** | **170,913.60** | **149,360.11** | **125,359.20** |
| | | | | Reserves Needed | | 0.00 | |
| | | | | Security Deposits (this period) | | 0.00 | |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30215

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

11/30/25

$255.29******

TO THE
ORDER OF   **** TWO HUNDRED FIFTY FIVE AND 29/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD   57201

NON-NEGOTIABLE

**Alexis Burbach**

*Generations on 1st*

**2025**

| | | Invoice #: | 3021 |
|---|---|---|---|
| From: | 15-Nov | Invoice Date: | 11/30/2025 |
| To: | 30-Nov | Due Date: | 12/1/2025 |

| Date | Unit | Start | End | | | $ |
|---|---|---|---|---|---|---|
| 11/14 | | 6:00 PM | 6:30 PM | 0:30: | swap phone lines per Midco instruction to stop beeping – didnt work | $12.75 |
| 11/18 | | 8:30 | 8:45 | 0:15: | midco electrical room - phone lines fixed | $6.38 |
| 11/18 | | 1:45 PM | 3:30 PM | 1:45: | renewal info gone through - tenants contacted, vaca updated | $44.63 |
| 11/18 | | 6:00 PM | 6:30 PM | 0:30: | 3318 calls about baseboard heat - try to get working prior to maintenance scheduling | $12.75 |
| 11/19 | | 11:30 | 14:00 | 2:30: | tenant calls/messages - renewals sent - vaca updated | $63.75 |
| 11/21 | | 14:45 | 4:00 PM | 1:15: | building walk - garbage in garage - cleaners talked with | $31.88 |
| 11/25 | | 1:00 PM | 2:00 PM | 1:00: | move out 3517, contact cleaners/maintenance | $25.50 |
| 11/26 | | 3:30 PM | 4:00 PM | 0:30: | active heating for sprinkler room exhaust pipe | $12.75 |

| | Total Hours | 8:15: | | Total Hourly Pay $25.50/hour | $210.39 |
|---|---|---|---|---|---|

| Date | Unit | Start | End | | Maintenance | |
|---|---|---|---|---|---|---|
| 11/29 | 3303 | 6:30 PM | 7:30 PM | 1:00: | tighten thermostats - heat wouldnt turn off | $30.00 |

| | Total Hours | 1:00: | | Total Maintenance  $30/hour | $30.00 |
|---|---|---|---|---|---|

| Date | Unit | | | Reimbursement | |
|---|---|---|---|---|---|

| | | | | Total Reimbursement | $0.00 |
|---|---|---|---|---|---|

| Date | Unit | | | | |
|---|---|---|---|---|---|
| | | | $200 per new lease | | |
| | | | $200 per new lease | | |
| | | | $200 per new lease | | |
| | | | $200 per new lease | | |

| | | | | Total Commissions | $0.00 |
|---|---|---|---|---|---|

| | |
|---|---|
| Generations Total Hours Amount: | $210.39 |
| Generations Total Painting Amount: | $30.00 |
| Generations Total Reimbursements: | $0.00 |
| Generations Subtotal: | $240.39 |
| Generations Sales Tax (6.2%): | $14.90 |
| Generations Total Commissions: | $0.00 |
| Generations Total Paycheck Amount: | $255.29 |

PAID 2025

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30219

11/30/25

$88.00*******

TO THE
ORDER OF   **** EIGHTY EIGHT AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

**Maintenance Hours**

**2025**

**Maintenance** *Doug Rodengen*

$32.00  Hourly Rate
From:  15-Novem
To:  30-Novem

*Generations on 1st*

Invoice #:  3021

Invoice Date:  11/30/2025
Due Date:  12/1/2025

| Date | Unit | Start | End | Time | Scope of Work | |
|------|------|-------|-----|------|---------------|------|
| 11/19 | 3318 | 8:00 AM | 8:30 AM | 0:30 | livingroom/bedroom heaters not working -- adjusted and working | $16.00 |
| 11/25 | | 8:00 AM | 9:30 AM | 1:30 | lazy susan installed, adjust baseboard heat in bed/living room | $48.00 |
| 11/25 | | 13:30 | 14:15 | 0:45 | meet Active Heating for sprinkler room exhaust fan rusted out quote | $24.00 |

PAID

| | | | |
|---|---|---|---|
| Total Hours | 2:45: | Total Hourly Pay $32/hour | $88.00 |
| | | Generations on 1st Paycheck : | $88.00 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30226

11/30/25

$74.34********

TO THE
ORDER OF    **** SEVENTY FOUR AND 34/100 DOLLARS

TRUGREEN
3334 9th Ave SW
Watertown, SD   57201

NON-NEGOTIABLE



TRUGREEN.
Live life outside.™

PROPERTY MOWING $70.00

(605) 882-0643

Customer # 90239
Invoice # 1952423
mcraig@cpbusmgt.com

Service Address
Generations
Mindy Craig
26 1st Ave. SW
Watertown, SD  57201

COMMENTS:
Mowed
10/7 + 10/14

☐ DO NOT MOW FOR _____ HRS    ☐ RAISE MOWER HEIGHT
☐ DO NOT WATER FOR _____ HRS   ☐ KEEP CHILDREN AND PETS
☐ WATER LAWN MORE OFTEN             OFF LAWN FOR _____ HRS
☐ SHARPEN MOWER BLADE(S)

TIME: _____
TECHNICIAN: RG + James    DATE: Oct + James

Wind Direction
N
W — E
S

Wind Speed
[ ] 0-5
[ ] 6-10
[ ] 11-15

Weather Conditions:
Temperature _____

Please Stay Off Treated Areas Until Dry or Until Dusts Have Settled If a Granular Treatment    An independent business licensed to serve you by TruGreen Limited Partnership.

Today's Invoice Charge          70.00

WATERTOWN SALES TAX           4.34
Invoice Total                          74.34

Please Remit          $74.34

*Please pay within 10 days.  If payment has recently been made, please disregard this statement. Thank you!*

PAID
2022

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30222

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

11/30/25

$563.45******

\*\*\*\* FIVE HUNDRED SIXTY THREE AND 45/100 DOLLARS

TO THE
ORDER OF

NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC
MR TIKKA CONSTRUCTION LLC
NORTHEAST, LLC, 1235 KINER CT
HAYTI, SD   57241

NON-NEGOTIABLE



# Northeast LLC

**The Roofers**

1235 Kiner Court  |  Hayti, SD 57241
6057833090  |  office@northeasthd.us

**RECIPIENT:**

## The Generations

Watertown, South Dakota 57201
Phone: (605) 303-4130

**SERVICE ADDRESS:**

26 1st Avenue Southwest
Watertown, South Dakota 57201

**Invoice #607882**

| | |
|---|---|
| Issued | 10/29/2025 |
| Due | 11/28/2025 |
| Job Name | Service Call Parking Garage Door |
| Job Address | 26 1st Avenue Southwest, Watertown, South Dakota, 57201 |

**PAID** 2022

**Total** **$563.45**

## Service Call Parking Garage Door

| Product/Service | Description | Qty. | Total |
|---|---|---|---|
| 10/23/2025 | | | |
| 3724 Garage Doors | Service call to repair door. Put cable back on drum, adjusted track, replaced damaged roller and leveled door. Service techs Kye Jouppe and Micky Jouppe. | 6 | $537.00* |
| 3724 Garage Doors | 1 - 3" LS steel roller | 1 | $15.18* |
| SD SE TAX 2% | SOUTH DAKOTA STATE EXCISE TAX 2% | 552.18 | $11.27* |

* Non-taxable

| | |
|---|---|
| Total | $563.45 |

Thank you for your business. Please contact us with any questions regarding this invoice.

Reliable Service
Product Knowledge
Motivated

Northeast LLC 90-1250095

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

11/30/25

30223

TO THE
ORDER OF

**** ONE HUNDRED SEVEN AND 21/100 DOLLARS

$107.21******

PT REPAIR, LLC
421 S BROADWAY
WATERTOWN, SD    57201

NON-NEGOTIABLE

## PT Repair, LLC

Dave Nesheim
421 S Broadway
Watertown, SD 57201
Ptrepair2022@gmail.com

605-880-2921

# INVOICE



PAID
2022

**BILL TO**

CP Business Properties

Generation

Invoice No: 1372
Invoice Date: 10/22/2025
Due Date: 12/15/2025

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 20 amp fuse | 1 | 5.95 | 5.95 |
| Service Call | | 95.00 | 95.00 |
| | | | |
| | | | |
| | | **SUBTOTAL** | 100.95 |

Generation #3302 per Doug MW dead had a
blown fuse internally of MW replace fuse
crimp holder to fit tight checks ok

| | |
|---|---|
| **TOTAL TAX** | 6.26 |

| | |
|---|---|
| **Balance Due** | **107.21** |

Terms net 30 days

*Thank You for Your Business*

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30221

11/30/25

$111.04******

TO THE
ORDER OF

**** ONE HUNDRED ELEVEN AND 04/100 DOLLARS

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD    57117

NON-NEGOTIABLE



 MIDCO BUSINESS®

PO Box 5010
Sioux Falls, SD 57117-5010

Invoice Date — 11/09/25
Invoice Number — 38575150115057
Account # — 385751501
Page — 1 of 10

GENERATIONS ON 1ST, LLC
26 1ST AVE SW
WATERTOWN SD 57201



Thank you for choosing Midco. We appreciate your business and look forward to serving you for years to come.

### Billing Summary

| | |
|---|---|
| Account Number | 385751501 |
| **Total Amount Due** | **$111.04** |

## Midco Alerts

**Got questions about your bill?** For help reading your statement, visit **Midco.com/Business/Statements**.

**Your advertising plan awaits.** Whatever your marketing goals, our team of advertising experts are here to formulate a plan just for you. From creative assets to targeted placements to detailed reporting, we have you covered. Learn more at **Midco.com/Advertising**.

**Phone services done right!** Say goodbye to one-size-fits-all. We offer multiple plans, customizable features, 24/7 support and swift installations. Plus, save when you bundle your services. Add phone services at **Midco.com/Business/Contact**.

**Connecting communities across the Midwest**. We're proud to power homes and businesses in our five-state footprint with our reliable services and local support teams.

### Account Activity

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments Received | $0.00 |
| Balance Forward | $0.00 |

### Current Charges

| | |
|---|---|
| Data and Related Services | $95.00 |
| Other Services | $15.00 |
| Taxes, Fees & Surcharges | $1.04 |
| **Total Amount Due** | **$111.04** |

*Payment Due Date: 11/28/25*

**Payment Options**
Online: **Midco.com/Business/MyAccount**. Phone: 1.800.888.1300.
EFT: See reverse side. Mail: Return stub below & do not send cash.

**Online:** Midco.com/Business       **Phone:** 1.800.888.1300       **Email:** Business.Support@Midco.com

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30218

11/30/25

$2.28*********

TO THE
ORDER OF

**** TWO AND 28/100 DOLLARS

BLUEPEAK
PO BOX 5002
SIOUX FALLS,   SD   57117-5002

NON-NEGOTIABLE

page 1 of 2



## Contact Us
www.mybluepeak.com
833-567-3987

@HelloBluepeak



| Account Number: | 046789401 |
|---|---|
| Billing Date: | 11/13/25 |
| **Total Amount Due:** | **$2.28** |
| Payment Due By: | Due Upon Receipt |



| STATEMENT SUMMARY | |
|---|---|
| Previous Balance | $24.71 |
| Payments and Adjustments | -$22.43 |
| New Charges | $0.00 |
| **Total Amount Due** | **$2.28** |

| NEW CHARGES SUMMARY | |
|---|---|
| Monthly Service Charges | $0.00 |
| Taxes | $0.00 |
| **Total New Charges** | **$0.00** |

This statement reflects the total balance due and may include charges for unreturned equipment. To avoid any collection process and additional fees please ensure all equipment is returned to our office and that any outstanding balances have been paid. Thank you.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices.  Your acknowledgement of this agreement is confirmed by your payment.



generators
acct closure
Final Billing

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30216

TO THE
ORDER OF

**** SIX HUNDRED FORTY NINE AND 00/100 DOLLARS

11/30/25

$649.00******

APARTMENTS LLC
2563 COLLECTION CENTER DR
CHICAGO, IL   60693

NON-NEGOTIABLE



501 S 5th Street
Richmond, VA 23219





1519 1 MB 0.672    E0029 I0058 D14716378555 S2 P10931147 0002:0003

ACCOUNTS PAYABLE
CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO ND 58106-9379

| Invoice | Page 1 of 2 |
|---|---|
| Invoice Number | 122932896 |
| Account #/Location ID | 180274941 |
| Invoice Date | 11/03/2025 |
| CoStar Federal Tax ID | 52-2134617 |
| Payment Terms | Net 30 |
| Due Date | 12/03/2025 |
| Service Period | 11/01/2025 to 11/30/2025 |
| | |
| **Invoice Amount** | **USD 649.00** |



Pay by credit card or checking account online by
registering at **CoStar.BillTrust.com**

Use your personalized **Enrollment Token** below.



## CURRENT INVOICE  See the following page(s) for detail

| | |
|---|---|
| Apartments Network 3 Gold | USD 649.00 |
| Sub-Total | USD 649.00 |
| Tax | USD 0.00 |
| **Current Invoice Total** | **USD 649.00** |

For questions about your bill, please call us at 800-894-4720.
Email: Billing@costar.com

Office Hours: Monday - Friday 9:00 AM - 8:00 PM EST

---

TEAR HERE        **REMITTANCE DOCUMENT - Please Include With Your Payment**        TEAR HERE

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30225

TO THE
ORDER OF

SCHUMACHER
PO BOX 393
DENVER, IA    50622

**** FOUR HUNDRED SEVENTY SEVEN AND 36/100 DOLLARS

11/30/25

$477.36******

NON-NEGOTIABLE



**SCHUMACHER**
**E L E V A T O R**

PO Box 393
One Schumacher Way
Denver, Iowa 50622

Phone: (319) 984-5676
Website: www.schumacherelevator.com
Email:accounting@schumacherelevator.com

# Invoice

| Billing Address | |
|---|---|
| SOLD TO ACCT NO 1018726 | |
| GENERATIONS ON 1ST LLC | |
| 1405 1ST AVE NORTH | |
| FARGO ND  58102 | |

| Shipping Address | |
|---|---|
| SHIP TO ACCT NO 1017120 | |
| GENERATIONS ON 1ST APARTMENTS | |
| 26 1ST AVE SW | |
| WATERTOWN SD  57201 | |

| Information | |
|---|---|
| Document Number | 90665338 |
| Document Date | 11/01/2025 |
| Purchase Order No. | |
| Purchase Order Date | |
| Sales Order Number | 40011512 |
| Payment Terms | Net 30 Days |
| Billing Date | **11/01/2025** |
| Currency | USD |

PAID

1  of  1

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 0010 | *Quarterly invoice for elevator maintenance.* <br> FM QT MAINTENANCE <br> HP-GENERATIONS ON 1ST APTS-WATERTOWN SD | | 449.49 | 449.49 |
| | | | Items Tot | 449.49 |
| | | | State Tax | 18.88 |
| | | | County Tax | 0.00 |
| | | | City Tax | 8.99 |
| | | | **Total Amount** | $    477.36 |

zsec_invoice1std    01/2004



**SCHUMACHER**
ELEVATOR

PO Box 393
One Schumacher Way
Denver, Iowa 50622

Phone: (319) 984-5676
Website: www.schumacherelevator.com
Email:accounting@schumacherelevator.com

# Invoice

## Billing Address

SOLD TO ACCT NO 1018726

GENERATIONS ON 1ST LLC
1405 1ST AVE NORTH
FARGO ND  58102

## Shipping Address

SHIP TO ACCT NO 1017120

GENERATIONS ON 1ST APARTMENTS
26 1ST AVE SW
WATERTOWN SD  57201

## Information

| | |
|---|---|
| **Document Number** | 90665338 |
| **Document Date** | 11/01/2025 |
| **Purchase Order No.** | |
| **Purchase Order Date** | |
| **Sales Order Number** | 40011512 |
| **Payment Terms** | Net 30 Days |
| **Billing Date** | **11/01/2025** |
| **Currency** | USD |

PAID

1  of  1

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | *Quarterly invoice for elevator maintenance.* | | | |
| 0010 | FM QT MAINTENANCE | | 449.49 | 449.49 |
| | HP-GENERATIONS ON 1ST APTS-WATERTOWN SD | | | |
| | | | Items Tot | 449.49 |
| | | | State Tax | 18.88 |
| | | | County Tax | 0.00 |
| | | | City Tax | 8.99 |
| | | | **Total Amount** | $     477.36 |

zsec_invoice1std    01/2004

30227

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

11/30/25

$768.84******

TO THE
ORDER OF    **** SEVEN HUNDRED SIXTY EIGHT AND 84/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

NON-NEGOTIABLE

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|---|---|
| 11/1/2025 | 2404 |

| Due Date | Terms |
|---|---|
| 12/1/2025 | Net 30 |

| Bill To |
|---|
| Generations<br>Unit # |



| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | Generations Mont...<br>Purchased Supplies | Monthly Building Cleaning<br>Cleaning Supplies<br>Sales Tax | 700.00<br>25.44<br>6.20% | 700.00T<br>25.44<br>43.40 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total**     $768.84

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30217

TO THE
ORDER OF

**** THREE HUNDRED EIGHTEEN AND 60/100 DOLLARS

AUTOMATIC BUILDING CONTROLS
4300 W 61ST ST N
SIOUX FALLS, SD   57107

11/30/25

$318.60******

NON-NEGOTIABLE

# ABC

**Invoice**

## AUTOMATIC BUILDING CONTROLS
**4300 W. 61ST St. N. • Sioux Falls, SD 57107**
**605-336-1200 • FAX 605-336-0088**

®

Invoice No : 182284
Invoice Date : 10/15/2025
Customer Code : APGENFIR

Location: **Generations on 1st**
26  1st Ave SW
Watertown, SD  57201

Bill To: **Generations on 1st**
PO Box 9379
Fargo, ND  58106

| P.O. # / Authority | Project Location | Our Contract Number | Terms |
|---|---|---|---|
|  |  |  | Net 30 |

| Quantity / Hours | Item Number | Description | Unit Price / Rate | Amount |
|---|---|---|---|---|
| 12 | MC | Annual Monitor Contract of Fire Alarm System. 11-01-25 to 10-31-26 | 25.00 | 300.00 |

| | |
|---|---|
| Invoice Subtotal | 300.00 |
| Sales Tax | 18.60 |
| Excise Tax | 0.00 |
| **INVOICE TOTAL** | **318.60** |

*Your Business is Appreciated!*



## *Life Safety Starts with ABC!*®
FIRE ALARMS • MASS NOTIFICATION • ERCES-BDA • CLOCK SYSTEMS • NURSE CALL • BATTERIES

30220

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

11/30/25

$603.75*****

**** SIX HUNDRED THREE AND 75/100 DOLLARS

NON-NEGOTIABLE

TO THE
ORDER OF

LIBBY BURGHARDT
311 OAK STREET
BRANDT, SD   57218

## Mindy Craig

**From:** Mindy Craig
**Sent:** Monday, December 1, 2025 1:28 PM
**To:** Mindy Craig
**Subject:** Libby's hours 2nd

November Maintenance
Generations
11/12: 9:15-1:15 get supplies, cut out drywall tape, new tape, first coat 3410 (4)
11/13: 9:15-1 prep, mud second coat 3410 (3.75)
11/14: 9:15-12 get supplies, prep for sanding, sand, prime, texture, clean up 3410 (2.75)
11/18: 8:45-1 paint 3410, clean up, finish (4.25)

=14.75@$35

$516.25

Parkside
11/13: 1-2:30 fill holes, drywall repairs, paint 2208(1.5)
   2:45-3:45 drywall repairs, repaint 2411 (1)
11/14: 12-3:45 prep for sanding, texture, paint 2411 (3.75)

=6.25@$35

$218.75

Mindy Craig

CP Business Management
1405 1st Ave N, Suite B | Fargo, ND | 58102
Office: 701.237.3369
Web: www.cpbusmgt.com

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system

## Mindy Craig

| | |
|---|---|
| **From:** | Mindy Craig |
| **Sent:** | Monday, December 1, 2025 1:28 PM |
| **To:** | Mindy Craig |
| **Subject:** | Libby's hours |

I seriously had no idea that these were never turned in, I apologize! It was probably because it was so little work that I forgot!! I AM SO SORRY IM THE WORST 😅

September maintenance hours
Parkside
9/15: 9:30-10:30 paint 2301 (1)

1@$35
=$35

Generations
9/15: 10:30-11:30 drywall repairs and paint 3503 (1)
       11:30-12:30 drywall repairs and paint 3518 (1)
       12:30-1 drywall repairs and paint 3315 (.5)

2.5@$35
=$87.50

Mindy Craig

CP Business Management
1405 1st Ave N, Suite B | Fargo, ND | 58102
Office: 701.237.3369
Web: www.cpbusmgt.com

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system

1

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30224

11/30/25

$302.67******

TO THE
ORDER OF   **** THREE HUNDRED TWO AND 67/100 DOLLARS

SAFE N SECURE
25769 COTTONWOOD AVE
SIOUX FALLS, SD   57107

NON-NEGOTIABLE

Peters Distributing, Inc.
dba Safe-N-Secure
25769 Cottonwood Avenue
Sioux Falls, SD  57107



**Invoice**

| DATE | INVOICE NO. |
|------|-------------|
| 11/17/2025 | 101782 |

6055435068

**BILL TO**

CP Business Management
Parkside Place
1405 1st Ave. N. Suite B
Fargo, ND 58102

**SHIP TO**

Parkside Place
8 2nd St. NE
Watertown, SD 57201

| P.O. NO. | TERMS | DUE DATE | Original REP |
|----------|-------|----------|--------------|
| | Net 15 | 12/02/2025 | BJH |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Details 11/07/2025: Customer contracted new Internet Provider. Technician provisioned router for door and camera systems at both Parkside & Generations on 1st. Verified systems were online. | | | |
| | | | |
| Technician: Trey V. | | | |
| | | | |
| On Site/Service Charge | 1 | 330.00 | 330.00T |
| Travel Charge - Round Trip. | 192 | 1.25 | 240.00T |
| Watertown, SD City & State Sales Tax | | | 35.34 |

*parkside $302.67*
*generations $302.67*

PAID

***We now offer an online payment option with CC or ACH***
For link please email accounting@sns605.com

**A MONTHLY FINANCE CHARGE OF 1.5% PER MONTH (18% ANNUALLY) MAY BE ADDED TO ALL OVERDUE INVOICES . THE MINIMUM FINANCE CHARGE IS $2.00. WE ACCEPT VISA, MASTERCARD AND DISCOVER.**

| | |
|---|---|
| **Total** | $605.34 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $605.34 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30229

11/30/25

**** FOUR THOUSAND NINE HUNDRED TEN AND 27/100 DOLLARS

$4,910.27***

NON-NEGOTIABLE

TO THE
ORDER OF

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

**MUNICIPAL UTILITIES DEPT.**

**Account Number** 001-00187742-02

**Name** GENERATIONS ON 1ST

**Service Address** 26 1 AVE SW 3310

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049558 | 11/19/2025 | 10/22/2025 | 28 | MR | 21797 | 21372 | 1 | 425 | kWh | |

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 31.03 |
| Electric State Tax | 1.85 |
| Electric City Tax | 0.88 |
| TOTAL ELECTRIC CHARGES | 46.86 |
| | |
| CURRENT CHARGES | $46.86 |
| | |
| TOTAL AMOUNT DUE | $46.86 |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

Nov 2025

PAID 2022

*Bill Back*

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FIRST BILL | | 12/01/2025 | 12/10/2025 | 46.86 | 49.20 |

**MESSAGES:** Call 811 before you dig!

**MUNICIPAL UTILITIES DEPT.**    Account Number: 008-00187532-02    Name: GENERATIONS ON 1ST    Service Address: 26 1 AVE SW HOUSE

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | | | | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | Multiplier | Usage | Units | |
| ELECTRIC: 0000030955 | 11/24/2025 | 10/23/2025 | 32 | MR | 484739 | 475449 | 1 | 9290 | kWh | |
| ELECTRIC: 0000030955 | 11/24/2025 | 10/23/2025 | 32 | MR | 18932 | | 1 | 18.93 | kW | |
| WATER: 0200555042 | 11/24/2025 | 10/23/2025 | 32 | MR | 05011 | 04832 | 1 | 179 | ccf | |
| GAS: 0002116659 | 11/24/2025 | 10/23/2025 | 32 | MR | 34810 | 34128 | 1 | 682 | ccf | |



**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

WATER (100 cu.ft)

GAS (ccf)

121588

| | | |
|---|---|---|
| PREVIOUS BALANCE | | 4,616.57 |
| TRANSFER ACCOUNT BALANCE | 11/14/ | -57.55 |
| PAYMENT | 11/05/2025 | -4,616.57 |
| BALANCE FORWARD | | -57.55 |

**ELECTRIC SERVICE**
| | |
|---|---|
| Electric Demand | 234.73 |
| Electric Customer Charge | 50.00 |
| Electric Energy | 334.44 |
| Electric State Tax | 26.01 |
| Electric City Tax | 12.38 |
| TOTAL ELECTRIC CHARGES | 657.56 |

**GAS SERVICE**
| | |
|---|---|
| Gas Customer Charge | 40.00 |
| Gas Consumption | 434.43 |
| Gas State Tax | 19.93 |
| Gas City Tax | 9.49 |
| TOTAL GAS CHARGES | 503.85 |

**WATER SERVICE**
| | |
|---|---|
| Water Customer Charge | 38.06 |
| Water Consumption | 754.31 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 835.63 |

**SEWER SERVICE**
| | |
|---|---|
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 2,883.31 |
| TOTAL SEWER CHARGES | 2,923.92 |

| | |
|---|---|
| CURRENT CHARGES | $4,920.96 |
| TOTAL AMOUNT DUE | $4,863.41 |

PAID

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 12/01/2025 | 12/10/2025 | 4,863.41 | 5,106.58 |

**MESSAGES:** Call 811 before you dig!

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30211

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

11/15/25

$209.88******

TO THE
ORDER OF    **** TWO HUNDRED NINE AND 88/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**
2025

From: 1-Nov
To: 15-Nov



Generations on 1st

Invoice #: 3020
Invoice Date: 11/15/2025
Due Date: 11/16/2025

| Date | Unit | Start | End | | Scope of Work | |
|------|------|-------|-----|---|---------------|---|
| 10/31 | | 2:30 PM | 3:30 PM | 1:00 | update 3503 lease, garage opener ready for 3312 | $25.50 |
| 11/3 | | 14:00 | 16:00 | 2:00 | walk building, showing roger/wife, talk with senior center | $51.00 |
| 11/7 | | 12:00 PM | 1:00 PM | 1:00 | maintenance request/ questions | $25.50 |
| 11/7 | | 2:30 PM | 2:45 PM | 0:15 | safe n secure/midco in building | $6.38 |
| 11/8 | | 12:00 | 13:00 | 1:00 | messages about open garage spots -- 3218, 3403 | $25.50 |
| 11/10 | | 13:30 | 2:30 PM | 1:00 | walk building, grab printer ink, check cameras/stopped working | $25.50 |
| 11/11 | | 1:00 PM | 1:30 PM | 0:30 | phone lines guy midco in building -- show how to swap if phone lines is wron | $12.75 |
| 11/12 | | 11:30 AM | 12:30 PM | 1:00 | showing Doug - senior center walk through -- 3202 talked with | $25.50 |

| | Total Hours | 7:45: | | Total Hourly Pay $25.50/hour | $197.63 |
|---|---|---|---|---|---|

**Maintenance**

| | Total Hours | 0:00: | | Total Maintenance $30/hour | $0.00 |
|---|---|---|---|---|---|

| Date | Unit | | Reimbursement | | |
|------|------|---|---------------|---|---|
| | | | | Total Reimbursement | $0.00 |

| Date | Unit | | Commission | | |
|------|------|---|------------|---|---|
| | | $200 per new lease | | | |
| | | $200 per new lease | | | |
| | | $200 per new lease | | | |
| | | $200 per new lease | | | |
| | | | | Total Commissions | $0.00 |

| | |
|---|---|
| Generations Total Hours Amount: | $197.63 |
| Generations Total Painting Amount: | $0.00 |
| Generations Total Reimbursements: | $0.00 |
| Generations Subtotal: | $197.63 |
| Generations Sales Tax (6.2%): | $12.25 |
| Generations Total Commissions: | $0.00 |
| Generations Total Paycheck Amount: | $209.88 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30212

11/15/25

$208.00******

TO THE
ORDER OF      **** TWO HUNDRED EIGHT AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

# Maintenance Hours
## 2025

**Generations on 1st**

**Maintenance Name:** *Doug Rodengen*



Invoice #:  3020

$32.00  Hourly Rate
From:  1-November
To:  15-November

Invoice Date:  11/15/2025
Due Date:  11/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 11/3 | | 8:00 AM | 10:15 AM | 2:15: | 3301, LR window latched - stairwell heats/1 in garage turned on - 3306, thermostats entry lock adjusted, rod for blinds | $72.00 |
| 11/5 | 3310 | 8:00 AM | 8:45 AM | 0:45: | adjust thermostat settings | $24.00 |
| 11/11 | | 8:00 | 10:30 | 2:30: | 3rd floor stairwell push handle secured, 3503 thermostats checked, 3507 thermostats tightened/blinds rod turner, 3401 thermostats tight and set, 3303 thermostat bedroom, bathroom door adjusted to latch | $80.00 |
| 11/14 | | 8:00 | 9:00 AM | 1:00: | 3303, bathroom door lock adjusted, 3318 LR thermostat tightened/adjusted, 3310 2nd bathroom toilet constantly runs | $32.00 |

|  |  |  |  |  |
|--|--|--|--|--|
| | **Total Hours** | 6:30: | **Total Hourly Pay $32/hour** | $208.00 |
| | | | **Generations on 1st Paycheck :** | $208.00 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30214

11/28/25

$3,094.14***

**** THREE THOUSAND NINETY FOUR AND 14/100 DOLLARS

TO THE
ORDER OF

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,      58106

MEMO: 11/28 ins prem

NON-NEGOTIABLE

 **INSURANCE**    Summary    🏠 🎧 **844-961-0334** M-F, 8AM-8PM (EST)    👤 ▾

# Billing Portal



| | |
|---|---|
| **Account #:** | \*\*\*\*\*\*\*\*\*\*4025 |
| **Account of:** | THE RUINS LLC |
| | GENERATIONS ON 1ST LLC |
| | PARKSIDE LLC |
| **Policies on account:** | BKS\*\*\*\*\*\*\*\* |

Payment:
**$0.00**
Account balance:
$59,539.12

**Pay Now**

ⓘ **Welcome to Express Payment where you can make a one-time payment without signing into your profile.**

To access all online capabilities, click here to login or create a new user profile.

*park*
*21.113%*
*$1,612.33*

# Confirmation

| | |
|---|---|
| Confirmation # | D00050J2Y |
| Date/time | 12/01/2025 01:06 PM EST |
| Payment method | Credit/Debit card |
| Total Payment | $7,636.65 on Mastercard ending in 4149 |
| Payment Amount | $7,450.39 |
| Payment Service Fee | $186.26 |
| Saved payment account for future use | No |

*gen*
*40.517%*
*$3,094.14*

*ruins*
*28.370%*
*$2,930.18*

[ **Return to Summary** ]

A confirmation receipt has been sent to the email address on file.

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30213

TO THE
ORDER OF

**** THREE THOUSAND TWO HUNDRED EIGHTY FIVE AND 00/100 DOLLARS

11/26/25                $3,285.00****

JESSE CRAIG
1405 1ST AVE N
FARGO, ND   58102

NON-NEGOTIABLE



## JESSE CRAIG

### GENERATIONS ON 1ST

**2025**

| | | |
|---|---|---|
| From: | 1-Nov | |
| To: | 30-Nov | |

Invoice #: 5011
Invoice Date: 11/30/2025
Due Date: 12/1/2025

| | | | Total |
|---|---|---|---|
| 73 | Manager oversite $45/unit | $45.00 | $3,285.00 |
| | | $45.00 | $3,285.00 |

Please make checks payable to Jesse Craig no later than   12/1/2025

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30231

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

11/30/25                    $6,485.75***

TO THE
ORDER OF    **** SIX THOUSAND FOUR HUNDRED EIGHTY FIVE AND 75/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,    58106

NON-NEGOTIABLE



# CP Business Management

**2025**

Generations on 1st

| From: | 1-Oct | Invoice #: | 3011 |
|---|---|---|---|
| To: | 31-Oct | Invoice Date: | 11/30/2025 |
| | | Due Date: | 12/1/2025 |

| | | | | Total |
|---|---|---|---|---|
| 5% | | Management Fee Collected funds | $79,095.23 | $3,954.76 |
| | | **Total Management Fee** | **$79,095.23** | **$3,954.76** |
| 7010 | | Off Site Office Rent | | $1,312.50 |
| 7030 | | Off Site Office Utilities | | $151.58 |
| 7040 | | Off Site Office Supplies | | $158.71 |
| | | **Total Offsite Office** | | **$1,622.79** |
| | Other Collected Income | | | Total |
| 5800 | | Mehlhoff collected late fees | | $135.20 |
| | | **Total Other Collected Income** | | **$135.20** |
| 8004 | | Misc Manager | | $200.00 |
| 8005 | | Misc Prof. | | $500.00 |
| 7057 | | Software Fee | | $73.00 |
| | | **Total Miscellaneous** | | **$773.00** |

| | |
|---|---|
| **Total Management Fee** | $3,954.76 |
| **Total Offsite Office** | $1,622.79 |
| **Total Other Collected Income** | $135.20 |
| **Total Miscellaneous** | $773.00 |
| **Generations on 1st Total** | $6,485.75 |

Please make checks payable to CP Business Management no later than    12/1/2025

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30230

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

11/30/25

$621.27******

TO THE
ORDER OF    **** SIX HUNDRED TWENTY ONE AND 27/100 DOLLARS

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD   57201

NON-NEGOTIABLE

*Rec'd 11/30/25*

## George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

# Invoice

| Date | Due Date | Invoice # |
|------|----------|-----------|
| 12/1/2025 | DUE ON RECEIPT | 43077 |

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106



*PAID*
*30²²⁰*

## GARBAGE SERVICE
## FOR NOVEMBER 2025

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

**PLEASE HELP US GO GREEN BY ALLOWING US TO EMAIL YOUR INVOICES TO YOU. IF NOT ALREADY GOING GREEN PLEASE PROVIDE US WITH YOUR EMAIL ADDRESS-THANK YOU**

*Gen $207.09*
*Park $207.09*

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**

INVOICE PAYMENT SUBJECT TO A $5.00 LATE FEE IF NOT PAID WITHIN 30 DAYS AFTER RECEIVED

| | |
|---|---|
| **Subtotal** | $390.00 |
| **Sales Tax (6.2%)** | $24.18 |
| **Total** | $414.18 |

# George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

*Rec'd 11/30/25*

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/1/2025 | 42245 |

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106



*PAID 80280*

| Project/Job | | P.O. No. | Due Date | Terms |
|-------------|---|----------|----------|-------|
| SEPTEMBER SERVICE (2025) | | | 10/31/2025 | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

*Gen $207.09*
*Park $207.09*

INVOICE PAYMENT
SUBJECT TO A $5.00
LATE FEE IF NOT PAID
WITHIN 30 DAYS
AFTER RECEIVED

George's Sanitation
Thanks You For Your
Business.

**PAY ONLINE AT
WWW.GEORGESSANITATION.COM
WITH PAY NOW BUTTON**

| | |
|---|---|
| Subtotal | $390.00 |
| Sales Tax (6.2%) | $24.18 |
| Total | $414.18 |

## George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161



# Invoice

| Due Date | Invoice # |
|----------|-----------|
| DUE ON RECEIPT | 42724 |

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106



## OCTOBER GARBAGE SERVICE (2025)

| Qua... | Description | Rate | Amount |
|--------|-------------|------|--------|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times  A Week) | 195.00 | 195.00T |

*gen $207.09*
*park $ 207.09*

| | |
|--|--|
| Sales Tax (6.2.. | $24.18 |
| **Total** | **$414.18** |

PLEASE REFERENCE YOUR
INVOICE # ON YOUR
PAYMENT

INVOICE PAYMENT SUBJECT TO A $5.00
LATE FEE IF NOT PAID WITHIN 30 DAYS
AFTER RECEIVED

PAY ONLINE AT
WWW.GEORGESSANITATION.COM WITH
PAY NOW BUTTON



 Home   Payables   12993

Invoice #:  N/A   [Paid]   [Copy]  [Repeat]  [Reclass]

Payee
RED RIVER STATE BANK

Address
Attn Danielle Harless
HALSTAD, MN 56548

Phone

Invoice #
N/A

Invoice Date
11/07/2025

Due Date
11/07/2025

Post Month
11/2025

Cash Account
1111 Generations Apartment DIP Checking

Notes
TX funds to RRSB for DSC

☐  Adjustment

| Property | Account | Amount | Notes | Payment | Charge Tenants |
|---|---|---|---|---|---|
| Generations on 1st | 2700 Mortgage 1st | 80,592.04 | TX funds to RRSB for DSC | 312 | |
| | Total | $80,592.04 | | | |

DSC Pymt from Trust.

**Account Name: Maryland IOLTA Account**

**Account Type: Trust**

| Date | Source/Destination | Reference | Payer/Payee | Funds out ($) | Funds in ($) | Balance ($) |
|---|---|---|---|---|---|---|
| 2025-11-17 | Generations on 1st, LLC DIP Account | – | Generations on 1st, LLC | $10,000.00 | – | – |
| 2025-11-07 | Red River State Bank | – | Red River State Bank | $80,592.04 | – | $10,000.00 |
| 2025-05-16 | Starion Bank | 20250516mmqfmpn40l 20250516gmqfmp0102 05161230ft01 | Generations on 1st LLC | $12,500.00 | – | $90,592.04 |
| 2025-03-17 | United Bankers Bank | Transit#100107030 20250317mmqfmpn40l 2025031711b78q1c000 03171659ft01 | Red River State Bank | $10,000.00 | – | $103,092.04 |
| 2025-02-03 | Starion Bank | – | Generations on 1st, LLC | $6,185.00 | – | $113,092.04 |
| 2025-02-03 | Starion Bank | – | Generations on 1st, LLC | $1,500.00 | – | $119,277.04 |
| 2025-02-03 | United Bankers Bank | – | Red River State Bank | $114,592.03 | – | $120,777.04 |
| 2025-01-23 | HME Companies, LLC | 25-30002 | – | – | $229,184.07 | $235,369.07 |
| 2025-01-23 | HME Companies, LLC | 25-30002 | – | – | $6,185.00 | $6,185.00 |
|  |  |  |  | **$235,369.07** | **$235,369.07** | **$0.00** |

1/1



CP Business Management
PO BOX 9379
Fargo, ND 58106
701-237-3369

Generations on 1st

Codington County Real Estate Taxes

The 2025 payable in 2026 statement has not been received as of MOR filing date. Will continue
with 2024 payable in 2025 escrow amount, and will adjust accordingly once statement is
received.

Journal Entry 11/15/2025 $5,463.93

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30209

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

11/02/25

$39,667.00**

TO THE
ORDER OF      **** THIRTY NINE THOUSAND SIX HUNDRED SIXTY SEVEN AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

*MEMO: Loan Payment*

NON-NEGOTIABLE

4.    <u>Impermissible Uses of Cash Collateral</u>. The Debtors will not use any of the Bank's
cash collateral to pay items:

    i.    Not contained in the Budgets except as approved by the Bankruptcy Court
after written notice to the Bank and a hearing or after written request to the
Bank and the Bank's written consent; or

    ii.    In excess of one hundred ten percent (110%) of the amount set forth in the
Budget, in the aggregate from the Petition Date.

5.    <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate
protection for use of the Banks' cash collateral and post-petition cash generated from rents or other
cash sources of income, the Parties request:

    i.    Pre-Petition Rents held by the VerStandig Law Firm, LLC Attorney Trust
Account are considered to be cash collateral and subject to the constraints
of the Budgets. Debtors waive and release any claim against the Bank that
the Pre-Petition Rents remitted under this paragraph 5(i) or paragraph 10
below are property of the estate or that the Bank did not have a properly
perfected lien in these specific monies, to the extent of any allowed claims
of the Bank.

    ii.    Parkside will pay the sum of $19,267 on the 15th day of each month to be
applied to debt service.

    iii.    Generations will pay the sum of $39,667 on the 15th day of each month to
be applied to debt service.

    iv.    The adequate protection payments to the Bank set forth in this paragraph
5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11