# Payables Aging Report

Period: -11/2025
As of : 11/30/2025

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|------------|---------------|----------|--------------|----------|---------|-----------|--------------|-----------|------------|------------|--------------|-------|
| **Grand Total** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Monday, December 15, 2025
10:09 AM

# Aged Receivable

Property = Parkside Place   Status: Current, Future, Notice   Month From: 11/2025

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-Payments | Total Owed |
|----------|--------|--------|-------------|-----------|------------|------------|--------------|-------------|------------|
| **Parkside Place** | | | | | | | | | |
| Parkside Place | HOFER GARY | Current | 82.00 | 0.00 | 0.00 | 82.00 | 0.00 | 0.00 | 82.00 |
| Parkside Place | ROSA JORGE | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -940.00 | -940.00 |
| Parkside Place | REUSCHLEIN ZACHARY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.00 | -15.00 |
| Parkside Place | ROSA CASTRO JADEEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| **Parkside Place** | | | **82.00** | **0.00** | **0.00** | **82.00** | **0.00** | **-1,980.00** | **-1,898.00** |
| | | | | | | | | | |
| **Grand Total** | | | **82.00** | **0.00** | **0.00** | **82.00** | **0.00** | **-1,980.00** | **-1,898.00** |

UserId : mcraig@cpbusmgt.com Date : 12/15/2025 Time : 17:00

### Rent Roll

Property = Parkside Place

As Of = 11/29/2025

Month = 11/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|-------------|----------------|------|---------|------------------|----------|
| **Current/Notice/Vacant Tenants** | | | | | | | |
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 0.00 | 09/01/2021 | 08/31/2026 | |
| 202 | COUNTY FAIR FOODS OF WATERTOV | 1,290.00 | 2,000.00 | 0.00 | 10/01/2021 | 09/30/2026 | |
| 2201 | ERIN KRAVIK | 1,035.00 | 925.00 | 0.00 | 05/04/2024 | 11/30/2026 | |
| 2202 | HOLLY // LISA OHMAN | 1,025.00 | 965.00 | 0.00 | 08/01/2022 | | |
| 2203 | ZOIE FRASER | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | |
| 2204 | JAIME BRANN | 1,025.00 | 1,025.00 | 0.00 | 06/04/2024 | 06/30/2026 | |
| 2205 | QUINN KOTEK | 1,025.00 | 925.00 | 0.00 | 07/01/2024 | 06/30/2025 | |
| 2206 | JAMES BRUMBAUGH | 1,025.00 | 980.00 | 0.00 | 04/01/2023 | 03/31/2024 | |
| 2207 | MARGARET MELAND | 1,025.00 | 1,025.00 | 0.00 | 08/05/2024 | 02/29/2028 | |
| 2208 | WILLIAM JOHNSON | 1,025.00 | 945.00 | 0.00 | 03/01/2022 | | 11/30/2025 |
| 2209 | MARIAH GAUKLER | 980.00 | 980.00 | 0.00 | 05/01/2023 | 04/30/2024 | |
| 2210 | Mark Keller | 1,025.00 | 945.00 | 0.00 | 03/11/2022 | | |
| 2211 | JARED SAUER | 1,025.00 | 1,025.00 | 0.00 | 08/01/2024 | 07/31/2025 | |
| 2212 | CHANNELLE COSS | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | |
| 2301 | JADEEN ROSA CASTRO | 1,025.00 | 1,025.00 | 0.00 | 08/07/2025 | 08/31/2026 | |
| 2302 | TIFFANY SANDERSON | 1,025.00 | 980.00 | 0.00 | 01/01/2023 | 12/31/2023 | |
| 2303 | SAMANTHA ADAM | 1,025.00 | 945.00 | 0.00 | 05/10/2024 | 04/30/2025 | |
| 2304 | CHANDLER PEERY | 1,025.00 | 925.00 | 0.00 | 05/10/2024 | 11/30/2026 | |
| 2305 | BAYLEE BOESE | 1,025.00 | 750.00 | -55.00 | 12/04/2024 | 12/31/2025 | |
| 2306 | GARY HOFER | 1,025.00 | 925.00 | 0.00 | 05/15/2024 | 05/31/2025 | |
| 2307 | ZACHARY REUSCHLEIN | 1,025.00 | 1,025.00 | 0.00 | 09/01/2025 | 08/31/2026 | |
| 2308 | JORGE ROSA | 1,025.00 | 1,000.00 | -85.00 | 01/10/2025 | 01/09/2026 | |
| 2309 | DAVID TIJERINA | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | |
| 2310 | JOSHUA MEEHL | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | |
| 2311 | LIZETTE SALGADO | 1,025.00 | 1,025.00 | 0.00 | 05/28/2025 | 05/31/2026 | |
| 2312 | CIARA FRANK | 1,025.00 | 1,025.00 | 0.00 | 08/01/2025 | 07/31/2026 | |
| 2401 | ANNA SAMUELSON | 1,025.00 | 1,025.00 | 0.00 | 07/07/2025 | 07/31/2026 | |
| 2402 | JOELLE CONSIER | 1,025.00 | 1,025.00 | 0.00 | 04/16/2025 | 04/30/2026 | |
| 2403 | MADELYN PUGSLEY | 1,025.00 | 750.00 | -40.00 | 01/01/2025 | 12/31/2025 | |

12/15/2025 10:21 AM

## Rent Roll

Property = Parkside Place

As Of = 11/29/2025

Month = 11/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|------------|----------------|------|---------|------------------|----------|
| 2404 | BRANDON BROWN | 1,025.00 | 980.00 | 0.00 | 12/01/2022 | 12/31/2026 | |
| 2405 | DEBBIE STUCHL | 1,025.00 | 1,025.00 | 0.00 | 10/01/2024 | 09/30/2025 | |
| 2406 | HOPE LEWANDOWSKI | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | |
| 2407 | COLE WEGNER | 1,025.00 | 1,025.00 | 0.00 | 08/14/2024 | 08/31/2025 | |
| 2408 | JOSEPH NOELDNER | 1,035.00 | 1,025.00 | 0.00 | 09/01/2023 | 08/31/2026 | |
| 2409 | JOSHUA GILLILAND | 1,025.00 | 500.00 | 0.00 | 12/01/2021 | | |
| 2410 | ANDY NGUYEN | 1,025.00 | 1,025.00 | 0.00 | 11/01/2023 | 12/31/2023 | |
| 2411 | REYNA REYES | 0.00 | 1,035.00 | 0.00 | 12/01/2025 | 11/30/2026 | |
| 2412 | BENJAMIN WAGNER | 1,025.00 | 1,025.00 | 0.00 | 06/01/2024 | 06/30/2025 | |
| **Future Tenants/Applicants** | | | | | | | |
| 2208 | DOUGLAS GROVENBURG | 0.00 | 0.00 | 0.00 | 12/01/2025 | 11/30/2026 | |
| **Total** | **Parkside Place** | **39,653.00** | **40,105.00** | **-435.00** | | | |

| Summary Groups | Square Footage | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied |
|----------------|----------------|-------------|------------------|------|------------|------------------|-----------------|
| Current/Notice/Vacant Tenants | 28,008.00 | 39,653.00 | 40,105.00 | -435.00 | 38 | 100.00 | 100.00 |
| Future Tenants/Applicants | 778.00 | 0.00 | 0.00 | 0.00 | 1 | 0.00 | 0.00 |
| Occupied Units | 28,008.00 | 0.00 | 0.00 | 0.00 | 38 | 100.00 | 100.00 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 |
| **Totals:** | **28,008.00** | **39,653.00** | **40,105.00** | **-435.00** | **38** | **100.00** | **100.00** |

## Owner Statement

Owner =  PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = Nov 2025

Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|--------|---------|---------|
| | | | | Beginning Balance | | | 69,875.30 |
| 11/01/2025 | :ACH-WEB | Parkside Place | BAYLEE BOESE | Online Payment - EFT Payment. Web - Resident Services | 970.00 | 0.00 | 70,845.30 |
| 11/01/2025 | 315069277 | Parkside Place | CHANNELLE COSS | Recurring Credit Card Payment; | 940.00 | 0.00 | 71,785.30 |
| 11/01/2025 | 315069214 | Parkside Place | COLE WEGNER | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 72,810.30 |
| 11/01/2025 | :ACH-737 | Parkside Place | DAVID TIJERINA | Pre-Authorized Payment | 1,025.00 | 0.00 | 73,835.30 |
| 11/01/2025 | 506063445 cpbm 5696 | Parkside Place | HOPE LEWANDOWSKI | | 1,025.00 | 0.00 | 74,860.30 |
| 11/01/2025 | 506683071 cpbm 5696 | Parkside Place | JAIME BRANN | | 1,025.00 | 0.00 | 75,885.30 |
| 11/01/2025 | :ACH-WEB | Parkside Place | JOELLE CONSIER | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 76,910.30 |
| 11/01/2025 | 315656137 | Parkside Place | JORGE ROSA | Debit Card On-Line Payment ; Mobile App - Resident Services | 940.00 | 0.00 | 77,850.30 |
| 11/01/2025 | :ACH-738 | Parkside Place | JOSEPH NOELDNER | Pre-Authorized Payment | 1,035.00 | 0.00 | 78,885.30 |
| 11/01/2025 | :ACH-736 | Parkside Place | JOSHUA MEEHL | Pre-Authorized Payment. Roommate STACEY MEEHL (r0000079) | 940.00 | 0.00 | 79,825.30 |
| 11/01/2025 | 315568134 | Parkside Place | MADELYN PUGSLEY | Debit Card On-Line Payment ; Mobile App - Resident Services | 985.00 | 0.00 | 80,810.30 |
| 11/01/2025 | :ACH-739 | Parkside Place | MARGARET MELAND | Pre-Authorized Payment | 1,025.00 | 0.00 | 81,835.30 |
| 11/02/2025 | 20174 | Parkside Place | RED RIVER STATE BANK | Parkside 1st Mtg; per cash collateral 10/19/25 | 0.00 | 19,267.00 | 62,568.30 |
| 11/02/2025 | :ACH-WEB | Parkside Place | ANDY NGUYEN | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 63,593.30 |
| 11/02/2025 | 315888569 | Parkside Place | SAMANTHA ADAM | Debit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 64,618.30 |
| 11/03/2025 | 9 | Parkside Place | U.S. TRUSTEES | 3rd qtr, tx date 10/31/25, pymt date 11/3/2025 | 0.00 | 195.00 | 64,423.30 |
| 11/03/2025 | ACH | Parkside Place | ANNA SAMUELSON | | 1,025.00 | 0.00 | 65,448.30 |
| 11/03/2025 | 316168271 | Parkside Place | CHANDLER PEERY | Debit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 66,473.30 |
| 11/03/2025 | ACH | Parkside Place | COUNTY FAIR FOODS OF WATERTOWN | | 1,557.15 | 0.00 | 68,030.45 |
| 11/03/2025 | ACH | Parkside Place | GT BROTHERS | | 3,032.04 | 0.00 | 71,062.49 |
| 11/03/2025 | ACH | Parkside Place | JOSHUA GILLILAND | | 1,025.00 | 0.00 | 72,087.49 |
| 11/03/2025 | ACH | Parkside Place | MARIAH GAUKLER | | 980.00 | 0.00 | 73,067.49 |
| 11/03/2025 | ACH | Parkside Place | Mark Keller | NSFed by ctrl# 34550 nsf | 1,025.00 | 0.00 | 74,092.49 |

**Owner Statement**

Owner = PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = Nov 2025

Book = Cash

| Date | Ref | Property | Name | Description | Debit | Credit | Balance |
|------|-----|----------|------|-------------|------:|-------:|--------:|
| 11/03/2025 | ACH | Parkside Place | QUINN KOTEK | | 1,025.00 | 0.00 | 75,117.49 |
| 11/03/2025 | ACH | Parkside Place | TIFFANY SANDERSON | | 1,025.00 | 0.00 | 76,142.49 |
| 11/03/2025 | ACH | Parkside Place | ZOIE FRASER | | 940.00 | 0.00 | 77,082.49 |
| 11/04/2025 | :ACH-WEB | Parkside Place | LIZETTE SALGADO | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 78,107.49 |
| 11/04/2025 | ACH | Parkside Place | Mark Keller | NSF receipt Ctrl# 34432 nsf | -1,025.00 | 0.00 | 77,082.49 |
| 11/05/2025 | 1195 | Parkside Place | BENJAMIN WAGNER | | 1,025.00 | 0.00 | 78,107.49 |
| 11/05/2025 | :ACH-WEB | Parkside Place | ERIN KRAVIK | Online Payment - EFT Payment Paid by Roommate KIMBERLY WESTENBERG(r0 000058).Mobile App - Resident Services | 1,025.00 | 0.00 | 79,132.49 |
| 11/05/2025 | 14003264 | Parkside Place | GARY HOFER | | 1,025.00 | 0.00 | 80,157.49 |
| 11/05/2025 | 9999 | Parkside Place | HOLLY // LISA OHMAN | | 1,025.00 | 0.00 | 81,182.49 |
| 11/05/2025 | 1013 | Parkside Place | JARED SAUER | | 1,025.00 | 0.00 | 82,207.49 |
| 11/05/2025 | 509637521 cpbm 5696 | Parkside Place | WILLIAM JOHNSON | | 1,025.00 | 0.00 | 83,232.49 |
| 11/05/2025 | 509316851 cpbm 5696 | Parkside Place | ZACHARY REUSCHLEIN | Paid by: JAMES REUSCHLEIN | 1,040.00 | 0.00 | 84,272.49 |
| 11/06/2025 | ACH re-run | Parkside Place | Mark Keller | re-run from NSF | 1,075.00 | 0.00 | 85,347.49 |
| 11/07/2025 | 11 | Parkside Place | RED RIVER STATE BANK | TX funds to RRSB for DSC from TRUST | 0.00 | 43,500.00 | 41,847.49 |
| 11/07/2025 | :ACH-WEB | Parkside Place | DEBBIE STUCHL | Online Payment - EFT Payment. Web - Resident Services | 1,025.00 | 0.00 | 42,872.49 |
| 11/07/2025 | N/A | Parkside Place | JE-4260 | TX funds to RRSB from Trust | 43,500.00 | 0.00 | 86,372.49 |
| 11/11/2025 | 317512695 | Parkside Place | JAMES BRUMBAUGH | Debit Card On-Line Payment ; Web - Resident Services | 1,107.00 | 0.00 | 87,479.49 |
| 11/15/2025 | 20176 | Parkside Place | Alexis Burbach | 2411 | 0.00 | 200.00 | 87,279.49 |
| 11/15/2025 | 20176 | Parkside Place | Alexis Burbach | 4.30 res mgr | 0.00 | 114.76 | 87,164.73 |
| 11/15/2025 | 20176 | Parkside Place | Alexis Burbach | taxes | 0.00 | 7.12 | 87,157.61 |
| 11/15/2025 | ParkREEscrow | Parkside Place | JE-4259 | RE Tax Escrow - estimate, due 4/30 | 0.00 | 2,958.80 | 84,198.81 |
| 11/17/2025 | 12 | Parkside Place | STARION FINANCIAL | wire fee | 0.00 | 20.00 | 84,178.81 |
| 11/17/2025 | N/A | Parkside Place | JE-4261 | TX funds to Park Checking from TRUST | 30,000.00 | 0.00 | 114,178.81 |
| 11/26/2025 | 20177 | Parkside Place | JESSE CRAIG | 39 UNITS, $45/UNIT | 0.00 | 1,755.00 | 112,423.81 |
| 11/28/2025 | 20178 | Parkside Place | CP BUSINESS MANAGEMENT | 11/28 ins prem | 0.00 | 1,612.33 | 110,811.48 |
| 11/28/2025 | 318632287 | Parkside Place | JADEEN ROSA CASTRO | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,025.00 | 0.00 | 111,836.48 |
| 11/29/2025 | 318841671 | Parkside Place | JORGE ROSA | Debit Card On-Line Payment ; Mobile App - Resident Services | 940.00 | 0.00 | 112,776.48 |
| 11/30/2025 | 20179 | Parkside Place | Alexis Burbach | 2208 | 0.00 | 200.00 | 112,576.48 |
| 11/30/2025 | 20179 | Parkside Place | Alexis Burbach | 5.15 res mgr | 0.00 | 133.89 | 112,442.59 |

# Owner Statement

Owner = PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = Nov 2025

Book = Cash

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/30/2025 | 20179 | Parkside Place | Alexis Burbach | taxes | 0.00 | 8.30 | 112,434.29 |
| 11/30/2025 | 20180 | Parkside Place | AMERICAN CARPET CARE, INC | #2208 carpet cleaning | 0.00 | 132.75 | 112,301.54 |
| 11/30/2025 | 20181 | Parkside Place | BLUEPEAK | final balance; account closure | 0.00 | 10.20 | 112,291.34 |
| 11/30/2025 | 20182 | Parkside Place | Capital One Commercial | MATLS | 0.00 | 13.46 | 112,277.88 |
| 11/30/2025 | 20192 | Parkside Place | CP BUSINESS MANAGEMENT | misc mgr | 0.00 | 200.00 | 112,077.88 |
| 11/30/2025 | 20192 | Parkside Place | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 250.00 | 111,827.88 |
| 11/30/2025 | 20192 | Parkside Place | CP BUSINESS MANAGEMENT | Nov mgmt | 0.00 | 1,996.21 | 109,831.67 |
| 11/30/2025 | 20192 | Parkside Place | CP BUSINESS MANAGEMENT | app fee; nsf | 0.00 | 95.00 | 109,736.67 |
| 11/30/2025 | 20192 | Parkside Place | CP BUSINESS MANAGEMENT | collected late fees | 0.00 | 82.00 | 109,654.67 |
| 11/30/2025 | 20192 | Parkside Place | CP BUSINESS MANAGEMENT | offsite office rent | 0.00 | 1,312.50 | 108,342.17 |
| 11/30/2025 | 20192 | Parkside Place | CP BUSINESS MANAGEMENT | offsite supplies | 0.00 | 158.71 | 108,183.46 |
| 11/30/2025 | 20192 | Parkside Place | CP BUSINESS MANAGEMENT | offsite utilities | 0.00 | 151.58 | 108,031.88 |
| 11/30/2025 | 20192 | Parkside Place | CP BUSINESS MANAGEMENT | software fee | 0.00 | 38.00 | 107,993.88 |
| 11/30/2025 | 20183 | Parkside Place | DOUG RODENGEN | 2208 bed fan, counter edge, vanity handles, 2411 caulk counter, thermos, caulk bed windo, adjust entry, menards run | 0.00 | 88.00 | 107,905.88 |
| 11/30/2025 | 20191 | Parkside Place | GEORGES SANITATION | November garbage service | 0.00 | 207.09 | 107,698.79 |
| 11/30/2025 | 20191 | Parkside Place | GEORGES SANITATION | Oct garbage service (rec'd 11/30/25) | 0.00 | 207.09 | 107,491.70 |
| 11/30/2025 | 20191 | Parkside Place | GEORGES SANITATION | Sept garbage service (rec'd 11/30/25) | 0.00 | 207.09 | 107,284.61 |
| 11/30/2025 | 20184 | Parkside Place | LIBBY BURGHARDT | 2208 WALL PATCHES/PAINT, 2411 PAINT | 0.00 | 218.75 | 107,065.86 |
| 11/30/2025 | 20184 | Parkside Place | LIBBY BURGHARDT | 2301 TOUCH UPS | 0.00 | 35.00 | 107,030.86 |
| 11/30/2025 | 20185 | Parkside Place | MIDCONTINENT | | 0.00 | 111.04 | 106,919.82 |
| 11/30/2025 | 20186 | Parkside Place | PT REPAIR, LLC | 2409/2411 WASHER SWAP; REPAIR 2411 WASHER SUSPENSION | 0.00 | 216.60 | 106,703.22 |
| 11/30/2025 | 20187 | Parkside Place | SAFE N SECURE | RECONFIGURE DOOR AND CAMERA SYSTEMS TO MATCH NEW INTERNET/PHONE PROVIDER | 0.00 | 302.67 | 106,400.55 |
| 11/30/2025 | 20188 | Parkside Place | WHITE GLOVE CLEANING | oct. monthly clean | 0.00 | 424.80 | 105,975.75 |
| 11/30/2025 | 20188 | Parkside Place | WHITE GLOVE CLEANING | 4 HRS CLEAN | 0.00 | 127.44 | 105,848.31 |
| 11/30/2025 | 20190 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 10/23-11/24 house gas | 0.00 | 222.45 | 105,625.86 |

**Owner Statement**

Owner =  PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = Nov 2025

Book = Cash

| 11/30/2025 | 20190 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 10/23-11/24 house water | 0.00 | 439.51 | 105,186.35 |
|---|---|---|---|---|---|---|---|
| 11/30/2025 | 20190 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 10/23-11/24 house electric | 0.00 | 455.65 | 104,730.70 |
| 11/30/2025 | 20190 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 10/23-11/24 house sewer | 0.00 | 1,461.96 | 103,268.74 |
| 11/30/2025 | 20190 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 10/23-11/24 vacates | 0.00 | 45.16 | 103,223.58 |
| 11/30/2025 | N/A | Parkside Place | JE-4257 | app fee paid; tx to checking; reimburse to CP "other income" | 45.00 | 0.00 | 103,268.58 |
| | | | | **Ending Balance** | **112,576.19** | **79,182.91** | **103,268.58** |
| | | | | Reserves Needed | | 0.00 | |
| | | | | Security Deposits (this period) | | 0.00 | |

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20179

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

11/30/25

$342.19******

TO THE
ORDER OF

**** THREE HUNDRED FORTY TWO AND 19/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**

**2025**

*Parkside Place*

| | |
|---|---|
| From: 15-Nov | Invoice #: 2021 |
| To: 30-Nov | Invoice Date: 11/30/2025 |
| | Due Date: 12/1/2025 |

| | | | | | |
|---|---|---|---|---|---|
| 11/17 | 3:00 PM | 3:45 PM | 0:45: | 2208 showing doug -- approved app/lease signing | $19.13 |
| 11/18 | 11:30 AM | 1:45 PM | 2:15: | renewal info / messages - renewal leases sent - vaca list update | $57.38 |
| 11/21 | 11:00 | 12:15 | 1:15: | garage pick up, walk building, keys found, memos posted for road constructi | $31.88 |
| 11/24 | 13:45 | 2:45 PM | 1:00: | 2411 inspection , maintenance items scheduled | $25.50 |

PAID
20 19

| | | | | |
|---|---|---|---|---|
| | Total Hours | 5:15: | Total Hourly Pay $25.50/hour | $133.89 |

| | | | | |
|---|---|---|---|---|
| | Total Hours | 0:00: | Total Maintenance $30/hour | $0.00 |

| | |
|---|---|
| Total Reimbursement | $0.00 |

| | | | |
|---|---|---|---|
| 11/17 | 2208 | Douglas Groverberg | $200.00 |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |

| | |
|---|---|
| **Total Commissions** | **$200.00** |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $133.89 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $133.89 |
| Parkside Place Sales Tax (6.2%): | $8.30 |
| Parkside Place Total Commissions: | $200.00 |
| Parkside Place Total Paycheck Amount: | $142.19 |

20183

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

11/30/25

$88.00********

NON-NEGOTIABLE

TO THE
ORDER OF     **** EIGHTY EIGHT AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD   57201

## Maintenance Hours

## 2025

**Maintenance**  Doug Rodengen

*Parkside Place*

Invoice #:  2021

$32.00  Hourly Rate

From:  15-Nov

To:  30-Nov

Invoice Date:  11/30/2025

Due Date:  12/1/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/19 | 2208 | 8:30 AM | 9:30 AM | 1:00: | adjusted bed fan from rattling, reglued counter top edging piece, bath vanity handles loose | $32.00 |
| 11/25 | 2411 | 9:30 AM | 11:15 AM | 1:45: | caulk around counter tops, adjust thermostats, caulk bedroom window after paint, entry door adjusted, menards for supply | $56.00 |

**PAID 2013**

| | | | | |
|---|---|---|---|---|
| **Total Hours** | **2:45:** | | **Total Hourly Pay $32/hour** | **$88.00** |
| | | | Parkside Place Paycheck : | $88.00 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20188

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

11/30/25

$552.24******

TO THE
ORDER OF     **** FIVE HUNDRED FIFTY TWO AND 24/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

NON-NEGOTIABLE

White Glove Cleaning

17892 449th Ave
Hayti, SD 57241

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/1/2025 | 2407 |

| Bill To |
|---------|
| Parkside |
| Unit # |



| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Building Cleaning | 400.00 | 400.00T |
|  | Sales Tax | 6.20% | 24.80 |

| | Total | $424.80 |
|--|-------|---------|

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/14/2025 | 2422 |

| Due Date | Terms |
|----------|-------|
| 12/14/2025 | Net 30 |

| Bill To |
|---------|
| Parkside |
| Unit # 2208 |



| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 4 | Unit Cleaning | | 30.00 | 120.00T |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Kitchen | Range (Top, Sides, Under, Oven, Drawer) | 0.00 | 0.00T |
| | | Dishwasher (Inside, Front, Filter) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks,Faucet, Sprayer, Drain Plugs | | |
| | Laundry | Clean Inside/ Outside Washing Machine | 0.00 | 0.00T |
| | | Remove Lint and Wipe Down Dryer | | |
| | | Wipe Shelves in Laundry Room | | |
| | | Pull Units Out and Sweep/Mop Under | | |
| | | Dust Behind | | |
| | Blinds | Wash Window  and / or  Patio Door Blinds | 0.00 | 0.00T |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Shower | | |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | | Sales Tax | 6.20% | 7.44 |

| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | **Total** | $127.44 |
|---|---|---|

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20182

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

11/30/25

$13.46********

NON-NEGOTIABLE

TO THE
ORDER OF    **** THIRTEEN AND 46/100 DOLLARS

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA   91716-0506

MEMO: 6004-3002-0037-4038

MENARDS - WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in store credit voucher if the
return is done after 02/23/26

If you have questions regarding the
charges on your receipt, please
email us at:
WTWNfrontend@menards.com



Sale Transaction

WL KLEARVUE OLAND WHITE
5639327                          7.99
4OZ DRY LUBE DRIP
2608004                          4.68

TOTAL                           12.67
TAX WATERTOWN-SD 6.2%            0.79
TOTAL SALE                      13.46
Menard Contractor Card 3678     13.46
Job # or Name :  0
 Auth Code:544493                      Parkside
 Chip Inserted
 a000000817002001
 ARQC - 96057205d493c949

TOTAL NUMBER OF ITEMS =    2


THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
3738

             GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
hereon and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, KAYLA

20803 04 5983   11/25/25  10:27AM 3097

MENARDS - WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in store credit voucher if the
return is done after 02/23/26

If you have questions regarding the
charges on your receipt, please
email us at:
WTWNfrontend@menards.com



Sale Transaction

WL KLEARVUE OLAND WHITE
5639327                            7.99
4OZ DRY LUBE DRIP
2608004                            4.68

TOTAL                             12.67
TAX WATERTOWN-SD 6.2%              0.79
TOTAL SALE                        13.46
Menard Contractor Card 3678       13.46
Job # or Name :  0
 Auth Code:544493
 Chip Inserted                      ParkSide
 a000000817002001
 ARQC - 98057205d493c949

TOTAL NUMBER OF ITEMS =     2

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
3738

GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
hereon and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, KAYLA

20803 04 5983   11/25/25  10:27AM 3097

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20186

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

11/30/25

$216.60*****

**** TWO HUNDRED SIXTEEN AND 60/100 DOLLARS

TO THE
ORDER OF

PT REPAIR, LLC
421 S BROADWAY
WATERTOWN, SD    57201

NON-NEGOTIABLE

## PT Repair, LLC

Dave Nesheim
421 S Broadway
Watertown, SD 57201
Ptrepair2022@gmail.com

605-880-2921

# INVOICE



**PAID**

**BILL TO**

CP Business Properties

Parkside

Invoice No: 1371
Invoice Date: 10/22/2025
Due Date: 12/15/2025

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| W10780045 Suspension kit | 1 | 88.95 | 88.95 |
| Service Call & Labor | | 115.00 | 115.00 |
| | | | |
| | | | |
| | | SUBTOTAL | 203.95 |

*Parkside #2411 per Doug amana washer
moves around too much washer needs
suspension kit install checks ok*

Swapped washer from
2409 w/ issues to put
in empty unit so 2409
would have a working washer

| | |
|---|---|
| TOTAL TAX | 12.65 |
| **Balance Due** | **216.60** |

**Terms net 30 days**

*Thank You for Your Business*

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20185

TO THE
ORDER OF

11/30/25    $111.04******

**** ONE HUNDRED ELEVEN AND 04/100 DOLLARS

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD   57117

NON-NEGOTIABLE





PO Box 5010
Sioux Falls, SD 57117-5010

| Invoice Date | 11/09/25 |
| Invoice Number | 38576070115057 |
| Account # | 385760701 |
| Page | 1 of 10 |

PARKSIDE PLACE, LLC
8 2ND ST NE
WATERTOWN SD 57201



Thank you for choosing Midco.  We appreciate your business and look forward to serving you for years to come.

## Midco Alerts

**Got questions about your bill?** For help reading your statement, visit **Midco.com/Business/Statements**.

**Your advertising plan awaits.** Whatever your marketing goals, our team of advertising experts are here to formulate a plan just for you. From creative assets to targeted placements to detailed reporting, we have you covered. Learn more at **Midco.com/Advertising.**

**Phone services done right!** Say goodbye to one-size-fits-all. We offer multiple plans, customizable features, 24/7 support and swift installations. Plus, save when you bundle your services. Add phone services at **Midco.com/Business/Contact.**

**Connecting communities across the Midwest.** We're proud to power homes and businesses in our five-state footprint with our reliable services and local support teams.

### Billing Summary

| | |
| --- | --- |
| Account Number | 385760701 |
| **Total Amount Due** | **$111.04** |

### Account Activity

| | |
| --- | --- |
| Previous Balance | $0.00 |
| Payments Received | $0.00 |
| Balance Forward | $0.00 |

### Current Charges

| | |
| --- | --- |
| Data and Related Services | $95.00 |
| Other Services | $15.00 |
| Taxes, Fees & Surcharges | $1.04 |
| **Total Amount Due** | **$111.04** |

*Payment Due Date: 11/28/25*

**Payment Options**
Online: **Midco.com/Business/MyAccount.** Phone: 1.800.888.1300.
EFT: See reverse side. Mail: Return stub below & do not send cash.

Online: Midco.com/Business          **Phone:** 1.800.888.1300          **Email:** Business.Support@Midco.com

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20181

11/30/25

$10.20*******

TO THE
ORDER OF    **** TEN AND 20/100 DOLLARS

BLUEPEAK
PO BOX 5002
SIOUX FALLS, SD    57117-5002

NON-NEGOTIABLE



**Contact Us**
**www.mybluepeak.com**
**833-567-3987**


@HelloBluepeak

page 1 of 4



| | |
|---|---|
| Account Number: | 045515701 |
| Billing Date: | 10/31/25 |
| **Total Amount Due:** | **$10.20** |
| Payment Due By: | Due Upon Receipt |

**STATEMENT SUMMARY**

| | |
|---|---|
| Previous Balance | $229.27 |
| Payments and Adjustments | $0.00 |
| New Charges | -$219.07 |
| **Total Amount Due** | **$10.20** |

**NEW CHARGES SUMMARY**

| | |
|---|---|
| Monthly Service Charges | -$152.10 |
| Taxes | -$66.97 |
| **Total New Charges** | **-$219.07** |





We are sorry to see you go. If there is anything we can do to change your mind, please give us a call at 888-975-4258, or chat with us at mybluepeak.com.
Please return any unreturned equipment within 10 days to avoid any charges for unreturned equipment.
Thank you.

Please refer to our terms and conditions at mybluepeak.com/terms-conditions for specific details on our practices.  Your acknowledgement of this agreement is confirmed by your payment.



**Contact us**
page 3 of 4

**www.mybluepeak.com**
**833-567-3987**

@HelloBluepeak



| Account Number: | 045515701 |
|---|---|
| Billing Date: | 10/31/25 |
| **Total Amount Due:** | **$10.20** |
| Payment Due By: | Due Upon Receipt |

| Total Taxes and Fees .............. | -$66.97 |
|---|---|
| Total Amount Due............................................ | $10.20 |

**SERVICE LOCATIONS**
8 2ND ST  NE WATERTOWN, SD 57201-3624

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20180

11/30/25

$132.75******

TO THE
ORDER OF   **** ONE HUNDRED THIRTY TWO AND 75/100 DOLLARS

AMERICAN CARPET CARE, INC
931 23RD ST SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

*anytime*

# AMERICAN
# CARPET CARE INC.

 Like us on **Facebook**

931 23rd St SW
Watertown, SD 57201
**Phone 605/880-6676**

**Carpet & Upholstery Cleaning**
**Commercial/Residential**
americancarpetcaresd@gmail.com

Always Sparkling                    11/3/25
Parkside        # 2208
Wtn S.D. 57201

**S/F =** _____  **S =** _____  **TAX CD =** _____  **MLG =** _____

1 Bedroom Carpet Cleaning

PAID
2018

$ 125 00
tax 7 75

$ 132 75

**Payment due upon completion of service.**
**Subject to late fees if not paid within 30 days. ($10.00 minimum)**

*Thank You!*

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20187

TO THE
ORDER OF

**** THREE HUNDRED TWO AND 67/100 DOLLARS

SAFE N SECURE
25769 COTTONWOOD AVE
SIOUX FALLS, SD 57107

11/30/25

$302.67******

NON-NEGOTIABLE

Peters Distributing, Inc.
dba Safe-N-Secure
25769 Cottonwood Avenue
Sioux Falls, SD  57107

# SAFE-N-SECURE™
## SECURITY EQUIPMENT

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 11/17/2025 | 101782 |

6055435068

BILL TO

CP Business Management
Parkside Place
1405 1st Ave. N. Suite B
Fargo, ND 58102

SHIP TO

Parkside Place
8 2nd St. NE
Watertown, SD 57201



| P.O. NO. | TERMS | DUE DATE | Original REP |
|----------|-------|----------|--------------|
|  | Net 15 | 12/02/2025 | BJH |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Details 11/07/2025: Customer contracted new Internet Provider. Technician provisioned router for door and camera systems at both Parkside & Generations on 1st. Verified systems were online.<br><br>Technician: Trey V.<br><br>On Site/Service Charge | 1 | 330.00 | 330.00T |
| Travel Charge - Round Trip. | 192 | 1.25 | 240.00T |
| Watertown, SD City & State Sales Tax | | | 35.34 |

*Parkside $302.67*
*Generations $302.67*

***We now offer an online payment option with CC or ACH***
For link please email accounting@sns605.com

A MONTHLY FINANCE CHARGE OF 1.5% PER MONTH (18% ANNUALLY)
MAY BE ADDED TO ALL OVERDUE INVOICES . THE MINIMUM FINANCE
CHARGE IS $2.00.  WE ACCEPT VISA, MASTERCARD AND DISCOVER.

| | |
|---|---|
| **Total** | $605.34 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $605.34 |



20184

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

11/30/25

**** TWO HUNDRED FIFTY THREE AND 75/100 DOLLARS

$253.75********

NON-NEGOTIABLE

PO BOX 9379
FARGO, ND 58106

...POSSESSION - CASE #25-30003

TO THE
ORDER OF

**** LIBBY BURGHARDT
311 OAK STREET
BRANDT, SD   57218

## Mindy Craig

| | |
|---|---|
| **From:** | Mindy Craig |
| **Sent:** | Monday, December 1, 2025 1:28 PM |
| **To:** | Mindy Craig |
| **Subject:** | Libby's hours 2nd |

November Maintenance
Generations
11/12: 9:15-1:15 get supplies, cut out drywall tape, new tape, first coat 3410 (4)
11/13: 9:15-1 prep, mud second coat 3410 (3.75)
11/14: 9:15-12 get supplies, prep for sanding, sand, prime, texture, clean up 3410 (2.75)
11/18: 8:45-1 paint 3410, clean up, finish (4.25)

=14.75@$35

$516.25

Parkside
11/13: 1-2:30 fill holes, drywall repairs, paint 2208(1.5)
    2:45-3:45 drywall repairs, repaint 2411 (1)
11/14: 12-3:45 prep for sanding, texture, paint 2411 (3.75)

=6.25@$35

$218.75

Mindy Craig

CP Business Management
1405 1st Ave N, Suite B | Fargo, ND | 58102
Office: 701.237.3369
Web: www.cpbusmgt.com
The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system

1

**Mindy Craig**

| | |
|---|---|
| **From:** | Mindy Craig |
| **Sent:** | Monday, December 1, 2025 1:28 PM |
| **To:** | Mindy Craig |
| **Subject:** | Libby's hours |

I seriously had no idea that these were never turned in, I apologize! It was probably because it was so little work that I forgot!! I AM SO SORRY IM THE WORST 😅

September maintenance hours
Parkside
9/15: 9:30-10:30 paint 2301 (1)

1@$35
=$35

Generations
9/15: 10:30-11:30 drywall repairs and paint 3503 (1)
      11:30-12:30 drywall repairs and paint 3518 (1)
      12:30-1 drywall repairs and paint 3315 (.5)

2.5@$35
=$87.50

Mindy Craig

CP Business Management
1405 1st Ave N, Suite B | Fargo, ND | 58102
Office: 701.237.3369
Web: www.cpbusmgt.com
The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system

1

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20176

11/15/25

$321.88******

TO THE
ORDER OF    **** THREE HUNDRED TWENTY ONE AND 88/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**

**2025**

Parkside Place

From:  1-Nov
To:  15-Nov

Invoice #:  2020
Invoice Date:  11/15/2025
Due Date:  11/16/2025

| Date | Start | End | | Scope of work | |
|---|---|---|---|---|---|
| 11/5 | 9:30 AM | 10:30 AM | I | building check, 2208 carpet receipt, 2411/2208 checked for paint - not done | $25.50 |
| 11/5 | 1:00 PM | 1:30 PM | 0:30 | showing maddie and family | $12.75 |
| 11/5 | 14:30 | 15:00 | 0:30 | early showing -- Kris 2208 | $12.75 |
| 11/7 | 9:00 | 9:15 AM | 0:15 | safe n secure and midco in building | $6.38 |
| 11/10 | 12:30 | 13:15 | 0:45 | walk through -- phone line guy in building | $19.13 |
| 11/11 | 12:30 PM | 1:00 PM | 0:30 | memos out to balance due tenants | $12.75 |
| 11/12 | 10:30 AM | 11:30 AM | 1:00 | late showing -- Doug 2208 | $25.50 |

PAID
done

| Total Hours | 4:30 3:30 | | Total Hourly Pay $25.50/hour | $114.76 |
|---|---|---|---|---|

| Total Hours | 0:00 | | Total Maintenance $30/hour | $0.00 |
|---|---|---|---|---|

| | | Total Reimbursement | $0.00 |
|---|---|---|---|

| 2411 | Reyna Reyes | | $200.00 |
|---|---|---|---|
| | $200 per new lease | | |
| | $200 per new lease | | |
| | $200 per new lease | | |

| | Total Commissions | $200.00 |
|---|---|---|

| Parkside Place Total Hours Amount: | $114.76 |
|---|---|
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $114.76 |
| Parkside Place Sales Tax (6.2%): | $7.12 |
| Parkside Place Total Commissions: | $200.00 |
| Parkside Place Total Paycheck Amount: | $321.88 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20190

11/30/25

$2,624.73***

TO THE
ORDER OF    **** TWO THOUSAND SIX HUNDRED TWENTY FOUR AND 73/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

**MUNICIPAL UTILITIES DEPT.**    Account Number    Name    Service Address
008-00187355-01    PARKSIDE PLACE, LLC    8 2 ST NE HOUSE

| Meter Number | Read Dates | | Billing | Meter Readings | | | | | Power |
| | Present | Previous | Days Code | Present | Previous | Multiplier | Usage | Units | factor |
|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000030986 | 11/24/2025 | 10/23/2025 | 32 MR | 03283 | 98102 | 1 | 5181 | kWh | |
| ELECTRIC: 0000030986 | 11/24/2025 | 10/23/2025 | 32 MR | 11430 | | 1 | 11.43 | kW | |
| WATER: 0200555043 | 11/24/2025 | 10/23/2025 | 32 MR | 03470 | 03385 | 1 | 85 | ccf | |
| GAS: 0104951134 | 11/24/2025 | 10/23/2025 | 32 MR | 13763 | 13493 | 1.119 | 302 | ccf | |

| YOUR MONTHLY USAGE | |
|---|---|
| PREVIOUS BALANCE | 2,349.77 |
| PAYMENT   11/05/2025 | -2,349.77 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 19.75 |
| Electric Energy | 409.30 |
| Electric State Tax | 18.02 |
| Electric City Tax | 8.58 |
| TOTAL ELECTRIC CHARGES | 455.65 |
| GAS SERVICE | |
| Gas Customer Charge | 17.00 |
| Gas Consumption | 192.46 |
| Gas State Tax | 8.80 |
| Gas City Tax | 4.19 |
| TOTAL GAS CHARGES | 222.45 |
| WATER SERVICE | |
| Water Customer Charge | 38.06 |
| Water Consumption | 358.19 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 439.51 |
| SEWER SERVICE | |
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 1,421.35 |
| TOTAL SEWER CHARGES | 1,461.96 |
| | |
| CURRENT CHARGES | $2,579.57 |
| | |
| TOTAL AMOUNT DUE | $2,579.57 |



PAID 2020

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 12/01/2025 | 12/10/2025 | 2,579.57 | 2,708.55 |

**MESSAGES:** Call 811 before you dig!

**MUNICIPAL UTILITIES DEPT.**

| Account Number | Name | Service Address |
|---|---|---|
| 002-00187436-04 | PARKSIDE PLACE, LLC | 8 2 ST NE 2411 |

| Meter Number | Read Dates | | Billing Days | Code | Meter Readings | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | | Present | Previous | | | | |
| ELECTRIC: 0000049016 | 11/19/2025 | 10/20/2025 | 30 | MR | 23005 | 22602 | 1 | 403 | kWh | |

### YOUR MONTHLY USAGE

**ELECTRIC (kWh)**

| | |
|---|---|
| PREVIOUS BALANCE | 16.47 |
| PAYMENT    11/05/2025 | -16.47 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 29.42 |
| Electric State Tax | 1.79 |
| Electric City Tax | 0.85 |
| TOTAL ELECTRIC CHARGES | 45.16 |
| | |
| CURRENT CHARGES | $45.16 |
| | |
| TOTAL AMOUNT DUE | $45.16 |

PAID

ours

121360

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 12/01/2025 | 12/10/2025 | 45.16 | 47.42 |

**MESSAGES:** Call 811 before you dig!

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20178

11/28/25

TO THE
ORDER OF     **** ONE THOUSAND SIX HUNDRED TWELVE AND 33/100 DOLLARS          $1,612.33***

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

NON-NEGOTIABLE

*MEMO: 11/28 ins prem*

 **Liberty Mutual.**
**INSURANCE**    Summary

 **844-961-0334**
M-F, 8AM-8PM (EST)   ▾

# Billing Portal

**Account #:**          **********4025
**Account of:**         THE RUINS LLC
                        GENERATIONS ON 1ST LLC
                        PARKSIDE LLC
**Policies on account:**  BKS********

Payment:
**$0.00**
Account balance:
$59,539.12

*PAID 2018*

**Pay Now**

ⓘ **Welcome to Express Payment where you can make a one-time payment without signing into your profile.**
To access all online capabilities, click here to login or create a new user profile.

# Confirmation

*park
21.113%
$1,412.33*

| | |
|---|---|
| Confirmation # | D00050J2Y |
| Date/time | 12/01/2025 01:06 PM EST |
| Payment method | Credit/Debit card |
| Total Payment | $7,636.65 on Mastercard ending in 4149 |
| Payment Amount | $7,450.39 |
| Payment Service Fee | $186.26 |
| Saved payment account for future use | No |

*gen
40.517%
$3,094.14*

*Ruins
28.370%
$2,930.18*

**Return to Summary**

A confirmation receipt has been sent to the email address on file.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20177

11/26/25                    $1,755.00***

**** ONE THOUSAND SEVEN HUNDRED FIFTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

JESSE CRAIG
1405 1ST AVE N
FARGO, ND  58102

NON-NEGOTIABLE

# JESSE CRAIG

## PARKSIDE PLACE

**PAID**

**2025**

| | |
|---|---|
| From: | 1-Nov |
| To: | 30-Nov |

| | |
|---|---|
| Invoice #: | 6011 |
| Invoice Date: | 11/30/2025 |
| Due Date: | 12/01/25 |

| | | | Total |
|---|---|---|---|
| 39 | Manager oversite $45/unit | $45.00 | $1,755.00 |
| | | **$45.00** | **$1,755.00** |

Please make checks payable to Jesse Craig no later than   12/01/25

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20192

11/30/25

$4,284.00***

TO THE
ORDER OF   **** FOUR THOUSAND TWO HUNDRED EIGHTY FOUR AND 00/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,    58106

NON-NEGOTIABLE

# CP Business Management
## 2025

*Parkside Place*

**PAID**
2011/22

|  | From: | 1-Nov |
|--|-------|-------|
|  | To: | 30-Nov |

Invoice #:  2011
Invoice Date:  11/30/2025
Due Date:  12/01/25

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected Funds | $39,924.19 | $1,996.21 |
| | **Total Management Fee** | **$39,924.19** | **$1,996.21** |

| | Offsite Office | Total |
|---|---|---|
| 7010 | Off Site Office Rent | $1,312.50 |
| 7030 | Off Site Office Utilities | $151.58 |
| 7040 | Off Site Office Supplies | $158.71 |
| **Total Offsite Office** | | **$1,622.79** |

| | Other Collected Income | Total |
|---|---|---|
| 5700 | grovenberg app fee | $45.00 |
| 5700 | Keller nsf | $50.00 |
| 5800 | Brumbaugh collected late fees | $82.00 |
| | **Total Other Collected Income** | **$177.00** |

| | Miscellaneous | Total |
|---|---|---|
| 8004 | Misc Manager | $200.00 |
| 8005 | Misc Prof. | $250.00 |
| 7057 | Software Fee | $38.00 |
| | **Total Miscellaneous** | **$488.00** |

| | |
|---|---|
| **Total Management Fee** | $1,996.21 |
| **Total Offsite Office** | $1,622.79 |
| **Total Other Collected Income** | $177.00 |
| **Total Miscellaneous** | $488.00 |
| **Parkside Place Total** | $4,284.00 |

Please make checks payable to CP Business Management no later than   12/1/2025

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20191

11/30/25

$621.27******

TO THE
ORDER OF    **** SIX HUNDRED TWENTY ONE AND 27/100 DOLLARS

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD 57201

NON-NEGOTIABLE

## George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

*Reca 11/30/25*

# Invoice

| Date | Due Date | Invoice # |
|------|----------|-----------|
| 12/1/2025 | DUE ON RECEIPT | 43077 |

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

---

# GARBAGE SERVICE
# FOR NOVEMBER 2025


PAID
2091

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

*Gen $207.09*
*park $207.09*

**PLEASE HELP US GO GREEN BY ALLOWING US TO EMAIL YOUR INVOICES TO YOU.  IF NOT ALREADY GOING GREEN PLEASE PROVIDE US WITH YOUR EMAIL ADDRESS-THANK YOU**

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**

INVOICE PAYMENT SUBJECT TO A $5.00 LATE FEE IF NOT PAID WITHIN 30 DAYS AFTER RECEIVED

| | |
|---|---|
| **Subtotal** | $390.00 |
| **Sales Tax (6.2%)** | $24.18 |
| **Total** | $414.18 |

## George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

*Rec'd 11/30/25*

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/1/2025 | 42245 |

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106


*PAID 20191*

| Project/Job | P.O. No. | Due Date | Terms |
|-------------|----------|----------|-------|
| SEPTEMBER SERVICE (2025) | | 10/31/2025 | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times  A Week) | 195.00 | 195.00T |

*Gen $207.09
Park $207.09*

INVOICE PAYMENT
SUBJECT TO A $5.00
LATE FEE IF NOT PAID
WITHIN 30 DAYS
AFTER RECEIVED

George's Sanitation
Thanks You For Your
Business.

**PAY ONLINE AT
WWW.GEORGESSANITATION.COM
WITH PAY NOW BUTTON**

| | |
|---|---|
| **Subtotal** | $390.00 |
| **Sales Tax (6.2%)** | $24.18 |
| **Total** | $414.18 |

## George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161



Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

# Invoice

| Due Date | Invoice # |
|----------|-----------|
| DUE ON RECEIPT | 42724 |



## OCTOBER GARBAGE SERVICE (2025)

| Qua... | Description | Rate | Amount |
|--------|-------------|------|--------|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

| | |
|--|--|
| Sales Tax (6.2.. | $24.18 |
| **Total** | **$414.18** |

PLEASE REFERENCE YOUR INVOICE # ON YOUR PAYMENT

INVOICE PAYMENT SUBJECT TO A $5.00 LATE FEE IF NOT PAID WITHIN 30 DAYS AFTER RECEIVED

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**



Payment Information  [Unreconciled]                           Delete    Void

| | | | | |
|---|---|---|---|---|
| Bank | PARKSIDE DIP AFT | | Check Date | 11/07/2025 |
| Adjustment Number | 11 | | Post Month | 11/2025 |
| Amount | 43,500.00 | | | |
| Payee | RED RIVER STATE BANK | | | |

Invoices

| Invoice | Property | Account | Amount | Notes |
|---|---|---|---|---|
| N/A | Parkside Place | 2700  Mortgage 1st | 43,500.00 | TX funds to RRSB for DSC from TRUST |
| | | Total | $43,500.00 | |

DSC  pymt  From Trust.

**Account Name: Maryland IOLTA Account**

**Account Type: Trust**

| Date | Reference | Source/Destination | Payer/Payee | Funds out ($) | Funds in ($) | Balance ($) |
|---|---|---|---|---|---|---|
| 2025-11-17 | – | Parkside Place, LLC DIP Account | Parkside Place, LLC | $30,000.00 | – | – |
| 2025-11-07 | – | Red River State Bank | Red River State Bank | $43,500.00 | – | $30,000.00 |
| 2025-02-03 | – | Starion Bank | Parkside Place, LLC | $5,500.00 | – | $73,500.00 |
| 2025-02-03 | – | Starion Bank | Parkside Place, LLC | $1,500.00 | – | $79,000.00 |
| 2025-02-03 | – | United Bankers Bank | Red River State Bank | $49,341.92 | – | $80,500.00 |
| 2025-01-23 | 25-30003 | HME Companies, LLC | – | – | $124,341.92 | $129,841.92 |
| 2025-01-23 | 25-30003 | HME Companies, LLC | – | – | $5,500.00 | $5,500.00 |
| | | | | $129,841.92 | $129,841.92 | $0.00 |

1/1



CP Business Management
PO BOX 9379
Fargo, ND 58106
701-237-3369

Parkside Place

Codington County Real Estate Taxes

The 2025 payable in 2026 statement has not been received as of MOR filing date. Will continue with 2024 payable in 2025 escrow amount, and will adjust accordingly once statement is received.

Journal Entry 11/15/2025 $2,958.80

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20174

11/02/25

TO THE
ORDER OF     **** NINETEEN THOUSAND TWO HUNDRED SIXTY SEVEN AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

$19,267.00**

NON-NEGOTIABLE

MEMO: Loan Payment

Case 25-30002   Doc 218   Filed 10/19/25   Entered 10/19/25 16:04:18   Desc Main
Document   Page 5 of 12

4.      <u>Impermissible Uses of Cash Collateral</u>. The Debtors will not use any of the Bank's cash collateral to pay items:

i.      Not contained in the Budgets except as approved by the Bankruptcy Court after written notice to the Bank and a hearing or after written request to the Bank and the Bank's written consent; or

ii.     In excess of one hundred ten percent (110%) of the amount set forth in the Budget, in the aggregate from the Petition Date.

5.      <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

i.      Pre-Petition Rents held by the VerStandig Law Firm, LLC Attorney Trust Account are considered to be cash collateral and subject to the constraints of the Budgets. Debtors waive and release any claim against the Bank that the Pre-Petition Rents remitted under this paragraph 5(i) or paragraph 10 below are property of the estate or that the Bank did not have a properly perfected lien in these specific monies, to the extent of any allowed claims of the Bank.



ii.     Parkside will pay the sum of $19,267 on the 15th day of each month to be applied to debt service.

iii.    Generations will pay the sum of $39,667 on the 15th day of each month to be applied to debt service.

iv.     The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11