UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| Generations on 1st LLC, | Bankr. No. 25-30002 |
| Debtor, Jointly Administered | Chapter 11 |

| | |
|---|---|
| Parkside Place LLC, | Bankr. No. 25-30003 |
| Debtor, Jointly Administered | Chapter 11 |

In re:

| | |
|---|---|
| The Ruins, LLC<br>    Debtor. | Bankr. No. 25-30004 |

**MOTION TO APPEAR BY VIDEO CONFERENCE**

1.   Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by video conference at the hearing scheduled on January 7, 2026 at 10:00 a.m. on the disclosure statements in the above-named cases.

2.   Disclosure statements do not require testimony or the submission of evidence. Travel for such a limited purpose would be burdensome and expensive.

WHEREFORE, Counsel requests that she be allowed to appear by video conference.

Dated: December 30, 2025

MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

 /s/ Sarah J. Wencil
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| **Generations on 1st LLC,** | **Bankr. No. 25-30002** |
| Debtor, Jointly Administered | Chapter 11 |
| **Parkside Place LLC,** | **Bankr. No. 25-30003** |
| Debtor, Jointly Administered | Chapter 11 |

In re:

| | |
|---|---|
| **The Ruins, LLC** | **Bankr. No. 25-30004** |
| Debtor. | |

### CERTIFICATE OF SERVICE

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   December 30, 2025

/s/ Sarah J. Wencil
Sarah J. Wencil