IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | (Jointly Administered) |
| _____ | ) | |

**MOTION TO APPEAR AT HEARING VIA VIDEOCONFERENCE**

Come now Generations on 1st, LLC and Parkside Place, LLC (the "Debtors"), by and through undersigned counsel, pursuant to Local Rule 5001-2(B), and moves to permit undersigned counsel to appear at a hearing on January 7, 2026, on approval of the Debtors' disclosure statements, via video conference, and in support thereof state as follows:

Undersigned counsel is obligated in the United States Bankruptcy Court for the District of Columbia, on an unrelated matter involving the reorganization of 39 retail stores, at 1:00 pm (CST) the day of the hearing and cannot be in both courts, in person, on the same date. There is also a desire to minimize the time and expense of travel in connection with the argument of disclosure statement approval where such is believed to be chiefly legal, and not evidentiary, in nature.

WHEREFORE, the Debtors respectfully pray counsel be permitted to appear, on January 7, 2026, via video conference, and for such other and further relief as may be just and proper.

*[Signature on Following Page]*

1

                Respectfully Submitted,

Dated: January 5, 2026    By: /s/ Maurice B. VerStandig
                Maurice B. VerStandig, Esq.
                The Dakota Bankruptcy Firm
                1630 1st Avenue N
                Suite B PMB 24
                Fargo, North Dakota 58102-4246
                Phone: (701) 394-3215
                mac@dakotabankruptcy.com
                *Counsel for the Debtors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of January, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

                /s/ Maurice B. VerStandig
                Maurice B. VerStandig