TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**39304**

77-7869/2913

\*\*\*\* TWENTY TWO THOUSAND SIX HUNDRED NINETY AND 15/100 DOLLARS

01/05/22          $22,690.15\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑆039304⑈  ⑆▓▓▓▓▓▓⑆  ▓▓▓▓▓4695▓⑆



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

39346

\*\*\*\* THREE HUNDRED FIFTY FIVE AND 00/100 DOLLARS

01/24/22        $355.00\*\*\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈039346⑈ ⑆⬛⬛⬛⬛⬛⑆ ⬛⬛⬛⬛⬛4695⬛⑊

RRSB FCCU Subpoena 015059



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39227

77-7869/2913

\*\*\*\* NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS

12/30/21        $9,893.86\*\*\*

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑈039227⑈  ⑆⬛⬛⬛⬛⬛⑆  ⬛⬛⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 015063



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39351

77-7869/2913

\*\*\*\* TEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

01/25/22          $10,000.00\*\*

JOSH RADCLIFFE
5 MERIDIAN ROAD
MAPLETON, ND    58059

Business Account

Authorized Signature

⑈039351⑈  ⑆                  ⑈           4695⑈⑈

RRSB FCCU Subpoena 015099

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39325

77-7869/2913

\*\*\*\* ONE THOUSAND TWO HUNDRED SEVENTY FIVE AND 00/100 DOLLARS

01/17/22          $1,275.00\*\*\*

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑈039325⑈ ⑆ ▮▮▮▮▮▮ ⑆ ▮▮▮▮▮ 4695 ▮⑈

RRSB FCCU Subpoena 015101



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39443

77-7869/2913

**** TWELVE THOUSAND TWO HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

02/01/22        $12,200.00**

CHRISTOPHER  HAATS
704 ANDREWS AVE
DETROIT LAKES, MN    56501

Business Account

Authorized Signature

⑈039443⑈  ⑆▉▉▉▉▉⑆  ▉▉▉▉4695⑈

RRSB FCCU Subpoena 015113

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39356

77-7869/2913

**** TWO THOUSAND AND 00/100 DOLLARS

01/26/22         $2,000.00***

TO THE
ORDER OF
JESSE CRAIG

Business Account

Authorized Signature

⑈039356⑈ ⑆⬛⬛⬛⬛⬛⑆ ⬛⬛⬛⬛4695⑈



*Craig Properties, LLC*
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39382

77-7869/2913

\*\*\*\* SIX THOUSAND TWO HUNDRED THREE AND 07/100 DOLLARS

01/27/22        $6,203.07\*\*\*

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

FEB 22
Car + 373

ı"039382ıı  ı:⬛⬛⬛⬛⬛⬛ı:  ⬛⬛⬛⬛⬛⬛4695⬛ıı"

RRSB FCCU Subpoena 015121



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

FEB 0 3 2022

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39386

77-7869/2913

**\*\*\*\* THREE THOUSAND ONE HUNDRED SEVENTY THREE AND 14/100 DOLLARS**

01/27/22            $3,173.14\*\*\*

TO THE
ORDER OF:

STERLING DEVELOPMENT GROUP 9
505 N BROADWAY SUITE 201
FARGO, ND    58102

Business Account

Authorized Signature

⑈039386⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 015175



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39370

77-7869/2913

**** FOUR THOUSAND ONE HUNDRED EIGHT AND 25/100 DOLLARS

01/27/22          $4,108.25***

TO THE
ORDER OF

DAVID SCHINDELE

Business Account

Authorized Signature

⑈039370⑈  ⑆ ▉ ⑆  ▉4695⑈

RRSB FCCU Subpoena 015189



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39358

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

01/27/22          $3,000.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈039358⑈  ⑆ ▮▮▮▮ ⑆  ▮▮▮▮ 4695 ⑈

RRSB FCCU Subpoena 015199



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39365

77-7869/2913

**\*\*\*\* SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS**

01/27/22   $7,500.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND   58206

Business Account

Authorized Signature

�011039365⑪ ⑈⬛⬛⬛⬛⑈ ⬛⬛⬛4695⬛⑆

RRSB FCCU Subpoena 015201



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39366

77-7869/2913

\*\*\*\* ONE THOUSAND TWENTY THREE AND 76/100 DOLLARS

TO THE
ORDER OF

BRIAN MECKLER

01/27/22          $1,023.76\*\*\*

Business Account

Authorized Signature

⑆039366⑆ ⑈████⑈ ██4695⑆

RRSB FCCU Subpoena 015203

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39367

77-7869/2913

\*\*\*\* THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

TO THE
ORDER OF

01/27/22        $3,374.55\*\*\*

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑈039367⑈  ⑆                ⑆                4695⑈

RRSB FCCU Subpoena 015205



**Craig Properties, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39463

77-7869/2913

**** FORTY ONE THOUSAND SEVEN HUNDRED SEVENTY TWO AND 70/100 DOLLARS

02/07/22        $41,772.70**

TO THE
ORDER OF

CROWN JEWELS

Business Account

_____
Authorized Signature

⑈039463⑈ ⑆▮▮▮⑆ ▮▮▮4695▮⑈

RRSB FCCU Subpoena 015209



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39484

77-7869/2913

\*\*\*\* ONE HUNDRED SIXTY NINE AND 56/100 DOLLARS

TO THE
ORDER OF

02/08/22        $169.56\*\*\*\*\*

220 WEST LLC

Business Account

Authorized Signature

⑈039484⑈  ⑆▓▓▓▓▓⑆  ▓▓▓▓4695▓⑈

RRSB FCCU Subpoena 015213

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**39426**

77-7869/2913

**** ONE THOUSAND THREE HUNDRED TWENTY THREE AND 97/100 DOLLARS

TO THE
ORDER OF

01/28/22          $1,323.97***

CP BUSINESS MGT

Business Account

Authorized Signature

⑆039426⑆  ⑈ ⑈  4695⑆

RRSB FCCU Subpoena 015215



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39388

77-7869/2913

\*\*\*\*  TWO  THOUSAND  ONE  HUNDRED  TWENTY  SEVEN  AND  00/100  DOLLARS

TO THE
ORDER OF

01/27/22        $2,127.00\*\*\*

The Lofts
PO Box 426
FARGO, ND    58107

Business Account

Suite 103

Authorized Signature

⑈039388⑈  ⑆⬛⬛⬛⬛⑆  ⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 015217

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE ┌ SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**39437**

77-7869/2913

\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS

01/31/22          $3,497.89\*\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈039437⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 015241



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

3937.1

77-7869/2913

\*\*\*\* TEN THOUSAND AND 00/100 DOLLARS

01/27/22          $10,000.00\*\*

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

⑈039371⑈  ⑆ ▮▮▮▮▮ ⑆  ▮▮▮▮ 4695▮⑈

RRSB FCCU Subpoena 015253

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39399

77-7869/2913

**\*\*\*\* FOUR THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS**

TO THE
ORDER OF

01/27/22        $4,800.00\*\*\*

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

_____
Authorized Signature

⑈039399⑈  ⑆⬛⬛⬛⬛⑆  ⬛⬛⬛⬛4695⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39492

77-7869/2913

**** FIVE THOUSAND ONE HUNDRED FIFTY AND 00/100 DOLLARS

02/09/22          $5,150.00***

TO THE
ORDER OF

CHRISTOPHER  HAATS
704 ANDREWS AVE
DETROIT LAKES, MN    56501

Business Account

Authorized Signature

⑈039492⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 015291



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39501

77-7869/2913

**** ONE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

02/10/22          $1,500.00***

TO THE
ORDER OF

CHRISTOPHER  HAATS
704 ANDREWS AVE
DETROIT LAKES, MN    56501

Business Account

Authorized Signature

⑈039501⑈  ⑆          ⑆            4695⑆

RRSB FCCU Subpoena 015293



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39490

77-7869/2913

**** FOUR THOUSAND SEVEN HUNDRED EIGHTY EIGHT AND 35/100 DOLLARS

02/08/22        $4,788.35***

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈039490⑈  ⑆  ⑆    4695⑈

RRSB FCCU Subpoena 015295



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39513

77-7869/2913

**** ONE THOUSAND FOUR HUNDRED TWENTY ONE AND 11/100 DOLLARS

02/14/22          $1,421.11***

TO THE
ORDER OF

DAVID SCHINDELE

Business Account

Authorized Signature

⑈039513⑈ ⑆⬛⬛⬛⬛⬛⑆ ⬛⬛⬛4695⑈

RRSB FCCU Subpoena 015297



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39517

77-7869/2913

\*\*\*\* NINE HUNDRED TEN AND 00/100 DOLLARS

TO THE
ORDER OF

220 WEST LLC

02/14/22        $910.00\*\*\*\*\*

Business Account

_____
Authorized Signature

⑈039517⑈  ⑆ ▮▮▮▮▮ ⑆  ▮▮▮▮4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39441

77-7869/2913

\*\*\*\* SEVEN THOUSAND SIX HUNDRED SEVENTY FIVE AND 07/100 DOLLARS

01/31/22          $7,675.07\*\*\*

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈039441⑈  ⑆          ⑊  ▮▮▮▮▮▮ 4695⑈

RRSB FCCU Subpoena 015303



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39478

77-7869/2913

**** FOUR THOUSAND FORTY NINE AND 00/100 DOLLARS

02/07/22        $4,049.00***

TO THE
ORDER OF

LUXOR AUTOSPORTS

Business Account

Authorized Signature

⑈039478⑈ ⑈          ⑈      4695⑈⑈

RRSB FCCU Subpoena 015305



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39395

77-7869/2913

\*\*\*\* FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

TO THE
ORDER OF

01/27/22          $464.48\*\*\*\*\*

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈039395⑈ ⑆ ▮▮▮▮▮▮ ⑆ ▮▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 015307



RRSB FCCU Subpoena 015309



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39408

77-7869/2913

**** TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

TO THE
ORDER OF

01/27/22          $2,765.88***

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈039408⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 015311



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39380

77-7869/2913

\*\*\*\* EIGHT THOUSAND FOUR HUNDRED FIFTY AND 24/100 DOLLARS

01/27/22     $8,450.24\*\*\*

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑆039380⑆  ⑈ ▮▮▮▮▮▮ ⑈  ▮▮▮▮▮4695▮⑆

RRSB FCCU Subpoena 015315



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND. 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND. 58103

77-7869/2913

39512

\*\*\*\* SEVEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

DUFFY FROEMKE

02/14/22          $7,000.00\*\*\*

Business Account

Authorized Signature

⑈039512⑈  ⑆⬛⬛⬛⬛⑆  ⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 015321



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39527

77-7869/2913

**** TWO THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

02/18/22          $2,000.00***

JORDAN HORNER
954 29th Ave W
West Fargo, ND   58078

Business Account

Authorized Signature

⑈039527⑈ ⑆                    ⑆                    4695⑈

RRSB FCCU Subpoena 015331

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES.

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**39515**

77-7869/2913

\*\*\*\* TEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

02/14/22        $10,000.00\*\*

CP BUSINESS MGT

Business Account

Authorized Signature

⑈039515⑈  ⑆              ⑆     4695 ⑈

RRSB FCCU Subpoena 015337



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39502

77-7869/2913

**** FIFTEEN THOUSAND AND 00/100 DOLLARS

02/10/22          $15,000.00**

TO THE
ORDER OF

CHRISTOPHER  HAATS
704 ANDREWS AVE
DETROIT LAKES, MN    56501

Business Account

_____
Authorized Signature

⑈039502⑈ ⑆ ▮▮▮▮▮ ⑆ ▮▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 015343

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39523

77-7869/2913

**** THREE THOUSAND FOUR HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

02/15/22        $3,400.00***

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND   58104

Business Account

Authorized Signature

⑈039523⑈  ⑆⬛⬛⬛⬛⑆  ⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 015345

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39431

77-7869/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

01/31/22          $21,860.59**

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND   58104

Business Account

Authorized Signature

⑆039431⑈ ⑈ ▉▉▉▉ ⑉ ▉▉▉ 4695▉⑈

RRSB FCCU Subpoena 015349



**Craig Properties, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**39526**

77-7869/2913

**** FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

TO THE
ORDER OF

02/17/22        $4,650.31***

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑈039526⑈  ⑆⬛⬛⬛⬛⬛⑉  ⬛⬛⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 015361

RRSB FCCU Subpoena 015381

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39532

77-7869/2913

**** ONE HUNDRED EIGHTY NINE THOUSAND EIGHT HUNDRED TWENTY FIVE AND 06/100 DOLLARS

02/25/22          $189,825.06*

TO THE
ORDER OF

AMERICAN FEDERAL BANK
BOX 2726
FARGO, ND    58108

Business Account

Authorized Signature

⑈039532⑈ ⑆ ⑆ 4695 ⑈