UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br><br>   Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place, LLC,<br><br>   Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**RED RIVER STATE BANK'S WITNESS LIST FOR**

**JANUARY 7, 2026 HEARING TO APPROVE DISCLOSURE STATEMENTS**

Creditor Red River State Bank hereby provides the following Witness List with respect to the following matters:

- **ECF 239** – Disclosure Statement by Debtor Generations on 1st, LLC for the First Amended Chapter 11 Plan of Reorganization of Generations on 1st, LLC set for hearing on **January 7, 2026 at 10:00 a.m.**

- **ECF 242** – Disclosure Statement by Debtor Parkside Place, LLC for the First Amended Chapter 11 Plan of Reorganization of Parkside Place, LLC set for hearing on **January 7, 2026 at 10:00 a.m.**

- **ECF 254** – Objection by Red River State Bank to Generations on 1st, LLC's Disclosure Statement for the First Amended Chapter 11 Plan of Reorganization of Generations on 1st, LLC

- **ECF 255** – Objection by Red River State Bank to Parkside Place, LLC's Disclosure Statement for the First Amended Chapter 11 Plan of Reorganization of Parkside Place, LLC

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
| --- | --- | --- |
| Charles Aarestad<br>Red River State Bank<br>Halstad, MN | May Call | Generations and Parkside Loan History, Terms, transfers of Generations and Parkside loan proceeds unrelated to the Generations and Parkside projects |
| Danielle Harless<br>Red River State Bank<br>Halstad, MN | Will Call | Generations and Parkside Loan History, Terms, transfers of Generations and Parkside loan proceeds unrelated to the Generations and Parkside projects |
| Jesse Craig<br>Fargo, ND | May Call | Loan Documents, Draw Requests, subcontractor invoices, transfers of loan proceeds unrelated to the Generations and Parkside projects, etc. |
| Mulinda Craig<br>Fargo, ND | May Call | Loan Documents, amounts owing by Debtor, etc. |

Dated this 5th of January, 2026.

**VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

**Re:**     **Generations on 1st LLC**
       **Case No. 25-30002**
       **Parkside Place LLC**
       **Case No. 25-30003**

## DECLARATION RE SERVICE

The undersigned does depose and say that on January 5th, 2026, she caused the following document(s):

**RED RIVER STATE BANK'S WITNESS LIST**

to be served electronically to the following:

*All ECF Filing Participants*

I certify under penalty of perjury that the foregoing is true and correct.

                */s/ Kesha L. Tanabe*