# Exhibit A

# Table of Transfers to Jesse Craig

## Checks and Transaction Receipts from FCCU Craig Properties Acct. -4695

## Transfers to Jesse Craig

| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. |
|---|---|---|---|---|---|---|
| Jesse Craig | $8,000.00 | 10/30/2020 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |
| Jesse Craig | $1,900.00 | 11/2/2020 | Craig Properties | Check 36949 | FCCU Craig Properties | 4695 |
| Jesse Craig | $5,871.25 | 11/2/2020 | Craig Properties | Check 36946 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,480.00 | 11/12/2020 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |
| Jesse Craig | $5,871.25 | 12/1/2020 | Craig Properties | Check 37095 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,000.00 | 12/7/2020 | Craig Properties | Check 37101 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,922.61 | 12/16/2020 | Craig Properties | Check 37185 | FCCU Craig Properties | 4695 |
| Jesse Craig | $5,871.25 | 12/29/2020 | Craig Properties | Check 37248 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,000.00 | 1/6/2021 | Craig Properties | Check 37251 | FCCU Craig Properties | 4695 |
| Jesse Craig | $1,440.00 | 1/19/2021 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |
| Jesse Craig | $5,000.00 | 1/21/2021 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |
| Jesse Craig | $5,871.25 | 2/1/2021 | Craig Properties | Check 37409 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,206.50 | 2/1/2021 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |
| Jesse Craig | $1,800.00 | 2/4/2021 | Craig Properties | Check 37411 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,905.00 | 2/22/2021 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |
| Jesse Craig | $5,871.25 | 3/1/2021 | Craig Properties | Check 37539 | FCCU Craig Properties | 4695 |
| Jesse Craig | $1,500.00 | 3/3/2021 | Craig Properties | Check 37559 | FCCU Craig Properties | 4695 |
| Jesse Craig | $1,382.00 | 3/15/2021 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,922.61 | 3/18/2021 | Craig Properties | Check 37644 | FCCU Craig Properties | 4695 |
| Jesse Craig | $5,871.25 | 3/18/2021 | Craig Properties | Check 37715 | FCCU Craig Properties | 4695 |
| Jesse Craig | $10,329.03 | 3/18/2021 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,600.00 | 4/5/2021 | Craig Properties | Check 37795 | FCCU Craig Properties | 4695 |
| Jesse Craig | $5,871.25 | 4/12/2021 | Craig Properties | Check 37826 | FCCU Craig Properties | 4695 |
| Jesse Craig | $8,500.00 | 5/3/2021 | Craig Properties | Check 37958 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,500.00 | 6/2/2021 | Craig Properties | Check 38104 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,922.61 | 6/8/2021 | Craig Properties | Check 38102 | FCCU Craig Properties | 4695 |
| Jesse Craig | $5,871.25 | 6/24/2021 | Craig Properties | Check 38172 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,000.00 | 7/1/2021 | Craig Properties | Check 38294 | FCCU Craig Properties | 4695 |
| Jesse Craig | $1,437.00 | 7/8/2021 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |
| Jesse Craig | $5,871.25 | 7/14/2021 | Craig Properties | Check 38334 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,000.00 | 8/4/2021 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |
| Jesse Craig | $5,871.25 | 8/16/2021 | Craig Properties | Check 38494 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,500.00 | 8/31/2021 | Craig Properties | Check 38559 | FCCU Craig Properties | 4695 |
| Jesse Craig | $5,871.25 | 9/16/2021 | Craig Properties | Check 38675 | FCCU Craig Properties | 4695 |
| Jesse Craig | $6,682.61 | 9/22/2021 | Craig Properties | Check 38671 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,500.00 | 10/5/2021 | Craig Properties | Check 38780 | FCCU Craig Properties | 4695 |
| Jesse Craig | $5,871.25 | 10/15/2021 | Craig Properties | Check 38833 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,320.00 | 10/25/2021 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |
| Jesse Craig | $3,008.00 | 10/25/2021 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,696.50 | 11/2/2021 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |
| Jesse Craig | $3,000.00 | 11/3/2021 | Craig Properties | Check 38873 | FCCU Craig Properties | 4695 |
| Jesse Craig | $5,871.25 | 11/10/2021 | Craig Properties | Check 39008 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,000.00 | 12/6/2021 | Craig Properties | Check 39108 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,000.00 | 12/10/2021 | Craig Properties | Check 39111 | FCCU Craig Properties | 4695 |
| Jesse Craig | $5,871.25 | 12/10/2021 | Craig Properties | Check 39158 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,000.00 | 1/4/2022 | Craig Properties | Check 39268 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,922.61 | 1/18/2022 | Craig Properties | Check 39314 | FCCU Craig Properties | 4695 |
| Jesse Craig | $2,000.00 | 2/2/2022 | Craig Properties | Check 39356 | FCCU Craig Properties | 4695 |
| Jesse Craig | $3,000.00 | 2/8/2022 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |
| Jesse Craig | $3,200.00 | 2/11/2022 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |
| Jesse Craig | $3,000.00 | 2/14/2022 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |

| Total Transfers: | $195,774.58 |
|---|---|



```
FP TRANSACTION  10-30-20  16:54:07  MEMBER █4695CR                    1 1537
           FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL          8000.00 █4695-2              BUSINESS REWARDS
   PREV BAL      360536.66 NEW BAL       352536.66
DISBURSED           8000.00 IN CASH
 BILLS: 100s: 8000.00
```

Member Signature



RRSB FCCU Subpoena 019790

RRSB FCCU Subpoena 010539

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36949

77-7869/2913

\*\*\*\* ONE THOUSAND NINE HUNDRED AND 00/100 DOLLARS

10/30/20          $1,900.00\*\*\*

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈036949⑈  ⑆ ▮▮▮▮▮▮▮▮▮▮ 4695▮ ⑈



Craig Properties, LLC

First Community Credit Union
4621 15th Avenue South
Fargo, ND 58103

36946

77-7969/2913

**EIGHT THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS**

10/29/20          $5,871.1 ***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature


```
FP TRANSACTION  11-12-20  12:56:35  MEMBER ▮4695CR              1 1537
            FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL       2480.00 ▮4695-2         BUSINESS REWARDS
   PREV BAL      36907.39 NEW BAL      34427.39
DISBURSED        2480.00 IN CASH
 BILLS: 20s: 80.00       50s: 400.00     100s: 2000.00
```

Member Signature





RRSB FCCU Subpoena 019799

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37095

77-7869/2913

**** FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

11/26/20            $5,871.25***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈037095⑈ ⑆⬛⬛⬛⑆ ⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 010843



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37101

77-7869/2913

\*\*\*\* TWO THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

JESSE CRAIG

11/30/20          $2,000.00\*\*\*

Business Account

Authorized Signature

⑈⑈037101⑈⑈   ⑆▉▉▉▉▉⑆   ▉▉▉▉4695⑈⑈

RRSB FCCU Subpoena 010881



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37185

77-7869/2913

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

\*\*\*\* TWO THOUSAND NINE HUNDRED TWENTY TWO AND 61/100 DOLLARS

12/03/20          $2,922.61\*\*\*

TO THE
ORDER OF

FIBT FBO JESSE CRAIG ILIT

Business Account

Authorized Signature

⑈037185⑈   ⑆⬛⬛⬛⑆   ⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 011045

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

37248

\*\*\*\* FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

TO THE
ORDER OF

12/28/20          $5,871.25\*\*\*

JESSE CRAIG

Business Account

Authorized Signature

⑈037248⑈  ⑆ ⑆   4695⑈

RRSB FCCU Subpoena 011131

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

37251

**** TWO THOUSAND AND 00/100 DOLLARS

12/29/20        $2,000.00***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈037251⑈  ⑆          ⑆    4695⑈

RRSB FCCU Subpoena 011193

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES



```
FP TRANSACTION  01-19-21  07:49:30  MEMBER ▮4695CR              1 1516
              FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL          1440.00 ▮4695-2          BUSINESS REWARDS
    PREV BAL       35084.14 NEW BAL       33644.14
DISBURSED          1440.00 IN CASH
```

Member Signature







```
FP TRANSACTION  01-21-21  07:46:20  MEMBER ▪4695CR                    1 1516
               FOR CRAIG PROPERTIES LLC  AS JESSE
WITHDRAWAL         5000.00 ▪4695-2           BUSINESS REWARDS
    PREV BAL      873656.70 NEW BAL       868656.70
DISBURSED          5000.00 IN CASH
```

Member Signature





RRSB FCCU Subpoena 019843

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37409

77-7869/2913

**** FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

01/29/21        $5,871.25***

TO THE
ORDER OF
JESSE CRAIG

Business Account

Authorized Signature

⑈037409⑈  ⑆                 ⑆                 4695⑈

RRSB FCCU Subpoena 011435

```
FP TRANSACTION  02-01-21  08:09:31  MEMBER ■4695CR                    1 1504
            FOR CRAIG PROPERTIES LLC  AS Jesse
WITHDRAWAL        2206.50 ■4695-2           BUSINESS REWARDS
   PREV BAL    130184.84 NEW BAL     127978.34
DISBURSED         2206.50 IN CASH
 BILLS: 1s: 1.00          5s: 5.00        100s: 2200.00
 COINS: quarters: 0.50
```



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37411

77-7869/2913

\*\*\*\* ONE THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS

01/29/21 $1,800.00\*\*\*

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈037411⑈ ⑆▮▮▮▮▮⑆ ▮▮▮▮▮4695⑈

RRSB FCCU Subpoena 011465


```
FP TRANSACTION  02-22-21  15:45:30  MEMBER ■4695CR              1 1516
            FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL       2905.00 ■4695-2          BUSINESS REWARDS
   PREV BAL      49938.31 NEW BAL      47033.31
DISBURSED        2905.00 IN CASH
```

Member Signature





RRSB FCCU Subpoena 019870

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

37539

\*\*\*\* FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

TO THE
ORDER OF

JESSE CRAIG

02/19/21        $5,871.25\*\*\*

Business Account

Authorized Signature

⑊037539⑊ ⑊▮▮▮▮▮▮▮▮⑊ ▮▮▮▮▮▮▮▮4695▮⑊

RRSB FCCU Subpoena 011659



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37559

77-7869/2913

**** ONE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

03/02/21          $1,500.00***

TO THE
ORDER OF
JESSE CRAIG

Business Account

Authorized Signature

⑆037559⑆ ⑈ [REDACTED] ⑇ [REDACTED] 4695 ⑈

RRSB FCCU Subpoena 011709



```
FP TRANSACTION  03-15-21  07:31:35  MEMBER ■4695CR              1 1562
            FOR CRAIG PROPERTIES LLC  AS Jesse
WITHDRAWAL         1382.00 ■4695-2        BUSINESS REWARDS
   PREV BAL       53670.91 NEW BAL       52288.91
DISBURSED          1382.00 IN CASH
 BILLS: 1s: 2.00        20s: 80.00       100s: 1300.00
```

Member Signature





RRSB FCCU Subpoena 019887



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37644

77-7869/2913

**** TWO THOUSAND NINE HUNDRED TWENTY TWO AND 61/100 DOLLARS

03/07/21        $2,922.61***

TO THE
ORDER OF

FIBT FBO JESSE CRAIG ILIT
3001 25TH ST S
FARGO, ND   58103

Business Account

Authorized Signature

⑈037644⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 011865

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37715

77-7869/2913

\*\*\*\* FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

03/17/21          $5,871.25\*\*\*

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑆037715⑆  ⑆          ⑆          4695⑈


```
FP TRANSACTION  03-18-21  13:25:50  MEMBER ▉4695CR                1 1516
              FOR CRAIG PROPERTIES LLC  AS JESSECRAIG
WITHDRAWAL        10329.03 ▉4695-2           BUSINESS REWARDS
   PREV BAL     3666056.69 NEW BAL      3655727.66
DISBURSED        10329.03 IN CASH
 BILLS: 1s: 4.00        5s: 5.00        20s: 320.00     50s: 2000.00
        100s: 8000.00
 COINS: pennies: 0.03
```

Member Signature



RRSB FCCU Subpoena 019891



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37795

77-7869/2913

**** TWO THOUSAND SIX HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

JESSE CRAIG

03/31/21                    $2,600.00***

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

⑆037795⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 012093

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

37826

\* \* \* \*  FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

04/06/21          $5,871.25\*\*\*

TO THE
ORDER OF
JESSE CRAIG

Business Account

Authorized Signature

⑈037826⑈  ⑆[REDACTED]⑆  [REDACTED] 4695⑈

RRSB FCCU Subpoena 012217



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

37958

**** EIGHT THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

04/29/21        $8,500.00***

TO THE
ORDER OF      JESSE CRAIG

Business Account

Authorized Signature

⑆037958⑆ ⑇              ⑇              4695⑈

RRSB FCCU Subpoena 012369

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38104

77-7869/2913

\*\*\*\* TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

06/01/21          $2,500.00\*\*\*

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈038104⑈  ⑆███████████⑆  ███████4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38102

77-7869/2913

\*\*\*\* TWO THOUSAND NINE HUNDRED TWENTY TWO AND 61/100 DOLLARS

05/28/21            $2,922.61\*\*\*

TO THE
ORDER OF

FIBT FBO JESSE CRAIG ILIT
3001 25TH ST S
FARGO, ND    58103

Business Account

Authorized Signature

⑆038102⑆  ⑈⬛⬛⬛⬛⬛⑈  ⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 012723

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38172

77-7869/2913

**** FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

06/18/21        $5,871.25***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈038172⑈ ⑆▮▮▮▮▮⑆ ▮▮▮4695⑈

RRSB FCCU Subpoena 012863



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38294

77-7869/2913

\*\*\*\* TWO THOUSAND AND 00/100 DOLLARS

06/30/21          $2,000.00\*\*\*

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈038294⑈ ⑇⬛⬛⬛⬛⑇ ⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 012951



```
FP TRANSACTION  07-08-21  10:11:40  MEMBER ▉4695CR              1 1519
              FOR CRAIG PROPERTIES LLC AS Jesse
WITHDRAWAL        1437.00 ▉4695-2          BUSINESS REWARDS
   PREV BAL       324567.17 NEW BAL       323130.17
DISBURSED         1437.00 IN CASH
 BILLS: 1s: 2.00        5s: 5.00       10s: 10.00     20s: 20.00
        100s: 1400.00
```



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38334

77-7869/2913

\*\*\*\* FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

07/13/21          $5,871.25\*\*\*

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑆038334⑆   ⑈              ⑈        4695⑆


```
FP TRANSACTION  08-04-21  09:15:28  MEMBER ▪4695CR              1 1519
                FOR CRAIG PROPERTIES LLC  AS JESSE
DEPOSIT OF        8000.00 SYDNEY CRAIG-2 REWARD CHECKING
WITHDRAWAL       10000.00 ▪4695-2         BUSINESS REWARDS
   PREV BAL     207956.96 NEW BAL       197956.96
DISBURSED         2000.00 IN CASH
 BILLS: 100s: 2000.00
```





RRSB FCCU Subpoena 019997

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38494

77-7869/2913

\*\*\*\* FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

08/13/21        $5,871.25\*\*\*

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑆038494⑈  ⑈            ⑆            4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38559

77-7869/2913

**** TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

08/25/21          $2,500.00***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑆038559⑆ ⑈▮▮▮▮▮⑈ ▮▮▮▮4695⑆

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38675

77-7869/2913

**** FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

09/14/21          $5,871.25***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈038675⑈  ⑆▮▮▮▮▮▮⑆  ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 013709

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38671

77-7869/2913

**** SIX THOUSAND SIX HUNDRED EIGHTY TWO AND 61/100 DOLLARS

09/14/21          $6,682.61***

TO THE
ORDER OF

FIBT FBO JESSE CRAIG ILIT
3001 25TH ST S
FARGO, ND    58103

Business Account

Authorized Signature

⑈038671⑈  ⑈▮▮▮▮▮▮⑈  ▮▮▮▮▮▮695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38780

77-7869/2913

**** TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

10/01/21          $2,500.00***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑆038780⑈  ⑆              ⑆              4695⑆

RRSB FCCU Subpoena 013901

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38833

77-7869/2913

\*\*\*\* FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

10/11/21          $5,871.25\*\*\*

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈038833⑈ ⑆             ⑆             4695⑈

RRSB FCCU Subpoena 014031



```
FP TRANSACTION  10-25-21  10:25:25  MEMBER ■4695CR                    1 1517
              FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL          2320.00 ■4695-2          BUSINESS REWARDS
   PREV BAL      198986.17 NEW BAL      196666.17
DISBURSED          2320.00 IN CASH
 BILLS: 20s: 20.00       100s: 2300.00
```

Member Signature



```
FP TRANSACTION  10-25-21  12:28:08  MEMBER ▮4695CR              1 1515
               FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL          3008.00 ▮4695-2         BUSINESS REWARDS
   PREV BAL      202272.71 NEW BAL       199264.71
DISBURSED           3008.00 IN CASH
  BILLS: 1s: 3.00          5s: 5.00        100s: 3000.00
```

Member Signature




```
FP TRANSACTION  11-02-21  13:31:52  MEMBER ▇4695CR                1 1505
              FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL          2696.50 ▇4695-2          BUSINESS REWARDS
   PREV BAL      636200.19 NEW BAL      633503.69
DISBURSED          2696.50 IN CASH
 BILLS: 1s: 1.00        5s: 5.00        20s: 40.00        50s: 50.00
       100s: 2600.00
 COINS: quarters: 0.50
```

Member Signature

DEPOSIT/WITHDRAWAL  ☑ Checking
                    ☐ Savings

NAME
ACCOUNT NUMBER  ▇1695    SOC. SEC. NO.

DATE  11-2-21    $ 2696.50   AMOUNT WITHDRAWN

SIGN HERE _____
         SIGNATURE OF ACCOUNT OWNER

CC - 50,000

RRSB FCCU Subpoena 014187



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38873

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

10/30/21          $3,000.00***

TO THE
ORDER OF
JESSE CRAIG

Business Account

Authorized Signature

⑆038873⑆  ⑈          ⑈          4695  ⑆

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39008

77-7869/2913

**** FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

11/09/21                    $5,871.25***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈039008⑈  ⑆▉▉▉▉▉⑆  ▉▉▉▉4695⑈

RRSB FCCU Subpoena 014351



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39108

77-7869/2913

**** TWO THOUSAND AND 00/100 DOLLARS

12/03/21          $2,000.00***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑈039108⑈  ⑆               ⑆            4695◼⑈

RRSB FCCU Subpoena 014519

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39111

77-7869/2913

**** TWO THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

JESSE CRAIG

12/06/21          $2,000.00***

Business Account

Authorized Signature

⑆039111⑈ ⑆ ⑆ 4695 ⑈

RRSB FCCU Subpoena 014577

RRSB FCCU Subpoena 014580

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39158

77-7869/2913

**** FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 25/100 DOLLARS

TO THE
ORDER OF

JESSE CRAIG

12/09/21          $5,871.25***

Business Account

Authorized Signature

⑈039158⑈  ⑆⬛⬛⬛⑆  ⬛⬛⬛⬛4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39268

77-7869/2913

**** TWO THOUSAND AND 00/100 DOLLARS

01/02/22          $2,000.00***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑆039268⑈  ⑈          ⑈          4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39314

77-7869/2913

\*\*\*\* TWO THOUSAND NINE HUNDRED TWENTY TWO AND 61/100 DOLLARS

01/12/22          $2,922.61\*\*\*

TO THE
ORDER OF

FIBT FBO JESSE CRAIG ILIT
3001 25TH ST S
FARGO, ND    58103

Business Account

Authorized Signature

⑆039314⑈  ⑇■■■■■⑇  ■■■■■4695⑈

RRSB FCCU Subpoena 015019

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39356

77-7869/2913

**** TWO THOUSAND AND 00/100 DOLLARS

01/26/22          $2,000.00***

TO THE
ORDER OF

JESSE CRAIG

Business Account

Authorized Signature

⑆039356⑆ ⑈          ⑆          4695⑈

RRSB FCCU Subpoena 015115



```
FP TRANSACTION  02-08-22  10:44:13  MEMBER ▌4695CR              1 1531
                FOR CRAIG PROPERTIES LLC  AS JESSE
WITHDRAWAL         3000.00 ▌4695-2            BUSINESS REWARDS
   PREV BAL      491654.74 NEW BAL       488654.74
DISBURSED          3000.00 IN CASH
  BILLS: 100s: 3000.00
```

DEPOSIT/WITHDRAWAL

□ Checking
□ Savings

NAME
ACCOUNT NUMBER          SOC. SEC. NO

CASH  CURRENCY
      COIN
CHECKS LIST SINGLY

DATE                    $
                        AMOUNT WITHDRAWN

SUBTOTAL
RECEIVED
NET DEPOSIT

SIGN HERE
SIGNATURE OF ACCOUNT OWNER   ALL ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS
                             OF THE UNIFORM COMMERCIAL CODE AND THIS INSTITUTION'S REGU-
                             LATIONS PERTAINING TO SAVINGS ACCOUNTS.

RRSB FCCU Subpoena 020149



```
FP TRANSACTION  02-11-22  16:19:52  MEMBER ▪4695CR            1 1518
                 FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL        3200.00 ▪4695-2           BUSINESS REWARDS
    PREV BAL      361991.16 NEW BAL       358791.16
DISBURSED         3200.00 IN CASH
 BILLS: 100s: 3200.00
```

Member Signature





RRSB FCCU Subpoena 020153



```
FP TRANSACTION  02-14-22  11:21:00  MEMBER ▉4695CR              1 1531
              FOR CRAIG PROPERTIES LLC  AS JESSE
WITHDRAWAL        3000.00 ▉4695-2        BUSINESS REWARDS
   PREV BAL     393215.37 NEW BAL      390215.37
DISBURSED        3000.00 IN CASH
 BILLS: 100s: 3000.00
```



# **Exhibit B**

# **Table of Transfers to Mulinda "Mindy" Craig**

## **Checks from FCCU Craig Properties Acct. -4695**

## Transfers to Mulinda "Mindy" Craig

| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. |
|---|---|---|---|---|---|---|
| Mindy Craig | $3,091.50 | 11/12/2020 | Craig Properties | Check 36998 | FCCU Craig Properties | 4695 |
| Mindy Craig | $3,091.50 | 12/9/2020 | Craig Properties | Check 37153 | FCCU Craig Properties | 4695 |
| Mindy Craig | $4,091.50 | 1/7/2021 | Craig Properties | Check 37287 | FCCU Craig Properties | 4695 |
| Mindy Craig | $4,091.50 | 2/9/2021 | Craig Properties | Check 37457 | FCCU Craig Properties | 4695 |
| Mindy Craig | $4,091.50 | 3/10/2021 | Craig Properties | Check 37598 | FCCU Craig Properties | 4695 |
| Mindy Craig | $2,509.33 | 3/18/2021 | Craig Properties | Check 37671 | FCCU Craig Properties | 4695 |
| Mindy Craig | $4,091.50 | 4/9/2021 | Craig Properties | Check 37761 | FCCU Craig Properties | 4695 |
| Mindy Craig | $4,091.50 | 5/7/2021 | Craig Properties | Check 37927 | FCCU Craig Properties | 4695 |
| Mindy Craig | $5,020.16 | 6/7/2021 | Craig Properties | Check 38070 | FCCU Craig Properties | 4695 |
| Mindy Craig | $5,020.16 | 7/8/2021 | Craig Properties | Check 38250 | FCCU Craig Properties | 4695 |
| Mindy Craig | $5,020.16 | 8/10/2021 | Craig Properties | Check 38436 | FCCU Craig Properties | 4695 |
| Mindy Craig | $2,500.00 | 8/27/2021 | Craig Properties | Check 38513 | FCCU Craig Properties | 4695 |
| Mindy Craig | $5,020.16 | 9/2/2021 | Craig Properties | Check 38591 | FCCU Craig Properties | 4695 |
| Mindy Craig | $1,000.00 | 9/2/2021 | Craig Properties | Check 38628 | FCCU Craig Properties | 4695 |
| Mindy Craig | $36,000.00 | 9/16/2021 | Craig Properties | Check 38618 | FCCU Craig Properties | 4695 |
| Mindy Craig | $5,020.16 | 10/13/2021 | Craig Properties | Check 38748 | FCCU Craig Properties | 4695 |
| Mindy Craig | $5,020.16 | 11/5/2021 | Craig Properties | Check 38912 | FCCU Craig Properties | 4695 |
| Mindy Craig | $12,504.88 | 12/3/2021 | Craig Properties | Check 39019 | FCCU Craig Properties | 4695 |
| Mindy Craig | $3,958.46 | 12/10/2021 | Craig Properties | Check 39080 | FCCU Craig Properties | 4695 |
| Mindy Craig | $1,898.89 | 1/12/2022 | Craig Properties | Check 39266 | FCCU Craig Properties | 4695 |
| Mindy Craig | $6,203.07 | 1/12/2022 | Craig Properties | Check 39230 | FCCU Craig Properties | 4695 |
| Mindy Craig | $6,203.07 | 2/3/2022 | Craig Properties | Check 39382 | FCCU Craig Properties | 4695 |

| Total Transfers | $129,539.16 |
|---|---|



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36998

77-7869/2913

\*\*\*\* THREE THOUSAND NINETY ONE AND 50/100 DOLLARS

TO THE
ORDER OF
MINDY CRAIG

11/02/20            $3,091.50\*\*\*

Business Account

Authorized Signature

⑆036998⑆  ⑉ ▮▮▮▮▮ ⑉  ▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 010683



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37153

77-7869/2913

\*\*\*\* THREE THOUSAND NINETY ONE AND 50/100 DOLLARS

12/02/20 $3,091.50\*\*\*

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

Cv pymts

⑈037153⑈ ⑉▉▉▉⑉ ▉▉▉4695⑈

RRSB FCCU Subpoena 010897



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37287

77-7869/2913

**** FOUR THOUSAND NINETY ONE AND 50/100 DOLLARS

TO THE
ORDER OF

MINDY CRAIG

12/30/20        $4,091.50***

Business Account

Authorized Signature

⑈037287⑈ ⑆            ⑆            4695⑈

RRSB FCCU Subpoena 011195



**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

37457

**** FOUR THOUSAND NINETY ONE AND 50/100 DOLLARS

02/01/21          $4,091.50***

TO THE
ORDER OF    MINDY CRAIG

Business Account

_____
Authorized Signature

Car Pymts

⑈037457⑈ ⑆███████⑆  ███████4695█⑈

RRSB FCCU Subpoena 011475



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37598

77-7869/2913

**** FOUR THOUSAND NINETY ONE AND 50/100 DOLLARS

03/02/21        $4,091.50***

TO THE
ORDER OF
MINDY CRAIG

Business Account

Authorized Signature

Car pymts

⑈037598⑈ ⑈⬛⬛⬛⑈ ⬛⬛⬛.695⑈

RRSB FCCU Subpoena 011751



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37671

77-7869/2913

**** TWO THOUSAND FIVE HUNDRED NINE AND 33/100 DOLLARS

03/15/21          $2,509.33***

TO THE
ORDER OF     MINDY CRAIG

Business Account

Authorized Signature

⑈037671⑈ ⑆▮▮▮▮⑆ ▮▮▮▮4695⑈

RRSB FCCU Subpoena 011869



**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37761

77-7869/2913

**** FOUR THOUSAND NINETY ONE AND 50/100 DOLLARS

04/01/21      $4,091.50***

TO THE
ORDER OF    MINDY CRAIG

Business Account

Authorized Signature

Car pymts

⑈037761⑈  ⑆▉▉▉▉▉⑆  ▉▉▉▉4695⑈⑈

RRSB FCCU Subpoena 012189



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

37927

**** FOUR THOUSAND NINETY ONE AND 50/100 DOLLARS

05/01/21          $4,091.50***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

May Ca pymts

⑈037927⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 012471



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38070

**** FIVE THOUSAND TWENTY AND 16/100 DOLLARS

05/26/21          $5,020.16***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

Car pymts+373/6+

⑈038070⑈ ⑆■■■■■⑆ ■■■■4695⑈

RRSB FCCU Subpoena 012709

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38250

**** FIVE THOUSAND TWENTY AND 16/100 DOLLARS

07/01/21        $5,020.16***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

Car pymts

⑈038250⑈ ⑆ ▮▮▮▮ ⑆ ▮▮▮▮▮4695⑈

RRSB FCCU Subpoena 013015



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38436

77-7869/2913

\*\*\*\* FIVE THOUSAND TWENTY AND 16/100 DOLLARS

08/01/21          $5,020.16\*\*\*

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

⑈038436⑈ ⑆ ███████ ⑆ ███████4695⑈

RRSB FCCU Subpoena 013329



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38513

77-7869/2913

**** TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

08/18/21          $2,500.00***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

Capl Reimbarse

⑆038513⑆ ⑈                    ⑈                    4695⬛

RRSB FCCU Subpoena 013479



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38591

**** FIVE THOUSAND TWENTY AND 16/100 DOLLARS

09/01/21          $5,020.16***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

Car payments

⑆038591⑆ ⑈▮▮▮▮⑈ ▮▮▮4695⑈

RRSB FCCU Subpoena 013541



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38628

\*\*\*\* ONE THOUSAND AND 00/100 DOLLARS

08/31/21    $1,000.00\*\*\*

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

Reimb. Julie Daughter

⑅038628⑅  ⑆ ▮▮▮▮▮▮ ⑆:  ▮▮▮▮▮▮4695▮ ⑅

RRSB FCCU Subpoena 013543

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38618

77-7869/2913

\*\*\*\* THIRTY SIX THOUSAND AND 00/100 DOLLARS

08/27/21          $36,000.00\*\*

TO THE
ORDER OF
MINDY CRAIG

Business Account

Authorized Signature

25 1110-,  3Mindy 81110

6 left

⑈038618⑈  ⦂          ⦂          4695⑈

RRSB FCCU Subpoena 013695



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38748

**** FIVE THOUSAND TWENTY AND 16/100 DOLLARS

10/01/21          $5,020.16***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

⑈038748⑈  ⑆          ⑆  ⏧695⏧

RRSB FCCU Subpoena 013969



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38912

**** FIVE THOUSAND TWENTY AND 16/100 DOLLARS

11/01/21        $5,020.16***

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

Car pymts

⑈038912⑈  ⑆            ⑈:            4695⑊⑈

RRSB FCCU Subpoena 014225

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

39019

**** TWELVE THOUSAND FIVE HUNDRED FOUR AND 88/100 DOLLARS

11/29/21          $12,504.88**

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

Porsche agmt - final

⑆039019⑆ ⑈█████████⑆ ████████4695█⑆



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

39080

**\*\*\*\* THREE THOUSAND NINE HUNDRED FIFTY EIGHT AND 46/100 DOLLARS**

12/01/21        $3,958.46\*\*\*

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

Dee caragmts

⑈039080⑈  ⑆                    ⑆                    4695⑈

RRSB FCCU Subpoena 014557



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39266

77-7869/2913

**** ONE THOUSAND EIGHT HUNDRED NINETY EIGHT AND 89/100 DOLLARS

TO THE
ORDER OF

MINDY CRAIG

01/02/22        $1,898.89***

Business Account

Authorized Signature

313

⑈039266⑈ ⑆███████⑆ ██████4695⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39230

77-7869/2913

\*\*\*\* SIX THOUSAND TWO HUNDRED THREE AND 07/100 DOLLARS

12/30/21          $6,203.07\*\*\*

TO THE
ORDER OF
MINDY CRAIG

Business Account

Authorized Signature

⑈039230⑈  ⑆[REDACTED]⑆  [REDACTED]4695⑈

RRSB FCCU Subpoena 014975



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39382

77-7869/2913

\*\*\*\* SIX THOUSAND TWO HUNDRED THREE AND 07/100 DOLLARS

01/27/22    $6,203.07\*\*\*

TO THE
ORDER OF

MINDY CRAIG

Business Account

Authorized Signature

FEB 22
Car + 373

⑈039382⑈  ⑆ ⑆  4695 ⑈

RRSB FCCU Subpoena 015121

# Exhibit C

# Table of Transfers to Sydney Craig and Tanner Boyanovsky

## Checks and Transaction Receipts from FCCU Craig Properties Acct. -4695

## Transfers to Sydney Craig and Tanner Boyanovsky

| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. |
|---|---|---|---|---|---|---|
| Sydney Craig | $750.00 | 12/2/2020 | Craig Properties | Check 37107 | FCCU Craig Properties | 4695 |
| Sydney Craig | $665.00 | 12/16/2020 | Craig Properties | Check 37223 | FCCU Craig Properties | 4695 |
| Sydney Craig | $1,175.00 | 1/4/2021 | Craig Properties | Check 37331 | FCCU Craig Properties | 4695 |
| Sydney Craig | $100.00 | 1/19/2021 | Craig Properties | Check 37374 | FCCU Craig Properties | 4695 |
| Sydney Craig | $1,300.00 | 1/21/2021 | Craig Properties | Check 37365 | FCCU Craig Properties | 4695 |
| Sydney Craig | $490.00 | 2/1/2021 | Craig Properties | Check 37424 | FCCU Craig Properties | 4695 |
| Tanner Boyanovsky | $2,500.00 | 2/12/2021 | Craig Properties | Check 37063 | FCCU Craig Properties | 4695 |
| Sydney Craig | $100.00 | 2/16/2021 | Craig Properties | Check 37525 | FCCU Craig Properties | 4695 |
| Sydney Craig | $100.00 | 3/3/2021 | Craig Properties | Check 37556 | FCCU Craig Properties | 4695 |
| Sydney Craig | $100.00 | 3/15/2021 | Craig Properties | Check 37666 | FCCU Craig Properties | 4695 |
| Sydney Craig | $418.75 | 3/31/2021 | Craig Properties | Check 37770 | FCCU Craig Properties | 4695 |
| Sydney Craig | $167.50 | 4/13/2021 | Craig Properties | Check 37853 | FCCU Craig Properties | 4695 |
| Sydney Craig | $170.00 | 4/19/2021 | Craig Properties | Check 37869 | FCCU Craig Properties | 4695 |
| Tanner Boyanovsky | $25,000.00 | 4/21/2021 | Craig Properties | Check 37868 | FCCU Craig Properties | 4695 |
| Tanner Boyanovsky | $5,000.00 | 5/26/2021 | Craig Properties | Check 38004 | FCCU Craig Properties | 4695 |
| Sydney Craig | $1,500.00 | 6/1/2021 | Craig Properties | Check 38007 | FCCU Craig Properties | 4695 |
| Sydney Craig | $10,000.00 | 6/28/2021 | Craig Properties | Check 38208 | FCCU Craig Properties | 4695 |
| Sydney Craig | $10,000.00 | 7/23/2021 | Craig Properties | Transfer per Jesse | FCCU Craig Properties | 4695 |
| Sydney Craig | $1,200.00 | 7/27/2021 | Craig Properties | Check 38359 | FCCU Craig Properties | 4695 |
| Sydney Craig | $8,000.00 | 8/4/2021 | Craig Properties | Transfer per Jesse | FCCU Craig Properties | 4695 |
| Sydney Craig | $3,000.00 | 11/12/2021 | Craig Properties | Transfer per Jesse | FCCU Craig Properties | 4695 |
| Sydney Craig | $2,000.00 | 12/3/2021 | Craig Properties | Transfer per Jesse | FCCU Craig Properties | 4695 |
| Sydney Craig | $2,000.00 | 12/27/2021 | Craig Properties | Check 39015 | FCCU Craig Properties | 4695 |
| Sydney Craig | $675.00 | 12/29/2021 | Craig Properties | Transfer per Jesse | FCCU Craig Properties | 4695 |
| Sydney Craig | $1,000.00 | 12/29/2021 | Craig Properties | Transfer per Jesse | FCCU Craig Properties | 4695 |
| Sydney Craig | $3,000.00 | 1/5/2022 | Craig Properties | Transfer per Jesse | FCCU Craig Properties | 4695 |
| Sydney Craig | $1,500.00 | 1/26/2022 | Craig Properties | Transfer per Jesse | FCCU Craig Properties | 4695 |
| Sydney Craig | $12,500.00 | 2/1/2022 | Craig Properties | Transfer per Jesse | FCCU Craig Properties | 4695 |
| Sydney Craig | $1,200.00 | 2/15/2022 | Craig Properties | Transfer per Jesse | FCCU Craig Properties | 4695 |
| Sydney Craig | $2,000.00 | 2/18/2022 | Craig Properties | Transfer per Jesse | FCCU Craig Properties | 4695 |
| Sydney Craig | $3,500.00 | 2/28/2022 | Craig Properties | Transfer per Jesse | FCCU Craig Properties | 4695 |

| Total Transfers: | $101,111.25 |
|---|---|



TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37107

77-7869/2913

**** SEVEN HUNDRED FIFTY AND 00/100 DOLLARS

12/01/20          $750.00*****

TO THE
ORDER OF

SYDNEY CRAIG

Business Account

Authorized Signature

⑈037107⑈  ⑆███████⑆  ███████4695⑈

RRSB FCCU Subpoena 010867



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37223

77-7869/2913

**** SIX HUNDRED SIXTY FIVE AND 00/100 DOLLARS

12/15/20          $665.00*****

TO THE
ORDER OF

SYDNEY CRAIG

Business Account

Authorized Signature

⑆037223⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮4695⑈

RRSB FCCU Subpoena 011063

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37331

77-7869/2913

\*\*\*\*  ONE  THOUSAND  ONE  HUNDRED  SEVENTY  FIVE  AND  00/100  DOLLARS

TO THE
ORDER OF

SYDNEY CRAIG

01/01/21          $1,175.00\*\*\*

Business Account

Authorized Signature

⑈037331⑈  ⑈ ▇▇▇▇▇ ⑈  ▇▇▇▇ 4695 ⑈

RRSB FCCU Subpoena 011161



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37374

77-7869/2913

**** ONE HUNDRED AND 00/100 DOLLARS

01/18/21          $100.00*****

TO THE
ORDER OF
            SYDNEY CRAIG

Business Account

Authorized Signature

⑈037374⑈  ⑉▮▮▮▮▮⑉  ▮▮▮▮4695⑈⑈

RRSB FCCU Subpoena 011267



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37365

77-7869/2913

**** ONE THOUSAND THREE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

SYDNEY CRAIG

01/13/21          $1,300.00***

Business Account

Authorized Signature

⑈037365⑈  ⑆⬛⬛⬛⬛⬛⑆  ⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 011329



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37424

77-7869/2913

**** FOUR HUNDRED NINETY AND 00/100 DOLLARS

TO THE
ORDER OF
SYDNEY CRAIG

02/01/21          $490.00*****

Business Account

Authorized Signature

⑆037424⑆  ⑈                ⑈              4695⑈

RRSB FCCU Subpoena 011439



**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37063

77-7869/2913

**** TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

11/13/20          $2,500.00***

TO THE
ORDER OF

TANNER BOYANOVSKY

Business Account

Authorized Signature

⑈037063⑈  ⑆▉⑆  ▉4695⑈

RRSB FCCU Subpoena 011577



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37525

77-7869/2913

\*\*\*\* ONE HUNDRED AND 00/100 DOLLARS

02/15/21          $100.00\*\*\*\*\*

TO THE
ORDER OF
SYDNEY CRAIG

Business Account

Authorized Signature

⑆037525⑆    ⑆              ⑈              4695⑆

RRSB FCCU Subpoena 011601



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37556

77-7869/2913

**** ONE HUNDRED AND 00/100 DOLLARS

03/01/21          $100.00*****

TO THE
ORDER OF

SYDNEY CRAIG

Business Account

Authorized Signature

⑈037556⑈ ⑆                  ⑆                4695⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37666

77-7869/2913

**** ONE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

SYDNEY CRAIG

03/15/21          $100.00*****

Business Account

Authorized Signature

⑈037666⑈  ⑆                ⑆              4695⑆⑈

RRSB FCCU Subpoena 011797



TO VERIFY AUTHENTICITY, SEE DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37770

77-7869/2913

**** FOUR HUNDRED EIGHTEEN AND 75/100 DOLLARS

04/01/21        $418.75*****

TO THE
ORDER OF

SYDNEY CRAIG

Business Account

Authorized Signature

⑆037770⑆ ⑈ ⑉ 4695 ⑆



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37853

77-7869/2913

\*\*\*\* ONE HUNDRED SIXTY SEVEN AND 50/100 DOLLARS

TO THE
ORDER OF                                04/13/21        $167.50\*\*\*\*\*

SYDNEY CRAIG

Business Account

Authorized Signature

VOID   VOID

⑈037853⑈  ⑆            ⑆            4695⑈⑈

RRSB FCCU Subpoena 012245



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37869

77-7869/2913

**** ONE HUNDRED SEVENTY AND 00/100 DOLLARS

TO THE
ORDER OF

04/19/21          $170.00*****

SYDNEY CRAIG

Business Account

Authorized Signature

⑆037869⑆  ⑈                ⑈              4695⑈

RRSB FCCU Subpoena 012281



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37868

77-7869/2913

**** TWENTY FIVE THOUSAND AND 00/100 DOLLARS

04/19/21          $25,000.00**

TO THE
ORDER OF

TANNER BOYANOVSKY

Business Account

Authorized Signature

⑈037868⑈ ⑆ ▮▮▮▮▮▮ ⑆ ▮▮▮▮▮ 4695▮⑈

RRSB FCCU Subpoena 012299



**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38004

77-7869/2913

**** FIVE THOUSAND AND 00/100 DOLLARS

05/20/21                    $5,000.00***

TO THE
ORDER OF

TANNER BOYANOVSKY

Business Account

Authorized Signature

⑈038004⑈ ⑆ ▉ ⑆ ▉4695⑈

RRSB FCCU Subpoena 012571



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38007

77-7869/2913

\*\*\*\* ONE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

05/25/21                $1,500.00\*\*\*

TO THE
ORDER OF

SYDNEY CRAIG
50 NORTH 4TH AVE
UNIT A07
MINNEAPOLIS, MN   55401

Business Account

Authorized Signature

⑈038007⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 012595



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38208

77-7869/2913

**** TEN THOUSAND AND 00/100 DOLLARS

06/23/21        $10,000.00**

TO THE
ORDER OF

SYDNEY CRAIG
50 NORTH 4TH AVE
UNIT A07
MINNEAPOLIS, MN    55401

Business Account

Authorized Signature

⑈038208⑈  ⑆              ⑆        4695⑈

RRSB FCCU Subpoena 012911


```
FP TRANSACTION  07-23-21  13:16:09  MEMBER ▉4695CR                1 1504
              FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
XFER-WTH          10000.00 ▉4695-2          BUSINESS REWARDS
   PREV BAL      294484.83 NEW BAL      284484.83
   PER JESSE IN DRIVE THRU
XFER-DEP          10000.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER JESSE IN DRIVE THRU
```

Member Signature



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38359

77-7869/2913

\*\*\*\* ONE THOUSAND TWO HUNDRED AND 00/100 DOLLARS

07/21/21        $1,200.00\*\*\*

TO THE
ORDER OF

SYDNEY CRAIG
50 NORTH 4TH AVE
UNIT A07
MINNEAPOLIS, MN    55401

Business Account

Authorized Signature

⑈038359⑈ ⑆ ▉ ⑆ ▉ 4695▉⑈



```
FP TRANSACTION  08-04-21  09:15:28  MEMBER  4695CR              1 1519
             FOR CRAIG PROPERTIES LLC  AS JESSE
DEPOSIT OF        8000.00 SYDNEY CRAIG-2 REWARD CHECKING
WITHDRAWAL        10000.00  4695-2        BUSINESS REWARDS
   PREV BAL     207956.96 NEW BAL      197956.96
DISBURSED        2000.00 IN CASH
 BILLS: 100s: 2000.00
```





RRSB FCCU Subpoena 019997



```
FP TRANSACTION  11-12-21  10:06:30  MEMBER ▋4695CR                    1 1802
             FOR CRAIG PROPERTIES LLC  AS Jesse
XFER-WTH          3000.00 ▋4695-2          BUSINESS REWARDS
   PREV BAL       495821.79 NEW BAL       492821.79
   PER PHONE
XFER-DEP          3000.00 SYDNEY CRAIG-2 REWARD CHECKING
   PER PHONE
```

Member Signature

**Print | Help | Close**

## Receipt

**For PER JESSE**

**DEPOSIT OF 2000.00 SYDNEY CRAIG-2 REWARD CHECKING**
  TRANSFER FROM CP TO SYDNEY'S CHECKING
**WITHDRAWAL 2000.00 ▮4695-2 BUSINESS REWARDS**
  PREV BAL      68162.46 NEW BAL     66162.46
  TRANSFER FROM CP TO SYDNEY

12/03/2021 08:09:34

**Connie Olgaard**

| | |
|---|---|
| **From:** | Jesse Craig <jcraig701@gmail.com> |
| **Sent:** | Friday, December 3, 2021 6:29 AM |
| **To:** | Connie Olgaard |
| **Cc:** | Sydney Craig |
| **Subject:** | Wire |

⚠ EXTERNAL MESSAGE – Think Before You Click ⚠

Connie,

I hope you had a wonderful thanksgiving!

Could you please wire $2,000 from Craig properties to Sydney's account?

Thank you!

Jesse R. Craig

Work. 701-232-1355
Fax. 701-232-1377

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

RRSB FCCU Subpoena 020087



Craig Properties, LLC
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

39015

**** TWO THOUSAND AND 00/100 DOLLARS

11/27/21

$2,000.00***

TO THE
ORDER OF

SYDNEY CRAIG
50 NORTH 4TH AVE
UNIT A07
MINNEAPOLIS, MN    55401

Business Account

Authorized Signature

⑈039015⑈ ⑆▆▆▆⑆ ▆▆▆▆4895▆⑈

RRSB FCCU Subpoena 014791

Print | Help | Close

Receipt

**For PER JESSE**
**DEPOSIT OF 675.00 SYDNEY CRAIG-2 REWARD CHECKING**
  TRANSFER FROM CP TO SYNDEY
**WITHDRAWAL 675.00 ▉4695-2 BUSINESS REWARDS**
  PREV BAL      21963.47 NEW BAL      21288.47
  TRANSFER FROM CP TO SYNDEY


12/29/2021 09:19:49

## Connie Olgaard

| | |
|---|---|
| **From:** | Jesse Craig <jcraig701@gmail.com> |
| **Sent:** | Sunday, December 26, 2021 4:01 PM |
| **To:** | Connie Olgaard |
| **Cc:** | Jesse Craig; Sydney Craig |
| **Subject:** | Wire transfer |

⚠ EXTERNAL MESSAGE – Think Before You Click ⚠

Connie,

Please transfer $675 to Sydney's checking from CP

Thank you!!

Jesse R. Craig

Work. 701-232-1355
Fax. 701-232-1377

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

RRSB FCCU Subpoena 020106

**Print | Help | Close**

Receipt

**For Per Jesse**

**XFER-WTH 1000.00 ▮4695-2 BUSINESS REWARDS**

PREV BAL    22963.47 NEW BAL    21963.47

TRANSFER FROM CP TO SYDNEY

**XFER-DEP 1000.00 SYDNEY CRAIG-2 REWARD CHECKING**

TRANSFER FROM CP TO SYDNEY

12/29/2021 08:10:57

**Connie Olgaard**

| | |
|---|---|
| **From:** | Jesse Craig <jcraig701@gmail.com> |
| **Sent:** | Monday, December 27, 2021 4:08 PM |
| **To:** | Connie Olgaard |
| **Cc:** | Jesse Craig; Sydney Craig |
| **Subject:** | Transfer |

⚠ EXTERNAL MESSAGE – Think Before You Click ⚠

Connie,

Please transfer another $1,000 from CP to Sydney's account.

Thank you!

Jesse R. Craig

Work. 701-232-1355
Fax. 701-232-1377

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

RRSB FCCU Subpoena 020108

Print | Help | Close

## Receipt

**For PER JESSE**
**DEPOSIT OF 3000.00 SYDNEY CRAIG-7 REWARD SAVINGS**
TRANSFER FROM CP TO SYDNEY FOR TUITION
**WITHDRAWAL 3000.00 ▊4695-2 BUSINESS REWARDS**
PREV BAL      99326.84 NEW BAL      96326.84
TRANSFER FROM CP TO SYDNEY FOR TUITION

01/05/2022 11:18:16

Print | Help | Close

## Receipt

**For PER JESSE**
**DEPOSIT OF 1500.00 SYDNEY CRAIG-2 REWARD CHECKING**
  TRANSFER FROM CP TO SYNDEY
**WITHDRAWAL 1500.00 ▮4695-2 BUSINESS REWARDS**
  PREV BAL      388901.06 NEW BAL      387401.06
  TRANSFER FROM CP TO SYNDEY

01/26/2022 10:06:31

## Connie Olgaard

| | |
|---|---|
| **From:** | Jesse Craig <jcraig@craigprop.com> |
| **Sent:** | Wednesday, January 26, 2022 8:49 AM |
| **To:** | Connie Olgaard; Sydney Craig |
| **Subject:** | transfer |

⚠ EXTERNAL MESSAGE – Think Before You Click ⚠

Connie,

please transfer $1500 from Craig Properties to Sydney's account please

Jesse Craig
Owner, Craig Properties LLC
Phone:701-232-1355
Fax:  701-232-1377
Website: www.craigcompanies.org

This email message is intended only for the named recipient(s) above and is covered by the Electronic
Communications Privacy Act 18 U.S.C.
Section 2510-2521. This email is confidential and may contain information that is privileged or exempt from
disclosure under applicable law. If you have received this message in error please immediately notify the sender
by return email and delete this email message from your computer.


The information transmitted in this email and any attachments is intended only for the personal and confidential
use of the intended recipients. This message may be or may contain privileged and confidential
communications. If you as the reader are not the intended recipient, you are hereby notified that you have
received this communication in error and that any retention, review, use, dissemination, distribution or copying
of this communication or the information contained is strictly prohibited. If you have received this
communication in error, please notify the sender immediately and delete the original message from your
system.

RRSB FCCU Subpoena 020135

Receipt

Case 25-30002    Doc 271-1    Filed 01/05/26    Entered 01/05/26 16:44:23    Page 1 of 1
Exhibits A-E    Page 111 of 199

Print | Help | Close

## Receipt

**For PER JESSE**

**XFER-WTH 12500.00 ▮4695-2 BUSINESS REWARDS**
PREV BAL      357940.74 NEW BAL      345440.74
TRANSFER PER JESSE TO SYDNEY

**XFER-DEP 12500.00 SYDNEY CRAIG-2 REWARD CHECKING**
TRANSFER PER JESSE TO SYDNEY

02/01/2022 13:00:35

RRSB FCCU Subpoena 020141
https://3400xpweb2/XPWeb/Financial/SuperQueryDetail.aspx?DetailType=Receipt&Activi...    2/1/2022

## Connie Olgaard

| | |
|---|---|
| **From:** | Jesse Craig <jcraig@craigprop.com> |
| **Sent:** | Tuesday, February 1, 2022 10:24 AM |
| **To:** | Connie Olgaard |
| **Cc:** | Sydney Craig |
| **Subject:** | transfer |

⚠ EXTERNAL MESSAGE – Think Before You Click ⚠

Connie,

please transfer $12,500 from Craig Properties to Sydneys account.

Thank you!


Jesse Craig
Owner, Craig Properties LLC
Phone:701-232-1355
Fax:  701-232-1377
Website: www.craigcompanies.org

This email message is intended only for the named recipient(s) above and is covered by the Electronic
Communications Privacy Act 18 U.S.C.
Section 2510-2521. This email is confidential and may contain information that is privileged or exempt from
disclosure under applicable law. If you have received this message in error please immediately notify the sender
by return email and delete this email message from your computer.


The information transmitted in this email and any attachments is intended only for the personal and confidential
use of the intended recipients. This message may be or may contain privileged and confidential
communications. If you as the reader are not the intended recipient, you are hereby notified that you have
received this communication in error and that any retention, review, use, dissemination, distribution or copying
of this communication or the information contained is strictly prohibited. If you have received this
communication in error, please notify the sender immediately and delete the original message from your
system.

RRSB FCCU Subpoena 020142

**Print | Help | Close**

## Receipt

**For PER JESSE**
**DEPOSIT OF 1200.00 SYDNEY CRAIG-2 REWARD CHECKING**
TRANSFER FROM CP TO SYDNEY
**WITHDRAWAL 1200.00 ■4695-2 BUSINESS REWARDS**
PREV BAL      319590.33 NEW BAL      318390.33
TRANSFER FROM CP TO SYDNEY

02/15/2022 09:48:27

## Connie Olgaard

| | |
|---|---|
| **From:** | Jesse Craig <jcraig@craigprop.com> |
| **Sent:** | Thursday, February 10, 2022 7:09 AM |
| **To:** | Connie Olgaard |
| **Cc:** | Sydney Craig |
| **Subject:** | transfer |

⚠ EXTERNAL MESSAGE – Think Before You Click ⚠

please transfer $1200 from Craig Properties to Sydneys checking.

Thank you!

Jesse Craig
Owner, Craig Properties LLC
Phone:701-232-1355
Fax:  701-232-1377
Website: www.craigcompanies.org

This email message is intended only for the named recipient(s) above and is covered by the Electronic Communications Privacy Act 18 U.S.C.
Section 2510-2521. This email is confidential and may contain information that is privileged or exempt from disclosure under applicable law. If you have received this message in error please immediately notify the sender by return email and delete this email message from your computer.


The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

RRSB FCCU Subpoena 020159

Print | Help | Close

## Receipt

**For JESSE R CRAIG**
**DEPOSIT OF 2000.00 SYDNEY CRAIG-2 REWARD CHECKING**
TRANSFER FROM CP TO SYDNEY
**WITHDRAWAL 2000.00 ▮4695-2 BUSINESS REWARDS**
PREV BAL        137317.15 NEW BAL        135317.15
TRANSFER FROM CP TO SYDNEY

02/18/2022 08:08:12

## Connie Olgaard

**From:** Jesse Craig <jcraig701@gmail.com>
**Sent:** Thursday, February 17, 2022 6:04 PM
**To:** Connie Olgaard
**Cc:** Sydney Craig
**Subject:** Transfer

⚠ EXTERNAL MESSAGE – Think Before You Click ⚠

Connie,

Please transfer $2,000 to Sydney's account

Thank you!

Jesse R. Craig

Work. 701-232-1355
Fax. 701-232-1377

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

RRSB FCCU Subpoena 020161

**Print | Help | Close**

## Receipt

**For PER JESSE**

**DEPOSIT OF 3500.00 SYDNEY CRAIG-2 REWARD CHECKING**

 TRANSFER FROM CP TO SYDNEY'S CHECKING

**WITHDRAWAL 3500.00 ▮4695-2 BUSINESS REWARDS**

 PREV BAL     222962.57 NEW BAL     219462.57

 TRANSFER FROM CP TO SYDNEY'S CHECKING

02/28/2022 09:55:35

RRSB FCCU Subpoena 020168

## Connie Olgaard

| | |
|---|---|
| **From:** | Jesse Craig <jcraig701@gmail.com> |
| **Sent:** | Monday, February 28, 2022 2:14 AM |
| **To:** | Connie Olgaard |
| **Cc:** | Sydney Craig; Jesse Craig |
| **Subject:** | Transfer |

⚠ EXTERNAL MESSAGE – Think Before You Click ⚠

Connie,

Could you please transfer $3500 from Craig properties to Sydney's account please?

Thank you!

Jesse R. Craig

Work. 701-232-1355
Fax. 701-232-1377

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

RRSB FCCU Subpoena 020169

# Exhibit D

# Table of Transfers to Jordan Horner f/k/a Jordan Craig

## Checks and Transaction Receipts from FCCU Craig Properties Acct. -4695

## Transfers to Jordan Horner (f/k/a Jordan Craig)

| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. |
|---|---|---|---|---|---|---|
| Jordan Craig | $521.00 | 11/24/2020 | Craig Properties | Check 37084 | FCCU Craig Properties | 4695 |
| Jordan Craig | $6,509.00 | 12/2/2020 | Craig Properties | Check 37106 | FCCU Craig Properties | 4695 |
| Jordan Craig | $6,254.00 | 2/2/2021 | Craig Properties | Check 37422 | FCCU Craig Properties | 4695 |
| Jordan Craig | $709.00 | 3/3/2021 | Craig Properties | Check 37634 | FCCU Craig Properties | 4695 |
| Jordan Craig | $6,163.00 | 4/1/2021 | Craig Properties | Check 37757 | FCCU Craig Properties | 4695 |
| Jordan Craig | $8,749.00 | 5/4/2021 | Craig Properties | Check 37966 | FCCU Craig Properties | 4695 |
| Jordan Craig | $2,050.00 | 8/16/2021 | Craig Properties | Check 38504 | FCCU Craig Properties | 4695 |
| Jordan Craig | $10,606.00 | 8/31/2021 | Craig Properties | Check 38622 | FCCU Craig Properties | 4695 |
| Jordan Craig | $10,000.00 | 11/2/2021 | Craig Properties | Check 38944 | FCCU Craig Properties | 4695 |
| Jordan Horner | $2,000.00 | 2/18/2022 | Craig Properties | Check 39527 | FCCU Craig Properties | 4695 |
| Jordan Horner | $1,400.00 | 2/18/2022 | Craig Properties | Cash Withdrawal | FCCU Craig Properties | 4695 |

| Total Transfers | $54,961.00 |
|---|---|

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

37084

**** FIVE HUNDRED TWENTY ONE AND 00/100 DOLLARS

TO THE
ORDER OF

11/23/20          $521.00*****

JORDAN CRAIG

Business Account

Authorized Signature

⑈037084⑈  ⑆            ⑈:            4695⑈⑆

RRSB FCCU Subpoena 010811

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37106

77-7869/2913

**** SIX THOUSAND FIVE HUNDRED NINE AND 00/100 DOLLARS

12/01/20        $6,509.00***

TO THE
ORDER OF
JORDAN CRAIG

Business Account

Authorized Signature

⑈037106⑈ ⑆        ⑆        4695⑈

RRSB FCCU Subpoena 010851

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37422

77-7869/2913

\*\*\*\* SIX THOUSAND TWO HUNDRED FIFTY FOUR AND 00/100 DOLLARS

02/01/21          $6,254.00\*\*\*

TO THE
ORDER OF

JORDAN CRAIG

Business Account

Authorized Signature

⑈037422⑈ ⑆▮▮▮▮▮▮⑆ ▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 011441

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37634

77-7869/2913

\*\*\*\* SEVEN HUNDRED NINE AND 00/100 DOLLARS

TO THE
ORDER OF

JORDAN CRAIG

03/02/21        $709.00\*\*\*\*\*

Business Account

_____

Authorized Signature

⑈037634⑈  ⑆▌▌▌▌▌▌▌⑆  ▌▌▌▌▌4695⑈

RRSB FCCU Subpoena 011695

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37757

77-7869/2913

\*\*\*\* SIX THOUSAND ONE HUNDRED SIXTY THREE AND 00/100 DOLLARS

04/01/21        $6,163.00\*\*\*

TO THE
ORDER OF
    JORDAN CRAIG

Business Account

Authorized Signature

⑈037757⑈  ⑆          ⑆          ⑆.695⑈

RRSB FCCU Subpoena 012063



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37966

77-7869/2913

**** EIGHT THOUSAND SEVEN HUNDRED FORTY NINE AND 00/100 DOLLARS

05/03/21          $8,749.00***

TO THE
ORDER OF    JORDAN CRAIG

Business Account

Authorized Signature

⑈037966⑈ ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 012373

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38504

77-7869/2913

\*\*\*\* TWO THOUSAND FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF

08/16/21        | $2,050.00\*\*\*

JORDAN CRAIG

Business Account

Authorized Signature

⑈038504⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 013385

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**38622**

77-7869/2913

\*\*\*\* TEN THOUSAND SIX HUNDRED SIX AND 00/100 DOLLARS

TO THE
ORDER OF

08/30/21          $10,606.00\*\*

JORDAN CRAIG

Business Account

Authorized Signature

⑆038622⑈ ⑈ [redacted] ⑆ [redacted] 4695⑈

RRSB FCCU Subpoena 013483

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**38944**

77-7869/2913

\*\*\*\* TEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

JORDAN CRAIG

11/01/21          $10,000.00\*\*

Business Account

Authorized Signature

⑈038944⑈  ⑆⬛⬛⬛⬛⬛⑆  ⬛⬛⬛⬛4695⑈

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

39527

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

\*\*\*\* TWO THOUSAND AND 00/100 DOLLARS

02/18/22        $2,000.00\*\*\*

TO THE
ORDER OF

JORDAN HORNER
954 29th Ave W
West Fargo, ND    58078

Business Account

_____
Authorized Signature

⑈039527⑈  ⑆[REDACTED]⑆  [REDACTED]4695⑈

RRSB FCCU Subpoena 015331


```
FP TRANSACTION  02-18-22  10:01:38  MEMBER ▪4695CR                    1 1718
                FOR CRAIG PROPERTIES LLC  AS JORDAN A HORNER
WITHDRAWAL          1400.00 ▪4695-2              BUSINESS REWARDS
   PREV BAL      137614.83 NEW BAL      136214.83
DISBURSED          1400.00 IN CASH
 BILLS: 100s: 1400.00
```

# Exhibit E

# Table of Transfers to Other Craig Entities

## Checks from FCCU Craig Properties Acct. -4695

## Transfers to Other Craig Entities

| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. |
|---|---|---|---|---|---|---|
| 220 West LLC | $4,500.00 | 11/3/2020 | Craig Properties | Check 36907 | FCCU Craig Properties | 4695 |
| Craig Enclave OG | $25,000.00 | 11/24/2020 | Craig Properties | Check 36942 | FCCU Craig Properties | 4695 |
| CP Business Management | $3,500.00 | 11/25/2020 | Craig Properties | Check 37070 | FCCU Craig Properties | 4695 |
| CP Business Management | $6,000.00 | 11/25/2020 | Craig Properties | Check 36935 | FCCU Craig Properties | 4695 |
| 220 West LLC | $4,500.00 | 12/10/2020 | Craig Properties | Check 36940 | FCCU Craig Properties | 4695 |
| CP Business Management | $482.82 | 12/14/2020 | Craig Properties | Check 37208 | FCCU Craig Properties | 4695 |
| CP Business Management | $25,000.00 | 12/14/2020 | Craig Properties | Check 37213 | FCCU Craig Properties | 4695 |
| 220 West LLC | $4,500.00 | 12/29/2020 | Craig Properties | Check 37245 | FCCU Craig Properties | 4695 |
| 220 West LLC | $500.00 | 1/7/2021 | Craig Properties | Check 37345 | FCCU Craig Properties | 4695 |
| 220 West LLC | $500.00 | 1/8/2021 | Craig Properties | Check 37352 | FCCU Craig Properties | 4695 |
| Craig Enclave OG | $40,000.00 | 1/21/2021 | Craig Properties | Check 37363 | FCCU Craig Properties | 4695 |
| 220 West LLC | $500.00 | 1/22/2021 | Craig Properties | Check 37392 | FCCU Craig Properties | 4695 |
| 220 West LLC | $3,000.00 | 1/22/2021 | Craig Properties | Check 37367 | FCCU Craig Properties | 4695 |
| CP Business Management | $40,000.00 | 1/26/2021 | Craig Properties | Check 37395 | FCCU Craig Properties | 4695 |
| 220 West LLC | $500.00 | 1/29/2021 | Craig Properties | Check 37406 | FCCU Craig Properties | 4695 |
| 220 West LLC | $1,000.00 | 2/18/2021 | Craig Properties | Check 37536 | FCCU Craig Properties | 4695 |
| 220 West LLC | $3,000.00 | 3/3/2021 | Craig Properties | Check 37551 | FCCU Craig Properties | 4695 |
| 220 West LLC | $690.00 | 3/11/2021 | Craig Properties | Check 37649 | FCCU Craig Properties | 4695 |
| 220 West LLC | $500.00 | 3/11/2021 | Craig Properties | Check 37658 | FCCU Craig Properties | 4695 |
| 220 West LLC | $500.00 | 3/17/2021 | Craig Properties | Check 37667 | FCCU Craig Properties | 4695 |
| 220 West LLC | $3,000.00 | 3/19/2021 | Craig Properties | Check 37560 | FCCU Craig Properties | 4695 |
| 220 West LLC | $250.00 | 3/23/2021 | Craig Properties | Check 37718 | FCCU Craig Properties | 4695 |
| CP Business Management | $20,000.00 | 3/29/2021 | Craig Properties | Check 37214 | FCCU Craig Properties | 4695 |
| CP Business Management | $30,000.00 | 3/29/2021 | Craig Properties | Check 37670 | FCCU Craig Properties | 4695 |
| 220 West LLC | $760.00 | 4/13/2021 | Craig Properties | Check 37840 | FCCU Craig Properties | 4695 |
| 220 West LLC | $3,000.00 | 4/14/2021 | Craig Properties | Check 37847 | FCCU Craig Properties | 4695 |
| 220 West LLC | $745.00 | 5/12/2021 | Craig Properties | Check 37993 | FCCU Craig Properties | 4695 |
| 220 West LLC | $3,000.00 | 5/12/2021 | Craig Properties | Check 37994 | FCCU Craig Properties | 4695 |
| Craig Enclave OG | $50,000.00 | 6/9/2021 | Craig Properties | Check 38099 | FCCU Craig Properties | 4695 |
| Craig Enclave OG | $50,000.00 | 6/9/2021 | Craig Properties | Check 38113 | FCCU Craig Properties | 4695 |
| 220 West LLC | $1,069.00 | 6/14/2021 | Craig Properties | Check 38143 | FCCU Craig Properties | 4695 |
| 220 West LLC | $4,500.00 | 6/28/2021 | Craig Properties | Check 38216 | FCCU Craig Properties | 4695 |
| 220 West LLC | $825.00 | 7/23/2021 | Craig Properties | Check 38353 | FCCU Craig Properties | 4695 |
| 220 West LLC | $4,500.00 | 7/23/2021 | Craig Properties | Check 38352 | FCCU Craig Properties | 4695 |
| 220 West LLC | $500.00 | 8/3/2021 | Craig Properties | Check 38400 | FCCU Craig Properties | 4695 |
| 220 West LLC | $107.71 | 8/6/2021 | Craig Properties | Check 38485 | FCCU Craig Properties | 4695 |
| CP Business Management | $40,000.00 | 8/9/2021 | Craig Properties | Check 38171 | FCCU Craig Properties | 4695 |
| The Lofts LLC | $14,354.62 | 8/26/2021 | Craig Properties | Check 38296 | FCCU Craig Properties | 4695 |
| 220 West LLC | $4,500.00 | 9/1/2021 | Craig Properties | Check 38553 | FCCU Craig Properties | 4695 |
| Craig Enclave OG | $7,500.00 | 9/16/2021 | Craig Properties | Check 38640 | FCCU Craig Properties | 4695 |
| 220 West LLC | $4,500.00 | 10/1/2021 | Craig Properties | Check 38698 | FCCU Craig Properties | 4695 |
| 220 West LLC | $922.29 | 10/12/2021 | Craig Properties | Check 38792 | FCCU Craig Properties | 4695 |
| Craig Enclave OG | $100,000.00 | 11/2/2021 | Craig Properties | Check 38794 | FCCU Craig Properties | 4695 |
| 220 West LLC | $4,500.00 | 11/2/2021 | Craig Properties | Check 38851 | FCCU Craig Properties | 4695 |
| CP Business Management | $2,126.10 | 11/5/2021 | Craig Properties | Check 38854 | FCCU Craig Properties | 4695 |
| CP Business Management | $7,800.00 | 11/5/2021 | Craig Properties | Check 38782 | FCCU Craig Properties | 4695 |
| The Lofts LLC | $2,127.00 | 11/5/2021 | Craig Properties | Check 38906 | FCCU Craig Properties | 4695 |
| 220 West LLC | $4,500.00 | 12/1/2021 | Craig Properties | Check 39016 | FCCU Craig Properties | 4695 |
| 220 West LLC | $850.00 | 12/3/2021 | Craig Properties | Check 39062 | FCCU Craig Properties | 4695 |
| 220 West LLC | $1,148.70 | 12/9/2021 | Craig Properties | Check 39153 | FCCU Craig Properties | 4695 |
| 220 West LLC | $750.00 | 12/9/2021 | Craig Properties | Check 39141 | FCCU Craig Properties | 4695 |
| 220 West LLC | $751.00 | 12/13/2021 | Craig Properties | Check 39154 | FCCU Craig Properties | 4695 |
| The Lofts LLC | $2,127.00 | 12/22/2021 | Craig Properties | Check 39087 | FCCU Craig Properties | 4695 |
| CP Business Management | $30,000.00 | 12/22/2021 | Craig Properties | Check 39162 | FCCU Craig Properties | 4695 |
| The Lofts LLC | $2,127.00 | 1/11/2022 | Craig Properties | Check 39242 | FCCU Craig Properties | 4695 |
| CP Business Management | $20,000.00 | 1/11/2022 | Craig Properties | Check 39187 | FCCU Craig Properties | 4695 |

| 220 West LLC | $760.00 | 1/18/2022 | Craig Properties | Check 39320 | FCCU Craig Properties | 4695 |
| 220 West LLC | $3,500.00 | 1/18/2022 | Craig Properties | Check 39183 | FCCU Craig Properties | 4695 |
| CP Business Management | $10,000.00 | 1/24/2022 | Craig Properties | Check 39338 | FCCU Craig Properties | 4695 |
| 220 West LLC | $355.00 | 1/26/2022 | Craig Properties | Check 39346 | FCCU Craig Properties | 4695 |
| 220 West LLC | $169.56 | 2/9/2022 | Craig Properties | Check 39484 | FCCU Craig Properties | 4695 |
| CP Business Management | $1,323.97 | 2/10/2022 | Craig Properties | Check 39426 | FCCU Craig Properties | 4695 |
| The Lofts LLC | $2,127.00 | 2/10/2022 | Craig Properties | Check 39388 | FCCU Craig Properties | 4695 |
| 220 West LLC | $910.00 | 2/15/2022 | Craig Properties | Check 39517 | FCCU Craig Properties | 4695 |
| CP Business Management | $10,000.00 | 2/18/2022 | Craig Properties | Check 39515 | FCCU Craig Properties | 4695 |

**Total Transfers:** $616,158.77

| Transfers by Entity: | |
| --- | --- |
| CP Business Management | $246,232.89 |
| 220 West, LLC | $74,563.26 |
| The Lofts, LLC | $22,862.62 |
| Craig Enclave OG, LLC | $272,500.00 |

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

36907

77-7869/2913

\*\*\*\* FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

10/15/20          $4,500.00\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈036907⑈  ⑈⬛⬛⬛⬛⬛⑈  ⬛⬛⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 010583

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**36942**

77-7869/2913

**** TWENTY FIVE THOUSAND AND 00/100 DOLLARS

10/29/20                    $25,000.00**

TO THE
ORDER OF

CRAIG ENCLAVE OG

Business Account

Authorized Signature

⑈036942⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 010785

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37070

77-7869/2913

**** THREE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

11/17/20          $3,500.00***

TO THE
ORDER OF

CP BUSINESS MGT

Business Account

Authorized Signature

10- Reimburse 1110

⑈037070⑈  ⦂███████⦂  ████4695█⑈

RRSB FCCU Subpoena 010815

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

36935

77-7869/2913

**** SIX THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

CP BUSINESS MGT

10/27/20          $6,000.00***

Business Account

Authorized Signature

ⅼ0 - Rembrse 1110

⑆036935⑆  ⑈                ⑆                4695⑈

RRSB FCCU Subpoena 010817

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36940

77-7869/2913

\*\*\*\* FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

10/27/20          $4,500.00\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑆036940⑈   ⑈ ▉ ⑆   ▉ 4695⑈⑈

RRSB FCCU Subpoena 010931

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37208

77-7869/2913

\*\*\*\* FOUR HUNDRED EIGHTY TWO AND 82/100 DOLLARS

12/08/20          $482.82\*\*\*\*\*

TO THE
ORDER OF

CP BUSINESS MGT

Business Account

Authorized Signature

⑈037208⑈  ⑆ ⑆  4695⑈

RRSB FCCU Subpoena 010981



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37213

77-7869/2913

**** TWENTY FIVE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

12/09/20          $25,000.00**

CP BUSINESS MGT

Business Account

Authorized Signature

⑈037213⑈ ⑆⬛⬛⬛⬛⑆ ⬛⬛⬛4695⑈

RRSB FCCU Subpoena 010983



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37245

77-7869/2913

\*\*\*\*  FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

12/23/20          $4,500.00\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈037245⑈  ⑆▉▉▉▉⑆  ▉▉▉▉4695▉⑈

RRSB FCCU Subpoena 011129



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37345

77-7869/2913

**** FIVE HUNDRED AND 00/100 DOLLARS

01/06/21      $500.00*****

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑆037345⑆ ⑈ ▮▮▮▮▮▮ ⑈ ▮▮▮▮▮▮4695▮⑆

RRSB FCCU Subpoena 011201

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37352

77-7869/2913

\*\*\*\* FIVE HUNDRED AND 00/100 DOLLARS

01/07/21        $500.00\*\*\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑆037352⑆ ⑈                 ⑈                 4695⑆

RRSB FCCU Subpoena 011219



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37363

77-7869/2913

**** FORTY THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

CRAIG ENCLAVE OG

01/13/21          $40,000.00**

Business Account

Authorized Signature

⑈037363⑈  ⑆                    ⑆                    4695⑈

RRSB FCCU Subpoena 011301



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37392

77-7869/2913

**** FIVE HUNDRED AND 00/100 DOLLARS

01/20/21         $500.00*****

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

SECURITY FEATURES INCLUDED  DETAILS ON BACK

⑈⑈037392⑈⑈ ⑈⑈ ▮▮▮▮▮▮ ⑈⑈ ▮▮▮▮▮4695▮⑈⑈

RRSB FCCU Subpoena 011343



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37367

77-7869/2913

\*\*\*\* THREE THOUSAND AND 00/100 DOLLARS

01/14/21          $3,000.00\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈037367⑈ ⑆                  ⑆                    4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37395

77-7869/2913

**** FORTY THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

01/21/21          $40,000.00**

CP BUSINESS MGT

Business Account

Authorized Signature

⑈037395⑈ ⑆⬛⬛⬛⬛⑆ ⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 011387



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37406

77-7869/2913

**** FIVE HUNDRED AND 00/100 DOLLARS

01/27/21          $500.00*****

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈037406⑈ ⑆▮▮▮▮▮⑆ ▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 011433



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37536

77-7869/2913

**** ONE THOUSAND AND 00/100 DOLLARS

02/17/21          $1,000.00***

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈037536⑈ ⑆  ▮:  ⑆  4695▮⑈

RRSB FCCU Subpoena 011619

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37551

77-7869/2913

\*\*\*\* THREE THOUSAND AND 00/100 DOLLARS

02/01/21          $3,000.00\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈0 37551⑈  ⑆                    ⑆                4695⑈

RRSB FCCU Subpoena 011699

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37649

77-7869/2913

\*\*\*\* SIX HUNDRED NINETY AND 00/100 DOLLARS

03/08/21          $690.00\*\*\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈037649⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮▮⑈695⑈

RRSB FCCU Subpoena 011775



**Craig Properties, LLC**
PO Box 426
Fargo. ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37658

77-7869/2913

**** FIVE HUNDRED AND 00/100 DOLLARS

03/09/21        $500.00*****

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

�串037658⑂ ⑈▮▮▮▮⑈ ▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 011777



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37667

77-7869/2913

**** FIVE HUNDRED AND 00/100 DOLLARS

03/15/21          $500.00*****

TO THE
ORDER OF
220 WEST LLC

Business Account

Authorized Signature

⑈037667⑈ ⑆ ⑆ 695⑈

RRSB FCCU Subpoena 011847



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37560

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

03/02/21          $3,000.00***

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈037560⑈ ⑆ ▮▮▮▮▮ ⑆ ▮▮▮▮▮ 4695 ▮

RRSB FCCU Subpoena 011919



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37718

77-7869/2913

\*\*\*\* TWO HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF

220 WEST LLC

03/18/21

$250.00\*\*\*\*\*

Business Account

Authorized Signature

⑈⑆037718⑈⑆   ⑆█████████⑆   ███████4695⑈⑆

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37214

77-7869/2913

\*\*\*\* TWENTY THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

CP BUSINESS MGT

12/09/20        $20,000.00\*\*

Business Account

Authorized Signature

⑈037214⑈ ⑆_____⑆ _____⑈695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

RRSB FCCU Subpoena 012029



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

37670

\*\*\*\* THIRTY THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

CP BUSINESS MGT

03/15/21          $30,000.00\*\*

Business Account

Authorized Signature

⑆037670⑈  ⑆⬛⬛⬛⬛⑆   ⬛⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 012031



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37840

77-7869/2913

**** SEVEN HUNDRED SIXTY AND 00/100 DOLLARS

TO THE
ORDER OF

04/09/21        $760.00*****

220 WEST LLC

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

⑈037840⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 012235



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37847

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

04/12/21          $3,000.00***

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈03784711⑈  ⑆▆▆▆▆▆⑆  ▆▆▆▆▆4695⑈

RRSB FCCU Subpoena 012251



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 56103

37993

77-7869/2913

\*\*\*\* SEVEN HUNDRED FORTY FIVE AND 00/100 DOLLARS

05/11/21          $745.00\*\*\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈037993⑈ ⑆ ⑆ 4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37994

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

220 WEST LLC

05/11/21            $3,000.00***

Business Account

Authorized Signature

⑈037994⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 012513



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38099

77-7869/2913

**** FIFTY THOUSAND AND 00/100 DOLLARS

05/27/21                    $50,000.00**

TO THE
ORDER OF

CRAIG ENCLAVE OG

Business Account

Authorized Signature

⑈038099⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 012735



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38113

77-7869/2913

**** FIFTY THOUSAND AND 00/100 DOLLARS

06/07/21          $50,000.00**

TO THE
ORDER OF

CRAIG ENCLAVE OG

Business Account

Authorized Signature

⑆038113⑆ ⑈⬛⬛⬛⬛⑈ ⬛⬛⬛⬛4695⬛⑉

RRSB FCCU Subpoena 012737



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38143

77-7869/2913

**** ONE THOUSAND SIXTY NINE AND 00/100 DOLLARS

06/10/21          $1,069.00***

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈038143⑈ ⑆ ⑆ 4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38216

77-7869/2913

**** FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

06/23/21         $4,500.00***

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈038216⑈ ⑆ ▇▇▇▇ ⑆ ▇▇▇ 4695 ⑈

RRSB FCCU Subpoena 012899



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38353

77-7869/2913

\*\*\*\* EIGHT HUNDRED TWENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

07/21/21        $825.00\*\*\*\*\*

220 WEST LLC

Business Account

_____
Authorized Signature

⑆038353⑈ ⑆ ⑆ 4695 ⑈

RRSB FCCU Subpoena 013195



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38352

77-7869/2913

**** FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

07/21/21        $4,500.00***

220 WEST LLC

Business Account

Authorized Signature

⑆038352⑆  ⑈⬛⬛⬛⬛⑈  ⬛⬛⬛⬛4695⬛⑆

RRSB FCCU Subpoena 013197

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38400

77-7869/2913

\*\*\*\* FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

07/30/21        $500.00\*\*\*\*\*

220 WEST LLC

Business Account

Authorized Signature

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈038400⑈ ⑆▉▉▉▉⑆ ▉▉▉▉4695⑈

RRSB FCCU Subpoena 013241



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38485

77-7869/2913

**** ONE HUNDRED SEVEN AND 71/100 DOLLARS

TO THE
ORDER OF

08/04/21          $107.71*****

220 WEST LLC

Business Account

Authorized Signature

⑆038485⑈ ⑆ ⑆ 4695 ⑈

RRSB FCCU Subpoena 013293

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38171

77-7869/2913

\*\*\*\* FORTY THOUSAND AND 00/100 DOLLARS

06/18/21          $40,000.00\*\*

TO THE
ORDER OF

CP BUSINESS MGT

Business Account

Authorized Signature

⑈038171⑈  ⑆                ⑆              4695⑈

RRSB FCCU Subpoena 013305

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38296

77-7869/2913

\*\*\*\* FOURTEEN THOUSAND THREE HUNDRED FIFTY FOUR AND 62/100 DOLLARS

06/30/21          $14,354.62\*\*

TO THE
ORDER OF

THE LOFTS LLC
10 N BROADWAY
WATERTOWN, SD    57201

Business Account

Authorized Signature

Reimburse Fees for closing

⑈038296⑈  ⑆ ▮▮▮▮▮▮ ⑆  ▮▮▮▮▮▮ 4695▮⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38553

77-7869/2913

**** FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

08/23/21          $4,500.00***

TO THE
ORDER OF

220 WEST LLC

Business Account

_____
Authorized Signature

⑈038553⑈ ⑆   ⑆   4695⑈

RRSB FCCU Subpoena 013519



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38640

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

09/13/21          $7,500.00***

TO THE
ORDER OF

CRAIG ENCLAVE OG

Business Account

Authorized Signature

⑆038640⑆ ⑈            ⑈            4695⑆

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

RRSB FCCU Subpoena 013683



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38698

77-7869/2913

\*\*\*\* FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

09/27/21          $4,500.00\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

_____
Authorized Signature

⑈038698⑈  ⑆ ▮▮▮▮ ⑆  ▮▮▮▮4695⑈

RRSB FCCU Subpoena 013881

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38792

77-7869/2913

**** NINE HUNDRED TWENTY TWO AND 29/100 DOLLARS

TO THE
ORDER OF

10/07/21          $922.29*****

220 WEST LLC

Business Account

Authorized Signature

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈038792⑈  ⑆          ⑆:          4695⑈⑈

RRSB FCCU Subpoena 013955



TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38794

77-7869/2913

**** ONE HUNDRED THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

CRAIG ENCLAVE, OG

10/08/21          $100,000.00*

Business Account

Authorized Signature

⑈038794⑈ ⑆            ⑆            4695⑈

RRSB FCCU Subpoena 014167

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38851

77-7869/2913

\*\*\*\* FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

10/21/21 $4,500.00\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑆038851⑈ ⑆ ⑇ 4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38854

77-7869/2913

\*\*\*\* TWO THOUSAND ONE HUNDRED TWENTY SIX AND 10/100 DOLLARS

10/22/21          $2,126.10\*\*\*

TO THE
ORDER OF

CP BUSINESS MGT

Business Account

Authorized Signature

Menards Lumbwe Joachims

�串038854⑾ ⑈▮▮▮▮▮▮⑈ ▮▮▮▮▮4695▮⑾

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38782

77-7869/2913

\*\*\*\* SEVEN THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS

10/01/21          $7,800.00\*\*\*

TO THE
ORDER OF

CP BUSINESS MGT

Business Account

Authorized Signature

NC-Reimburse

⑈038782⑈  ⑆ ⑆     4695⑈

RRSB FCCU Subpoena 014229

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38906

77-7869/2913

\*\*\*\* TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS

11/01/21          $2,127.00\*\*\*

TO THE
ORDER OF

THE LOFTS LLC
10 N BROADWAY
WATERTOWN, SD    57201

Business Account

Authorized Signature

Suite 103-office

⑈038906⑈ ⑆■■■■■⑆ ■■■4695■⑈

RRSB FCCU Subpoena 014231

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

39016

\*\*\*\* FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

11/29/21          $4,500.00\*\*\*

220 WEST LLC

Business Account

Authorized Signature

⑈039016⑈  ⑆             ⑆          4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

39062

\*\*\*\* EIGHT HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF                    220 WEST LLC

11/17/21          $850.00\*\*\*\*\*

Business Account

Authorized Signature

⑈039062⑈  ⑈:███████⑈:  ██████4695█⑈

RRSB FCCU Subpoena 014507



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39153

77-7869/2913

\*\*\*\* ONE THOUSAND ONE HUNDRED FORTY EIGHT AND 70/100 DOLLARS

TO THE
ORDER OF

220 WEST LLC

12/07/21        $1,148.70\*\*\*

Business Account

Authorized Signature

⑈039153⑈  ⑆■■■■■⑆  ■■■■4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39141

77-7869/2913

\*\*\*\* SEVEN HUNDRED FIFTY AND 00/100 DOLLARS

12/07/21          $750.00\*\*\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈039141⑈ ⑆▮▮▮▮▮⑆ ▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 014545



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39154

77-7869/2913

**** SEVEN HUNDRED FIFTY ONE AND 00/100 DOLLARS

TO THE
ORDER OF

220 WEST LLC

12/07/21        $751.00*****

Business Account

Authorized Signature

⑈039154⑈  ⑆⬛⬛⬛⬛⬛⑆  ⬛⬛⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 014603



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39087

77-7869/2913

**** TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS

12/01/21          $2,127.00***

TO THE
ORDER OF

The Lofts
PO Box 426
FARGO, ND   58107

Business Account

_____
Authorized Signature

⑆039087⑈  ⑆ ▉▉▉▉▉▉ ⑆  ▉▉▉▉ 4695▉⑈

RRSB FCCU Subpoena 014761



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39162

77-7869/2913

**** THIRTY THOUSAND AND 00/100 DOLLARS

12/09/21          $30,000.00**

TO THE
ORDER OF

CP BUSINESS MGT

Business Account

Authorized Signature

⑈039162⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 014763

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39242

77-7869/2913

**** TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS

TO THE
ORDER OF

12/30/21          $2,127.00***

The Lofts
PO Box 426
FARGO, ND   58107

Business Account

Authorized Signature

⑈⑈039242⑈⑈  ⑇:▮▮▮▮▮▮▮▮:  ▮▮▮▮▮▮4695▮⑈⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39187

77-7869/2913

**** TWENTY THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

12/21/21          $20,000.00**

CP BUSINESS MGT

Business Account

Authorized Signature

⑈039187⑈  ⑆          ⑆           4695⑈

RRSB FCCU Subpoena 014943



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39320

77-7869/2913

**** SEVEN HUNDRED SIXTY AND 00/100 DOLLARS

01/13/22          $760.00*****

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈039320⑈ ⑆▮▮▮▮▮⑆ ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 015027

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39183

77-7869/2913

**\*\*\*\*  THREE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS**

TO THE
ORDER OF

12/20/21                $3,500.00\*\*\*

220 WEST LLC

Business Account

Authorized Signature

⑈039183⑈  ⑆ ▇▇▇▇ ⑆  ▇▇▇▇ 4695 ⑈

RRSB FCCU Subpoena 015029



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39338

77-7869/2913

**** TEN THOUSAND AND 00/100 DOLLARS

01/19/22          $10,000.00**

TO THE
ORDER OF      CP BUSINESS MGT

Business Account

Authorized Signature

⑈039338⑈  ⑆ ▮▮▮▮▮ ⑆  ▮▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 015043



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39346

77-7869/2913

\*\*\*\* THREE HUNDRED FIFTY FIVE AND 00/100 DOLLARS

01/24/22          $355.00\*\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈039346⑈  ⑆▮▮▮▮▮▮▮▮⑆  ▮▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 015059



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39484

77-7869/2913

\*\*\*\* ONE HUNDRED SIXTY NINE AND 56/100 DOLLARS

TO THE
ORDER OF

02/08/22          $169.56\*\*\*\*\*

220 WEST LLC

Business Account

Authorized Signature

⑈039484⑈  ⑆ ▮▮▮▮▮▮ ⑆  ▮▮▮▮4695▮ ⑈

RRSB FCCU Subpoena 015213

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39426

77-7869/2913

**** ONE THOUSAND THREE HUNDRED TWENTY THREE AND 97/100 DOLLARS

TO THE
ORDER OF

01/28/22        $1,323.97***

CP BUSINESS MGT

Business Account

Authorized Signature

Menards

⑈039426⑈  ⑆▮▮▮▮▮▮⑆  ▮▮▮▮▮4695⑈

RRSB FCCU Subpoena 015215

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39388

77-7869/2913

\*\*\*\* TWO THOUSAND ONE HUNDRED TWENTY SEVEN AND 00/100 DOLLARS

TO THE
ORDER OF

01/27/22        $2,127.00\*\*\*

The Lofts
PO Box 426
FARGO, ND   58107

Business Account

Authorized Signature

Suite 103

⑈039388⑈  ⑆▉⑆  ▉4695⑈

RRSB FCCU Subpoena 015217



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39517

77-7869/2913

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

\*\*\*\* NINE HUNDRED TEN AND 00/100 DOLLARS

02/14/22        $910.00\*\*\*\*\*

TO THE
ORDER OF

220 WEST LLC

Business Account

Authorized Signature

⑈039517⑈ ⑆ ▮▮▮▮▮▮ ⑆ ▮▮▮▮ 4695 ▮⑈

RRSB FCCU Subpoena 015299

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39515

77-7869/2913

**** TEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

02/14/22          $10,000.00**

CP BUSINESS MGT

Business Account

Authorized Signature

⑈039515⑈ ⑆            ⑆           4695⑈

RRSB FCCU Subpoena 015337