# <u>Exhibit F</u>

# <u>Table of Transfers to Unrelated Financial Institutions</u>

## Checks from FCCU Craig Properties Acct. -4695

## Transfers to Financial Institutions Unrelated to Parkside/Generations

| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. |
|---|---|---|---|---|---|---|
| Town and Country Credit Union | $2,451.50 | 11/3/2020 | Craig Properties | Check 36836 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,840.45 | 11/3/2020 | Craig Properties | Check 36842 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 11/3/2020 | Craig Properties | Check 36717 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 11/3/2020 | Craig Properties | Check 36837 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,560.33 | 11/3/2020 | Craig Properties | Check 36874 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $11,811.48 | 11/3/2020 | Craig Properties | Check 36919 | FCCU Craig Properties | 4695 |
| Alerus Financial | $6,218.76 | 11/3/2020 | Craig Properties | Check 36916 | FCCU Craig Properties | 4695 |
| Alerus Financial | $1,500.00 | 11/9/2020 | Craig Properties | Check 37016 | FCCU Craig Properties | 4695 |
| First Community Credit Union | $10,607.11 | 11/20/2020 | Craig Properties | Check 36840 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,560.33 | 11/20/2020 | Craig Properties | Check 37043 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $14,531.26 | 11/20/2020 | Craig Properties | Check 37052 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $3,500.00 | 11/20/2020 | Craig Properties | Check 37074 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 11/23/2020 | Craig Properties | Check 36964 | FCCU Craig Properties | 4695 |
| Great Western Bank | $21,860.59 | 11/24/2020 | Craig Properties | Check 37018 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,497.89 | 11/24/2020 | Craig Properties | Check 37036 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 11/24/2020 | Craig Properties | Check 37025 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,840.45 | 11/24/2020 | Craig Properties | Check 37023 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $10,166.91 | 11/25/2020 | Craig Properties | Check 36995 | FCCU Craig Properties | 4695 |
| Town and Country Credit Union | $2,451.50 | 12/2/2020 | Craig Properties | Check 37022 | FCCU Craig Properties | 4695 |
| Great Western Bank | $13,788.34 | 12/3/2020 | Craig Properties | Check 37102 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $11,811.48 | 12/9/2020 | Craig Properties | Check 37072 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,560.33 | 12/9/2020 | Craig Properties | Check 37196 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $5,047.81 | 12/9/2020 | Craig Properties | Check 37204 | FCCU Craig Properties | 4695 |
| Starion Financial | $4,650.31 | 12/10/2020 | Craig Properties | Check 37062 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,497.89 | 12/10/2020 | Craig Properties | Check 37168 | FCCU Craig Properties | 4695 |
| Great Western Bank | $21,860.59 | 12/10/2020 | Craig Properties | Check 37175 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 12/10/2020 | Craig Properties | Check 37111 | FCCU Craig Properties | 4695 |
| Alerus Financial | $1,500.00 | 12/10/2020 | Craig Properties | Check 37128 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,840.45 | 12/11/2020 | Craig Properties | Check 37174 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $10,116.91 | 12/15/2020 | Craig Properties | Check 37151 | FCCU Craig Properties | 4695 |
| Great Western Bank | $7,000.00 | 12/23/2020 | Craig Properties | Check 37237 | FCCU Craig Properties | 4695 |
| Great Western Bank | $6,000.00 | 12/23/2020 | Craig Properties | Check 37236 | FCCU Craig Properties | 4695 |
| First Community Credit Union | $10,622.11 | 12/28/2020 | Craig Properties | Check 37171 | FCCU Craig Properties | 4695 |
| Starion Financial | $4,650.31 | 12/29/2020 | Craig Properties | Check 37207 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $200,000.00 | 12/29/2020 | Craig Properties | Check 37098 | FCCU Craig Properties | 4695 |
| Town and Country Credit Union | $2,451.50 | 12/30/2020 | Craig Properties | Check 37169 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 12/30/2020 | Craig Properties | Check 37170 | FCCU Craig Properties | 4695 |
| Alerus Financial | $3,269.33 | 12/31/2020 | Craig Properties | Check 37234 | FCCU Craig Properties | 4695 |
| Alerus Financial | $1,800.00 | 1/8/2021 | Craig Properties | Check 37301 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 1/20/2021 | Craig Properties | Check 37256 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,560.33 | 1/21/2021 | Craig Properties | Check 37348 | FCCU Craig Properties | 4695 |
| Great Western Bank | $21,860.59 | 1/21/2021 | Craig Properties | Check 37273 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,497.89 | 1/21/2021 | Craig Properties | Check 37317 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $11,811.48 | 1/21/2021 | Craig Properties | Check 37249 | FCCU Craig Properties | 4695 |
| Starion Financial | $5,022.31 | 1/22/2021 | Craig Properties | Check 37341 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 1/25/2021 | Craig Properties | Check 37310 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,840.45 | 1/25/2021 | Craig Properties | Check 37314 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $8,450.24 | 1/27/2021 | Craig Properties | Check 37286 | FCCU Craig Properties | 4695 |
| Alerus Financial | $1,800.00 | 2/9/2021 | Craig Properties | Check 37443 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 2/9/2021 | Craig Properties | Check 37428 | FCCU Craig Properties | 4695 |
| Starion Financial | $4,650.31 | 2/10/2021 | Craig Properties | Check 37506 | FCCU Craig Properties | 4695 |
| Starion Financial | $1,628.96 | 2/10/2021 | Craig Properties | Check 37502 | FCCU Craig Properties | 4695 |
| Starion Financial | $1,628.96 | 2/10/2021 | Craig Properties | Check 37474 | FCCU Craig Properties | 4695 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Great Western Bank | $3,497.99 | 2/10/2021 | Craig Properties | Check 37448 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $11,811.48 | 2/12/2021 | Craig Properties | Check 37350 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,560.33 | 2/12/2021 | Craig Properties | Check 37505 | FCCU Craig Properties | 4695 |
| Great Western Bank | $21,860.59 | 2/26/2021 | Craig Properties | Check 37527 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 3/2/2021 | Craig Properties | Check 37489 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,840.45 | 3/2/2021 | Craig Properties | Check 37487 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $8,450.24 | 3/3/2021 | Craig Properties | Check 37456 | FCCU Craig Properties | 4695 |
| First Community Credit Union | $10,622.11 | 3/16/2021 | Craig Properties | Check 37485 | FCCU Craig Properties | 4695 |
| First Community Credit Union | $10,607.11 | 3/16/2021 | Craig Properties | Check 37624 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,560.33 | 3/17/2021 | Craig Properties | Check 37641 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $11,811.48 | 3/17/2021 | Craig Properties | Check 37543 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,840.45 | 3/17/2021 | Craig Properties | Check 37619 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 3/17/2021 | Craig Properties | Check 37612 | FCCU Craig Properties | 4695 |
| Alerus Financial | $3,000.00 | 3/17/2021 | Craig Properties | Check 37615 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 3/17/2021 | Craig Properties | Check 37563 | FCCU Craig Properties | 4695 |
| Starion Financial | $4,650.31 | 3/18/2021 | Craig Properties | Check 37645 | FCCU Craig Properties | 4695 |
| Great Western Bank | $21,860.59 | 3/22/2021 | Craig Properties | Check 37581 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,497.89 | 3/22/2021 | Craig Properties | Check 37621 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $8,450.24 | 3/22/2021 | Craig Properties | Check 37596 | FCCU Craig Properties | 4695 |
| Alerus Financial | $5,000.00 | 4/5/2021 | Craig Properties | Check 37777 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,840.45 | 4/6/2021 | Craig Properties | Check 37790 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 4/6/2021 | Craig Properties | Check 37773 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 4/6/2021 | Craig Properties | Check 37736 | FCCU Craig Properties | 4695 |
| Starion Financial | $4,650.31 | 4/7/2021 | Craig Properties | Check 37817 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $9,240.37 | 4/7/2021 | Craig Properties | Check 37804 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $8,450.24 | 4/7/2021 | Craig Properties | Check 37760 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,497.89 | 4/8/2021 | Craig Properties | Check 37811 | FCCU Craig Properties | 4695 |
| Great Western Bank | $21,860.59 | 4/8/2021 | Craig Properties | Check 37751 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,560.33 | 4/9/2021 | Craig Properties | Check 37814 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $11,811.48 | 4/13/2021 | Craig Properties | Check 37717 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $10,000.00 | 4/14/2021 | Craig Properties | Check 37850 | FCCU Craig Properties | 4695 |
| First Community Credit Union | $11,492.30 | 4/30/2021 | Craig Properties | Check 37911 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 5/4/2021 | Craig Properties | Check 37950 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,840.45 | 5/4/2021 | Craig Properties | Check 37953 | FCCU Craig Properties | 4695 |
| Town and Country Credit Union | $10,510.11 | 5/7/2021 | Craig Properties | Check 37979 | FCCU Craig Properties | 4695 |
| Alerus Financial | $3,000.00 | 5/7/2021 | Craig Properties | Check 37946 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 5/11/2021 | Craig Properties | Check 37900 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $35,000.00 | 5/21/2021 | Craig Properties | Check 38001 | FCCU Craig Properties | 4695 |
| Great Western Bank | $21,860.59 | 5/25/2021 | Craig Properties | Check 37948 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,497.89 | 5/25/2021 | Craig Properties | Check 37973 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,650.33 | 5/25/2021 | Craig Properties | Check 38005 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $8,450.24 | 5/26/2021 | Craig Properties | Check 37925 | FCCU Craig Properties | 4695 |
| Starion Financial | $4,650.31 | 6/1/2021 | Craig Properties | Check 37976 | FCCU Craig Properties | 4695 |
| First Community Credit Union | $11,492.30 | 6/2/2021 | Craig Properties | Check 38054 | FCCU Craig Properties | 4695 |
| Alerus Financial | $3,000.00 | 6/2/2021 | Craig Properties | Check 38047 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 6/2/2021 | Craig Properties | Check 38040 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 6/3/2021 | Craig Properties | Check 38095 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,840.45 | 6/3/2021 | Craig Properties | Check 38092 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $8,450.24 | 6/7/2021 | Craig Properties | Check 38066 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,497.89 | 6/10/2021 | Craig Properties | Check 38114 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $378.50 | 6/21/2021 | Craig Properties | Check 38148 | FCCU Craig Properties | 4695 |
| Great Western Bank | $21,860.59 | 6/24/2021 | Craig Properties | Check 38146 | FCCU Craig Properties | 4695 |
| Starion Financial | $4,743.31 | 6/25/2021 | Craig Properties | Check 38160 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,470.33 | 6/29/2021 | Craig Properties | Check 38215 | FCCU Craig Properties | 4695 |
| Alerus Financial | $3,000.00 | 7/7/2021 | Craig Properties | Check 38265 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 7/7/2021 | Craig Properties | Check 38225 | FCCU Craig Properties | 4695 |
| Dacotah Bank | $50,000.00 | 7/7/2021 | Craig Properties | Check 38295 | FCCU Craig Properties | 4695 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Starion Financial | $4,836.31 | 7/8/2021 | Craig Properties | Check 38303 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,840.45 | 7/9/2021 | Craig Properties | Check 38272 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 7/9/2021 | Craig Properties | Check 38268 | FCCU Craig Properties | 4695 |
| Starion Financial | $4,836.31 | 7/14/2021 | Craig Properties | Check 38284 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,437.89 | 7/15/2021 | Craig Properties | Check 38321 | FCCU Craig Properties | 4695 |
| Great Western Bank | $21,860.59 | 7/19/2021 | Craig Properties | Check 38281 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $8,450.24 | 7/19/2021 | Craig Properties | Check 38248 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,560.33 | 7/28/2021 | Craig Properties | Check 38391 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 8/9/2021 | Craig Properties | Check 38404 | FCCU Craig Properties | 4695 |
| Alerus Financial | $3,000.00 | 8/9/2021 | Craig Properties | Check 38417 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,497.89 | 8/12/2021 | Craig Properties | Check 38477 | FCCU Craig Properties | 4695 |
| First Community Credit Union | $11,492.30 | 8/13/2021 | Craig Properties | Check 38416 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 8/17/2021 | Craig Properties | Check 38464 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,840.45 | 8/17/2021 | Craig Properties | Check 38461 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $8,450.24 | 8/19/2021 | Craig Properties | Check 38434 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,560.33 | 8/23/2021 | Craig Properties | Check 38508 | FCCU Craig Properties | 4695 |
| Great Western Bank | $24,046.65 | 8/27/2021 | Craig Properties | Check 38459 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 8/31/2021 | Craig Properties | Check 38581 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 9/1/2021 | Craig Properties | Check 38611 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,840.45 | 9/1/2021 | Craig Properties | Check 38614 | FCCU Craig Properties | 4695 |
| Alerus Financial | $3,000.00 | 9/1/2021 | Craig Properties | Check 38563 | FCCU Craig Properties | 4695 |
| First Community Credit Union | $11,492.30 | 9/15/2021 | Craig Properties | Check 38573 | FCCU Craig Properties | 4695 |
| Starion Financial | $4,650.31 | 9/16/2021 | Craig Properties | Check 38655 | FCCU Craig Properties | 4695 |
| American Federal Bank | $150,000.00 | 9/16/2021 | Craig Properties | Check 38636 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,497.89 | 9/17/2021 | Craig Properties | Check 38643 | FCCU Craig Properties | 4695 |
| Great Western Bank | $22,953.62 | 9/17/2021 | Craig Properties | Check 38578 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,560.33 | 9/21/2021 | Craig Properties | Check 38672 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $8,450.24 | 9/22/2021 | Craig Properties | Check 38588 | FCCU Craig Properties | 4695 |
| Alerus Financial | $3,000.00 | 10/13/2021 | Craig Properties | Check 38712 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 10/13/2021 | Craig Properties | Check 38768 | FCCU Craig Properties | 4695 |
| Starion Financial | $4,650.31 | 10/14/2021 | Craig Properties | Check 38799 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,497.89 | 10/15/2021 | Craig Properties | Check 38795 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,840.45 | 10/15/2021 | Craig Properties | Check 38773 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 10/15/2021 | Craig Properties | Check 38763 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,560.33 | 10/19/2021 | Craig Properties | Check 38798 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $8,450.24 | 10/25/2021 | Craig Properties | Check 38745 | FCCU Craig Properties | 4695 |
| Great Western Bank | $21,860.59 | 10/27/2021 | Craig Properties | Check 38771 | FCCU Craig Properties | 4695 |
| American Federal Bank | $150,000.00 | 11/3/2021 | Craig Properties | Check 38844 | FCCU Craig Properties | 4695 |
| First Community Credit Union | $11,492.30 | 11/4/2021 | Craig Properties | Check 38895 | FCCU Craig Properties | 4695 |
| Alerus Financial | $3,000.00 | 11/4/2021 | Craig Properties | Check 38882 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,497.89 | 11/5/2021 | Craig Properties | Check 38955 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 11/9/2021 | Craig Properties | Check 38932 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 11/10/2021 | Craig Properties | Check 38928 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,560.33 | 11/12/2021 | Craig Properties | Check 38978 | FCCU Craig Properties | 4695 |
| Great Western Bank | $21,860.59 | 11/12/2021 | Craig Properties | Check 38899 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $8,450.24 | 11/17/2021 | Craig Properties | Check 38909 | FCCU Craig Properties | 4695 |
| Starion Financial | $4,743.31 | 12/6/2021 | Craig Properties | Check 39101 | FCCU Craig Properties | 4695 |
| Alerus Financial | $3,000.00 | 12/8/2021 | Craig Properties | Check 39022 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 12/10/2021 | Craig Properties | Check 39066 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,497.89 | 12/13/2021 | Craig Properties | Check 39116 | FCCU Craig Properties | 4695 |
| Great Western Bank | $22,953.62 | 12/13/2021 | Craig Properties | Check 39103 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $6,000.00 | 12/14/2021 | Craig Properties | Check 39160 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 12/14/2021 | Craig Properties | Check 39090 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $8,450.24 | 12/15/2021 | Craig Properties | Check 39078 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $37,389.09 | 12/21/2021 | Craig Properties | Check 39182 | FCCU Craig Properties | 4695 |
| Starion Financial | $9,393.62 | 12/24/2021 | Craig Properties | Check 39186 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,560.33 | 1/4/2022 | Craig Properties | Check 39255 | FCCU Craig Properties | 4695 |

| | | | | | | |
|---|---|---|---|---|---|---|
| First Community Credit Union | $11,492.30 | 1/5/2022 | Craig Properties | Check 39199 | FCCU Craig Properties | 4695 |
| Town and Country Credit Union | $2,426.50 | 1/6/2022 | Craig Properties | Check 39244 | FCCU Craig Properties | 4695 |
| Alerus Financial | $3,000.00 | 1/6/2022 | Craig Properties | Check 39204 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 1/6/2022 | Craig Properties | Check 39213 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $2,970.70 | 1/7/2022 | Craig Properties | Check 39245 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,497.89 | 1/11/2022 | Craig Properties | Check 39299 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,560.33 | 1/12/2022 | Craig Properties | Check 39300 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $8,450.24 | 1/12/2022 | Craig Properties | Check 39228 | FCCU Craig Properties | 4695 |
| Starion Financial | $4,650.31 | 1/24/2022 | Craig Properties | Check 39313 | FCCU Craig Properties | 4695 |
| Great Western Bank | $22,690.15 | 1/25/2022 | Craig Properties | Check 39304 | FCCU Craig Properties | 4695 |
| Alerus Financial | $3,000.00 | 2/8/2022 | Craig Properties | Check 39358 | FCCU Craig Properties | 4695 |
| Alerus Financial | $7,500.00 | 2/8/2022 | Craig Properties | Check 39365 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,497.89 | 2/11/2022 | Craig Properties | Check 39437 | FCCU Craig Properties | 4695 |
| United Savings Credit Union | $4,800.00 | 2/11/2022 | Craig Properties | Check 39399 | FCCU Craig Properties | 4695 |
| Plains Commerce Bank | $4,788.35 | 2/15/2022 | Craig Properties | Check 39490 | FCCU Craig Properties | 4695 |
| Meadowlark Capital LLC | $8,450.24 | 2/16/2022 | Craig Properties | Check 39380 | FCCU Craig Properties | 4695 |
| Great Western Bank | $3,400.00 | 2/18/2022 | Craig Properties | Check 39523 | FCCU Craig Properties | 4695 |
| Great Western Bank | $21,860.59 | 2/18/2022 | Craig Properties | Check 39431 | FCCU Craig Properties | 4695 |
| Starion Financial | $4,630.31 | 2/23/2022 | Craig Properties | Check 39526 | FCCU Craig Properties | 4695 |

| | |
|---|---|
| **Total Transfers:** | **$1,880,697.90** |



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

36836

77-7869/2913

\*\*\*\* TWO THOUSAND FOUR HUNDRED FIFTY ONE AND 50/100 DOLLARS

10/01/20          $2,451.50\*\*\*

TO THE
ORDER OF

TOWN AND COUNTRY CREDIT UNION
925 14TH AVE E
WEST FARGO, ND    58078

Business Account

Authorized Signature

⑈036836⑈  ⑆⬛⬛⬛⬛⬛⬛⬛⬛ 4695⬛⑈      ⬛⬛⬛⬛⬛

RRSB FCCU Subpoena 010553

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36842

77-7869/2913

\*\*\*\* TWO THOUSAND EIGHT HUNDRED FORTY AND 45/100 DOLLARS

10/01/20          $2,840.45\*\*\*

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈036842⑈ ⑆⬛⬛⬛⬛⬛⬛⬛⬛⬛4695⑈⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36717

77-7869/2913

**** TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS

09/02/20          $2,970.70***

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

_____
Authorized Signature

⑈036717⑈  ⑆          ⑆          4695⑆

RRSB FCCU Subpoena 010569



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36837

77-7869/2913

**** TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS

10/01/20            $2,970.70***

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND   58108

Business Account

Authorized Signature

⑈036837⑈ ⑈ ▉▉▉▉ ⑈ ▉▉▉▉4695▉⑈

RRSB FCCU Subpoena 010571

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36874

77-7869/2913

\*\*\*\* FOUR THOUSAND FIVE HUNDRED SIXTY AND 33/100 DOLLARS

10/05/20          $4,560.33\*\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈036874⑈ ⑆ ▮: ▮ 4695 ⑈

RRSB FCCU Subpoena 010577



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36919

77-7869/2913

\*\*\*\* ELEVEN THOUSAND EIGHT HUNDRED ELEVEN AND 48/100 DOLLARS

10/22/20          $11,811.48\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈036919⑈  ⑉ ▓▓▓▓▓▓ ⑉  ▓▓▓▓▓ 4695 ⑈

RRSB FCCU Subpoena 010579

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36916

77-7869/2913

**** SIX THOUSAND TWO HUNDRED EIGHTEEN AND 76/100 DOLLARS

10/21/20          $6,218.76***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈036916⑈  ⑆ ███████ ⑆  ██████4695⑈

RRSB FCCU Subpoena 010589



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37016

77-7869/2913

\*\*\*\* ONE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

11/02/20      $1,500.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND   58206

Business Account

Authorized Signature

⑈037016⑈ ⑆ ⑆        4695⑈

RRSB FCCU Subpoena 010669

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**36840**

77-7869/2913

**** TEN THOUSAND SIX HUNDRED SEVEN AND 11/100 DOLLARS

10/01/20          $10,607.11**

TO THE
ORDER OF

FCCU
4521 19TH AVE S
FARGO, ND    58103

Business Account

_____
Authorized Signature

⑈036840⑈  ⑆▉▉▉▉▉⑆  ▉▉▉▉▉4695▉⑈

RRSB FCCU Subpoena 010737

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37043

77-7869/2913

**\*\*\*\* FOUR THOUSAND FIVE HUNDRED SIXTY AND 33/100 DOLLARS**

11/05/20        $4,560.33\*\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈037043⑈  ⑆▆▆▆▆▆⑉  ▆▆▆▆▆4695⑈

RRSB FCCU Subpoena 010749

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37052

77-7869/2913

\* \* \* \*  FOURTEEN THOUSAND FIVE HUNDRED THIRTY ONE AND 26/100 DOLLARS

11/10/20        $14,531.26\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈037052⑈  ⑆ ███████ ⑆  ████████4695⑈

RRSB FCCU Subpoena 010751

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37074

77-7869/2913

\*\*\*\* THREE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

11/18/20          $3,500.00\*\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

_____
Authorized Signature

⑈037074⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮4695⑈

RRSB FCCU Subpoena 010753



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36964

77-7869/2913

**\*\*\*\* SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS**

11/02/20    $7,500.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

_____
Authorized Signature

⑆036964⑆  ⑉■■■■■⑉  ■■■■4695⑈

RRSB FCCU Subpoena 010769

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo. ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37018

77-7869/2913

\*\*\*\* TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

11/02/20          $21,860.59\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈03701⑈  ⑆                ⑆            4695⑈

RRSB FCCU Subpoena 010787

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37036

77-7869/2913

\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS

11/03/20          $3,497.89\*\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈037036⑈  ⑆          ⑆        4695⑈

RRSB FCCU Subpoena 010791

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37025

77-7869/2913

\*\*\*\* TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS

11/02/20          $2,970.70\*\*\*

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈037025⑈  ⑇▮▮▮▮▮▮⑇  ▮▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 010799



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37023

77-7869/2913

**** TWO THOUSAND EIGHT HUNDRED FORTY AND 45/100 DOLLARS

11/02/20        $2,840.45***

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈037023⑈ ⑆⬛⬛⬛⑆ ⬛⬛4695⑈

RRSB FCCU Subpoena 010801



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36995

77-7869/2913

\*\*\*\* TEN THOUSAND ONE HUNDRED SIXTY SIX AND 91/100 DOLLARS

11/02/20       $10,166.91\*\*

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND   58109

Business Account

Authorized Signature

⑆036995⑆ ⑇ ██████ ⑇ █████4695█⑆



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37022

77-7869/2913

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

\*\*\*\* TWO THOUSAND FOUR HUNDRED FIFTY ONE AND 50/100 DOLLARS

11/02/20          $2,451.50\*\*\*

TO THE
ORDER OF

TOWN AND COUNTRY CREDIT UNION
925 14TH AVE E
WEST FARGO, ND     58078

Business Account

Authorized Signature

⑈0 3 7 0 2 2⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮ 4 6 9 5⑈      ▮▮▮▮▮

RRSB FCCU Subpoena 010857

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37102

77-7869/2913

\*\*\*\* THIRTEEN THOUSAND SEVEN HUNDRED EIGHTY EIGHT AND 34/100 DOLLARS

11/30/20          $13,788.34\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

_Authorized Signature_

⑈037102⑈  ⑆▮▮▮▮▮▮⑆  ▮▮▮▮▮▮.695▮⑈

RRSB FCCU Subpoena 010871

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37072

77-7869/2913

\*\*\*\* ELEVEN THOUSAND EIGHT HUNDRED ELEVEN AND 48/100 DOLLARS

11/17/20        $11,811.48\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑆037072⑆ ⑈▮▮▮▮▮▮▮⑈ ▮▮▮▮▮4695▮⑆

RRSB FCCU Subpoena 010901



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37196

77-7869/2913

\*\*\*\* FOUR THOUSAND FIVE HUNDRED SIXTY AND 33/100 DOLLARS

12/03/20        $4,560.33\*\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈037196⑈  ⑆▉▉▉▉▉⑆  ▉▉▉▉4695▉⑈

RRSB FCCU Subpoena 010903



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37204

77-7869/2913

\*\*\*\* FIVE THOUSAND FORTY SEVEN AND 81/100 DOLLARS

12/07/20        $5,047.81\*\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈037204⑈  ⑆          ⑆          4675⑈

RRSB FCCU Subpoena 010905



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37062

77-7869/2913

\*\*\*\* FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

11/13/20          $4,650.31\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND  58106

Business Account

Authorized Signature

⑆037062⑆  ⑈          ⑈          4695⑉

RRSB FCCU Subpoena 010911

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37168

77-7869/2913

\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS

12/02/20        $3,497.89\*\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND   58104

Business Account

Authorized Signature

⑈037168⑈ ⑆ ▉▉▉▉ ⑆ ▉▉▉▉ 4695▉ ⑈

RRSB FCCU Subpoena 010925

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37175

77-7869/2913

**\*\*\*\* TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS**

12/02/20          $21,860.59\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈037175⑈  ⑆▇▇▇▇▇▇▇⑆  ▇▇▇▇▇▇4695⑈

RRSB FCCU Subpoena 010929



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37111

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

12/02/20        $7,500.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈037111⑈ ⑇ ▉▉▉▉▉▉▉ ⑈ ▉▉▉▉▉4695▉⑈

RRSB FCCU Subpoena 010935



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37128

77-7869/2913

**** ONE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

12/02/20        $1,500.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

_____
Authorized Signature

⑈037128⑈  ⑉⬛⬛⬛⬛⬛⬛⑉  ⬛⬛⬛4695⑈

RRSB FCCU Subpoena 010939

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37174

77-7869/2913

\*\*\*\* TWO THOUSAND EIGHT HUNDRED FORTY AND 45/100 DOLLARS

12/02/20          $2,840.45\*\*\*

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

_____
Authorized Signature

⑆037174⑈  ⑉ ▉ ⑉  ▉ 4695▉ ⑈

RRSB FCCU Subpoena 010957



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37151

77-7869/2913

\*\*\*\*  TEN THOUSAND ONE HUNDRED SIXTEEN AND 91/100  DOLLARS

TO THE
ORDER OF

12/02/20          $10,116.91\*\*

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND     58109

Business Account

_____
Authorized Signature

⑆037151⑈  ⑆          ⑆          4695⑈



TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES.

**Craig Properties, LLC**
PO Box 426
Fargo. ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37237

77-7869/2913

**** SEVEN THOUSAND AND 00/100 DOLLARS

12/21/20          $7,000.00***

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈037237⑈  ⑆            ⑆            4695⑈

RRSB FCCU Subpoena 011101

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37236

77-7859/2913

**** SIX THOUSAND AND 00/100 DOLLARS

12/21/20          $6,000.00***

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈037236⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 011103

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37171

77-7869/2913

**** TEN THOUSAND SIX HUNDRED TWENTY TWO AND 11/100 DOLLARS

12/02/20          $10,622.11**

TO THE
ORDER OF

FCCU
4521 19TH AVE S
FARGO, ND   58103

Business Account

Authorized Signature

⑆037171⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮4695⑈

RRSB FCCU Subpoena 011115



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37207

77-7869/2913

\*\*\*\* FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

12/07/20        $4,650.31\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND   58106

Business Account

Authorized Signature

⑈037207⑈  ⑆          ⑆        4695⑈

RRSB FCCU Subpoena 011125



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37098

77-7869/2913

\* \* \* \*  TWO HUNDRED THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF                                    11/26/20          $200,000.00\*

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND   58109

Business Account

Authorized Signature

⑈037098⑈ ⑆ ████████ ⑆ ██████4695█⑈

RRSB FCCU Subpoena 011139



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37169

77-7869/2913

\*\*\*\*  TWO THOUSAND FOUR HUNDRED FIFTY ONE AND 50/100 DOLLARS

12/02/20          $2,451.50\*\*\*

TO THE
ORDER OF

TOWN AND COUNTRY CREDIT UNION
925 14TH AVE E
WEST FARGO, ND    58078

Business Account

_____
Authorized Signature

⑆037169⑆  ⑈_____⑈  _____4695⑈  _____

RRSB FCCU Subpoena 011143

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37170

77-7869/2913

**\*\*\*\* TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS**

12/02/20        $2,970.70\*\*\*

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈037170⑈  ⑆        ⑆        4695⑈⑈

RRSB FCCU Subpoena 011151

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37234

77-7869/2913

\*\*\*\* THREE THOUSAND TWO HUNDRED SIXTY NINE AND 33/100 DOLLARS

12/21/20          $3,269.33\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈037234⑈  ⑆ ▉▉▉▉▉▉ ⑆  ▉▉▉▉  4695 ⑈

RRSB FCCU Subpoena 011153



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37301

77-7869/2913

\*\*\*\* ONE THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS

12/30/20          $1,800.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈⑆037301⑈⑆  ⑆▉▉▉▉▉▉⑆  ▉▉▉▉▉4695▉⑈⑆

RRSB FCCU Subpoena 011221

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37256

77-7869/2913

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

12/30/20        $7,500.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑆037256⑆  ⑈                ⑈               4695⑈

RRSB FCCU Subpoena 011277

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37348

77-7869/2913

\*\*\*\* FOUR THOUSAND FIVE HUNDRED SIXTY AND 33/100 DOLLARS

01/06/21          $4,560.33\*\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈037348⑈  ⑆▮▮▮▮▮▮⑆  ▮▮▮▮▮4695⑈

RRSB FCCU Subpoena 011293

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37273

77-7869/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

12/30/20          $21,860.59**

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑆037273⑆ ⑈ ▮▮▮▮▮ ⑈ ▮▮▮4695⑆

RRSB FCCU Subpoena 011303

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37317

77-7869/2913

\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS

12/31/20          $3,497.89\*\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑆037317⑈  ⑆▆▆▆▆▆▆⑆  ▆▆▆▆▆4695▆⑈

RRSB FCCU Subpoena 011309

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37249

77-7869/2913

**** ELEVEN THOUSAND EIGHT HUNDRED ELEVEN AND 48/100 DOLLARS

12/28/20          $11,811.48**

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑆037249⑆  ⑈▓▓▓▓▓⑈  ▓▓▓▓▓4695⑆

RRSB FCCU Subpoena 011311



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37341

77-7869/2913

\*\*\*\* FIVE THOUSAND TWENTY TWO AND 31/100 DOLLARS

01/05/21        $5,022.31\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑈037341⑈ ⑆ █████████ ⑆ ███████4695⑈

RRSB FCCU Subpoena 011331



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37310

77-7869/2913

\*\*\*\* TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS

TO THE
ORDER OF

12/30/20          $2,970.70\*\*\*

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈037310⑈  ⑆                      ⑆              4695⑈

RRSB FCCU Subpoena 011373

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37314

77-7869/2913

\*\*\*\* TWO THOUSAND EIGHT HUNDRED FORTY AND 45/100 DOLLARS

12/30/20        $2,840.45\*\*\*

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈037314⑈  ⑆              ⑈          4695⑈ ⑊

RRSB FCCU Subpoena 011375



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37286

77-7869/2913

\*\*\*\* EIGHT THOUSAND FOUR HUNDRED FIFTY AND 24/100 DOLLARS

TO THE
ORDER OF

12/30/20        $8,450.24\*\*\*

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈037286⑈  ⑈⬛⬛⬛⬛⬛⑈  ⬛⬛⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 011421

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37443

77-7869/2913

**** ONE THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS

02/01/21          $1,800.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈037443⑈  ⑆☐☐☐☐☐☐☐⑆  ☐☐☐☐☐4695⑈

RRSB FCCU Subpoena 011495

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37428

77-7869/2913

\*\*\*\* SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

02/01/21          $7,500.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

�串037428⑽  ⑼▮▮▮▮▮⑊  ▮▮▮▮4695▮⑽

RRSB FCCU Subpoena 011499



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37506

77-7869/2913

\*\*\*\* FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

02/04/21        $4,650.31\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑈037506⑈   ⑆          ⑆      4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37502

77-7869/2913

\*\*\*\* ONE THOUSAND SIX HUNDRED TWENTY EIGHT AND 96/100 DOLLARS

02/03/21          $1,628.96\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND  58106

Business Account

Authorized Signature

⑈037502⑈  ⑆                 ⑆        4695 ⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37474

77-7869/2913

\*\*\*\* ONE THOUSAND SIX HUNDRED TWENTY EIGHT AND 96/100 DOLLARS

02/01/21          $1,628.96\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑈037474⑈ ⑆          ⑆          4695⬛⑈

RRSB FCCU Subpoena 011507

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37448

77-7869/2913

**** THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 99/100 DOLLARS

02/01/21          $3,497.99***

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈037448⑈  ⑆▇▇▇▇▇⑆  ▇▇▇▇4695▇⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37350

77-7869/2913

\*\*\*\* ELEVEN THOUSAND EIGHT HUNDRED ELEVEN AND 48/100 DOLLARS

01/06/21        $11,811.48\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈037350⑈ ⑆ ▮▮▮▮▮▮ ⑆ ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 011557



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37505

77-7869/2913

\*\*\*\* FOUR THOUSAND FIVE HUNDRED SIXTY AND 33/100 DOLLARS

02/04/21        $4,560.33\*\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈037505⑈  ⑆███████⑆  ████████4695█⑈

RRSB FCCU Subpoena 011559

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37527

77-7869/2913

\*\*\*\* TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

02/15/21          $21,860.59\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈037527⑈  ⑆⬛⬛⬛⑆  ⬛⬛⬛4695⑈



TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37489

77-7869/2913

\*\*\*\* TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS

02/01/21          $2,970.70\*\*\*

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑆037489⑈  ⑈                ⑆                4695⑈

RRSB FCCU Subpoena 011681



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37487

77-7869/2913

\*\*\*\* TWO THOUSAND EIGHT HUNDRED FORTY AND 45/100 DOLLARS

02/01/21        $2,840.45\*\*\*

TO THE
ORDER OF
        UNITED SAVINGS CREDIT UNION
        BOX 2308
        FARGO, ND    58108

Business Account

_____
Authorized Signature

⑈037487⑈  ⑆▉▉▉▉▉⑆  ▉▉▉▉4695⑈

RRSB FCCU Subpoena 011687

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37456

77-7869/2913

\*\*\*\* EIGHT THOUSAND FOUR HUNDRED FIFTY AND 24/100 DOLLARS

02/01/21        $8,450.24\*\*\*

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND ' 58109

Business Account

Authorized Signature

⑃037456⑃  ⑃ ▮▮▮▮▮▮ ⑃  ▮▮▮▮▮4695⑃

RRSB FCCU Subpoena 011711



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37485

77-7869/2913

\* \* \* \*  TEN THOUSAND SIX HUNDRED TWENTY TWO AND 11/100 DOLLARS

TO THE
ORDER OF

02/01/21          $10,622.11\*\*

FCCU
4521 19TH AVE S
FARGO, ND   58103

Business Account

Authorized Signature

⑈⃥0 3 7 4 8 5⑈⃥    ⑆ ▮▮▮▮▮▮ ⑆    ▮▮▮▮▮ 4 6 9 5 ▮ ⑈⃥

RRSB FCCU Subpoena 011799

TO VERIFY AUTHENTICITY  SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37624

77-7869/2913

**\*\*\*\* TEN THOUSAND SIX HUNDRED SEVEN AND 11/100 DOLLARS**

TO THE
ORDER OF

03/02/21          $10,607.11\*\*

FCCU
4521 19TH AVE S
FARGO, ND   58103

Business Account

Authorized Signature

⑈037624⑈ ⑆▉▉▉▉⑆ ▉▉▉▉4695⑈

RRSB FCCU Subpoena 011801

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37641

77-7869/2913

\*\*\*\* FOUR THOUSAND FIVE HUNDRED SIXTY AND 33/100 DOLLARS

03/04/21         $4,560.33\*\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑆037641⑆  ⑈▉▉▉⑈  ▉▉4695⑆

RRSB FCCU Subpoena 011833

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37543

77-7869/2913

**** ELEVEN THOUSAND EIGHT HUNDRED ELEVEN AND 48/100 DOLLARS

02/24/21          $11,811.48**

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD   57201

Business Account

Authorized Signature

⑆037543⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 011835

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37619

77-7869/2913

\*\*\*\* TWO THOUSAND EIGHT HUNDRED FORTY AND 45/100 DOLLARS

TO THE
ORDER OF

03/02/21        $2,840.45\*\*\*

UNITED .SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑆037619⑈  ⑈ ██████ ⑆  ██████ ₄695█⑈

RRSB FCCU Subpoena 011841

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37612

77-7869/2913

**** TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS

TO THE
ORDER OF

03/02/21          $2,970.70***

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈037612⑈  ⑆▉▉▉▉⑆  ▉▉▉▉4695⑈

RRSB FCCU Subpoena 011845



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37615

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

03/02/21        $3,000.00***

Business Account

_____
Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

⑈037615⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 011855



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37563

77-7869/2913

\*\*\*\* SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

03/02/21                      $7,500.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND   58206

Business Account

Authorized Signature

�percentO37563⑂  ⑈                 ⑈               �‖695⑆

RRSB FCCU Subpoena 011859



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37645

77-7869/2913

\*\*\*\* FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

03/07/21          $4,650.31\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑈037645⑈  ⑉ ▮▮▮▮▮▮ ⑉ ▮▮▮▮▮ 4695▮⑈

RRSB FCCU Subpoena 011867

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37581

77-7869/2913

**\*\*\*\* TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS**

03/02/21          $21,860.59\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈03758⑈    ⑆■■■■■⑆    ■■■■4695⑈

RRSB FCCU Subpoena 011947



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37621

77-7869/2913

**\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS**

03/02/21          $3,497.89\*\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND   58104

Business Account

Authorized Signature

⑈037621⑈  ⑆▮▮▮▮⑆  ▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 011949

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37596

77-7869/2913

**** EIGHT THOUSAND FOUR HUNDRED FIFTY AND 24/100 DOLLARS

03/02/21          $8,450.24***

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND   58109

Business Account

Authorized Signature

⑈037596⑈  ⑆                ⑆          ⅃695⑈

RRSB FCCU Subpoena 011965



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37777

77-7869/2913

\*\*\*\* FIVE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

04/01/21        $5,000.00\*\*\*

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈⑆037777⑈⑆ ⑆:▮▮▮▮▮⑆: ▮▮▮▮4695▮⑆

RRSB FCCU Subpoena 012101

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37790

77-7869/2913

**\*\*\*\* TWO THOUSAND EIGHT HUNDRED FORTY AND 45/100 DOLLARS**

TO THE
ORDER OF

04/01/21          $2,840.45\*\*\*

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND  58108

Business Account

Authorized Signature

⑈037790⑈  ⑆▉▉▉▉⑆  ▉▉▉▉4695⑈

RRSB FCCU Subpoena 012113



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37773

77-7869/2913

**** TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS

04/01/21          $2,970.70***

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈O37773⑈  ⑆              ⑆              4695⑈

RRSB FCCU Subpoena 012117



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37736

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

04/01/21          $7,500.00***

Business Account

Authorized Signature

⑈037736⑈  ⑆⬛⬛⬛⬛⑆  ⬛⬛⬛4695⑈

RRSB FCCU Subpoena 012133



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37817

77-7869/2913

\*\*\*\* FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

04/05/21          $4,650.31\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND   58106

Business Account

Authorized Signature

⑈037817⑈ ⑆⬛⬛⬛⑆ ⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 012143



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37804

77-7869/2913

4-5-21

TO THE
ORDER OF

USCU
three thousand two hundred forty and 32/

$ 9,240 37/

Business Account

Authorized Signature

⑈037804⑈ ⑆▉▉▉▉⑆ ▉▉▉▉4695⑈

RRSB FCCU Subpoena 012145



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37760

77-7869/2913

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

\*\*\*\* EIGHT THOUSAND FOUR HUNDRED FIFTY AND 24/100 DOLLARS

04/01/21        $8,450.24\*\*\*

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑆037760⑆  ⑈ ⑆  ⑈ 4695⑆

RRSB FCCU Subpoena 012159



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37811

77-7889/2913

**** THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS

04/05/21          $3,497.89***

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑆037811⑆ ⑈▮▮▮▮▮⑈ ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 012173



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37751

77-7862/2913

**\*\*\*\* TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS**

04/01/21          $21,860.59\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑆037751⑆  ⑈          ⑈          4695⑈

RRSB FCCU Subpoena 012175

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**37814**

77-7869/2913

**** FOUR THOUSAND FIVE HUNDRED SIXTY AND 33/100 DOLLARS

04/05/21                $4,560.33***

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑆037814⑆ ⑈                       ⑈        4695⑆

RRSB FCCU Subpoena 012187

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37717

77-7869/2913

\*\*\*\* ELEVEN THOUSAND EIGHT HUNDRED ELEVEN AND 48/100 DOLLARS

03/18/21          $11,811.48\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈037717⑈ ⑆ ⑆ 4695 ⑈

RRSB FCCU Subpoena 012233



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37850

77-7869/2913

\*\*\*\* TEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

04/12/21          $10,000.00\*\*

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈037850⑈  ⑆▉▉▉▉▉⑆  ▉▉▉▉▉4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37911

77-7869/2913

\*\*\*\* ELEVEN THOUSAND FOUR HUNDRED NINETY TWO AND 30/100 DOLLARS

05/01/21        $11,492.30\*\*

TO THE
ORDER OF

FCCU
4521 19TH AVE S
FARGO, ND    58103

Business Account

Authorized Signature

⑈037911⑈ ⑆ ▓▓▓▓▓▓▓⑆ ▓▓▓▓4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37950

77-7869/2913

**** TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS

05/01/21          $2,970.70***

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈037950⑈ ⑆ ▉ ⑆ ▉4695⑈

RRSB FCCU Subpoena 012387

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37953

77-7869/2913

\*\*\*\* TWO THOUSAND EIGHT HUNDRED FORTY AND 45/100 DOLLARS

05/01/21          $2,840.45\*\*\*

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈037953⑈  ⑈:▮▮▮▮▮: ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 012389

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37979

77-7869/2913

\*\*\*\* TEN THOUSAND FIVE HUNDRED TEN AND 11/100 DOLLARS

05/06/21          $10,510.11\*\*

TO THE
ORDER OF

TOWN AND COUNTRY CREDIT UNION
925 14TH AVE E
WEST FARGO, ND    58078

Business Account

Authorized Signature

⑈037979⑈ ⑆          ⑆          4695⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37946

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

05/01/21          $3,000.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑉037946⑉  ⑆⬛⬛⬛⑆  ⬛⬛⬛4695⑈

RRSB FCCU Subpoena 012479



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37900

77-7869/2913

\*\*\*\* SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

05/01/21          $7,500.00\*\*\*

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈⑈037900⑈⑈  ⑈: ▉▉▉▉▉ ⑈: ▉▉▉▉4695⑈⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38001

77-7869/2913

5-20-21

$35,000⁰⁰

TO THE
ORDER OF

USCU
Thirty five thousand and 00

Business Account

Authorized Signature

⑈038001⑈ ⑆            ⑆        4695⑈

RRSB FCCU Subpoena 012551

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37948

77-7868/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

05/01/21          $21,860.59**

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

_____
Authorized Signature

⑈037948⑈ ⑆ ▉▉▉▉ ⑆ ▉▉▉▉4695▉⑈

RRSB FCCU Subpoena 012557

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**37973**

77-7869/2913

**\* \* \* \*   THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS**

05/04/21                    $3,497.89\*\*\*

TO THE
ORDER OF

**GREAT WESTERN BANK**
**5675 26TH AVE S**
**STE 156**
**FARGO, ND    58104**

Business Account

Authorized Signature

⑈037973⑈  ⑈ ▉▉▉▉▉ ⑈  ▉▉▉▉▉ 4695 ⑈⑈

RRSB FCCU Subpoena 012559

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38005

77-7869/2913

\*\*\*\* FOUR THOUSAND SIX HUNDRED FIFTY AND 33/100 DOLLARS

05/24/21          $4,650.33\*\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD.    57201

Business Account

Authorized Signature

⑈038005⑈  ⑆          ⑉⑆          4695⑈

RRSB FCCU Subpoena 012565



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37925

77-7869/2913

**** EIGHT THOUSAND FOUR HUNDRED FIFTY AND 24/100 DOLLARS

05/01/21        $8,450.24***

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈037925⑈  ⑆                 ⑆                  4695⑈

RRSB FCCU Subpoena 012569



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37976

77-7869/2913

**** FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

05/04/21            $4,650.31***

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑈037976⑈  ⑆ ◼◼◼◼◼ ⑆  ◼◼◼◼◼ 4695 ⑈

RRSB FCCU Subpoena 012583



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38054

77-7869/2913

\*\*\*\* ELEVEN THOUSAND FOUR HUNDRED NINETY TWO AND 30/100 DOLLARS

05/26/21        $11,492.30\*\*

TO THE
ORDER OF

FCCU
4521 19TH AVE S
FARGO, ND    58103

Business Account

Authorized Signature

⑈038054⑈  ⑉                 ⑉                  4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38047

77-7869/2913

****  THREE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

05/26/21          $3,000.00***

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑆038047⑆  ⑈ ⑈   ⑆   4695⑆

RRSB FCCU Subpoena 012621



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38040

77-7869/2913

\*\*\*\* SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

05/26/21        $7,500.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈038040⑈ ⑆ ▓▓▓▓▓ ⑉ ▓▓▓▓ 4695 ⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38095

77-7869/2913

**\*\*\*\* TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS**

05/26/21          $2,970.70\*\*\*

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈038095⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮4695⑈

RRSB FCCU Subpoena 012653

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38092

77-7869/2913

\*\*\*\* TWO THOUSAND EIGHT HUNDRED FORTY AND 45/100 DOLLARS

05/26/21        $2,840.45\*\*\*

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈038092⑈  ⑆⬛⬛⬛⬛⬛⑆  ⬛⬛⬛4695⑈

RRSB FCCU Subpoena 012655



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38066

77-7869/2913

**** EIGHT THOUSAND FOUR HUNDRED FIFTY AND 24/100 DOLLARS

05/26/21        $8,450.24***

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈038066⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮▮4695▮⑈

VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURE

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38114

77-7869/2913

\*\*\*\*  THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS

06/07/21          $3,497.89\*\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈036114⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 012763



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38148

77-7869/2913

\*\*\*\* THREE HUNDRED SEVENTY EIGHT AND 50/100 DOLLARS

06/14/21        $378.50\*\*\*\*\*

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑆038148⑆  ⑈ ▮▮▮▮▮▮ ⑈  ▮▮▮▮▮▮4695▮⑆

RRSB FCCU Subpoena 012833



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38146

77-7869/2913

\*\*\*\* TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

06/10/21          $21,860.59\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑆038146⑆ ⑈ ⑇ 4695⑈

RRSB FCCU Subpoena 012845



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38160

77-7869/2913

\*\*\*\* FOUR THOUSAND SEVEN HUNDRED FORTY THREE AND 31/100 DOLLARS

06/15/21        $4,743.31\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND   58106

Business Account

Authorized Signature

⑈038160⑈  ⑆            ⑆            4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38215

77-7869/2913

**** FOUR THOUSAND FOUR HUNDRED SEVENTY AND 33/100 DOLLARS

06/23/21        $4,470.33***

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑆038215⑆  ⑈ ▉ ⑈  ▉4695⑈

RRSB FCCU Subpoena 012925



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38265

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

07/01/21        $3,000.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈038265⑈  ⑆▮▮▮▮⑆  ▮▮▮4695▮⑈

RRSB FCCU Subpoena 012999



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38225

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

07/01/21        $7,500.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈038225⑈ ⑆              ⑆              4695 ⑈

RRSB FCCU Subpoena 013001



**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38295

77-7869/2913

**** FIFTY THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

DACOTAH BANK

06/30/21          $50,000.00**

Business Account

Authorized Signature

⑆038295⑆ ⑈               ⑈             4695⑆

RRSB FCCU Subpoena 013005



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38303

77-7869/2913

\*\*\*\* FOUR THOUSAND EIGHT HUNDRED THIRTY SIX AND 31/100 DOLLARS

07/06/21          $4,836.31\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND   58106

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

⑆038303⑈  ⑆ ⑆  4695 ⑈

RRSB FCCU Subpoena 013013

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38272

77-7869/2913

**** TWO THOUSAND EIGHT HUNDRED FORTY AND 45/100 DOLLARS

07/01/21          $2,840.45***

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑆038272⑆  ⑈          ⑆          4695⑆

RRSB FCCU Subpoena 013051

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38268

77-7869/2913

\*\*\*\* TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS

07/01/21        $2,970.70\*\*\*

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈038268⑈ ⑆ ▉ ⑆ ▉ 4695 ▉⑈

RRSB FCCU Subpoena 013055



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38284

77-7869/2913

\*\*\*\* FOUR THOUSAND EIGHT HUNDRED THIRTY SIX AND 31/100 DOLLARS

07/01/21        $4,836.31\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND   58106

Business Account

Authorized Signature

⑈038284⑈  ⑆▢▢▢▢▢⑆  ▢▢▢4695⑈

RRSB FCCU Subpoena 013083



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38321

77-7869/2913

**\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS**

07/12/21          $3,497.89\*\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈038321⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 013095

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38281

77-7869/2913

\*\*\*\* TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

07/01/21          $21,860.59\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈038281⑈  ⑈          ⑈          4695⑈⑈

RRSB FCCU Subpoena 013139



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38248

77-7869/2913

\*\*\*\* EIGHT THOUSAND FOUR HUNDRED FIFTY AND 24/100 DOLLARS

07/01/21        $8,450.24\*\*\*

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈038248⑈  ⑉ ⑉  4695 ⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38391

77-7869/2913

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**** FOUR THOUSAND FIVE HUNDRED SIXTY AND 33/100 DOLLARS

07/23/21          $4,560.33***

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈038391⑈   ⑆          ⑈:          4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38404

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

08/01/21        $7,500.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈038404⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 013317



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38417

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

08/01/21          $3,000.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑆038417⑆  ⑈          ⑈          4695⑆

RRSB FCCU Subpoena 013321

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38477

77-7869/2913

\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS

08/03/21          $3,497.89\*\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND   58104

Business Account

Authorized Signature

⑈038477⑈  ⑆        ⑆        4695⑈

RRSB FCCU Subpoena 013363

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38416

77-7869/2913

**** ELEVEN THOUSAND FOUR HUNDRED NINETY TWO AND 30/100 DOLLARS

08/01/21          $11,492.30**

TO THE
ORDER OF

FCCU
4521 19TH AVE S
FARGO, ND    58103

Business Account

Authorized Signature

⑈038416⑈  ⑆_____⑆  _____4695⑈

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38464

77-7869/2913

\*\*\*\* TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS

TO THE
ORDER OF

08/01/21        $2,970.70\*\*\*

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND     58108

Business Account

Authorized Signature

⑆038464⑆  ⑆▉▉▉⑆  ▉▉▉4695⑆

RRSB FCCU Subpoena 013399



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38461

77-7869/2913

\*\*\*\* TWO THOUSAND EIGHT HUNDRED FORTY AND 45/100 DOLLARS

08/01/21          $2,840.45\*\*\*

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈038461⑈  ⑆          ⑆           4695⑈

RRSB FCCU Subpoena 013401



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38434

77-7869/2913

\*\*\*\* EIGHT THOUSAND FOUR HUNDRED FIFTY AND 24/100 DOLLARS

08/01/21 $8,450.24\*\*\*

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND 58109

Business Account

_____
Authorized Signature

⑈038434⑈ ⑆▮▮▮▮▮⑆ ▮▮▮▮4695⑈

RRSB FCCU Subpoena 013441



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38508

77-7869/2913

\*\*\*\* FOUR THOUSAND FIVE HUNDRED SIXTY AND 33/100 DOLLARS

08/17/21            $4,560.33\*\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD   57201

Business Account

Authorized Signature

⑈038508⑈    ⑆                ⑆                4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38459

77-7869/2913

\*\*\*\* TWENTY FOUR THOUSAND FORTY SIX AND 65/100 DOLLARS

08/01/21          $24,046.65\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND   58104

Business Account

_____
Authorized Signature

⑈038459⑈  ⑆          ⑊          4695⑈

RRSB FCCU Subpoena 013477



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38581

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

09/01/21          $7,500.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈038581⑈ ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 013489



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38611

77-7869/2913

\*\*\*\* TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS

09/01/21          $2,970.70\*\*\*

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈038611⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 013513



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38614

77-7869/2913

**** TWO THOUSAND EIGHT HUNDRED FORTY AND 45/100 DOLLARS

09/01/21          $2,840.45***

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈038614⑈ ⑆             ⑆         4695⑈

RRSB FCCU Subpoena 013515



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38563

77-7869/2913

**\*\*\*\* THREE THOUSAND AND 00/100 DOLLARS**

09/01/21          $3,000.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑆038563⑆ ⑆ ████ ⑆ ████4695⑆

RRSB FCCU Subpoena 013525



TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE IT SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38573

77-7869/2913

**** ELEVEN THOUSAND FOUR HUNDRED NINETY TWO AND 30/100 DOLLARS

TO THE
ORDER OF

09/01/21          $11,492.30**

FCCU
4521 19TH AVE S
FARGO, ND   58103

Business Account

Authorized Signature

⑈038573⑈ ⑆ ███████ ⑆ ██████4695█⑈

RRSB FCCU Subpoena 013665



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38655

77-7869/2913

\*\*\*\* FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

09/13/21        $4,650.31\*\*\*

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑆038655⑆  ⑈ ▮▮▮▮▮▮ ⑈  ▮▮▮▮▮▮ 4695▮⑆

RRSB FCCU Subpoena 013681



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38636

77-7869/2913

**** ONE HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS

09/13/21                    $150,000.00*

TO THE
ORDER OF

AMERICAN FEDERAL BANK
BOX 2726
FARGO, ND    58108

Business Account

Authorized Signature

⑈038636⑈  ⑆           ⑆           ⑈695⑈

RRSB FCCU Subpoena 013691



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38643

77-7869/2913

**** THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS

09/13/21        $3,497.89***

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈038643⑈  ⑆███████⑆  ████████4695█⑈

RRSB FCCU Subpoena 013739

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38578

77-7869/2913

**** TWENTY TWO THOUSAND NINE HUNDRED FIFTY THREE AND 62/100 DOLLARS

09/01/21          $22,953.62**

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

_____
Authorized Signature

⑈038578⑈  ⑆[REDACTED]⑆  [REDACTED]4695⑈

RRSB FCCU Subpoena 013743

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38672

77-7869/2913

**** FOUR THOUSAND FIVE HUNDRED SIXTY AND 33/100 DOLLARS

09/14/21          $4,560.33***

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈038672⑈  ⑆            ⑆            4695⑈

RRSB FCCU Subpoena 013791



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38588

77-7869/2913

**** EIGHT THOUSAND FOUR HUNDRED FIFTY AND 24/100 DOLLARS

09/01/21          $8,450.24***

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑆038588⑆ ⑈ ▮▮▮▮▮▮ ⑈ ▮▮▮▮▮ 4695 ⑈

RRSB FCCU Subpoena 013839



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38712

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

10/01/21          $3,000.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND   58206

Business Account

Authorized Signature

⑈038712⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 013975



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38768

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

10/01/21          $7,500.00***

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈038768⑈  ⑆▉▉▉▉⑆  ▉▉▉▉4695▉⑈

RRSB FCCU Subpoena 013977



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38799

77-7869/2913

**** FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

10/08/21          $4,650.31***

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND   58106

Business Account

Authorized Signature

⑈038799⑈  ⑆              ⑆          4695⬛⑈

RRSB FCCU Subpoena 013989



Craig Properties, LLC
PO Box 428
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38795

77-7869/2913

**** THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS

10/08/21          $3,497.89***

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

�串038795�串  ⑝              ⑝              4695

RRSB FCCU Subpoena 014003

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38773

77-7869/2913

**** TWO THOUSAND EIGHT HUNDRED FORTY AND 45/100 DOLLARS

10/01/21          $2,840.45***

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈038773⑈  ⑆ ▮▮▮▮▮▮ ⑆  ▮▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 014019

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38763

77-7869/2913

\*\*\*\* TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS

10/01/21          $2,970.70\*\*\*

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑆038763⑆ ⑈ ▉ ⑈ ▉4695▉⑆

RRSB FCCU Subpoena 014021



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38798

77-7869/2913

\*\*\*\* FOUR THOUSAND FIVE HUNDRED SIXTY AND 33/100 DOLLARS

10/08/21        $4,560.33\*\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈038798⑈  ⑆░░░░░⑆  ░░░░4695⑊

RRSB FCCU Subpoena 014057



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38745

77-7869/2913

**** EIGHT THOUSAND FOUR HUNDRED FIFTY AND 24/100 DOLLARS

10/01/21        $8,450.24***

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND    58109

Business Account

_____
Authorized Signature

⑈038745⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 014131

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC.**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38771

77-7869/2913

\*\*\*\* TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

10/01/21          $21,860.59\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈038771⑈  ⑈⬛⬛⬛⬛⑈  ⬛⬛⬛4895⑈

RRSB FCCU Subpoena 014139



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38844

77-7869/2913

\*\*\*\* ONE HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

10/14/21 $150,000.00\*

AMERICAN FEDERAL BANK
BOX 2726
FARGO, ND 58108

Business Account

Authorized Signature

⑆038844⑆ ⑇ ⑈ 4695⑆

RRSB FCCU Subpoena 014183

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38895

77-7869/2913

**\* \* \* \*  ELEVEN  THOUSAND  FOUR  HUNDRED  NINETY  TWO  AND  30/100  DOLLARS**

11/01/21         $11,492.30\*\*

TO THE
ORDER OF

FCCU
4521 19TH AVE S
FARGO, ND    58103

Business Account

Authorized Signature

⑈038895⑈  ⑆          ⑉          4695⑆

RRSB FCCU Subpoena 014193



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38882

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

11/01/21          $3,000.00***

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈038882⑈  ⑆▮▮▮▮▮▮▮⑆  ▮▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 014209

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRPTION OF THE 11 SECURTY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**38955**

77-7869/2913

\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS

11/02/21          $3,497.89\*\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈038955⑈  ⑆ ▮▮▮▮▮ ⑆  ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 014223



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38932

77-7869/2913

\*\*\*\* SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

11/01/21          $7,500.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND   58206

Business Account

Authorized Signature

⑆038932⑈   ⑆ ⬛⬛⬛⬛⬛ ⑉   ⬛⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 014321

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38928

77-7869/2913

\*\*\*\* TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS

11/01/21        $2,970.70\*\*\*

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑆038928⑆  ⑈ ▮▮▮▮▮▮ ⑆  ▮▮▮▮▮4695⑈

RRSB FCCU Subpoena 014349



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38978

77-7869/2913

**** FOUR THOUSAND FIVE HUNDRED SIXTY AND 33/100 DOLLARS

11/08/21          $4,560.33***

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈038978⑈  ⑆                ⑆              4695⑈

RRSB FCCU Subpoena 014371

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**38899**

77-7869/2913

**** TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS

11/01/21          $21,860.59**

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈038899⑈  ⑆ ▮▮▮▮▮ ⑆   ▮▮▮▮▮4695 ⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38909

77-7869/2913

**** EIGHT THOUSAND FOUR HUNDRED FIFTY AND 24/100 DOLLARS

11/01/21        $8,450.24***

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND    58109

Business Account

_____
Authorized Signature

⑈038909⑈ ⑆ ▉ ⑆ ▉4695▉⑈

RRSB FCCU Subpoena 014441



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39101

77-7869/2913

**** FOUR THOUSAND SEVEN HUNDRED FORTY THREE AND 31/100 DOLLARS

12/02/21        $4,743.31***

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑆039101⑆  ⑆          ⑆    4695⑆

RRSB FCCU Subpoena 014517



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39022

77-7869/2913

\*\*\*\* THREE THOUSAND AND 00/100 DOLLARS

12/01/21          $3,000.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑆039022⑆ ⑈▮▮▮▮▮⑈ ▮▮▮▮▮4695⑈

RRSB FCCU Subpoena 014537



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39066

77-7869/2913

**** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

12/01/21        $7,500.00***

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈039066⑈ ⑆▉⑆ ▉4695▉⑈

RRSB FCCU Subpoena 014585

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39116

77-7869/2913

**** THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS

TO THE
ORDER OF

12/07/21          $3,497.89***

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑆039116⑈  ⑉_____⑉  _____4695⑈

RRSB FCCU Subpoena 014593

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39103

77-7869/2913

\*\*\*\* TWENTY TWO THOUSAND NINE HUNDRED FIFTY THREE AND 62/100 DOLLARS

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 136
FARGO, ND    58104

12/02/21        $22,953.62\*\*



Business Account

Authorized Signature

⑈039103⑈  ⑆▮▮▮▮▮⑆  ▮▮▮4695⑈

RRSB FCCU Subpoena 014595



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39160

77-7869/2913

**** SIX THOUSAND AND 00/100 DOLLARS

12/09/21          $6,000.00***

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈039160⑈  ⑆▆▆▆▆⑆  ▆▆▆▆4695▆⑈

RRSB FCCU Subpoena 014645

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39090

77-7869/2913

\*\*\*\* TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS

12/01/21        $2,970.70\*\*\*

TO THE
ORDER OF

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

_____
Authorized Signature

⑆039090⑈    ⑆ ▮ ⑆    ▮ 4695▮⑈

RRSB FCCU Subpoena 014647



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39078

77-7869/2913

**** EIGHT THOUSAND FOUR HUNDRED FIFTY AND 24/100 DOLLARS

12/01/21          $8,450.24***

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND    58109

Business Account

_____
Authorized Signature

⑈039078⑈ ⑆ ⬛⬛⬛⬛ ⑈ ⬛⬛⬛4695⑈

RRSB FCCU Subpoena 014703

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39182

77-7869/2913

**** THIRTY SEVEN THOUSAND THREE HUNDRED EIGHTY NINE AND 09/100 DOLLARS

12/16/21          $37,389.09**

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈039182⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 014759



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39186

77-7869/2913

**** NINE THOUSAND THREE HUNDRED NINETY THREE AND 62/100 DOLLARS

12/21/21        $9,393.62***

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑈039186⑈  ⑆⬛⬛⬛⬛⑆  ⬛⬛⬛4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39255

77-7869/2913

**** FOUR THOUSAND FIVE HUNDRED SIXTY AND 33/100 DOLLARS

12/30/21        $4,560.33***

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈039255⑈ ⑆▮▮▮▮▮⑆ ▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 014827

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39199

77-7869/2913

**** ELEVEN THOUSAND FOUR HUNDRED NINETY TWO AND 30/100 DOLLARS

12/30/21          $11,492.30**

TO THE
ORDER OF

FCCU
4521 19TH AVE S
FARGO, ND    58103

Business Account

Authorized Signature

⑈039199⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 014837

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39244

77-7869/2913

\*\*\*\*  TWO  THOUSAND  FOUR  HUNDRED  TWENTY  SIX  AND  50/100  DOLLARS

TO THE
ORDER OF

12/30/21          $2,426.50\*\*\*

TOWN  AND  COUNTRY  CREDIT  UNION
925  14TH  AVE  E
WEST  FARGO,  ND      58078

Business Account

Authorized Signature

⑈039244⑈  ⑆ ⑆      4695 ⑈

RRSB FCCU Subpoena 014849



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39204

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

12/30/21          $3,000.00***

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND   58206

Business Account

Authorized Signature

⑆039204⑆ ⑆ ▓▓▓▓▓ ⑈ ▓▓▓▓▓ 4695⑆

RRSB FCCU Subpoena 014861



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39213

77-7869/2913

\*\*\*\* SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

12/30/21          $7,500.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈039213⑈  ⑆ ⑇  ⑈46⑆95⑈⑆

RRSB FCCU Subpoena 014867

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39245

77-7869/2913

\*\*\*\* TWO THOUSAND NINE HUNDRED SEVENTY AND 70/100 DOLLARS

TO THE
ORDER OF

12/30/21          $2,970.70\*\*\*

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑈039245⑈   ⑆           ⑈:          4695⑈

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39299

77-7869/2913

\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS

TO THE
ORDER OF

01/05/22          $3,497.89\*\*\*

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈039299⑈ ⑆ ▓▓▓▓ ⑆ ▓▓▓ 4695⑈

RRSB FCCU Subpoena 014929

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39300

77-7869/2913

\*\*\*\* FOUR THOUSAND FIVE HUNDRED SIXTY AND 33/100 DOLLARS

01/05/22          $4,560.33\*\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD    57201

Business Account

_____
Authorized Signature

⑈039300⑈  ⑆▓▓▓▓▓⑆  ▓▓▓▓▓4695⑆

RRSB FCCU Subpoena 014971



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39228

77-7869/2913

**** EIGHT THOUSAND FOUR HUNDRED FIFTY AND 24/100 DOLLARS

12/30/21          $8,450.24***

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND   58109

Business Account

Authorized Signature

⑈039228⑈  ⑆▓▓▓▓▓⑆  ▓▓▓4695⑈

RRSB FCCU Subpoena 014989

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39313

77-7869/2913

**** FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

01/10/22          $4,650.31***

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑈039313⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 015045

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**39304**

77-7869/2913

**** TWENTY TWO THOUSAND SIX HUNDRED NINETY AND 15/100 DOLLARS

01/05/22          $22,690.15**

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈039304⑈ ⑆⬛⬛⬛⬛⑆ ⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 015051

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39358

77-7869/2913

\*\*\*\* THREE THOUSAND AND 00/100 DOLLARS

01/27/22                $3,000.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑈039358⑈  ⑆           ⑆           4695⑈

RRSB FCCU Subpoena 015199



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39365

77-7869/2913

\*\*\*\*  SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

01/27/22          $7,500.00\*\*\*

TO THE
ORDER OF

ALERUS FINANCIAL
BOX 6001
GRAND FORKS, ND    58206

Business Account

Authorized Signature

⑊039365⑊  ⑆[ ]⑆  [ ]4695⑊

RRSB FCCU Subpoena 015201

DO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE L  SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**39437**

77-7869/2913

**\*\*\*\* THREE THOUSAND FOUR HUNDRED NINETY SEVEN AND 89/100 DOLLARS**

01/31/22          $3,497.89\*\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈039437⑈  ⑆                ⑆                4695⑈

RRSB FCCU Subpoena 015241

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39399

77-7869/2913

\*\*\*\* FOUR THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

01/27/22          $4,800.00\*\*\*

UNITED SAVINGS CREDIT UNION
BOX 2308
FARGO, ND    58108

Business Account

Authorized Signature

⑆039399⑆  ⑈                ⑈                4695⑆

RRSB FCCU Subpoena 015263



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39490

77-7869/2913

\*\*\*\* FOUR THOUSAND SEVEN HUNDRED EIGHTY EIGHT AND 35/100 DOLLARS

02/08/22        $4,788.35\*\*\*

TO THE
ORDER OF

PLAINS COMMERCE BANK
109 1ST AVE SE
WATERTOWN, SD   57201

Business Account

Authorized Signature

⑆039490⑈  ⑈                 ⑇            4695⑈

RRSB FCCU Subpoena 015295



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39380

77-7869/2913

\*\*\*\* EIGHT THOUSAND FOUR HUNDRED FIFTY AND 24/100 DOLLARS

01/27/22          $8,450.24\*\*\*

TO THE
ORDER OF

MEADOWLARK CAPITAL, LLC
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈039380⑈   ⑆▆▆▆▆⑆   ▆▆▆4695⑈

RRSB FCCU Subpoena 015315

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39523

77-7869/2913

**\*\*\*\* THREE THOUSAND FOUR HUNDRED AND 00/100 DOLLARS**

TO THE
ORDER OF

02/15/22          $3,400.00\*\*\*

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND   58104

Business Account

Authorized Signature

⑈039523⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 015345

TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39431

77-7869/2913

**\*\*\*\* TWENTY ONE THOUSAND EIGHT HUNDRED SIXTY AND 59/100 DOLLARS**

01/31/22                    $21,860.59\*\*

TO THE
ORDER OF

GREAT WESTERN BANK
5675 26TH AVE S
STE 156
FARGO, ND    58104

Business Account

Authorized Signature

⑈039431⑈  ⑆ ▓▓▓▓▓ ⑆  ▓▓▓ 4695⑈

RRSB FCCU Subpoena 015349



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39526

77-7869/2913

**** FOUR THOUSAND SIX HUNDRED FIFTY AND 31/100 DOLLARS

02/17/22          $4,650.31***

TO THE
ORDER OF

STARION FINANCIAL
2754 BRANDT DR S
FARGO, ND    58106

Business Account

Authorized Signature

⑆039526⑆  ⑆          ⑈          4695⑆

RRSB FCCU Subpoena 015361