# Exhibit G

# Table of Transfers to Luxury Vendors

## Checks from FCCU Craig Properties Acct. -4695

## Transfers to Vendors of Luxury Goods or Services

| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. |
|---|---|---|---|---|---|---|
| Interlake Sports Center LLC | $3,178.00 | 11/4/2020 | Craig Properties | Check 36776 | FCCU Craig Properties | 4695 |
| Wheels Powersports Inc. | $2,784.45 | 11/5/2020 | Craig Properties | Check 37027 | FCCU Craig Properties | 4695 |
| Site on Sound | $911.13 | 11/19/2020 | Craig Properties | Check 37057 | FCCU Craig Properties | 4695 |
| Luxor Autosports | $2,029.62 | 11/20/2020 | Craig Properties | Check 37076 | FCCU Craig Properties | 4695 |
| Fargo Tire Services Inc. | $1,349.99 | 11/23/2020 | Craig Properties | Check 36975 | FCCU Craig Properties | 4695 |
| Diesel Dobermans | $400.00 | 11/25/2020 | Craig Properties | Check 36918 | FCCU Craig Properties | 4695 |
| Hofmann Designs | $4,000.00 | 12/1/2020 | Craig Properties | Check 36066 | FCCU Craig Properties | 4695 |
| Designer Homes | $1,311.89 | 12/10/2020 | Craig Properties | Check 37124 | FCCU Craig Properties | 4695 |
| Devito Racing Compound | $962.87 | 12/21/2020 | Craig Properties | Check 37232 | FCCU Craig Properties | 4695 |
| Luxor Autosports | $2,500.00 | 12/30/2020 | Craig Properties | Check 37252 | FCCU Craig Properties | 4695 |
| Hofmann Designs | $3,000.00 | 1/6/2021 | Craig Properties | Check 37318 | FCCU Craig Properties | 4695 |
| Designer Homes | $1,311.89 | 1/13/2021 | Craig Properties | Check 37265 | FCCU Craig Properties | 4695 |
| Northwest Autobody | $1,000.00 | 1/20/2021 | Craig Properties | Check 37357 | FCCU Craig Properties | 4695 |
| Fargo Country Club | $1,554.69 | 1/21/2021 | Craig Properties | Check 37269 | FCCU Craig Properties | 4695 |
| Harrington & Associates | $2,035.00 | 1/26/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Crown Jewels | $10,347.25 | 1/27/2021 | Craig Properties | Check 37403 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $1,850.00 | 1/29/2021 | Craig Properties | Check 37369 | FCCU Craig Properties | 4695 |
| Hofmann Designs | $4,000.00 | 2/3/2021 | Craig Properties | Check 37398 | FCCU Craig Properties | 4695 |
| Designer Homes | $1,311.89 | 2/8/2021 | Craig Properties | Check 37438 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $2,010.72 | 2/11/2021 | Craig Properties | Check 37464 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $1,586.00 | 3/2/2021 | Craig Properties | Check 37540 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $1,848.46 | 3/9/2021 | Craig Properties | Check 37511 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $1,019.22 | 3/9/2021 | Craig Properties | Check 37542 | FCCU Craig Properties | 4695 |
| Flashback Trim | $1,824.26 | 3/10/2021 | Craig Properties | Check 37650 | FCCU Craig Properties | 4695 |
| Designer Homes | $1,311.89 | 3/11/2021 | Craig Properties | Check 37574 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $1,800.00 | 3/16/2021 | Craig Properties | Check 37646 | FCCU Craig Properties | 4695 |
| Valley Imports | $25,139.65 | 3/18/2021 | Craig Properties | Check 37673 | FCCU Craig Properties | 4695 |
| Fargo Tire Services Inc. | $1,793.68 | 3/18/2021 | Craig Properties | Check 37632 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $2,732.33 | 3/22/2021 | Craig Properties | Check 37601 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $6,275.90 | 3/22/2021 | Craig Properties | Check 37653 | FCCU Craig Properties | 4695 |
| U Motors Inc. | $20,082.00 | 3/23/2021 | Craig Properties | Check 37713 | FCCU Craig Properties | 4695 |
| Vision Lincoln | $68,005.00 | 3/27/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| OMR Services LLC | $5,944.00 | 3/30/2021 | Craig Properties | Check 37724 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $700.00 | 3/30/2021 | Craig Properties | Check 37720 | FCCU Craig Properties | 4695 |
| Stoudt Lincoln | $65,000.00 | 3/30/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Valley Imports | $100,413.55 | 4/6/2021 | Craig Properties | Check 37734 | FCCU Craig Properties | 4695 |
| Window Tint Pros | $710.00 | 4/7/2021 | Craig Properties | Check 37803 | FCCU Craig Properties | 4695 |
| U Motors Inc. | $1,289.37 | 4/9/2021 | Craig Properties | Check 37829 | FCCU Craig Properties | 4695 |
| Whitaker Sports and Classic Cars | $43,557.04 | 4/12/2021 | Craig Properties | Check 37828 | FCCU Craig Properties | 4695 |
| Fargo Tire Services Inc. | $993.54 | 4/13/2021 | Craig Properties | Check 37830 | FCCU Craig Properties | 4695 |
| Luxor Autosports | $7,217.00 | 4/14/2021 | Craig Properties | Check 37851 | FCCU Craig Properties | 4695 |
| Site On Sound | $1,564.98 | 4/19/2021 | Craig Properties | Check 37816 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $1,852.00 | 4/20/2021 | Craig Properties | Check 37852 | FCCU Craig Properties | 4695 |
| Window Tint Pros | $630.00 | 4/20/2021 | Craig Properties | Check 37866 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $6,881.22 | 4/21/2021 | Craig Properties | Check 37845 | FCCU Craig Properties | 4695 |
| Quality Pool and Spa | $4,987.50 | 4/28/2021 | Craig Properties | Check 37895 | FCCU Craig Properties | 4695 |
| Devito Racing Compound | $2,898.00 | 4/28/2021 | Craig Properties | Check 37897 | FCCU Craig Properties | 4695 |
| Pegasus LLC | $12,386.25 | 4/29/2021 | Craig Properties | Check 37326 | FCCU Craig Properties | 4695 |
| Pegasus LLC | $464.48 | 4/29/2021 | Craig Properties | Check 37764 | FCCU Craig Properties | 4695 |
| Pegasus LLC | $464.48 | 4/29/2021 | Craig Properties | Check 37513 | FCCU Craig Properties | 4695 |

| General Awning | $13,676.40 | 5/4/2021 | Craig Properties | Check 37872 | FCCU Craig Properties | 4695 |
|---|---|---|---|---|---|---|
| Window Tint Pros | $1,000.00 | 5/6/2021 | Craig Properties | Check 37944 | FCCU Craig Properties | 4695 |
| Pegasus LLC | $9,510.00 | 5/10/2021 | Craig Properties | Check 37957 | FCCU Craig Properties | 4695 |
| Pegasus LLC | $464.48 | 5/10/2021 | Craig Properties | Check 37932 | FCCU Craig Properties | 4695 |
| Luxor Autosports | $1,000.00 | 5/11/2021 | Craig Properties | Check 37893 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $2,255.20 | 5/11/2021 | Craig Properties | Check 37930 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $700.00 | 6/1/2021 | Craig Properties | Check 38101 | FCCU Craig Properties | 4695 |
| Window Tint Pros | $400.00 | 6/3/2021 | Craig Properties | Check 38089 | FCCU Craig Properties | 4695 |
| MN Inboard Watersports | $85,262.00 | 6/9/2021 | Craig Properties | Check 37961 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $3,075.00 | 6/14/2021 | Craig Properties | Check 38122 | FCCU Craig Properties | 4695 |
| Site On Sound | $11,632.44 | 6/18/2021 | Craig Properties | Check 38138 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $3,217.40 | 6/24/2021 | Craig Properties | Check 38167 | FCCU Craig Properties | 4695 |
| Fargo Tire Services Inc. | $3,558.19 | 6/25/2021 | Craig Properties | Check 38127 | FCCU Craig Properties | 4695 |
| Pegasus LLC | $464.48 | 6/25/2021 | Craig Properties | Check 38073 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $12,455.88 | 6/28/2021 | Craig Properties | Check 38156 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $1,106.00 | 6/28/2021 | Craig Properties | Check 38072 | FCCU Craig Properties | 4695 |
| Designer Homes | $3,935.67 | 6/28/2021 | Craig Properties | Check 38202 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $1,065.55 | 6/29/2021 | Craig Properties | Check 38206 | FCCU Craig Properties | 4695 |
| Josh Radcliffe | $4,500.00 | 6/29/2021 | Craig Properties | Check 38147 | FCCU Craig Properties | 4695 |
| Crown Jewels | $994.38 | 7/15/2021 | Craig Properties | Check 38327 | FCCU Craig Properties | 4695 |
| Designer Homes | $1,311.89 | 7/16/2021 | Craig Properties | Check 38330 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $2,720.00 | 7/20/2021 | Craig Properties | Check 38326 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $2,410.78 | 7/20/2021 | Craig Properties | Check 38252 | FCCU Craig Properties | 4695 |
| Urban Foods Catering | $3,254.50 | 7/20/2021 | Craig Properties | Check 38335 | FCCU Craig Properties | 4695 |
| Apollo Aero, LLC | $1,612.01 | 7/23/2021 | Craig Properties | Check 38227 | FCCU Craig Properties | 4695 |
| Apollo Aero, LLC | $7,034.92 | 7/23/2021 | Craig Properties | Check 38098 | FCCU Craig Properties | 4695 |
| Pegasus LLC | $464.48 | 7/23/2021 | Craig Properties | Check 38253 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $2,372.00 | 8/3/2021 | Craig Properties | Check 38394 | FCCU Craig Properties | 4695 |
| Designer Homes | $1,311.89 | 8/5/2021 | Craig Properties | Check 38413 | FCCU Craig Properties | 4695 |
| Lakes Specialty Services | $1,000.00 | 8/6/2021 | Craig Properties | Check 38431 | FCCU Craig Properties | 4695 |
| VIP Catering | $1,135.98 | 8/12/2021 | Craig Properties | Check 38345 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $4,708.15 | 8/20/2021 | Craig Properties | Check 38438 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $1,700.00 | 8/20/2021 | Craig Properties | Check 38501 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $2,570.00 | 8/20/2021 | Craig Properties | Check 38499 | FCCU Craig Properties | 4695 |
| U Motors Inc. | $7,800.00 | 8/24/2021 | Craig Properties | Check 38515 | FCCU Craig Properties | 4695 |
| Designer Homes | $1,311.89 | 9/7/2021 | Craig Properties | Check 38570 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $2,349.22 | 9/7/2021 | Craig Properties | Check 38514 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $866.00 | 9/9/2021 | Craig Properties | Check 38557 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $2,645.00 | 9/20/2021 | Craig Properties | Check 38651 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $7,502.13 | 9/22/2021 | Craig Properties | Check 38594 | FCCU Craig Properties | 4695 |
| Fargo Country Club | $1,393.22 | 9/22/2021 | Craig Properties | Check 38642 | FCCU Craig Properties | 4695 |
| Crown Jewels | $248.33 | 9/22/2021 | Craig Properties | Check 38680 | FCCU Craig Properties | 4695 |
| Devito Racing Compound | $3,750.36 | 9/24/2021 | Craig Properties | Check 38691 | FCCU Craig Properties | 4695 |
| Crown Jewels | $4,297.31 | 9/28/2021 | Craig Properties | Check 38690 | FCCU Craig Properties | 4695 |
| Devito Racing Compound | $10,000.00 | 10/4/2021 | Craig Properties | Check 37871 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $2,920.00 | 10/20/2021 | Craig Properties | Check 38834 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $14,633.89 | 10/21/2021 | Craig Properties | Check 38750 | FCCU Craig Properties | 4695 |
| U Motors Inc. | $541.07 | 11/1/2021 | Craig Properties | Check 38870 | FCCU Craig Properties | 4695 |
| Luther Family Buick GMC | $11,420.84 | 11/5/2021 | Craig Properties | Check 38966 | FCCU Craig Properties | 4695 |
| Pegasus LLC | $28,108.73 | 11/8/2021 | Craig Properties | Check 38785 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $17,412.29 | 11/9/2021 | Craig Properties | Check 38914 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $700.00 | 11/10/2021 | Craig Properties | Check 38872 | FCCU Craig Properties | 4695 |
| Fargo Tire Services Inc. | $1,581.91 | 11/16/2021 | Craig Properties | Check 38968 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $2,750.00 | 11/22/2021 | Craig Properties | Check 38960 | FCCU Craig Properties | 4695 |

| Fargo Tire Services Inc. | $1,092.00 | 12/14/2021 | Craig Properties | Check 39118 | FCCU Craig Properties | 4695 |
| Luxor Autosports | $5,371.60 | 12/14/2021 | Craig Properties | Check 39167 | FCCU Craig Properties | 4695 |
| Boulder Creek Outfitters | $5,000.00 | 12/14/2021 | Craig Properties | Check 39110 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $11,226.28 | 12/15/2021 | Craig Properties | Check 39081 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $3,350.00 | 12/16/2021 | Craig Properties | Check 39086 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $250.00 | 12/24/2021 | Craig Properties | Check 39163 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $16,591.32 | 1/12/2022 | Craig Properties | Check 39233 | FCCU Craig Properties | 4695 |
| Josh Radcliffe | $10,000.00 | 2/1/2022 | Craig Properties | Check 39351 | FCCU Craig Properties | 4695 |
| Sundown Stables, LLC | $1,275.00 | 2/1/2022 | Craig Properties | Check 39325 | FCCU Craig Properties | 4695 |
| Crown Jewels | $41,772.70 | 2/9/2022 | Craig Properties | Check 39463 | FCCU Craig Properties | 4695 |
| OMR Services LLC | $7,675.07 | 2/16/2022 | Craig Properties | Check 39441 | FCCU Craig Properties | 4695 |
| Luxor Autosports | $4,049.00 | 2/16/2022 | Craig Properties | Check 39478 | FCCU Craig Properties | 4695 |

**Total Transfers:**     **$862,986.02**



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36776

77-7869/2913

11-2-20

$3178⁰⁰

TO THE
ORDER OF   Interstate Sports

Three thousand one hundred seventy eight and ⁰⁰/

Business Account

Authorized Signature

⑈036776⑈  ⑆ ▉▉▉▉ ⑆  ▉▉▉▉ 4695⑈

RRSB FCCU Subpoena 010597



RRSB FCCU Subpoena 010598

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37027

77-7869/2913

11-3-20          $2784 45

TO THE
ORDER OF    Wheels, Inc.

Two thousand seven hundred eighty rights four and 45/100

Business Account

Authorized Signature

⑆037027⑆  ⑈            ⑈            4695⑇



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37057

77-7869/2913

11/13/20

$ 911.13

TO THE
ORDER OF    Site on Sound

nine hundred eleven and $\frac{13}{100}$ dollas

Business Account

Authorized Signature

⑆037057⑆ ⑈ ⑆ 4695⑈

RRSB FCCU Subpoena 010731



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37076

77-7869/2913

**** TWO THOUSAND TWENTY NINE AND 62/100 DOLLARS

11/18/20          $2,029.62***

TO THE
ORDER OF

LUXOR AUTOSPORTS

Business Account

Authorized Signature

⑈037076⑈  ⑆⬛⬛⬛⑆  ⬛⬛⬛4695⑈

RRSB FCCU Subpoena 010741

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

36975

77-7869/2913

**** ONE THOUSAND THREE HUNDRED FORTY NINE AND 99/100 DOLLARS

11/02/20          $1,349.99***

TO THE
ORDER OF

FARGO TIRE SERVICE INC
2020 MAIN AVE
FARGO, ND    58102

Business Account

_____
Authorized Signature

⑈036975⑈  ⑆          ⑈          4695⑈⑈

RRSB FCCU Subpoena 010777

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

36918

77-7869/2913

\*\*\*\*  FOUR HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

10/22/20          $400.00\*\*\*\*\*

DIESEL DOBERMANS
BOX 93
HAGUE, ND    58542

Business Account

Authorized Signature

⑈036918⑈  ⑆⬛⬛⬛⬛⬛⑆  ⬛⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 010823



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36066

77-7869/2913

**** FOUR THOUSAND AND 00/100 DOLLARS

04/01/20        $4,000.00***

TO THE
ORDER OF

HOFMANN DESIGNS
712 HWY 55 E
BUFFALO, MN  55313

Business Account

Authorized Signature

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈036066⑈  ⑆ ▮▮▮▮▮ ⑆  ▮▮▮▮4695▮⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

37124

**** ONE THOUSAND THREE HUNDRED ELEVEN AND 89/100 DOLLARS

TO THE
ORDER OF

12/02/20        $1,311.89***

DESIGNER HOMES
4342 15TH AVE S
SUITE 105
FARGO, ND  58103

Business Account

_____
Authorized Signature

⑆037124⑆  ⑈ ⑈  4695⑆

RRSB FCCU Subpoena 010909



**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37232

77-7869/2913

**** NINE HUNDRED SIXTY TWO AND 87/100 DOLLARS

12/18/20          $962.87*****

TO THE
ORDER OF

DEVITO RACING COMPOUND

Business Account

Authorized Signature

⑈⑈037232⑈⑈ ⑈: ▮▮▮▮ ⑈: ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 011085

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37252

77-7869/2913

**\*\*\*\* TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS**

12/29/20      $2,500.00\*\*\*

TO THE
ORDER OF

LUXOR AUTOSPORTS

Business Account

Authorized Signature

⑈037252⑈  ⑆████████⑆  ████████4695█⑈

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

37318

VOID VOID VOID VOID VOID VOID

\* \* \* \*  THREE THOUSAND AND 00/100 DOLLARS

VOID VOID VOID

12/31/20          $3,000.00\*\*\*

TO THE
ORDER OF

HOFMANN DESIGNS
712 HWY 55 E
BUFFALO, MN   55313

VOID VOID VOID

Business Account

Authorized Signature

⑈037318⑈  ⑆▉▉▉▉⑆  ▉▉▉▉695▉⑈

RRSB FCCU Subpoena 011189

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

37265

**\*\*\*\* ONE THOUSAND THREE HUNDRED ELEVEN AND 89/100 DOLLARS**

TO THE
ORDER OF

12/30/20          $1,311.89\*\*\*

DESIGNER HOMES
4342 15TH AVE S
SUITE 105
FARGO, ND  58103



Business Account

Authorized Signature

⑆037265⑈ ⑆      ⑆      ⑈695⑆

RRSB FCCU Subpoena 011247



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37357

77-7869/2913

**** ONE THOUSAND AND 00/100 DOLLARS

01/11/21          $1,000.00***

TO THE
ORDER OF

NORTHWEST AUTOBODY

Business Account

Authorized Signature

⑈037357⑈  ⑈␣␣␣␣␣⑈  ␣␣␣␣␣4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37269

77-7869/2913

**\*\*\*\* ONE THOUSAND FIVE HUNDRED FIFTY FOUR AND 69/100 DOLLARS**

12/30/20          $1,554.69\*\*\*

TO THE
ORDER OF

FARGO COUNTRY CLUB
509 26TH AVE S
FARGO, ND    58103

Business Account

Authorized Signature

1586

⑈037269⑈ ⑆ ⑆ 4695 ⑈

RRSB FCCU Subpoena 011299



```
FP TRANSACTION  01-26-21  12:59:52  MEMBER ■4695CR                    1 1504
             FOR CRAIG PROPERTIES LLC  AS Jessie
RECEIVED          5000.00  IN CASH
 BILLS: 50s: 2100.00     100s: 2900.00
WITHDRAWAL         2035.00 ■4695-2        BUSINESS REWARDS
   PREV BAL     347541.84 NEW BAL      345506.84
DISBURSED 7,030.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
   FEE: 5.00 TAX: 0.00
   PAYEE: HARRINGTON & ASSOCIATES
```





TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37403

77-7869/2913

**\*\*\*\* TEN THOUSAND THREE HUNDRED FORTY SEVEN AND 25/100 DOLLARS**

01/25/21          $10,347.25\*\*

TO THE
ORDER OF

CROWN JEWELS

Business Account

Authorized Signature

⑆037403⑆ ⑈ ██████ ⑇ ██████ 4695█ ⑈

RRSB FCCU Subpoena 011417



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37369

77-7869/2913

**** ONE THOUSAND EIGHT HUNDRED FIFTY AND 00/100 DOLLARS

01/14/21          $1,850.00***

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN   56560

Business Account

Authorized Signature

⑈037369⑈  ⑆ ▉▉▉ ⑆ ▉▉▉4695▉

RRSB FCCU Subpoena 011431



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37398

77-7869/2913

\*\*\*\* FOUR THOUSAND AND 00/100 DOLLARS

01/23/21                    $4,000.00\*\*\*

TO THE
ORDER OF

HOFMANN DESIGNS
712 HWY 55 E
BUFFALO, MN  55313

Business Account

Authorized Signature

⑆037398⑆  ⑈ ▮▮▮▮▮▮ ⑈  ▮▮▮▮▮▮ ⑈ .695 ▮

RRSB FCCU Subpoena 011459

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

37438

**** ONE THOUSAND THREE HUNDRED ELEVEN AND 89/100 DOLLARS

TO THE
ORDER OF

02/01/21          $1,311.89***

DESIGNER HOMES
4342 15TH AVE S
SUITE 105
FARGO, ND 58103

Business Account

Authorized Signature

⑈037438⑈  ⑆ ⑆  4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37464

77-7869/2913

\*\*\*\* TWO THOUSAND TEN AND 72/100 DOLLARS

TO THE
ORDER OF

02/01/21        $2,010.72\*\*\*

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈037464⑈  ⑆▮▮▮▮▮▮⑆  ▮▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 011539



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37540

77-7869/2913

\*\*\*\* ONE THOUSAND FIVE HUNDRED EIGHTY SIX AND 00/100 DOLLARS

02/19/21          $1,586.00\*\*\*

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑈⑈037540⑈⑈   ⑈███████⑈   ███████4695█⑈

RRSB FCCU Subpoena 011679

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37511

77-7869/2913

**** ONE THOUSAND EIGHT HUNDRED FORTY EIGHT AND 46/100 DOLLARS

02/06/21        $1,848.46***

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈⑆037511⑈⑆  ⑈◼◼◼◼◼◼⑆  ◼◼◼◼◼◼4695◼⑈

RRSB FCCU Subpoena 011725



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37542

77-7869/2913

\*\*\*\* ONE THOUSAND NINETEEN AND 22/100 DOLLARS

02/24/21          $1,019.22\*\*\*

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈037542⑈  ⑆▉▉▉▉⑆  ▉▉▉4695▉⑈

RRSB FCCU Subpoena 011727

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37650

77-7869/2913

\*\*\*\* ONE THOUSAND EIGHT HUNDRED TWENTY FOUR AND 26/100 DOLLARS

03/09/21          $1,824.26\*\*\*

TO THE
ORDER OF

FLASHBACK TRIM

Business Account

Authorized Signature

⑆037650⑆ ⑇          ⑇          4695⑆

RRSB FCCU Subpoena 011765

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

37574

\*\*\*\* ONE THOUSAND THREE HUNDRED ELEVEN AND 89/100 DOLLARS

03/02/21          $1,311.89\*\*\*

TO THE
ORDER OF

DESIGNER HOMES
4342 15TH AVE S
SUITE 105
FARGO, ND  58103

Business Account

_____
Authorized Signature

⑈037574⑈  ⑆ ▉▉▉▉▉▉ ⑆  ▉▉▉▉▉▉▉4695▉⑈

RRSB FCCU Subpoena 011769



**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37646

77-7869/2913

**** ONE THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

03/07/21          $1,800.00***

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑈037646⑈  ⑆⬛⬛⬛⬛⑆  ⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 011815



**Craig Properties, LLC**    2066329

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37673

77-7869/2913

\*\*\*\* TWENTY FIVE THOUSAND ONE HUNDRED THIRTY NINE AND 65/100 DOLLARS

03/15/21          $25,139.65\*\*

TO THE
ORDER OF

VALLEY IMPORTS

Business Account

Authorized Signature

⑆037673⑆ ⑈ ⑇ 4695⑆

RRSB FCCU Subpoena 011887



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37632

77-7869/2913

**** ONE THOUSAND SEVEN HUNDRED NINETY THREE AND 68/100 DOLLARS

03/02/21        $1,793.68***

TO THE
ORDER OF

FARGO TIRE SERVICE INC
2020 MAIN AVE
FARGO, ND   58102

Business Account

Authorized Signature

⑈O37632⑈  ⑆          ⑈:          4695⑈

RRSB FCCU Subpoena 011903



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37601

77-7869/2913

**** TWO THOUSAND SEVEN HUNDRED THIRTY TWO AND 23/100 DOLLARS

03/02/21          $2,732.23***

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

_____
Authorized Signature

⑈03760⑈  ⑆⬛⬛⬛⬛⑆  ⬛⬛⬛4695⑈

RRSB FCCU Subpoena 011961

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37653

77-7869/2913

**** SIX THOUSAND TWO HUNDRED SEVENTY FIVE AND 90/100 DOLLARS

03/09/21          $6,275.90***

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑆037653⑈ ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 011963



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37713

77-7869/2913

3-19-21                    $20,082.00

TO THE
ORDER OF     Al Motors
             Twenty thousand eighty two dollars and 00/

Business Account

Authorized Signature

⑈037713⑈ ⑆                ⑆              4695⑈

RRSB FCCU Subpoena 011993



03/22/2021

18

**DocuGard 04511 – 11 Security Features**

- DocuGard checks are Check 21 Compliant
- Prints VOID on front when duplicated
- Patterned background highlights erasure alterations
- Security warning is printed on front of check
- Watermark on back can be seen when check is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Check verification number is part of the watermark
- Microtext print contains the DocuGard name and is difficult to copy
- Anti-splice backer deters splicing of information
- Endorsement area prints VOID when duplicated
- Security Features Box lists tamper-resistant attributes

**Absence of any of these features may indicate alteration.**

Scratch box for verification number

FOR DEPOSIT ONLY
CORNERSTONE BANK
U MOTORS INC

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

RRSB FCCU Subpoena 011994


```
FP TRANSACTION  03-27-21  11:55:32  MEMBER ■4695CR              1 1517
              FOR CRAIG PROPERTIES LLC  AS JESSE CRAIG
WITHDRAWAL         68005.00 ■4695-2          BUSINESS REWARDS
    PREV BAL      1512563.97 NEW BAL      1444558.97
DISBURSED 68,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: VISION LINCOLN
            1405 1ST AVE N
            FARGO ND 58102
```



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37724

77-7869/2913

\*\*\*\* FIVE THOUSAND NINE HUNDRED FORTY FOUR AND 00/100 DOLLARS

03/23/21        $5,944.00\*\*\*

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND   58103

Business Account

Authorized Signature

⑈037724⑈  ⑆▆▆▆▆⑆  ▆▆▆▆4695⑈

RRSB FCCU Subpoena 012041



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37720

77-7869/2913

**** SEVEN HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

03/19/21        $700.00*****

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑇037720⑇  ⑆            ⑆            4695⑆

RRSB FCCU Subpoena 012045


```
FP TRANSACTION  03-30-21  11:59:31  MEMBER ▇4695CR              1 1504
              FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL       65000.00 ▇4695-2          BUSINESS REWARDS
   PREV BAL     1386692.23 NEW BAL     1321692.23
DISBURSED         65000.00 IN CHECK
   PAYEE     STOUDT LINCOLN
 CRAIG PROPERTIES LLC
```

Member Signature





TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

~~206669~~
206681

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37734

104013.55

77-7869/2913

3·31·21

TO THE
ORDER OF   Valley Imports

$6 100,413.55

One hundred four thousand thirteen dollars & 55/100

Business Account

Authorized Signature

⑆037734⑆ ⑉ ⑉ 4695⑈

RRSB FCCU Subpoena 012123



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

37803

4-5-21

$710⁰⁰

TO THE
ORDER OF

Business Account

Authorized Signature

⑈037803⑈ ⑆ █████████ ⑆ ███████4895⑈

RRSB FCCU Subpoena 012157



RRSB FCCU Subpoena 012158



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37829

77-7869/2913

**\* \* \* \***   ONE THOUSAND TWO HUNDRED EIGHTY NINE AND 37/100 DOLLARS

04/07/21          $1,289.37\*\*\*

TO THE
ORDER OF

U MOTORS
217 38TH ST S
FARGO, ND   58103

Business Account

_____
Authorized Signature

⑆037829⑈  ⑆              ⑉         4695⑆

RRSB FCCU Subpoena 012201



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37828

77-7869/2913

4-8-2021

#43,557.04

TO THE
ORDER OF

Whitaker Sports + Classic Cars

Forty three thousand five hundred fifty seven and 04/

Business Account

Authorized Signature

Stock #
2066

⑈037828⑈  ⑆ ████████ ⑆  ████████ 4695⑈

RRSB FCCU Subpoena 012231



**\* DocuGard 04511 – 11 Security Features**
- DocuGard checks are Check-21 compliant
- Prints "VOID" on front when duplicated
- Patterned background highlights erasure alterations
- Security warning is printed on front of check
- Watermark on back can be seen when check is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Check verification number is part of the watermark
- Microtext print contains the DocuGard name and is difficult to copy
- Anti-splice backer deters splicing of information
- Endorsement area prints "VOID" when duplicated
- Security Features Box lists tamper-resistant attributes

**Absence of any of these features may indicate alteration.**

(\* DocuGard icon is a registered mark of the Check Payment Systems Association.)

Scratch box for
verification number

PAY TO THE ORDER OF
WELLS FARGO BANK N.A.
FOR DEPOSIT ONLY
WHITAKER AUTOMOTIVE LLC

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

RRSB FCCU Subpoena 012232



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES.

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37830

77-7869/2913

\*\*\*\* NINE HUNDRED NINETY THREE AND 54/100 DOLLARS

04/07/21        $993.54\*\*\*\*\*

TO THE
ORDER OF

FARGO TIRE SERVICE INC
2020 MAIN AVE
FARGO, ND   58102

Business Account

Authorized Signature

⑆037830⑆ ⑈ ▆▆▆▆▆ ⑈ ▆▆▆▆ 4695 ⑈

RRSB FCCU Subpoena 012243



**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37851

77-7869/2913

**\*\*\*\*  SEVEN  THOUSAND  TWO  HUNDRED  SEVENTEEN  AND  00/100  DOLLARS**

04/13/21         $7,217.00\*\*\*

TO THE
ORDER OF

LUXOR  AUTOSPORTS

Business Account

Authorized Signature

⑆037851⑆  ⑈          ⑇          4695⑈

RRSB FCCU Subpoena 012247



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37816

77-7869/2913

\*\*\*\* ONE THOUSAND FIVE HUNDRED SIXTY FOUR AND 98/100 DOLLARS

04/05/21        $1,564.98\*\*\*

TO THE
ORDER OF

SITE ON SOUND
1443 MAIN AVE
FARGO, ND    58103

Business Account

Authorized Signature

⑈037816⑈  ⑆ ▓▓▓▓▓ ⑆  ▓▓▓▓ 4695⑈

RRSB FCCU Subpoena 012279

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37852

77-7869/2913

\*\*\*\* ONE THOUSAND EIGHT HUNDRED FIFTY TWO AND 00/100 DOLLARS

04/13/21          $1,852.00\*\*\*

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑆03785 2⑆  ⑈███████⑈  ████4695⑆

RRSB FCCU Subpoena 012285



**Craig Properties, LLC**
PO Box 425
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

37866

**** SIX HUNDRED THIRTY AND 00/100 DOLLARS

04/16/21                    $630.00*****

TO THE
ORDER OF

WINDOW TINT PROS
2219 MAIN
FARGO, ND 58103

Business Account

Authorized Signature

⑈037866⑈ ⑆███████⑆ ██████4695⑈

RRSB FCCU Subpoena 012287



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37845

77-7869/2913

**** SIX THOUSAND EIGHT HUNDRED EIGHTY ONE AND 22/100 DOLLARS

04/12/21          $6,881.22***

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND   58103

Business Account

Authorized Signature

⑆037845⑆  ⑈▓▓▓▓▓⑉  ▓▓▓4695▓⑈

RRSB FCCU Subpoena 012293



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37895

77-7869/2913

**** FOUR THOUSAND NINE HUNDRED EIGHTY SEVEN AND 50/100 DOLLARS

04/27/21        $4,987.50***

TO THE
ORDER OF

QUALITY POOL & SPA

Business Account

Authorized Signature

⑈037895⑈  ⑆              ⑆              4695⑈

RRSB FCCU Subpoena 012321



**Craig Properties, LLC**
PO Box 428
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37897

77-7869/2913

\*\*\*\* TWO THOUSAND EIGHT HUNDRED NINETY EIGHT AND 00/100 DOLLARS

04/27/21          $2,898.00\*\*\*

TO THE
ORDER OF

DEVITO RACING COMPOUND

Business Account

_____
Authorized Signature

⑈037897⑈    ⑆          ⑉:          4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37326

77-7869/2913

\*\*\*\* TWELVE THOUSAND THREE HUNDRED EIGHTY SIX AND 25/100 DOLLARS

12/31/20        $12,386.25\*\*

TO THE
ORDER OF

PEGASUS LLC

Business Account

Authorized Signature

⑈037326⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 012329



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37764

77-7869/2913

\*\*\*\*  FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

04/01/21          $464.48\*\*\*\*\*

TO THE
ORDER OF

PEGASUS LLC

Business Account

Authorized Signature

⑈037764⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮▮4695▮

RRSB FCCU Subpoena 012331



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37513

77-7869/2913

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

\*\*\*\* FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

02/08/21          $464.48\*\*\*\*\*

TO THE
ORDER OF

PEGASUS LLC

Business Account

Authorized Signature

⑆037513⑆  ⑈█████████⑈  ████████4695█⑈

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37872

77-7869/2913

**** THIRTEEN THOUSAND SIX HUNDRED SEVENTY SIX AND 40/100 DOLLARS

04/20/21        $13,676.40**

TO THE
ORDER OF

GENERAL AWNING
BOX 461294
AURORA, CO    80046-1294

Business Account

Authorized Signature

⑆037872⑆  ⑆              ⑆  ⬛⬛⬛⬛⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 012403



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37944

77-7869/2913

**** ONE THOUSAND AND 00/100 DOLLARS

05/01/21                $1,000.00***

TO THE
ORDER OF

WINDOW TINT PROS
2219 MAIN
FARGO, ND    58103

Business Account

Authorized Signature

⑈037944⑈  ⑆▮▮▮▮▮⑆  ▮▮▮4695▮⑈

RRSB FCCU Subpoena 012455



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37957

77-7869/2913

**** NINE THOUSAND FIVE HUNDRED TEN AND 00/100 DOLLARS

04/29/21          $9,510.00***

TO THE
ORDER OF

PEGASUS LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈037957⑈  ⑆ ▮▮▮▮▮ ⑈  ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 012483



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37932

77-7869/2913

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**** FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

05/01/21       $464.48*****

TO THE
ORDER OF

PEGASUS LLC
BOX 7145
FARGO, ND   58103

Business Account

Authorized Signature

⑆037932⑈ ⑆░░░░░⑆ ░░░░4695⑈

RRSB FCCU Subpoena 012485



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37893

77-7869/2913

**** ONE THOUSAND AND 00/100 DOLLARS

04/26/21        $1,000.00***

TO THE
ORDER OF

LUXOR AUTOSPORTS

Business Account

Authorized Signature

⑆037893⑆  ⑈ ▉▉▉▉▉▉ ⑈  ▉▉▉▉▉ 4695 ⑇

RRSB FCCU Subpoena 012493



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37930

77-7869/2913

\*\*\*\* TWO THOUSAND TWO HUNDRED FIFTY FIVE AND 20/100 DOLLARS

05/01/21          $2,255.20\*\*\*

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈037930⑈  ⑆        ⑆        4695⑈

RRSB FCCU Subpoena 012497



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103                                    38101

77-7869/2913

**** SEVEN HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF                                    05/27/21          $700.00*****

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560                      Business Account

                                           Authorized Signature

⑆038101⑈  ⑆▮▮▮▮▮▮⑆  ▮▮▮▮▮4695▮⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38089

77-7869/2913

**** FOUR HUNDRED AND 00/100 DOLLARS

05/26/21          $400.00****

TO THE
ORDER OF

WINDOW TINT PROS
2219 MAIN
FARGO, ND    58103

Business Account

Authorized Signature

⑈038089⑈ ⑆             ⑆             4695⑈

RRSB FCCU Subpoena 012663



TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37961

77-7869/2913

6-2-21

TO THE
ORDER OF

$85,262 00

Business Account

Authorized Signature

⑈037961⑈ ⑆ ▓▓▓▓▓▓ ⑆ ▓▓▓▓▓ 4695 ⑈



DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

For Deposit Only

Minnihboard Watersports

**DocuGard 04531 - 11 Security Features**

- DocuGard checks are Check 21 compliant
- Padlock "VOID" protection when duplicated
- Patterned background highlights erasure attempts
- Security warning is printed on front of check
- Watermark on back can be seen when check is held at an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Check verification number is part of the watermark
- Microprint line contains the DocuGard name and is difficult to copy
- Anti-splice border secures splicing of information
- Endorsement area shows "VOID" when duplicated
- Security Features Box lists surface and other attributes

Absence of any of these features may indicate alteration.

Scratch box for verification number



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38122

77-7869/2913

\*\*\*\* THREE THOUSAND SEVENTY FIVE AND 00/100 DOLLARS

06/08/21          $3,075.00\*\*\*

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑈038122⑈ ⑆          ⑆            4695⑈

RRSB FCCU Subpoena 012783

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38138

77-7869/2913

6-11-21

$11,632 $\frac{44}{}$

TO THE
ORDER OF    *Siti on Soul*

*Eleven thousand six hundred thirty two and 44/100*

Business Account

Authorized Signature

⑈038138⑈ ⑆ ▮▮▮▮▮▮ ⑇ ▮▮▮▮4695⑈

RRSB FCCU Subpoena 012825

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

**38167**

77-7869/2913

\*\*\*\*  THREE THOUSAND TWO HUNDRED SEVENTEEN AND 40/100  DOLLARS

06/16/21          $3,217.40\*\*\*

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN     56560

Business Account

Authorized Signature

⑈038167⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 012851

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38127

77-7869/2913

**** THREE THOUSAND FIVE HUNDRED FIFTY EIGHT AND 19/100 DOLLARS

06/08/21          $3,558.19***

TO THE
ORDER OF

FARGO TIRE SERVICE INC
2020 MAIN AVE
FARGO, ND    58102

Business Account

Authorized Signature

⑈038127⑈  ⑆             ⑈:               4695⑈⑈

RRSB FCCU Subpoena 012871



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38073

77-7869/2913

**** FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

05/26/21          $464.48*****

TO THE
ORDER OF

PEGASUS LLC
BOX 7145
FARGO, ND   58103

Business Account

Authorized Signature

⑆038073⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 012881



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38156

77-7869/2913

\*\*\*\* TWELVE THOUSAND FOUR HUNDRED FIFTY FIVE AND 88/100 DOLLARS

06/15/21          $12,455.88\*\*

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑆038156⑈  ⑆                ⑆          4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38072

77-7869/2913

\*\*\*\* ONE THOUSAND ONE HUNDRED SIX AND 00/100 DOLLARS

05/26/21          $1,106.00\*\*\*

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND   58103

Business Account

Authorized Signature

1249

⑆038072⑈ ⑈              ⑈              4695⑆



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38202

77-7869/2913

**** THREE THOUSAND NINE HUNDRED THIRTY FIVE AND 67/100 DOLLARS

06/18/21          $3,935.67***

TO THE
ORDER OF

DESIGNER HOMES
4342 15TH AVE S
SUITE 105
FARGO, ND    58103

Business Account

Authorized Signature

⑈038202⑈  ⑆                ⑆                 4695⑈

RRSB FCCU Subpoena 012905



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38206

77-7869/2913

**** ONE THOUSAND SIXTY FIVE AND 55/100 DOLLARS

06/23/21                    $1,065.55***

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈038206⑈ ⑆████⑆ ████4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38147

77-7869/2913

**** FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

06/14/21          $4,500.00***

TO THE
ORDER OF

JOSH RADCLIFFE
5 MERIDIAN ROAD
MAPLETON, ND    58059

Business Account

Authorized Signature

⑈038147⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮▮4695⑈

RRSB FCCU Subpoena 012923



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38327

TO THE
ORDER OF

Crown Jewels
Nine hundred ninety four and 38/

7-12-21

$994 38

Business Account

Authorized Signature

⑆038327⑆ ⑈ ███████ ⑆ ███████4695⑆

RRSB FCCU Subpoena 013111



PAY TO THE ORDER
STATE BANK OF FARGO
FARGO, ND 58106

THE CROWN JEWELS INC

DO NOT WRITE, SIGN, OR STAMP BELOW THIS LINE

Bell Bank    #107
2021-07-14

Batch

**DocuGard 04511 – 11 Security Features**
- DocuGard checks are Che 21 compliant
- Prints "VOID" on front when duplicated
- Patterned background highlights erasure alterations
- Security screening is printed on front of check
- Watermark on back can be seen when check is held on an angle
- Color-changing ink on watermark changes color when scratched with a coin
- Check verification number is part of the watermark
- All check print confirms the DocuGard name and is difficult to copy
- Anti-splice border deters splicing of information
- Endorsement area prints "VOID" when duplicated
- Security features Box less than resistant attributes

Absence of any of these features may indicate alteration.

Scratch box for verification number



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38330

77-7869/2913

****~ ONE THOUSAND THREE HUNDRED ELEVEN AND 89/100 DOLLARS

07/12/21        $1,311.89***

TO THE
ORDER OF

DESIGNER HOMES
4342 15TH AVE S
SUITE 105
FARGO, ND    58103

Business Account

Authorized Signature

⑈038330⑈  ⑆            ⑈  ⑆            4695⑈

RRSB FCCU Subpoena 013127



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38326

77-7869/2913

\*\*\*\* TWO THOUSAND SEVEN HUNDRED TWENTY AND 00/100 DOLLARS

07/12/21        $2,720.00\*\*\*

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑈038326⑈ ⑆▉▉▉⑆ ▉▉4695⑈

RRSB FCCU Subpoena 013157



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38252

77-7869/2913

**** TWO THOUSAND FOUR HUNDRED TEN AND 78/100 DOLLARS

07/01/21          $2,410.78***

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈038252⑈ ⑆ 4695⑈

RRSB FCCU Subpoena 013161



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38335

77-7869/2913

**\*\*\*\* THREE THOUSAND TWO HUNDRED FIFTY FOUR AND 50/100 DOLLARS**

07/13/21          $3,254.50\*\*\*

TO THE
ORDER OF

URBAN FOODS CATERING

Business Account

Authorized Signature

⑈038335⑈  ⑆▇▇▇▇▇⑆  ▇▇▇▇4695⑈

RRSB FCCU Subpoena 013167



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38227

77-7869/2913

**** ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS

07/01/21    $1,612.01***

TO THE
ORDER OF

APOLLO AERO, LLC
PO BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈038227⑈ ⑆▉⑆ ▉4695▉⑈

RRSB FCCU Subpoena 013187

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

77-7869/2913

38098

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

TO THE
ORDER OF

Apollo Aero, LLC

6-7-21

$7034 ⁹²

Seven thousand thirty four dollars and 92/100

Business Account

Authorized Signature

⑈038098⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 013189



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38253

77-7869/2913

**** FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

07/01/21          $464.48*****

TO THE
ORDER OF

PEGASUS LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈038253⑈ ⑆⬛⬛⬛⬛⑆ ⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 013191

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38394

77-7869/2913

\*\*\*\* TWO THOUSAND THREE HUNDRED SEVENTY TWO AND 00/100 DOLLARS

07/27/21          $2,372.00\*\*\*

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN   56560

Business Account

Authorized Signature

⑆038394⑆  ⑈⬛⬛⬛⬛⬛⑈  ⬛⬛⬛⬛4695⑆

RRSB FCCU Subpoena 013249

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38413

77-7869/2913

**** ONE THOUSAND THREE HUNDRED ELEVEN AND 89/100 DOLLARS

08/01/21        $1,311.89***

TO THE
ORDER OF

DESIGNER HOMES
4342 15TH AVE S
SUITE 105
FARGO, ND    58103

Business Account

Authorized Signature

⑈038413⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮4695▮

RRSB FCCU Subpoena 013271



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38431

77-7869/2913

**** ONE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

08/01/21          $1,000.00***

LAKES SPECIALTY SERVICES
21920 NW PICKEREL LAKE RD
DETROIT LAKES, MN    56501

Business Account

Authorized Signature

⑈038431⑈  ⑆              ⑆              4695⑈

RRSB FCCU Subpoena 013291

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38345

77-7869/2913

**\* \* \* \* ONE THOUSAND ONE HUNDRED THIRTY FIVE AND 98/100 DOLLARS**

07/15/21          $1,135.98\*\*\*

TC THE
ORDER OF

VIP CATERING
1516 14TH ST S
MOORHEAD, MN   56560



Business Account

Authorized Signature

⑈038345⑈  ⑆⬛⬛⬛⬛⬛⬛⑆  ⬛⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 013355

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38438

77-7869/2913

\*\*\*\* FOUR THOUSAND SEVEN HUNDRED EIGHT AND 15/100 DOLLARS

08/01/21          $4,708.15\*\*\*

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈038438⑈  ⑆          ⑆          4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38501

77-7869/2913

\*\*\*\* ONE THOUSAND SEVEN HUNDRED AND 00/100 DOLLARS

08/16/21          $1,700.00\*\*\*

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑆038501⑆  ⑈▮▮▮▮▮⑈  ▮▮▮▮4695▮

RRSB FCCU Subpoena 013455

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38499

77-7869/2913

**** TWO THOUSAND FIVE HUNDRED SEVENTY AND 00/100 DOLLARS

08/13/21          $2,570.00***

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑆038499⑆  ⑈             ⑈           4695⑆

RRSB FCCU Subpoena 013457

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38515

77-7869/2913

**** SEVEN THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS

08/19/21        $7,800.00***

TO THE
ORDER OF

U MOTORS
217 38TH ST S
FARGO, ND    58103

Business Account

Authorized Signature

⑈038515⑈  ⑆███████⑆  ████████4695█⑈

RRSB FCCU Subpoena 013469



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38570

77-7869/2913

**ONE THOUSAND THREE HUNDRED ELEVEN AND 89/100 DOLLARS**

TO THE
ORDER OF

DESIGNER HOMES
4342 15TH AVE S
SUITE 105
FARGO, ND   58103

09/01/21          $1,311.89***

Business Account

Authorized Signature

⑈038570⑈  ⑆      ⑆      4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38514

77-7869/2913

\*\*\*\* TWO THOUSAND THREE HUNDRED FORTY NINE AND 22/100 DOLLARS

08/19/21          $2,349.22\*\*\*

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈038514⑈  ⑆ ███ ⑆  ███ 4695█⑈

RRSB FCCU Subpoena 013629

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38557

77-7869/2913

\*\*\*\* EIGHT HUNDRED SIXTY SIX AND 00/100 DOLLARS

08/24/21          $866.00\*\*\*\*\*

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN  56560

Business Account

Authorized Signature

⑈038557⑈ ⑆⬛⬛⬛⬛⬛⑆ ⬛⬛⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 013653

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38651

77-7869/2913

\*\*\*\* TWO THOUSAND SIX HUNDRED FORTY FIVE AND 00/100 DOLLARS

09/13/21          $2,645.00\*\*\*

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑈038651⑈  ⑆              ⑆                4695⑈

RRSB FCCU Subpoena 013763



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38594

77-7869/2913

\*\*\*\* SEVEN THOUSAND FIVE HUNDRED TWO AND 13/100 DOLLARS

TO THE
ORDER OF

09/01/21          $7,502.13\*\*\*

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈038594⑈ ⑆ ██████████ ⑆ ███████4695█⑈

RRSB FCCU Subpoena 013825

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38642

77-7869/2913

\*\*\*\* ONE THOUSAND THREE HUNDRED NINETY THREE AND 23/100 DOLLARS

09/13/21          $1,393.23\*\*\*

TO THE
ORDER OF

FARGO COUNTRY CLUB
509 26TH AVE S
FARGO, ND    58103

#1586

Business Account

Authorized Signature

⑈038642⑈  ⑆                ⑆              4695⑈

RRSB FCCU Subpoena 013827



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38680

77-7869/2913

**** TWO HUNDRED FORTY EIGHT AND 33/100 DOLLARS

09/15/21          $248.33*****

TO THE
ORDER OF

CROWN JEWELS

Business Account

Authorized Signature

⑈038680⑈  ⑆ ▉▉▉▉▉ ⑆  ▉▉▉▉▉4695▉⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

RRSB FCCU Subpoena 013831



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38691

77-7869/2913

**** THREE THOUSAND SEVEN HUNDRED FIFTY AND 36/100 DOLLARS

09/20/21          $3,750.36***

TO THE
ORDER OF

DEVITO RACING COMPOUND

Business Account

Authorized Signature

⑈038691⑈  ⑉      ⑉      4695⑈

RRSB FCCU Subpoena 013863

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38690

77-7869/2913

9/21/21

$4,297 31

TO THE
ORDER OF

Crown Jewels

Four thousand two hundred ninety seven and 31/100

Business Account

Authorized Signature

⑈038690⑈  ⑆          ⑆:          4695 ⑈

RRSB FCCU Subpoena 013867



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

37871

**** TEN THOUSAND AND 00/100 DOLLARS

04/20/21                    $10,000.00**

TO THE
ORDER OF

DEVITO RACING COMPOUND

Business Account

Authorized Signature

⑈037871⑈  ⑆_____⑆  ___4695_⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38834

77-7869/2913

\*\*\*\* TWO THOUSAND NINE HUNDRED TWENTY AND 00/100 DOLLARS

10/11/21          $2,920.00\*\*\*

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑆038834⑆  ⑈ ▮▮▮▮▮ ⑈  ▮▮▮▮▮4695▮ ⑆

RRSB FCCU Subpoena 014103

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38750

77-7869/2913

\*\*\*\* FOURTEEN THOUSAND SIX HUNDRED THIRTY THREE AND 89/100 DOLLARS

10/01/21          $14,633.89\*\*

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈038750⑈  ⑆ ▮▮▮▮▮▮ ⑆  ▮▮▮▮▮4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38870

77-7869/2913

\*\*\*\* FIVE HUNDRED FORTY ONE AND 07/100 DOLLARS

10/28/21 $541.07\*\*\*\*\*

TO THE
ORDER OF

U MOTORS
217 38TH ST S
FARGO, ND 58103

Business Account

Authorized Signature

⑆038870⑆ ⑈ ⑈ 4695⑈

RRSB FCCU Subpoena 014159



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38966

77-7869/2913

***** ELEVEN THOUSAND FOUR HUNDRED TWENTY AND 84/100 DOLLARS

11/03/21          $11,420.84**

TO THE
ORDER OF
          LUTHER FAMILY

Business Account

Authorized Signature

⑈038966⑈ ⑆⬛⑆ ⬛4695⑈

RRSB FCCU Subpoena 014245





**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38785

77-7869/2913

**** TWENTY EIGHT THOUSAND ONE HUNDRED EIGHT AND 73/100 DOLLARS

10/01/21          $28,108.73**

TO THE
ORDER OF

PEGASUS LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈038785⑈ ⑆⬛⬛⬛⬛⬛⑆ ⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 014269

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38914

77-7869/2913

**** SEVENTEEN THOUSAND FOUR HUNDRED THIRTEEN AND 29/100 DOLLARS

11/01/21          $17,413.29**

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈038914⑈  ⑆          ⑆          4695 ⑈

RRSB FCCU Subpoena 014309

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38872

77-7869/2913

\*\*\*\* SEVEN HUNDRED AND 00/100 DOLLARS

10/29/21          $700.00\*\*\*\*\*

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑈038872⑈  ⑆▓▓▓▓▓▓⑆  ▓▓▓▓4695⑈

RRSB FCCU Subpoena 014347



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38968

77-7869/2913

**** ONE THOUSAND FIVE HUNDRED EIGHTY ONE AND 91/100 DOLLARS

11/04/21          $1,581.91***

TO THE
ORDER OF

FARGO TIRE SERVICE INC
2020 MAIN AVE
FARGO, ND    58102

Business Account

Authorized Signature

⑈038968⑈  ⑆▉▉▉▉⑆  ▉▉4695▉⑈

RRSB FCCU Subpoena 014409



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38960

77-7869/2913

\*\*\*\* TWO THOUSAND SEVEN HUNDRED FIFTY AND 00/100 DOLLARS

11/02/21          $2,750.00\*\*\*

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑈⑈038960⑈⑈  ⑈:▮▮▮▮▮▮:  ▮▮▮▮▮▮4695▮⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39118

77-7869/2913

**** ONE THOUSAND NINETY TWO AND 00/100 DOLLARS

TO THE
ORDER OF

12/07/21          $1,092.00***

FARGO TIRE SERVICE INC
2020 MAIN AVE
FARGO, ND    58102

Business Account

Authorized Signature

⑈039118⑈  ⑆                ⑆              4695⑈

RRSB FCCU Subpoena 014629



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

39167

**** FIVE THOUSAND THREE HUNDRED SEVENTY ONE AND 60/100 DOLLARS

12/11/21          $5,371.60***

TO THE
ORDER OF

LUXOR AUTOSPORTS

Business Account

Authorized Signature

⑆039167⑆  ⑆ ⑈  ⑈ 4695⑆



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

Sisse Craig

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39110

77-7869/2913

**** FIVE THOUSAND AND 00/100 DOLLARS

12/06/21          $5,000.00***

TO THE
ORDER OF

BOULDER CREEK OUTFITTERS
PO BOX 119

Business Account

PECK, ID   83545

Authorized Signature

⑈039110⑈  ⑆          ⑆          4695⑈⑈

RRSB FCCU Subpoena 014643



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39081

77-7869/2913

**** ELEVEN THOUSAND TWO HUNDRED TWENTY SIX AND 28/100 DOLLARS

12/01/21          $11,226.28**

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑆039081⑆  ⑈  ⑈      4695⑆



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39086

77-7869/2913

\* \* \* \*  THREE THOUSAND THREE HUNDRED FIFTY AND 00/100 DOLLARS

12/01/21          $3,350.00\*\*\*

TO THE
ORDER OF

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN    56560

Business Account

Authorized Signature

⑈039086⑈  ⑆⬛⬛⬛⬛⬛⑆  ⬛⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 014719



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39163

77-7869/2913

\*\*\*\* TWO HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF

12/10/21        $250.00\*\*\*\*\*

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN   56560

Business Account

_____
Authorized Signature

⑆039163⑆  ⑉             ⑉:             4695⑆

RRSB FCCU Subpoena 014783

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39233

77-7869/2913

\*\*\*\* SIXTEEN THOUSAND FIVE HUNDRED NINETY ONE AND 32/100 DOLLARS

TO THE
ORDER OF

12/30/21        $16,591.32\*\*

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈039233⑈  ⑆▨▨▨▨▨⑆  ▨▨▨▨4695▨⑈

RRSB FCCU Subpoena 014985



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39351

77-7869/2913

*** TEN THOUSAND AND 00/100 DOLLARS

01/25/22          $10,000.00**

TO THE
ORDER OF

JOSH RADCLIFFE
5 MERIDIAN ROAD
MAPLETON, ND    58059

Business Account

Authorized Signature

⑈039351⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 015099

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**39325**

77-7869/2913

**** ONE THOUSAND TWO HUNDRED SEVENTY FIVE AND 00/100 DOLLARS

TO THE
ORDER OF

01/17/22        $1,275.00***

SUNDOWN STABLES, LLC
7113 28TH ST N
MOORHEAD, MN   56560

Business Account

Authorized Signature

⑈039325⑈  ⑆▮▮▮▮⑆  ▮▮▮4695⑈

RRSB FCCU Subpoena 015101



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39463

77-7869/2913

\*\*\*\*  FORTY ONE THOUSAND SEVEN HUNDRED SEVENTY TWO AND 70/100 DOLLARS

02/07/22          $41,772.70\*\*

TO THE
ORDER OF

CROWN JEWELS

Business Account

_____
Authorized Signature

⑈039463⑈  ⑆⬛⬛⬛⬛⑆  ⬛⬛⬛4695⑈

RRSB FCCU Subpoena 015209

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39441

77-7869/2913

\*\*\*\* SEVEN THOUSAND SIX HUNDRED SEVENTY FIVE AND 07/100 DOLLARS

01/31/22          $7,675.07\*\*\*

TO THE
ORDER OF

OMR SERVICES LLC
BOX 7145
FARGO, ND    58103

Business Account

Authorized Signature

⑈039441⑈  ⑆              ⑆        4695⑈

RRSB FCCU Subpoena 015303



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39478

77-7869/2913

**\*\*\*\* FOUR THOUSAND FORTY NINE AND 00/100 DOLLARS**

TO THE
ORDER OF

02/07/22          $4,049.00\*\*\*

LUXOR AUTOSPORTS

Business Account

Authorized Signature

⑾⑉039478⑾⑉ ⑈ ⑈ 4695⑈⑾

RRSB FCCU Subpoena 015305