# Exhibit H

# Table of Transfers to Business Associates and Investment Companies

## Checks from FCCU Craig Properties Acct. -4695

## Transfers to Business Associates or Investment Companies

| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. |
|---|---|---|---|---|---|---|
| Mark Vanyo | $9,893.86 | 11/2/2020 | Craig Properties | Check 36820 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 11/4/2020 | Craig Properties | Check 36789 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 11/9/2020 | Craig Properties | Check 36968 | FCCU Craig Properties | 4695 |
| Brian Meckler | $1,200.00 | 11/25/2020 | Craig Properties | Check 37079 | FCCU Craig Properties | 4695 |
| Brian Meckler | $1,400.00 | 12/2/2020 | Craig Properties | Check 37045 | FCCU Craig Properties | 4695 |
| JMR Investments, LLC | $650.00 | 12/8/2020 | Craig Properties | Check 36987 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 12/8/2020 | Craig Properties | Check 36967 | FCCU Craig Properties | 4695 |
| Brian Meckler | $5,000.00 | 12/8/2020 | Craig Properties | Check 37080 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 12/10/2020 | Craig Properties | Check 37118 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $9,893.86 | 12/10/2020 | Craig Properties | Check 36994 | FCCU Craig Properties | 4695 |
| Brian Meckler | $25,000.00 | 12/23/2020 | Craig Properties | Check 37099 | FCCU Craig Properties | 4695 |
| Brian Meckler | $1,200.00 | 12/23/2020 | Craig Properties | Check 37229 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $60,000.00 | 12/29/2020 | Craig Properties | Check 37097 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 1/6/2021 | Craig Properties | Check 37116 | FCCU Craig Properties | 4695 |
| David Schindele | $4,108.25 | 1/8/2021 | Craig Properties | Check 37295 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 1/8/2021 | Craig Properties | Check 37259 | FCCU Craig Properties | 4695 |
| JMR Investments, LLC | $650.00 | 1/12/2021 | Craig Properties | Check 37144 | FCCU Craig Properties | 4695 |
| David Schindele | $50,000.00 | 1/21/2021 | Craig Properties | Check 37327 | FCCU Craig Properties | 4695 |
| David Schindele | $10,000.00 | 1/21/2021 | Craig Properties | Check 37391 | FCCU Craig Properties | 4695 |
| Brian Meckler | $15,000.00 | 1/22/2021 | Craig Properties | Check 37394 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $9,893.86 | 1/22/2021 | Craig Properties | Check 37285 | FCCU Craig Properties | 4695 |
| Brian Meckler | $1,000.00 | 1/25/2021 | Craig Properties | Check 37396 | FCCU Craig Properties | 4695 |
| JMR Investments, LLC | $650.00 | 1/26/2021 | Craig Properties | Check 37278 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 2/2/2021 | Craig Properties | Check 37258 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 2/9/2021 | Craig Properties | Check 37432 | FCCU Craig Properties | 4695 |
| David Schindele | $4,108.25 | 2/10/2021 | Craig Properties | Check 37472 | FCCU Craig Properties | 4695 |
| JMR Investments, LLC | $650.00 | 2/12/2021 | Craig Properties | Check 37451 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 2/17/2021 | Craig Properties | Check 37431 | FCCU Craig Properties | 4695 |
| Topp Investments LLC | $4,894.37 | 2/18/2021 | Craig Properties | Check 36705 | FCCU Craig Properties | 4695 |
| Brian Meckler | $850.00 | 3/8/2021 | Craig Properties | Check 37637 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 3/9/2021 | Craig Properties | Check 37568 | FCCU Craig Properties | 4695 |
| David Schindele | $4,108.25 | 3/10/2021 | Craig Properties | Check 37606 | FCCU Craig Properties | 4695 |
| Sterling Development Group 9 | $1,716.67 | 3/10/2021 | Craig Properties | Check 37608 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $9,893.86 | 3/17/2021 | Craig Properties | Check 37595 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $9,893.86 | 3/17/2021 | Craig Properties | Check 37455 | FCCU Craig Properties | 4695 |
| Brian Meckler | $15,000.00 | 3/18/2021 | Craig Properties | Check 37709 | FCCU Craig Properties | 4695 |
| Topp Investments LLC | $4,894.37 | 3/19/2021 | Craig Properties | Check 36424 | FCCU Craig Properties | 4695 |
| Topp Investments LLC | $4,894.37 | 3/19/2021 | Craig Properties | Check 36562 | FCCU Craig Properties | 4695 |
| Topp Investments LLC | $4,894.37 | 3/19/2021 | Craig Properties | Check 36835 | FCCU Craig Properties | 4695 |
| Topp Investments LLC | $4,894.37 | 3/19/2021 | Craig Properties | Check 36167 | FCCU Craig Properties | 4695 |
| JMR Investments, LLC | $650.00 | 3/22/2021 | Craig Properties | Check 37587 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 3/23/2021 | Craig Properties | Check 37566 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 4/6/2021 | Craig Properties | Check 37740 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $9,893.86 | 4/6/2021 | Craig Properties | Check 37759 | FCCU Craig Properties | 4695 |
| David Schindele | $4,108.25 | 4/7/2021 | Craig Properties | Check 37769 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 4/8/2021 | Craig Properties | Check 37739 | FCCU Craig Properties | 4695 |
| JMR Investments, LLC | $650.00 | 4/9/2021 | Craig Properties | Check 37756 | FCCU Craig Properties | 4695 |
| Sterling Development Group 9 | $1,716.67 | 4/21/2021 | Craig Properties | Check 37865 | FCCU Craig Properties | 4695 |
| Sterling Development Group 9 | $1,716.67 | 5/4/2021 | Craig Properties | Check 37939 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 5/5/2021 | Craig Properties | Check 37903 | FCCU Craig Properties | 4695 |
| David Schindele | $4,108.25 | 5/7/2021 | Craig Properties | Check 37938 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 5/7/2021 | Craig Properties | Check 37904 | FCCU Craig Properties | 4695 |
| Brian Meckler | $600.00 | 5/21/2021 | Craig Properties | Check 38001 | FCCU Craig Properties | 4695 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Brian Meckler | $1,000.00 | 5/28/2021 | Craig Properties | Check 38036 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $9,893.86 | 6/1/2021 | Craig Properties | Check 37924 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 6/2/2021 | Craig Properties | Check 38044 | FCCU Craig Properties | 4695 |
| David Schindele | $4,108.25 | 6/3/2021 | Craig Properties | Check 38079 | FCCU Craig Properties | 4695 |
| Sterling Development Group 9 | $1,716.67 | 6/3/2021 | Craig Properties | Check 38080 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 6/8/2021 | Craig Properties | Check 38043 | FCCU Craig Properties | 4695 |
| Brian Meckler | $50,000.00 | 6/9/2021 | Craig Properties | Check 38119 | FCCU Craig Properties | 4695 |
| Brian Meckler | $500.00 | 6/16/2021 | Craig Properties | Check 38151 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $9,898.86 | 6/24/2021 | Craig Properties | Check 38065 | FCCU Craig Properties | 4695 |
| Brian Meckler | $25,000.00 | 6/25/2021 | Craig Properties | Check 38205 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 7/7/2021 | Craig Properties | Check 38230 | FCCU Craig Properties | 4695 |
| Sterling Development Group 9 | $1,716.67 | 7/8/2021 | Craig Properties | Check 38259 | FCCU Craig Properties | 4695 |
| David Schindele | $4,108.25 | 7/9/2021 | Craig Properties | Check 38258 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 7/20/2021 | Craig Properties | Check 38229 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $9,893.86 | 7/26/2021 | Craig Properties | Check 38247 | FCCU Craig Properties | 4695 |
| Rick Berg | $27,140.03 | 7/28/2021 | Craig Properties | Check 38097 | FCCU Craig Properties | 4695 |
| Sterling Development Group 9 | $3,173.14 | 8/4/2021 | Craig Properties | Check 38448 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 8/9/2021 | Craig Properties | Check 38409 | FCCU Craig Properties | 4695 |
| Rick Berg | $1,612.01 | 8/10/2021 | Craig Properties | Check 38457 | FCCU Craig Properties | 4695 |
| Rick Berg | $464.48 | 8/10/2021 | Craig Properties | Check 38418 | FCCU Craig Properties | 4695 |
| David Schindele | $4,108.25 | 8/10/2021 | Craig Properties | Check 38446 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 8/24/2021 | Craig Properties | Check 38407 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $9,893.86 | 8/31/2021 | Craig Properties | Check 38433 | FCCU Craig Properties | 4695 |
| David Schindele | $4,108.25 | 9/1/2021 | Craig Properties | Check 38598 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 9/1/2021 | Craig Properties | Check 38567 | FCCU Craig Properties | 4695 |
| Sterling Development Group 9 | $3,173.14 | 9/2/2021 | Craig Properties | Check 38600 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 9/7/2021 | Craig Properties | Check 38608 | FCCU Craig Properties | 4695 |
| Rick Berg | $464.48 | 9/7/2021 | Craig Properties | Check 38582 | FCCU Craig Properties | 4695 |
| Rick Berg | $1,612.01 | 9/7/2021 | Craig Properties | Check 38566 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $9,893.86 | 9/16/2021 | Craig Properties | Check 38587 | FCCU Craig Properties | 4695 |
| Topp Investments LLC | $4,894.37 | 9/17/2021 | Craig Properties | Check 37574 | FCCU Craig Properties | 4695 |
| Topp Investments LLC | $4,894.37 | 9/17/2021 | Craig Properties | Check 37009 | FCCU Craig Properties | 4695 |
| Topp Investments LLC | $4,894.37 | 9/17/2021 | Craig Properties | Check 37297 | FCCU Craig Properties | 4695 |
| Topp Investments LLC | $4,894.37 | 9/17/2021 | Craig Properties | Check 37162 | FCCU Craig Properties | 4695 |
| Brian Meckler | $1,023.76 | 10/5/2021 | Craig Properties | Check 38784 | FCCU Craig Properties | 4695 |
| Sterling Development Group 9 | $3,173.14 | 10/6/2021 | Craig Properties | Check 38759 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 10/12/2021 | Craig Properties | Check 38719 | FCCU Craig Properties | 4695 |
| David Schindele | $4,108.25 | 10/13/2021 | Craig Properties | Check 38756 | FCCU Craig Properties | 4695 |
| Rick Berg | $1,612.01 | 10/14/2021 | Craig Properties | Check 38718 | FCCU Craig Properties | 4695 |
| Rick Berg | $464.48 | 10/14/2021 | Craig Properties | Check 38775 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 10/26/2021 | Craig Properties | Check 38769 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $9,893.86 | 11/2/2021 | Craig Properties | Check 38744 | FCCU Craig Properties | 4695 |
| Brian Meckler | $1,023.76 | 11/9/2021 | Craig Properties | Check 38910 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 11/9/2021 | Craig Properties | Check 38887 | FCCU Craig Properties | 4695 |
| Sterling Development Group 9 | $3,173.14 | 11/9/2021 | Craig Properties | Check 38921 | FCCU Craig Properties | 4695 |
| David Schindele | $4,108.25 | 11/10/2021 | Craig Properties | Check 38920 | FCCU Craig Properties | 4695 |
| Topp Investments LLC | $4,894.37 | 11/12/2021 | Craig Properties | Check 37610 | FCCU Craig Properties | 4695 |
| Topp Investments LLC | $4,894.37 | 11/12/2021 | Craig Properties | Check 37771 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 11/23/2021 | Craig Properties | Check 38886 | FCCU Craig Properties | 4695 |
| Rick Berg | $1,612.01 | 11/23/2021 | Craig Properties | Check 38939 | FCCU Craig Properties | 4695 |
| Rick Berg | $464.48 | 11/23/2021 | Craig Properties | Check 38933 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $9,893.86 | 11/26/2021 | Craig Properties | Check 38908 | FCCU Craig Properties | 4695 |
| Brian Meckler | $1,023.76 | 12/10/2021 | Craig Properties | Check 39067 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 12/10/2021 | Craig Properties | Check 39068 | FCCU Craig Properties | 4695 |
| Sterling Development Group 9 | $3,173.14 | 12/10/2021 | Craig Properties | Check 39085 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $150,000.00 | 12/10/2021 | Craig Properties | Check 39016 | FCCU Craig Properties | 4695 |
| David Schindele | $1,003.61 | 12/13/2021 | Craig Properties | Check 39155 | FCCU Craig Properties | 4695 |

| | | | | | | |
|---|---|---|---|---|---|---|
| David Schindele | $4,108.25 | 12/13/2021 | Craig Properties | Check 39070 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 12/20/2021 | Craig Properties | Check 39095 | FCCU Craig Properties | 4695 |
| Rick Berg | $1,612.01 | 12/20/2021 | Craig Properties | Check 39084 | FCCU Craig Properties | 4695 |
| Rick Berg | $464.48 | 12/20/2021 | Craig Properties | Check 39097 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $9,893.86 | 12/24/2021 | Craig Properties | Check 39077 | FCCU Craig Properties | 4695 |
| David Schindele | $1,291.21 | 1/6/2022 | Craig Properties | Check 39303 | FCCU Craig Properties | 4695 |
| David Schindele | $4,108.25 | 1/6/2022 | Craig Properties | Check 39216 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 1/6/2022 | Craig Properties | Check 39207 | FCCU Craig Properties | 4695 |
| Brian Meckler | $1,023.76 | 1/6/2022 | Craig Properties | Check 39206 | FCCU Craig Properties | 4695 |
| Sterling Development Group 9 | $3,173.14 | 1/7/2022 | Craig Properties | Check 39241 | FCCU Craig Properties | 4695 |
| Rick Berg | $1,612.01 | 1/11/2022 | Craig Properties | Check 39240 | FCCU Craig Properties | 4695 |
| Rick Berg | $464.48 | 1/11/2022 | Craig Properties | Check 39235 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 1/12/2022 | Craig Properties | Check 39248 | FCCU Craig Properties | 4695 |
| Topp Investments LLC | $4,894.37 | 1/18/2022 | Craig Properties | Check 37940 | FCCU Craig Properties | 4695 |
| Mark Vanyo | $9,893.86 | 1/26/2022 | Craig Properties | Check 39227 | FCCU Craig Properties | 4695 |
| Sterling Development Group 9 | $3,173.14 | 2/7/2022 | Craig Properties | Check 39386 | FCCU Craig Properties | 4695 |
| David Schindele | $4,108.25 | 2/8/2022 | Craig Properties | Check 39370 | FCCU Craig Properties | 4695 |
| Brian Meckler | $1,023.76 | 2/8/2022 | Craig Properties | Check 39366 | FCCU Craig Properties | 4695 |
| BTM Investments | $3,374.55 | 2/8/2022 | Craig Properties | Check 39367 | FCCU Craig Properties | 4695 |
| David Schindele | $1,421.11 | 2/15/2022 | Craig Properties | Check 39513 | FCCU Craig Properties | 4695 |
| Rick Berg | $464.48 | 2/16/2022 | Craig Properties | Check 39395 | FCCU Craig Properties | 4695 |
| Rick Berg | $1,612.01 | 2/16/2022 | Craig Properties | Check 39383 | FCCU Craig Properties | 4695 |
| Rick Berg | $2,765.88 | 2/16/2022 | Craig Properties | Check 39408 | FCCU Craig Properties | 4695 |

| | |
|---|---|
| **Total Transfers:** | **$863,629.12** |



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36820

77-7869/2913

\*\*\*\* NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS

10/01/20      $9,893.86\*\*\*

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑈036820⑈  ⑆           4695⑆



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36789

77-7869/2913

**\*\*\*\* TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS**

10/01/20        $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑆036789⑆  ⑉ ▇▇▇▇▇▇▇▇▇▇ 4695⑈

RRSB FCCU Subpoena 010613

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36968

77-7869/2913

\*\*\*\* THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

11/02/20       $3,374.55\*\*\*

TO THE
ORDER OF

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑈036968⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 010671



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37079

77-7869/2913

**** ONE THOUSAND TWO HUNDRED AND 00/100 DOLLARS

11/18/20          $1,200.00***

TO THE
ORDER OF

BRIAN MECKLER

Business Account

Authorized Signature

⑈037079⑈  ⑆                   ⑆              4695⑈

RRSB FCCU Subpoena 010829



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37045

77-7869/2913

**** ONE THOUSAND FOUR HUNDRED AND 00/100 DOLLARS

11/05/20          $1,400.00***

TO THE
ORDER OF

BRIAN MECKLER

Business Account

Authorized Signature

⑈037045⑈    ⑆ ▮▮▮▮▮▮▮⑆    ▮▮▮▮▮▮4695▮

RRSB FCCU Subpoena 010859



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

36987

77-7869/2913

**** SIX HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF

11/02/20          $650.00*****

JMR INVESTMENTS, LLC
4503 11TH ST W
WEST FARGO, ND    58078

Business Account

Authorized Signature

⑈036987⑈ ⑆ ▓▓▓▓▓▓⑆ ▓▓▓▓4695⑈          ▓▓▓▓▓

RRSB FCCU Subpoena 010883



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

36967

77-7869/2913

**** TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

11/02/20          $2,765.88***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND   58109

Business Account

Authorized Signature

⑈036967⑈ ⑈ [REDACTED] ⑈ [REDACTED] 4695 ⑈

RRSB FCCU Subpoena 010885



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37080

77-7869/2913

**** FIVE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

BRIAN MECKLER

11/18/20         $5,000.00***

Business Account

Authorized Signature

⑆037080⑈  ⑆ ⑆  ⑆ 4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37118

77-7869/2913

**** THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

12/02/20      $3,374.55***

TO THE
ORDER OF

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑈037118⑈  ⑆ ⑆    4695⑈

RRSB FCCU Subpoena 010937



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

36994

77-7869/2913

**** NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS

11/02/20        $9,893.86***

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑆036994⑆  ⑈          ⑈          4695⑈

RRSB FCCU Subpoena 010941



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37099

77-7869/2913

**** TWENTY FIVE THOUSAND AND 00/100 DOLLARS

11/26/20          $25,000.00**

TO THE
ORDER OF

BRIAN MECKLER

Business Account

Authorized Signature

⑈⑈037099⑈⑈  ⑆███████⑆  ███████4695⑈⑈

RRSB FCCU Subpoena 011109



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37229

77-7869/2913

**\*\*\*\* ONE THOUSAND TWO HUNDRED AND 00/100 DOLLARS**

12/17/20          $1,200.00\*\*\*

TO THE
ORDER OF

BRIAN MECKLER

Business Account

Authorized Signature

⑆037229⑆  ⑈▮▮▮▮▮⑈  ▮▮▮▮4695▮⑆

RRSB FCCU Subpoena 011111



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37097

77-7869/2913

**\*\*\*\* SIXTY THOUSAND AND 00/100 DOLLARS**

11/26/20         $60,000.00\*\*

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑆037097⑈  ⑉███████⑉  ███████4695⑈

RRSB FCCU Subpoena 011133



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37116

77-7869/2913

**** TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

12/02/20      $2,765.88***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND   58109

Business Account

Authorized Signature

⑆037116⑆ ⑈            ⑈            4695⑆

RRSB FCCU Subpoena 011183

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37295

77-7869/2913

\*\*\*\* FOUR THOUSAND ONE HUNDRED EIGHT AND 25/100 DOLLARS

12/30/20        $4,108.25\*\*\*

TO THE
ORDER OF    DAVID SCHINDELE

Business Account

Authorized Signature

⑆037295⑆  ⑈             ⑊             4695⑈

RRSB FCCU Subpoena 011217

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37259

77-7869/2913

\*\*\*\* THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

12/30/20        $3,374.55\*\*\*

TO THE
ORDER OF

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑈037259⑈  ⑆▮▮▮▮▮▮▮▮⑆  ▮▮▮▮▮▮4695⑈

RRSB FCCU Subpoena 011223



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37144

77-7869/2913

**** SIX HUNDRED FIFTY AND 00/100 DOLLARS

12/02/20          $650.00*****

TO THE
ORDER OF

JMR INVESTMENTS, LLC
4503 11TH ST W
WEST FARGO, ND    58078

Business Account

Authorized Signature

⑆037144⑆  ⑆ ▉▉▉▉ ⑆  ▉▉▉ 4695 ⑈    ▉▉▉▉

RRSB FCCU Subpoena 011235



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37327

77-7869/2913

**** FIFTY THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

DAVID SCHINDELE

12/31/20        $50,000.00**

Business Account

Authorized Signature

⑈037327⑈  ⑆                ⑈:                4695⑈⑈

RRSB FCCU Subpoena 011313



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37391

77-7869/2913

\*\*\*\* TEN THOUSAND AND 00/100 DOLLARS

01/20/21          $10,000.00\*\*

TO THE
ORDER OF

DAVID SCHINDELE

Business Account

Authorized Signature

⑆037391⑆  ⑆          ⑆          4695⑆

RRSB FCCU Subpoena 011315



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37394

77-7869/2913

**** FIFTEEN THOUSAND AND 00/100  DOLLARS

01/20/21          $15,000.00**

TO THE
ORDER OF

BRIAN MECKLER

Business Account

Authorized Signature

⑆037394⑆ ⑆▮▮▮▮▮⑆ ▮▮▮▮4695▮⑆

RRSB FCCU Subpoena 011351



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37285

77-7869/2913

**** NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS

12/30/20        $9,893.86***

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑈037285⑈  ⑆⬛⬛⬛⬛⬛⑆  ⬛⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 011357



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37396

77-7869/2913

**** ONE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

BRIAN MECKLER

01/21/21          $1,000.00***

Business Account

Authorized Signature

⑈037396⑈  ⑆                ⑆              4695 ⑈

RRSB FCCU Subpoena 011383



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37278

77-7869/2913

**** SIX HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF

JMR INVESTMENTS, LLC
4503 11TH ST W
WEST FARGO, ND   58078

12/30/20          $650.00*****

Business Account

Authorized Signature

⑈0 37278⑈  ⑆             ⑆         4695⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37258

77-7869/2913

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

\*\*\*\*  TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

12/30/20        $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈037258⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 011443

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37432

77-7869/2913

**** THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

02/01/21          $3,374.55***

TO THE
ORDER OF

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑈037432⑈ ⑆              ⑈              4695 ⑈

RRSB FCCU Subpoena 011497



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37472

77-7869/2913

**** FOUR THOUSAND ONE HUNDRED EIGHT AND 25/100 DOLLARS

02/01/21        $4,108.25***

TO THE
ORDER OF

DAVID SCHINDELE

Business Account

Authorized Signature

⑈037472⑈ ⑆ ▆▆▆▆ ⑈ ▆▆▆▆4695▆⑈

RRSB FCCU Subpoena 011509



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37451

77-7869/2913

**\*\*\*\* SIX HUNDRED FIFTY AND 00/100 DOLLARS**

TO THE
ORDER OF

02/01/21        $650.00\*\*\*\*\*

JMR INVESTMENTS, LLC
4503 11TH ST W
WEST FARGO, ND   58078

Business Account

Authorized Signature

⑈037451⑈ ⑆        ⑆        4695⑈

RRSB FCCU Subpoena 011555

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37431

77-7869/2913

\*\*\*\* TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

02/01/21          $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND   58109

Business Account

Authorized Signature

⑆037431⑈  ⑆ ██████████ ⑆  ████████ 4695 ⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36705

77-7869/2913

\*\*\*\* FOUR THOUSAND EIGHT HUNDRED NINETY FOUR AND 37/100 DOLLARS

09/02/20        $4,894.37\*\*\*

TO THE
ORDER OF

TOPP INVESTMENTS LLC

Business Account

Authorized Signature

⑈036705⑈  ⑆⬛⬛⬛⬛⑆  ⬛⬛⬛4695⑈

RRSB FCCU Subpoena 011621



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37637

77-7869/2913

**** EIGHT HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER OF

BRIAN MECKLER

03/02/21            $850.00*****

Business Account

Authorized Signature

⑆037637⑆ ⑈_____⑈ _____4695⑆

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37568

77-7869/2913

**** THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

03/02/21        $3,374.55***

TO THE
ORDER OF

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑆037568⑆ ⑈ ⑇ 4695⑈

RRSB FCCU Subpoena 011737



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37606

77-7869/2913

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**** FOUR THOUSAND ONE HUNDRED EIGHT AND 25/100 DOLLARS

03/02/21          $4,108.25***

TO THE
ORDER OF

DAVID SCHINDELE

Business Account

Authorized Signature

⑈037606⑈  ⑆▮▮▮▮▮▮⑆  ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 011757

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**       MAR 0 5 2021                                              37608

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

\*\*\*\* ONE THOUSAND SEVEN HUNDRED SIXTEEN AND 67/100 DOLLARS

03/02/21          $1,716.67\*\*\*

TO THE
ORDER OF

STERLING DEVELOPMENT GROUP 9
505 N BROADWAY SUITE 201
FARGO, ND   58102

Business Account

_____
Authorized Signature

⑈037608⑈  ⑆▮▮▮▮▮▮▮⑆   ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 011767



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37595

77-7869/2913

**** NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS

03/02/21        $9,893.86***

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑈037595⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 011861



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37455

77-7869/2913

**** NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS

02/01/21        $9,893.86***

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑈037455⑈ ⑆⬛⬛⬛⬛⬛⑆ ⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 011863



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37709

77-7869/2913

**** FIFTEEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

03/16/21          $15,000.00**

BRIAN MECKLER

Business Account

Authorized Signature

⑈037709⑈  ⑆_____⑆ _____4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

36424

77-7869/2913

**\*\*\*\* FOUR THOUSAND EIGHT HUNDRED NINETY FOUR AND 37/100 DOLLARS**

07/01/20          $4,894.37\*\*\*

TO THE
ORDER OF

TOPP INVESTMENTS LLC

Business Account

Authorized Signature

⑈036424⑈ ⑆ ▉ ⑆ ▉ 4695▉⑈

RRSB FCCU Subpoena 011925

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

36562

77-7869/2913

\*\*\*\* FOUR THOUSAND EIGHT HUNDRED NINETY FOUR AND 37/100 DOLLARS

TO THE
ORDER OF

08/03/20          $4,894.37\*\*\*

TOPP INVESTMENTS LLC

Business Account

Authorized Signature

⑈036562⑈ ⑆ ⑆              ⑆              4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

36835

77-7869/2913

\*\*\*\* FOUR THOUSAND EIGHT HUNDRED NINETY FOUR AND 37/100 DOLLARS

TO THE
ORDER OF

10/01/20      $4,894.37\*\*\*

TOPP INVESTMENTS LLC

Business Account

_____
Authorized Signature

⑈036835⑈  ⑆                ⑆           4695⑈

RRSB FCCU Subpoena 011929

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36167

77-7869/2913

**** FOUR THOUSAND EIGHT HUNDRED NINETY FOUR AND 37/100 DOLLARS

05/01/20        $4,894.37***

TO THE
ORDER OF

TOPP INVESTMENTS LLC

Business Account

Authorized Signature

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈036167⑈ ⑆                 ⑆                 4695⑈

RRSB FCCU Subpoena 011931



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37587

77-7869/2913

\*\*\*\* SIX HUNDRED FIFTY AND 00/100 DOLLARS

03/02/21        $650.00\*\*\*\*\*

TO THE
ORDER OF

JMR INVESTMENTS, LLC
4503 11TH ST W
WEST FARGO, ND   58078

Business Account

Authorized Signature

⑈"037587⑈"  ⑇:▮▮▮▮▮▮:  ▮▮▮▮▮4695▮⑇"

RRSB FCCU Subpoena 011945



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37566

77-7869/2913

**** TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

03/02/21        $2,765.88***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑆037566⑈ ⑆⬛⬛⬛⑆ ⬛⬛⬛4695⑈

RRSB FCCU Subpoena 011979



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37740

77-7869/2913

**** THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

04/01/21          $3,374.55***

TO THE
ORDER OF

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑈037740⑈  ⑆⬛⬛⬛⑆  ⬛⬛⬛4695⑈

RRSB FCCU Subpoena 012135



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37759

77-7869/2913

**** NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS

04/01/21 $9,893.86***

TO THE
ORDER OF
MARK VANYO

Business Account

Authorized Signature

⑈037759⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 012137



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37769

77-7869/2913

**** FOUR THOUSAND ONE HUNDRED EIGHT AND 25/100 DOLLARS

04/01/21          $4,108.25***

TO THE
ORDER OF

DAVID SCHINDELE

Business Account

Authorized Signature

⑈037769⑈ ⑆ ▮▮▮▮▮ ⑆ ▮▮▮▮▮4695▮ ⑈

RRSB FCCU Subpoena 012149



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37739

77-7869/2913

\*\*\*\* TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

04/01/21        $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

_____
Authorized Signature

⑈037739⑈  ⑆ ▮▮▮▮▮ ⑆  ▮▮▮▮▮4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37756

77-7869/2913

\*\*\*\* SIX HUNDRED FIFTY AND 00/100 DOLLARS

04/01/21          $650.00\*\*\*\*\*

TO THE
ORDER OF

JMR INVESTMENTS, LLC
4503 11TH ST W
WEST FARGO, ND    58078

Business Account

Authorized Signature

⑆037756⑆  ⑈⬛⬛⬛⑈  ⬛⬛4695⬛⑈

RRSB FCCU Subpoena 012183

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

APR 1 9 2021

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37865

77-7869/2913

\*\*\*\* ONE THOUSAND SEVEN HUNDRED SIXTEEN AND 67/100 DOLLARS

04/16/21          $1,716.67\*\*\*

TO THE
ORDER OF

STERLING DEVELOPMENT GROUP 9
505 N BROADWAY SUITE 201
FARGO, ND    58102

Business Account

Authorized Signature

⑈037865⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 012297

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

APR 3 0 2021

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37939

77-7869/2913

\*\*\*\* ONE THOUSAND SEVEN HUNDRED SIXTEEN AND 67/100 DOLLARS

TO THE
ORDER OF

05/01/21          $1,716.67\*\*\*

STERLING DEVELOPMENT GROUP 9
505 N BROADWAY SUITE 201
FARGO, ND   58102

Business Account

Authorized Signature

⑈03793⑈⑈   ⑆⬛⬛⬛⬛⬛⑆   ⬛⬛⬛⬛⬛ ⬛695⑈⑈

RRSB FCCU Subpoena 012407



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37903

77-7869/2913

\*\*\*\* TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

05/01/21        $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑆037903⑆  ⑈     ⑈:      4695⑆⑈

RRSB FCCU Subpoena 012437



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37938

77-7869/2913

**** FOUR THOUSAND ONE HUNDRED EIGHT AND 25/100 DOLLARS

05/01/21        $4,108.25***

TO THE
ORDER OF

DAVID SCHINDELE

Business Account

Authorized Signature

⑈037938⑈  ⑆        ⑆        4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37904

77-7869/2913

**** THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

05/01/21          $3,374.55***

TO THE
ORDER OF

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑈037904⑈  ⑆ ▓▓▓▓▓ ⑆  ▓▓▓▓▓4695⑈

RRSB FCCU Subpoena 012481



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38001

77-7869/2913

.**** SIX HUNDRED AND 00/100 DOLLARS

05/18/21          $600.00*****

TO THE
ORDER OF

BRIAN MECKLER

Business Account

Authorized Signature

⑆03800⑈    ⑆          ⑆          4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38036

**** ONE THOUSAND AND 00/100 DOLLARS

05/26/21          $1,000.00***

TO THE
ORDER OF

BRIAN MECKLER

Business Account

Authorized Signature

⑆038036⑈   ⑆⬛⬛⬛⬛⬛⑆   ⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 012579



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37924

77-7869/2913

\*\*\*\* NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS

05/01/21          $9,893.86\*\*\*

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑆037924⑆ ⑈ ▇▇▇▇ ⑈ ▇▇▇▇4695⑈

RRSB FCCU Subpoena 012593



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38044

77-7869/2913

****-THREE THOUSAND-THREE HUNDRED SEVENTY- FOUR AND-55/100 DOLLARS

05/26/21        $3,374.55***

TO THE
ORDER OF

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑆038044⑆ ⑈          ⑇          4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38079

77-7869/2913

**** FOUR THOUSAND ONE HUNDRED EIGHT AND 25/100 DOLLARS

05/26/21          $4,108.25***

TO THE
ORDER OF

DAVID SCHINDELE

Business Account

Authorized Signature

⑈038079⑈  ⑆          ⑈          4695⑈⑆

RRSB FCCU Subpoena 012639

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

JUN 0 2 2021

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38080

**** ONE THOUSAND SEVEN HUNDRED SIXTEEN AND 67/100 DOLLARS

05/26/21        $1,716.67***

TO THE
ORDER OF

STERLING DEVELOPMENT GROUP 9
505 N BROADWAY SUITE 201
FARGO, ND    58102

Business Account

Authorized Signature

⑈038080⑈ ⑆ ▮▮▮▮▮▮▮▮ ⑆ ▮▮▮▮▮▮▮4695▮ ⑈

RRSB FCCU Subpoena 012673



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38043

77-7869/2913

\*\*\*\* TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

05/26/21        $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND   58109

Business Account

Authorized Signature

⑈038043⑈  ⑆▮▮▮▮▮▮▮⑆  ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 012727

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**38119**

77-7869/2913

**\*\*\*\* FIFTY THOUSAND AND 00/100 DOLLARS**

06/08/21                    $50,000.00\*\*

TO THE
ORDER OF

BRIAN MECKLER

Business Account

Authorized Signature

⑆038119⑆  ⑈ ████████ ⑈  ███████4695⑆

RRSB FCCU Subpoena 012747

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38151

77-7869/2913

\*\*\*\* FIVE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

BRIAN MECKLER

06/14/21          $500.00\*\*\*\*\*

Business Account

Authorized Signature

⑈038151⑈  ⑆⬛⬛⬛⬛⑆  ⬛⬛⬛⬛695⬛⑈

RRSB FCCU Subpoena 012813



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38065

77-7869/2913

**** NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS

05/26/21          $9,893.86***

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑈038065⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 012869



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38205

77-7869/2913

\*\*\*\* TWENTY FIVE THOUSAND AND 00/100 DOLLARS

06/23/21                $25,000.00\*\*

TO THE
ORDER OF

BRIAN MECKLER

Business Account

Authorized Signature

⑈038205⑈  ⑆              ⑆        4695⑈

RRSB FCCU Subpoena 012879



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38230

77-7869/2913

**** THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

07/01/21        $3,374.55***

TO THE
ORDER OF

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑈038230⑈  ⑆▉⑆  ▉4695⑈

RRSB FCCU Subpoena 013003



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

JUL 0 1 2021

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38259

77-7869/2913

**** ONE THOUSAND SEVEN HUNDRED SIXTEEN AND 67/100 DOLLARS

TO THE
ORDER OF

07/01/21      $1,716.67***

STERLING DEVELOPMENT GROUP 9
505 N BROADWAY SUITE 201
FARGO, ND    58102

Business Account

Authorized Signature

⑂038259⑂  ⑃          ⑃          4695⑂

RRSB FCCU Subpoena 013033



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38258

77-7869/2913

**** FOUR THOUSAND ONE HUNDRED EIGHT AND 25/100 DOLLARS

TO THE
ORDER OF

07/01/21          $4,108.25***

DAVID SCHINDELE

Business Account

Authorized Signature

⑈038258⑈ ⑆ ▮▮▮ ⑆ ▮▮▮4695▮⑈

RRSB FCCU Subpoena 013061



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38229

77-7869/2913

**** TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

07/01/21        $2,765.88***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑆038229⑈  ⑆                ⑆                4895⑆

RRSB FCCU Subpoena 013155



TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38247

77-7869/2913

****NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS

07/01/21        $9,893.86***

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑈038247⑈ ⑆                ⑆              4695⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38097

77-7869/2913

6-7-21

$27,140.03

TO THE
ORDER OF    Rich Ben

Twenty seven thousand one hundred forty and 02/

Business Account

Authorized Signature

⑈038097⑈ ⑆ ▉▉▉▉ ⑆ ▉▉▉ 4695⑈

RRSB FCCU Subpoena 013227

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

AUG 0 3 2021

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38448

77-7869/2913

**** THREE THOUSAND ONE HUNDRED SEVENTY THREE AND 14/100 DOLLARS

08/01/21          $3,173.14***

TO THE
ORDER OF

STERLING DEVELOPMENT GROUP 9
505 N BROADWAY SUITE 201
FARGO, ND. 58102

Business Account

Authorized Signature

⑈038448⑈  ⑆▉⑆  ▉4695⑊

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38409

77-7869/2913

\*\*\*\* THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

08/01/21          $3,374.55\*\*\*

TO THE
ORDER OF

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑈038409⑈  ⑆⬛⬛⬛⬛⑈  ⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 013319



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38457

77-7869/2913

**** ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS

08/01/21        $1,612.01***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈038457⑈ ⑆ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 013331



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38418

77-7869/2913

\*\*\*\* FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

08/01/21        $464.48\*\*\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈038418⑈  ⑆ ▓▓▓▓ ⑇  ▓▓▓▓▓4695⑈

RRSB FCCU Subpoena 013333



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38446

77-7869/2913

**** FOUR THOUSAND ONE HUNDRED EIGHT AND 25/100 DOLLARS

08/01/21        $4,108.25***

TO THE
ORDER OF

DAVID SCHINDELE

Business Account

Authorized Signature

⑈038446⑈  ⑆⬛⬛⬛⬛⬛⑆  ⬛⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 013337



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38407

77-7869/2913

\*\*\*\* TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

08/01/21       $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈038407⑈  ⑆          ⑈:          4695⑈⑆

RRSB FCCU Subpoena 013465



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38433

**\*\*\*\* NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS**

TO THE
ORDER OF

MARK VANYO

08/01/21        $9,893.86\*\*\*

Business Account

Authorized Signature

⑆038433⑆ ⑈⬛⬛⬛⬛⑈ ⬛⬛⬛⬛4695⬛⑆

RRSB FCCU Subpoena 013499



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38598

77-7869/2913

\*\*\*\* FOUR THOUSAND ONE HUNDRED EIGHT AND 25/100 DOLLARS

09/01/21        $4,108.25\*\*\*

TO THE
ORDER OF

DAVID SCHINDELE

Business Account

_____
. Authorized Signature

⑈038598⑈ ⑆▮▮▮▮▮⑆ ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 013517

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38567

77-7869/2913

\*\*\*\* THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

09/01/21      $3,374.55\*\*\*

TO THE
ORDER OF

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND   58104

Business Account

Authorized Signature

⑈038567⑈  ⑆▉▉▉⑆  ▉▉4695▉⑈

RRSB FCCU Subpoena 013527



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

AUG 3 1 2021

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38600

77-7869/2913

**** THREE THOUSAND ONE HUNDRED SEVENTY THREE AND 14/100 DOLLARS

09/01/21        $3,173.14***

TO THE
ORDER OF

STERLING DEVELOPMENT GROUP 9
505 N BROADWAY SUITE 201
FARGO, ND   58102

Business Account

Authorized Signature

⑈038600⑈ ⑉ ▓▓▓▓▓ ⑉ ▓▓▓▓ 4695▊ ⑈

RRSB FCCU Subpoena 013565



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38608

77-7869/2913

**** TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

09/01/21        $2,765.88***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

_____
Authorized Signature

⑈038608⑈ ⑆ ⑆▉▉▉⑆ ▉▉▉▉695⑈

RRSB FCCU Subpoena 013623



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38582

77-7869/2913

\*\*\*\* FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

09/01/21          $464.48\*\*\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

_____
Authorized Signature

⑈038582⑈ ⑆ ⑈     ⑈⑉     4695⑈⑈

RRSB FCCU Subpoena 013625



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38566

77-7869/2913

**** ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS

09/01/21          $1,612.01***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈038566⑈  ⑆▮▮▮▮▮▮⑆  ▮▮▮▮▮▮4695⑈

RRSB FCCU Subpoena 013627



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38587

77-7869/2913

**** NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS

09/01/21          $9,893.86***

TO THE
ORDER OF

MARK VANYO

Business Account

_____
Authorized Signature

⑈038587⑈  ⑆⬛⬛⬛⬛⬛⑆  ⬛⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 013715



RRSB FCCU Subpoena 013725



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37009

77-7869/2913

**** FOUR THOUSAND EIGHT HUNDRED NINETY FOUR AND 37/100 DOLLARS

11/02/20      $4,894.37***

TO THE
ORDER OF

TOPP INVESTMENTS LLC

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

⑆037009⑈  ⑆ ⑆   4695⑈

RRSB FCCU Subpoena 013727

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37297

77-7869/2913

\*\*\*\* FOUR THOUSAND EIGHT HUNDRED NINETY FOUR AND 37/100 DOLLARS

12/30/20      $4,894.37\*\*\*

TO THE
ORDER OF

TOPP INVESTMENTS LLC

Business Account

Authorized Signature

⑈037297⑈  ⑆⬛⬛⬛⬛⑆   ⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 013729

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37162

77-7869/2913

**** FOUR THOUSAND EIGHT HUNDRED NINETY FOUR AND 37/100 DOLLARS

TO THE
ORDER OF

12/02/20          $4,894.37***

TOPP INVESTMENTS LLC

Business Account

Authorized Signature

⑆037162⑆ ⑈ ⑈ 4895⑆

RRSB FCCU Subpoena 013731



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38784

77-7869/2913

**** ONE THOUSAND TWENTY THREE AND 76/100 DOLLARS

10/01/21          $1,023.76***

TO THE
ORDER OF

BRIAN MECKLER

Business Account

Authorized Signature

⑆038784⑆ ⑈ ⑈ 695⑆

RRSB FCCU Subpoena 013903

**Craig Properties, LLC**     OCT 0 5 2021

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38759

77-7869/2913

**\*\*\*\* THREE THOUSAND ONE HUNDRED SEVENTY THREE AND 14/100 DOLLARS**

10/01/21        $3,173.14\*\*\*

TO THE
ORDER OF

STERLING DEVELOPMENT GROUP 9
505 N BROADWAY SUITE 201
FARGO, ND  58102

Business Account

Authorized Signature

⑈038759⑈  ⑆⬛⬛⬛⬛⑆  ⬛⬛⬛⬛4695⬛⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

RRSB FCCU Subpoena 013907

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38719

77-7869/2913

**** THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

10/01/21        $3,374.55***

TO THE
ORDER OF

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑈038719⑈ ⑆ ⑈ 4695⑈⑈

RRSB FCCU Subpoena 013963



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38756

77-7869/2913

**** FOUR THOUSAND ONE HUNDRED EIGHT AND 25/100 DOLLARS

10/01/21          $4,108.25***

TO THE
ORDER OF

DAVID SCHINDELE

Business Account

Authorized Signature

⑈038756⑈ ⑆ ▮▮▮▮ ⑆ ▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 013967



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38718

77-7869/2913

**** ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS

10/01/21      $1,612.01***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND   58109

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

⑆038718⑆  ⑈          ⑆          4695⑈

RRSB FCCU Subpoena 013979



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38775

77-7869/2913

**\*\*\*\* FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS**

10/01/21                    $464.48\*\*\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑆038775⑆ ⑉          ⑈          4695⑈

RRSB FCCU Subpoena 013981



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38769

77-7869/2913

\*\*\*\* TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

10/01/21          $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈038769⑈ ' ⑆▮▮▮▮▮⑆ ▮▮▮▮▮4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38744

77-7869/2913

**** NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS

10/01/21          $9,893.86***

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑈038744⑈  ⑆ ⑆  4695⑈

RRSB FCCU Subpoena 014179



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38910

77-7869/2913

\*\*\*\*  ONE  THOUSAND  TWENTY  THREE  AND  76/100  DOLLARS

TO THE
ORDER OF

BRIAN MECKLER

11/01/21          $1,023.76\*\*\*

Business Account

Authorized Signature

⑆038910⑆  ⑈⬛⬛⬛⑈  ⬛⬛⬛4695⑆

RRSB FCCU Subpoena 014323



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38887

77-7869/2913

\*\*\*\*  THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

TO THE
ORDER OF

11/01/21        $3,374.55\*\*\*

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑈038887⑈  ⑆⬛⬛⬛⬛⬛⑆  ⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 014325



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

NOV 04 2021

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38921

77-7869/2913

**** THREE THOUSAND ONE HUNDRED SEVENTY THREE AND 14/100 DOLLARS

11/01/21        $3,173.14***

TO THE
ORDER OF

STERLING DEVELOPMENT GROUP 9
505 N BROADWAY SUITE 201
FARGO, ND    58102

Business Account

_____
Authorized Signature

⑆038921⑈  ⑆▮▮▮▮⑆  ▮▮▮4695⑈

RRSB FCCU Subpoena 014327



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38920

77-7869/2913

\*\*\*\*  FOUR  THOUSAND  ONE  HUNDRED  EIGHT  AND  25/100  DOLLARS

TO THE
ORDER OF

11/01/21          $4,108.25\*\*\*

DAVID SCHINDELE

Business Account

Authorized Signature

⑈038920⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 014329



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37610

77-7869/2913

**** FOUR THOUSAND EIGHT HUNDRED NINETY FOUR AND 37/100 DOLLARS

03/02/21          $4,894.37***

TO THE
ORDER OF

TOPP INVESTMENTS LLC

Business Account

Authorized Signature

⑆037610⑆ ⑈          ⑈          4695⑆

RRSB FCCU Subpoena 014373



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37771

77-7869/2913

**** FOUR THOUSAND EIGHT HUNDRED NINETY FOUR AND 37/100 DOLLARS

TO THE
ORDER OF

04/01/21          $4,894.37***

TOPP INVESTMENTS LLC

Business Account

Authorized Signature

⑈037771⑈ ⑆ ⑆ 4695⑈

RRSB FCCU Subpoena 014375

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38886

77-7869/2913

**\* \* \* \*  TWO  THOUSAND  SEVEN  HUNDRED  SIXTY  FIVE  AND  88/100  DOLLARS**

11/01/21        $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

_____
Authorized Signature

⑈038886⑈  ⑆■■■■■■■⑆  ■■■■■■4695⑈

RRSB FCCU Subpoena 014455



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38939

77-7869/2913

**** ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS

11/01/21        $1,612.01***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈038939⑈  ⑆⬛⬛⬛⬛⬛⑆  ⬛⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 014457



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38933

77-7869/2913

\*\*\*\* FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

11/01/21          $464.48\*\*\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND   58109

Business Account

Authorized Signature

⑈038933⑈   ⑆              ⑆              4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

RRSB FCCU Subpoena 014459



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38908

77-7869/2913

**** NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS

11/01/21        $9,893.86***

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑆038908⑆ ⑈ ⑈ 4695⑆

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39067

77-7869/2913

**\*\*\*\* ONE THOUSAND TWENTY THREE AND 76/100 DOLLARS**

12/01/21        $1,023.76\*\*\*

TO THE
ORDER OF

BRIAN MECKLER

Business Account

Authorized Signature

⑈039067⑈  ⑆ ▊ ⑆  ▊ 4695 ▊



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39068

77-7869/2913

**** THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

12/01/21        $3,374.55***

TO THE
ORDER OF

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑈039068⑈  ⑆▮▮▮▮⑆  ▮▮▮.695▮⑈

RRSB FCCU Subpoena 014583



DEC 0 8 2021

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39085

77-7869/2913

\*\*\*\* THREE THOUSAND ONE HUNDRED SEVENTY THREE AND 14/100 DOLLARS

12/01/21          $3,173.14\*\*\*

TO THE
ORDER OF

STERLING DEVELOPMENT GROUP 9
505 N BROADWAY SUITE 201
FARGO, ND    58102

Business Account

Authorized Signature

⑈039085⑈  ⑆          ⑇          ⑈695⑈

RRSB FCCU Subpoena 014587



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39016

77-7869/2913

**** ONE HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS

11/28/21          $150,000.00*

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑈039016⑈ ⑆██████⑆ ██████4695⑈

RRSB FCCU Subpoena 014589



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39155

77-7869/2913

\*\*\*\* ONE THOUSAND THREE AND 61/100 DOLLARS

TO THE
ORDER OF

DAVID SCHINDELE

12/08/21          $1,003.61\*\*\*

Business Account

Authorized Signature

⑈039155⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 014599



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39070

77-7869/2913

**** FOUR THOUSAND ONE HUNDRED EIGHT AND 25/100 DOLLARS

12/01/21        $4,108.25***

TO THE
ORDER OF

DAVID SCHINDELE

Business Account

Authorized Signature

⑆039070⑆ ⑈ ▉ ⑈ ▉ 4695 ⑆

RRSB FCCU Subpoena 014601



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39095

77-7869/2913

\*\*\*\* TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

12/01/21          $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

_____
Authorized Signature

⑆039095⑆  ⑈            ⑈            4695⑈

RRSB FCCU Subpoena 014741



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39084

77-7869/2913

**\*\*\*\* ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS**

12/01/21        $1,612.01\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND     58109

Business Account

Authorized Signature

⑆039084⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 014743



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39097

77-7869/2913

**** FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

12/01/21        $464.48*****

Business Account

_____
Authorized Signature

⑈039097⑈ ⑈⬛⬛⬛⬛⬛⑈ ⬛⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 014745



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39077

77-7869/2913

**** NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS

12/01/21        $9,893.86***

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑆039077⑆  ⑈            ⑈            4695⑆



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39303

77-7869/2913

\*\*\*\* ONE THOUSAND TWO HUNDRED NINETY ONE AND 21/100 DOLLARS

01/05/22          $1,291.21\*\*\*

TO THE
ORDER OF
DAVID SCHINDELE

Business Account

Authorized Signature

⑈039303⑈  ⑆                 ⑈  ⑆            4695⑈

RRSB FCCU Subpoena 014855



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39216

77-7869/2913

**** FOUR THOUSAND ONE HUNDRED EIGHT AND 25/100 DOLLARS

12/30/21          $4,108.25***

TO THE
ORDER OF

DAVID SCHINDELE

Business Account

Authorized Signature

⑈039216⑈ ⑈:⬛⬛⬛⬛⬛: ⬛⬛⬛⬛4695⬛⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39207

77-7869/2913

\*\*\*\* THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

TO THE
ORDER OF

12/30/21          $3,374.55\*\*\*

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑈039207⑈  ⑆            ⑆            4695⑈

RRSB FCCU Subpoena 014863



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39206

77-7869/2913

\*\*\*\* ONE THOUSAND TWENTY THREE AND 76/100 DOLLARS

TO THE
ORDER OF

BRIAN MECKLER

12/30/21          $1,023.76\*\*\*

Business Account

Authorized Signature

⑈039206⑈ ⑆▉⑆ ▉4695▊⑈

RRSB FCCU Subpoena 014865



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

JAN 0 5 20.2

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39241

77-7869/2913

**\*\*\*\* THREE THOUSAND ONE HUNDRED SEVENTY THREE AND 14/100 DOLLARS**

TO THE
ORDER OF

12/30/21          $3,173.14\*\*\*

STERLING DEVELOPMENT GROUP 9
505 N BROADWAY SUITE 201
FARGO, ND  58102

Business Account

Authorized Signature

⑆039241⑈  ⑆          ⑆     4695⑆

RRSB FCCU Subpoena 014887



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39240

77-7869/2913

**** ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS

12/30/21        $1,612.01***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈039240⑈  ⑆▮▮▮▮⑆  ▮▮▮▮,695⑈

RRSB FCCU Subpoena 014923



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39235

77-7869/2913

**** FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND   58109

12/30/21          $464.48*****

Business Account

Authorized Signature

⑈039235⑈  ⑆          ⑆          4695⑈



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39248

77-7869/2913

**** TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

12/30/21        $2,765.88***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈039248⑈  ⑆███████⑆  ███████4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37940

77-7869/2913

**\*\*\*\* FOUR THOUSAND EIGHT HUNDRED NINETY FOUR AND 37/100 DOLLARS**

05/01/21          $4,894.37\*\*\*

TO THE
ORDER OF

TOPP INVESTMENTS LLC

Business Account

Authorized Signature

⑈037940⑈  ⑆▒▒▒▒▒⑆  ▒▒▒▒4695⑈



**Craig Properties, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39227

77-7869/2913

**** NINE THOUSAND EIGHT HUNDRED NINETY THREE AND 86/100 DOLLARS

12/30/21        $9,893.86***

TO THE
ORDER OF

MARK VANYO

Business Account

Authorized Signature

⑈039227⑈ ⑆ ⑆ 4695⑆

RRSB FCCU Subpoena 015063

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

FEB 0 3 2022

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39386

77-7869/2913

**** THREE THOUSAND ONE HUNDRED SEVENTY THREE AND 14/100 DOLLARS

01/27/22          $3,173.14***

TO THE
ORDER OF:

STERLING DEVELOPMENT GROUP 9
505 N BROADWAY SUITE 201
FARGO, ND   58102

Business Account

Authorized Signature

⑈039386⑈  ⑆ ⬛⬛⬛⬛ ⑆  ⬛⬛⬛ 4695 ⬛

RRSB FCCU Subpoena 015175



**Craig Properties, LLC**

PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39370

77-7869/2913

**** FOUR THOUSAND ONE HUNDRED EIGHT AND 25/100 DOLLARS

01/27/22        $4,108.25***

TO THE
ORDER OF

DAVID SCHINDELE

Business Account

Authorized Signature

⑈039370⑈  ⑆⬛⬛⬛⑆  ⬛⬛4695⬛⑈

RRSB FCCU Subpoena 015189



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39366

77-7869/2913

\*\*\*\* ONE THOUSAND TWENTY THREE AND 76/100 DOLLARS

01/27/22              $1,023.76\*\*\*

TO THE
ORDER OF
BRIAN MECKLER

Business Account

Authorized Signature

⑈039366⑈  ⑆              ⑊              4695⑈

RRSB FCCU Subpoena 015203

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39367

77-7869/2913

**** THREE THOUSAND THREE HUNDRED SEVENTY FOUR AND 55/100 DOLLARS

TO THE
ORDER OF

01/27/22        $3,374.55***

BTM INVESTMENTS
2505 34TH AVE S
FARGO, ND    58104

Business Account

Authorized Signature

⑈039367⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 015205



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39513

77-7869/2913

**** ONE THOUSAND FOUR HUNDRED TWENTY ONE AND 11/100 DOLLARS

02/14/22          $1,421.11***

TO THE
ORDER OF

DAVID SCHINDELE

Business Account

Authorized Signature

⑈039513⑈ ⑆⬛⑆ ⬛4695⬛⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

RRSB FCCU Subpoena 015297



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39395

77-7869/2913

\*\*\*\* FOUR HUNDRED SIXTY FOUR AND 48/100 DOLLARS

01/27/22        $464.48\*\*\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND   58109

Business Account

Authorized Signature

⑈039395⑈ ⑆ ▓▓▓▓ ⑆ ▓▓▓▓ 4695⑈

RRSB FCCU Subpoena 015307



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39383

77-7869/2913

**** ONE THOUSAND SIX HUNDRED TWELVE AND 01/100 DOLLARS

01/27/22          $1,612.01***

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈039383⑈  ⑆▉▉▉▉⑆  ▉▉▉4695▉⑈

RRSB FCCU Subpoena 015309



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39408

77-7869/2913

\*\*\*\* TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 88/100 DOLLARS

01/27/22      $2,765.88\*\*\*

TO THE
ORDER OF

RICK BERG
BOX 6530
FARGO, ND    58109

Business Account

Authorized Signature

⑈039408⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 015311

# <u>Exhibit I</u>

# <u>Table of Miscellaneous Transfers</u>

# Checks from FCCU Craig Properties Acct. -4695

## Miscellaneous Transfers

| Transferee | Amount to Transferee | Date of Transfer | Transferring Entity | Transfer Type | Bank Account Transferred From | Account No. |
|---|---|---|---|---|---|---|
| Clearwater County Land Title | $6,005.00 | 10/30/2020 | Craig Properties | Cashier's Check | FCCU Craig Properties | 4695 |
| Discover | $2,000.00 | 11/9/2020 | Craig Properties | Check 36972 | FCCU Craig Properties | 4695 |
| Goss Opera House | $900.00 | 11/10/2020 | Craig Properties | Check 36979 | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $3,005.00 | 11/20/2020 | Craig Properties | Cashier's Check | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $53,005.00 | 12/9/2020 | Craig Properties | Cashier's Check | FCCU Craig Properties | 4695 |
| Goss Opera House | $900.00 | 12/10/2020 | Craig Properties | Check 37135 | FCCU Craig Properties | 4695 |
| Discover | $1,800.00 | 12/11/2020 | Craig Properties | Check 37125 | FCCU Craig Properties | 4695 |
| Mike Smith | $8,500.00 | 12/15/2020 | Craig Properties | Check 37201 | FCCU Craig Properties | 4695 |
| Mike Smith | $700.00 | 12/15/2020 | Craig Properties | Check 37218 | FCCU Craig Properties | 4695 |
| Discover | $2,000.00 | 1/5/2021 | Craig Properties | Check 37266 | FCCU Craig Properties | 4695 |
| Goss Opera House | $900.00 | 1/14/2021 | Craig Properties | Check 37272 | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $3,005.00 | 1/21/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Ottertail Treasurer | $4,429.51 | 1/26/2021 | Craig Properties | Check 37347 | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $3,005.00 | 2/8/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Goss Opera House | $900.00 | 2/11/2021 | Craig Properties | Check 37447 | FCCU Craig Properties | 4695 |
| Discover | $2,000.00 | 2/12/2021 | Craig Properties | Check 37439 | FCCU Craig Properties | 4695 |
| Goss Opera House | $900.00 | 3/12/2021 | Craig Properties | Check 37580 | FCCU Craig Properties | 4695 |
| Discover | $3,000.00 | 3/16/2021 | Craig Properties | Check 37640 | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $3,005.00 | 3/17/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| RFMC, LLC | $60,000.00 | 3/29/2021 | Craig Properties | Check 37710 | FCCU Craig Properties | 4695 |
| Joe Burghardt | $6,000.00 | 4/1/2021 | Craig Properties | Check 37723 | FCCU Craig Properties | 4695 |
| Discover | $15,000.00 | 4/1/2021 | Craig Properties | Check 37733 | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $3,005.00 | 4/6/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Goss Opera House | $900.00 | 4/8/2021 | Craig Properties | Check 37749 | FCCU Craig Properties | 4695 |
| Marlin Bertsch | $12,000.00 | 4/8/2021 | Craig Properties | Check 37813 | FCCU Craig Properties | 4695 |
| Discover | $5,000.00 | 5/3/2021 | Craig Properties | Check 37908 | FCCU Craig Properties | 4695 |
| Ottertail Treasurer | $2,503.00 | 5/4/2021 | Craig Properties | Check 37931 | FCCU Craig Properties | 4695 |
| Nishek Insurance Agency | $10,500.00 | 5/5/2021 | Craig Properties | Check 37959 | FCCU Craig Properties | 4695 |
| Goss Opera House | $900.00 | 5/11/2021 | Craig Properties | Check 37913 | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $3,005.00 | 5/20/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Discover | $4,000.00 | 6/8/2021 | Craig Properties | Check 38050 | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $3,005.00 | 6/8/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Goss Opera House | $900.00 | 6/9/2021 | Craig Properties | Check 38068 | FCCU Craig Properties | 4695 |
| The Plains Apartments | $34,058.65 | 6/17/2021 | Craig Properties | Check 38150 | FCCU Craig Properties | 4695 |
| Goss Opera House | $5,000.00 | 6/29/2021 | Craig Properties | Check 38058 | FCCU Craig Properties | 4695 |
| Discover | $4,000.00 | 7/6/2021 | Craig Properties | Check 38235 | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $3,005.00 | 7/12/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Goss Opera House | $900.00 | 7/13/2021 | Craig Properties | Check 38239 | FCCU Craig Properties | 4695 |
| Discover | $4,000.00 | 8/6/2021 | Craig Properties | Check 38414 | FCCU Craig Properties | 4695 |
| Goss Opera House | $900.00 | 8/6/2021 | Craig Properties | Check 38422 | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $3,005.00 | 8/13/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $3,005.00 | 8/30/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Discover | $3,000.00 | 9/3/2021 | Craig Properties | Check 38571 | FCCU Craig Properties | 4695 |
| Goss Opera House | $900.00 | 9/3/2021 | Craig Properties | Check 38577 | FCCU Craig Properties | 4695 |
| LTP Enterprise | $7,533.28 | 9/7/2021 | Craig Properties | Check 38617 | FCCU Craig Properties | 4695 |
| Westlund Excavating | $24,630.00 | 9/15/2021 | Craig Properties | Check 38558 | FCCU Craig Properties | 4695 |
| Chris Paulson | $8,000.00 | 9/21/2021 | Craig Properties | Check 38685 | FCCU Craig Properties | 4695 |
| Westlund Excavating | $11,400.00 | 9/28/2021 | Craig Properties | Check 38674 | FCCU Craig Properties | 4695 |
| Discover | $5,000.00 | 10/8/2021 | Craig Properties | Check 38724 | FCCU Craig Properties | 4695 |
| Goss Opera House | $450.00 | 10/12/2021 | Craig Properties | Check 38730 | FCCU Craig Properties | 4695 |
| Chris Paulson | $6,000.00 | 10/15/2021 | Craig Properties | Check 38797 | FCCU Craig Properties | 4695 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ottertail Treasurer | $2,503.00 | 10/15/2021 | Craig Properties | Check 38751 | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $3,005.00 | 10/21/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $50,005.00 | 11/2/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $3,005.00 | 11/8/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Discover | $5,000.00 | 11/9/2021 | Craig Properties | Check 38871 | FCCU Craig Properties | 4695 |
| Westlund Excavating | $11,435.00 | 11/23/2021 | Craig Properties | Check 38983 | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $3,005.00 | 12/9/2021 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Discover | $5,000.00 | 12/10/2021 | Craig Properties | Check 39033 | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $3,005.00 | 1/5/2022 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Discover | $5,000.00 | 1/10/2022 | Craig Properties | Check 39217 | FCCU Craig Properties | 4695 |
| Christopher Haats | $52,500.00 | 1/18/2022 | Craig Properties | Check 39321 | FCCU Craig Properties | 4695 |
| Christopher Haats | $12,200.00 | 2/2/2022 | Craig Properties | Check 39443 | FCCU Craig Properties | 4695 |
| Clearwater County Land Title | $3,005.00 | 2/7/2022 | Craig Properties | Cashiers Check | FCCU Craig Properties | 4695 |
| Discover | $10,000.00 | 2/11/2022 | Craig Properties | Check 39371 | FCCU Craig Properties | 4695 |
| Christopher Haats | $5,150.00 | 2/15/2022 | Craig Properties | Check 39492 | FCCU Craig Properties | 4695 |
| Christopher Haats | $1,500.00 | 2/15/2022 | Craig Properties | Check 39501 | FCCU Craig Properties | 4695 |
| Duffy Froemke | $7,000.00 | 2/17/2022 | Craig Properties | Check 39512 | FCCU Craig Properties | 4695 |
| Christopher Haats | $15,000.00 | 2/18/2022 | Craig Properties | Check 39502 | FCCU Craig Properties | 4695 |

| | |
|---|---|
| **Total Transfers:** | **$548,782.44** |



```
FP TRANSACTION  10-30-20  16:51:23  MEMBER ▮695CR                    1 1537
            FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL        6005.00 ▮695-2         BUSINESS REWARDS
   PREV BAL       366541.66 NEW BAL      360536.66
DISBURSED 6,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
```

Member Signature



RRSB FCCU Subpoena 019789



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36972

77-7869/2913

**** TWO THOUSAND AND 00/100 DOLLARS

11/02/20                    $2,000.00***

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL   60197

Business Account

Authorized Signature

⑈036972⑈  ⑆              ⑆       4695⑈

RRSB FCCU Subpoena 010677

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

36979

77-7869/2913

**** NINE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

11/02/20          $900.00*****

GOSS OPERA HOUSE
100 EAST KEMP AVE
SUITE A
WATERTOWN, SD   57201

Business Account

_____
Authorized Signature

⑈036979⑈  ⑆⬛⬛⬛⑆  ⬛⬛4695⬛

RRSB FCCU Subpoena 010681



```
FP TRANSACTION  11-20-20  12:27:49  MEMBER ▉4695CR              1 1504
            FOR CRAIG PROPERTIES LLC  AS JESSIE
WITHDRAWAL       3005.00 ▉4695-2           BUSINESS REWARDS
   PREV BAL       602454.97 NEW BAL        599449.97
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
```




```
FP TRANSACTION  12-09-20  11:19:26  MEMBER ■4695CR                      1 1504
              FOR CRAIG PROPERTIES LLC  AS Jesse
WITHDRAWAL       53005.00 ■4695-2          BUSINESS REWARDS
   PREV BAL       583574.79 NEW BAL        530569.79
DISBURSED 53,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
```



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37135

77-7869/2913

**** NINE HUNDRED AND 00/100 DOLLARS

12/02/20          $900.00*****

TO THE
ORDER OF

GOSS OPERA HOUSE
100 EAST KEMP AVE
SUITE A
WATERTOWN, SD   57201

Business Account

Authorized Signature

⑈037135⑈  ⑆              ⑆            �'695⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37125

77-7869/2913

**** ONE THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS

12/02/20          $1,800.00***

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL   60197

Business Account

Authorized Signature

⑈037125⑈  ⑆▇▇▇▇▇⑆  ▇▇▇4695⑈

RRSB FCCU Subpoena 010965



**Craig Properties, LLC**

PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37201

77-7869/2913

\* \* \* \* EIGHT THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

12/04/20          $8,500.00\*\*\*

TO THE
ORDER OF

MIKE SMITH

Business Account

Authorized Signature

⑊⑊037201⑊⑊ ⑊: ▮▮▮▮▮▮ :⑊ ▮▮▮▮▮4695▮⑊

RRSB FCCU Subpoena 011017



RRSB FCCU Subpoena 011019



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37266

77-7869/2913

**** TWO THOUSAND AND 00/100 DOLLARS

12/30/20          $2,000.00***

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

⑈037266⑈  ⑊            ⑊            4695⑈⑈

RRSB FCCU Subpoena 011165

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37272

77-7869/2913

\*\*\*\* NINE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

12/30/20          $900.00\*\*\*\*\*

GOSS OPERA HOUSE
100 EAST KEMP AVE
SUITE A
WATERTOWN, SD   57201

Business Account

Authorized Signature

⑈037272⑈  ⑆ ▉ ⑆  ▉ 4695⑈


```
FP TRANSACTION  01-21-21  14:20:47  MEMBER ■4695CR                    1 1516
              FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL        3005.00 ■4695-2            BUSINESS REWARDS
   PREV BAL       766648.83 NEW BAL        763643.83
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
   FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND
             TITLE COMPANY INC
             PO BOX 749
             OROFINO, ID 83544
```

Member Signature









TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37347

77-7869/2913

**** FOUR THOUSAND FOUR HUNDRED TWENTY NINE AND 51/100 DOLLARS

01/06/21        $4,429.51***

TO THE
ORDER OF

OTTERTAIL TREASURER
570 FIR AVENUE WEST
FERGUS FALLS, MN    56537

Business Account

Authorized Signature

⑆037347⑆  ⑈▓▓▓▓▓⑈  ▓▓▓▓4695▓⑈

RRSB FCCU Subpoena 011411


```
FP TRANSACTION  02-08-21  12:32:57  MEMBER ■4695CR              1 1504
              FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL        3005.00 ■4695-2          BUSINESS REWARDS
   PREV BAL      610831.59 NEW BAL       607826.59
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
```



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37447

77-7869/2913

\*\*\*\* NINE HUNDRED AND 00/100 DOLLARS

02/01/21          $900.00\*\*\*\*\*

TO THE
ORDER OF

GOSS OPERA HOUSE
100 EAST KEMP AVE
SUITE A
WATERTOWN, SD  57201

Business Account

Authorized Signature

⑈037447⑈  ⑆ ▓▓▓▓ ⑆  ▓▓▓ 4695⑈

RRSB FCCU Subpoena 011537



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37439

77-7869/2913

**** TWO THOUSAND AND 00/100 DOLLARS

02/01/21          $2,000.00***

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

⑈037439⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 011567

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37580

77-7869/2913

\*\*\*\* NINE HUNDRED AND 00/100 DOLLARS

03/02/21                    $900.00\*\*\*\*\*

TO THE
ORDER OF

GOSS OPERA HOUSE
100 EAST KEMP AVE
SUITE A
WATERTOWN, SD   57201

Business Account

Authorized Signature

⑈037580⑈  ⑆               ⑈        4695⑆

RRSB FCCU Subpoena 011787



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37640

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

03/04/21          $3,000.00***

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL 60197

Business Account

Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

⑈037640⑈ ⑆ ▮▮▮▮▮ ⑆ ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 011809



```
FP TRANSACTION  03-17-21  07:37:33  MEMBER ▮4695CR              1 1504
           FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL       3005.00 ▮4695-2           BUSINESS REWARDS
    PREV BAL    2045515.26 NEW BAL     2042510.26
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND
```

Member Signature







**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

377 10

77-7869/2913

**** SIXTY THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

RFMC, LLC
2818 30th Ave S
Fargo, ND  58103

03/16/21          $60,000.00**

Business Account

Authorized Signature

⑆037710⑈    ⑈⬛⬛⬛⬛⑆    ⬛⬛⬛⬛695⑆

RRSB FCCU Subpoena 012037



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**37723**

77-7869/2913

**\*\*\*\* SIX THOUSAND AND 00/100 DOLLARS**

03/23/21          $6,000.00\*\*\*

TO THE
ORDER OF

JOE BURGHARDT

Business Account

Authorized Signature

⑆037723⑆ ⑈ ▇▇▇ ⑈ ▇▇▇ 4695▇⑈

RRSB FCCU Subpoena 012067



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37733

77-7869/2913

**** FIFTEEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL   60197

03/26/21                    $15,000.00**

Business Account

Authorized Signature

⑈037733⑈ ⑆⬛⬛⬛⬛⑆ ⬛⬛⬛⬛4695⑈

RRSB FCCU Subpoena 012071



```
FP TRANSACTION  04-06-21  09:27:09  MEMBER ■4695CR              1 1504
               FOR CRAIG PROPERTIES LLC  AS Jesse
WITHDRAWAL          3005.00 ■4695-2          BUSINESS REWARDS
   PREV BAL     1072033.64 NEW BAL      1069028.64
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
 FEE: 5.00 TAX: 0.00
 PAYEE: CLEARWATER COUNTY LAND TITLE
```

Member Signature







TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37749

77-7869/2913

\*\*\*\* NINE HUNDRED AND 00/100 DOLLARS

04/01/21        $900.00\*\*\*\*\*

TO THE
ORDER OF

GOSS OPERA HOUSE
100 EAST KEMP AVE
SUITE A
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈037749⑈  ⑆▮▮▮▮▮▮⑆  ▮▮▮▮▮4695⑈

RRSB FCCU Subpoena 012179



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37813

77-7869/2913

\*\*\*\* TWELVE THOUSAND AND 00/100 DOLLARS

04/05/21          $12,000.00\*\*

TO THE
ORDER OF

MARLIN BERTSCH
3224 88TH AVE SE
JAMESTOWN, ND   58401

Business Account

Authorized Signature

⑈037813⑈  ⑆▉▉▉▉⑆  ▉▉▉▉4695⑈

RRSB FCCU Subpoena 012181



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

37908

77-7869/2913

**** FIVE THOUSAND AND 00/100 DOLLARS

05/01/21                    $5,000.00***

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

⑈037908⑈    ⑆■■■■■■⑆    ■■■■4695■⑈

RRSB FCCU Subpoena 012371

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37931

77-7869/2913

**** TWO THOUSAND FIVE HUNDRED THREE AND 00/100 DOLLARS

05/01/21          $2,503.00***

TO THE
ORDER OF

OTTERTAIL TREASURER
570 FIR AVENUE WEST
FERGUS FALLS, MN    56537

Business Account

Authorized Signature

⑈037931⑈  ⑆              ⑈      4695⑈

RRSB FCCU Subpoena 012413

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37959

77-7869/2913

\*\*\*\* TEN THOUSAND FIVE HUNDRED AND 60/100 DOLLARS

TO THE
ORDER OF

04/30/21          $10,500.60\*\*

NISHEK INSURANCE AGENCY

Business Account

Authorized Signature

⑈037959⑈  ⑆          ⑉          4695⑈

RRSB FCCU Subpoena 012429

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

37913

77-7869/2913

\*\*\*\* NINE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

05/01/21          $900.00\*\*\*\*\*

GOSS OPERA HOUSE
100 EAST KEMP AVE
SUITE A
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈037913⑈  ⑆▮▮▮▮▮⑆  ▮▮▮▮▮4695⑈

RRSB FCCU Subpoena 012495


```
FP TRANSACTION  05-20-21  10:37:58  MEMBER ■4695CR           1 1517
          FOR CRAIG PROPERTIES LLC  AS jesse craig
WITHDRAWAL       3005.00 ■4695-2        BUSINESS REWARDS
   PREV BAL      169389.79 NEW BAL      166384.79
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
```

Member Signature







**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38050

\*\*\*\* FOUR THOUSAND AND 00/100 DOLLARS

05/26/21          $4,000.00\*\*\*

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

⑈038050⑈  ⑆            ⑆            4695⑈

RRSB FCCU Subpoena 012725



```
FP TRANSACTION  06-08-21  09:33:15  MEMBER ▉4695CR              1 1504
             FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL       3005.00 ▉4695-2            BUSINESS REWARDS
   PREV BAL      482301.62 NEW BAL      479296.62
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
 FEE: 5.00 TAX: 0.00
 PAYEE: CLEARWATER COUNTY LAND TITLE
```

Member Signature





RRSB FCCU Subpoena 019962



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38068

77-7869/2913

\*\*\*\* NINE HUNDRED AND 00/100 DOLLARS

05/26/21        $900.00\*\*\*\*\*

TO THE
ORDER OF

GOSS OPERA HOUSE
100 EAST KEMP AVE
SUITE A
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑆038068⑆ ⑈ █████ ⑈ █████4695⑈

RRSB FCCU Subpoena 012743



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38150

77-7869/2913

\*\*\*\* THIRTY FOUR THOUSAND FIFTY EIGHT AND 65/100 DOLLARS

06/14/21        $34,058.65\*\*

TO THE
ORDER OF

THE PLAINS APARTMENTS

Business Account

Authorized Signature

⑈038150⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 012821



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38058

77-7869/2913

**** FIVE THOUSAND AND 00/100 DOLLARS

05/26/21          $5,000.00***

TO THE
ORDER OF

GOSS OPERA HOUSE
100 EAST KEMP AVE
SUITE A
WATERTOWN, SD   57201

Business Account

Authorized Signature

⑈038058⑈  ⑆ ▉▉▉▉▉▉ ⑆ ▉▉▉▉4695⑈

RRSB FCCU Subpoena 012929



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38235

**** FOUR THOUSAND AND 00/100 DOLLARS

07/01/21          $4,000.00***

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

⑈038235⑈  ⑆                ⑈          4695▮⑈

RRSB FCCU Subpoena 012973



```
FP TRANSACTION  07-12-21  16:16:18  MEMBER ▪4695CR              1 1519
             FOR CRAIG PROPERTIES LLC  AS Jesse
WITHDRAWAL        3005.00 ▪4695-2          BUSINESS REWARDS
   PREV BAL      268629.89 NEW BAL       265624.89
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
```





TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38239

77-7869/2913

\*\*\*\* NINE HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

07/01/21          $900.00\*\*\*\*\*

GOSS OPERA HOUSE
100 EAST KEMP AVE
SUITE A
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑆038239⑈ ⑉▮▮▮▮▮⑉ ▮▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 013081



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38414

\*\*\*\* FOUR THOUSAND AND 00/100 DOLLARS

08/01/21    $4,000.00\*\*\*

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

⑈038414⑈  ⑆                ⑈:              4695⑈

RRSB FCCU Subpoena 013301



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38422

77-7869/2913

\*\*\*\* NINE HUNDRED AND 00/100 DOLLARS

08/01/21          $900.00\*\*\*\*\*

TO THE
ORDER OF

GOSS OPERA HOUSE
100 EAST KEMP AVE
SUITE A
WATERTOWN, SD   57201

Business Account

_____
Authorized Signature

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

⑈038422⑈  ⑆▉▉▉▉⑆  ▉▉▉▉4695⑈

RRSB FCCU Subpoena 013303


```
FP TRANSACTION  08-13-21  11:48:30  MEMBER ■4695CR               1 1504
              FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL        3005.00 ■4695-2          BUSINESS REWARDS
   PREV BAL      199603.41 NEW BAL      196598.41
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
```

Member Signature






```
FP TRANSACTION  08-30-21  16:42:06  MEMBER ■4695CR              1 1516
             FOR CRAIG PROPERTIES LLC  AS JESSE
WITHDRAWAL        3005.00 ■4695-2         BUSINESS REWARDS
   PREV BAL      960524.98 NEW BAL      957519.98
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
           BOX 749
           OROFINA, ID 83544
```

Member Signature





**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38571

77-7869/2913

**** THREE THOUSAND AND 00/100 DOLLARS

09/01/21          $3,000.00***

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL     60197

Business Account

Authorized Signature

⑈038571⑈  ⑆                ⑈        4695⑈⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

**38577**

77-7869/2913

**** NINE HUNDRED AND 00/100 DOLLARS

09/01/21          $900.00*****

TO THE
ORDER OF

GOSS OPERA HOUSE
100 EAST KEMP AVE
SUITE A
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈038577⑈  ⑆⬛⬛⬛⑆  ⬛⬛⬛4695⬛⑈

RRSB FCCU Subpoena 013599

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38617

77-7869/2913

**\*\*\*\* SEVEN THOUSAND FIVE HUNDRED THIRTY THREE AND 28/100 DOLLARS**

08/27/21          $7,533.28\*\*\*

TO THE
ORDER OF

LTP Enterprise
BOX 9035
FARGO, ND    58106

Business Account

Authorized Signature

⑈038617⑈  ⑆■■■■■⑆  ■■■■4695⑈⑉

RRSB FCCU Subpoena 013637

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38558

77-7869/2913

**** TWENTY FOUR THOUSAND SIX HUNDRED THIRTY AND 00/100 DOLLARS

08/24/21        $24,630.00**

TO THE
ORDER OF

WESTLUND EXCAVATING
803 SUNRISE DR
LAKE PARK, MN    56554

Business Account

Authorized Signature

⑈038558⑈  ⑆ ▉▉▉▉▉▉ ⑇:  ▉▉▉▉▉4695⑈⑈



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38685

77-7869/2913

**** EIGHT THOUSAND AND 00/100 DOLLARS

09/16/21          $8,000.00***

TO THE
ORDER OF

CHRIS PAULSON
1211 MAGNOLIA CT
GLYNDON, MN    56547

Business Account

Authorized Signature

⑈038685⑈ ⑆ ▨▨▨▨ ⑆ ▨▨▨ 4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

RRSB FCCU Subpoena 013789

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38674

77-7869/2913

**** ELEVEN THOUSAND FOUR HUNDRED AND 00/100 DOLLARS

09/14/21                    $11,400.00**

TO THE
ORDER OF

WESTLUND EXCAVATING
803 SUNRISE DR
LAKE PARK, MN   56554

Business Account

Authorized Signature

⑈038674⑈  ⑆                ⑆                4695⑈



TO VERIFY AUTHENTICITY. SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38724

77-7869/2913

**** FIVE THOUSAND AND 00/100 DOLLARS

10/01/21          $5,000.00***

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

⑆038724⑆  ⑈                     ⑉                  4695⑈

RRSB FCCU Subpoena 013939

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38730

77-7869/2913

**** FOUR HUNDRED FIFTY AND 00/100 DOLLARS

10/01/21          $450.00*****

TO THE
ORDER OF

GOSS OPERA HOUSE
100 EAST KEMP AVE
SUITE A
WATERTOWN, SD    57201

Business Account

Authorized Signature

⑈038730⑈  ⑆▌▌▌⑆  ▌▌▌▌4695▐⑈

RRSB FCCU Subpoena 013953



```
FP TRANSACTION  10-12-21  16:24:00  MEMBER ▮4695CR              1 1517
              FOR CRAIG PROPERTIES LLC  AS JESSE
WITHDRAWAL        3005.00 ▮4695-2         BUSINESS REWARDS
   PREV BAL      268214.32 NEW BAL       265209.32
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
```

Member Signature





RRSB FCCU Subpoena 020044



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38797

77-7869/2913

**** SIX THOUSAND AND 00/100 DOLLARS

10/08/21        $6,000.00***

TO THE
ORDER OF

CHRIS PAULSON
1211 MAGNOLIA CT
GLYNDON, MN   56547

Business Account

Authorized Signature

⑆038797⑈  ⑆          ⑆           4695⑈

RRSB FCCU Subpoena 013995

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

38751

77-7869/2913

\*\*\*\* TWO THOUSAND FIVE HUNDRED THREE AND 00/100 DOLLARS

TO THE
ORDER OF

10/01/21          $2,503.00\*\*\*

OTTERTAIL TREASURER
570 FIR AVENUE WEST
FERGUS FALLS, MN     56537

Business Account

Authorized Signature

⑈038751⑈  ⑆▉▉▉▉▉⑆  ▉▉▉▉4695⑈

RRSB FCCU Subpoena 014005



```
FP TRANSACTION  11-02-21  13:30:17  MEMBER ▇4695CR              1 1505
              FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL      50005.00 ▇4695-2           BUSINESS REWARDS
   PREV BAL      686205.19 NEW BAL      636200.19
DISBURSED 50,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
            BOX 749
            OROFINO, ID 83544
```

Member Signature







```
FP TRANSACTION  11-08-21  14:41:33  MEMBER  █4695CR              1 1505
              FOR CRAIG PROPERTIES LLC  AS JESSE R CRAIG
WITHDRAWAL        3005.00 █4695-2         BUSINESS REWARDS
   PREV BAL      237510.52 NEW BAL      234505.52
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
             BOX 749
             OROFINO, ID 83544
```

Member Signature



**Craig Properties, LLC**
PO Box 425
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

38891

77-7869/2913

**** FIVE THOUSAND AND 00/100 DOLLARS

11/01/21          $5,000.00***

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL     60197

Business Account

Authorized Signature

⑈038891⑈  ⑆▮▮▮▮▮▮⑆  0▮▮▮▮4695▮⑈

RRSB FCCU Subpoena 014281



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

38983

**** ELEVEN THOUSAND FOUR HUNDRED THIRTY FIVE AND 00/100 DOLLARS

11/08/21        $11,435.00**

TO THE
ORDER OF

WESTLUND EXCAVATING
803 SUNRISE DR
LAKE PARK, MN    56554

Business Account

Authorized Signature

⑆038983⑆  ⑉███████⑉  ██████4695⑈

RRSB FCCU Subpoena 014461



```
FP TRANSACTION  12-09-21  14:54:59  MEMBER ■4695CR                1 1517
                FOR CRAIG PROPERTIES LLC  AS CRAIG
RECEIVED              3000.00 IN 1 CHECK
   3000.00
   REF: ■4695
WITHDRAWAL            5.00 ■4695-2        BUSINESS REWARDS
   PREV BAL      899876.82 NEW BAL       899871.82
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
```

Member Signature



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39033

77-7869/2913

**** FIVE THOUSAND AND 00/100 DOLLARS

12/01/21                    $5,000.00***

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

⑈039033⑈  ⑆           ⑆           4695⑈

RRSB FCCU Subpoena 014565



```
FP TRANSACTION  01-05-22  15:26:29  MEMBER ■4695CR                  1 1520
            FOR CRAIG PROPERTIES LLC  AS JESSE CRAIG
WITHDRAWAL       3005.00 ■4695-2        BUSINESS REWARDS
   PREV BAL     753805.61 NEW BAL      750800.61
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
          BOX 749
          OROFINO, ID 83544
```

Member Signature



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39217

77-7869/2913

**** FIVE THOUSAND AND 00/100 DOLLARS

12/30/21       $5,000.00***

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL   60197

Business Account

Authorized Signature

⑈039217⑈  ⑆ ▮▮▮▮▮ ⑆  ▮▮▮▮▮4695▮

RRSB FCCU Subpoena 014911



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39321

77-7869/2913

**** FIFTY TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

01/14/22          $52,500.00**

TO THE
ORDER OF

CHRISTOPHER   HAATS
704 ANDREWS AVE
DETROIT LAKES, MN    56501

Business Account

Authorized Signature

⑈039321⑈  ⑆▮▮▮▮▮⑆   ▮▮▮▮▮4695⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

RRSB FCCU Subpoena 015021

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39443

77-7869/2913

**** TWELVE THOUSAND TWO HUNDRED AND 00/100 DOLLARS

TO THE
ORDER OF

02/01/22          $12,200.00**

CHRISTOPHER  HAATS
704 ANDREWS AVE
DETROIT LAKES, MN    56501

Business Account

Authorized Signature

⑆039443⑈  ⑆ ⑆  4695 ⑈

RRSB FCCU Subpoena 015113


```
FP TRANSACTION  02-07-22  13:11:44  MEMBER ■4695CR                    1 1517
            FOR CRAIG PROPERTIES LLC  AS jesse
WITHDRAWAL        3005.00 ■4695-2          BUSINESS REWARDS
   PREV BAL      509240.04 NEW BAL       506235.04
DISBURSED 3,000.00 IN MERCHANDISE OF 1 CASHIERS CHECKS
  FEE: 5.00 TAX: 0.00
  PAYEE: CLEARWATER COUNTY LAND TITLE
```

Member Signature



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

3937.1

77-7869/2913

**** TEN THOUSAND AND 00/100 DOLLARS

01/27/22          $10,000.00**

TO THE
ORDER OF

DISCOVER
BOX 6103
CAROL STREAM, IL    60197

Business Account

Authorized Signature

⑆039371⑆  ⑈            ⑈          4695⑇

RRSB FCCU Subpoena 015253

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39492

77-7869/2913

**\*\*\*\* FIVE THOUSAND ONE HUNDRED FIFTY AND 00/100 DOLLARS**

02/09/22          $5,150.00\*\*\*

TO THE
ORDER OF

CHRISTOPHER  HAATS
704 ANDREWS AVE
DETROIT LAKES, MN    56501

Business Account

Authorized Signature

⑈039492⑈  ⑆          ⑆          4695⑈

RRSB FCCU Subpoena 015291



**Craig Properties, LLC**
PO Box 426
Fargo, ND  58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND  58103

39501

77-7869/2913

\*\*\*\*  ONE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

02/10/22                $1,500.00\*\*\*

TO THE
ORDER OF

CHRISTOPHER  HAATS
704 ANDREWS AVE
DETROIT LAKES, MN    56501

Business Account

Authorized Signature

⑈039501⑈  ⑆ ⑆    4695⑈

RRSB FCCU Subpoena 015293



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

77-7869/2913

39512

**** SEVEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF

DUFFY FROEMKE

02/14/22        $7,000.00***

Business Account

Authorized Signature

⑆039512⑆ ⑈⬛⬛⬛⑈ ⬛⬛⬛4695⬛⑆

RRSB FCCU Subpoena 015321



**Craig Properties, LLC**
PO Box 426
Fargo, ND 58107

First Community Credit Union
4521 19th Avenue South
Fargo, ND 58103

39502

77-7869/2913

**** FIFTEEN THOUSAND AND 00/100 DOLLARS

02/10/22         $15,000.00**

TO THE
ORDER OF

CHRISTOPHER  HAATS
704 ANDREWS AVE
DETROIT LAKES, MN    56501

Business Account

Authorized Signature

⑆039502⑆ ⑈⬛⬛⬛⑈ ⬛⬛⬛4695⬛⑆

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

RRSB FCCU Subpoena 015343