**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br><br>　　　　Debtor. | Case No.: 25-30002<br><br>Chapter 11<br><br>(Main Case) |
| In Re:<br><br>Parkside Place, LLC,<br><br>　　　　Debtor. | Case No.: 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**DECLARATION OF CHARLES AARESTAD (RED RIVER STATE BANK)**

**RE: FUNDS DISBURSED FOR PARKSIDE AND GENERATIONS DRAW REQUESTS**

Pursuant to 28 U.S.C. § 1746, I, Charles Aarestad, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Senior Vice President at Red River State Bank ("RRSB" or "Creditor"). I have held my current position since 2011.

2. I am personally familiar with the loan history between RRSB and Parkside Place, LLC ("Parkside"), and the apartment building located at 8 2nd St NE, Watertown, South Dakota (the "Parkside Project"). I am also personally familiar with the loan history between RRSB and Generations on 1st, LLC ("Generations"), and the apartment building located at 26 1st Ave SW, Watertown, South Dakota (the "Generations Project"). (Collectively, Parkside and Generations are referred to hereinafter as the "Debtors").

3. I am personally familiar with the 13 draw requests submitted to Watertown Development Corp. ("WDC") and RRSB by Debtor and its general contractor Craig Development, LLC and/or Jesse Craig ("Draw Requests"). Copies of the Draw Requests in RRSB's files were previously filed in this case. *See* ECF 186.

4. I am personally familiar with the 17 draw requests submitted to Watertown Development Corp. ("WDC") and RRSB by Debtor and its general contractor Craig Development, LLC and/or Jesse Craig ("Draw Requests"). Copies of the Draw Requests in RRSB's files were previously filed in this case. *See* ECF 185.

5. I am personally familiar with the detailed loan history for the Parkside and Generations Projects set forth in the Affidavits of Charles Aarestad re: the Parkside Note [ECF 164]; Eighth Generations Note [ECF 165], Generations Notes Nos. 1-7 & No. 9 [ECF 166], and the Mulinda Notes [ECF 167].

6. RRSB's counsel served subpoenas on several financial institutions, requesting copies of bank statements, checks, transaction receipts, etc., from accounts maintained by such depository institutions for the Debtors and Jesse Craig, Mulinda Craig, Craig Development, LLC, Craig Properties, LLC, and other statutory insiders (collectively, the "Insiders").

7. One of the subpoenaed banks, First Community Credit Union ("FCCU"), provided over 25,000 pages of responsive documents, including bank statements, checks, and transaction receipts for the period of January 2020 to April 2025.

8. I have personally reviewed bank statements, checks, and transaction receipts produced by FCCU for the bank account ending -1711 owned by Craig Development, LLC (the "FCCU Craig Development Account") and the bank account ending -4695 owned by

2

Craig Properties, LLC (the "FCCU Craig Properties Account") (collectively, the "FCCU Craig Accounts").

9. I have also personally reviewed the Declaration of Clay Greenwood (FCCU) [ECF Nos. 264-269], which includes bank statements, checks, and transaction receipts for the FCCU Craig Accounts and a FCCU account owned by Jesse Craig in his personal capacity.

10. The table below summarizes the amount and date of each loan disbursement made by RRSB for the Parkside Project, as well as information about the bank accounts into which such loan proceeds were initially deposited by the Debtor:

| Draw No. | Transaction Date | Amount | Depository Account | Account No. | Exhibit |
|---|---|---|---|---|---|
| Draws 4 | October 30, 2020 | $300,983.52 | Craig Development LLC – FCCU | 1711 | A |
| Draw 5 | December 28, 2020<br>January 20, 2021 | $563,790.45 | Craig Development LLC – FCCU | 1711 | B |
| Draw 6 | January 20, 2021<br>February 8, 2021<br>March 16, 2021 | $728,153.04 | Craig Development LLC – FCCU | 1711 | C |
| Draw 7 | February 26, 2021<br>March 16, 2021 | $884,021.21 | Craig Development LLC – FCCU | 1711 | D |
| Draw 8 | March 16, 2021<br>April 26, 2021 | $390,531.68 | Craig Development LLC – FCCU | 1711 | E |
| Draw 9 | April 26, 2021 | $539,457.17 | Craig Development LLC – FCCU | 1711 | F |
| Draw 10 | May 27, 2021 | $619,483.54 | Craig Properties LLC – FCCU | 4695 | G |
| Draw 11 | June 22, 2021 | $437,316.35 | Craig Development LLC – FCCU | 1711 | H |
| Draw 12 | August 30, 2021 | $523,516.85 | Craig Properties LLC – FCCU | 4695 | I |

| Draw 13 | August 30, 2021 | $416,854.95 | Craig Properties LLC – FCCU | 4695 | J |
|---|---|---|---|---|---|
| | Total Parkside Funds: | $5,404,108.76 | | | |

True and correct copies of the corresponding documents related to these transactions are attached as **Exhibits A-J**.

11.   The table below summarizes the amount and date of each loan disbursement made by RRSB for the Generations Project, and information about the bank accounts into which the Debtor initially deposited such loan proceeds:

| Draw No. | Transaction Date | Amount | Depository Account | Account No. | Exhibit |
|---|---|---|---|---|---|
| Draws 4 | January 20, 2021<br>February 8, 2021<br>March 16, 2021 | $540,039.74 | Craig Development LLC – FCCU | 1711 | K |
| Draw 5 | February 26, 2021<br>March 16, 2021 | $376,020.84 | Craig Development LLC – FCCU | 1711 | L |
| Draw 6 | March 16, 2021<br>April 26, 2021 | $738,430.07 | Craig Development LLC – FCCU | 1711 | M |
| Draw 7 | April 26, 2021 | $580,907.87 | Craig Development LLC – FCCU | 1711 | N |
| Draw 8 | May 27, 2021 | $701,477.21 | Craig Properties LLC – FCCU | 4695 | O |
| Draw 9 | June 22, 2021 | $1,215,028.04 | Craig Development LLC – FCCU | 1711 | P |
| Draw 10 | September 14, 2021 | $339,580.56 | Craig Properties LLC – FCCU | 4695 | Q |
| Draw 11 | September 14, 2021 | $1,423,600.00 | Craig Properties LLC – FCCU | 4695 | Q |
| Draw 12.1 | September 14, 2021 | $229,896.66 | Craig Properties LLC – FCCU | 4695 | Q |
| Draw 12.2 | September 14, 2021 | $983,353.76 | Craig Properties LLC – FCCU | 4695 | Q |
| Draw 13 | October 14, 2021 | $1,094,025.15 | Craig Properties LLC – FCCU | 4695 | R |
| Draw 14 | November 9, 2021 | $424,259.84 | Craig Properties LLC – FCCU | 4695 | S |

| Draw 15 | December 9, 2021 | $843,168.59 | Craig Properties LLC – FCCU | 4695 | T |
| Draw 16 | January 5, 2022 | $653,729.65 | Craig Development LLC – FCCU | 1711 | U |
| Draw 17 | February 3, 2022 | $274,043.60 | Craig Properties LLC – FCCU | 4695 | V |
| | Total Generations Funds: | **$10,417,561.58** | | | |

True and correct copies of the corresponding documents related to these transactions are attached as **Exhibits K-V**.

12. Attached as **Exhibit W** are true and correct copies of the FCCU transaction receipts showing the deposit of all draw request proceeds as set forth above.

13. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2026.

BY: _____
Charles Aarestad

5