**Budget Worksheet**
Property = Parkside Place, Book = Cash, Start Month = 01/2026

**PARKSIDE PLACE, LLC**

| Account Name | January 2026 | February 2026 | March 2026 | April 2026 | May 2026 | June 2026 | Row Total |
|---|---|---|---|---|---|---|---|
| **GPR Income** | | | | | | | |
| 36 1 Bed | 36,900.00 | 37,020.00 | 38,420.00 | 38,660.00 | 39,010.00 | 34,240.00 | 224,250.00 |
| Commercial - 201, 202 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 22,818.00 |
| CAM | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 4,717.14 |
| **Net Income** | 41,489.19 | 41,609.19 | 43,009.19 | 43,249.19 | 43,599.19 | 38,829.19 | 251,785.14 |
| Less Apartment Vacancies | 0.00 | 0.00 | 1,035.00 | 1,035.00 | 1,035.00 | 1,035.00 | 4,140.00 |
| Less HME Incentives | 380.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 380.00 |
| Less CPBM Incentives | 45.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45.00 |
| | 41,064.19 | 41,609.19 | 41,974.19 | 42,214.19 | 42,564.19 | 37,794.19 | 247,220.14 |
| **Other Income** | | | | | | | |
| NSF Fees | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 300.00 |
| Re-Rental Charges | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 1,080.00 |
| Other Income | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 150.00 |
| **Net of Other Income** | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 1,530.00 |
| **Total Income** | 41,319.19 | 41,864.19 | 42,229.19 | 42,469.19 | 42,819.19 | 38,049.19 | 248,750.14 |
| **Expenses** | | | | | | | |
| **Maintenance Expenses** | | | | | | | |
| Maintenance Staff Costs | 300.00 | 300.00 | 300.00 | 300.00 | 350.00 | 350.00 | 1,900.00 |
| Caretaker/Resident Manager | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,800.00 |
| Repairs / Maintenance | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 3,600.00 |
| Janitorial | 550.00 | 550.00 | 550.00 | 1,300.00 | 550.00 | 550.00 | 4,050.00 |
| Carpet Cleaning | 120.00 | 120.00 | 120.00 | 1,100.00 | 120.00 | 120.00 | 1,700.00 |
| Painting | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 960.00 |
| Plumbing | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 600.00 |
| Electrical / Fire Protection | 50.00 | 50.00 | 1,050.00 | 50.00 | 50.00 | 50.00 | 1,300.00 |
| HVAC | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 450.00 |
| Elevator | 25.00 | 25.00 | 480.00 | 25.00 | 25.00 | 480.00 | 1,060.00 |
| Flooring | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 1,080.00 |
| Appliances/Laundry | 100.00 | 100.00 | 100.00 | 100.00 | 750.00 | 750.00 | 1,900.00 |
| Extermination | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 120.00 |
| Snow Removal | 370.00 | 370.00 | 185.00 | 0.00 | 0.00 | 0.00 | 925.00 |
| Less Resident Chargebacks | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 1,500.00 |
| **Total Maintenace Expenses** | 3,200.00 | 3,200.00 | 4,470.00 | 4,560.00 | 3,530.00 | 3,985.00 | 22,945.00 |
| **Admin/Utility Expenses** | | | | | | | |
| Offsite office rent | 1,312.50 | 1,312.50 | 890.00 | 0.00 | 0.00 | 0.00 | 3,515.00 |
| Offsite office utilities | 125.00 | 125.00 | 70.00 | 0.00 | 0.00 | 0.00 | 320.00 |
| Offsite office equpiment/supplies | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 95.50 | 573.00 |
| Advertising / Marketing | 0.00 | 0.00 | 65.00 | 0.00 | 0.00 | 0.00 | 65.00 |
| Lease Commissions | 220.00 | 220.00 | 440.00 | 440.00 | 440.00 | 440.00 | 2,200.00 |
| Professional Fees | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 240.00 |
| Internet & Telephone Costs/Service | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 1,500.00 |
| Property Management 5% Collected | 2,065.96 | 2,093.21 | 2,111.46 | 2,123.46 | 2,140.96 | 1,902.46 | 12,437.51 |
| Real Estate Taxes/Escrow | 3,460.00 | 3,460.00 | 3,460.00 | 3,460.00 | 3,460.00 | 3,460.00 | 20,760.00 |
| CAM Reimburse | -29.21 | -89.60 | -137.18 | -30.69 | -18.31 | -11.65 | -316.65 |
| Property Insurance | 1,650.00 | 1,650.00 | 1,650.00 | 1,650.00 | 1,650.00 | 1,650.00 | 9,900.00 |
| Electricity - Apts | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 50.00 | 550.00 |
| Electricity - Building | 750.00 | 750.00 | 700.00 | 600.00 | 500.00 | 400.00 | 3,700.00 |
| Natural Gas - Building | 400.00 | 400.00 | 300.00 | 250.00 | 200.00 | 200.00 | 1,750.00 |
| Water & Sewer | 1,920.00 | 1,920.00 | 1,920.00 | 1,920.00 | 1,920.00 | 1,920.00 | 11,520.00 |
| Garbage Removal | 230.00 | 230.00 | 230.00 | 230.00 | 230.00 | 230.00 | 1,380.00 |
| **Total Admin & Utility Exp.** | 12,589.75 | 12,556.61 | 12,184.78 | 11,128.27 | 11,008.15 | 10,626.31 | 70,093.86 |
| **Total Operating Expenses** | 15,789.75 | 15,756.61 | 16,654.78 | 15,688.27 | 14,538.15 | 14,611.31 | 93,038.86 |
| Net Operating Income | 25,529.44 | 26,107.58 | 25,574.41 | 26,780.92 | 28,281.04 | 23,437.88 | 155,711.28 |
| **Other Expenses** | | | | | | | |
| US Court Trustee 0.4% | 165.96 | 166.44 | 172.04 | 173.00 | 174.40 | 155.32 | 1,007.14 |
| Contingencies | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 6,600.00 |
| Misc. PM Fees | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 1,500.00 |
| Misc. Professional Fees | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,200.00 |
| Manager Oversite $45/unit | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 1,755.00 | 10,530.00 |
| **Total Other Expenses** | 3,470.96 | 3,471.44 | 3,477.04 | 3,478.00 | 3,479.40 | 3,460.32 | 20,837.14 |
| **Total Monthly Expenses** | 19,260.70 | 19,228.05 | 20,131.81 | 19,166.26 | 18,017.55 | 18,071.63 | 113,876.00 |
| **Net Cash Flow** | 22,058.49 | 22,636.14 | 22,097.38 | 23,302.93 | 24,801.64 | 19,977.56 | 134,874.14 |