# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30002 |
| | Chapter 11 |
| Generations on 1st, LLC, | |
|      Debtor, Jointly Administered. | |
| _____/ | |
| In Re: | Bankruptcy No. 25-30003 |
| | Chapter 11 |
| Parkside Place, LLC, | |
|      Debtor, Jointly Administered. | |
| _____/ | |

### ORDER GRANTING MOTION TO EXPEDITE HEARING ON
### FIFTH MOTION FOR LEAVE TO USE CASH COLLATERAL

Debtors Generations on 1st, LLC and Parkside Place, LLC filed a Motion for Expedited Hearing, seeking to be heard on its Sixth Motion for Leave to Use Cash Collateral filed January 10, 2026. (Doc. 278).

IT IS ORDERED that Debtors' Motion is GRANTED. The Sixth Motion for Leave to Use Cash Collateral will be heard on **Thursday, January 22, 2026, at 1:30 p.m. in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**.

Written objections shall be filed by **Wednesday, January 21, 2026**. If the Court receives no objections to the motion, it may enter an order granting the relief requested and cancel the hearing.

Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter unless the hearing is scheduled on an expedited basis.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

Dated: January 12, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

*All times referred to in this Order are Central Standard Time.
Copy filed and sent electronically January 12, 2026, to Attorney Maruice VerStandig for service.