1/15/2026 11:48 AM

**Rent Roll**

Property = Generations on 1st

As Of = 12/29/2025

Month = 12/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 101 | SENIOR CENTER | 0.00 | 0.00 | 0.00 | 05/01/2022 | 08/31/2110 | | 0.00 |
| 3201 | RENEE HANLON | 1,560.00 | 1,475.00 | 80.00 | 03/03/2023 | 11/30/2026 | | 0.00 |
| 3202 | JUDITH ZIRBEL | 1,010.00 | 925.00 | 80.00 | 08/09/2024 | 08/31/2025 | | 0.00 |
| 3203 | SHEILA KAMMERER | 985.00 | 955.00 | 80.00 | 05/01/2023 | 01/31/2026 | | 0.00 |
| 3204 | PHYLLIS JACKSON | 1,010.00 | 1,010.00 | 0.00 | 04/01/2024 | 04/30/2025 | | 0.00 |
| 3205 | CONNOR KAUP | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3206 | CASEY KIRLEY | 1,020.00 | 910.00 | 80.00 | 08/07/2024 | 11/30/2026 | | 0.00 |
| 3207 | LOIS STADHEIM | 985.00 | 955.00 | 75.00 | 06/01/2023 | 05/31/2024 | | 0.00 |
| 3208 | BRAUN KADOUN | 1,010.00 | 1,090.00 | 65.00 | 08/01/2025 | 07/31/2026 | | 0.00 |
| 3209 | JONI DYKSTRA | 1,010.00 | 1,010.00 | 80.00 | 08/15/2024 | 08/14/2025 | 03/31/2026 | -1,090.00 |
| 3210 | MARILYN BOIK | 1,475.00 | 1,475.00 | 75.00 | 04/01/2023 | 03/31/2024 | 01/31/2026 | 0.00 |
| 3211 | KIERA WEISSER | 1,520.00 | 1,520.00 | -45.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3212 | EMILY PETERSON | 1,010.00 | 1,010.00 | 65.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3213 | ALLISON FOOTE | 1,010.00 | 910.00 | 80.00 | 08/01/2024 | 07/31/2025 | 01/31/2026 | 0.00 |
| 3214 | MIKALA WAGNER | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | | -995.00 |
| 3215 | ALEXANDRIA MACALUSO | 1,010.00 | 1,010.00 | 65.00 | 05/01/2025 | 04/30/2026 | | -140.00 |
| 3216 | KYLER MEHLHOFF | 1,010.00 | 1,010.00 | 80.00 | 09/01/2025 | 05/31/2026 | | 0.00 |
| 3217 | AVERY REMMERDE | 1,010.00 | 1,090.00 | 65.00 | 07/07/2025 | 07/06/2026 | | -2,150.00 |
| 3218 | MASON CORDINGLEY | 1,010.00 | 1,010.00 | -15.00 | 05/24/2025 | 05/31/2026 | | -105.00 |
| 3301 | BARBARA GOENS | 1,475.00 | 1,475.00 | 80.00 | 09/01/2022 | 08/31/2023 | | 0.00 |
| 3302 | ISABELLE RICHARDSON | 1,010.00 | 750.00 | -30.00 | 04/01/2024 | 03/31/2026 | | 0.00 |
| 3303 | BRITTEN LAPOINTE | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | | -15.00 |
| 3304 | HANNAH HEUER | 1,010.00 | 1,090.00 | 80.00 | 09/01/2025 | 08/31/2026 | | 0.00 |
| 3305 | ELLIOTT STEINER | 1,010.00 | 1,010.00 | 0.00 | 08/01/2025 | 07/31/2026 | | 0.00 |
| 3306 | TIARA DEHOET | 985.00 | 955.00 | 75.00 | 04/01/2023 | 03/31/2024 | 12/31/2025 | 0.00 |
| 3307 | ORLEY WANGSNESS | 1,010.00 | 1,090.00 | 80.00 | 10/01/2024 | 09/30/2025 | | 0.00 |
| 3308 | MARQUS MCDONNELL | 1,010.00 | 1,010.00 | 15.00 | 04/18/2025 | 04/30/2026 | | 0.00 |

1/15/2026 11:48 AM

**Rent Roll**

Property = Generations on 1st

As Of = 12/29/2025

Month = 12/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|------------|----------------|------|---------|------------------|----------|---------|
| 3309 | KEEGAN SCHELLE | 1,010.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | | 0.00 |
| 3310 | ALEXIS BURBACH | 1,520.00 | 0.00 | -240.00 | 03/01/2024 | | | 0.00 |
| 3311 | BARBARA WEGMAN | 1,520.00 | 1,425.00 | 80.00 | 07/01/2022 | 06/30/2026 | | 0.00 |
| 3312 | LUCAS HANSEN | 1,010.00 | 1,010.00 | 80.00 | 09/01/2025 | 05/31/2026 | | 0.00 |
| 3313 | CLAYTON ALBAN | 1,010.00 | 910.00 | 80.00 | 08/09/2024 | 05/31/2026 | | -1,090.00 |
| 3314 | HANNAH HUPPLER | 1,010.00 | 1,010.00 | 65.00 | 02/01/2025 | 01/31/2026 | 01/31/2026 | 0.00 |
| 3315 | Kurundu Jayasekera | 1,010.00 | 1,010.00 | 0.00 | 10/06/2025 | 10/31/2026 | | 0.00 |
| 3316 | MICAH WARRINGTON | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3317 | KALEN GODEL | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | | -540.00 |
| 3318 | DARRIEN MARTIN | 1,010.00 | 1,010.00 | 0.00 | 07/01/2025 | 06/30/2026 | | 0.00 |
| 3401 | LORNA HARSTAD | 1,520.00 | 1,375.00 | 0.00 | 08/01/2022 | | | 0.00 |
| 3402 | TARYN OPDAHL | 1,010.00 | 1,010.00 | 40.00 | 04/05/2024 | 01/31/2026 | | 0.00 |
| 3403 | LILY BEADLE | 1,010.00 | 1,010.00 | -15.00 | 07/01/2025 | 06/30/2026 | | -995.00 |
| 3404 | CHRISTIAN SNYDER | 1,010.00 | 1,010.00 | 65.00 | 07/01/2025 | 06/30/2026 | | 0.00 |
| 3405 | DAWSON TREEBY | 1,010.00 | 1,010.00 | 0.00 | 08/16/2024 | 08/31/2026 | | 0.00 |
| 3406 | TIMOTHY BEAUDRY | 1,010.00 | 1,090.00 | 65.00 | 08/01/2025 | 07/31/2026 | | 0.00 |
| 3407 | CYNTHIA WELLS | 1,010.00 | 1,090.00 | 80.00 | 11/01/2024 | 10/31/2025 | | 0.00 |
| 3408 | LAVERNA COYLE | 985.00 | 985.00 | 75.00 | 07/01/2023 | 06/30/2024 | | 0.00 |
| 3409 | JUDITH HOFFMAN | 1,010.00 | 750.00 | -30.00 | 01/15/2025 | 01/14/2026 | | 0.00 |
| 3410 | KAREN JENSEN | 1,520.00 | 1,520.00 | 80.00 | 03/01/2024 | 02/28/2025 | | 0.00 |
| 3411 | PAIGE HALL | 1,520.00 | 1,600.00 | 50.00 | 05/01/2024 | 04/30/2026 | | 0.00 |
| 3412 | DIONNE ZWEIG | 1,010.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | | 0.00 |
| 3413 | DARYL TAPIO | 1,010.00 | 985.00 | 80.00 | 11/01/2022 | 10/31/2023 | | 0.00 |
| 3414 | NICHOLAS KASTEN | 1,020.00 | 955.00 | 80.00 | 11/01/2022 | 11/30/2026 | 02/28/2026 | 0.00 |
| 3415 | SAYLOR HALLSTROM | 1,010.00 | 750.00 | 0.00 | 10/25/2024 | 10/24/2025 | | -1,010.00 |
| 3416 | JACOBE TRAMP | 1,010.00 | 1,010.00 | 80.00 | 03/01/2024 | 02/28/2025 | | 0.00 |
| 3417 | PIPER NAUGHTON | 1,010.00 | 910.00 | 80.00 | 08/08/2024 | 08/31/2026 | | 0.00 |
| 3418 | JUSTINE JACOBS | 1,010.00 | 1,010.00 | 0.00 | 07/21/2025 | 07/31/2026 | | 0.00 |

1/15/2026 11:48 AM

# Rent Roll

Property = Generations on 1st

As Of = 12/29/2025

Month = 12/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| 3501 | CHARLES OLSON | 1,520.00 | 1,415.00 | 40.00 | 04/01/2022 | | | 0.00 |
| 3502 | MATTHEW HAEDER | 1,010.00 | 1,090.00 | 80.00 | 08/01/2025 | 07/31/2026 | | -1,090.00 |
| 3503 | DONNA REESE | 1,010.00 | 1,090.00 | 0.00 | 10/01/2025 | 06/30/2026 | | 0.00 |
| 3504 | RAY BRADBERRY | 965.00 | 500.00 | 75.00 | 04/01/2022 | | | 0.00 |
| 3505 | JOHN TIMMONS | 1,010.00 | 935.00 | 80.00 | 10/12/2022 | | | 0.00 |
| 3506 | LYNELL HERSTEDT | 985.00 | 985.00 | 40.00 | 07/01/2023 | 06/30/2024 | | 0.00 |
| 3507 | GUEST SUITE | 900.00 | 0.00 | -450.00 | 01/01/2025 | 12/31/2025 | | 0.00 |
| 3508 | NICHOLAS PETERSEN | 1,010.00 | 925.00 | 80.00 | 08/01/2024 | 07/31/2025 | | 0.00 |
| 3509 | MADISON PREMUS | 1,010.00 | 1,010.00 | 80.00 | 09/01/2023 | 08/31/2024 | | 0.00 |
| 3510 | JACOB KRANZ | 1,520.00 | 1,520.00 | 80.00 | 01/01/2024 | 12/31/2024 | | -1,600.00 |
| 3511 | DEAN SHULTZ | 1,520.00 | 1,520.00 | -45.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3512 | HALI ANDERSON | 1,010.00 | 935.00 | 40.00 | 07/01/2022 | 09/30/2026 | | 0.00 |
| 3513 | ADDISON RASSEL | 1,010.00 | 925.00 | 80.00 | 07/01/2024 | 06/30/2025 | 01/31/2026 | -1,090.00 |
| 3514 | HAYDEN MULDER | 1,010.00 | 1,010.00 | 80.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 3515 | KADEN BENNETT | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | | 0.00 |
| 3516 | JOSHUA ESCAMILLA-VIGIL | 1,020.00 | 935.00 | 0.00 | 07/01/2022 | 11/30/2026 | | -1,020.00 |
| 3517 | CHARITY HOVEY | 1,010.00 | 1,090.00 | 80.00 | 12/05/2025 | 12/31/2026 | | 0.00 |
| 3518 | NATHAN OLSON | 1,010.00 | 1,010.00 | 80.00 | 10/01/2025 | 09/30/2026 | | 0.00 |
| **Total** | **Generations on 1st** | **78,540.00** | **74,295.00** | **2,735.00** | | | | **-12,930.00** |

| Summary Groups | Square Footage | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied | Balance |
|----------------|----------------|-------------|------------------|------|------------|------------------|-----------------|---------|
| Current/Notice/Vacant Tenants | 56,944.00 | 78,540.00 | 75,305.00 | 3,185.00 | 73 | 100.00 | 100.00 | -12,930.00 |
| Future Tenants/Applicants | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| Occupied Units | 56,944.00 | 0.00 | 0.00 | 0.00 | 73 | 100.00 | 100.00 | 0.00 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| **Totals:** | **56,944.00** | **78,540.00** | **75,305.00** | **3,185.00** | **73** | **100.00** | **100.00** | **-12,930.00** |

1/15/2026 11:48 AM

## Rent Roll

Property =  Generations on 1st

As Of = 12/29/2025

Month = 12/2025

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|--------------|------------------|----------|---------|

# Payables Aging Report

Period: -12/2025
As of : 12/31/2025

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Grand Total** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Thursday, January 15, 2026
11:33 AM

# Aged Receivable

Property = Generations on 1st  Status: Current, Future, Notice   Month From: 12/2025

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| **Generations on 1st** | | | | | | | | | |
| Generations on 1st | ESCAMILLA-VIGIL JOSHUA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,020.00 | -1,020.00 |
| Generations on 1st | KRANZ JACOB | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,600.00 | -1,600.00 |
| Generations on 1st | DYKSTRA JONI | Notice | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | RASSEL ADDISON | Notice | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | FOOTE ALLISON | Notice | 80.00 | 80.00 | 0.00 | 0.00 | 0.00 | -80.00 | 0.00 |
| Generations on 1st | ALBAN CLAYTON | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | HALLSTROM SAYLOR | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,010.00 | -1,010.00 |
| Generations on 1st | MACALUSO ALEXANDRIA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -140.00 | -140.00 |
| Generations on 1st | GODEL KALEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -540.00 | -540.00 |
| Generations on 1st | REMMERDE AVERY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,150.00 | -2,150.00 |
| Generations on 1st | LAPOINTE BRITTEN | Current | -15.00 | 30.00 | -15.00 | 0.00 | -30.00 | 0.00 | -15.00 |
| Generations on 1st | BEADLE LILY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -995.00 | -995.00 |
| Generations on 1st | CORDINGLEY MASON | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -105.00 | -105.00 |
| Generations on 1st | WAGNER MIKALA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -995.00 | -995.00 |
| Generations on 1st | HAEDER MATTHEW | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| **Generations on 1st** | | | **65.00** | **110.00** | **-15.00** | **0.00** | **-30.00** | **-12,995.00** | **-12,930.00** |
| | | | | | | | | | |
| **Grand Total** | | | **65.00** | **110.00** | **-15.00** | **0.00** | **-30.00** | **-12,995.00** | **-12,930.00** |

UserId : mcraig@cpbusmgt.com Date : 01/15/2026 Time : 17:35

Thursday, January 15, 2026
11:35 AM

# Owner Statement

Owner = Generations On 1st (Generations on 1st)

Generations on 1st

Month = Dec 2025

Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|--------|---------|---------|
| | | | | Beginning Balance | | | 125,439.20 |
| 11/30/2025 | :ACH-WEB | Generations on 1st | KEEGAN SCHELLE | Online Payment - EFT Payment. Mobile App - Resident Services | 1,090.00 | 0.00 | 126,529.20 |
| 11/30/2025 | :ACH-WEB | Generations on 1st | TIARA DEHOET | Online Payment - EFT Payment. Mobile App - Resident Services | 1,060.00 | 0.00 | 127,589.20 |
| 12/01/2025 | 30228 | Generations on 1st | RED RIVER STATE BANK | GenOn1st, Mtg; per cash collateral 10/19/2025 | 0.00 | 39,667.00 | 87,922.20 |
| 12/01/2025 | :ACH-773 | Generations on 1st | AVERY REMMERDE | Pre-Authorized Payment | 1,075.00 | 0.00 | 88,997.20 |
| 12/01/2025 | 319431275 | Generations on 1st | CLAYTON ALBAN | Debit Card On-Line Payment ; Web - Resident Services | 1,090.00 | 0.00 | 90,087.20 |
| 12/01/2025 | :ACH-776 | Generations on 1st | DARRIEN MARTIN | Pre-Authorized Payment | 1,010.00 | 0.00 | 91,097.20 |
| 12/01/2025 | :ACH-WEB | Generations on 1st | DEAN SHULTZ | Online Payment - EFT Payment Paid by Roommate MASON SHULTZ(r0000099).Web - Resident Services | 491.67 | 0.00 | 91,588.87 |
| 12/01/2025 | 319069165 | Generations on 1st | EMILY PETERSON | Recurring Debit Card Payment ; | 1,075.00 | 0.00 | 92,663.87 |
| 12/01/2025 | :ACH-775 | Generations on 1st | ISABELLE RICHARDSON | Pre-Authorized Payment | 980.00 | 0.00 | 93,643.87 |
| 12/01/2025 | :ACH-WEB | Generations on 1st | JACOBE TRAMP | Online Payment - EFT Payment. Mobile App - Resident Services | 500.00 | 0.00 | 94,143.87 |
| 12/01/2025 | :ACH-WEB | Generations on 1st | JOHN TIMMONS | Online Payment - EFT Payment. Mobile App - Resident Services | 600.00 | 0.00 | 94,743.87 |
| 12/01/2025 | :ACH-WEB | Generations on 1st | JOHN TIMMONS | Online Payment - EFT Payment. Mobile App - Resident Services | 490.00 | 0.00 | 95,233.87 |
| 12/01/2025 | :ACH-774 | Generations on 1st | LAVERNA COYLE | Pre-Authorized Payment | 1,060.00 | 0.00 | 96,293.87 |
| 12/01/2025 | 319069117 | Generations on 1st | MICAH WARRINGTON | Recurring Debit Card Payment ; | 995.00 | 0.00 | 97,288.87 |
| 12/01/2025 | :ACH-WEB | Generations on 1st | PIPER NAUGHTON | Online Payment - EFT Payment Paid by Roommate CYNTHIA NAUGHTON(r0000072).Web - Resident Services | 1,090.00 | 0.00 | 98,378.87 |
| 12/02/2025 | 320176239 | Generations on 1st | JACOBE TRAMP | Debit Card On-Line Payment ; Mobile App - Resident Services | 400.00 | 0.00 | 98,778.87 |
| 12/02/2025 | 320047259 | Generations on 1st | JUSTINE JACOBS | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,010.00 | 0.00 | 99,788.87 |
| 12/02/2025 | FlexRent - 246666 | Generations on 1st | LUCAS HANSEN | FlexRent Receipt. KATHLEEN HANSEN (r0000111). | 1,090.00 | 0.00 | 100,878.87 |
| 12/03/2025 | ACH | Generations on 1st | ALLISON FOOTE | | 1,090.00 | 0.00 | 101,968.87 |

**Owner Statement**

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Dec 2025

Book = Cash

| Date | Ref | Owner | Name | Description | Amount | | Balance |
|---|---|---|---|---|---|---|---|
| 12/03/2025 | ACH | Generations on 1st | BARBARA GOENS | | 1,555.00 | 0.00 | 103,523.87 |
| 12/03/2025 | ACH | Generations on 1st | BRITTEN LAPOINTE | | 1,075.00 | 0.00 | 104,598.87 |
| 12/03/2025 | ACH | Generations on 1st | CASEY KIRLEY | | 1,100.00 | 0.00 | 105,698.87 |
| 12/03/2025 | ACH | Generations on 1st | CHARLES OLSON | | 1,560.00 | 0.00 | 107,258.87 |
| 12/03/2025 | ACH | Generations on 1st | CHRISTIAN SNYDER | | 1,075.00 | 0.00 | 108,333.87 |
| 12/03/2025 | ACH | Generations on 1st | CONNOR KAUP | | 1,075.00 | 0.00 | 109,408.87 |
| 12/03/2025 | ACH | Generations on 1st | CYNTHIA WELLS | | 1,090.00 | 0.00 | 110,498.87 |
| 12/03/2025 | ACH | Generations on 1st | DAWSON TREEBY | | 1,010.00 | 0.00 | 111,508.87 |
| 12/03/2025 | 320521199 | Generations on 1st | DEAN SHULTZ | Debit Card On-Line Payment ; Roommate ALEXIS CEROLL (r0000098) ; Mobile App - Resident Services | 491.67 | 0.00 | 112,000.54 |
| 12/03/2025 | ACH | Generations on 1st | ELLIOTT STEINER | | 1,010.00 | 0.00 | 113,010.54 |
| 12/03/2025 | ACH | Generations on 1st | HALI ANDERSON | | 1,050.00 | 0.00 | 114,060.54 |
| 12/03/2025 | ACH | Generations on 1st | JUDITH HOFFMAN | | 980.00 | 0.00 | 115,040.54 |
| 12/03/2025 | ACH | Generations on 1st | JUDITH ZIRBEL | | 1,090.00 | 0.00 | 116,130.54 |
| 12/03/2025 | ACH | Generations on 1st | KADEN BENNETT | | 995.00 | 0.00 | 117,125.54 |
| 12/03/2025 | ACH | Generations on 1st | KAREN JENSEN | | 1,600.00 | 0.00 | 118,725.54 |
| 12/03/2025 | ACH | Generations on 1st | LILY BEADLE | | 995.00 | 0.00 | 119,720.54 |
| 12/03/2025 | ACH | Generations on 1st | LOIS STADHEIM | | 1,060.00 | 0.00 | 120,780.54 |
| 12/03/2025 | ACH | Generations on 1st | MARILYN BOIK | | 1,550.00 | 0.00 | 122,330.54 |
| 12/03/2025 | ACH | Generations on 1st | NICHOLAS KASTEN | | 1,100.00 | 0.00 | 123,430.54 |
| 12/03/2025 | ACH | Generations on 1st | NICHOLAS PETERSEN | | 1,090.00 | 0.00 | 124,520.54 |
| 12/03/2025 | ACH | Generations on 1st | ORLEY WANGSNESS | | 1,090.00 | 0.00 | 125,610.54 |
| 12/03/2025 | ACH | Generations on 1st | PAIGE HALL | | 1,570.00 | 0.00 | 127,180.54 |
| 12/03/2025 | ACH | Generations on 1st | PHYLLIS JACKSON | | 1,010.00 | 0.00 | 128,190.54 |
| 12/03/2025 | ACH | Generations on 1st | RENEE HANLON | | 1,640.00 | 0.00 | 129,830.54 |
| 12/03/2025 | ACH | Generations on 1st | SHEILA KAMMERER | | 1,065.00 | 0.00 | 130,895.54 |
| 12/03/2025 | ACH | Generations on 1st | TARYN OPDAHL | | 1,050.00 | 0.00 | 131,945.54 |
| 12/03/2025 | ACH | Generations on 1st | TIMOTHY BEAUDRY | | 1,075.00 | 0.00 | 133,020.54 |
| 12/04/2025 | :ACH-WEB | Generations on 1st | DEAN SHULTZ | Online Payment - EFT Payment. Mobile App - Resident Services | 491.66 | 0.00 | 133,512.20 |
| 12/04/2025 | 320858010 | Generations on 1st | HANNAH HEUER | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,090.00 | 0.00 | 134,602.20 |
| 12/04/2025 | 320725678 | Generations on 1st | KIERA WEISSER | Debit Card On-Line Payment ; Roommate BRENDYN WEISSER (r0000104) ; Mobile App - Resident Services | 491.00 | 0.00 | 135,093.20 |
| 12/04/2025 | :ACH-WEB | Generations on 1st | LYNELL HERSTEDT | Online Payment - EFT Payment. Web - Resident Services | 1,025.00 | 0.00 | 136,118.20 |

**Owner Statement**

Owner = Generations On 1st (Generations on 1st)

Generations on 1st

Month = Dec 2025

Book = Cash

| Date | Ref | Owner | Name | Description | Amount | | Balance |
|------|-----|-------|------|-------------|--------|--|---------|
| 12/04/2025 | 320847766 | Generations on 1st | MIKALA WAGNER | Debit Card On-Line Payment ; Mobile App - Resident Services | 995.00 | 0.00 | 137,113.20 |
| 12/05/2025 | 512368082 cpbm 5732 | Generations on 1st | ALEXANDRIA MACALUSO | | 1,100.00 | 0.00 | 138,213.20 |
| 12/05/2025 | 13501 | Generations on 1st | BARBARA WEGMAN | | 1,600.00 | 0.00 | 139,813.20 |
| 12/05/2025 | 512610083 cpbm 5732 | Generations on 1st | CHARITY HOVEY | | 949.32 | 0.00 | 140,762.52 |
| 12/05/2025 | 0046661248 | Generations on 1st | DARYL TAPIO | | 1,090.00 | 0.00 | 141,852.52 |
| 12/05/2025 | :ACH-797 | Generations on 1st | DIONNE ZWEIG | Pre-Authorized Payment | 1,090.00 | 0.00 | 142,942.52 |
| 12/05/2025 | 1657 | Generations on 1st | DONNA REESE | | 1,010.00 | 0.00 | 143,952.52 |
| 12/05/2025 | 5723 | Generations on 1st | GUEST SUITE | | 450.00 | 0.00 | 144,402.52 |
| 12/05/2025 | 510870538 cpbm 5732 | Generations on 1st | HANNAH HUPPLER | | 1,075.00 | 0.00 | 145,477.52 |
| 12/05/2025 | 512185036 cpbm 5732 | Generations on 1st | HAYDEN MULDER | | 1,090.00 | 0.00 | 146,567.52 |
| 12/05/2025 | 512157172 cpbm 5733 | Generations on 1st | KALEN GODEL | | 490.00 | 0.00 | 147,057.52 |
| 12/05/2025 | 512138353 cpbm 5733 | Generations on 1st | KALEN GODEL | Paid by: KAYLA LEHR | 490.00 | 0.00 | 147,547.52 |
| 12/05/2025 | :ACH-WEB | Generations on 1st | KIERA WEISSER | Online Payment - EFT Payment. Mobile App - Resident Services | 492.00 | 0.00 | 148,039.52 |
| 12/05/2025 | 321002660 | Generations on 1st | KIERA WEISSER | Debit Card On-Line Payment ; Roommate LOGAN AUSTAD (r0000103) ; Mobile App - Resident Services | 492.00 | 0.00 | 148,531.52 |
| 12/05/2025 | 512973687 cpbm 5732 | Generations on 1st | Kurundu Jayasekera | | 1,010.00 | 0.00 | 149,541.52 |
| 12/05/2025 | 080750 | Generations on 1st | KYLER MEHLHOFF | | 1,090.00 | 0.00 | 150,631.52 |
| 12/05/2025 | 6008 | Generations on 1st | LORNA HARSTAD | | 1,520.00 | 0.00 | 152,151.52 |
| 12/05/2025 | 167 | Generations on 1st | MADISON PREMUS | | 1,090.00 | 0.00 | 153,241.52 |
| 12/05/2025 | 321030034 | Generations on 1st | MARQUS MCDONNELL | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,025.00 | 0.00 | 154,266.52 |
| 12/05/2025 | 511456171 cpbm 5732 | Generations on 1st | MASON CORDINGLEY | | 1,010.00 | 0.00 | 155,276.52 |
| 12/05/2025 | 3290 | Generations on 1st | RAY BRADBERRY | | 1,040.00 | 0.00 | 156,316.52 |
| 12/08/2025 | 321374854 | Generations on 1st | JACOBE TRAMP | Debit Card On-Line Payment ; Mobile App - Resident Services | 190.00 | 0.00 | 156,506.52 |
| 12/09/2025 | :ACH-WEB | Generations on 1st | ALEXIS BURBACH | Online Payment - EFT Payment. Mobile App - Resident Services | 1,280.00 | 0.00 | 157,786.52 |
| 12/13/2025 | | Generations on 1st | JE-4272 | :Prog Gen Move Out transfer (MASON MCDONALD) - Receipt #34769 | 1,005.00 | 0.00 | 158,791.52 |
| 12/15/2025 | 30232 | Generations on 1st | Alexis Burbach | taxes | 0.00 | 9.09 | 158,782.43 |
| 12/15/2025 | 30232 | Generations on 1st | Alexis Burbach | 5.45 res mgr | 0.00 | 146.63 | 158,635.80 |
| 12/15/2025 | 30233 | Generations on 1st | DOUG RODENGEN | bulb 3315 (paid cash) | 0.00 | 5.09 | 158,630.71 |

## Owner Statement

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Dec 2025

Book = Cash

| Date | Number | Owner | Name | Description | | | |
|------|--------|-------|------|-------------|------|------|------|
| 12/15/2025 | 30233 | Generations on 1st | DOUG RODENGEN | 3517 turn maintenance | 0.00 | 64.00 | 158,566.71 |
| 12/15/2025 | 30233 | Generations on 1st | DOUG RODENGEN | 3315 microwave bulb replace | 0.00 | 48.00 | 158,518.71 |
| 12/15/2025 | GenRETaxEscrow | Generations on 1st | JE-4280 | RE Tax Escrow - estimate, due 4/30 | 0.00 | 5,463.93 | 153,054.78 |
| 12/16/2025 | 30234 | Generations on 1st | RED RIVER STATE BANK | agreed collateral mortgage remittance | 0.00 | 25,000.00 | 128,054.78 |
| 12/19/2025 | 322108550 | Generations on 1st | JACOBE TRAMP | Debit Card On-Line Payment ; Mobile App - Resident Services | 8.80 | 0.00 | 128,063.58 |
| 12/19/2025 | 322107646 | Generations on 1st | JOSHUA ESCAMILLA-VIGIL | Debit Card On-Line Payment ; Mobile App - Resident Services | 10.00 | 0.00 | 128,073.58 |
| 12/23/2025 | :ACH-WEB | Generations on 1st | LYNELL HERSTEDT | Online Payment - EFT Payment. Web - Resident Services | 102.56 | 0.00 | 128,176.14 |
| 12/28/2025 | :ACH-WEB | Generations on 1st | JONI DYKSTRA | Online Payment - EFT Payment. Mobile App - Resident Services | 1,090.00 | 0.00 | 129,266.14 |
| 12/28/2025 | 322608820 | Generations on 1st | JOSHUA ESCAMILLA-VIGIL | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,020.00 | 0.00 | 130,286.14 |
| 12/28/2025 | 322591988 | Generations on 1st | KALEN GODEL | Debit Card On-Line Payment ; Roommate KAYLA LEHR (r0000093) ; Mobile App - Resident Services | 540.00 | 0.00 | 130,826.14 |
| 12/28/2025 | :ACH-WEB | Generations on 1st | MATTHEW HAEDER | Online Payment - EFT Payment. Web - Resident Services | 1,090.00 | 0.00 | 131,916.14 |
| 12/29/2025 | :ACH-WEB | Generations on 1st | SAYLOR HALLSTROM | Online Payment - EFT Payment. Mobile App - Resident Services | 3,468.25 | 0.00 | 135,384.39 |
| 12/30/2025 | 322839206 | Generations on 1st | ADDISON RASSEL | Credit Card On-Line Payment ; Mobile App - Resident Services | 1,090.00 | 0.00 | 136,474.39 |
| 12/30/2025 | :ACH-WEB | Generations on 1st | JACOB KRANZ | Online Payment - EFT Payment. Mobile App - Resident Services | 800.00 | 0.00 | 137,274.39 |
| 12/31/2025 | 30235 | Generations on 1st | ACTIVE HEATING INC | replace rusted flue exhaust pipe | 0.00 | 583.43 | 136,690.96 |
| 12/31/2025 | 30240 | Generations on 1st | Alexis Burbach | taxes | 0.00 | 5.93 | 136,685.03 |
| 12/31/2025 | 30240 | Generations on 1st | Alexis Burbach | 3.45 res mgr | 0.00 | 95.63 | 136,589.40 |
| 12/31/2025 | 30241 | Generations on 1st | APARTMENTS LLC | | 0.00 | 649.00 | 135,940.40 |
| 12/31/2025 | 30249 | Generations on 1st | CP BUSINESS MANAGEMENT | 2517 deposit overages | 0.00 | 162.27 | 135,778.13 |
| 12/31/2025 | 30249 | Generations on 1st | CP BUSINESS MANAGEMENT | collected fee | 0.00 | 50.00 | 135,728.13 |
| 12/31/2025 | 30249 | Generations on 1st | CP BUSINESS MANAGEMENT | collected late fees | 0.00 | 245.20 | 135,482.93 |
| 12/31/2025 | 30236 | Generations on 1st | CP BUSINESS MANAGEMENT | dec 28 ins premium | 0.00 | 3,094.14 | 132,388.79 |
| 12/31/2025 | 30249 | Generations on 1st | CP BUSINESS MANAGEMENT | Dec mgmt | 0.00 | 4,191.18 | 128,197.61 |
| 12/31/2025 | 30249 | Generations on 1st | CP BUSINESS MANAGEMENT | software fee | 0.00 | 73.00 | 128,124.61 |

# Owner Statement

Owner = Generations On 1st (Generations on 1st)

Generations on 1st

Month = Dec 2025

Book = Cash

| Date | Ref | Owner | Payee | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 12/31/2025 | 30249 | Generations on 1st | CP BUSINESS MANAGEMENT | misc mgr | 0.00 | 500.00 | 127,624.61 |
| 12/31/2025 | 30249 | Generations on 1st | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 200.00 | 127,424.61 |
| 12/31/2025 | 30249 | Generations on 1st | CP BUSINESS MANAGEMENT | offsite office rent | 0.00 | 1,312.50 | 126,112.11 |
| 12/31/2025 | 30249 | Generations on 1st | CP BUSINESS MANAGEMENT | offsite supplies | 0.00 | 259.70 | 125,852.41 |
| 12/31/2025 | 30249 | Generations on 1st | CP BUSINESS MANAGEMENT | offsite utilities | 0.00 | 247.49 | 125,604.92 |
| 12/31/2025 | 30242 | Generations on 1st | DOUG RODENGEN | 3 hrs; 3306 kitchen drawers, latch, 3310 adjust doors, thermos in lobby + stairwells | 0.00 | 96.00 | 125,508.92 |
| 12/31/2025 | 30237 | Generations on 1st | DUANES FLOOR COVERING | #3503 pad + install | 0.00 | 688.18 | 124,820.74 |
| 12/31/2025 | 30237 | Generations on 1st | DUANES FLOOR COVERING | #3517 pad + install bedroom | 0.00 | 688.18 | 124,132.56 |
| 12/31/2025 | 30238 | Generations on 1st | JESSE CRAIG | 73 UNITS, $45/UNIT | 0.00 | 3,285.00 | 120,847.56 |
| 12/31/2025 | 30250 | Generations on 1st | LIBBY BURGHARDT | 3517 paint | 0.00 | 140.00 | 120,707.56 |
| 12/31/2025 | 30239 | Generations on 1st | MIDCONTINENT | 11/11-12/06 + 12/7-1/6 services | 0.00 | 283.25 | 120,424.31 |
| 12/31/2025 | 30243 | Generations on 1st | RUSCO WINDOW | 3312 lazy susan | 0.00 | 224.12 | 120,200.19 |
| 12/31/2025 | 314 | Generations on 1st | STARION FINANCIAL | service charge | 0.00 | 0.75 | 120,199.44 |
| 12/31/2025 | 30244 | Generations on 1st | TURFWURX PROPERTY MAINTENANCE | snow 11/25, 11/28, 11/29 | 0.00 | 270.81 | 119,928.63 |
| 12/31/2025 | 30245 | Generations on 1st | WHITE GLOVE CLEANING | Nov monthly cleaning | 0.00 | 743.40 | 119,185.23 |
| 12/31/2025 | 30248 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 11/24-12/22 house electric | 0.00 | 694.82 | 118,490.41 |
| 12/31/2025 | 30248 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 11/24-12/22 house gas | 0.00 | 636.45 | 117,853.96 |
| 12/31/2025 | 30248 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 11/24-12/22 house water | 0.00 | 696.56 | 117,157.40 |
| 12/31/2025 | 30248 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 11/24-12/22 house sewer | 0.00 | 2,923.92 | 114,233.48 |
| 12/31/2025 | 30248 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 12/1-12/8  vacates | 0.00 | 31.75 | 114,201.73 |
| 12/31/2025 | 323007812 | Generations on 1st | CLAYTON ALBAN | Debit Card On-Line Payment ; Web - Resident Services | 1,090.00 | 0.00 | 115,291.73 |
| 12/31/2025 | :ACH-WEB | Generations on 1st | JACOB KRANZ | Online Payment - EFT Payment Paid by Roommate SIERRA OVERSHINER(r00 00046).Mobile App - Resident Services | 800.00 | 0.00 | 116,091.73 |
| 12/31/2025 | 322946142 | Generations on 1st | MIKALA WAGNER | Debit Card On-Line Payment ; Mobile App - Resident Services | 995.00 | 0.00 | 117,086.73 |

**Owner Statement**

Owner = Generations On 1st (Generations on 1st)

Generations on 1st

Month = Dec 2025

Book = Cash

| | | | |
|---|---|---|---|
| **Ending Balance** | **85,123.93** | **93,476.40** | **117,086.73** |
| Reserves Needed | | 0.00 | |
| Security Deposits (this period) | | 0.00 | |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30236

12/31/25

$3,094.14***

TO THE
ORDER OF

**** THREE THOUSAND NINETY FOUR AND 14/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

NON-NEGOTIABLE

 **Liberty Mutual.**
**INSURANCE**     Summary                           **844-961-0334**
M-F, 8AM-8PM (EST)    

# Billing Portal

| | | | |
|---|---|---|---|
| **Account #:** | **\*\*\*\*\*\*\*\*\*\*4025** | Payment: | $0.00 |
| **Account of:** | THE RUINS LLC | Account balance: | $52,096.73 |
| | GENERATIONS ON 1ST LLC | | |
| | PARKSIDE LLC | **Pay Now** | |
| **Policies on account:** | BKS\*\*\*\*\*\*\*\* | | |

ⓘ **Welcome to Express Payment where you can make a one-time payment without signing into your profile.**

To access all online capabilities, click here to login or create a new user profile.

# Confirmation

PAID
8023

gen: 40.517%
$3094.14

| | |
|---|---|
| Confirmation # | D00053FQ2 |
| Date/time | 12/29/2025 02:54 PM EST |
| Payment method | Credit/Debit card |
| Total Payment | $7,636.65 on Mastercard ending in 4149 |
| Payment Amount | $7,450.39 |
| Payment Service Fee | $186.26 |
| Saved payment account for future use | No |

park: 21.113%
$1612.33

ruins: 38.3702
$2930.18

[ **Return to Summary** ]

A confirmation receipt has been sent to the email address on file.

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30237

TO THE
ORDER OF

DUANES FLOOR COVERING
10 1ST AVE NW
WATERTOWN, SD   57201

12/31/25

**** ONE THOUSAND THREE HUNDRED SEVENTY SIX AND 36/100 DOLLARS

$1,376.36****

NON-NEGOTIABLE

**Duane's FLOOR COVERING LLC**
*Since 1971*

**Statement** 6752

10 - 1st Ave NW
Watertown, SD 57201
605-886-4932

Name Generations  #3503

DATE 9/23/2025

Carpet, pad + Install (bedroom)

PAID
3022?

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Carpet | | | | | | | | | | 648.00 |
| Pad | | | | | | | | | | |
| Metal | | | | | | | | | | |
| Vinyl | | | | | | | | | | |
| Tile | | | | | | | | | | |
| Underlayment | | | | | | | | | | |
| Base | | | | | | | | | | |
| Adhesive | | | | | | | | | | |
| Ceramic Tile | | | | | | | | | | |
| Floor-Filler | | | | | | | | | | |
| Seam Sealer | | | | | | | | | | |
| Custom Job | | | | | | | | | | |
| Carpet Removal | | | | | | | | | | |
| Laminate | | | | | | | | | | |
| Mileage | | | | | | | | | | |
| Labor | | | | | | | | | | |
| | | | | | | | | | TOTAL | 648.00 |
| | | | | | | | | | TAX | 40.18 |
| | | | | | | | | | TOTAL | 688.18 |

Thank You

---

**Duane's FLOOR COVERING LLC**
*Since 1971*

**Statement** 6832

10 - 1st Ave NW
Watertown, SD 57201
605-886-4932

Name Generations  Apartment  #3517  Watertown SD

DATE 12/5/2025

Carpet, pad + Install

PAID
3022?

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Carpet | | | | | | | | | | 648.00 |
| Pad | | | | | | | | | | |
| Metal | | | | | | | | | | |
| Vinyl | | | | | | | | | | |
| Tile | | | | | | | | | | |
| Underlayment | | | | | | | | | | |
| Base | | | | | | | | | | |
| Adhesive | | | | | | | | | | |
| Ceramic Tile | | | | | | | | | | |
| Floor-Filler | | | | | | | | | | |
| Seam Sealer | | | | | | | | | | |
| Custom Job | | | | | | | | | | |
| Carpet Removal | | | | | | | | | | |
| Laminate | | | | | | | | | | |
| Mileage | | | | | | | | | | |
| Labor | | | | | | | | | | |
| | | | | | | | | | TOTAL | 648.00 |
| | | | | | | | | | TAX | 40.18 |
| | | | | | | | | | TOTAL | 688.18 |

Thank You

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30239

TO THE
ORDER OF

**** TWO HUNDRED EIGHTY THREE AND 25/100 DOLLARS

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD    57717

12/31/25

$283.25******

NON-NEGOTIABLE



# MIDCO BUSINESS®

GENERATIONS ON 1ST, LLC
26 1ST AVE SW
WATERTOWN SD 57201

PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 12/09/25 |
| Invoice Number | 385751501115113 |
| Account # | 385751501 |
| Page | 1 of 4 |

Thank you for choosing Midco. We appreciate your business and look forward to serving you for years to come.

## Midco Alerts

**Got questions about your bill?** For help reading your statement, visit **Midco.com/Business/Statements.**

**Your advertising plan awaits.** Whatever your marketing goals, our team of advertising experts are here to formulate a plan just for you. From creative assets to targeted placements to detailed reporting, we have you covered. Learn more at **Midco.com/Advertising.**

**Connecting communities across the Midwest.** We're proud to power homes and businesses in our five-state footprint with our reliable services and local support teams.

**PAID**
2022

### Billing Summary

| | |
|---|---|
| Account Number | 385751501 |
| **Total Amount Due** | **$283.25** |

### Account Activity

| | |
|---|---|
| Previous Balance | $111.04 |
| Payments Received | -$111.04 |
| Balance Forward | $0.00 |

### Current Charges

| | |
|---|---|
| Data and Related Services | $95.00 |
| Voice and Related Services | $74.66 |
| Other Services | $15.00 |
| Taxes, Fees & Surcharges | $98.59 |

### Total Amount Due     $283.25

*Payment Due Date: 12/28/25*

**Payment Options**
Online: **Midco.com/Business/MyAccount.** Phone: 1.800.888.1300.
EFT: See reverse side. Mail: Return stub below & do not send cash.

**Online:** Midco.com/Business          **Phone:** 1.800.888.1300          **Email:** Business.Support@Midco.com

**MIDCO BUSINESS®**

PO Box 5010
Sioux Falls, SD 57117-5010

| | | Invoice Date | 12/09/25 |
| | | Invoice Number | 385751501511113 |
| | | Account # | 385751501 |
| | | Page | 3 of 4 |

## Phone Detail (continued)

| Service(s) | Date | Amount |
|---|---|---|
| Line #605-753-9016 | 12/07-01/06 | |
| Digital Line | | 20.00 |
| **Total for Line 605-753-9016** | | **$37.33** |
| **Total for Account: 385751501** | | **$74.66** |

## Frequently Asked Questions

**What is the Carrier Cost Recovery Fee?**
The Carrier Cost Recovery Fee includes multiple fees associated with voice services. These include: Federal Access Charges, the Administration Recovery Fee, the Cost Recovery Charge, the Local Number Portability Fee, and the Presubscribed Carrier Charge. This does not reflect a direct government charge.

**What are Federal Access Charges?**
These charges - proposed and authorized by the Federal Communications Commission (FCC) - provide for access and maintenance of the local network.

**What is the Administration Recovery Fee?**
Carriers providing interstate telecommunications must support relay services, which enables phone conversations between people with speech/hearing impairments and those without.

**What are State and Local Taxes?**
Federal, state, local and municipal governments mandate these taxes on equipment and services.

**What is the Presubscribed Carrier Charge?**
This charge is for selecting and routing calls to a long-distance carrier.

**What is the Local Number Portability Fee?**
The Federal Communications Commission permits phone companies to add this charge to all phone lines as compensation for creating systems that allow residential and business phone customers to retain their existing local phone numbers (at the same location) when switching from one local phone service to another.

**What is the Federal Excise Tax?**
The federal government mandates this tax, which is imposed on local and wireless phone services.

**What is the Network Access Charge?**
The Network Access Charge allows carriers to recoup charges to support access and maintenance of the data network and costs associated with government assessments for the support of speech and hearing-impaired programs. This does not reflect a direct government charge.

**What is the Access Recovery Charge (ARC) Fee?**
The Access Recovery Charge (ARC) is a fee related to changes in FCC rules. This monthly fee is a way to recover the costs of providing access to the phone network.

**What is the Universal Service Fee?**
The Federal Communications Commission (FCC) created the Universal Service Fund (USF). This fee helps make voice and internet/data service affordable and available to all Americans, including low-income consumers and those living in areas where the costs of providing service is high. It also includes public and nonprofit schools and libraries serving low-income communities, as well as rural health care providers. Congress mandated that all telecommunications companies providing interstate service contribute to the USF. A carrier may include this contribution on customers' monthly bill.

**What is the County Government 911 Emergency Surcharge?**
Local governments mandate this surcharge to help pay for emergency services such as fire and rescue.

**What is the Telecom Relay Service Charge?**
This state service charge helps to pay for the state relay center, which transmits and translates calls for hearing-impaired people.

**What is the Gross Receipts Tax?**
This tax is on gross receipts derived from the furnishing of phone services. The service provider collects the tax and reports the collections annually to the Department of Revenue.

**What is Midco's policy on refunds for credit card transactions?**
When a customer pays money on an account by credit or debit card, and there needs to be a partial or full refund to that card because of the customer's transaction, it is Midco's policy to issue a credit to the customer's account as long as it is within 30 days of the credit transaction. If there was an error in the amount charged to card by Midco, we may issue a credit to the customer's credit card with a manager's approval.

Online: Midco.com/Business   Phone: 1.800.888.1300   Email: Business.Support@Midco.com

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30235

12/31/25

$583.43******

**** FIVE HUNDRED EIGHTY THREE AND 43/100 DOLLARS

TO THE
ORDER OF

ACTIVE HEATING INC
115 N MAPLE
WATERTOWN, SD   57201

NON-NEGOTIABLE



Active Heating
151 N. Maple, Watertown, SD 57201
(605) 882-2663
www.activeheatinginc.com

**BILL TO**

CP Business Management

1405 1st Avenue North PO Box 9379

Fargo, ND 58102 USA



| INVOICE | INVOICE DATE |
|---------|--------------|
| 125638  | Dec 19, 2025 |

**JOB ADDRESS**

Generations on 1st

26 1st Avenue Southwest

Watertown, SD 57201 USA

### DESCRIPTION OF WORK

11/20/2025 - Service call to compete quoted repairs. Replaced exhaust.

| TASK | DESCRIPTION | QTY | PRICE | TOTAL |
|------|-------------|-----|-------|-------|
| 1 | Replace section of flue pipe up to 6' - single wall 4". | 2.00 | $285.88 | $571.76 |

| | |
|---|---|
| **SUB-TOTAL** | $571.76 |
| **EXCISE TAX 2.041%** | $11.67 |
| **TOTAL DUE** | $583.43 |
| **BALANCE DUE** | $583.43 |

Thank you for choosing Active Heating.

This invoice is payable upon receipt. A finance charge will be assessed on all past due accounts of 1.5% per month on the new balance after payment or credits. A service fee will be charged for any returned checks.

**CUSTOMER AUTHORIZATION**

I authorize Active Heating to perform the recommended work as presented to, and chosen by, me. I agree that the amount set forth in the space marked "Total Due" is the price I have agreed to. I also understand that payment for such services is payable immediately upon completion and that the warranty expressed only covers the repairs made today and does not imply a warranty on the entire system. Warranty repairs are to be performed during Active Heating's regular business hours.

Sign here _____    Date _____

**CUSTOMER ACKNOWLEDGEMENT**



Active Heating
151 N. Maple, Watertown, SD 57201
(605) 882-2663
www.activeheatinginc.com

**BILL TO**
CP Business Management
1405 1st Avenue North PO Box 9379
Fargo, ND 58102 USA

*Do not pay*

*Double Invoice*

| INVOICE | INVOICE DATE |
|---------|--------------|
| 125361 | Dec 12, 2025 |

**JOB ADDRESS**
Generations on 1st
26 1st Avenue Southwest
Watertown, SD 57201 USA

*Pd #125638*
*Same $, Same services*

DESCRIPTION OF WORK

11/26/2025 - Service call to complete quoted repair. Installed new pipe sections and tested system operation. System is operating properly at this time.

| TASK | DESCRIPTION | QTY | PRICE | TOTAL |
|------|-------------|-----|-------|-------|
| 1 | Replace section of flue pipe up to 6' - single wall 4" | 1.00 | $571.76 | $571.76 |

| | |
|---|---|
| SUB-TOTAL | $571.76 |
| EXCISE TAX 2.041% | $11.67 |
| TOTAL DUE | $583.43 |
| BALANCE DUE | $583.43 |

Thank you for choosing Active Heating.
This invoice is payable upon receipt. A finance charge will be assessed on all past due accounts of 1.5% per month on the new balance after payment or credits. A service fee will be charged for any returned checks.
CUSTOMER AUTHORIZATION

I authorize Active Heating to perform the recommended work as presented to, and chosen by, me. I agree that the amount set forth in the space marked "Total Due" is the price I have agreed to. I also understand that payment for such services is payable immediately upon completion and that the warranty expressed only covers the repairs made today and does not imply a warranty on the entire system. Warranty repairs are to be performed during Active Heating's regular business hours.

Sign here _____    Date    11/25/2025

30241

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

TO THE
ORDER OF

**** SIX HUNDRED FORTY NINE AND 00/100 DOLLARS

APARTMENTS LLC
2563 COLLECTION CENTER DR
CHICAGO, IL   60693

12/31/25

$649.00******

NON-NEGOTIABLE


Apartments.com
POWERED BY COSTAR

501 S 5th Street
Richmond, VA 23219


PAID
2024

1566 1 MB 0.672   E0032 I0067 D14770481789 S2 P10947994 0002:0003


ACCOUNTS PAYABLE
CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO ND 58106-9379

| Invoice | Page 1 of 2 |
|---|---|
| Invoice Number | 123091534 |
| Account #/Location ID | 180274941 |
| Invoice Date | 12/01/2025 |
| CoStar Federal Tax ID | 52-2134617 |
| Payment Terms | Net 30 |
| Due Date | 12/31/2025 |
| Service Period | 12/01/2025 to 12/31/2025 |
| | |
| **Invoice Amount** | **USD 649.00** |

Pay by credit card or checking account online by
registering at **CoStar.BillTrust.com**

Use your personalized **Enrollment Token** below.

## CURRENT INVOICE  See the following page(s) for detail

| | |
|---|---|
| Apartments Network 3 Gold | USD 649.00 |
| Sub-Total | USD 649.00 |
| Tax | USD 0.00 |
| **Current Invoice Total** | **USD 649.00** |

For questions about your bill, please call us at 800-894-4720.
Email: Billing@costar.com

Office Hours: Monday - Friday 9:00 AM - 8:00 PM EST

---

TEAR HERE    **REMITTANCE DOCUMENT - Please Include With Your Payment**    TEAR HERE

**GENERATIONS ON 1ST, LLC**

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30244

12/31/25

$270.81*****

**** TWO HUNDRED SEVENTY AND 81/100 DOLLARS

TO THE
ORDER OF

TURFWURX PROPERTY MAINTENANCE
1401 BRUHN AVE NE
WATERTOWN, SD   57201

NON-NEGOTIABLE

**TurfWurx Property Maintenance**
**SnowSolutions Ice and Snow Management**
**1401 Bruhn Ave NE**
**Watertown, SD 57201**
**605-881-4960**

| INVOICE NO.NOVEMBER2025 | 12/1/25 |
|---|---|

| SERVICE ADDRESS | BILL TO: |
|---|---|
| GENERATIONS APARTMENTS | Snow Removal |
| 26 1ST AVE SW | |
| WATERTOWN SD 57201 | |

| DESCRIPTION | TOTAL |
|---|---|
| 11/25 | 85 |
| 11/28 | 85 |
| 11/29 | 85 |

PAID
302 u

| | |
|---|---|
| SUBTOTAL | 255 |
| SALES TAX 6.2% | 15.81 |
| **AMOUNT DUE:** | **$270.81** |

Thank you for your business!



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30240

12/31/25

$101.56******

TO THE
ORDER OF

**** ONE HUNDRED ONE AND 56/100 DOLLARS

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

NON-NEGOTIABLE

**Alexis Burbach**

**2025**

From: 15-Dec
To: 31-Dec

*Generations on 1st*

Invoice #: 3023
Invoice Date: 12/31/2025
Due Date: 1/1/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 12/16 | 3306 | 11:00 AM | 11:30 AM | 0:30 | move out inspection | $12.75 |
| 12/17 | | 15:30 | 16:00 | 0:30 | showing kenya | $12.75 |
| 12/18 | | 2:30 PM | 3:00 PM | 0:30 | clean out 3510 master bedroom window ledge | $12.75 |
| 12/19 | | 2:15 PM | 3:30 PM | 1:15 | building walk, memo handed out, garage clean up | $31.88 |
| 12/29 | | 8:30 | 9:00 | 0:30 | reschedule window install for 3210 and 3304 for later in the afternoon same | $12.75 |
| 12/30 | | 10:30 | 11:00 AM | 0:30 | showing Kale and GF | $12.75 |

| Total Hours | 3:45: | | Total Hourly Pay $25.50/hour | $95.63 |
|-------------|-------|---|------------------------------|--------|

| Date | Unit | Start | End | Total Hours | Maintenance | |
|------|------|-------|-----|-------------|-------------|---|

| Total Hours | 0:00: | | Total Maintenance  $30/hour | $0.00 |
|-------------|-------|---|-----------------------------|-------|

| Date | Unit | Reimbursement | |
|------|------|---------------|---|

| | | Total Reimbursement | $0.00 |
|---|---|--------------------|------|

| Date | Unit | Commission |
|------|------|------------|
| | | $200 per new lease |
| | | $200 per new lease |
| | | $200 per new lease |
| | | $200 per new lease |

| | Total Commissions | $0.00 |
|---|-------------------|-------|

| Generations Total Hours Amount: | $95.63 |
|---------------------------------|--------|
| Generations Total Painting Amount: | $0.00 |
| Generations Total Reimbursements: | $0.00 |
| Generations Subtotal: | $95.63 |
| Generations Sales Tax (6.2%): | $5.93 |
| Generations Total Commissions: | $0.00 |
| Generations Total Paycheck Amount: | $101.56 |

PAID



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30242

12/31/25

$96.00******

TO THE
ORDER OF

**** NINETY SIX AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD 57201

NON-NEGOTIABLE

## Maintenance Hours
### 2025

**Generations on 1st**

Invoice #: 3023

**Maintenance Name:** *Doug Rodengen*

$32.00  Hourly Rate

From:  15-December

To:  31-December

Invoice Date:  12/31/2025

Due Date:  1/1/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|--|
| 12/17 | | 8:00 AM | 10:00 AM | 2:00 | 3306 bottom kitchen drawers hard to pull out, doors latch/lock 3310 adjust doors throughout unit | $64.00 |
| 12/27 | | 9:00 AM | 10:00 AM | 1:00 | adjust thermostats in lobby and both stairwells | $32.00 |

**PAID 2025**

| | | Total Hours | 3:00: | | Total Hourly Pay $32/hour | $96.00 |
|--|--|-------------|-------|--|---------------------------|--------|
| | | | | | Generations on 1st Paycheck : | $96.00 |

30243

OPERATIONS ON 1ST, LLC
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

12/31/25

$224.12******

**** TWO HUNDRED TWENTY FOUR AND 12/100 DOLLARS

NON-NEGOTIABLE

TO THE
ORDER OF    RUSCO WINDOW
411 40TH ST SW
FARGO, ND  58103

RUSCO WINDOW
COMPANY, INC.
411 40TH STREET S
FARGO, ND 58103

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2025 | 21302 |

**Bill To**

CRAIG PROPERTIES
PO BOX 426
FARGO, ND 58107

**Ship To**

PICK UP @: RUSCO
411 40TH ST S
FARGO, ND

PAID
2024?

| P.O. No. | Rep | FOB | Terms | Due Date | Account # | Ship Date |
|----------|-----|-----|-------|----------|-----------|-----------|
| GEN 1 - 3312 | CTH | 2214321 | Net 30 | 12/30/2025 | 14817 | 11/3/2025 |

| Item | Description | Qty | U/M | Rate | Amount |
|------|-------------|-----|-----|------|--------|
| CABINETS | LS36 TRAY<br>Fargo ND | 1 | | 208.00<br>7.75% | 208.00T<br>16.12 |

# 3312

There is a 3.5% convenience fee for any card processing.
All overdue balances are subject to a 1.5% interest charge each month.

| Total | $224.12 |
|-------|---------|
| Balance Due | $224.12 |

| Phone # | E-mail |
|---------|--------|
| 701-281-1848 | ar@ruscowindowcompany.com |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30245

TO THE
ORDER OF

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD  57241

**** SEVEN HUNDRED FORTY THREE AND 40/100 DOLLARS

12/31/25

$743.40******

NON-NEGOTIABLE

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2025 | 2457 |

| Due Date | Terms |
|----------|-------|
| 1/30/2026 | Net 30 |



**Bill To**

Generations
Unit #

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Generations Mont... | Monthly Building Cleaning | 700.00 | 700.00T |
| | | Sales Tax | 6.20% | 43.40 |

| | Total |
|---|-------|
| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | **$743.40** |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30238

TO THE
ORDER OF

JESSE CRAIG
1405 1ST AVE N
FARGO, ND   58102

\*\*\*\* THREE THOUSAND TWO HUNDRED EIGHTY FIVE AND 00/100 DOLLARS

12/31/25          $3,285.00\*\*\*

NON-NEGOTIABLE



**JESSE CRAIG**

*GENERATIONS ON 1ST*

**2025**

| | | |
|---|---|---|
| From: | 1-Dec | |
| To: | 31-Dec | |

| Invoice #: | 5012 |
|---|---|
| Invoice Date: | 12/31/2025 |
| Due Date: | 1/1/2026 |

| | | | | Total |
|---|---|---|---|---|
| 73 | | Manager oversite $45/unit | $45.00 | $3,285.00 |
| | | | | |
| | | | **$45.00** | **$3,285.00** |

Please make checks payable to Jesse Craig no later than   1/1/2026

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30233

12/15/25

$117.09******

TO THE
ORDER OF      **** ONE HUNDRED SEVENTEEN AND 09/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

## Maintenance Hours
## 2025

**Maintenance Name:** *Doug Rodengen*

$32.00 Hourly Rate
From: 1-December
To: 15-December



**Generations on 1st**

Invoice #: 3022

Invoice Date: 12/15/2025
Due Date: 12/16/2025

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 12/2 | | 8:45 AM | 10:45 AM | 2:00 | 3517, bed fan remote, tighten thermostats, replace screens, adjust beth door, measure blinds, fill salt buckets in front entry/garage door | $64.00 |
| 12/9 | | 8:15 AM | 9:45 AM | 1:30 | light in stove/microwave replaced -- run to Macs for supply | $48.00 |
| 12/9 | 3315 | | | | reimbursment for bulb at Macs paid cash | $5.09 |

| | | Total Hours | 3:30: | | Total Hourly Pay $32/hour | $117.09 |
|---|---|---|---|---|---|---|
| | | | | | Generations on 1st Paycheck : | $117.09 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30232

12/15/25

$155.72******

**** ONE HUNDRED FIFTY FIVE AND 72/100 DOLLARS

NON-NEGOTIABLE

TO THE
ORDER OF

Alexis Burbach
26 1st Ave SW
#3310
Watertown, SD    57201

**Alexis Burbach**

**2025**

From: 1-Dec
To: 15-Dec



Generations on 1st

Invoice #: 3022
Invoice Date: 12/15/2025
Due Date: 12/16/2025

| Date | Unit | Start | End | Scope of Work | |
|------|------|-------|-----|---------------|---|
| 12/3 | | 15:00 | 16:30 | 1:30: swap out 3307 smoke battery, couldnt reach, walk building, 3511 add to gara | $38.25 |
| 12/4 | | 12:30 PM | 2:30 PM | 2:00: safe n secure, move in inspection 3517, in office safe n secure for VPN | $51.00 |
| 12/5 | | 9:15 AM | 10:30 AM | 1:15: carpet getting installed, make sure clean up, move in 3517 | $31.88 |
| 12/5 | | 17:00 | 18:00 | 1:00: garage company to look over transmitter, fixed and openers working again | $25.50 |

|  | | Total Hours | 5:45: | | Total Hourly Pay $25.50/hour | $146.63 |

| Date | Unit | Start | End | Maintenance | |
|------|------|-------|-----|-------------|---|

|  | | Total Hours | 0:00: | | Total Maintenance  $30/hour | $0.00 |

| Date | Unit | | | Reimbursement | |
|------|------|---|---|---------------|---|

|  | | | | Total Reimbursement | $0.00 |

| Date | Unit | | | Commission | |
|------|------|---|---|------------|---|
| | | $200 per new lease | | | |
| | | $200 per new lease | | | |
| | | $200 per new lease | | | |
| | | $200 per new lease | | | |

|  | | | | Total Commissions | $0.00 |

| | |
|---|---|
| Generations Total Hours Amount: | $146.63 |
| Generations Total Painting Amount: | $0.00 |
| Generations Total Reimbursements: | $0.00 |
| Generations Subtotal: | $146.63 |
| Generations Sales Tax (6.2%): | $9.09 |
| Generations Total Commissions: | $0.00 |
| Generations Total Paycheck Amount: | $155.72 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30250

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

12/31/25

$140.00******

TO THE
ORDER OF     **** ONE HUNDRED FORTY AND 00/100 DOLLARS

LIBBY BURGHARDT
311 OAK STREET
BRANDT, SD  57218

NON-NEGOTIABLE

Lisbons Homes

PAID
30250

generations

December Maintenance

Parkside
12/1: 12:45-4:45 fully repair 2 sills 2409 (4)
12/2: 8:45-3:30 2409 finish sills repairs, paint (6.75)

Generations
12/2: 3:30-7:30 repaint 3517 (4)

14.75

=$516.25

#310.25

#146

GENERATIONS ON 1ST, LLC
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30248

12/31/25

$4,983.50****

TO THE
ORDER OF    **** FOUR THOUSAND NINE HUNDRED EIGHTY THREE AND 50/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

001-0018/6/5-02    GENERATIONS ON 1ST                26 1 AVE SW 3517

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049574 | 12/08/2025 | 12/01/2025 | 7 | MR | 24959 | 24729 | 1 | 230 | kWh | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

*(bar chart, labeled Dec. 2025)*

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.10 |
| Electric Energy | 16.79 |
| Electric State Tax | 1.26 |
| Electric City Tax | 0.60 |
| TOTAL ELECTRIC CHARGES | 31.75 |
| | |
| CURRENT CHARGES | $31.75 |
| | |
| TOTAL AMOUNT DUE | $31.75 |

PAID
20248

*(handwritten)* new tenant 12/5.
$18. 14 to tenant.
Billed

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| FINAL BILL | | 01/01/2026 | 01/12/2026 | 31.75 | 33.34 |

**MESSAGES:** Watertown Municipal Utilities would like to remind customers to please keep their gas meter & regulator and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

**MUNICIPAL UTILITIES DEPT.**

Account Number: 008-00187532-02

Name: GENERATIONS ON 1ST

Service Address: 26 1 AVE SW HOUSE

Power factor

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units |
|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | |
| ELECTRIC: 0000030955 | 12/22/2025 | 11/24/2025 | 28 | MR | 494201 | 484739 | 1 | 9462 | kWh |
| ELECTRIC: 0000030955 | 12/22/2025 | 11/24/2025 | 28 | MR | 21256 | | 1 | 21.26 | kW |
| WATER: 0200555042 | 12/22/2025 | 11/24/2025 | 28 | MR | 05157 | 05011 | 1 | 146 | ccf |
| GAS: 0002116659 | 12/22/2025 | 11/24/2025 | 28 | MR | 35688 | 34810 | 1 | 878 | ccf |

|  |  |
|---|---|
| PREVIOUS BALANCE | 4,863.41 |
| PAYMENT  12/10/2025 | -4,863.41 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Demand | 263.62 |
| Electric Customer Charge | 50.00 |
| Electric Energy | 340.63 |
| Electric State Tax | 27.48 |
| Electric City Tax | 13.09 |
| TOTAL ELECTRIC CHARGES | 694.82 |
| GAS SERVICE | |
| Gas Customer Charge | 40.00 |
| Gas Consumption | 559.29 |
| Gas State Tax | 25.17 |
| Gas City Tax | 11.99 |
| TOTAL GAS CHARGES | 636.45 |
| WATER SERVICE | |
| Water Customer Charge | 38.06 |
| Water Consumption | 615.24 |
| Water Private Fire Service | 43.26 |
| TOTAL WATER CHARGES | 696.56 |
| SEWER SERVICE | |
| Sewer Customer Charge | 40.61 |
| Sewer Multiple Use | 2,883.31 |
| TOTAL SEWER CHARGES | 2,923.92 |
| | |
| CURRENT CHARGES | $4,951.75 |
| | |
| TOTAL AMOUNT DUE | $4,951.75 |

PAID
30248

### YOUR MONTHLY USAGE



ELECTRIC (kWh)



WATER (100 cu.ft)



GAS (ccf)

| | | | | | |
|---|---|---|---|---|---|
| 121588 | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
| Bill Type | | 01/01/2026 | 01/12/2026 | 4,951.75 | 5,199.34 |
| REGULAR | | | | | |

**MESSAGES:** Watertown Municipal Utilities would like to remind customers to please keep their gas meter & regulator and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30249

12/31/25

$7,241.34****

TO THE
ORDER OF    ****  SEVEN THOUSAND TWO HUNDRED FORTY ONE AND 34/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,        58106

NON-NEGOTIABLE



**CP Business Management**

**2025**

| From: | 1-Dec |
| To: | 31-Dec |

*Generations on 1st*

Invoice #: 3012
Invoice Date: 12/31/2025
Due Date: 1/1/2026

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected funds | $83,823.73 | $4,191.19 |
| | **Total Management Fee** | **$83,823.73** | **$4,191.19** |

| | Offsite Office | | Total |
|---|---|---|---|
| 7010 | Off Site Office Rent | | $1,312.50 |
| 7030 | Off Site Office Utilities | | $247.49 |
| 7040 | Off Site Office Supplies | | $259.70 |
| | **Total Offsite Office** | | **$1,819.68** |

| | Other Collected Income | | Total |
|---|---|---|---|
| 5700 | 3506 collected fee | | $50.00 |
| 5800 | collected late fees | | $245.20 |
| 6290 | 3517 deposit overage | | $162.27 |
| | **Total Other Collected Income** | | **$457.47** |

| | Miscellaneous | | Total |
|---|---|---|---|
| 8004 | Misc Manager | | $200.00 |
| 8005 | Misc Prof. | | $500.00 |
| 7057 | Software Fee | | $73.00 |
| | **Total Miscellaneous** | | **$773.00** |

| | |
|---|---|
| **Total Management Fee** | $4,191.19 |
| **Total Offsite Office** | $1,819.68 |
| **Total Other Collected Income** | $457.47 |
| **Total Miscellaneous** | $773.00 |
| **Generations on 1st Total** | $7,241.34 |

Please make checks payable to CP Business Management no later than   1/1/2026

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr. S
Fargo, ND 58104

30234

TO THE
ORDER OF

**** TWENTY FIVE THOUSAND AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN  56548

12/16/25

$25,000.00**

MEMO:  Loan Payment

NON-NEGOTIABLE



iv.   Parkside and Generations shall *each* remit to the Bank, within three (3) business days of the entry of an order granting this stipulation, the added sum of $25,000.00, to be applied to debt service.

v.   The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

vi.   The Bank shall be granted perfected replacement liens and security interests, pursuant to 11 U.S.C. § 552, in Debtors' postpetition accounts receivables, general intangibles, cash, and rents of the same priority, dignity, and effect as the prepetition liens and security interests on the prepetition property of Debtors, to the extent of any diminution in cash collateral or prepetition accounts receivables, general intangibles, cash, and rents. The liens and security interests granted to the Bank herein shall not be primed by any other lien or encumbrance, whether by order of the Bankruptcy Court or the passage of time. The postpetition grant of the liens and security interests shall be supplemental of, and in addition to, the liens and security interests, if any, which the Bank possesses pursuant to its loan documents. The replacement liens and security interests granted by Debtors will be deemed properly perfected without further act or deed on the part of the Debtors or the Bank. Notwithstanding anything contained herein, the post-petition cash collateral shall not include any cause of action or proceeds thereof recovered pursuant to Chapter 5 of the Bankruptcy Code.

**GENERATIONS ON 1ST, LLC**

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30228

TO THE
ORDER OF

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN  56548

**\*\*\*\* THIRTY NINE THOUSAND SIX HUNDRED SIXTY SEVEN AND 00/100 DOLLARS**

12/01/25                    $39,667.00\*\*

MEMO: Loan Payment

NON-NEGOTIABLE

4.      <u>Impermissible Uses of Cash Collateral</u>. The Debtors will not use any of the Bank's cash collateral to pay items:

> i.      Not contained in the Budgets except as approved by the Bankruptcy Court after written notice to the Bank and a hearing or after written request to the Bank and the Bank's written consent; or
>
> ii.     In excess of one hundred ten percent (110%) of the amount set forth in the Budget, in the aggregate from the Petition Date.

5.      <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

> i.      Pre-Petition Rents held by the VerStandig Law Firm, LLC Attorney Trust Account are considered to be cash collateral and subject to the constraints of the Budgets. Debtors waive and release any claim against the Bank that the Pre-Petition Rents remitted under this paragraph 5(i) or paragraph 10 below are property of the estate or that the Bank did not have a properly perfected lien in these specific monies, to the extent of any allowed claims of the Bank.
>
> ii.     Parkside will pay the sum of $19,267 on the 15th day of each month to be applied to debt service.
>
> iii.    Generations will pay the sum of $39,667 on the 15th day of each month to be applied to debt service.
>
> iv.     The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11



## CODINGTON COUNTY TREASURER

**Official Real Estate Tax Notice**
14 FIRST AVENUE S.E. * WATERTOWN, SD  57201
(605) 882-6285

**2024 TAXES DUE AND PAYABLE IN 2025**

| EXHIBIT |
|---------|
| **IV1063** |

ℓ 3 74.58 ℓm
2024 – 8963

**Legal:**   Sch: 14-4   S/T/R:   Acres/Lots: .00

Record#: 9580

WATERTOWN CITY  GENERATIONS ON 1ST ADD
GENERATIONS ON 1ST ADD
26 1 AVE SW

**Taxes In Name Of**
GENERATIONS ON 1ST LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| First Half | 38,247.49 |
| Second Half | 38,247.49 |
| **TOTAL** | 76,494.98 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 70,748 | 68,201 | 2.525 | 172.22 |
| WATERTOWN SCHOOL Non-Ag | 70,748 | 68,201 | 9.478 | 646.41 |
| WATERTOWN CITY | 70,748 | 68,201 | 1.691 | 115.33 |
| EAST DAKOTA WATER | 70,748 | 68,201 | 0.020 | 1.36 |
| TAX INCREMENT 13 NA | 70,748 | 5,509,673 | 13.714 | 75,559.66 |

J.E. Escrow $5,463.93
12/15/25

NA: 76494.98

| **TOTAL:** | 76,494.98 |
|---|---|

\* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (\*).

⇩ Please detach stubs and return with your payment ⇩

**-FIRST PAYMENT-**
GENERATIONS ON 1ST LLC
CODINGTON Record # 9580

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 - 8963 | 38,247.49 |

DELINQUENT AFTER APRIL 30th

⇩ Please detach stubs and return with your payment ⇩

**-SECOND PAYMENT-**
GENERATIONS ON 1ST LLC
CODINGTON Record # 9580

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2024 - 8963 | 38,247.49 |

DELINQUENT AFTER OCTOBER 31st