UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In re:                      | Case No. 25-30002       |
|-----------------------------|-------------------------|
| Generations on 1st, LLC,    | Chapter 11              |
| Debtor.                     |                         |
| In re:                      | Case No. 25-30003       |
| Parkside Place, LLC,        | Chapter 11              |
| Debtor.                     | (Jointly Administered)  |

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

Kesha L. Tanabe, counsel to Red River State Bank ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-2 allowing the appearance by video conference for **Lane Warzecha of HME Companies, LLC** ("Warzecha") at the hearing on Thursday, January 22, 2026, at 1:30 p.m. ("Hearing") respecting the following motions:

- Debtor's Sixth Motion for Leave to Use Cash Collateral (Doc. 277)

and any other matters scheduled to take place during the Hearing.

The undersigned makes the request for Warzecha to appear by video conference at the Hearing due to the expedited scheduling of the hearing and to save time and expense by not having to travel from Brookings, South Dakota. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that Warzecha be allowed to appear by video conference at the Hearing.

2

Dated this 16th day of January, 2026.

                              **VOGEL LAW FIRM**

BY:   */s/ Kesha L. Tanabe*
        Kesha L. Tanabe
        218 NP Avenue
        PO Box 1389
        Fargo, ND  58107-1389
        Telephone:  (701) 237-6983
        Fax:  (701) 476-7676
        Email: ktanabe@vogellaw.com
        ATTORNEYS FOR RED RIVER STATE BANK