UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: <br><br> Generations on 1st, LLC, <br><br> Debtor. | Bankr. No. 25-30002 <br><br> Chapter 11 |
| In re: <br><br> Parkside Place, LLC, <br><br> Debtor. | Bankr. No. 25-30003 <br><br> Chapter 11 <br><br> (Jointly Administered) |

## MOTION TO APPEAR BY VIDEO CONFERENCE

     1.    Jordan J. Feist, counsel for Watertown Development Company ("WDC"), respectfully moves the Court pursuant to Local Rule 5001-2 for an order allowing his appearance by video conference at the hearing set for Thursday, January 22, 2026, at 1:30 p.m. on Debtors' Sixth Motion for Leave to Use Cash Collateral (Doc. 277).

     2.    An appearance by video conference will allow WDC to save on travel time and expenses related to an in-person appearance at the hearing. Undersigned counsel's office is in Sioux Falls, South Dakota.

     WHEREFORE, undersigned counsel respectfully requests permission to appear at the upcoming hearing by video conference.

     Dated this 16th day of January, 2026.

                                WOODS, FULLER, SHULTZ & SMITH P.C.

                                By /s/ Jordan J. Feist
                                  Jordan J. Feist (#08592)
                                  P.O. Box 5027
                                  300 South Phillips Avenue, Suite 300
                                  Sioux Falls, SD 57117-5027
                                  Phone (605) 336-3890
                                  Fax (605) 339-3357
                                  Jordan.Feist@woodsfuller.com
                                  Attorneys for Watertown Development Company

**CERTIFICATE OF SERVICE**

The undersigned states that on the 16th day of January, 2026, I served a copy of the foregoing Motion to Appear by Video Conference electronically upon all CM/ECF participations in this case.

*/s/ Jordan J. Feist*
Attorney for Watertown Development Company