UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| **Generations on 1st LLC,** | **Bankr. No. 25-30002** |
| Debtor, Jointly Administered | Chapter 11 |
| **Parkside Place LLC,** | **Bankr. No. 25-30003** |
| Debtor, Jointly Administered | Chapter 11 |

**MOTION TO APPEAR BY TELEPHONE**

1. Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by telephone on Thursday, January 22, 2026, at 1:30 p.m. on the Sixth Motion for Cash Collateral (Doc. 277).

2. The UST does not anticipate any objection to the motion. Travel for such a limited purpose would be burdensome and expensive.

WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated: January 16, 2026        MARY R. JENSEN
                               ACTING U.S. TRUSTEE REGION 12

                               /s/ Sarah J. Wencil
                               Sarah J. Wencil
                               Office of the U.S. Trustee
                               Suite 1015 U.S. Courthouse
                               300 South Fourth St.
                               Minneapolis, MN 55415
                               Telephone: (612) 334-1366
                               Sarah.J.Wencil@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| **Generations on 1st LLC,** | **Bankr. No. 25-30002** |
|    **Debtor, Jointly Administered** | **Chapter 11** |
| **Parkside Place LLC,** | **Bankr. No. 25-30003** |
|    **Debtor, Jointly Administered** | **Chapter 11** |

### CERTIFICATE OF SERVICE

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   January 16, 2026

/s/ Sarah J. Wencil<br>
Sarah J. Wencil