UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30002<br>Chapter 11 |
| Generations on 1st, LLC, | |
| Debtor, Jointly Administered, _____/ | |
| In Re: | Bankruptcy No. 25-30003<br>Chapter 11 |
| Parkside Place, LLC, | |
| Debtor, Jointly Administered, _____/ | |

IN THE MATTER OF:

Expedited Hearing on Sixth Motion by Debtors
for Leave to Use Cash Collateral filed
January 10, 2026. (Doc. 277)
_____/

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARING

The parties filed a stipulated motion to continue the hearing scheduled for Thursday, January 22, 2026. The Court finds cause for granting the continuance.

IT IS ORDERED that Debtors' Sixth Motion for Leave to Use Cash Collateral (Doc. 277) shall be continued to **Thursday, February 5, 2026, at 10:00 a.m.** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota.

Dated: January 20, 2026.

*/s/ Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically January 20, 2026, to Electronic Mail Notice List for Case No. 25-30002.