IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | Jointly Administered |

**NOTICE OF APPLICATION TO APPROVE EMPLOYMENT OF
MICHAEL T. SCHMITZ AS CHIEF RESTRUCTURING OFFICER**

NOTICE IS HEREBY GIVEN that the above-referenced debtors have filed an application to employ Michael T. Schmitz as chief restructuring officer. A copy of the application is being filed of even date with this notice.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the service of this notice. Any objections not filed and served may be deemed waived.

*[Signature Block and Certificate of Service on Following Page]*

1

                                                           Respectfully Submitted,

Dated: January 22, 2026        By:    /s/ Maurice B. VerStandig
                                                                    Maurice B. VerStandig, Esq.
                                                                   The Dakota Bankruptcy Firm
                                                                   1630 1st Avenue N
                                                                   Suite B PMB 24
                                                                   Fargo, North Dakota 58102-4246
                                                                   Phone: (701) 394-3215
                                                                   mac@dakotabankruptcy.com
                                                                   *Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                                   /s/ Maurice B. VerStandig
                                                                   Maurice B. VerStandig