IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | (Jointly Administered) |
| | ) | |

**MOTION TO APPEAR AT HEARING VIA VIDEOCONFERENCE**

Come now Generations on 1st, LLC and Parkside Place, LLC (the "Debtors"), by and through undersigned counsel, pursuant to Local Rule 5001-2(B), and moves to permit undersigned counsel to appear at a hearing on February 5, 2026, on use of cash collateral, via video conference, and in support thereof state as follows:

Undersigned counsel is due to be traveling to a different region of the country and will not be able to pragmatically appear in Fargo on the hearing date. There is also a desire to minimize the time and expense of travel in connection with what is expected to be a relatively simply cash collateral hearing in a case where the debtors have been operating, post-petition, within budgetary confines, for more than a year.

WHEREFORE, the Debtors respectfully pray counsel be permitted to appear, on February 5, 2026, via video conference, and for such other and further relief as may be just and proper.

*[Signature on Following Page]*

1

                                                                   Respectfully Submitted,

Dated: February 3, 2026      By:     /s/ Maurice B. VerStandig
                                                                   Maurice B. VerStandig, Esq.
                                                                   The Dakota Bankruptcy Firm
                                                                   1630 1st Avenue N
                                                                   Suite B PMB 24
                                                                   Fargo, North Dakota 58102-4246
                                                                   Phone: (701) 394-3215
                                                                   mac@dakotabankruptcy.com
                                                                   *Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                                    /s/ Maurice B. VerStandig
                                                                    Maurice B. VerStandig