IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | (Jointly Administered) |
| | ) | |

### Witness and Exhibit List

Comes now Generations on 1st, LLC and Parkside Place, LLC (the "Debtors"), by and through undersigned counsel, and furnish this list of exhibits—excepting exhibits to be used solely for purposes of rebuttal or impeachment—to be introduced, and witnesses to be called, at a cash collateral hearing on February 5, 2026:

**Witnesses**

a. Mulinda Craig

b. Jesse Craig

**Exhibits**

1. Generation on 1st Budget

2. Parkside Place Budget

3. Parkside Place Operating Report for December 2025 (DE #282)

4. Generations on 1st Operating Report for December 2025 (DE #281)

5. Parkside Place Operating Report for November 2025 (DE #251)

6. Generations on 1st Operating Report for November 2025 (DE #250)

1

7. Parkside Place Operating Report for October 2025 (DE #237)

8. Generations on 1st Operating Report for October 2025 (DE #236)

9. Generations on 1st Operating Report for September 2025 (DE #202)

10. Parkside Place Operating Report for September 2025 (DE #198)

11. Parkside Place Operating Report for August 2025 (DE #163)

12. Generations on 1st Operating Report for August 2025 (DE #162)

13. Parkside Place Operating Report for July 2025 (DE #156)

14. Generations on 1st Operating Report for July 2025 (DE #155)

15. Parkside Place Amended Operating Report for June 2025 (DE #152)

16. Generations on 1st Amended Operating Report for June 2025 (DE #147)

17. Parkside Place Amended Operating Report for May 2025 (DE #151)

18. Generations on 1st Amended Operating Report for May 2025 (DE #146)

19. Parkside Place Amended Operating Report for April 2025 (DE #150)

20. Generations on 1st Amended Operating Report for April 2025 (DE #145)

21. Parkside Place Amended Operating Report for March 2025 (DE #149)

22. Generations on 1st Amended Operating Report for March 2025 (DE #144)

23. Parkside Place Amended Operating Report for February 2025 (DE #148)

24. Generations on 1st Amended Operating Report for February 2025 (DE #143)

*[Signature on Following Page]*

Respectfully Submitted,

Dated: February 3, 2026     By:     /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

3