**GENERATIONS ON 1ST, LLC**

| Account Name | January | February | March | April | May | June | Row Total |
|---|---|---|---|---|---|---|---|
| **GPR Income** | | | | | | | |
| 1BR 60 Units | 60,040.00 | 60,040.00 | 60,605.00 | 60,980.00 | 61,780.00 | 65,860.00 | 369,305.00 |
| 2BR 12 Units | 18,240.00 | 18,240.00 | 18,320.00 | 18,580.00 | 18,620.00 | 18,960.00 | 110,960.00 |
| Garage Stalls 49 | 3,920.00 | 3,920.00 | 3,920.00 | 3,920.00 | 3,920.00 | 3,920.00 | 23,520.00 |
| Storage Units 27 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 | 6,750.00 |
| Commercial - Senior Center | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| **Net Income** | 83,325.00 | 83,325.00 | 83,970.00 | 84,605.00 | 85,445.00 | 89,866.00 | 510,536.00 |
| Less Apartment Vacancies | 0.00 | 1,055.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 15,455.00 |
| Less Garage Parking Vacancies | 0.00 | 0.00 | 0.00 | 240.00 | 240.00 | 240.00 | 720.00 |
| Less Storage Unit Vacancies | 830.00 | 830.00 | 830.00 | 830.00 | 785.00 | 520.00 | 4,625.00 |
| Less HME Incentives | 185.00 | 30.00 | 30.00 | 0.00 | 0.00 | 0.00 | 245.00 |
| Less Incentives | 1,020.00 | 965.00 | 965.00 | 965.00 | 935.00 | 855.00 | 5,705.00 |
| | 81,290.00 | 80,445.00 | 78,545.00 | 78,970.00 | 79,885.00 | 84,651.00 | 483,786.00 |
| **Other Income** | | | | | | | |
| NSF Fees | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 108.00 |
| Re-Rental Charges | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 1,080.00 |
| Other Income | 0.00 | 0.00 | 75.00 | 75.00 | 75.00 | 75.00 | 300.00 |
| **Net of Other Income** | 198.00 | 198.00 | 273.00 | 273.00 | 273.00 | 273.00 | 1,488.00 |
| **Total Income** | 81,488.00 | 80,643.00 | 78,818.00 | 79,243.00 | 80,158.00 | 84,924.00 | 485,274.00 |
| **Expenses** | | | | | | | |
| **Maintenance Expenses** | | | | | | | |
| Maintenance Staff Costs | 900.00 | 500.00 | 400.00 | 400.00 | 400.00 | 400.00 | 3,000.00 |
| Caretaker/Resident Manager | 585.00 | 585.00 | 660.00 | 585.00 | 585.00 | 585.00 | 3,585.00 |
| Repairs / Maintenance | 1,000.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 4,750.00 |
| Janitorial | 775.00 | 775.00 | 775.00 | 1,500.00 | 815.00 | 815.00 | 5,455.00 |
| Carpet Cleaning | 0.00 | 0.00 | 300.00 | 1,575.00 | 300.00 | 300.00 | 2,475.00 |
| Painting | 0.00 | 300.00 | 300.00 | 300.00 | 750.00 | 300.00 | 1,950.00 |
| Plumbing | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,200.00 |
| Electrical / Fire Protection | 50.00 | 50.00 | 1,550.00 | 750.00 | 50.00 | 50.00 | 2,500.00 |
| HVAC | 200.00 | 200.00 | 200.00 | 350.00 | 200.00 | 200.00 | 1,350.00 |
| Elevator | 25.00 | 475.00 | 25.00 | 25.00 | 475.00 | 25.00 | 1,050.00 |
| Flooring | 0.00 | 0.00 | 280.00 | 280.00 | 280.00 | 280.00 | 1,120.00 |
| Appliances/Laundry | 100.00 | 100.00 | 100.00 | 100.00 | 750.00 | 750.00 | 1,900.00 |
| Extermination | 0.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 100.00 |
| Grounds Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 185.00 | 185.00 | 370.00 |
| Snow Removal | 370.00 | 370.00 | 185.00 | 0.00 | 0.00 | 0.00 | 925.00 |
| Less Resident Chargebacks | -400.00 | -400.00 | -400.00 | -400.00 | -400.00 | -400.00 | -2,400.00 |
| **Total Maintenace Expenses** | 3,805.00 | 3,925.00 | 5,345.00 | 6,435.00 | 5,360.00 | 4,460.00 | 34,130.00 |
| **Admin/Utility Expenses** | | | | | | | |
| Advertising / Marketing | 700.00 | 700.00 | 765.00 | 700.00 | 700.00 | 700.00 | 4,265.00 |
| Software Fee | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 73.00 | 438.00 |
| Lease Commissions | 220.00 | 440.00 | 440.00 | 660.00 | 660.00 | 660.00 | 3,080.00 |
| Professional Fees | 40.00 | 40.00 | 350.00 | 40.00 | 40.00 | 40.00 | 550.00 |
| Internet & Telephone Costs/Service | 210.00 | 210.00 | 210.00 | 210.00 | 210.00 | 210.00 | 1,260.00 |
| Property Management 5% Collected | 4,074.40 | 4,032.15 | 3,940.90 | 3,962.15 | 4,007.90 | 4,246.20 | 24,263.70 |
| Real Estate Taxes/Escrow | 6,400.00 | 6,400.00 | 6,400.00 | 6,400.00 | 6,400.00 | 6,400.00 | 38,400.00 |
| Property Insurance | 3,150.00 | 3,150.00 | 3,150.00 | 3,150.00 | 3,150.00 | 3,150.00 | 18,900.00 |
| Electricity - Apts | 50.00 | 50.00 | 100.00 | 100.00 | 150.00 | 150.00 | 600.00 |
| Electricity - Building | 1,100.00 | 1,000.00 | 850.00 | 700.00 | 500.00 | 500.00 | 4,650.00 |
| Natural Gas - Building | 1,000.00 | 850.00 | 600.00 | 550.00 | 450.00 | 400.00 | 3,850.00 |
| Water & Sewer | 3,700.00 | 3,700.00 | 3,700.00 | 3,700.00 | 3,700.00 | 3,700.00 | 22,200.00 |
| Garbage Removal | 230.00 | 230.00 | 230.00 | 230.00 | 230.00 | 230.00 | 1,380.00 |
| **Total Admin & Utility Exp.** | 20,947.40 | 20,875.15 | 20,808.90 | 20,475.15 | 20,270.90 | 20,459.20 | 123,836.70 |
| **Total Operating Expenses** | 24,752.40 | 24,800.15 | 26,153.90 | 26,910.15 | 25,630.90 | 24,919.20 | 157,966.70 |
| **Net Operating Income** | 56,735.60 | 55,842.85 | 52,664.10 | 52,332.85 | 54,527.10 | 60,004.80 | 327,307.30 |
| **Other Expenses** | | | | | | | |
| US Court Trustee 0.4% | 333.30 | 333.30 | 335.88 | 338.42 | 341.78 | 359.46 | 2,042.14 |
| Contingencies | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 10,500.00 |
| Misc. PM Fees | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 3,000.00 |
| Misc. Professional Fees | 200.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 7,700.00 |
| **Total Other Expenses** | 2,783.30 | 4,083.30 | 4,085.88 | 4,088.42 | 4,091.78 | 4,109.46 | 23,242.14 |
| **Total Monthly Expenses** | 27,535.70 | 28,883.45 | 30,239.78 | 30,998.57 | 29,722.68 | 29,028.66 | 181,208.84 |
| **Net Cash Flow** | 53,952.30 | 51,759.55 | 48,578.22 | 48,244.43 | 50,435.32 | 55,895.34 | 304,065.16 |
| RRSB Collateral Payment | 39667 | 39667 | 39667 | 39667 | 39667 | 39667 | |
| | 14,285.30 | 12,092.55 | 8,911.22 | 8,577.43 | 10,768.32 | 16,228.34 | |