**Budget Worksheet**
Property = Parkside Place, Book = Cash, Start Month = 01/2026

**PARKSIDE PLACE, LLC**

| Account Name | January 2026 | February 2026 | March 2026 | April 2026 | May 2026 | June 2026 | Row Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| **GPR Income** | | | | | | | |
| 36 1 Bed | 36,900.00 | 37,020.00 | 38,420.00 | 38,660.00 | 39,010.00 | 41,890.00 | 231,900.00 |
| Commercial - 201, 202 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 3,803.00 | 22,818.00 |
| CAM | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 786.19 | 4,717.14 |
| **Net Income** | 41,489.19 | 41,609.19 | 43,009.19 | 43,249.19 | 43,599.19 | 46,479.19 | 259,435.14 |
| Less Apartment Vacancies | 0.00 | 0.00 | 1,090.00 | 1,090.00 | 1,090.00 | 1,090.00 | 4,360.00 |
| Less HME Incentives | 380.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 380.00 |
| Less CPBM Incentives | 45.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45.00 |
|  | 41,064.19 | 41,609.19 | 41,919.19 | 42,159.19 | 42,509.19 | 45,389.19 | 254,650.14 |
| **Other Income** | | | | | | | |
| NSF Fees | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 300.00 |
| Re-Rental Charges | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 1,080.00 |
| Other Income | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 150.00 |
| **Net of Other Income** | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 255.00 | 1,530.00 |
| **Total Income** | 41,319.19 | 41,864.19 | 42,174.19 | 42,414.19 | 42,764.19 | 45,644.19 | 256,180.14 |
| **Expenses** | | | | | | | |
| **Maintenance Expenses** | | | | | | | |
| Maintenance Staff Costs | 300.00 | 300.00 | 300.00 | 300.00 | 350.00 | 350.00 | 1,900.00 |
| Caretaker/Resident Manager | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,800.00 |
| Repairs / Maintenance | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 3,600.00 |
| Janitorial | 550.00 | 550.00 | 550.00 | 1,300.00 | 550.00 | 550.00 | 4,050.00 |
| Carpet Cleaning | 120.00 | 120.00 | 120.00 | 1,100.00 | 120.00 | 120.00 | 1,700.00 |
| Painting | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 960.00 |
| Plumbing | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 600.00 |
| Electrical / Fire Protection | 50.00 | 50.00 | 1,050.00 | 50.00 | 50.00 | 50.00 | 1,300.00 |
| HVAC | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 450.00 |
| Elevator | 25.00 | 25.00 | 480.00 | 25.00 | 25.00 | 480.00 | 1,060.00 |
| Flooring | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 1,080.00 |
| Appliances/Laundry | 100.00 | 100.00 | 100.00 | 100.00 | 750.00 | 750.00 | 1,900.00 |
| Extermination | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 120.00 |
| Snow Removal | 370.00 | 370.00 | 185.00 | 0.00 | 0.00 | 0.00 | 925.00 |
| Less Resident Chargebacks | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 1,500.00 |
| **Total Maintenace Expenses** | 3,200.00 | 3,200.00 | 4,470.00 | 4,560.00 | 3,530.00 | 3,985.00 | 22,945.00 |
| **Admin/Utility Expenses** | | | | | | | |
| Advertising / Marketing | 0.00 | 0.00 | 65.00 | 0.00 | 0.00 | 0.00 | 65.00 |
| Lease Commissions | 220.00 | 220.00 | 440.00 | 440.00 | 440.00 | 440.00 | 2,200.00 |
| Professional Fees | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 240.00 |
| Internet & Telephone Costs/Service | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 1,500.00 |
| Property Management 5% Collected | 2,065.96 | 2,093.21 | 2,108.71 | 2,120.71 | 2,138.21 | 2,282.21 | 12,809.01 |
| Real Estate Taxes/Escrow | 3,460.00 | 3,460.00 | 3,460.00 | 3,460.00 | 3,460.00 | 3,460.00 | 20,760.00 |
| CAM Reimburse | -29.21 | -89.60 | -137.18 | -30.69 | -18.31 | -11.65 | -316.65 |
| Property Insurance | 1,650.00 | 1,650.00 | 1,650.00 | 1,650.00 | 1,650.00 | 1,650.00 | 9,900.00 |
| Electricity - Apts | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 50.00 | 550.00 |
| Electricity - Building | 750.00 | 750.00 | 700.00 | 600.00 | 500.00 | 400.00 | 3,700.00 |
| Natural Gas - Building | 400.00 | 400.00 | 300.00 | 250.00 | 200.00 | 200.00 | 1,750.00 |
| Water & Sewer | 1,920.00 | 1,920.00 | 1,920.00 | 1,920.00 | 1,920.00 | 1,920.00 | 11,520.00 |
| Garbage Removal | 230.00 | 230.00 | 230.00 | 230.00 | 230.00 | 230.00 | 1,380.00 |
| **Total Admin & Utility Exp.** | 11,056.75 | 11,023.61 | 11,126.53 | 11,030.02 | 10,909.90 | 10,910.56 | 66,057.36 |
| **Total Operating Expenses** | 14,256.75 | 14,223.61 | 15,596.53 | 15,590.02 | 14,439.90 | 14,895.56 | 89,002.36 |
| Net Operating Income | 27,062.44 | 27,640.58 | 26,577.66 | 26,824.17 | 28,324.29 | 30,748.63 | 167,177.78 |
| **Other Expenses** | | | | | | | |
| US Court Trustee 0.4% | 165.96 | 166.44 | 172.04 | 173.00 | 174.40 | 185.92 | 1,037.74 |
| Contingencies | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 6,600.00 |
| Misc. PM Fees | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 1,500.00 |
| Misc. Professional Fees | 200.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 7,700.00 |
| **Total Other Expenses** | 1,715.96 | 3,016.44 | 3,022.04 | 3,023.00 | 3,024.40 | 3,035.92 | 16,837.74 |
| **Total Monthly Expenses** | 15,972.70 | 17,240.05 | 18,618.56 | 18,613.01 | 17,464.30 | 17,931.48 | 105,840.10 |
| **Net Cash Flow** | 25,346.49 | 24,624.14 | 23,555.63 | 23,801.18 | 25,299.89 | 27,712.71 | 150,340.04 |
| RRSB pymt | 19,267.00 | 19,267.00 | 19,267.00 | 19,267.00 | 19,267.00 | 19,267.00 | 19,267.00 |
|  | 6,079.49 | 5,357.14 | 4,288.63 | 4,534.18 | 6,032.89 | 8,445.71 | 131,073.04 |