**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: ) | Bankruptcy No. 25-30002 |
| ) | Chapter 11 |
| Generations on 1st, LLC, ) | |
| ) | |
| Debtor, Jointly Administered. ) | |
| ) | |
| Parkside Place, LLC, ) | Bankruptcy No. 25-30003 |
| ) | Chapter 11 |
| Debtor, Jointly Administered. ) | |
| ) | |

**ORDER AUTHORIZING USE OF CASH COLLATERAL**

Debtors Generations on 1st, LLC, and Parkside Place, LLC, filed a Tenth Stipulation for Use of Cash Collateral. Doc. 295. Based upon the budgets filed as Documents 294-1 and 294-2, the Tenth Stipulation and other documents filed in this case, the Court finds cause for approving the Tenth Stipulation for Use of Cash Collateral.

**IT IS ORDERED:**

1. The Tenth Stipulation for Use of Cash Collateral is approved. The term of the agreement is from January 15, 2026, to March 27, 2026.

2. The hearing on the Motion for Use of Cash Collateral scheduled for February 5, 2026, is continued to April 2, 2026.

3. The Court is not bound by legal conclusions included in the Tenth Stipulation.

Dated: February 4, 2026.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT