UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30002 |
| | Chapter 11 |
| Generations on 1st, LLC, | |
| Debtor, Jointly Administered, | |

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30003 |
| | Chapter 11 |
| Parkside Place, LLC, | |
| Debtor, Jointly Administered, | |

IN THE MATTER OF:

Sixth Motion by Debtors for Leave to Use Cash Collateral filed January 10, 2026. (Doc. 277)

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARING

The parties stipulated to a continuance of the hearing scheduled for <u>Thursday, February 5, 2026.</u> The Court finds cause for granting the continuance.

IT IS ORDERED that Debtors' Sixth Motion for Leave to Use Cash Collateral (Doc. 277) shall be continued to **<u>Thursday, April 2, 2026, at 10:00 a.m.</u>** <u>in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u>.

Dated: February 4, 2026.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically February 4, 2026, to Electronic Mail Notice List for Case No. 25-30002.