UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br>　　　　　　　　　　Debtor.<br>_____/ | Bankruptcy No. 25-30002<br>Chapter 11 |
| In Re:<br><br>Parkside Place, LLC,<br>　　　　　　　　　　Debtor.<br>_____/ | Bankruptcy No. 25-30003<br>Chapter 11<br><br>**NOTICE OF SCHEDULING CONFERENCE** |

The Court will hold a scheduling conference by video on **Wednesday, February 11, 2026, at 2:00 P.M.** to consider and act upon the following matters:

- **Disclosure Statement Hearing on Creditor Red River State Bank's Disclosure Statement for Creditor's Plan of Liquidation for Generations on 1st, LLC filed February 5, 2026. (Doc. 303)**

  **Disclosure Statement Hearing on Creditor Red River State Bank's Disclosure Statement for Creditor's Plan of Liquidation for Parkside Place, LLC filed February 6, 2026. (Doc. 306)**

Video Conference Instructions, **Procedures** and link to join the meeting are located at: https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site generally not less than 48 hours (72 hours preferred) in advance of the hearing.** To test the connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform. Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100 or email clerks_office@ndb.uscourts.gov. Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.

Your rights may be affected by this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the Court to consider your views, you should file a written response to the action, if one has not been filed, and attend the hearing. If you do not take these steps, the Court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: February 6, 2026.　　　　　　　　　　　　　Sara E. Diaz, Clerk
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　　　Quentin N. Burdick United States Courthouse
　　　　　　　　　　　　　　　　　　　　　　　　655 1st Avenue North, Suite 210
　　　　　　　　　　　　　　　　　　　　　　　　Fargo, ND 58102-4392

　　　　　　　　　　　　　　　　　　　　By:　/s/  *Sharon Horsager*
　　　　　　　　　　　　　　　　　　　　　　Sharon Horsager, Deputy Clerk

Copy served electronically February 6, 2026, to Electronic Mail Notice List for Case No. 25-30002.