**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br>    Debtor, Jointly Administered.<br>_____/ | Bankruptcy No. 25-30002<br>Chapter 11 |
| In Re:<br><br>Parkside Place, LLC,<br>    Debtor, Jointly Administered.<br>_____/ | Bankruptcy No. 25-30003<br>Chapter 11 |

**ORDER GRANTING CONTINUANCE OF HEARINGS**

Debtors Generations on 1st, LLC, and Parkside Place, LLC filed a Motion to Continue Hearings scheduled for <u>February 11, 2026</u>. The Court finds cause for granting the continuance.

IT IS ORDERED that the following hearings will be continued **<u>Thursday, February 12, 2026, at 2:00 p.m.</u>** <u>in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u>.

- **Application by Debtors to Approve Employment of Michael T. Schmitz as Chief Restructuring Officer filed January 22, 2026. (Doc. 291)**

- **Scheduling Conference RE: Red River State Bank's Disclosure Statement for Creditor's Plan of Liquidation for Generations filed February 5, 2026. (Doc. 303).**

- **Scheduling Conference RE: Red River State Bank's Disclosure Statement for Creditor's Plan of Liquidation for Parkside Place filed February 6, 2026. (Doc. 306)**

- **Pretrial Planning and Scheduling Conference in Adversary Case. 25-7009 Generations on 1st LLC, Parkside Place, LLC, The Ruins, LLC vs. Red River State Bank.**

Dated: February 9, 2026.

*/s/ Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

Copy filed and sent electronically February 9, 2026, to Electronic Mail Notice List for Case No. 25-30002.