# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br><br>         Debtor. | Case No.:  25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place, LLC,<br><br>         Debtor. | Case No.:  25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

## RED RIVER STATE BANK'S EXHIBIT LIST (RE: APPLICATION TO EMPLOY CHIEF RESTRUCTURING OFFICER)

Creditor Red River State Bank hereby provides the following Exhibit List with respect to the following matters:

- **ECF 291** – Application by Debtors to Approve Employment of Michael T. Schmitz as Chief Restructuring Officer set for hearing on **February 12, 2026 at 2:00 p.m.**

- **ECF 300** – Objection by Red River State Bank to Debtors' Application to Approve Employment of Michael T. Schmitz as Chief Restructuring Officer

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 185 | | | Declaration of Charles Aarestad (Red River State Bank) RE: Generations Draw Requests **[ECF 185]** | W | | | | | | | | |

| ECF 186 | | | Declaration of Charles Aarestad (Red River State Bank) RE: Parkside Draw Requests [**ECF 186**] | W | | | | | | | |
| ECF 190 | | | Declaration of Roland Clausen (Clausen Construction Inc.) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 190**]<br><br>Exhibit A –Estimate and Invoices for Ruins<br>Exhibit B –Invoices for Generations<br>Exhibit C – Estimate and Invoices for Parkside<br>Exhibit D – Estimate and Invoices for Lofts<br>Exhibit E – Invoice for Craig Lake Property | W | | | | | | | |
| ECF 191 | | | Declaration of Sara Mueller (Hebron Brick Supply Co.) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 191**]<br><br>Exhibit A – List and Ruins Project Invoices<br>Exhibit B – List and Craig Lake Home Project Invoices<br>Exhibit C – List and Generations Project Invoices<br>Exhibit D – List and Parkside Project Invoices<br>Exhibit E – List and Lofts Project Invoices | W | | | | | | | |
| ECF 192 | | | Declaration of Terry Stroh (T.L. Stroh Architects, Ltd.) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 192**]<br><br>Exhibit A – Account Statement and Invoices for Ruins<br>Exhibit B – Account Statement and Invoices for Generations<br>Exhibit C – Account Statement and Invoices for Parkside | W | | | | | | | |
| ECF 193 | | | Declaration of Rob Dewit (Baete-Forseth, HVAC, LLC) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 193**]<br><br>Exhibit A – Account Statement, Invoices and Payment Records for Ruins<br>Exhibit B – Payment Applications and Payment Records for Generations<br>Exhibit C – Payment Applications, Payment Records, and Lien Waiver for Parkside<br>Exhibit D – Payment Applications, Payment Records, and Lien Waivers for Lofts | W | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 194 | | | Declaration of Beau Koopal (Infrastructure Design Group, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 194**]<br><br>Exhibit A – Account Statement, Payment Records, & Lien Waivers for Ruins<br>Exhibit B - Account Statement, Invoices, Payment Records & Lien Waivers for Generations<br>Exhibit C – Professional Services Agreement, Account Statement, Invoices, Payment Records, & Lien Waivers for Parkside<br>Exhibit D – Account Statement, Payment Records & Invoices for Lofts | W | | | | | | | |
| ECF 195 | | | Declaration of Rick Lang (R.L. Drywall and Insulation, Inc.)  Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 195**]<br><br>Exhibit A – Invoice #s 8447 and 8447-2 and Payment Records for Parkside<br>Exhibit B – Invoice Nos. 7845, 7845-2, and 7845-3 and Payment Records for Lofts | W | | | | | | | |
| ECF 199 | | | Declaration of Rick Kloos (Kloos Electric) Certifying Records Pursuant to Federal Rule of Evidence 901(11) [**ECF 199**]<br><br>Exhibit A – Estimate, Invoices & Payment Records for Ruins<br>Exhibit B – Payment Applications, Estimates, Invoices, Payment Records, & Lien Waivers for Generations<br>Exhibit C – Payment Applications, Estimate and Invoices, Payment Records, & Lien Waiver for Parkside<br>Exhibit D – Payment Applications, Estimate and Invoices & Payment Records for Lofts | W | | | | | | | |
| ECF 200 | | | Declaration of Rylan Ojala (Watertight, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 200**]<br><br>Exhibit A – Mechanic's Lien for Ruins<br>Exhibit B – Estimates and Invoices for Ruins<br>Exhibit C – Payments for Ruins<br>Exhibit D – Payment Applications, Estimate, Invoices & Payment Records for Generations<br>Exhibit E – Payment Applications, Estimate, Invoices & Payment Records for Parkside | W | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Exhibit F – Payment Applications, Invoices & Payment Records for Lofts | | | | | | | | |
| ECF 203 | | | Declaration of Jason Meester (Watertown Cashway Lumber, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 203**]<br><br>Exhibit A – Payment Application, Account Status Reports, Statements for the Ruins<br>Exhibit B – Payment Applications, Account Status Reports, Statements for Generations<br>Exhibit C – Payment Applications, Account Status Reports, Statements, Quote No. 2008-139501 for Parkside<br>Exhibit D – Payment Application, Account Status Report, Statements, Invoice No. 2106-159979 for Lofts<br>Exhibit E – Payment Records for All Craig Projects | W | | | | | | | |
| ECF 204 | | | Declaration of Joe Bunkers (Gage Bros. Concrete Products, Inc.) Certifying Records Pursuant to Federal Rule of Evidence 902(11) [**ECF 204**]<br><br>Exhibit A – Payment Applications, Payment Records, Proposal, Lien Waivers for Ruins<br>Exhibit B – Payment Applications, Payment Records, and Lien Waivers for Generations<br>Exhibit C – Payment Applications, Payment Records, and Lien Waivers for Parkside | W | | | | | | | |
| ECF 208 | | | Declaration of Charles Aarestad in Support of Motion to Terminate Exclusivity RE: Parkside [**ECF 208**]<br><br>Exhibit A – Parkside Place Summary of Draw Request Invoices vs. Original Invoices | W | | | | | | | |
| ECF 210 | | | Declaration of Charles Aarestad in Support of Motion to Terminate Exclusivity RE: Generations [**ECF 210**]<br><br>Exhibit A – Generations Summary of Draw Request Invoices vs. Original Invoices | W | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 212-213 | | | Declaration of Erica Schmitt (Limoges Construction, Inc. Certifying Records Pursuant to Federal Rule of Evidence 902(11) **[ECF 212]** and Exhibits A-D **[ECF 213]**<br><br>Exhibit A – Proposal, Invoices, Payment Applications, Lien Waivers, and Payment Records for Ruins<br>Exhibit B – Construction Agreement & Proposal, Invoices, Payment Applications, Lien Waivers, and Payment Records for Generations<br>Exhibit C – Construction Agreement, Proposal, Change Orders, Invoices, Payment Applications, Lien Waivers, and Payment Records for Parkside<br>Exhibit D – Construction Agreement, Proposal, Change Orders, Invoices, Payment Applications, Lien Waivers, and Payment Records for Lofts | W | | | | | | | |
| ECF 291 | | | Application to Employ Michael T. Schmitz as Chief Restructuring Officer **[ECF 291]**<br><br>Exhibit A – Declaration of Michael T. Schmitz | W | | | | | | | |
| ECF 304 | | | Exhibits A and B to RRSB's Motion for Derivative Standing **[ECF 304]**<br><br>Exhibit A – Letter dated February 19, 2025 from Caren Stanley to Maurice VerStandig<br>Exhibit B – Letter dated February 26, 2025 from Maurice VerStandig to Caren Stanley | W | | | | | | | |
| RR1 | | | Order Approving Application to Employ Chief Restructuring Officer, Michael T. Schmitz filed as ECF No. 71 in North Dakota Bankruptcy *In re: Jamieson CAPEX Fund, LLC* (Case No. 24-30422) | M | | | | | | | |

\*  - O - Original Record & Authenticity Only
\*  - A - Admitted into Evidence for all purposes
§  - Federal Rule of Evidence Rule Number


Irregular Exhibits: _____

Dated this 10th day of February, 2026.

**VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*
      Caren W. Stanley (#06100)
      cstanley@vogellaw.com
      Kesha L. Tanabe
      ktanabe@vogellaw.com
      Drew J. Hushka (#08230)
      dhushka@vogellaw.com
      218 NP Avenue
      PO Box 1389
      Fargo, ND 58107-1389
      Telephone: (701) 237-6983
      Fax: (701) 476-7676
      *ATTORNEYS FOR RED RIVER STATE BANK*

Re:    **Generations on 1st LLC**
       **Case No. 25-30002**
       **Parkside Place LLC**
       **Case No. 25-30003**

| | | |
|---|---|---|
| STATE OF | ) | |
| | ) SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) | |

On February 10, 2026, the undersigned caused the following document(s):

**RED RIVER STATE BANK'S EXHIBIT LIST**

to be served electronically to the following:

*All ECF Filing Participants*

*/s/ Kesha L. Tanabe*