UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Generations on 1st LLC,<br><br>        Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
|---|---|
| In Re:<br><br>Parkside Place LLC,<br><br>        Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**RED RIVER STATE BANK'S WITNESS LIST**

Creditor Red River State Bank hereby provides the following Witness List with respect to the following matters:

- **ECF 291** – Application by Debtors to Approve Employment of Michael T. Schmitz as Chief Restructuring Officer set for hearing on **February 12, 2026 at 2:00 p.m.**

- **ECF 300** – Objection by Red River State Bank to Debtors' Application to Approve Employment of Michael T. Schmitz as Chief Restructuring Officer

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Charles Aarestad<br>Red River State Bank<br>Halstad, MN | Will Call | Intercompany transfers, draw requests, subcontractor invoices, etc. |
| Michael T. Schmitz<br>Point CPA<br>Bismarck, ND | May Call | Qualifications, prior relationship with Debtors' counsel |

Dated this 10th day of February, 2026.

**VOGEL LAW FIRM**

BY: <u>*/s/ Kesha L. Tanabe*</u>
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

2

**Re:**   **Generations on 1st LLC**
**Case No. 25-30002**
**Parkside Place LLC**
**Case No. 25-30003**

| | | |
|---|---|---|
| STATE OF | ) | |
| | ) SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF | ) | |

The undersigned does depose and say that on February 10th, 2026, she caused the following document(s):

**RED RIVER STATE BANK'S WITNESS LIST**

to be served electronically to the following:

*All ECF Filing Participants*

/s/ Kesha L. Tanabe