| Creditor | Class | Claim # | Secured | Priority | General Unsecured | Disputed |
|---|---|---|---|---|---|---|
| Red River State Bank | 1 & 6 | 1 | $11,200,000.00 | $0.00 | $2,678,457.38 | Yes |
| CP Business Management | 5 | 2 | $0.00 | $0.00 | $59,771.87 | No |
| Codington County Treasurer | 3 | 3 | $0.00 | $0.00 | $0.00 | Yes |
| Watertown Development Company | 2 | 4 | $2,122,790.70 | $0.00 | $0.00 | No |
| Watertown Municipal Utilities | 4 | 5 | $0.00 | $0.00 | $4,636.69 | No |
| White Glove Cleaning | 5 | 6 | $0.00 | $0.00 | $1,068.73 | No |
| HME Companies, LLC | 5 | 7 | $0.00 | $0.00 | $0.00 | Yes |
| Cannon Electric LLC | 5 | 8 | $0.00 | $0.00 | $601.02 | No |
| Blacktail Investments, LLC | 7 | n/a | $0.00 | $0.00 | $15,000.00 | No |