UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.:  25-30002 |
|---|---|
| Generations on 1st LLC, | Chapter 11 |
| Debtor. | |
| In Re: | Case No. 25-30003 |
| Parkside Place LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

**NOTES ACCOMPANYING JANUARY MONTHLY
OPERATING REPORT FOR GENERATIONS ON 1st LLC**

1.      **Total Receipts and Disbursements.** The bank statement reflects total credits of $82,688.25 and total debits of $68,756.98. Included in the credit activity is a $955.00 deposit return dated January 12, which is not attributable to operating receipts. After removing this non-operating transaction, the adjusted total credits for reporting purposes are $81,733.25. There were no non-operating debits during the reporting period, and total debits remain $68,756.98.

2.      **Accounts Receivable.** Unit #3212 had an outstanding January rent balance due to an expired automatic payment, which was paid in February. The remaining minor balances are attributable to late fees. Additionally, the accounts receivable aging report reflects two $700 balances related to security deposits, which do not represent unpaid rent. Both security deposits were received but were not posted to the account until after January 31.

3.      **New Leases Signed, Short Cancel Notification, and Lease Ended.** As of the end of January, move-outs occurred for Units #3513 and #3314. Unit #3210 transferred to one-bedroom Unit #3213. New leases were executed for Units #3513 and #3213. A notice to vacate

was received for Unit #3415 with a vacate date of March 31, 2026. There were no short-term cancellations or evictions to report.

4. **Real Estate Escrow Adjustment.** Updated real estate tax statements were received during the reporting period. The prior escrow estimates were insufficient, resulting in catch-up payments for November and December, as well as January. Accordingly, escrow disbursements for this period are higher than ordinary. Beginning February 2026, the monthly escrow amount for Generations is $7,018.26, with the first installment due April 30, 2026, and the second installment due October 31, 2026.

5. **Tax Increment Financing.** A portion of the gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly set off by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

**Balance Sheet**

Generations on 1st

Month = Jan 2026

Book = Cash

| ACCOUNT | | CURRENT BALANCE |
|---|---|---|
| 1111 | Generations Apartment DIP Checking | 129,086.94 |
| 1131 | Generations Real Estate Tax Escrow | 21,054.78 |
| **1150** | **Total DIP Checking Account** | **150,141.72** |
| | | |
| 1151 | TIF Value | 1,973,040.51 |
| 1153 | Generations Security Deposit Savings Acct | 74,604.61 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 13,321,518.81 |
| 1630 | Appliances/AC | 344,481.19 |
| 1700 | Land | 834,000.00 |
| 1710 | Total Property and Equipment | 14,500,000.00 |
| | | |
| **1990** | **Total Assets** | **16,697,786.84** |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | Liabilities | |
| 2111 | Generations Security Deposits DIP Acct | 74,604.61 |
| 2700 | Mortgage 1st | 10,429,667.08 |
| 2705 | TIF Mortgage | 1,973,040.51 |
| 2990 | Total Liabilities | 12,328,102.98 |
| | | |
| 3000 | Capital | |
| 3200 | Owner Contribution | 14,675.45 |
| 3800 | Retained Earnings | 4,355,008.41 |
| 3890 | Total Capital | 4,369,683.86 |
| | | |
| **3990** | **Total Liabilities & Capital** | **16,697,786.84** |


# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 02/01/2026**

GENERATIONS ON 1ST LLC                              Page 1 of 2
Customer Number:        69

>000445 4235379 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

| Managing Your Accounts | |
|---|---|
|  Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
|  Phone | 701.281.5600 |
| Website | Starionbank.com |

---

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | 69 | $73,649.61 |

## REGULAR SAVINGS NON PERS - 3669

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/01/2026 | Beginning Balance | $74,604.61 |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | $955.00 |
| 02/01/2026 | Ending Balance | $73,649.61 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/01/2026 | Beginning Balance | | | $74,604.61 |
| 01/12/2026 | xfer from 8669 to 8666 - 3306 security deposit return | $955.00 ✓ | | $73,649.61 |
| 02/01/2026 | Ending Balance | | | $73,649.61 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |




EQUAL HOUSING LENDER    Member FDIC

GENERATIONS ON 1ST LLC                    ‑69                    Statement Ending 02/01/2026                    Page 2 of 2

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | | |
|---|---|---|
| **NEW BALANCE** TRANSFER AMOUNT FROM OTHER SIDE | | $ |
| **ADD** DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| **SUB TOTAL** | | $ |

| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | |
|---|---|
| **NUMBER** | **AMOUNT** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| **TOTAL CHECKS NOT LISTED** → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE    **BALANCE** | | $ |
| THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE | | |

# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 01/30/2026*

GENERATIONS ON 1ST LLC                          *Page 1 of 6*
Customer Number:          ₹66

>001535 4282296 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379



### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |

---

## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | ₹66 | $150,850.12 |

## ND STAR CHECKING -          66

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/01/2026 | Beginning Balance | $136,918.85 |
| | 19 Credit(s) This Period | $82,688.25 |
| | 23 Debit(s) This Period | $68,756.98 |
| 01/30/2026 | Ending Balance | $150,850.12 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 01/02/2026 | YARDI CARD DEP 1111Transf XXXXX1110 | $1,560.00 |
| 01/05/2026 | CPBUSINESSMANAG_ Settlement 000025925994702 | $1,090.00 |
| 01/05/2026 | CPBUSINESSMANAGE Settlement 000025864414318 | $2,180.00 |
| 01/05/2026 | CP BUSINESS MANA Rent XXXXX6888 | $31,650.00 |
| 01/06/2026 | YARDI CARD DEP 1111Transf XXXXX9944 | $1,090.00 |
| 01/06/2026 | CPBUSINESSMANAGE Settlement 000025874857086 | $3,468.25 |
| 01/06/2026 | EDEPOSIT | $8,440.00 |
| 01/07/2026 | CPBUSINESSMANAGE Settlement 000025888023450 | $1,600.00 |
| 01/07/2026 | YARDI CARD DEP 1111Transf XXXXX6125 | $2,085.00 |
| 01/07/2026 | YARDI CARD DEP 1111Transf XXXXX2865 | $5,585.00 |
| 01/08/2026 | YARDI CARD DEP 1111Transf XXXXX5573 | $491.66 |
| 01/08/2026 | YARDI CARD DEP 1111Transf XXXXX9523 | $491.67 |
| 01/08/2026 | CPBUSINESSMANAGE Settlement 000025922841070 | $8,095.00 |
| 01/09/2026 | YARDI CARD DEP 1111Transf XXXXX6459 | $983.00 |
| 01/09/2026 | CPBUSINESSMANAGE Settlement 000025952000998 | $2,606.67 |
| 01/12/2026 | CPBUSINESSMANAGE Settlement 000025965233470 | $492.00 |
| 01/12/2026 | EDEPOSIT | $8,545.00 |
| 01/12/2026 | xfer from 8669 to 8666 - 3306 security deposit return ⊘ do not count as credit | $955.00 |
| 01/16/2026 | CPBUSINESSMANAGE Settlement 000026010996182 | $1,280.00 |



Member **FDIC**
EQUAL HOUSING LENDER

GENERATIONS ON 1ST LLC                     68          Statement Ending 01/30/2026                    Page 2 of 6

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ |
|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | |
| ADD | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUB TOTAL | | $ |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
| NUMBER | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED | ➤ | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | | |
| BALANCE | | $ |
| THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE | | |

027882 1059206 0000000 049084 098168 01/03

# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 01/30/2026*

GENERATIONS ON 1ST LLC                    Page 3 of 6
Customer Number:        366

---

## ND STAR CHECKING ·        66 (continued)

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 01/16/2026 | CP BUSINESS MANA 6.15hrs XXXXX6888 | $169.26 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 30203 | 01/22/2026 | $385.00 | 30242 | 01/28/2026 | $96.00 | 30250 | 01/22/2026 | $140.00 |
| 30235* | 01/09/2026 | $583.43 | 30243 | 01/09/2026 | $224.12 | 30251 | 01/26/2026 | $938.63 |
| 30236 | 01/06/2026 | $3,094.14 | 30244 | 01/20/2026 | $270.81 | 30252 | 01/21/2026 | $565.00 |
| 30237 | 01/15/2026 | $1,376.36 | 30245 | 01/13/2026 | $743.40 | 30253 | 01/26/2026 | $191.16 |
| 30238 | 01/07/2026 | $3,285.00 | 30246 | 01/14/2026 | $39,667.00 | 30254 | 01/28/2026 | $160.00 |
| 30239 | 01/08/2026 | $283.25 | 30247 | 01/21/2026 | $514.86 | 30255 | 01/28/2026 | $3,094.14 |
| 30240 | 01/09/2026 | $101.56 | 30248 | 01/16/2026 | $4,983.50 | | | |
| 30241 | 01/12/2026 | $649.00 | 30249 | 01/12/2026 | $7,241.34 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01/02/2026 | $138,478.85 | 01/12/2026 | $202,865.26 | 01/21/2026 | $155,855.05 |
| 01/05/2026 | $173,398.85 | 01/13/2026 | $202,121.86 | 01/22/2026 | $155,330.05 |
| 01/06/2026 | $183,302.96 | 01/14/2026 | $162,454.86 | 01/26/2026 | $154,200.26 |
| 01/07/2026 | $189,287.96 | 01/15/2026 | $161,078.50 | 01/28/2026 | $150,850.12 |
| 01/08/2026 | $198,083.04 | 01/16/2026 | $157,205.74 | | |
| 01/09/2026 | $200,763.60 | 01/20/2026 | $156,934.93 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

GENERATIONS ON 1ST LLC      Job      Statement Ending 01/30/2026      Page 4 of 6



#30203      01/22/2026      $385.00



#30235      01/09/2026      $583.43



#30236      01/06/2026      $3,094.14



#30237      01/15/2026      $1,376.36



#30238      01/07/2026      $3,285.00



#30239      01/08/2026      $283.25



#30240      01/09/2026      $101.56



#30241      01/12/2026      $649.00



#30242      01/28/2026      $96.00



#30243      01/09/2026      $224.12

027882 1059206 0000000 049085 098170 02/03

# Starion Bank

PO Box 848
Mandan, ND 58554

| Check # | Date | Amount |
|---|---|---|
| #30244 | 01/20/2026 | $270.81 |
| #30245 | 01/13/2026 | $743.40 |
| #30246 | 01/14/2026 | $39,667.00 |
| #30247 | 01/21/2026 | $514.88 |
| #30248 | 01/16/2026 | $4,983.50 |
| #30249 | 01/12/2026 | $7,241.34 |
| #30250 | 01/22/2026 | $140.00 |
| #30251 | 01/26/2026 | $938.63 |
| #30252 | 01/21/2026 | $565.00 |
| #30253 | 01/26/2026 | $191.16 |









GENERATIONS ON 1ST LLC                    Statement Ending 01/30/2026                    Page 6 of 6





#30254        01/28/2026        $160.00          #30255        01/28/2026        $3,094.14

027882 1059206 0000000 049086 098172 03/03

**12 Months Cash Flow Statement**

Generations on 1st

Month = Jan 2026

Book = Cash

| ACCOUNT | | Jan 2026 | Total |
|---|---|---|---|
| **4000** | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 78,840.00 | 78,840.00 |
| 4600 | Garage Income | 3,465.00 | 3,465.00 |
| 4601 | Storage Unit Income | 280.00 | 280.00 |
| 4710 | Less: Incentives | -1,005.00 | -1,005.00 |
| 4715 | Less:  HME Incentives | -190.00 | -190.00 |
| 4720 | Delinquency | -1,150.00 | -1,150.00 |
| 4730 | Less: Vacancy | -1,055.00 | -1,055.00 |
| 4810 | Plus: Prepaid Rent/HOA | 2,350.00 | 2,350.00 |
| 4990 | Net Rent/HOA Income | 81,535.00 | 81,535.00 |
| | | | |
| 5990 | Total Income | 81,535.00 | 81,535.00 |
| | | | |
| **6000** | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 239.50 | 239.50 |
| 6210 | Repairs/Maintenance | 981.61 | 981.61 |
| 6220 | Painting | 140.00 | 140.00 |
| 6260 | Resident Manager | 379.64 | 379.64 |
| 6275 | Snow Removal | 307.98 | 307.98 |
| 6290 | Janitorial | 1,176.65 | 1,176.65 |
| 6990 | Total Maintenance Expenses | 3,225.38 | 3,225.38 |
| | | | |
| 7000 | Operating Expenses | | |
| 7045 | Payroll Taxes | 20.95 | 20.95 |
| 7055 | Advertising/Marketing | 649.00 | 649.00 |
| 7057 | Software Fee | 73.00 | 73.00 |
| 7060 | Leasing Commissions (payout) | 400.00 | 400.00 |
| 7130 | Internet & Phone Costs/Service | 204.19 | 204.19 |
| 7400 | Property Management | 4,076.75 | 4,076.75 |

2/16/2026 1:51 PM

**12 Months Cash Flow Statement**

Generations on 1st

Month = Jan 2026

Book = Cash

| ACCOUNT | | Jan 2026 | Total |
|---|---|---|---|
| 7440 | Insurance | 3,094.14 | 3,094.14 |
| 7800 | Electricity-Vacant | 19.35 | 19.35 |
| 7801 | Electricity-Building | 832.56 | 832.56 |
| 7861 | Gas-Building | 638.11 | 638.11 |
| 7870 | Water & Sewer | 3,985.26 | 3,985.26 |
| 7880 | Garbage | 414.18 | 414.18 |
| 7990 | Total Operating Expenses | 14,407.49 | 14,407.49 |
| | | | |
| 8001 | Other Expenses | | |
| 8002 | US Court Trustee 0.4% | 1,408.00 | 1,408.00 |
| 8004 | Misc. PM Fees | 500.00 | 500.00 |
| 8005 | Misc Professional Fees | 200.00 | 200.00 |
| 8020 | Total Other Expenses | 2,108.00 | 2,108.00 |
| | | | |
| 8990 | Total Expenses | 19,740.87 | 19,740.87 |
| | | | |
| **9090** | **NET INCOME** | **61,794.13** | **61,794.13** |
| | | | |
| | ADJUSTMENTS | | |
| 1131 | Generations Real Estate Tax Escrow | -10,126.92 | -10,126.92 |
| 2700 | Mortgage 1st | -39,667.00 | -39,667.00 |
| | | | |
| | TOTAL ADJUSTMENTS | -49,793.92 | -49,793.92 |
| | | | |
| | CASH FLOW | 12,000.21 | 12,000.21 |