UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Generations on 1st LLC,<br><br>        Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
|---|---|
| In Re:<br><br>Parkside Place LLC,<br><br>        Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTES ACCOMPANYING JANUARY MONTHLY
OPERATING REPORT FOR PARKSIDE PLACE, LLC**

1.      **Total Receipts and Disbursements.** The bank statement reflects total credits of $43,614.56 and total debits of $36,104.53; however, these totals include a $1,157.00 ACH payment that was initially returned for NSF and subsequently re-run on January 15, as well as the corresponding $1,025.00 NSF debit. After removing these duplicate/non-operating transactions, the adjusted totals for reporting purposes are $42,457.56 in credits and $35,079.53 in debits.

2.      **Accounts Receivable.** The reported accounts receivable balance consists of one outstanding tenant balance attributable to an automatic payment that was not adjusted following a rent increase.

3.      **New Leases Signed, Short Cancel Notification, and Lease Ended.** As of the end of January, there was one move-out (Unit #2405) and no new leases executed. Notices to vacate were received for commercial suites #101 and #102 with vacate dates of September 30, 2026. Short-term cancellations were received for Unit #2307 (vacated February 7, 2026; tenant responsible through May 31, 2026, unless re-rented) and Unit #2211 (scheduled to vacate March 31, 2026; tenant responsible through April 30, 2026). There were no evictions to report.

1

4.     **Real Estate Escrow Adjustment.** Updated real estate tax statements were received during the reporting period. The prior escrow estimates were insufficient, resulting in catch-up payments for November and December, as well as January. Accordingly, escrow disbursements for this period are higher than normal. Beginning February 2026, the monthly escrow amount for Parkside is $3,799.18. The first installment is due April 30, 2026, and the second installment is due October 31, 2026.

5.     **Tax Increment Financing.** A portion of the Debtor's gross liabilities, as reported on Schedule D, is comprised of tax increment financing ("TIF"). Insofar as the terms of the subject TIF provide for forgiveness of the correlative debt upon the ordinary making of property tax payments, the Debtor regards this obligation—somewhat paradoxically—as both being a liability meritorious of listing on Schedule D but, too, being a liability that is properly set off by a correlative intangible asset on the Debtor's balance sheet. As such, there exists a distinction between how the TIF obligation is treated on the Debtor's schedules and how it is regarded in this operating report.

2/16/2026 1:51 PM

## 12 Months Cash Flow Statement

Parkside Place

Month = Jan 2026

Book = Cash

| ACCOUNT | | Jan 2026 | Total |
|---|---|---|---|
| **4000** | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 40,738.00 | 40,738.00 |
| 4301 | CAM | 786.19 | 786.19 |
| 4715 | Less:  HME Incentives | -319.68 | -319.68 |
| 4720 | Delinquency | 260.00 | 260.00 |
| 4810 | Plus: Prepaid Rent/HOA | -2,005.00 | -2,005.00 |
| 4990 | Net Rent/HOA Income | 39,459.51 | 39,459.51 |
| | | | |
| 5990 | Total Income | 39,459.51 | 39,459.51 |
| | | | |
| **6000** | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 48.00 | 48.00 |
| 6210 | Repairs/Maintenance | 140.83 | 140.83 |
| 6235 | Electrical/Fire Prevention | 540.82 | 540.82 |
| 6260 | Resident Manager | 318.20 | 318.20 |
| 6275 | Snow Removal | 398.25 | 398.25 |
| 6290 | Janitorial | 819.16 | 819.16 |
| 6990 | Total Maintenance Expenses | 2,265.26 | 2,265.26 |
| | | | |
| 7000 | Operating Expenses | | |
| 7057 | Software Fee | 38.00 | 38.00 |
| 7130 | Internet & Phone Costs/Service | 250.63 | 250.63 |
| 7400 | Property Management | 1,972.98 | 1,972.98 |
| 7440 | Insurance | 1,612.32 | 1,612.32 |
| 7801 | Electricity-Building | 584.61 | 584.61 |
| 7861 | Gas-Building | 243.50 | 243.50 |
| 7870 | Water & Sewer | 2,080.84 | 2,080.84 |
| 7880 | Garbage | 414.18 | 414.18 |

**Page 1 of 2**

2/16/2026 1:51 PM

**12 Months Cash Flow Statement**

Parkside Place

Month = Jan 2026

Book = Cash

| ACCOUNT | | Jan 2026 | Total |
|---|---|---|---|
| 7990 | Total Operating Expenses | 7,197.06 | 7,197.06 |
| | | | |
| 8001 | Other Expenses | | |
| 8002 | US Court Trustee 0.4% | 739.02 | 739.02 |
| 8004 | Misc. PM Fees | 200.00 | 200.00 |
| 8005 | Misc Professional Fees | 250.00 | 250.00 |
| 8020 | Total Other Expenses | 1,189.02 | 1,189.02 |
| | | | |
| 8990 | Total Expenses | 10,651.34 | 10,651.34 |
| | | | |
| **9090** | **NET INCOME** | **28,808.17** | **28,808.17** |
| | | | |
| | ADJUSTMENTS | | |
| 1132 | Parkside Real Estate Tax Escrow | -5,479.94 | -5,479.94 |
| 2700 | Mortgage 1st | -19,267.00 | -19,267.00 |
| | | | |
| | TOTAL ADJUSTMENTS | -24,746.94 | -24,746.94 |
| | | | |
| | CASH FLOW | 4,061.23 | 4,061.23 |

**Balance Sheet**

Parkside Place
Month = Jan 2026
Book = Cash

| ACCOUNT | | CURRENT BALANCE |
|---|---|---|
| 1112 | Parkside Apartment DIP Checking | 90,653.26 |
| 1132 | Parkside Real Estate Tax Escrow | 11,397.54 |
| **1150** | **Total DIP Checking Account** | **102,050.80** |
| | | |
| 1151 | TIF Value | 1,463,012.38 |
| 1152 | Parkside Security Deposit DIP Savings Acct | 40,224.04 |
| | | |
| 1600 | Property and Equipment | |
| 1615 | Buildings | 6,870,000.00 |
| 1630 | Appliances/AC | 205,000.00 |
| 1700 | Land | 425,000.00 |
| 1710 | Total Property and Equipment | 7,500,000.00 |
| | | |
| **1990** | **Total Assets** | **9,105,287.22** |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | Liabilities | |
| 2112 | Parkside Security Deposits DIP Acct | 40,224.04 |
| 2700 | Mortgage 1st | 4,913,085.84 |
| 2705 | TIF Mortgage | 1,463,012.38 |
| 2990 | Total Liabilities | 6,335,874.18 |
| | | |
| 3000 | Capital | |
| 3200 | Owner Contribution | 2,818.76 |
| 3800 | Retained Earnings | 2,766,594.28 |
| 3890 | Total Capital | 2,769,413.04 |
| | | |
| **3990** | **Total Liabilities & Capital** | **9,105,287.22** |

# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 01/30/2026*

PARKSIDE PLACE LLC                    Page 1 of 6
Customer Number:          '8

>001536  4282296  0001  92855  10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379



## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |

---

## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | 88 | $110,534.76 |

## ND STAR CHECKING - ̧88

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/01/2026 | Beginning Balance | $103,024.73 |
| | 24 Credit(s) This Period | $43,614.56 |
| | 20 Debit(s) This Period | $36,104.53 |
| 01/30/2026 | Ending Balance | $110,534.76 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 01/02/2026 | YARDI CARD DEP 1112Transf XXXXX1088 | $1,025.00 |
| 01/05/2026 | CPBUSINESSMANAGE Settlement 000025864414310 | $1,035.00 |
| 01/05/2026 | CPBUSINESSMANAG_ Settlement 000025925204182 | $1,035.00 |
| 01/05/2026 | CP BUSINESS MANA ParkRentCA XXXXX6888 | $4,589.19 |
| 01/05/2026 | CP BUSINESS MANA ParkRent XXXXX6888 | $8,080.00 |
| 01/06/2026 | YARDI CARD DEP 1112Transf XXXXX8912 | $985.00 |
| 01/06/2026 | EDEPOSIT | $187.25 |
| 01/06/2026 | EDEPOSIT | $2,050.00 |
| 01/07/2026 | YARDI CARD DEP 1112Transf XXXXX6961 | $1,000.32 |
| 01/07/2026 | CPBUSINESSMANAGE Settlement 000025888023442 | $1,025.00 |
| 01/07/2026 | YARDI CARD DEP 1112Transf XXXXX6283 | $2,050.00 |
| 01/08/2026 | YARDI CARD DEP 1112Transf XXXXX8349 | $940.00 |
| 01/08/2026 | CPBUSINESSMANAGE Settlement 000025922842098 | $4,995.00 |
| 01/09/2026 | CPBUSINESSMANAGE Settlement 000025952002922 | $2,050.00 |
| 01/12/2026 | CPBUSINESSMANAGE Settlement 000025965233702 | $300.00 |
| 01/12/2026 | YARDI CARD DEP 1112Transf XXXXX4802 | $1,107.00 |
| 01/12/2026 | EDEPOSIT | $4,125.00 |
| 01/13/2026 | CPBUSINESSMANAGE Settlement 000025976829534 | $725.00 |
| 01/14/2026 | YARDI CARD DEP 1112Transf XXXXX5224 | $1,117.80 |
| 01/15/2026 | CPBUSINESSMANAGE Settlement 000025994987902 | $1,107.00 |
| 01/15/2026 | CP BUSINESS MANA re-runACH XXXXX6888 | $1,157.00 |
| 01/23/2026 | CPBUSINESSMANAGE Settlement 000026044379750 | $58.00 |

*(handwritten note: ⊕ Part #0 115 Acct. + Late Fees + Admin fee)*



Member FDIC
EQUAL HOUSING LENDER

## INFORMATION FOR CONSUMER ACCOUNTS
## WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | |
|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | $ | |
| ADD | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | |
| | | |
| SUB TOTAL | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
| NUMBER | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED | → | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE   BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

027883 1059206 0000000 049087 098174 01/03

**Starion Bank**

PO Box 848
Mandan, ND 58554

*Statement Ending 01/30/2026*

PARKSIDE PLACE LLC

Page 3 of 6

Customer Number: ___8

## ND STAR CHECKING - ___·38 (continued)

### Other Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 01/26/2026 | CPBUSINESSMANAGE Settlement 000026062275858 | $10.00 |
| 01/30/2026 | EDEPOSIT | $2,861.00 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 01/05/2026 | QUARTERLY FEE PAYMENT 0000 | $6.49 |
| 01/06/2026 | ACH ITEM RETURNED MARK KELLER INSUFFICIENT FUNDS | $1,025.00 |
| 01/16/2026 | CP BUSINESS MANA 7.15hrs XXXXX6888 | $196.34 |

*(handwritten note: Refan '1/5/26)*

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 20196 | 01/06/2026 | $1,612.33 | 20202 | 01/09/2026 | $128.64 | 20208 | 01/12/2026 | $4,981.46 |
| 20197 | 01/27/2026 | $111.51 | 20203 | 01/06/2026 | $55.00 | 20209 | 01/22/2026 | $376.25 |
| 20198 | 01/07/2026 | $1,755.00 | 20204 | 01/20/2026 | $270.81 | 20210 | 01/26/2026 | $472.59 |
| 20199 | 01/08/2026 | $373.99 | 20205 | 01/13/2026 | $424.80 | 20211 | 01/28/2026 | $168.00 |
| 20200 | 01/12/2026 | $494.05 | 20206 | 01/14/2026 | $19,267.00 | 20212 | 01/28/2026 | $1,612.32 |
| 20201 | 01/13/2026 | $143.37 | 20207 | 01/16/2026 | $2,629.58 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01/02/2026 | $104,049.73 | 01/12/2026 | $129,171.53 | 01/22/2026 | $109,970.18 |
| 01/05/2026 | $118,782.43 | 01/13/2026 | $129,328.36 | 01/23/2026 | $110,028.18 |
| 01/06/2026 | $119,312.35 | 01/14/2026 | $111,179.16 | 01/26/2026 | $109,565.59 |
| 01/07/2026 | $121,632.67 | 01/15/2026 | $113,443.16 | 01/27/2026 | $109,454.08 |
| 01/08/2026 | $127,193.68 | 01/16/2026 | $110,617.24 | 01/28/2026 | $107,673.76 |
| 01/09/2026 | $129,115.04 | 01/20/2026 | $110,346.43 | 01/30/2026 | $110,534.76 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |



#20196          01/06/2026                    $1,612.33



#20197          01/27/2026                    $111.51



#20198          01/07/2026                    $1,755.00



#20199          01/08/2026                    $373.99



#20200          01/12/2026                    $494.05



#20201          01/13/2026                    $143.37



#20202          01/09/2026                    $128.64



#20203          01/06/2026                    $55.00



#20204          01/20/2026                    $270.81



#20205          01/13/2026                    $424.80

027883 1059206 0000000 049088 098176 02/03

# Starion Bank

PO Box 848
Mandan, ND 58554



#20206          01/14/2026                    $19,267.00



#20207          01/16/2026                    $2,629.58



#20208          01/12/2026                    $4,981.46



#20209          01/22/2026                    $376.25



#20210          01/26/2026                    $472.59



#20211          01/28/2026                    $168.00



#20212          01/28/2026                    $1,612.32

Starionbank.com

027883 1059206 0000000 049089 098178 03/03

2/16/2026

Business Page

## Transaction Report for account *8658

*Reported on Feb 16, 2026 1:43 PM CST*

| | |
|---|---|
| **Current Balance** | $40,224.04 |
| **Memo Available** | $39,199.04 |
| **Interest Rate** | 0.0950% |
| **Sweep Balance** | $0.00 |

*No transactions in Jan 2026 therefore no statement was generated.*

**Actions**

Transfer From

Transfer To

Transaction Search

Balance Reporting

Export Report

| Date | Description | Credit | Debit | Running Balance |
|---|---|---|---|---|
| 12/31/2025 | Credit<br>Interest | $9.56 | | $40,224.04 |
| 12/15/2025 | Debit<br>xfer from 8658 to 8688 - 2208 deposit return | | $945.00 | $40,214.48 |
| 12/05/2025 | Debit<br>xfer from 8658 to 8688 - app fee included w- sec. deposit ch | | $45.00 | $41,159.48 |
| 12/05/2025 | Credit<br>EDEPOSIT | $1,080.00 | | $41,204.48 |
| 11/12/2025 | Credit<br>EDEPOSIT | $1,035.00 | | $40,124.48 |
| 10/14/2025 | Debit<br>xfer from 8658 to 8688 - 2411 980 | | $980.00 | $39,089.48 |
| 09/30/2025 | Credit<br>Interest | $9.84 | | $40,069.48 |
| 09/08/2025 | Debit<br>xfer from 8658 to 8688 - 2301 1025 | | $1,025.00 | $40,059.64 |
| 08/15/2025 | Debit<br>779503 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8688 ON 8-15-25 | | $925.00 | $41,084.64 |
| 08/01/2025 | Credit<br>EDEPOSIT | $1,025.00 | | $42,009.64 |
| 07/14/2025 | Debit<br>120586 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8688 ON 7-14-25 | | $1,675.00 | $40,984.64 |
| 07/14/2025 | Debit<br>119430 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8688 ON 7-14-25 | | $1,675.00 | $42,659.64 |
| 07/14/2025 | Debit<br>118865 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8688 ON 7-14-25 | | $1,675.00 | $44,334.64 |
| 07/14/2025 | Credit<br>120056 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXX8688 ON 7-14-25 | $1,675.00 | | $46,009.64 |
| 07/14/2025 | Credit<br>119494 ONLINE BANKING DEPOSIT FROM ND STAR CHECKING XXXXX8688 ON 7-14-25 | $1,675.00 | | $44,334.64 |
| 07/11/2025 | Credit<br>EDEPOSIT | $1,025.00 | | $42,659.64 |
| 06/30/2025 | Credit<br>Interest | $9.64 | | $41,634.64 |
| 06/13/2025 | Debit<br>762621 ONLINE BANKING TRANSFER TO ND STAR CHECKING XXXXX8688 ON 6-13-25 | | $2,050.00 | $41,625.00 |
| 06/04/2025 | Credit<br>EDEPOSIT | $2,050.00 | | $43,675.00 |
| 05/14/2025 | Credit<br>EDEPOSIT | $2,050.00 | | $41,625.00 |