# Payables Aging Report

Period: -01/2026
As of : 01/31/2026

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Grand Total** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Monday, February 16, 2026
01:53 PM

# Aged Receivable

Property = Parkside Place   Status: Current, Future, Notice   Month From: 01/2026

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| **Parkside Place** | | | | | | | | | |
| Parkside Place | NGUYEN ANDY | Current | 20.00 | 10.00 | 0.00 | 10.00 | 0.00 | 0.00 | 20.00 |
| Parkside Place | SAUER JARED | Current | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| Parkside Place | ROSA JORGE | Current | -60.32 | -60.32 | 0.00 | 0.00 | 0.00 | 0.00 | -60.32 |
| Parkside Place | FRANK CIARA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| Parkside Place | REUSCHLEIN ZACHARY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -45.00 | -45.00 |
| Parkside Place | ROSA CASTRO JADEEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| **Parkside Place** | | | **-33.32** | **-43.32** | **0.00** | **10.00** | **0.00** | **-2,095.00** | **-2,128.32** |
| | | | | | | | | | |
| **Grand Total** | | | **-33.32** | **-43.32** | **0.00** | **10.00** | **0.00** | **-2,095.00** | **-2,128.32** |

UserId : mcraig@cpbusmgt.com Date : 02/16/2026 Time : 20:10

2/16/2026 2:19 PM

**Rent Roll**

Property =  Parkside Place

As Of = 01/30/2026

Month = 01/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 0.00 | 09/01/2021 | 08/31/2026 | | 0.00 |
| 202 | COUNTY FAIR FOODS OF W | 1,290.00 | 2,000.00 | 0.00 | 10/01/2021 | 09/30/2026 | | 0.00 |
| 2201 | ERIN KRAVIK | 1,035.00 | 925.00 | 0.00 | 05/04/2024 | 11/30/2026 | | 0.00 |
| 2202 | HOLLY // LISA OHMAN | 1,025.00 | 965.00 | 0.00 | 08/01/2022 | | | 0.00 |
| 2203 | ZOIE FRASER | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 02/28/2027 | | 0.00 |
| 2204 | JAIME BRANN | 1,025.00 | 1,025.00 | 0.00 | 06/04/2025 | 06/30/2026 | | 0.00 |
| 2205 | QUINN KOTEK | 1,025.00 | 925.00 | 0.00 | 07/01/2024 | 06/30/2025 | | 0.00 |
| 2206 | JAMES BRUMBAUGH | 1,025.00 | 980.00 | 0.00 | 04/01/2023 | 03/31/2024 | 12/31/2025 | 0.00 |
| 2207 | MARGARET MELAND | 1,035.00 | 1,025.00 | 0.00 | 08/05/2024 | 02/29/2028 | | 0.00 |
| 2208 | DOUGLAS GROVENBURG | 1,035.00 | 1,035.00 | 0.00 | 12/01/2025 | 11/30/2026 | 01/10/2026 | 0.00 |
| 2209 | MARIAH GAUKLER | 980.00 | 980.00 | 0.00 | 05/01/2023 | 04/30/2024 | | 0.00 |
| 2210 | Mark Keller | 1,025.00 | 945.00 | 0.00 | 03/11/2022 | | | 0.00 |
| 2211 | JARED SAUER | 1,025.00 | 1,025.00 | 0.00 | 08/01/2024 | 07/31/2025 | 03/31/2026 | 7.00 |
| 2212 | CHANNELLE COSS | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | 02/28/2026 | 0.00 |
| 2301 | JADEEN ROSA CASTRO | 1,025.00 | 1,025.00 | 0.00 | 08/07/2025 | 08/31/2026 | | -1,025.00 |
| 2302 | TIFFANY SANDERSON | 1,025.00 | 980.00 | 0.00 | 01/01/2023 | 12/31/2023 | | 0.00 |
| 2303 | SAMANTHA ADAM | 1,025.00 | 945.00 | 0.00 | 05/10/2022 | 04/30/2027 | | 0.00 |
| 2304 | CHANDLER PEERY | 1,035.00 | 925.00 | 0.00 | 05/10/2024 | 11/30/2026 | | 0.00 |
| 2305 | BAYLEE BOESE | 1,025.00 | 750.00 | 0.00 | 12/04/2024 | 12/31/2025 | | 0.00 |
| 2306 | GARY HOFER | 1,025.00 | 925.00 | 0.00 | 05/15/2024 | 05/31/2025 | | 0.00 |
| 2307 | ZACHARY REUSCHLEIN | 1,025.00 | 1,025.00 | 0.00 | 09/01/2025 | 08/31/2026 | 02/07/2026 | -45.00 |
| 2308 | JORGE ROSA | 1,025.00 | 1,000.00 | 0.00 | 01/10/2025 | 01/09/2026 | | -60.32 |
| 2309 | DAVID TIJERINA | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2310 | JOSHUA MEEHL | 1,025.00 | 750.00 | -85.00 | 02/01/2025 | 01/31/2026 | | 0.00 |
| 2311 | LIZETTE SALGADO | 1,025.00 | 1,025.00 | 0.00 | 05/28/2025 | 05/31/2026 | | 0.00 |
| 2312 | CIARA FRANK | 1,025.00 | 1,025.00 | 0.00 | 08/01/2025 | 07/31/2026 | | -1,025.00 |
| 2401 | ANNA SAMUELSON | 1,025.00 | 1,025.00 | 0.00 | 07/07/2025 | 07/31/2026 | | 0.00 |
| 2402 | JOELLE CONSIER | 1,025.00 | 1,025.00 | 0.00 | 04/16/2025 | 04/30/2026 | | 0.00 |

**Page 1 of 2**

2/16/2026 2:19 PM

## Rent Roll

Property = Parkside Place

As Of = 01/30/2026

Month = 01/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out | Balance |
|------|-------------|-------------|----------------|------|---------|------------------|----------|---------|
| 2403 | MADELYN PUGSLEY | 1,025.00 | 750.00 | -40.00 | 01/01/2025 | 12/31/2025 | | 0.00 |
| 2404 | BRANDON BROWN | 1,035.00 | 980.00 | 0.00 | 12/01/2022 | 12/31/2026 | | 0.00 |
| 2405 | DEBBIE STUCHL | 1,025.00 | 1,025.00 | 0.00 | 10/01/2024 | 09/30/2025 | 01/31/2026 | 0.00 |
| 2406 | HOPE LEWANDOWSKI | 1,025.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | | 0.00 |
| 2407 | COLE WEGNER | 1,025.00 | 1,025.00 | 0.00 | 08/14/2024 | 08/31/2025 | | 0.00 |
| 2408 | JOSEPH NOELDNER | 1,035.00 | 1,025.00 | 0.00 | 09/01/2023 | 08/31/2026 | | 0.00 |
| 2409 | JOSHUA GILLILAND | 1,025.00 | 500.00 | 0.00 | 12/01/2021 | | | 0.00 |
| 2410 | ANDY NGUYEN | 1,035.00 | 1,025.00 | 0.00 | 11/01/2023 | 11/30/2026 | | 20.00 |
| 2411 | REYNA REYES | 1,035.00 | 1,035.00 | 0.00 | 12/01/2025 | 11/30/2026 | | 0.00 |
| 2412 | BENJAMIN WAGNER | 1,025.00 | 1,025.00 | 0.00 | 06/01/2024 | 06/30/2026 | | 0.00 |
| **Total** | **Parkside Place** | **40,738.00** | **40,195.00** | **-295.00** | | | | **-2,128.32** |

| Summary Groups | Square Footage | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied | Balance |
|----------------|----------------|-------------|------------------|------|------------|------------------|-----------------|---------|
| Current/Notice/ Vacant Tenants | 28,008.00 | 40,738.00 | 40,195.00 | -295.00 | 38 | 100.00 | 100.00 | -2,128.31 |
| Future Tenants/Applica | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| Occupied Units | 28,008.00 | 0.00 | 0.00 | 0.00 | 38 | 100.00 | 100.00 | 0.00 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| **Totals:** | **28,008.00** | **40,738.00** | **40,195.00** | **-295.00** | **38** | **100.00** | **100.00** | **-2,128.31** |

**Owner Statement**

Owner =  PARKSIDE PLACE (Parkside Place)

Parkside Place

Month = Jan 2026

Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|--------|---------|---------|
| | | | | **Beginning Balance** | | | 86,592.03 |
| 12/31/2025 | FlexRent - 278394 | Parkside Place | BRANDON BROWN | FlexRent Receipt | 1,035.00 | 0.00 | 87,627.03 |
| 01/01/2026 | 323179508 | Parkside Place | COLE WEGNER | Recurring Debit Card Payment ; | 1,025.00 | 0.00 | 88,652.03 |
| 01/01/2026 | :ACH-823 | Parkside Place | DAVID TIJERINA | Pre-Authorized Payment | 1,025.00 | 0.00 | 89,677.03 |
| 01/01/2026 | :ACH-824 | Parkside Place | JOSEPH NOELDNER | Pre-Authorized Payment | 1,035.00 | 0.00 | 90,712.03 |
| 01/01/2026 | :ACH-822 | Parkside Place | JOSHUA MEEHL | Pre-Authorized Payment. Roommate STACEY MEEHL (r0000079) | 940.00 | 0.00 | 91,652.03 |
| 01/01/2026 | :ACH-825 | Parkside Place | MARGARET MELAND | Pre-Authorized Payment | 1,025.00 | 0.00 | 92,677.03 |
| 01/01/2026 | 323466041 | Parkside Place | SAMANTHA ADAM | Debit Card On-Line Payment ; Web - Resident Services | 1,025.00 | 0.00 | 93,702.03 |
| 01/02/2026 | :ACH-WEB | Parkside Place | ANDY NGUYEN | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 94,727.03 |
| 01/02/2026 | :ACH-WEB | Parkside Place | BAYLEE BOESE | Online Payment - EFT Payment. Web - Resident Services | 970.00 | 0.00 | 95,697.03 |
| 01/02/2026 | 324105094 | Parkside Place | CHANNELLE COSS | Debit Card On-Line Payment ; Mobile App - Resident Services | 940.00 | 0.00 | 96,637.03 |
| 01/03/2026 | ACH | Parkside Place | ANNA SAMUELSON | | 1,025.00 | 0.00 | 97,662.03 |
| 01/03/2026 | 1200 | Parkside Place | BENJAMIN WAGNER | | 1,025.00 | 0.00 | 98,687.03 |
| 01/03/2026 | ACH | Parkside Place | COUNTY FAIR FOODS OF WATERTOWN | | 1,557.15 | 0.00 | 100,244.18 |
| 01/03/2026 | ACH | Parkside Place | DOUGLAS GROVENBURG | | 1,035.00 | 0.00 | 101,279.18 |
| 01/03/2026 | ACH | Parkside Place | GT BROTHERS | | 3,032.04 | 0.00 | 104,311.22 |
| 01/03/2026 | 9999 | Parkside Place | HOLLY // LISA OHMAN | | 1,025.00 | 0.00 | 105,336.22 |
| 01/03/2026 | 324535874 | Parkside Place | JORGE ROSA | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,000.32 | 0.00 | 106,336.54 |
| 01/03/2026 | ACH | Parkside Place | JOSHUA GILLILAND | | 1,025.00 | 0.00 | 107,361.54 |
| 01/03/2026 | ACH | Parkside Place | MARIAH GAUKLER | | 980.00 | 0.00 | 108,341.54 |
| 01/03/2026 | ACH | Parkside Place | Mark Keller | NSFed by ctrl# 35134 NSF | 1,025.00 | 0.00 | 109,366.54 |
| 01/03/2026 | ACH | Parkside Place | QUINN KOTEK | | 1,025.00 | 0.00 | 110,391.54 |
| 01/03/2026 | ACH | Parkside Place | TIFFANY SANDERSON | | 1,025.00 | 0.00 | 111,416.54 |
| 01/03/2026 | ACH | Parkside Place | ZOIE FRASER | | 940.00 | 0.00 | 112,356.54 |
| 01/04/2026 | :ACH-WEB | Parkside Place | CIARA FRANK | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 113,381.54 |
| 01/05/2026 | 515599440 cpbm 5766 | Parkside Place | HOPE LEWANDOWSKI | | 1,025.00 | 0.00 | 114,406.54 |

**Owner Statement**

Owner = PARKSIDE PLACE (Parkside Place)
Parkside Place
Month = Jan 2026
Book = Cash

| Date | Ref | Property | Name | Description | Amount | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/05/2026 | 515802684 cpbm 5766 | Parkside Place | JAIME BRANN | | 1,025.00 | 0.00 | 115,431.54 |
| 01/05/2026 | 325091545 | Parkside Place | JAMES BRUMBAUGH | Debit Card On-Line Payment ; Web - Resident Services | 1,107.00 | 0.00 | 116,538.54 |
| 01/05/2026 | :ACH-WEB | Parkside Place | LIZETTE SALGADO | Online Payment - EFT Payment. Mobile App - Resident Services | 300.00 | 0.00 | 116,838.54 |
| 01/05/2026 | 517870026 cpbm 5766 | Parkside Place | REYNA REYES | | 1,035.00 | 0.00 | 117,873.54 |
| 01/05/2026 | 516998538 cpbm 5766 | Parkside Place | ZACHARY REUSCHLEIN | | 1,040.00 | 0.00 | 118,913.54 |
| 01/06/2026 | :ACH-WEB | Parkside Place | LIZETTE SALGADO | Online Payment - EFT Payment. Mobile App - Resident Services | 725.00 | 0.00 | 119,638.54 |
| 01/07/2026 | 20206 | Parkside Place | RED RIVER STATE BANK | Parkside 1st Mtg; per cash collateral 12/13/2025 | 0.00 | 19,267.00 | 100,371.54 |
| 01/07/2026 | ACH | Parkside Place | Mark Keller | NSF receipt Ctrl# 35013 NSF | -1,025.00 | 0.00 | 99,346.54 |
| 01/08/2026 | 325400367 | Parkside Place | CHANDLER PEERY | Debit Card On-Line Payment ; Web - Resident Services | 1,117.80 | 0.00 | 100,464.34 |
| 01/09/2026 | :ACH-WEB | Parkside Place | DEBBIE STUCHL | Online Payment - EFT Payment. Web - Resident Services | 1,107.00 | 0.00 | 101,571.34 |
| 01/14/2026 | 20210 | Parkside Place | WHITE GLOVE CLEANING | Dec building clean | 0.00 | 424.80 | 101,146.54 |
| 01/14/2026 | 20210 | Parkside Place | WHITE GLOVE CLEANING | 2206 1.5 hrs | 0.00 | 47.79 | 101,098.75 |
| 01/14/2026 | ACH | Parkside Place | Mark Keller | re-run ACH | 1,157.00 | 0.00 | 102,255.75 |
| 01/15/2026 | 14 | Parkside Place | Alexis Burbach | 7.15 res mgr | 0.00 | 184.88 | 102,070.87 |
| 01/15/2026 | 14 | Parkside Place | Alexis Burbach | taxes | 0.00 | 11.46 | 102,059.41 |
| 01/15/2026 | 20211 | Parkside Place | DOUG RODENGEN | stairwell heaters, 2206 light lens, adjust doors, tighten thermos, 2208 vacate maint, 2206 touch up paint | 0.00 | 168.00 | 101,891.41 |
| 01/15/2026 | 14003380 | Parkside Place | GARY HOFER | | 1,000.00 | 0.00 | 102,891.41 |
| 01/15/2026 | :ACH-WEB | Parkside Place | LIZETTE SALGADO | Online Payment - EFT Payment. Mobile App - Resident Services | 58.00 | 0.00 | 102,949.41 |
| 01/16/2026 | 1015 | Parkside Place | JARED SAUER | | 1,100.00 | 0.00 | 104,049.41 |
| 01/18/2026 | 14003358 | Parkside Place | GARY HOFER | | 761.00 | 0.00 | 104,810.41 |
| 01/18/2026 | :ACH-WEB | Parkside Place | MARGARET MELAND | Online Payment - EFT Payment. Mobile App - Resident Services | 10.00 | 0.00 | 104,820.41 |
| 01/28/2026 | 20212 | Parkside Place | CP BUSINESS MANAGEMENT | Jan 28th premium | 0.00 | 1,612.32 | 103,208.09 |
| 01/28/2026 | 326792737 | Parkside Place | JADEEN ROSA CASTRO | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,025.00 | 0.00 | 104,233.09 |
| 01/29/2026 | :ACH-WEB | Parkside Place | CIARA FRANK | Online Payment - EFT Payment. Mobile App - Resident Services | 1,025.00 | 0.00 | 105,258.09 |
| 01/31/2026 | 15 | Parkside Place | Alexis Burbach | 4.30 hrs | 0.00 | 114.75 | 105,143.34 |
| 01/31/2026 | 15 | Parkside Place | Alexis Burbach | taxes | 0.00 | 7.11 | 105,136.23 |

## Owner Statement

Owner =  PARKSIDE PLACE (Parkside Place)
Parkside Place
Month = Jan 2026
Book = Cash

| Date | Ref | Name | Payee | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 01/31/2026 | 20214 | Parkside Place | AUTOMATIC BUILDING CONTROLS | faulty detector causing FD to be dispatched. Replace. | 0.00 | 540.82 | 104,595.41 |
| 01/31/2026 | 20215 | Parkside Place | Capital One Commercial | GARB BAGS, 2411 | 0.00 | 26.93 | 104,568.48 |
| 01/31/2026 | 20215 | Parkside Place | Capital One Commercial | ADHESIVE | 0.00 | 20.90 | 104,547.58 |
| 01/31/2026 | 20223 | Parkside Place | CP BUSINESS MANAGEMENT | collected admin fees | 0.00 | 50.00 | 104,497.58 |
| 01/31/2026 | 20223 | Parkside Place | CP BUSINESS MANAGEMENT | collected late fees | 0.00 | 797.80 | 103,699.78 |
| 01/31/2026 | 20223 | Parkside Place | CP BUSINESS MANAGEMENT | Jan mgmt | 0.00 | 1,972.98 | 101,726.80 |
| 01/31/2026 | 20223 | Parkside Place | CP BUSINESS MANAGEMENT | misc mgr | 0.00 | 200.00 | 101,526.80 |
| 01/31/2026 | 20223 | Parkside Place | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 250.00 | 101,276.80 |
| 01/31/2026 | 20223 | Parkside Place | CP BUSINESS MANAGEMENT | software fee | 0.00 | 38.00 | 101,238.80 |
| 01/31/2026 | 20213 | Parkside Place | DOUG RODENGEN | 2406- d/w look at, 2405 turn maint. | 0.00 | 48.00 | 101,190.80 |
| 01/31/2026 | 20216 | Parkside Place | GEORGES SANITATION | dec garbage | 0.00 | 207.09 | 100,983.71 |
| 01/31/2026 | 20216 | Parkside Place | GEORGES SANITATION | AUGUST GARBAGE (NOT REC'D) | 0.00 | 207.09 | 100,776.62 |
| 01/31/2026 | 20217 | Parkside Place | MIDCONTINENT | | 0.00 | 250.63 | 100,525.99 |
| 01/31/2026 | 20218 | Parkside Place | TURFWURX PROPERTY MAINTENANCE | snow 12/3,7,8,28 | 0.00 | 398.25 | 100,127.74 |
| 01/31/2026 | 16 | Parkside Place | U.S. TRUSTEES | 2025 4TH QUARTER | 0.00 | 739.02 | 99,388.72 |
| 01/31/2026 | 20219 | Parkside Place | WHITE GLOVE CLEANING | 2208 5.5 | 0.00 | 185.23 | 99,203.49 |
| 01/31/2026 | 20219 | Parkside Place | WHITE GLOVE CLEANING | 2405 4.75 | 0.00 | 161.34 | 99,042.15 |
| 01/31/2026 | 20222 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 12/22/25-1/22/26 house electric | 0.00 | 584.61 | 98,457.54 |
| 01/31/2026 | 20222 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 12/22/25-1/22/26 house gas | 0.00 | 243.50 | 98,214.04 |
| 01/31/2026 | 20222 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 12/22/25-1/22/26 house water | 0.00 | 463.72 | 97,750.32 |
| 01/31/2026 | 20222 | Parkside Place | WMU WATERTOWN MUNICIPAL UTILITIES | 12/22/25-1/22/26 house sewer | 0.00 | 1,617.12 | 96,133.20 |
| 01/31/2026 | N/A | Parkside Place | JE-4299 | Nov,+Dec tax escrow catchup + January | 0.00 | 5,479.94 | 90,653.26 |
| | | | | **Ending Balance** | **40,382.31** | **36,321.08** | **90,653.26** |
| | | | | Reserves Needed | | 0.00 | |
| | | | | Security Deposits (this period) | | 0.00 | |

PARKSIDE PLACE, LLC

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20222

01/31/26

TO THE
ORDER OF     **** TWO THOUSAND NINE HUNDRED EIGHT AND 95/100 DOLLARS

$2,908.95***

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

MUNICIPAL UTILITIES DEPT.

| Account Number | Name | Service Address |
|---|---|---|
| 008-00187355-01 | PARKSIDE PLACE, LLC | 8 2 ST NE HOUSE |

| Meter Number | Read Dates | | Billing | Meter Readings | | | | | Power |
| | Present | Previous | Days | Code | Present | Previous | Multiplier | Usage | Units | factor |
|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC: 0000030986 | 01/22/2026 | 12/22/2025 | 31 | MR | 15494 | 08873 | 1 | 6621 | kWh | |
| ELECTRIC: 0000030986 | 01/22/2026 | 12/22/2025 | 31 | MR | 15065 | | 1 | 15.07 | kW | |
| WATER: 0200555043 | 01/22/2026 | 12/22/2025 | 31 | MR | 03635 | 03549 | 1 | 86 | ccf | |
| GAS: 0104951134 | 01/22/2026 | 12/22/2025 | 31 | MR | 14328 | 14033 | 1.119 | 330 | ccf | |



**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

WATER (100 cu.ft)

GAS (ccf)

121360

| | | |
|---|---|---|
| PREVIOUS BALANCE | | 2,588.61 |
| PAYMENT      01/14/2026 | | -129.43 |
| PAYMENT      01/14/2026 | | -2,588.61 |
| LATE PENALTY  01/13/2026 | | 129.43 |
| BALANCE FORWARD | | 0.00 |
| | | |
| ELECTRIC SERVICE | | |
| Electric Customer Charge | | 20.80 |
| Electric Energy | | 529.68 |
| Electric State Tax | | 23.12 |
| Electric City Tax | | 11.01 |
| TOTAL ELECTRIC CHARGES | | 584.61 |
| GAS SERVICE | | |
| Gas Customer Charge | | 19.00 |
| Gas Consumption | | 210.28 |
| Gas State Tax | | 9.63 |
| Gas City Tax | | 4.59 |
| TOTAL GAS CHARGES | | 243.50 |
| WATER SERVICE | | |
| Water Customer Charge | | 39.05 |
| Water Consumption | | 380.12 |
| Water Private Fire Service | | 44.55 |
| TOTAL WATER CHARGES | | 463.72 |
| SEWER SERVICE | | |
| Sewer Customer Charge | | 44.92 |
| Sewer Multiple Use | | 1,572.20 |
| TOTAL SEWER CHARGES | | 1,617.12 |
| | | |
| CURRENT CHARGES | | $2,908.95 |
| | | |
| TOTAL AMOUNT DUE | | $2,908.95 |

PAID
20222

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 02/01/2026 | 02/10/2026 | 2,908.95 | 3,054.41 |

**MESSAGES:** Watertown Municipal Utilities would like to remind customers to please keep their gas meter & regulator and areas around fire hydrants clear of snow and ice for proper operation in emergencies!

**PARKSIDE PLACE, LLC**
DEBTOR IN POSSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20210

TO THE
ORDER OF

**** FOUR HUNDRED SEVENTY TWO AND 59/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

01/14/26

$472.59******

NON-NEGOTIABLE

White Glove Cleaning

17892 449th Ave
Hayti, SD 57241

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2025 ? | 2445 |

| Bill To |
|---------|
| Parkside |
| Unit # |

*Rec'd 1.14.26*



| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Building Cleaning  *December* | 400.00 | 400.00T |
|  | Sales Tax | 6.20% | 24.80 |

| | Total | $424.80 |
|--|-------|---------|



**White Glove Cleaning**
17892 449th Ave
Hayti, SD 57241

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/12/2026 | 2472 |

| Due Date | Terms |
|----------|-------|
| 2/11/2026 | Net 30 |

| Bill To |
|---------|
| Parkside
Unit # 2206 |

PAID
2020

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1.5 | Unit Cleaning | | 30.00 | 45.00T |
| | Kitchen | Cabinet Fronts | 0.00 | 0.00T |
| | Walls | Remove Spots and Marks from Walls and Outlets | 0.00 | 0.00T |
| | Windows | Clean Window Sills | 0.00 | 0.00T |
| | | Sales Tax | 6.20% | 2.79 |

| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | **Total** | $47.79 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

01/15/26                    20211

TO THE
ORDER OF

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD    57201

**** ONE HUNDRED SIXTY EIGHT AND 00/100 DOLLARS

$168.00******

NON-NEGOTIABLE

## Maintenance Hours
## 2025

**Maintenance Name:** *Doug Rodengen*

$32.00  Hourly Rate
From:  1-January
To:  15-January

*Parkside Place*

Invoice #:  4024



Invoice Date:  1/15/2026
Due Date:  1/16/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------|---------------|---|
| 1/6 | | 7:45 AM | 10:45 AM | 3:00: | stairwell heats turned up a smidge more, 2206 light lens, glye cabinet door, adjust doors, tighten thermostats both, entry handle loose | $96.00 |
| 1/13 | | 8:00 AM | 8:30 AM | 0:30: | start on 2208 maintenance from move out | $16.00 |
| 1/13 | | 9:30 | 11:15 | 1:45: | menards batteries for 2208 smoke detector, small paint touch up, cabinet glued, 2206 small paint touch ups | $56.00 |

| | Total Hours | 5:15: | | Total Hourly Pay $32/hour | $168.00 |
|---|---|---|---|---|---|
| | | | | Generations on 1st Paycheck : | $168.00 |

**Alexis Burbach**

*Parkside Place*

**2026**

| | |
|---|---|
| From: | 1-Jan |
| To: | 15-Jan |

Invoice #: 2024
Invoice Date: 1/15/2026
Due Date: 1/16/2026

| Date | Unit | Start | End | | Scope of Work | |
|------|------|-------|-----|------|---------------|---|
| 1/2 | | 9:30 AM | 11:15 AM | 1:45: | building check, move out 2206/uploads, 2208 call | $44.63 |
| 1/6 | | 12:30 PM | 1:00 PM | 0:30: | showing erin | $12.75 |
| 1/6 | | 15:00 | 16:00 | 1:00: | Automatic Building Controls lobby smoke detector | $25.50 |
| 1/7 | | 11:15 | 11:45 AM | 0:30: | showing james | $12.75 |
| 1/8 | | 9:00 | 9:30 | 0:30: | elite in quickcare - doors locked - calls to get unlocked to unplug toilet | $12.75 |
| 1/11 | | 12:15 PM | 12:45 PM | 0:30: | meet with 2208 prior to full move out | $12.75 |
| 1/12 | | 12:00 PM | 1:00 PM | 1:00: | move out inspction 2208, cleaners/maintenance scheduled, uploads | $25.50 |
| 1/14 | | 12:30 PM | 2:00 PM | 1:30: | check 2206 and 2208 paint touch ups, walk building, check garage | $38.25 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |

*PAID ACH*

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Total Hours | 7:15: | | Total Hourly Pay $25.50/hour | $184.88 |

| Date | Unit | Start | End | Maintenance | |
|------|------|-------|-----|-------------|---|
| | | Total Hours | 0:00: | Total Maintenance $30/hour | $0.00 |

| Date | Unit | | | |
|------|------|---|---|---|
| | | | Total Reimbursement | $0.00 |

| Date | Unit | Commission | |
|------|------|------------|---|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | Total Commissions | $0.00 |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $184.88 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $184.88 |
| Parkside Place Sales Tax (6.2%): | $11.46 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Total Paycheck Amount: | $196.34 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

01/31/26

20213

TO THE
ORDER OF

**** FORTY EIGHT AND 00/100 DOLLARS

$48.00*******

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD  57201

NON-NEGOTIABLE

## Maintenance Hours
~~2025~~ 2026

**Maintenance Na** *Doug Rodengen*

$32.00  Hourly Rate
From: 15-January
To: 31-January

*Parkside Place*



Invoice #: 4025

Invoice Date: 1/31/2026
Due Date: 2/1/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 1/21 | | 10:15 AM | 11:45 AM | 1:30 | 2406 dishwasher tab bent,  dave need to fix - 2405 move out dryer vent house reattached, caulk around bedroom windows, doors adjusted, thermostats checked, | $48.00 |

| | Total Hours | 1:30: | | | Total Hourly Pay $32/hour | $48.00 |
|---|---|---|---|---|---|---|

Generations on 1st Paycheck :  $48.00

PARKSIDE PLACE, LLC

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20223

01/31/26

$3,308.78***

**** THREE THOUSAND THREE HUNDRED EIGHT AND 78/100 DOLLARS

TO THE
ORDER OF

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,          58106

NON-NEGOTIABLE

# CP Business Management

## 2026

| | |
|---|---|
| From: | 1-Jan |
| To: | 31-Jan |

## Parkside Place



| | |
|---|---|
| Invoice #: | 2013 |
| Invoice Date: | 1/31/2026 |
| Due Date: | 02/01/26 |

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected Funds | $39,459.51 | $1,972.98 |
| | | | |
| | **Total Management Fee** | **$39,459.51** | **$1,972.98** |

| | Other Collected Income | | Total |
|---|---|---|---|
| 6290 | | | |
| 5800 | collected late fees | | $797.80 |
| 5700 | Collected admin fees | | $50.00 |
| | **Total Other Collected Income** | | **$847.80** |

| | Miscellaneous | | |
|---|---|---|---|
| 8004 | Misc Manager | | $200.00 |
| 8005 | Misc Prof. | | $250.00 |
| 7057 | Software Fee | | $38.00 |
| | **Total Miscellaneous** | | **$488.00** |

| | |
|---|---|
| **Total Management Fee** | $1,972.98 |
| **Total Other Collected Income** | $847.80 |
| **Total Miscellaneous** | $488.00 |
| **Parkside Place Total** | $3,308.78 |

Please make checks payable to CP Business Management no later than   2/1/2026

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20215

01/31/26

$47.83********

TO THE
ORDER OF        **** FORTY SEVEN AND 83/100 DOLLARS

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA    91716-0506

NON-NEGOTIABLE

MEMO: 6004-3002-0037-4038











**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20212

01/28/26

$1,612.32***

TO THE
ORDER OF     **** ONE THOUSAND SIX HUNDRED TWELVE AND 32/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,     58106

NON-NEGOTIABLE

## Mindy Craig

**From:** Liberty Mutual <ebilling@email-libertymutual.com>
**Sent:** Wednesday, January 28, 2026 8:55 AM
**To:** Mindy Craig
**Subject:** Your payment has been processed.

View online



Billing account number: 9000344025

## Hello,

Thank you for your recent payment. Your payment will be applied to your balance on 1/28/2026 and reflected in your account.

**View your balance**

*Parkside*
*21.113% (34.258%*
*of total pd)*

*$1,612.32*

 Billing summary:

**PAID**
**2021?**

**Confirmation number:**
D00056Q2B

**Total payment:**
$4706.46

*generations*
*40.517% (65.742%*
*of total*
*pd)*

**Payment date:**
1/28/2026

**Payment method:**
Credit/Debit Card ending in 4149

*$3,094.14*

**Policy:**
BKS65299485

1

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20216

01/31/26

$414.18******

**** FOUR HUNDRED FOURTEEN AND 18/100 DOLLARS

TO THE
ORDER OF

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD   57201

NON-NEGOTIABLE

# Invoice

**George's Sanitation Inc.**

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 43511 |

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106



## DECEMBER GARBAGE SERVICE (2025)

| Qua... | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times  A Week) | 195.00 | 195.00T |

*Park $207.09*
*Gen $207.09*

| | | |
|---|---|---|
| Sales Tax (6.2%) | | $24.18 |
| **Total** | | **$414.18** |

PLEASE REFERENCE YOUR INVOICE # ON YOUR PAYMENT

INVOICE PAYMENT SUBJECT TO A $5.00 LATE FEE IF NOT PAID WITHIN 30 DAYS AFTER RECEIVED

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**

# George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/1/2025 | 41816 |

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106



| Project/Job | P.O. No. | Due Date | Terms |
|-------------|----------|----------|-------|
| AUGUST SERVICE (2025) | | 10/1/2025 | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

*Not Rec'd - Confirmed Aug. was not pd.*

*entered ✓*

*Park $207.09*

*Ger $207.09*

INVOICE PAYMENT
SUBJECT TO A $5.00
LATE FEE IF NOT PAID
WITHIN 30 DAYS
AFTER RECEIVED

George's Sanitation
Thanks You For Your
Business.

**PAY ONLINE AT
WWW.GEORGESSANITATION.COM
WITH PAY NOW BUTTON**

| | |
|---|---|
| Subtotal | $390.00 |
| Sales Tax (6.2%) | $24.18 |
| **Total** | **$414.18** |

**Alexis Burbach**

**2026**

From: 15-Jan
To: 31-Jan

*Parkside Place*

Invoice #: 2025
Invoice Date: 1/31/2026
Due Date: 2/1/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 1/20 | | 10:45 AM | 12:15 PM | 1:45 | move out 2405, walk building, uploads, maintenance scheduled | $44.63 |
| 1/21 | | 3:00 PM | 3:30 PM | 0:30 | check 2405 maintenance done - 2402 memo dropped off | $12.75 |
| 1/25 | | 10:00 | 11:00 | 1:00 | tenant messages | $25.50 |
| 1/30 | | 13:00 | 2:15 PM | 1:15 | walk building -- check building -- mailroom cleaned up -- invoice / check | $31.88 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |

PAID

| | Total Hours | 4:30 | | Total Hourly Pay $25.50/hour | $114.75 |
|---|---|---|---|---|---|

| Date | Unit | Start | End | | Maintenance | |
|------|------|-------|-----|---|-------------|---|
| | Total Hours | 0:00 | | | Total Maintenance $30/hour | $0.00 |

| Date | Unit | | Reimbursement | | |
|------|------|---|---------------|---|---|
| | | | | Total Reimbursement | $0.00 |

| Date | Unit | | Commission | | |
|------|------|---|------------|---|---|
| | | $200 per new lease | | |
| | | $200 per new lease | | |
| | | $200 per new lease | | |
| | | $200 per new lease | | |
| | | | Total Commissions | $0.00 |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $114.75 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $114.75 |
| Parkside Place Sales Tax (6.2%): | $7.11 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Total Paycheck Amount: | $121.86 |

# ACH Payment

## ACH-00594253 - CP BUSINESS MANAGEMENT INC (644512)

Starion Bank

### ACH Batch Details

**Transaction Details**

| | |
|---|---|
| Transaction Number | ACH-00594253 |
| Import File Name | |
| Import Batch ID | |
| Recurring Frequency | One-Time Payment |
| Total Credits | $121.86 (1) |
| ACH Company | CP BUSINESS MANA (8145868B8) |
| Batch Type | Payroll (PPD) - Credit Only |
| Offset Account | *8688 - Checking (8688 PARKSIDE PLACE LLC) - Starion Bank (091310767) |
| Memo | |
| Company Discretionary Data | jan31 |
| Company Entry Description | jan31 |
| Notify Initiator Options | Pending Actions: Notify via EMAIL |
| | System Events: Notify via EMAIL |
| | Complete - Unsuccessful: Notify via EMAIL |
| | Complete - Successful: Notify via EMAIL |
| | Early Action Taken: Notify via EMAIL |
| | Early Action Removed: Notify via EMAIL |
| | Expired: Notify via EMAIL |
| Payment Creation Date | Feb 2, 2026 3:54 PM CST |
| Processing Date | 02/02/2026 |
| Payment Date | 02/03/2026 |

| Excluded | Payee | ABA | Account | Amount | Addenda | Prenote |
|---|---|---|---|---|---|---|
| | ALEXIS BURBACH (*EXIS) | 091400172 | *2395 (DDA) | $121.86  4.30hrs | | |

### Status History

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| Feb 2, 2026 3:54:25 PM CST | Created | 644512 / CPMINDY (MINDY CRAIG) | Batch Created. |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20218

TO THE
ORDER OF

\*\*\*\* THREE HUNDRED NINETY EIGHT AND 25/100 DOLLARS

TURFWURX PROPERTY MAINTENANCE
1401 BRUHN AVE NE
WATERTOWN,   SD   57201

01/31/26

$398.25\*\*\*\*\*

NON-NEGOTIABLE

**TurfWurx Property Maintenance**
**SnowSolutions Ie and Snow Management**
**1401 Bruhn Ave NE**
**Watertown, SD 57201**
**605-881-4960**

| INVOICE NO.DECEMBER2025 | 1/1/26 |
|---|---|

SERVICE ADDRESS                                              BILL TO:

PARKSIDE APARTMENTS            Snow Removal
8 2ND ST NE
WATERTOWN SD 57201



| DESCRIPTION | TOTAL |
|---|---|
| 12/3 snow removal | 85 |
| 12/3 ice melt | 35 |
| 12/7 snow removal | 85 |
| 12/8 snow removal | 85 |
| 12/28 snow removal | 85 |

| | |
|---|---|
| SUBTOTAL | 375 |
| SALES TAX 6.2% | 23.25 |
| **AMOUNT DUE:** | **$398.25** |

Thank you for your business!



PARKSIDE PLACE, LLC

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20219

01/31/26

$346.57******

TO THE
ORDER OF    **** THREE HUNDRED FORTY SIX AND 57/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD    57241

NON-NEGOTIABLE

*White Glove Cleaning*
17892 449th Ave
Hayti, SD 57241

## Invoice

| Date | Invoice # |
|------|-----------|
| 1/22/2026 | 2484 |

| Due Date | Terms |
|----------|-------|
| 2/21/2026 | Net 30 |

| Bill To |
|---------|
| Parkside |
| Unit # 2208 |



| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5.5 | Unit Cleaning | | 30.00 | 165.00T |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Shower | | |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Kitchen | Range (Top, Sides, Under, Oven, Drawer) | 0.00 | 0.00T |
| | | Fridge (Top, Sides, Under, Inside) | | |
| | | Overhead Range (Inside, Front, Underside and Filter) | | |
| | | Dishwasher (Inside, Front, Filter) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks,Faucet, Sprayer, Drain Plugs | | |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | Dust | Trim | 0.00 | 0.00T |
| | | Doors | | |
| | | Wall Vents | | |
| | | Baseboards | | |
| | | Heat Panels | | |
| | Chemical Fee | | 10.00 | 10.00 |
| | | Sales Tax | 6.20% | 10.23 |

| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | **Total** | $185.23 |
|---|---|---|

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/26/2026 | 2489 |

| Due Date | Terms |
|----------|-------|
| 2/25/2026 | Net 30 |

| Bill To |
|---------|
| Parkside<br>Unit # 2405 |



| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 4.75 | Unit Cleaning | | 30.00 | 142.50T |
| | Dust | Doors | 0.00 | 0.00T |
| | | Baseboards | | |
| | | Heat Panels | | |
| | | Outlet Plates | | |
| | Kitchen | Fridge (Top, Sides, Under, Inside) | 0.00 | 0.00T |
| | | Overhead Range (Inside, Front, Underside and Filter) | | |
| | | Dishwasher (Inside, Front, Filter) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks, faucets and plugs | | |
| | Air Unit | Clean A/C Front Vents and Filter | 0.00 | 0.00T |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | Bathroom | Shower | 0.00 | 0.00T |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Walls | Remove Spots and Marks from Walls and Baseboards | 0.00 | 0.00T |
| | Chemical Fee | | 10.00 | 10.00 |
| | | Sales Tax | 6.20% | 8.84 |

| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | **Total** | **$161.34** |
|---|---|---|

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20214

TO THE
ORDER OF

**** FIVE HUNDRED FORTY AND 82/100 DOLLARS

AUTOMATIC BUILDING CONTROLS
4300 W 61ST ST N
SIOUX FALLS, SD   57107

01/31/26

$540.82******

NON-NEGOTIABLE

# ABC

## Invoice

**AUTOMATIC BUILDING CONTROLS**
4300 W. 61ST St. N. • Sioux Falls, SD 57107
605-336-1200 • FAX 605-336-0088

Invoice No : 245717
Invoice Date : 01/06/2026
Customer Code : APPARPLAW

Location: **Parkside Place**
8 2nd St NE
Watertown, SD 57201

Bill To: **Parkside Place**
PO Box 9379
Fargo, ND 58106


PAID 2026

| P.O. # / Authority | Project Location | Our Contract Number | Terms |
|---|---|---|---|
| | | | Net 30 |

| Quantity / Hours | Item Number | Description | Unit Price / Rate | Amount |
|---|---|---|---|---|
| 2.5 | LRFA | Labor - Service on Fire Alarm System | 104.00 | 260.00 |
| 100 | MI | Mileage | 0.90 | 90.00 |
| 1 | OOH941 | Smoke/Heat Detector | 180.00 | 180.00 |

| | |
|---|---|
| Invoice Subtotal | 530.00 |
| Sales Tax | 0.00 |
| Excise Tax | 10.82 |
| **INVOICE TOTAL** | **540.82** |

*Your Business is Appreciated!*

Faulty detector.
Caused Fire Dept. to be dispatched twice.
w/ Building evacuated both times.

*Life Safety Starts with ABC!*®
FIRE ALARMS • MASS NOTIFICATION • ERCES-BDA • CLOCK SYSTEMS • NURSE CALL • BATTERIES

PAST DUE ACCOUNT SUBJECT TO COLLECTION AT 1.5 PER MONTH

# ABC

## AUTOMATIC BUILDING CONTROLS ®
4300 W. 61ST ST. N. • Sioux Falls, SD 57107 • (605) 336-1200

### FIRE ALARM TEST REPORT

❏ INSTALLATION    ☑ SERVICE    ❏ CHECKOUT

BUILDING NAME: *Pro Nova?*
DATE: 1/6/26

ADDRESS:

CONTRACT:

CITY: Water town    STATE: SD    ZIP:

| SYSTEM TESTS | ✓ |
|---|---|
| CHECK WIRING FOR SHORTS, OPENS, RESISTANCE TO GROUND & EOL RESISTOR | |
| TEST ALL MANUAL STATIONS | |
| TEST ALL PRODUCTS OF COMBUSTION DETECTORS | |
| TEST HEAT DETECTORS | |
| TEST INTERFACE MODULES | |
| TEST ALL NOTIFICATION DEVICES (HORNS, BELLS CHIMES, SPEAKERS, LIGHTS, STROBES) | |
| TEST DOOR HOLDERS | |
| TEST ZONE ANNUNCIATION | |
| TEST ALARM PANEL / FUNCTIONS / REMOTE ANNUNCIATOR | |
| TEST PRE SIGNALS / PAS | |
| INSTRUCT OWNER ON SYSTEM OPERATION | |
| CHECK FOR OPERATING INSTRUCTIONS | |
| TEST REMOTE MONITORING | |
| | |
| | |
| | |
| | |

AUTOMATIC BUILDING CONTROLS CERTIFIES THAT THE SYSTEM AND INTERFACE MODULES HAVE BEEN CHECKED AND OPERATE PROPERLY EXCEPT AS NOTED IN COMMENTS. ABC ASSUMES NO RESPONSIBILITY FOR CODE CHANGES AND EQUIPMENT FAILURES DUE TO EQUIPMENT PROBLEMS OR OTHER ACTS NOT RELATED TO ABC.    DATE: 1/6/26

ABC REPRESENTATIVE (SIGNATURE)

ABC REPRESENTATIVE (PRINT NAME)    Wendell Pluck

OWNER'S REPRESENTATIVE (SIGNATURE)    X

OWNER'S REPRESENTATIVE (PRINT NAME)    X

### EQUIPMENT CHECKLIST SUMMARY

| | DEVICE | | QTY. | ✓ | COMMENTS |
|---|---|---|---|---|---|
| | MANUAL STATIONS | | | | |
| **H E A T S** | RATE OF RISE FIXED TEMPERATURE | | | | |
| | FIXED TEMPERATURE | | | | |
| | RATE COMPENSATING | | | | |
| **S M O K E S** | ROOM TYPE | IONIZATION | | | |
| | | PHOTO ELECTRIC | 1 | ✓ | Replaced |
| | DUCT TYPE | IONIZATION | | | |
| | | PHOTO ELECTRIC | | | |
| **I N T E R F A C E   M O D U L E S** | | | | | |
| **S I G N A L S** | HORN HORN STROBE | | | | |
| | MINI HORN MINI HORN STROBE | | | | |
| | BELL BELL STROBE | | | | |
| | SPEAKER SPEAKER STROBE | | | | |
| | STROBE CHIME STROBE | | | | |
| | EXPANDER PANEL | | | | |
| | DOOR HOLDER | | | | |
| | BATTERIES OR EMERGENCY SUPPLY | | | | |
| | ALARM PANEL | | 1 | ✓ | Fcg2L |
| | REMOTE PANEL/ANNUNCIATOR | | | | |
| | MONITORING (LANDLINE, CELLULAR, IP) | | | | |

COMMENTS: Replaced Device 11-001 from 014921 to out 4941 also added
Alarm Verification to rest of 014921. System is clear upon Departure

ABC FORM 1971 (REV 05-24)

Office of the U. S. Trustee
300 South 4th Street
Room 1015
Minneapolis, MN 55415-1329

605-330-4450

0006012
**********AUTO**MIXED AADC 170
GENERATIONS ON 1ST LLC
1405 1ST AVENUE N
FARGO, ND 58102-4203

Rev. 01/20

Page 1 of  1
Account No.: 683-25-30002
Process Date: 01-06-26



UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM

See Instructions
On Reverse Side

### Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|------|-------------|--------|
| 10-03-25 | Balance Forward | 481.00 |
| 10-21-25 | Adjustments to fees charged from previous statement. | 12.00- |
| 10-31-25 | Account#6832530002 Pay.Gov Tracking#27SNQLHK | 481.00- |
| 01-06-26 | Quarter 4, 2025 Fee Due {Disbursements = $354,924.} (6-1) | 1,420.00 |
| | *pd online ACH* | |
| | Estimated Balance Due Based On Disbursement Record | **1,408.00** |

Fee estimated based on available disbursements data.

**Pay.gov**

ⓘ For your security, we recommend you close your browser when you complete your payment.

## Payment Confirmation - U.S. Trustee Chapter 11 Quarterly Fee

Before You Begin ✓ — Complete Agency Form ✓ — Enter Payment Info ✓ — Review & Submit ✓ — 5 Confirmation

**Need Help?**

**Contact:**
U.S. Trustee Program

**Email:**
Click to email

### Your payment is submitted

You will not be able to access this information once you leave this page. A confirmation email has been sent to mcraig@cpbusmgt.com.

**Because you are not signed in:**

This payment will not show in your payment activity. You can sign in or create an account now and Pay.gov will have a record of your payment.

**To confirm your payment went through:**

Check your bank statement or account on the payment date

**For questions or to cancel this transaction:**

Contact the federal government agency you paid. Pay.gov is unable to cancel this transaction.

**We value your feedback!**

Do you have any feedback regarding your Pay.gov experience? Please share it here.

Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

### Tracking Information

Pay.gov Tracking ID: 27V9JJEM

Agency Tracking ID: 77285939179

Form Name: U.S. Trustee Chapter 11 Quarterly Fee

Application Name: Chapter 11 Quarterly Fee

### Payment Information

Payment Type: Bank account (ACH)

Payment Amount: $1,408.00

Transaction Date: 02/03/2026 03:41:19 PM EST

Payment Date: 02/04/2026

Line 1: Remittance #1 - Type: Business, Account: 6832530002, Name: GENERATIONS ON 1ST, LLC, $1,408.00

Line 2:

Line 3:

Line 4:

Line 5:

Line 6:

Line 7:

Line 8:

Line 9:

Line 10:

Line 11:

Line 12:

### Account Information

Account Holder Name: GENERATIONS ON 1ST LLC DEBTOR IN POSESSION CASE #25-30002

Routing Number: 093110767

Account Number: ***********8666

## Sign In to your Pay.gov account!

Sign In

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

01/31/26

20217

$250.63******

TO THE
ORDER OF

**** TWO HUNDRED FIFTY AND 63/100 DOLLARS

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD    57117

NON-NEGOTIABLE





## MIDCO BUSINESS

PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 01/09/26 |
| Invoice Number | 3857607011 15170 |
| Account # | 3857607011 |
| Page | 1 of 4 |

PARKSIDE PLACE, LLC
8 2ND ST NE
WATERTOWN SD 57201

Thank you for choosing Midco. We appreciate your business and look forward to serving you for years to come.

### Midco Alerts

**Statement Update:** Starting with this statement, you will see an increase in your Network Access Charge.

**Statement Update:** Starting with this statement, you will see an increase in your Carrier Cost Recovery Fee.

**Statement Notice:** Due to a recent update from the Federal Communications Commission, customers whose services are currently charged Federal Universal Service fees will notice an adjustment to this fee on their statement.

**Got questions about your bill?** For help reading your statement, visit **Midco.com/Business/Statements.**

**Your advertising plan awaits.** Whatever your marketing goals, our team of advertising experts are here to formulate a plan just for you. From creative assets to targeted placements to detailed reporting, we have you covered. Learn more at **Midco.com/Advertising.**

### Billing Summary

| | |
|---|---|
| Account Number | 3857607011 |
| **Total Amount Due** | **$250.63** |

### Account Activity

| | |
|---|---|
| Previous Balance | $373.99 |
| Payments Received | -$373.99 |
| Balance Forward | $0.00 |

### Current Charges

| | |
|---|---|
| Data and Related Services | $95.00 |
| Voice and Related Services | $60.00 |
| Other Services | $15.00 |
| Taxes, Fees & Surcharges | $80.63 |

| **Total Amount Due** | **$250.63** |
|---|---|

Payment Due Date: 01/28/26

PAID

**Payment Options**
Online: **Midco.com/Business/MyAccount.** Phone: 1.800.888.1300.
EFT: See reverse side. Mail: Return stub below & do not send cash.

**Online:** Midco.com/Business   **Phone:** 1.800.888.1300   **Email:** Business.Support@Midco.com





**MIDCO BUSINESS®**

P.O Box 5010
Sioux Falls, SD 57117-5010

Invoice Date                    01/09/26
Invoice Number        385760701115170
Account #                    385760701
Page                              3 of 4

## Frequently Asked Questions

**What are State and Local Taxes?**
State, local and municipal governments mandate these taxes on equipment and services.

**What is the Carrier Cost Recovery Fee?**
The Carrier Cost Recovery Fee includes multiple fees associated with voice services. These include: Federal Access Charges, the Administration Recovery Fee, the Access Recovery Charge, the Local Number Portability Fee, the Presubscribed Carrier Charge. This does not reflect a direct government charge.

**What are Federal Access Charges?**
These charges - proposed and authorized by the Federal Communications Commission (FCC) - provide for access to and maintenance of the local network.

**What is the Administration Recovery Fee?**
Carriers providing interstate telecommunications must support relay services, which enhance phone conversations between people with speech/hearing impairments and those without.

**What is the Network Access Charge?**
The Network Access Charge allows carriers to recoup charges to support access and maintenance of the data network and costs associated with government assessments for the support of speech and hearing-impaired programs. This does not reflect a direct government charge.

**What is the Access Recovery Charge (ARC) Fee?**
The Access Recovery Charge (ARC) is a fee related to changes in FCC rules. This monthly fee is a way to recover the costs of providing access to the phone network.

**What is the Presubscribed Carrier Charge?**
This charge is for selecting and routing calls to a long-distance carrier.

**What is the Local Number Portability Fee?**
The Federal Communications Commission permits phone companies to add this charge to all phone lines as compensation for creating systems that allow residential and business phone customers to retain their existing local phone numbers (at the same location) when switching from one local phone service to another.

**What is the Federal Excise Tax?**
The federal government mandates this tax, which is imposed on local and wireless phone services.

**What is the Universal Service Fee?**
The Federal Communications Commission (FCC) created the Universal Service Fund (USF). This fee helps make voice and internet/data service affordable and available to all Americans, including low-income consumers and those living in areas where the costs of providing service is high. It also includes public and nonprofit schools and libraries serving low-income communities, as well as rural health care providers. Congress mandated that all telecommunications companies providing interstate service contribute to the USF. A carrier may include this contribution on customers' monthly bill.

**What is the County Government 911 Emergency Surcharge?**
Local governments mandate this surcharge to help pay for emergency services such as fire and rescue.

**What is the Telecom Relay Service Charge?**
This state service charge helps to pay for the state relay center, which transmits and translates calls for hearing-impaired people.

**What is the Gross Receipts Tax?**
This tax is on gross receipts derived from the furnishing of phone services. The service provider collects the tax and reports the collections annually to the Department of Revenue.

**What is Midco's policy on refunds for credit card transactions?**
When a customer pays money on an account by credit or debit card, and there needs to be a partial or full refund to that card because of the customer's transaction, it is Midco's policy to issue a credit to the customer's account as long as it is within 30 days of the credit transaction. If there was an error in the amount charged to card by Midco, we may issue a credit to the customer's credit card with a manager's approval.

**What is Midco's policy for returned payments?**
If any payment is returned unpaid, Midco will apply a fee to your next monthly statement. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

For customers who have authorized recurring payments: You authorize Midco to make a one-time electronic funds transfer (EFT) from your account to collect a fee. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

**Is a move in your future?**
If you plan on moving, please call 1.800.888.1300 or visit **Midco.com/Move** at least two weeks prior to your move to ensure a smooth transition of services. Then complete a change of address form with the U.S. Postal Service at **USPS.com** to make sure your mail always reaches you.

Online: Midco.com/Business          Phone: 1.800.888.1300          Email: Business.Support@Midco.com

Office of the U. S. Trustee
300 South 4th Street
Room 1015
Minneapolis, MN 55415-1329

605-330-4450

0006013
**********AUTO**MIXED AADC 170
PARKSIDE PLACE LLC
1405 1ST AVE N
P.O. BOX 426
FARGO, ND 58107-0426



Page 1 of  1        Rev. 01/20

Account No.: 683-25-30003
Process Date: 01-06-26

UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM

See Instructions
On Reverse Side

## Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|------|-------------|--------|
| 12-05-25 | Balance Forward | 6.49 |
| 12-31-25 | Account#6832530003 Pay.Gov Tracking#27UBUCEJ | 6.49- |
| 12-09-25 | Account#6832530003 Pay.Gov Tracking#27TP16QP | 6.49- |
| 12-09-25 | Adjustments to interest assessed from previous statement. | .49- |
| 01-06-26 | Quarter 4, 2025 Fee Due {Disbursements = $186,462.} (6-1) | 746.00 |
| | **Estimated Balance Due Based On Disbursement Record** | **739.02** |

Fee estimated based on available disbursements data.



pd online Aztt.

An official website of the United States government    Here's how you know ⌄

## Pay.gov

Browse Payments    See All Forms    Help    About Us

ⓘ  For your security, we recommend you close your browser when you complete your payment.

## Payment Confirmation - U.S. Trustee Chapter 11 Quarterly Fee

✓ Before You Begin — ✓ Complete Agency Form — ✓ Enter Payment Info — ✓ Review & Submit — ⑤ Confirmation

### Your payment is submitted

You will not be able to access this information once you leave this page. A confirmation email has been sent to mcraig@cpbusmgt.com.

**Because you are not signed in:**

This payment will not show in your payment activity. You can sign in or create an account now and Pay.gov will have a record of your payment.

**To confirm your payment went through:**

Check your bank statement or account on the payment date

**For questions or to cancel this transaction:**

Contact the federal government agency you paid. Pay.gov is unable to cancel this transaction.

**We value your feedback!**

Do you have any feedback regarding your Pay.gov experience? Please share it here. ⧉

Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

### Tracking Information

Pay.gov Tracking ID: 2TV9JJH0

Agency Tracking ID: 77285946009

Form Name: U.S. Trustee Chapter 11 Quarterly Fee

Application Name: Chapter 11 Quarterly Fee

### Payment Information

Payment Type: Bank account (ACH)

Payment Amount: $739.02

Transaction Date: 02/03/2026 03:47:22 PM EST

Payment Date: 02/04/2026

Line 1: Remittance #1 - Type: Business, Account: 6832530003, Name: PARKSIDE PLACE, LLC, $739.02

Line 2:

Line 3:

Line 4:

Line 5:

Line 6:

Line 7:

Line 8:

Line 9:

Line 10:

Line 11:

Line 12:

### Account Information

Account Holder Name: PARKSIDE PLACE LLC DEBTOR IN POSESSION CASE #25-30003

Routing Number: 091310767

Account Number: ***********8688

## Sign In to your Pay.gov account!

Sign In

### Need Help?

**Contact:**
U.S. Trustee Program

**Email:**
Click to email

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20206

01/07/26

TO THE
ORDER OF

**** NINETEEN THOUSAND TWO HUNDRED SIXTY SEVEN AND 00/100 DOLLARS

$19,267.00**

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

MEMO: Loan Payment

NON-NEGOTIABLE

U.S.C. § 363, but only in accordance with the budgets attached to the Cash Collateral Motion as **Exhibit 1** and for the period of December 15, 2025 through January 15, 2026 (the "<u>Budgets</u>").

     3.     <u>Permitted Use of Cash Collateral</u>. Subject to the terms of this Stipulation, the Debtors may use the Bank's cash solely to pay its ordinary and necessary business expenses in accordance with the Budgets.

     4.     <u>Impermissible Uses of Cash Collateral</u>. The Debtors will not use any of the Bank's cash collateral to pay items:

     i.     Not contained in the Budgets except as approved by the Bankruptcy Court after written notice to the Bank and a hearing or after written request to the Bank and the Bank's written consent; or

     ii.     In excess of one hundred ten percent (110%) of the amount set forth in the Budget, in the aggregate from the Petition Date.

     5.     <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

     i.     Debtors waive and release any claim against the Bank that the Pre-Petition Rents remitted under paragraph 10 below are property of the estate or that the Bank did not have a properly perfected lien in these specific monies, to the extent of any allowed claims of the Bank.



     ii.     Parkside will pay the sum of $19,266.67.00 on the 15th day of each month to be applied to debt service.

     iii.     Generations will pay the sum of $39,666.67 on the 15th day of each month to be applied to debt service.

**CODINGTON COUNTY TREASURER**
Official Real Estate Tax Notice
14 FIRST AVENUE S.E. * WATERTOWN, SD  57201

(605) 882-6285

2025 TAXES DUE AND PAYABLE IN 2026

2025 – 12170   1132D
1112 C.

**Legal:**   Sch: 14-4   S/T/R:   Acres/Lots: .00

Record#: 9358

WATERTOWN CITY  PARKSIDE PLACE ADD

$3,799.18 /mo

PARKSIDE PLACE ADD

8 2 ST NE

**Taxes In Name Of**

PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 22,795.13 |
| **Second Half** | 22,795.13 |
| **TOTAL** | 45,590.26 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 64,392 | 3.081 | 198.38 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 64,392 | 9.126 | 587.64 |
| WATERTOWN CITY | 67,568 | 64,392 | 1.715 | 110.43 |
| EAST DAKOTA WATER | 67,568 | 64,392 | 0.019 | 1.22 |
| TAX INCREMENT 12 NA | 67,568 | 3,205,838 | 13.941 | 44,692.59 |

Nov. Escrow shortage # 840.38
Dec. Escrow shortage $ 840.38
Jan  Escrow. $3799.18

$5,479.94   Jan. Escrow total – ✓  Jan 31 your pay end

NA: 45590.26

| **TOTAL:** | 45,590.26 |
|---|---|

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⇩ Please detach stubs and return with your payment ⇩        ⇩ Please detach stubs and return with your payment ⇩

**-FIRST PAYMENT-**   CODINGTON Record # 9358

PARKSIDE PLACE LLC

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025– 12170 | 22,795.13 |

DELINQUENT AFTER APRIL 30th

**-SECOND PAYMENT-**   CODINGTON Record # 9358

PARKSIDE PLACE LLC

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025– 12170 | 22,795.13 |

DELINQUENT AFTER OCTOBER 31st