UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Generations on 1st, LLC
Parkside Place, LLC

CASE NO: 25-30002, 25-30003

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 320

On 2/19/2026, I did cause a copy of the following documents, described below,

Notice of Hearing on Approval of Creditor Red River State Bank's Disclosure Statement for Creditor's Plan of Liquidation on Generations on 1st, LLC, and Parkside Place, LLC ECF Docket Reference No. 320

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/19/2026

/s/ Kesha L. Tanabe
Kesha L. Tanabe
Attorney for Creditor Red River State Bank
Vogel Law Firm
218 NP Avenue
Fargo, ND 58102
701-237-6983
ktanabe@vogellaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>Generations on 1st, LLC<br>Parkside Place, LLC | CASE NO: 25-30002, 25-30003<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 320 |

On 2/19/2026, a copy of the following documents, described below,

Notice of Hearing on Approval of Creditor Red River State Bank's Disclosure Statement for Creditor's Plan of Liquidation on Generations on 1st, LLC, and Parkside Place, LLC ECF Docket Reference No. 320

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/19/2026

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kesha L. Tanabe
Vogel Law Firm
218 NP Avenue
Fargo, ND  58102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| | | |
|---|---|---|
| WATERTOWN DEVELOPMENT COMPANY<br>C/O JORDAN FEIST<br>PO BOX 5027<br>300 SOUTH PHILLIPS AVE., SUITE 300<br>SIOUXFALLS,SD 57104-6322 | WHITE GLOVE CLEANING<br>ATTN: OFFICER OR MANAGING AGENT<br>17892 449TH AVE<br>HAYTI, SD 57241-5223 | SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E. CAPITOL AVENUE<br>PIERRE, SD 57501-3100 |
| WATERTOWN MUNICIPAL UTILITIES<br>901 4TH AVE SW<br>WATERTOWN, SD 57201-4106 | OFFICE OF THE ATTORNEY GENERAL<br>1302 S.D. E. HWY 1889<br>SUITE 1<br>PIERRE, SD 57501-8501 | LIBERTY MUTUAL GROUP INC.<br>ATTN: OFFICER OR MANAGING AGENT<br>175 BERKELEY STREET<br>BOSTON, MA 02116-3350 |
| SCHUMACHER ELEVATOR COMPANY<br>ATTN: OFFICER OR MANAGING AGENT<br>ONE SCHUMACHER WAY<br>DENVER, IA 50622 | MARLI SCHIPPERS<br>NOONEY & SOLAY, LLP<br>326 FOUNDERS PARK<br>RAPID CITY, SD 57701-8090 | CODINGTON COUNTY TREASURER<br>14 1ST AVE SE<br>WATERTOWN, SD 57201-3611 |
| GEORGE'S SANITATION INC<br>ATTN: OFFICER OR MANAGING AGENT<br>3367 12TH AVE NW<br>WATERTOWN, SD 57201-7225 | JUSTICE FIRE & SAFETY, INC.<br>ATTN: OFFICER OR MANAGING AGENT<br>3601 N. POTSDAM AVENUE<br>SIOUX FALLS, SD 57104-7032 | HME COMPANIES, LLC ATTN: LANE WARZECHA<br>432 5TH STREET<br>BROOKINGS, SD 57006-2007 |
| IKE'S WINDOW WASHING, LLC<br>ATTN: OFFICER OR MANAGING AGENT<br>1126 E KEMP AVE<br>WATERTOWN, SD 57201-3755 | CLARITY TELECOM, LLC D/B/A BLUEPEAK FIBER<br>ATTN: OFFICER OR MANAGING AGENT<br>7979 E. TUFTS AVE SUITE 850<br>DENVER, CO 80237-2845 | CARRICO LAW OFFICE<br>657 W KEMP AVE<br>WATERTOWN, SD 57201-2249 |
| BAETE-FORSETH HVAC<br>ATTN: OFFICER OR MANAGING AGENT<br>4700 N. NORTHVIEW AVE<br>SIOUX FALLS, SD 57107-0869 | BLACKTAIL INVESTMENTS, LLC<br>ATTN: OFFICER OR MANAGING AGENT<br>PO BOX 629<br>FARGO, ND 58107-0629 | SECURITIES & EXCHANGE COMMISSION<br>175 W. JACKSON BLVD.<br>CHICAGO, IL 60604-2908 |
| AUTOMATIC BUILDING CONTROLS, INC.<br>ATTN: OFFICER OR MANAGING AGENT<br>4300 W 61ST ST N<br>SIOUX FALLS, SD 57107-6474 | UNITED STATES TRUSTEE<br>SUITE 1015 U.S. COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415-1320 | DEPARTMENT OF THE TREASURY<br>15TH & PENNSYLVANIA<br>WASHINGTON, DC 20222-0001 |
| CANNON ELECTRIC LLC<br>ATTN: OFFICER OR MANAGING AGENT<br>708 9TH AVE SE308<br>WATERTOWN, SD 57201-5222 | CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>0868-3<br>CASE 25-30002 AND 25-30003<br>DISTRICT OF NORTH DAKOTA<br>FARGO | INTERNAL REVENUE SERVICE<br>ATTN: CENTRALIZED INSOLVENCY OPERATIONS<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| U.S. ATTORNEY<br>ATTN: CIVIL PROCESS CLERK<br>655 FIRST AVENUE NORTH, SUITE 250<br>FARGO, ND 58102-4932 | UNITED STATES ATTORNEY'S OFFICE<br>ATTN: CIVIL PROCESS CLERK<br>601 D STREET, NW<br>WASHINGTON, DC 20579 | DAKOTA CLEAN, LLC<br>ATTN: OFFICER OR MANAGING AGENT<br>509 9TH AVE S<br>CLEAR LAKE, SD 57226-2166 |