IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: ) | Case No. 25-30002 |
| ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC ) | |
| ) | |
| Debtor ) | |
| ) | |
| ) | |
| In re: ) | Case No. 25-30003 |
| ) | (Chapter 11) |
| PARKSIDE PLACE, LLC ) | |
| ) | |
| Debtor ) | |
| ) | Jointly Administered |

**SUPPLEMENT TO APPLICATION TO APPROVE EMPLOYMENT OF
MICHAEL T. SCHMITZ AS CHIEF RESTRUCTURING OFFICER**

Come now Generations on 1st, LLC and Parkside Place, LLC (collectively, the "Debtors," and each a "Debtor"), by and through undersigned counsel, pursuant this Honorable Court's order of February 13, 2026, DE #319, and supplements the existing application to employ a chief restructuring officer, DE #291, by furnishing the attached proposed agreement to be entered into between each Debtor and the chief restructuring officer.

For the avoidance of misconception, the Debtors are currently engaged in discussions with Red River State Bank about a potential amicable resolution to the pending application. This supplement is filed solely to ensure a court-ordered deadline is not missed, and this supplement should not be construed as a withdrawal from said negotiations.

*[Signature on Following Page]*

1

|  |  |  |
|---|---|---|
|  |  | Respectfully Submitted, |
| Dated: February 19, 2026 | By: | /s/ Maurice B. VerStandig |
|  |  | Maurice B. VerStandig, Esq. |
|  |  | The Dakota Bankruptcy Firm |
|  |  | 1630 1st Avenue N |
|  |  | Suite B PMB 24 |
|  |  | Fargo, North Dakota 58102-4246 |
|  |  | Phone: (701) 394-3215 |
|  |  | mac@dakotabankruptcy.com |
|  |  | *Counsel for the Debtors* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2