IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: ) | Case No. 25-30002 | |
| ) | (Chapter 11) | |
| GENERATIONS ON 1ST, LLC ) | | |
| ) | | |
| Debtor ) | | |
| ) | | |
| ) | | |
| In re: ) | Case No. 25-30003 | |
| ) | (Chapter 11) | |
| PARKSIDE PLACE, LLC ) | | |
| ) | | |
| Debtor ) | (Jointly Administered) | |
| ) | | |

**MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR
DERIVATIVE STANDING TO PURSUE CLAIMS ON BEHALF OF THE ESTATE**

Come now Generations on 1st, LLC and Parkside Place, LLC (the "Debtors"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 9006(b), and moves to extend the deadline to oppose the motion for derivative standing (the "Motion"), DE #304, filed by Red River State Bank ("RRSB"), and in support thereof state as follows:

By agreement with RRSB, the Debtors submit that a one week extension of time—to and through February 27, 2026—is warranted, so as to allow further assessment of a pending application to employ a chief restructuring officer, DE #291, and the potential ramifications thereof.

The Debtors expressly reserve their right to seek a further extension of time.

WHEREFORE, the Debtors respectfully pray this Honorable Court extend, to and through February 27, 2026, the deadline for the Debtors to respond to the Motion, and for such other and further relief as may be just and proper.

*[Signature on Following Page]*

1

                                        Respectfully Submitted,

Dated: February 20, 2026        By:    /s/ Maurice B. VerStandig
                                                    Maurice B. VerStandig, Esq.
                                                    The Dakota Bankruptcy Firm
                                                    1630 1st Avenue N
                                                    Suite B PMB 24
                                                    Fargo, North Dakota 58102-4246
                                                    Phone: (701) 394-3215
                                                    mac@dakotabankruptcy.com
                                                    *Counsel for the Debtors*

### **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 20th day of February, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                                   /s/ Maurice B. VerStandig
                                                                   Maurice B. VerStandig