UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>GENERATIONS ON 1ST, LLC | CASE NO: 25-30002<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 321 |

On 2/19/2026, I did cause a copy of the following documents, described below,

Notice of Hearing on Approval of Disclosure Statement ECF Docket Reference No. 321

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/19/2026

/s/ Maurice VerStandig
Maurice VerStandig

The Dakota Bankruptcy Firm
1630 1st Avenue N, Suite B PMB 24
Fargo, ND 58102
301-444-4600
mac@dakotabankruptcy.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>GENERATIONS ON 1ST, LLC | CASE NO: 25-30002<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 321 |

On 2/19/2026, a copy of the following documents, described below,

Notice of Hearing on Approval of Disclosure Statement ECF Docket Reference No. 321

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/19/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N, Suite B PMB 24
Fargo, ND  58102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-30002<br>DISTRICT OF NORTH DAKOTA<br>THU FEB 19 14-47-23 PST 2026 | ~~EXCLUDE~~<br><br>~~(U)CP BUSINESS MANAGEMENT INC~~ | ~~EXCLUDE~~<br><br>~~(U)CRAIG DEVELOPMENT LLC~~ |
| ~~EXCLUDE~~<br><br>~~(U)CRAIG HOLDINGS LLC~~ | ~~EXCLUDE~~<br><br>~~(U)CRAIG PROPERTIES LLC~~ | DEBTOR<br><br>GENERATIONS ON 1ST LLC<br>1405 1ST AVENUE N<br>FARGO ND 58102-4203 |
| RED RIVER STATE BANK<br>ATTN CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | UNITED STATES TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-1320 | WATERTOWN DEVELOPMENT COMPANY<br>1 EAST KEMP AVENUE<br>WATERTOWN SD 57201-3606 |
| ~~EXCLUDE~~<br><br>~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH SUITE 210~~<br>~~FARGO ND 58102-4932~~ | ADDISON RASSEL WESTON WEBER<br>26 1ST AVENUE SW<br>UNIT 3513<br>WATERTOWN SD 57201-4256 | ALEXIS BURBACH<br>26 1ST AVENUE SW<br>UNIT 3310<br>WATERTOWN SD 57201-4236 |
| ALEXIS WILLETT<br>26 1ST AVENUE SW<br>UNIT 3318<br>WATERTOWN SD 57201-4236 | ALLIE WEISS<br>26 1ST AVENUE SW<br>UNIT 3403<br>WATERTOWN SD 57201-4237 | ALLISON FOOTE<br>26 1ST AVENUE SW<br>UNIT 3213<br>WATERTOWN SD 57201-4200 |
| ALLYSSA KIRCHBERG<br>26 1ST AVENUE SW<br>UNIT 3315<br>WATERTOWN SD 57201-4236 | AUTOMATIC BUILDING CONTROLS INC<br>4300 W 61ST ST N<br>SIOUX FALLS SD 57107-6474 | BAETEFORSETH HVAC<br>4700 N NORTHVIEW AVE<br>SIOUX FALLS SD 57107-0869 |
| BARB WEGMAN<br>26 1ST AVENUE SW<br>UNIT 3311<br>WATERTOWN SD 57201-4236 | BARBARA GOENS<br>26 1ST AVENUE SW<br>UNIT 3301<br>WATERTOWN SD 57201-4236 | BLACKTAIL INVESTMENTS LLC<br>PO BOX 629<br>FARGO ND 58107-0629 |
| BLAKE THEISEN<br>26 1ST AVENUE SW<br>UNIT 3316<br>WATERTOWN SD 57201-4236 | BRIANNA PEDERSON<br>26 1ST AVENUE SW<br>UNIT 3305<br>WATERTOWN SD 57201-4236 | CP BUSINESS MANAGEMENT INC<br>1401 1ST AVE N<br>B<br>FARGO ND 58102-4203 |
| CANNON ELECTRIC LLC<br>708 9TH AVE SE<br>308<br>WATERTOWN SD 57201-5222 | CAREN STANLEY ESQ<br>VOGEL LAW FIRM<br>218 NP AVENUE<br>FARGO ND 58102-4834 | CARRICO LAW OFFICE<br>657 W KEMP AVE<br>WATERTOWN SD 57201-2249 |

| | | |
|---|---|---|
| CASEY KIRLEY<br>26 1ST AVENUE SW<br>UNIT 3206<br>WATERTOWN  SD 57201-4200 | CHARLES OLSON<br>26 1ST AVENUE SW<br>UNIT 3501<br>WATERTOWN  SD 57201-4256 | CHRISTIANNA A CATHCART  ESQ<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N  SUITE B PMB 24<br>FARGO  NORTH DAKOTA 58102-4246 |
| CLARITY TELECOM  LLC<br>DBA BLUEPEAK FIBER<br>7979 E TUFTS AVE SUITE 850<br>DENVER  CO 80237-2845 | CLAYTON ALBAN<br>26 1ST AVENUE SW<br>UNIT 3313<br>WATERTOWN  SD 57201-4236 | CODINGTON COUNTY TREASURER<br>14 1ST AVE SE<br>WATERTOWN  SD 57201-3611 |
| COUNTY FAIR FOODS OF WATERTOWN INC<br>14 2ND ST NE<br>WATERTOWN  SD 57201-3622 | CYNTHIA WELLS<br>26 1ST AVENUE SW<br>UNIT 3407<br>WATERTOWN  SD 57201-4237 | DAKOTA CLEAN  LLC<br>509 9TH AVE S<br>CLEAR LAKE  SD 57226-2166 |
| DARYL TAPIO<br>26 1ST AVENUE SW<br>UNIT 3413<br>WATERTOWN  SD 57201-4237 | DIONNE ZWEIG<br>26 1ST AVENUE SW<br>UNIT 3412<br>WATERTOWN  SD 57201-4237 | ETHANIEL WELLNITZ<br>26 1ST AVENUE SW<br>UNIT 3502<br>WATERTOWN  SD 57201-4256 |
| GT BROTHERS  LLC<br>14 2ND ST NE<br>WATERTOWN  SD 57201-3622 | GEORGES SANITATION INC<br>3367 12TH AVE NW<br>WATERTOWN  SD 57201-7225 | HME COMPANIES  LLC<br>432 5TH STREET<br>BROOKINGS  SD 57006-2007 |
| HME COMPANIES  LLC<br>ATTN LANE WARZECHA<br>432 5TH STREET<br>BROOKINGS  SD 57006-2007 | HALI ANDERSON  DANIEL WILLIAMS<br>26 1ST AVENUE SW<br>UNIT 3512<br>WATERTOWN  SD 57201-4256 | HELGA MYERS<br>26 1ST AVENUE SW<br>UNIT 3205<br>WATERTOWN  SD 57201-4200 |
| IKES WINDOW WASHING  LLC<br>1126 E KEMP AVE<br>WATERTOWN  SD 57201-3755 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | JACOB KRANZ  SIERRA OVERSHINER<br>26 1ST AVENUE SW<br>UNIT 3510<br>WATERTOWN  SD 57201-4256 |
| JACOBE TRAMP<br>26 1ST AVENUE SW<br>UNIT 3416<br>WATERTOWN  SD 57201-4237 | JESSE AND MARIE HEER<br>26 1ST AVENUE SW<br>UNIT 3404<br>WATERTOWN  SD 57201-4237 | JOHN TIMMONS<br>26 1ST AVENUE SW<br>UNIT 3505<br>WATERTOWN  SD 57201-4256 |
| JONI DYSTRA<br>26 1ST AVENUE SW<br>UNIT 3209<br>WATERTOWN  SD 57201-4200 | JORDAN JIERMAN<br>26 1ST AVENUE SW<br>UNIT 3214<br>WATERTOWN  SD 57201-4200 | JOSHUA ESCAMILLAVIGIL<br>26 1ST AVENUE SW<br>UNIT 3516<br>WATERTOWN  SD 57201-4256 |

```
JUDITH ZIRBEL                          JUSTICE FIRE SAFETY INC               KAREN JENSEN
26 1ST AVENUE SW                       3601 N POTSDAM AVENUE                 26 1ST AVENUE SW
UNIT 3201                              SIOUX FALLS  SD  57104-7032           UNIT 3410
WATERTOWN  SD  57201-4200                                                    WATERTOWN  SD  57201-4237


KEEGAN SCHELLE                         KENDELL GRONHOLZ  COLE GILSDORF       KYLE MARX  DAWSON TREEBY
26 1ST AVENUE SW                       26 1ST AVENUE SW                      26 1ST AVENUE SW
UNIT 3309                              UNIT 3208                             UNIT 3405
WATERTOWN  SD  57201-4236              WATERTOWN  SD  57201-4200             WATERTOWN  SD  57201-4237


KYLE WISSEMAN                          LAVERNE COYLE                         LEW KNAPP
26 1ST AVENUE SW                       26 1ST AVENUE SW                      26 1ST AVENUE SW
UNIT 3308                              UNIT 3408                             UNIT 3216
WATERTOWN  SD  57201-4236              WATERTOWN  SD  57201-4237             WATERTOWN  SD  57201-4200


LIBERTY MUTUAL GROUP INC               LOIS STADHEIM                         LORNA HARSTAD
175 BERKELEY STREET                    26 1ST AVENUE SW                      26 1ST AVENUE SW
BOSTON  MA  02116-3350                 UNIT 3207                             UNIT 3401
                                       WATERTOWN  SD  57201-4200             WATERTOWN  SD  57201-4237


LYNELLE HERSTEDT                       MADISON PREMUS                        MARILYN BOIK
26 1ST AVENUE SW                       26 1ST AVENUE SW                      26 1ST AVENUE SW
UNIT 3506                              UNIT 3509                             UNIT 3210
WATERTOWN  SD  57201-4256              WATERTOWN  SD  57201-4256             WATERTOWN  SD  57201-4200


MARISSA ROBER                          MARLI SCHIPPERS                       MASON MCDONALD
26 1ST AVENUE SW                       NOONEY  SOLAY  LLP                    26 1ST AVENUE SW
UNIT 3418                              326 FOUNDERS PARK                     UNIT 3517
WATERTOWN  SD  57201-4237              RAPID CITY  SD  57701-8090            WATERTOWN  SD  57201-4256


MULINDA SUE CRAIG                      NICHOLAS PETERSEN                     NICK KASTEN  KARLY MONNIER
PO BOX 426                             26 1ST AVENUE SW                      26 1ST AVENUE SW
FARGO  ND  58107-0426                  UNIT 3508                             UNIT 3414
                                       WATERTOWN  SD  57201-4256             WATERTOWN  SD  57201-4237


ORLEY WANGSNESS                        PAIGE HALL                            PHYLLIS JACKSON
26 1ST AVENUE SW                       26 1ST AVENUE SW                      26 1ST AVENUE SW
UNIT 3307                              UNIT 3317                             UNIT 3204
WATERTOWN  SD  57201-4236              WATERTOWN  SD  57201-4236             WATERTOWN  SD  57201-4200


PIPER NAUGHTON                         RAY BRADBURY                          REAGAN CRANDALL
26 1ST AVENUE SW                       26 1ST AVENUE SW                      26 1ST AVENUE SW
UNIT 3417                              UNIT 3504                             UNIT 3303
WATERTOWN  SD  57201-4237              WATERTOWN  SD  57201-4256             WATERTOWN  SD  57201-4236
```

| | | |
|---|---|---|
| RED RIVER STATE BANK<br>114 N MILL ST<br>PO BOX 98<br>FERTILE  MN 56540-0098 | RED RIVER STATE BANK<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND  58107-1389 | RED RIVER STATE BANK<br>CO KESHA L TANABE<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 |
| EXCLUDE<br><br>(D)RED RIVER STATE BANK<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND  58107-1389 | RED RIVER STATE BANK<br>CO DREW J HUSHKA<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | RENEE HANLON<br>26 1ST AVENUE SW<br>UNIT 3201<br>WATERTOWN  SD 57201-4200 |
| SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 | SAYLOR HALLSTROM<br>26 1ST AVENUE SW<br>UNIT 3415<br>WATERTOWN  SD 57201-4237 | SCHUMACHER ELEVATOR COMPANY<br>ONE SCHUMACHER WAY<br>DENVER  IA 50622 |
| SELMER HATLESTAD<br>26 1ST AVENUE SW<br>UNIT 3402<br>WATERTOWN  SD 57201-4237 | SHEILA KAMMERER<br>26 1ST AVENUE SW<br>UNIT 3203<br>WATERTOWN  SD 57201-4200 | SHERMA GEORGE GORE<br>26 1ST AVENUE SW<br>UNIT 3514<br>WATERTOWN  SD 57201-4256 |
| SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E CAPITOL AVENUE<br>PIERRE  SD 57501-3100 | STEVEN ALMQUIST<br>26 1ST AVENUE SW<br>UNIT 3518<br>WATERTOWN  SD 57201-4256 | STEVEN ROSBACH<br>26 1ST AVENUE SW<br>UNIT 3304<br>WATERTOWN  SD 57201-4236 |
| THA DAH HTOO  TA MALA WAH<br>26 1ST AVENUE SW<br>UNIT 3312<br>WATERTOWN  SD 57201-4236 | TIARA DEHOET  LUCAS SIMON<br>26 1ST AVENUE SW<br>UNIT 3306<br>WATERTOWN  SD 57201-4236 | VERNA OLSON<br>26 1ST AVENUE SW<br>UNIT 3215<br>WATERTOWN  SD 57201-4200 |
| EXCLUDE<br><br>(D)WATERTOWN DEVELOPMENT COMPANY<br>1 EAST KEMP AVENUE<br>WATERTOWN  SD 57201-3606 | WATERTOWN DEVELOPMENT COMPANY<br>CO DAVID R STRAIT<br>AUSTIN STRAIT BENSON THOLEKOEHN LLP<br>25 FIRST AVENUE SOUTHWEST<br>WATERTOWN  SD 57201-3507 | WATERTOWN DEVELOPMENT COMPANY<br>CO JORDAN FEIST<br>PO BOX 5027<br>300 SOUTH PHILLIPS AVE  SUITE 300<br>SIOUX FALLS  SD 57104-6322 |
| WATERTOWN MUNICIPAL UTILITIES<br>901 4TH AVE SW<br>WATERTOWN  SD 57201-4106 | WATERTOWN SENIOR ACTIVITY CENTER<br>26 1ST AVE SW<br>SUITE 101<br>WATERTOWN  SD 57201-4268 | WHITE GLOVE CLEANING<br>17892 449TH AVE<br>HAYTI  SD 57241-5223 |
| WHITE GLOVE CLEANING SERVICE  LLC<br>2340 S ELLIS RD<br>APARTMENT 100<br>SIOUX FALLS  SD 57106-7134 | WILLOW SEURER<br>26 1ST AVENUE SW<br>UNIT 3503<br>WATERTOWN  SD 57201-4256 | ZIHUI GONG<br>26 1ST AVENUE SW<br>UNIT 3515<br>WATERTOWN  SD 57201-4256 |

```
                                                                EXCLUDE

CHRISTIANNA A CATHCART         DREW J HUSHKA                    (U)JESSE CRAIG
THE DAKOTA BANKRUPTCY FIRM     VOGEL LAW FIRM
1630 FIRST AVE N               218 NP AVENUE
STE B PMB 24                   PO BOX 1389
FARGO  ND 58102-4246           FARGO  ND 58107-1389


                               EXCLUDE

MAURICE VERSTANDIG             (U)MULINDA AKA MINDY CRAIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO  ND 58102-4246
```