**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: <br><br> Generations on 1st, LLC, <br><br>     Debtor. | Lead Case No.: 25-30002 <br><br> (Chapter 11) |
| In re: <br><br> Parkside Place, LLC, <br> Debtor. | Case No.: 25-30003 <br><br> (Chapter 11) <br><br> Jointly Administered |

**MOTION TO EXTEND DEADLINE TO FILE SUPPLEMENTAL RESPONSE TO DEBTORS' APPLICATION TO EMPLOY A CRO**

Pursuant to Federal Rule of Bankruptcy Procedure 9006(b), Red River State Bank (the "Bank") hereby moves for an order extending its deadline to supplement its response to the Debtor's Application to Approve Employment (the "Application") of Michael T. Schmitz ("Mr. Schmitz") as Chief Restructuring Officer ("CRO") [ECF 291]. Debtors and the Bank are working in good faith to resolve the Bank's objection to the Application. [ECF 300] The parties have reached an agreement in principle but require additional time to document their agreement. Accordingly, the Bank respectfully requests an extension of its deadline to respond from Thursday, February 26, 2026 to Thursday, March 5, 2026.

Additionally, on February 12, 2026, the Court docketed a text-entry order holding the Application in abeyance for 14 days to allow the parties to supplement the record. [ECF 319] The Bank respectfully requests that the Court continue to hold the Application in abeyance because the Parties anticipate they will soon be able to file a stipulation that fully resolves the matter.

Dated: February 26, 2026.  **VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*
Kesha L. Tanabe
ktanabe@vogellaw.com
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
Fargo, ND  58107-1389
701.237.6983
**ATTORNEYS FOR RED RIVER STATE BANK**

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In re: | Lead Case No.: 25-30002 |
|---|---|
| Generations on 1st, LLC, | Chapter 11 |
| Debtor. | |
| In re: | Case No.: 25-30003 |
| Parkside Place, LLC | Chapter 11 |
| Debtor. | Jointly Administered |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that it caused the Motion to Extend the Bank's Deadline to Respond to Debtors' Application to Employ a CRO be filed in the above-captioned case, which caused CM/ECF service upon all registered parties to the case.

Dated: February 26, 2026

*/s/ Kesha L. Tanabe*

3