UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Generations on 1st, LLC,<br><br>       Debtor. | Lead Case No.: 25-30002<br><br>(Chapter 11) |
| In re:<br><br>Parkside Place, LLC,<br><br>Debtor. | Case No.: 25-30003<br><br>(Chapter 11)<br><br>Jointly Administered |

**STIPULATION TO RESOLVE DEBTORS' APPLICATION TO EMPLOY A CRO**

This stipulation is entered into effective as of February 25, 2026, by Red River State Bank (the "Bank") and Debtors Generations on 1st, LLC ("GO1") and Parkside Place, LLC ("Parkside") (collectively "the Debtors"), by and through their undersigned attorneys. RRSB, GO1, and Parkside are hereinafter collectively referred to as the "Parties."

Recitals

1. GO1 and Parkside filed an Application to Approve Employment (the "Application") of Michael T. Schmitz ("Mr. Schmitz") as Chief Restructuring Officer ("CRO") [ECF 291].

2. The Bank filed an objection to the Application (the "Objection"). [ECF 300]

3. The Court conducted a hearing on February 12, 2026. At the conclusion of the hearing, the Court docketed a text-entry order holding the Application in abeyance for 14 days to allow the parties to supplement the record. [ECF 319]

4. On February 19, 2026, the Debtor supplemented the Application by filing a proposed chief restructuring officer agreement (the "CRO Agreement"). [ECF 325]

5. The Parties have conferred to resolve the Application and the Objection consensually.

Agreement

In consideration of the covenants in this Stipulation, the Parties agree as follows:

6. Mr. Schmitz shall serve as CRO for the Debtor GO1, pursuant to the terms set forth in the amended version of the CRO Agreement attached hereto as Exhibit A. The verified statement of Mr. Schmitz is attached to the original Application. [ECF 291]

7. Mr. Ted Gavin shall serve as CRO for the Debtor Parkside, pursuant to the terms set forth in the engagement agreement attached hereto as Exhibit B. The verified statement of Mr. Gavin is attached hereto as Exhibit C, as required by Rule 2014.

8. This Stipulation contains the complete agreement of the Parties relative to its subject matter, and may not be modified or waived, except by a writing signed by the Parties.

9. This Stipulation shall be binding upon the Parties hereto and each of their successors in interest.

10. The Parties consent to and authorize the filing of this Stipulation on the Bankruptcy Court's docket with their electronic signatures and such signatures shall be effective as original signatures for all purposes.

[*The remainder of this page is intentionally blank.*]

IN WITNESS WHEREOF, the Parties have executed this Stipulation on the dates indicated below.

Dated: March 4, 2026                    **THE DAKOTA BANKRUPTCY FIRM**

BY:   */s/ Maurice B. VerStandig*
     Maurice B. VerStandig, Esq.
     1630 1st Ave N
     Suite B PMB 24
     Fargo, ND  58102-4246
     Phone:  701.394.3215
     mac@dakotabankruptcy.com
     *Counsel for Debtor*

Dated: March 4, 2026                    **VOGEL LAW FIRM**

BY:   */s/ Kesha L. Tanabe*
     Kesha L. Tanabe
     ktanabe@vogellaw.com
     Caren W. Stanley (#06100)
     cstanley@vogellaw.com
     Drew J. Hushka (#08230)
     dhushka@vogellaw.com
     218 NP Avenue
     Fargo, ND  58107-1389
     701.237.6983
     **ATTORNEYS FOR RED RIVER STATE BANK**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In re: <br><br> Generations on 1st, LLC, <br><br> Debtor. | Lead Case No.: 25-30002 <br><br> Chapter 11 |
|---|---|
| In re: <br><br> Parkside Place, LLC <br><br> Debtor. | Case No.: 25-30003 <br><br> Chapter 11 <br><br> Jointly Administered |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she caused the Stipulation to Resolve Debtors' Application to Employ a CRO be filed in the above-captioned case, which caused CM/ECF service upon all registered parties to the case.

Dated: March 4, 2026

/s/ Kesha L. Tanabe

4