Docusign Envelope ID: 8BB4C8FB-B712-48B6-BEB6-DC125C1E1D52

Case 25-30002    Doc 335-2    Filed 03/04/26    Entered 03/04/26 21:49:54    Desc Exhibit
B: Gavin Engagement Agreement    Page 1 of 11

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**ted.gavin@gavinsolmonese.com**

**office**   302.655.8997 x 151
**mobile**  484.432.3430
**fax**     302.655.6063

February 25, 2026

Via E-mail

Parkside Place LLC
Attn: Jesse Craig
10 N. Broadway, #102
Watertown, SD 57201

Re: Engagement of Gavin/Solmonese LLC

Dear Jesse:

On behalf of Gavin/Solmonese LLC (the "Advisor"), I thank you for the opportunity to provide Edward T. Gavin, CTP, NCPM to Parkside Place LLC (the "Client") as Chief Restructuring Officer (the "CRO") of the Client. The Advisor's policy at the outset of an engagement (the "Engagement") is to outline the purpose and scope of the engagement and to agree with the Client on the terms on which the Advisor will provide, bill and be paid for services rendered and expenses incurred in connection with this Engagement. This letter sets forth our agreement (the "Agreement") on the terms of the Engagement.

**IDENTIFICATION OF THE CLIENT**

Advisor has been engaged by Client and only the Client, and the scope of the Engagement will be limited to the matters outlined herein. Unless specifically agreed to in writing, Advisor has not been retained to advise, and does not have a client-advisor relationship with: (i) any other officer, director, employee or agent of the Client; (ii) any parent, subsidiary, or other affiliate of the Client; (iii) any partnership of which the Client is a partner (general or limited) or any joint/multiple venture or unincorporated association of which the Client is a member; or (iv) any fund or account managed by the Client.

**SCOPE OF THE ENGAGEMENT**

**Primary Services**

The Advisor understands that, on January 6, 2025, the Client commenced a bankruptcy case, number 25-30003 (the "Bankruptcy Case"), under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of North Dakota (the "Bankruptcy Court").

1007 Orange Street
4th Floor, Suite 461
Wilmington, DE 19801

**gavinsolmonese.com**

**GAVIN / SOLMONESE**

Ted Gavin, CTP, NCPM
*Managing Director & Founding Partner*
Certified Turnaround Professional

**July 20, 2023**

*Page 2 of 11*

The services that the Advisor and CRO will provide to the Client during the course of the Engagement under this Agreement include, but are not limited to, the following:

  i. Oversee and direct the Client's Chapter 11 case in conjunction with management and counsel, including all reporting requirements;
  ii. Work with the Client's property manager, Managing Member, and counsel to ensure the Client's needs are met with respect to the bankruptcy case, including the oversight and submission of Monthly Operating Reports and other reporting;
  iii. Approve cash disbursements according to the Client's budget;
  iv. Prepare and maintain reporting to lenders and other stakeholders on the Client's performance under a cash collateral budget approved by the Court;
  v. Provide testimony in the bankruptcy case as required by counsel;
  vi. Evaluating the Client's strategic and financial alternatives;
  vii. Advising the Client on developing, evaluating, structuring and negotiating the terms and conditions of a turnaround, restructuring, plan of reorganization, or sale transaction;
  viii. Communicating with the Client's stakeholders that may include, but are not limited to, the Client's advisors and retained professionals, investment bankers, vendors, customers, employees, lenders, creditor committees, along with Court officials, attorneys and other service providers, as required;
  ix. Assisting the Client in negotiations with creditors, stakeholders and committees, and;
  x. Such other services as Client may reasonably request and Advisor may agree to perform, which may include, without limitation, advising the Client concerning obtaining additional financing, the liquidation of remaining post-sale assets and wind-down of the corporate entities, or other tasks as reasonably requested.

**Sale Transaction**

In the event Client requests in writing, Advisor will oversee a sale process for the Debtor's assets.

**Financing Transaction**

Not Applicable.

gavinsolmonese.com

GAVIN / SOLMONESE

Ted Gavin, CTP, NCPM
*Managing Director & Founding Partner*
Certified Turnaround Professional

**July 20, 2023**

*Page 3 of 11*

### Limitations

Please be aware that Advisor makes no representations or warranties about the Client's ability to (i) successfully improve its operations, (ii) maintain or secure sufficient liquidity to operate its business, or (iii) successfully complete a turnaround, restructuring, sale transaction, or plan of reorganization. Unless otherwise specified in writing by Advisor, Advisor does not promise any particular results or outcomes in connection with services provided hereunder.

Advisor and its personnel do not hold themselves out as having the licenses of, nor do Advisor and its personnel perform the services of, attorneys, accountants, brokers or other service providers requiring a license.

### Reporting Responsibility

Advisor will report to the Client's Managing Member. The Client's daily contact to the Advisor for the Matter will be Jesse Craig, Managing Member.

### Regulatory Compliance

All regulatory compliance decisions concerning Client's business are the responsibility of Client. Without limitation, Advisor shall have no duty, no responsibility, and no authority with respect to regulatory compliance duties, including, without limitation: (1) the management, handling, transport, disposal or remediation of hazardous wastes or hazardous substances; (2) compliance with applicable federal, state or local statutes, ordinances, regulations, orders and requirements of common law in any way affecting or pertaining to health, safety or the environment; and (3) filings with federal and state securities authorities and federal, state and local taxing authorities.

### Term of the Engagement

This Engagement will be for a term beginning on February 25, 2026 and ending upon (i) the effective date of any plan confirmed by the Bankruptcy Court; (ii) the appointment of a chapter 7 trustee or a chapter 11 trustee; or (iii) the dismissal of the Client's Bankruptcy Case (the "<u>Ending Date</u>"). Notwithstanding the

gavinsolmonese.com

GAVIN / SOLMONESE

Ted Gavin, CTP, NCPM
*Managing Director & Founding Partner*
Certified Turnaround Professional

**July 20, 2023**

*Page 4 of 11*

foregoing, either part may terminate the Engagement upon seven (7) days written notice to the other party. In the event the Engagement is terminated, the portions of this Agreement titled "Limitations," "Fees and Billing Matters," "Indemnification and Hold Harmless," "Miscellaneous Provisions," and "Insurance Coverage," and each of their subparts, will survive such termination.

### Place of Work

If the Client and Advisor agree that it would be advisable, in light of the work to be performed, for Advisor to perform work at any business premises owned, leased by, or available to the Client, then Client agrees to provide to Advisor office space at such location or locations at no charge to the Advisor.

### FEES AND BILLING MATTERS

#### Fees

Client agrees to pay fees for services rendered by personnel of Advisor, which will include the CRO and any associated personnel assisting the CRO in the execution of his duties under this Agreement, based upon the hourly rates set forth below. Travel time will be charged at one-half of the applicable hourly rate.

| Title | Hourly Rate |
|---|---|
| Senior & Managing Directors | $450 to $850 |
| Senior Consultants & Directors | $225 to $475 |
| Other professional staff | $125 to $250 |

The rate for Edward T. Gavin, CTP, NCPM will be $850 per hour for this engagement. Notwithstanding Advisor's regular fee schedule, Advisor will discount its fees on a per-invoice basis so that the blended rate does not exceed $500.00 per hour. Our rates are adjusted periodically (typically around the first of each calendar year) to reflect changes in the Advisor's costs, and market and other conditions. Should a rate change be implemented at any time during this engagement, we will promptly advise you.

#### Retainer

Because Client is a debtor-in-possession, Advisor waives the requirement for a retainer for this engagement.

gavinsolmonese.com

**GAVIN / SOLMONESE**

Ted Gavin, CTP, NCPM
*Managing Director & Founding Partner*
Certified Turnaround Professional

**July 20, 2023**

*Page 5 of 11*

### Disbursements and Expenses

Client agrees to reimburse Advisor for expenses incurred by Advisor by reason of this Engagement, including, without limitation, for travel, meals, computer and database research charges, phone, fax and courier.

### Billing and Payment

Our practice is to bill clients monthly on matters of this nature. Experience has shown that billing on this basis keeps clients fully informed of the level of costs they are incurring and rationalizes the entire billing process. Advisor will render monthly invoices to Client for fees and expenses of its personnel incurred during the prior month. Any delay in rendering such invoices shall not constitute a waiver by Advisor of such fees and expenses. Client agrees to pay such invoices upon receipt by wire transfer to Advisor's bank:  PNC Bank N.A., Wilmington, DE, ABA# 031100089 Account #5693586093, with telephone notification to Judy Sacher at (302) 655-8997 ext. 227. If Advisor agrees in writing, payments may be made by check upon receipt of invoice.

We have found that problems and misunderstandings about billing can be greatly minimized by promptly raising questions or comments about our services and charges. If, for some reason, Client does not timely pay invoices, work on the Engagement cannot continue and we will be forced to terminate this Agreement. In the unfortunate event that we are required to institute collection proceedings for any unpaid invoices, the Client agrees that the Advisor will have the right to seek and recover, and Client will pay, all of the Advisor's costs and expenses in conjunction therewith, including reasonable attorneys' fees, at trial and through all levels of appellate review.

Client will seek authority to retain and compensate the Advisor under Bankruptcy Code section 363, and the Advisor will not be required to file applications for allowance and payment of compensation and reimbursement of expenses incurred under the Agreement.  Advisor will file monthly fee statements with the Bankruptcy Court and will be paid promptly upon presentation to Client of each monthly invoice.

### Taxes

Client agrees that all taxes due from Client by reason of amounts payable, or paid, to Advisor pursuant to this Engagement (including, without limitation, sales and payroll taxes) are the responsibility of and to be paid by Client.

**GAVIN / SOLMONESE**

Ted Gavin, CTP, NCPM
*Managing Director & Founding Partner*
Certified Turnaround Professional

**July 20, 2023**

*Page 6 of 11*

### STATUS OF ADVISOR

The Advisor and all its personnel shall perform all services hereunder as independent contractors and not as employees of Client. Neither Advisor nor its personnel shall receive any remuneration from Client, including participation in disability, retirement, pension, profit sharing or other benefit or deferred compensation plans of Client, other than as set forth herein. The name of Advisor or its personnel shall not be set forth in any document of Client, or otherwise used by Client, unless Advisor shall have previously consented thereto in writing.

### INFORMATION AND CONFIDENTIALITY

Client agrees to provide Advisor access to all Client's financial and other information and records and to Client's directors, officers, employees, representatives, creditors, and other stakeholders as Advisor reasonably deems appropriate.

All information concerning Client's business, whether or not in writing, of a private, secret or confidential nature concerning Client, is and shall remain the exclusive property of Client, and no such information shall be divulged by Advisor to third parties, other than in the reasonable course of the performance of services to be rendered hereunder, unless information becomes public knowledge or is required by law or order of a court.

### REPRESENTATIONS

Client is unaware of any material misrepresentation or misstatement with respect to information provided or to be provided to Advisor, and will immediately notify Advisor in writing if at any time Client discovers that there has been such material misrepresentation.

### INDEMNIFICATION AND HOLD HARMLESS

Client agrees to indemnify and hold harmless Advisor, to the full extent lawful, against any and all losses, actions, claims, damages, liabilities, or costs including reasonable legal fees and expenses (collectively, "Loss"), whether or not in connection with a matter in which Advisor is a party, as and when incurred, directly or indirectly, caused by, relating to, based upon, or arising out of Advisor acting for Client pursuant to the Agreement. Advisor shall not be held liable for errors in judgment. Notwithstanding the foregoing, Client shall have no duty to indemnify or to hold harmless Advisor for any loss, action, claim, damage, liability, or cost to the extent such Loss is found, in a final judgment by a court of competent jurisdiction to have resulted primarily and directly from the gross negligence, willful misconduct, or

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**July 20, 2023**
*Page 7 of 11*

unlawful activities of Advisor as determined by a court of law. If Client is a debtor-in-possession in a chapter 11 proceeding, no amounts shall be payable by the Client as debtor-in-possession, pursuant to any indemnification obligation, without prior approval of the Bankruptcy Court.

These indemnification and hold harmless provisions shall be in addition to any liability that Client may otherwise have to Advisor, and shall include in addition to Advisor, Advisor's affiliated entities, directors, officers, employees, agents, and control persons of Advisor within the meaning of the federal securities laws. All references to Advisor in these indemnification and hold harmless provisions shall be understood to include any of the foregoing.

If any claim, action, proceeding, or investigation is commenced as to which Advisor proposes to demand such indemnification and to be held harmless, Advisor will notify Client promptly upon becoming aware of any such action, proceeding, or investigation. Advisor will have the right to retain counsel of its own choice to represent it, and Client will pay the reasonable fees and expenses of such counsel, which counsel shall, to the fullest extent consistent with its professional responsibilities, cooperate with Client and any counsel designated by it. Client will only be liable for any settlement of any claim against Advisor made with Client's written consent, which consent shall not be unreasonably withheld.

In the event of litigation between Client and Advisor, the prevailing party shall be entitled to recover its reasonable fees and expenses, including attorney's fees.

**INSURANCE COVERAGE**

The Client shall specifically include and cover employees and agents serving as directors or officers of the Client from time to time with direct coverage under the Client's policy for liability insurance covering its directors, officers and any equivalently placed employees ("D&O insurance"). Prior to the Advisor and CRO accepting any officer position, the Client shall, at the request of the Advisor, provide the Advisor a copy of its current D&O policy, a certificate of insurance evidencing the policy is in full force and effect, and a copy of the signed board resolutions and any other documents as the Advisor may reasonably request evidencing the appointment and coverage of the indemnities. The Client will maintain such D&O insurance coverage for the period through which claims can be made against such persons. The Client disclaims a right to distribution from the D&O insurance coverage with respect to such persons. In the event that the Client is unable to include the CRO and the Advisor's employees and agents under the Client's policy or does not have first-dollar coverage reasonably acceptable to the Advisor in effect (e.g., there are outstanding or threatened claims against officers and directors alleging prior acts that may give rise to a claim), the Advisor may, at its option, attempt to purchase a separate D&O insurance policy

gavinsolmonese.com

Docusign Envelope ID: 8BB4C8FB-B712-48B6-BEB6-DC125C1E1D52

**GAVIN / SOLMONESE**

Ted Gavin, CTP, NCPM
*Managing Director & Founding Partner*
Certified Turnaround Professional

**July 20, 2023**

*Page 8 of 11*

acceptable to the Client that will cover the Advisor personnel acting as an officer of the Client, in which case the cost of the policy shall be invoiced to the Client as an out-of-pocket expense, with Client's payment of premiums being a precondition to the Advisor's agreement to undertake this Engagement. If the Advisor is unable or unwilling to purchase such D&O insurance, then the Advisor reserves the right to terminate the Agreement.

### LIMITATION OF LIABILITY

Client and its subsidiaries agree that Advisor's liability to Client, to the extent not otherwise limited, indemnified, or held harmless hereunder, is further limited to the amount of fees paid to Advisor hereunder.

### GOVERNING LAW

The validity, interpretation, and enforcement of this Agreement shall be governed by the internal laws of the State of Delaware applicable to Agreements made and to be fully performed therein. The parties agree that any controversy arising hereunder shall be brought in the Bankruptcy Court (the "Bankruptcy Court"). In the event that the Bankruptcy Court declines to exercise jurisdiction over such controversy or is found to lack jurisdiction, such controversy shall be brought in a federal or state court of competent jurisdiction in the State of Delaware, which the parties agree is an appropriate and convenient forum.

### MISCELLANEOUS PROVISIONS

#### Entire Agreement

This Agreement constitutes the entire understanding and Agreement between the parties hereto with respect to the subject matter hereof and may not be amended, changed, modified, or supplemented, except in writing signed by each party, for which purposes an exchange of electronic mail or faxes clearly indicating mutual agreement shall be acceptable.

#### Assignment

Neither party shall sell, assign, convey or otherwise transfer this Agreement, or any of the rights, interests, or obligations hereunder to any other party without the prior written consent of the other party, except that Advisor may assign this Agreement to a corporation or other business entity in which Edward T. Gavin, CTP, NCPM is a shareholder, member, partner, or director.

gavinsolmonese.com

**GAVIN / SOLMONESE**

Ted Gavin, CTP, NCPM
*Managing Director & Founding Partner*
Certified Turnaround Professional

**July 20, 2023**

*Page 9 of 11*

### Notices

Any written notice required to be given hereunder shall be validly given if delivered personally or sent by registered or certified mail, postage prepaid, to the address of the party set forth in the opening paragraph of this Agreement, or to such other address as one party shall provide in writing to the other in accordance with this paragraph.

### Waiver

The waiver of any breach of any provision of this Agreement by a party to this Agreement shall not operate or be construed as a waiver of any subsequent breach by such party.

### Separability of Provisions

Each provision of this Agreement shall be considered separable. If, for any reason, any provision or provisions of this Agreement are determined to be invalid, unenforceable, or illegal under any existing or future law, such invalidity, unenforceability, or illegality shall not impair the operation of or affect those portions of this Agreement that are valid, enforceable, and legal.

### Headings and Paragraphs

The headings and paragraphs of this Agreement are for convenience only and shall not affect the interpretation of this Agreement.

### Publicity

The Client acknowledges and agrees that Advisor may, at its option and expense, place a customary "tombstone" announcement in such newspapers and periodicals as it may choose, describing its services in connection with any transaction, following the completion of such transaction.

### Anti-Reliance

Advisor represents to the Client and the Client represents to Advisor that in executing this Agreement they do not rely and have not relied upon any representation or statement not set forth herein made by the other or by any of the others agents, representatives or attorneys with regard to the subject matter, basis or effect of this Agreement or otherwise.

gavinsolmonese.com

GAVIN / SOLMONESE

Ted Gavin, CTP, NCPM
*Managing Director & Founding Partner*
Certified Turnaround Professional

**July 20, 2023**

*Page 10 of 11*

### Employment of Advisor's Personnel

If during the term of this Agreement or any further extensions or modifications of this Agreement, or for a period of one year thereafter, Client offers, or any of Advisor's personnel accepts, any employment position or contract with Client, Advisor shall be deemed to have earned a reasonable commission in connection therewith, which shall be calculated at a rate of 30% of the annualized compensation in the event of employment, or of the annualized contract amount in the event of a contract, which shall be payable immediately upon presentation of Advisor's invoice therefor.

### Counterparts

This Agreement may be executed simultaneously in one or more counterparts, each of which shall be deemed an original, but all of which shall together constitute one and the same instrument. The exchange of copies of this Agreement and of signature pages by electronic mail or facsimile transmission shall constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. Signatures of the parties transmitted by electronic mail or facsimile shall be deemed to be their original signatures for all purposes.

### DISCLOSURES

Advisor hereby discloses that Advisor has many relationships in the business community involving lenders, law firms, accounting firms, consulting firms, independent consultant contractors, and others. These relationships may include Advisor in the past or currently receiving client referrals, providing client referrals, providing or receiving professional services, employing employees or contractors or serving as a contractor, and other types of relationships. These relationships may include lenders, professionals, or others that have a connection with Client and/or Advisor's services provided under this Agreement. Such relationships are expected to continue and new ones may begin during the provision of services hereunder. Advisor represents that its independence in providing services hereunder is not compromised by such relationships, and is willing to confer with Client at Client's request concerning the specific nature of any such relationships Advisor may have.

gavinsolmonese.com

**GAVIN / SOLMONESE**

Ted Gavin, CTP, NCPM
*Managing Director & Founding Partner*
Certified Turnaround Professional

**July 20, 2023**

*Page 11 of 11*

    Please signify your agreement to the arrangement for services described in this letter by returning a signed copy of this Agreement (as an e-mail attachment if convenient) and remitting the Retainer to us as promptly as possible. We appreciate the opportunity to advise you and will endeavor to provide prompt, efficient, and responsive services at all times. If you have any questions, please feel free to call me.

    Very truly yours,

                                      **GAVIN/SOLMONESE LLC**

                                      By: Edward T. Gavin, CTP, NCPM
                                      Its Managing Director

Agreed this __27th__ day of February 2026:

**PARKSIDE PLACE LLC**

By: Jesse Craig
Its: Managing Member

gavinsolmonese**.com**