IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | Jointly Administered |

### DECLARATION OF EDWARD T. GAVIN, CTP, NCPM

1. My name is Edward T. Gavin, CTP, NCPM, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am a Managing Director of the firm Gavin/Solmonese LLC, and I have more than twenty-five years of experience as a turnaround and restructuring advisor, in which capacity I frequently serve as Chief Restructuring Officer, financial advisor, trustee or other fiduciary for debtors-in-possession, official committees and other parties in chapter 11 cases nationally.

3. I maintain an office at 1007 N. Orange Street, 3rd Floor, Suite 314; Wilmington, DE 19801 and other locations.

4. I am disinterested as that term is defined in 11 U.S.C. §101(14). I (i) am not a creditor, an equity security holder, or an insider of Parkside Place, LLC (the "Debtor"); (ii) am not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of the Debtor; and (iii) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or

1

indirect relationship to, connection with, or interest in, the Debtor, or for any other reason. Further, I hold no interest adverse to the interest of the Debtor.

5. For clarity, I have no prior economic relationship with the Debtor, nor have I been previously employed by the Debtor. My work with the Debtor is limited to this proposed engagement as Chief Restructuring Officer (CRO).

6. I am presently involved in other matters where other parties in these cases are also engaged, entirely unrelated to these cases. Vogel Law Firm is counsel to Red River State Bank. I am presently engaged as Independent Manager to a company unrelated to these cases for which Vogel Law Firm is legal counsel. Mac VerStandig is engaged as counsel to the Debtors in these cases. I presently serve on the advisory board of the American Bankruptcy Institute's Mid-Atlantic Bankruptcy Seminar with Mr. VerStandig. Creditors in this case may be creditors in other cases in which I am engaged as a post-confirmation liquidating trustee or other fiduciary. Other than the connections I have disclosed, I have no connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, *except* I have professional social relationships with certain attorneys representing the Debtor and at least one creditor in this case.

7. All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.

I, Edward T. Gavin, CTP, NCPM, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: February 27, 2026        By: *Edward T. Gavin IV*
                                                Edward T. Gavin, CTP, NCPM

3