UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br>         Debtor.<br>_____ / | Bankruptcy No. 25-30002<br>Chapter 11 |
| In Re:<br><br>Parkside Place, LLC,<br>         Debtor.<br>_____ / | Bankruptcy No. 25-30003<br>Chapter 11<br><br>(Jointly Administered) |

## NOTICE OF TELEPHONIC SCHEDULING/STATUS CONFERENCE

NOTICE IS GIVEN that a telephonic scheduling/status conference is scheduled for **Tuesday, March 17, 2026, at 1:00 P.M. (Central Standard Time)** to discuss and consider the following matters:

**Hearing on Approval of Debtor's Disclosure Statement for Parkside Place, LLC filed 02/10/2026. (Doc. 313)**

**Hearing on Approval of Debtor's Disclosure Statement for Generations on 1st, LLC filed 02/10/2026. (Doc. 315)**

**Hearing on Approval of Red River State Bank's Disclosure Statement for Parkside Place, LLC filed 02/06/2026. (Doc. 306)**

**Hearing on Approval of Red River State Bank's Disclosure Statement for Generations on 1st, LLC filed 02/06/2026. (Doc. 303)**

**Sixth Motion by Debtors for Leave to Use Cash Collateral filed 01/10/2026. (Doc. 277)**

**Motion by Red River State Bank for Derivative Standing to Pursue Claims on Behalf of the Estates filed 02/06/2026. (Doc. 304)**

Please use the following instructions for the telephone conference:

Telephonic Conference Instructions:

1) Call **701-297-7116**
2) Enter the Meeting ID **16121907752#**
3) Enter **#** again when prompted for a Participant ID
4) Enter the Passcode **529952**
5) Please identify yourself after you have joined the conference.

Dated: March 16, 2026.

        Sara E. Diaz, Clerk
        United States Bankruptcy Court
        Quentin N. Burdick United States Courthouse
        655 1st Avenue North, Suite 210
        Fargo, ND 58102-4932

By:   */s/ Sharon Horsager*
      Sharon Horsager, Deputy Clerk,

Copy served electronically March 16, 2026, to Electronic Mail Notice List for Case No. 25-30002.