# Payables Aging Report

Period: -02/2026

As of : 02/28/2026

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Monday, March 16, 2026
01:28 PM