# Aged Receivable

Property = Parkside Place  Status: Current, Notice  Month From: 02/2026

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre- Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| Parkside Place | | | | | | | | | |
| Parkside Place | SAUER JARED | Notice | 7.00 | 0.00 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| Parkside Place | MEEHL JOSHUA | Current | 85.00 | 85.00 | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 |
| Parkside Place | REUSCHLEIN ZACHARY | Notice | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -60.00 | -60.00 |
| Parkside Place | ROSA CASTRO JADEEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| Parkside Place | KWASNIEWSKI AMANDA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -900.00 | -900.00 |
| Parkside Place | | | 92.00 | 85.00 | 7.00 | 0.00 | 0.00 | -1,985.00 | -1,893.00 |
| | | | | | | | | | |
| Grand Total | | | 92.00 | 85.00 | 7.00 | 0.00 | 0.00 | -1,985.00 | -1,893.00 |

UserId : mcraig@cpbusmgt.com Date : 03/16/2026 Time : 18:19

Monday, March 16, 2026
01:19 PM