**PARKSIDE DIP APT**

**Bank Rec In-Progress Report**

---

| Balance Per Bank Statement as of 02/28/2026 | | | 0.00 |
|---|---|---|---|

**Outstanding Deposits**

| Deposit Date | Deposit Number | | Amount |
|---|---|---|---|
| 02/05/2026 | 2118 | ach | 85.00 |
| 02/27/2026 | 381 | :CC Deposit | 1,171.80 |
| 02/28/2026 | 382 | :CC Deposit | 1,925.00 |
| **Plus: Outstanding Deposits** | | | **3,181.80** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 05/31/2025 | 20076 | ELITE DRAIN & SEWER | 283.55 |
| 07/15/2025 | 20109 | BRADLEY WARNS | 204.25 |
| 02/18/2026 | 20226 | LIBERTY MUTUAL INSURANCE | 1,573.00 |
| 02/27/2026 | 20228 | DOUG RODENGEN | 80.00 |
| 02/28/2026 | 20229 | ELITE DRAIN & SEWER | 283.55 |
| 02/28/2026 | 20230 | GEORGES SANITATION | 207.09 |
| 02/28/2026 | 20231 | MIDCONTINENT | 250.63 |
| 02/28/2026 | 20232 | TURFWURX PROPERTY MAINTENANCE | 421.35 |
| 02/28/2026 | 20233 | WHITE GLOVE CLEANING | 47.79 |
| 02/28/2026 | 20234 | LIBBY BURGHARDT | 87.50 |
| 02/28/2026 | 20236 | CP BUSINESS MANAGEMENT | 3,280.99 |
| 02/28/2026 | 20237 | WMU WATERTOWN MUNICIPAL UTILITIES | 3,078.22 |
| **Less: Outstanding Checks** | | | **9,797.92** |

**Other Items**

| Date | Notes | | Amount |
|---|---|---|---|
| 02/15/2025 | JE 4028 | RE Tax Escrow (payable 4/31) | -3,950.00 |
| 03/15/2025 | JE 4029 | RE Tax Escrow (payable 4/31) | -6,903.87 |
| 03/15/2025 | RC 31633 | Returned item JOSHUA MEEHL | -1,025.00 |
| 08/15/2025 | JE 4225 | :PostRecurring RE Tax Escrow (payable 10 | -2,958.80 |
| 09/15/2025 | JE 4233 | :PostRecurring RE Tax Escrow (payable 10 | -2,958.80 |
| 10/08/2025 | JE 4237 | move RE Tax escrow to Checking. | 17,753.00 |
| 11/15/2025 | JE 4259 | :PostRecurring RE Tax Escrow - estimate, | -2,958.80 |
| 12/15/2025 | JE 4281 | :PostRecurring RE Tax Escrow - estimate, | -2,958.80 |
| 01/31/2026 | JE 4299 | Nov,+Dec tax escrow catchup + January | -5,479.94 |
| 02/15/2026 | JE 4314 | :PostRecurring RE Tax Escrow - due 4/30 | -3,799.18 |
| 02/28/2026 | 18 | Alexis Burbach | -342.18 |
| **Plus / Minus: Other Items** | | | **-15,582.37** |
| **Reconciled Bank Balance** | | | **-22,198.49** |

| | | | |
|---|---|---|---|
| **Balance per GL as of 02/28/2026** | | | **89,986.59** |
| **Reconciled Balance Per G/L** | | | **89,986.59** |

| **Difference** | | | **-112,185.08** |
|---|---|---|---|

**Cleared Items:**

**Cleared Checks**

**PARKSIDE DIP APT**

**Bank Rec In-Progress Report**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/31/2025 | 20003 | ACTIVE HEATING INC | 329.22 | 02/28/2025 |
| 01/31/2025 | 20004 | Alexis Burbach | 755.16 | 02/28/2025 |
| 01/31/2025 | 20005 | BLUEPEAK | 247.63 | 02/28/2025 |
| 01/31/2025 | 20006 | CP BUSINESS MANAGEMENT | 19.13 | 02/28/2025 |
| 01/31/2025 | 20007 | GLASS PRODUCTS | 334.16 | 02/28/2025 |
| 01/31/2025 | 20008 | JAXON SCHMIDT | 120.00 | 02/28/2025 |
| 01/31/2025 | 20009 | SETHS SCAPES | 260.19 | 02/28/2025 |
| 01/31/2025 | 20010 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,392.90 | 02/28/2025 |
| 01/31/2025 | 20011 | Mindy Craig | 11.25 | 02/28/2025 |
| 01/31/2025 | 20013 | CP BUSINESS MANAGEMENT | 984.48 | 02/28/2025 |
| 01/31/2025 | 20014 | JESSE CRAIG | 849.03 | 02/28/2025 |
| 01/31/2025 | 20015 | CP BUSINESS MANAGEMENT | 38.00 | 02/28/2025 |
| 01/29/2025 | 20002 | Mindy Craig | 1,748.74 | 02/28/2025 |
| 02/12/2025 | 20012 | RED RIVER STATE BANK | 14,500.00 | 02/28/2025 |
| 02/27/2025 | 20016 | CP BUSINESS MANAGEMENT | 1,741.90 | 02/28/2025 |
| 02/28/2025 | 20017 | BRIANS GLASS AND DOOR | 175.00 | 03/31/2025 |
| 02/28/2025 | 20018 | GEORGES SANITATION | 207.09 | 03/31/2025 |
| 02/28/2025 | 20019 | DAKOTA CLEAN LLC | 159.30 | 03/31/2025 |
| 02/28/2025 | 20020 | WHITE GLOVE CLEANING | 424.80 | 03/31/2025 |
| 02/28/2025 | 20021 | Alexis Burbach | 894.85 | 03/31/2025 |
| 02/28/2025 | 20022 | BLUEPEAK | 247.63 | 03/31/2025 |
| 02/28/2025 | 20023 | JAXON SCHMIDT | 94.88 | 03/31/2025 |
| 02/28/2025 | 20024 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 1,889.21 | 03/31/2025 |
| 02/28/2025 | 20025 | CP BUSINESS MANAGEMENT | 4,275.13 | 03/31/2025 |
| 02/28/2025 | 20026 | JESSE CRAIG | 1,755.00 | 03/31/2025 |
| 02/28/2025 | 20028 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,922.06 | 03/31/2025 |
| 02/28/2025 | 20029 | LIBBY BURGHARDT | 262.50 | 03/31/2025 |
| 03/05/2025 | 20027 | RED RIVER STATE BANK | 14,500.00 | 03/31/2025 |
| 03/14/2025 | 20030 | JOHNSON | 300.00 | 03/31/2025 |
| 03/14/2025 | 20031 | NEWMAN | 943.50 | 03/31/2025 |
| 03/18/2025 | 20032 | CP BUSINESS MANAGEMENT | 1,699.41 | 03/31/2025 |
| 03/28/2025 | 20033 | JESSE CRAIG | 1,755.00 | 04/30/2025 |
| 03/31/2025 | 20034 | Alexis Burbach | 277.58 | 04/30/2025 |
| 03/31/2025 | 20035 | BLUEPEAK | 247.63 | 04/30/2025 |
| 03/31/2025 | 20036 | Capital One Commercial | 2.29 | 04/30/2025 |
| 03/31/2025 | 20037 | GEORGES SANITATION | 207.09 | 04/30/2025 |
| 03/31/2025 | 20038 | IKES WINDOW WASHING | 116.82 | 04/30/2025 |
| 03/31/2025 | 20039 | JAXON SCHMIDT | 120.00 | 04/30/2025 |
| 03/31/2025 | 20040 | SIGN PRO | 116.10 | 04/30/2025 |
| 03/31/2025 | 20041 | TURFWURX PROPERTY MAINTENANCE | 124.79 | 04/30/2025 |
| 03/31/2025 | 20042 | WHITE GLOVE CLEANING | 504.45 | 04/30/2025 |
| 03/31/2025 | 20043 | AUTOMATIC BUILDING CONTROLS | 923.94 | 04/30/2025 |
| 03/31/2025 | 20044 | Alexis Burbach | 497.55 | 04/30/2025 |
| 03/31/2025 | 20046 | CP BUSINESS MANAGEMENT | 5,173.20 | 04/30/2025 |
| 03/31/2025 | 20047 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,566.49 | 04/30/2025 |
| 03/31/2025 | 20045 | SCHUMACHER | 477.58 | 04/30/2025 |
| 03/31/2025 | 20050 | CP BUSINESS MANAGEMENT | 40.70 | 04/30/2025 |
| 04/10/2025 | 20048 | RED RIVER STATE BANK | 14,500.00 | 04/30/2025 |
| 04/14/2025 | 20049 | CODINGTON COUNTY TREASURER | 20,711.62 | 04/30/2025 |
| 04/16/2025 | 20051 | Alexis Burbach | 101.55 | 04/30/2025 |
| 04/16/2025 | 20052 | JAXON SCHMIDT | 45.00 | 04/30/2025 |

**PARKSIDE DIP APT**

Bank Rec In-Progress Report

| | | | | |
|---|---|---|---|---|
| 04/28/2025 | 20053 | CP BUSINESS MANAGEMENT | 1,741.90 | 04/30/2025 |
| 04/30/2025 | 20054 | BLUEPEAK | 247.77 | 05/30/2025 |
| 04/30/2025 | 20055 | Capital One Commercial | 30.83 | 05/30/2025 |
| 04/30/2025 | 20056 | DAKOTA CLEAN LLC | 1,375.29 | 05/30/2025 |
| 04/30/2025 | 20057 | ELITE DRAIN & SEWER | 283.55 | 05/30/2025 |
| 04/30/2025 | 20058 | GEORGES SANITATION | 207.09 | 05/30/2025 |
| 04/30/2025 | 20059 | LARRYS LUMBER, INC | 223.02 | 05/30/2025 |
| 04/30/2025 | 20060 | TURFWURX PROPERTY MAINTENANCE | 217.71 | 05/30/2025 |
| 04/30/2025 | 20061 | U.S. TRUSTEES | 339.00 | 05/30/2025 |
| 04/30/2025 | 20062 | WHITE GLOVE CLEANING | 451.35 | 05/30/2025 |
| 04/30/2025 | 20063 | Alexis Burbach | 607.60 | 05/30/2025 |
| 04/30/2025 | 20064 | CP BUSINESS MANAGEMENT | 4,324.26 | 05/30/2025 |
| 04/30/2025 | 20065 | JESSE CRAIG | 1,755.00 | 05/30/2025 |
| 04/30/2025 | 20066 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,553.73 | 05/30/2025 |
| 05/12/2025 | 20067 | RED RIVER STATE BANK | 14,500.00 | 05/30/2025 |
| 05/15/2025 | 20068 | Alexis Burbach | 621.14 | 05/30/2025 |
| 05/15/2025 | 20069 | BRADLEY WARNS | 64.00 | 05/30/2025 |
| 05/19/2025 | ACH ONLINE | U.S. TRUSTEES | 150.00 | 05/30/2025 |
| 05/28/2025 | 20070 | CP BUSINESS MANAGEMENT | 1,741.90 | 05/30/2025 |
| 05/31/2025 | 20071 | JESSE CRAIG | 1,755.00 | 06/30/2025 |
| 05/31/2025 | 20072 | Alexis Burbach | 121.86 | 06/30/2025 |
| 05/31/2025 | 20073 | BRADLEY WARNS | 64.00 | 06/30/2025 |
| 05/31/2025 | 20074 | AUTOMATIC BUILDING CONTROLS | 276.12 | 06/30/2025 |
| 05/31/2025 | 20077 | HOMEMAKER'S VILLA | 1,249.20 | 06/30/2025 |
| 05/31/2025 | 20078 | POPHAM CONSTRUCTION | 318.60 | 06/30/2025 |
| 05/31/2025 | 20079 | RUSCO WINDOW | 101.03 | 06/30/2025 |
| 05/31/2025 | 20080 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 06/30/2025 |
| 05/31/2025 | 20081 | WHITE GLOVE CLEANING | 658.84 | 06/30/2025 |
| 05/31/2025 | 20082 | DAKOTA CLEAN LLC | 318.60 | 06/30/2025 |
| 05/31/2025 | 20083 | GEORGES SANITATION | 207.09 | 06/30/2025 |
| 05/31/2025 | 20085 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,460.79 | 06/30/2025 |
| 05/31/2025 | 20086 | CP BUSINESS MANAGEMENT | 4,826.26 | 06/30/2025 |
| 05/31/2025 | 20084 | BLUEPEAK | 247.77 | 06/30/2025 |
| 06/11/2025 | 20087 | RED RIVER STATE BANK | 14,500.00 | 06/30/2025 |
| 06/13/2025 | 20088 | OSENDORF | 444.25 | 07/31/2025 |
| 06/15/2025 | 20089 | Alexis Burbach | 389.57 | 06/30/2025 |
| 06/15/2025 | 20090 | BRADLEY WARNS | 32.00 | 07/31/2025 |
| 06/30/2025 | 20091 | JESSE CRAIG | 1,755.00 | 07/31/2025 |
| 06/30/2025 | 20092 | Alexis Burbach | 169.26 | 07/31/2025 |
| 06/30/2025 | 20093 | BLUEPEAK | 247.77 | 07/31/2025 |
| 06/30/2025 | 20094 | BRADLEY WARNS | 256.00 | 07/31/2025 |
| 06/30/2025 | 20095 | BRIANS GLASS AND DOOR | 56.44 | 07/31/2025 |
| 06/30/2025 | 20096 | Capital One Commercial | 19.68 | 07/31/2025 |
| 06/30/2025 | 20097 | CP BUSINESS MANAGEMENT | 1,741.90 | 07/31/2025 |
| 06/30/2025 | 20098 | IKES WINDOW WASHING | 111.51 | 07/31/2025 |
| 06/30/2025 | 20099 | JORDAN BERNDT | 60.00 | 07/31/2025 |
| 06/30/2025 | 20100 | SCHUMACHER | 494.05 | 07/31/2025 |
| 06/30/2025 | 20101 | WHITE GLOVE CLEANING | 743.40 | 07/31/2025 |
| 06/30/2025 | 20102 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,523.96 | 07/31/2025 |
| 06/30/2025 | 20104 | CP BUSINESS MANAGEMENT | 4,701.56 | 07/31/2025 |
| 06/30/2025 | 20105 | LIBBY BURGHARDT | 105.00 | 07/31/2025 |
| 06/30/2025 | 20107 | CP BUSINESS MANAGEMENT | 125.00 | 07/31/2025 |
| 07/10/2025 | 20103 | RED RIVER STATE BANK | 14,500.00 | 07/31/2025 |

**PARKSIDE DIP APT**

**Bank Rec In-Progress Report**

| Date | Check | Payee | Amount | Cleared |
|---|---|---|---|---|
| 07/14/2025 | 20110 | SCHENKEL | 255.50 | 07/31/2025 |
| 07/15/2025 | 20108 | Alexis Burbach | 477.58 | 07/31/2025 |
| 07/25/2025 | 20111 | LIBERTY MUTUAL INSURANCE | 1,699.41 | 08/29/2025 |
| 07/31/2025 | 20112 | JESSE CRAIG | 1,755.00 | 08/29/2025 |
| 07/31/2025 | 20113 | BLUEPEAK | 247.51 | 08/29/2025 |
| 07/31/2025 | 20114 | CP BUSINESS MANAGEMENT | 6.26 | 08/29/2025 |
| 07/31/2025 | 20115 | GEORGES SANITATION | 430.11 | 08/29/2025 |
| 07/31/2025 | 20116 | U.S. TRUSTEES | 513.00 | 08/29/2025 |
| 07/31/2025 | 20117 | WHITE GLOVE CLEANING | 424.80 | 08/29/2025 |
| 07/31/2025 | 20118 | WMU WATERTOWN MUNICIPAL UTILITIES | 22.14 | 08/29/2025 |
| 07/31/2025 | 20119 | Alexis Burbach | 368.12 | 08/29/2025 |
| 07/31/2025 | 20120 | JORDAN BERNDT | 30.00 | 09/30/2025 |
| 07/31/2025 | 20121 | LIBBY BURGHARDT | 78.75 | 08/29/2025 |
| 07/31/2025 | 20122 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,354.01 | 08/29/2025 |
| 07/31/2025 | 20124 | CP BUSINESS MANAGEMENT | 4,798.63 | 08/29/2025 |
| 08/11/2025 | 20123 | RED RIVER STATE BANK | 14,500.00 | 08/29/2025 |
| 08/14/2025 | 20125 | BOT | 725.00 | 09/30/2025 |
| 08/15/2025 | 20126 | Alexis Burbach | 162.49 | 08/29/2025 |
| 08/15/2025 | 20127 | BRADLEY WARNS | 96.00 | 08/29/2025 |
| 08/20/2025 | 20128 | BOT | 200.00 | 09/30/2025 |
| 08/29/2025 | 20129 | JESSE CRAIG | 1,755.00 | 08/29/2025 |
| 08/31/2025 | 20130 | Alexis Burbach | 156.26 | 09/30/2025 |
| 08/31/2025 | 20131 | CP BUSINESS MANAGEMENT | 4,878.87 | 09/30/2025 |
| 08/31/2025 | 20132 | JORDAN BERNDT | 30.00 | 09/30/2025 |
| 08/31/2025 | 20133 | LIBBY BURGHARDT | 70.00 | 09/30/2025 |
| 08/31/2025 | 20135 | AMERICAN CARPET CARE, INC | 132.75 | 09/30/2025 |
| 08/31/2025 | 20136 | AUTOMATIC BUILDING CONTROLS | 318.60 | 09/30/2025 |
| 08/31/2025 | 20137 | BLUEPEAK | 247.51 | 09/30/2025 |
| 08/31/2025 | 20138 | HOMEMAKER'S VILLA | 2,078.76 | 09/30/2025 |
| 08/31/2025 | 20139 | NARDINI / PYE BARKER | 294.17 | 09/30/2025 |
| 08/31/2025 | 20140 | WHITE GLOVE CLEANING | 245.68 | 09/30/2025 |
| 08/31/2025 | 20141 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,548.82 | 09/30/2025 |
| 08/31/2025 | 20147 | CP BUSINESS MANAGEMENT | 1,562.08 | 09/30/2025 |
| 09/05/2025 | 20134 | RED RIVER STATE BANK | 14,500.00 | 09/30/2025 |
| 09/15/2025 | 20143 | Alexis Burbach | 71.03 | 09/30/2025 |
| 09/15/2025 | 20144 | JORDAN BERNDT | 115.00 | 10/31/2025 |
| 09/17/2025 | 20145 | GLASS PRODUCTS | 600.92 | 09/30/2025 |
| 09/30/2025 | 20146 | JESSE CRAIG | 1,755.00 | 10/31/2025 |
| 09/30/2025 | 20148 | CP BUSINESS MANAGEMENT | 1,678.60 | 09/30/2025 |
| 09/30/2025 | 20149 | Alexis Burbach | 194.35 | 10/31/2025 |
| 09/30/2025 | 20150 | BRADLEY WARNS | 32.00 | 10/31/2025 |
| 09/30/2025 | 20151 | BLUEPEAK | 247.51 | 10/31/2025 |
| 09/30/2025 | 20152 | Capital One Commercial | 27.37 | 10/31/2025 |
| 09/30/2025 | 20153 | IKES WINDOW WASHING | 111.51 | 10/31/2025 |
| 09/30/2025 | 20154 | SCHUMACHER | 494.05 | 10/31/2025 |
| 09/30/2025 | 20155 | THE FIRE GROUP | 415.00 | 10/31/2025 |
| 09/30/2025 | 20156 | WHITE GLOVE CLEANING | 174.30 | 10/31/2025 |
| 09/30/2025 | 20158 | WHITE GLOVE CLEANING | 424.80 | 10/31/2025 |
| 09/30/2025 | 20159 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,459.78 | 10/31/2025 |
| 09/30/2025 | 20160 | CP BUSINESS MANAGEMENT | 5,183.20 | 10/31/2025 |
| 10/01/2025 | 20157 | RED RIVER STATE BANK | 14,500.00 | 10/31/2025 |
| 10/08/2025 | 20161 | CODINGTON COUNTY TREASURER | 20,711.62 | 10/31/2025 |
| 10/14/2025 | 20162 | Alexis Burbach | 121.86 | 10/31/2025 |

**PARKSIDE DIP APT**

**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---:|---|
| 10/14/2025 | 20163 | DOUG RODENGEN | 176.00 | 10/31/2025 |
| 10/28/2025 | 20164 | CP BUSINESS MANAGEMENT | 1,641.28 | 10/31/2025 |
| 10/31/2025 | 20165 | JESSE CRAIG | 1,755.00 | 11/30/2025 |
| 10/31/2025 | 20166 | Alexis Burbach | 318.22 | 11/30/2025 |
| 10/31/2025 | 20167 | DOUG RODENGEN | 411.13 | 11/30/2025 |
| 10/31/2025 | 20168 | BLUEPEAK | 229.27 | 11/30/2025 |
| 10/31/2025 | 20169 | GEORGES SANITATION | 207.09 | 11/30/2025 |
| 10/31/2025 | 20170 | HOMEMAKER'S VILLA | 1,249.19 | 11/30/2025 |
| 10/31/2025 | 20171 | WHITE GLOVE CLEANING | 1,248.03 | 11/30/2025 |
| 10/31/2025 | 20172 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,366.24 | 11/30/2025 |
| 10/31/2025 | 20175 | CP BUSINESS MANAGEMENT | 4,435.10 | 11/30/2025 |
| 11/02/2025 | 20174 | RED RIVER STATE BANK | 19,267.00 | 11/30/2025 |
| 11/15/2025 | 20176 | Alexis Burbach | 321.88 | 11/30/2025 |
| 11/26/2025 | 20177 | JESSE CRAIG | 1,755.00 | 12/31/2025 |
| 11/28/2025 | 20178 | CP BUSINESS MANAGEMENT | 1,612.33 | 12/31/2025 |
| 11/30/2025 | 20179 | Alexis Burbach | 342.19 | 12/31/2025 |
| 11/30/2025 | 20180 | AMERICAN CARPET CARE, INC | 132.75 | 12/31/2025 |
| 11/30/2025 | 20181 | BLUEPEAK | 10.20 | 12/31/2025 |
| 11/30/2025 | 20182 | Capital One Commercial | 13.46 | 12/31/2025 |
| 11/30/2025 | 20183 | DOUG RODENGEN | 88.00 | 12/31/2025 |
| 11/30/2025 | 20184 | LIBBY BURGHARDT | 253.75 | 12/31/2025 |
| 11/30/2025 | 20185 | MIDCONTINENT | 111.04 | 12/31/2025 |
| 11/30/2025 | 20186 | PT REPAIR, LLC | 216.60 | 12/31/2025 |
| 11/30/2025 | 20187 | SAFE N SECURE | 302.67 | 12/31/2025 |
| 11/30/2025 | 20188 | WHITE GLOVE CLEANING | 552.24 | 12/31/2025 |
| 11/30/2025 | 20190 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,624.73 | 12/31/2025 |
| 11/30/2025 | 20191 | GEORGES SANITATION | 621.27 | 12/31/2025 |
| 11/30/2025 | 20192 | CP BUSINESS MANAGEMENT | 4,284.00 | 12/31/2025 |
| 12/01/2025 | 20189 | RED RIVER STATE BANK | 19,267.00 | 12/31/2025 |
| 12/15/2025 | 20193 | Alexis Burbach | 135.42 | 12/31/2025 |
| 12/15/2025 | 20194 | DOUG RODENGEN | 24.00 | 12/31/2025 |
| 12/16/2025 | 20195 | RED RIVER STATE BANK | 25,000.00 | 12/31/2025 |
| 12/31/2025 | 20196 | CP BUSINESS MANAGEMENT | 1,612.33 | 01/30/2026 |
| 12/31/2025 | 20197 | IKES WINDOW WASHING | 111.51 | 01/30/2026 |
| 12/31/2025 | 20198 | JESSE CRAIG | 1,755.00 | 01/30/2026 |
| 12/31/2025 | 20199 | MIDCONTINENT | 373.99 | 01/30/2026 |
| 12/31/2025 | 20200 | SCHUMACHER | 494.05 | 01/30/2026 |
| 12/31/2025 | 20201 | WHITE GLOVE CLEANING | 143.37 | 01/30/2026 |
| 12/31/2025 | 20202 | Alexis Burbach | 128.64 | 01/30/2026 |
| 12/31/2025 | 20203 | CP BUSINESS MANAGEMENT | 55.00 | 01/30/2026 |
| 12/31/2025 | 20204 | TURFWURX PROPERTY MAINTENANCE | 270.81 | 01/30/2026 |
| 12/31/2025 | 20205 | WHITE GLOVE CLEANING | 424.80 | 01/30/2026 |
| 12/31/2025 | 20207 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,629.58 | 01/30/2026 |
| 12/31/2025 | 20208 | CP BUSINESS MANAGEMENT | 4,981.46 | 01/30/2026 |
| 12/31/2025 | 20209 | LIBBY BURGHARDT | 376.25 | 01/30/2026 |
| 01/07/2026 | 20206 | RED RIVER STATE BANK | 19,267.00 | 01/30/2026 |
| 01/14/2026 | 20210 | WHITE GLOVE CLEANING | 472.59 | 01/30/2026 |
| 01/15/2026 | 20211 | DOUG RODENGEN | 168.00 | 01/30/2026 |
| 01/28/2026 | 20212 | CP BUSINESS MANAGEMENT | 1,612.32 | 01/30/2026 |
| 01/31/2026 | 20213 | DOUG RODENGEN | 48.00 | 02/27/2026 |
| 01/31/2026 | 20214 | AUTOMATIC BUILDING CONTROLS | 540.82 | 02/27/2026 |
| 01/31/2026 | 20215 | Capital One Commercial | 47.83 | 02/27/2026 |
| 01/31/2026 | 20216 | GEORGES SANITATION | 414.18 | 02/27/2026 |

**PARKSIDE DIP APT**

**Bank Rec In-Progress Report**

| 01/31/2026 | 20217 | MIDCONTINENT | 250.63 | 02/27/2026 |
|---|---|---|---|---|
| 01/31/2026 | 20218 | TURFWURX PROPERTY MAINTENANCE | 398.25 | 02/27/2026 |
| 01/31/2026 | 20219 | WHITE GLOVE CLEANING | 346.57 | 02/27/2026 |
| 01/31/2026 | 20222 | WMU WATERTOWN MUNICIPAL UTILITIES | 2,908.95 | 02/27/2026 |
| 01/31/2026 | 20223 | CP BUSINESS MANAGEMENT | 3,308.78 | 02/27/2026 |
| 02/01/2026 | 20220 | RED RIVER STATE BANK | 19,266.67 | 02/27/2026 |
| 02/05/2026 | 20221 | RED RIVER STATE BANK | 7,500.00 | 02/27/2026 |
| 02/14/2026 | 20224 | STUCHL | 516.25 | 02/27/2026 |
| 02/17/2026 | 20225 | DOUG RODENGEN | 88.00 | 02/27/2026 |
| **Total Cleared Checks** | | | **459,553.14** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 2023 | yardi test ach | 0.20 | 01/31/2025 |
| 01/30/2025 | 2025 | tx from 1110 | 1.00 | 01/31/2025 |
| 02/02/2025 | 202 | :CC Deposit | 2,940.00 | 02/28/2025 |
| 02/03/2025 | 203 | :ACH/WIPS Deposit | 4,520.00 | 02/28/2025 |
| 02/03/2025 | 204 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2012 | | 4,563.54 | 02/28/2025 |
| 02/03/2025 | 2016 | ACH BATCH 2/3/25 | 7,940.00 | 02/28/2025 |
| 02/03/2025 | 2018 | starion 273434019 | 925.00 | 02/28/2025 |
| 02/03/2025 | 2019 | starion 1490040068 | 1,025.00 | 02/28/2025 |
| 02/03/2025 | 2022 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 205 | :CC Deposit | 3,100.00 | 02/28/2025 |
| 02/05/2025 | 207 | :CC Deposit | 1,025.00 | 02/28/2025 |
| 02/05/2025 | 206 | :ACH Deposit | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 2020 | starion 273962511 | 5,965.00 | 02/28/2025 |
| 02/06/2025 | 208 | :ACH Deposit | 970.00 | 02/28/2025 |
| 02/12/2025 | 2017 | | 925.00 | 02/28/2025 |
| 02/12/2025 | 2021 | | 925.00 | 02/28/2025 |
| 02/14/2025 | 210 | :ACH/WIPS Deposit | 567.00 | 02/28/2025 |
| 02/14/2025 | 2030 | :CC Deposit | 950.00 | 02/28/2025 |
| 02/19/2025 | 2024 | ach | 25.65 | 02/28/2025 |
| 02/24/2025 | 212 | :CC Deposit | 925.00 | 02/28/2025 |
| 02/28/2025 | 214 | :CC Deposit | 1,965.00 | 03/31/2025 |
| 02/28/2025 | 2036 | HME WIRE 2/2/25 | 4,759.12 | 02/28/2025 |
| 03/01/2025 | 218 | :CC Deposit | 2,950.00 | 03/31/2025 |
| 03/03/2025 | 220 | :ACH/WIPS Deposit | 7,045.00 | 03/31/2025 |
| 03/03/2025 | 221 | :CC Deposit | 850.00 | 03/31/2025 |
| 03/03/2025 | 2033 | | 4,589.19 | 03/31/2025 |
| 03/03/2025 | 2034 | | 6,890.00 | 03/31/2025 |
| 03/03/2025 | 2035 | ach | 980.00 | 03/31/2025 |
| 03/04/2025 | 213 | :ACH Deposit (2/28) | 2,835.00 | 03/31/2025 |
| 03/05/2025 | 223 | :CC Deposit | 1,025.00 | 03/31/2025 |
| 03/05/2025 | 2032 | starion 276961936 | 5,095.00 | 03/31/2025 |
| 03/05/2025 | 222 | :ACH Deposit | 1,025.00 | 03/31/2025 |
| 03/07/2025 | 224 | :ACH Deposit | 1,025.00 | 03/31/2025 |
| 03/20/2025 | 2037 | starion 278630839 | 925.00 | 03/31/2025 |
| 03/21/2025 | 225 | :CC Deposit | 1,315.48 | 03/31/2025 |
| 03/28/2025 | 2038 | starion 279536808 | 1,935.00 | 03/31/2025 |
| 03/28/2025 | 226 | :ACH Deposit | 1,895.00 | 04/30/2025 |
| 03/30/2025 | 228 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 03/31/2025 | 227 | :ACH Deposit | 200.00 | 04/30/2025 |
| 04/01/2025 | 230 | :ACH/WIPS Deposit | 3,965.00 | 04/30/2025 |
| 04/01/2025 | 231 | :CC Deposit | 4,030.59 | 04/30/2025 |

**PARKSIDE DIP APT**

**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 04/02/2025 | 233 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 04/02/2025 | 2039 | starion 280087307 | 1,025.00 | 04/30/2025 |
| 04/02/2025 | 232 | :ACH Deposit | 945.00 | 04/30/2025 |
| 04/03/2025 | 2040 | | 4,589.19 | 04/30/2025 |
| 04/03/2025 | 2041 | | 7,870.00 | 04/30/2025 |
| 04/04/2025 | 235 | :CC Deposit | 965.24 | 04/30/2025 |
| 04/04/2025 | 234 | :ACH Deposit | 1,025.00 | 04/30/2025 |
| 04/05/2025 | 236 | :CC Deposit | 1,025.00 | 04/30/2025 |
| 04/07/2025 | 238 | :ACH/WIPS Deposit | 2,050.00 | 04/30/2025 |
| 04/09/2025 | 2042 | starion 280855745 | 4,995.00 | 04/30/2025 |
| 04/10/2025 | 239 | :CC Deposit | 925.00 | 04/30/2025 |
| 04/11/2025 | 240 | :ACH Deposit | 825.00 | 04/30/2025 |
| 04/12/2025 | 2045 | internal tx | 5.49 | 04/30/2025 |
| 04/28/2025 | 242 | :CC Deposit | 1,070.66 | 05/30/2025 |
| 04/28/2025 | 241 | :ACH Deposit | 1,895.00 | 05/30/2025 |
| 04/30/2025 | 2044 | starion | 2,562.55 | 05/30/2025 |
| 04/30/2025 | 243 | :ACH Deposit | 945.00 | 05/30/2025 |
| 05/01/2025 | 245 | :ACH/WIPS Deposit | 6,015.00 | 05/30/2025 |
| 05/01/2025 | 246 | :CC Deposit | 2,990.00 | 05/30/2025 |
| 05/02/2025 | 248 | :CC Deposit | 2,890.00 | 05/30/2025 |
| 05/02/2025 | 247 | :ACH Deposit | 1,025.00 | 05/30/2025 |
| 05/04/2025 | 250 | :CC Deposit | 925.00 | 05/30/2025 |
| 05/04/2025 | 2049 | | 4,589.19 | 05/30/2025 |
| 05/04/2025 | 2050 | | 5,920.00 | 05/30/2025 |
| 05/04/2025 | 2053 | PART OF LARGE ACH BATCH | 1,950.00 | 05/30/2025 |
| 05/05/2025 | 251 | :CC Deposit | 1,025.00 | 05/30/2025 |
| 05/05/2025 | 2046 | starion 283701532 | 2,050.00 | 05/30/2025 |
| 05/05/2025 | 249 | :ACH Deposit | 1,025.00 | 05/30/2025 |
| 05/06/2025 | 252 | :ACH Deposit | 1,325.00 | 05/30/2025 |
| 05/09/2025 | 2047 | starion 284321166 | 1,920.00 | 05/30/2025 |
| 05/11/2025 | 2051 | RE-RUN ACH | 1,025.00 | 05/30/2025 |
| 05/12/2025 | 2052 | FROM NSF FEE | 50.00 | 05/30/2025 |
| 05/12/2025 | 253 | :ACH Deposit | 725.00 | 05/30/2025 |
| 05/13/2025 | 2048 | starion 284667948 | 1,025.00 | 05/30/2025 |
| 05/16/2025 | 254 | :CC Deposit | 88.29 | 05/30/2025 |
| 05/24/2025 | 2061 | | 392.76 | 06/30/2025 |
| 05/29/2025 | 256 | :ACH Deposit | 970.00 | 06/30/2025 |
| 05/31/2025 | 257 | :ACH Deposit | 945.00 | 06/30/2025 |
| 06/01/2025 | 260 | :CC Deposit | 5,840.00 | 06/30/2025 |
| 06/02/2025 | 262 | :ACH/WIPS Deposit | 6,019.25 | 06/30/2025 |
| 06/02/2025 | 263 | :CC Deposit | 2,050.00 | 06/30/2025 |
| 06/02/2025 | 2054 | starion 286883171 | 1,147.00 | 06/30/2025 |
| 06/02/2025 | 2055 | starion 286883474 | 3,045.00 | 06/30/2025 |
| 06/03/2025 | 265 | :CC Deposit | 1,157.24 | 06/30/2025 |
| 06/03/2025 | 2064 | starion ACH | 4,589.19 | 06/30/2025 |
| 06/03/2025 | 2065 | ACH | 6,845.00 | 06/30/2025 |
| 06/03/2025 | 264 | :ACH Deposit | 925.00 | 06/30/2025 |
| 06/04/2025 | 266 | :CC Deposit | 1,025.00 | 06/30/2025 |
| 06/05/2025 | 267 | :ACH Deposit | 1,025.00 | 06/30/2025 |
| 06/09/2025 | 2056 | starion 287712932 | 2,050.00 | 06/30/2025 |
| 06/09/2025 | 2057 | starion 287717631 | 230.74 | 06/30/2025 |
| 06/10/2025 | 268 | :ACH Deposit | 500.00 | 06/30/2025 |
| 06/11/2025 | 2058 | staion 287987265 | 2,050.00 | 06/30/2025 |
| 06/12/2025 | 269 | :CC Deposit | 61.94 | 06/30/2025 |
| 06/12/2025 | 2066 | ACH | 100.00 | 06/30/2025 |
| 06/18/2025 | 270 | :CC Deposit | 1,025.00 | 06/30/2025 |
| 06/30/2025 | 272 | :ACH/WIPS Deposit | 1,223.42 | 07/31/2025 |

**PARKSIDE DIP APT**

**Bank Rec In-Progress Report**

| | | | | | |
|---|---|---|---|---|---|
| 07/01/2025 | 275 | :ACH/WIPS Deposit | | 4,970.00 | 07/31/2025 |
| 07/01/2025 | 276 | :CC Deposit | | 4,060.00 | 07/31/2025 |
| 07/02/2025 | 277 | :CC Deposit | | 3,930.00 | 07/31/2025 |
| 07/02/2025 | 2060 | | | 4,070.00 | 07/31/2025 |
| 07/03/2025 | 279 | :CC Deposit | | 925.00 | 07/31/2025 |
| 07/03/2025 | 2068 | | | 4,589.19 | 07/31/2025 |
| 07/03/2025 | 2069 | | | 6,020.00 | 07/31/2025 |
| 07/03/2025 | 278 | :ACH Deposit | | 975.00 | 07/31/2025 |
| 07/05/2025 | 281 | :CC Deposit | | 1,025.00 | 07/31/2025 |
| 07/07/2025 | 280 | :ACH Deposit | | 2,050.00 | 07/31/2025 |
| 07/09/2025 | 282 | :ACH Deposit | | 1,550.00 | 07/31/2025 |
| 07/10/2025 | 2063 | starion 291143991 | | 1,090.00 | 07/31/2025 |
| 07/18/2025 | 2067 | starion 292008026 | | 2,876.75 | 07/31/2025 |
| 07/21/2025 | 283 | :ACH Deposit | | 1,045.20 | 07/31/2025 |
| 07/28/2025 | 284 | :ACH Deposit | | 1,025.00 | 08/29/2025 |
| 07/31/2025 | 286 | :CC Deposit | | 940.00 | 08/29/2025 |
| 07/31/2025 | 285 | :ACH Deposit | | 500.00 | 08/29/2025 |
| 08/01/2025 | 288 | :ACH/WIPS Deposit | | 6,010.00 | 08/29/2025 |
| 08/01/2025 | 289 | :CC Deposit | | 4,060.00 | 08/29/2025 |
| 08/02/2025 | 290 | :CC Deposit | | 1,965.00 | 08/29/2025 |
| 08/03/2025 | 2074 | | | 4,589.19 | 08/29/2025 |
| 08/03/2025 | 2075 | | | 6,020.00 | 08/29/2025 |
| 08/03/2025 | 2076 | PART OF LARGE ACH BATCH | | 1,025.00 | 08/29/2025 |
| 08/04/2025 | 292 | :ACH/WIPS Deposit | | 2,000.00 | 08/29/2025 |
| 08/04/2025 | 293 | :CC Deposit | | 525.00 | 08/29/2025 |
| 08/04/2025 | 2070 | starion 293854456 | | 4,770.00 | 08/29/2025 |
| 08/05/2025 | 294 | :CC Deposit | | 1,025.00 | 08/29/2025 |
| 08/08/2025 | 295 | :CC Deposit | | 826.50 | 08/29/2025 |
| 08/11/2025 | 2071 | starion 294608237 | | 3,075.00 | 08/29/2025 |
| 08/11/2025 | 2072 | starion 294615068 | | 1,025.00 | 08/29/2025 |
| 08/13/2025 | 2073 | starion 294869005 | | 964.83 | 08/29/2025 |
| 08/15/2025 | 2082 | BANK FEE TX FROM GEN | | 20.00 | 08/29/2025 |
| 08/16/2025 | 296 | :CC Deposit | | 350.00 | 08/29/2025 |
| 08/20/2025 | 297 | :ACH Deposit | | 50.00 | 08/29/2025 |
| 08/22/2025 | 298 | :CC Deposit | | 575.00 | 08/29/2025 |
| 08/27/2025 | 2077 | starion 296430576 | | 800.60 | 08/29/2025 |
| 09/01/2025 | 302 | :CC Deposit | | 4,852.87 | 09/30/2025 |
| 09/02/2025 | 301 | :ACH/WIPS Deposit | | 6,985.00 | 09/30/2025 |
| 09/02/2025 | 303 | :CC Deposit | | 1,025.00 | 09/30/2025 |
| 09/03/2025 | 305 | :CC Deposit | | 1,025.00 | 09/30/2025 |
| 09/03/2025 | 2078 | | | 4,589.19 | 09/30/2025 |
| 09/03/2025 | 2079 | | | 7,045.00 | 09/30/2025 |
| 09/03/2025 | 304 | :ACH Deposit | | 1,025.00 | 09/30/2025 |
| 09/04/2025 | 307 | :ACH/WIPS Deposit | | 2,050.00 | 09/30/2025 |
| 09/04/2025 | 308 | :CC Deposit | | 1,025.00 | 09/30/2025 |
| 09/08/2025 | 309 | :CC Deposit | | 1,557.00 | 09/30/2025 |
| 09/08/2025 | 2080 | starion 297660279 | | 4,100.00 | 09/30/2025 |
| 09/08/2025 | 2081 | starion 297672846 | | 2,050.00 | 09/30/2025 |
| 09/09/2025 | 310 | :CC Deposit | | 787.00 | 09/30/2025 |
| 09/14/2025 | 311 | :CC Deposit | | 19.14 | 09/30/2025 |
| 09/17/2025 | 2083 | starion 298689083 | | 2,057.58 | 09/30/2025 |
| 09/28/2025 | 312 | :CC Deposit | | 1,025.00 | 10/31/2025 |
| 09/29/2025 | 313 | :ACH Deposit | | 970.00 | 10/31/2025 |
| 09/30/2025 | 315 | :CC Deposit | | 1,025.00 | 10/31/2025 |
| 09/30/2025 | 2084 | starion 300121661 | | 1,040.00 | 09/30/2025 |
| 09/30/2025 | 2089 | | | 324.56 | 09/30/2025 |
| 09/30/2025 | 314 | :ACH Deposit | | 1,025.00 | 10/31/2025 |

**PARKSIDE DIP APT**

**Bank Rec In-Progress Report**

| | | | | | |
|---|---|---|---|---|---|
| 10/01/2025 | 317 | :ACH/WIPS Deposit | | 5,060.00 | 10/31/2025 |
| 10/01/2025 | 318 | :CC Deposit | | 3,035.00 | 10/31/2025 |
| 10/02/2025 | 320 | :CC Deposit | | 1,025.00 | 10/31/2025 |
| 10/02/2025 | 319 | :ACH Deposit | | 2,050.00 | 10/31/2025 |
| 10/03/2025 | 321 | :CC Deposit | | 1,965.00 | 10/31/2025 |
| 10/03/2025 | 2085 | | | 4,589.19 | 10/31/2025 |
| 10/03/2025 | 2086 | | | 7,045.00 | 10/31/2025 |
| 10/06/2025 | 322 | :ACH Deposit | | 1,025.00 | 10/31/2025 |
| 10/08/2025 | 2087 | starion 301062817 | | 2,050.00 | 10/31/2025 |
| 10/08/2025 | 323 | :ACH Deposit | | 1,025.00 | 10/31/2025 |
| 10/10/2025 | 2088 | starion 301273981 | | 4,115.00 | 10/31/2025 |
| 10/22/2025 | 324 | :CC Deposit | | 1,155.00 | 10/31/2025 |
| 10/28/2025 | 2090 | starion 303140493 | | 1,244.00 | 10/31/2025 |
| 10/31/2025 | 326 | :CC Deposit | | 2,050.00 | 11/30/2025 |
| 10/31/2025 | 325 | :ACH Deposit | | 1,025.00 | 11/30/2025 |
| 11/01/2025 | 328 | :CC Deposit | | 3,890.00 | 11/30/2025 |
| 11/02/2025 | 331 | :CC Deposit | | 1,025.00 | 11/30/2025 |
| 11/03/2025 | 330 | :ACH/WIPS Deposit | | 7,045.00 | 11/30/2025 |
| 11/03/2025 | 332 | :CC Deposit | | 1,025.00 | 11/30/2025 |
| 11/03/2025 | 2094 | | | 7,045.00 | 11/30/2025 |
| 11/05/2025 | 2091 | starion 304068252 | | 2,050.00 | 11/30/2025 |
| 11/05/2025 | 333 | :ACH Deposit | | 1,025.00 | 11/30/2025 |
| 11/06/2025 | 2092 | starion 304206347 | | 2,050.00 | 11/30/2025 |
| 11/06/2025 | 2097 | re-run ach | | 1,075.00 | 11/30/2025 |
| 11/06/2025 | 334 | :ACH Deposit | | 1,025.00 | 11/30/2025 |
| 11/07/2025 | 335 | :ACH Deposit | | 1,025.00 | 11/30/2025 |
| 11/10/2025 | 2093 | ach | | 4,589.19 | 11/30/2025 |
| 11/10/2025 | 2095 | starion 304572199 | | 1,063.20 | 11/30/2025 |
| 11/11/2025 | 336 | :CC Deposit | | 1,107.00 | 11/30/2025 |
| 11/11/2025 | 2096 | starion 304634390 | | 4,115.00 | 11/30/2025 |
| 11/28/2025 | 337 | :CC Deposit | | 1,025.00 | 12/31/2025 |
| 11/30/2025 | 338 | :CC Deposit | | 940.00 | 12/31/2025 |
| 12/01/2025 | 341 | :ACH/WIPS Deposit | | 7,045.00 | 12/31/2025 |
| 12/01/2025 | 342 | :CC Deposit | | 2,950.00 | 12/31/2025 |
| 12/02/2025 | 344 | :CC Deposit | | 1,025.00 | 12/31/2025 |
| 12/02/2025 | 2098 | :Flexible rent payment | | 1,025.00 | 12/31/2025 |
| 12/02/2025 | 343 | :ACH Deposit | | 1,025.00 | 12/31/2025 |
| 12/03/2025 | 2101 | ACH | | 4,589.19 | 12/31/2025 |
| 12/03/2025 | 2103 | ACH | | 8,080.00 | 12/31/2025 |
| 12/03/2025 | 345 | :ACH Deposit | | 2,050.00 | 12/31/2025 |
| 12/05/2025 | 2099 | starion 307185096 | | 3,075.00 | 12/31/2025 |
| 12/05/2025 | 346 | :ACH Deposit | | 1,025.00 | 12/31/2025 |
| 12/08/2025 | 347 | :CC Deposit | | 1,025.00 | 12/31/2025 |
| 12/12/2025 | 348 | :CC Deposit | | 1,035.00 | 12/31/2025 |
| 12/12/2025 | 2100 | starion 307999912 | | 4,125.00 | 12/31/2025 |
| 12/19/2025 | 349 | :CC Deposit | | 82.00 | 12/31/2025 |
| 12/19/2025 | 2104 | starion 308775782 | | 700.00 | 12/31/2025 |
| 12/22/2025 | 350 | :ACH Deposit | | 10.00 | 12/31/2025 |
| 12/23/2025 | 351 | :ACH Deposit | | 10.00 | 12/31/2025 |
| 12/28/2025 | 353 | :CC Deposit | | 1,025.00 | 01/30/2026 |
| 12/29/2025 | 354 | :CC Deposit | | 985.00 | 01/30/2026 |
| 12/29/2025 | 352 | :ACH Deposit | | 1,035.00 | 01/30/2026 |
| 12/31/2025 | 355 | :ACH Deposit | | 1,025.00 | 01/30/2026 |
| 01/01/2026 | 357 | :CC Deposit | | 2,050.00 | 01/30/2026 |
| 01/02/2026 | 358 | :ACH/WIPS Deposit | | 4,995.00 | 01/30/2026 |
| 01/02/2026 | 359 | :CC Deposit | | 940.00 | 01/30/2026 |
| 01/02/2026 | 2105 | :Flexible rent payment | | 1,035.00 | 01/30/2026 |

**PARKSIDE DIP APT**

**Bank Rec In-Progress Report**

| 01/03/2026 | 361 | :CC Deposit | 1,000.32 | 01/30/2026 |
|---|---|---|---|---|
| 01/03/2026 | 2106 | ACH | 4,589.19 | 01/30/2026 |
| 01/03/2026 | 2107 | ACH | 8,080.00 | 01/30/2026 |
| 01/05/2026 | 362 | :ACH/WIPS Deposit | 2,050.00 | 01/30/2026 |
| 01/06/2026 | 364 | :CC Deposit | 1,107.00 | 01/30/2026 |
| 01/06/2026 | 2108 | starion 310618620 | 187.25 | 01/30/2026 |
| 01/06/2026 | 2109 | starion 310620125 | 2,050.00 | 01/30/2026 |
| 01/06/2026 | 363 | :ACH Deposit | 300.00 | 01/30/2026 |
| 01/07/2026 | 365 | :ACH Deposit | 725.00 | 01/30/2026 |
| 01/08/2026 | 366 | :CC Deposit | 1,117.80 | 01/30/2026 |
| 01/09/2026 | 367 | :ACH Deposit | 1,107.00 | 01/30/2026 |
| 01/12/2026 | 2111 | starion 311240604 | 4,125.00 | 01/30/2026 |
| 01/14/2026 | 2112 | RE-RUN ACH | 1,157.00 | 01/30/2026 |
| 01/16/2026 | 368 | :ACH Deposit | 58.00 | 01/30/2026 |
| 01/20/2026 | 369 | :ACH Deposit | 10.00 | 01/30/2026 |
| 01/28/2026 | 370 | :CC Deposit | 1,025.00 | 02/27/2026 |
| 01/29/2026 | 371 | :ACH Deposit | 1,025.00 | 02/27/2026 |
| 01/30/2026 | 2113 | starion 313119174 | 2,861.00 | 01/30/2026 |
| 02/01/2026 | 373 | :CC Deposit | 2,050.00 | 02/27/2026 |
| 02/02/2026 | 374 | :ACH/WIPS Deposit | 6,085.00 | 02/27/2026 |
| 02/02/2026 | 375 | :CC Deposit | 1,989.68 | 02/27/2026 |
| 02/03/2026 | 2114 | :Flexible rent payment | 1,035.00 | 02/27/2026 |
| 02/03/2026 | 2115 | | 4,589.19 | 02/27/2026 |
| 02/03/2026 | 2116 | ACH | 8,080.00 | 02/27/2026 |
| 02/03/2026 | 376 | :ACH Deposit | 1,055.00 | 02/27/2026 |
| 02/04/2026 | 378 | :CC Deposit | 1,025.00 | 02/27/2026 |
| 02/04/2026 | 377 | :ACH Deposit | 1,025.00 | 02/27/2026 |
| 02/05/2026 | 2117 | starion 313715322 | 2,050.00 | 02/27/2026 |
| 02/05/2026 | 379 | :ACH Deposit | 1,035.00 | 02/27/2026 |
| 02/09/2026 | 2119 | starion 314156696 | 1,025.00 | 02/27/2026 |
| 02/14/2026 | 2120 | re-run ACH | 1,157.00 | 02/27/2026 |
| 02/19/2026 | 380 | :CC Deposit | 428.23 | 02/27/2026 |
| 02/24/2026 | 2121 | starion 315619388 | 4,377.92 | 02/27/2026 |
| 02/25/2026 | 2122 | starion 315753051 | 1,107.00 | 02/27/2026 |
| **Total Cleared Deposits** | | | **539,840.87** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 1 | yardi | -0.23 | 01/31/2025 |
| 01/31/2025 | JE 4027 | RE Tax Escrow (payable 4/31) | -6,903.87 | 01/31/2025 |
| 02/03/2025 | 2 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 3 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/28/2025 | 4 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | JE 4006 | Returned item charge | -5.00 | 02/28/2025 |
| 02/05/2025 | RC 31367 | Returned item MARLYS HOLUBOK | -995.00 | 02/28/2025 |
| 03/14/2025 | JE 4075 | :Prog Gen Move Out transfer (MITCHELL NEWMAN) - Receipt #31881 | 980.00 | 03/31/2025 |
| 03/14/2025 | JE 4079 | move johnsons deposit into checking for return | 1,025.00 | 03/31/2025 |
| 04/14/2025 | JE 4095 | Tx RE Escrow to checking for 4/31 pymt | 17,757.54 | 05/31/2025 |
| 04/14/2025 | JE 4099 | :Prog Gen Move Out transfer (RILEY CASPER) - Receipt #32173 | 980.00 | 04/30/2025 |
| 04/15/2025 | JE 4118 | :PostRecurring RE Tax Escrow (payable 10/31) | -2,958.80 | 05/30/2025 |
| 05/06/2025 | 5 | STARION FINANCIAL | -5.00 | 05/30/2025 |

**PARKSIDE DIP APT**

**Bank Rec In-Progress Report**

| Date | Reference | Description | Amount | Date |
|---|---|---|---|---|
| 05/16/2025 | 7 | Starion Bank | -20.00 | 05/30/2025 |
| 05/10/2025 | RC 32459 | Returned item Mark P Keller | -1,025.00 | 05/30/2025 |
| 05/15/2025 | JE 4143 | :PostRecurring RE Tax Escrow (payable 10/31) | -2,958.80 | 05/15/2025 |
| 06/13/2025 | JE 4154 | :Prog Gen Move Out transfer (INDY OSENDORF)  - Receipt #32822 | 1,025.00 | 06/30/2025 |
| 06/13/2025 | JE 4155 | :Prog Gen Move Out transfer (NATHAN SIK)  - Receipt #32823 | 1,025.00 | 06/30/2025 |
| 06/15/2025 | JE 4164 | | 20.00 | 06/30/2025 |
| 06/15/2025 | JE 4178 | :PostRecurring RE Tax Escrow (payable 10/31) | -2,958.80 | 06/30/2025 |
| 07/14/2025 | JE 4191 | :Prog Gen Move Out transfer (NATHAN SCHENKEL)  - Receipt #33078 | 925.00 | 07/31/2025 |
| 07/14/2025 | JE 4209 | holden deposit moved to checking | 750.00 | 07/31/2025 |
| 07/15/2025 | JE 4200 | :PostRecurring RE Tax Escrow (payable 10/31) | -2,958.80 | 07/15/2025 |
| 08/06/2025 | RC 33286 | Returned item LIZETTE SALGADO | -1,025.00 | 08/29/2025 |
| 08/14/2025 | JE 4213 | :Prog Gen Move Out transfer (ANDREW BOT)  - Receipt #33455 | 925.00 | 08/29/2025 |
| 09/01/2025 | RC 33513 | Returned item ZACHARY REUSCHLEIN | -330.60 | 09/01/2025 |
| 09/07/2025 | JE 4218 | :Prog Gen Move Out transfer (SHANYA MEHLHAFF)  - Receipt #33791 | 1,025.00 | 09/30/2025 |
| 10/14/2025 | JE 4241 | :Prog Gen Move Out transfer (MARLYS HOLUBOK)  - Receipt #34191 | 980.00 | 10/31/2025 |
| 11/03/2025 | 9 | U.S. TRUSTEES | -195.00 | 11/30/2025 |
| 11/07/2025 | 11 | RED RIVER STATE BANK | -43,500.00 | 11/30/2025 |
| 11/17/2025 | 12 | STARION FINANCIAL | -20.00 | 11/30/2025 |
| 11/04/2025 | RC 34432 | Returned item Mark P Keller | -1,025.00 | 11/30/2025 |
| 11/07/2025 | JE 4260 | TX funds to RRSB from Trust | 43,500.00 | 11/30/2025 |
| 11/17/2025 | JE 4261 | TX funds to Park Checking from TRUST | 30,000.00 | 11/30/2025 |
| 11/30/2025 | JE 4257 | | 45.00 | 12/31/2025 |
| 12/09/2025 | 10 | U.S. TRUSTEES | -6.49 | 12/31/2025 |
| 12/31/2025 | 13 | U.S. TRUSTEES | -6.49 | 01/30/2026 |
| 12/13/2025 | JE 4271 | :Prog Gen Move Out transfer (WILLIAM JOHNSON)  - Receipt #34768 | 945.00 | 12/31/2025 |
| 01/15/2026 | 14 | Alexis Burbach | -196.34 | 01/30/2026 |
| 01/31/2026 | 15 | Alexis Burbach | -121.86 | 02/27/2026 |
| 01/31/2026 | 16 | U.S. TRUSTEES | -739.02 | 02/27/2026 |
| 01/07/2026 | RC 35013 | Returned item Mark P Keller | -1,025.00 | 01/30/2026 |
| 02/17/2026 | 17 | Alexis Burbach | -115.09 | 02/27/2026 |
| 02/10/2026 | RC 35332 | Returned item Mark P Keller | -1,025.00 | 02/27/2026 |
| 02/14/2026 | JE 4303 | :Prog Gen Move Out transfer (DEBBIE STUCHL)  - Receipt #35478 | 1,025.00 | 02/27/2026 |

**Total Cleared Other Items**                32,752.35