**3/16/2026 1:27 PM**

### Rent Roll

Property =  Parkside Place

As Of = 02/27/2026

Month = 02/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | CAM | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|-------------|----------------|-----|------|---------|------------------|----------|
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 519.04 | 0.00 | 09/01/2021 | 08/31/2026 | |
| 202 | COUNTY FAIR FOODS OF WATERTOWN | 1,290.00 | 2,000.00 | 267.15 | 0.00 | 10/01/2021 | 09/30/2026 | |
| 2201 | ERIN KRAVIK | 1,035.00 | 925.00 | 0.00 | 0.00 | 05/04/2024 | 11/30/2026 | |
| 2202 | HOLLY // LISA OHMAN | 1,025.00 | 965.00 | 0.00 | 0.00 | 08/01/2022 | | |
| 2203 | ZOIE FRASER | 1,025.00 | 750.00 | 0.00 | 0.00 | 02/01/2025 | 02/28/2027 | |
| 2204 | JAIME BRANN | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 06/04/2025 | 06/30/2026 | |
| 2205 | QUINN KOTEK | 1,025.00 | 925.00 | 0.00 | 0.00 | 07/01/2024 | 06/30/2025 | |
| 2206 | JAMES BRUMBAUGH | 1,025.00 | 980.00 | 0.00 | 0.00 | 4/1/2023 | 03/31/2024 | 2/28/2026 |
| 2207 | MARGARET MELAND | 1,035.00 | 1,025.00 | 0.00 | 0.00 | 08/05/2024 | 02/29/2028 | |
| 2208 | DOUGLAS GROVENBURG | 1,035.00 | 1,035.00 | 0.00 | 0.00 | 12/01/2025 | 11/30/2026 | 01/10/2026 |
| 2209 | MARIAH GAUKLER | 980.00 | 980.00 | 0.00 | 0.00 | 05/01/2023 | 04/30/2024 | |
| 2210 | Mark Keller | 1,080.00 | 945.00 | 0.00 | 0.00 | 03/11/2022 | | |
| 2211 | JARED SAUER | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 08/01/2024 | 07/31/2025 | 03/31/2026 |
| 2212 | CHANNELLE COSS | 1,025.00 | 750.00 | 0.00 | 0.00 | 02/01/2025 | 01/31/2026 | 02/28/2026 |
| 2301 | JADEEN ROSA CASTRO | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 08/07/2025 | 08/31/2026 | |
| 2302 | TIFFANY SANDERSON | 1,080.00 | 980.00 | 0.00 | 0.00 | 01/01/2023 | 12/31/2023 | |
| 2303 | SAMANTHA ADAM | 1,025.00 | 945.00 | 0.00 | 0.00 | 05/10/2022 | 04/30/2027 | |
| 2304 | CHANDLER PEERY | 1,035.00 | 925.00 | 0.00 | 0.00 | 05/10/2024 | 11/30/2026 | |
| 2305 | BAYLEE BOESE | 1,055.00 | 750.00 | 0.00 | 0.00 | 12/04/2024 | 12/31/2025 | |
| 2306 | GARY HOFER | 1,080.00 | 925.00 | 0.00 | 0.00 | 05/15/2024 | 05/31/2025 | |
| 2307 | ZACHARY REUSCHLEIN | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 09/01/2025 | 08/31/2026 | 02/07/2026 |
| 2308 | JORGE ROSA | 1,025.00 | 1,000.00 | 0.00 | 0.00 | 01/10/2025 | 01/09/2026 | |
| 2309 | DAVID TIJERINA | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 03/01/2025 | 02/28/2026 | |
| 2310 | JOSHUA MEEHL | 1,055.00 | 750.00 | 0.00 | 0.00 | 02/01/2025 | 01/31/2026 | |
| 2311 | LIZETTE SALGADO | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 05/28/2025 | 05/31/2026 | |
| 2312 | CIARA FRANK | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 08/01/2025 | 07/31/2026 | |
| 2401 | ANNA SAMUELSON | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 07/07/2025 | 07/31/2026 | |
| 2402 | JOELLE CONSIER | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 04/16/2025 | 04/30/2026 | |

**3/16/2026 1:27 PM**

## Rent Roll

Property = Parkside Place

As Of = 02/27/2026

Month = 02/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | CAM | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|------------|----------------|-----|------|---------|-----------------|----------|
| 2403 | MADELYN PUGSLEY | 1,055.00 | 750.00 | 0.00 | 0.00 | 01/01/2025 | 12/31/2025 | |
| 2404 | BRANDON BROWN | 1,035.00 | 980.00 | 0.00 | 0.00 | 12/01/2022 | 12/31/2026 | |
| 2405 | AMANDA KWASNIEWSKI | 1,090.00 | 700.00 | 0.00 | 0.00 | 02/18/2026 | 02/28/2027 | |
| 2406 | HOPE LEWANDOWSKI | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 03/01/2025 | 02/28/2026 | |
| 2407 | COLE WEGNER | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 08/14/2024 | 08/31/2025 | |
| 2408 | JOSEPH NOELDNER | 1,035.00 | 1,025.00 | 0.00 | 0.00 | 09/01/2023 | 08/31/2026 | |
| 2409 | JOSHUA GILLILAND | 1,080.00 | 500.00 | 0.00 | 0.00 | 12/01/2021 | | |
| 2410 | ANDY NGUYEN | 1,035.00 | 1,025.00 | 0.00 | 0.00 | 11/01/2023 | 11/30/2026 | |
| 2411 | REYNA REYES | 1,035.00 | 1,035.00 | 0.00 | 0.00 | 12/01/2025 | 11/30/2026 | |
| 2412 | BENJAMIN WAGNER | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 06/01/2024 | 06/30/2026 | |
| **Total** | **Parkside Place** | **41,223.00** | **39,870.00** | **786.19** | **0.00** | | | |

| Summary Groups | Square Footage | Actual Rent | Security Deposit | CAM | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied |
|----------------|----------------|-------------|------------------|-----|------|------------|------------------|-----------------|
| Current/Notice /Vacant | 28,008.00 | 41,223.00 | 39,870.00 | 786.18 | 0.00 | 38 | 100.00 | 100.00 |
| Future Tenants/Applic | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 |
| Occupied Units | 28,008.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38 | 100.00 | 100.00 |
| Total vacant Units | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals:** | **28,008.00** | **41,223.00** | **39,870.00** | **786.18** | **0.00** | **38** | **100.00** | **100.00** |