**3/16/2026 1:10 PM**

## 12 Months Cash Flow Statement

Parkside Place

Month = Feb 2026

Book = Cash

| ACCOUNT | | Feb 2026 | Total |
|---|---|---:|---:|
| **4000** | **INCOME** | | |
| 4300 | Gross Potential Rent/HOA | 40,793.00 | 40,793.00 |
| 4301 | CAM | 786.19 | 786.19 |
| 4715 | Less:  HME Incentives | -115.32 | -115.32 |
| 4720 | Delinquency | -1,025.00 | -1,025.00 |
| 4730 | Less: Vacancy | -661.77 | -661.77 |
| 4810 | Plus: Prepaid Rent/HOA | -110.00 | -110.00 |
| 4990 | Net Rent/HOA Income | 39,667.10 | 39,667.10 |
| | | | |
| 5990 | Total Income | 39,667.10 | 39,667.10 |
| | | | |
| **6000** | **EXPENSES** | | |
| | | | |
| 6100 | Maintenance Expenses | | |
| 6200 | Maintenance Staff Costs | 168.00 | 168.00 |
| 6220 | Painting | 78.75 | 78.75 |
| 6225 | Plumbing | 283.55 | 283.55 |
| 6242 | Carpet Cleaning | -132.75 | -132.75 |
| 6260 | Resident Manager | 257.27 | 257.27 |
| 6275 | Snow Removal | 421.35 | 421.35 |
| 6290 | Janitorial | -113.55 | -113.55 |
| 6990 | Total Maintenance Expenses | 962.62 | 962.62 |
| | | | |
| 7000 | Operating Expenses | | |
| 7057 | Software Fee | 38.00 | 38.00 |
| 7060 | Leasing Commissions (payout) | 200.00 | 200.00 |
| 7130 | Internet & Phone Costs/Service | 250.63 | 250.63 |
| 7400 | Property Management | 1,983.36 | 1,983.36 |
| 7440 | Insurance | 1,573.00 | 1,573.00 |
| 7800 | Electricity-Vacant | 17.86 | 17.86 |
| 7801 | Electricity-Building | 679.25 | 679.25 |
| 7861 | Gas-Building | 300.27 | 300.27 |
| 7870 | Water & Sewer | 2,080.84 | 2,080.84 |
| 7880 | Garbage | 207.09 | 207.09 |
| 7990 | Total Operating Expenses | 7,330.30 | 7,330.30 |
| | | | |
| 8001 | Other Expenses | | |
| 8004 | Misc. PM Fees | 200.00 | 200.00 |
| 8005 | Misc Professional Fees | 250.00 | 250.00 |
| 8020 | Total Other Expenses | 450.00 | 450.00 |
| | | | |
| 8990 | Total Expenses | 8,742.92 | 8,742.92 |
| | | | |
| **9090** | **NET INCOME** | **30,924.18** | **30,924.18** |
| | | | |
| | ADJUSTMENTS | | |
| 1132 | Parkside Real Estate Tax Escrow | -3,799.18 | -3,799.18 |
| 2700 | Mortgage 1st | -26,766.67 | -26,766.67 |
| | | | |
| | TOTAL ADJUSTMENTS | -30,565.85 | -30,565.85 |
| | | | |
| | CASH FLOW | 358.33 | 358.33 |