**Alexis Burbach**
**2026**

From: 1-Feb
To: 15-Feb



*Parkside Place*

Invoice #: 2026
Invoice Date: 2/15/2026
Due Date: 2/16/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 2/2 | | 5:45 PM | 6:15 PM | 0:30: | showing Ezra | $12.75 |
| 2/4 | | 11:00 AM | 11:30 AM | 0:30: | showing austin | $12.75 |
| 2/6 | | 10:00 | 11:15 | 1:15: | showing nick 2405, walk building, mailroom mail clean up | $31.88 |
| 2/10 | | 12:15 | 1:00 PM | 0:45: | schedule window replacements, tenants informed, schedul 2406 dishwasher repair, dave called | $19.13 |
| 2/12 | | 8:45 | 9:15 | 0:30: | meet window company | $12.75 |
| 2/12 | | 10:00 AM | 10:30 AM | 0:30: | window company calls for lift/reschedule | $12.75 |
| 2/13 | | 10:00 AM | 10:15 AM | 0:15: | showing amanda | $6.37 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | Total Hours | 4:15: | | Total Hourly Pay $25.50/hour | $108.38 |

| Date | Unit | Start | End | Total Hours | Maintenance | |
|------|------|-------|-----|-------------|-------------|---|
| | | | | | | |
| | | | | | | |
| | | Total Hours | 0:00: | | Total Maintenance $30/hour | $0.00 |

| Date | Unit | Reimbursement | |
|------|------|---------------|---|
| | | | |
| | | | |
| | | | |
| | | Total Reimbursement | $0.00 |

| Date | Unit | Commission | |
|------|------|------------|---|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | Total Commissions | $0.00 |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $108.38 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $108.38 |
| Parkside Place Sales Tax (6.2%): | $6.72 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Total Paycheck Amount: | $115.09 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20237

02/28/26

$3,078.22***

TO THE
ORDER OF   **** THREE THOUSAND SEVENTY EIGHT AND 22/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

**MUNICIPAL UTILITIES DEPT.**

| Account Number | Name | Service Address |
|---|---|---|
| 002-00187427-06 | PARKSIDE PLACE, LLC | 8 2 ST NE 2405 |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049042 | 02/18/2026 | 01/30/2026 | 19 | MR | 18253 | 18213 | 1 | 40 | kWh | |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.85 |
| Electric Energy | 2.96 |
| Electric State Tax | 0.71 |
| Electric City Tax | 0.34 |
| TOTAL ELECTRIC CHARGES | 17.86 |
| | |
| CURRENT CHARGES | $17.86 |
| | |
| TOTAL AMOUNT DUE | $17.86 |

*PAID* *2026* *2027*  OWS

| 121360 | | | | | |
|---|---|---|---|---|---|
| **Bill Type** | **Account Type** | **Bill Date** | **Due Date** | **Amount Due** | **Late Amount** |
| FINAL BILL | | 03/01/2026 | 03/10/2026 | 17.86 | 18.75 |

**MESSAGES:** We are improving your experience. Our office is launching new software along with an online customer portal designed to make managing your account easier and more convenient. Through the portal, you will be able to view statements, make payments, and access documents anytime. Thank you for your patience as we work to improve our services.

008-00187355-01    PARKSIDE PLACE, LLC

**8 2 ST NE HOUSE**

| Meter Number | Read Dates Present | Read Dates Previous | Billing Days | Code | Present | Previous | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1 | 7735 | kWh | |
| | | | | MR | 23229 | 15494 | 1 | 16.02 | kW | |
| ELECTRIC: 0000030986 | 02/23/2026 | 01/22/2026 | 32 | MR | 16023 | | 1 | 86 | ccf | |
| ELECTRIC: 0000030986 | 02/23/2026 | 01/22/2026 | 32 | MR | 03721 | 03635 | | 414 | ccf | |
| WATER: 0200555043 | 02/23/2026 | 01/22/2026 | 32 | MR | 14698 | 14328 | 1.119 | | | |
| GAS: 0104951134 | 02/23/2026 | 01/22/2026 | 32 | | | | | | | |

## YOUR MONTHLY USAGE

**ELECTRIC (kWh)**

**WATER (100 cu.ft)**

**GAS (ccf)**

| | |
|---|---|
| PREVIOUS BALANCE | 2,908.95 |
| PAYMENT 02/09/2026 | -2,908.95 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 20.80 |
| Electric Energy | 618.80 |
| Electric State Tax | 26.86 |
| Electric City Tax | 12.79 |
| TOTAL ELECTRIC CHARGES | 679.25 |
| GAS SERVICE | |
| Gas Customer Charge | 19.00 |
| Gas Consumption | 263.74 |
| Gas State Tax | 11.88 |
| Gas City Tax | 5.65 |
| TOTAL GAS CHARGES | 300.27 |
| WATER SERVICE | |
| Water Customer Charge | 39.05 |
| Water Consumption | 380.12 |
| Water Private Fire Service | 44.55 |
| TOTAL WATER CHARGES | 463.72 |
| SEWER SERVICE | |
| Sewer Customer Charge | 44.92 |
| Sewer Multiple Use | 1,572.20 |
| TOTAL SEWER CHARGES | 1,617.12 |
| | |
| CURRENT CHARGES | $3,060.36 |
| | |
| TOTAL AMOUNT DUE | $3,060.36 |

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| 121360 REGULAR | | 03/01/2026 | 03/10/2026 | 3,060.36 | 3,213.38 |

**MESSAGES:** We are improving your experience. Our office is launching new software along with an online customer portal designed to make managing your account easier and more convenient. Through the portal, you will be able to view statements, make payments, and access documents anytime. Thank you for your patience as we work to improve our services.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20226

02/18/26          $1,573.00***

**** ONE THOUSAND FIVE HUNDRED SEVENTY THREE AND 00/100 DOLLARS

TO THE
ORDER OF

LIBERTY MUTUAL INSURANCE
PO BOX 91013
CHICAGO, IL    60680-1171

NON-NEGOTIABLE

Case 25-30002   Doc 344-8   Filed 03/16/26   Entered 03/16/26 21:35:56   Desc Invoices   Page 5 of 34

*Recd 2/18/26*

*000949*

SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104



**Liberty Mutual.**
INSURANCE

THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Your Account:**

#9000344025

THE RUINS LLC GENERATIONS ON 1ST
LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Policies on Account:**

BKS65299485 - BK-Package

# Your Billing Statement as of February 6, 2026

# Billing Notice

Small Commercial Insurance

| | |
|---|---|
| Amount Due: (incl. fees) | **$7,450.39** |
| Due Date: | **03/01/2026** |
| Account Balance: | **$44,662.34** |

**Your Agent(s):**

#0059540
SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104
(701) 390-1994

## Billing Details

| Policy | Frequency | Policy Term | Amount Due |
|---|---|---|---|
| Package - BKS65299485 | Monthly - 2 down 10 install | 09/28/2025 - 09/28/2026 | $7,442.39 |
| Fees | | | $8.00 |
| Total Amount Due | | | $7,450.39 |

| Account Summary | |
|---|---|
| Previous Account Balance | $52,104.73 |
| Fees | $8.00 |
| Payments | -$7,450.39 |
| Account Balance | $44,662.34 |

*Ruins 38.370%*
*$ 2,858.71*
*-emailed Ashlynn + Dustly 2/18/26*

*Park 21.113%*
*$ 1,573.00*

*Gen 40.517%*
*$ 3,018.67*



**Save time & PAY ONLINE!**

Pay your bill online 24/7 at
**mybusinessonline.libertymutual.com**



**For Billing Questions...**

Call 844-961-0334
Mon.-Fri. 8AM-8PM EST

Please detach and return the entire bottom portion with your payment in the envelope provided.

## Alexis Burbach
### 2026

| From: | 15-Feb |
| To: | 28-Feb |

*Parkside Place*

| Invoice #: | 2027 |
| Invoice Date: | 2/28/2026 |
| Due Date: | 3/1/2026 |

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 2/17 | | 8:30 AM | 9:00 AM | 0:30: | window install riddles | $12.75 |
| 2/17 | | 10:00 AM | 10:30 AM | 0:30: | check on window guys / see progress | $12.75 |
| 2/17 | | 12:45 | 14:00 | 1:15: | showing Cole 2206, clean up garage and mail room, move in inspec | $31.88 |
| 2/18 | | 10:30 | 11:15 AM | 0:45: | move in 2405 -- showing Joshua 2206 | $19.13 |
| 2/18 | | 13:30 | 14:00 | 0:30: | walk through with potential cleaner | $12.75 |
| 2/24 | | 12:00 PM | 12:30 PM | 0:30: | 2211 balance, 2304, notice in door, 3rd elevator button looked over | $12.75 |
| 2/27 | | 11:15 AM | 11:30 AM | 0:15: | showing 2206 | $6.38 |
| 2/27 | | 2:30 PM | 3:30 PM | 1:00: | move out 2212 and 2307 | $25.50 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |

PAID

| | Total Hours | 5:15: | | Total Hourly Pay $25.50/hour | $133.88 |
|---|---|---|---|---|---|

| Date | Unit | Start | End | Total Hours | Maintenance | |
|---|---|---|---|---|---|---|
| | Total Hours | 0:00: | | Total Maintenance $30/hour | $0.00 |

| Date | Unit | | | | Reimbursement | |
|---|---|---|---|---|---|---|
| | | | | | Total Reimbursement | $0.00 |

| Date | Unit | | | Commission | | |
|---|---|---|---|---|---|---|
| 2/16 | 2405 | | Amanda Kwasniewski | | | $200.00 |
| | | | $200 per new lease | | | |
| | | | $200 per new lease | | | |
| | | | $200 per new lease | | | |
| | | | Total Commissions | | | $200.00 |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $133.88 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $133.88 |
| Parkside Place Sales Tax (6.2%): | $8.30 |
| Parkside Place Total Commissions: | $200.00 |
| Parkside Place Total Paycheck Amount: | $342.18 |



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20228

02/27/26

$80.00******

TO THE
ORDER OF     **** EIGHTY AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD     57201

NON-NEGOTIABLE

## Maintenance Hours

### 2026

**Maintenance Nam** *Doug Rodengen*

$32.00 Hourly Rate
From: 15-February
To: 28-February

*Parkside Place*

Invoice #: 4027

Invoice Date: 2/28/2026
Due Date: 3/1/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 2/17 | | 8:45 AM | 10:30 AM | 1:45: | window install riddles glass 2201, 2303, 2312 | $56.00 |
| 2/23 | | 9:45 AM | 10:30 AM | 0:45: | more bumpers found outside from moving around after snow removal --2206 needed counter tops caulked in kitchen | $24.00 |

**PAID**

| | | | |
|---|---|---|---|
| **Total Hours** | **2:30:** | **Total Hourly Pay $32/hour** | **$80.00** |
| | | **Generations on 1st Paycheck :** | **$80.00** |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20225

02/17/26

$88.00******

TO THE
ORDER OF

**** EIGHTY EIGHT AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

# Maintenance Hours
## 2026
**Maintenance Nar** *Doug Rodengen*

$32.00 Hourly Rate

From: 1-February

To: 15-February

### Parkside Place

**PAID**
20225

Invoice #: 4026

Invoice Date: 2/15/2026

Due Date: 2/16/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 2/4 | 2206 | 12:15 PM | 12:30 PM | 0:15 | paint touch ups - small | $8.00 |
| 2/4 | 2405 | 12:30 PM | 1:00 PM | 0:30 | paint touch ups, small - bedroom fan rattle to stop | $16.00 |
| 2/10 | 2405 | 10:45 | 11:30 | 0:45 | few paint touch ups missed, caulked both windows, clean up | $24.00 |
| 2/12 | | 8:45 | 10:00 AM | 1:15 | cleaned out shopping cart wheels, misc garbage in garage cleaned up, window guys from riddles 2405 replaced, need lift for others | $40.00 |

|  |  |  |  |
|--|--|--|--|
| **Total Hours** | **2:45:** | **Total Hourly Pay $32/hour** | **$88.00** |
| | | **Generations on 1st Paycheck :** | **$88.00** |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20234

02/28/26

$87.50******

TO THE
ORDER OF        **** EIGHTY SEVEN AND 50/100 DOLLARS

LIBBY BURGHARDT
311 OAK STREET
BRANDT, SD    57218

NON-NEGOTIABLE
_____

PAID

February Maintenance Hours
Generations
2/4: 8-10 prep floors/walls, sand, texture 3513 (2)
    10-10:30 drywall repair ceiling 3306 (.5)
    10:30-12:30 drywall repairs 3210 (2)
    12:30-4 repaint entire living room/kitchen/bedroom/one wall in bathroom/laundryroom 3513 (3.5)
    4-5 sand/texture/paint ceiling repair 3306 (1)
2/  8-2 prep, continue drywall repairs 3210 (6)
2/24: 8-2 finish drywall repairs, start priming  3210 (6)
2/25: 8-2:45 finish priming, repaint entire kitchen, entire living room, entire bedroom touchups throughout entire 3210 (6.75)
    2:45-3 drywall/paint touchups 3414 (.25)


28= $980


Parkside
2/18: 8-10 drywall/paint touchups 2405 (2)
    10-10:15 paint touchups 2206 (.25)
    10:15-10:30 paint touchups 2208 (.25)


2.5= $87.50

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20233

02/28/26

TO THE
ORDER OF

**** FORTY SEVEN AND 79/100 DOLLARS

$47.79******

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

NON-NEGOTIABLE

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
| --- | --- |
| 2/16/2026 | 2521 |

| Due Date | Terms |
| --- | --- |
| 3/18/2026 | Net 30 |

| Bill To |
| --- |
| Parkside<br>Unit # 2405 |



| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1.5 | Unit Cleaning | Retouch Cleaning<br>Sales Tax | 30.00<br>6.20% | 45.00T<br>2.79 |

| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | **Total** | $47.79 |
| --- | --- | --- |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20229

02/28/26

$283.55******

TO THE
ORDER OF

**** TWO HUNDRED EIGHTY THREE AND 55/100 DOLLARS

ELITE DRAIN & SEWER
1104 LINCOLN AVE NE
WATERTOWN, SD 57201

NON-NEGOTIABLE

# Elite
**Drain and Sewer Cleaning.com**
**605-878-3008**

PO Box 41
Watertown, SD 57201

# Invoice

| Date | Invoice # |
|---|---|
| 1/8/2026 | 65745010826 |

**PAID**

**Bill To**

Parkside Place Apartments
# CP Business Management
10 N Broadway #10
Watertown, SD 57201

| P.O. No. | Terms |
|---|---|
| Quickcare | Due on receipt |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Camera Work | 1 | Inspected the main sewer line to diagnose the sewer problem from a pulled toilet in the downtown drug bathroom. The line was plugged at 25'. We were able to clear the blockage with the camera and flusht he line clean to verify it was draining properly. | 225.00 | 225.00T |
| Pulled Toilet | 1 | Pulled the toilet to access the main sewer line & reinstall. | 35.00 | 35.00T |
| Wax Ring | 1 | Wax Ring | 7.00 | 7.00T |
| | | Sales Tax | 6.20% | 16.55 |

**Thank You for your business!**
**To pay by credit card, please call**
**605-878-3008.**

elitedrainandsewer@gmail.com

| | |
|---|---|
| **Total** | $283.55 |
| **Payments** | $0.00 |
| **Balance Due** | $283.55 |

Case 25-30002    Doc 344-8    Filed 03/16/26    Entered 03/16/26 21:35:56    Desc
Invoices    Page 18 of 34

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20231

02/28/26

$250.63*****

TO THE
ORDER OF    **** TWO HUNDRED FIFTY AND 63/100 DOLLARS

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD    57117

NON-NEGOTIABLE



**MIDCO BUSINESS®**

PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 02/09/26 |
| Invoice Number | 38576070115227 |
| Account # | 385760701 |
| Page | 1 of 4 |

PARKSIDE PLACE, LLC
8 2ND ST NE
WATERTOWN SD 57201

*Your account is past due. Please pay the total amount due IMMEDIATELY to avoid service interruption. Any payments received after your due date may not have been applied to your account but will reflect on your next statement.*

**PAID**

*? Pymt swapped w/ gen.- Midco correcting 2/18/26*

## Midco Alerts

**Got questions about your bill?** For help reading your statement, visit **Midco.com/Business/Statements**.

**Can customers ring your business?** To update your phone number in online listings or the next publication of your local phone directory, contact us at **Midco.com/Business/Contact**.

**Get a targeted marketing strategy.** Midco's team works with you to develop a demographic-based targeting strategy to hit the mark when it comes to your customers. See what else our team can do for you at **Midco.com/Advertising**.

**Connecting communities across the Midwest.** We're proud to power homes and businesses in our five-state footprint with our reliable services and local support teams.

### Billing Summary

| | |
|---|---|
| Account Number | 385760701 |
| **Total Amount Due** | **$307.07** |

### Account Activity

| | |
|---|---|
| Previous Balance | $250.63 |
| Payments Received | -$204.19 |
| **Balance Forward** | **$46.44** |

### Current Charges

| | |
|---|---|
| Data and Related Services | $95.00 |
| Voice and Related Services | $60.00 |
| Other Services | $15.00 |
| Other Charges & Adjustments | $10.00 |
| Taxes, Fees & Surcharges | $80.63 |
| **Total Amount Due** | **$307.07** |

*Payment Due Date: IMMEDIATELY*

**Payment Options**
Online: **Midco.com/Business/MyAccount**. Phone: 1.800.888.1300.
EFT: See reverse side. Mail: Return stub below & do not send cash.

**Online:** Midco.com/Business     **Phone:** 1.800.888.1300     **Email:** Business.Support@Midco.com





PO Box 5010
Sioux Falls, SD 57117-5010

# Frequently Asked Questions

**What are State and Local Taxes?**
State, local and municipal governments mandate these taxes on equipment and services.

**What is the Carrier Cost Recovery Fee?**
The Carrier Cost Recovery Fee includes multiple fees associated with voice services. These include: Federal Access Charges, the Administration Recovery Fee, the Access Recovery Charge, the Local Number Portability Fee, and the Presubscribed Carrier Charge. This does not reflect a direct government charge.

**What are Federal Access Charges?**
These charges - proposed and authorized by the Federal Communications Commission (FCC) - provide for access and maintenance of the local network.

**What is the Administration Recovery Fee?**
All carriers providing interstate telecommunications must support relay services, which enables phone conversations between people with speech/hearing impairments and those without.

**What is the Network Access Charge?**
The Network Access Charge allows carriers to recoup charges to support access and maintenance of the data network and costs associated with government assessments for the support of speech and hearing-impaired programs. This does not reflect a direct government charge.

**What is the Access Recovery Charge (ARC) Fee?**
The Access Recovery Charge (ARC) is a fee related to changes in FCC rules. This monthly fee is a way to recover the costs of providing access to the phone network.

**What is the Presubscribed Carrier Charge?**
This charge is for selecting and routing calls to a long-distance carrier.

**What is the Local Number Portability Fee?**
The Federal Communications Commission permits phone companies to add this charge to all phone lines as compensation for creating systems that allow residential and business phone customers to retain their existing local phone numbers (at the same location) when switching from one local phone service to another.

**What is the Federal Excise Tax?**
The federal government mandates this tax, which is imposed on local and wireless phone services.

**What is the Universal Service Fee?**
The Federal Communications Commission (FCC) created the Universal Service Fund (USF). This fee helps make voice and internet/data service affordable and available to all Americans, including low-income consumers and those living in areas where the costs of providing service is high. It also includes public and nonprofit schools and libraries serving low-income communities, as well as rural health care providers. Congress mandated that all telecommunications companies providing interstate service contribute to the USF. A carrier may include this contribution on customers' monthly bill.

**What is the County Government 911 Emergency Surcharge?**
Local governments mandate this surcharge to help pay for emergency services such as fire and rescue.

**What is the Telecom Relay Service Charge?**
This state service charge helps to pay for the state relay center, which transmits and translates calls for hearing-impaired people.

**What is the Gross Receipts Tax?**
This tax is on gross receipts derived from the furnishing of phone services. The service provider collects the tax and reports the collections annually to the Department of Revenue.

**What is Midco's policy on refunds for credit card transactions?**
When a customer pays money on an account by credit or debit card, and there needs to be a partial or full refund to that card because of the customer's transaction, it is Midco's policy to issue a credit to the customer's account as long as it is within 30 days of the credit transaction. If there was an error in the amount charged to card by Midco, we may issue a credit to the customer's credit card with a manager's approval.

**What is Midco's policy for returned payments?**
If any payment is returned unpaid, Midco will apply a fee to your next monthly statement. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

For customers who have authorized recurring payments: You authorize Midco to make a one-time electronic funds transfer (EFT) from your account to collect a fee. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

**Is a move in your future?**
If you plan on moving, please call 1.800.888.1300 or visit **Midco.com/Move** at least two weeks prior to your move to ensure a smooth transition of services. Then complete a change of address form with the U.S. Postal Service at **USPS.com** to make sure your mail always reaches you.

**Online:** Midco.com/Business          **Phone:** 1.800.888.1300          **Email:** Business.Support@Midco.com

**.......y Craig**

| | |
|---|---|
| **From:** | Midco ServiceNow <Service.Now@Midco.com> |
| **Sent:** | Wednesday, February 18, 2026 12:43 PM |
| **To:** | Mindy Craig |
| **Subject:** | RE: [EXTERNAL] - RE: CS0402468 - Misapplied Payment |

The account 385751501 owes 204.19 for the month which is Generations on 1st and account 385760701 owes 250.63 for Parkside Place.

-Cassie

On Wednesday 18, February 12:09:23 PM CST, 'Mindy Craig <mcraig@cpbusmgt.com>' wrote:

> Could you please tell me what the total amounts owed are for each property? I know you mentioned removing the late fee as the payments had been misapplied, so we were not in error.
>
> I just need something to document what the actual amount owed is after the corrections and will submit payment accordingly.

Thanks for your help!

Mindy

Thank you!

Mindy

*CP Business Management*

Corporate 1405 1ˢᵗ Ave N, Suite B | Fargo, ND | 58102

Office and 24/7 emergency 701-237-3369

The information transmitted in this email reply, and any attachments, is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications and may not be shared with any other parties. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use,

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20232

02/28/26

$421.35*****

TO THE
ORDER OF   **** FOUR HUNDRED TWENTY ONE AND 35/100 DOLLARS

TURFWURX PROPERTY MAINTENANCE
1401 BRUHN AVE NE
WATERTOWN, SD    57201

NON-NEGOTIABLE

**TurfWurx Property Maintenance**
**SnowSolutions Ie and Snow Management**
**1401 Bruhn Ave NE**
**Watertown, SD 57201**
**605-881-4960**



## INVOICE NO.JANUARY2026                                    2/1/26

SERVICE ADDRESS                                              BILL TO:

PARKSIDE APARTMENTS                    Snow Removal
8 2ND ST NE
WATERTOWN SD 57201

| DESCRIPTION | TOTAL |
|---|---|
| 1/18 snow removal | 85 |
| 1/19 snow removal-morning | 85 |
| 1/19 snow removal-mid day | 85 |
| 1/20 snow removal | 85 |
| 1/21snow removal | 85 |

| | |
|---|---|
| SUBTOTAL | 425 |
| SALES TAX 6.2% | 26.35 |
| **AMOUNT DUE:** | $451.35 |

Thank you for your business!



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20230

02/28/26

$207.09*****

TO THE
ORDER OF     **** TWO HUNDRED SEVEN AND 09/100 DOLLARS

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD    57201

NON-NEGOTIABLE

# Invoice

## George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 44105 |



PAID 2026

## JANUARY GARBAGE SERVICE (2026)

| Qua... | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

*park $ 207.09*
*gen $ 207.09*

| | |
|---|---|
| Sales Tax (6.2%) | $24.18 |
| **Total** | **$414.18** |

**PLEASE REFERENCE YOUR INVOICE # ON YOUR PAYMENT**

INVOICE PAYMENT SUBJECT TO A $5.00 LATE FEE IF NOT PAID WITHIN 30 DAYS AFTER RECEIVED

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20236

02/28/26

$3,280.99***

TO THE
ORDER OF

**** THREE THOUSAND TWO HUNDRED EIGHTY AND 99/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,     58106

NON-NEGOTIABLE
_____



# CP Business Management

## 2026

*Parkside Place*

| | | |
|---|---|---|
| From: | 1-Feb | Invoice #: 2014 |
| To: | 28-Feb | Invoice Date: 2/28/2026 |
| | | Due Date: 03/01/26 |

| | Gross Collected Rents | | Total | |
|---|---|---|---|---|
| 5% | Management Fee Collected Funds | $39,667.10 | $1,983.36 | |
| | **Total Management Fee** | **$39,667.10** | **$1,983.36** | |

| | Other Collected Income | Total |
|---|---|---|
| | 2405 dep overages | $214.66 |
| | 2407 deposit overages (late payment) | $14.25 |
| 5800 | collected late fees | $279.92 |
| 5700 | Collected admin fees | $300.80 |
| | **Total Other Collected Income** | **$809.63** |

| | Miscellaneous | Total |
|---|---|---|
| 8004 | Misc Manager | $200.00 |
| 8005 | Misc Prof. | $250.00 |
| 7057 | Software Fee | $38.00 |
| | **Total Miscellaneous** | **$488.00** |

| | |
|---|---|
| **Total Management Fee** | $1,983.36 |
| **Total Other Collected Income** | $809.63 |
| **Total Miscellaneous** | $488.00 |
| **Parkside Place Total** | $3,280.99 |

Please make checks payable to CP Business Management no later than   2/1/2026

# CODINGTON COUNTY TREASURER
Official Real Estate Tax Notice
14 FIRST AVENUE S.E. * WATERTOWN, SD  57201
(605) 882-6285

2025 - 12170

## 2025 TAXES DUE AND PAYABLE IN 2026

**Legal:**   Sch: 14-4      S/T/R:              Acres/Lots: .00

Record#: 9358

$3,799.18 /mo

WATERTOWN CITY  PARKSIDE PLACE ADD

PARKSIDE PLACE ADD

8 2 ST NE

**Taxes In Name Of**

PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 22,795.13 |
| **Second Half** | 22,795.13 |
| **TOTAL** | 45,590.26 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 64,392 | 3.081 | 198.38 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 64,392 | 9.126 | 587.64 |
| WATERTOWN CITY | 67,568 | 64,392 | 1.715 | 110.43 |
| EAST DAKOTA WATER | 67,568 | 64,392 | 0.019 | 1.22 |
| TAX INCREMENT 12 NA | 67,568 | 3,205,838 | 13.941 | 44,692.59 |

JE $3,799.18 2/15/26

NA: 45590.26

**TOTAL:** 45,590.26

\* **Indicates a local decision to opt out of the Tax Freeze.** If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⬇ Please detach stubs and return with your payment ⬇          ⬇ Please detach stubs and return with your payment ⬇

| **-FIRST PAYMENT-** | CODINGTON Record # 9358 |
|---|---|
| PARKSIDE PLACE LLC | |

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025- 12170 | 22,795.13 |

DELINQUENT AFTER APRIL 30th

| **-SECOND PAYMENT-** | CODINGTON Record # 9358 |
|---|---|
| PARKSIDE PLACE LLC | |

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025- 12170 | 22,795.13 |

DELINQUENT AFTER OCTOBER 31st

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20220

02/01/26

$19,266.67**

TO THE
ORDER OF   ****  NINETEEN THOUSAND TWO HUNDRED SIXTY SIX AND 67/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

NON-NEGOTIABLE

MEMO: Loan Payment

5.    Adequate Protection and Replacement Liens. In consideration of and as adequate

protection for use of the Banks' cash collateral and post-petition cash generated from rents or other

cash sources of income, the Parties request:

i.



Feb

ii.    Parkside will pay the sum of $19,266.67.00 on the 15th day of each month

to be applied to debt service.

iii.    Generations will pay the sum of $39,666.67 on the 15th day of each month

to be applied to debt service.

iv.    Parkside and Generations shall each remit to the Bank, within three (3)

business days of the entry of an order granting this stipulation, the added

sum of $7,500 and $17,500.00, respectively, to be applied to debt service.

v.    The adequate protection payments to the Bank set forth in this

paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements

of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments

are made.

vi.    The Bank shall be granted perfected replacement liens and security

interests, pursuant to 11 U.S.C. § 552, in Debtors' postpetition accounts

receivables, general intangibles, cash, and rents of the same priority,

dignity, and effect as the prepetition liens and security interests on the

prepetition property of Debtors, to the extent of any diminution in cash

collateral or prepetition accounts receivables, general intangibles, cash, and

rents. The liens and security interests granted to the Bank herein shall not

be primed by any other lien or encumbrance, whether by order of the

Page **6** of **12**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20221

02/05/26

$7,500.00***

TO THE
ORDER OF   **** SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

NON-NEGOTIABLE

MEMO: Loan Payment

5.  <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

i.

ii.  Parkside will pay the sum of $19,266.67.00 on the 15th day of each month to be applied to debt service.

iii.  Generations will pay the sum of $39,666.67 on the 15th day of each month to be applied to debt service.

iv.  Parkside and Generations shall each remit to the Bank, within three (3) business days of the entry of an order granting this stipulation, the added sum of $7,500 and $17,500.00, respectively, to be applied to debt service.

v.  The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

vi.  The Bank shall be granted perfected replacement liens and security interests, pursuant to 11 U.S.C. § 552, in Debtors' postpetition accounts receivables, general intangibles, cash, and rents of the same priority, dignity, and effect as the prepetition liens and security interests on the prepetition property of Debtors, to the extent of any diminution in cash collateral or prepetition accounts receivables, general intangibles, cash, and rents. The liens and security interests granted to the Bank herein shall not be primed by any other lien or encumbrance, whether by order of the

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20224

02/14/26

$516.25*****

TO THE
ORDER OF

**** FIVE HUNDRED SIXTEEN AND 25/100 DOLLARS

DEBBIE STUCHL
108 10th Ave NE
WATERTOWN, SD   57201

NON-NEGOTIABLE

Deposit Return

# Account Transfer

**ATR-00598450 - CP BUSINESS MANAGEMENT INC (644512)**



## Account Transfer Details

| | |
|---|---|
| **Transaction Number** | ATR-00598450 |
| **Recurring Frequency** | One-Time Payment |
| **Company Name** | CP BUSINESS MANAGEMENT INC ( 644512 ) |
| **Contact Name** | MINDY CRAIG ( CPMINDY ) |
| **Notify Initiator Options** | Pending Actions: Notify via EMAIL |
| | System Events: Notify via EMAIL |
| | Complete - Unsuccessful: Notify via EMAIL |
| | Complete - Successful: Notify via EMAIL |
| | Early Action Taken: Notify via EMAIL |
| | Early Action Removed: Notify via EMAIL |
| | Expired: Notify via EMAIL |
| **Creation Date** | Feb 14, 2026 9:06 AM CST |
| **Transfer Date** | 02/16/2026 |

| Transfer From Account | Transfer To Account | Amount | Memo |
|---|---|---|---|
| *8658 - Savings (8658 PARKSIDE PLACE LLC) | *8688 - Checking (8688 PARKSIDE PLACE LLC) | $1,025.00 | 2405 dep return |

## Status History

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| Feb 14, 2026 9:06:29 AM CST | Created | 644512 / CPMINDY (MINDY CRAIG) | Transfer Created |