# Aged Receivable

Property = Generations on 1st  Status: Current, Notice  Month From: 02/2026

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre- Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| **Generations on 1st** | | | | | | | | | |
| Generations on 1st | ESCAMILLA-VIGIL JOSHUA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,020.00 | -1,020.00 |
| Generations on 1st | TIMMONS JOHN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -295.00 | -295.00 |
| Generations on 1st | BOIK MARILYN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.75 | -15.75 |
| Generations on 1st | DYKSTRA JONI | Notice | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | ALBAN CLAYTON | Current | 80.00 | 80.00 | 0.00 | 0.00 | 0.00 | -80.00 | 0.00 |
| Generations on 1st | KADOUN BRAUN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,075.00 | -1,075.00 |
| Generations on 1st | MACALUSO ALEXANDRIA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -290.00 | -290.00 |
| Generations on 1st | GODEL KALEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -560.00 | -560.00 |
| Generations on 1st | REMMERDE AVERY | Current | -30.00 | -15.00 | -15.00 | 0.00 | 0.00 | -2,120.00 | -2,150.00 |
| Generations on 1st | LAPOINTE BRITTEN | Current | -15.00 | 60.00 | -15.00 | -15.00 | -45.00 | 0.00 | -15.00 |
| Generations on 1st | BEADLE LILY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -995.00 | -995.00 |
| Generations on 1st | CORDINGLEY MASON | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -135.00 | -135.00 |
| Generations on 1st | HAEDER MATTHEW | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | HOVEY CHARITY | Current | 38.14 | 10.00 | 28.14 | 0.00 | 0.00 | 0.00 | 38.14 |
| **Generations on 1st** | | | **73.14** | **135.00** | **-1.85** | **-15.00** | **-45.00** | **-8,765.75** | **-8,692.61** |
| | | | | | | | | | |
| **Grand Total** | | | **73.14** | **135.00** | **-1.85** | **-15.00** | **-45.00** | **-8,765.75** | **-8,692.61** |

UserId : mcraig@cpbusmgt.com Date : 03/16/2026 Time : 19:50

Monday, March 16, 2026
02:50 PM