**GO1 DIP**

**Bank Rec In-Progress Report**

---

**Balance Per Bank Statement as of 02/28/2026** 0.00

**Outstanding Deposits**

| Deposit Date | Deposit Number | | Amount |
|---|---|---|---|
| 11/14/2025 | 3119 | | 80.00 |
| 01/31/2026 | 524 | :ACH Deposit | 3,780.00 |
| 02/02/2026 | 530 | :ACH/WIPS Deposit | 8,896.67 |
| 02/25/2026 | 540 | :CC Deposit | 1,267.80 |
| 02/28/2026 | 541 | :ACH Deposit | 2,180.00 |
| 02/28/2026 | 542 | :CC Deposit | 2,930.00 |
| **Plus: Outstanding Deposits** | | | **19,134.47** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 06/13/2025 | 30101 | WEISSER | 652.50 |
| 07/15/2025 | 30129 | BRADLEY WARNS | 168.00 |
| 10/14/2025 | 30194 | JORDAN BERNDT | 30.00 |
| 02/14/2026 | 30269 | RASSEL | 7.00 |
| 02/14/2026 | 30271 | BOIK | 215.75 |
| 02/18/2026 | 30273 | LIBERTY MUTUAL INSURANCE | 3,018.67 |
| 02/20/2026 | 30274 | RASSEL | 162.50 |
| 02/27/2026 | 30275 | DOUG RODENGEN | 128.00 |
| 02/28/2026 | 30276 | APARTMENTS LLC | 649.00 |
| 02/28/2026 | 30277 | AUTOMATIC BUILDING CONTROLS | 540.82 |
| 02/28/2026 | 30278 | Capital One Commercial | 18.55 |
| 02/28/2026 | 30279 | GEORGES SANITATION | 207.09 |
| 02/28/2026 | 30280 | HIRSHFIELDS WATERTOWN | 182.06 |
| 02/28/2026 | 30281 | MIDCONTINENT | 204.19 |
| 02/28/2026 | 30282 | NORRIS CARPET CARE | 106.20 |
| 02/28/2026 | 30283 | SCHUMACHER | 493.83 |
| 02/28/2026 | 30284 | TURFWURX PROPERTY MAINTENANCE | 270.81 |
| 02/28/2026 | 30285 | WHITE GLOVE CLEANING | 795.76 |
| 02/28/2026 | 30286 | LIBBY BURGHARDT | 980.00 |
| 02/28/2026 | 30288 | CP BUSINESS MANAGEMENT | 6,478.47 |
| 02/28/2026 | 30289 | WMU WATERTOWN MUNICIPAL UTILITIES | 5,739.77 |
| **Less: Outstanding Checks** | | | **21,048.97** |

**Other Items**

| Date | Notes | | Amount |
|---|---|---|---|
| 03/31/2025 | JE 4108 | RE Tax Escrow (payable 4/31) | -12,749.16 |
| 04/15/2025 | JE 4117 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| 06/13/2025 | JE 4161 | :Prog Gen Move Out transfer (KIERRA WEIS | 750.00 |
| 07/15/2025 | JE 4199 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| 08/15/2025 | JE 4224 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| 09/15/2025 | JE 4232 | :PostRecurring RE Tax Escrow (payable 10 | -5,463.93 |
| 10/08/2025 | JE 4238 | move RE Tax escrow to Checking. | 32,783.58 |
| 11/15/2025 | JE 4258 | :PostRecurring RE Tax Escrow - estimate, | -5,463.93 |
| 12/15/2025 | JE 4280 | :PostRecurring RE Tax Escrow - estimate, | -5,463.93 |
| 01/31/2026 | JE 4298 | Nov,+Dec tax escrow catchup + January | -10,126.92 |

Monday, March 16, 2026
02:41 PM

**GO1 DIP**

**Bank Rec In-Progress Report**

| | | | |
|---|---|---|---|
| 02/15/2026 | JE 4313 | :PostRecurring RE Tax Escrow - due 4/30 | -7,018.26 |
| 02/28/2026 | 320 | Alexis Burbach | -531.74 |
| **Plus / Minus: Other Items** | | | **-29,676.08** |
| **Reconciled Bank Balance** | | | **-31,590.58** |

| | |
|---|---|
| **Balance per GL as of 02/28/2026** | **121,782.83** |
| **Reconciled Balance Per G/L** | **121,782.83** |

| | |
|---|---|
| **Difference** | **-153,373.41** |

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/29/2025 | 30000 | Mindy Craig | 2,415.58 | 02/28/2025 |
| 03/28/2025 | 30036 | JESSE CRAIG | 3,285.00 | 04/30/2025 |
| 03/31/2025 | 30037 | Alexis Burbach | 324.97 | 04/30/2025 |
| 03/31/2025 | 30038 | BLUEPEAK | 22.43 | 04/30/2025 |
| 03/31/2025 | 30039 | Capital One Commercial | 11.99 | 04/30/2025 |
| 03/31/2025 | 30040 | GEORGES SANITATION | 207.09 | 04/30/2025 |
| 03/31/2025 | 30041 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 3,403.96 | 04/30/2025 |
| 03/31/2025 | 30043 | SIGN PRO | 116.10 | 04/30/2025 |
| 03/31/2025 | 30044 | TURFWURX PROPERTY MAINTENANCE | 90.27 | 04/30/2025 |
| 03/31/2025 | 30045 | WHITE GLOVE CLEANING | 272.15 | 04/30/2025 |
| 03/31/2025 | 30046 | WMU WATERTOWN MUNICIPAL UTILITIES | 63.18 | 04/30/2025 |
| 03/31/2025 | 30047 | AUTOMATIC BUILDING CONTROLS | 1,403.96 | 04/30/2025 |
| 03/31/2025 | 30048 | Alexis Burbach | 646.49 | 04/30/2025 |
| 03/31/2025 | 30049 | JORDAN BERNDT | 90.00 | 04/30/2025 |
| 03/31/2025 | 30050 | WHITE GLOVE CLEANING | 743.40 | 04/30/2025 |
| 03/31/2025 | 30051 | CP BUSINESS MANAGEMENT | 6,176.57 | 04/30/2025 |
| 03/31/2025 | 30052 | WMU WATERTOWN MUNICIPAL UTILITIES | 5,066.96 | 04/30/2025 |
| 04/10/2025 | 30053 | RED RIVER STATE BANK | 35,000.00 | 04/30/2025 |
| 04/14/2025 | 30054 | CODINGTON COUNTY TREASURER | 38,247.49 | 04/30/2025 |
| 04/14/2025 | 30055 | HATLESTAD | 988.60 | 04/30/2025 |
| 04/16/2025 | 30056 | Alexis Burbach | 1,563.00 | 04/30/2025 |
| 04/28/2025 | 30057 | CP BUSINESS MANAGEMENT | 2,406.11 | 04/30/2025 |
| 04/30/2025 | 30058 | ACTIVE HEATING INC | 164.61 | 05/30/2025 |
| 04/30/2025 | 30059 | APARTMENTS LLC | 942.10 | 05/30/2025 |
| 04/30/2025 | 30060 | BLUEPEAK | 37.43 | 05/30/2025 |
| 04/30/2025 | 30061 | CARRICO LAW | 103.10 | 05/30/2025 |
| 04/30/2025 | 30062 | DAKOTA CLEAN LLC | 2,336.55 | 05/30/2025 |
| 04/30/2025 | 30063 | GEORGES SANITATION | 207.09 | 05/30/2025 |
| 04/30/2025 | 30064 | NORRIS CARPET CARE | 95.58 | 05/30/2025 |
| 04/30/2025 | 30065 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 05/30/2025 |
| 04/30/2025 | 30066 | WHITE GLOVE CLEANING | 1,002.26 | 05/30/2025 |
| 04/30/2025 | 30067 | WMU WATERTOWN MUNICIPAL UTILITIES | 85.02 | 05/30/2025 |
| 04/30/2025 | 30068 | U.S. TRUSTEES | 708.00 | 05/30/2025 |
| 04/30/2025 | 30069 | Alexis Burbach | 1,111.13 | 05/30/2025 |
| 04/30/2025 | 30070 | JAXON SCHMIDT | 75.00 | 05/30/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| | | | | | |
|---|---|---|---|---|---|
| 04/30/2025 | 30071 | CP BUSINESS MANAGEMENT | 5,929.95 | 05/30/2025 |
| 04/30/2025 | 30072 | JESSE CRAIG | 3,285.00 | 05/30/2025 |
| 04/30/2025 | 30073 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,762.32 | 05/30/2025 |
| 05/12/2025 | 30074 | RED RIVER STATE BANK | 35,000.00 | 05/30/2025 |
| 05/14/2025 | 30075 | HALL | 570.00 | 05/30/2025 |
| 05/14/2025 | 30076 | HALL | 520.00 | 05/30/2025 |
| 05/14/2025 | 30077 | MYERS | 302.10 | 05/30/2025 |
| 05/15/2025 | 30079 | Alexis Burbach | 826.50 | 05/30/2025 |
| 05/15/2025 | 30080 | BRADLEY WARNS | 288.00 | 05/30/2025 |
| 05/15/2025 | 30081 | JORDAN BERNDT | 120.00 | 05/30/2025 |
| 05/19/2025 | ACH ONLINE | U.S. TRUSTEES | 288.00 | 05/30/2025 |
| 05/28/2025 | 30082 | CP BUSINESS MANAGEMENT | 2,406.14 | 05/30/2025 |
| 05/31/2025 | 30083 | JESSE CRAIG | 3,285.00 | 06/30/2025 |
| 05/31/2025 | 30084 | Alexis Burbach | 2,399.45 | 06/30/2025 |
| 05/31/2025 | 30085 | BRADLEY WARNS | 320.00 | 06/30/2025 |
| 05/31/2025 | 30086 | APARTMENTS LLC | 649.00 | 06/30/2025 |
| 05/31/2025 | 30087 | AUTOMATIC BUILDING CONTROLS | 412.06 | 06/30/2025 |
| 05/31/2025 | 30088 | BLUEPEAK | 22.43 | 06/30/2025 |
| 05/31/2025 | 30089 | Capital One Commercial | 158.43 | 06/30/2025 |
| 05/31/2025 | 30090 | GEORGES SANITATION | 207.09 | 06/30/2025 |
| 05/31/2025 | 30091 | HOMEMAKER'S VILLA | 3,120.82 | 06/30/2025 |
| 05/31/2025 | 30092 | POPHAM CONSTRUCTION | 642.51 | 06/30/2025 |
| 05/31/2025 | 30093 | RUSCO WINDOW | 101.03 | 06/30/2025 |
| 05/31/2025 | 30094 | SCHUMACHER | 666.93 | 06/30/2025 |
| 05/31/2025 | 30095 | TURFWURX PROPERTY MAINTENANCE | 180.54 | 06/30/2025 |
| 05/31/2025 | 30096 | WHITE GLOVE CLEANING | 1,801.69 | 06/30/2025 |
| 05/31/2025 | 30097 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,724.38 | 06/30/2025 |
| 05/31/2025 | 30099 | CP BUSINESS MANAGEMENT | 6,013.08 | 06/30/2025 |
| 06/11/2025 | 30100 | RED RIVER STATE BANK | 35,000.00 | 06/30/2025 |
| 06/13/2025 | 30102 | GONG | 507.09 | 06/30/2025 |
| 06/15/2025 | 30103 | Alexis Burbach | 604.24 | 06/30/2025 |
| 06/15/2025 | 30104 | BRADLEY WARNS | 96.00 | 07/31/2025 |
| 06/30/2025 | 30105 | JESSE CRAIG | 3,285.00 | 07/31/2025 |
| 06/30/2025 | 30106 | Alexis Burbach | 440.07 | 07/31/2025 |
| 06/30/2025 | 30107 | AMERICAN CARPET CARE, INC | 286.74 | 07/31/2025 |
| 06/30/2025 | 30108 | APARTMENTS LLC | 649.00 | 07/31/2025 |
| 06/30/2025 | 30109 | BLUEPEAK | 37.43 | 07/31/2025 |
| 06/30/2025 | 30110 | BRADLEY WARNS | 256.00 | 07/31/2025 |
| 06/30/2025 | 30111 | BRIANS GLASS AND DOOR | 66.64 | 07/31/2025 |
| 06/30/2025 | 30112 | Capital One Commercial | 39.71 | 07/31/2025 |
| 06/30/2025 | 30113 | CP BUSINESS MANAGEMENT | 2,406.14 | 07/31/2025 |
| 06/30/2025 | 30114 | SAFE N SECURE | 244.26 | 07/31/2025 |
| 06/30/2025 | 30115 | WHITE GLOVE CLEANING | 743.40 | 07/31/2025 |
| 06/30/2025 | 30116 | WMU WATERTOWN MUNICIPAL UTILITIES | 3,766.21 | 07/31/2025 |
| 06/30/2025 | 30123 | CP BUSINESS MANAGEMENT | 6,665.70 | 07/31/2025 |
| 06/30/2025 | 30124 | LIBBY BURGHARDT | 1,531.25 | 07/31/2025 |
| 06/30/2025 | 30127 | ACTIVE HEATING INC | 15.61 | 07/31/2025 |
| 06/30/2025 | 30117 | WMU WATERTOWN MUNICIPAL UTILITIES | 967.28 | 07/31/2025 |
| 06/30/2025 | 30119 | ACTIVE HEATING INC | 765.00 | 07/31/2025 |
| 06/30/2025 | 30120 | BRUSH & BRISTLE LLC | 408.16 | 07/31/2025 |
| 06/30/2025 | 30121 | WILLIAMS CARPET ONE | 668.68 | 07/31/2025 |
| 07/10/2025 | 30122 | RED RIVER STATE BANK | 35,000.00 | 07/31/2025 |
| 07/14/2025 | 30125 | GILSDORF | 357.15 | 07/31/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| 07/15/2025 | 30128 | Alexis Burbach | 774.87 | 07/31/2025 |
|---|---|---|---|---|
| 07/15/2025 | 30130 | JAXON SCHMIDT | 90.00 | 07/31/2025 |
| 07/25/2025 | 30131 | LIBERTY MUTUAL INSURANCE | 2,347.44 | 08/29/2025 |
| 07/31/2025 | 30132 | JESSE CRAIG | 3,285.00 | 08/29/2025 |
| 07/31/2025 | 30133 | APARTMENTS LLC | 649.00 | 08/29/2025 |
| 07/31/2025 | 30134 | BLUEPEAK | 37.43 | 08/29/2025 |
| 07/31/2025 | 30135 | Capital One Commercial | 125.07 | 08/29/2025 |
| 07/31/2025 | 30136 | GEORGES SANITATION | 430.11 | 08/29/2025 |
| 07/31/2025 | 30137 | LIBBY BURGHARDT | 446.25 | 08/29/2025 |
| 07/31/2025 | 30138 | TRUGREEN | 297.36 | 08/29/2025 |
| 07/31/2025 | 30139 | U.S. TRUSTEES | 1,051.00 | 08/29/2025 |
| 07/31/2025 | 30140 | WHITE GLOVE CLEANING | 1,925.24 | 08/29/2025 |
| 07/31/2025 | 30141 | WMU WATERTOWN MUNICIPAL UTILITIES | 24.24 | 08/29/2025 |
| 07/31/2025 | 30142 | Alexis Burbach | 975.98 | 08/29/2025 |
| 07/31/2025 | 30143 | BRADLEY WARNS | 64.00 | 08/29/2025 |
| 07/31/2025 | 30144 | LIBBY BURGHARDT | 245.00 | 08/29/2025 |
| 07/31/2025 | 30145 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,660.14 | 08/29/2025 |
| 07/31/2025 | 30147 | CP BUSINESS MANAGEMENT | 8,260.09 | 08/29/2025 |
| 08/11/2025 | 30146 | RED RIVER STATE BANK | 35,000.00 | 08/29/2025 |
| 08/14/2025 | 30148 | FEENSTRA | 431.00 | 08/29/2025 |
| 08/14/2025 | 30149 | HTOO | 109.00 | 08/29/2025 |
| 08/15/2025 | 30150 | Alexis Burbach | 1,138.60 | 08/29/2025 |
| 08/15/2025 | 30151 | BRADLEY WARNS | 64.00 | 08/29/2025 |
| 08/29/2025 | 30152 | JESSE CRAIG | 3,285.00 | 08/29/2025 |
| 08/31/2025 | 30153 | Alexis Burbach | 284.12 | 09/30/2025 |
| 08/31/2025 | 30154 | CP BUSINESS MANAGEMENT | 7,463.89 | 09/30/2025 |
| 08/31/2025 | 30155 | JORDAN BERNDT | 30.00 | 09/30/2025 |
| 08/31/2025 | 30157 | AMERICAN CARPET CARE, INC | 132.75 | 09/30/2025 |
| 08/31/2025 | 30158 | APARTMENTS LLC | 649.00 | 09/30/2025 |
| 08/31/2025 | 30159 | BLUEPEAK | 37.43 | 09/30/2025 |
| 08/31/2025 | 30160 | HOMEMAKER'S VILLA | 1,249.19 | 09/30/2025 |
| 08/31/2025 | 30161 | SCHUMACHER | 477.36 | 09/30/2025 |
| 08/31/2025 | 30162 | TRUGREEN | 185.85 | 09/30/2025 |
| 08/31/2025 | 30163 | WHITE GLOVE CLEANING | 1,208.21 | 09/30/2025 |
| 08/31/2025 | 30167 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,824.06 | 09/30/2025 |
| 08/31/2025 | 30173 | CP BUSINESS MANAGEMENT | 2,997.71 | 09/30/2025 |
| 09/05/2025 | 30156 | RED RIVER STATE BANK | 35,000.00 | 09/30/2025 |
| 09/07/2025 | 30165 | ROSBACH | 71.61 | 10/31/2025 |
| 09/07/2025 | 30166 | ALMQUIST | 927.50 | 09/30/2025 |
| 09/15/2025 | 30169 | Alexis Burbach | 323.08 | 09/30/2025 |
| 09/15/2025 | 30170 | JAXON SCHMIDT | 105.00 | 09/30/2025 |
| 09/17/2025 | 30171 | GLASS PRODUCTS | 230.85 | 09/30/2025 |
| 09/30/2025 | 30172 | JESSE CRAIG | 3,285.00 | 10/31/2025 |
| 09/30/2025 | 30174 | CP BUSINESS MANAGEMENT | 3,221.34 | 09/30/2025 |
| 09/30/2025 | 30175 | Alexis Burbach | 909.85 | 10/31/2025 |
| 09/30/2025 | 30176 | BRADLEY WARNS | 80.00 | 10/31/2025 |
| 09/30/2025 | 30177 | JORDAN BERNDT | 142.50 | 10/31/2025 |
| 09/30/2025 | 30178 | AMERICAN CARPET CARE, INC | 132.75 | 10/31/2025 |
| 09/30/2025 | 30179 | APARTMENTS LLC | 649.00 | 10/31/2025 |
| 09/30/2025 | 30180 | BLUEPEAK | 37.43 | 10/31/2025 |
| 09/30/2025 | 30181 | CANNON ELECTRIC | 226.39 | 10/31/2025 |
| 09/30/2025 | 30182 | Capital One Commercial | 113.54 | 10/31/2025 |
| 09/30/2025 | 30183 | SAFE N SECURE | 732.78 | 10/31/2025 |
| 09/30/2025 | 30184 | TRUGREEN | 185.85 | 10/31/2025 |
| 09/30/2025 | 30185 | WHITE GLOVE CLEANING | 66.38 | 10/31/2025 |

Monday, March 16, 2026
02:41 PM

**GO1 DIP**

**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 09/30/2025 | 30187 | WHITE GLOVE CLEANING | 1,118.55 | 10/31/2025 |
| 09/30/2025 | 30188 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,762.67 | 10/31/2025 |
| 09/30/2025 | 30189 | CP BUSINESS MANAGEMENT | 6,793.50 | 10/31/2025 |
| 10/01/2025 | 30186 | RED RIVER STATE BANK | 35,000.00 | 10/31/2025 |
| 10/08/2025 | 30190 | CODINGTON COUNTY TREASURER | 38,247.49 | 10/31/2025 |
| 10/14/2025 | 30192 | Alexis Burbach | 199.14 | 10/31/2025 |
| 10/14/2025 | 30193 | DOUG RODENGEN | 144.00 | 10/31/2025 |
| 10/28/2025 | 30195 | CP BUSINESS MANAGEMENT | 3,149.71 | 10/31/2025 |
| 10/31/2025 | 30196 | JESSE CRAIG | 3,285.00 | 11/30/2025 |
| 10/31/2025 | 30197 | Alexis Burbach | 336.54 | 11/30/2025 |
| 10/31/2025 | 30198 | DOUG RODENGEN | 720.00 | 11/30/2025 |
| 10/31/2025 | 30199 | APARTMENTS LLC | 649.00 | 11/30/2025 |
| 10/31/2025 | 30200 | BLUEPEAK | 22.43 | 11/30/2025 |
| 10/31/2025 | 30201 | Capital One Commercial | 59.58 | 11/30/2025 |
| 10/31/2025 | 30202 | GEORGES SANITATION | 207.09 | 11/30/2025 |
| 10/31/2025 | 30203 | THE FIRE GROUP | 385.00 | 01/30/2026 |
| 10/31/2025 | 30204 | TRUGREEN | 148.68 | 11/30/2025 |
| 10/31/2025 | 30205 | WHITE GLOVE CLEANING | 796.50 | 11/30/2025 |
| 10/31/2025 | 30206 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,674.12 | 11/30/2025 |
| 10/31/2025 | 30207 | XTREME FIRE PROECTION LLC | 361.08 | 12/31/2025 |
| 10/31/2025 | 30210 | CP BUSINESS MANAGEMENT | 8,491.01 | 11/30/2025 |
| 11/02/2025 | 30209 | RED RIVER STATE BANK | 39,667.00 | 11/30/2025 |
| 11/15/2025 | 30211 | Alexis Burbach | 209.88 | 11/30/2025 |
| 11/15/2025 | 30212 | DOUG RODENGEN | 208.00 | 11/30/2025 |
| 11/26/2025 | 30213 | JESSE CRAIG | 3,285.00 | 12/31/2025 |
| 11/28/2025 | 30214 | CP BUSINESS MANAGEMENT | 3,094.14 | 12/31/2025 |
| 11/30/2025 | 30215 | Alexis Burbach | 255.29 | 12/31/2025 |
| 11/30/2025 | 30216 | APARTMENTS LLC | 649.00 | 12/31/2025 |
| 11/30/2025 | 30217 | AUTOMATIC BUILDING CONTROLS | 318.60 | 12/31/2025 |
| 11/30/2025 | 30218 | BLUEPEAK | 2.28 | 12/31/2025 |
| 11/30/2025 | 30219 | DOUG RODENGEN | 88.00 | 12/31/2025 |
| 11/30/2025 | 30220 | LIBBY BURGHARDT | 603.75 | 12/31/2025 |
| 11/30/2025 | 30221 | MIDCONTINENT | 111.04 | 12/31/2025 |
| 11/30/2025 | 30222 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 563.45 | 12/31/2025 |
| 11/30/2025 | 30223 | PT REPAIR, LLC | 107.21 | 12/31/2025 |
| 11/30/2025 | 30224 | SAFE N SECURE | 302.67 | 12/31/2025 |
| 11/30/2025 | 30225 | SCHUMACHER | 477.36 | 12/31/2025 |
| 11/30/2025 | 30226 | TRUGREEN | 74.34 | 12/31/2025 |
| 11/30/2025 | 30227 | WHITE GLOVE CLEANING | 768.84 | 12/31/2025 |
| 11/30/2025 | 30229 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,910.27 | 12/31/2025 |
| 11/30/2025 | 30230 | GEORGES SANITATION | 621.27 | 12/31/2025 |
| 11/30/2025 | 30231 | CP BUSINESS MANAGEMENT | 6,485.75 | 12/31/2025 |
| 12/01/2025 | 30228 | RED RIVER STATE BANK | 39,667.00 | 12/31/2025 |
| 12/15/2025 | 30232 | Alexis Burbach | 155.72 | 12/31/2025 |
| 12/15/2025 | 30233 | DOUG RODENGEN | 117.09 | 12/31/2025 |
| 12/16/2025 | 30234 | RED RIVER STATE BANK | 25,000.00 | 12/31/2025 |
| 12/31/2025 | 30235 | ACTIVE HEATING INC | 583.43 | 01/30/2026 |
| 12/31/2025 | 30236 | CP BUSINESS MANAGEMENT | 3,094.14 | 01/30/2026 |
| 12/31/2025 | 30237 | DUANES FLOOR COVERING | 1,376.36 | 01/30/2026 |
| 12/31/2025 | 30238 | JESSE CRAIG | 3,285.00 | 01/30/2026 |
| 12/31/2025 | 30239 | MIDCONTINENT | 283.25 | 01/30/2026 |
| 12/31/2025 | 30240 | Alexis Burbach | 101.56 | 01/30/2026 |
| 12/31/2025 | 30241 | APARTMENTS LLC | 649.00 | 01/30/2026 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| Date | Check # | Payee | Amount | Date Cleared |
|---|---|---|---|---|
| 12/31/2025 | 30242 | DOUG RODENGEN | 96.00 | 01/30/2026 |
| 12/31/2025 | 30243 | RUSCO WINDOW | 224.12 | 01/30/2026 |
| 12/31/2025 | 30244 | TURFWURX PROPERTY MAINTENANCE | 270.81 | 01/30/2026 |
| 12/31/2025 | 30245 | WHITE GLOVE CLEANING | 743.40 | 01/30/2026 |
| 12/31/2025 | 30248 | WMU WATERTOWN MUNICIPAL UTILITIES | 4,983.50 | 01/30/2026 |
| 12/31/2025 | 30249 | CP BUSINESS MANAGEMENT | 7,241.34 | 01/30/2026 |
| 12/31/2025 | 30250 | LIBBY BURGHARDT | 140.00 | 01/30/2026 |
| 01/07/2026 | 30246 | RED RIVER STATE BANK | 39,667.00 | 01/30/2026 |
| 01/09/2026 | 30247 | LOWES BUSINESS ACCTS | 514.88 | 01/30/2026 |
| 01/14/2026 | 30251 | WHITE GLOVE CLEANING | 938.63 | 01/30/2026 |
| 01/14/2026 | 30252 | DEHOET | 565.00 | 01/30/2026 |
| 01/14/2026 | 30253 | WHITE GLOVE CLEANING | 191.16 | 01/30/2026 |
| 01/15/2026 | 30254 | DOUG RODENGEN | 160.00 | 01/30/2026 |
| 01/28/2026 | 30255 | CP BUSINESS MANAGEMENT | 3,094.14 | 01/30/2026 |
| 01/31/2026 | 30256 | DOUG RODENGEN | 112.00 | 02/27/2026 |
| 01/31/2026 | 30257 | APARTMENTS LLC | 649.00 | 02/27/2026 |
| 01/31/2026 | 30258 | Capital One Commercial | 101.24 | 02/27/2026 |
| 01/31/2026 | 30259 | GEORGES SANITATION | 414.18 | 02/27/2026 |
| 01/31/2026 | 30260 | LIBBY BURGHARDT | 140.00 | 02/27/2026 |
| 01/31/2026 | 30261 | MIDCONTINENT | 204.19 | 02/27/2026 |
| 01/31/2026 | 30262 | NORTHEAST, LLC; MR TIKKA CONSTRUCTION LLC | 205.49 | 02/27/2026 |
| 01/31/2026 | 30263 | TURFWURX PROPERTY MAINTENANCE | 307.98 | 02/27/2026 |
| 01/31/2026 | 30264 | WHITE GLOVE CLEANING | 238.02 | 02/27/2026 |
| 01/31/2026 | 30267 | WMU WATERTOWN MUNICIPAL UTILITIES | 5,475.28 | 02/27/2026 |
| 01/31/2026 | 30268 | CP BUSINESS MANAGEMENT | 5,048.59 | 02/27/2026 |
| 02/01/2026 | 30265 | RED RIVER STATE BANK | 39,666.67 | 02/27/2026 |
| 02/05/2026 | 30266 | RED RIVER STATE BANK | 17,500.00 | 02/27/2026 |
| 02/14/2026 | 30270 | FOOTE | 590.25 | 02/27/2026 |
| 02/17/2026 | 30272 | DOUG RODENGEN | 240.00 | 02/27/2026 |
| **Total Cleared Checks** | | | **791,488.81** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 3025 | yardi test | 0.08 | 01/31/2025 |
| 01/31/2025 | 3006 | ACH BATCH 1/31/25 | 2,730.00 | 01/31/2025 |
| 01/31/2025 | 3007 | ACH BATCH 1/31/25 | 2,565.00 | 02/28/2025 |
| 02/01/2025 | 304 | :CC Deposit | 3,915.00 | 02/28/2025 |
| 02/02/2025 | 306 | :CC Deposit | 1,207.52 | 02/28/2025 |
| 02/03/2025 | 307 | :ACH/WIPS Deposit | 8,140.00 | 02/28/2025 |
| 02/03/2025 | 308 | :CC Deposit | 2,772.02 | 02/28/2025 |
| 02/03/2025 | 3005 | ACH BATCH 2/3/25 | 21,220.00 | 02/28/2025 |
| 02/03/2025 | 3011 | starion 1490040070 | 1,060.00 | 02/28/2025 |
| 02/03/2025 | 3016 | mac wire | 1,500.00 | 02/28/2025 |
| 02/04/2025 | 309 | :ACH Deposit | 1,060.00 | 02/28/2025 |
| 02/05/2025 | 310 | :CC Deposit | 2,400.00 | 02/28/2025 |
| 02/05/2025 | 3008 | ACH 2/5/25 | 990.00 | 02/28/2025 |
| 02/06/2025 | 311 | :CC Deposit | 2,010.05 | 02/28/2025 |
| 02/06/2025 | 3012 | starion 273963540 | 2,400.00 | 02/28/2025 |
| 02/06/2025 | 3017 | starion 27396420 | 1,025.00 | 02/28/2025 |
| 02/06/2025 | 3024 | YARDI CARD DEPXXXXX6072 | 1,005.00 | 02/28/2025 |
| 02/07/2025 | 3010 | starion 274088817 | 1,090.00 | 02/28/2025 |
| 02/11/2025 | 312 | :CC Deposit | 790.00 | 02/28/2025 |
| 02/12/2025 | 3009 | | 1,010.00 | 02/28/2025 |

**GO1 DIP**
**Bank Rec In-Progress Report**

| Date | Number | Description | Amount | Date |
|---|---|---|---|---|
| 02/12/2025 | 3015 | | 1,090.00 | 02/28/2025 |
| 02/12/2025 | 3018 | deposit #3014 | 7,745.00 | 02/28/2025 |
| 02/13/2025 | 3022 | starion 274814784 | 1,070.00 | 02/28/2025 |
| 02/14/2025 | 3021 | starion 274807557 | 2,900.00 | 02/28/2025 |
| 02/14/2025 | 3023 | starion 274815374 | 2,190.00 | 02/28/2025 |
| 02/14/2025 | 3026 | starion ach | 562.56 | 02/28/2025 |
| 02/28/2025 | 314 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 02/28/2025 | 3027 | starion 276375176 | 450.00 | 02/28/2025 |
| 02/28/2025 | 3033 | hme wire 2/28/25 | 3,305.45 | 02/28/2025 |
| 02/28/2025 | 313 | :ACH Deposit | 3,780.00 | 03/31/2025 |
| 03/01/2025 | 317 | :CC Deposit | 925.00 | 03/31/2025 |
| 03/01/2025 | 318 | :CC Deposit | 4,820.00 | 03/31/2025 |
| 03/02/2025 | 320 | :CC Deposit | 1,985.00 | 03/31/2025 |
| 03/03/2025 | 319 | :ACH/WIPS Deposit | 4,195.00 | 03/31/2025 |
| 03/03/2025 | 321 | :CC Deposit | 3,010.00 | 03/31/2025 |
| 03/03/2025 | 3029 | | 22,960.00 | 03/31/2025 |
| 03/04/2025 | 322 | :CC Deposit | 2,000.00 | 03/31/2025 |
| 03/05/2025 | 3030 | starion 276963007 | 9,250.49 | 03/31/2025 |
| 03/05/2025 | 3032 | ach | 1,760.00 | 03/31/2025 |
| 03/05/2025 | 323 | :ACH Deposit | 450.00 | 03/31/2025 |
| 03/06/2025 | 325 | :ACH/WIPS Deposit | 1,560.00 | 03/31/2025 |
| 03/06/2025 | 326 | :CC Deposit | 1,010.00 | 03/31/2025 |
| 03/07/2025 | 327 | :ACH Deposit | 1,280.00 | 03/31/2025 |
| 03/10/2025 | 3031 | starion 277477818 | 1,090.00 | 03/31/2025 |
| 03/10/2025 | 328 | :ACH Deposit | 565.00 | 03/31/2025 |
| 03/28/2025 | 330 | :CC Deposit | 1,010.00 | 04/30/2025 |
| 03/28/2025 | 3035 | starion 279534933 | 3,673.40 | 03/31/2025 |
| 03/28/2025 | 329 | :ACH Deposit | 1,090.00 | 04/30/2025 |
| 03/29/2025 | 332 | :CC Deposit | 925.00 | 04/30/2025 |
| 03/31/2025 | 333 | :ACH/WIPS Deposit | 2,690.00 | 04/30/2025 |
| 03/31/2025 | 334 | :CC Deposit | 505.00 | 04/30/2025 |
| 04/01/2025 | 336 | :CC Deposit | 6,016.00 | 04/30/2025 |
| 04/01/2025 | 335 | :ACH Deposit | 2,045.00 | 04/30/2025 |
| 04/02/2025 | 338 | :CC Deposit | 1,915.00 | 04/30/2025 |
| 04/02/2025 | 3036 | starion 280087880 | 7,985.00 | 04/30/2025 |
| 04/02/2025 | 337 | :ACH Deposit | 2,150.00 | 04/30/2025 |
| 04/03/2025 | 339 | :CC Deposit | 3,350.00 | 04/30/2025 |
| 04/03/2025 | 3037 | | 24,220.00 | 04/30/2025 |
| 04/04/2025 | 340 | :CC Deposit | 1,100.00 | 04/30/2025 |
| 04/04/2025 | 3038 | | 2,040.00 | 04/30/2025 |
| 04/07/2025 | 342 | :ACH/WIPS Deposit | 2,345.00 | 04/30/2025 |
| 04/08/2025 | 343 | :ACH Deposit | 1,060.00 | 04/30/2025 |
| 04/09/2025 | 344 | :CC Deposit | 1,090.00 | 04/30/2025 |
| 04/09/2025 | 3039 | starion 280855090 | 2,115.00 | 04/30/2025 |
| 04/14/2025 | 3043 | tx from security deposit | 12.92 | 04/30/2025 |
| 04/17/2025 | 3040 | starion 281771790 | 1,857.42 | 04/30/2025 |
| 04/28/2025 | 345 | :CC Deposit | 1,010.00 | 05/30/2025 |
| 04/29/2025 | 346 | :CC Deposit | 925.00 | 05/30/2025 |
| 04/30/2025 | 348 | :ACH/WIPS Deposit | 2,980.00 | 05/30/2025 |
| 04/30/2025 | 349 | :CC Deposit | 505.00 | 05/30/2025 |
| 04/30/2025 | 3041 | starion | 2,615.00 | 05/30/2025 |
| 04/30/2025 | 3042 | starion 283347649 | 431.21 | 05/30/2025 |
| 05/01/2025 | 352 | :ACH/WIPS Deposit | 3,905.00 | 05/30/2025 |
| 05/01/2025 | 353 | :CC Deposit | 6,895.00 | 05/30/2025 |
| 05/02/2025 | 354 | :CC Deposit | 2,930.00 | 05/30/2025 |
| 05/03/2025 | 356 | :CC Deposit | 1,415.00 | 05/30/2025 |
| 05/04/2025 | 3046 | | 25,780.00 | 05/30/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| Date | Num | Description | Amount | Date 2 |
|---|---|---|---|---|
| 05/04/2025 | 3047 | ach- part of big batch | 1,990.00 | 05/30/2025 |
| 05/05/2025 | 358 | :ACH/WIPS Deposit | 3,048.37 | 05/30/2025 |
| 05/05/2025 | 3044 | starion 283701901 | 9,010.00 | 05/30/2025 |
| 05/06/2025 | 359 | :CC Deposit | 1,090.00 | 05/30/2025 |
| 05/07/2025 | 361 | :CC Deposit | 1,090.00 | 05/30/2025 |
| 05/07/2025 | 360 | :ACH Deposit | 1,280.00 | 05/30/2025 |
| 05/09/2025 | 3045 | starion 284321581 | 1,090.00 | 05/30/2025 |
| 05/19/2025 | 3058 | tx from park chk | 12,500.00 | 05/30/2025 |
| 05/20/2025 | 363 | :CC Deposit | 411.23 | 05/30/2025 |
| 05/20/2025 | 362 | :ACH Deposit | 165.00 | 05/30/2025 |
| 05/29/2025 | 364 | :CC Deposit | 1,935.00 | 06/30/2025 |
| 05/30/2025 | 366 | :ACH/WIPS Deposit | 2,690.00 | 06/30/2025 |
| 06/01/2025 | 369 | :CC Deposit | 6,455.00 | 06/30/2025 |
| 06/02/2025 | 371 | :ACH/WIPS Deposit | 5,285.00 | 06/30/2025 |
| 06/02/2025 | 372 | :CC Deposit | 3,199.66 | 06/30/2025 |
| 06/02/2025 | 3048 | starion 286884402 | 7,160.00 | 06/30/2025 |
| 06/02/2025 | 3049 | starion 286894206 | 3,255.00 | 06/30/2025 |
| 06/03/2025 | 373 | :CC Deposit | 252.50 | 06/30/2025 |
| 06/03/2025 | 3050 | starion 287038253 | 1,077.49 | 06/30/2025 |
| 06/03/2025 | 3057 | | 27,770.00 | 06/30/2025 |
| 06/04/2025 | 374 | :CC Deposit | 1,410.00 | 06/30/2025 |
| 06/05/2025 | 375 | :CC Deposit | 1,090.00 | 06/30/2025 |
| 06/06/2025 | 376 | :ACH Deposit | 491.67 | 06/30/2025 |
| 06/09/2025 | 3052 | starion 287714143 | 3,190.00 | 06/30/2025 |
| 06/09/2025 | 377 | :ACH Deposit | 1,280.00 | 06/30/2025 |
| 06/10/2025 | 379 | :CC Deposit | 300.00 | 06/30/2025 |
| 06/10/2025 | 378 | :ACH Deposit | 1,010.00 | 06/30/2025 |
| 06/11/2025 | 380 | :CC Deposit | 32.05 | 06/30/2025 |
| 06/11/2025 | 3053 | starion 287942845 | 450.00 | 06/30/2025 |
| 06/11/2025 | 3054 | starion 287940206 | 450.00 | 06/30/2025 |
| 06/11/2025 | 3055 | starion 287943941 | 200.00 | 06/30/2025 |
| 06/11/2025 | 3056 | starion 287988436 | 8,333.33 | 06/30/2025 |
| 06/13/2025 | 381 | :ACH Deposit | 1,065.00 | 06/30/2025 |
| 06/17/2025 | 382 | :CC Deposit | 290.00 | 06/30/2025 |
| 06/20/2025 | 383 | :CC Deposit | 895.00 | 06/30/2025 |
| 06/21/2025 | 384 | :CC Deposit | 447.50 | 06/30/2025 |
| 06/30/2025 | 387 | :ACH/WIPS Deposit | 2,690.00 | 07/31/2025 |
| 06/30/2025 | 388 | :CC Deposit | 2,020.00 | 07/31/2025 |
| 07/01/2025 | 390 | :ACH/WIPS Deposit | 3,105.00 | 07/31/2025 |
| 07/01/2025 | 391 | :CC Deposit | 6,080.00 | 07/31/2025 |
| 07/02/2025 | 393 | :CC Deposit | 2,055.24 | 07/31/2025 |
| 07/02/2025 | 3059 | 290300704 | 7,285.00 | 07/31/2025 |
| 07/02/2025 | 392 | :ACH Deposit | 2,671.67 | 07/31/2025 |
| 07/03/2025 | 394 | :CC Deposit | 1,402.00 | 07/31/2025 |
| 07/03/2025 | 3065 | | 29,920.00 | 07/31/2025 |
| 07/03/2025 | 3066 | ach part of $30995 | 1,075.00 | 07/31/2025 |
| 07/05/2025 | 395 | :CC Deposit | 2,998.00 | 07/31/2025 |
| 07/05/2025 | 3072 | starion 294610690 | 450.00 | 08/29/2025 |
| 07/07/2025 | 396 | :ACH Deposit | 300.00 | 07/31/2025 |
| 07/09/2025 | 398 | :CC Deposit | 400.00 | 07/31/2025 |
| 07/09/2025 | 397 | :ACH Deposit | 1,280.00 | 07/31/2025 |
| 07/10/2025 | 3060 | starion 291143996 | 1,314.16 | 07/31/2025 |
| 07/10/2025 | 3061 | starion 291145061 | 1,090.00 | 07/31/2025 |
| 07/11/2025 | 400 | :CC Deposit | 1,010.00 | 07/31/2025 |
| 07/11/2025 | 399 | :ACH Deposit | 765.00 | 07/31/2025 |
| 07/15/2025 | 401 | :CC Deposit | 690.00 | 07/31/2025 |
| 07/18/2025 | 3062 | starion 292011341 | 6,462.49 | 07/31/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 07/18/2025 | 3063 | starion 292014379 | 1,978.33 | 07/31/2025 |
| 07/18/2025 | 3064 | ach | 975.00 | 07/31/2025 |
| 07/21/2025 | 3068 | ach | 80.00 | 07/31/2025 |
| 07/21/2025 | 3076 | ach catchup | 1,090.00 | 07/31/2025 |
| 07/29/2025 | 403 | :CC Deposit | 1,010.00 | 08/29/2025 |
| 07/29/2025 | 402 | :ACH Deposit | 2,180.00 | 08/29/2025 |
| 07/30/2025 | 404 | :CC Deposit | 1,010.00 | 08/29/2025 |
| 07/31/2025 | 406 | :CC Deposit | 995.00 | 08/29/2025 |
| 07/31/2025 | 3070 | starion 293854701 | 1,365.00 | 08/29/2025 |
| 07/31/2025 | 405 | :ACH Deposit | 1,060.00 | 08/29/2025 |
| 08/01/2025 | 409 | :ACH/WIPS Deposit | 6,808.33 | 08/29/2025 |
| 08/01/2025 | 410 | :CC Deposit | 5,538.38 | 08/29/2025 |
| 08/03/2025 | 411 | :CC Deposit | 1,486.00 | 08/29/2025 |
| 08/03/2025 | 3077 | | 29,175.00 | 08/29/2025 |
| 08/03/2025 | 3078 | PART OF LARGE ACH BATCH | 3,060.00 | 08/29/2025 |
| 08/04/2025 | 412 | :CC Deposit | 491.00 | 08/29/2025 |
| 08/04/2025 | 3069 | starion 293854003 | 8,911.51 | 08/29/2025 |
| 08/05/2025 | 414 | :CC Deposit | 2,118.00 | 08/29/2025 |
| 08/05/2025 | 413 | :ACH Deposit | 980.00 | 08/29/2025 |
| 08/07/2025 | 415 | :ACH Deposit | 1,280.00 | 08/29/2025 |
| 08/11/2025 | 3073 | starion 294611707 | 8,296.67 | 08/29/2025 |
| 08/11/2025 | 3074 | starion 294614559 | 2,773.61 | 08/29/2025 |
| 08/12/2025 | 416 | :CC Deposit | 490.00 | 08/29/2025 |
| 08/13/2025 | 3075 | starion 294869004 | 1,531.28 | 08/29/2025 |
| 08/21/2025 | 417 | :CC Deposit | 351.60 | 08/29/2025 |
| 08/28/2025 | 418 | :CC Deposit | 1,010.00 | 09/30/2025 |
| 08/29/2025 | 420 | :ACH/WIPS Deposit | 3,240.00 | 09/30/2025 |
| 08/29/2025 | 421 | :CC Deposit | 2,100.00 | 09/30/2025 |
| 08/30/2025 | 423 | :CC Deposit | 1,075.00 | 09/30/2025 |
| 08/31/2025 | 424 | :ACH/WIPS Deposit | 2,675.00 | 09/30/2025 |
| 08/31/2025 | 425 | :CC Deposit | 1,010.00 | 09/30/2025 |
| 09/01/2025 | 428 | :CC Deposit | 4,155.00 | 09/30/2025 |
| 09/02/2025 | 429 | :ACH/WIPS Deposit | 5,791.67 | 09/30/2025 |
| 09/03/2025 | 3079 | | 29,365.00 | 09/30/2025 |
| 09/03/2025 | 3080 | PART OF LARGE ACH BATCH | 4,090.00 | 09/30/2025 |
| 09/03/2025 | 430 | :ACH Deposit | 491.66 | 09/30/2025 |
| 09/04/2025 | 431 | :CC Deposit | 680.00 | 09/30/2025 |
| 09/05/2025 | 432 | :CC Deposit | 3,115.74 | 09/30/2025 |
| 09/08/2025 | 3081 | starion 297660643 | 9,989.76 | 09/30/2025 |
| 09/08/2025 | 3083 | starion 297672310 | 6,286.67 | 09/30/2025 |
| 09/08/2025 | 433 | :ACH Deposit | 1,994.58 | 09/30/2025 |
| 09/09/2025 | 435 | :CC Deposit | 584.58 | 09/30/2025 |
| 09/09/2025 | 434 | :ACH Deposit | 531.36 | 09/30/2025 |
| 09/11/2025 | 3092 | | 2,000.00 | 09/30/2025 |
| 09/17/2025 | 3084 | starion 298689211 | 300.99 | 09/30/2025 |
| 09/17/2025 | 3085 | starion 298692921 | 1,010.00 | 09/30/2025 |
| 09/28/2025 | 437 | :CC Deposit | 1,010.00 | 10/31/2025 |
| 09/29/2025 | 438 | :CC Deposit | 2,165.00 | 10/31/2025 |
| 09/30/2025 | 440 | :ACH/WIPS Deposit | 3,750.00 | 10/31/2025 |
| 09/30/2025 | 441 | :CC Deposit | 2,100.00 | 10/31/2025 |
| 09/30/2025 | 3086 | starion 300100280 | 333.10 | 09/30/2025 |
| 09/30/2025 | 3088 | starion 300121162 | 99.20 | 09/30/2025 |
| 10/01/2025 | 444 | :ACH/WIPS Deposit | 5,077.59 | 10/31/2025 |
| 10/01/2025 | 445 | :CC Deposit | 4,155.00 | 10/31/2025 |
| 10/02/2025 | 447 | :CC Deposit | 58.12 | 10/31/2025 |
| 10/02/2025 | 446 | :ACH Deposit | 1,090.00 | 10/31/2025 |
| 10/03/2025 | 448 | :CC Deposit | 2,115.00 | 10/31/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| | | | | |
|---|---|---|---|---|
| 10/03/2025 | 3103 | ach | 34,450.00 | 10/31/2025 |
| 10/04/2025 | 451 | :CC Deposit | 1,191.00 | 10/31/2025 |
| 10/05/2025 | 454 | :CC Deposit | 2,791.75 | 10/31/2025 |
| 10/06/2025 | 455 | :ACH/WIPS Deposit | 3,765.33 | 10/31/2025 |
| 10/06/2025 | 456 | :CC Deposit | 390.00 | 10/31/2025 |
| 10/08/2025 | 3091 | starion 301062562 | 7,285.00 | 10/31/2025 |
| 10/10/2025 | 3093 | starion 301277681 | 8,396.67 | 10/31/2025 |
| 10/20/2025 | 457 | :ACH Deposit | 43.86 | 10/31/2025 |
| 10/21/2025 | 458 | :ACH Deposit | 1,075.00 | 10/31/2025 |
| 10/23/2025 | 459 | :ACH Deposit | 1,225.20 | 10/31/2025 |
| 10/28/2025 | 461 | :CC Deposit | 1,075.00 | 11/30/2025 |
| 10/28/2025 | 460 | :ACH Deposit | 1,090.00 | 11/30/2025 |
| 10/29/2025 | 463 | :CC Deposit | 1,090.00 | 11/30/2025 |
| 10/29/2025 | 462 | :ACH Deposit | 1,090.00 | 11/30/2025 |
| 10/30/2025 | 464 | :CC Deposit | 1,010.00 | 11/30/2025 |
| 10/31/2025 | 466 | :CC Deposit | 2,085.00 | 11/30/2025 |
| 10/31/2025 | 465 | :ACH Deposit | 2,150.00 | 11/30/2025 |
| 11/01/2025 | 469 | :CC Deposit | 4,170.00 | 11/30/2025 |
| 11/03/2025 | 472 | :ACH/WIPS Deposit | 6,296.66 | 11/30/2025 |
| 11/03/2025 | 3109 | ach | 33,550.00 | 11/30/2025 |
| 11/04/2025 | 474 | :ACH/WIPS Deposit | 1,516.66 | 11/30/2025 |
| 11/04/2025 | 475 | :CC Deposit | 1,516.00 | 11/30/2025 |
| 11/05/2025 | 477 | :CC Deposit | 2,198.13 | 11/30/2025 |
| 11/05/2025 | 3094 | starion 304068818 | 6,340.00 | 11/30/2025 |
| 11/05/2025 | 3095 | starion 304070233 | 3,810.43 | 11/30/2025 |
| 11/05/2025 | 476 | :ACH Deposit | 1,772.00 | 11/30/2025 |
| 11/06/2025 | 3097 | starion 304206043 | 2,100.00 | 11/30/2025 |
| 11/10/2025 | 478 | :CC Deposit | 490.00 | 11/30/2025 |
| 11/10/2025 | 3100 | starion 304571644 | 4,221.82 | 11/30/2025 |
| 11/11/2025 | 3101 | starion 304633811 | 7,946.68 | 11/30/2025 |
| 11/11/2025 | 3102 | starion 304635055 | 450.00 | 11/30/2025 |
| 11/11/2025 | 3110 | ach 2nd run | 100.00 | 11/30/2025 |
| 11/11/2025 | 3111 | ach catchup | 20.00 | 11/30/2025 |
| 11/28/2025 | 480 | :CC Deposit | 1,010.00 | 12/31/2025 |
| 11/28/2025 | 479 | :ACH Deposit | 1,090.00 | 12/31/2025 |
| 11/29/2025 | 482 | :CC Deposit | 1,090.00 | 12/31/2025 |
| 11/30/2025 | 484 | :ACH/WIPS Deposit | 2,690.00 | 12/31/2025 |
| 11/30/2025 | 485 | :CC Deposit | 1,075.00 | 12/31/2025 |
| 11/30/2025 | 3104 | starion 306523421 | 1,090.00 | 12/31/2025 |
| 12/01/2025 | 488 | :ACH/WIPS Deposit | 8,455.00 | 12/31/2025 |
| 12/01/2025 | 489 | :CC Deposit | 3,160.00 | 12/31/2025 |
| 12/02/2025 | 491 | :CC Deposit | 1,410.00 | 12/31/2025 |
| 12/02/2025 | 490 | :ACH Deposit | 991.67 | 12/31/2025 |
| 12/03/2025 | 492 | :CC Deposit | 491.67 | 12/31/2025 |
| 12/03/2025 | 3105 | :Flexible rent payment | 1,090.00 | 12/31/2025 |
| 12/03/2025 | 3112 | ACH | 31,650.00 | 12/31/2025 |
| 12/04/2025 | 493 | :CC Deposit | 491.00 | 12/31/2025 |
| 12/05/2025 | 496 | :ACH/WIPS Deposit | 3,098.66 | 12/31/2025 |
| 12/05/2025 | 497 | :CC Deposit | 3,602.00 | 12/31/2025 |
| 12/05/2025 | 3106 | starion 307185779 | 8,890.00 | 12/31/2025 |
| 12/08/2025 | 498 | :CC Deposit | 190.00 | 12/31/2025 |
| 12/09/2025 | 499 | :ACH Deposit | 1,280.00 | 12/31/2025 |
| 12/12/2025 | 3107 | starion  307998919 | 6,234.32 | 12/31/2025 |
| 12/12/2025 | 3108 | starion 308000915 | 980.00 | 12/31/2025 |
| 12/19/2025 | 500 | :CC Deposit | 18.80 | 12/31/2025 |
| 12/23/2025 | 501 | :ACH Deposit | 102.56 | 12/31/2025 |
| 12/28/2025 | 502 | :CC Deposit | 1,560.00 | 01/30/2026 |

**Bank Rec In-Progress Report**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 12/29/2025 | 503 | :ACH Deposit | 2,180.00 | 01/30/2026 |
| 12/30/2025 | 505 | :CC Deposit | 1,090.00 | 01/30/2026 |
| 12/30/2025 | 504 | :ACH Deposit | 3,468.25 | 01/30/2026 |
| 12/31/2025 | 507 | :ACH/WIPS Deposit | 1,600.00 | 01/30/2026 |
| 12/31/2025 | 508 | :CC Deposit | 2,085.00 | 01/30/2026 |
| 01/01/2026 | 512 | :CC Deposit | 5,585.00 | 01/30/2026 |
| 01/02/2026 | 513 | :ACH/WIPS Deposit | 8,095.00 | 01/30/2026 |
| 01/02/2026 | 3113 | :Flexible rent payment | 1,090.00 | 01/30/2026 |
| 01/03/2026 | 514 | :CC Deposit | 491.67 | 01/30/2026 |
| 01/03/2026 | 3118 | ACH | 31,650.00 | 01/30/2026 |
| 01/04/2026 | 516 | :CC Deposit | 491.66 | 01/30/2026 |
| 01/05/2026 | 517 | :ACH/WIPS Deposit | 2,606.67 | 01/30/2026 |
| 01/05/2026 | 518 | :CC Deposit | 983.00 | 01/30/2026 |
| 01/06/2026 | 3116 | starion 310620658 | 8,440.00 | 01/30/2026 |
| 01/06/2026 | 519 | :ACH Deposit | 492.00 | 01/30/2026 |
| 01/12/2026 | 3120 | starion 311240903 | 8,545.00 | 01/30/2026 |
| 01/12/2026 | 520 | :ACH Deposit | 1,280.00 | 01/30/2026 |
| 01/28/2026 | 521 | :CC Deposit | 2,030.00 | 02/27/2026 |
| 01/29/2026 | 522 | :ACH Deposit | 1,090.00 | 02/27/2026 |
| 01/30/2026 | 523 | :CC Deposit | 2,720.00 | 02/27/2026 |
| 01/31/2026 | 525 | :CC Deposit | 1,075.00 | 02/27/2026 |
| 02/01/2026 | 528 | :CC Deposit | 2,095.00 | 02/27/2026 |
| 02/02/2026 | 531 | :CC Deposit | 995.00 | 02/27/2026 |
| 02/03/2026 | 533 | :CC Deposit | 571.67 | 02/27/2026 |
| 02/03/2026 | 3122 | :Flexible rent payment | 2,115.00 | 02/27/2026 |
| 02/03/2026 | 3123 | | 31,225.00 | 02/27/2026 |
| 02/03/2026 | 532 | :ACH Deposit | 1,280.00 | 02/27/2026 |
| 02/04/2026 | 535 | :ACH/WIPS Deposit | 983.66 | 02/27/2026 |
| 02/04/2026 | 536 | :CC Deposit | 1,516.50 | 02/27/2026 |
| 02/05/2026 | 538 | :CC Deposit | 491.50 | 02/27/2026 |
| 02/05/2026 | 3124 | starion 313714755 | 8,890.00 | 02/27/2026 |
| 02/05/2026 | 537 | :ACH Deposit | 1,090.00 | 02/27/2026 |
| 02/06/2026 | 539 | :CC Deposit | 866.64 | 02/27/2026 |
| 02/14/2026 | 3125 | tx from 2111(8669) | 15.75 | 02/27/2026 |
| 02/24/2026 | 3126 | starion 315618332 | 7,895.86 | 02/27/2026 |
| **Total Cleared Deposits** | | | **1,009,238.91** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 01/30/2025 | 300 | yardi | -0.10 | 01/31/2025 |
| 01/31/2025 | JE 4019 | RE Tax Escrow (payable 4/31) | -12,749.16 | 01/31/2025 |
| 02/03/2025 | 301 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/03/2025 | 302 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | 304 | STARION FINANCIAL | -10.00 | 02/28/2025 |
| 02/28/2025 | 303 | STARION FINANCIAL | -20.00 | 02/28/2025 |
| 02/05/2025 | RC 31389 | Returned item PAIGE HALL | -990.00 | 02/28/2025 |
| 02/14/2025 | JE 4011 | :Prog Gen Move Out transfer (VERNA OLSON)  - Receipt #31568 | 955.00 | 02/28/2025 |
| 02/14/2025 | JE 4012 | :Prog Gen Move Out transfer (KYLE WISSEMAN)  - Receipt #31569 | 955.00 | 02/28/2025 |
| 02/15/2025 | JE 4026 | RE Tax Escrow (payable 4/31) | -12,749.16 | 02/15/2025 |
| 04/14/2025 | JE 4094 | Tx RE Escrow to checking for 4/31 pymt | 38,247.48 | 05/30/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| 04/14/2025 | JE 4101 | Crandall's eviction deposit, moved to checking to use for bills. Reverse when deposit is fully "returned" when re-rented and deposit is "returned" on yardi tenant screen. | 910.00 | 04/30/2025 |
|---|---|---|---|---|
| 04/14/2025 | JE 4100 | :Prog Gen Move Out transfer (SELMER HATLESTAD)  - Receipt #32174 | 1,025.00 | 04/30/2025 |
| 05/13/2025 | RC 32490 | Returned item TARYN OPDAHL | -1,010.00 | 05/30/2025 |
| 05/14/2025 | JE 4136 | :Prog Gen Move Out transfer (PAIGE HALL)  - Receipt #32494 | 570.00 | 05/30/2025 |
| 05/14/2025 | JE 4135 | :Prog Gen Move Out transfer (PAIGE HALL)  - Receipt #32493 | 1,090.00 | 05/30/2025 |
| 05/14/2025 | JE 4137 | :Prog Gen Move Out transfer (HELGA MYERS)  - Receipt #32497 | 955.00 | 05/30/2025 |
| 05/15/2025 | JE 4142 | :PostRecurring RE Tax Escrow (payable 10/31) | -5,463.93 | 05/30/2025 |
| 06/30/2025 | 305 | STARION FINANCIAL | -0.75 | 06/30/2025 |
| 06/13/2025 | JE 4156 | :Prog Gen Move Out transfer (REAGAN CRANDALL)  - Receipt #32824 | 910.00 | 06/30/2025 |
| 06/13/2025 | JE 4157 | :Prog Gen Move Out transfer (ZIHUI GONG)  - Receipt #32825 | 925.00 | 06/30/2025 |
| 06/13/2025 | JE 4158 | :Prog Gen Move Out transfer (JESSE HEER)  - Receipt #32826 | 925.00 | 06/30/2025 |
| 06/13/2025 | JE 4159 | :Prog Gen Move Out transfer (BLAKE THEISEN)  - Receipt #32827 | 750.00 | 06/30/2025 |
| 06/13/2025 | JE 4160 | :Prog Gen Move Out transfer (JORDAN NIERMAN)  - Receipt #32828 | 925.00 | 06/30/2025 |
| 06/15/2025 | JE 4163 | | -20.00 | 06/30/2025 |
| 06/15/2025 | JE 4177 | :PostRecurring RE Tax Escrow (payable 10/31) | -5,463.93 | 06/30/2025 |
| 06/30/2025 | JE 4181 | | -910.00 | 06/30/2025 |
| 07/31/2025 | 306 | STARION FINANCIAL | -1.25 | 07/31/2025 |
| 07/07/2025 | RC 32914 | Returned item t0000919 | -1,010.00 | 07/31/2025 |
| 07/11/2025 | JE 4170 | wire tx fee; repay to Parkside | -20.00 | 08/29/2025 |
| 07/14/2025 | JE 4189 | :Prog Gen Move Out transfer (ALLIE WEISS)  - Receipt #33072 | 910.00 | 07/31/2025 |
| 07/14/2025 | JE 4190 | :Prog Gen Move Out transfer (ALEXIS WILLETT)  - Receipt #33073 | 925.00 | 07/31/2025 |
| 07/14/2025 | JE 4179 | :Prog Gen Move Out transfer (COLE GILSDORF)  - Receipt #33067 | 1,010.00 | 07/31/2025 |
| 08/08/2025 | 307 | STARION FINANCIAL | -5.00 | 08/29/2025 |
| 08/29/2025 | 308 | STARION FINANCIAL | -1.50 | 08/29/2025 |
| 08/03/2025 | RC 33470 | Returned item AVERY REMMERDE | -1,075.00 | 08/29/2025 |
| 08/14/2025 | JE 4208 | Mehlhoff security deposit  was in 1 check with prorated rent. Deposited to 1111, tx sec. dep to the 2111 acct. | 1,010.00 | 08/29/2025 |
| 08/14/2025 | JE 4204 | :Prog Gen Move Out transfer (ETHAN WELLNITZ)  - Receipt #33440 | 1,010.00 | 08/29/2025 |
| 08/14/2025 | JE 4205 | :Prog Gen Move Out transfer (DWIGHT FEENSTRA)  - Receipt #33441 | 910.00 | 08/29/2025 |
| 08/14/2025 | JE 4206 | :Prog Gen Move Out transfer (THA DAH HTOO)  - Receipt #33442 | 910.00 | 08/29/2025 |
| 08/14/2025 | JE 4207 | :Prog Gen Move Out transfer (MARISSA ROBER)  - Receipt #33443 | 1,010.00 | 08/29/2025 |

**GO1 DIP**

**Bank Rec In-Progress Report**

| Date | Ref | Description | Amount | Date |
|------|-----|-------------|-------:|------|
| 09/07/2025 | JE 4219 | :Prog Gen Move Out transfer (STEVEN ROSBACH) - Receipt #33792 | 1,010.00 | 09/30/2025 |
| 09/07/2025 | JE 4221 | :Prog Gen Move Out transfer (LEW KNAPP) - Receipt #33794 | 750.00 | 09/30/2025 |
| 09/07/2025 | JE 4222 | :Prog Gen Move Out transfer (STEVE ALMQUIST) - Receipt #33796 | 1,090.00 | 09/30/2025 |
| 09/11/2025 | JE 4227 | :Prog Gen Move Out transfer (WILLOW SEURER) - Receipt #33860 | 925.00 | 09/30/2025 |
| 10/14/2025 | RC 34143 | Returned item LYNELL HERSTEDT | -1,025.00 | 10/31/2025 |
| 10/14/2025 | JE 4242 | :Prog Gen Move Out transfer (ALLYSSA KIRCHBERG) - Receipt #34192 | 750.00 | 10/31/2025 |
| 11/03/2025 | 310 | U.S. TRUSTEES | -481.00 | 11/30/2025 |
| 11/07/2025 | 312 | RED RIVER STATE BANK | -80,592.04 | 11/30/2025 |
| 11/17/2025 | 313 | STARION FINANCIAL | -20.00 | 11/30/2025 |
| 11/07/2025 | JE 4263 | TX funds to RRSB from Trust | 80,592.04 | 11/30/2025 |
| 11/17/2025 | JE 4262 | TX funds to Gen Checking from TRUST | 10,000.00 | 11/30/2025 |
| 12/31/2025 | 314 | STARION FINANCIAL | -0.75 | 12/31/2025 |
| 12/13/2025 | JE 4272 | :Prog Gen Move Out transfer (MASON MCDONALD) - Receipt #34769 | 1,005.00 | 12/31/2025 |
| 01/15/2026 | 315 | Alexis Burbach | -169.26 | 01/30/2026 |
| 01/31/2026 | 317 | Alexis Burbach | -758.83 | 02/27/2026 |
| 01/31/2026 | 318 | U.S. TRUSTEES | -1,408.00 | 02/27/2026 |
| 01/14/2026 | JE 4283 | :Prog Gen Move Out transfer (TIARA DEHOET) - Receipt #35180 | 955.00 | 01/30/2026 |
| 02/17/2026 | 319 | Alexis Burbach | -257.27 | 02/27/2026 |
| 02/14/2026 | JE 4308 | :Prog Gen Move Out transfer (HANNAH HUPPLER) - Receipt #35486 | 1,010.00 | 02/27/2026 |
| 02/14/2026 | JE 4304 | :Prog Gen Move Out transfer (ADDISON RASSEL) - Receipt #35479 | 925.00 | 02/27/2026 |
| 02/14/2026 | JE 4305 | :Prog Gen Move Out transfer (ALLISON FOOTE) - Receipt #35480 | 910.00 | 02/27/2026 |
| 02/14/2026 | JE 4306 | :Prog Gen Move Out transfer (MARILYN BOIK) - Receipt #35481 | 1,475.00 | 02/27/2026 |

**Total Cleared Other Items**                                                    **31,982.59**