3/16/2026 2:40 PM

## 12 Months Cash Flow Statement

Owner =  Generations On 1st (all properties)

Month = Feb 2026

Book = Cash

| ACCOUNT | Feb 2026 | Total |
|---|---|---|
| **INCOME** | | |
| Gross Potential Rent/HOA | 78,955.00 | 78,955.00 |
| Garage Income | 3,429.36 | 3,429.36 |
| Storage Unit Income | 240.00 | 240.00 |
| Less: Incentives | -465.00 | -465.00 |
| Less:  HME Incentives | -30.00 | -30.00 |
| Delinquency | 455.00 | 455.00 |
| Less: Vacancy | -3,878.36 | -3,878.36 |
| Plus: Prepaid Rent/HOA | -5,489.25 | -5,489.25 |
| Net Rent/HOA Income | 73,216.75 | 73,216.75 |
| | | |
| Total Income | 73,216.75 | 73,216.75 |
| | | |
| **EXPENSES** | | |
| | | |
| Maintenance Expenses | | |
| Maintenance Staff Costs | 368.00 | 368.00 |
| Repairs/Maintenance | -31.45 | -31.45 |
| Painting | 6.56 | 6.56 |
| Electrical/Fire Prevention | 1,034.65 | 1,034.65 |
| Flooring | -1,376.36 | -1,376.36 |
| Resident Manager | 554.63 | 554.63 |
| Snow Removal | 270.81 | 270.81 |
| Janitorial | -67.85 | -67.85 |
| Total Maintenance Expenses | 758.99 | 758.99 |
| | | |
| Operating Expenses | | |
| Payroll Taxes | 34.38 | 34.38 |
| Advertising/Marketing | 649.00 | 649.00 |
| Software Fee | 73.00 | 73.00 |
| Leasing Commissions (payout) | 200.00 | 200.00 |
| Internet & Phone Costs/Service | 204.19 | 204.19 |
| Property Management | 3,660.84 | 3,660.84 |
| Insurance | 3,018.67 | 3,018.67 |
| Electricity-Vacant | 80.74 | 80.74 |
| Electricity-Building | 868.16 | 868.16 |
| Gas-Building | 730.47 | 730.47 |
| Water & Sewer | 4,060.40 | 4,060.40 |
| Garbage | 207.09 | 207.09 |
| Total Operating Expenses | 13,786.94 | 13,786.94 |
| | | |
| Other Expenses | | |
| Misc. PM Fees | 500.00 | 500.00 |
| Misc Professional Fees | 200.00 | 200.00 |
| Total Other Expenses | 700.00 | 700.00 |
| | | |
| Total Expenses | 15,245.93 | 15,245.93 |
| | | |
| **NET INCOME** | **57,970.82** | **57,970.82** |
| | | |
| ADJUSTMENTS | | |
| Generations Real Estate Tax Escrow | -7,018.26 | -7,018.26 |
| Mortgage 1st | -57,166.67 | -57,166.67 |
| | | |
| TOTAL ADJUSTMENTS | -64,184.93 | -64,184.93 |
| | | |
| CASH FLOW | -6,214.11 | -6,214.11 |