# Starion Bank

PO Box 848
Mandan, ND 58554

>001489 5063149 0001 92855 10Z

GENERATIONS ON 1ST LLC
DEBTOR IN POSSESSION CASE 25-30002
PO BOX 9379
FARGO ND 58106-9379

## *Statement Ending 02/27/2026*

GENERATIONS ON 1ST LLC                          Page 1 of 6
**Customer Number:**

### Managing Your Accounts

| | | |
|---|---|---|
| Branch | 2754 Brandt Dr S | Fargo, ND 58104 |
| Phone | 701.281.5600 | |
| Website | Starionbank.com | |

## Summary of Accounts

Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | | $161,345.65 |

# ND STAR CHECKING -

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/31/2026 | Beginning Balance | $150,850.12 |
| | 22 Credit(s) This Period | $83,812.50 |
| | 18 Debit(s) This Period | $73,316.97 |
| 02/27/2026 | Ending Balance | $161,345.65 |

## Other Credits

| Date | Description | Amount |
|---|---|---|
| 02/03/2026 | YARDI CARD DEP 1111Transf XXXXX1489 | $2,030.00 |
| 02/03/2026 | CP BUSINESS MANA Rent XXXXX6888 | $31,225.00 |
| 02/04/2026 | CPBUSINESSMANAGE Settlement 000026125972010 | $1,090.00 |
| 02/04/2026 | CPBUSINESSMANAG_ Settlement 000026192075470 | $2,115.00 |
| 02/04/2026 | YARDI CARD DEP 1111Transf XXXXX1469 | $2,720.00 |
| 02/05/2026 | CP BUSINESS MANA nonincenti XXXXX6888 | $85.00 ✓ |
| 02/05/2026 | YARDI CARD DEP 1111Transf XXXXX6440 | $1,075.00 |
| 02/05/2026 | YARDI CARD DEP 1111Transf XXXXX0120 | $2,095.00 |
| 02/05/2026 | EDEPOSIT | $8,890.00 |
| 02/06/2026 | YARDI CARD DEP 1111Transf XXXXX2166 | $995.00 |
| 02/06/2026 | CPBUSINESSMANAGE Settlement 000026177215978 | $12,676.67 |
| 02/09/2026 | CPBUSINESSMANAGE Settlement 000026194300230 | $1,280.00 |
| 02/10/2026 | YARDI CARD DEP 1111Transf XXXXX0072 | $571.67 |
| 02/10/2026 | CPBUSINESSMANAGE Settlement 000026207390738 | $983.66 |
| 02/10/2026 | YARDI CARD DEP 1111Transf XXXXX2590 | $1,516.50 |
| 02/11/2026 | YARDI CARD DEP 1111Transf XXXXX6742 | $491.50 |
| 02/11/2026 | CPBUSINESSMANAGE Settlement 000026219730506 | $1,090.00 |
| 02/12/2026 | YARDI CARD DEP 1111Transf XXXXX2368 | $866.64 |
| 02/14/2026 | xfer from 8669 to 8666 - 3213 910 3513 925 3210 15.75 | $1,850.75 |
| 02/17/2026 | xfer from 8669 to 8666 - 3314 deposit return | $1,010.00 |
| 02/17/2026 | xfer from 8669 to 8666 - 3210 remainder | $1,259.25 |
| 02/24/2026 | EDEPOSIT | $7,895.86 |

*(handwritten annotations in red: "(* Parkside!) fx to Parkside 3/06/26", "3780 + 8890.47 →", "Russel, Foote, Bork (15.75) → Hupfler", "Bork less rem tows for new Act.")*

EQUAL HOUSING LENDER   Member FDIC

GENERATIONS ON 1ST LLC

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| | DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | ⟶ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

022563 1072316 0000000 059520 119040 01/03

# Starion Bank

PO Box 848
Mandan, ND 58554

## Statement Ending 02/27/2026

*GENERATIONS ON 1ST LLC*                     Page 3 of 6

*Customer Number:*        ¹66

## ND STAR CHECKING - ¹66 (continued)

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 02/03/2026 | CP BUSINESS MANA jan31 XXXXX6888 | $758.82 |
| 02/04/2026 | QUARTERLY FEE PAYMENT 0000 | $1,408.00 |
| 02/17/2026 | CP BUSINESS MANA feb 1-15 9 XXXXX6888 | $257.26 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 30256 | 02/06/2026 | $112.00 | 30261 | 02/06/2026 | $204.19 | 30266 | 02/10/2026 | $17,500.00 |
| 30257 | 02/09/2026 | $649.00 | 30262 | 02/11/2026 | $205.49 | 30267 | 02/11/2026 | $5,475.28 |
| 30258 | 02/11/2026 | $101.24 | 30263 | 02/13/2026 | $307.98 | 30268 | 02/10/2026 | $5,048.59 |
| 30259 | 02/13/2026 | $414.18 | 30264 | 02/11/2026 | $238.02 | 30270* | 02/18/2026 | $590.25 |
| 30260 | 02/12/2026 | $140.00 | 30265 | 02/10/2026 | $39,666.67 | 30272* | 02/24/2026 | $240.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/03/2026 | $183,346.30 | 02/10/2026 | $154,851.35 | 02/17/2026 | $154,280.04 |
| 02/04/2026 | $187,863.30 | 02/11/2026 | $150,412.82 | 02/18/2026 | $153,689.79 |
| 02/05/2026 | $200,008.30 | 02/12/2026 | $151,139.46 | 02/24/2026 | $161,345.65 |
| 02/06/2026 | $213,363.78 | 02/13/2026 | $150,417.30 | | |
| 02/09/2026 | $213,994.78 | 02/14/2026 | $152,268.05 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |





#30256     02/06/2026     $112.00



#30257     02/09/2026     $649.00



#30258     02/11/2026     $101.24



#30259     02/13/2026     $414.18



#30260     02/12/2026     $140.00



#30261     02/06/2026     $204.19



#30262     02/11/2026     $205.49



#30263     02/13/2026     $307.98



#30264     02/11/2026     $238.02



#30265     02/10/2026     $39,666.67

022563 1072316 0000000 059521 119042 02/03

# Starion Bank

PO Box 848
Mandan, ND 58554

GENERATIONS ON 1ST LLC                                          *Page 5 of 6*

**Customer Number.**              36



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104                30266

02/05/26          $17,500.00**

TO THE ORDER OF   **** SEVENTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

⑈030266⑈ ⑆091310767⑆

#30266              02/10/2026                          $17,500.00

---

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104                30267

01/31/26          $5,475.28***

TO THE ORDER OF   **** FIVE THOUSAND FOUR HUNDRED SEVENTY FIVE AND 28/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

⑈030267⑈ ⑆091310767⑆   3⑈

#30267              02/11/2026                          $5,475.28

---



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104                30268

01/31/26          $5,048.59***

TO THE ORDER OF   **** FIVE THOUSAND FORTY EIGHT AND 59/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,    58106

⑈030268⑈ ⑆091310767⑆   5⑈

#30268              02/10/2026                          $5,048.59

---



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104                30270

02/14/26          $590.25*****

TO THE ORDER OF   **** FIVE HUNDRED NINETY AND 25/100 DOLLARS

ALLISON FOOTE, TRICIA FOOTE
421 S Cliff Ave #4
Harrisburg, SD   57032

⑈030270⑈ ⑆091310767⑆   ⑈

#30270              02/18/2026                          $590.25

---

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104                30272

02/17/26          $240.00*****

TO THE ORDER OF   **** TWO HUNDRED FORTY AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD   57201

⑈030272⑈ ⑆091310767⑆

#30272              02/24/2026                          $240.00

01489 5063149 003156 006311 0003/0003

Starionbank.com