3/16/2026 2:47 PM

**Rent Roll**

Property = Generations on 1st

As Of = 02/27/2026

Month = 02/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|---|---|---|---|---|---|---|---|
| **Current/Notice/Vacant Tenants** | | | | | | | |
| 101 | SENIOR CENTER | 0.00 | 0.00 | 0.00 | 05/01/2022 | 08/31/2110 | |
| 3201 | RENEE HANLON | 1,560.00 | 1,475.00 | 80.00 | 03/03/2023 | 11/30/2026 | |
| 3202 | JUDITH ZIRBEL | 1,010.00 | 925.00 | 80.00 | 08/09/2024 | 08/31/2025 | |
| 3203 | SHEILA KAMMERER | 985.00 | 955.00 | 80.00 | 05/01/2023 | 01/31/2026 | |
| 3204 | PHYLLIS JACKSON | 1,010.00 | 1,010.00 | 0.00 | 04/01/2024 | 04/30/2025 | |
| 3205 | CONNOR KAUP | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | |
| 3206 | CASEY KIRLEY | 1,020.00 | 910.00 | 80.00 | 08/07/2024 | 11/30/2026 | |
| 3207 | LOIS STADHEIM | 985.00 | 955.00 | 75.00 | 06/01/2023 | 05/31/2024 | |
| 3208 | BRAUN KADOUN | 1,010.00 | 1,090.00 | 65.00 | 08/01/2025 | 07/31/2026 | |
| 3209 | JONI DYKSTRA | 1,010.00 | 1,010.00 | 80.00 | 08/15/2024 | 08/14/2025 | 03/31/2026 |
| 3210 | VACANT | 0.00 | 0.00 | 0.00 | | | |
| 3211 | KIERA WEISSER | 1,520.00 | 1,520.00 | -45.00 | 06/01/2025 | 05/31/2026 | |
| 3212 | EMILY PETERSON | 1,010.00 | 1,010.00 | 65.00 | 06/01/2025 | 05/31/2026 | |
| 3213 | MARILYN BOIK | 1,055.00 | 700.00 | 80.00 | 02/01/2026 | 01/31/2027 | |
| 3214 | MIKALA WAGNER | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | |
| 3215 | ALEXANDRIA MACALUSO | 1,010.00 | 1,010.00 | 65.00 | 05/01/2025 | 04/30/2026 | |
| 3216 | KYLER MEHLHOFF | 1,010.00 | 1,010.00 | 80.00 | 09/01/2025 | 05/31/2026 | |
| 3217 | AVERY REMMERDE | 1,010.00 | 1,090.00 | 65.00 | 07/07/2025 | 07/06/2026 | |
| 3218 | MASON CORDINGLEY | 1,010.00 | 1,010.00 | 65.00 | 05/24/2025 | 05/31/2026 | |
| 3301 | BARBARA GOENS | 1,475.00 | 1,475.00 | 80.00 | 09/01/2022 | 08/31/2023 | |
| 3302 | ISABELLE RICHARDSON | 1,010.00 | 750.00 | -30.00 | 04/01/2025 | 03/31/2026 | |
| 3303 | BRITTEN LAPOINTE | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | |
| 3304 | HANNAH HEUER | 1,010.00 | 1,090.00 | 80.00 | 09/01/2025 | 08/31/2026 | |
| 3305 | ELLIOTT STEINER | 1,010.00 | 1,010.00 | 0.00 | 08/01/2025 | 07/31/2026 | |
| 3306 | VACANT | 0.00 | 0.00 | 0.00 | | | |
| 3307 | ORLEY WANGSNESS | 1,010.00 | 1,090.00 | 0.00 | 10/01/2024 | 09/30/2025 | |
| 3308 | MARQUS MCDONNELL | 1,010.00 | 1,010.00 | 15.00 | 04/18/2025 | 04/30/2026 | |
| 3309 | KEEGAN SCHELLE | 1,010.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | |
| 3310 | ALEXIS BURBACH | 1,520.00 | 0.00 | -240.00 | 03/01/2024 | | |
| 3311 | BARBARA WEGMAN | 1,520.00 | 1,425.00 | 80.00 | 07/01/2022 | 06/30/2026 | |
| 3312 | LUCAS HANSEN | 1,010.00 | 1,010.00 | 80.00 | 09/01/2025 | 05/31/2026 | |
| 3313 | CLAYTON ALBAN | 1,010.00 | 910.00 | 80.00 | 08/09/2024 | 05/31/2026 | |
| 3314 | VACANT | 0.00 | 0.00 | 0.00 | | | |
| 3315 | Kurundu Jayasekera | 1,010.00 | 1,010.00 | 80.00 | 10/06/2025 | 10/31/2026 | |
| 3316 | MICAH WARRINGTON | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | |
| 3317 | KALEN GODEL | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | |
| 3318 | DARRIEN MARTIN | 1,010.00 | 1,010.00 | 0.00 | 07/01/2025 | 06/30/2026 | |
| 3401 | LORNA HARSTAD | 1,520.00 | 1,375.00 | 0.00 | 08/01/2022 | | |
| 3402 | TARYN OPDAHL | 1,010.00 | 1,010.00 | 40.00 | 04/05/2025 | 01/31/2026 | |
| 3403 | LILY BEADLE | 1,010.00 | 1,010.00 | -15.00 | 07/01/2025 | 06/30/2026 | |
| 3404 | CHRISTIAN SNYDER | 1,010.00 | 1,010.00 | 65.00 | 07/01/2025 | 06/30/2026 | |
| 3405 | DAWSON TREEBY | 1,010.00 | 1,010.00 | 0.00 | 08/16/2024 | 08/31/2026 | |
| 3406 | TIMOTHY BEAUDRY | 1,010.00 | 1,090.00 | 65.00 | 08/01/2025 | 07/31/2026 | |
| 3407 | CYNTHIA WELLS | 1,010.00 | 1,090.00 | 80.00 | 11/01/2024 | 10/31/2025 | |
| 3408 | LAVERNA COYLE | 985.00 | 985.00 | 75.00 | 07/01/2023 | 06/30/2024 | |
| 3409 | JUDITH HOFFMAN | 1,010.00 | 750.00 | 40.00 | 01/15/2025 | 01/14/2026 | |
| 3410 | KAREN JENSEN | 1,560.00 | 1,520.00 | 80.00 | 03/01/2024 | 02/28/2025 | |
| 3411 | PAIGE HALL | 1,520.00 | 1,600.00 | 50.00 | 05/01/2025 | 04/30/2026 | |
| 3412 | DIONNE ZWEIG | 1,010.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | |
| 3413 | DARYL TAPIO | 1,010.00 | 985.00 | 80.00 | 11/01/2022 | 10/31/2023 | |
| 3414 | NICHOLAS KASTEN | 1,020.00 | 955.00 | 80.00 | 11/01/2022 | 11/30/2026 | 02/28/2026 |
| 3415 | SAYLOR HALLSTROM | 1,010.00 | 750.00 | 0.00 | 10/25/2024 | 10/24/2025 | 03/31/2026 |
| 3416 | JACOBE TRAMP | 1,010.00 | 1,010.00 | 80.00 | 03/01/2024 | 02/28/2025 | |
| 3417 | PIPER NAUGHTON | 1,010.00 | 910.00 | 80.00 | 08/08/2024 | 08/31/2026 | |
| 3418 | JUSTINE JACOBS | 1,010.00 | 1,010.00 | 0.00 | 07/21/2025 | 07/31/2026 | |
| 3501 | CHARLES OLSON | 1,520.00 | 1,415.00 | 40.00 | 04/01/2022 | | |
| 3502 | MATTHEW HAEDER | 1,010.00 | 1,090.00 | 80.00 | 08/01/2025 | 07/31/2026 | |
| 3503 | DONNA REESE | 1,010.00 | 1,090.00 | 0.00 | 10/01/2025 | 06/30/2026 | |
| 3504 | RAY BRADBERRY | 965.00 | 500.00 | 75.00 | 04/01/2022 | | |
| 3505 | JOHN TIMMONS | 1,010.00 | 935.00 | 80.00 | 10/12/2022 | | |
| 3506 | LYNELL HERSTEDT | 985.00 | 985.00 | 40.00 | 07/01/2023 | 06/30/2024 | |
| 3507 | GUEST SUITE | 900.00 | 0.00 | -450.00 | 01/01/2025 | 12/31/2025 | |
| 3508 | NICHOLAS PETERSEN | 1,010.00 | 925.00 | 80.00 | 08/01/2024 | 07/31/2025 | |
| 3509 | MADISON PREMUS | 1,010.00 | 1,010.00 | 80.00 | 09/01/2023 | 08/31/2024 | |
| 3510 | JACOB KRANZ | 1,520.00 | 1,520.00 | 80.00 | 01/01/2024 | 12/31/2024 | |
| 3511 | DEAN SHULTZ | 1,520.00 | 1,520.00 | 35.00 | 06/01/2025 | 05/31/2026 | |
| 3512 | HALI ANDERSON | 1,010.00 | 935.00 | 40.00 | 07/01/2022 | 09/30/2026 | |
| 3513 | KALE DAVIS | 1,055.00 | 700.00 | 0.00 | 3/1/2026 | 02/28/2026 | |
| 3514 | HAYDEN MULDER | 1,010.00 | 1,010.00 | 80.00 | 03/01/2025 | 02/28/2026 | |
| 3515 | KADEN BENNETT | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | |
| 3516 | JOSHUA ESCAMILLA-VIGIL | 1,020.00 | 935.00 | 0.00 | 07/01/2022 | 11/30/2026 | |
| 3517 | CHARITY HOVEY | 1,010.00 | 1,090.00 | 80.00 | 12/05/2025 | 12/31/2026 | |
| 3518 | NATHAN OLSON | 1,010.00 | 1,010.00 | 80.00 | 10/01/2025 | 09/30/2026 | |
| **Future Tenants/Applicants** | | | | | | | |
| 3414 | CHAD JULIUS | 0.00 | 0.00 | 0.00 | 03/01/2026 | 02/28/2027 | |
| **Total** | **Generations on 1st** | **73,695.00** | **70,420.00** | **3,120.00** | | | |

| Summary Groups | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied |
|---|---|---|---|---|---|---|
| Current/Notice /Vacant | 73,695.00 | 69,720.00 | 3,120.00 | 73 | 94.52 | 94.15 |
| Future Tenants/Applic | 0.00 | 700.00 | 0.00 | 1 | 0.00 | 0.00 |
| Occupied Units | 0.00 | 0.00 | 0.00 | 69 | 95.89 | 95.89 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 3 | 4.11 | 4.11 |
| **Totals:** | **73,695.00** | **70,420.00** | **3,120.00** | **73** | **100.00** | **100.00** |