**Alexis Burbach**

**2026**

From: 1-Feb

To: 15-Feb

## Generations on 1st

PAID
ACH

Invoice #: 3026

Invoice Date: 2/15/2026

Due Date: 2/16/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|--|
| 1/30 | | 4:00 PM | 4:30 PM | 0:30: | showing Devan/family | $12.75 |
| 2/2 | | 14:00 | 15:00 | 1:00: | move out 3210, check 3513/3314 paint, uploads | $25.50 |
| 2/2 | | 6:15 PM | 6:45 PM | 0:30: | showing Ezra | $12.75 |
| 2/3 | | 1:00 PM | 1:30 PM | 0:30: | drop off midco box from move out | $12.75 |
| 2/4 | | 8:45 | 9:15 | 0:30: | meet shower surround guy for 3311 and 3310 repairs | $12.75 |
| 2/4 | | 11:30 | 12:30 PM | 1:00: | showing austin 3306, carpet receipts grabbed, check on 3513 maintenace/clean | $25.50 |
| 2/5 | 3414 | 12:15 PM | 1:15 PM | 1:00: | move out inspection, uploads, cleaners/maintenance contacted | $25.50 |
| 2/6 | | 9:00 AM | 10:00 AM | 1:00: | move in 3513, check janitor closets and amenity rooms for outlet MC, showing Nick oconnnor 3306 | $25.50 |
| 2/6 | | 13:30 | 2:30 PM | 1:00: | eleavtor company in building to fix broken piece, 3307 talked with on maintenance, 3513 money dropped off, | $25.50 |
| 2/11 | 3518 | 15:30 | 15:45 | 0:15: | called to have his vehicle straightened up in parking spot | $6.37 |
| 2/12 | | 1:00 PM | 2:00 PM | 1:00: | meet window company to see if other a lift, measure 3511 broken window | $25.50 |
| 2/13 | | 10:15 | 11:30 | 1:15: | showing amanda, walk building, check on 3414, amenity room, 3210, 3314 units maintenance | $31.88 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | **Total Hours** | **9:30:** | | | **Total Hourly Pay $25.50/hour** | **$242.25** |

| Date | Unit | Start | End | Total Hours | Maintenance | |
|------|------|-------|-----|-------------|-------------|--|
| | | | | | | |
| | | | | | | |
| | **Total Hours** | **0:00:** | | | **Total Maintenance $30/hour** | **$0.00** |

| Date | Unit | Reimbursement | |
|------|------|---------------|--|
| | | | |
| | | | |
| | | **Total Reimbursement** | **$0.00** |

| Date | Unit | Commission | |
|------|------|------------|--|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | **Total Commissions** | **$0.00** |

| | |
|--|--|
| **Generations Total Hours Amount:** | $242.25 |
| **Generations Total Painting Amount:** | $0.00 |
| **Generations Total Reimbursements:** | $0.00 |
| **Generations Subtotal:** | $242.25 |
| **Generations Sales Tax (6.2%):** | $15.02 |
| **Generations Total Commissions:** | $0.00 |
| **Generations Total Paycheck Amount:** | $257.26 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30273

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

02/18/26

$3,018.67***

TO THE
ORDER OF   **** THREE THOUSAND EIGHTEEN AND 67/100 DOLLARS

LIBERTY MUTUAL INSURANCE
PO BOX 91013
CHICAGO, IL   60680-1171

NON-NEGOTIABLE

*000949*

SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104

 **Liberty Mutual.**
INSURANCE

*Rec'd 2/18/26*

THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Your Account:**

#9000344025
THE RUINS LLC GENERATIONS ON 1ST
LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

# Your Billing Statement as of February 6, 2026

# Billing Notice

Small Commercial Insurance

| | |
|---|---|
| Amount Due: (incl. Fees) | $7,450.39 |
| Due Date: | 03/01/2026 |
| Account Balance: | $44,662.34 |

**Policies on Account:**

BKS65299485 - BK-Package

**Your Agent(s):**

#0059540
SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104
(701) 390-1994

## Billing Details

| Policy | Frequency | Policy Term | Amount Due |
|---|---|---|---|
| Package - BKS65299485 | Monthly - 2 down 10 install | 09/28/2025 - 09/28/2026 | $7,442.39 |
| Fees | | | $8.00 |
| Total Amount Due | | | $7,450.39 |

| Account Summary | |
|---|---|
| Previous Account Balance | $52,104.73 |
| Fees | $8.00 |
| Payments | -$7,450.39 |
| Account Balance | $44,662.34 |

Ruins 38.370%
$ 2858.71
-emailed Ahlgren + Outby 2/18/26

Park 21.113%
$ 1573.00

Gen 40.517%
$ 3,018.67

 **Save time & PAY ONLINE!**
Pay your bill online 24/7 at
**mybusinessonline.libertymutual.com**

**For Billing Questions...**
Call 844-961-0334
Mon.-Fri. 8AM-8PM EST

Please detach and return the entire bottom portion with your payment in the envelope provided.

**Alexis Burbach**

**2026**

| | |
|---|---|
| From: | 15-Feb |
| To: | 28-Feb |

**Generations on 1st**

| | |
|---|---|
| Invoice #: | 3027 |
| Invoice Date: | 2/28/2026 |
| Due Date: | 3/1/2026 |

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 2/15 | | 11:00 AM | 12:00 PM | 1:00: | tenant messages, call returned | $25.50 |
| 2/17 | | 8:00 | 8:30 | 0:30: | fire alarms going off from senior center construction | $12.75 |
| 2/17 | | 10:30 AM | 11:00 AM | 0:30: | windows looked over in electrical room for 3310 -- no go | $12.75 |
| 2/17 | | 12:30 PM | 12:45 PM | 0:15: | showing Cole 3306 | $6.37 |
| 2/18 | | 11:15 | 12:30 | 1:15: | showing joshua 3306, walk through 3314/3414 progress, clean up ga | $31.88 |
| 2/18 | | 14:30 | 3:00 PM | 0:30: | cleaner walk through -- fire alarms going off | $12.75 |
| 2/18 | | 4:00 PM | 4:30 PM | 0:30: | meet garage dude jake for overhead door bid | $12.75 |
| 2/19 | | 9:00 AM | 9:30 AM | 0:30: | window company scheduled, tenants notified for walk through | $12.75 |
| 2/20 | | 10:30 | 11:30 AM | 1:00: | window walk through for measurements and determine if needs lift | $25.50 |
| 2/20 | | 12:30 | 14:15 | 1:45: | showing carmen/roommate 3210, waitlist -doug call for maintenance | $44.63 |
| 2/22 | | 10:45 AM | 11:15 AM | 0:30: | showing chad 3306 then 3414 | $12.75 |
| 2/24 | | 12:30 PM | 2:00 PM | 1:30: | gen notices 3212, walk building, look over 3210, 3314, move in insp | $38.25 |
| 2/25 | | 2:30 PM | 3:30 PM | 1:00: | tenant messages | $25.50 |
| 2/26 | | 11:30 | 12:00 PM | 0:30: | 3414 calls | $12.75 |
| 2/26 | | 2:00 PM | 2:30 PM | 0:30: | fire alarms going off again, 3308 burnt food all was good, reset alarm | $12.75 |
| 2/26 | | 5:15 PM | 5:30 PM | 0:15: | drop off 3202 renewal, shut 3rd floor amenity room to help air out ha | $6.37 |
| 2/27 | | 11:00 | 11:15 | 0:15: | showing 3306 - waitlist july/aug | $6.38 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | **Total Hours** | | **12:15:** | **Total Hourly Pay $25.50/hour** | **$312.38** |

| Date | Unit | Start | End | Total Hours | Maintenance | |
|---|---|---|---|---|---|---|
| | | **Total Hours** | | **0:00:** | **Total Maintenance  $30/hour** | **$0.00** |

| Date | Unit | | | | Reimbursement | |
|---|---|---|---|---|---|---|
| | | | | | **Total Reimbursement** | **$0.00** |

| Date | Unit | | | | Commission | |
|---|---|---|---|---|---|---|
| 2/23 | 3414 | | | | Chad Julius | $200.00 |
| | | | | | $200 per new lease | |
| | | | | | $200 per new lease | |
| | | | | | $200 per new lease | |
| | | | | | **Total Commissions** | **$200.00** |

| | |
|---|---|
| **Generations Total Hours Amount:** | $312.38 |
| **Generations Total Painting Amount:** | $0.00 |
| **Generations Total Reimbursements:** | $0.00 |
| **Generations Subtotal:** | $312.38 |
| **Generations Sales Tax (6.2%):** | $19.37 |
| **Generations Total Commissions:** | $200.00 |
| **Generations Total Paycheck Amount:** | $331.74 |

531.74

PAID ACH

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30275

02/27/26

$128.00******

TO THE
ORDER OF

**** ONE HUNDRED TWENTY EIGHT AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD 57201

NON-NEGOTIABLE

## Maintenance Hours
### 2026
**Maintenance Nam** *Doug Rodengen*

$32.00 Hourly Rate
From: 15-February
To: 28-February

*Generations on 1st*

Invoice #: 3027

Invoice Date: 2/28/2026
Due Date: 3/1/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 2/17 | | 10:30 AM | 11:00 AM | 0:30: | check if any windows would work for 3310 - riddles glass, look over garage door | $16.00 |
| 2/23 | 3513 | 9:15 AM | 9:30 AM | 0:15: | adjust bathroom and bedroom doors to latch and lock | $8.00 |
| 2/23 | 3314 | 9:30 | 9:45 | 0:15: | adjust closet door again | $8.00 |
| 2/20 | 3502 | 14:00 | 2:30 PM | 0:30: | diagnois oven/breaker issue -- game plan for monday fix | $16.00 |
| 2/23 | 3502 | 8:00 | 9:15 | 1:15: | menards run for breaker-- call with kloos electric -- cancelled Dave appliance tech -- replaced breaker everything working | $40.00 |
| 2/26 | | 8:00 | 8:15 AM | 0:15: | 3rd floor janitor closet window latched | $8.00 |
| 2/26 | 3203 | 8:15 | 8:30 | 0:15: | bathroom heat wire sticking out - pushed back into place | $8.00 |
| 2/26 | 3210 | 8:30 | 9:15 | 0:45: | secure pantry board to brackets | $24.00 |

PAID
3/02/5

| | | | | | | |
|---|---|---|---|---|---|---|
| | Total Hours | 4:00: | | | Total Hourly Pay $32/hour | **$128.00** |
| | | | | | Generations on 1st Paycheck : | $128.00 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30289

02/28/26

$5,739.77***

TO THE
ORDER OF   **** FIVE THOUSAND SEVEN HUNDRED THIRTY NINE AND 77/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE

008-00187532-02   GENERATIONS ON 1ST   26 1 AVE SW HOUSE

| Meter Number | Read Dates | | Billing | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | Days | Code | Present | Previous | | | | |
| ELECTRIC: 0000030955 | 02/23/2026 | 01/22/2026 | 32 | MR | 518398 | 505938 | 1 | 12460 | kWh | |
| ELECTRIC: 0000030955 | 02/23/2026 | 01/22/2026 | 32 | MR | 24104 | | 1 | 24.10 | kW | |
| WATER: 0200555042 | 02/23/2026 | 01/22/2026 | 32 | MR | 05476 | 05308 | 1 | 168 | ccf | |
| GAS: 0002116659 | 02/23/2026 | 01/22/2026 | 32 | MR | 37656 | 36600 | 1 | 1056 | ccf | |



**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

WATER (100 cu.ft)

GAS (ccf)

| | |
|---|---|
| PREVIOUS BALANCE | 5,455.93 |
| PAYMENT    02/09/2026 | -5,455.93 |
| BALANCE FORWARD | 0.00 |
| | |
| ELECTRIC SERVICE | |
| Electric Demand | 302.46 |
| Electric Customer Charge | 54.00 |
| Electric Energy | 461.02 |
| Electric State Tax | 34.33 |
| Electric City Tax | 16.35 |
| TOTAL ELECTRIC CHARGES | 868.16 |
| GAS SERVICE | |
| Gas Customer Charge | 50.00 |
| Gas Consumption | 637.82 |
| Gas State Tax | 28.89 |
| Gas City Tax | 13.76 |
| TOTAL GAS CHARGES | 730.47 |
| WATER SERVICE | |
| Water Customer Charge | 39.05 |
| Water Consumption | 742.56 |
| Water Private Fire Service | 44.55 |
| TOTAL WATER CHARGES | 826.16 |
| SEWER SERVICE | |
| Sewer Customer Charge | 44.92 |
| Sewer Multiple Use | 3,189.32 |
| TOTAL SEWER CHARGES | 3,234.24 |
| | |
| CURRENT CHARGES | $5,659.03 |
| | |
| TOTAL AMOUNT DUE | $5,659.03 |

PAID 3028 (stamp)

121588

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| REGULAR | | 03/01/2026 | 03/10/2026 | 5,659.03 | 5,941.98 |

**MESSAGES:** We are improving your experience. Our office is launching new software along with an online customer portal designed to make managing your account easier and more convenient. Through the portal, you will be able to view statements, make payments, and access documents anytime. Thank you for your patience as we work to improve our services.

**MUNICIPAL UTILITIES DEPT.**

| | Account Number | Name | Service Address | | Power factor |
|---|---|---|---|---|---|
| | 001-00187725-04 | GENERATIONS ON 1ST | 26 1 AVE SW 3210 | | |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | 223 | kWh | |
| ELECTRIC: 0000049595 | 02/19/2026 | 02/04/2026 | 15 | MR | 30605 | 30382 | 1 | | | |

|  |  |
|---|---|
| | 0.00 |
| | 0.00 |
| PREVIOUS BALANCE | |
| BALANCE FORWARD | |
| | |
| ELECTRIC SERVICE | 13.85 |
| Electric Customer Charge | 16.50 |
| Electric Energy | 1.27 |
| Electric State Tax | 0.61 |
| Electric City Tax | 32.23 |
| TOTAL ELECTRIC CHARGES | $32.23 |
| | |
| CURRENT CHARGES | $32.23 |
| | |
| TOTAL AMOUNT DUE | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

Feb 2026

| 121588 | | | | | Amount Due | Late Amount |
|---|---|---|---|---|---|---|
| | | | | | 32.23 | 33.84 |
| Bill Type | Account Type | Bill Date | Due Date | | | |
| | | 03/01/2026 | 03/10/2026 | | | |
| FIRST BILL | | | | | | |

**MESSAGES:** We are improving your experience. Our office is launching new software along with an online customer portal designed to make managing your account easier and more convenient. Through the portal, you will be able to view statements, make payments, and access documents anytime. Thank you for your patience as we work to improve our services.

**MUNICIPAL UTILITIES DEPT.**

| | | Account Number | Name | | | | | Service Address | | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 001-00187738-02 | GENERATIONS ON 1ST | | | | | 26 1 AVE SW 3306 | | |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage | Units | Power factor |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | kWh | |
| ELECTRIC: 0000049490 | 02/19/2026 | 01/20/2026 | 30 | MR | 15511 | 15408 | 1 | 103 | | |

| | | |
|---|---|---|
| PREVIOUS BALANCE | | 19.35 |
| PAYMENT   02/09/2026 | | -19.35 |
| BALANCE FORWARD | | 0.00 |
| | | |
| ELECTRIC SERVICE | | |
| Electric Customer Charge | | 13.85 |
| Electric Energy | | 7.62 |
| Electric State Tax | | 0.90 |
| Electric City Tax | | 0.43 |
| TOTAL ELECTRIC CHARGES | | 22.80 |
| | | |
| CURRENT CHARGES | | $22.80 |
| | | |
| TOTAL AMOUNT DUE | | $22.80 |

### YOUR MONTHLY USAGE

ELECTRIC (kWh)

Jan 2026   Feb

| Bill Type | Account Type | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|
| 121588 | | 03/01/2026 | 03/10/2026 | 22.80 | 23.94 |
| REGULAR | | | | | |

**MESSAGES:** We are improving your experience. Our office is launching new software along with an online customer portal designed to make managing your account easier and more convenient. Through the portal, you will be able to view statements, make payments, and access documents anytime. Thank you for your patience as we work to improve our services.

**MUNICIPAL UTILITIES DEPT.**

| | Account Number | Name | | Service Address | | | Power factor |
|---|---|---|---|---|---|---|---|
| | 001-00187745-05 | GENERATIONS ON 1ST | | 26 1 AVE SW 3314 | | | |

| Meter Number | Read Dates | | Billing Days | Meter Readings | | | Multiplier | Usage 140 | Units kWh | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Previous | | Code | Present | Previous | | | | |
| ELECTRIC: 0000049567 | 02/19/2026 | 01/30/2026 | 20 | MR | 11296 | 11156 | 1 | | | |

|  |  |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| BALANCE FORWARD | 0.00 |
| ELECTRIC SERVICE | |
| Electric Customer Charge | 13.85 |
| Electric Energy | 10.36 |
| Electric State Tax | 1.02 |
| Electric City Tax | 0.48 |
| TOTAL ELECTRIC CHARGES | 25.71 |
| | $25.71 |
| CURRENT CHARGES | $25.71 |
| TOTAL AMOUNT DUE | |

**YOUR MONTHLY USAGE**

ELECTRIC (kWh)

Feb 2026

| 121588 | | | Bill Date | Due Date | Amount Due | Late Amount |
|---|---|---|---|---|---|---|
| Bill Type | Account Type | | 03/01/2026 | 03/10/2026 | 25.71 | 27.00 |
| FIRST BILL | | | | | | |

MESSAGES: We are improving your experience. Our office is launching new software along with an online customer portal designed to make managing your account easier and more convenient. Through the portal, you will be able to view statements, make payments, and access documents anytime. Thank you for your patience as we work to improve our services.

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30272

02/17/26

$240.00*****

TO THE
ORDER OF     **** TWO HUNDRED FORTY AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

## Maintenance Hours
## 2026
**Maintenance Nar** *Doug Rodengen*

$32.00  Hourly Rate
From: 1-February
To: 15-February



### Generations on 1st

Invoice #:  3026

Invoice Date: 2/15/2026
Due Date: 2/16/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 2/4 | 3302 | 8:00 AM | 8:45 AM | 0:45: | menards run for bulbs -- microwave light bulb replace - not sending power to bulb | $24.00 |
| 2/4 | 3314 | 8:45 AM | 9:30 AM | 0:45: | caulk windows, replaced bedroom screen, tp holder tightened, battey bed fan remote | $24.00 |
| 2/4 | 3213 | 9:30 | 9:45 | 0:15: | tighten tp holder | $8.00 |
| 2/4 | 3406 | 9:45 | 10:00 AM | 0:15: | went to replace blinds -- wrong size | $8.00 |
| 2/4 | 3517 | 10:00 | 10:15 | 0:15: | went to replace blinds -- wrong size as well | $8.00 |
| 2/4 | 3210 | 10:15 | 12:00 PM | 1:45: | tp holder tightened, 2 doors adjusted, lazy susan cabinet tightened, battery in remote, 2nd bed window latched, caulk around windows | $56.00 |
| 2/4 | 3307 | 12:00 | 12:15 | 0:15: | living room heat not working -- adjusted pins working as normal | $8.00 |
| 2/10 | | 8:00 | 8:30 | 0:30: | shopping cart wheels cleaned out/oiled up | $16.00 |
| 2/10 | 3414 | 8:30 | 10:00 | 1:30: | paint touch up, caulk windows, doors lathc/lock | $48.00 |
| 2/10 | 3307 | 10:00 | 10:15 | 0:15: | adjusted bedroom heat - LR set high not kicking bedroom one as often | $8.00 |
| 2/10 | | 10:15 | 10:45 | 0:30: | 2nd floor amenity room - heat/ac -- can light cover put back on | $16.00 |
| 2/12 | | 8:15 | 8:45 | 0:30: | clean out 2nd shopping cart wheels/WD40 | $16.00 |

|  | Total Hours | 7:30: | | Total Hourly Pay $32/hour | $240.00 |
|---|---|---|---|---|---|

Generations on 1st Paycheck :  $240.00

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30285

02/28/26          $795.76*****

**** SEVEN HUNDRED NINETY FIVE AND 76/100 DOLLARS

TO THE
ORDER OF

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

NON-NEGOTIABLE

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/9/2026 | 2509 |

| Due Date | Terms |
|----------|-------|
| 3/11/2026 | Net 30 |

**Bill To**

Generations
Unit # 3213



| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 4 | Unit Cleaning | | 30.00 | 120.00T |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Shower | | |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Dust | Ceiling Fans | 0.00 | 0.00T |
| | | Trim | | |
| | | Doors | | |
| | | Wall Vents | | |
| | | Baseboards | | |
| | | Heat Panels | | |
| | Blinds | Wash Window  and / or  Patio Door Blinds | 0.00 | 0.00T |
| | | Sales Tax | 6.20% | 7.44 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total**   $127.44

**White Glove Cleaning**
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|---|---|
| 2/16/2026 | 2519 |

| Due Date | Terms |
|---|---|
| 3/18/2026 | Net 30 |

| Bill To |
|---|
| Generations<br>Unit # 3210 |



| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 9.75 | Unit Cleaning | Heavy Smoke Smell, had to wash surface of everything | 30.00 | 292.50T |
| | Air Unit | Clean A/C Front Vents and Filter- removed vents cleaned inside, removed yellow buildup inside/out | 0.00 | 0.00T |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Shower | | |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | Blinds | Wash Window Blinds | 0.00 | 0.00T |
| | Dust | Trim | 0.00 | 0.00T |
| | | Doors | | |
| | | Wall Vents | | |
| | | Baseboards | | |
| | | Heat Panels | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Kitchen | Range (Top, Sides, Under, Oven, Drawer) | 0.00 | 0.00T |
| | | Fridge (Top, Sides, Under, Inside) | | |
| | | Overhead Range (Inside, Front, Underside and Filter) | | |
| | | Dishwasher (Inside, Front, Filter) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks,Faucet, Sprayer, Drain Plugs | | |
| | Laundry | Clean Inside/ Outside Washing Machine | 0.00 | 0.00T |
| | | Remove Lint and Wipe Down Dryer | | |
| | | Wipe Shelves in Laundry Room | | |
| | | Pull Units Out and Sweep/Mop Under | | |
| | | Dust Behind | | |
| | Walls | Washed Baseboards | 0.00 | 0.00T |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | Chemical Fee | | 25.00 | 25.00 |
| | | Sales Tax | 6.20% | 18.14 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total**    $335.64

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|---|---|
| 2/16/2026 | 2520 |

| Due Date | Terms |
|---|---|
| 3/18/2026 | Net 30 |

| Bill To |
|---|
| Generations<br>Unit # 3414 |


PAID
30285

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 3.5 | Unit Cleaning | | 30.00 | 105.00T |
| | Air Unit | Clean A/C Front Vents and Filter | 0.00 | 0.00T |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Shower | | |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | Blinds | Wash Window  and / or  Patio Door Blinds | 0.00 | 0.00T |
| | Dust | Trim | 0.00 | 0.00T |
| | | Doors | | |
| | | Wall Vents | | |
| | | Baseboards | | |
| | | Heat Panels | | |
| | Kitchen | Range (Top, Sides, Under, Oven, Drawer) | 0.00 | 0.00T |
| | | Fridge (Top, Sides, Under, Inside) | | |
| | | Overhead Range (Inside, Front, Underside and Filter) | | |
| | | Dishwasher (Inside, Front, Filter) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks,Faucet, Sprayer, Drain Plugs | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | Chemical Fee | | 10.00 | 10.00 |
| | | Sales Tax | 6.20% | 6.51 |

| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | **Total** | **$121.51** |
|---|---|---|

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/16/2026 | 2514 |

| Due Date | Terms |
|----------|-------|
| 3/18/2026 | Net 30 |

| Bill To |
|---------|
| Generations<br>Unit # 3314 |



| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6 | Unit Cleaning | | 30.00 | 180.00T |
| | Kitchen | Range (Top, Sides, Under, Oven, Drawer) | 0.00 | 0.00T |
| | | Fridge (Top, Sides, Under, Inside) | | |
| | | Overhead Range (Inside, Front, Underside and Filter) | | |
| | | Dishwasher (Inside, Front, Filter) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks,Faucet, Sprayer, Drain Plugs | | |
| | Bathroom | Stool (Inside, Outside) | 0.00 | 0.00T |
| | | Mirror | | |
| | | Shower | | |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Laundry | Clean Inside/ Outside Washing Machine | 0.00 | 0.00T |
| | | Remove Lint and Wipe Down Dryer | | |
| | | Wipe Shelves in Laundry Room | | |
| | | Pull Units Out and Sweep/Mop Under | | |
| | | Dust Behind | | |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | Walls | Remove Spots and Marks from Walls and Baseboards | 0.00 | 0.00T |
| | Blinds | Wash Window  and / or  Patio Door Blinds | 0.00 | 0.00T |
| | Chemical Fee | | 20.00 | 20.00 |
| | | Sales Tax | 6.20% | 11.16 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total**   $211.16

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30281

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

02/28/26

$204.19******

TO THE
ORDER OF

**** TWO HUNDRED FOUR AND 19/100 DOLLARS

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD    57117

NON-NEGOTIABLE



 **MIDCO BUSINESS**®

PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 02/09/26 |
| Invoice Number | 38575150115227 |
| Account # | 385751501 |
| Page | 1 of 4 |

GENERATIONS ON 1ST, LLC
26 1ST AVE SW
WATERTOWN SD 57201

*0214*

 *PAID 30281*

*Payment swapped w/ parkside. Midco is correcting 2/18/26*

Thank you for choosing Midco. We appreciate your business and look forward to serving you for years to come.

### Billing Summary

| | |
|---|---|
| Account Number | 385751501 |
| **Total Amount Due** | **$157.75** |

### Midco Alerts

**Got questions about your bill?** For help reading your statement, visit **Midco.com/Business/Statements**.

**Can customers ring your business?** To update your phone number in online listings or the next publication of your local phone directory, contact us at **Midco.com/Business/Contact**.

**Get a targeted marketing strategy.** Midco's team works with you to develop a demographic-based targeting strategy to hit the mark when it comes to your customers. See what else our team can do for you at **Midco.com/Advertising.**

**Connecting communities across the Midwest**. We're proud to power homes and businesses in our five-state footprint with our reliable services and local support teams.

### Account Activity

| | |
|---|---|
| Previous Balance | $204.19 |
| Payments Received | -$250.63 |
| Balance Forward | *?* $46.44 CREDIT |

### Current Charges

| | |
|---|---|
| Data and Related Services | $95.00 |
| Voice and Related Services | $40.00 |
| Other Services | $15.00 |
| Taxes, Fees & Surcharges | $54.19 |
| **Total Amount Due** | **$157.75** |

Payment Due Date: 02/28/26

**Payment Options**
Online: **Midco.com/Business/MyAccount**. Phone: 1.800.888.1300.
EFT: See reverse side. Mail: Return stub below & do not send cash.

**Online:** Midco.com/Business      **Phone:** 1.800.888.1300      **Email:** Business.Support@Midco.com



 **MIDCO BUSINESS**®

PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 02/09/26 |
| Invoice Number | 385751501152227 |
| Account # | 385751501 |
| Page | 3 of 4 |

## Frequently Asked Questions

**What are State and Local Taxes?**
This charge is for state, local and municipal governments mandate these taxes on equipment and services.

**What is the Carrier Cost Recovery Fee?**
The Carrier Cost Recovery Fee includes multiple fees associated with voice services. These include: Federal Access Charges, the Administration Recovery Fee, the Access Recovery Charge, the Local Number Portability Fee, and the Presubscribed Carrier Charge. This does not reflect a direct government charge.

**What are Federal Access Charges?**
These charges - proposed and authorized by the Federal Communications Commission (FCC) - provide for access and maintenance of the local network.

**What is the Administration Recovery Fee?**
All carriers providing interstate telecommunications must support relay services, which enables phone conversations between people with speech/hearing impairments and those without.

**What is the Network Access Charge?**
The Network Access Charge allows carriers to recoup charges to support access and maintenance of the data network and costs associated with government assessments for the support of speech and hearing-impaired programs. This does not reflect a direct government charge.

**What is the Access Recovery Charge (ARC) Fee?**
The Access Recovery Charge (ARC) is a fee related to changes in FCC rules. This monthly fee is a way to recover the costs of providing access to the phone network.

**What is the Presubscribed Carrier Charge?**
This charge is for selecting and routing calls to a long-distance carrier.

**What is the Local Number Portability Fee?**
The Federal Communications Commission permits phone companies to add this charge to all phone lines as compensation for creating systems that allow residential and business phone customers to retain their existing local phone numbers (at the same location) when switching from one local phone service to another.

**What is the Federal Excise Tax?**
The federal government mandates this tax, which is imposed on local and wireless phone services.

**What is the Universal Service Fee?**
The Federal Communications Commission (FCC) created the Universal Service Fund (USF). This fee helps make voice and internet/data service affordable and available to all Americans, including low-income consumers and those living in areas where the costs of providing service is high. It also includes public and nonprofit schools and libraries serving low-income communities, as well as rural health care providers. Congress mandated that all telecommunications companies providing interstate service contribute to the USF. A carrier may include this contribution on customers' monthly bill.

**What is the County Government 911 Emergency Surcharge?**
Local governments mandate this surcharge to help pay for emergency services such as fire and rescue.

**What is the Telecom Relay Service Charge?**
This state service charge helps to pay for the state relay center, which transmits and translates calls for hearing-impaired people.

**What is the Gross Receipts Tax?**
This tax is on gross receipts derived from the furnishing of phone services. The service provider collects the tax and reports the collections annually to the Department of Revenue.

**What is Midco's policy on refunds for credit card transactions?**
When a customer pays money on an account by credit or debit card, and there needs to be a partial or full refund to that card because of the customer's transaction, it is Midco's policy to issue a credit to the customer's account as long as it is within 30 days of the credit transaction. If there was an error in the amount charged to card by Midco, we may issue a credit to the customer's credit card with a manager's approval.

**What is Midco's policy for returned payments?**
If any payment is returned unpaid, Midco will apply a fee to your next monthly statement. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

For customers who have authorized recurring payments: You authorize Midco to make a one-time electronic funds transfer (EFT) from your account to collect a fee. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

**Is a move in your future?**
If you plan on moving, please call 1.800.888.1300 or visit **Midco.com/Move** at least two weeks prior to your move to ensure a smooth transition of services. Then complete a change of address form with the U.S. Postal Service at **USPS.com** to make sure your mail always reaches you.

---

**Online:** Midco.com/Business          **Phone:** 1.800.888.1300          **Email:** Business.Support@Midco.com

## ......ay Craig

| | |
|---|---|
| **From:** | Midco ServiceNow <Service.Now@Midco.com> |
| **Sent:** | Wednesday, February 18, 2026 12:43 PM |
| **To:** | Mindy Craig |
| **Subject:** | RE: [EXTERNAL] - RE: CS0402468 - Misapplied Payment |

The account 385751501 owes 204.19 for the month which is Generations on 1st and account 385760701 owes 250.63 for Parkside Place.

-Cassie

On Wednesday 18, February 12:09:23 PM CST, 'Mindy Craig <mcraig@cpbusmgt.com>' wrote:

> Could you please tell me what the total amounts owed are for each property? I know you mentioned removing the late fee as the payments had been misapplied, so we were not in error.
>
> I just need something to document what the actual amount owed is after the corrections and will submit payment accordingly.
>
> Thanks for your help!
>
> Mindy
>
> Thank you!
>
> Mindy
>
> CP Business Management
>
> Corporate 1405 1st Ave N, Suite B | Fargo, ND | 58102
>
> Office and 24/7 emergency 701-237-3369

The information transmitted in this email reply, and any attachments, is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications and may not be shared with any other parties. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use.

1

**GENERATIONS ON 1ST, LLC**

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30276

02/28/26

$649.00*****

TO THE
ORDER OF

**** SIX HUNDRED FORTY NINE AND 00/100 DOLLARS

APARTMENTS LLC
2563 COLLECTION CENTER DR
CHICAGO, IL    60693

NON-NEGOTIABLE

 501 S 5th Street
Richmond, VA 23219

 PAID
30270

| Invoice | Page 1 of 2 |
|---|---|
| Invoice Number | 123416769 |
| Account #/Location ID | 180274941 |
| Invoice Date | 02/02/2026 |
| CoStar Federal Tax ID | 52-2134617 |
| Payment Terms | Net 30 |
| Due Date | 03/04/2026 |
| Service Period | 02/01/2026 to 02/28/2026 |
| | |
| **Invoice Amount** | **USD 649.00** |

1817 1 MB 0.672   E0110X  I0218 D14888352012 S2 P10986617 0001:0002

 ACCOUNTS PAYABLE
CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO ND 58106-9379

Pay by credit card or checking account online by
registering at **CoStar.BillTrust.com**

Use your personalized **Enrollment Token** below.

# CURRENT INVOICE See the following page(s) for detail

| | |
|---|---|
| Apartments Network 3 Gold | USD 649.00 |
| Sub-Total | USD 649.00 |
| Tax | USD 0.00 |
| **Current Invoice Total** | **USD 649.00** |

For questions about your bill, please call us at 800-894-4720.
Email: Billing@costar.com

Office Hours: Monday - Friday 9:00 AM - 8:00 PM EST

TEAR HERE    **REMITTANCE DOCUMENT - Please Include With Your Payment**    TEAR HERE

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30284

02/28/26                                                      $270.81*****

TO THE
ORDER OF      **** TWO HUNDRED SEVENTY AND 81/100 DOLLARS

TURFWURX PROPERTY MAINTENANCE
1401 BRUHN AVE NE
WATERTOWN, SD    57201                        NON-NEGOTIABLE

**TurfWurx Property Maintenance**
**SnowSolutions Ice and Snow Management**
**1401 Bruhn Ave NE**
**Watertown, SD 57201**
**605-881-4960**



| INVOICE NO.JANUARY2026 | 2/1/26 |
|---|---|

| SERVICE ADDRESS | BILL TO: |
|---|---|
| GENERATIONS APARTMENTS 26 1ST AVE SW WATERTOWN SD 57201 | Snow Removal |

| DESCRIPTION | TOTAL |
|---|---|
| 1/17 | 85 |
| 1/20 | 85 |
| 1/21 | 85 |

| | |
|---|---|
| SUBTOTAL | 255 |
| SALES TAX 6.2% | 15.81 |
| **AMOUNT DUE:** | $270.81 |

Thank you for your business!



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30282

02/28/26

$106.20*****

TO THE
ORDER OF

**** ONE HUNDRED SIX AND 20/100 DOLLARS

NORRIS CARPET CARE
615 3RD ST SE
WATERTOWN, SD    57201

NON-NEGOTIABLE

Key-1026



# NORRIS AMERICAN CARPET CARE

**931 23RD STREET SW**

**WATERTOWN, SD**

**605.237.1601 - 605.880.6676**

**CHECK US OUT ON FACEBOOK!!**

PAID
30282

| 1605 |
|------|

**"BEST AROUND"**

Date: 2/3/26

Name: Alway Spaulding   Customer Signature:

Address: Generations   #3210

City/State/Zip: Watertown  S.D.

Phone #:   Paid Check #:

☐ Cash     ☐ Charge     ☐ VISA     ☐ Master Card     ☐ Venmo

| ROOM | DESCRIPTION | | SQ. FT. | AMOUNT | |
|------|-------------|---|---------|--------|---|
| 2 | - Bedroom | x  = | | $100 | 00 |
| | - | x  = | | | |
| | - | x  = | | | |
| | - | x  = | | | |
| | - | x  = | | | |
| | - | x  = | | | |
| | - | x  = | | | |
| | - | x  = | | | |

*Thank you! Chad*

| COMMENTS I am doing 2 other units along with this one so I gave a Volume Discount. Tks! | SUBTOTAL | 100 | 00 |
|---|---|---|---|
| | TAX 6.2% | 6 | 20 |
| | **TOTAL** | 106 | 20 |

**WWW.WATERTOWNUPHOLSTERYCLEANING.COM**

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30280

02/28/26

$182.06*****

TO THE
ORDER OF     **** ONE HUNDRED EIGHTY TWO AND 06/100 DOLLARS

HIRSHFIELDS WATERTOWN
114 E KEMP
WATERTOWN, SD    57201

NON-NEGOTIABLE



**Hirshfield's**
PAINTS & COATINGS · WINDOW FASHIONS · WALLPAPER & MORE
CORPORATE OFFICE: (612) 377.3910  FAX: (612) 374-0237
SEND PAYMENTS TO: 725 Second Ave. N. Minneapolis, MN 55405
www.hirshfields.com

Hirshfields Watertown
114 E Kemp
Watertown SD 57201

| Number | Date | Page |
|---|---|---|
| 51000513 | 2/5/2026 | 1 |

### Sale Invoice

| Account No | Tax Exempt No |
|---|---|
| 2529300943 | |

SOLD TO

CRAIG DEVELOPMENT LLC

1405 1ST AVE N
PO BOX 426
FARGO ND 58102



| Phone | Sales Person | Clerk | Delivered By | Terms | PO Number | Required |
|---|---|---|---|---|---|---|
| (701) 232-1355 | | Tyler | | Net 30 | GENERATIONS | |

| Item Number | Description | Everyday | Quantity | U/M | Tax | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 136DE165550 | ASSURE INT. EGGSHELL TW/B 5GAL | 204.95 | 1.00 | 5GAL | Y | 81.90 | 81.90 |
| | Custom Formula SW 9173 B FORMULA | | | | | | |
| | Custom Name sw shitake b formula | | | | | | |
| | Notes b-1y17, c-2y24, i-20, l-4y18, v-15 | | | | | | |
| 25700204 | * GREEN SOLVENT PROOF TRAY | 2.59 | 1.00 | EACH | Y | 1.69 | 1.69 |
| 26502520 | HANDY PAINT PAIL LINERS 6PK | 6.29 | 1.00 | EACH | Y | 4.59 | 4.59 |
| 31157618 | MASTER SELECT HYDROFLOW 3/8 X 18 EA | 8.99 | 1.00 | EACH | Y | 6.59 | 6.59 |
| 32957600 | TOOL FINE FINISH 12IN HDL | 8.29 | 1.00 | EACH | Y | 6.19 | 6.19 |
| 3115769 | MASTER SELECT HYDROFLOW 3/8 X9 EA | 3.59 | 1.00 | EACH | Y | 2.69 | 2.69 |
| DVMY148001 | 2.5 GAL 20" ROLLER TRAY | 11.99 | 1.00 | EACH | Y | 9.53 | 9.53 |
| 20604092 | SPRAY TEXTURE OP W/B 20OZ | 30.69 | 1.00 | EACH | Y | 22.99 | 22.99 |
| SC00280 | 5 Wire Roller Frame | 3.99 | 1.00 | EACH | Y | 1.99 | 1.99 |

RECEIPT NEEDED FOR REFUND OR EXCHANGE.
CUSTOM AND TINTED ORDERS NON-RETURNABLE
For more Information on Paint Care Fees visit www.paintcare.org

| | | |
|---|---|---|
| SubTotal | * promotional price | $138.16 |
| Sales Tax | | $5.80 |
| **Total** | | **$143.96** |
| Account Charges | | $143.96 |
| **Change Due** | | **$0.00** |

2/5/2026 11:13:03 AM

libby burghardt



**Hirshfield's**
PAINTS & COATINGS · WINDOW FASHIONS · WALLPAPER & MORE
CORPORATE OFFICE: (612) 377.3910  FAX: (612) 374-0237
SEND PAYMENTS TO: 725 Second Ave. N. Minneapolis, MN 55405
www.hirshfields.com

Hirshfields Watertown
114 E Kemp
Watertown SD 57201

### Sale Invoice

| Number | Date | Page |
|---|---|---|
| 51000454 | 1/30/2026 | 1 |

| Account No | Tax Exempt No |
|---|---|
| 2529300943 | |

**SOLD TO**

CRAIG DEVELOPMENT LLC
1405 1ST AVE N
PO BOX 426
FARGO ND 58102

PAID

| Phone | Sales Person | Clerk | Delivered By | Terms | PO Number | Required |
|---|---|---|---|---|---|---|
| (701) 232-1355 | | Tyler | | Net 30 | GENERATIONS | |

| Item Number | Description | Everyday | Quantity | U/M | Tax | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 20604092 | SPRAY TEXTURE OP W/B 20OZ | 30.69 | 1.00 | EACH | Y | 16.98 | 16.98 |
| 311522425 | SILVER TIP TAS 2.5 IN | 9.29 | 1.00 | EACH | Y | 6.89 | 6.89 |
| 28400467 | EASY SAND LTWT 5MIN 18 LB. | 17.49 | 1.00 | EACH | Y | 12.69 | 12.69 |

RECEIPT NEEDED FOR REFUND OR EXCHANGE.
CUSTOM AND TINTED ORDERS NON-RETURNABLE
For more Information on Paint Care Fees visit www.paintcare.org

| | * promotional price | |
|---|---|---|
| SubTotal | | $36.56 |
| Sales Tax | | $1.54 |
| **Total** | | **$38.10** |
| Account Charges | | $38.10 |
| **Change Due** | | **$0.00** |



1/30/2026 10:02:30 AM

libby

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30283

02/28/26

$493.83*****

TO THE
ORDER OF

**** FOUR HUNDRED NINETY THREE AND 83/100 DOLLARS

SCHUMACHER
PO BOX 393
DENVER, IA    50622

NON-NEGOTIABLE



**Schumacher**
ELEVATOR

PO Box 393
One Schumacher Way
Denver, Iowa 50622

Phone: (319) 984-5676
Website: www.schumacherelevator.com
Email:accounting@schumacherelevator.com

# Invoice

## Billing Address

SOLD TO ACCT NO 1018726

GENERATIONS ON 1ST LLC
1405 1ST AVE NORTH
FARGO ND  58102

## Shipping Address

SHIP TO ACCT NO 1017120

GENERATIONS ON 1ST APARTMENTS
26 1ST AVE SW
WATERTOWN SD  57201

## Information

| | |
|---|---|
| Document Number | 90672753 |
| Document Date | 02/01/2026 |
| | |
| Purchase Order No. | |
| Purchase Order Date | |
| Sales Order Number | 40011512 |
| Payment Terms | Net 30 Days |
| Billing Date | **02/01/2026** |
| Currency | USD |



1  of  1

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | *Quarterly invoice for elevator maintenance.* | | | |
| 0010 | FM QT MAINTENANCE | | 465.00 | 465.00 |
| | HP-GENERATIONS ON 1ST APTS-WATERTOWN SD | | | |
| | | | Items Tot | 465.00 |
| | | | State Tax | 19.53 |
| | | | County Tax | 0.00 |
| | | | City Tax | 9.30 |
| | | | **Total Amount** | $    493.83 |

zsec_invoice1std    01/2004



PO Box 393
One Schumacher Way
Denver, IA 50622

Schumacher Elevator Company appreciates your business, and we thank you for entrusting your vertical transportation maintenance to us.

This is the start of a new contract year for your elevator maintenance, and your invoice is enclosed.  Under the terms of your contract, Schumacher Elevator Company has performed a careful examination of costs associated with the services we provide for your specific organization.  Based on this examination of costs, your invoice may contain a price increase for the 2026 contract year.

As we examine costs for 2026, the elevator industry continues to absorb unprecedented cost increases in the form of raw material inflation and tariff surcharges.  As we enter 2026, the elevator industry still operates under conditions that produce consistent and systematic increases in both material and labor costs.  The bottom line is that annual increases are needed in order to maintain our high standard of service.

Even as we operate in a persistent inflationary and uncertain tariff environment, our expectation of providing the best preventive maintenance in the industry has not changed.  Our focus on preventive maintenance is crucial to the longevity of your equipment.  Regularly scheduled maintenance ensures the safety and reliability of your equipment and allows you to protect your long-term investment.  You can be assured that Schumacher Elevator Company will remain fully committed to you and the safety of all employees, customers, and the general public.

Thank you again for your past patronage.  Since 1936, we've been building connections - from one floor to the next, and more importantly, from one person to another. It's this commitment to people and progress that drives everything we do.

If you have any questions regarding your account, please contact us at 319-984-5676.

Sincerely,
Schumacher Elevator Company

schumacherelevator.com

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30278

02/28/26

$18.55******

TO THE
ORDER OF     **** EIGHTEEN AND 55/100 DOLLARS

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA    91716-0506

NON-NEGOTIABLE

MEMO: 6004-3002-0037-4038

MENARDS - WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in store credit voucher if the
return is done after 05/24/26

If you have questions regarding the
charges on your receipt, please
email us at:
WTWNfrontend@menards.com

Sale Transaction

HDM 40 AMP 2-POLE BREAKE
3674705                          17.47

TOTAL                            17.47
TAX WATERTOWN-SD 6.2%             1.08
TOTAL SALE                       18.55
Menard Contractor Card 3678      18.55
Job # or Name :  0
 Auth Code:776263
 Chip Inserted
 a000000817002001
 ARQC - b5153a9b50a03201

*Generation
3502*

TOTAL NUMBER OF ITEMS =     1

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
4975

GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
hereon and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, Tyler

98022 04 4007   02/23/26  08:51AM 3097



MENARDS - WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in store credit voucher if the
return is done after 05/24/26

If you have questions regarding the
charges on your receipt, please
email us at:
WTWNfrontend@menards.com

Sale Transaction

HOM 40 AMP 2-POLE BREAKE
3674705                        17.47

TOTAL                          17.47
TAX WATERTOWN-SD 6.2%           1.08
TOTAL SALE                     18.55
Menard Contractor Card 3678    18.55
Job # or Name :  0
 Auth Code:776263
 Chip Inserted
 a000000817002001
 ARQC - b5153a9b50a03201

*Generation 3502*

TOTAL NUMBER OF ITEMS =    1

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
4975

GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
hereon and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, Tyler

98022 04 4007   02/23/26  06:51AM 3097


PAID
30218

MENARDS - WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in store credit voucher if the
return is done after 05/24/26

If you have questions regarding the
charges on your receipt, please
email us at:
WTWNfrontend@menards.com

Sale Transaction

HOM 40 AMP 2-POLE BREAKE
3674705                          17.47

TOTAL                            17.47
TAX WATERTOWN-SD 6.2%             1.08
TOTAL SALE                       18.55
Menard Contractor Card 3678      18.55
Job # or Name :  0
 Auth Code:776263
 Chip Inserted
 a000000817002001
 ARQC - b5153a9b50a03201

TOTAL NUMBER OF ITEMS =    1

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
4975

GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
hereon and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, Tyler

98022 04 4007   02/23/26  06:51AM 3097

*Generation 3502* (handwritten)


PAID 30118 (stamp)

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30277

02/28/26

$540.82*******

TO THE
ORDER OF

**** FIVE HUNDRED FORTY AND 82/100 DOLLARS

AUTOMATIC BUILDING CONTROLS
4300 W 61ST ST N
SIOUX FALLS, SD   57107

NON-NEGOTIABLE

# ABC

**Invoice**

## AUTOMATIC BUILDING CONTROLS

4300 W. 61ST St. N. • Sioux Falls, SD 57107
605-336-1200 • FAX 605-336-0088

®

| | |
|---|---|
| Invoice No : | 245755 |
| Invoice  Date : | 01/15/2026 |
| Customer Code : | APGENFIR |

Location: **Generations on 1st**
26  1st Ave SW
Watertown, SD  57201

Bill To: **Generations on 1st**
PO Box 9379
Fargo, ND  58106



| P.O. # / Authority | Project Location | Our Contract Number | Terms |
|---|---|---|---|
| | | | Net 30 |

| Quantity / Hours | Item Number | Description | Unit Price / Rate | Amount |
|---|---|---|---|---|
| 2.5 | LRFA | Labor - Service on Fire Alarm System | 104.00 | 260.00 |
| 100 | MI | Mileage | 0.90 | 90.00 |
| 1 | OOH941 | Smoke/Heat Detector | 180.00 | 180.00 |

| | |
|---|---|
| Invoice Subtotal | 530.00 |
| Sales Tax | 0.00 |
| Excise Tax | 10.82 |
| **INVOICE TOTAL** | **540.82** |

*Your Business is Appreciated!*

*Life Safety Starts with ABC!*®

FIRE ALARMS • MASS NOTIFICATION • ERCES-BDA • CLOCK SYSTEMS • NURSE CALL • BATTERIES

PAST DUE ACCOUNT SUBJECT TO COLLECTION AT 1.5 PER MONTH

# ΛBC
## AUTOMATIC BUILDING CONTROLS ®
4300 W. 61st ST. N. • Sioux Falls, SD 57107 • (605) 336-1200

### FIRE ALARM TEST REPORT

❏ INSTALLATION  ☑ SERVICE  ❏ CHECKOUT

| BUILDING NAME | DATE |
|---|---|
| Generators on 1 | 1-15-26 |

| ADDRESS | CONTRACT |
|---|---|
| | |

| CITY | STATE | ZIP |
|---|---|---|
| Watertown | SD | |

| SYSTEM TESTS | ✓ |
|---|---|
| CHECK WIRING FOR SHORTS, OPENS, RESISTANCE TO GROUND & EOL RESISTOR | |
| TEST ALL MANUAL STATIONS | |
| TEST ALL PRODUCTS OF COMBUSTION DETECTORS | |
| TEST HEAT DETECTORS | |
| TEST INTERFACE MODULES | |
| TEST ALL NOTIFICATION DEVICES (HORNS, BELLS CHIMES, SPEAKERS, LIGHTS, STROBES) | |
| TEST DOOR HOLDERS | |
| TEST ZONE ANNUNCIATION | |
| TEST ALARM PANEL / FUNCTIONS / REMOTE ANNUNCIATOR | |
| TEST PRE SIGNALS / PAS | |
| INSTRUCT OWNER ON SYSTEM OPERATION | |
| CHECK FOR OPERATING INSTRUCTIONS | |
| TEST REMOTE MONITORING | |
| | |

AUTOMATIC BUILDING CONTROLS CERTIFIES THAT THE SYSTEM AND INTERFACE MODULES HAVE BEEN CHECKED AND OPERATE PROPERLY EXCEPT AS NOTED IN COMMENTS. ABC ASSUMES NO RESPONSIBILITY FOR CODE CHANGES AND EQUIPMENT FAILURES DUE TO EQUIPMENT PROBLEMS OR OTHER ACTS NOT RELATED TO ABC.

DATE  1-15-26

ABC REPRESENTATIVE (SIGNATURE)

ABC REPRESENTATIVE (PRINT NAME)
Isaiah Sten

OWNER'S REPRESENTATIVE (SIGNATURE)

OWNER'S REPRESENTATIVE (PRINT NAME)

### EQUIPMENT CHECKLIST SUMMARY

| DEVICE | | | QTY. | ✓ | COMMENTS |
|---|---|---|---|---|---|
| MANUAL STATIONS | | | | | |
| H E A T S | RATE OF ROSE FIXED TEMPERATURE | | | | |
| | FIXED TEMPERATURE | | | | |
| | RATE COMPENSATING | | | | |
| S M O K E S | ROOM TYPE | IONIZATION | | | |
| | | PHOTO ELECTRIC | | | |
| | DUCT TYPE | IONIZATION | | | |
| | | PHOTO ELECTRIC | | | |
| I N T E R F A C E | M O D U L E S | | | | |
| S I G N A L S | HORN HORN STROBE | | | | |
| | MINI HORN MINI HORN STROBE | | | | |
| | BELL BELL STROBE | | | | |
| | SPEAKER SPEAKER STROBE | | | | |
| | STROBE CHIME STROBE | | | | |
| | EXPANDER PANEL | | | | |
| DOOR HOLDER | | | | | |
| BATTERIES OR EMERGENCY SUPPLY | | | | | |
| ALARM PANEL | | | 1 | | FC922 |
| REMOTE PANEL/ANNUNCIATOR | | | | | |
| MONITORING (LANDLINE, CELLULAR, IP) | | | | | |

COMMENTS  Sen

Replaced 1 smoke detector.

ABC FORM 1971 (REV 05-24)

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30279

02/28/26

$207.09*****

TO THE
ORDER OF    **** TWO HUNDRED SEVEN AND 09/100 DOLLARS

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD    57201

NON-NEGOTIABLE

# Invoice

## George's Sanitation Inc.
3367 12th Ave NW
Watertown, SD 57201

605-886-3161

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 44105 |



## JANUARY GARBAGE SERVICE (2026)

| Qua... | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

park $207.09
gen $207.09

| | |
|---|---|
| Sales Tax (6.2%) | $24.18 |
| **Total** | **$414.18** |

PLEASE REFERENCE YOUR
INVOICE # ON YOUR
PAYMENT

INVOICE PAYMENT SUBJECT TO A $5.00
LATE FEE IF NOT PAID WITHIN 30 DAYS
AFTER RECEIVED

PAY ONLINE AT
WWW.GEORGESSANITATION.COM WITH
PAY NOW BUTTON

**GENERATIONS ON 1ST, LLC**

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30288

02/28/26

$6,478.47***

TO THE
ORDER OF

**** SIX THOUSAND FOUR HUNDRED SEVENTY EIGHT AND 47/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,    58106

NON-NEGOTIABLE

_____



# CP Business Management

# Generations on 1st

## 2026

| From: | 1-Feb | Invoice #: | 3014 |
|---|---|---|---|
| To: | 28-Feb | Invoice Date: | 2/28/2026 |
| | | Due Date: | 3/1/2026 |

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected funds | $73,216.75 | $3,660.84 |
| | **Total Management Fee** | **$73,216.75** | **$3,660.84** |

| | Other Collected Income | Total |
|---|---|---|
| 5800 | Collected late fees | $217.80 |
| | 3210 deposit overages | $99.40 |
| | 3213 deposit overages | $157.31 |
| | 3314 deposit overages | $291.82 |
| | 3513 deposit overages | $289.98 |
| | 3517 deposit overages (late pay) | $988.32 |
| | **Total Other Collected Income** | **$2,044.63** |

| | Miscellaneous | Total |
|---|---|---|
| 8004 | Misc Manager | $200.00 |
| 8005 | Misc Prof. | $500.00 |
| 7057 | Software Fee | $73.00 |
| | **Total Miscellaneous** | **$773.00** |

| | |
|---|---|
| **Total Management Fee** | $3,660.84 |
| **Total Other Collected Income** | $2,044.63 |
| **Total Miscellaneous** | $773.00 |
| **Generations on 1st Total** | $6,478.47 |

Please make checks payable to CP Business Management no later than   3/1/2026

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30286

02/28/26

$980.00*****

TO THE
ORDER OF     **** NINE HUNDRED EIGHTY AND 00/100 DOLLARS

LIBBY BURGHARDT
311 OAK STREET
BRANDT, SD    57218

NON-NEGOTIABLE

libby

PAID
3024

February Maintenance Hours
Generations
2/4: 8-10 prep floors/walls, sand, texture 3513 (2)
    10-10:30 drywall repair ceiling 3306 (.5)
    10:30-12:30 drywall repairs 3210 (2)
    12:30-4 repaint entire living room/kitchen/bedroom/one wall in bathroom/laundryroom 3513 (3.5)
    4-5 sand/texture/paint ceiling repair 3306 (1)
2/  8-2 prep, continue drywall repairs 3210 (6)
2/24: 8-2 finish drywall repairs, start priming  3210 (6)
2/25: 8-2:45 finish priming, repaint entire kitchen, entire living room, entire bedroom touchups throughout entire 3210 (6.75)
    2:45-3 drywall/paint touchups 3414 (.25)

28= $980

Parkside
2/18: 8-10 drywall/paint touchups 2405 (2)
    10-10:15 paint touchups 2206 (.25)
    10:15-10:30 paint touchups 2208 (.25)

2.5= $87.50

## CODINGTON COUNTY TREASURER
Official Real Estate Tax Notice

2025 - 8954

14 FIRST AVENUE S.E. * WATERTOWN, SD  57201

(605) 882-6285

≠ 7,018.26/mo.

2025 TAXES DUE AND PAYABLE IN 2026

Record#: 9580

**Legal:**  Sch: 14-4    S/T/R:    Acres/Lots: .00

WATERTOWN CITY  GENERATIONS ON 1ST ADD

GENERATIONS ON 1ST ADD

26 1 AVE SW

**Taxes In Name Of**

GENERATIONS ON 1ST LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 42,109.56 |
| **Second Half** | 42,109.56 |
| **TOTAL** | 84,219.12 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 70,748 | 67,423 | 3.081 | 207.74 |
| WATERTOWN SCHOOL Non-Ag | 70,748 | 67,423 | 9.126 | 615.30 |
| WATERTOWN CITY | 70,748 | 67,423 | 1.715 | 115.63 |
| EAST DAKOTA WATER | 70,748 | 67,423 | 0.019 | 1.28 |
| TAX INCREMENT 13 NA | 70,748 | 5,973,687 | 13.941 | 83,279.17 |

JE ≠ 7,018.26  2/15/26

NA: 84219.12

| **TOTAL:** | 84,219.12 |
|---|---|

\* **Indicates a local decision to opt out of the Tax Freeze.** If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (\*).

⬇ Please detach stubs and return with your payment ⬇          ⬇ Please detach stubs and return with your payment ⬇

**-FIRST PAYMENT-**

CODINGTON
Record #
9580

GENERATIONS ON 1ST LLC

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025- 8954 | 42,109.56 |
| | **DELINQUENT AFTER APRIL 30th** |

**-SECOND PAYMENT-**

CODINGTON
Record #
9580

GENERATIONS ON 1ST LLC

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025- 8954 | 42,109.56 |
| | **DELINQUENT AFTER OCTOBER 31st** |

Case 25-30002   Doc 345-8   Filed 03/16/26   Entered 03/16/26 21:49:25   Desc Invoices   Page 49 of 57

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30274

02/20/26

$162.50*****

TO THE
ORDER OF

**** ONE HUNDRED SIXTY TWO AND 50/100 DOLLARS

ADDISON RASSEL, TARA WEBER ,
WESTON WEBET
2108 South Holt Ave
Sioux Falls, SD  57103

NON-NEGOTIABLE

Deposit Return
(additional Return)

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30270

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

02/14/26

$590.25*******

**** FIVE HUNDRED NINETY AND 25/100 DOLLARS

TO THE
ORDER OF

ALLISON FOOTE, TRICIA FOOTE
421 S Cliff Ave #4
Harrisburg, SD  57032

NON-NEGOTIABLE

Deposit Return

Case 25-30002   Doc 345-8   Filed 03/16/26   Entered 03/16/26 21:49:25   Desc Invoices   Page 51 of 57

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30269

02/14/26

$7.00*******

TO THE
ORDER OF    **** SEVEN AND 00/100 DOLLARS

ADDISON RASSEL, TARA WEBER ,
WESTON WEBET
2108 South Holt Ave
Sioux Falls, SD  57103

NON-NEGOTIABLE

_Deposit Return_

# Account Transfer

**ATR-00598451 - CP BUSINESS MANAGEMENT INC (644512)**



## Account Transfer Details

| | |
|---|---|
| **Transaction Number** | ATR-00598451 |
| **Recurring Frequency** | One-Time Payment |
| **Company Name** | CP BUSINESS MANAGEMENT INC ( 644512 ) |
| **Contact Name** | MINDY CRAIG ( CPMINDY ) |
| **Notify Initiator Options** | Pending Actions: Notify via EMAIL |
| | System Events: Notify via EMAIL |
| | Complete - Unsuccessful: Notify via EMAIL |
| | Complete - Successful: Notify via EMAIL |
| | Early Action Taken: Notify via EMAIL |
| | Early Action Removed: Notify via EMAIL |
| | Expired: Notify via EMAIL |
| **Creation Date** | Feb 14, 2026 9:07 AM CST |
| **Transfer Date** | 02/14/2026 |

| Transfer Date | Transfer From Account | Transfer To Account | Status | Amount | Memo |
|---|---|---|---|---|---|
| 02/14/2026 | *8669 - Savings (8669 GENERATIONS ON 1ST LLC) | *8666 - Checking (8666 GENERATIONS ON 1ST LLC) | Completed Confirmation Number : | $1,850.75 | 3213 910 3513 925 3210 15.75 |

## Status History

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| Feb 14, 2026 9:07:47 AM CST | Created | 644512 / CPMINDY (MINDY CRAIG) | Transfer Created |

| **Bank** | GO1 DIP | **Deposit Number** | 3125 |
| **Account Number** | 10318666 | **Deposit Date** | 02/14/2026 |

| Payer | Property | Unit | Payment Reference | Receipt Date | Notes | Amount |
|---|---|---|---|---|---|---|
| MARILYN BOIK | Generations on 1st | 3213 | tx from 3213 sec. dep. | 02/14/2026 | remainder of security deposit from 3213 to be used as a rent credit. | 15.75 |

Total Items 1

Total Deposit $15.75

3210 Security Deposit to be used for 3213 rent

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30266

02/05/26

TO THE
ORDER OF   **** SEVENTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

$17,500.00**

NON-NEGOTIABLE

MEMO: Loan Payment

5. <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

i.

ii. Parkside will pay the sum of $19,266.67.00 on the 15th day of each month to be applied to debt service.

iii. Generations will pay the sum of $39,666.67 on the 15th day of each month to be applied to debt service.

iv. ~~Parkside~~ and Generations shall each remit to the Bank, within three (3) business days of the entry of an order granting this stipulation, the added sum of ~~$7,500~~ and $17,500.00, respectively, to be applied to debt service.

v. The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

vi. The Bank shall be granted perfected replacement liens and security interests, pursuant to 11 U.S.C. § 552, in Debtors' postpetition accounts receivables, general intangibles, cash, and rents of the same priority, dignity, and effect as the prepetition liens and security interests on the prepetition property of Debtors, to the extent of any diminution in cash collateral or prepetition accounts receivables, general intangibles, cash, and rents. The liens and security interests granted to the Bank herein shall not be primed by any other lien or encumbrance, whether by order of the

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30265

02/01/26

$39,666.67**

TO THE
ORDER OF

\*\*\*\* THIRTY NINE THOUSAND SIX HUNDRED SIXTY SIX AND 67/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN    56548

NON-NEGOTIABLE

MEMO: Loan Payment

5.    Adequate Protection and Replacement Liens. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

i.

ii.    Parkside will pay the sum of $19,266.67.00 on the 15th day of each month to be applied to debt service.

iii.    Generations will pay the sum of $39,666.67 on the 15th day of each month to be applied to debt service.

iv.    Parkside and Generations shall each remit to the Bank, within three (3) business days of the entry of an order granting this stipulation, the added sum of $7,500 and $17,500.00, respectively, to be applied to debt service.

v.    The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

vi.    The Bank shall be granted perfected replacement liens and security interests, pursuant to 11 U.S.C. § 552, in Debtors' postpetition accounts receivables, general intangibles, cash, and rents of the same priority, dignity, and effect as the prepetition liens and security interests on the prepetition property of Debtors, to the extent of any diminution in cash collateral or prepetition accounts receivables, general intangibles, cash, and rents. The liens and security interests granted to the Bank herein shall not be primed by any other lien or encumbrance, whether by order of the