**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30002 |
| | Chapter 11 |
| Generations on 1st, LLC, | |
|     Debtor, Jointly Administered. | |

_____/

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30003 |
| | Chapter 11 |
| Parkside Place, LLC, | |
|     Debtor, Jointly Administered. | |

_____/

### ORDER GRANTING CONTINUANCE OF HEARINGS

Debtors Generations on 1st, LLC, Parkside Place, LLC and Red River State Bank filed a

Stipulated Motion to Continue Hearings scheduled for April 2, 2026. The Court finds cause for

granting the continuance.

IT IS ORDERED that the following hearings will be continued **Monday, May 4, 2026, at 1:00**

**p.m.** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue

North, Fargo, North Dakota.

- **Hearing on Approval of Debtors' Disclosure Statement for Parkside Place, LLC filed February 10, 2026. (Doc. 313).**
- **Hearing on Approval of Debtor's Disclosure Statement for Generations on 1st, LLC filed February 10, 2026. (Doc. 315).**
- **Hearing on Approval of Red River State Bank's Disclosure Statement for Generations on 1st, LLC filed February 5, 2026. (Doc. 303).**
- **Hearing on Approval of Red River State Bank's Disclosure Statement for Parkside Place, LLC filed February 6, 2026. (Doc. 306)**
- **Sixth Motion by Debtors for Leave to Use Cash Collateral filed January 10, 2026. (Doc. 277)**
- **Rescheduled Pretrial Planning and Scheduling Conference** *(Adversary No. 25-7009).*

Dated: March 24, 2026.


*Shon Hastings*


Shon Hastings, Judge
United States Bankruptcy Court

Copy filed and sent electronically March 24, 2026, to Electronic Mail Notice List for Case No. 25-30002 / 25-7009.