**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30002 |
| | Chapter 11 |
| Generations on 1st, LLC, | |
| Debtor, Jointly Administered. | |

_____/

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30003 |
| | Chapter 11 |
| Parkside Place, LLC, | |
| Debtor, Jointly Administered. | |

_____/

**ORDER GRANTING MOTION TO AMEND**
**ORDER CONTINUING HEARINGS**

Red River State Bank filed a Motion to Amend Order Continuing and Rescheduling Hearings (Doc. 355). The Stipulated Motion filed March 23, 2026, as Doc. 351 Regarding (I) Derivative Standing; (II) Continuance of Hearings; and (III) Cash Collateral relates to Generations on 1st only. Therefore, Red River State Bank's Motion to Amend Order is granted.

IT IS ORDERED that the following hearings related to Parkside Place, LLC will be rescheduled to **Thursday, April 2, 2026, at 10:00 a.m.** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota.

- **Hearing on Approval of Debtors' Disclosure Statement for Parkside Place, LLC filed February 10, 2026. (Doc. 313).**

- **Hearing on Approval of Red River State Bank's Disclosure Statement for Parkside Place, LLC filed February 6, 2026. (Doc. 306)**

- **Sixth Motion by Debtors for Leave to Use Cash Collateral filed January 10, 2026. (Doc. 277) (Related to Parkside Place, LLC)**

Dated: March 26, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

Copy filed and sent electronically March 26, 2026, to Electronic Mail Notice List for Case No. 25-30002.