**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>          Debtor. | Case No.:  25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>          Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

MOTION TO CONTINUE

Red River State Bank (the "Bank") hereby moves the Court for an order continuing the following matters that are currently set for hearing on Thursday, April 2, 2026: (1) Motion for Approval of the Bank's Disclosure Statement [ECF 306]; and (2) Motion for Approval of the Debtor's Disclosure Statement [ECF 313] (the "Motions").

The Bank respectfully requests that the Court postpone both hearings on the Motions by approximately 1 week, preferably to the afternoon of Thursday, April 9, 2026, if possible. A continuance will allow the parties to participate in an informal settlement discussion scheduled on Friday, April 3, 2026. Counsel to the Bank has conferred with counsel to Debtor Parkside Place LLC ("Debtor") and the Debtor's CRO to confirm their support for the requested continuance.

Dated:  March 31, 2026          **VOGEL LAW FIRM**

                               */s/ Kesha L. Tanabe*
                          BY:   Caren W. Stanley (#06100)
                               cstanley@vogellaw.com
                               Drew J. Hushka (#08230)
                               dhushka@vogellaw.com
                               Kesha L. Tanabe
                               ktanabe@vogellaw.com
                               218 NP Avenue
                               PO Box 1389
                               Fargo, ND  58107-1389
                               Telephone: 701.237.6983
                               *Attorneys for Red River State Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of March, 2026, a copy of the foregoing

was served electronically upon filing via the ECF system .

                               */s/ Kesha L. Tanabe*
                               Kesha L. Tanaba