**Parkside: Cash Collateral Budget**

|  | Apr | May |
|---|---|---|
| **Total Income** | **$ 41,000** | **$ 41,000** |
| _Maintenance Expenses_ |  |  |
| Maintenance Staff Costs | 200 | 200 |
| Caretaker/Resident Manager | 300 | 300 |
| Repairs / Maintenance | 300 | 300 |
| Janitorial | 550 | 550 |
| Carpet Cleaning | 150 | 150 |
| Painting | 100 | 100 |
| Plumbing | 250 | 250 |
| Electrical / Fire Protection | 974 | 50 |
| HVAC | 75 | 75 |
| Elevator | 25 | 25 |
| Flooring | - | - |
| Appliances/Laundry | 100 | 100 |
| Extermination | 20 | 20 |
| Snow Removal | - | - |
| Less Resident Chargebacks | - | - |
| Total Maintenance Expenses | 3,044 | 2,120 |
| _Admin/Utility Expenses_ |  |  |
| Advertising / Marketing | - | - |
| Lease Commissions | 200 | 200 |
| Software Fees | 38 | 38 |
| Internet & Telephone Costs/Service | 251 | 251 |
| Property Management 5% Collected | 2,000 | 2,000 |
| Real Estate Taxes/Escrow | 3,460 | 3,460 |
| CAM Reimburse | - | - |
| Property Insurance | 1,650 | 1,650 |
| Electricity - Apts | 100 | 100 |
| Electricity - Building | 600 | 600 |
| Natural Gas - Building | 250 | 250 |
| Water & Sewer | 2,081 | 2,081 |
| Garbage Removal | 230 | 230 |
| Total Admin & Utility Exp. | 10,859 | 10,859 |
| Total Operating Expenses | 13,903 | 12,979 |
| **Net Operating Income** | **27,097** | **28,021** |
| _Other Expenses_ |  |  |
| US Trustee | 350 | 350 |
| Contingencies | 500 | 500 |
| CRO Fees | 20,000 | 20,000 |
| Total Other Expenses | 20,850 | 20,850 |
| Total Monthly Expenses | 34,753 | 33,829 |
| **Net Profit** | **$ 6,247** | **$ 7,171** |

| DIP Account Rollforward |  |  |
|---|---|---|
| Starting Balance: | $ 128,968.00 | $115,947.92 |
| Cash Gain/(Loss) from Operations | $ 6,247 | $ 7,171 |
| Adequate Protection Payments to Lender | $ (19,266.67) | $ (19,266.67) |
| Ending Balance | $ 115,947.92 | $103,851.78 |