**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |

**ORDER AUTHORIZING USE OF CASH COLLATERAL**

Debtor Parkside Place, LLC, and Red River State Bank entered an Eleventh Stipulation for Use of Cash Collateral.  Doc. 359.  Based upon the budget attached to the Stipulation as Amended Exhibit 1 [Doc. 361], the Eleventh Stipulation and other documents filed in this case, the Court finds cause for approving the Eleventh Stipulation for Use of Cash Collateral.

**IT IS ORDERED:**

1.     The Eleventh Stipulation for Use of Cash Collateral is approved. The term of the agreement is from March 27, 2026, to May 18, 2026.

2.     The hearing on the Motion for Use of Cash Collateral scheduled for April 2, 2026, is continued to May 21, 2026.

3.     The Court is not bound by legal conclusions included in the Eleventh Stipulation.

Dated:  March 31, 2026.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT