**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |

### ORDER AUTHORIZING USE OF CASH COLLATERAL

Debtor Generations on 1st, LLC, and Red River State Bank entered a Stipulation regarding use of cash collateral, among other matters. Doc. 351.  The parties agreed that Generations is permitted to use cash collateral on terms substantively identical to those included in the Tenth Stipulation for Use of Cash Collateral [Doc. 295] with a few exceptions.  See Doc. 351 ¶ 2.  Based upon the Stipulation and other documents filed in this case, the Court finds cause for approving the eleventh Stipulation for Use of Cash Collateral.

**IT IS ORDERED:**

1.      The Stipulation allowing Generations use of cash collateral [Doc. 351] is approved. The term of the agreement is from March 27, 2026, to May 18, 2026.

2.      The hearing on the Motion for Use of Cash Collateral scheduled for April 2, 2026, and rescheduled to May 6, 2026, is continued to May 21, 2026.

Dated:  April 1, 2026.

*Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT