UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                            Bankruptcy No. 25-30002
                                                                  Chapter 11
Generations on 1st, LLC,

        Debtor, Jointly Administered,

_____/

In Re:                                                            Bankruptcy No. 25-30003
                                                                  Chapter 11
Parkside Place, LLC,

        Debtor, Jointly Administered,

_____/

IN THE MATTER OF:

Sixth Motion by Debtors for Leave to Use Cash
Collateral filed January 10, 2026. (Doc. 277)

_____/

## ORDER RESCHEDULING HEARING

Debtor's Sixth Motion for Leave to Use Cash Collateral (*Parkside Place only*) currently scheduled for <u>Thursday, April 2, 2026</u>, and Debtor's Sixth Motion for Use Cash Collateral (*Generations on 1st, LLC*) currently scheduled for <u>May 6, 2026</u>, is rescheduled.

IT IS ORDERED that Debtors' Sixth Motion for Leave to Use Cash Collateral (Doc. 277) is rescheduled to **<u>Thursday, May 21, 2026, at 10:00 a.m.</u>** in <u>Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u>.

Dated: April 1, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically April 1, 2026, to Electronic Mail Notice List for Case No. 25-30002.