**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |

**ORDER GRANTING RED RIVER STATE BANK DERIVATIVE STANDING TO PURSUE CLAIMS ON BEHALF OF THE GENERATIONS ON 1ST, LLC, BANKRUPTCY ESTATE**

Red River State Bank filed a Motion for Derivative Standing to Pursue Claims on Behalf of the Estates. Specifically, it seeks an order granting it standing to pursue certain claims against "insider entities" listed in its motion on behalf of Debtors Generations on 1st, LLC, and Parkside Place, LLC. Doc. 304. Debtors opposed the motion. Doc. 340.

In a stipulation between Generations and Red River State Bank, Generations withdrew its opposition to the derivative standing motion, "with RRSB to be permitted derivative standing to pursue claims, on behalf of—and in the name of—the estate of Generations, against any insiders of the Debtor (as the term "insiders" is defined in section 101(31) of title 11 of the United States Code, including as such definition has been expounded upon by governing precedent), provided, however, that RRSB shall not commence any new, previously-unfiled litigation, premised upon such derivative standing, until such a time as a mediation of this bankruptcy case has occurred (without prejudice to the rights of RRSB to continue to prosecute any already-filed actions in the interim)." Doc. 351 at ¶ 1.

Based on the stipulation, representations in the motion and other documents filed in this case, the Court finds cause for granting Red River State Bank derivative standing to pursue claims on behalf of the Generations on 1st, LLC, bankruptcy estate.

**IT IS ORDERED:**

1.      Red River State Bank's Motion for Derivative Standing to Pursue Claims on Behalf of Generations on 1st, LLC, bankruptcy estate is granted as limited by the stipulation [Doc. 351].

2.      The Court reserves ruling on Red River State Bank's Motion for Derivative Standing to Pursue Claims on Behalf of the Parkside Place, LLC, bankruptcy estate.

3.      The hearing on the Motion for Derivative Standing to Pursue Claims on Behalf of the Parkside Place Bankruptcy Estate will proceed on May 27, 2026, as scheduled.  See Doc. 349.

Dated:  April 2, 2026.


SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

2