UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                          Bankruptcy No. 25-30002
                                                                Chapter 11

Generations on 1st, LLC,

          Debtor, Jointly Administered,
_____/

In Re:                                                          Bankruptcy No. 25-30003
                                                                Chapter 11

Parkside Place, LLC,

          Debtor, Jointly Administered,
_____/

IN THE MATTER OF:

Hearing on Approval of Debtor's Disclosure Statement
for Parkside Place, LLC filed February 10, 2026. (Doc. 313)

Hearing on Approval of Red River State Bank's
Disclosure Statement for Parkside Place, LLC filed
February 6, 2026. (Doc. 306)
_____/

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARING

The parties filed a stipulated motion to continue the Disclosure Statement Hearings for

Parkside Place (Doc. 369) currently scheduled for Thursday, April 16, 2026. The Court finds cause for

granting the continuance.

IT IS ORDERED that Debtor's Disclosure Statement for Parkside Place (Doc. 313) and Red

River State Bank's Disclosure Statement for Parkside Place (Doc. 306) shall be continued to

**Wednesday, May 6, 2026, at 1:00 p.m. (CST)** in Courtroom #3, Second Floor, Quentin N. Burdick

United States Courthouse, 655 First Avenue North, Fargo, North Dakota.

Dated: April 16, 2026.


Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically April 16, 2026, to Electronic Mail Notice List for Case No. 25-30002.