UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Generations on 1st, LLC,<br><br>      Debtor. | Bankr. No. 25-30002<br><br>Chapter 11 |
|---|---|
| In Re:<br><br>Parkside Place, LLC,<br><br>      Debtor. | Bankr. No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**MOTION TO APPEAR BY VIDEO CONFERENCE**

1.      Jordan J. Feist, counsel for Watertown Development Company ("WDC"), respectfully moves the Court pursuant to Local Rule 5001-2 for an order allowing his appearance by video conference at the hearing on approval of Debtors' and Red River State Bank's disclosure statements set for Wednesday, May 6, 2026, at 1:00 p.m. (CST)

2.      An appearance by video conference will allow WDC to save on travel-related expenses associated with an in-person appearance at the hearing.  Undersigned counsel's office is in Sioux Falls, South Dakota.

WHEREFORE, undersigned counsel respectfully requests permission to appear at the upcoming hearing by video conference.

1

Dated this 30th day of April, 2026.

WOODS, FULLER, SHULTZ & SMITH P.C.


By /s/ Jordan J. Feist
    Jordan J. Feist (#08592)
    P.O. Box 5027
    300 South Phillips Avenue, Suite 300
    Sioux Falls, SD 57117-5027
    Phone (605) 336-3890
    Fax (605) 339-3357
    Jordan.Feist@woodsfuller.com
    *Attorneys for Watertown Development Company*

## CERTIFICATE OF SERVICE

The undersigned states that on the 30th day of April, 2026, I served a copy of the foregoing Motion to Appear by Video Conference electronically upon all CM/ECF participations in this case.

*/s/ Jordan J. Feist*
Attorney for Watertown Development Company

2