**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In Re:<br><br>Generations on 1st LLC,<br><br>      Debtor. | Case No.:  25-30002<br><br>Chapter 11 |
| --- | --- |
| In Re:<br><br>Parkside Place LLC,<br><br>      Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

<u>MOTION TO CONTINUE</u>

Red River State Bank (the "<u>Bank</u>") hereby moves the Court for an order continuing the following matters that are currently set for hearing on Wednesday, May 6, 2026: (1) Motion for Approval of the Bank's Disclosure Statement [ECF 306]; and (2) Motion for Approval of the Debtor-Parkside's Disclosure Statement [ECF 313] (the "<u>Motions</u>"). Counsel to the Bank has conferred with counsel to Debtor Parkside Place LLC ("<u>Debtor</u>") and the Debtor's CRO to confirm their support for a continuance. To that end, movant respectfully requests that the Court postpone the hearing on Wednesday, May 6, 2026 to the following week, preferably to Wednesday, May 13, 2026 or Thursday, May 14, 2026. A continuance will allow the parties to continue informal settlement discussions and if necessary, the formal mediation currently scheduled on Tuesday, May 12, 2026.

Dated:  May 4, 2026               **VOGEL LAW FIRM**

                                  */s/ Kesha L. Tanabe*
                          BY:     Caren W. Stanley (#06100)
                                  cstanley@vogellaw.com
                                  Drew J. Hushka (#08230)
                                  dhushka@vogellaw.com
                                  Kesha L. Tanabe
                                  ktanabe@vogellaw.com
                                  218 NP Avenue
                                  PO Box 1389
                                  Fargo, ND  58107-1389
                                  Telephone: 701.237.6983
                                  *Attorneys for Red River State Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2026, a copy of the foregoing was served

electronically upon filing via the ECF system.

                                  */s/ Kesha L. Tanabe*
                                  Kesha L. Tanabe