UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                          Bankruptcy No. 25-30002
                                                                Chapter 11
Generations on 1st, LLC,

            Debtor, Jointly Administered,
_____/

In Re:                                                          Bankruptcy No. 25-30003
                                                                Chapter 11
Parkside Place, LLC,

            Debtor, Jointly Administered,
_____/

IN THE MATTER OF:

Hearing on Approval of Debtor's Disclosure Statement
for Parkside Place, LLC filed February 10, 2026. (Doc. 313)

Hearing on Approval of Red River State Bank's
Disclosure Statement for Parkside Place, LLC filed
February 6, 2026. (Doc. 306)
_____/

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARING

       Creditor Red River State Bank filed a motion to continue the hearing scheduled

for Wednesday, May 6, 2026. The Court finds cause for granting the continuance.

       IT IS ORDERED that Debtor's Disclosure Statement for Parkside Place (Doc.

313) and Red River State Bank's Disclosure Statement for Parkside Place (Doc. 306)

shall be continued to **Thursday, May 21, 2026, at 10:00 a.m.** in Courtroom #3, Second

Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo,

North Dakota.

       Dated: May 4, 2026.

                                                        Shon Hastings, Judge
                                                        United States Bankruptcy Court

Order served electronically May 4, 2026, to Electronic Mail Notice List for Case No. 25-30002.