UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In re: | Bankruptcy Case No.:  25-30002 |
|---|---|
| Generation on 1st LLC, | |
| Debtor. | Chapter 11 |
| In re: | Bankruptcy Case No.:  25-30003 |
| Parkside Place LLC, | |
| Debtor. | Chapter 11 |
| | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules, Mulinda Sue Craig is a party in interest and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and pursuant to Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given to and served upon:

Douglas W. Murch
Conmy Feste Ltd.
3369 45th Street South
Fargo, ND  58104
Email: dmurch@conmylaw.com

The foregoing requests include, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated this 11th day of May, 2026.

*/s/ Douglas W. Murch*
Douglas W. Murch, ND ID #05983
CONMY FESTE LTD.
3369 45th Street South
Fargo, ND  58104
(701) 293-9911
dmurch@conmylaw.com

ATTORNEY FOR MULINDA SUE CRAIG

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Generation on 1ˢᵗ LLC,<br><br>        Debtor. | Bankruptcy Case No.:  25-30002<br><br>Chapter 11 |
| In re:<br><br>Parkside Place LLC,<br><br>        Debtor. | Bankruptcy Case No.:  25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on May 11, 2026, she served a copy of:

**Notice of Appearance and Request for Service of Papers**

electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.

/s/ *Leslyn A. Anderson*
Leslyn A. Anderson