# Payables Aging Report

Period: -04/2026

As of : 04/30/2026

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

# Aged Receivable

Property = Generations on 1st  Status: Current, Notice  Month From: 04/2026

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| Generations on 1st | | | | | | | | | |
| Generations on 1st | ESCAMILLA-VIGIL JOSHUA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,020.00 | -1,020.00 |
| Generations on 1st | TIMMONS JOHN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,100.00 | -1,100.00 |
| Generations on 1st | BOIK MARILYN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.75 | -15.75 |
| Generations on 1st | ALBAN CLAYTON | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | NAUGHTON PIPER | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | MULDER HAYDEN | Notice | 45.00 | 45.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45.00 |
| Generations on 1st | KADOUN BRAUN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,075.00 | -1,075.00 |
| Generations on 1st | MACALUSO ALEXANDRIA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -340.00 | -340.00 |
| Generations on 1st | GODEL KALEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -570.00 | -570.00 |
| Generations on 1st | REMMERDE AVERY | Current | -60.00 | -15.00 | -15.00 | -15.00 | -15.00 | -2,090.00 | -2,150.00 |
| Generations on 1st | LAPOINTE BRITTEN | Current | -15.00 | 65.00 | 10.00 | -15.00 | -75.00 | 0.00 | -15.00 |
| Generations on 1st | BEADLE LILY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -995.00 | -995.00 |
| Generations on 1st | CORDINGLEY MASON | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -165.00 | -165.00 |
| Generations on 1st | WAGNER MIKALA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -995.00 | -995.00 |
| Generations on 1st | HAEDER MATTHEW | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | JACOBS JUSTINE | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,010.00 | -1,010.00 |
| Generations on 1st | HOVEY CHARITY | Notice | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 | 10.00 |
| Generations on 1st | DAVIS KALE | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -527.50 | -527.50 |
| Generations on 1st | JULIUS CHAD | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -25.00 | -25.00 |
| **Generations on 1st** | | | **-20.00** | **95.00** | **-5.00** | **-30.00** | **-80.00** | **-13,198.25** | **-13,218.25** |
| **Grand Total** | | | **-20.00** | **95.00** | **-5.00** | **-30.00** | **-80.00** | **-13,198.25** | **-13,218.25** |

UserId : mcraig@cpbusmgt.com Date : 05/14/2026 Time : 22:02

Thursday, May 14, 2026
05:02 PM

5/14/2026 4:27 PM

# Rent Roll

Property = Generations on 1st

As Of = 04/28/2026

Month = 04/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|------------|----------------|------|---------|------------------|----------|
| **Current/Notice/Vacant Tenants** | | | | | | | |
| 101 | SENIOR CENTER | 0.00 | 0.00 | 0.00 | 05/01/2022 | 08/31/2110 | |
| 3201 | RENEE HANLON | 1,560.00 | 1,475.00 | 80.00 | 03/03/2023 | 11/30/2026 | |
| 3202 | JUDITH ZIRBEL | 1,055.00 | 925.00 | 80.00 | 08/09/2024 | 08/31/2025 | |
| 3203 | SHEILA KAMMERER | 1,055.00 | 955.00 | 80.00 | 05/01/2023 | 01/31/2026 | |
| 3204 | PHYLLIS JACKSON | 1,055.00 | 1,010.00 | 0.00 | 04/01/2024 | 03/31/2027 | |
| 3205 | CONNOR KAUP | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | |
| 3206 | CASEY KIRLEY | 1,020.00 | 910.00 | 80.00 | 08/07/2024 | 11/30/2026 | |
| 3207 | LOIS STADHEIM | 1,055.00 | 955.00 | 75.00 | 06/01/2023 | 05/31/2024 | |
| 3208 | BRAUN KADOUN | 1,010.00 | 1,090.00 | 65.00 | 08/01/2025 | 07/31/2026 | |
| 3209 | VACANT | 0.00 | 0.00 | 0.00 | | | |
| 3210 | VACANT | 0.00 | 0.00 | 0.00 | | | |
| 3211 | KIERA WEISSER | 1,520.00 | 1,520.00 | -45.00 | 06/01/2025 | 05/31/2026 | 06/30/2026 |
| 3212 | EMILY PETERSON | 1,010.00 | 1,010.00 | 65.00 | 06/01/2025 | 05/31/2026 | 05/31/2026 |
| 3213 | MARILYN BOIK | 1,055.00 | 700.00 | 80.00 | 02/01/2026 | 01/31/2027 | |
| 3214 | MIKALA WAGNER | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | |
| 3215 | ALEXANDRIA MACALUSO | 1,010.00 | 1,010.00 | 65.00 | 05/01/2025 | 04/30/2026 | |
| 3216 | KYLER MEHLHOFF | 1,010.00 | 1,010.00 | 80.00 | 09/01/2025 | 05/31/2026 | |
| 3217 | AVERY REMMERDE | 1,010.00 | 1,090.00 | 65.00 | 07/07/2025 | 07/06/2026 | |
| 3218 | MASON CORDINGLEY | 1,010.00 | 1,010.00 | 65.00 | 05/24/2025 | 05/31/2026 | |
| 3301 | BARBARA GOENS | 1,580.00 | 1,475.00 | 80.00 | 09/01/2022 | 08/31/2023 | |
| 3302 | ISABELLE RICHARDSON | 1,055.00 | 750.00 | 0.00 | 04/01/2025 | 03/31/2026 | |
| 3303 | BRITTEN LAPOINTE | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | |
| 3304 | HANNAH HEUER | 1,010.00 | 1,090.00 | 80.00 | 09/01/2025 | 08/31/2026 | |
| 3305 | ELLIOTT STEINER | 1,010.00 | 1,010.00 | 0.00 | 08/01/2025 | 07/31/2026 | |
| 3306 | VACANT | 0.00 | 0.00 | 0.00 | | | |
| 3307 | ORLEY WANGSNESS | 1,055.00 | 1,090.00 | 0.00 | 10/01/2024 | 09/30/2025 | |
| 3308 | MARQUS MCDONNELL | 1,010.00 | 1,010.00 | 15.00 | 04/18/2025 | 04/30/2026 | 04/30/2026 |

**Page 1 of 4**

**5/14/2026 4:27 PM**

**Rent Roll**

Property = Generations on 1st

As Of = 04/28/2026

Month = 04/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|------------|----------------|------|---------|------------------|----------|
| 3309 | KEEGAN SCHELLE | 1,055.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | |
| 3310 | ALEXIS BURBACH | 1,520.00 | 0.00 | -240.00 | 03/01/2024 | | |
| 3311 | BARBARA WEGMAN | 1,520.00 | 1,425.00 | 80.00 | 07/01/2022 | 06/30/2026 | |
| 3312 | LUCAS HANSEN | 1,010.00 | 1,010.00 | 80.00 | 09/01/2025 | 05/31/2026 | |
| 3313 | CLAYTON ALBAN | 1,010.00 | 910.00 | 80.00 | 08/09/2024 | 05/31/2026 | |
| 3314 | VACANT | 0.00 | 0.00 | 0.00 | | | |
| 3315 | Kurundu Jayasekera | 1,010.00 | 1,010.00 | 0.00 | 10/06/2025 | 10/31/2026 | 04/15/2026 |
| 3316 | MICAH WARRINGTON | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | |
| 3317 | KALEN GODEL | 1,010.00 | 1,090.00 | 65.00 | 06/01/2025 | 05/31/2026 | |
| 3318 | DARRIEN MARTIN | 1,010.00 | 1,010.00 | 0.00 | 07/01/2025 | 06/30/2026 | |
| 3401 | LORNA HARSTAD | 1,580.00 | 1,375.00 | 0.00 | 08/01/2022 | | |
| 3402 | TARYN OPDAHL | 1,055.00 | 1,010.00 | 40.00 | 04/05/2025 | 01/31/2026 | |
| 3403 | LILY BEADLE | 1,010.00 | 1,010.00 | -15.00 | 07/01/2025 | 06/30/2026 | |
| 3404 | CHRISTIAN SNYDER | 1,010.00 | 1,010.00 | 65.00 | 07/01/2025 | 06/30/2026 | |
| 3405 | DAWSON TREEBY | 1,010.00 | 1,010.00 | 0.00 | 08/16/2024 | 08/31/2026 | |
| 3406 | TIMOTHY BEAUDRY | 1,010.00 | 1,090.00 | 65.00 | 08/01/2025 | 07/31/2026 | |
| 3407 | CYNTHIA WELLS | 1,010.00 | 1,090.00 | 80.00 | 11/01/2024 | 10/31/2025 | |
| 3408 | LAVERNA COYLE | 985.00 | 985.00 | 75.00 | 07/01/2023 | 06/30/2024 | |
| 3409 | JUDITH HOFFMAN | 1,055.00 | 750.00 | 40.00 | 01/15/2025 | 01/14/2026 | |
| 3410 | KAREN JENSEN | 1,560.00 | 1,520.00 | 80.00 | 03/01/2024 | 02/28/2025 | |
| 3411 | PAIGE HALL | 1,520.00 | 1,600.00 | 50.00 | 05/01/2025 | 04/30/2026 | 06/30/2026 |
| 3412 | DIONNE ZWEIG | 1,055.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | |
| 3413 | DARYL TAPIO | 1,055.00 | 985.00 | 0.00 | 11/01/2022 | 10/31/2023 | |
| 3414 | CHAD JULIUS | 1,055.00 | 700.00 | 0.00 | 03/01/2026 | 02/28/2027 | |
| 3415 | VACANT | 0.00 | 0.00 | 0.00 | | | |
| 3416 | JACOBE TRAMP | 1,055.00 | 1,010.00 | 80.00 | 03/01/2024 | 02/28/2025 | |
| 3417 | PIPER NAUGHTON | 1,010.00 | 910.00 | 80.00 | 08/08/2024 | 08/31/2026 | |
| 3418 | JUSTINE JACOBS | 1,010.00 | 1,010.00 | 0.00 | 07/21/2025 | 07/31/2026 | |

**Page 2 of 4**

**5/14/2026 4:27 PM**

**Rent Roll**

Property =  Generations on 1st

As Of = 04/28/2026

Month = 04/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|------------:|---------------:|-----:|---------|------------------|----------|
| 3501 | CHARLES OLSON | 1,580.00 | 1,415.00 | 40.00 | 04/01/2022 | | |
| 3502 | MATTHEW HAEDER | 1,010.00 | 1,090.00 | 80.00 | 08/01/2025 | 07/31/2026 | |
| 3503 | DONNA REESE | 1,010.00 | 1,090.00 | 0.00 | 10/01/2025 | 06/30/2026 | |
| 3504 | RAY BRADBERRY | 965.00 | 500.00 | 75.00 | 04/01/2022 | | |
| 3505 | JOHN TIMMONS | 1,055.00 | 935.00 | 80.00 | 10/12/2022 | | |
| 3506 | LYNELL HERSTEDT | 1,055.00 | 985.00 | 40.00 | 07/01/2023 | 06/30/2024 | |
| 3507 | GUEST SUITE | 900.00 | 0.00 | -450.00 | 01/01/2025 | 12/31/2025 | |
| 3508 | NICHOLAS PETERSEN | 1,055.00 | 925.00 | 80.00 | 08/01/2024 | 07/31/2025 | |
| 3509 | MADISON PREMUS | 1,055.00 | 1,010.00 | 80.00 | 09/01/2023 | 08/31/2024 | |
| 3510 | JACOB KRANZ | 1,580.00 | 1,520.00 | 80.00 | 01/01/2024 | 12/31/2024 | 04/30/2026 |
| 3511 | DEAN SHULTZ | 1,520.00 | 1,520.00 | 35.00 | 06/01/2025 | 05/31/2026 | 05/31/2026 |
| 3512 | HALI ANDERSON | 1,010.00 | 935.00 | 40.00 | 07/01/2022 | 09/30/2026 | |
| 3513 | KALE DAVIS | 1,055.00 | 700.00 | 0.00 | 03/01/2026 | 02/28/2027 | |
| 3514 | HAYDEN MULDER | 1,055.00 | 1,010.00 | 80.00 | 03/01/2025 | 02/28/2026 | 05/31/2026 |
| 3515 | KADEN BENNETT | 1,010.00 | 1,010.00 | -15.00 | 06/01/2025 | 05/31/2026 | |
| 3516 | JOSHUA ESCAMILLA-VIGIL | 1,020.00 | 935.00 | 0.00 | 07/01/2022 | 11/30/2026 | |
| 3517 | CHARITY HOVEY | 1,010.00 | 1,090.00 | 80.00 | 12/05/2025 | 12/31/2026 | 05/14/2026 |
| 3518 | NATHAN OLSON | 1,010.00 | 1,010.00 | 80.00 | 10/01/2025 | 09/30/2026 | |
| **Future Tenants/Applicants** | | | | | | | |
| 3308 | COLE DRUMHELLER | 0.00 | 700.00 | 0.00 | 05/01/2026 | 04/30/2027 | |
| 3510 | JANELLE MARTIN | 0.00 | 700.00 | 0.00 | 06/01/2026 | 05/31/2027 | |
| 3514 | ASPYN FRINK | 0.00 | 700.00 | 0.00 | 06/07/2026 | 06/30/2027 | |
| **Total** | **Generations on 1st** | **74,340.00** | **70,505.00** | **2,380.00** | | | |

| Summary Groups | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy |
|----------------|------------:|-----------------:|-----:|-----------:|-----------------:|
| Current/Notice/Vacant Tenants | 74,340.00 | 70,505.00 | 2,380.00 | 73 | 93.15 |

**Page 3 of 4**

**5/14/2026 4:27 PM**

## Rent Roll

Property =  Generations on 1st

As Of = 04/28/2026

Month = 04/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|-------------|----------------|------|---------|------------------|----------|
| Future Tenants/Applicants | | 0.00 | 2,100.00 | 0.00 | 3 | 0.00 | |
| Occupied Units | | 0.00 | 0.00 | 0.00 | 68 | 93.15 | |
| Total Vacant Units | | 0.00 | 0.00 | 0.00 | 5 | 6.84 | |
| **Totals:** | | **74,340.00** | **70,505.00** | **2,380.00** | **73** | **100.00** | |

**Page 4 of 4**

**Owner Statement**

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Apr 2026

Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|--------|---------|---------|
| | | | | **Beginning Balance** | | | 145,261.15 |
| 03/31/2026 | :ACH-WEB | Generations on 1st | JACOB KRANZ | Online Payment - EFT Payment Paid by Roommate SIERRA OVERSHINER(r0000046).Mobile App - Resident Services | 830.00 | 0.00 | 146,091.15 |
| 03/31/2026 | :ACH-WEB | Generations on 1st | JOHN TIMMONS | Online Payment - EFT Payment. Mobile App - Resident Services | 985.00 | 0.00 | 147,076.15 |
| 03/31/2026 | FlexRent - 434056 | Generations on 1st | LUCAS HANSEN | FlexRent Receipt. KATHLEEN HANSEN (r0000111). | 1,090.00 | 0.00 | 148,166.15 |
| 04/01/2026 | 30300 | Generations on 1st | RED RIVER STATE BANK | GenOn1st, Mtg; per cash collateral | 0.00 | 39,666.67 | 108,499.48 |
| 04/01/2026 | :ACH-940 | Generations on 1st | AVERY REMMERDE | Pre-Authorized Payment | 1,075.00 | 0.00 | 109,574.48 |
| 04/01/2026 | :ACH-944 | Generations on 1st | DARRIEN MARTIN | Pre-Authorized Payment | 1,010.00 | 0.00 | 110,584.48 |
| 04/01/2026 | 336405406 | Generations on 1st | EMILY PETERSON | Recurring Debit Card Payment ; | 1,075.00 | 0.00 | 111,659.48 |
| 04/01/2026 | 337110715 | Generations on 1st | HANNAH HEUER | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,090.00 | 0.00 | 112,749.48 |
| 04/01/2026 | :ACH-943 | Generations on 1st | ISABELLE RICHARDSON | Pre-Authorized Payment | 1,055.00 | 0.00 | 113,804.48 |
| 04/01/2026 | :ACH-WEB | Generations on 1st | JACOB KRANZ | Online Payment - EFT Payment. Mobile App - Resident Services | 830.00 | 0.00 | 114,634.48 |
| 04/01/2026 | 336981871 | Generations on 1st | JUSTINE JACOBS | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,010.00 | 0.00 | 115,644.48 |
| 04/01/2026 | 336871139 | Generations on 1st | KALE DAVIS | Debit Card On-Line Payment ; Mobile App - Resident Services | 527.50 | 0.00 | 116,171.98 |
| 04/01/2026 | :ACH-WEB | Generations on 1st | KEEGAN SCHELLE | Online Payment - EFT Payment. Web - Resident Services | 1,135.00 | 0.00 | 117,306.98 |
| 04/01/2026 | :ACH-942 | Generations on 1st | LAVERNA COYLE | Pre-Authorized Payment | 1,060.00 | 0.00 | 118,366.98 |
| 04/01/2026 | 336405314 | Generations on 1st | MICAH WARRINGTON | Recurring Debit Card Payment ; | 995.00 | 0.00 | 119,361.98 |
| 04/01/2026 | :ACH-941 | Generations on 1st | PIPER NAUGHTON | Pre-Authorized Payment. Roommate CYNTHIA NAUGHTON (r0000072) | 1,090.00 | 0.00 | 120,451.98 |
| 04/02/2026 | :ACH-WEB | Generations on 1st | DEAN SHULTZ | Online Payment - EFT Payment Paid by Roommate MASON SHULTZ(r0000099).Web - Resident Services | 491.67 | 0.00 | 120,943.65 |
| 04/02/2026 | 337426849 | Generations on 1st | JACOBE TRAMP | Debit Card On-Line Payment ; Mobile App - Resident Services | 500.00 | 0.00 | 121,443.65 |

Thursday, May 14, 2026
05:01 PM

**Owner Statement**

Owner = Generations On 1st (Generations on 1st)

Generations on 1st

Month = Apr 2026

Book = Cash

| Date | Ref | Property | Name | Description | Amount | | Balance |
|---|---|---|---|---|---|---|---|
| 04/03/2026 | :ACH-WEB | Generations on 1st | ALEXIS BURBACH | Online Payment - EFT Payment. Mobile App - Resident Services | 1,280.00 | 0.00 | 122,723.65 |
| 04/03/2026 | ACH | Generations on 1st | BARBARA GOENS | | 1,660.00 | 0.00 | 124,383.65 |
| 04/03/2026 | ACH | Generations on 1st | BRITTEN LAPOINTE | | 1,075.00 | 0.00 | 125,458.65 |
| 04/03/2026 | ACH | Generations on 1st | CASEY KIRLEY | | 1,100.00 | 0.00 | 126,558.65 |
| 04/03/2026 | ACH | Generations on 1st | CHARLES OLSON | | 1,620.00 | 0.00 | 128,178.65 |
| 04/03/2026 | ACH | Generations on 1st | CHRISTIAN SNYDER | | 1,075.00 | 0.00 | 129,253.65 |
| 04/03/2026 | ACH | Generations on 1st | CONNOR KAUP | | 1,075.00 | 0.00 | 130,328.65 |
| 04/03/2026 | ACH | Generations on 1st | CYNTHIA WELLS | | 1,090.00 | 0.00 | 131,418.65 |
| 04/03/2026 | ACH | Generations on 1st | DAWSON TREEBY | | 1,010.00 | 0.00 | 132,428.65 |
| 04/03/2026 | ACH | Generations on 1st | ELLIOTT STEINER | | 1,010.00 | 0.00 | 133,438.65 |
| 04/03/2026 | ACH | Generations on 1st | HALI ANDERSON | | 1,050.00 | 0.00 | 134,488.65 |
| 04/03/2026 | ACH | Generations on 1st | JUDITH HOFFMAN | | 1,095.00 | 0.00 | 135,583.65 |
| 04/03/2026 | ACH | Generations on 1st | JUDITH ZIRBEL | | 1,135.00 | 0.00 | 136,718.65 |
| 04/03/2026 | ACH | Generations on 1st | KADEN BENNETT | | 995.00 | 0.00 | 137,713.65 |
| 04/03/2026 | ACH | Generations on 1st | KAREN JENSEN | | 1,640.00 | 0.00 | 139,353.65 |
| 04/03/2026 | ACH | Generations on 1st | LILY BEADLE | | 995.00 | 0.00 | 140,348.65 |
| 04/03/2026 | ACH | Generations on 1st | LOIS STADHEIM | | 1,130.00 | 0.00 | 141,478.65 |
| 04/03/2026 | ACH | Generations on 1st | MARILYN BOIK | | 1,135.00 | 0.00 | 142,613.65 |
| 04/03/2026 | 338020614 | Generations on 1st | MARQUS MCDONNELL | Credit Card On-Line Payment ; Mobile App - Resident Services | 1,025.00 | 0.00 | 143,638.65 |
| 04/03/2026 | ACH | Generations on 1st | NICHOLAS PETERSEN | | 1,135.00 | 0.00 | 144,773.65 |
| 04/03/2026 | ACH | Generations on 1st | ORLEY WANGSNESS | | 1,055.00 | 0.00 | 145,828.65 |
| 04/03/2026 | ACH | Generations on 1st | PAIGE HALL | | 1,570.00 | 0.00 | 147,398.65 |
| 04/03/2026 | ACH | Generations on 1st | PHYLLIS JACKSON | | 1,055.00 | 0.00 | 148,453.65 |
| 04/03/2026 | ACH | Generations on 1st | RENEE HANLON | | 1,640.00 | 0.00 | 150,093.65 |
| 04/03/2026 | ACH | Generations on 1st | SHEILA KAMMERER | | 1,135.00 | 0.00 | 151,228.65 |
| 04/03/2026 | ACH | Generations on 1st | TARYN OPDAHL | | 1,095.00 | 0.00 | 152,323.65 |
| 04/03/2026 | ACH | Generations on 1st | TIMOTHY BEAUDRY | | 1,075.00 | 0.00 | 153,398.65 |
| 04/03/2026 | FlexRent - 468957 | Generations on 1st | LYNELL HERSTEDT | FlexRent Receipt | 1,095.00 | 0.00 | 154,493.65 |
| 04/04/2026 | :ACH-WEB | Generations on 1st | DEAN SHULTZ | Online Payment - EFT Payment. Mobile App - Resident Services | 571.66 | 0.00 | 155,065.31 |
| 04/04/2026 | 338229664 | Generations on 1st | DEAN SHULTZ | Debit Card On-Line Payment ; Roommate ALEXIS CEROLL (r0000098) ; Mobile App - Resident Services | 491.67 | 0.00 | 155,556.98 |
| 04/04/2026 | 338312305 | Generations on 1st | KIERA WEISSER | Debit Card On-Line Payment ; Roommate BRENDYN WEISSER (r0000104) ; Mobile App - Resident Services | 737.50 | 0.00 | 156,294.48 |

Thursday, May 14, 2026
05:01 PM

**Owner Statement**

Owner = Generations On 1st (Generations on 1st)

Generations on 1st

Month = Apr 2026

Book = Cash

| Date | Ref | | Property | Name | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| 04/05/2026 | 531337785 5898 | CPBM | Generations on 1st | ALEXANDRIA MACALUSO | | 1,100.00 | 0.00 | 157,394.48 |
| 04/05/2026 | 13571 | | Generations on 1st | BARBARA WEGMAN | | 1,600.00 | 0.00 | 158,994.48 |
| 04/05/2026 | 531332354 5898 | CPBM | Generations on 1st | CHAD JULIUS | | 1,055.00 | 0.00 | 160,049.48 |
| 04/05/2026 | 533353315 5898 | CPBM | Generations on 1st | CHARITY HOVEY | | 1,090.00 | 0.00 | 161,139.48 |
| 04/05/2026 | 0055002462 | | Generations on 1st | DARYL TAPIO | | 1,090.00 | 0.00 | 162,229.48 |
| 04/05/2026 | 112 | | Generations on 1st | DIONNE ZWEIG | NSFed by ctrl# 36193 check was STOP PAYMENT | 1,090.00 | 0.00 | 163,319.48 |
| 04/05/2026 | 3120 | | Generations on 1st | DONNA REESE | | 1,010.00 | 0.00 | 164,329.48 |
| 04/05/2026 | CPBM 5898 | | Generations on 1st | GUEST SUITE | | 450.00 | 0.00 | 164,779.48 |
| 04/05/2026 | 532130941 5898 | CPBM | Generations on 1st | HAYDEN MULDER | | 1,090.00 | 0.00 | 165,869.48 |
| 04/05/2026 | 531763805 5898 | CPBM | Generations on 1st | KALEN GODEL | | 540.00 | 0.00 | 166,409.48 |
| 04/05/2026 | :ACH-WEB | | Generations on 1st | KIERA WEISSER | Online Payment - EFT Payment. Mobile App - Resident Services | 369.00 | 0.00 | 166,778.48 |
| 04/05/2026 | 338428105 | | Generations on 1st | KIERA WEISSER | Debit Card On-Line Payment ; Roommate LOGAN AUSTAD (r0000103) ; Mobile App - Resident Services | 368.50 | 0.00 | 167,146.98 |
| 04/05/2026 | 532766512 5898 | CPBM | Generations on 1st | Kurundu Jayasekera | | 1,090.00 | 0.00 | 168,236.98 |
| 04/05/2026 | 081584 | | Generations on 1st | KYLER MEHLHOFF | | 1,090.00 | 0.00 | 169,326.98 |
| 04/05/2026 | 6032 | | Generations on 1st | LORNA HARSTAD | | 1,580.00 | 0.00 | 170,906.98 |
| 04/05/2026 | 175 | | Generations on 1st | MADISON PREMUS | | 1,135.00 | 0.00 | 172,041.98 |
| 04/05/2026 | 531222648 5898 | CPBM | Generations on 1st | MASON CORDINGLEY | | 1,090.00 | 0.00 | 173,131.98 |
| 04/05/2026 | 1310 | | Generations on 1st | NATHAN OLSON | | 1,090.00 | 0.00 | 174,221.98 |
| 04/05/2026 | 3296 | | Generations on 1st | RAY BRADBERRY | | 1,040.00 | 0.00 | 175,261.98 |
| 04/06/2026 | 338663400 | | Generations on 1st | JACOBE TRAMP | Debit Card On-Line Payment ; Mobile App - Resident Services | 635.00 | 0.00 | 175,896.98 |
| 04/09/2026 | 1074 | | Generations on 1st | NICHOLAS KASTEN | vacate charges; PAID IN FULL | 19.50 | 0.00 | 175,916.48 |
| 04/12/2026 | 0056404346 | | Generations on 1st | DARYL TAPIO | | 45.00 | 0.00 | 175,961.48 |
| 04/13/2026 | 30303 | | Generations on 1st | JONI DYKSTRA | Refunding Q-40510 | 0.00 | 705.54 | 175,255.94 |
| 04/13/2026 | 30304 | | Generations on 1st | SAYLOR HALLSTROM | Refunding Q-40513 | 0.00 | 592.83 | 174,663.11 |
| 04/13/2026 | | | Generations on 1st | JE-4329 | :Prog Gen Move Out transfer (JONI DYKSTRA) - Receipt #36182 | 1,010.00 | 0.00 | 175,673.11 |
| 04/13/2026 | | | Generations on 1st | JE-4330 | :Prog Gen Move Out transfer (SAYLOR HALLSTROM) - Receipt #36183 | 750.00 | 0.00 | 176,423.11 |
| 04/15/2026 | 324 | | Generations on 1st | Alexis Burbach | 3510 | 0.00 | 200.00 | 176,223.11 |
| 04/15/2026 | 324 | | Generations on 1st | Alexis Burbach | res mgr  2.3 hrs | 0.00 | 63.75 | 176,159.36 |
| 04/15/2026 | 324 | | Generations on 1st | Alexis Burbach | taxes | 0.00 | 3.95 | 176,155.41 |

**Owner Statement**

Owner = Generations On 1st (Generations on 1st)
Generations on 1st
Month = Apr 2026
Book = Cash

| Date | Ref | Owner | Payee | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 04/15/2026 | 30308 | Generations on 1st | DOUG RODENGEN | 3415 tp,caulk, nail holes, door adjust, kitchen sprayer. janitor closet clean up, 3415 cab above sink, entry stopper door to senior center, 3310 fix cupboard door | 0.00 | 144.00 | 176,011.41 |
| 04/15/2026 | GenRETaxEscrow | Generations on 1st | JE-4352 | RE Tax Escrow - due 4/30 & 10/31 | 0.00 | 7,018.26 | 168,993.15 |
| 04/20/2026 | 325 | Generations on 1st | LIBERTY MUTUAL INSURANCE | march insurance (paid in apr) | 0.00 | 2,013.49 | 166,979.66 |
| 04/20/2026 | 326 | Generations on 1st | LIBERTY MUTUAL INSURANCE | apr ins | 0.00 | 2,720.00 | 164,259.66 |
| 04/20/2026 | ach  past | Generations on 1st | JESSE HEER | | 500.00 | 0.00 | 164,759.66 |
| 04/20/2026 | 112 | Generations on 1st | DIONNE ZWEIG | NSF receipt Ctrl# 36155 check was STOP PAYMENT | -1,090.00 | 0.00 | 163,669.66 |
| 04/22/2026 | 339981665 | Generations on 1st | DIONNE ZWEIG | Credit Card On-Line Payment ; Mobile App - Resident Services | 1,135.00 | 0.00 | 164,804.66 |
| 04/23/2026 | 30309 | Generations on 1st | AUTOMATIC BUILDING CONTROLS | pre-pay annual fire alarm system | 0.00 | 1,512.29 | 163,292.37 |
| 04/23/2026 | 30310 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 2/19-3/18   vacates | 0.00 | 144.47 | 163,147.90 |
| 04/23/2026 | 30310 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 2/23-3/22    house gas | 0.00 | 515.58 | 162,632.32 |
| 04/23/2026 | 30310 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 2/23-3/22    house sewer | 0.00 | 3,234.24 | 159,398.08 |
| 04/23/2026 | 30310 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 2/23-3/22    house water | 0.00 | 662.62 | 158,735.46 |
| 04/23/2026 | 30310 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 2/23-3/22   house electric | 0.00 | 721.45 | 158,014.01 |
| 04/24/2026 | 327 | Generations on 1st | U.S. TRUSTEES | 1st quarter | 0.00 | 731.00 | 157,283.01 |
| 04/26/2026 | 30315 | Generations on 1st | APARTMENTS LLC | | 0.00 | 649.00 | 156,634.01 |
| 04/26/2026 | 30316 | Generations on 1st | Capital One Commercial | SPRING LOCK, BATTERIES | 0.00 | 12.80 | 156,621.21 |
| 04/26/2026 | 30317 | Generations on 1st | CP BUSINESS MANAGEMENT | 2026 ANNUAL SD SOS FILING | 0.00 | 65.00 | 156,556.21 |
| 04/26/2026 | 30318 | Generations on 1st | GEORGES SANITATION | FEBRUARY GARBAGE | 0.00 | 207.09 | 156,349.12 |
| 04/26/2026 | 30318 | Generations on 1st | GEORGES SANITATION | MARCH GARBAGE | 0.00 | 207.09 | 156,142.03 |
| 04/26/2026 | 30319 | Generations on 1st | JAKES GARAGE DOOR LLC | DOOR STALLING OUT; PHOTO EYES BAD, REPLACE. | 0.00 | 300.60 | 155,841.43 |
| 04/26/2026 | 30320 | Generations on 1st | MIDCONTINENT | | 0.00 | 204.03 | 155,637.40 |
| 04/26/2026 | 30321 | Generations on 1st | TURFWURX PROPERTY MAINTENANCE | 3/7,11,15,17 SNOW | 0.00 | 361.08 | 155,276.32 |

## Owner Statement

Owner =  Generations On 1st (Generations on 1st)
Generations on 1st
Month = Apr 2026
Book = Cash

| Date | Num | Name | Payee | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 04/28/2026 | 340450908 | Generations on 1st | JUSTINE JACOBS | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,010.00 | 0.00 | 156,286.32 |
| 04/29/2026 | :ACH-WEB | Generations on 1st | JOHN TIMMONS | Online Payment - EFT Payment. Mobile App - Resident Services | 1,100.00 | 0.00 | 157,386.32 |
| 04/29/2026 | 340654345 | Generations on 1st | KALEN GODEL | Debit Card On-Line Payment ; Roommate KAYLA LEHR (r0000093) ; Mobile App - Resident Services | 540.00 | 0.00 | 157,926.32 |
| 04/29/2026 | :ACH-WEB | Generations on 1st | MATTHEW HAEDER | Online Payment - EFT Payment. Web - Resident Services | 1,090.00 | 0.00 | 159,016.32 |
| 04/30/2026 | 329 | Generations on 1st | Alexis Burbach | 3209, 3411, 3415 | 0.00 | 600.00 | 158,416.32 |
| 04/30/2026 | 329 | Generations on 1st | Alexis Burbach | clean up dog feces around building and neighbor property | 0.00 | 60.00 | 158,356.32 |
| 04/30/2026 | 329 | Generations on 1st | Alexis Burbach | res mgr  9.15 | 0.00 | 235.88 | 158,120.44 |
| 04/30/2026 | 329 | Generations on 1st | Alexis Burbach | taxes | 0.00 | 18.34 | 158,102.10 |
| 04/30/2026 | 30311 | Generations on 1st | ALWAYS SPARKLING | April building cleaning | 0.00 | 743.40 | 157,358.70 |
| 04/30/2026 | 30311 | Generations on 1st | ALWAYS SPARKLING | 3315  3.5 hrs | 0.00 | 148.68 | 157,210.02 |
| 04/30/2026 | 30311 | Generations on 1st | ALWAYS SPARKLING | 3415 2 hrs | 0.00 | 84.96 | 157,125.06 |
| 04/30/2026 | 30311 | Generations on 1st | ALWAYS SPARKLING | 3209 3.5 hrs | 0.00 | 148.68 | 156,976.38 |
| 04/30/2026 | 30311 | Generations on 1st | ALWAYS SPARKLING | 3209 refresh | 0.00 | 38.64 | 156,937.74 |
| 04/30/2026 | 30312 | Generations on 1st | CODINGTON COUNTY TREASURER | 2025 payable in 2026 1st half #9580 | 0.00 | 42,109.56 | 114,828.18 |
| 04/30/2026 | 30324 | Generations on 1st | CP BUSINESS MANAGEMENT | 3209 collected CP recovery fees | 0.00 | 126.38 | 114,701.80 |
| 04/30/2026 | 30324 | Generations on 1st | CP BUSINESS MANAGEMENT | 3415 collected CP recovery fees | 0.00 | 72.21 | 114,629.59 |
| 04/30/2026 | 30324 | Generations on 1st | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 200.00 | 114,429.59 |
| 04/30/2026 | 30324 | Generations on 1st | CP BUSINESS MANAGEMENT | 3414 collected CP recovery fees | 0.00 | 19.50 | 114,410.09 |
| 04/30/2026 | 30324 | Generations on 1st | CP BUSINESS MANAGEMENT | Apr 5% mgmt | 0.00 | 4,051.00 | 110,359.09 |
| 04/30/2026 | 30324 | Generations on 1st | CP BUSINESS MANAGEMENT | software fee | 0.00 | 73.00 | 110,286.09 |
| 04/30/2026 | 30314 | Generations on 1st | DOUG RODENGEN | 3315 blinds, 3310 ac cord, 3210 secure shelves, 3315 paint touch up,  3rd floor janitor door touchup | 0.00 | 56.00 | 110,230.09 |
| 04/30/2026 | 328 | Generations on 1st | STARION FINANCIAL | service charge | 0.00 | 0.75 | 110,229.34 |
| 04/30/2026 | 30313 | Generations on 1st | WHITE GLOVE CLEANING | February cleaning (prev. inv was January cleaning) | 0.00 | 796.50 | 109,432.84 |
| 04/30/2026 | 30323 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 3/18-4/21   vacates | 0.00 | 117.12 | 109,315.72 |

**Owner Statement**

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Apr 2026

Book = Cash

| Date | Ref | Owner | Payee | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 04/30/2026 | 30323 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 3/22-4/22 gas | 0.00 | 487.36 | 108,828.36 |
| 04/30/2026 | 30323 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 3/22-4/22 sewer | 0.00 | 3,234.24 | 105,594.12 |
| 04/30/2026 | 30323 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 3/22-4/22 water | 0.00 | 724.50 | 104,869.62 |
| 04/30/2026 | 30323 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 3/22-4/22 electric | 0.00 | 722.48 | 104,147.14 |
| 04/30/2026 | 340871977 | Generations on 1st | BRAUN KADOUN | Debit Card On-Line Payment ; Web - Resident Services | 1,075.00 | 0.00 | 105,222.14 |
| 04/30/2026 | 340839199 | Generations on 1st | CLAYTON ALBAN | Debit Card On-Line Payment ; Web - Resident Services | 1,090.00 | 0.00 | 106,312.14 |
| 04/30/2026 | N/A | Generations on 1st | JE-4354 | tx escrow to checking for tax payment 1st half due 4/30 | 42,109.56 | 0.00 | 148,421.70 |
| 04/30/2026 | 340775000 | Generations on 1st | JOSHUA ESCAMILLA-VIGIL | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,020.00 | 0.00 | 149,441.70 |
| 04/30/2026 | 340752896 | Generations on 1st | KALE DAVIS | Debit Card On-Line Payment ; Roommate BROOKLYN MILLIRON (r0000124) ; Mobile App - Resident Services | 527.50 | 0.00 | 149,969.20 |
| 04/30/2026 | 340786280 | Generations on 1st | MIKALA WAGNER | Debit Card On-Line Payment ; Mobile App - Resident Services | 995.00 | 0.00 | 150,964.20 |
| 04/30/2026 | 340768041 | Generations on 1st | PIPER NAUGHTON | Debit Card On-Line Payment ; Web - Resident Services | 1,090.00 | 0.00 | 152,054.20 |
| | | | | **Ending Balance** | **124,319.06** | **117,526.01** | **152,054.20** |
| | | | | Reserves Needed | | 0.00 | |
| | | | | Security Deposits (this period) | | 340.00 | |

Thursday, May 14, 2026
05:01 PM

**Alexis Burbach**

**2026**

 Generations on 1st

| From: | 15-Apr |
| To: | 30-Apr |

| Invoice #: | 3031 |
| Invoice Date: | 4/30/2026 |
| Due Date: | 5/1/2026 |

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 4/16 | | 12:30 PM | 1:00 PM | 0:30: | walk south of building and boulevard for tenants picking up after themselves/animals | $12.75 |
| 4/16 | | 13:30 | 14:00 | 0:30: | chat with 3302, help remove AC vent cover to clean | $12.75 |
| 4/17 | | 10:30 AM | 11:30 AM | 1:00: | showings greg, kerri 3210 - showing arlen, maddi 3306/3210 | $25.50 |
| 4/17 | | 3:30 PM | 4:00 PM | 0:30: | showing Emma | $12.75 |
| 4/18 | | 11:00 | 11:30 | 0:30: | 3510 call about cleaning/carpets not impressed with dakota clean wanted suggestions | $12.75 |
| 4/20 | | 13:00 | 1:30 PM | 0:30: | showing peyton, jazarae 3210 | $12.75 |
| 4/21 | | 11:00 AM | 12:00 PM | 1:00: | showing brenyn 3314, help 3311/3411 with AC vents- showing Olivia 3210 | $25.50 |
| 4/22 | | 3:30 PM | 4:15 PM | 0:45: | memos handed out, 4th amenity sign reserved | $19.13 |
| 4/22 | | 17:15 | 5:30 PM | 0:15: | showing 3415 | $6.37 |
| 4/23 | | 13:00 | 13:15 | 0:15: | showing ryan 3306 | $6.38 |
| 4/23 | | 5:00 PM | 6:00 PM | 1:00: | showing wyatt 3314, refresh condo | $25.50 |
| 4/24 | | 9:00 | 10:00 | 1:00: | clean up parking garage, patio picked up, garage door company called | $25.50 |
| 4/24 | | 1:30 PM | 1:45 PM | 0:15: | showing lisa/family 3306 | $6.37 |
| 4/27 | | 1:45 PM | 2:15 PM | 0:30: | memos down, garage looked over, items back in place, | $12.75 |
| 4/27 | | 3:30 PM | 4:00 PM | 0:30: | move out 3510 | $12.75 |
| 4/29 | | 2:45 PM | 3:00 PM | 0:15: | showing abby/bf 3212 | $6.37 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | **Total Hours** | **9:15:** | | **Total Hourly Pay $25.50/hour** | **$235.88** |

| Date | Unit | Start | End | Total Hours | Maintenance | |
|---|---|---|---|---|---|---|
| 4/21 | | | | 2:00: | dog droppings around building picked up | $60.00 |
| | | **Total Hours** | **2:00:** | | **Total Maintenance  $30/hour** | **$60.00** |

| Date | Unit | | Reimbursement | |
|---|---|---|---|---|
| | | | **Total Reimbursement** | **$0.00** |

| Date | Unit | Commission | |
|---|---|---|---|
| 4/20 | 3209 | Douglas Grovenburg | $200.00 |
| 4/28 | 3411 | Jayden Lick, Quentin Braun | $200.00 |
| 4/25 | 3415 | Matthew Cavallo | $200.00 |
| | | **Total Commissions** | **$600.00** |

| | |
|---|---|
| **Generations Total Hours Amount:** | $235.88 |
| **Generations Total Painting Amount:** | $60.00 |
| **Generations Total Reimbursements:** | $0.00 |
| **Generations Subtotal:** | $295.88 |
| **Generations Sales Tax (6.2%):** | $18.34 |
| **Generations Total Commissions:** | $600.00 |
| **Generations Total Paycheck Amount:** | $914.22 |

**Alexis Burbach**
**2026**
From: 1-Apr
To: 15-Apr

PAID

*Generations on 1st*

| | |
|---|---|
| Invoice #: | 3030 |
| Invoice Date: | 4/15/2026 |
| Due Date: | 4/16/2026 |

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 4/9 | | 10:00 AM | 11:00 AM | 1:00: | tenant messages, 3503 in hospital call | $25.50 |
| 4/9 | | 15:00 | 15:15 | 0:15: | batteries in lock | $6.37 |
| 4/13 | | 2:00 PM | 2:30 PM | 0:30: | showing Janelle and parents , approved already - 3510 | $12.75 |
| 4/15 | | 10:30 AM | 11:15 AM | 0:45: | move out inspection 3315 present | $19.13 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | **Total Hours** | **2:30:** | | **Total Hourly Pay $25.50/hour** | **$63.75** |

| Date | Unit | Start | End | Total Hours | Maintenance | |
|---|---|---|---|---|---|---|
| | | **Total Hours** | **0:00:** | | **Total Maintenance  $30/hour** | **$0.00** |

| Date | Unit | Reimbursement | |
|---|---|---|---|
| | | **Total Reimbursement** | **$0.00** |

| Date | Unit | Commission | |
|---|---|---|---|
| 4/14 | 3510 | Janelle Martin | $200.00 |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | **Total Commissions** | **$200.00** |

| | |
|---|---|
| **Generations Total Hours Amount:** | $63.75 |
| **Generations Total Painting Amount:** | $0.00 |
| **Generations Total Reimbursements:** | $0.00 |
| **Generations Subtotal:** | $63.75 |
| **Generations Sales Tax (6.2%):** | $3.95 |
| **Generations Total Commissions:** | $200.00 |
| **Generations Total Paycheck Amount:** | $267.70 |

SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104


**Liberty Mutual.**
INSURANCE

THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Your Account:**
#9000344025
THE RUINS LLC GENERATIONS ON 1ST
LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Policies on Account:**
BKS65299485 - BK-Package

## Your Billing Statement as of April 8, 2026

**Your Agent(s):**
#0059540
SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104
(701) 390-1994

# Billing Notice

Small Commercial Insurance

| | |
|---|---|
| Amount Due: (incl. fees) | **$13442.49** |
| Due Date: | **04/28/2026** |
| Account Balance: | **$34,663.95** |

### Billing Details

| Policy | Frequency | Policy Term | Amount Due |
|---|---|---|---|
| **Package - BKS65299485** | Monthly - 2 down 10 install | 09/28/2025 - 09/28/2026 | $13,434.49 |
| Fees | | | $8.00 |
| **Total Amount Due** | | | **$13442.49** |

| Account Summary | |
|---|---|
| **Previous Account Balance** | $34,975.02 |
| Fees | $8.00 |
| Payments | -$319.07 |
| **Account Balance** | **$34,663.95** |

*(handwritten:)* Park  Mar-$1799.08  ⟩pd
Apr-$1799.08  4/17/26

Gen  Mar-$2013.49  ⟩pd
Apr $2720.00  4/17/26

*(stamp:)* PAID ALH

Ruins  Mar-due $2555.42
Apr-due $2555.42

$13442.49

**Save time & PAY ONLINE!**
Pay your bill online 24/7 at
**mybusinessonline.libertymutual.com**

**For Billing Questions...**
Call 844-961-0334
Mon.-Fri. 8AM-8PM EST

↓ Please detach and return the bottom portion with your payment, in the envelope provided. ↓

Date of Notice: April 8, 2026

Account of: THE RUINS LLC GENERATIONS ON 1ST
LLC PARKSIDE LLC

| Payment Due Date | Account Balance | Minimum Amount Due |
|---|---|---|
| 04/28/2026 | $34,663.95 | $13442.49 |

| Account Number | Amount Enclosed: |
|---|---|
| 9000344025 | $ |

**Lost your envelope? Mail check to:**

LIBERTY MUTUAL INSURANCE
PO BOX 88766
CHICAGO, IL 60680-1766

88766 500 0009000344025 00000000000 000000000 0003466395 0001344249 4

## Mindy Craig

| | |
|---|---|
| **From:** | Liberty Mutual <ebilling@email-libertymutual.com> |
| **Sent:** | Friday, April 17, 2026 2:01 PM |
| **To:** | Mindy Craig |
| **Subject:** | Your payment has been processed. |

☐ View online



Billing account number: 9000344025

# Hello,

Thank you for your recent payment. Your payment will be applied to your balance on 4/17/2026 and reflected in your account.

**View your balance**

*generations April payment*

 **Billing summary:**

**Confirmation number:**
D0005HV0X

**Total payment:**
$2720.00

**Payment date:**
4/17/2026

**Payment method:**
Bank Account ending in 866 6

**Policy:**
BKS65299485

1

## Mindy Craig

| | |
|---|---|
| **From:** | Liberty Mutual <ebilling@email-libertymutual.com> |
| **Sent:** | Friday, April 17, 2026 1:58 PM |
| **To:** | Mindy Craig |
| **Subject:** | Your payment has been processed. |



Billing account number: 9000344025

# Hello,

Thank you for your recent payment. Your payment will be applied to your balance on 4/17/2026 and reflected in your account.

**View your balance**

*Generations March payment*

☒ **Billing summary:**

| **Confirmation number:** | **Total payment:** |
|---|---|
| D0005HV08 | $2013.49 |

| **Payment date:** | **Payment method:** |
|---|---|
| 4/17/2026 | Bank Account ending in 8666 |

**Policy:**

BKS65299485

1

GENERATIONS
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
275t Brandt Dr S
Fargo, ND 58104

30308

04/15/26                                                  $144.00*****

TO THE
ORDER OF        **** ONE HUNDRED FORTY FOUR AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD    57201                    NON-NEGOTIABLE

## Maintenance Hours

**2026**

**Maintenance Na**l *Doug Rodengen*

$32.00  Hourly Rate
From:  1-April
To:  15-April

# Generations on 1st

Invoice #:  3030

**PAID**

Invoice Date:  4/15/2026
Due Date:  4/16/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 4/2 | 3415 | 8:00 AM | 10:00 AM | 2:00: | tp holder loose, caulk around windows, bedroom nail holes touched up, doors looked over to be adjusted, corner paint touch ups, kitchen sink sprayer button | $64.00 |
| 4/2 | | 10:00 AM | 10:30 AM | 0:30: | inventory and orgnaize janitor closet from the old office move | $16.00 |
| 4/10 | 3415 | 8:00 | 8:30 | 0:30: | cabinet above sink tightened - door frame hinge sticking out, nailed back into place | $16.00 |
| 4/10 | | 8:30 | 8:45 AM | 0:15: | door stopper added to the wall for senior center entrance from lobby - lex scheduled | $8.00 |
| 4/10 | | 9:00 | 9:15 | 0:15: | cut runner rug to avoid tripping and looks better | $8.00 |
| 4/14 | 3310 | 11:00 | 11:45 AM | 0:45: | cracked cupboard door - glued/set - reinstall once ready | $24.00 |
| 4/15 | 3310 | 10:30 | 10:45 | 0:15: | reinstall cupboard door - looks amazing | $8.00 |

**Total Hours**  **4:30:**   **Total Hourly Pay $32/hour**  **$144.00**

**Generations on 1st Paycheck :**  $144.00



Office of the U.S. Trustee
300 South 4th Street
Room 1015
Sioux Falls, ND 58102

605-330-4450

Rev. 3/26

Account No.:  683-25-30002
Process Date:  2026-04-04

*006172/1 01-03 D-006172

GENERATIONS ON 1ST LLC
1405 1ST AVE N
FARGO ND 58102-4203



See Instructions
on Reverse Side

# Chapter 11 Quarterly Fees Statement

| Date | Description | Amount ($) |
|------|-------------|-----------|
| 2026-01-06 | Balance Forward | 1,408.00 |
| 2026-01-17 | Adjustments to fees charged from previous statement. | -121.00 |
| 2026-02-03 | Account#6832530002 Pay.Gov Tracking#27V9JJEM | -1,408.00 |
| 2026-04-04 | Quarter 1, 2026 Fee Due {Disbursements = $213,111.} (6-1) | 852.00 |

**Estimated Balance Due Based On Disbursement Record:  $731.00**

**Tracking Information**

Pay.gov Tracking ID: 281LVTFA

Agency Tracking ID: 77366071371

Form Name: U.S. Trustee Chapter 11 Quarterly Fee

Application Name: Chapter 11 Quarterly Fee

**Payment Information**

Payment Type: Bank account (ACH)

Payment Amount: $731.00

Transaction Date: 04/23/2026 02:06:07 PM EDT

Payment Date: 04/24/2026

Line 1: Remittance #1 - Type: Business, Account: 6822530002, Name: GENERATIONS ON 1ST LLC, $731.00

Line 2:

Line 3:

Line 4:

Line 5:

Line 6:

Line 7:

Line 8:

Line 9:

Line 10:

Line 11:

Line 12:

**Account Information**

Account Holder Name: GENERATIONS ON 1ST LLC DEBTOR IN POSESSION CASE #25-30002

Routing Number: 091310767

Account Number: ***********8666

# Sign In to your Pay.gov account!

Sign In

GENERATIONS ON 1ST, LLC

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30309

04/23/26                                    $1,512.29***

TO THE
ORDER OF    **** ONE THOUSAND FIVE HUNDRED TWELVE AND 29/100 DOLLARS

AUTOMATIC BUILDING CONTROLS
4300 W 61ST ST N
SIOUX FALLS, SD    57107

NON-NEGOTIABLE



# Invoice ®

## AUTOMATIC BUILDING CONTROLS
4300 W. 61ST St. N. • Sioux Falls, SD 57107
605-336-1200 • FAX 605-336-0088

Invoice No : 238445
Invoice Date : 04/16/2026
Customer Code : APGENFIR

Location: **Generations on 1st**
26  1st Ave SW
Watertown, SD  57201

Bill To: **Generations on 1st**
PO Box 9379
Fargo, ND  58106



| P.O. # / Authority | Project Location | Our Contract Number | Terms |
|---|---|---|---|
| | | | Net 30 |

| Quantity / Hours | Item Number | Description | Unit Price / Rate | Amount |
|---|---|---|---|---|
| 1 | AC | Pre-bill of Annual Checkout of Fire Alarm System(s) | 1424.00 | 1424.00 |

| | |
|---|---|
| Invoice Subtotal | 1424.00 |
| Sales Tax | 88.29 |
| Excise Tax | 0.00 |
| **INVOICE TOTAL** | **1512.29** |

*Your Business is Appreciated!*

## Life Safety Starts with ABC!®

FIRE ALARMS • MASS NOTIFICATION • ERCES-BDA • CLOCK SYSTEMS • NURSE CALL • BATTERIES

PAST DUE ACCOUNT SUBJECT TO COLLECTION AT 1.5 PER MONTH

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30310

TO THE
ORDER OF

04/23/26                    $5,278.36****

**** FIVE THOUSAND TWO HUNDRED SEVENTY EIGHT AND 36/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



SCAN ME

Page 1

**Customer:** GENERATIONS ON 1ST
**Account Number:** 073-187532-02
**Service Address:** 26 1 AVE SW HOUSE



---

### Electric Service



| | Mar 2025 | Feb 2026 | Mar 2026 |
|---|---|---|---|
| Days of Service | 30 | 27 | 27 |
| kWh Used | 8057 | 12460 | 9425 |
| Avg kWh per day | 268.6 | 461.5 | 349.1 |
| Avg cost per day | $20.28 | $32.15 | $26.72 |

### Gas Service



| | Mar 2025 | Feb 2026 | Mar 2026 |
|---|---|---|---|
| Days of Service | 30 | 27 | 27 |
| ccf Used | 716 | 1056 | 721 |
| Avg ccf per day | 23.9 | 39.1 | 26.7 |
| Avg cost per day | $17.56 | $27.05 | $19.10 |

### Water Service

| | Mar 2025 | Feb 2026 | Mar 2026 |
|---|---|---|---|
| Days of Service | 30 | 27 | 27 |
| ccf Used | 143 | 168 | 131 |
| Avg ccf per day | 4.8 | 6.2 | 4.9 |
| Avg cost per day | $22.80 | $30.60 | $22.89 |

---

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| April 10, 2026 | $5,133.89 | $5,390.59 |

### Account Summary

| | | |
|---|---|---|
| Previous Balance | $ | 5,659.03 |
| Payments Received | $ | -5,659.03 |
| **Balance Forward** | $ | **0.00** |
| Current Charges | $ | 5,133.89 |
| Total Amount Due | $ | 5,133.89 |

*PAID* 3o5l0

### Current Charges

| | | |
|---|---|---|
| Electric Service | $ | 721.45 |
| Gas Service | $ | 515.58 |
| Water Service | $ | 662.62 |
| Sewer Service | $ | 3,234.24 |
| Total Current Charges | $ | 5,133.89 |

### Important Info

Average Temperature last year = 34 Degrees
Average Temperature this year = 25 Degrees

Page 1



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**

**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187738-02
**Service Address:** 26 1 AVE SW 3306



PAID

### Electric Service

| | Feb 2026 | Mar 2026 |
|---|---|---|
| Days of Service | 23 | 27 |
| kWh Used | 103 | 105 |
| Avg kWh per day | 4.5 | 3.9 |
| Avg cost per day | $0.99 | $0.85 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| April 10, 2026 | $22.96 | $24.11 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 22.80 |
| Payments Received | $ | -22.80 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 22.96 |
| Total Amount Due | $ | 22.96 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 22.96 |
| Total Current Charges | $ | 22.96 |

| Important Info |
|---|

Average Temperature last year - 34 Degrees
Average Temperature this year - 25 Degrees



Page 1



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



SCAN ME

**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187725-04
**Service Address:** 26 1 AVE SW 3210



PAID



### Electric Service

| Days of Service | Mar 2026 |
|---|---|
| | 27 |
| kWh Used | 921 |
| Avg kWh per day | 34.1 |
| Avg cost per day | $3.23 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| April 10, 2026 | $87.08 | $91.43 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 32.23 |
| Payments Received | $ | -32.23 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 87.08 |
| Total Amount Due | $ | 87.08 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 87.08 |
| Total Current Charges | $ | 87.08 |

| Important Info | | |
|---|---|---|

Average Temperature last year - 34 Degrees
Average Temperature this year - 25 Degrees





**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



SCAN ME

**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187745-05
**Service Address:** 26 1 AVE SW 3314

PAID



## Electric Service



| | Mar 2026 |
|---|---|
| Days of Service | 27 |
| kWh Used | 251 |
| Avg kWh per day | 9.3 |
| Avg cost per day | $1.28 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| April 10, 2026 | $34.43 | $36.15 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 25.71 |
| Payments Received | $ | -25.71 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 34.43 |
| Total Amount Due | $ | 34.43 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 34.43 |
| Total Current Charges | $ | 34.43 |

| Important Info |
|---|
| Average Temperature last year - 34 Degrees |
| Average Temperature this year - 25 Degrees |





**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30313

04/30/26

$796.50******

TO THE
ORDER OF

**** SEVEN HUNDRED NINETY SIX AND 50/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

NON-NEGOTIABLE

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/1/2026 | 2528 |

| Due Date | Terms |
|----------|-------|
| 3/31/2026 | Net 30 |

**PAID**

| Bill To |
|---------|
| Generations |
| Unit # |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Generations Mont... | Monthly Building Cleaning | 750.00 | 750.00T |
| | | Sales Tax | 6.20% | 46.50 |

Feb cleaning –
Previous white glove inv.
was for January clean.

| | Total | $796.50 |
|---|-------|---------|
| Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices. | | |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30311

04/30/26

$1,164.36****

TO THE
ORDER OF

**** ONE THOUSAND ONE HUNDRED SIXTY FOUR AND 36/100 DOLLARS

ALWAYS SPARKLING
26 1st Ave SW
#3310
WATERTOWN, SD   57201

**NON-NEGOTIABLE**

**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

**Invoice #001361**

**Issue date**
Apr 29, 2026

# Invoice #001361

**PAID**

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management | PDF created April 29, 2026 | Due April 29, 2026 |
| livingwatertown@gmail.com | $743.40 | $743.40 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $700.00 | $700.00 |
| *Generations Monthly Building clean* — *April*<br>*-weekly lobby*<br>*-biweekly hallways/stairwells*<br>*-biweekly trash chute rooms* | | | |

| | |
|---|---|
| Subtotal | $700.00 |
| Codington County | $43.40 |

# Total Due                                      $743.40



**Pay online**

To pay your invoice go to https://squareup.com/u/uGFV68jn

Or open the camera on your mobile device and place the QR code in the camera's view.



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001360

**Issue date**
Apr 27, 2026

# Invoice #001360

**PAID**

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management | PDF created April 27, 2026 | Due April 27, 2026 |
| livingwatertown@gmail.com | $148.68 | $148.68 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $140.00 | $140.00 |
| *Move Out 3315* <br> *-window tracks* <br> *-wall smudges* <br> *-baseboards* <br> *-heat registers* <br> *-AC* <br> *-Door ledges* <br> *-light switches/outlets* <br> *-light wipe inside cabinets/drawers/smudges* <br> *-sink/faucet* <br> *-shower* <br> *-toilet* <br> *-sink* <br> *-floors* | | | |

| | |
|---|---|
| Subtotal | $140.00 |
| Codington County | $8.68 |

# Total Due $148.68



**Pay online**

To pay your invoice go to https://squareup.com/u/6Xm2kZBp

Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001358

**Issue date**
Apr 23, 2026



# Invoice #001358

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management | PDF created April 29, 2026 | Due April 23, 2026 |
| livingwatertown@gmail.com | $38.64 | $38.64 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $35.00 | $35.00 |
| *Refresh Cleaning for 3209*<br>*-lite dusting throughout*<br>*-toilet bowl inside*<br>*-floors throughout* | | | |

| | |
|---|---|
| Subtotal | $35.00 |
| Codington County | $2.17 |
| Out Of Town | $1.47 |

# Total Due $38.64



**Pay online**

To pay your invoice go to https://squareup.com/u/3HySrBVR

Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1

**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001351

**Issue date**
Apr 9, 2026

# Invoice #001351

**PAID**

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

**Customer**
Mindy Craig CP Business Management
livingwatertown@gmail.com
(605) 237-8806
PO Box 9379
Fargo , ND 58106

**Invoice Details**
PDF created April 30, 2026
$84.96

**Payment**
Due May 9, 2026
$84.96

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $80.00 | $80.00 |
| *3415 Move Out Cleaning:* | | | |
| *-microwave* | | | |
| *-wall smudges livingroom/dining/kitchen* | | | |
| *-blinds in livingroom/bedroom* | | | |
| *-AC filter* | | | |
| *-windows rewiped from blinds* | | | |
| *-counter tops* | | | |
| *-exhaust fan* | | | |
| *-sweep, mop, vacuum floors* | | | |
| *-shower building up* | | | |

*2 hrs*

| | |
|---|---|
| Subtotal | $80.00 |
| Codington County | $4.96 |

# Total Due                                   $84.96



**Pay online**

To pay your invoice go to https://squareup.com/u/It3lfOY8

Or open the camera on your mobile device and place the QR code in the camera's view.



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

**Invoice #001347**

**Issue date**
Apr 6, 2026

# Invoice #001347

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| **Customer** | **Invoice Details** | **Payment** |
|---|---|---|
| Mindy Craig CP Business Management | PDF created April 6, 2026 | Due May 6, 2026 |
| livingwatertown@gmail.com | $148.68 | $148.68 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $140.00 | $140.00 |

*3209 Move Out Cleaning:*
*-window tracks bed/living*
*-blinds bed/living*
*-wall smudges (no paint needed)*
*-mild dust on some baseboards*
*-front of AC unit*
*-doors inside/out*
*-bedroom fan lite smudges*
*-fuzzys found in fridge/freezer*
*-bottom drawer of oven*
*-microwave*
*-cabinets inside/out/tops*
*-kitchen sink*
*-shower/shower head, mild build up*
*-sink/faucet*
*-ring inside toilet*
*-exhaust fan*

*3.5 Hrs*

| | |
|---|---|
| Subtotal | $140.00 |
| Codington County | $8.68 |

## Total Due $148.68



**Pay online**

**To pay your invoice go to https://squareup.com/u/1Rpwuxhc**

Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1

**GENERATIONS ON 1ST, LLC**

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30312

04/30/26

$42,109.56**

TO THE
ORDER OF

**** FORTY TWO THOUSAND ONE HUNDRED NINE AND 56/100 DOLLARS

CODINGTON COUNTY TREASURER
14 1ST AVE SE
WATERTOWN, SD    57201

NON-NEGOTIABLE

**CODINGTON COUNTY TREASURER**
Official Real Estate Tax Notice
14 FIRST AVENUE S.E. * WATERTOWN, SD 57201
(605) 882-6285

2025 – 8954

4 7,018.26/mo.

2025 TAXES DUE AND PAYABLE IN 2026

Record#: 9580

**Legal:**    Sch: 14-4    S/T/R:    Acres/Lots: .00

WATERTOWN CITY  GENERATIONS ON 1ST ADD
GENERATIONS ON 1ST ADD
26 1 AVE SW

**Taxes In Name Of**

GENERATIONS ON 1ST LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND 58102

| | |
|---|---|
| **First Half** | 42,109.56 |
| **Second Half** | 42,109.56 |
| **TOTAL** | 84,219.12 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 70,748 | 67,423 | 3.081 | 207.74 |
| WATERTOWN SCHOOL Non-Ag | 70,748 | 67,423 | 9.126 | 615.30 |
| WATERTOWN CITY | 70,748 | 67,423 | 1.715 | 115.63 |
| EAST DAKOTA WATER | 70,748 | 67,423 | 0.019 | 1.28 |
| TAX INCREMENT 13 NA | 70,748 | 5,973,687 | 13.941 | 83,279.17 |

*Escrow — JE Funds to Checking $42,109.56*

*pd from checking. $42,109.56*

**PAID** 30312

NA: 84219.12

**TOTAL:** 84,219.12

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⇩  Please detach stubs and return with your payment  ⇩          ⇩  Please detach stubs and return with your payment  ⇩

**-FIRST PAYMENT-**                      CODINGTON Record # 9580

GENERATIONS ON 1ST LLC

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025 – 8954 | 42,109.56 |

DELINQUENT AFTER APRIL 30th

**-SECOND PAYMENT-**                      CODINGTON Record # 9580

GENERATIONS ON 1ST LLC

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025 – 8954 | 42,109.56 |

DELINQUENT AFTER OCTOBER 31st

04/30/2026

# C O D I N G T O N   C O .   T R E A S U R E R
### WATERTOWN, SD 57201
DUPLICATE Tax Receipt

**Paid By:** GENERATIONS ON 1ST LLC

**Trans #**
**370982**

**Check/Cash:** CHECK 30312

TOTAL PAID: 42,109.56

| OWNER NAME | District | YR | Bill# | Taxes Pd | Int. | Ad/Cer | Total | Receipt # |
|---|---|---|---|---|---|---|---|---|
| GENERATIONS ON 1ST LLC | 51 1740 14-4 | 2025 | 8954 1 | 42109.56 | .00 | .00 | 42,109.56 1st | 13925 2026 1 |
| GENERATIONS ON 1ST ADD | | | | | | | | |

**Record #** **9580**

| | | | | **TOTALS:** | **42,109.56** | **.00** | **.00** | **42,109.56** |



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30314

04/30/26

$56.00******

TO THE
ORDER OF

**** FIFTY SIX AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

_____

**Maintenance Hours**

**2026**

**Maintenance N** *Doug Rodengen*

$32.00 Hourly Rate

From: 15-April

To: 30-April

## Generations on 1st



PAID
3034

Invoice #: 3031

Invoice Date: 4/30/2026

Due Date: 5/1/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 4/21 | 3315 | 10:30 AM | 11:00 AM | 0:30 | tighten strings in blinds | $16.00 |
| 4/21 | 3310 | 11:00 AM | 11:15 AM | 0:15 | AC cord tuckedaround border | $8.00 |
| 4/21 | 3210 | 11:30 | 12:00 | 0:30 | secures all shelves to brackets | $16.00 |
| 4/28 | | 8:00 | 8:30 AM | 0:30 | paint touch up 3315, 3rd floor janitor closet outside of door touch up | $16.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | 1:45 | | **Total Hourly Pay $32/hour** | $56.00 |

**Generations on 1st Paycheck :**     $56.00

Case 25-30002   Doc 382-1   Filed 05/15/26   Entered 05/15/26 16:06:34   Desc
Supporting Documents   Page 42 of 68

**GENERATIONS ON 1ST, LLC**

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30316

04/26/26

$12.80******

TO THE
ORDER OF

**** TWELVE AND 80/100 DOLLARS

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA    91716-0506

NON-NEGOTIABLE

_____

MEMO: 6004-3002-0037-4038



MENARDS - WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in store credit voucher if the
return is done after 07/21/26

If you have questions regarding the
charges on your receipt, please
email us at:
WWW.frontend0menards.com

PAID

Sale Transaction

SPRING LOCK REPL.BASKET -3415
6790080       2  @4.97        9.94 ✓
F
6473537                              4

2105149       2  @2.89
AA 4PK ENERGIZER MAX    -Gen
2105068                  park   4.25 *

TOTAL                          29.91
TAX WATERTOWN-SD 6.2%           1.85
TOTAL SALE                     31.76
Menard Contractor.Card 3678    31.76
Job # or Name : 26
  Auth Code:143413        gen 12.06 12.80
  Chip Inserted
  a000000817002001          park 2.12  2.25
  ARQC  96ba40ba208d3f09

TOTAL NUMBER OF ITEMS =    6

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
4983

GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
hereon and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, ADAH

37108 05 1064   04/22/26  04:39PM 3097



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30320

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

04/26/26

$204.03*\*\*\*\*\*

TO THE
ORDER OF    \*\*\*\* TWO HUNDRED FOUR AND 03/100 DOLLARS

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD  57117

NON-NEGOTIABLE

Case 25-30002    Doc 382-1    Filed 05/15/26    Entered 05/15/26 16:06:34    Desc
Supporting Documents    Page 45 of 68



## MIDCO BUSINESS®

PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 04/09/26 |
| Invoice Number | 38575150115339 |
| Account # | 385751501 |
| Page | 1 of 4 |

GENERATIONS ON 1ST, LLC
26 1ST AVE SW
WATERTOWN SD 57201

Thank you for choosing Midco. We appreciate your business and look forward to serving you for years to come.

**PAID** *yoyo*

## Midco Alerts

**Statement Notice:** The Federal USF fee is decreasing from 37.60% to 37%. This change will be reflected on your April statement.

**Got questions about your bill?** For help reading your statement, visit **Midco.com/Business/Statements**.

**Get a targeted marketing strategy.** Midco's team works with you to develop a demographic-based targeting strategy to hit the mark when it comes to your customers. See what else our team can do for you at **Midco.com/Advertising**.

**Connecting communities across the Midwest**. We're proud to power homes and businesses in our five-state footprint with our reliable services and local support teams.

### Billing Summary

| | |
|---|---|
| Account Number | 385751501 |
| **Total Amount Due** | **$204.03** |

### Account Activity

| | |
|---|---|
| Previous Balance | $204.19 |
| Payments Received | -$204.19 |
| Balance Forward | $0.00 |

### Current Charges

| | |
|---|---|
| Data and Related Services | $95.00 |
| Voice and Related Services | $40.00 |
| Other Services | $15.00 |
| Taxes, Fees & Surcharges | $54.03 |
| **Total Amount Due** | **$204.03** |

Payment Due Date: 04/28/26

**Payment Options**
Online: **Midco.com/Business/MyAccount**. Phone: 1.800.888.1300.
EFT: See reverse side. Mail: Return stub below & do not send cash.

**Online:** Midco.com/Business    **Phone:** 1.800.888.1300    **Email:** Business.Support@Midco.com





PO Box 5010
Sioux Falls, SD 57117-5010

| Invoice Date | 04/09/26 |
| Invoice Number | 38575150115339 |
| Account # | 385751501 |
| Page | 3 of 4 |

# Frequently Asked Questions

## What are State and Local Taxes?
State, local and municipal governments mandate these taxes on equipment and services.

## What is the Carrier Cost Recovery Fee?
The Carrier Cost Recovery Fee includes multiple fees associated with voice services. These include: Federal Access Charges, the Administration Recovery Fee, the Access Recovery Charge, the Local Number Portability Fee, and the Presubscribed Carrier Charge. This does not reflect a direct government charge.

## What are Federal Access Charges?
These charges - proposed and authorized by the Federal Communications Commission (FCC) - provide for access to and maintenance of the local network.

## What is the Administration Recovery Fee?
All carriers providing interstate telecommunications must support relay services, which enables phone conversations between people with speech/hearing impairments and those without.

## What is the Network Access Charge?
The Network Access Charge allows carriers to recoup charges to support access and maintenance of the data network and costs associated with government assessments for the support of speech and hearing-impaired programs. This does not reflect a direct government charge.

## What is the Access Recovery Charge (ARC) Fee?
The Access Recovery Charge (ARC) is a fee related to changes in FCC rules. This monthly fee is a way to recover the costs of providing access to the phone network.

## What is the Presubscribed Carrier Charge?
This charge is for selecting and routing calls to a long-distance carrier.

## What is the Local Number Portability Fee?
The Federal Communications Commission permits phone companies to add this charge to all phone lines as compensation for creating systems that allow residential and business phone customers to retain their existing local phone numbers (at the same location) when switching from one local phone service to another.

## What is the Federal Excise Tax?
The federal government mandates this tax, which is imposed on local and wireless phone services.

## What is the Universal Service Fee?
The Federal Communications Commission (FCC) created the Universal Service Fund (USF). This fee helps make voice and internet/data service affordable and available to all Americans, including low-income consumers and those living in areas where the costs of providing service is high. It also includes public and nonprofit schools and libraries serving low-income communities, as well as rural health care providers. Congress mandated that all telecommunications companies providing interstate service contribute to the USF. A carrier may include this contribution on customers' monthly bill.

## What is the County Government 911 Emergency Surcharge?
Local governments mandate this surcharge to help pay for emergency services such as fire and rescue.

## What is the Telecom Relay Service Charge?
This state service charge helps to pay for the state relay center, which transmits and translates calls for hearing-impaired people.

## What is the Gross Receipts Tax?
This tax is on gross receipts derived from the furnishing of phone services. The service provider collects the tax and reports the collections annually to the Department of Revenue.

## What is Midco's policy on refunds for credit card transactions?
When a customer pays money on an account by credit or debit card, and there needs to be a partial or full refund to that card because of the customer's transaction, it is Midco's policy to issue a credit to the customer's account as long as it is within 30 days of the credit transaction. If there was an error in the amount charged to card by Midco, we may issue a credit to the customer's credit card with a manager's approval.

## What is Midco's policy for returned payments?
If any payment is returned unpaid, Midco will apply a fee to your next monthly statement. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

For customers who have authorized recurring payments: You authorize Midco to make a one-time electronic funds transfer (EFT) from your account to collect a fee. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

## Is a move in your future?
If you plan on moving, please call 1.800.888.1300 or visit **Midco.com/Move** at least two weeks prior to your move to ensure a smooth transition of services. Then complete a change of address form with the U.S. Postal Service at **USPS.com** to make sure your mail always reaches you.

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30315

04/26/26

$649.00*****

TO THE
ORDER OF

**** SIX HUNDRED FORTY NINE AND 00/100 DOLLARS

APARTMENTS LLC
2563 COLLECTION CENTER DR
CHICAGO, IL    60693

NON-NEGOTIABLE



Apartments.com™
POWERED BY COSTAR

501 S 5th Street
Richmond, VA 23219


PAID
202215

| Invoice | Page 1 of 2 |
|---|---|
| Invoice Number | 123780497 |
| Account #/Location ID | 180274941 |
| Invoice Date | 04/01/2026 |
| CoStar Federal Tax ID | 52-2134617 |
| Payment Terms | Net 30 |
| Due Date | 05/01/2026 |
| Service Period | 04/01/2026 to 04/30/2026 |
| | |
| **Invoice Amount** | **USD 649.00** |

1897 1 MB 0.672   E0122X I0244 D15004244807 S2 P11024325 0001:0002



ACCOUNTS PAYABLE
CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO ND 58106-9379

Pay by credit card or checking account online by
registering at **CoStar.BillTrust.com**

Use your personalized **Enrollment Token** below.

## CURRENT INVOICE See the following page(s) for detail

| | |
|---|---|
| Apartments Network 3 Gold | USD 649.00 |
| Sub-Total | USD 649.00 |
| Tax | USD 0.00 |
| **Current Invoice Total** | **USD 649.00** |

For questions about your bill, please call us at 800-894-4720.
Email: Billing@costar.com

Office Hours: Monday - Friday 9:00 AM - 8:00 PM EST

TEAR HERE        **REMITTANCE DOCUMENT - Please Include With Your Payment**        TEAR HERE



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30321

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

04/26/26

$361.08******

**** THREE HUNDRED SIXTY ONE AND 08/100 DOLLARS

NON-NEGOTIABLE

TO THE
ORDER OF
TURFWURX PROPERTY MAINTENANCE
1401 BRUHN AVE NE
WATERTOWN, SD   57201

**TurfWurx Property Maintenance**
**SnowSolutions Ice and Snow Management**
**1401 Bruhn Ave NE**
**Watertown, SD 57201**
**605-881-4960**



| INVOICE NO.MARCH2026 | 4/1/26 |
|---|---|

| SERVICE ADDRESS | BILL TO: |
|---|---|
| GENERATIONS APARTMENTS 26 1ST AVE SW WATERTOWN SD 57201 | Snow Removal |

| DESCRIPTION | TOTAL |
|---|---|
| 3/1 SNOW REMOVAL | 85 |
| 3/7 SNOW REMOVAL | 85 |
| 3/15 SNOW REMOVAL | 85 |
| 3/17 SNOW REMOVAL | 85 |

| | |
|---|---|
| SUBTOTAL | 340 |
| SALES TAX 6.2% | 21.08 |
| **AMOUNT DUE:** | $361.08 |

Thank you for your business!





**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30319

04/26/26                    $300.60*****

TO THE
ORDER OF      **** THREE HUNDRED AND 60/100 DOLLARS

JAKES GARAGE DOOR LLC
15363 449TH AVE
ORTLEY, SD   57256-5110

NON-NEGOTIABLE

Case 25-30002   Doc 382-1   Filed 05/15/26   Entered 05/15/26 16:06:34   Desc
Supporting Documents   Page 51 of 68

# INVOICE

**Jake's Garage Door LLC**
15363 449th Ave
Ortley, SD 57256-5110

jakesgaragedoor25@gmail.com
+1 (605) 881-0338




**605-881-0338**
**Commercial & Residential**

**Bill to**
Generations

**Ship to**
Generations

**Invoice details**

Invoice no.: 1100
Terms: Net 30
Invoice date: 04/14/2026
Due date: 05/14/2026

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Materials** | Commercial Photoeye | 1 | $198.56 | $198.56 |
| 2. | **Service Call** | Replace old photoeyes | 1 | $100.00 | $100.00 |
| 3. | **Excise tax** | | 1 | $2.04 | $2.04 |
| | | | | **Total** | **$300.60** |

## Ways to pay

PayPal   venmo

View and pay

GENERATIONS ON 1ST, LLC
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30318

04/26/26

$414.18******

TO THE
ORDER OF      **** FOUR HUNDRED FOURTEEN AND 18/100 DOLLARS

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD   57201

NON-NEGOTIABLE

# George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/1/2026 | 44425 |



PAID 30218

*Rec'd w/ march's invoices*

| Project/Job | P.O. No. | Due Date | Terms |
|-------------|----------|----------|-------|
| FEBRUARY SERVICE (2026) | | 3/31/2026 | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

*Park $207.09*
*Gen $207.09*

INVOICE PAYMENT SUBJECT TO A $5.00 LATE FEE IF NOT PAID WITHIN 30 DAYS AFTER RECEIVED

George's Sanitation Thanks You For Your Business.

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**

| | |
|---|---|
| **Subtotal** | $390.00 |
| **Sales Tax (6.2%)** | $24.18 |
| **Total** | $414.18 |

# Invoice

**George's Sanitation Inc.**
3367 12th Ave NW
Watertown, SD 57201

605-886-3161

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 44824 |


PAID

## MARCH GARBAGE SERVICE (2026)

| Qua... | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

*park $207.09*
*gen $207.09*

**ATTENTION CUSTOMERS, WE CAN NOW DO AUTOPAY WITH YOUR CHECKING ACCOUNT THROUGH ACH OR WITH DEBIT/CREDIT CARD-IF INTERESTED PLEASE CALL (605-268-0175) OR EMAIL US AT scottgeorge00.sg@gmail.com TO GET SIGNED UP-THANK YOU.**

| Sales Tax (6.2%) | $24.18 |
|---|---|
| **Total** | **$414.18** |

PLEASE REFERENCE YOUR
INVOICE # ON YOUR
PAYMENT

INVOICE PAYMENT SUBJECT TO A $5.00
LATE FEE IF NOT PAID WITHIN 30 DAYS
AFTER RECEIVED

**PAY ONLINE AT
WWW.GEORGESSANITATION.COM WITH
PAY NOW BUTTON**

GENERATIONS ON TSI, LLC

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30317

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

04/26/26

$65.00********

TO THE
ORDER OF    **** SIXTY FIVE AND 00/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,    58106

NON-NEGOTIABLE



**South Dakota Secretary of State**
500 E. Capitol Ave
Pierre, SD 57501-5070

GENERATIONS ON 1ST, LLC
PO BOX 426
FARGO, ND  58107-0426



## RECEIPT INFORMATION

Receipt #:      **002857582**
Receipt Date:   **04/30/2026**

---

| DO NOT PAY! |
| This is not a bill. |

| Description of Charges | Reference | Quantity | Unit Price | Total |
|---|---|---|---|---|
| 2026 Annual Report - DL178286 - Generations on 1st, LLC | DL178286 - Generations on 1st, LLC | 1 | $55.00 | $55.00 |
| Statement of Change - Limited Liability Company - Domestic | | 1 | $10.00 | $10.00 |

**TOTAL CHARGES PAID**  **$65.00**

| Description of Payment | Reference | Amount |
|---|---|---|
| Payment-Credit Card | 0229787437 | $65.00 |

**TOTAL PAYMENT**  **$65.00**

**In Reference To:**
Filed by: CORP.WEB.USER

---

phone (605) 773-3537  corporations   (605) 773-4845  ucc (605) 773-4422

Page 1 of 1

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30323

04/30/26                    $5,285.70***

TO THE
ORDER OF    **** FIVE THOUSAND TWO HUNDRED EIGHTY FIVE AND 70/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD    57201            NON-NEGOTIABLE
_____



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



SCAN ME

Page 1

**Customer:** GENERATIONS ON 1ST
**Account Number:** 073-187532-02
**Service Address:** 26 1 AVE SW HOUSE

 PAID



## Electric Service



| | Apr 2025 | Mar 2026 | Apr 2026 |
|---|---|---|---|
| Days of Service | 30 | 27 | 31 |
| kWh Used | 7968 | 9425 | 10062 |
| Avg kWh per day | 265.6 | 349.1 | 324.6 |
| Avg cost per day | $19.54 | $26.72 | $23.31 |

## Gas Service

| | Apr 2025 | Mar 2026 | Apr 2026 |
|---|---|---|---|
| Days of Service | 30 | 27 | 31 |
| ccf Used | 607 | 721 | 677 |
| Avg ccf per day | 20.2 | 26.7 | 21.8 |
| Avg cost per day | $15.10 | $19.10 | $15.72 |

## Water Service

| | Apr 2025 | Mar 2026 | Apr 2026 |
|---|---|---|---|
| Days of Service | 30 | 27 | 31 |
| ccf Used | 127 | 131 | 145 |
| Avg ccf per day | 4.2 | 4.9 | 4.7 |
| Avg cost per day | $20.55 | $22.89 | $21.93 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| May 11, 2026 | $10,302.47 | $10,560.90 |

### Account Summary

| | | |
|---|---|---|
| Previous Balance | $ | 5,133.89 |
| Payments Received | $ | 0.00 |
| **Balance Forward** | $ | 5,133.89 |
| Current Charges | $ | 5,168.58 |
| Total Amount Due | $ | 10,302.47 |

### Current Charges

| | | |
|---|---|---|
| Electric Service | $ | 722.48 |
| Gas Service | $ | 487.36 |
| Water Service | $ | 724.50 |
| Sewer Service | $ | 3,234.24 |
| Total Current Charges | $ | 5,168.58 |

### Important Info

Average Temperature last year : 40 Degrees
Average Temperature this year : 41 Degrees

The 2025 Water Quality Report is available on the Municipal Utilities web site at
https://www.watertownmu.com/wp-content/uploads/2025-Water-Quality-Report.pdf.
The Water Quality Report is available in print and can be mailed to your home by
calling 605-882-6233 and requesting a copy.

If you have any questions or notice any issues with your bill, please contact our
office.

Page 1



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



SCAN ME

**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187725-04
**Service Address:** 26 1 AVE SW 3210



PAID

### Electric Service

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| May 11, 2026 | $115.15 | $116.56 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 87.08 |
| Payments Received | $ | 0.00 |
| Balance Forward | $ | **87.08** |
| Current Charges | $ | 28.07 |
| Total Amount Due | $ | 115.15 |

|  | Mar 2026 | Apr 2026 |
|---|---|---|
| Days of Service | 27 | 33 |
| kWh Used | 921 | 170 |
| Avg kWh per day | 34.1 | 5.2 |
| Avg cost per day | $3.23 | $0.85 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 28.07 |
| Total Current Charges | $ | 28.07 |

### Important Info

Average Temperature last year : 40 Degrees
Average Temperature this year : 41 Degrees

The 2025 Water Quality Report is available on the Municipal Utilities web site at
https://www.watertownmu.com/wp-content/uploads/2025-Water-Quality-Report.pdf.
The Water Quality Report is available in print and can be mailed to your home by
calling 605-882-6233 and requesting a copy.

If you have any questions or notice any issues with your bill, please contact our
office.



**Watertown Municipal Utilities**
901 4th Ave SW
Watertown, SD 57201

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**

Page 1

**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187763-03
**Service Address:** 26 1 AVE SW 3415

PAID

## Electric Service



|  | Apr 2026 |
|---|---|
| **Days of Service** | 19 |
| **kWh Used** | 20 |
| **Avg kWh per day** | 1.1 |
| **Avg cost per day** | $0.53 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| May 11, 2026 | $10.04 | $10.54 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 27.98 |
| Payments Received   December 9, 2024   Thank you | $ | -27.98 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 10.04 |
| Total Amount Due | $ | 10.04 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 10.04 |
| Total Current Charges | $ | 10.04 |

| Important Info |
|---|

Average Temperature last year : 40 Degrees
Average Temperature this year : 41 Degrees

The 2025 Water Quality Report is available on the Municipal Utilities web site at
https://www.watertownmu.com/wp-content/uploads/2025-Water-Quality-Report.pdf.
The Water Quality Report is available in print and can be mailed to your home by
calling 605-882-6233 and requesting a copy.

If you have any questions or notice any issues with your bill, please contact our
office.

Page 1



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

**SCAN ME**

**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187738-02
**Service Address:** 26 1 AVE SW 3306

PAID



### Electric Service



|  | Mar 2026 | Apr 2026 |
|---|---|---|
| Days of Service | 27 | 33 |
| kWh Used | 105 | 43 |
| Avg kWh per day | 3.9 | 1.3 |
| Avg cost per day | $0.85 | $0.55 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| May 11, 2026 | $41.05 | $41.96 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 22.96 |
| Payments Received | $ | 0.00 |
| **Balance Forward** | **$** | **22.96** |
| Current Charges | $ | 18.09 |
| Total Amount Due | $ | 41.05 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 18.09 |
| Total Current Charges | $ | 18.09 |

| Important Info |
|---|

Average Temperature last year : 40 Degrees
Average Temperature this year : 41 Degrees

The 2025 Water Quality Report is available on the Municipal Utilities web site at
https://www.watertownmu.com/wp-content/uploads/2025-Water-Quality-Report.pdf.
The Water Quality Report is available in print and can be mailed to your home by
calling 605-882-6233 and requesting a copy.

If you have any questions or notice any issues with your bill, please contact our
office.



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**



**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187745-05
**Service Address:** 26 1 AVE SW 3314

**PAID**

### Electric Service





| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| May 11, 2026 | $57.23 | $58.37 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 34.43 |
| Payments Received | $ | 0.00 |
| **Balance Forward** | **$** | **34.43** |
| Current Charges | $ | 22.80 |
| Total Amount Due | $ | 57.23 |

|  | Mar 2026 | Apr 2026 |
|---|---|---|
| Days of Service | 27 | 33 |
| kWh Used | 251 | 103 |
| Avg kWh per day | 9.3 | 3.1 |
| Avg cost per day | $1.28 | $0.69 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 22.80 |
| Total Current Charges | $ | 22.80 |

| Important Info |
|---|

Average Temperature last year : 40 Degrees
Average Temperature this year : 41 Degrees

The 2025 Water Quality Report is available on the Municipal Utilities web site at
https://www.watertownmu.com/wp-content/uploads/2025-Water-Quality-Report.pdf.
The Water Quality Report is available in print and can be mailed to your home by
calling 605-882-6233 and requesting a copy.

If you have any questions or notice any issues with your bill, please contact our
office.



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**

**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187724-02
**Service Address:** 26 1 AVE SW 3209

PAID 2024



Page 1

### Electric Service



|  | Apr 2026 |
|---|---|
| Days of Service | 21 |
| kWh Used | 366 |
| Avg kWh per day | 17.4 |
| Avg cost per day | $1.82 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| May 11, 2026 | $38.12 | $40.03 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 25.01 |
| Payments Received   September 12, 2024   Thank you | $ | -25.01 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 38.12 |
| Total Amount Due | $ | 38.12 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 38.12 |
| Total Current Charges | $ | 38.12 |

| Important Info |
|---|

Average Temperature last year : 40 Degrees
Average Temperature this year : 41 Degrees

The 2025 Water Quality Report is available on the Municipal Utilities web site at https://www.watertownmu.com/wp-content/uploads/2025-Water-Quality-Report.pdf. The Water Quality Report is available in print and can be mailed to your home by calling 605-882-6233 and requesting a copy.

If you have any questions or notice any issues with your bill, please contact our office.

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30304

04/13/26

$592.83*****

TO THE
ORDER OF   **** FIVE HUNDRED NINETY TWO AND 83/100 DOLLARS

SAYLOR HALLSTROM
2001 Kemp Place E #103
Watertown, SD   57201

NON-NEGOTIABLE

Deposit Return



**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30303

04/13/26

$705.54*****

TO THE
ORDER OF   **** SEVEN HUNDRED FIVE AND 54/100 DOLLARS

JONI DYKSTRA, DAMON DYKSTRA
45249 268th St
Parker, SD  57053

NON-NEGOTIABLE

Deposit Return

Case 25-30002   Doc 382-1   Filed 05/15/26   Entered 05/15/26 16:06:34   Desc
Supporting Documents   Page 67 of 68

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30300

TO THE
ORDER OF

04/01/26

\*\*\*\* THIRTY NINE THOUSAND SIX HUNDRED SIXTY SIX AND 67/100 DOLLARS

$39,666.67\*\*

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

NON-NEGOTIABLE

MEMO: Loan Payment

5. <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

i.

ii. Parkside will pay the sum of $19,266.67.00 on the 15th day of each month to be applied to debt service.



iii. Generations will pay the sum of $39,666.67 on the 15th day of each month to be applied to debt service.

iv. Parkside and Generations shall each remit to the Bank, within three (3) business days of the entry of an order granting this stipulation, the added sum of $7,500 and $17,500.00, respectively, to be applied to debt service.

v. The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

vi. The Bank shall be granted perfected replacement liens and security interests, pursuant to 11 U.S.C. § 552, in Debtors' postpetition accounts receivables, general intangibles, cash, and rents of the same priority, dignity, and effect as the prepetition liens and security interests on the prepetition property of Debtors, to the extent of any diminution in cash collateral or prepetition accounts receivables, general intangibles, cash, and rents. The liens and security interests granted to the Bank herein shall not be primed by any other lien or encumbrance, whether by order of the