# Payables Aging Report

Period: -04/2026

As of : 04/30/2026

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Thursday, May 14, 2026
02:10 PM

# Aged Receivable

Property = Parkside Place  Status: Current, Notice  Month From: 04/2026

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| Parkside Place | | | | | | | | | |
| Parkside Place | OHMAN HOLLY // LISA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.00 | -10.00 |
| Parkside Place | WAGNER BENJAMIN | Current | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,025.00 |
| Parkside Place | BOESE BAYLEE | Notice | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,055.00 | -1,055.00 |
| Parkside Place | TIJERINA DAVID | Current | 55.00 | 55.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 |
| Parkside Place | CONSIER JOELLE | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| Parkside Place | REUSCHLEIN ZACHARY | Notice | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.00 | -10.00 |
| Parkside Place | ROSA CASTRO JADEEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| Parkside Place | | | 1,080.00 | 1,080.00 | 0.00 | 0.00 | 0.00 | -3,125.00 | -2,045.00 |
| | | | | | | | | | |
| Grand Total | | | 1,080.00 | 1,080.00 | 0.00 | 0.00 | 0.00 | -3,125.00 | -2,045.00 |

UserId : mcraig@cpbusmgt.com Date : 05/14/2026 Time : 19:10

Thursday, May 14, 2026
02:10 PM

5/14/2026 2:21 PM

**Rent Roll**

Property = Parkside Place

As Of = 04/28/2026

Month = 04/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | CAM | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|------------|----------------|-----|------|---------|------------------|----------|
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 519.04 | 0.00 | 09/01/2021 | 08/31/2026 | |
| 202 | COUNTY FAIR FOODS OF WATERT | 1,290.00 | 2,000.00 | 267.15 | 0.00 | 10/01/2021 | 09/30/2026 | |
| 2201 | ERIN KRAVIK | 1,035.00 | 925.00 | 0.00 | 0.00 | 05/04/2024 | 11/30/2026 | |
| 2202 | HOLLY // LISA OHMAN | 1,080.00 | 965.00 | 0.00 | 0.00 | 08/01/2022 | | |
| 2203 | ZOIE FRASER | 1,055.00 | 750.00 | 0.00 | 0.00 | 02/01/2025 | 02/28/2027 | |
| 2204 | JAIME BRANN | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 06/04/2025 | 06/30/2026 | |
| 2205 | QUINN KOTEK | 1,025.00 | 925.00 | 0.00 | 0.00 | 07/01/2024 | 06/30/2025 | |
| 2206 | JOSIAH KULL | 1,090.00 | 700.00 | 0.00 | 0.00 | 03/10/2026 | 03/31/2027 | |
| 2207 | MARGARET MELAND | 1,035.00 | 1,025.00 | 0.00 | 0.00 | 08/05/2024 | 02/29/2028 | |
| 2208 | ETHAN SPEIDELL | 1,090.00 | 700.00 | 0.00 | 0.00 | 04/01/2026 | 03/31/2027 | |
| 2209 | MARIAH GAUKLER | 1,035.00 | 980.00 | 0.00 | 0.00 | 05/01/2023 | 04/30/2024 | |
| 2210 | Mark Keller | 1,080.00 | 945.00 | 0.00 | 0.00 | 03/11/2022 | | |
| 2211 | JAREN SAUER | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 08/01/2024 | 07/31/2025 | 04/30/2026 |
| 2212 | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2301 | JADEEN ROSA CASTRO | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 08/07/2025 | 08/31/2026 | |
| 2302 | TIFFANY SANDERSON | 1,080.00 | 980.00 | 0.00 | 0.00 | 01/01/2023 | 12/31/2023 | |
| 2303 | SAMANTHA ADAM | 1,025.00 | 945.00 | 0.00 | 0.00 | 05/10/2022 | 04/30/2027 | |
| 2304 | CHANDLER PEERY | 1,035.00 | 925.00 | 0.00 | 0.00 | 05/10/2024 | 11/30/2026 | |
| 2305 | BAYLEE BOESE | 1,055.00 | 750.00 | 0.00 | 0.00 | 12/04/2024 | 12/31/2025 | 05/31/2026 |
| 2306 | GARY HOFER | 1,080.00 | 925.00 | 0.00 | 0.00 | 05/15/2024 | 05/31/2025 | |
| 2307 | ZACHARY REUSCHLEIN | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 09/01/2025 | 08/31/2026 | 02/07/2026 |
| 2308 | JORGE ROSA | 1,080.00 | 1,000.00 | 0.00 | 0.00 | 01/10/2025 | 01/09/2026 | |
| 2309 | DAVID TIJERINA | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 03/01/2025 | 02/28/2026 | |
| 2310 | SUSAN BEEBE | 0.00 | 700.00 | 0.00 | 0.00 | 05/01/2026 | 04/30/2027 | |
| 2311 | LIZETTE SALGADO | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 05/28/2025 | 05/31/2026 | 05/31/2026 |
| 2312 | CIARA FRANK | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 08/01/2025 | 07/31/2026 | |
| 2401 | ANNA SAMUELSON | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 07/07/2025 | 07/31/2026 | |
| 2402 | JOELLE CONSIER | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 04/16/2025 | 04/30/2026 | |
| 2403 | MADELYN PUGSLEY | 1,055.00 | 750.00 | 0.00 | 0.00 | 01/01/2025 | 12/31/2025 | |
| 2404 | BRANDON BROWN | 1,035.00 | 980.00 | 0.00 | 0.00 | 12/01/2022 | 12/31/2026 | |
| 2405 | AMANDA KWASNIEWSKI | 1,090.00 | 700.00 | 0.00 | 0.00 | 02/18/2026 | 02/28/2027 | |
| 2406 | HOPE LEWANDOWSKI | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 03/01/2025 | 02/28/2026 | |
| 2407 | COLE WEGNER | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 08/14/2024 | 08/31/2025 | |
| 2408 | JOSEPH NOELDNER | 1,035.00 | 1,025.00 | 0.00 | 0.00 | 09/01/2023 | 08/31/2026 | |
| 2409 | JOSHUA GILLILAND | 1,080.00 | 500.00 | 0.00 | 0.00 | 12/01/2021 | | |
| 2410 | ANDY NGUYEN | 1,035.00 | 1,025.00 | 0.00 | 0.00 | 11/01/2023 | 11/30/2026 | 05/08/2026 |
| 2411 | REYNA REYES | 1,035.00 | 1,035.00 | 0.00 | 0.00 | 12/01/2025 | 11/30/2026 | |
| 2412 | BENJAMIN WAGNER | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 06/01/2024 | 06/30/2026 | |
| **Future Tenants/Applicants** | | | | | | | | |
| 2305 | TAYLOR VEFLIN | 0.00 | 700.00 | 0.00 | 0.00 | 06/01/2026 | 05/31/2027 | |
| **Total** | **Parkside Place** | **39,568.00** | **39,155.00** | **786.19** | **0.00** | | | |

| Summary Groups | Actual Rent | Security Deposit | CAM | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied |
|----------------|------------|------------------|-----|------|-----------|------------------|-----------------|
| Current/Notice/Vacant Tenants | 39,568.00 | 38,455.00 | 786.18 | 0.00 | 38 | 97.36 | 97.22 |
| Future Tenants/Applicant | 0.00 | 700.00 | 0.00 | 0.00 | 1 | 0.00 | 0.00 |
| Occupied Units | 0.00 | 0.00 | 0.00 | 0.00 | 37 | 97.36 | 97.22 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 0.00 | 1 | 2.63 | 2.77 |
| **Totals:** | **39,568.00** | **39,155.00** | **786.18** | **0.00** | **38** | **100.00** | **100.00** |

| Month | Post Date | Account | Receipt/ Disbursement | Amount |
|---|---|---|---|---|
| 26-04 | 04/03/26 | Rent | Receipt | $1,055.00 |
| 26-04 | 04/03/26 | Rent | Receipt | $4,589.19 |
| 26-04 | 04/03/26 | Rent | Receipt | $8,415.00 |
| 26-04 | 04/02/26 | Rent | Receipt | $1,035.00 |
| 26-04 | 04/01/26 | Rent | Receipt | $1,025.00 |
| 26-04 | 04/10/26 | Rent | Receipt | $1,035.00 |
| 26-04 | 04/09/26 | Rent | Receipt | $1,025.00 |
| 26-04 | 04/09/26 | Rent | Receipt | $1,225.40 |
| 26-04 | 04/09/26 | Rent | Receipt | $2,170.00 |
| 26-04 | 04/09/26 | Rent | Receipt | $3,250.00 |
| 26-04 | 04/08/26 | Rent | Receipt | $1,035.00 |
| 26-04 | 04/07/26 | Rent | Receipt | $3,215.00 |
| 26-04 | 04/07/26 | Rent | Receipt | $6,085.00 |
| 26-04 | 04/06/26 | Rent | Receipt | $1,025.00 |
| 26-04 | 04/06/26 | Rent | Receipt | ($1,080.00) |
| 26-04 | 04/17/26 | Resident Manager | Receipt | $315.09 |
| 26-04 | 04/16/26 | Rent | Receipt | $1,035.00 |
| 26-04 | 04/13/26 | Transfer | Receipt | $1,785.00 |
| 26-04 | 04/13/26 | Transfer | Receipt | ($1,785.00) |
| 26-04 | 04/27/26 | Clearing-Tenant Deposits | Receipt | $414.34 |
| 26-04 | 04/27/26 | Rent | Receipt | $5,240.00 |
| 26-04 | 04/28/26 | Clearing-Tenant Deposits | Receipt | $700.00 |
| 26-04 | 04/28/26 | Clearing-Tenant Deposits | Receipt | $2,100.00 |
| | | | **Total:** | **$44,909.02** |

| Month | Post Date | Account | Receipt/ Disbursement | Amount |
|---|---|---|---|---|
| 26-04 | 04/02/26 | Resident Manager | Disbursement | ($94.78) |
| 26-04 | 04/10/26 | Mortgage 1st | Disbursement | ($19,266.67) |
| 26-04 | 04/09/26 | Maintenance Staff Costs | Disbursement | ($144.00) |
| 26-04 | 04/08/26 | Janitorial | Disbursement | ($536.31) |
| 26-04 | 04/08/26 | Repairs/Maintenance | Disbursement | ($5.30) |
| 26-04 | 04/08/26 | Painting | Disbursement | ($271.25) |
| 26-04 | 04/07/26 | Janitorial | Disbursement | ($310.63) |
| 26-04 | 04/07/26 | Repairs/Maintenance | Disbursement | ($328.00) |
| 26-04 | 04/07/26 | Elevator | Disbursement | ($494.05) |
| 26-04 | 04/07/26 | Janitorial | Disbursement | ($621.27) |
| 26-04 | 04/06/26 | Internet, Phone & SW Exp | Disbursement | ($250.63) |
| 26-04 | 04/17/26 | Resident Manager | Disbursement | ($267.70) |
| 26-04 | 04/16/26 | Property Management | Disbursement | ($2,230.04) |
| 26-04 | 04/16/26 | Property Management | Disbursement | ($297.03) |
| 26-04 | 04/16/26 | Professional Fees | Disbursement | ($200.00) |
| 26-04 | 04/16/26 | Internet, Phone & SW Exp | Disbursement | ($38.00) |
| 26-04 | 04/14/26 | Repairs/Maintenance | Disbursement | ($111.51) |
| 26-04 | 04/13/26 | Repairs/Maintenance | Disbursement | ($13.51) |
| 26-04 | 04/24/26 | US Court Trustee 0.4% | Disbursement | ($411.00) |
| 26-04 | 04/24/26 | Insurance | Disbursement | ($1,799.08) |
| 26-04 | 04/20/26 | Resident Manager | Disbursement | ($315.09) |
| 26-04 | 04/20/26 | Resident Manager | Disbursement | ($315.09) |
| 26-04 | 04/20/26 | Insurance | Disbursement | ($1,799.08) |
| 26-04 | 04/27/26 | Clearing-Tenant Deposits | Disbursement | ($1,055.00) |
| 26-04 | 04/30/26 | Resident Manager | Disbursement | ($609.88) |
| | | | **Total:** | **($31,784.90)** |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20240

03/31/26

$536.31*****

TO THE
ORDER OF     **** FIVE HUNDRED THIRTY SIX AND 31/100 DOLLARS

ALWAYS SPARKLING
813 2ND ST NW
WATERTOWN, SD   57201

NON-NEGOTIABLE

**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001336

**Issue date**
Mar 10, 2026



PAID

# Invoice #001336

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management | PDF created March 10, 2026 | Due March 24, 2026 |
| livingwatertown@gmail.com | $42.48 | $42.48 |
| (605) 237-8806 | | |
| PO Box | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $40.00 | $40.00 |
| *Apartment 2206* | | | |
| *-fresh cleaning 3/9/26* | | | |
| *-countertop* | | | |
| *-stove top* | | | |
| *-cpl cabinets dusty* | | | |
| *-registers dusted* | | | |
| *-bathroom sink* | | | |
| *-toilet* | | | |

| | |
|---|---|
| Subtotal | $40.00 |
| Codington County | $2.48 |

## Total Due                    $42.48



**Pay online**
**To pay your invoice go to https://squareup.com/u/eKLTzHIF**
Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1

**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

**Invoice #001344**

**Issue date**
Mar 25, 2026



# Invoice #001344

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| **Customer** | **Invoice Details** | **Payment** |
|---|---|---|
| Mindy Craig CP Business Management | PDF created March 26, 2026 | Due March 25, 2026 |
| livingwatertown@gmail.com | $451.35 | $451.35 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $425.00 | $425.00 |
| *Parkside Building Clean* | | | |
| *-biweekly full* | | | |
| *-off week lobby/garbage touch up* | | | |

| | |
|---|---|
| Subtotal | $425.00 |
| Codington County | $26.35 |

# Total Due $451.35



**Pay online**

To pay your invoice go to https://squareup.com/u/qCTWzWEf

Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238



Invoice #001339

**Issue date**
Mar 13, 2026

# Invoice #001339

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

**Customer**
Mindy Craig CP Business Management
livingwatertown@gmail.com
(605) 237-8806
PO Box 9379
Fargo , ND 58106

**Invoice Details**
PDF created March 24, 2026
$42.48

**Payment**
Due March 27, 2026
$42.48

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $40.00 | $40.00 |
| *Refresh Cleaning: #2208*<br>*-counter tops*<br>*-kitchen sink*<br>*-dust top of stove*<br>*-two wall smudge spots in kitchen*<br>*-dust top of W/D*<br>*-vacuum bedroom floor*<br>*-inside toilet /smudges seat*<br>*-sweep/mop all floors* | | | |

| | |
|---|---|
| Subtotal | $40.00 |
| Codington County | $2.48 |

# Total Due $42.48



**Pay online**

To pay your invoice go to https://squareup.com/u/I2dxS1fo

Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20247

03/31/26

$621.27*****

TO THE
ORDER OF      **** SIX HUNDRED TWENTY ONE AND 27/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241

NON-NEGOTIABLE

*White Glove Cleaning*
*17892 449th Ave*
*Hayti, SD 57241*

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/12/2026 | 2493 |

| Due Date | Terms |
|----------|-------|
| 2/11/2026 | Net 30 |

**Bill To**

Parkside
Unit # 2405

PAID 2024

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 4.5 | Unit Cleaning | | 30.00 | 135.00T |
| | Kitchen | Overhead Range (Inside, Front, Underside and Filter) | 0.00 | 0.00T |
| | | Dishwasher (Inside, Front, Filter) | | |
| | | Cabinets Inside and Out | | |
| | | Counter Tops | | |
| | | Sinks,Faucet, Sprayer, Drain Plugs | | |
| | Windows | Wash Windows | 0.00 | 0.00T |
| | | Clean Window Sills | | |
| | | Wash Screens | | |
| | Blinds | Wash Window  and / or  Patio Door Blinds | 0.00 | 0.00T |
| | Dust | Doors | 0.00 | 0.00T |
| | | Trim | | |
| | | Baseboards | | |
| | | Heat Panels | | |
| | Floors | Sweep/ Mop Hard Floors | 0.00 | 0.00T |
| | | Vacuum Carpets | | |
| | Bathroom | Shower | 0.00 | 0.00T |
| | | Vanity (Inside/ outside) | | |
| | | Remove and Wash Vent Fan Cover(s) | | |
| | | Sales Tax | 6.20% | 8.37 |

Invoice payment is due within 30 days. Please be advised that we will charge 5% interest per month on late invoices.

**Total**  $143.37

White Glove Cleaning

17892 449th Ave
Hayti, SD 57241

# Invoice

| Date | Invoice # |
| --- | --- |
| 2/1/2026 | 2500 |

| Bill To |
| --- |
| Parkside<br>Unit # |



| | P.O. No. | Terms | Project |
| --- | --- | --- | --- |
| | | Net 30 | |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| 1 | Monthly Building Cleaning | 450.00 | 450.00T |
| | Sales Tax | 6.20% | 27.90 |
| | | | |

| | Total | $477.90 |
| --- | --- | --- |



**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20242

03/31/26

$310.63*****

TO THE
ORDER OF

\*\*\*\* THREE HUNDRED TEN AND 63/100 DOLLARS

CLEAN SLATE CLEANING SERVICES
111 3RD AVE NW
WATERTOWN, SD    57201

NON-NEGOTIABLE

**Clean Slate Cleaning Services**
lindseycarpentier1993@gmail.com | (605) 237-0855

**Invoice #2307**

**Issue date**
Mar 5, 2026

# Parkside

Kitchen:
Range (top, sides, under, and drawer
Fridge (top, under, in and outside
Overhead range (inside, underside, and filter)
Dishwasher (outside, inside, and filter(s)
Cabinets (in and outside)
Sink, faucets, sprayer and drain plugs

Bathroom:
Toilet (inside, outside and base)
Mirror(s)
shower
Vanity (inside and outside)
Remove and clean vent covers

Floors:
Sweep/mop
Vaccuum carpets

Laundry:
Clean inside and outside
Remove lint trap and wipe down dryer
Wipe down all shelves
Sweep under units
dust behind
wipe out washingmachine
wipe out bleach trap and detergent tray

Windows:
Pull Screens
wipe down the tracks, the base, and the window itself

Walls:
Remove any smudges/food

Blinds:
Wipe down
dust

| Customer | Invoice Details | Payment |
|---|---|---|
| Parkside Apartments | PDF created March 10, 2026 | Due March 19, 2026 |
| Livingwatertown@gmail.com | $167.26 | $167.26 |

| Items | Quantity | Price | Amount |
|---|---|---|---|



**Pay online**

**To pay your invoice go to** https://squareup.com/u/COswrmbS

Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 2



**Clean Slate Cleaning Services**
lindseycarpentier1993@gmail.com | (605) 237-0855

**Invoice #2307**

**Issue date**
Mar 5, 2026

| | | | |
|---|---|---|---|
| Hourly | 3 | $45.00 | $135.00 |
| 1/2 hour | 1 | $22.50 | $22.50 |
| Subtotal | | | $157.50 |
| Wtn Sales Tax | | | $9.76 |

## Total Due                                     $167.26



**Pay online**

**To pay your invoice go to https://squareup.com/u/COswrmbS**

Or open the camera on your mobile device and place the QR code in the camera's view.

 **Clean Slate Cleaning Services**
lindseycarpentier1993@gmail.com | (605) 237-0855

**Invoice #00062**

**Issue date**
Mar 12, 2026

# #2212

Kitchen:
Dishwasher (inside, filters and outside)
Stove/Range (stove top, inside, outside, drawer
Fridge/Freezer (top, inside, and outside
Cabinets (inside and outside)
Coutnertops
Sinks, faucets, sprayer, and plugs)



Bathroom:
Shower (shower head, the walls, bars on the walls, seat themselves
Toilet (inside, the brim, the top, and the base
Vanity (inside and outside, the sink and the mirror

Floors (sweep and mop throughout, and vaccuum carpets)

Laundry (bleach dispenser, inside the drum of the washer, the dryer filter, and the outside of both apppliances)

Windows ( takes off screens and clean windows and the track of he screen, the screen itself, and the window tracks)

Blinds (dusted and wiped down the blinds in the living room and bedroom)

| **Customer** | **Invoice Details** | **Payment** |
|---|---|---|
| Parkside Apartments | PDF created March 30, 2026 | Due April 1, 2026 |
| Livingwatertown@gmail.com | $143.37 | $143.37 |
| | Service date March 11, 2026 | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Hourly | 3 | $45.00 | $135.00 |
| Subtotal | | | $135.00 |
| Wtn Sales Tax | | | $8.37 |

# Total Due $143.37

 **Pay online**

**To pay your invoice go to** https://squareup.com/u/rklbydxG

Or open the camera on your mobile device and place the QR code in the camera's view.

**Alexis Burbach**

**2026**

From:    15-Mar

To:    31-Mar


PAID

*Parkside Place*

| Invoice #: | 2029 |
|---|---|
| Invoice Date: | 3/31/2026 |
| Due Date: | 4/1/2026 |

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 3/19 | old office | 9:15 AM | 9:45 AM | | old office items taken to janitor closet | $12.75 |
| 3/23 | 2310 | 12:00 PM | 12:30 PM | 0:30: | move out | $12.75 |
| 3/24 | | 9:00 | 10:00 | 1:00: | walk building | $25.50 |
| 3/24 | | 14:00 | 2:30 PM | 0:30: | showing Jessica and Husband 2310 and 2307 | $12.75 |
| 3/27 | | 10:00 | 11:00 | 1:00: | look over building, cleaned up garage and mail room | $25.50 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | **Total Hours 3:00:** | | **Total Hourly Pay $25.50/hour** | **$89.25** |

| Date | Unit | Start | End | Total Hours | Maintenance | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | **Total Hours 0:00:** | | **Total Maintenance $30/hour** | **$0.00** |

| Date | Unit | Reimbursement | |
|---|---|---|---|
| | | | |
| | | | |
| | | **Total Reimbursement** | **$0.00** |

| Date | Unit | Commission | |
|---|---|---|---|
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | **Total Commissions** | **$0.00** |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $89.25 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $89.25 |
| Parkside Place Sales Tax (6.2%): | $5.53 |
| Parkside Place Total Commissions: | $0.00 |
| Parkside Place Total Paycheck Amount: | $94.78 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20250

03/31/26

$250.63*****

TO THE
ORDER OF     **** TWO HUNDRED FIFTY AND 63/100 DOLLARS

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD    57117

NON-NEGOTIABLE



**MIDCO BUSINESS®**

PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 03/09/26 |
| Invoice Number | 38576070115282 |
| Account # | 385760701 |
| Page | 1 of 4 |

PARKSIDE PLACE, LLC
8 2ND ST NE
WATERTOWN SD 57201

**PAID** $250

Thank you for choosing Midco. We appreciate your business and look forward to serving you for years to come.

## Midco Alerts

**Got questions about your bill?** For help reading your statement, visit **Midco.com/Business/Statements**.

**Get a targeted marketing strategy.** Midco's team works with you to develop a demographic-based targeting strategy to hit the mark when it comes to your customers. See what else our team can do for you at **Midco.com/Advertising**.

**Connecting communities across the Midwest.** We're proud to power homes and businesses in our five-state footprint with our reliable services and local support teams.

### Billing Summary

| | |
|---|---|
| Account Number | 385760701 |
| **Total Amount Due** | **$250.63** |

### Account Activity

| | |
|---|---|
| Previous Balance | $307.07 |
| Payments Received | -$250.63 |
| Balance Forward | $56.44 |

### Current Charges

| | |
|---|---|
| Data and Related Services | $95.00 |
| Voice and Related Services | $60.00 |
| Other Services | $15.00 |
| Other Charges & Adjustments | -$56.44 |
| Taxes, Fees & Surcharges | $80.63 |
| **Total Amount Due** | **$250.63** |

Payment Due Date: 03/28/26

*Corrected amt from misapplied pymt.*

**Payment Options**
Online: **Midco.com/Business/MyAccount**. Phone: 1.800.888.1300.
EFT: See reverse side. Mail: Return stub below & do not send cash.

Online: **Midco.com/Business**        **Phone:** 1.800.888.1300        **Email:** Business.Support@Midco.com





PO Box 5010
Sioux Falls, SD 57117-5010

| Invoice Date | 03/09/26 |
| Invoice Number | 38576070115282 |
| Account # | 385760701 |
| Page | 3 of 4 |

# Frequently Asked Questions

**What are State and Local Taxes?**
State, local and municipal governments mandate these taxes on equipment and services.

**What is the Carrier Cost Recovery Fee?**
The Carrier Cost Recovery Fee includes multiple fees associated with voice services. These include: Federal Access Charges, the Administration Recovery Fee, the Access Recovery Charge, the Local Number Portability Fee, and the Presubscribed Carrier Charge. This does not reflect a direct government charge.

**What are Federal Access Charges?**
These charges - proposed and authorized by the Federal Communications Commission (FCC) - provide for access to and maintenance of the local network.

**What is the Administration Recovery Fee?**
All carriers providing interstate telecommunications must support relay services, which enables phone conversations between people with speech/hearing impairments and those without.

**What is the Network Access Charge?**
The Network Access Charge allows carriers to recoup charges to support access and maintenance of the data network and costs associated with government assessments for the support of speech and hearing-impaired programs. This does not reflect a direct government charge.

**What is the Access Recovery Charge (ARC) Fee?**
The Access Recovery Charge (ARC) is a fee related to changes in FCC rules. This monthly fee is a way to recover the costs of providing access to the phone network.

**What is the Presubscribed Carrier Charge?**
This charge is for selecting and routing calls to a long-distance carrier.

**What is the Local Number Portability Fee?**
The Federal Communications Commission permits phone companies to add this charge to all phone lines as compensation for creating systems that allow residential and business phone customers to retain their existing local phone numbers (at the same location) when switching from one local phone service to another.

**What is the Federal Excise Tax?**
The federal government mandates this tax, which is imposed on local and wireless phone services.

**What is the Universal Service Fee?**
The Federal Communications Commission (FCC) created the Universal Service Fund (USF). This fee helps make voice and internet/data service affordable and available to all Americans, including low-income consumers and those living in areas where the costs of providing service is high. It also includes public and nonprofit schools and libraries serving low-income communities, as well as rural health care providers. Congress mandated that all telecommunications companies providing interstate service contribute to the USF. A carrier may include this contribution on customers' monthly bill.

**What is the County Government 911 Emergency Surcharge?**
Local governments mandate this surcharge to help pay for emergency services such as fire and rescue.

**What is the Telecom Relay Service Charge?**
This state service charge helps to pay for the state relay center, which transmits and translates calls for hearing-impaired people.

**What is the Gross Receipts Tax?**
This tax is on gross receipts derived from the furnishing of phone services. The service provider collects the tax and reports the collections annually to the Department of Revenue.

**What is Midco's policy on refunds for credit card transactions?**
When a customer pays money on an account by credit or debit card, and there needs to be a partial or full refund to that card because of the customer's transaction, it is Midco's policy to issue a credit to the customer's account as long as it is within 30 days of the credit transaction. If there was an error in the amount charged to card by Midco, we may issue a credit to the customer's credit card with a manager's approval.

**What is Midco's policy for returned payments?**
If any payment is returned unpaid, Midco will apply a fee to your next monthly statement. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

For customers who have authorized recurring payments: You authorize Midco to make a one-time electronic funds transfer (EFT) from your account to collect a fee. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

**Is a move in your future?**
If you plan on moving, please call 1.800.888.1300 or visit **Midco.com/Move** at least two weeks prior to your move to ensure a smooth transition of services. Then complete a change of address form with the U.S. Postal Service at **USPS.com** to make sure your mail always reaches you.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20251

03/31/26                     $271.25******

TO THE ORDER OF

\*\*\*\* TWO HUNDRED SEVENTY ONE AND 25/100 DOLLARS

LIBBY BURGHARDT
311 OAK STREET
BRANDT, SD    57218

NON-NEGOTIABLE

## Mindy Craig

**From:**     Mindy Craig
**Sent:**     Wednesday, April 1, 2026 2:30 PM
**To:**       Mindy Craig
**Subject:**  Libby hours

March Maintenance Hours
3/5: 8-11 drywall repairs, paint 2307 (3)

*paint 7.75*   *$271.25*

3/5 11-12 drywall repairs, paint 2212 (1)
3/31: 8- 11:45 fix the tenants attempt at drywall repairs and painting 2310 (3.75)

**PAID**

3/16-18: OFFICE DRYWALL REPAIRS (3)

10.75 hours
$376.25

Mindy Craig

CP Business Management
1405 1st Ave N, Suite B | Fargo, ND | 58102
Office: 701.237.3369
Web: www.cpbusmgt.com
The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system

1

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20248

03/31/26                          $144.00*****

TO THE
ORDER OF      **** ONE HUNDRED FORTY FOUR AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE
_____

## Maintenance Hours
## 2026
**Maintenance Na** *Doug Rodengen*
$32.00  Hourly Rate
From:  15-March
To:  31-March

## Parkside Place

Invoice #:  4029


PAID
2024

Invoice Date:  3/31/2026
Due Date:  4/1/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 3/20 | | 9:15 AM | 9:45 AM | 0:30: | patio doors adjusted to latch into place | $16.00 |
| 3/24 | 2310 | 9:30 AM | 11:15 AM | 1:45: | vanity knob loose, end island piece reglued, fridge sill, countertop/window caulking, door sweep adjusted | $56.00 |
| 3/24 | | 11:15 | 11:30 | 0:15: | front enterance door sticker fixed letters placed | $8.00 |
| 3/26 | | 8:00 | 10:00 AM | 2:00: | 2410, bedroom light installed/replaced, counter top edge reglued and 2310 metal plate in front of bedroom loose, tape removed from counter top | $64.00 |

|  | Total Hours | 4:30: | | Total Hourly Pay $32/hour | $144.00 |
|---|---|---|---|---|---|
| | | | | Parkside Place Paycheck : | $144.00 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20241

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

03/31/26

$5.30*********

TO THE
ORDER OF    **** FIVE AND 30/100 DOLLARS

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA    91716-0506

**NON-NEGOTIABLE**

MEMO: 6004-3002-0037-4038

# MENARDS - WATERTOWN
## 2100 9th Avenue S.E.
## Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in store credit voucher if the
return is done after 06/01/26

If you have questions regarding the
charges on your receipt, please
email us at:
WTWNfrontend@menards.com

Sale Transaction

_Cash_

| | |
|---|---|
| WL 3006 ULTRA CLEAR SQUE | |
| 5634321 | 4.99 |
| WL 3006 ULTRA WHITE SQUE | |
| 5634320 | 4.99 |



| | |
|---|---|
| TOTAL | 9.98 |
| TAX WATERTOWN-SD 6.2% | 0.62 |
| TOTAL SALE | 10.60 |
| Menard Contractor Card 3678 | 10.60 |

Job # or Name : 000
 Auth Code:902352
 Chip Inserted
 a000000817002001
 ARQC - 894f33c11725b14e

TOTAL NUMBER OF ITEMS =     2

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
4976

GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
hereon and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, ADAH

37108 03 5905    03/03/26   08:19AM 3097

Case 25-30002    Doc 383-1    Filed 05/15/26    Entered 05/15/26 16:09:04    Desc
Supporting Exhibits    Page 27 of 46

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20245

03/31/26

$494.05*****

TO THE
ORDER OF      **** FOUR HUNDRED NINETY FOUR AND 05/100 DOLLARS

SCHUMACHER
PO BOX 393
DENVER, IA    50622

NON-NEGOTIABLE



**Schumacher** ELEVATOR

PO Box 393
One Schumacher Way
Denver, Iowa 50622

Phone: (319) 984-5676
Website: www.schumacherelevator.com
Email:accounting@schumacherelevator.com

# Invoice

## Billing Address

SOLD TO ACCT NO 1018221

PARKSIDE PLACE LLC
1405 1ST AVE NORTH
FARGO ND 58102

## Shipping Address

SHIP TO ACCT NO 1016883

PARKSIDE PLACE APARTMENTS
8 2ND ST NE
WATERTOWN SD 57201

## Information

| | |
|---|---|
| **Document Number** | 90676794 |
| **Document Date** | 03/01/2026 |
| | |
| **Purchase Order No.** | |
| **Purchase Order Date** | |
| **Sales Order Number** | 40011195 |
| **Payment Terms** | Net 30 Days |
| **Billing Date** | **03/01/2026** |
| **Currency** | USD |

1 of 1

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 0010 | *Quarterly invoice for elevator maintenance.*<br>FM QT MAINTENANCE<br>HP-PARKSIDE PLACE APTS-WATERTOWN SD | | 465.21 | 465.21 |

PAID
494.05

|  |  |
|---|---|
| Items Tot | 465.21 |
| State Tax | 19.54 |
| County Tax | 0.00 |
| City Tax | 9.30 |
| **Total Amount** | $ **494.05** |

zsec_invoice1std    01/2004

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20246

03/31/26                              $13.51******

TO THE
ORDER OF      **** THIRTEEN AND 51/100 DOLLARS

SIGN PRO
2220 2ND AVE E
WEST FARGO, ND    58078

NON-NEGOTIABLE



Please pay from this **INVOICE**

**2220 2nd Avenue East | West Fargo, ND 58078**
Phone: **701-461-7309**   Email: **info@signprofargo.com**

| Sold To: | Ship To: | |
|---|---|---|
| CP Business Management<br>1405 1st Ave. N, Ste. B<br>Fargo, ND 58102 | | **Invoice No.**<br>**93599**<br><br>**Date**<br>3/10/2026 |

| P.O. Number | Payment Terms | Payment Due Date |
|---|---|---|
| Mindy Craig | Net 15 Days | 3/25/2026 |

| Qty. | Item No. | Description | Price Each | Total |
|---|---|---|---|---|
| | VINYL | Custom Cut Vinyl Lettering/Graphics - Contact Info Decals for Watertown Properties | 25.00 | **25.00T** |

PAID *(handwritten)*  Cash $13.51
get $13.50

*Thank You!  Ask Us How Vehicle Wraps Can Help Promote Your Business!*

| | | |
|---|---|---|
| | Sales Tax (8.0%) | $2.01 |
| | **TOTAL** | **$27.01** |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20244

03/31/26                                          $328.00*****

TO THE
ORDER OF      **** THREE HUNDRED TWENTY EIGHT AND 00/100 DOLLARS

PT REPAIR, LLC
421 S BROADWAY
WATERTOWN, SD   57201

NON-NEGOTIABLE

## PT Repair, LLC



Dave Nesheim
421 S Broadway
Watertown, SD 57201
Ptrepair2022@gmail.com

605-880-2921





**BILL TO**

CP Business Properties

Parkside

**Invoice No:** 1409

**Invoice Date:** 02/10/2026

**Due Date:** 04/01/2026

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| W11612326 | 1 | 94.95 | 94.95 |
| WPW10538166 | 1 | 22.95 | 22.95 |
| W10445975 | 1 | 70.95 | 70.95 |
| Service Call & Labor | | 120.00 | 120.00 |
| | | | |
| | | **SUBTOTAL** | 308.85 |

*Parkside #2406per Doug Dishwasher fills, drains but won't wash Circulation pump is stuck*

|  | TOTAL TAX | 19.15 |
|---|---|---|

**Balance Due** — **328.00**

**Terms net 30 days**

*Thank You for Your Business*

nickedup on 3/16

emailed on 3/17/26

Case 25-30002   Doc 383-1   Filed 05/15/26   Entered 05/15/26 16:09:04   Desc
Supporting Exhibits   Page 33 of 46

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20243

03/31/26

$111.51*****

TO THE
ORDER OF

**** ONE HUNDRED ELEVEN AND 51/100 DOLLARS

IKES WINDOW WASHING
PO BOX 486
WATERTOWN, SD    57201

NON-NEGOTIABLE

# Invoice

**Invoice No:** 4040
**Invoice Date:** Mar 27, 2026

**Ike's Window Washing**

PO Box 486
Watertown, SD 57201
605-233-0628 Office
ikesww.com
ikeswindowwashing@gmail.com



**Bill To:**

Parkside Place
PO BOX 9379
Fargo, ND 58106

| Job Date | Description | Job location | Qty | Each | Amount |
|---|---|---|---|---|---|
| Mar 27, 2026 | **Quarterly Clean** | Parkside Place, 8 2nd Street Northeast; Watertown, SD 57201 | 1 | $105.00 | $105.00 |
| | | Parkside Place | | | |

**Service Person(s):** Isaac Holzwarth

| | |
|---|---|
| **6.2% Tax** | $6.51 |
| **Total** | $111.51 |

**Thank you for your Business!**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20254

03/31/26

$2,765.07***

TO THE
ORDER OF

\*\*\*\* TWO THOUSAND SEVEN HUNDRED SIXTY FIVE AND 07/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,      58106

NON-NEGOTIABLE



PAID

# CP Business Management

# 2026

## Parkside Place

| From: | 1-Mar | Invoice #: 2015 |
| To: | 31-Mar | Invoice Date: 03/31/2026 |
| | | Due Date: 04/01/2026 |

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected Funds | $44,600.75 | $2,230.04 |
| | | | |
| | **Total Management Fee** | **$44,600.75** | **$2,230.04** |

| | Other Collected Income | | Total |
|---|---|---|---|
| | 2212 dep overages | | $153.63 |
| | | | |
| 5800 | collected late fees | | $93.40 |
| 5700 | Collected admin fees | | $50.00 |
| | **Total Other Collected Income** | | **$297.03** |

| | Miscellaneous | | |
|---|---|---|---|
| 8004 | Misc Manager | | $200.00 |
| 7057 | Software Fee | | $38.00 |
| | | | |
| | **Total Miscellaneous** | | **$238.00** |

| | |
|---|---|
| **Total Management Fee** | $2,230.04 |
| **Total Other Collected Income** | $297.03 |
| **Total Miscellaneous** | $238.00 |
| **Parkside Place Total** | $2,765.07 |

Please make checks payable to CP Business Management no later than   4/1/2026

**Alexis Burbach**

**2026**

| From: | 15-Apr |
| To: | 30-Apr |

 **Parkside Place**

| Invoice #: | 2031 |
| Invoice Date: | 4/30/2026 |
| Due Date: | 5/1/2026 |

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 4/16 | | 1:00 PM | 1:30 PM | 0:30: | 2nd/3rd floor looked over- pooper scooper found- 2310 mail checked | $12.75 |
| 4/17 | | 9:30 AM | 10:30 AM | 1:00: | building check, elevator button 3rd not working, garbage in garage | $25.50 |
| 4/22 | | 16:15 | 16:45 | 0:30: | memos out | $12.75 |
| 4/22 | | 16:45 | 5:15 PM | 0:30: | showing alexis/dean 2307/2212  currently in 3511 | $12.75 |
| 4/23 | | 11:00 | 12:15 | 1:15: | showing jamie 2311, 2310 move in inspection, 2211 move out | $31.88 |
| 4/23 | | 1:15 PM | 1:45 PM | 0:30: | showing Ryan, 2307, 2212, 2211 | $12.75 |
| 4/23 | | 4:45 PM | 5:00 PM | 0:15: | showing wyatt -- 2211/2212 | $6.38 |
| 4/24 | | 10:00 AM | 11:00 AM | 1:00: | 2310 call | $25.50 |
| 4/24 | | 1:45 PM | 2:00 PM | 0:15: | showing lisa/family 2212/2211 | $6.38 |
| 4/27 | | 9:30 | 10:30 | 1:00: | move items out of garage, tenants contacted to move vehicles/items. | $25.50 |
| 4/29 | | 11:45 | 12:45 PM | 1:00: | move in 2211, chat with 2410 on upcoming move | $25.50 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | **Total Hours** | | **7:45:** | | **Total Hourly Pay $25.50/hour** | **$197.63** |

| Date | Unit | Start | End | Total Hours | Maintenance | |
|---|---|---|---|---|---|---|
| | **Total Hours** | | **0:00:** | | **Total Maintenance $30/hour** | **$0.00** |

| Date | Unit | Reimbursement | |
|---|---|---|---|
| | | **Total Reimbursement** | **$0.00** |

| Date | Unit | Commission | |
|---|---|---|---|
| 4/24 | 2211 | Olivia Hustoft | $200.00 |
| 4/14 | 2305 | Taylor Veflin | $200.00 |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | **Total Commissions** | **$400.00** |

| | |
|---|---|
| **Parkside Place Total Hours Amount:** | $197.63 |
| **Parkside Place Total Painting Amount:** | $0.00 |
| **Parkside Place Total Reimbursements:** | $0.00 |
| **Parkside Place Subtotal:** | $197.63 |
| **Parkside Place Sales Tax (6.2%):** | $12.25 |
| **Parkside Place Total Commissions:** | $400.00 |
| **Parkside Place Total Paycheck Amount:** | $609.88 |

**Alexis Burbach**

**2026**

| From: | 1-Apr |
| To: | 15-Apr |



*Parkside Place*

| Invoice #: | 2030 |
| Invoice Date: | 4/15/2026 |
| Due Date: | 4/16/2026 |

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 4/2 | | 10:30 AM | 11:30 AM | 1:00 | tenant messages | $25.50 |
| 4/2 | | 11:30 AM | 12:45 PM | 1:15 | showing susan 2310, 2307 – office for app | $31.88 |
| 4/2 | 2409 | 18:00 | 18:30 | 0:30 | move out cancellation call/questions | $12.75 |
| 4/3 | | 11:00 | 12:00 PM | 1:00 | showing cancelled, 2208 Doug old tenant call | $25.50 |
| 4/9 | | 16:00 | 16:30 | 0:30 | showing Taylor and Tiffany - 2212 / 2307 | $12.75 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | **Total Hours** | **4:15** | | **Total Hourly Pay $25.50/hour** | **$108.38** |

| Date | Unit | Start | End | Total Hours | Maintenance | |
|------|------|-------|-----|-------------|-------------|---|
| | | **Total Hours** | **0:00** | | **Total Maintenance $30/hour** | **$0.00** |

| Date | Unit | Reimbursement | |
|------|------|---------------|---|
| | | **Total Reimbursement** | **$0.00** |

| Date | Unit | Commission | |
|------|------|------------|---|
| 4/7 | 2310 | Susan Beebe | $200.00 |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | **Total Commissions** | **$200.00** |

| | |
|---|---|
| **Parkside Place Total Hours Amount:** | $108.38 |
| **Parkside Place Total Painting Amount:** | $0.00 |
| **Parkside Place Total Reimbursements:** | $0.00 |
| **Parkside Place Subtotal:** | $108.38 |
| **Parkside Place Sales Tax (6.2%):** | $6.72 |
| **Parkside Place Total Commissions:** | $200.00 |
| **Parkside Place Total Paycheck Amount:** | $315.09 |



Office of the U.S. Trustee
300 South 4th Street
Room 1015
Sioux Falls, ND 58107

605-330-4450

Rev. 3/26

Account No.:   683-25-30003
Process Date:   2026-04-04

*006173/1 01-03 D-006173



See Instructions
on Reverse Side



PARKSIDE PLACE LLC
1405 1ST AVE N
PO BOX 426
FARGO ND 58102-4203

## Chapter 11 Quarterly Fees Statement

| Date | Description | Amount ($) |
|------|-------------|-----------|
| 2026-02-03 | Account#6832530003 Pay.Gov Tracking#27V9JJH0 | -739.02 |
| 2026-01-06 | Balance Forward | 739.02 |
| 2026-04-04 | Quarter 1, 2026 Fee Due {Disbursements = $107,537.} (6-1) | 430.00 |
| 2026-01-17 | Adjustments to fees charged from previous statement. | -19.00 |

**Estimated Balance Due Based On Disbursement Record:   $411.00**

**Tracking Information**

Pay.gov Tracking ID: 2S1LVTQ6

Agency Tracking ID: 77366072978

Form Name: U.S. Trustee Chapter 11 Quarterly Fee

Application Name: Chapter 11 Quarterly Fee

**Payment Information**

Payment Type: Bank account (ACH)

Payment Amount: $411.00

Transaction Date: 04/23/2026 02:09:29 PM EDT

Payment Date: 04/24/2026

Line 1: Remittance #1 - Type: Business, Account: 6832530003, Name: PARKSIDE PLACE LLC, $411.00

Line 2:

Line 3:

Line 4:

Line 5:

Line 6:

Line 7:

Line 8:

Line 9:

Line 10:

Line 11:

Line 12:

**Account Information**

Account Holder Name: PARKSIDE PLACE LLC DEBTOR IN POSESSION CASE #25-30003

Routing Number: 091310767

Account Number: ***********8688

## Sign In to your Pay.gov account!

Sign In

SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104

 **Liberty Mutual.**
INSURANCE

THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Your Account:**
#9000344025
THE RUINS LLC GENERATIONS ON 1ST
LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Policies on Account:**
BKS65299485 - BK-Package

## Your Billing Statement as of April 8, 2026

## Billing Notice

Small Commercial Insurance

| | |
|---|---|
| Amount Due: (incl. fees) | **$13442.49** |
| Due Date: | **04/28/2026** |
| Account Balance: | **$34,663.95** |

**Your Agent(s):**
#0059540
SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104
(701) 390-1994

**Billing Details**

| Policy | Frequency | Policy Term | Amount Due |
|---|---|---|---|
| Package - BKS65299485 | Monthly - 2 down 10 install | 09/28/2025 - 09/28/2026 | $13,434.49 |
| Fees | | | $8.00 |
| Total Amount Due | | | $13442.49 |

| Account Summary | |
|---|---|
| Previous Account Balance | $34,975.02 |
| Fees | $8.00 |
| Payments | -$319.07 |
| Account Balance | $34,663.95 |

*[handwritten, red ink:]*
PAID ACH

Park   Mar - $1799.08  } pd
       Apr - $1799.08    4/17/26

Gen    Mar - $2013.49  } pd
       Apr $2720.00     4/17/26

Ruins  Mar - due $2555.42
       Apr - due $2555.42

       $13442.49

**Save time & PAY ONLINE!**
Pay your bill online 24/7 at
**mybusinessonline.libertymutual.com**

**For Billing Questions...**
Call 844-961-0334
Mon.-Fri. 8AM-8PM EST

---

↓     Please detach and return the bottom portion with your payment, in the envelope provided.     ↓

Date of Notice: April 8, 2026

Account of: THE RUINS LLC GENERATIONS ON 1ST
LLC PARKSIDE LLC

| Payment Due Date | Account Balance | Minimum Amount Due |
|---|---|---|
| 04/28/2026 | $34,663.95 | $13442.49 |

| Account Number | Amount Enclosed: |
|---|---|
| 9000344025 | $ |

**Lost your envelope? Mail check to:**

LIBERTY MUTUAL INSURANCE
PO BOX 88766
CHICAGO, IL 60680-1766

88766 500 0009000344025 00000000000 000000000 0003466395 0001344249 4

## Mindy Craig

**From:** Liberty Mutual <ebilling@email-libertymutual.com>
**Sent:** Friday, April 17, 2026 1:57 PM
**To:** Mindy Craig
**Subject:** Your payment has been processed.

☐ View online



Billing account number: 9000344025

## Hello,

Thank you for your recent payment. Your payment will be applied to your balance on 4/17/2026 and reflected in your account.

**View your balance**

*Parkside April Payment*

☒ Billing summary:

**Confirmation number:**
D0005HV00

**Total payment:**
$1799.08

**Payment date:**
4/17/2026

**Payment method:**
Bank Account ending in 8688

**Policy:**
BKS65299485

1

**Mindy Craig**

| | |
|---|---|
| **From:** | Liberty Mutual <ebilling@email-libertymutual.com> |
| **Sent:** | Friday, April 17, 2026 1:56 PM |
| **To:** | Mindy Craig |
| **Subject:** | Your payment has been processed. |

◻ View online



Billing account number: 9000344025

## Hello,

Thank you for your recent payment. Your payment will be applied to your balance on 4/17/2026 and reflected in your account.

> **View your balance**

*Parkside March payment*

◻ **Billing summary:**

**Confirmation number:**

D0005HTZK

**Payment date:**

4/17/2026

**Policy:**

BKS65299485

**Total payment:**

$1799.08

**Payment method:**

Bank Account ending in 8688

1

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20252

04/03/26

$1,055.00***

TO THE
ORDER OF

**** ONE THOUSAND FIFTY FIVE AND 00/100 DOLLARS

JOSHUA MEEHL, STACEY MEEHL
8 2ND ST NE
2310
WATERTOWN, SD  57201

NON-NEGOTIABLE

Return April Rent

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20249

04/01/26

$19,266.67**

TO THE
ORDER OF

**** NINETEEN THOUSAND TWO HUNDRED SIXTY SIX AND 67/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

NON-NEGOTIABLE

MEMO: Loan Payment

5.    <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

i.



ii.    Parkside will pay the sum of $19,266.67.00 on the 15th day of each month to be applied to debt service.

iii.    Generations will pay the sum of $39,666.67 on the 15th day of each month to be applied to debt service.

iv.    Parkside and Generations shall each remit to the Bank, within three (3) business days of the entry of an order granting this stipulation, the added sum of $7,500 and $17,500.00, respectively, to be applied to debt service.

v.    The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

vi.    The Bank shall be granted perfected replacement liens and security interests, pursuant to 11 U.S.C. § 552, in Debtors' postpetition accounts receivables, general intangibles, cash, and rents of the same priority, dignity, and effect as the prepetition liens and security interests on the prepetition property of Debtors, to the extent of any diminution in cash collateral or prepetition accounts receivables, general intangibles, cash, and rents. The liens and security interests granted to the Bank herein shall not be primed by any other lien or encumbrance, whether by order of the