IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | (Jointly Administered) |
| | ) | |

## **NOTICE OF ADOPTION OF OBJECTION**

Comse now Generations on 1st, LLC ("Generations"), by and through undersigned counsel, and notes as follows:

Generations and Red River State Bank are continuing to engage in productive, post-mediation negotiations. There exists a cautious optimism such will result in the abatement of any disputes concerning the approval of disclosure statements in this case. However, in an abundance of caution, Generations notes that should a contested disclosure statement hearing occur, Generations adopts and incorporates by reference the objection of Parkside Place, LLC, DE #347, with said objection being applicable to the disclosure statement proposed by Red River State Bank on February 5, 2026, DE #303, insofar as the two disclosure statements invite overlapping grounds of objection.

This notice should not be construed as a breakdown in settlement negotiations and, to the contrary, is truly only filed so as to preserve and protect the rights of Generations. It is sincerely hoped a contested hearing will not actually come to pass.

1

Respectfully Submitted,

Dated: May 17, 2026                    By:      /s/ Maurice B. VerStandig
                                                Maurice B. VerStandig, Esq.
                                                The Dakota Bankruptcy Firm
                                                1630 1st Avenue N
                                                Suite B PMB 24
                                                Fargo, North Dakota 58102-4246
                                                Phone: (701) 394-3215
                                                mac@dakotabankruptcy.com
                                                *Counsel for Generations on 1st, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                /s/ Maurice B. VerStandig
                                                Maurice B. VerStandig

2