**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

**Generations on 1st LLC,**                                          **Bankr. No. 25-30002**

    **Debtor, Jointly Administered**                          **Chapter 11**

---

**Parkside Place LLC,**                                               **Bankr. No. 25-30003**

    **Debtor, Jointly Administered**                          **Chapter 11**

---

**MOTION TO APPEAR BY VIDEO CONFERENCE**

---

1.      Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by video conference on Wednesday, May21, 2026 at 10:00 a.m. on the hearings for approval of disclosure statements filed by the Debtors and Red River State Bank.

2.      The UST has non-evidentiary objection to the Debtors' disclosure statements.  Travel for such a limited purpose would be burdensome and expensive.

WHEREFORE, Counsel requests that she be allowed to appear by video conference.

Dated: May 19, 2026                          MARY R. JENSEN
                                             ACTING U.S. TRUSTEE REGION 12

                                              /s/ Sarah J. Wencil
                                             Sarah J. Wencil
                                             Office of the U.S. Trustee
                                             Suite 1015 U.S. Courthouse
                                             300 South Fourth St.
                                             Minneapolis, MN 55415
                                             Telephone: (612) 334-1366
                                             Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

| | |
|---|---|
| **Generations on 1st LLC,** | **Bankr. No. 25-30002** |
| **Debtor, Jointly Administered** | **Chapter 11** |

| | |
|---|---|
| **Parkside Place LLC,** | **Bankr. No. 25-30003** |
| **Debtor, Jointly Administered** | **Chapter 11** |

**CERTIFICATE OF SERVICE**

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   May 19, 2026

/s/ Sarah J. Wencil
Sarah J. Wencil