UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                  Bankruptcy No. 25-30002
                                                                        Chapter 11

Generations on 1st, LLC,

                Debtor, Jointly Administered,
_____/

In Re:                                                                  Bankruptcy No. 25-30003
                                                                        Chapter 11

Parkside Place, LLC,

                Debtor, Jointly Administered,
_____/

IN THE MATTER OF:

Hearing on Approval of Debtor's Disclosure Statement
for Parkside Place, LLC filed February 10, 2026. (Doc. 313)

Hearing on Approval of Red River State Bank's
Disclosure Statement for Parkside Place, LLC filed
February 6, 2026. (Doc. 306)

Sixth Motion by Debtors for Leave to Use Cash
Collateral filed January 10, 2026. (Doc. 277)
_____/

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARINGS

Creditor Red River State Bank filed a motion to continue the hearings scheduled

for Thursday, May 21, 2026. The Court finds cause for granting the continuance.

IT IS ORDERED that Debtor's Disclosure Statement for Parkside Place (Doc.

313), Red River State Bank's Disclosure Statement for Parkside Place (Doc. 306), and

Debtors Sixth Motion for Leave to Use Cash Collateral (Doc. 277) shall be continued to

**Thursday, May 28, 2026, at 10:30 a.m. (Central Standard Time)** in Courtroom #3,

Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North,

Fargo, North Dakota.

Dated: May 21, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically May 21, 2026, to Electronic Mail Notice List for Case No. 25-30002.