**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30002<br>Chapter 11 |
| Generations on 1st, LLC, | |
| Debtor, Jointly Administered. | |
| _____/ | |
| Parkside Place, LLC, | Bankruptcy No. 25-30003<br>Chapter 11 |
| Debtor, Jointly Administered. | |
| _____/ | |
| IN THE MATTER OF: | |
| Motion by Red River State Bank for Derivative<br>Standing to Pursue Claims on Behalf of the<br>Estates filed February 6, 2026. (Doc. 304) | |
| _____/ | |

**ORDER RESCHEDULING HEARING**

The hearing on Red River State Bank's Motion for Derivative Standing to Pursue Claims on Behalf of the Estates (Doc. 304) currently scheduled for <u>May 27, 2026</u>, is rescheduled and will be held at the same time as other hearings scheduled in this case.

Therefore, IT IS ORDERED that the hearing on Red River State Bank's Motion for Derivative Standing to Pursue Claims on Behalf of the Estates is rescheduled to **<u>Thursday, May 28, 2026, at 10:30 a.m.</u>** in <u>Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u>.

Dated: May 21, 2026.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

Copy served electronically May 21, 2026, to Electronic Mail Notice List for Case No. 25-30002.