## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Chapter 11 |
| Generations on 1st LLC, | Bankruptcy No. 25-30004 |
| Debtor. | |

| | |
|---|---|
| In Re: | Chapter 11 |
| Parkside Place, LLC, | Bankruptcy No. 25-30003 |
| Debtor. | |

ORDER SCHEDULING DISCLOSURE STATEMENT HEARING AND
SETTING DEADLINE FOR
RETURN OF BALLOTS AND OBJECTIONS TO CONFIRMATION
AND SCHEDULING CONFIRMATION HEARING

On February 10, 2026, Debtor Generations on 1st, LLC, filed a Disclosure Statement for Second Amended Chapter 11 Plan of Reorganization of Generations on 1st, LLC.  Doc. 315.  Red River State Bank filed its Disclosure Statement for Creditor's Plan of Liquidation for Generations on 1st, LLC, on February 5, 2026.  Doc. 303. Following several hearing continuances, the Court scheduled a hearing on these disclosure statements for May 21, 2026.  Doc. 379.

Debtor Generations on 1st, LLC and Red River State Bank filed a Disclosure Statement for Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC, on May 20, 2026, one day before the hearing on the separate disclosure statements filed by Debtor and Red River State Bank.  The joint Disclosure Statement referred to the Joint Chapter 11 Plan for Generations on 1st, LLC, filed the same day.   The joint Disclosure Statement and Joint Chapter 11 Plan included numerous provisions that did not appear in Debtor's or Red River State Bank's disclosure statements.  Jesse Craig objected to

the Court considering the joint Disclosure Statement, arguing he did not have sufficient time to consider the joint Disclosure Statement and exhibits and to file objections to it.

The Court finds cause for continuing the hearing on the joint Disclosure Statement and requiring the joint plan proponents to serve notice of an amended joint Disclosure Statement and continued hearing.

Given the number of interested parties, their level of sophistication and the comprehensive nature of the joint plan proponents' Disclosure Statement and Joint Chapter 11 Plan, the Court finds it appropriate to treat the May 21, 2026, hearing on the disclosure statements as a status conference and combine the hearing on the disclosure statement with the hearing on confirmation of the Joint Chapter 11 Plan consistent with 11 U.S.C. §  105(d)(2)(B)(vi).  Accordingly, the Court sets the following deadlines.

**IT IS ORDERED** that:

The joint plan proponents are granted until **May 29, 2026**, to amend their joint Disclosure Statement and Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC, to incorporate suggestions offered by interested parties and the Court at the status conference (as they deem appropriate) and to file these amended documents.

The joint plan proponents shall serve this Order, their amended joint Disclosure Statement and their amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC, not later than **Friday, May 29, 2026**.

Ballots for acceptance or rejection of the amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC, shall be mailed or electronically transmitted to Debtor's attorney, Maurice VerStandig, The Dakota Bankruptcy Firm, 1630 1st Avenue

N., Suite B PMB 24, Fargo, ND 58102, mac@dakotabankruptcy.com, and Red River

State Bank's Attorney, Kesha L. Tanabe, Vogel Law Firm, 218 N.P. Ave., Fargo, ND

58102, ktanabe@vogellaw.com, not later than **Friday, June 26, 2026.**

Not later than **Friday, June 26, 2026,** written objections to confirmation of the

amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC, shall be filed

with the Clerk, United States Bankruptcy Court, Quentin N. Burdick United States

Courthouse, 655 1st Avenue North, Suite 210, Fargo, North Dakota 58102-4932, and

served pursuant to Rule 3020(b)(1) of the Federal Rules of Bankruptcy Procedure.  If

any objections are timely filed, joint plan proponents may file a written response to the

objections by **Monday, July 6, 2026.**

Pursuant to Rule 4004(a) of the Federal Rules of Bankruptcy Procedure, **IT IS**

**ORDERED** that the deadline to file a complaint objecting to Debtor's discharge is

**Tuesday, July 7, 2026.**

The deadline to file or email to the Court all exhibits in support of confirmation or

an objection to confirmation is **Monday, July 6, 2026.** If you elect to email exhibits,

please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the

Trustee, United States Trustee and any interested party who filed an objection or

requested notice in this case.

**IT IS ALSO ORDERED** that the hearing on confirmation of the amended Joint

Chapter 11 Plan of Liquidation for Generations on 1st, LLC, shall be held on **Tuesday,**

**July 7, 2026, at 10:00 a.m.** in Courtroom #3, Second Floor, Quentin N. Burdick

**United States Courthouse, 655 First Avenue North, Fargo, North Dakota,** at which

time the Court shall also consider and act upon timely objections to confirmation. *If no*

*objections are received by **June 26, 2026,** the Court may confirm the plan and cancel the hearing without further notice.*

Dated: May 22, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    Chapter 11

Generations on 1st LLC,                                   Bankruptcy No. 25-30002

              Debtor.

---

In Re:                                                    Chapter 11

Parkside Place, LLC,                                      Bankruptcy No. 25-30003

              Debtor.

---

## Ballot for Accepting or Rejecting
## Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC

The undersigned, interested party, having a claim in the amount of

$_____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(   ) ACCEPTS THE PLAN                    (   ) REJECTS THE PLAN


Dated:

                                 _____
                                 NAME OF CREDITOR
                                 (please print or type)

                By:    _____
                                 (signature)

                                   _____
                                 ADDRESS

                                 _____


On or before **June 26, 2026,**
This ballot must be mailed or
electronically transmitted to:

Attorney Maurice VerStandig     AND     Attorney Kesha L. Tanabe
The Dakota Bankruptcy Firm               Vogel Law Firm
1630 1st Avenue N.                        218 NP Avenue, P.O. Box 1389
Suite B PMB 24                           Fargo, ND 58107-1389
Fargo, North Dakota 58102                ktanabe@vogellaw.com
mac@dakotabankruptcy.com