**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Case No. 25-30002 |
| Generations on 1st, LLC, | Chapter 11 |
| Debtor. | |
| In re: | Case No. 25-30003 |
| Parkside Place, LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

## MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE

Kesha L. Tanabe, counsel to Red River State Bank ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-2 allowing the appearance by the undersigned counsel to appear at a hearing on May 28, 2026 at 10:30 a.m. ("Hearing") respecting the following matters:

- Debtors' Sixth Motion for Leave to Use Cash Collateral (Doc. 277)

- Red River State Bank's Motion for Derivative Standing to Pursue Claims on Behalf of the Estate of Parkside Place, LLC (Doc. 304)

- Red River State Bank's Disclosure Statement for Parkside Place (Doc. 306)

- Debtor's Disclosure Statement for Parkside Place (Doc. 313)

- Pretrial Planning and Scheduling Conference in Adversary Proceeding 25-7009

and any other matters scheduled to take place during the Hearing.

The undersigned makes the request to appear by video conference at the Hearing due to the expedited scheduling of the hearing and to save time and expense by not having to travel from Minneapolis, Minnesota. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that she be allowed to appear by video conference at the Hearing.

Dated this 26th day of May, 2026.

**VOGEL LAW FIRM**

BY:   */s/ Kesha L. Tanabe*
Kesha L. Tanabe
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone:  (701) 237-6983
Fax:  (701) 476-7676
Email: ktanabe@vogellaw.com
ATTORNEYS FOR RED RIVER STATE BANK

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of May, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

*/s/ Kesha L. Tanabe*
Kesha L. Tanabe

2