**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

| | |
|---|---|
| **Generations on 1st LLC,** | **Bankr. No. 25-30002** |
| **Debtor, Jointly Administered** | **Chapter 11** |

| | |
|---|---|
| **Parkside Place LLC,** | **Bankr. No. 25-30003** |
| **Debtor, Jointly Administered** | **Chapter 11** |

**MOTION TO APPEAR BY VIDEO CONFERENCE**

1.      Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by video conference at the following: Hearings On [277] Sixth Motion for Leave to Use Cash Collateral filed by Debtor, [306] Disclosure Statement for Parkside Place, LLC filed by Red River State Bank, and [313] Disclosure Statement for Parkside Place filed by Debtor are continued to **5/28/2026 at 10:30 AM (Central)**

2.      The UST has non-evidentiary objection to the Debtor's disclosure statements.  Travel for such a limited purpose would be burdensome and expensive.

WHEREFORE, Counsel requests that she be allowed to appear by video conference.

Dated: May 26, 2026

MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

/s/ Sarah J. Wencil
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

**Generations on 1st LLC,**                          **Bankr. No. 25-30002**

    **Debtor, Jointly Administered**            **Chapter 11**

---

**Parkside Place LLC,**                               **Bankr. No. 25-30003**

    **Debtor, Jointly Administered**            **Chapter 11**

---

**CERTIFICATE OF SERVICE**

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   May 26, 2026

/s/ Sarah J. Wencil
Sarah J. Wencil