UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Generations on 1st, LLC

CASE NO: 25-30002

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 399

On 5/26/2026, I did cause a copy of the following documents, described below,

Order Scheduling Disclosure Statement Hearing and Setting Deadline for Return of Ballots and Objections to Confirmation and Scheduling Confirmation Hearing ECF Docket Reference No. 399

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/26/2026

/s/ Kesha L. Tanabe
Kesha L. Tanabe
Counsel to Plan Proponent Red River State Bank
Vogel Law Firm
218 NP Avenue
Fargo, ND 58102
701-237-6983
ktanabe@vogellaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Generations on 1st, LLC

CASE NO: 25-30002

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 399

On 5/26/2026, a copy of the following documents, described below,

Order Scheduling Disclosure Statement Hearing and Setting Deadline for Return of Ballots and Objections to Confirmation and Scheduling Confirmation Hearing ECF Docket Reference No. 399

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/26/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kesha L. Tanabe
Vogel Law Firm
218 NP Avenue
Fargo, ND  58102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

ERIK AHLGREN
CHAPTER 7 TRUSTEE FOR THE RUINS, LLC
220 W WASHINGTON AVE, STE 105
FERGUS FALLS, MN 56537

CANNON ELECTRIC LLC
708 9TH AVE SE
308
WATERTOWN, SD 57201-5222

CLARITY TELECOM, LLC D/B/A BLUEPEAK FIBER
ATTN: OFFICER OR MANAGING AGENT
7979 E. TUFTS AVE SUITE 850
DENVER, CO 80237-2845

AUTOMATIC BUILDING CONTROLS, INC.
ATTN: OFFICER OR MANAGING AGENT
4300 W 61ST ST N
SIOUX FALLS, SD 57107-6474

BAETE-FORSETH HVAC
ATTN: OFFICER OR MANAGING AGENT
4700 N. NORTHVIEW AVE
SIOUX FALLS, SD 57107-0869

BLACKTAIL INVESTMENTS, LLC
ATTN: OFFICER OR MANAGING AGENT
PO BOX 629
FARGO, ND 58107-0629

CP BUSINESS MANAGEMENT, INC.
1401 1ST AVE N
B
FARGO, ND 58102-4203

CODINGTON COUNTY TREASURER
14 1ST AVE SE
WATERTOWN, SD 57201-3611

COUNTY FAIR FOODS OF WATERTOWN INC.
ATTN: OFFICER OR MANAGING AGENT
14 2ND ST NE
WATERTOWN, SD 57201-3622

GT BROTHERS, LLC
ATTN: OFFICER OR MANAGING AGENT
14 2ND ST NE
WATERTOWN, SD 57201-3622

HME COMPANIES, LLC
ATTN: LANE WARZECHA
432 5TH STREET
BROOKINGS, SD 57006-2007

IKE'S WINDOW WASHING, LLC
ATTN: OFFICER OR MANAGING AGENT
1126 E KEMP AVE
WATERTOWN, SD 57201-3755

DAKOTA CLEAN, LLC
ATTN: OFFICER OR MANAGING AGENT
509 9TH AVE S
CLEAR LAKE, SD 57226-2166

DOUGLAS MURCH
CONMY FESTE LTD.
3369 45TH STREET SOUTH
FARGO, ND 58104-8988

GEORGE'S SANITATION INC
ATTN: OFFICER OR MANAGING AGENT
3367 12TH AVE NW
WATERTOWN, SD 57201-7225

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JUSTICE FIRE & SAFETY, INC.
ATTN: OFFICER OR MANAGING AGENT
3601 N. POTSDAM AVENUE
SIOUX FALLS, SD 57104-7032

SARAH J. WENCIL
OFFICE OF THE U.S. TRUSTEE
SUITE 1015 U.S. COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415-1320

LIBERTY MUTUAL GROUP INC.
ATTN: OFFICER OR MANAGING AGENT
175 BERKELEY STREET
BOSTON, MA 02116-3350

SCHUMACHER ELEVATOR COMPANY
ATTN: OFFICER OR MANAGING AGENT
ONE SCHUMACHER WAY
DENVER, IA 50622

SOUTH DAKOTA DEPARTMENT OF REVENUE
445 E. CAPITOL AVENUE
PIERRE, SD 57501-3100

WATERTOWN SENIOR ACTIVITY CENTER
26 1ST AVE SW
SUITE 101
WATERTOWN, SD 57201-4268

WATERTOWN DEVELOPMENT COMPANY
C/O JORDAN FEIST
PO BOX 5027
300 SOUTH PHILLIPS AVE., SUITE 300
SIOUX FALLS, SD 57104-6322

WHITE GLOVE CLEANING
ATTN: OFFICER OR MANAGING AGENT
17892 449TH AVE
HAYTI, SD 57241-5223

WATERTOWN MUNICIPAL UTILITIES
ATTN: OFFICER OR MANAGING AGENT
901 4TH AVE SW
WATERTOWN, SD 57201-4106

CARRICO LAW OFFICE
ATTN: OFFICER OR MANAGING AGENT
657 W KEMP AVE
WATERTOWN, SD 57201-2249