**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>     Debtor. | Case No.:  25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>     Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |
| Generations on 1st, LLC,<br>Parkside Place, LLC, and<br>The Ruins, LLC,<br><br>     Plaintiffs,<br><br>v.<br><br>Red River State Bank,<br><br>     Defendant. | Adversary No. 25-07009 |

## MOTION TO CONTINUE

Red River State Bank (the "Bank") hereby moves the Court for an order continuing the following matters that are currently set for hearing on Thursday, May 28, 2026: (1) Motion for Approval of the Bank's Disclosure Statement [ECF 306]; (2) Motion for Approval of the Debtor-Parkside's Disclosure Statement [ECF 313]; (3) Debtors' Sixth Motion for Leave to Use Cash Collateral [ECF 277]; (4) the Bank's Motion for Derivative Standing to Pursue Claims on Behalf of the Estate of Parkside Place, LLC [ECF 304]; (5) and the Pretrial Planning and Scheduling Conference in Adversary Proceeding 25-7009. Counsel to the Bank has conferred with counsel to Debtors Generations on 1st, LLC and Parkside Place LLC

("Debtors") and the Debtors' CROs to confirm their support for a continuance. To that end,

movant respectfully requests that the Court postpone the hearing on Thursday, May 28, 2026

to the following week, preferably to Thursday, June 4, 2026. A continuance will allow the

parties to continue informal settlement discussions and to finalize and file amended documents.

Dated:  May 26, 2026                          **VOGEL LAW FIRM**

                                              */s/ Kesha L. Tanabe*
                                         BY:  Caren W. Stanley (#06100)
                                              cstanley@vogellaw.com
                                              Drew J. Hushka (#08230)
                                              dhushka@vogellaw.com
                                              Kesha L. Tanabe
                                              ktanabe@vogellaw.com
                                              218 NP Avenue
                                              PO Box 1389
                                              Fargo, ND  58107-1389
                                              Telephone: 701.237.6983
                                              *Attorneys for Red River State Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2026, a copy of the foregoing was served

electronically upon filing via the ECF system.

                                              */s/ Kesha L. Tanabe*
                                              Kesha L. Tanabe