UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                              Bankruptcy No. 25-30002
                                                                    Chapter 11

Generations on 1st, LLC,

              Debtor, Jointly Administered,

_____/

In Re:                                                              Bankruptcy No. 25-30003
                                                                    Chapter 11

Parkside Place, LLC,

              Debtor, Jointly Administered,

_____/

IN THE MATTER OF:

Hearing on Approval of Debtor's Disclosure Statement
for Parkside Place, LLC filed February 10, 2026. (Doc. 313)

Hearing on Approval of Red River State Bank's
Disclosure Statement for Parkside Place, LLC filed
February 6, 2026. (Doc. 306)

Sixth Motion by Debtors for Leave to Use Cash
Collateral filed January 10, 2026. (Doc. 277)

Motion by Red River State Bank for Derivative Standing to
Pursue Claims on Behalf of the Estates filed
February 6, 2026. (Doc. 304)

_____/

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARINGS

Creditor Red River State Bank filed a motion to continue the hearings scheduled

for Thursday, May 28, 2026. The Court finds cause for granting the continuance.

IT IS ORDERED that Debtor's Disclosure Statement for Parkside Place (Doc.

313), Red River State Bank's Disclosure Statement for Parkside Place (Doc. 306),

Debtors Sixth Motion for Leave to Use Cash Collateral (Doc. 277), and Red River State

Bank's Motion for Derivative Standing to Pursue Claims on Behalf of the Estates (Doc.

304) shall be continued to **Friday, June 12, 2026, at 10:00 a.m. (Central Standard**

**Time).**

Video Conference Instructions, **Procedures**, and the link to join are located at: https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site generally not less than 48 hours (72 hours preferred) in advance of the hearing**. To test the connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform. Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100 or email clerks_office@ndb.uscourts.gov. Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.

Dated: May 27, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically May 27, 2026, to Electronic Mail Notice List for Case No. 25-30002.