# The VerStandig Law Firm, LLC

# INVOICE

9812 Falls Road, #114-160
Potomac, MD 20854

Invoice # 11133
Date: 05/16/2026
Due On: 06/15/2026

Generations on 1st, LLC

## 00511-Generations on 1st, LLC

## Case Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/07/2025 | 1.35 | $400.00 | $540.00 |
| Review management agreement and draft motion to reject same (time split evenly between Generations and Parkside) | | | | | |
| Maurice VerStandig | Service | 01/07/2025 | 0.60 | $400.00 | $240.00 |
| Draft cash collateral motion, reviewing receivership reports (time split evenly between Generations and Parkside) | | | | | |
| Maurice VerStandig | Service | 01/09/2025 | 0.30 | $400.00 | $120.00 |
| Review client draft letter to tenants and revise same (time split evenly between Generations and Ruins) | | | | | |
| Maurice VerStandig | Service | 01/09/2025 | 0.25 | $400.00 | $100.00 |
| Call with C. Stanley re cash collateral, potential preference issue, debtor's intent to give notices to tenants, concerns current manager is ignoring maintenance issues, potential resolution of first day motions for cash collateral and rejection of management agreement (time split evenly between Parkside and Generations cases) | | | | | |
| Maurice VerStandig | Service | 01/09/2025 | 0.10 | $400.00 | $40.00 |
| Call with M. Craig re concerns about abandonment of duties by current property manager and desire to reach out to tenants (time split evenly between Parkside and Generations matters) | | | | | |
| Maurice VerStandig | Service | 01/09/2025 | 0.55 | $400.00 | $220.00 |
| Detailed e-mail to J. Craig and M. Craig analyzing Parkside claim, cash collateral offer from RRSB, potential issues with perfection of RRSB liens on accounts held by receiver, potential preference claim relating to monies disbursed by receiver to RRSB, court's granting of motion to expedite, potential means of obtaining use of cash collateral without making enormous monthly payments, and strategy for proceeding (time split evenly between Parkside and Generations matters; total of 1.1 hours billed because e-mail is lengthy, contains explanations of both lien avoidance actions and preference actions, and contains analysis of negotiation posture and strategy) | | | | | |
| Maurice VerStandig | Expense | 01/10/2025 | 1.00 | $103.79 | $103.79 |

Mailing: Service of order expediting hearing on first day motions (via third party mailing vendor)

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/15/2025 | 2.05 | $400.00 | $820.00 |

Prepare for first day hearings, including review of filings from bank (.3); calls with C. Stanley to negotiate terms (54 minutes and 7 minutes); calls with J. Craig and M. Craig to prepare testimony, review potential stipulation terms, and go over protocols for hearing (45 minutes and 42 minutes); and review of motions, legal authorities, budgets, UCC issue with funds being held by receiver, and turnover issues (1.2) (no charge for travel time except for time spent reviewing documents while on plane and time spent conferring with client and opposing counsel while driving) (time split evenly between two cases)

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 01/15/2025 | 1.20 | $200.00 | $240.00 |

Case Administration: Printed and organized exhibits for use during first-day motion hearing.

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/16/2025 | 0.70 | $400.00 | $280.00 |

Meet with client, counsel for bank, and bank representatives in advance of first day hearings to negotiate cash collateral stipulation (time split evenly between two cases)

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/16/2025 | 0.10 | $400.00 | $40.00 |

Call with counsel for receiver following first day hearings (time split evenly between two cases)

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 01/16/2025 | 2.10 | $200.00 | $420.00 |

A109 Appear for/attend B110 Case Administration: Attended first-day motion hearing.

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/17/2025 | 0.35 | $400.00 | $140.00 |

Call with C. Stanley re finalization of stipulation on cash collateral, need to ensure some monies are immediately available in operating accounts, need to get final figures from receiver, potential for filing tentative stipulation pending receipt of figures from receiver, communications with receiver and counsel for receiver, and filing logistics (two calls, of 18 minutes and 29 minutes, split evenly between two cases, with .1 deduction - also split between cases - to account for time spent discussing extrinsic matters)

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/17/2025 | 0.40 | $400.00 | $160.00 |

Revise draft cash collateral stipulation to incorporate negotiated changes and e-mail same to J. Craig and M. Craig for review; Review subsequent redline from C. Stanley (time split evenly between two cases)

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/17/2025 | 0.15 | $400.00 | $60.00 |

Calls with M. Craig (16 minutes and 2 minutes) re cash collateral stipulation and certain specific expenses to be incurred in coming days, alongside logistics of seeding new operating accounts and flow of monies through wires versus via check (including discussion of delays to be occasioned if a check is used and funds need to clear an IOLTA account before being disbursed) (time split evenly between two cases)

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/20/2025 | 0.05 | $400.00 | $20.00 |

Invoice # 11133 - 05/16/2026

Call with employee of receiver to confirm wiring instructions; Exchange e-mails with counsel for receiver, in advance of call, to obtain permission to return her client's call seeking to confirm wire instructions (time split evenly between two cases)

| Christianna Cathcart | Service | 01/21/2025 | 1.10 | $200.00 | $220.00 |
|---|---|---|---|---|---|

A103 Draft/revise B110 Case Administration: Reviewed local bankruptcy rules to confirm procedural requirements for updating creditor information. Drafted and filed correspondence to the court to update the address of a creditor on the case docket.

| Christianna Cathcart | Service | 01/30/2025 | 1.20 | $200.00 | $240.00 |
|---|---|---|---|---|---|

A104 Review/analyze B110 Case Administration: Reviewed cash collateral stipulation, analyzing the debtor's use of cash collateral and compliance.

| Maurice VerStandig | Service | 02/03/2025 | 0.10 | $400.00 | $40.00 |
|---|---|---|---|---|---|

Draft and file notice re FDIC insurance of monies being held in trust (time evenly split between two cases)

| Christianna Cathcart | Service | 02/13/2025 | 1.20 | $200.00 | $240.00 |
|---|---|---|---|---|---|

A106 Communicate (with client) B110 Case Administration: Conference call with myself, Mindy, Jesse and Mac to discuss case-related matters.

| Maurice VerStandig | Service | 02/14/2025 | 0.15 | $400.00 | $60.00 |
|---|---|---|---|---|---|

Draft letter to C. Stanley re credentialling for remote "view only" access to bank accounts; Send same to client for review and comment; Send finalized letter to C. Stanley (time split evenly between two cases)

| Christianna Cathcart | Service | 02/17/2025 | 1.00 | $200.00 | $200.00 |
|---|---|---|---|---|---|

A106 Communicate (with client) B110 Case Administration: Phone call with Mindy to review the Monthly Operating Report (MOR). Discussed accuracy, addressed discrepancies, and clarified any outstanding issues for compliance.

| Christianna Cathcart | Service | 02/17/2025 | 0.50 | $200.00 | $100.00 |
|---|---|---|---|---|---|

A104 Review/analyze B110 Case Administration: Reviewed Mindy's supporting documentation for accuracy and completeness.

| Christianna Cathcart | Service | 02/18/2025 | 2.70 | $200.00 | $540.00 |
|---|---|---|---|---|---|

Case Administration: Phone call with Mindy to draft and review the Monthly Operating Report. Drafted supporting documents to accompany the MOR.

| Christianna Cathcart | Service | 02/20/2025 | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|

Case Administration: Reviewed email correspondence regarding case updates and necessary revisions. Amended filing to reflect updated information.

| Christianna Cathcart | Service | 02/25/2025 | 0.70 | $200.00 | $140.00 |
|---|---|---|---|---|---|

Claims Administration and Objections: Reviewed final draft of complaint, assessing legal claims, factual allegations, and potential defenses.

| Maurice VerStandig | Service | 02/26/2025 | 0.05 | $400.00 | $20.00 |
|---|---|---|---|---|---|

E-mail with Starion Bank officer re furnishing view-only log-in credentials for Red River State Bank (time split evenly between two cases)

| Christianna Cathcart | Service | 02/27/2025 | 0.30 | $200.00 | $60.00 |
|---|---|---|---|---|---|

A107 Communicate (other outside counsel) B110 Case Administration: Drafted and sent email to Caren providing updates on the lease agreement and security deposit status.

| Christianna Cathcart | Service | 02/28/2025 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

A106 Communicate (with client) B110 Case Administration: Email to Mindy regarding necessary amendments to schedules.

| Maurice VerStandig | Expense | 03/06/2025 | 0.50 | $111.00 | $55.50 |
|---|---|---|---|---|---|

Mailing: Service of order on expedited cash collateral hearing (cost split evenly between two cases)

| Maurice VerStandig | Service | 03/11/2025 | 0.25 | $400.00 | $100.00 |
|---|---|---|---|---|---|

Call with client re hearing on cash collateral, needed budget updates, strategy for negotiations of potential stipulation, and strategy for hearing (time split evenly between two cases)

| Maurice VerStandig | Service | 03/11/2025 | 0.15 | $400.00 | $60.00 |
|---|---|---|---|---|---|

Call with C. Stanley re potential cash collateral stipulation (time split evenly between two cases)

| Christianna Cathcart | Service | 03/12/2025 | 1.00 | $200.00 | $200.00 |
|---|---|---|---|---|---|

A104 Review/analyze B110 Case Administration: Reviewed Limited Opposition Motion to RRST Motion for Entry, analyzing legal arguments and potential implications for case strategy.

| Christianna Cathcart | Service | 03/14/2025 | 1.00 | $200.00 | $200.00 |
|---|---|---|---|---|---|

Case Administration: Amended bankruptcy schedules to reflect updated financial information provided by Mindy.

| Christianna Cathcart | Service | 03/17/2025 | 2.80 | $200.00 | $560.00 |
|---|---|---|---|---|---|

Case Administration: Prepared Monthly Operating Reports, ensuring accuracy of financial reporting. Drafted supporting exhibits for submission.

| Christianna Cathcart | Service | 03/18/2025 | 1.30 | $200.00 | $260.00 |
|---|---|---|---|---|---|

Invoice # 11133 - 05/16/2026

Case Administration: Reviewed amended petition and schedules for accuracy and completeness. Filed documents with the Bankruptcy Court and effected service on all creditors. Drafted and filed the corresponding COS in compliance with procedural rules.

| Christianna Cathcart | Service | 03/31/2025 | 0.80 | $200.00 | $160.00 |
|---|---|---|---|---|---|

A103 Draft/revise B110 Case Administration: Reviewed RRSB brief, analyzing legal arguments, factual assertions, and supporting case law.

| Christianna Cathcart | Service | 04/15/2025 | 1.80 | $200.00 | $360.00 |
|---|---|---|---|---|---|

A103 Draft/revise B110 Case Administration: Drafted MOR for March, compelling financial data. Prepared and attached all required exhibits.

| Christianna Cathcart | Service | 04/23/2025 | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|

A108 Communicate (other external) B110 Case Administration: Reviewed and emailed new leases to Vogel in compliance with stipulation.

| Christianna Cathcart | Service | 05/02/2025 | 0.30 | $200.00 | $60.00 |
|---|---|---|---|---|---|

A107 Communicate (other outside counsel) B110 Case Administration: Reviewed and emailed new leases to Vogel, in accordance with the terms outlined in the stipulation.

| Christianna Cathcart | Service | 05/02/2025 | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|

Case Administration: Emailed complete bank statements to Trustee, replacing previously submitted statements that were missing pages.

| Christianna Cathcart | Service | 05/12/2025 | 0.30 | $200.00 | $60.00 |
|---|---|---|---|---|---|

A107 Communicate (other outside counsel) B110 Case Administration: Reviewed new lease agreements. Forwarded new lease agreements via email to Vogel in compliance with the terms of the stipulation.

| Christianna Cathcart | Service | 05/13/2025 | 0.60 | $200.00 | $120.00 |
|---|---|---|---|---|---|

A104 Review/analyze L430 Written Motions and Submissions: Reviewed Motion to Compel; evaluated implications for ongoing proceedings. Forwarded motion to Mindy and Jesse for review and internal coordination.

| Christianna Cathcart | Service | 05/15/2025 | 2.50 | $200.00 | $500.00 |
|---|---|---|---|---|---|

A103 Draft/revise B110 Case Administration: Reviewed monthly operating report prepared by Mindy and drafted accompanying notes to clarify figures, explain variances, and ensure the report complies with stipulation.

| Maurice VerStandig | Service | 06/02/2025 | 0.20 | $400.00 | $80.00 |
|---|---|---|---|---|---|

Review e-mail from K. Tanabe re request for receipts; E-mail M. Craig re same; Respond to e-mail from K. Tanabe

| Christianna Cathcart | Service | 06/16/2025 | 1.60 | $200.00 | $320.00 |
|---|---|---|---|---|---|

Invoice # 11133 - 05/16/2026

Review bank statements, invoices, and supporting documentation for Generations monthly operating report (.7); Draft Generations-specific exhibit summaries and financial notes for April report (.6)l Call with M. Craig to discuss outstanding issues with Generations' reporting and confirm figures (.3)

| Christianna Cathcart | Service | 06/24/2025 | 0.50 | $200.00 | $100.00 |
|---|---|---|---|---|---|

Review amended April monthly operating report (.3); File amended April monthly operating report with the Bankruptcy Court (.2).

| Christianna Cathcart | Service | 06/25/2025 | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|

Phone call with M. Craig providing information regarding Mr. Tikka and accompanying invoices.

| Christianna Cathcart | Service | 06/25/2025 | 0.70 | $200.00 | $140.00 |
|---|---|---|---|---|---|

Review monthly operating report and attached invoices (.5); respond to email from K. Tenabe and C. Stanley regarding inquiry into Mr. Tikka (.2).

| Christianna Cathcart | Service | 06/26/2025 | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|

Draft and send detailed email to K. Tanabe and C. Stanley at Vogel Law Firm responding to inquiry regarding Mr. Tikka, including attaching supporting documentation.

| Christianna Cathcart | Service | 07/09/2025 | 0.50 | $200.00 | $100.00 |
|---|---|---|---|---|---|

Draft and send email to M. Craig providing clarification on MOR issues (.1); Review email from S. Wencil regarding monthly operating reports (.1); Review Monthly Operating Report(s) (.3).

| Christianna Cathcart | Service | 07/15/2025 | 0.60 | $200.00 | $120.00 |
|---|---|---|---|---|---|

Call with N. Atkinson regarding monthly operating reports, including explanation of cash receipts/disbursements and attached documents.

| Christianna Cathcart | Service | 07/15/2025 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Email to C. Stanley providing executed commercial leases for record retention

| Christianna Cathcart | Service | 07/15/2025 | 1.10 | $200.00 | $220.00 |
|---|---|---|---|---|---|

Call with M. Craig regarding amendments needed to monthly operating reports and clarification on proper reporting of financial figures.

| Christianna Cathcart | Service | 07/15/2025 | 1.10 | $200.00 | $220.00 |
|---|---|---|---|---|---|

Recalculate and verify receipts and disbursements for January, February, March, April, and May monthly operating reports to ensure accuracy of reported financials.

| Christianna Cathcart | Service | 07/15/2025 | 1.40 | $200.00 | $280.00 |
|---|---|---|---|---|---|

Review June bank statements and financial documents; draft accompanying exhibits and detailed notes for June Monthly Operating Report; file Monthly Operating Report with the Bankruptcy Court.

| Christianna Cathcart | Expense | 07/17/2025 | 1.00 | $144.76 | $144.76 |

Mailing: Printing Subtotal: $71.44
- Credits Applied: $0.00
= Printing: $71.44
+ Postage: $73.32
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 144.76

| Maurice VerStandig | Service | 07/17/2025 | 0.05 | $400.00 | $20.00 |

Exchange e-mails with K. Tenabe re inspection; Check cash collateral stipulation for terms re same (time split evenly between two cases)

| Christianna Cathcart | Service | 07/17/2025 | 0.50 | $200.00 | $100.00 |

Serve Discovery and Scheduling Order issued by the Court (.2); draft and file certificate of service (.2).

| Christianna Cathcart | Service | 07/22/2025 | 0.10 | $200.00 | $20.00 |

Call with N. Atikson regarding amendments to monthly operating reports.

| Christianna Cathcart | Service | 07/28/2025 | 0.30 | $200.00 | $60.00 |

Began review of amended filings and supporting materials.

| Christianna Cathcart | Service | 07/29/2025 | 1.30 | $200.00 | $260.00 |

Call with N. Atkinson regarding February Monthly Operating Report and strategy for reconciling receipts/ disbursements.

| Christianna Cathcart | Service | 07/29/2025 | 6.70 | $200.00 | $1,340.00 |

Drafted amended Monthly Operating Reports for February through June, reviewed bank statements, cash flow reports, and balance sheets; excluded non-operational transfers (e.g., security deposits); reconciled disbursements and receipts.

| Christianna Cathcart | Service | 07/30/2025 | 2.40 | $200.00 | $480.00 |

Drafted amended Monthly Operating Reports for February, March, May, and June, including explanations of cash flow discrepancies and account balances.

| Christianna Cathcart | Service | 07/30/2025 | 1.10 | $200.00 | $220.00 |

Continued drafting exhibits for May and June Monthly Operating Reports.

| Christianna Cathcart | Service | 07/31/2025 | 0.40 | $200.00 | $80.00 |

Generated February through June Monthly Operating Reports for M. Craig's signature (.3); uploaded reports to Dropbox for M. Craig and U.S. Trustee review (.1)

| Christianna Cathcart | Service | 08/01/2025 | 0.60 | $200.00 | $120.00 |

Call with N. Atkinson regarding outstanding Monthly Operating Reports and trustee review expectations.

| Christianna Cathcart | Service | 08/04/2025 | 0.20 | $200.00 | $40.00 |

Email to K. Tanabe regarding treatment of selling expenses in monthly operating reports (.1); Email to M. Craig seeking clarification on categorization of selling expenses (.1)

| Christianna Cathcart | Service | 08/04/2025 | 0.80 | $200.00 | $160.00 |

Review N. Atkinson's comments on prior submissions and revise exhibits accordingly for updated MOR filings.

| Christianna Cathcart | Service | 08/11/2025 | 0.80 | $200.00 | $160.00 |

Review Supplement to Opposition to Motion to Dismiss filed by RRSB.

| Christianna Cathcart | Service | 08/14/2025 | 0.80 | $200.00 | $160.00 |

Draft and file certificate of service for Order Granting Third Cash Collateral Stipulation (.6); Review and upload Order Granting Third Cash Collateral Stipulation (.2)

| Christianna Cathcart | Service | 08/15/2025 | 2.70 | $200.00 | $540.00 |

Call with M. Craig regarding July Monthly Operating Reports (.4); Review draft July Monthly Operating Reports and supporting financial entries (1); Draft exhibits including receipts/disbursements and account summaries (1.2); File final July Monthly Operating Reports with the Court (.1)

| Christianna Cathcart | Service | 08/22/2025 | 2.40 | $200.00 | $480.00 |

Draft detailed responses to K. Tanabe's inquiries regarding inconsistencies in reported expenses and internal ledgers to provide clarifications.

| Christianna Cathcart | Service | 08/25/2025 | 0.80 | $200.00 | $160.00 |

Review K. Tanabe's feedback regarding expense clarification (.4); Draft and send follow-up responses to J. Craig and M. Craig addressing expense issues (.2); Send updated leases to C. Stanley for ongoing compliance review (.2)

| Christianna Cathcart | Service | 09/15/2025 | 1.50 | $200.00 | $300.00 |

Review August Monthly Operating Reports and supporting bank records; complete draft of accompanying exhibits

Invoice # 11133 - 05/16/2026

and MOR notes for both entities.

| Christianna Cathcart | Service | 10/01/2025 | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|

Send updated lease documents to C. Stanley for inclusion in supplemental disclosure.

| Maurice VerStandig | Service | 10/05/2025 | 0.15 | $400.00 | $60.00 |
|---|---|---|---|---|---|

Draft and file renewed cash collateral motion (time evenly split between two matters)

| Christianna Cathcart | Service | 10/13/2025 | 1.70 | $200.00 | $340.00 |
|---|---|---|---|---|---|

Search internal case files and accounting records for historical payment information to Red River State Bank; forward payment history to M. Craig.

| Christianna Cathcart | Service | 10/14/2025 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Email to C. Stanley transmitted newly executed leases

| Christianna Cathcart | Service | 10/15/2025 | 2.50 | $200.00 | $500.00 |
|---|---|---|---|---|---|

Review and redraft Monthly Operating Report/reconcile financials (.1.6); Draft accompanying notes and format corresponding exhibits (.9)

| Maurice VerStandig | Service | 11/06/2025 | 0.05 | $400.00 | $20.00 |
|---|---|---|---|---|---|

Call with bank to confirm wire instructions (time evenly split between two matters)

| Christianna Cathcart | Service | 11/17/2025 | 2.20 | $200.00 | $440.00 |
|---|---|---|---|---|---|

Communicate with M. Craig regarding October monthly operating report and outstanding documentation (0.2); Draft exhibits for October monthly operating report (1.5); and Review draft exhibits and full October monthly operating report for accuracy and completeness (0.5)

| Christianna Cathcart | Service | 12/05/2025 | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|

Review IOLTA account records and transaction history at the request of M. Craig in connection with trust account reconciliation.

| Christianna Cathcart | Service | 12/10/2025 | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|

Call with M. Craig to confirm deadline for filing brief in opposition to motion to convert (.1); Respond to inquiry from M. Craig regarding IOLTA account and upcoming monthly operating report (.2); Send email to C. Stanley providing updated lease for record and financial reporting (.1)

| Christianna Cathcart | Service | 12/15/2025 | 1.10 | $200.00 | $220.00 |
|---|---|---|---|---|---|

Call with M. Craig regarding financial reporting and status of monthly operating report (.1); Review draft of monthly operating report for accuracy and completeness (.2); Draft exhibits for monthly operating report, including bank

Invoice # 11135 - 05/16/2026

statements, reconciliations, and income/expense details (.8)

| Christianna Cathcart | Service | 12/24/2025 | 0.30 | $200.00 | $60.00 |

Draft and send email to M. Craig inquiring about renewal of certificate of insurance (COI) and explaining fluctuation in monthly cleaning expenses (.1); Send email to K. Tanabe providing copy of current insurance policy (.1); follow-up email to K. Tanabe explaining increase in cleaning expenses and impact on monthly reports (.1)

| Christianna Cathcart | Service | 12/29/2025 | 0.20 | $200.00 | $40.00 |

Send email to M. Craig requesting COI from insurance broker for updated lease requirements (.1); Send email to M. Craig requesting copy of White Glove cleaning service receipt for monthly operating report (.1)

| Christianna Cathcart | Service | 01/06/2026 | 0.50 | $200.00 | $100.00 |

Review docket entries and emails from Red River State Bank regarding payoff statement and lien resolution.

| Christianna Cathcart | Service | 01/15/2026 | 1.60 | $200.00 | $320.00 |

Review monthly operating report and draft detailed notes and exhibits for submission, including financial breakdowns and supporting documentation.

| Christianna Cathcart | Service | 01/22/2026 | 0.10 | $200.00 | $20.00 |

Phone conversation with M. Craig discussing deposition.

| Christianna Cathcart | Service | 01/27/2026 | 0.10 | $200.00 | $20.00 |

Send email to C. Stanley providing additional lease document.

| Christianna Cathcart | Service | 02/06/2026 | 0.10 | $200.00 | $20.00 |

Send email to C. Stanley providing updated lease documents for file and reporting purposes.

| Christianna Cathcart | Service | 02/16/2026 | 0.90 | $200.00 | $180.00 |

Review and draft monthly operating report, including reconciliation and trustee-compliant exhibits.

| Christianna Cathcart | Service | 02/17/2026 | 0.10 | $200.00 | $20.00 |

Send email to C. Stanley providing new and updated lease documents for file and reporting purposes.

| Maurice VerStandig | Service | 02/20/2026 | 0.40 | $400.00 | $160.00 |

Review bank edits to CRO agreement and implement same (.1); Detailed e-mail to M. Schmitz, attaching CRO agreement and discussing revised scope of proposed engagement (.3)

| Christianna Cathcart | Service | 02/27/2026 | 0.10 | $200.00 | $20.00 |

Send email to C. Stanley providing updated lease documents on behalf of Generations

| Maurice VerStandig | Service | 03/08/2026 | 0.20 | $400.00 | $80.00 |
|---|---|---|---|---|---|

Detailed e-mail to M. Schmitz re case status, TIF financing, mediation, and next steps

| Maurice VerStandig | Service | 03/09/2026 | 0.50 | $400.00 | $200.00 |
|---|---|---|---|---|---|

Call with M. Schmitz re case status, contours of plans on file, claims against bank, potential claims against insiders, pending derivative standing motion, and mediation

| Maurice VerStandig | Service | 03/11/2026 | 1.20 | $400.00 | $480.00 |
|---|---|---|---|---|---|

Call with CRO and counsel for RRSB re case overview, deadlines, bank's concerns; Call with CRO, immediately following call with RRSB's counsel (on same conference line, without commencing new call or new billable tracking entry) re same and potential procedural compromises

| Christianna Cathcart | Service | 03/12/2026 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Send email to C. Stanley providing additional lease documentation for file and reporting purposes.

| Maurice VerStandig | Service | 03/22/2026 | 0.30 | $400.00 | $120.00 |
|---|---|---|---|---|---|

Review notes and Aarestad affidavits re same, forwarding documents to M. Schmitz for review

| Maurice VerStandig | Service | 03/23/2026 | 0.70 | $400.00 | $280.00 |
|---|---|---|---|---|---|

Call with D. Hushka re procedural agreement to be memorialized (.2); Draft stipulation memorializing same (.5) and send draft to M. Schmitz and D. Hushka for review and comment (short e-mails do not change total billable time)

| Christianna Cathcart | Service | 03/25/2026 | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|

Download February monthly operating report and send to N. Atkinson and S. Wencil.

| Christianna Cathcart | Service | 03/26/2026 | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|

Attach exhibits to February monthly operating report and provide to N. Atkinson for review.

| Christianna Cathcart | Service | 04/15/2026 | 1.10 | $200.00 | $220.00 |
|---|---|---|---|---|---|

Phone call with M. Craig regarding March monthly operating report and outstanding items (.2); Review March monthly operating report and draft supporting exhibits (.7); File March monthly operating report with the Bankruptcy Court (.2)

| Maurice VerStandig | Service | 04/21/2026 | 0.20 | $400.00 | $80.00 |
|---|---|---|---|---|---|

Call with M. Schmitz re case status, mediation, property management, potential agreement terms, and litigation rights

Invoice # 11135 - 05/16/2026

| Christianna Cathcart | Service | 04/21/2026 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Send email to C. Stanley transmitting updated leases for review.

| Maurice VerStandig | Service | 05/05/2026 | 0.10 | $400.00 | $40.00 |
|---|---|---|---|---|---|

Call with M. Schmitz re terms of agreement to extend disclosure statement hearing

| Maurice VerStandig | Service | 05/08/2026 | 0.70 | $400.00 | $280.00 |
|---|---|---|---|---|---|

Call with M. Schmitz, D. Murch, J. Craig and M. Craig re potential plan structure, concerns about same, and expectations in advance of mediation

| Maurice VerStandig | Service | 05/08/2026 | 0.10 | $400.00 | $40.00 |
|---|---|---|---|---|---|

Call with M. Schmitz following call with equity in advance of mediation, including discussion of terms to be inserted into draft plan

**Non-billable entries**

| Christianna Cathcart | Service | 01/16/2025 | 6.30 | $200.00 | $1,260.00 |
|---|---|---|---|---|---|

A111 Other B195 Non-Working Travel: Travel to Fargo for in-person attendance at hearing

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 71.2 | $200.00 | $14,240.00 |
| Maurice VerStandig | 12.5 | $400.00 | $5,000.00 |
| | | **Subtotal** | **$19,544.05** |

## 00512-Generations on 1st, LLC

## Plan and Disclosure Statement

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 05/03/2025 | 4.30 | $400.00 | $1,720.00 |

Draft plan of reorganization, schedule of creditor classes, and amortization schedules, including review of claims register, review of adversary litigation, review of pro formas, review of pertinent statutory provisions, review of TIF agreement, review of operating reports and detailed conversation with client re plan components (phone call was 46 minutes, which is subsumed in - and not billed separately from - this time entry)

| Maurice VerStandig | Service | 02/10/2026 | 1.20 | $400.00 | $480.00 |
|---|---|---|---|---|---|

| Revise Generations plan and disclosure statement, using existing Parkside drafts as template for modifications | | | | |
|---|---|---|---|---|
| Maurice VerStandig | Service | 05/08/2026 | 1.20 | $400.00 | $480.00 |

Review and modify draft plan for discussion purposes in advance of mediation

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 6.7 | $400.00 | $2,680.00 |
| | | Subtotal | $2,680.00 |

## 00514-Generations on 1st, LLC

## Fee and Employment Applications

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 01/06/2025 | 0.30 | $200.00 | $60.00 |

Fee and Employment Applications: Drafted and filed an employment application on behalf of Christianna A. Cathcart..

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 0.3 | $200.00 | $60.00 |
| | | Subtotal | $60.00 |

## 00524-Generations on 1st, LLC

## Cash Collateral

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| | | Subtotal | $0.00 |

| | | Total | $22,284.05 |
|---|---|---|---|

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11133 | 06/15/2026 | $22,284.05 | $0.00 | $22,284.05 |
| | | | **Outstanding Balance** | **$22,284.05** |
| | | | **Total Amount Outstanding** | **$22,284.05** |

Please make all amounts payable to: The VerStandig Law Firm, LLC

Please pay within 30 days.