# The VerStandig Law Firm, LLC

## INVOICE

9812 Falls Road, #114-160
Potomac, MD 20854

Invoice # 11132
Date: 05/16/2026
Due On: 06/15/2026

Watertown Apartment Cases

## 00519-Watertown Apartment Cases

## Case Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/04/2026 | 0.80 | $400.00 | $320.00 |

Call with J. Craig and M. Craig re potential sale-based plan of reorganization, management of TIF issue with WDC, and next steps in two cases [NOTE: This is the first time entry where this billable matter is being used solely for Generations on 1st, LLC and Parkside Place, LLC, with all time from this date forward to be split between these two entities and not jointly charged to the estate of The Ruins, LLC]

| Maurice VerStandig | Service | 01/04/2026 | 0.40 | $400.00 | $160.00 |

Draft letter to counsel for RRSB, outlining terms of potential sale-based plan (0.4); E-mail same to client for review and comment (no added time)

| Maurice VerStandig | Service | 01/05/2026 | 0.10 | $400.00 | $40.00 |

E-mail to counsel for RRSB re logistics of cash collateral motion and timing

| Maurice VerStandig | Service | 01/05/2026 | 0.30 | $400.00 | $120.00 |

Call with K. Tanabe re disclosure statement hearing, treatment of WDC claim in plans, potential for sale-centric plans, and potential continuance of hearing

| Christianna Cathcart | Service | 01/08/2026 | 0.20 | $200.00 | $40.00 |

Review RRSB proof of claim and forward to J. Craig at his request for review and strategic evaluation.

| Maurice VerStandig | Service | 01/09/2026 | 0.20 | $400.00 | $80.00 |

Call with M. Schmitz re potential service as CRO

| Maurice VerStandig | Service | 01/10/2026 | 0.30 | $400.00 | $120.00 |

Draft and file sixth cash collateral motion alongside accompanying motion to expedite and budget exhibits

| Christianna Cathcart | Service | 01/12/2026 | 0.20 | $200.00 | $40.00 |

Invoice # 11132 - 05/16/2026

Review emails from J. Craig regarding case status and next procedural steps.

| Maurice VerStandig | Service | 01/15/2026 | 0.70 | $400.00 | $280.00 |
|---|---|---|---|---|---|

Call with J. Craig and M. Craig re forthcoming hearing on cash collateral, potential employment of a CRO, and timing for plan amendments and disclosure statement amendments as well as how same will be impacted based on CRO engagement

| Maurice VerStandig | Service | 01/18/2026 | 0.10 | $400.00 | $40.00 |
|---|---|---|---|---|---|

E-mail to J. Craig, M. Craig and M. Schmitz to make introductions and set up call to further discuss potential CRO engagement

| Maurice VerStandig | Service | 01/20/2026 | 1.50 | $400.00 | $600.00 |
|---|---|---|---|---|---|

Call with counsel for WDC and RRSB re TIF treatment in plans (time includes group call with both sets of counsel as well as follow up call solely with counsel for RRSB)

| Christianna Cathcart | Service | 01/20/2026 | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|

Send email to C. Frisk and D. Frisk arranging M. Craig's deposition and confirming availability (.3); Phone conversation with M. Craig discussing deposition rescheduling and coordinating logistics (.1).

| Christianna Cathcart | Service | 01/20/2026 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Send email to C. Stanley providing updated lease documents for landlord recordkeeping.

| Maurice VerStandig | Service | 01/22/2026 | 0.40 | $400.00 | $160.00 |
|---|---|---|---|---|---|

Draft application to employ M. Schmitz as CRO (0.3); E-mail same to client for review and approval and e-mail M. Schmitz to clarify hourly rate (.1)

| Maurice VerStandig | Service | 01/22/2026 | 0.20 | $400.00 | $80.00 |
|---|---|---|---|---|---|

Call with J. Craig and M. Craig re approval of CRO application and proposal on cash collateral

| Christianna Cathcart | Service | 01/23/2026 | 2.10 | $200.00 | $420.00 |
|---|---|---|---|---|---|

Attend M. Craig deposition.

| Maurice VerStandig | Service | 02/02/2026 | 0.30 | $400.00 | $120.00 |
|---|---|---|---|---|---|

Review and revise cash collateral stipulation and send same to opposing counsel for review and comment

| Maurice VerStandig | Service | 02/02/2026 | 0.20 | $400.00 | $80.00 |
|---|---|---|---|---|---|

Call with J. Craig and M. Craig re cash collateral stipulation and status of CRO negotiations with bank

| Maurice VerStandig | Service | 02/04/2026 | 0.10 | $400.00 | $40.00 |
|---|---|---|---|---|---|

Call with M. Craig re new cases, advising Craig defendants need own counsel and noting appearance in mail means defendants have been served

| Maurice VerStandig | Service | 02/12/2026 | 1.40 | $400.00 | $560.00 |
|---|---|---|---|---|---|

Attend hearings (via Zoom) on application to employ CRO, scheduling of disclosure statement approval, and scheduling of adversary proceeding against RRSB

| Maurice VerStandig | Service | 02/19/2026 | 0.60 | $400.00 | $240.00 |
|---|---|---|---|---|---|

Calls with J. Craig and M. Craig re engaging second CRO (25 mins, 9 mins)

| Maurice VerStandig | Service | 02/19/2026 | 1.00 | $400.00 | $400.00 |
|---|---|---|---|---|---|

Draft CRO agreement (.7); Calls with J. Craig (4 mins, 9 mins) to review provisions thereof and discuss scope of duties and termination allowances; Draft notice and file CRO agreement (less than 5 minutes)

| Maurice VerStandig | Service | 02/19/2026 | 0.10 | $400.00 | $40.00 |
|---|---|---|---|---|---|

Exchange e-mails with T. Gavin re potential engagement and desire to set up interview

| Maurice VerStandig | Service | 02/20/2026 | 0.60 | $400.00 | $240.00 |
|---|---|---|---|---|---|

Call with J. Craig, M. Craig and T. Gavin re potential for T. Gavin to become CRO

| Maurice VerStandig | Service | 02/20/2026 | 0.50 | $400.00 | $200.00 |
|---|---|---|---|---|---|

Call with T. Gavin re case background and CRO needs

| Maurice VerStandig | Service | 02/20/2026 | 0.10 | $400.00 | $40.00 |
|---|---|---|---|---|---|

Call with T. Gavin to indicate he will be engaged as CRO for Parkside Place; Call with K. Tanabe re same (block billed because .1 in the aggregate)

| Maurice VerStandig | Service | 02/20/2026 | 0.10 | $400.00 | $40.00 |
|---|---|---|---|---|---|

Review e-mail from D. Murch re representation of equity/third parties and respond to same

| Christianna Cathcart | Service | 02/26/2026 | 0.00 | $200.00 | $0.00 |
|---|---|---|---|---|---|

[REMOVED - ENTRY NOT BILLED - TIMEKEEPER DISCRETION]

| Maurice VerStandig | Service | 03/12/2026 | 0.50 | $400.00 | $200.00 |
|---|---|---|---|---|---|

Draft opposition to motion for derivative standing and e-mail same to CROs for review and comment

| Time Keeper | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 03/13/2026 | 0.30 | $400.00 | $120.00 |

Review comments from CROs and incorporate same into brief in opposition to motion for derivative standing

| Maurice VerStandig | Service | 03/15/2026 | 0.40 | $400.00 | $160.00 |

Draft motion to extend deadline to object to bank's disclosure statements

| Maurice VerStandig | Service | 03/15/2026 | 0.20 | $400.00 | $80.00 |

Review CRO comments to draft motion to extend deadline, incorporate same, and file motion

| Maurice VerStandig | Service | 03/16/2026 | 0.20 | $400.00 | $80.00 |

Call with M. Craig re status of operating reports (5 mins); Exchange e-mails with CROs re filing of reports for February and who is proper party to sign same

| Maurice VerStandig | Service | 04/21/2026 | 0.70 | $400.00 | $280.00 |

Call with D. Murch, J. Craig and M. Craig re status of cases, mediation, insurance and operating reports

| Maurice VerStandig | Service | 04/26/2026 | 0.20 | $400.00 | $80.00 |

E-mail to CROs re mediation statements and potential termination of joint administration

| Maurice VerStandig | Service | 04/27/2026 | 1.60 | $400.00 | $640.00 |

Draft confidential mediation memo and send same to CROs for review and comment

| Maurice VerStandig | Service | 05/05/2026 | 0.30 | $400.00 | $120.00 |

Call with D. Murch and J. Craig re case status and upcoming mediation

| Maurice VerStandig | Service | 05/07/2026 | 1.40 | $400.00 | $560.00 |

Calls with (i) K. Tanabe and C. Stanley (50 mins); (ii) M. Schmitz (9 mins); (iii) T. Gavin (4 mins); and (iv) D. Murch (14 mins, 7 mins) re potential global settlement

| Maurice VerStandig | Service | 05/12/2026 | 7.50 | $400.00 | $3,000.00 |

Attend mediation in Minneapolis, MN

| Christianna Cathcart | Service | 05/12/2026 | 7.50 | $200.00 | $1,500.00 |

Attend mediation in Minneapolis, MN

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|

| | | | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | | | 10.5 | $200.00 | $2,100.00 |
| Maurice VerStandig | | | 23.3 | $400.00 | $9,320.00 |
| | | | | **Subtotal** | **$12,300.00** |

## 00529-Watertown Apartment Cases

## Adversary Proceeding Against Red River State Bank

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/06/2026 | 2.90 | $400.00 | $1,160.00 |
| Research and draft motion to dismiss/strike counterclaim and third-party complaint | | | | | |
| Maurice VerStandig | Service | 01/07/2026 | 0.20 | $400.00 | $80.00 |
| Attend scheduling conference (via Zoom) | | | | | |
| Christianna Cathcart | Service | 01/07/2026 | 0.20 | $200.00 | $40.00 |
| Attend scheduling conference (via Zoom) | | | | | |
| Christianna Cathcart | Service | 01/16/2026 | 0.90 | $200.00 | $180.00 |
| Phone call with D. Frisk to review joinder and coordinate litigation strategy in pending adversary proceeding. | | | | | |
| Maurice VerStandig | Service | 01/27/2026 | 0.60 | $400.00 | $240.00 |
| Review amended answer and counterclaim alongside new AP brought by RRSB against insiders (but not debtors) (0.4); Assess implications of avoidance actions being prosecuted by creditor and e-mail J. Craig, M. Craig and M. Schmitz re same and potential next steps (.2) | | | | | |
| Maurice VerStandig | Service | 02/16/2026 | 2.10 | $400.00 | $840.00 |
| Draft answer and affirmative defenses to counterclaim (including detailed review of counterclaim) (1.9); Call with J. Craig to verify nature of claims to be admitted and nature of claims to be denied (.2) | | | | | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 1.1 | $200.00 | $220.00 |
| Maurice VerStandig | 5.8 | $400.00 | $2,320.00 |
| | | **Subtotal** | **$2,540.00** |

Invoice # 11132 - 05/16/2026

## 00615-Watertown Apartment Cases

## Plan and Disclosure Statement

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/05/2026 | 0.60 | $400.00 | $240.00 |
| Review affidavit filings from RRSB (.4); Detailed e-mail to J. Craig and M. Craig re potential impact of same and subpoenas served, discussing potential interest in continuing hearing to avoid Fifth Amendment issues (.2) | | | | | |
| Maurice VerStandig | Service | 01/07/2026 | 0.80 | $400.00 | $320.00 |
| Attend hearing on approval of disclosure statements (via Zoom) | | | | | |
| Christianna Cathcart | Service | 01/07/2026 | 0.80 | $200.00 | $160.00 |
| Attend hearing on approval of disclosure statements (via Zoom) | | | | | |
| Maurice VerStandig | Service | 01/22/2026 | 0.20 | $400.00 | $80.00 |
| Call with J. Feist re TIF treatment in plans | | | | | |
| Maurice VerStandig | Service | 02/09/2026 | 0.20 | $400.00 | $80.00 |
| Call with counsel for WDC re plan treatment | | | | | |
| Maurice VerStandig | Service | 02/10/2026 | 0.10 | $400.00 | $40.00 |
| Call with J. Craig and M. Craig re authority to file amended plan for Parkside and to conform and file plan for Generations as well | | | | | |
| Maurice VerStandig | Service | 05/15/2026 | 0.20 | $400.00 | $80.00 |
| Call with D. Murch, J. Craig and M. Craig re potential plan terms | | | | | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 0.8 | $200.00 | $160.00 |
| Maurice VerStandig | 2.1 | $400.00 | $840.00 |
| | | **Subtotal** | **$1,000.00** |

| | | | |
|---|---|---|---|
| | | **Total** | **$15,840.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11079 | 01/31/2026 | $44,159.33 | $0.00 | $44,159.33 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11132 | 06/15/2026 | $15,840.00 | $0.00 | $14,960.00 |
| | | | **Outstanding Balance** | **$59,119.33** |
| | | | **Total Amount Outstanding** | **$59,119.33** |

Please make all amounts payable to: The VerStandig Law Firm, LLC

Please pay within 30 days.