Label Matrix for local noticing
0868-3
Case 25-30002
District of North Dakota
Fargo
Sun May 31 20:29:31 CDT 2026

Generations on 1st LLC
1405 1st Avenue N
Fargo, ND 58102-4203

Parkside Place LLC
1405 1st Ave N
P.O. Box 426
Fargo, ND 58107-0426

Red River State Bank
Attn:  Caren W. Stanley
Vogel  Law Firm.
PO Box 1389
Fargo, ND 58107-1389

United States Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Watertown Development Company
1 East Kemp Avenue
Watertown, SD 57201-3606

U.S. BANKRUPTCY COURT
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932

Addison Rassel & Weston Weber
26 1st Avenue SW
Unit 3513
Watertown, SD 57201-4256

Alexis Burbach
26 1st Avenue SW
Unit 3310
Watertown, SD 57201-4236

Alexis Willett
26 1st Avenue SW
Unit 3318
Watertown, SD 57201-4236

Allie Weiss
26 1st Avenue SW
Unit 3403
Watertown, SD 57201-4237

Allison Foote
26 1st Avenue SW
Unit 3213
Watertown, SD 57201-4200

Allyssa Kirchberg
26 1st Avenue SW
Unit 3315
Watertown, SD 57201-4236

Automatic Building Controls, Inc.
4300 W 61st St N
Sioux Falls, SD 57107-6474

Baete-Forseth HVAC
4700 N. Northview Ave
Sioux Falls, SD 57107-0869

Barb Wegman
26 1st Avenue SW
Unit 3311
Watertown, SD 57201-4236

Barbara Goens
26 1st Avenue SW
Unit 3301
Watertown, SD 57201-4236

Blacktail Investments, LLC
PO Box 629
Fargo, ND 58107-0629

Blake Theisen
26 1st Avenue SW
Unit 3316
Watertown, SD 57201-4236

Brianna Pederson
26 1st Avenue SW
Unit 3305
Watertown, SD 57201-4236

CP Business Management, Inc.
1401 1st Ave N
B
Fargo, ND 58102-4203

Cannon Electric LLC
708 9th Ave SE
308
Watertown, SD 57201-5222

Caren Stanley, Esq.
Vogel Law Firm
218 NP Avenue
Fargo, ND 58102-4834

Carrico Law Office
657 W Kemp Ave
Watertown, SD 57201-2249

Casey Kirley
26 1st Avenue SW
Unit 3206
Watertown, SD 57201-4200

Charles Olson
26 1st Avenue SW
Unit 3501
Watertown, SD 57201-4256

Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N, Suite B PMB 24
Fargo, North Dakota 58102-4246

Clarity Telecom, LLC
d/b/a Bluepeak Fiber
7979 E. Tufts Ave Suite 850
Denver, CO 80237-2845

Clayton Alban
26 1st Avenue SW
Unit 3313
Watertown, SD 57201-4236

Codington County Treasurer
14 1st Ave SE
Watertown, SD 57201-3611

County Fair Foods of Watertown Inc.
14 2nd St NE
Watertown, SD 57201-3622

Cynthia Wells
26 1st Avenue SW
Unit 3407
Watertown, SD 57201-4237

Dakota Clean, LLC
509 9th Ave S
Clear Lake, SD 57226-2166

Daryl Tapio
26 1st Avenue SW
Unit 3413
Watertown, SD 57201-4237

Dionne Zweig
26 1st Avenue SW
Unit 3412
Watertown, SD 57201-4237

Douglas Murch
Conmy Feste Ltd.
3369 45th Street South
Fargo, ND 58104-8988

Ethaniel Wellnitz
26 1st Avenue SW
Unit 3502
Watertown, SD 57201-4256

GT Brothers, LLC
14 2nd St NE
Watertown, SD 57201-3622

George's Sanitation Inc
3367 12th Ave NW
Watertown, SD 57201-7225

HME Companies, LLC
432 5th Street
Brookings, SD 57006-2007

HME Companies, LLC
Attn: Lane Warzecha
432 5th Street
Brookings, SD 57006-2007

Hali Anderson & Daniel Williams
26 1st Avenue SW
Unit 3512
Watertown, SD 57201-4256

Helga Myers
26 1st Avenue SW
Unit 3205
Watertown, SD 57201-4200

Ike's Window Washing, LLC
1126 E Kemp Ave
Watertown, SD 57201-3755

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jacob Kranz & Sierra Overshiner
26 1st Avenue SW
Unit 3510
Watertown, SD 57201-4256

Jacobe Tramp
26 1st Avenue SW
Unit 3416
Watertown, SD 57201-4237

Jesse and Marie Heer
26 1st Avenue SW
Unit 3404
Watertown, SD 57201-4237

John Timmons
26 1st Avenue SW
Unit 3505
Watertown, SD 57201-4256

Joni Dystra
26 1st Avenue SW
Unit 3209
Watertown, SD 57201-4200

Jordan Jierman
26 1st Avenue SW
Unit 3214
Watertown, SD 57201-4200

Joshua Escamilla-Vigil
26 1st Avenue SW
Unit 3516
Watertown, SD 57201-4256

Judith Zirbel
26 1st Avenue SW
Unit 3201
Watertown, SD 57201-4200

Justice Fire & Safety, Inc.
3601 N. Potsdam Avenue
Sioux Falls, SD 57104-7032

Karen Jensen
26 1st Avenue SW
Unit 3410
Watertown, SD 57201-4237

Keegan Schelle
26 1st Avenue SW
Unit 3309
Watertown, SD 57201-4236

Kendell Gronholz & Cole Gilsdorf
26 1st Avenue SW
Unit 3208
Watertown, SD 57201-4200

Kyle Marx & Dawson Treeby
26 1st Avenue SW
Unit 3405
Watertown, SD 57201-4237

Kyle Wisseman
26 1st Avenue SW
Unit 3308
Watertown, SD 57201-4236

LaVerne Coyle
26 1st Avenue SW
Unit 3408
Watertown, SD 57201-4237

Lew Knapp
26 1st Avenue SW
Unit 3216
Watertown, SD 57201-4200

Liberty Mutual Group Inc.
175 Berkeley Street
Boston, MA 02116-3350

Lois Stadheim
26 1st Avenue SW
Unit 3207
Watertown, SD 57201-4200

Lorna Harstad
26 1st Avenue SW
Unit 3401
Watertown, SD 57201-4237

Lynelle Herstedt
26 1st Avenue SW
Unit 3506
Watertown, SD 57201-4256

Madison Premus
26 1st Avenue SW
Unit 3509
Watertown, SD 57201-4256

Marilyn Boik
26 1st Avenue SW
Unit 3210
Watertown, SD 57201-4200

Marissa Rober
26 1st Avenue SW
Unit 3418
Watertown, SD 57201-4237

Marli Schippers
Nooney & Solay, LLP
326 Founders Park
Rapid City, SD 57701-8090

Mason McDonald
26 1st Avenue SW
Unit 3517
Watertown, SD 57201-4256

Mulinda Craig
c/o Douglas Murch
Conmy Feste Ltd.
3369 45th Street South
Fargo, ND 58104-8988

Mulinda Sue Craig
PO Box 426
Fargo, ND 58107-0426

Nicholas Petersen
26 1st Avenue SW
Unit 3508
Watertown, SD 57201-4256

Nick Kasten & Karly Monnier
26 1st Avenue SW
Unit 3414
Watertown, SD 57201-4237

Orley Wangsness
26 1st Avenue SW
Unit 3307
Watertown, SD 57201-4236

Paige Hall
26 1st Avenue SW
Unit 3317
Watertown, SD 57201-4236

Phyllis Jackson
26 1st Avenue SW
Unit 3204
Watertown, SD 57201-4200

Piper Naughton
26 1st Avenue SW
Unit 3417
Watertown, SD 57201-4237

Ray Bradbury
26 1st Avenue SW
Unit 3504
Watertown, SD 57201-4256

Reagan Crandall
26 1st Avenue SW
Unit 3303
Watertown, SD 57201-4236

Red River State Bank
114 N Mill St
PO Box 98
Fertile, MN 56540-0098

Red River State Bank
c/o Caren W. Stanley
Vogel Law Firm
PO Box 1389
Fargo, ND  58107-1389

Red River State Bank
c/o Kesha L. Tanabe
Vogel Law Firm
PO Box 1389
Fargo ND 58107-1389

Red River State Bank
c/o: Drew J. Hushka
Vogel Law Firm
PO Box 1389
Fargo ND  58107-1389

Renee Hanlon
26 1st Avenue SW
Unit 3201
Watertown, SD 57201-4200

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Saylor Hallstrom
26 1st Avenue SW
Unit 3415
Watertown, SD 57201-4237

Schumacher Elevator Company
One Schumacher Way
Denver, IA 50622

Selmer Hatlestad
26 1st Avenue SW
Unit 3402
Watertown, SD 57201-4237

Sheila Kammerer
26 1st Avenue SW
Unit 3203
Watertown, SD 57201-4200

Sherma George Gore
26 1st Avenue SW
Unit 3514
Watertown, SD 57201-4256

South Dakota Department of Revenue
445 E. Capitol Avenue
Pierre, SD 57501-3100

Steven Almquist
26 1st Avenue SW
Unit 3518
Watertown, SD 57201-4256

Steven Rosbach
26 1st Avenue SW
Unit 3304
Watertown, SD 57201-4236

Tha Dah Htoo & Ta Mala Wah
26 1st Avenue SW
Unit 3312
Watertown, SD 57201-4236

Tiara Dehoet & Lucas Simon
26 1st Avenue SW
Unit 3306
Watertown, SD 57201-4236

Verna Olson
26 1st Avenue SW
Unit 3215
Watertown, SD 57201-4200

Watertown Development Company
c/o David R. Strait
Austin,Strait,Benson,Thole&Koehn LLP
25 First Avenue Southwest
Watertown, SD 57201-3507

Watertown Development Company
c/o Jordan Feist
PO Box 5027
300 South Phillips Ave., Suite 300
Sioux Falls, SD 57104-6322

Watertown Municipal Utilities
901 4th Ave SW
Watertown, SD 57201-4106

Watertown Senior Activity Center
26 1st Ave SW
Suite 101
Watertown, SD 57201-4268

White Glove Cleaning
17892 449th Ave
Hayti, SD 57241-5223

White Glove Cleaning Service, LLC
2340 S Ellis RD
Apartment 100
Sioux Falls, SD 57106-7134

Willow Seurer
26 1st Avenue SW
Unit 3503
Watertown, SD 57201-4256

Zihui Gong
26 1st Avenue SW
Unit 3515
Watertown, SD 57201-4256

Christianna A. Cathcart
The Dakota Bankruptcy Firm
1630 First Ave N
Ste. B PMB 24
Fargo, ND 58102-4246

Drew J. Hushka
Vogel Law Firm
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CP Business Management, Inc.

(u)Craig Development, LLC

(u)Craig Holdings, LLC

(u)Craig Properties, LLC

(d)Red River State Bank
c/o: Caren W. Stanley
Vogel Law Firm
P.O. Box 1389
Fargo, ND  58107-1389

(d)Watertown Development Company
1 East Kemp Avenue
Watertown, SD 57201-3606

(u)Jesse Craig

(u)Mulinda a/k/a Mindy Craig

End of Label Matrix
Mailable recipients    107
Bypassed recipients      8
Total                  115