# The VerStandig Law Firm, LLC

# INVOICE

9812 Falls Road, #114-160
Potomac, MD 20854

Invoice # 11134
Date: 05/16/2026
Due On: 06/15/2026

Parkside Place, LLC

## 00507-Parkside Place, LLC

## Case Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/07/2025 | 1.35 | $400.00 | $540.00 |

Review management agreement and draft motion to reject same (time split evenly between Generations and Parkside)

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/07/2025 | 0.60 | $400.00 | $240.00 |

Draft cash collateral motion, reviewing receivership reports (time split evenly between Generations and Parkside)

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/09/2025 | 0.30 | $400.00 | $120.00 |

Review client draft letter to tenants and revise same (time split evenly between Generations and Ruins)

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/09/2025 | 0.25 | $400.00 | $100.00 |

Call with C. Stanley re cash collateral, potential preference issue, debtor's intent to give notices to tenants, concerns current manager is ignoring maintenance issues, potential resolution of first day motions for cash collateral and rejection of management agreement (time split evenly between Parkside and Generations cases)

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/09/2025 | 0.80 | $400.00 | $320.00 |

Review proof of claim from Red River State Bank, including myriad attachments thereto

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/09/2025 | 0.10 | $400.00 | $40.00 |

Call with M. Craig re concerns about abandonment of duties by current property manager and desire to reach out to tenants (time split evenly between Parkside and Generations matters)

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/09/2025 | 0.55 | $400.00 | $220.00 |

Detailed e-mail to J. Craig and M. Craig analyzing Parkside claim, cash collateral offer from RRSB, potential issues with perfection of RRSB liens on accounts held by receiver, potential preference claim relating to monies disbursed by receiver to RRSB, court's granting of motion to expedite, potential means of obtaining use of cash collateral

Invoice # 11134 - 05/16/2026

without making enormous monthly payments, and strategy for proceeding (time split evenly between Parkside and Generations matters; total of 1.1 hours billed because e-mail is lengthy, contains explanations of both lien avoidance actions and preference actions, and contains analysis of negotiation posture and strategy)

| Maurice VerStandig | Expense | 01/10/2025 | 1.00 | $62.06 | $62.06 |

Mailing: Service of order expediting hearing on first day motions (via third party mailing vendor)

| Maurice VerStandig | Service | 01/15/2025 | 2.05 | $400.00 | $820.00 |

Prepare for first day hearings, including review of filings from bank (.3); calls with C. Stanley to negotiate terms (54 minutes and 7 minutes); calls with J. Craig and M. Craig to prepare testimony, review potential stipulation terms, and go over protocols for hearing (45 minutes and 42 minutes); and review of motions, legal authorities, budgets, UCC issue with funds being held by receiver, and turnover issues (1.2) (no charge for travel time except for time spent reviewing documents while on plane and time spent conferring with client and opposing counsel while driving) (time split evenly between two cases)

| Maurice VerStandig | Service | 01/16/2025 | 0.70 | $400.00 | $280.00 |

Meet with client, counsel for bank, and bank representatives in advance of first day hearings to negotiate cash collateral stipulation (time split evenly between two cases)

| Maurice VerStandig | Service | 01/16/2025 | 0.75 | $400.00 | $300.00 |

Continue to prepare to argue cash collateral motion (time split evenly between two cases)

| Maurice VerStandig | Service | 01/16/2025 | 0.10 | $400.00 | $40.00 |

Call with counsel for receiver following first day hearings (time split evenly between two cases)

| Maurice VerStandig | Service | 01/17/2025 | 0.35 | $400.00 | $140.00 |

Call with C. Stanley re finalization of stipulation on cash collateral, need to ensure some monies are immediately available in operating accounts, need to get final figures from receiver, potential for filing tentative stipulation pending receipt of figures from receiver, communications with receiver and counsel for receiver, and filing logistics (two calls, of 18 minutes and 29 minutes, split evenly between two cases, with .1 deduction - also split between cases - to account for time spent discussing extrinsic matters)

| Maurice VerStandig | Service | 01/17/2025 | 0.40 | $400.00 | $160.00 |

Revise draft cash collateral stipulation to incorporate negotiated changes and e-mail same to J. Craig and M. Craig for review; Review subsequent redline from C. Stanley (time split evenly between two cases)

| Maurice VerStandig | Service | 01/17/2025 | 0.15 | $400.00 | $60.00 |

Calls with M. Craig (16 minutes and 2 minutes) re cash collateral stipulation and certain specific expenses to be incurred in coming days, alongside logistics of seeding new operating accounts and flow of monies through wires versus via check (including discussion of delays to be occasioned if a check is used and funds need to clear an IOLTA account before being disbursed) (time split evenly between two cases)

| Maurice VerStandig | Service | 01/20/2025 | 0.05 | $400.00 | $20.00 |

Call with employee of receiver to confirm wiring instructions; Exchange e-mails with counsel for receiver, in advance of call, to obtain permission to return her client's call seeking to confirm wire instructions (time split evenly between two cases)

| Christianna Cathcart | Service | 01/30/2025 | 1.00 | $200.00 | $200.00 |

A103 Draft/revise B110 Case Administration: Drafted Fourth Stipulated Cash Collateral Motion.

| Maurice VerStandig | Service | 02/03/2025 | 0.10 | $400.00 | $40.00 |

Draft and file notice re FDIC insurance of monies being held in trust (time evenly split between two cases)

| Christianna Cathcart | Service | 02/18/2025 | 2.70 | $200.00 | $540.00 |

Case Administration: Phone call with Mindy to draft and review the Monthly Operating Report. Drafted supporting documents to accompany the MOR.

| Christianna Cathcart | Service | 02/20/2025 | 0.20 | $200.00 | $40.00 |

Case Administration: Reviewed email correspondence regarding case updates and necessary revisions. Amended filing to reflect updated information.

| Maurice VerStandig | Service | 02/26/2025 | 0.05 | $400.00 | $20.00 |

E-mail with Starion Bank officer re furnishing view-only log-in credentials for Red River State Bank (time split evenly between two cases)

| Maurice VerStandig | Expense | 03/06/2025 | 1.00 | $55.50 | $55.50 |

Mailing: Service of order on expedited cash collateral hearing (cost split evenly between two cases)

| Maurice VerStandig | Service | 03/11/2025 | 0.25 | $400.00 | $100.00 |

Call with client re hearing on cash collateral, needed budget updates, strategy for negotiations of potential stipulation, and strategy for hearing (time split evenly between two cases)

| Maurice VerStandig | Service | 03/11/2025 | 0.15 | $400.00 | $60.00 |

Call with C. Stanley re potential cash collateral stipulation (time split evenly between two cases)

| Christianna Cathcart | Service | 03/14/2025 | 1.00 | $200.00 | $200.00 |

Case Administration: Amended bankruptcy schedules to reflect updated financial information provided by Mindy.

| Christianna Cathcart | Service | 03/17/2025 | 2.80 | $200.00 | $560.00 |

Case Administration: Prepared Monthly Operating Reports, ensuring accuracy of financial reporting. Drafted supporting exhibits for submission.

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 03/18/2025 | 0.90 | $200.00 | $180.00 |

Case Administration: Reviewed amended petition and schedules for accuracy and completeness. Filed documents with the Bankruptcy Court and effected service on all creditors. Drafted and filed the corresponding COS in compliance with procedural rules.

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 03/23/2025 | 0.30 | $400.00 | $120.00 |

Call with M. Craig and J. Craig re CAM reconciliation for commercial tenants, whether or not receiver kept CAM monies separate from ordinary rental proceeds, e-mail to be sent to counsel for HME and bank, concerns about tenant renewals if full load of CAM expenses are charged for receivership period, potential means of addressing collection and renewal concern, and next steps

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 03/24/2025 | 0.10 | $400.00 | $40.00 |

E-mail to M. Schippers and C. Stanley re CAM reconciliation and manner in which CAM monies were held by bank and receiver

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 04/15/2025 | 1.80 | $200.00 | $360.00 |

A103 Draft/revise B110 Case Administration: Drafted MOR for March, compelling financial data. Prepared and attached all required exhibits.

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 05/15/2025 | 2.50 | $200.00 | $500.00 |

A103 Draft/revise B110 Case Administration: Reviewed monthly operating report prepared by Mindy and drafted accompanying notes to clarify figures, explain variances, and ensure the report complies with stipulation.

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 06/12/2025 | 0.60 | $200.00 | $120.00 |

Review new lease documents from M. Craig (.4); Forward new leases to C. Stanley (.2).

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 06/16/2025 | 1.60 | $200.00 | $320.00 |

Review bank statements, invoices, and supporting documentation for Parkside monthly operating report (.7); Draft Parkside-specific exhibit summaries and financial notes for April report (.9).

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 06/23/2025 | 0.40 | $200.00 | $80.00 |

Review new leases received from M. Craig (.2); Email to C. Stanley forwarding new leases for review (.2).

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 06/24/2025 | 0.70 | $200.00 | $140.00 |

Review amended April monthly operating report for accuracy (.5); File amended April monthly operating report (.2).

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 07/09/2025 | 0.50 | $200.00 | $100.00 |

Draft and send email to M. Craig providing clarification on MOR issues (.1); Review email from S. Wencil regarding monthly operating reports (.1); Review Monthly Operating Report(s) (.3).

Invoice # 11134 - 05/16/2026

| Christianna Cathcart | Service | 07/15/2025 | 0.60 | $200.00 | $120.00 |
|---|---|---|---|---|---|

Call with N. Atkinson regarding monthly operating reports, including explanation of cash receipts/disbursements and attached documents.

| Christianna Cathcart | Service | 07/15/2025 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Email to C. Stanley providing executed commercial leases for record retention

| Christianna Cathcart | Service | 07/15/2025 | 1.10 | $200.00 | $220.00 |
|---|---|---|---|---|---|

Recalculate and verify receipts and disbursements for January, February, March, April, and May monthly operating reports to ensure accuracy of reported financials.

| Christianna Cathcart | Service | 07/15/2025 | 1.40 | $200.00 | $280.00 |
|---|---|---|---|---|---|

Review June bank statements and financial documents; draft accompanying exhibits and detailed notes for June Monthly Operating Report; file Monthly Operating Report with the Bankruptcy Court.

| Christianna Cathcart | Expense | 07/17/2025 | 1.00 | $86.24 | $86.24 |
|---|---|---|---|---|---|

Mailing: Printing Subtotal: $42.56
- Credits Applied: $0.00
= Printing: $42.56
+ Postage: $43.68
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 86.24

| Maurice VerStandig | Service | 07/17/2025 | 0.05 | $400.00 | $20.00 |
|---|---|---|---|---|---|

Exchange e-mails with K. Tenabe re inspection; Check cash collateral stipulation for terms re same (time split evenly between two cases)

| Christianna Cathcart | Service | 07/17/2025 | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|

Serve Discovery and Scheduling Order issued by the Court (.2); draft and file certificate of service (.2)

| Christianna Cathcart | Service | 07/22/2025 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Call with N. Atikson regarding amendments to monthly operating reports.

| Christianna Cathcart | Service | 07/30/2025 | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|

Call with M. Craig regarding April security deposit and reconciliation discrepancies.

| Christianna Cathcart | Service | 07/30/2025 | 1.40 | $200.00 | $280.00 |
|---|---|---|---|---|---|

Invoice # 11134 - 05/16/2026

Continued drafting amended May and June Monthly Operating Reports, focusing on receipts and disbursements.

| Christianna Cathcart | Service | 07/30/2025 | 0.90 | $200.00 | $180.00 |
|---|---|---|---|---|---|

Drafted amended Monthly Operating Reports for February, March, May, and June, including explanations of cash flow discrepancies and account balance.

| Christianna Cathcart | Service | 07/31/2025 | 1.40 | $200.00 | $280.00 |
|---|---|---|---|---|---|

Reviewed April bank balances; amended totals for May/June MORs; drafted April MOR notes.

| Christianna Cathcart | Service | 07/31/2025 | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|

Generated February through June Monthly Operating Reports for M. Craig's signature (.3); uploaded reports to Dropbox for M. Craig and U.S. Trustee review (.1)

| Christianna Cathcart | Service | 08/01/2025 | 1.20 | $200.00 | $240.00 |
|---|---|---|---|---|---|

Organized and upload final Monthly Operating Report and all supporting documents to Dropbox for review by N. Atkinson.

| Christianna Cathcart | Service | 08/04/2025 | 0.80 | $200.00 | $160.00 |
|---|---|---|---|---|---|

Review N. Atkinson's comments on prior submissions and revise exhibits accordingly for updated MOR filings.

| Christianna Cathcart | Service | 08/15/2025 | 2.30 | $200.00 | $460.00 |
|---|---|---|---|---|---|

Call with M. Craig regarding July Monthly Operating Reports (.3); Review draft July Monthly Operating Reports and supporting financial entries (.8); Draft exhibits including receipts/disbursements and account summaries (1.2); File final July Monthly Operating Reports with the Court (.1)

| Christianna Cathcart | Service | 09/15/2025 | 1.30 | $200.00 | $260.00 |
|---|---|---|---|---|---|

Review August Monthly Operating Reports and supporting bank records; complete draft of accompanying exhibits and MOR notes for both entities.

| Maurice VerStandig | Service | 10/05/2025 | 0.15 | $400.00 | $60.00 |
|---|---|---|---|---|---|

Draft and file renewed cash collateral motion (time evenly split between two matters)

| Christianna Cathcart | Service | 10/15/2025 | 2.00 | $200.00 | $400.00 |
|---|---|---|---|---|---|

Review July Monthly Operating Report and confirm reporting accuracy (.8); Draft and format corresponding exhibits (1.2)

| Maurice VerStandig | Service | 11/06/2025 | 0.05 | $400.00 | $20.00 |
|---|---|---|---|---|---|

Call with bank to confirm wire instructions (time evenly split between two matters)

| Christianna Cathcart | Service | 11/17/2025 | 2.00 | $200.00 | $400.00 |
|---|---|---|---|---|---|

Draft exhibits for October monthly operating report, including reconciliations, disbursement summaries, and supporting financial records (1.5); Review exhibits and final version of October monthly operating report for submission (0.5)

| Christianna Cathcart | Service | 12/15/2025 | 0.90 | $200.00 | $180.00 |
|---|---|---|---|---|---|

Review draft of monthly operating report for accuracy (.2); Draft exhibits for monthly operating report, including account reconciliations and financial summaries (.7)

| Christianna Cathcart | Service | 01/06/2026 | 0.50 | $200.00 | $100.00 |
|---|---|---|---|---|---|

Review docket entries and emails from Red River State Bank regarding payoff statement and lien resolution.

| Christianna Cathcart | Service | 01/15/2026 | 1.10 | $200.00 | $220.00 |
|---|---|---|---|---|---|

Review monthly operating report and prepare accompanying notes and exhibits, including bank reconciliations and income/expense summaries.

| Christianna Cathcart | Service | 02/16/2026 | 1.10 | $200.00 | $220.00 |
|---|---|---|---|---|---|

Review and draft monthly operating report, including financial summaries and supporting documentation.

| Christianna Cathcart | Service | 03/05/2026 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Send email to M. Craig regarding Initial Data Request and required information.

| Christianna Cathcart | Service | 03/06/2026 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Send email to M. Craig regarding Parkside initial data review and document coordination.

| Maurice VerStandig | Service | 03/07/2026 | 0.40 | $400.00 | $160.00 |
|---|---|---|---|---|---|

Detailed e-mail to T. Gavin re case status, areas in need of attention, litigation posture, potential unscheduled liability of debtor, mediation, and next steps

| Maurice VerStandig | Service | 03/10/2026 | 0.10 | $400.00 | $40.00 |
|---|---|---|---|---|---|

E-mail to T. Gavin re derivative standing motion, deadline to object to same, and proposed manner for addressing motion

| Maurice VerStandig | Service | 03/16/2026 | 0.20 | $400.00 | $80.00 |
|---|---|---|---|---|---|

Call with T. Gavin re case status and forthcoming status conference

| Maurice VerStandig | Service | 03/22/2026 | 0.10 | $400.00 | $40.00 |
|---|---|---|---|---|---|

Call with M. Craig re Parkside proof of claim

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 03/22/2026 | 0.10 | $400.00 | $40.00 |

E-mail to T. Gavin re call with M. Craig

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 03/23/2026 | 0.30 | $400.00 | $120.00 |

Call with T. Gavin re decision to not accept bank's offer as currently-constituted, case logistics, cash collateral budget, mediation strategy, and objection to bank's disclosure statement

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 03/26/2026 | 0.40 | $200.00 | $80.00 |

Attach exhibits to February monthly operating report and provide to N. Atkinson for review.

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 03/30/2026 | 0.20 | $400.00 | $80.00 |

Call with T. Gavin re cash collateral

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 04/17/2026 | 0.30 | $200.00 | $60.00 |

Email M. Craig requesting completed March monthly operating report (.1); File March monthly operating report with Bankruptcy Court and confirm docket entry (.2)

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 05/08/2026 | 0.80 | $400.00 | $320.00 |

Call with T. Gavin, D. Murch, J. Craig and M. Craig re plan structure and terms, in advance of mediation

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 05/08/2026 | 0.10 | $400.00 | $40.00 |

Call with T. Gavin re attendance at mediation; E-mail to chambers of mediating judge re same

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 39.0 | $200.00 | $7,800.00 |
| Maurice VerStandig | 12.0 | $400.00 | $4,800.00 |
| | | **Subtotal** | **$12,803.80** |

## 00508-Parkside Place, LLC

## Plan and Disclosure Statement

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 05/04/2025 | 2.30 | $400.00 | $920.00 |

| | | | | | |
|---|---|---|---|---|---|
| Draft plan of reorganization (using Generations plan as a template); Assemble schedule of creditors and break into classes; Draft amortization schedules for secured debts; Review client pro formas and use same to draft proposed payment schedule; E-mail drafts to client for review and comment | | | | | |
| Maurice VerStandig | Service | 08/21/2025 | 0.80 | $400.00 | $320.00 |
| Call with J. Craig and M. Craig re plan revisions proposed by bank, potential compromise numbers, allotment of Mindy notes between assets, treatment of general unsecured and administrative claimants, and cash flow analysis | | | | | |
| Maurice VerStandig | Service | 11/27/2025 | 0.30 | $400.00 | $120.00 |
| Proofread and file plan and disclosure statement | | | | | |
| Maurice VerStandig | Service | 02/09/2026 | 2.80 | $400.00 | $1,120.00 |
| Revise plan of reorganization and accompanying disclosure statement, with eye toward making edits noted in court's prior ruling, enhancing likelihood of garnering WDC's approval, and emphasizing CRO operations | | | | | |
| Maurice VerStandig | Service | 02/10/2026 | 0.40 | $400.00 | $160.00 |
| Review and revise Parkside plan and disclosure statement | | | | | |
| Maurice VerStandig | Service | 02/10/2026 | 0.40 | $400.00 | $160.00 |
| Review and revise Parkside plan and disclosure statement | | | | | |
| Maurice VerStandig | Service | 05/02/2026 | 1.60 | $400.00 | $640.00 |
| Review amended draft plan from RRSB | | | | | |
| Maurice VerStandig | Service | 05/05/2026 | 0.80 | $400.00 | $320.00 |
| Call with T. Gavin and counsel for RRSB re settlement and potential form of consensual plan | | | | | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 9.4 | $400.00 | $3,760.00 |
| | | **Subtotal** | **$3,760.00** |

## 00510-Parkside Place, LLC

## Fee and Employment Applications

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|

Invoice # 11134 - 05/16/2026

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 01/06/2025 | 0.30 | $200.00 | $60.00 |

Fee and Employment Applications: Drafted and filed an employment application on behalf of Christianna A. Cathcart.

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 0.3 | $200.00 | $60.00 |
| | | **Subtotal** | **$60.00** |

## 00525-Parkside Place, LLC

## Cash Collateral

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| | | **Subtotal** | **$0.00** |
| | | **Total** | **$16,623.80** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11134 | 06/15/2026 | $16,623.80 | $0.00 | $16,623.80 |
| | | | **Outstanding Balance** | **$16,623.80** |
| | | | **Total Amount Outstanding** | **$16,623.80** |

Please make all amounts payable to: The VerStandig Law Firm, LLC

Please pay within 30 days.