Label Matrix for local noticing
0868-3
Case 25-30003
District of North Dakota
Fargo
Sun May 31 20:46:05 CDT 2026

Parkside Place LLC
1405 1st Ave N
P.O. Box 426
Fargo, ND 58107-0426

Red River State Bank
Attn:  Caren W. Stanley
Vogel  Law Firm
PO Box 1389
Fargo, ND 58107-1389

United States Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Watertown Development Company
1 East Kemp Avenue
Watertown, SD 57201-3606

U.S. BANKRUPTCY COURT
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932

Allyson Holden
8 2nd Street, NE
Unit 2401
Watertown, SD 57201-3795

Andrew Bot & Jacquelynn Moon
8 2nd Street, NE
Unit 2307
Watertown, SD 57201-3795

Andy Nguyen & Carollee Labrise
8 2nd Street, NE
Unit 2410
Watertown, SD 57201-3796

Automatic Building Controls, Inc.
4300 W 61st St N
Sioux Falls, SD 57107-6474

Benjamin Wagner
8 2nd Street, NE
Unit 2412
Watertown, SD 57201-3796

Blacktail Investments, LLC
PO Box 628
Fargo, ND 58107-0628

Brandon Brown
8 2nd Street, NE
Unit 2404
Watertown, SD 57201-3796

CP Business Management, Inc.
1401 1st Ave N
B
Fargo, ND 58102-4203

Cannon Electric LLC
708 9th Ave SE
308
Watertown, SD 57201-5222

Caren Stanley, Esq.
Vogel Law Firm
218 NP Avenue
Fargo, ND 58102-4834

Chandler Peery
8 2nd Street, NE
Unit 2304
Watertown, SD 57201-3795

Clarity Telecom, LLC
d/b/a Bluepeak Fiber
7979 E. Tufts Ave Suite 850
Denver, CO 80237-2845

Codington County Treasurer
14 1st Ave SE
Watertown, SD 57201-3611

Cole Wegner
8 2nd Street, NE
Unit 2407
Watertown, SD 57201-3796

Dakota Clean, LLC
509 9th Ave S
Clear Lake, SD 57226-2166

Debbie Stuchl
8 2nd Street, NE
Unit 2405
Watertown, SD 57201-3796

Department of Treasury - Internal Revenue Se
PO Box 7346
Philadelphia, PA 19101-7346

Destiny Cox & Jaren Sauer
8 2nd Street, NE
Unit 2211
Watertown, SD 57201-3794

Douglas Murch
Conmy Feste Ltd.
3369 45th Street South
Fargo, ND 58104-8988

Erin Kravik & Kimberly Westenberg
8 2nd Street, NE
Unit 2201
Watertown, SD 57201-3794

Gary Hofer
8 2nd Street, NE
Unit 2306
Watertown, SD 57201-3795

George's Sanitation Inc.
3367 12th Ave NW
Watertown, SD 57201-7225

HME Companies
432 5th St
Brookings, SD
57006
Brookings, SD 57006-2007

Ike's Window Washing, LLC
1126 E Kemp Ave
Watertown, SD 57201-3755

Indy Osendorf
8 2nd Street, NE
Unit 2204
Watertown, SD 57201-3794

James Brumbaugh
8 2nd Street, NE
Unit 2206
Watertown, SD 57201-3794

Joseph Everett
8 2nd Street, NE
Unit 2408
Watertown, SD 57201-3796

Josh Gilliant & Aimairany Cervantes
8 2nd Street, NE
Unit 2409
Watertown, SD 57201-3796

Justice Fire & Safety, Inc.
3601 N. Potsdam Avenue
Sioux Falls, SD 57104-7032

Kurtis Johnson
8 2nd Street, NE
Unit 2406
Watertown, SD 57201-3796

Liberty Mutual Group Inc.
175 Berkeley Street
Boston, MA 02116-3350

Lisa & Holly Ohman
8 2nd Street, NE
Unit 2202
Watertown, SD 57201-3794

Margaret Meland
8 2nd Street, NE
Unit 2207
Watertown, SD 57201-3794

Mariah Gaukler
8 2nd Street, NE
Unit 2209
Watertown, SD 57201-3794

Mark Keller
8 2nd Street, NE
Unit 2210
Watertown, SD 57201-3794

Marli Schippers
Nooney & Solay, LLP
326 Founders Park
Rapid City, SD 57701-8090

Marlys Holubok
8 2nd Street, NE
Unit 2411
Watertown, SD 57201-3796

Mitchell Newman
8 2nd Street, NE
Unit 2309
Watertown, SD 57201-3795

Mulinda Sue Craig
PO Box 426
Fargo, ND 58107-0426

Nathan Schenkel
8 2nd Street, NE
Unit 2312
Watertown, SD 57201-3795

Nathan Sik & Idialish Fuentes de Jesus
8 2nd Street, NE
Unit 2311
Watertown, SD 57201-3795

Quinn Kotek
8 2nd Street, NE
Unit 2205
Watertown, SD 57201-3794

Red River State Bank
c/o Caren W. Stanley
Vogel Law Firm
PO Box 1389
Fargo ND  58107-1389

Red River State Bank
c/o: Drew J. Hushka
Vogel Law Firm
P.O. Box 1389
Fargo, ND  58107-1389

Riley Casper & Laurie Casper
8 2nd Street, NE
Unit 2402
Watertown, SD 57201-3795

Samantha Adams
8 2nd Street, NE
Unit 2303
Watertown, SD 57201-3795

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Schumacher Elevator Company
One Schumacher Way
Denver, IA 50622

Shanya Mehlhaff
8 2nd Street, NE
Unit 2301
Watertown, SD 57201-3795

South Dakota Department of Revenue
445 E. Capitol Avenue
Pierre, SD 57501-3100

Tiffany Sanderson
8 2nd Street, NE
Unit 2302
Watertown, SD 57201-3795

Watertown Development Company
c/o David R. Strait
Austin,Strait,Benson,Thole&Koehn LLP
25 First Avenue Southwest
Watertown, SD 57201-3507

Watertown Development Company
c/o Jordan Feist
300 South Phillips Ave., Suite 300
PO Box 5027
Sioux Falls, SD 57117-5027

Watertown Municipal Utilities
901 4th Ave SW
Watertown, SD 57201-4106

White Glove Cleaning
17892 449th Ave
Hayti, SD 57241-5223

White Glove Cleaning Service, LLC
2340 S Ellis RD
Apartment 100
Sioux Falls, SD 57106-7134

William Johnson
8 2nd Street, NE
Unit 2208
Watertown, SD 57201-3794


Christianna A. Cathcart
The Dakota Bankruptcy Firm
1630 First Ave N
Ste. B PMB 24
Fargo, ND 58102-4246

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Red River State Bank
c/o: Caren W. Stanley
Vogel Law Firm
P.O. Box 1389
Fargo, ND  58107-1389

(d)Watertown Development Company
1 East Kemp Avenue
Watertown, SD 57201-3606

(u)Jesse Craig


End of Label Matrix
Mailable recipients    64
Bypassed recipients     3
Total                  67