**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |

**ORDER AUTHORIZING USE OF CASH COLLATERAL**

Debtor Parkside Place, LLC, and Red River State Bank entered a Twelfth Stipulation for Use of Cash Collateral.  Doc. 408.  Based upon the budget attached to the Stipulation as Exhibit 1 [Doc. 408 at 15], the Twelfth Stipulation and other documents filed in this case, the Court finds cause for approving the Twelfth Stipulation for Use of Cash Collateral.

**IT IS ORDERED:**

1.      The Twelfth Stipulation for Use of Cash Collateral allowing Parkside Place LLC to use cash collateral [Doc. 408] is approved. The term of the agreement is from May 19, 2026, through July 7, 2026.

2.      The hearing on the Motion for Use of Cash Collateral scheduled for June 12, 2026, is continued to July 7, 2026.

3.      The Court is not bound by legal conclusions included in the Twelfth Stipulation.

Dated: June 1, 2026.

*Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT