### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

**In re:**

| | |
|---|---|
| **Generations on 1st LLC,** | **Bankr. No. 25-30002** |
| **Debtor, Jointly Administered** | **Chapter 11** |

| | |
|---|---|
| **Parkside Place LLC,** | **Bankr. No. 25-30003** |
| **Debtor, Jointly Administered** | **Chapter 11** |

### MOTION TO APPEAR BY TELEPHONE

1.      Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by telephone at the hearing scheduled on June 12, 2026 at 10:00 a.m. on the disclosure statements (Docs. 306 and 313) and motion for derivative standing (Doc. 304) in the Parkside case.

2.      Disclosure statements do not require testimony or the submission of evidence, and the UST has not taken a position on the motion for cash collateral.  Travel for such a limited purpose would be burdensome and expensive.

WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated: June 9, 2026

MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

 /s/ Sarah J. Wencil
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

| | |
|---|---|
| **Generations on 1ˢᵗ LLC,** | **Bankr. No. 25-30002** |
| **Debtor, Jointly Administered** | **Chapter 11** |

| | |
|---|---|
| **Parkside Place LLC,** | **Bankr. No. 25-30003** |
| **Debtor, Jointly Administered** | **Chapter 11** |

## CERTIFICATE OF SERVICE

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   June 9, 2026

/s/ Sarah J. Wencil
Sarah J. Wencil