IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>GENERATIONS ON 1ST, LLC<br><br>     Debtor | Case No.:  25-30002<br>(Chapter 11) |
| In re:<br><br>PARKSIDE PLACE, LLC<br><br>     Debtor | Case No.:  25-30003<br>(Chapter 11)<br><br><br>(Jointly Administered) |

**JOINDER TO OBJECTION OF PARKSIDE PLACE, LLC TO APPROVAL
OF DISCLOSURE STATEMENT FILED BY RED RIVER STATE BANK**

Interested Party Jesse Craig ("Craig") joins in the Objection of Parkside Place, LLC to Approval of Disclosure Statement Filed by Red River State Bank (Doc. 352).  In its objection, Parkside Place, LLC objects to the Disclosure Statement filed by Red River State Bank (Doc. 306) related to its Creditors Plan of Liquidation for Parkside Place, LLC (Doc. 305).  Craig adopts the arguments made by Parkside Place, LLC in its Objection as his own objection to Red River State Bank's Disclosure Statement.

Dated this 10th day of June, 2026.

                */s/ Douglas W. Murch*
                Douglas W. Murch, ND ID #05983
                CONMY FESTE LTD.
                3369 45th Street South
                Fargo, ND  58104
                (701) 293-9911
                dmurch@conmylaw.com

                ATTORNEY FOR JESSE CRAIG

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>GENERATIONS ON 1ST, LLC<br><br>    Debtor | Case No.:  25-30002<br>(Chapter 11) |
| In re:<br><br>PARKSIDE PLACE, LLC<br><br>    Debtor | Case No.:  25-30003<br>(Chapter 11)<br><br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste

Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on June 10, 2026, she served a copy of:

**JOINDER TO OBJECTION OF PARKSIDE PLACE, LLC TO APPROVAL
OF DISCLOSURE STATEMENT FILED BY RED RIVER STATE BANK**

electronically by Notice of Electronic Filing upon all parties who have requested service in this

case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.


/s/ *Leslyn A. Anderson*
Leslyn A. Anderson