# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 05/29/2026*

| | |
|---|---|
| PARKSIDE PLACE LLC | Page 1 of 6 |
| Customer Number: | |

>001504 6855716 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

## Managing Your Accounts

| | | |
|---|---|---|
|  | Branch | 2754 Brandt Dr S Fargo, ND 58104 |
|  | Phone | 701.281.5600 |
| | Website | Starionbank.com |

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | | $126,333.05 |

## ND STAR CHECKING            688

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/01/2026 | Beginning Balance | $140,507.30 |
| | 22 Credit(s) This Period | $44,671.57 |
| | 20 Debit(s) This Period | $58,845.82 |
| 05/29/2026 | Ending Balance | $126,333.05 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 05/04/2026 | CP BUSINESS MANA ParkRentCA XXXXX6888 | $4,589.19 |
| 05/04/2026 | CP BUSINESS MANA ParkRent XXXXX6888 | $8,470.00 |
| 05/05/2026 | YARDI CARD DEP 1112Transf XXXXX9204 | $1,025.00 |
| 05/05/2026 | CPBUSINESSMANAG_ Settlement 000026970019262 | $1,035.00 |
| 05/06/2026 | CPBUSINESSMANAGE Settlement 000026913786458 | $2,080.00 |
| 05/06/2026 | YARDI CARD DEP 1112Transf XXXXX2643 | $4,285.00 |
| 05/06/2026 | EDEPOSIT | $3,195.00 |
| 05/07/2026 | YARDI CARD DEP 1112Transf XXXXX1457 | $1,080.00 |
| 05/07/2026 | CPBUSINESSMANAGE Settlement 000026938174394 | $4,120.00 |
| 05/08/2026 | YARDI CARD DEP 1112Transf XXXXX5616 | $1,055.00 |
| 05/08/2026 | CPBUSINESSMANAGE Settlement 000026973057282 | $2,060.00 |
| 05/11/2026 | YARDI CARD DEP 1112Transf XXXXX4061 | $1,060.00 |
| 05/12/2026 | CPBUSINESSMANAGE Settlement 000026998567102 | $1,035.00 |
| 05/13/2026 | EDEPOSIT | $5,809.89 |
| 05/14/2026 | xfer from 8666 to 8688 - alexis Apr (accidental park pd, rei | $267.70 ✓ *Shown on Apr. Bnk stmt* |
| 05/14/2026 | xfer from 8658 to 8688 - deposit returns 2211 1025 | $1,025.00 |
| 05/18/2026 | EDEPOSIT | $1,025.00 |
| 05/20/2026 | PAYLEASE.COM CREDIT XXXXX6232 | $45.00 |
| 05/20/2026 | CPBUSINESSMANAGE Settlement 000027058170442 | $110.00 |
| 05/21/2026 | PAYLEASE.COM CREDIT XXXXX3987 | $45.00 |
| 05/26/2026 | CP BUSINESS MANA rerun Kell XXXXX6888 | $1,216.40 |
| 05/26/2026 | EDEPOSIT | $38.39 |




Member FDIC
EQUAL HOUSING LENDER

PARKSIDE PLACE LLC                    ₆88        Statement Ending 05/29/2026                    Page 2 of 6

## INFORMATION FOR CONSUMER ACCOUNTS
### WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS
### Billing Rights Summary
#### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

### Computing the Interest Charge on Ready Credit

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | ⟶ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE   BALANCE | | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

035685 1115513 0000000 071646 143292 01/03

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 05/29/2026**

PARKSIDE PLACE LLC

Page 3 of 6

Customer Number. 88

## ND STAR CHECKING - 3688 (continued)

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 05/05/2026 | ACH ITEM RETURNED MARK KELLER, INSUFFICIENT FUNDS | $1,080.00 |
| 05/18/2026 | CP BUSINESS MANA may1-15 3. XXXXX6888 | $288.01 |
| 05/27/2026 | Liberty Mutual PAYMENT 138744686240245 | $1,800.98 |

*JE to correct $0.01.*

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 20255 | 05/01/2026 | $104.00 | 20261 | 05/06/2026 | $120.00 | 20267 | 05/12/2026 | $19,266.67 |
| 20256 | 05/12/2026 | $923.94 | 20262 | 05/12/2026 | $2.25 | 20268 | 05/19/2026 | $2,734.72 |
| 20257 | 05/05/2026 | $2,622.41 | 20263 | 05/11/2026 | $414.18 | 20269 | 05/18/2026 | $3,733.77 |
| 20258 | 05/01/2026 | $628.05 | 20264 | 05/07/2026 | $250.36 | 20270 | 05/19/2026 | $833.77 |
| 20259 | 05/04/2026 | $22,795.13 | 20265 | 05/11/2026 | $318.60 | 20272* | 05/26/2026 | $90.00 |
| 20260 | 05/12/2026 | $477.90 | 20266 | 05/08/2026 | $361.08 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05/01/2026 | $139,775.25 | 05/11/2026 | $145,867.68 | 05/20/2026 | $126,924.24 |
| 05/04/2026 | $130,039.31 | 05/12/2026 | $126,231.92 | 05/21/2026 | $126,969.24 |
| 05/05/2026 | $128,396.90 | 05/13/2026 | $132,041.81 | 05/26/2026 | $128,134.03 |
| 05/06/2026 | $137,836.90 | 05/14/2026 | $133,334.51 | 05/27/2026 | $126,333.05 |
| 05/07/2026 | $142,786.54 | 05/18/2026 | $130,337.73 | | |
| 05/08/2026 | $145,540.46 | 05/19/2026 | $126,769.24 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|--|----------------------|--------------------|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



01504 685571b 00318b 006371 0002/0003



| #20255 | 05/01/2026 | $104.00 |



| #20256 | 05/12/2026 | $923.94 |



| #20257 | 05/05/2026 | $2,622.41 |



| #20258 | 05/01/2026 | $628.05 |



| #20259 | 05/04/2026 | $22,795.13 |



| #20260 | 05/12/2026 | $477.90 |



| #20261 | 05/06/2026 | $120.00 |



| #20262 | 05/12/2026 | $2.25 |



| #20263 | 05/11/2026 | $414.18 |



| #20264 | 05/07/2026 | $250.36 |

035685 1115513 0000000 071647 143294 02/03

# Starion Bank

PO Box 848
Mandan, ND 58554



#20265                    05/11/2026                    $318.60



#20266                    05/08/2026                    $361.08



#20267                    05/12/2026                    $19,266.67



#20268                    05/19/2026                    $2,734.72



#20269                    05/18/2026                    $3,733.77



#20270                    05/19/2026                    $833.77



#20272                    05/26/2026                    $90.00



01504 6B5571b 003187 006373 0003/0003

PARKSIDE PLACE LLC                   588          Statement Ending 05/29/2026                   Page 6 of 6

Starionbank.com

# Starion Bank

PO Box 848
Mandan, ND 58554

>000370 6855625 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

**Statement Ending 05/31/2026**

| PARKSIDE PLACE LLC | Page 1 of 2 |
|---|---|

*Customer Number:* 58

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| 🎧 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | 658 | $39,568.31 |

# REGULAR SAVINGS NON PERS -      _8658

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2026 | **Beginning Balance** | **$38,178.31** |
| | 3 Credit(s) This Period | $4,200.00 |
| | 2 Debit(s) This Period | $2,810.00 |
| 05/31/2026 | **Ending Balance** | **$39,568.31** |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **04/01/2026** | **Beginning Balance** | | | **$38,178.31** |
| 04/13/2026 | xfer from 8658 to 8688 – dep. returns 2208 1035, 2310 750 | $1,785.00 | | $36,393.31 |
| 04/27/2026 | EDEPOSIT | | $700.00 | $37,093.31 |
| 04/27/2026 | EDEPOSIT | | $2,100.00 | $39,193.31 |
| 05/13/2026 | EDEPOSIT | | $1,400.00 | $40,593.31 |
| 05/14/2026 | xfer from 8658 to 8688 – deposit returns 2211 1025 | $1,025.00 | | $39,568.31 |
| **05/31/2026** | **Ending Balance** | | | **$39,568.31** |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |




Member **FDIC**
EQUAL HOUSING LENDER

PARKSIDE PLACE LLC                    658          Statement Ending 05/31/2026                    Page 2 of 2

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| | DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | | |
| SUB TOTAL | | $ | |

| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
|---|---|---|---|
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE     BALANCE | | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

0174469  1115477  0000000  039658  079316  01/01

| Month | Wk Ending | Post Date | Account | Receipt/ Disbursement | Amount |
|---|---|---|---|---|---|
| 26-05 | 05/08/26 | 05/08/26 | Rent | Receipt | $1,055.00 |
| 26-05 | 05/08/26 | 05/08/26 | Rent | Receipt | $2,060.00 |
| 26-05 | 05/08/26 | 05/07/26 | Rent | Receipt | $1,080.00 |
| 26-05 | 05/08/26 | 05/07/26 | Rent | Receipt | $4,120.00 |
| 26-05 | 05/08/26 | 05/06/26 | Rent | Receipt | $2,080.00 |
| 26-05 | 05/08/26 | 05/06/26 | Rent | Receipt | $4,285.00 |
| 26-05 | 05/08/26 | 05/06/26 | Rent | Receipt | $3,195.00 |
| 26-05 | 05/08/26 | 05/05/26 | Rent | Receipt | $1,025.00 |
| 26-05 | 05/08/26 | 05/05/26 | Rent | Receipt | $1,035.00 |
| 26-05 | 05/08/26 | 05/04/26 | Rent | Receipt | $4,589.19 |
| 26-05 | 05/08/26 | 05/04/26 | Rent | Receipt | $8,470.00 |
| 26-05 | 05/15/26 | 05/14/26 | Transfer | Receipt | $267.70 |
| 26-05 | 05/15/26 | 05/14/26 | Transfer | Receipt | $1,025.00 |
| 26-05 | 05/15/26 | 05/13/26 | Rent | Receipt | $5,809.89 |
| 26-05 | 05/15/26 | 05/12/26 | Rent | Receipt | $1,035.00 |
| 26-05 | 05/15/26 | 05/11/26 | Rent | Receipt | $1,060.00 |
| 26-05 | 05/15/26 | 05/14/26 | Rent | Receipt | $1,400.00 |
| 26-05 | 05/22/26 | 05/21/26 | Property Management | Receipt | $45.00 |
| 26-05 | 05/22/26 | 05/20/26 | Property Management | Receipt | $45.00 |
| 26-05 | 05/22/26 | 05/20/26 | Rent | Receipt | $110.00 |
| 26-05 | 05/22/26 | 05/18/26 | Rent | Receipt | $1,025.00 |
| 26-05 | 05/29/26 | 05/26/26 | Rent | Receipt | $1,216.40 |
| 26-05 | 05/29/26 | 05/26/26 | Rent | Receipt | $38.39 |
| | | | | **Total:** | **$54,071.43** |

| Month | Wk Ending | Post Date | Account | Receipt/ Disbursement | Amount |
|---|---|---|---|---|---|
| 26-05 | 05/01/26 | 05/01/26 | Maintenance Staff Costs | Disbursement | ($104.00) |
| 26-05 | 05/01/26 | 05/01/26 | Janitorial | Disbursement | ($628.05) |
| 26-05 | 05/08/26 | 05/08/26 | Snow Removal | Disbursement | ($361.08) |
| 26-05 | 05/08/26 | 05/07/26 | Internet, Phone & SW Exp | Disbursement | ($250.36) |
| 26-05 | 05/08/26 | 05/06/26 | Maintenance Staff Costs | Disbursement | ($120.00) |
| 26-05 | 05/08/26 | 05/05/26 | Rent | Disbursement | ($1,080.00) |
| 26-05 | 05/08/26 | 05/05/26 | Electric/Gas/Water/Sewer | Disbursement | ($2,622.41) |
| 26-05 | 05/08/26 | 05/04/26 | Property Tax | Disbursement | ($22,795.13) |
| 26-05 | 05/15/26 | 05/12/26 | Fire Prevention | Disbursement | ($923.94) |
| 26-05 | 05/15/26 | 05/12/26 | Janitorial | Disbursement | ($477.90) |
| 26-05 | 05/15/26 | 05/12/26 | Repairs/Maintenance | Disbursement | ($2.25) |
| 26-05 | 05/15/26 | 05/12/26 | Mortgage 1st | Disbursement | ($19,266.67) |
| 26-05 | 05/15/26 | 05/11/26 | Garbage | Disbursement | ($414.18) |
| 26-05 | 05/15/26 | 05/11/26 | Janitorial | Disbursement | ($318.60) |
| 26-05 | 05/15/26 | 05/14/26 | Transfer | Disbursement | ($1,025.00) |
| 26-05 | 05/22/26 | 05/19/26 | Electric/Gas/Water/Sewer | Disbursement | ($2,734.72) |
| 26-05 | 05/22/26 | 05/19/26 | Clearing-Tenant Deposits | Disbursement | ($833.77) |
| 26-05 | 05/22/26 | 05/18/26 | Resident Manager | Disbursement | ($288.01) |
| 26-05 | 05/22/26 | 05/18/26 | Property Management | Disbursement | ($3,733.77) |
| 26-05 | 05/29/26 | 05/27/26 | Insurance | Disbursement | ($1,800.98) |
| 26-05 | 05/29/26 | 05/26/26 | Property Management | Disbursement | ($90.00) |
| | | | | **Total:** | **$54,071.43** |

**Parkside: Monthly Cash Profit & Loss**

| line | Week Ending: | 26-01 | 26-02 | 26-03 | 26-04 | 26-05 |
|------|--------------|------:|------:|------:|------:|------:|
| 1 | **Receipts** | | | | | |
| 2 | Rent | 42,590 | 39,139 | 43,506 | 41,380 | 43,609 |
| 3 | Other Income | - | - | 9 | - | - |
| 4 | Transfer | - | - | - | - | 268 |
| 5 | **Income** | **$ 42,590** | **$ 39,139** | **$ 43,515** | **$ 41,380** | **$ 43,877** |
| 6 | | | | | | |
| 7 | **Disbursements** | | | | | |
| 8 | Maintenance Disbursements | | | | | |
| 9 | Maintenance Staff Costs | - | (136) | (232) | (144) | (224) |
| 10 | Resident Manager | (325) | (237) | (457) | (1,287) | (288) |
| 11 | Repairs/Maintenance | (168) | (48) | - | (458) | (2) |
| 12 | Janitorial | (1,152) | (347) | (48) | (1,468) | (1,425) |
| 13 | Painting | (376) | - | (88) | (271) | - |
| 14 | Plumbing | - | - | (284) | - | - |
| 15 | Fire Prevention | - | (541) | - | - | (924) |
| 16 | Snow Removal | (271) | (398) | (421) | - | (361) |
| 17 | Total Maintenance Disbursements | (2,292) | (1,706) | (1,529) | (3,629) | (3,224) |
| 18 | | | | | | |
| 19 | Admin/Utility Expenses | | | | | |
| 20 | Internet, Phone & SW Exp | (412) | (289) | (289) | (289) | (250) |
| 21 | Property Management | (4,493) | (2,821) | (3,193) | (2,527) | (3,734) |
| 22 | Insurance | (3,225) | - | (1,795) | (3,598) | (1,801) |
| 23 | Electric/Gas/Water/Sewer | (2,630) | (2,909) | (3,078) | - | (5,357) |
| 24 | Elevator | (494) | - | - | (494) | - |
| 25 | Garbage | - | (414) | (207) | - | (414) |
| 26 | Total Admin/Utility Expenses | (11,254) | (6,433) | (8,562) | (6,908) | (11,556) |
| 27 | | | | | | |
| 28 | Gen & admin exp (lines 17 + 26) | (13,546) | (8,139) | (10,091) | (10,537) | (14,780) |
| 29 | | | | | | |
| 30 | Cash Flow from Operations (lines 5 + 17 + 26) | 29,044 | 31,000 | 33,424 | 30,842 | 29,096 |
| 31 | | | | | | |
| 32 | Financing and Other | | | | | |
| 33 | US Court Trustee 0.4% | (6) | (739) | - | (411) | - |
| 34 | Mortgage 1st | (19,267) | (26,767) | (19,267) | (19,267) | (19,267) |
| 35 | Professional Fees | (505) | (450) | (450) | (200) | - |
| 36 | Manager Oversite $45/unit | (1,755) | - | - | - | - |
| 37 | Total Financing and Other | (21,533) | (27,956) | (19,717) | (19,878) | (19,267) |
| 38 | | | | | | |
| 39 | **Profit/(Loss) (lines 30 + 37)** | **7,510** | **3,044** | **13,708** | **10,965** | **9,830** |

6/10/2026 9:28 AM

**Balance Sheet**

Parkside Place

Month = May 2026

Book = Cash

| ACCOUNT | CURRENT BALANCE |
|---|---|
| Parkside Apartment DIP Checking | 120,575.80 |
| Parkside Real Estate Tax Escrow | 3,799.18 |
| **Total DIP Checking Account** | **124,374.98** |
| | |
| TIF Value | 1,463,012.38 |
| Parkside Security Deposit DIP Savings Acct | 39,568.31 |
| | |
| Property and Equipment | |
| Buildings | 6,870,000.00 |
| Appliances/AC | 205,000.00 |
| Land | 425,000.00 |
| Total Property and Equipment | 7,500,000.00 |
| | |
| **Total Assets** | **9,126,955.67** |
| | |
| **LIABILITIES & CAPITAL** | |
| | |
| Liabilities | |
| Parkside Security Deposits DIP Acct | 39,568.31 |
| Mortgage 1st | 4,828,519.16 |
| TIF Mortgage | 1,463,012.38 |
| Total Liabilities | 6,251,963.23 |
| | |
| Capital | |
| Owner Contribution | 2,818.76 |
| Retained Earnings | 2,872,173.68 |
| Total Capital | 2,874,992.44 |
| | |
| **Total Liabilities & Capital** | **9,126,955.67** |

Wednesday, June 10, 2026

08:59 AM

# Payables Aging Report

Period: -05/2026

As of : 05/31/2026

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

# Aged Receivable

Property = Parkside Place  Status: Current, Notice  Month From: 05/2026

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre- Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| **Parkside Place** | | | | | | | | | |
| Parkside Place | OHMAN HOLLY // LISA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -20.00 | -20.00 |
| Parkside Place | KRAVIK ERIN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,035.00 | -1,035.00 |
| Parkside Place | PUGSLEY MADELYN | Notice | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,055.00 | -1,055.00 |
| Parkside Place | ROSA JORGE | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,080.00 | -1,080.00 |
| Parkside Place | BRANN JAIME | Notice | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| Parkside Place | REUSCHLEIN ZACHARY | Notice | 20.08 | 17.69 | 2.39 | 0.00 | 0.00 | 0.00 | 20.08 |
| Parkside Place | ROSA CASTRO JADEEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| Parkside Place | KWASNIEWSKI AMANDA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Parkside Place | SPEIDELL ETHAN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Parkside Place | HUSTOFT OLIVIA | Current | 3.39 | 3.39 | 0.00 | 0.00 | 0.00 | 0.00 | 3.39 |
| **Parkside Place** | | | **23.47** | **21.08** | **2.39** | **0.00** | **0.00** | **-7,420.00** | **-7,396.53** |
| | | | | | | | | | |
| **Grand Total** | | | **23.47** | **21.08** | **2.39** | **0.00** | **0.00** | **-7,420.00** | **-7,396.53** |

UserId : mcraig@cpbusmgt.com Date : 06/09/2026 Time : 19:58

6/9/2026 3:30 PM

## Rent Roll

Property = Parkside Place

As Of = 05/30/2026

Month = 05/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | CAM | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|-------------|----------------|-----|------|---------|------------------|----------|
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 519.04 | 0.00 | 09/01/2021 | 08/31/2026 | |
| 202 | COUNTY FAIR FOODS OF WATE | 1,290.00 | 2,000.00 | 267.15 | 0.00 | 10/01/2021 | 09/30/2026 | |
| 2201 | ERIN KRAVIK | 1,035.00 | 925.00 | 0.00 | 0.00 | 05/04/2024 | 11/30/2026 | |
| 2202 | HOLLY // LISA OHMAN | 1,080.00 | 965.00 | 0.00 | 0.00 | 08/01/2022 | | |
| 2203 | ZOIE FRASER | 1,055.00 | 750.00 | 0.00 | 0.00 | 02/01/2025 | 02/28/2027 | |
| 2204 | JAIME BRANN | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 06/04/2025 | 06/30/2026 | 06/30/2026 |
| 2205 | QUINN KOTEK | 1,025.00 | 925.00 | 0.00 | 0.00 | 07/01/2024 | 06/30/2025 | 06/30/2026 |
| 2206 | JOSIAH KULL | 1,090.00 | 700.00 | 0.00 | 0.00 | 03/10/2026 | 03/31/2027 | |
| 2207 | MARGARET MELAND | 1,035.00 | 1,025.00 | 0.00 | 0.00 | 08/05/2024 | 02/29/2028 | |
| 2208 | ETHAN SPEIDELL | 1,090.00 | 700.00 | 0.00 | 0.00 | 04/01/2026 | 03/31/2027 | |
| 2209 | MARIAH GAUKLER | 1,035.00 | 980.00 | 0.00 | 0.00 | 05/01/2023 | 04/30/2024 | 06/30/2026 |
| 2210 | Mark Keller | 1,080.00 | 945.00 | 0.00 | 0.00 | 03/11/2022 | | |
| 2211 | OLIVIA HUSTOFT | 1,090.00 | 700.00 | 0.00 | 0.00 | 05/01/2026 | 04/30/2027 | |
| 2212 | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2301 | JADEEN ROSA CASTRO | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 08/07/2025 | 08/31/2026 | |
| 2302 | TIFFANY SANDERSON | 1,080.00 | 980.00 | 0.00 | 0.00 | 01/01/2023 | 12/31/2023 | |
| 2303 | SAMANTHA ADAM | 1,060.00 | 945.00 | 0.00 | 0.00 | 05/10/2022 | 04/30/2027 | |
| 2304 | CHANDLER PEERY | 1,035.00 | 925.00 | 0.00 | 0.00 | 05/10/2024 | 11/30/2026 | |
| 2305 | BAYLEE BOESE | 1,055.00 | 750.00 | 0.00 | 0.00 | 12/04/2024 | 12/31/2025 | 05/31/2026 |
| 2306 | GARY HOFER | 1,080.00 | 925.00 | 0.00 | 0.00 | 05/15/2024 | 05/31/2025 | |
| 2307 | ZACHARY REUSCHLEIN | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 09/01/2025 | 08/31/2026 | 02/07/2026 |
| 2308 | JORGE ROSA | 1,080.00 | 1,000.00 | 0.00 | 0.00 | 01/10/2025 | 01/09/2026 | |
| 2309 | DAVID TIJERINA | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 03/01/2025 | 02/28/2026 | |
| 2310 | SUSAN BEEBE | 1,090.00 | 700.00 | 0.00 | 0.00 | 05/01/2026 | 04/30/2027 | |
| 2311 | LIZETTE SALGADO | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 05/28/2025 | 05/31/2026 | 05/31/2026 |
| 2312 | CIARA FRANK | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 08/01/2025 | 07/31/2026 | |
| 2401 | ANNA SAMUELSON | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 07/07/2025 | 07/31/2026 | 07/31/2026 |

**Page 1 of 2**

6/9/2026 3:30 PM

## Rent Roll

Property = Parkside Place

As Of = 05/30/2026

Month = 05/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | CAM | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|-------------|----------------|-----|------|---------|------------------|----------|
| 2402 | JOELLE CONSIER | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 04/16/2025 | 04/30/2026 | |
| 2403 | MADELYN PUGSLEY | 1,055.00 | 750.00 | 0.00 | 0.00 | 01/01/2025 | 12/31/2025 | 06/30/2026 |
| 2404 | BRANDON BROWN | 1,035.00 | 980.00 | 0.00 | 0.00 | 12/01/2022 | 12/31/2026 | |
| 2405 | AMANDA KWASNIEWSKI | 1,090.00 | 700.00 | 0.00 | 0.00 | 02/18/2026 | 02/28/2027 | |
| 2406 | HOPE LEWANDOWSKI | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 03/01/2025 | 03/31/2027 | |
| 2407 | COLE WEGNER | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 08/14/2024 | 08/31/2025 | |
| 2408 | JOSEPH NOELDNER | 1,035.00 | 1,025.00 | 0.00 | 0.00 | 09/01/2023 | 08/31/2026 | 05/31/2026 |
| 2409 | JOSHUA GILLILAND | 1,080.00 | 500.00 | 0.00 | 0.00 | 12/01/2021 | | |
| 2410 | ANDY NGUYEN | 1,035.00 | 1,025.00 | 0.00 | 0.00 | 11/01/2023 | 11/30/2026 | 05/08/2026 |
| 2411 | REYNA REYES | 1,035.00 | 1,035.00 | 0.00 | 0.00 | 12/01/2025 | 11/30/2026 | |
| 2412 | BENJAMIN WAGNER | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 06/01/2024 | 06/30/2026 | |
| **Future Tenants/Applicants** | | | | | | | | |
| 2305 | TAYLOR VEFLIN | 0.00 | 700.00 | 0.00 | 0.00 | 06/01/2026 | 05/31/2027 | |
| 2307 | RYAN PECK | 0.00 | 700.00 | 0.00 | 0.00 | 06/01/2026 | 11/30/2026 | |
| 2410 | ELIZABETH BURGER | 0.00 | 0.00 | 0.00 | 0.00 | 05/22/2026 | 05/31/2027 | |
| **Total** | **Parkside Place** | **40,813.00** | **39,530.00** | **786.19** | **0.00** | | | |

| Summary Groups | Actual Rent | Security Deposit | CAM | Misc | # Of Units | % Unit Occupancy |
|----------------|-------------|------------------|-----|------|-----------|------------------|
| Current/Notice/Vacant Tenants | 40,813.00 | 38,130.00 | 786.18 | 0.00 | 38 | 97.36 |
| Future Tenants/Applicant | 0.00 | 1,400.00 | 0.00 | 0.00 | 3 | 0.00 |
| Occupied Units | 0.00 | 0.00 | 0.00 | 0.00 | 37 | 97.36 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 0.00 | 1 | 2.63 |
| **Totals:** | **40,813.00** | **39,530.00** | **786.18** | **0.00** | **38** | **100.00** |

**Page 2 of 2**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20270

05/14/26

$833.77*****

TO THE
ORDER OF   **** EIGHT HUNDRED THIRTY THREE AND 77/100 DOLLARS

JAREN SAUER
509 16th Ave Circle NE #2
WATERTOWN, SD  57201

NON-NEGOTIABLE

*Security Deposit Return*

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20256

04/23/26                                    $923.94*****

TO THE
ORDER OF          **** NINE HUNDRED TWENTY THREE AND 94/100 DOLLARS

AUTOMATIC BUILDING CONTROLS
4300 W 61ST ST N
SIOUX FALLS, SD    57107                      NON-NEGOTIABLE



# Invoice

®

## AUTOMATIC BUILDING CONTROLS

4300 W. 61ˢᵀ St. N. • Sioux Falls, SD 57107
605-336-1200 • FAX 605-336-0088

Invoice No :  245998
Invoice  Date :  04/16/2026
Customer Code :  APPARPLAW

Location:  **Parkside Place**
8  2nd St NE
Watertown, SD  57201



Bill To:  **Parkside Place**
PO Box 9379
Fargo, ND  58106

| P.O. # / Authority | Project Location | Our Contract Number | Terms |
|---|---|---|---|
| | | | Net 30 |

| Quantity / Hours | Item Number | Description | Unit Price / Rate | Amount |
|---|---|---|---|---|
| 1 | AC | Pre-bill of Annual Checkout of Fire Alarm System(s) | 870.00 | 870.00 |

| | |
|---|---|
| Invoice Subtotal | 870.00 |
| Sales Tax | 53.94 |
| Excise Tax | 0.00 |
| **INVOICE TOTAL** | **923.94** |

*Your Business is Appreciated!*

## *Life Safety Starts with ABC!*®

FIRE ALARMS • MASS NOTIFICATION • ERCES-BDA • CLOCK SYSTEMS • NURSE CALL • BATTERIES

PAST DUE ACCOUNT SUBJECT TO COLLECTION AT 1.5 PER MONTH



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20255

04/15/26

$104.00*****

TO THE
ORDER OF

**** ONE HUNDRED FOUR AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

Case 25-30002   Doc 420-1   Filed 06/10/26   Entered 06/10/26 15:58:15   Desc Exhibit
Page 20 of 65

# Maintenance Hours

## 2026

**Maintenance Name:** *Doug Rodengen*

$32.00 Hourly Rate

From: 1-April

To: 15-April

## Parkside Place

**PAID**

Invoice #: 4030

Invoice Date: 4/15/2026

Due Date: 4/16/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 4/2 | | 10:30 AM | 11:00 AM | | battery in 2310 bed fan remote -- fix loose baseboard wood from poking out | $32.00 |
| 4/10 | | 8:45 AM | 9:00 AM | 0:15: | look over patio spray paint on what we might be able to use - looked over overhead door as it was stuck open twice | $8.00 |
| 4/13 | | 12:00 | 13:45 | 1:45: | overhead garage door wide open, lights blinking company called - entry door from garage/lobby detached from bracket stainless steel screws bought | $56.00 |
| 4/15 | 2310 | 10:45 | 11:00 AM | 0:15: | brackets found for cabinet shelf installed above fridge | $8.00 |

**Total Hours**    2:15:      **Total Hourly Pay $32/hour**    $104.00

**Parkside Place Paycheck :**    $104.00

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20257

04/23/26

$2,622.41***

TO THE
ORDER OF

**** TWO THOUSAND SIX HUNDRED TWENTY TWO AND 41/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



SCAN ME

PAID
2025

Page 1

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 070-187355-01
**Service Address:** 8 2 ST NE HOUSE



## Electric Service



|  | Mar 2025 | Feb 2026 | Mar 2026 |
|---|---|---|---|
| Days of Service | 30 | 27 | 27 |
| kWh Used | 4395 | 7735 | 4530 |
| Avg kWh per day | 146.5 | 286.5 | 167.8 |
| Avg cost per day | $12.99 | $25.16 | $15.07 |

## Gas Service



|  | Mar 2025 | Feb 2026 | Mar 2026 |
|---|---|---|---|
| Days of Service | 30 | 27 | 27 |
| ccf Used | 284 | 370 | 277.51 |
| Avg ccf per day | 9.5 | 13.7 | 10.3 |
| Avg cost per day | $7.77 | $11.12 | $7.70 |

## Water Service

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| April 10, 2026 | $2,594.05 | $2,723.76 |

### Account Summary

| | | |
|---|---|---|
| Previous Balance | $ | 3,060.36 |
| Payments Received | $ | -3,060.36 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 2,594.05 |
| Total Amount Due | $ | 2,594.05 |

### Current Charges

| | | |
|---|---|---|
| Electric Service | $ | 406.95 |
| Gas Service | $ | 207.92 |
| Water Service | $ | 362.06 |
| Sewer Service | $ | 1,617.12 |
| Total Current Charges | $ | 2,594.05 |

### Important Info

Average Temperature last year = 34 Degrees
Average Temperature this year = 25 Degrees

|  | Mar 2025 | Feb 2026 | Mar 2026 |
|---|---|---|---|
| Days of Service | 30 | 27 | 27 |
| ccf Used | 74 | 86 | 63 |
| Avg ccf per day | 2.5 | 3.2 | 2.3 |
| Avg cost per day | $13.11 | $17.17 | $11.76 |



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**



Page 1

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187449-07
**Service Address:** 8 2 ST NE 2212



### Electric Service



| | Mar 2026 |
|---|---|
| **Days of Service** | 12 |
| **kWh Used** | 120 |
| **Avg kWh per day** | 10.0 |
| **Avg cost per day** | $1.33 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| April 10, 2026 | $15.97 | $16.77 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 0.00 |
| Payments Received | $ | 0.00 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 15.97 |
| Total Amount Due | $ | 15.97 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 15.97 |
| Total Current Charges | $ | 15.97 |

| Important Info | | |
|---|---|---|

Average Temperature last year - 34 Degrees
Average Temperature this year - 25 Degrees



Page 1



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



SCAN ME

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187410-07
**Service Address:** 8 2 ST NE 2307




PAID
2025

### Electric Service



| | Mar |
| --- | --- |
| | 2026 |
| **Days of Service** | 19 |
| **kWh Used** | 26 |
| **Avg kWh per day** | 1.4 |
| **Avg cost per day** | $0.65 |

| Due Date | Total Amount Due | After Due Date Pay |
| --- | --- | --- |
| April 10, 2026 | $12.39 | $13.00 |

| Account Summary | | |
| --- | --- | --- |
| Previous Balance | $ | 0.00 |
| Payments Received | $ | 0.00 |
| **Balance Forward** | $ | **0.00** |
| Current Charges | $ | 12.39 |
| Total Amount Due | $ | 12.39 |

| Current Charges | | |
| --- | --- | --- |
| Electric Service | $ | 12.39 |
| Total Current Charges | $ | 12.39 |

| Important Info |
| --- |
| Average Temperature last year - 34 Degrees |
| Average Temperature this year - 25 Degrees |


tenant Bill

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20260

04/30/26                                      $477.90*****

TO THE
ORDER OF        **** FOUR HUNDRED SEVENTY SEVEN AND 90/100 DOLLARS

WHITE GLOVE CLEANING
17892 449th AVE
HAYTI, SD   57241                      NON-NEGOTIABLE

White Glove Cleaning

17892 449th Ave
Hayti, SD 57241

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/1/2026 | 2533 |

PAID
2026.0

| Bill To |
|---------|
| Parkside |
| Unit # |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Building Cleaning | 450.00 | 450.00T |
| | Sales Tax | 6.20% | 27.90 |

Feb cleaning.
Previous White Glove
Invoice was for January cleaning.

| | Total | $477.90 |
|---|-------|---------|



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

**20258**

04/30/26

$628.05*****

TO THE
ORDER OF

**** SIX HUNDRED TWENTY EIGHT AND 05/100 DOLLARS

ALWAYS SPARKLING
26 1st Ave SW
#3310
WATERTOWN, SD  57201

NON-NEGOTIABLE
_____



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

**Invoice #001363**

**Issue date**
Apr 29, 2026



# Invoice #001363

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| **Customer** | **Invoice Details** | **Payment** |
|---|---|---|
| Mindy Craig CP Business Management | PDF created April 29, 2026 | Due April 29, 2026 |
| livingwatertown@gmail.com | $38.64 | $38.64 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $35.00 | $35.00 |
| *Refresh Cleaning* | | | |
| *-2310* | | | |
| *Light dust* | | | |
| *Floors throughout* | | | |
| *Toilet* | | | |

| | |
|---|---|
| Subtotal | $35.00 |
| Codington County | $2.17 |
| Out Of Town | $1.47 |

# Total Due $38.64



**Pay online**

**To pay your invoice go to https://squareup.com/u/mcNRBh9W**

Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

**Invoice #001359**

**Issue date**
Apr 27, 2026

# Invoice #001359

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management | PDF created April 27, 2026 | Due April 27, 2026 |
| livingwatertown@gmail.com | $138.06 | $138.06 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1   *3.25 hrs* | $130.00 | $130.00 |
| *Move Out 2211* | | | |
| *-window tracks* | | | |
| *-heat registers dusted* | | | |
| *-AC filter/groves* | | | |
| *-doors throughout* | | | |
| *-light switches/outlets* | | | |
| *-floors swept, mopped, vacuumed* | | | |
| *-washing machine build up* | | | |
| *-stove drawer* | | | |
| *-microwave build up underneath* | | | |
| *-some cabinet crumbs/smudges* | | | |
| *-counter top* | | | |
| *-sink* | | | |
| *-shower head , mild building up one wall missed at check out* | | | |
| *-exhaust fan* | | | |
| *-toilet* | | | |
| *-sink* | | | |
| *-baseboards* | | | |

| | |
|---|---|
| Subtotal | $130.00 |
| Codington County | $8.06 |

## Total Due            $138.06



**Pay online**
To pay your invoice go to https://squareup.com/u/13Bgbh4u
Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1

**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

**Invoice #001362**

**Issue date**
Apr 29, 2026

# Invoice #001362



As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management<br>livingwatertown@gmail.com<br>(605) 237-8806<br>PO Box 9379<br>Fargo , ND 58106 | PDF created April 29, 2026<br>$451.35 | Due April 29, 2026<br>$451.35 |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount  *- April*<br>*Parkside Building Clean*<br>*-weekly lobby*<br>*-biweekly stairwells/hallways* | 1 | $425.00 | $425.00 |

| | |
|---|---|
| Subtotal | $425.00 |
| Codington County | $26.35 |

## Total Due                    $451.35



**Pay online**
To pay your invoice go to https://squareup.com/u/M9U3pRW0
Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20259

04/30/26

$22,795.13**

TO THE
ORDER OF      **** TWENTY TWO THOUSAND SEVEN HUNDRED NINETY FIVE AND 13/100 DOLLARS

CODINGTON COUNTY TREASURER
14 1ST AVE SE
WATERTOWN, SD    57201

NON-NEGOTIABLE

# CODINGTON COUNTY TREASURER
## Official Real Estate Tax Notice
14 FIRST AVENUE S.E. * WATERTOWN, SD 57201
(605) 882-6285

2025 − 12170

## 2025 TAXES DUE AND PAYABLE IN 2026

**Record#: 9358**

$3,799.18 /mo

**Legal:**

Sch: 14-4         S/T/R:                    Acres/Lots: .00

WATERTOWN CITY  PARKSIDE PLACE ADD

PARKSIDE PLACE ADD

8 2 ST NE

**Taxes In Name Of**

PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 22,795.13 |
| **Second Half** | 22,795.13 |
| **TOTAL** | 45,590.26 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 64,392 | 3.081 | 198.38 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 64,392 | 9.126 | 587.64 |
| WATERTOWN CITY | 67,568 | 64,392 | 1.715 | 110.43 |
| EAST DAKOTA WATER | 67,568 | 64,392 | 0.019 | 1.22 |
| TAX INCREMENT 12 NA | 67,568 | 3,205,838 | 13.941 | 44,692.59 |

Escrow - JE funds to
Checking
$ 22,795.08

pd from checking
$ 22,795.13



PAID
20259

NA: 45590.26

**TOTAL:** 45,590.26

\* **Indicates a local decision to opt out of the Tax Freeze.** If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (\*).

⇩ Please detach stubs and return with your payment ⇩          ⇩ Please detach stubs and return with your payment ⇩

| -FIRST PAYMENT- | | CODINGTON Record # 9358 |
|---|---|---|
| PARKSIDE PLACE LLC | | |

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025- 12170 | 22,795.13 |
| **DELINQUENT AFTER APRIL 30th** | |

| -SECOND PAYMENT- | | CODINGTON Record # 9358 |
|---|---|---|
| PARKSIDE PLACE LLC | | |

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025- 12170 | 22,795.13 |
| **DELINQUENT AFTER OCTOBER 31st** | |

04/30/2026

## CODINGTON CO. TREASURER
### WATERTOWN, SD 57201
DUPLICATE Tax Receipt

**Paid By:** PARKSIDE PLACE LLC

**Trans #**
**370980**

**Check/Cash:** CHECK 20259

TOTAL PAID: 22,795.13

| OWNER NAME | District | YR | Bill# | Taxes Pd | Int. | Ad/Cer | Total | Receipt # |
|---|---|---|---|---|---|---|---|---|
| PARKSIDE PLACE LLC | 51 3589 14-4 | 2025 | 12170 1 | 22795.13 | .00 | .00 | 22,795.13 1st | 13923 2026 1 |
| PARKSIDE PLACE ADD | | | | | | | | |
| **Record #** 9358 | | | | | | | | |
| | | | **TOTALS:** | **22,795.13** | **.00** | **.00** | **22,795.13** | |



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20261

04/30/26

$120.00*****

TO THE
ORDER OF

**** ONE HUNDRED TWENTY AND 00/100 DOLLARS

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

# Maintenance Hours

## 2026

**Maintenance N:** *Doug Rodengen*

$32.00 Hourly Rate
From: 15-April
To: 30-April



## Parkside Place

Invoice #: 4031

Invoice Date: 4/30/2026
Due Date: 5/1/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 4/21 | 2203 | 11:15 | 11:30 AM | 0:15 | dishwasher not draining motor issue - DAVE PT called | $8.00 |
| 4/28 | 2211 | 8:30 AM | 11:45 AM | 3:15 | karls/menards run, adjust doors, oven light, microwave light, blinds swapped out in both rooms, paint touch ups | $104.00 |
| 4/28 | | 11:45 | 12:00 | 0:15 | heat off in hallways, garage, entrys | $8.00 |

**Total Hours** 3:45:    **Total Hourly Pay $32/hour** $120.00

**Parkside Place Paycheck :** $120.00

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20262

04/26/26

$2.25*******

TO THE
ORDER OF      **** TWO AND 25/100 DOLLARS

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA    91716-0506

NON-NEGOTIABLE

MEMO: 6004-3002-0037-4038



MENARDS – WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for
items on this receipt will be in the form
of an in store credit voucher if the
return is done after 07/21/26

If you have questions regarding the
charges on your receipt, please
email us at:
WTWNfrontend@menards.com

Sale Transaction

SPRING LOCK REPL.BASKET  -3415
6790080        2 @4.97        9.94 ✓
F▮▮▮▮▮▮▮▮
6473537                          4
2105149        2 @2.89
AA 4PK ENERGIZER MAX    -Gen
2105068                        4.25*

TOTAL                          29.91
TAX WATERTOWN-SD 6.2%           1.85
TOTAL SALE                     31.76
Menard Contractor Card 3678    31.76
Job # or Name : 26
  Auth Code:143413        gen 12.06 12.80
Chip Inserted
a000000817002001          pax 2.12  2.25
ARQC - 96ba40ba208d3f09

TOTAL NUMBER OF ITEMS =    6

THE FOLLOWING REBATE RECEIPTS WERE
PRINTED FOR THIS TRANSACTION:
 4983

GUEST COPY

The Cardholder acknowledges receipt of
goods/services in the total amount shown
hereon and agrees to pay the card issuer
according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, ADAH

37108 05 1064   04/22/26  04:39PM 3097



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20264

04/26/26

$250.36******

TO THE
ORDER OF

**** TWO HUNDRED FIFTY AND 36/100 DOLLARS

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD    57117

NON-NEGOTIABLE

Case 25-30002   Doc 420-1   Filed 06/10/26   Entered 06/10/26 15:58:15   Desc Exhibit
Page 40 of 65



## MIDCO BUSINESS®

PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 04/09/26 |
| Invoice Number | 38576070115339 |
| Account # | 385760701 |
| Page | 1 of 4 |

PARKSIDE PLACE, LLC
8 2ND ST NE
WATERTOWN SD 57201

Thank you for choosing Midco. We appreciate your business and look forward to serving you for years to come.

**PAID**

## Midco Alerts

**Statement Notice:** The Federal USF fee is decreasing from 37.60% to 37%. This change will be reflected on your April statement.

**Got questions about your bill?** For help reading your statement, visit **Midco.com/Business/Statements**.

**Get a targeted marketing strategy.** Midco's team works with you to develop a demographic-based targeting strategy to hit the mark when it comes to your customers. See what else our team can do for you at **Midco.com/Advertising.**

**Connecting communities across the Midwest**. We're proud to power homes and businesses in our five-state footprint with our reliable services and local support teams.

### Billing Summary

| | |
|---|---|
| Account Number | 385760701 |
| **Total Amount Due** | **$250.36** |

### Account Activity

| | |
|---|---|
| Previous Balance | $250.63 |
| Payments Received | -$250.63 |
| Balance Forward | $0.00 |

### Current Charges

| | |
|---|---|
| Data and Related Services | $95.00 |
| Voice and Related Services | $60.00 |
| Other Services | $15.00 |
| Taxes, Fees & Surcharges | $80.36 |
| **Total Amount Due** | **$250.36** |

*Payment Due Date: 04/28/26*

**Payment Options**
Online: **Midco.com/Business/MyAccount**. Phone: 1.800.888.1300.
EFT: See reverse side. Mail: Return stub below & do not send cash.

**Online:** Midco.com/Business       **Phone:** 1.800.888.1300       **Email:** Business.Support@Midco.com





PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 04/09/26 |
| Invoice Number | 38576070115339 |
| Account # | 385760701 |
| Page | 3 of 4 |

# Frequently Asked Questions

### What are State and Local Taxes?
State, local and municipal governments mandate these taxes on equipment and services.

### What is the Carrier Cost Recovery Fee?
The Carrier Cost Recovery Fee includes multiple fees associated with voice services. These include: Federal Access Charges, the Administration Recovery Fee, the Access Recovery Charge, the Local Number Portability Fee, and the Presubscribed Carrier Charge. This does not reflect a direct government charge.

### What are Federal Access Charges?
These charges - proposed and authorized by the Federal Communications Commission (FCC) - provide for access to and maintenance of the local network.

### What is the Administration Recovery Fee?
Carriers providing interstate telecommunications must support relay services, which enables phone conversations between people with speech/hearing impairments and those without.

### What is the Network Access Charge?
The Network Access Charge allows carriers to recoup charges to support access and maintenance of the data network and costs associated with government assessments for the support of speech and hearing-impaired programs. This does not reflect a direct government charge.

### What is the Access Recovery Charge (ARC) Fee?
The Access Recovery Charge (ARC) is a fee related to changes in FCC rules. This monthly fee is a way to recover the costs of providing access to the phone network.

### What is the Presubscribed Carrier Charge?
This charge is for selecting and routing calls to a long-distance carrier.

### What is the Local Number Portability Fee?
The Federal Communications Commission permits phone companies to add this charge to all phone lines as compensation for creating systems that allow residential and business phone customers to retain their existing local phone numbers (at the same location) when switching from one local phone service to another.

### What is the Federal Excise Tax?
The federal government mandates this tax, which is imposed on local and wireless phone services.

### What is the Universal Service Fee?
The Federal Communications Commission (FCC) created the Universal Service Fund (USF). This fee helps make voice and internet/data service affordable and available to all Americans, including low-income consumers and those living in areas where the costs of providing service is high. It also includes public and nonprofit schools and libraries serving low-income communities, as well as rural health care providers. Congress mandated that all telecommunications companies providing interstate service contribute to the USF. A carrier may include this contribution on customers' monthly bill.

### What is the County Government 911 Emergency Surcharge?
Local governments mandate this surcharge to help pay for emergency services such as fire and rescue.

### What is the Telecom Relay Service Charge?
This state service charge helps to pay for the state relay center, which transmits and translates calls for hearing-impaired people.

### What is the Gross Receipts Tax?
This tax is on gross receipts derived from the furnishing of phone services. The service provider collects the tax and reports the collections annually to the Department of Revenue.

### What is Midco's policy on refunds for credit card transactions?
When a customer pays money on an account by credit or debit card, and there needs to be a partial or full refund to that card because of the customer's transaction, it is Midco's policy to issue a credit to the customer's account as long as it is within 30 days of the credit transaction. If there was an error in the amount charged to card by Midco, we may issue a credit to the customer's credit card with a manager's approval.

### What is Midco's policy for returned payments?
If any payment is returned unpaid, Midco will apply a fee to your next monthly statement. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

For customers who have authorized recurring payments: You authorize Midco to make a one-time electronic funds transfer (EFT) from your account to collect a fee. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

### Is a move in your future?
If you plan on moving, please call 1.800.888.1300 or visit **Midco.com/Move** at least two weeks prior to your move to ensure a smooth transition of services. Then complete a change of address form with the U.S. Postal Service at **USPS.com** to make sure your mail always reaches you.

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20265

04/26/26                    $318.60*****

TO THE
ORDER OF        **** THREE HUNDRED EIGHTEEN AND 60/100 DOLLARS

NORRIS CARPET CARE
615 3RD ST SE
WATERTOWN, SD    57201                NON-NEGOTIABLE



# NORRIS AMERICAN CARPET CARE

### 931 23RD STREET SW
### WATERTOWN, SD
### 605.237.1601 - 605.880.6676
### CHECK US OUT ON FACEBOOK!!

**"BEST AROUND"**

| | 1672 |
| --- | --- |

**PAID** 202405

Date: 3/31/26

Name: Sparkling Clean

Customer Signature: _____

Address: ParkSide #2310 & 2307

City/State/Zip: Wtn S.D

Phone #: _____     Paid Check #: _____

☐ Cash     ☐ Charge     ☐ VISA     ☐ Master Card     ☐ Venmo

| ROOM | DESCRIPTION | | SQ. FT. | AMOUNT |
| --- | --- | --- | --- | --- |
| #2310-1 | - BR | x    = | | 100 00 |
| 2307-1 | - BR | x    = | | 100 00 |
| #3212-1 | - BR | x Cervudations = | | 100 00 |
| | - | x    = | | |
| | - | x    = | | |
| | - | x    = | | |
| | - | x    = | | |
| | - | x    = | | |

#2307- Heavy Wear in high Traffic lanes.
#2310 - Minor traffic lane Wear.

| COMMENTS | | |
| --- | --- | --- |
| Thank you! Chad | SUBTOTAL | 300 00 |
| | TAX 6.2% | 18 60 |
| | **TOTAL** | 318 60 |

WWW.WATERTOWNUPHOLSTERYCLEANING.COM



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20265

TO THE
ORDER OF

**** THREE HUNDRED EIGHTEEN AND 60/100 DOLLARS

NORRIS CARPET CARE
615 3RD ST SE
WATERTOWN, SD 57201

04/26/26

$318.60*****

NON-NEGOTIABLE



# NORRIS AMERICAN CARPET CARE

## 931 23RD STREET SW
## WATERTOWN, SD
## 605.237.1601 - 605.880.6676
## CHECK US OUT ON FACEBOOK!!

**"BEST AROUND"**

PAID
20245

1672

Date: 3/31/26

Name: Sparkling Clean

Customer Signature: _____

Address: Park Side # 2310 & 2307

City/State/Zip: Wtn S.D

Phone #: _____

Paid Check #: _____

☐ Cash    ☐ Charge    ☐ VISA    ☐ Master Card    ☐ Venmo

| ROOM | DESCRIPTION | | SQ. FT. | AMOUNT |
|---|---|---|---|---|
| #2310-1 | - BR x | = | | 100 00 |
| 2307-1 | - BR x | = | | 100 00 |
| #3212-1 | - BR x Corrugations | = | | 100 00 |
| | - x | = | | |
| | - x | = | | |
| | - x | = | | |
| | - x | = | | |
| | - x | = | | |

#2307- Heavy Wear in high Traffic lanes.
#2310 - Minor traffic lane Wear.

COMMENTS  Thank-you! Chad

| | |
|---|---|
| SUBTOTAL | 300 00 |
| TAX 6.2% | 18 60 |
| **TOTAL** | 318 60 |

WWW.WATERTOWNUPHOLSTERYCLEANING.COM

Case 25-30002   Doc 420-1   Filed 06/10/26   Entered 06/10/26 15:58:15   Desc Exhibit
Page 46 of 65

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20266

04/26/26                                    $361.08*****

TO THE
ORDER OF       **** THREE HUNDRED SIXTY ONE AND 08/100 DOLLARS

TURFWURX PROPERTY MAINTENANCE
1401 BRUHN AVE NE
WATERTOWN, SD    57201

NON-NEGOTIABLE

**TurfWurx Property Maintenance**
**SnowSolutions Ie and Snow Management**
**1401 Bruhn Ave NE**
**Watertown, SD 57201**
**605-881-4960**



| INVOICE NO.MARCH2026 | 4/1/26 |
|---|---|

SERVICE ADDRESS

BILL TO:

PARKSIDE APARTMENTS
8 2ND ST NE
WATERTOWN SD 57201

Snow Removal

| DESCRIPTION | TOTAL |
|---|---|
| 3/7 SNOW REMOVAL | 85 |
| 3/11 SNOW REMOVAL | 85 |
| 3/15 SNOW REMOVAL | 85 |
| 3/17 SNOW REMOVAL | 85 |

| | |
|---|---|
| SUBTOTAL | 340 |
| SALES TAX 6.2% | 21.08 |
| **AMOUNT DUE:** | $361.08 |

Thank you for your business!



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20263

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

04/26/26

$414.18******

\*\*\*\* FOUR HUNDRED FOURTEEN AND 18/100 DOLLARS

TO THE
ORDER OF

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD 57201

NON-NEGOTIABLE

# Invoice

**George's Sanitation Inc.**
3367 12th Ave NW
Watertown, SD 57201

605-886-3161

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

| Due Date | Invoice # |
| --- | --- |
| DUE ON RECEIPT | 44824 |



## MARCH GARBAGE SERVICE (2026)

| Qua... | Description | Rate | Amount |
| --- | --- | --- | --- |
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

*park $207.09*
*gen $207.09*

**ATTENTION CUSTOMERS, WE CAN NOW DO AUTOPAY WITH YOUR CHECKING ACCOUNT THROUGH ACH OR WITH DEBIT/CREDIT CARD-IF INTERESTED PLEASE CALL (605-268-0175) OR EMAIL US AT scottgeorge00.sg@gmail.com TO GET SIGNED UP-THANK YOU.**

| Sales Tax (6.2%) | $24.18 |
| --- | --- |
| **Total** | **$414.18** |

PLEASE REFERENCE YOUR
INVOICE # ON YOUR
PAYMENT

INVOICE PAYMENT SUBJECT TO A $5.00 LATE FEE IF NOT PAID WITHIN 30 DAYS AFTER RECEIVED

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**

# George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/1/2026 | 44425 |



PAID *Rec'd w/ march's invoices*

| Project/Job | P.O. No. | Due Date | Terms |
|-------------|----------|----------|-------|
| FEBRUARY SERVICE (2026) | | 3/31/2026 | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

*Park $207.09*
*Gen $207.09*

INVOICE PAYMENT SUBJECT TO A $5.00 LATE FEE IF NOT PAID WITHIN 30 DAYS AFTER RECEIVED

George's Sanitation Thanks You For Your Business.

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**

| | |
|---|---|
| **Subtotal** | $390.00 |
| **Sales Tax (6.2%)** | $24.18 |
| **Total** | $414.18 |

Case 25-30002   Doc 420-1   Filed 06/10/26   Entered 06/10/26 15:58:15   Desc Exhibit
Page 51 of 65

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20268

04/30/26

$2,734.72***

TO THE
ORDER OF     **** TWO THOUSAND SEVEN HUNDRED THIRTY FOUR AND 72/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE
_____



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**





**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 070-187355-02
**Service Address:** 8 2 ST NE HOUSE

Page 1

## Electric Service

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| May 11, 2026 | $5,274.49 | $5,408.51 |

### Account Summary

| | | |
|---|---|---|
| Previous Balance | $ | 2,594.05 |
| Payments Received | $ | 0.00 |
| **Balance Forward** | **$** | **2,594.05** |
| Current Charges | $ | 2,680.44 |
| Total Amount Due | $ | 5,274.49 |

| | Apr 2026 |
|---|---|
| Days of Service | 31 |
| kWh Used | 4147 |
| Avg kWh per day | 133.8 |
| Avg cost per day | $12.08 |

## Gas Service

### Current Charges

| | | |
|---|---|---|
| Electric Service | $ | 374.42 |
| Gas Service | $ | 247.28 |
| Water Service | $ | 441.62 |
| Sewer Service | $ | 1,617.12 |
| Total Current Charges | $ | 2,680.44 |

| | Apr 2026 |
|---|---|
| Days of Service | 31 |
| ccf Used | 335.7 |
| Avg ccf per day | 10.8 |
| Avg cost per day | $7.98 |

### Important Info

Average Temperature last year : 40 Degrees
Average Temperature this year : 41 Degrees

The 2025 Water Quality Report is available on the Municipal Utilities web site at https://www.watertownmu.com/wp-content/uploads/2025-Water-Quality-Report.pdf. The Water Quality Report is available in print and can be mailed to your home by calling 605-882-6233 and requesting a copy.

If you have any questions or notice any issues with your bill, please contact our office.

## Water Service



| | Apr 2026 |
|---|---|
| Days of Service | 31 |
| ccf Used | 81 |
| Avg ccf per day | 2.6 |
| Avg cost per day | $12.81 |



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187410-08
**Service Address:** 8 2 ST NE 2307


**PAID**



## Electric Service



Apr 2026

| | |
|---|---|
| Days of Service | 33 |
| kWh Used | 38 |
| Avg kWh per day | 1.2 |
| Avg cost per day | $0.54 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| May 11, 2026 | $30.08 | $30.97 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 12.39 |
| Payments Received | $ | 0.00 |
| Balance Forward | $ | **12.39** |
| Current Charges | $ | 17.69 |
| Total Amount Due | $ | 30.08 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 17.69 |
| Total Current Charges | $ | 17.69 |

*tenant*

| Important Info |
|---|

Average Temperature last year : 40 Degrees
Average Temperature this year : 41 Degrees

The 2025 Water Quality Report is available on the Municipal Utilities web site at https://www.watertownmu.com/wp-content/uploads/2025-Water-Quality-Report.pdf. The Water Quality Report is available in print and can be mailed to your home by calling 605-882-6233 and requesting a copy.

If you have any questions or notice any issues with your bill, please contact our office.



**Page 1**

**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**



**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187413-08
**Service Address:** 8 2 ST NE 2310

**PAID**

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| May 11, 2026 | $12.68 | $13.32 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 0.00 |
| Payments Received | $ | 0.00 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 12.68 |
| Total Amount Due | $ | 12.68 |

### Electric Service





| | Apr 2026 |
|---|---|
| **Days of Service** | 20 |
| **kWh Used** | 48 |
| **Avg kWh per day** | 2.4 |
| **Avg cost per day** | $0.63 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 12.68 |
| Total Current Charges | $ | 12.68 |



| Important Info |
|---|

Average Temperature last year : 40 Degrees
Average Temperature this year : 41 Degrees

The 2025 Water Quality Report is available on the Municipal Utilities web site at https://www.watertownmu.com/wp-content/uploads/2025-Water-Quality-Report.pdf. The Water Quality Report is available in print and can be mailed to your home by calling 605-882-6233 and requesting a copy.

If you have any questions or notice any issues with your bill, please contact our office.



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

SCAN ME



**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187449-08
**Service Address:** 8 2 ST NE 2212

Page 1

PAID

### Electric Service



| | Apr 2026 |
|---|---|
| Days of Service | 33 |
| kWh Used | 117 |
| Avg kWh per day | 3.5 |
| Avg cost per day | $0.72 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| May 11, 2026 | $39.88 | $41.08 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 15.97 |
| Payments Received | $ | 0.00 |
| **Balance Forward** | **$** | **15.97** |
| Current Charges | $ | 23.91 |
| Total Amount Due | $ | 39.88 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 23.91 |
| Total Current Charges | $ | 23.91 |



| Important Info | | |
|---|---|---|

Average Temperature last year : 40 Degrees
Average Temperature this year : 41 Degrees

The 2025 Water Quality Report is available on the Municipal Utilities web site at
https://www.watertownmu.com/wp-content/uploads/2025-Water-Quality-Report.pdf.
The Water Quality Report is available in print and can be mailed to your home by
calling 605-882-6233 and requesting a copy.

If you have any questions or notice any issues with your bill, please contact our
office.

Case 25-30002   Doc 420-1   Filed 06/10/26   Entered 06/10/26 15:58:15   Desc Exhibit
Page 56 of 65

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20269

04/30/26                    $3,733.77***

TO THE
ORDER OF          **** THREE THOUSAND SEVEN HUNDRED THIRTY THREE AND 77/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,      58106

NON-NEGOTIABLE

## CP Business Management

### 2026

| | |
|---|---|
| From: | 1-Apr |
| To: | 30-Apr |

**PAID**
80269

## Parkside Place

Invoice #: 2016
Invoice Date: 04/30/2026
Due Date: 05/01/2026

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected Funds | $39,826.15 | $1,991.31 |
| | **Total Management Fee** | **$39,826.15** | **$1,991.31** |
| | Other Collected Income | | Total |
| | 2208 collected CP recovery fees | | $194.77 |
| | 2310 collected CP recovery fees | | $464.29 |
| 5800 | Collected late fees (keller) | | $95.40 |
| 5700 | Collected admin fees (keller, grovenburg) | | $750.00 |
| | **Total Other Collected Income** | | **$1,504.46** |
| | Miscellaneous | | |
| 8004 | Misc Manager | | $200.00 |
| 7057 | Software Fee | | $38.00 |
| | **Total Miscellaneous** | | **$238.00** |

| | |
|---|---|
| **Total Management Fee** | $1,991.31 |
| **Total Other Collected Income** | $1,504.46 |
| **Total Miscellaneous** | $238.00 |
| **Parkside Place Total** | $3,733.77 |

Please make checks payable to CP Business Management no later than   5/1/2026

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20267

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

05/01/26                    $19,266.67**

**** NINETEEN THOUSAND TWO HUNDRED SIXTY SIX AND 67/100 DOLLARS

NON-NEGOTIABLE

TO THE
ORDER OF     **** RED RIVER STATE BANK
             Attn Danielle Harless
             300 2ND AVE W
             HALSTAD, MN   56548

MEMO: Loan Payment

5.  <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

i.



ii. Parkside will pay the sum of $19,266.67.00 on the 15th day of each month to be applied to debt service.

iii. Generations will pay the sum of $39,666.67 on the 15th day of each month to be applied to debt service.

iv. Parkside and Generations shall each remit to the Bank, within three (3) business days of the entry of an order granting this stipulation, the added sum of $7,500 and $17,500.00, respectively, to be applied to debt service.

v. The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

vi. The Bank shall be granted perfected replacement liens and security interests, pursuant to 11 U.S.C. § 552, in Debtors' postpetition accounts receivables, general intangibles, cash, and rents of the same priority, dignity, and effect as the prepetition liens and security interests on the prepetition property of Debtors, to the extent of any diminution in cash collateral or prepetition accounts receivables, general intangibles, cash, and rents. The liens and security interests granted to the Bank herein shall not be primed by any other lien or encumbrance, whether by order of the

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20272

05/25/26                    $90.00******

TO THE
ORDER OF       **** NINETY AND 00/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,    58106

APP FEES x2

NON-NEGOTIABLE
_____

| Bank Account | Date | Total | Trans # | Resident | Property | Unit | Init Date | Type | Bill Type | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| #8688 | 05-20-2026 | $45.00 | | | | | | | | |
| | | | 539644335 | Elizabeth Burger | Parkside Place | | 05-15-2026 | Visa | Application fee | $45.00 |
| #8688 | 05-21-2026 | $45.00 | | | | | | | | |
| | | | 539828083 | Elizabeth Burger | Parkside Place | | 05-18-2026 | Visa | Application fee | $45.00 |

*Paid out to Parkside via Zego.*
*Repay cr Business*

*001120*

SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104



**Liberty Mutual.**
INSURANCE

THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

**Your Account:**

#9000344025
THE RUINS LLC GENERATIONS ON 1ST
LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

# Your Billing Statement as of May 8, 2026

**Policies on Account:**

BKS65299485 - BK-Package

# Billing Notice

Small Commercial Insurance

**Your Agent(s):**

#0059540
SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104
(701) 390-1994

| | |
|---|---|
| Amount Due: (incl. fees) | **$7081.82** |
| Due Date: | **05/28/2026** |
| Account Balance: | **$21,229.46** |

*Park 25.431% $1800.98*

*Gen 38.448% $2,722.82*

*Ruins 36.122% $2,558.10*

## Billing Details

| Policy | Frequency | Policy Term | Amount Due |
|---|---|---|---|
| **Package - BKS65299485** | Monthly - 2 down 10 install | 09/28/2025 - 09/28/2026 | $7,073.82 |
| **Fees** | | | $8.00 |
| **Total Amount Due** | | | $7081.82 |

| Account Summary | |
|---|---|
| **Previous Account Balance** | $34,663.95 |
| **Fees** | $8.00 |
| **Payments** | -$13,442.49 |
| **Account Balance** | **$21,229.46** |

## Save time & PAY ONLINE!

Pay your bill online 24/7 at
**mybusinessonline.libertymutual.com**

## For Billing Questions...

Call 844-961-0334
Mon.-Fri. 8AM-8PM EST



Please detach and return the bottom portion with your payment, in the envelope provided.

 **Liberty Mutual.**
INSURANCE

Summary    Policy Details    Notices    Settings

  **844-961-0334**
M-F, 8AM-8PM (EST)

# Billing Portal

| | | | |
|---|---|---|---|
| **Account #:** | **9000344025** | Minimum payment: | **$5,280.84** |
| **Account of:** | THE RUINS LLC | Due by: | **05/28/2026** |
| | GENERATIONS ON 1ST LLC | Account balance: | **$19,428.48** |
| | PARKSIDE LLC | | |
| **Email:** | MCRAIG@CPBUSMGT.COM | | |
| **Paperless billing:** | Off | **Pay Now** | |
| **Policies on account:** | BKS65299485 | | |
| **Automatic payments:** | Off | Current Invoice Details | |
| **Due day:** | 28 | | |
| **Agent(s):** | SUMMIT INSURANCE AGENCY | | |
| | LLC | | |
| **Billable party:** | Same as Account of | | |
| **Prior billing account:** | 203080050 | | |

Visit My Business Online for additional documents and features. Go to Settings to manage your account including Automatic Payments, Email, or Paperless Billing.    ✕

# Confirmation

| | |
|---|---|
| Confirmation # | D0005MWJ1 |
| Date/time | 05/25/2026 04:11 PM EDT |
| Payment method | EFT - electronic check |
| Amount | $1,800.98 on account ending in 8688 *park* |
| Saved payment account for future use | No |

**Return to Summary**

A confirmation receipt has been sent to the email address on file.

**Alexis Burbach**

**2026**

From:   1-May
To:   15-May

PAID

*Parkside Place*

| Invoice #: | 2032 |
| Invoice Date: | 5/15/2026 |
| Due Date: | 5/16/2026 |

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 5/8 | | 9:00 AM | 10:00 AM | 1:00: | move out 2410 - chad norris in building, county fair to pick up comm | $25.50 |
| 5/11 | | 1:30 PM | 2:00 PM | 0:30: | parkside 2410, 2212, ashley and mom | $12.75 |
| 5/12 | | 17:00 | 17:30 | 0:30: | commercial showing cancelled 10 min before was already there - qu | $12.75 |
| 5/13 | | 12:00 | 12:30 PM | 0:30: | package with wrong name/address in mailroom - took to UPS | $12.75 |
| 5/14 | | 13:00 | 13:30 | 0:30: | showing Elizabeth and friends 2212/2410 | $12.75 |
| 5/15 | | 11:45 AM | 12:00 PM | 0:15: | showing jorge 2212 | $6.38 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | **Total Hours** | 3:15: | | **Total Hourly Pay $25.50/hour** | **$82.88** |

| Date | Unit | Start | End | Total Hours | Maintenance | |
|------|------|-------|-----|-------------|-------------|---|
| | | **Total Hours** | 0:00: | | **Total Maintenance $30/hour** | **$0.00** |

| Date | Unit | | | | Reimbursement | |
|------|------|--|--|--|---------------|---|
| | | | | | **Total Reimbursement** | **$0.00** |

| Date | Unit | | | | Commission | |
|------|------|--|--|--|------------|---|
| 4/28 | 2307 | | | | Ryan Peck | $200.00 |
| | | | | | $200 per new lease | |
| | | | | | $200 per new lease | |
| | | | | | $200 per new lease | |
| | | | | | **Total Commissions** | **$200.00** |

| | |
|---|---|
| **Parkside Place Total Hours Amount:** | $82.88 |
| **Parkside Place Total Painting Amount:** | $0.00 |
| **Parkside Place Total Reimbursements:** | $0.00 |
| **Parkside Place Subtotal:** | $82.88 |
| **Parkside Place Sales Tax (6.2%):** | $5.14 |
| **Parkside Place Total Commissions:** | $200.00 |
| **Parkside Place Total Paycheck Amount:** | $288.01 |

# CODINGTON COUNTY TREASURER
Official Real Estate Tax Notice
14 FIRST AVENUE S.E. * WATERTOWN, SD 57201

(605) 882-6285

2025 − 12170

## 2025 TAXES DUE AND PAYABLE IN 2026

**Legal:**  Sch: 14-4   S/T/R:   Acres/Lots: .00

WATERTOWN CITY  PARKSIDE PLACE ADD

PARKSIDE PLACE ADD

8 2 ST NE

Record#: 9358

$3,799.18 /mo

**Taxes In Name Of**

PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 22,795.13 |
| **Second Half** | 22,795.13 |
| **TOTAL** | 45,590.26 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 64,392 | 3.081 | 198.38 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 64,392 | 9.126 | 587.64 |
| WATERTOWN CITY | 67,568 | 64,392 | 1.715 | 110.43 |
| EAST DAKOTA WATER | 67,568 | 64,392 | 0.019 | 1.22 |
| TAX INCREMENT 12 NA | 67,568 | 3,205,838 | 13.941 | 44,692.59 |

JE to Escrow
$ 3799.18

NA: 45590.26

**TOTAL:**  45,590.26

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⬇ Please detach stubs and return with your payment ⬇          ⬇ Please detach stubs and return with your payment ⬇

| -FIRST PAYMENT- | CODINGTON Record # 9358 |
|---|---|
| PARKSIDE PLACE LLC | |

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025- 12170 | 22,795.13 |

DELINQUENT AFTER APRIL 30th

| -SECOND PAYMENT- | CODINGTON Record # 9358 |
|---|---|
| PARKSIDE PLACE LLC | |

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025- 12170 | 22,795.13 |

DELINQUENT AFTER OCTOBER 31st