UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    Bankruptcy No. 25-30003
                                                          Chapter 11
Parkside Place, LLC,
                            Debtor.
_____/

### NOTICE OF HEARING ON APPROVAL OF
### CREDITOR RED RIVER STATE BANK'S
### AMENDED DISCLOSURE STATEMENT FOR CREDITOR'S
### AMENDED PLAN OF LIQUIDATION OF PARKSIDE PLACE, LLC

TO THE DEBTORS, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

Debtors Generations on 1st, LLC, and Parkside Place, LLC, petitioned for relief under Chapter 11 of the Bankruptcy Code on January 6, 2025. On June 12, 2026, Creditor Red River State Bank filed an amended disclosure statement pursuant to Bankruptcy Rule 3016(b).

Pursuant to section 1125(b) of the Bankruptcy Code, there will be a hearing on approval of Red River State Bank's Amended Disclosure Statement for Creditor's Amended Plan of Liquidation of Parkside Place, LLC Dated June 12, 2026, (Doc. 431) on **Monday, June 22, 2026, at 10:00 a.m. (CST) in Quentin N. Burdick U.S. Courthouse, Courtroom #2, 2nd Floor, 655 First Avenue North, Fargo, North Dakota**. Parties may appear by video conference. ***The latest video conference instructions and the link to join are located at: http://www.ndb.uscourts.gov/video-conferences***.

NOTICE IS FURTHER GIVEN that objections to Red River State Bank's Amended Disclosure Statement Dated June 12, 2026, if any, shall be filed in the Clerk's Office, United States Bankruptcy Court no later than **June 19, 2026,** with a copy served on the attorney for the creditor, the trustee (if any) and all other interested parties listed below. Any objections not filed and served may be deemed waived. If the Court receives no written objections to the Creditor's Amended Disclosure Statement, the Court may approve the Amended Disclosure Statement without a hearing.

ATTORNEY FOR CREDITOR
Kesha L. Tanabe
Vogel Law Firm
218 NP Avenue, PO Box 1389
Fargo, ND 58107-1389

UNITED STATES TRUSTEE
Mary R. Jensen, Acting U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

The Amended Disclosure Statement may be reviewed by registering with the ECF system or in the Bankruptcy Clerk's Office by any party. Also, copies of the Amended Disclosure Statement may be obtained by contacting the Attorney for the Creditor.

Your rights may be affected in this action. You should read these papers carefully and discuss the matter with your attorney, if you have one. If you want the Court to consider your views you should file a written response to the action and attend the hearing that has been scheduled. If you do not take these steps the Court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: June 15, 2026.

Sara E. Diaz, Clerk
United States Bankruptcy Court
Quentin N. Burdick United States Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102-4932

By:   /s/   SHARON HORSAGER
        Sharon Horsager, Deputy Clerk

Copy served electronically June 15, 2026, to Attorney Kesha Tanabe for service.