UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Chapter 11 |
| Parkside Place, LLC, | Bankruptcy No. 25-30003 |
| Debtor. | |

ORDER APPROVING DISCLOSURE STATEMENT AND
SETTING DEADLINE FOR
RETURN OF BALLOTS AND OBJECTIONS TO CONFIRMATION
AND SCHEDULING CONFIRMATION HEARING

**Disclosure Statement**

Creditor Red River State Bank filed its Amended Disclosure Statement for Creditor's Amended Plan of Liquidation for Parkside Place, LLC on June 12, 2026.  Doc. 431. The Amended Disclosure Statement referred to Red River State Bank's First Amended Chapter 11 Plan of Liquidation [Doc. 430] filed the same day.  Interested Party Jesse Craig filed an Objection to the Amended Disclosure Statement. Doc. 438.

The Court held a hearing on the Disclosure Statement on June 22, 2026.  During the hearing Red River State Bank agreed to amend several provisions to address concerns expressed by Jesse Craig or the Court.  Accordingly, Red River State Bank filed an Amended Disclosure Statement for Creditor's First Amended Plan of Liquidation for Parkside Place, LLC.  Doc. 440.  It also filed Creditor's First Amended Plan of Liquidation for Parkside Place, LLC.  Doc. 442.

The Court is satisfied that the Amended Disclosure Statement [Doc. 440] provides "adequate information" as required by 11 U.S.C. § 1125. Therefore, **IT IS ORDERED** that the Amended Disclosure Statement for Creditor's First Amended Plan of Liquidation for Parkside Place, LLC [Doc. 440] is **APPROVED**.

**Deadlines**

**IT IS ORDERED** that:

Red River State Bank shall serve this Order, its Amended Disclosure Statement [Doc. 440], Creditor's First Amended Plan of Liquidation for Parkside Place, LLC [Doc. 442] and

Ballots for acceptance or rejection of Red River State Bank's First Amended Chapter 11 Plan of Liquidation [Doc. 442] shall be mailed or electronically transmitted to Creditor's attorney, Kesha L. Tanabe, Esq, Vogel Law Firm, 218 NP Avenue, Fargo, ND 58107-1389 not later than **Tuesday, July 21, 2026.**

Not later than **NOON on Tuesday, July 21, 2026,** written objections to confirmation of Red River State Bank's First Amended Chapter 11 Plan of Liquidation shall be filed with the Clerk, United States Bankruptcy Court, Quentin N. Burdick United States Courthouse, 655 1st Avenue North, Suite 210, Fargo, North Dakota 58102-4932, and served pursuant to Rule 3020(b)(1) of the Federal Rules of Bankruptcy Procedure.

Pursuant to Rule 4004(a) of the Federal Rules of Bankruptcy Procedure, **IT IS ORDERED** that the deadline to file a complaint objecting to Debtor's discharge is **Wednesday, July 22, 2026.**

The deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation is **Tuesday, July 21, 2026.** If you elect to email exhibits, please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United States Trustee and any interested party who filed an objection or requested notice in this case.

**Confirmation Hearing**

**IT IS FURTHER ORDERED** that the hearing on confirmation of Red River State Bank's First Amended Chapter 11 Plan of Liquidation [Doc. 442], shall be held on **Wednesday, July 22, 2026, at 10:00 a.m.** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse and Federal Building, 655 First Avenue North, Fargo, North Dakota** at which time the Court shall also consider and act upon timely objections to confirmation. *If no objections are received by* **July 21, 2026,** *the Court may confirm the plan and cancel the hearing without further notice.*

Dated: June 23, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In Re:                                                  **Chapter 11**

Parkside Place, LLC,                                    Bankruptcy No. 25-30003

         Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## RED RIVER STATE BANK'S
## FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION


The undersigned, interested party, having a claim in the amount of

$_____.

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( ) ACCEPTS THE PLAN                    ( ) REJECTS THE PLAN


Dated:

                                        _____
                                        NAME OF CREDITOR
                                        (please print or type)

                        By:             _____
                                        (signature)

                                        _____
                                        ADDRESS

                                        _____

                                        _____

This ballot must be mailed or
electronically transmitted to:
Attorney Kesha L. Tanabe, Esq.
Vogel Law Firm
218 NP Avenue
Fargo, North Dakota 58107-1389

on or before **July 21, 2026.**