UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Parkside Place, LLC

CASE NO: 25-30003

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 440

---

On 6/23/2026, I did cause a copy of the following documents, described below,

Amended Disclosure Statement for Creditor's First Amended Plan of Liquidation for Parkside Place, LLC ECF Docket Reference No. 440

Creditor's First Amended Plan of Liquidation for Parkside Place, LLC 442

Order Approving Disclosure Statement and Setting Deadline for Return of Ballots and Objections to Confirmation and Scheduling Confirmation Hearing 444

Ballot for Accepting or Rejecting Red River State Bank's First Amended Chapter 11 Plan of Liquidation

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/23/2026

/s/ Kesha L. Tanabe
Kesha L. Tanabe
Counsel to Plan Proponent Red River State Bank
Vogel Law Firm
218 NP Avenue
Fargo, ND 58102
701-237-6983
ktanabe@vogellaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

IN RE:

Parkside Place, LLC

CASE NO: 25-30003

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 440

On 6/23/2026, a copy of the following documents, described below,

Amended Disclosure Statement for Creditor's First Amended Plan of Liquidation for Parkside Place, LLC ECF Docket Reference No. 440

Creditor's First Amended Plan of Liquidation for Parkside Place, LLC 442

Order Approving Disclosure Statement and Setting Deadline for Return of Ballots and Objections to Confirmation and Scheduling Confirmation Hearing 444

Ballot for Accepting or Rejecting Red River State Bank's First Amended Chapter 11 Plan of Liquidation

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/23/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kesha L. Tanabe
Vogel Law Firm
218 NP Avenue
Fargo, ND  58102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

ERIK AHLGREN
CHAPTER 7 TRUSTEE FOR THE RUINS, LLC
220 W WASHINGTON AVE, STE 105
FERGUS FALLS, MN 56537

CODINGTON COUNTY TREASURER
14 1ST AVE SE
WATERTOWN, SD 57201-3611

CP BUSINESS MANAGEMENT, INC.
ATTN: OFFICER OR MANAGING AGENT
1401 1ST AVE N, STE B
FARGO, ND 58102-4203

GT BROTHERS, LLC
ATTN: OFFICER OR MANAGING AGENT
14 2ND ST NE
WATERTOWN, SD 57201-3622

CANNON ELECTRIC LLC
ATTN: OFFICER OR MANAGING AGENT
708 9TH AVE SE, STE 308
WATERTOWN, SD 57201-5222

IKE'S WINDOW WASHING, LLC
ATTN: OFFICER OR MANAGING AGENT
1126 E KEMP AVE
WATERTOWN, SD 57201-3755

SOUTH DAKOTA DEPARTMENT OF REVENUE
445 E. CAPITOL AVENUE
PIERRE, SD 57501-3100

SCHUMACHER ELEVATOR COMPANY
ATTN: OFFICER OR MANAGING AGENT
ONE SCHUMACHER WAY
DENVER, IA 50622

SARAH J. WENCIL
OFFICE OF THE U.S. TRUSTEE
SUITE 1015 U.S. COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415-1320

DOUGLAS MURCH
CONMY FESTE LTD.
3369 45TH STREET SOUTH
FARGO, ND 58104-8988

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346

COUNTY FAIR FOODS OF WATERTOWN INC.
ATTN: OFFICER OR MANAGING AGENT
14 2ND ST NE
WATERTOWN, SD 57201-3622

CLARITY TELECOM, LLC D/B/A BLUEPEAK FIBER
ATTN: OFFICER OR MANAGING AGENT
7979 E. TUFTS AVE SUITE 850
DENVER, CO 80237-2845

LIBERTY MUTUAL GROUP INC.
ATTN: OFFICER OR MANAGING AGENT
175 BERKELEY STREET
BOSTON, MA 02116-3350

WATERTOWN DEVELOPMENT COMPANY
C/O JORDAN FEIST
300 SOUTH PHILLIPS AVE., SUITE 300
PO BOX 5027
SIOUX FALLS, SD 57117-5027

WATERTOWN MUNICIPAL UTILITIES
901 4TH AVE SW
WATERTOWN, SD 57201-4106

AUTOMATIC BUILDING CONTROLS, INC.
ATTN: OFFICER OR MANAGING AGENT
4300 W 61ST ST N
SIOUX FALLS, SD 57107-6474

GEORGE'S SANITATION INC.
ATTN: OFFICER OR MANAGING AGENT
3367 12TH AVE NW
WATERTOWN, SD 57201-7225

HME COMPANIES
ATTN: LANE WARZECHA
432 5TH ST
BROOKINGS, SD 57006-2007

BLACKTAIL INVESTMENTS, LLC
ATTN: OFFICER OR MANAGING AGENT
PO BOX 628
FARGO, ND 58107-0628

DAKOTA CLEAN, LLC
ATTN: OFFICER OR MANAGING AGENT
40976 257TH ST
MITCHELL, SD 57301-5833

JUSTICE FIRE & SAFETY, INC.
ATTN: OFFICER OR MANAGING AGENT
3601 N. POTSDAM AVENUE
SIOUX FALLS, SD 57104-7032

MARLI SCHIPPERS
NOONEY & SOLAY, LLP
326 FOUNDERS PARK
RAPID CITY, SD 57701-8090

WHITE GLOVE CLEANING
ATTN: OFFICER OR MANAGING AGENT
17892 449TH AVE
HAYTI, SD 57241-5223