United States Bankruptcy Court

District of North Dakota

In re:  Case No. 25-30002-skh

Generations on 1st LLC  Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3  User: admin  Page 1 of 3

Date Rcvd: Jun 23, 2026  Form ID: pdf2some  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

**Recip ID**  **Recipient Name and Address**
intp  + Parkside Place LLC, 1405 1st Ave N, P.O. Box 426, Fargo, ND 58107-0426

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

**Name**  **Email Address**

Caren Stanley
on behalf of Defendant Red River State Bank cstanley@vogellaw.com
sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Caren Stanley
on behalf of Creditor Red River State Bank cstanley@vogellaw.com
sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Caren Stanley
on behalf of Plaintiff Red River State Bank cstanley@vogellaw.com
sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Christianna A. Cathcart
on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com
Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart
on behalf of Debtor Generations on 1st LLC christianna@dakotabankruptcy.com

District/off: 0868-3 | User: admin | Page 2 of 3
Date Rcvd: Jun 23, 2026 | Form ID: pdf2some | Total Noticed: 1

Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart

on behalf of Debtor Parkside Place LLC christianna@dakotabankruptcy.com  Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart

on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com
Cathcart.ChristiannaB114029@notify.bestcase.com

Dan Frisk

on behalf of Interested Party Craig Holdings  LLC peggy@stflawfirm.com

Dan Frisk

on behalf of Interested Party Craig Development  LLC peggy@stflawfirm.com

Dan Frisk

on behalf of Interested Party CP Business Management  Inc. peggy@stflawfirm.com

Dan Frisk

on behalf of Interested Party Mulinda a/k/a Mindy Craig peggy@stflawfirm.com

Dan Frisk

on behalf of Interested Party Craig Properties  LLC peggy@stflawfirm.com

Dan Frisk

on behalf of Interested Party Jesse Craig peggy@stflawfirm.com

David R. Strait

on behalf of Creditor Watertown Development Company david@austinlawsd.com  aphillips@austinlawsd.com

Douglas Murch

on behalf of Defendant Jordan Horner dmurch@conmylaw.com  rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch

on behalf of Defendant Craig Development  LLC dmurch@conmylaw.com,
rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch

on behalf of Interested Party Mulinda a/k/a Mindy Craig dmurch@conmylaw.com
rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch

on behalf of Interested Party Jesse Craig dmurch@conmylaw.com  rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch

on behalf of Defendant Craig Properties  LLC dmurch@conmylaw.com, rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch

on behalf of Defendant Jesse Craig dmurch@conmylaw.com  rstallman@conmylaw.com;landerson@conmylaw.com

Drew J. Hushka

on behalf of Creditor Red River State Bank dhushka@vogellaw.com
sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka

on behalf of Plaintiff Red River State Bank dhushka@vogellaw.com
sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka

on behalf of Debtor Generations on 1st LLC dhushka@vogellaw.com
sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka

on behalf of Defendant Red River State Bank dhushka@vogellaw.com
sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

ERIK A. AHLGREN

on behalf of Plaintiff The Ruins  LLC erik@ahlgrenlawoffice.net,
lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.
net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN

on behalf of Counter-Defendant The Ruins  LLC erik@ahlgrenlawoffice.net,
lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.
net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren

on behalf of Counter-Defendant The Ruins  LLC erik@ahlgrenlawoffice.net,
trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill
@ahlgrenlawoffice.net

Erik A. Ahlgren

on behalf of Plaintiff The Ruins  LLC erik@ahlgrenlawoffice.net,

District/off: 0868-3                          User: admin                                    Page 3 of 3

Date Rcvd: Jun 23, 2026                    Form ID: pdf2some                            Total Noticed: 1

trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Jordan J Feist

on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com  bailey.jacobsma@woodsfuller.com

Kesha Tanabe

on behalf of Defendant Red River State Bank ktanabe@vogellaw.com
sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe

on behalf of Creditor Red River State Bank ktanabe@vogellaw.com
sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe

on behalf of Plaintiff Red River State Bank ktanabe@vogellaw.com
sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Maurice VerStandig

on behalf of Debtor Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Counter-Defendant Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Interested Party Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Counter-Defendant Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Debtor Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil

on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

United States Trustee

USTPRegion12.SX.ECF@usdoj.gov


TOTAL: 41

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Chapter 11 |
| Parkside Place, LLC, | Bankruptcy No. 25-30003 |
| Debtor. | |

---

### ORDER APPROVING DISCLOSURE STATEMENT AND
### SETTING DEADLINE FOR
### RETURN OF BALLOTS AND OBJECTIONS TO CONFIRMATION
### AND SCHEDULING CONFIRMATION HEARING

**Disclosure Statement**

Creditor Red River State Bank filed its Amended Disclosure Statement for Creditor's Amended Plan of Liquidation for Parkside Place, LLC on June 12, 2026.  Doc. 431. The Amended Disclosure Statement referred to Red River State Bank's First Amended Chapter 11 Plan of Liquidation [Doc. 430] filed the same day.  Interested Party Jesse Craig filed an Objection to the Amended Disclosure Statement. Doc. 438.

The Court held a hearing on the Disclosure Statement on June 22, 2026.  During the hearing Red River State Bank agreed to amend several provisions to address concerns expressed by Jesse Craig or the Court.  Accordingly, Red River State Bank filed an Amended Disclosure Statement for Creditor's First Amended Plan of Liquidation for Parkside Place, LLC.  Doc. 440.  It also filed Creditor's First Amended Plan of Liquidation for Parkside Place, LLC.  Doc. 442.

The Court is satisfied that the Amended Disclosure Statement [Doc. 440] provides "adequate information" as required by 11 U.S.C. § 1125. Therefore, **IT IS ORDERED** that the Amended Disclosure Statement for Creditor's First Amended Plan of Liquidation for Parkside Place, LLC [Doc. 440] is **APPROVED**.

**Deadlines**

**IT IS ORDERED** that:

Red River State Bank shall serve this Order, its Amended Disclosure Statement [Doc. 440], Creditor's First Amended Plan of Liquidation for Parkside Place, LLC [Doc. 442] and

Ballots not later than **Tuesday, June 23, 2026.**

Ballots for acceptance or rejection of Red River State Bank's First Amended Chapter 11 Plan of Liquidation [Doc. 442] shall be mailed or electronically transmitted to Creditor's attorney, Kesha L. Tanabe, Esq, Vogel Law Firm, 218 NP Avenue, Fargo, ND 58107-1389 not later than **Tuesday, July 21, 2026.**

Not later than **NOON on Tuesday, July 21, 2026,** written objections to confirmation of Red River State Bank's First Amended Chapter 11 Plan of Liquidation shall be filed with the Clerk, United States Bankruptcy Court, Quentin N. Burdick United States Courthouse, 655 1st Avenue North, Suite 210, Fargo, North Dakota 58102-4932, and served pursuant to Rule 3020(b)(1) of the Federal Rules of Bankruptcy Procedure.

Pursuant to Rule 4004(a) of the Federal Rules of Bankruptcy Procedure, **IT IS ORDERED** that the deadline to file a complaint objecting to Debtor's discharge is **Wednesday, July 22, 2026.**

The deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation is **Tuesday, July 21, 2026.** If you elect to email exhibits, please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United States Trustee and any interested party who filed an objection or requested notice in this case.

**Confirmation Hearing**

**IT IS FURTHER ORDERED** that the hearing on confirmation of Red River State Bank's First Amended Chapter 11 Plan of Liquidation [Doc. 442], shall be held on **Wednesday, July 22, 2026, at 10:00 a.m.** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse and Federal Building, 655 First Avenue North, Fargo, North Dakota** at which time the Court shall also consider and act upon timely objections to confirmation. *If no objections are received by **July 21, 2026,** the Court may confirm the plan and cancel the hearing without further notice*.

Dated: June 23, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In Re:                                          **Chapter 11**

Parkside Place, LLC,                            Bankruptcy No. 25-30003

          Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## RED RIVER STATE BANK'S
## FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$_____.

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(   ) ACCEPTS THE PLAN                 (   ) REJECTS THE PLAN

Dated:

                    _____
                    NAME OF CREDITOR
                    (please print or type)

          By:   _____
                    (signature)

                    _____
                    ADDRESS

                    _____

This ballot must be mailed or
electronically transmitted to:
Attorney Kesha L. Tanabe, Esq.
Vogel Law Firm
218 NP Avenue
Fargo, North Dakota 58107-1389

on or before **July 21, 2026.**