

Please mail checks to:
Point CPA
Po Box 1411
Bismarck, ND 58502-1411

| | |
|---|---|
| Generations on 1st LLC | ID: GEN86148 |
| 1630 1st Ave N Ste B PMB24 | Invoice: 100059308 |
| Fargo, ND  58102-4246 | Date: 03/24/2026 |
| | Due Date: 03/24/2026 |

| | |
|---|---|
| Progress bill for ongoing communications and coordination with attorneys and the banker, along with reviewing and responses on emails, legal documents, court filings, and a settlement agreement, while preparing objections and the MOR. | 3,435.00 |

**Invoice Total**  **$3,435.00**

| 03/24/2026 | 02/28/2026 | 01/31/2026 | 12/31/2025 | 11/30/2025+ | Total |
|---|---|---|---|---|---|
| 3,435.00 | 0.00 | 0.00 | 0.00 | 0.00 | $3,435.00 |

**Please scan QR code to pay securely or visit our website pointcpa.com**



Interest will be charged at 1.5% per month on any outstanding balance at 18%
annual percentage rate.  $50 Service Fee for all NSF Checks/eChecks

| Date | Billed | Hrs/Units | Un | Desc | Comment |
|---|---|---|---|---|---|
| 3/11/2026 | 892.21 | 2.00 | | Various phone calls and discussions as the CRO appointment was occurring and the getting up to date was the appointment... | |
| 3/11/2026 | 624.55 | 1.40 | | phone conference with Bank attorneys and debtor attorneys | |
| 3/16/2026 | 223.05 | 0.50 | | review various emails and provide Mac with comments | |
| 3/20/2026 | 1,115.26 | 2.50 | | review documents and draft objection court filing. provide comments. Also review MOR in preparation for meeting on Monday | |
| 3/20/2026 | 223.05 | 0.50 | | Additional work on project | |
| 3/23/2026 | 223.05 | 0.50 | | Phone call with banker on various questions the banker has | |
| 3/23/2026 | 133.83 | 0.30 | | review settlement agreement document and approve | |