

Please mail checks to:
Point CPA
Po Box 1411
Bismarck, ND 58502-1411

Generations on 1st LLC
1630 1st Ave N Ste B PMB24
Fargo, ND  58102-4246

| | |
|---|---|
| ID: | GEN86148 |
| Invoice: | 100060042 |
| Date: | 04/13/2026 |
| Due Date: | 04/13/2026 |

| | |
|---|---|
| Progress bill for ongoing communications and coordination with attorneys and the banker, along with reviewing and responses on emails, legal documents, court filings, and a settlement agreement, while preparing objections and the MOR. | 1,695.00 |

**Invoice Total**   **$1,695.00**

| 04/13/2026 | 03/31/2026 | 02/28/2026 | 01/31/2026 | 12/31/2025+ | Total |
|---|---|---|---|---|---|
| 1,695.00 | 3,435.00 | 0.00 | 0.00 | 0.00 | $5,130.00 |

**Please scan QR code to pay securely or visit our website pointcpa.com**



Interest will be charged at 1.5% per month on any outstanding balance at 18%
annual percentage rate.  $50 Service Fee for all NSF Checks/eChecks

| Date | Billed | Hrs/Units | Un | Desc |
|---|---|---|---|---|
| 3/24/2026 | 6__.__ | 1.50 | | review documents and loan documents, begin assessment to make... support staff list of inquiries to make |
| 3/25/2026 | 223.03 | 0.50 | | Review invoices from Feb, generate additional questions for Blank and Generations |
| 3/30/2026 | 669.08 | 1.50 | | review documents and put together draft documents |
| 3/31/2026 | 178.42 | 0.40 | | finalize letter or inquiry and send |