

Please mail checks to:
Point CPA
Po Box 1411
Bismarck, ND 58502-1411

| Generations on 1st LLC | ID: | GEN86148 |
| 1630 1st Ave N Ste B PMB24 | Invoice: | 100060431 |
| Fargo, ND  58102-4246 | Date: | 05/06/2026 |
| | Due Date: | 05/06/2026 |

| | |
|---|---:|
| Support performed in April for ongoing communications and coordination with attorneys and the banker, along with reviewing and responses on emails, legal documents, court filings, and a settlement agreement, while preparing objections and the MOR. | 3,300.00 |

**Invoice Total**   **$3,300.00**

| 05/06/2026 | 04/30/2026 | 03/31/2026 | 02/28/2026 | 01/31/2026+ | Total |
|---|---|---|---|---|---|
| 3,300.00 | 1,695.00 | 3,435.00 | 0.00 | 0.00 | $8,430.00 |

**Please scan QR code to pay securely or visit our website pointcpa.com**



Interest will be charged at 1.5% per month on any outstanding balance at 18%
annual percentage rate.  $50 Service Fee for all NSF Checks/eChecks

| Date | Billed | Hrs/Units | Un | |
|---|---|---|---|---|
| 4/21/2026 | 445.95 | 1.00 | | Phone call with Mat and review of several emails and save documents |
| 4/22/2026 | 445.95 | 1.00 | | pull down March MOR reports and review questions from Bank |
| 4/23/2026 | 891.89 | 2.00 | | review documents and send requests and some responses to RRSB |
| 4/29/2026 | 178.38 | 0.40 | | review documents and send a follow up question to Mindy |
| 4/29/2026 | 222.97 | 0.50 | | review march and send a list of questions |
| 4/30/2026 | 1,114.86 | 2.50 | | review documents and responses formulating thoughts, especially notes to Mulinda. |