

Please mail checks to:
Point CPA
Po Box 1411
Bismarck, ND 58502-1411

| Generations on 1st LLC | | ID: | GEN86148 |
|---|---|---|---|
| 1630 1st Ave N Ste B PMB24 | | Invoice: | 100061009 |
| Fargo, ND  58102-4246 | | Date: | 06/01/2026 |
| | | Due Date: | 06/01/2026 |

| | |
|---|---|
| Support performed in May for ongoing communications and coordination with attorneys and the banker, along with reviewing and responses on emails, legal documents, court filings, and a settlement agreement, while preparing objections and the MOR. | 7,000.00 |

**Invoice Total** **$7,000.00**

| 06/01/2026 | 05/31/2026 | 04/30/2026 | 03/31/2026 | 02/28/2026+ | Total |
|---|---|---|---|---|---|
| 7,000.00 | 3,300.00 | 1,695.00 | 3,435.00 | 0.00 | $15,430.00 |

**Please scan QR code to pay securely or visit our website pointcpa.com**



Interest will be charged at 1.5% per month on any outstanding balance at 18%
annual percentage rate.  $50 Service Fee for all NSF Checks/eChecks

| Date | Billed | Hrs/Units | Un | Comment |
|------|--------|-----------|-----|---------|
| 5/6/2026 | 356.69 | 0.80 | | Multiple phone calls and emails related to various issues and questions on the Mediation and MOR. |
| 5/7/2026 | 802.55 | 1.80 | | review emails and also analyze what net cash flow can support for debt at various interest rates. |
| 5/7/2026 | 222.93 | 0.50 | | Prepare recommendation to the Bank's attorney on thier concern over the timing of the cash collateral remittance |
| 5/8/2026 | 445.86 | 1.00 | | Phone conference with Mac and debtors in preparation for Mediation |
| 5/12/2026 | 668.79 | 1.50 | | review documents from Aarestad declartaion on 10.16.25. There appears to be some bills for Parkside paid by Generations. Likely some commingling of funds between projects |
| 5/12/2026 | 445.86 | 1.00 | | review draft proposed plan and the proposed loan amount that Jessie thinks he might be able to secure to fund take out loan for mediation |
| 5/13/2026 | 178.34 | 0.40 | | Read emails from Jesse Craig and provide responses. Also send inquiry to Mac regarding out come of mediation. |
| 5/14/2026 | 133.76 | 0.30 | | Review emails and forward documents to RRSB and their counsel |
| 5/14/2026 | 133.76 | 0.30 | | take phone call from Mac on out comes of mediation |
| 5/15/2026 | 445.86 | 1.00 | | Review MOR and send comments to Mindy |
| 5/15/2026 | 312.10 | 0.70 | | Phone call with Generations owners and owners attorney to hear their plans as we look to develop plan with bank in my role as CRO |
| 5/17/2026 | 312.10 | 0.70 | | review plan of liquidation/reorganization proposed by the Bank and provide comments to Mac |
| 5/18/2026 | 44.59 | 0.10 | | Read email from bank legal counsel and provide a response, also sent message to bankruptucy attorney Mac to find out when we can visit about the reorganization plan |
| 5/18/2026 | 178.34 | 0.40 | | review emails and pull documents into folder on desk top |
| 5/18/2026 | 178.34 | 0.40 | | Review updated draft of plan |
| 5/18/2026 | 133.76 | 0.30 | | Phone consult with Mac on the bankruptcy reorganization plan |
| 5/18/2026 | 178.34 | 0.40 | | Read Craig's proposal and give Mac my opinion |
| 5/18/2026 | 89.17 | 0.20 | | Call with bank attorney |
| 5/19/2026 | 668.79 | 1.50 | | review plan documents for submission for confirmation and provide comments to Kesha |
| 5/20/2026 | 89.17 | 0.20 | | confirm with attorney bankruptcy plan filing |
| 5/21/2026 | 44.59 | 0.10 | | Forward new and renewed leases to Bank |
| 5/26/2026 | 312.10 | 0.70 | | Review updated documents for plan of reorganization and approve |
| 5/26/2026 | 222.93 | 0.50 | | Provide comments on new Cash Stipulation agreement |
| 5/27/2026 | 222.93 | 0.50 | | Review documents received from Craigs and forward to attorney |
| 5/29/2026 | 178.35 | 0.40 | | Review emails and final sale agreement pending court approval |