CHAPTER 11 COMPUTATIONS

CASE NUMBER_____25-30002_____CASE NAME_____Generations on 1st, LLC_____

| CLASS | DESCRIPTION | IMPAIRED / UNIMPAIRED | BALLOTS / ACCEPT | BALLOTS / REJECT | ($) AMOUNT ACCEPT | ($) AMOUNT REJECT | COMMENTS (% ACCEPTING IN AMOUNT & NUMBER) 11U.S.C. § 1126 |
|---|---|---|---|---|---|---|---|
| 1 | Allowed Secured Claim of RRSB | Impaired | 1 | 0 | $11,200,000 | $0 | 100% of Class 1 in amount and number accepts. |
| 2 | Allowed Secured Claim of WDC | Unimpaired | n/a | n/a | $2,122,790 | $0 | Class 2 is unimpaired and deemed to accept. |
| 3 | Allowed General Unsecured Claims | Impaired | 3 | 0 | $6,097,129.79 | $0 | 100% of Class 3 in amount and number accepts. |
| 4 | Administrative Convenience Class | Unimpaired | n/a | n/a | $6,287 | $0 | Class 4 is unimpaired and deemed to accept. |
| 5 | Intercompany Claims | Impaired | n/a | n/a | n/a | Unknown | Class 5 is deemed to reject the Plan. |
| 6 | Equity | Impaired | n/a | n/a | n/a | n/a | Class 6 is comprised exclusively of Insiders and is not entitled to vote. |

DEFERRED ADMINISTRATIVE EXPENSES PAYABLE TO CLERK, U.S. BANKRUPTCY COURT AT CONFIRMATION:

FILING FEES:        Adversary No. _____        $_____
                    Adversary No. _____        $_____
                    Adversary No. _____        $_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    Chapter 11

Generations on 1st LLC,                                   Bankruptcy No. 25-30002

                  Debtor.

---

In Re:                                                    Chapter 11

Parkside Place, LLC,                                      Bankruptcy No. 25-30003

                  Debtor.

---

## Ballot for Accepting or Rejecting
## Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC

The undersigned, interested party, having a claim in the amount of

$ 11,200,000.00 .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN                    (  ) REJECTS THE PLAN

Dated:  06/23/2026

Red River State Bank
NAME OF CREDITOR
(please print or type)

By:  _____
(signature)

300 2nd Ave West
ADDRESS
Halstad, MN 56548

On or before **June 26, 2026,**
This ballot must be mailed or
electronically transmitted to:

Attorney Maurice VerStandig     AND     Attorney Kesha L. Tanabe
The Dakota Bankruptcy Firm              Vogel Law Firm
1630 1st Avenue N.                      218 NP Avenue, P.O. Box 1389
Suite B PMB 24                          Fargo, ND 58107-1389
Fargo, North Dakota 58102              ktanabe@vogellaw.com
mac@dakotabankruptcy.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          Chapter 11

Generations on 1st LLC,                         Bankruptcy No. 25-30002

           Debtor.

---

In Re:                                          Chapter 11

Parkside Place, LLC,                            Bankruptcy No. 25-30003

           Debtor.

---

## Ballot for Accepting or Rejecting
## Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC

The undersigned, interested party, having a claim in the amount of

$ _22,886.75_____ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN              (   ) REJECTS THE PLAN

Dated: 06/01/2026

Hme Companies, LLC
NAME OF CREDITOR
(please print or type)

By: _____
(signature)

432 5th St. Brookings, SD 57006
ADDRESS

On or before **June 26, 2026,**
This ballot must be mailed or
electronically transmitted to:

Attorney Maurice VerStandig      AND      Attorney Kesha L. Tanabe
The Dakota Bankruptcy Firm              Vogel Law Firm
1630 1st Avenue N.                      218 NP Avenue, P.O. Box 1389
Suite B PMB 24                          Fargo, ND 58107-1389
Fargo, North Dakota 58102              ktanabe@vogellaw.com
mac@dakotabankruptcy.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

Generations on 1st LLC,

Debtor.

Chapter 11

Bankruptcy No. 25-30002

In Re:

Parkside Place, LLC,

Debtor.

Chapter 11

Bankruptcy No. 25-30003

## Ballot for Accepting or Rejecting
## Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC

The undersigned, interested party, having a claim in the amount of

$ $535,785.66            .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN            (   ) REJECTS THE PLAN

Dated: 16 June 26

Watertown Development Company
NAME OF CREDITOR
(please print or type)

By: _____
(signature)

PO Box 332
ADDRESS
Watertown, SD 57201

On or before **June 26, 2026,**
This ballot must be mailed or
electronically transmitted to:

Attorney Maurice VerStandig   AND
The Dakota Bankruptcy Firm
1630 1st Avenue N.
Suite B PMB 24
Fargo, North Dakota 58102
mac@dakotabankruptcy.com

Attorney Kesha L. Tanabe
Vogel Law Firm
218 NP Avenue, P.O. Box 1389
Fargo, ND 58107-1389
ktanabe@vogellaw.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          Chapter 11

Generations on 1st LLC,                         Bankruptcy No. 25-30002

          Debtor.

---

In Re:                                          Chapter 11

Parkside Place, LLC,                            Bankruptcy No. 25-30003

          Debtor.

---

## Ballot for Accepting or Rejecting
## Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC

The undersigned, interested party, having a claim in the amount of

$ 5,538,451.38

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN                  (  ) REJECTS THE PLAN

Dated: 06/23/2026

Red River State Bank
NAME OF CREDITOR
(please print or type)

By: _[signature]_
(signature)

300 2nd Ave West
ADDRESS
Halstad, MN 56548

On or before **June 26, 2026,**
This ballot must be mailed or
electronically transmitted to:

Attorney Maurice VerStandig      AND      Attorney Kesha L. Tanabe
The Dakota Bankruptcy Firm                Vogel Law Firm
1630 1st Avenue N.                        218 NP Avenue, P.O. Box 1389
Suite B PMB 24                            Fargo, ND 58107-1389
Fargo, North Dakota 58102                 ktanabe@vogellaw.com
mac@dakotabankruptcy.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.:  25-30002 |
| | Chapter 11 |
| Generations on 1st, LLC, | |
| Debtor. | |

**CERTIFICATE OF SERVICE**

Kesha L. Tanabe, under penalty of perjury, states that she caused the following document(s):

**Computation and Chapter 11 Ballots**

to be filed electronically with the Clerk of Bankruptcy Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to all parties who are registered to receive e-notices in this case.

Dated this 29th day of July, 2026.              **VOGEL LAW FIRM**


BY: */s/ Kesha L. Tanabe* _____
Kesha L. Tanabe
ktanabe@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone:  701.237.6983
Facsimile:  701.356.6395
ATTORNEYS FOR PLAN PROPONENT RED
RIVER STATE BANK