IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>GENERATIONS ON 1ST, LLC<br><br>      Debtor | Case No.:  25-30002<br>(Chapter 11) |
| In re:<br><br>PARKSIDE PLACE, LLC<br><br>      Debtor | Case No.:  25-30003<br>(Chapter 11)<br><br><br>(Jointly Administered) |

**DECLARATION OF DOUGLAS MURCH REGARDING MOTION TO CONTINUE CONFIRMATION HEARING ON AMENDED JOINT CHAPTER 11 PLAN FOR LIQUIDATION FOR GENERATIONS ON 1ST, LLC**

Douglas Murch declares as follows:

1. I am counsel for Interested Party Jesse Craig and make this declaration on my own personal knowledge.

2. On June 17, 2026, I caused to be served on VKB Properties, LLC ("VKB") a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (the "Subpoena") through its registered agent Patrick Sullivan of Adams & Sullivan.  A true and complete copy of the Subpoena, including the Notice of Subpoena and Affidavit of Service, is attached as Exhibit A.

3. I have not received any objection to the Subpoena.

4. On June 26, 2026, I had not received any response to the Subpoena.  I caused a letter to be sent to Mr. Sullivan as registered agent for VKB by commercial courier, demanding

1

production of the documents subpoenaed by June 30, 2026.  A true and complete copy of the letter I sent to Mr. Sullivan is attached as Exhibit B.

5.      On June 29, 2026, Mr. Sullivan called me.  He confirmed that he had received the Subpoena and forwarded it to Vince Bellino of VKB.  Mr. Sullivan explained to me that Mr. Bellino is also the manager of Bellino Fireworks, Inc. and that Mr. Bellino was currently traveling as part of the Independence Day holiday busy season.  Mr. Sullivan asked for an extension of the deadline to respond to the Subpoena to July 10, 2026.  I explained that the documents subpoenaed were relevant to the confirmation hearing scheduled for July 7, 2026, and accordingly I could not agree to an extension to July 10, 2026.  I asked Mr. Sullivan to speak to Mr. Bellino and asked whether he would be able to respond to the Subpoena by June 30 or July 1.  Mr. Sullivan stated he would call Mr. Bellino.

6.      On June 30, 2026, I spoke with Mr. Sullivan.  Mr. Sullivan told me that he had talked to Mr. Bellino and that Mr. Bellino was traveling related to Bellino Fireworks, Inc.  He could not advise when VKB would produce the subpoenaed documents.

Under 28 U.S.C. § 1746, I declare that under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 30th day of June, 2026.

/s/ Douglas W. Murch
Douglas W. Murch, ND ID #05983
CONMY FESTE LTD.
3369 45th Street South
Fargo, ND  58104
(701) 293-9911
dmurch@conmylaw.com

ATTORNEY FOR JESSE CRAIG

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Generation on 1st LLC,<br><br>       Debtor. | Bankruptcy Case No.:  25-30002<br><br>Chapter 11 |
| In re:<br><br>Parkside Place LLC,<br><br>       Debtor. | Bankruptcy Case No.:  25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on June 30, 2026, she served a copy of:

**DECLARATION OF DOUGLAS MURCH REGARDING MOTION TO CONTINUE CONFIRMATION HEARING ON AMENDED JOINT CHAPTER 11 PLAN FOR LIQUIDATION FOR GENERATIONS ON 1ST, LLC**

electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.


/s/ Sarah Amundson
Sarah Amundson

3