

**CONMY ◆ FESTE**
Attorneys

---

**CONMY FESTE LTD.**

3369 45th Street South
Fargo, ND 58104

Telephone
701.293.9911
Fax
701.293.3133

writer's email:
dmurch@conmylaw.com

---

Jeremy D. Holmes
Douglas W. Murch
Ryan C. McCamy
David W. Wischer
Rachel B. Stallman
Jack B. Blotsky
Michael M. Thomas, Of Counsel
Robert J. Schultz, Retired
E.T. Conmy, Jr. (1912-2006)
Charles A. Feste (1928-2013)

Also Licensed in Minnesota

June 26, 2026

**Via Overnight Mail**
VKB Properties, LLC
Attn: Patrick J. Sullivan, Registered Agent
1413 South Washington St. Ste. 300
Papillion, NE 68046

Re:   In re: Generations on 1st, LLC, Bankruptcy Case No. 25-30002
        Subpoena to Produce Documents, Information, or Objects or to
        Permit Inspection of Premises in a Bankruptcy Case

Dear Mr. Sullivan,

I am writing to you in your capacity as registered agent for VKB Properties, LLC. On June 17, 2026, you were served with a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case related to a bankruptcy case currently pending in the United States Bankruptcy Court for the District of North Dakota titled In re: Generations on 1st, LLC, Bankruptcy Case No. 25-30002. I have enclosed a copy of the Subpoena.

The Subpoena commanded production of certain documents by June 24, 2026. To date, I have not received any production of the documents subpoenaed. Please provide them to me no later than June 30 at 5:00 p.m. Central Daylight Time. They may be produced by email to me, or I can provide a secure link to a digital portal to provide them as well if that is preferred.

If I do not receive them by then, I will have to move the Court to compel production of the documents. Thank you for your attention to this matter.

Sincerely,

Douglas Murch

Established in 1879