United States Bankruptcy Court

District of North Dakota

In re:

Generations on 1st LLC

    Debtor

Case No. 25-30002-skh

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0868-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Generations on 1st LLC, 1405 1st Avenue N, Fargo, ND 58102-4203

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Defendant Red River State Bank cstanley@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Creditor Red River State Bank cstanley@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Plaintiff Red River State Bank cstanley@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Debtor Generations on 1st LLC christianna@dakotabankruptcy.com |

District/off: 0868-3            User: admin            Page 2 of 3

Date Rcvd: Jul 01, 2026            Form ID: pdf2some            Total Noticed: 1

Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart

on behalf of Debtor Parkside Place LLC christianna@dakotabankruptcy.com  Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart

on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com
Cathcart.ChristiannaB114029@notify.bestcase.com

Dan Frisk

on behalf of Interested Party Craig Holdings  LLC peggy@stflawfirm.com

Dan Frisk

on behalf of Interested Party Craig Development  LLC peggy@stflawfirm.com

Dan Frisk

on behalf of Interested Party CP Business Management  Inc. peggy@stflawfirm.com

Dan Frisk

on behalf of Interested Party Mulinda a/k/a Mindy Craig peggy@stflawfirm.com

Dan Frisk

on behalf of Interested Party Craig Properties  LLC peggy@stflawfirm.com

Dan Frisk

on behalf of Interested Party Jesse Craig peggy@stflawfirm.com

David R. Strait

on behalf of Creditor Watertown Development Company david@austinlawsd.com  aphillips@austinlawsd.com

Douglas Murch

on behalf of Defendant Jordan Horner dmurch@conmylaw.com  rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch

on behalf of Defendant Craig Development  LLC dmurch@conmylaw.com,
rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch

on behalf of Interested Party Mulinda a/k/a Mindy Craig dmurch@conmylaw.com
rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch

on behalf of Interested Party Jesse Craig dmurch@conmylaw.com  rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch

on behalf of Defendant Craig Properties  LLC dmurch@conmylaw.com, rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch

on behalf of Defendant Jesse Craig dmurch@conmylaw.com  rstallman@conmylaw.com;landerson@conmylaw.com

Drew J. Hushka

on behalf of Creditor Red River State Bank dhushka@vogellaw.com
sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka

on behalf of Plaintiff Red River State Bank dhushka@vogellaw.com
sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka

on behalf of Debtor Generations on 1st LLC dhushka@vogellaw.com
sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka

on behalf of Defendant Red River State Bank dhushka@vogellaw.com
sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

ERIK A. AHLGREN

on behalf of Plaintiff The Ruins  LLC erik@ahlgrenlawoffice.net,
lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN

on behalf of Counter-Defendant The Ruins  LLC erik@ahlgrenlawoffice.net,
lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren

on behalf of Counter-Defendant The Ruins  LLC erik@ahlgrenlawoffice.net,
trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren

on behalf of Plaintiff The Ruins  LLC erik@ahlgrenlawoffice.net,

District/off: 0868-3        User: admin        Page 3 of 3

Date Rcvd: Jul 01, 2026        Form ID: pdf2some        Total Noticed: 1

trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Jordan J Feist

on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com  bailey.jacobsma@woodsfuller.com

Kesha Tanabe

on behalf of Defendant Red River State Bank ktanabe@vogellaw.com
sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe

on behalf of Creditor Red River State Bank ktanabe@vogellaw.com
sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe

on behalf of Plaintiff Red River State Bank ktanabe@vogellaw.com
sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Maurice VerStandig

on behalf of Debtor Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Counter-Defendant Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Interested Party Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Counter-Defendant Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Debtor Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil

on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

United States Trustee

USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 41

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    Chapter 11

Generations on 1st LLC,                    Bankruptcy No. 25-30004

                    Debtor.

In Re:                                                    Chapter 11

Parkside Place, LLC,                          Bankruptcy No. 25-30003

                    Debtor.

AMENDED ORDER SCHEDULING DISCLOSURE STATEMENT HEARING AND
SETTING DEADLINE FOR
RETURN OF BALLOTS AND OBJECTIONS TO CONFIRMATION
AND SCHEDULING CONFIRMATION HEARING

On February 10, 2026, Debtor Generations on 1st, LLC, filed a Disclosure Statement for Second Amended Chapter 11 Plan of Reorganization of Generations on 1st, LLC.  Doc. 315.  Red River State Bank filed its Disclosure Statement for Creditor's Plan of Liquidation for Generations on 1st, LLC, on February 5, 2026.  Doc. 303.  Following several hearing continuances, the Court scheduled a hearing on these disclosure statements for May 21, 2026.  Doc. 379.

Debtor Generations on 1st, LLC and Red River State Bank filed a Disclosure Statement for Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC, on May 20, 2026, one day before the hearing on the separate disclosure statements filed by Debtor and Red River State Bank.  The joint Disclosure Statement referred to the Joint Chapter 11 Plan for Generations on 1st, LLC, filed the same day.   The joint Disclosure Statement and Joint Chapter 11 Plan included numerous provisions that did not appear in Debtor's or Red River State Bank's disclosure statements.  Jesse Craig objected to

the Court considering the joint Disclosure Statement, arguing he did not have sufficient time to consider the joint Disclosure Statement and exhibits and to file objections to it.

The Court finds cause for continuing the hearing on the joint Disclosure Statement and requiring the joint plan proponents to serve notice of an amended joint Disclosure Statement and continued hearing.

Given the number of interested parties, their level of sophistication and the comprehensive nature of the joint plan proponents' Disclosure Statement and Joint Chapter 11 Plan, the Court finds it appropriate to treat the May 21, 2026, hearing on the disclosure statements as a status conference and combine the hearing on the disclosure statement with the hearing on confirmation of the Joint Chapter 11 Plan consistent with 11 U.S.C. § 105(d)(2)(B)(vi).  Accordingly, the Court sets the following deadlines.

**IT IS ORDERED** that:

The joint plan proponents are granted until **May 29, 2026**, to amend their joint Disclosure Statement and Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC, to incorporate suggestions offered by interested parties and the Court at the status conference (as they deem appropriate) and to file these amended documents.

The joint plan proponents shall serve this Order, their amended joint Disclosure Statement and their amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC, not later than **Friday, May 29, 2026**.

Ballots for acceptance or rejection of the amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC, shall be mailed or electronically transmitted to Debtor's attorney, Maurice VerStandig, The Dakota Bankruptcy Firm, 1630 1st Avenue

N., Suite B PMB 24, Fargo, ND 58102, mac@dakotabankruptcy.com, and Red River

State Bank's Attorney, Kesha L. Tanabe, Vogel Law Firm, 218 N.P. Ave., Fargo, ND

58102, ktanabe@vogellaw.com, not later than **Friday, June 26, 2026.**

Not later than **Friday, June 26, 2026,** written objections to confirmation of the

amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC, shall be filed

with the Clerk, United States Bankruptcy Court, Quentin N. Burdick United States

Courthouse, 655 1st Avenue North, Suite 210, Fargo, North Dakota 58102-4932, and

served pursuant to Rule 3020(b)(1) of the Federal Rules of Bankruptcy Procedure.  If

any objections are timely filed, joint plan proponents may file a written response to the

objections by **Monday, July 6, 2026.**

Pursuant to Rule 4004(a) of the Federal Rules of Bankruptcy Procedure, **IT IS**

**ORDERED** that the deadline to file a complaint objecting to Debtor's discharge is

**Tuesday, July 7, 2026.**

The deadline to file or email to the Court all exhibits in support of confirmation or

an objection to confirmation is **Monday, July 13, 2026.** If you elect to email exhibits,

please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the

Trustee, United States Trustee and any interested party who filed an objection or

requested notice in this case.

**IT IS ALSO ORDERED** that the hearing on confirmation of the amended Joint

Chapter 11 Plan of Liquidation for Generations on 1st, LLC, is rescheduled to **Tuesday,**

**July 14, 2026, at 9:30 a.m.** in Courtroom #3, Second Floor, Quentin N. Burdick

**United States Courthouse, 655 First Avenue North, Fargo, North Dakota,** at which

time the Court shall also consider and act upon timely objections to confirmation. *If no*

*objections are received by **June 26, 2026**, the Court may confirm the plan and cancel*

*the hearing without further notice.*

Dated: July 1, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    Chapter 11

Generations on 1st LLC,                                   Bankruptcy No. 25-30002

                    Debtor.

In Re:                                                    Chapter 11

Parkside Place, LLC,                                      Bankruptcy No. 25-30003

                    Debtor.

## Ballot for Accepting or Rejecting
## Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC

The undersigned, interested party, having a claim in the amount of

$_____.

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(   ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:

                                    _____
                                    NAME OF CREDITOR
                                    (please print or type)

                    By:             _____
                                    (signature)

                                    _____
                                    ADDRESS

                                    _____

On or before **June 26, 2026,**
This ballot must be mailed or
electronically transmitted to:

Attorney Maurice VerStandig      AND      Attorney Kesha L. Tanabe
The Dakota Bankruptcy Firm                Vogel Law Firm
1630 1ˢᵗ Avenue N.                        218 NP Avenue, P.O. Box 1389
Suite B PMB 24                            Fargo, ND 58107-1389
Fargo, North Dakota 58102                ktanabe@vogellaw.com
mac@dakotabankruptcy.com