IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>GENERATIONS ON 1ST, LLC<br><br>        Debtor | Case No.:  25-30002<br>(Chapter 11) |
| In re:<br><br>PARKSIDE PLACE, LLC<br><br>        Debtor | Case No.:  25-30003<br>(Chapter 11)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on July 6, 2026, she served a copy of:

**AMENDED ORDER SCHEDULING DISCLOSURE STATEMENT HEARING
AND SETTING DEADLINE FOR RETURN OF BALLOTS AND OBJECTIONS
TO CONFIRMATION AND SCHEDULING CONFIRMATION HEARING**

electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota and by United States mail on the following parties:

SEE ATTACHED MAILING MATRIX

/s/ *Leslyn A. Anderson*
Leslyn A. Anderson

1

Erik Ahlgren
Chapter 7 Trustee for
The Ruins, LLC
220 W. Washington Avenue
Suite 105
Fergus Falls, MN  56537

Automatic Building Controls, Inc.
Attn:  Officer or Managing Agent
4300 W. 61st Street North
Sioux Falls, SD  57107-6474

CP Business Management, Inc.
1401 1st Avenue North, Suite B
Fargo, ND  58102-4203

GT Brothers, LLC
Attn:  Officer or Managing Agent
14 2nd Street NE
Watertown, SD  57201-3622

Dakota Clean, LLC
Attn:  Officer or Managing Agent
509 9th Avenue South
Clear Lake, SD  57226-2166

Internal Revenue Service
Attn:  Bankruptcy
P.O. Box 7346
Philadelphia, PA  19101-7346

Liberty Mutual Group Inc.
Attn:  Officer or Managing Agent
175 Berkeley Street
Boston, MA  02116-3350

Watertown Senior Activity Center
26 1st Avenue SW, Suite 101
Watertown, SD  57201-4268

Watertown Municipal Utilities
Attn:  Officer or Managing Agent
901 4th Avenue SW
Watertown, SD  57201-4106

Cannon Electric LLC
708 9th Avenue SE, Suite 308
Watertown, SD  57201-5222

Baete-Forseth HVAC
Attn:  Officer of Managing Agent
4700 North Northview Avenue
Sioux Falls, SD  57107-0869

Codington County Treasurer
14 1st Avenue SE
Watertown, SD  57201-3611

HME Companies, LLC
Attn:  Lane Warzecha
432 5th Street
Brookings, SD  57006-2007

Justice Fire & Safety, Inc.
Attn:  Officer or Managing Agent
3601 North Potsdam Avenue
Sioux Falls, SD  57104-7032

Schumacher Elevator Company
Attn:  Officer or Managing Agent
One Schumacher Way
Denver, IA  50622

Watertown Development Company
c/o Jordan Feist
P.O. Box 5027
300 South Phillips Avenue
Suite 300
Sioux Falls, SD  57104-6322

Carrico Law Office
Attn:  Officer or Managing Agent
657 West Kemp Avenue
Watertown, SD  57201-2249

Clarity Telecom, LLC
d/b/a Bluepeak Fiber
Attn:  Officer of Managing Agent
7979 East Tufts Avenue, Suite 850
Denver, CO  80237-2845

Blacktail Investments, LLC
Attn:  Officer or Managing Agent
P.O. Box 629
Fargo, ND  58107-0629

County Fair Foods
of Watertown Inc.
Attn:  Officer or Managing Agent
14 2nd Street NE
Watertown, SD  57201-3622

Ike's Window Washing, LLC
Attn:  Officer or Managing Agent
1126 East Kemp Avenue
Watertown, SD  57201-3755

George's Sanitation, Inc.
Attn:  Officer or Managing Agent
3367 12th Avenue NW
Watertown, SD  57201-7225

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South 4th Street
Minneapolis, MN  55415-1320

South Dakota Department
of Revenue
445 East Capitol Avenue
Pierre, SD  57501-3100

White Glove Cleaning
Attn:  Officer or Managing Agent
17892 449th Avenue
Hayti, SD  57241-5223

Kesha L. Tanabe
Vogel Law Firm
218 NP Avenue
Fargo, ND  58102

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue North
Suite B PMB 24
Fargo, ND  58102