**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-30002 |
| | ) | Chapter 11 |
| Generations on 1st, LLC, | ) | |
| | ) | |
| Debtor, Jointly Administered. | ) | |
| | ) | |
| Parkside Place, LLC, | ) | Bankruptcy No. 25-30003 |
| | ) | Chapter 11 |
| Debtor, Jointly Administered. | ) | |
| | ) | |

### ORDER AUTHORIZING USE OF CASH COLLATERAL

Debtor Parkside Place, LLC, and Red River State Bank entered a Stipulation for Use of Cash Collateral.  Doc. 463.  Based upon the budget attached to the Stipulation as Exhibit 1 [Doc. 463 at 13], the Stipulation and other documents filed in this case, the Court finds cause for approving the Stipulation for Use of Cash Collateral.

**IT IS ORDERED:**

1.     The Stipulation for Use of Cash Collateral allowing Parkside Place LLC to use cash collateral [Doc. 463] is approved. The term of the agreement is from July 8, 2026, through July 22, 2026.

2.     The hearing on the Motion for Use of Cash Collateral scheduled for July 7, 2026, is continued until July 22, 2026.

3.     The Court is not bound by legal conclusions included in the Thirteenth Stipulation.

Dated: July 6, 2026.

*Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT