**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Case No. 25-30002 |
| Generations on 1st, LLC, | Chapter 11 |
| Debtor. | |

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

Kesha L. Tanabe, counsel to Red River State Bank ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-2 allowing the appearance by the undersigned counsel to appear at a hearing on July 14, 2026 at 9:30 a.m. ("Hearing") respecting the following matters:

- Amended Disclosure Statement for Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC (Doc. 410);

- Amended Joint Chapter 11 Plan for Generations on 1st, LLC (Doc. 409);

- Objection by Interested Party Jesse Craig to Amended Joint Chapter 11 Plan for Generations on 1st, LLC (Doc. 447); and

- Pretrial Planning and Scheduling Conference in Adversary Proceeding 25-7009

and any other matters scheduled to take place during the Hearing.

The undersigned makes the request to appear by video conference at the Hearing to save time and expense by not having to travel from Minneapolis, Minnesota. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that she be allowed to appear by video conference at the Hearing.

Dated this 10th day of July, 2026.

**VOGEL LAW FIRM**

BY:   */s/ Kesha L. Tanabe*                   
        Kesha L. Tanabe
        218 NP Avenue
        PO Box 1389
        Fargo, ND  58107-1389
        Telephone:  (701) 237-6983
        Fax:  (701) 476-7676
        Email: ktanabe@vogellaw.com
        ATTORNEYS FOR RED RIVER STATE BANK

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of July, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

        */s/ Kesha L. Tanabe*             
        Kesha L. Tanabe

2