**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br><br>    Debtor. | Case No.:  25-30002<br><br>Chapter 11 |

**JOINT EXHIBIT LIST FOR JULY 14, 2026 HEARING**

Plan Proponents Generations on 1st, LLC ("Debtor") and Red River State Bank ("Red

River State Bank") hereby provide the following Exhibit List with respect to the following

matters:

- **ECF 409** –Amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC

- **ECF 410** – Amended Disclosure Statement for Amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC

- **ECF 447** – Objection by Interested Party Jesse Craig to Amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC

set for hearing on **July 14, 2026, at 9:30 a.m. CST**.

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 409 | | | Amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC | W | | | | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 410 | | | Amended Disclosure Statement for Amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC | W | | | | | | | | | |
| ECF 449 | | | Computation and Ballots for Amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC | W | | | | | | | | | |
| ECF Claim No. 1-1 | | | RRSB Proof of Claim – Generations (filed 1/10/2025) | M | | | | | | | | | |
| ECF Claim No. 1-2 | | | RRSB Amended Proof of Claim – Generations (filed 09/22/25) | M | | | | | | | | | |
| ECF 177 | | | Stipulation to Resolve Claim Objection (Generations and Parkside Only) | M | | | | | | | | | |
| ECF 79 | | | Generations Amended Operating Report for January 2025 | M | | | | | | | | | |
| ECF 143 | | | Generations Amended Operating Report for February 2025 | M | | | | | | | | | |
| ECF 144 | | | Generations Amended Operating Report for March 2025 | M | | | | | | | | | |
| ECF 145 | | | Generations Second Amended Operating Report for April 2025 | M | | | | | | | | | |
| ECF 146 | | | Generations Amended Operating Report for May 2025 | M | | | | | | | | | |
| ECF 147 | | | Generations Amended Operating Report for June 2025 | M | | | | | | | | | |
| ECF 155 | | | Generations Operating Report for July 2025 | M | | | | | | | | | |
| ECF 162 | | | Generations Operating Report for August 2025 | M | | | | | | | | | |
| ECF 202 | | | Generations Operating Report for September 2025 | M | | | | | | | | | |

2

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 236 | | | Generations Operating Report for October 2025 | M | | | | | | | | | |
| ECF 250 | | | Generations Operating Report for November 2025 | M | | | | | | | | | |
| ECF 281 | | | Generations Operating Report for December 2025 | M | | | | | | | | | |
| ECF 322 | | | Generations Operating Report for January 2026 | M | | | | | | | | | |
| ECF 345 | | | Generations Operating Report for February 2026 | M | | | | | | | | | |
| ECF 368 | | | Generations Operating Report for March 2026 | M | | | | | | | | | |
| ECF 382 | | | Generations Operating Report for April 2026 | M | | | | | | | | | |
| ECF 419 | | | Generations Operating Report for May 2026 | M | | | | | | | | | |
| ECF 44 | | | First Stipulation for Use of Cash Collateral dated January 17, 2025 | M | | | | | | | | | |
| ECF 54 | | | Amended First Stipulation for Use of Cash Collateral dated February 3, 2025 | M | | | | | | | | | |
| ECF 69 | | | Second Stipulation for Use of Cash Collateral dated March 12, 2025 | M | | | | | | | | | |
| ECF 91 | | | Third Stipulation for Use of Cash Collateral dated May 5, 2025 | M | | | | | | | | | |
| ECF 159 | | | Sixth Stipulation for Use of Cash Collateral dated August 26, 2025 | M | | | | | | | | | |
| ECF 218 | | | Seventh Stipulation for Use of Cash Collateral dated October 19, 2025 | M | | | | | | | | | |
| ECF 248 | | | Ninth Stipulation for Use of Cash Collateral dated December 13, 2025 | M | | | | | | | | | |

3

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 295 | | | Tenth Stipulation for Use of Cash Collateral dated February 3, 2026 | M | | | | | | | |
| ECF 351 | | | Stipulation Regarding (I) Derivative Standing; (II) Continuance of Hearings; (III) Cash Collateral; and (IV) Related Matters dated March 23, 2026 | M | | | | | | | |
| ECF 407 | | | Twelfth Stipulation for Use of Cash Collateral dated May 28, 2026 | M | | | | | | | |
| ECF 464 | | | Thirteenth Stipulation for Use of Cash Collateral dated July 6, 2026 | M | | | | | | | |
| D/RR -1 | | | Email from Jesse Craig to Charles Aarestad and Danielle Harless dated July 31, 2023.<br><br>Attachment 1: Purchase Agreement – Generations on 1st<br>Attachment 2: Purchase Agreement – Parkside Place | M | | | | | | | |
| D/RR -2 | | | Email from Jesse Craig to Charles Aarestad and Danielle Harless dated September 11, 2023.<br><br>Attachment 1: Purchase Agreement – Parkside Place<br>Attachment 2: Purchase Agreement – Generations on 1st | M | | | | | | | |

\*  - O - Original Record & Authenticity Only
\*  - A - Admitted into Evidence for all purposes
§  - Federal Rule of Evidence Rule Number
Irregular Exhibits: _____

*[Signature page follows]*

Dated: July 13, 2026                    **THE DAKOTA BANKRUPTCY FIRM**


BY:*/s/ Maurice B. VerStandig*
  Maurice B. VerStandig, Esq.
  1630 1st Ave N
  Suite B PMB 24
  Fargo, ND  58102-4246
  Telephone: (701) 394-3215
  mac@dakotabankruptcy.com
  *ATTORNEYS FOR DEBTOR*


Dated: July 13, 2026                    **VOGEL LAW FIRM**

BY:*/s/ Kesha L. Tanabe*
  Kesha L. Tanabe
  ktanabe@vogellaw.com
  Caren W. Stanley (#06100)
  cstanley@vogellaw.com
  Drew J. Hushka (#08230)
  dhushka@vogellaw.com
  218 NP Avenue
  PO Box 1389
  Fargo, ND 58107-1389
  Telephone: (701) 237-6983
  *ATTORNEYS FOR RED RIVER STATE BANK*

**Re:** **Generations on 1st LLC**
**Case No. 25-30002**

STATE OF NORTH DAKOTA   )
                        )   SS        **CERTIFICATE OF SERVICE**
COUNTY OF CASS          )

On July 13, 2026, the undersigned caused the following document(s):

**JOINT EXHIBIT LIST FOR JULY 14, 2026 HEARING**

to be served electronically to the following:

*All ECF Filing Participants*

Dated July 13, 2026.

                              */s/ Kesha L. Tanabe*

6