**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br><br>                 Debtor. | Case No.:  25-30002<br><br>Chapter 11 |

**JOINT WITNESS LIST FOR JULY 14, 2026 HEARING**

Plan Proponents Generations on 1st, LLC ("Debtor") and Red River State Bank ("RRSB") hereby provide the following Witness List with respect to the following matters:

- **ECF 409** –Amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC

- **ECF 410** – Amended Disclosure Statement for Amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC

- **ECF 447** – Objection by Interested Party Jesse Craig to Amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC

set for hearing on **July 14, 2026, at 9:30 a.m. CST**.

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Michael Schmitz<br>Chief Restructuring Officer<br>Bismarck, ND | Will | Generations Real Property, cash flow, sale process |
| Jesse Craig<br>Fargo, ND | May | Generations Real Property |
| Mulinda Craig<br>Fargo, ND | May | Monthly operating reports/cash flow |
| Charles Aarestad<br>Red River State Bank<br>Halstad, MN | May | Generations Real Property, cash flow |

| Danielle Harless<br>Red River State Bank<br>Halstad, MN | May | Cash flow, sale process |
|---|---|---|
| Vince Bellino<br>VKB Properties LLC<br>Papillion, NE | May | Sale process |
| Josh Luther<br>CBRE Valuation and Advisory Services<br>Sioux Falls, SD | May | Generations Real Property |

Dated: July 13, 2026          **THE DAKOTA BANKRUPTCY FIRM**

BY:

*/s/ Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
1630 1st Ave N
Suite B PMB 24
Fargo, ND  58102-4246
Telephone: (701) 394-3215
mac@dakotabankruptcy.com
*ATTORNEYS FOR DEBTOR*

Dated: July 13, 2026          **VOGEL LAW FIRM**

*/s/ Kesha L. Tanabe*
BY: Kesha L. Tanabe
ktanabe@vogellaw.com
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

2

**Re:**  **Generations on 1st LLC**
    **Case No. 25-30002**

## DECLARATION RE SERVICE

The undersigned does depose and say that on July 13, 2026, she caused the following document(s):

### JOINT WITNESS LIST FOR JULY 14, 2026 HEARING

to be served electronically to the following:

*All ECF Filing Participants*

Dated July 13, 2026.

*/s/ Kesha L. Tanabe*

3