IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>GENERATIONS ON 1ST, LLC<br><br>    Debtor | Case No.:  25-30002<br>(Chapter 11) |
| In re:<br><br>PARKSIDE PLACE, LLC<br><br>    Debtor | Case No.:  25-30003<br>(Chapter 11)<br><br>(Jointly Administered) |

**JESSE CRAIG'S EXHIBIT LIST**

Jesse Craig ("Craig"), by and through his attorney, Douglas W. Murch of Conmy Feste Ltd., hereby identifies on Exhibit A hereto his exhibits for the hearing on Amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC scheduled for July 14, 2026.

Craig reserves the right to supplement this Exhibit List as circumstances warrant and necessitate and further reserves the right to offer any exhibits not listed but included on any other parties' exhibit lists and to offer any exhibits not offered for rebuttal purposes.

Dated:  July 13, 2026.

          */s/ Douglas W. Murch*
          Douglas W. Murch, ND ID #05983
          CONMY FESTE LTD.
          3369 45th Street South
          Fargo, ND  58104
          (701) 293-9911
          dmurch@conmylaw.com

          ATTORNEY FOR JESSE CRAIG

**Exhibit A**

| Ex. No. | Date | Witness | Description | Will/ May | Stipulated | Offered | Objection | Reserved | Overruled | Sustained | Withdrawn | Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | | Jesse Craig | CBRE Appraisal 12-21-2020 | Will | | | | | | | | |
| E2 | | Jesse Craig | CBRE Appraisal 9-29-2021 | Will | | | | | | | | |
| E3 | | Jesse Craig | Generations Listing Agreement 6-20-2023 | Will | | | | | | | | |
| E4 | | Jesse Craig | VKB Properties, LLC Purchase Agreement 2023 | Will | | | | | | | | |
| E5 | | Jesse Craig | Vogel Law Firm Notice of Default Letter 12-18-2023 | Will | | | | | | | | |
| E6 | | Jesse Craig | Craig - Soundy Email Thread Feb. 2024 | Will | | | | | | | | |
| E7 | | Jesse Craig | Zander Purchase Agreement 12-17-2025 | Will | | | | | | | | |
| E8 | | Jesse Craig | Newpoint Capital FHA Term Sheet 5-8-2026 | Will | | | | | | | | |
| E9 | | Jesse Craig | VerStandig Ltr re Generation on 1st LLC 5-18-2026 | Will | | | | | | | | |
| E10 | | Jesse Craig | The Ruins, LLC Appraisal 6-4-2026 | Will | | | | | | | | |
| E11 | | Mindy Craig | Notice of Filing Accounting HME Properties (Doc. 21) | Will | | | | | | | | |
| E12 | | Mindy Craig | Amended Chapter 11 Monthly Operating Report for Month Ending 1-31-2025 (Doc. 79) | Will | | | | | | | | |
| | | | | | | | | | | | | |

| Ex. No. | Date | Witness | Description | Will/ May | Stipulated | Offered | Objection | Reserved | Overruled | Sustained | Withdrawn | Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E13 | | Mindy Craig | Amended Chapter 11 Monthly Operating Report for Month Ending 3-31-2025 (Doc. 144) | Will | | | | | | | | |
| E14 | | Mindy Craig | Amended Chapter 11 Monthly Operating Report for Month Ending 6-30-2025 (Doc. 147) | Will | | | | | | | | |
| E15 | | Mindy Craig | Chapter 11 Monthly Operating Report for Month Ending 9-30-2025 (Doc 202) | Will | | | | | | | | |
| E16 | | Mindy Craig | Chapter 11 Monthly Operating Report for Month Ending 12-31-2025 (Doc. 281) | Will | | | | | | | | |
| E17 | | Mindy Craig | Chapter 11 Monthly Operating Report for Month Ending 3-31-2026 (Doc. 368) | Will | | | | | | | | |
| E18 | | Mindy Craig | Chapter 11 Monthly Operating Report for Month Ending 5-31-2026 (Doc. 419) | Will | | | | | | | | |
| E19 | | Mindy Craig | Mindy Craig Email 6-26-2026 with Generations on 1st, LLC Codington County Property Tax History | Will | | | | | | | | |
| E20 | | Mindy Craig | Management Transition and January 2025 Reporting | Will | | | | | | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>GENERATIONS ON 1ST, LLC<br><br>Debtor | Case No.:  25-30002<br>(Chapter 11) |
| In re:<br><br>PARKSIDE PLACE, LLC<br><br>Debtor | Case No.:  25-30003<br>(Chapter 11)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste

Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on July 13, 2026, she served a copy of:

**JESSE CRAIG'S EXHIBIT LIST**

electronically by email through LexShare.

/s/ *Leslyn A. Anderson*
Leslyn A. Anderson