UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> Generations on 1st, LLC, <br><br>       Debtor. | Bankr. No. 25-30002 <br><br> Chapter 11 |
| In Re: <br><br> Parkside Place, LLC, <br><br>       Debtor. | Bankr. No. 25-30003 <br><br> Chapter 11 <br><br> (Jointly Administered) |

**MOTION TO APPEAR BY VIDEO CONFERENCE**

1.      Jordan J. Feist, counsel for Watertown Development Company ("WDC"), respectfully moves the Court pursuant to Local Rule 5001-2 for an order allowing his appearance by video conference at the hearing to be held on Monday, July 20, 2026, at 2:00 p.m. (CST), on the Oral Arguments on confirmation of the Joint Chapter 11 Plan for Generations on 1st, LLC (Doc. 409) and approval of the Amended Disclosure Statement for Joint Chapter 11 Plan for Generations on 1st, LLC (Doc. 410).

2.      An appearance by video conference would eliminate substantial travel time as the undersigned counsel's office is in Sioux Falls, South Dakota. It will also allow WDC to save on travel-related expenses associated with an in-person appearance at the hearing.

WHEREFORE, undersigned counsel respectfully requests permission to appear at the plan confirmation hearing by video conference.

1

Dated this 15th day of July, 2026.

WOODS, FULLER, SHULTZ & SMITH P.C.


By /s/ Jordan J. Feist
    Jordan J. Feist (#08592)
    P.O. Box 5027
    300 South Phillips Avenue, Suite 300
    Sioux Falls, SD 57117-5027
    Phone (605) 336-3890
    Fax (605) 339-3357
    Jordan.Feist@woodsfuller.com
    *Attorneys for Watertown Development Company*

**CERTIFICATE OF SERVICE**

The undersigned states that on the 15th day of July, 2026, I served a copy of the

foregoing Motion to Appear by Video Conference electronically upon all CM/ECF participations

in this case.

*/s/ Jordan J. Feist*
Attorney for Watertown Development Company

2