**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Case No. 25-30002 |
| Generations on 1st, LLC, | Chapter 11 |
| Debtor. | |

## MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE

Kesha L. Tanabe, counsel to Red River State Bank ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-2 allowing the appearance by the undersigned counsel by video conference at the oral argument on July 20, 2026 at 2:00 p.m. ("Hearing") respecting the following matters:

- Approval of Amended Disclosure Statement for Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC (Doc. 410);

- Confirmation of Amended Joint Chapter 11 Plan for Generations on 1st, LLC (Doc. 409);

and any other matters scheduled to take place during the Hearing.

The undersigned makes the request to appear by video conference at the Hearing to save time and expense associated with physical travel for the hearing. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that she be allowed to appear by video conference at the Hearing.

Dated: July 15, 2026.

**VOGEL LAW FIRM**

BY:   */s/ Kesha L. Tanabe*
      Kesha L. Tanabe
      218 NP Avenue
      PO Box 1389
      Fargo, ND  58107-1389
      Telephone:  (701) 237-6983
      Email: ktanabe@vogellaw.com
      ATTORNEYS FOR RED RIVER STATE BANK

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of July, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

*/s/ Kesha L. Tanabe*
Kesha L. Tanabe

2