UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br><br>      Debtor. | Bankr. No. 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place, LLC,<br><br>      Debtor. | Bankr. No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**MOTION TO APPEAR BY VIDEO CONFERENCE**

1.      Jordan J. Feist, counsel for Watertown Development Company ("WDC"), respectfully moves the Court pursuant to Local Rule 5001-2 for an order allowing his appearance by video conference at the hearing to be held on Wednesday, July 22, 2026, at 10:00 a.m. (CST), on the confirmation of the Creditor's First Amended Plan of Liquidation for Parkside Place, LLC (Doc. 442).

2.      An appearance by video conference would eliminate substantial travel time as the undersigned counsel's office is in Sioux Falls, South Dakota. It will also allow WDC to save on travel-related expenses associated with an in-person appearance at the hearing.

WHEREFORE, undersigned counsel respectfully requests permission to appear at the plan confirmation hearing by video conference.

1

Dated this 16th day of July, 2026.

WOODS, FULLER, SHULTZ & SMITH P.C.

By /s/ Jordan J. Feist
 Jordan J. Feist (#08592)
 P.O. Box 5027
 300 South Phillips Avenue, Suite 300
 Sioux Falls, SD 57117-5027
 Phone (605) 336-3890
 Fax (605) 339-3357
 Jordan.Feist@woodsfuller.com
 *Attorneys for Watertown Development Company*

### CERTIFICATE OF SERVICE

The undersigned states that on the 16th day of July, 2026, I served a copy of the foregoing Motion to Appear by Video Conference electronically upon all CM/ECF participations in this case.

*/s/ Jordan J. Feist*
Attorney for Watertown Development Company

2