**7/14/2026 8:17 PM**

## Aged Receivable

Property = Generations on 1st  Status: Current, Notice   Month From: 06/2026

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre- Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| **Generations on 1st** | | | | | | | | | |
| Generations on 1st | BRADBERRY RAY | Current | 95.00 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Generations on 1st | ESCAMILLA-VIGIL JOSHUA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,020.00 | -1,020.00 |
| Generations on 1st | TIMMONS JOHN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -670.37 | -670.37 |
| Generations on 1st | BOIK MARILYN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.75 | -15.75 |
| Generations on 1st | ALBAN CLAYTON | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,135.00 | -1,135.00 |
| Generations on 1st | MACALUSO ALEXANDRIA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,235.00 | -1,235.00 |
| Generations on 1st | REMMERDE AVERY | Current | -90.00 | -15.00 | -15.00 | -15.00 | -45.00 | -2,060.00 | -2,150.00 |
| Generations on 1st | LAPOINTE BRITTEN | Current | -15.00 | 80.00 | 25.00 | -15.00 | -105.00 | 0.00 | -15.00 |
| Generations on 1st | BEADLE LILY | Notice | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -995.00 | -995.00 |
| Generations on 1st | CORDINGLEY MASON | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,135.00 | -1,135.00 |
| Generations on 1st | WAGNER MIKALA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,055.00 | -1,055.00 |
| Generations on 1st | HAEDER MATTHEW | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Generations on 1st | JACOBS JUSTINE | Notice | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,010.00 | -1,010.00 |
| Generations on 1st | HOVEY-STUBBLES SAMYUKTHA | Current | 1,177.20 | 1,177.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,177.20 |
| Generations on 1st | DAVIS KALE | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,055.00 | -1,055.00 |
| Generations on 1st | JULIUS CHAD | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -25.00 | -25.00 |
| Generations on 1st | LICK JAYDEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,580.00 | -1,580.00 |
| Generations on 1st | CAVALLO MATTHEW | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,055.00 | -1,055.00 |
| Generations on 1st | WEISSER BRENDYN | Current | 422.04 | 422.04 | 0.00 | 0.00 | 0.00 | -700.00 | 144.08 |
| **Generations on 1st** | | | **1,589.24** | **1,759.24** | **10.00** | **-30.00** | **-150.00** | **-15,836.12** | **-13,824.84** |
| **Grand Total** | | | **1,589.24** | **1,759.24** | **10.00** | **-30.00** | **-150.00** | **-15,836.12** | **-13,824.84** |

UserId : mcraig@cpbusmgt.com Date : 07/15/2026 Time : 01:16

7/14/2026 7:10 PM

## Rent Roll

Property = Generations on 1st

As Of = 06/28/2026

Month = 06/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|-------------|----------------|------|---------|------------------|----------|
| **Current/Notice/Vacant Tenants** | | | | | | | |
| 101 | SENIOR CENTER | 1.00 | 0.00 | 0.00 | 05/01/2022 | 08/31/2110 | |
| 3201 | RENEE HANLON | 1,560.00 | 1,475.00 | 80.00 | 03/03/2023 | 11/30/2026 | |
| 3202 | JUDITH ZIRBEL | 1,055.00 | 925.00 | 80.00 | 08/09/2024 | 03/31/2027 | |
| 3203 | SHEILA KAMMERER | 1,055.00 | 955.00 | 80.00 | 05/01/2023 | 03/31/2027 | |
| 3204 | PHYLLIS JACKSON | 1,055.00 | 1,010.00 | 0.00 | 04/01/2024 | 03/31/2027 | |
| 3205 | CONNOR KAUP | 1,055.00 | 1,090.00 | 80.00 | 06/01/2025 | 05/31/2026 | 07/31/2026 |
| 3206 | CASEY KIRLEY | 1,020.00 | 910.00 | 80.00 | 08/07/2024 | 11/30/2026 | |
| 3207 | LOIS STADHEIM | 1,055.00 | 955.00 | 80.00 | 06/01/2023 | 05/31/2027 | |
| 3208 | BRAUN KADOUN | 1,010.00 | 1,090.00 | 65.00 | 08/01/2025 | 07/31/2026 | |
| 3209 | DOUGLAS GROVENBURG | 1,055.00 | 700.00 | 55.00 | 05/01/2026 | 04/30/2027 | |
| 3210 | VACANT | 0.00 | 0.00 | 0.00 | | | |
| 3211 | KIERA WEISSER | 1,520.00 | 1,520.00 | 0.00 | 06/01/2025 | 05/31/2026 | 06/30/2026 |
| 3212 | EMILY PETERSON | 1,010.00 | 0.00 | 0.00 | 06/01/2025 | 05/31/2026 | 05/31/2026 |
| 3213 | MARILYN BOIK | 1,055.00 | 700.00 | 80.00 | 02/01/2026 | 01/31/2027 | |
| 3214 | MIKALA WAGNER | 1,055.00 | 1,010.00 | 0.00 | 06/01/2025 | 07/31/2027 | |
| 3215 | ALEXANDRIA MACALUSO | 1,055.00 | 1,010.00 | 180.00 | 05/01/2025 | 10/31/2026 | |
| 3216 | KYLER MEHLHOFF | 1,010.00 | 1,010.00 | 80.00 | 09/01/2025 | 05/31/2026 | |
| 3217 | AVERY REMMERDE | 1,010.00 | 1,090.00 | 65.00 | 07/07/2025 | 07/06/2026 | |
| 3218 | MASON CORDINGLEY | 1,055.00 | 1,010.00 | 80.00 | 05/24/2025 | 05/31/2027 | |
| 3301 | BARBARA GOENS | 1,580.00 | 1,475.00 | 80.00 | 09/01/2022 | 08/31/2023 | |
| 3302 | ISABELLE RICHARDSON | 1,055.00 | 750.00 | 0.00 | 04/01/2025 | 03/31/2027 | |
| 3303 | BRITTEN LAPOINTE | 1,055.00 | 1,090.00 | 80.00 | 06/01/2025 | 01/31/2027 | |
| 3304 | HANNAH HEUER | 1,010.00 | 1,090.00 | 80.00 | 09/01/2025 | 08/31/2026 | |
| 3305 | ELLIOTT STEINER | 1,010.00 | 1,010.00 | 0.00 | 08/01/2025 | 07/31/2027 | |
| 3306 | ALEXIS CEROLL | 1,055.00 | 700.00 | 80.00 | 06/01/2026 | 05/31/2027 | |
| 3307 | ORLEY WANGSNESS | 1,055.00 | 1,090.00 | 0.00 | 10/01/2024 | 01/31/2027 | |
| 3308 | COLE DRUMHELLER | 1,055.00 | 700.00 | 80.00 | 05/01/2026 | 05/31/2027 | |

**Page 1 of 4**

7/14/2026 7:10 PM

## Rent Roll

Property = Generations on 1st

As Of = 06/28/2026

Month = 06/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|-------------|----------------|------|---------|------------------|----------|
| 3309 | KEEGAN SCHELLE | 1,055.00 | 955.00 | 80.00 | 12/01/2022 | 11/30/2023 | |
| 3310 | ALEXIS BURBACH | 1,520.00 | 0.00 | -240.00 | 03/01/2024 | | |
| 3311 | BARBARA WEGMAN | 1,580.00 | 1,425.00 | 80.00 | 07/01/2022 | 06/30/2027 | |
| 3312 | LUCAS HANSEN | 1,055.00 | 1,010.00 | 80.00 | 09/01/2025 | 01/31/2027 | |
| 3313 | CLAYTON ALBAN | 1,055.00 | 910.00 | 80.00 | 08/09/2024 | 01/31/2027 | |
| 3314 | LANE HOLLAND | 1,055.00 | 700.00 | 0.00 | 05/22/2026 | 02/28/2027 | |
| 3315 | JACKSON BAER | 1,055.00 | 700.00 | 0.00 | 05/15/2026 | 05/31/2027 | |
| 3316 | MICAH WARRINGTON | 1,055.00 | 1,010.00 | 0.00 | 06/01/2025 | 07/31/2027 | |
| 3317 | KALEN GODEL | 1,010.00 | 1,090.00 | 0.00 | 06/01/2025 | 05/31/2026 | 05/31/2026 |
| 3318 | DARRIEN MARTIN | 1,055.00 | 1,010.00 | 0.00 | 07/01/2025 | 06/30/2026 | 07/31/2026 |
| 3401 | LORNA HARSTAD | 1,580.00 | 1,375.00 | 0.00 | 08/01/2022 | 07/31/2027 | |
| 3402 | TARYN OPDAHL | 1,055.00 | 1,010.00 | 40.00 | 04/05/2025 | 01/31/2026 | |
| 3403 | LILY BEADLE | 1,010.00 | 1,010.00 | -15.00 | 07/01/2025 | 06/30/2026 | 05/31/2026 |
| 3404 | CHRISTIAN SNYDER | 1,055.00 | 1,010.00 | 65.00 | 07/01/2025 | 06/30/2027 | |
| 3405 | DAWSON TREEBY | 1,010.00 | 1,010.00 | 0.00 | 08/16/2024 | 08/31/2026 | 08/31/2026 |
| 3406 | TIMOTHY BEAUDRY | 1,010.00 | 1,090.00 | 65.00 | 08/01/2025 | 07/31/2027 | |
| 3407 | CYNTHIA WELLS | 1,020.00 | 1,090.00 | 80.00 | 11/01/2024 | 12/31/2026 | 10/31/2026 |
| 3408 | LAVERNA COYLE | 1,055.00 | 985.00 | 75.00 | 07/01/2023 | 06/30/2024 | 06/30/2026 |
| 3409 | JUDITH HOFFMAN | 1,055.00 | 750.00 | 40.00 | 01/15/2025 | 01/14/2026 | |
| 3410 | KAREN JENSEN | 1,560.00 | 1,520.00 | 80.00 | 03/01/2024 | 02/28/2027 | |
| 3411 | PAIGE HALL | 1,520.00 | 1,600.00 | 80.00 | 05/01/2025 | 04/30/2026 | 06/30/2026 |
| 3412 | DIONNE ZWEIG | 1,055.00 | 955.00 | 80.00 | 12/01/2022 | 07/31/2027 | |
| 3413 | DARYL TAPIO | 1,055.00 | 985.00 | 80.00 | 11/01/2022 | 10/31/2023 | |
| 3414 | CHAD JULIUS | 1,055.00 | 700.00 | 0.00 | 03/01/2026 | 11/30/2026 | |
| 3415 | MATTHEW CAVALLO | 1,055.00 | 700.00 | 0.00 | 06/01/2026 | 05/31/2027 | |
| 3416 | JACOBE TRAMP | 1,055.00 | 1,010.00 | 80.00 | 03/01/2024 | 02/28/2025 | |
| 3417 | PIPER NAUGHTON | 1,010.00 | 910.00 | 0.00 | 08/08/2024 | 08/31/2026 | 05/31/2026 |
| 3418 | JUSTINE JACOBS | 1,010.00 | 1,010.00 | 0.00 | 07/21/2025 | 07/31/2026 | 08/31/2026 |

**7/14/2026 7:10 PM**

## Rent Roll

Property =  Generations on 1st

As Of = 06/28/2026

Month = 06/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|------------:|---------------:|-----:|---------|------------------|----------|
| 3501 | CHARLES OLSON | 1,580.00 | 1,415.00 | 40.00 | 04/01/2022 | | |
| 3502 | MATTHEW HAEDER | 1,010.00 | 1,090.00 | 80.00 | 08/01/2025 | 07/31/2027 | |
| 3503 | DONNA REESE | 1,055.00 | 1,090.00 | 0.00 | 10/01/2025 | 04/30/2027 | |
| 3504 | RAY BRADBERRY | 1,055.00 | 500.00 | 80.00 | 04/01/2022 | | |
| 3505 | JOHN TIMMONS | 1,055.00 | 935.00 | 80.00 | 10/12/2022 | 07/31/2027 | |
| 3506 | LYNELL HERSTEDT | 1,055.00 | 985.00 | 40.00 | 07/01/2023 | 06/30/2024 | |
| 3507 | VACANT | 0.00 | 0.00 | 0.00 | | | |
| 3508 | NICHOLAS PETERSEN | 1,055.00 | 925.00 | 80.00 | 08/01/2024 | 07/31/2027 | |
| 3509 | MADISON PREMUS | 1,055.00 | 1,010.00 | 80.00 | 09/01/2023 | 08/31/2024 | |
| 3510 | JANELLE MARTIN | 1,580.00 | 700.00 | 0.00 | 06/01/2026 | 05/31/2027 | |
| 3511 | DEAN SHULTZ | 1,520.00 | 0.00 | 0.00 | 06/01/2025 | 05/31/2026 | 05/31/2026 |
| 3512 | HALI ANDERSON | 1,010.00 | 935.00 | 40.00 | 07/01/2022 | 09/30/2026 | |
| 3513 | KALE DAVIS | 1,055.00 | 700.00 | 0.00 | 03/01/2026 | 02/28/2027 | |
| 3514 | ASPYN FRINK | 1,055.00 | 700.00 | 0.00 | 06/07/2026 | 06/30/2027 | |
| 3515 | KADEN BENNETT | 1,055.00 | 1,010.00 | 0.00 | 06/01/2025 | 07/31/2027 | |
| 3516 | JOSHUA ESCAMILLA-VIGIL | 1,020.00 | 935.00 | 0.00 | 07/01/2022 | 11/30/2026 | |
| 3517 | SAMYUKTHA HOVEY-STUBBLES | 1,010.00 | 1,090.00 | 80.00 | 12/05/2025 | 12/31/2026 | |
| 3518 | NATHAN OLSON | 1,010.00 | 1,010.00 | 80.00 | 10/01/2025 | 09/30/2026 | |
| **Future Tenants/Applicants** | | | | | | | |
| 3408 | DOROTHY HOFF | 0.00 | 700.00 | 0.00 | 08/01/2026 | 04/30/2027 | |
| 3411 | JAYDEN LICK | 0.00 | 700.00 | 0.00 | 07/01/2026 | 06/30/2027 | |
| 3417 | BRENDYN WEISSER | 0.00 | 0.00 | 0.00 | 07/01/2026 | 06/30/2027 | |
| **Total** | **Generations on 1st** | **78,521.00** | **68,325.00** | **2,995.00** | | | |

| Summary Groups | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy |
|----------------|------------:|-----------------:|-----:|-----------:|-----------------:|
| Current/Notice/Vacant Tenants | 78,521.00 | 66,925.00 | 2,995.00 | 73 | 97.26 |

**Page 3 of 4**

**7/14/2026 7:10 PM**

### Rent Roll

Property = Generations on 1st

As Of = 06/28/2026

Month = 06/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|-------------|----------------|------|---------|------------------|----------|
| Future Tenants/Applicant | | 0.00 | 1,400.00 | 0.00 | 3 | 0.00 | |
| Occupied Units | | 0.00 | 0.00 | 0.00 | 71 | 97.26 | |
| Total Vacant Units | | 0.00 | 0.00 | 0.00 | 2 | 2.73 | |
| **Totals:** | | **78,521.00** | **68,325.00** | **2,995.00** | **73** | **100.00** | |

**Page 4 of 4**

# Payables Aging Report

Period: -06/2026

As of : 06/30/2026

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Tuesday, July 14, 2026
06:17 PM

**Owner Statement**

Page 1

Owner = Generations On 1st (Generations on 1st)
Generations on 1st
Month = Jun 2026
Book = Cash

| Date | Reference | Property | Payee/Payer | Notes | Income | Expense | Balance |
|------|-----------|----------|-------------|-------|--------|---------|---------|
| | | | | Beginning Balance | | | 170,745.22 |
| 05/31/2026 | FlexRent - 546723 | Generations on 1st | LYNELL HERSTEDT | FlexRent Receipt | 1,095.00 | 0.00 | 171,840.22 |
| 05/31/2026 | FlexRent - 547769 | Generations on 1st | LUCAS HANSEN | FlexRent Receipt. KATHLEEN HANSEN (r0000111). | 1,090.00 | 0.00 | 172,930.22 |
| 06/01/2026 | :ACH-1015 | Generations on 1st | AVERY REMMERDE | Pre-Authorized Payment | 1,075.00 | 0.00 | 174,005.22 |
| 06/01/2026 | 346488644 | Generations on 1st | BRAUN KADOUN | Debit Card On-Line Payment ; Web - Resident Services | 1,075.00 | 0.00 | 175,080.22 |
| 06/01/2026 | :ACH-WEB | Generations on 1st | COLE DRUMHELLER | Online Payment - EFT Payment. Mobile App - Resident Services | 1,135.00 | 0.00 | 176,215.22 |
| 06/01/2026 | :ACH-1018 | Generations on 1st | DARRIEN MARTIN | Pre-Authorized Payment | 1,010.00 | 0.00 | 177,225.22 |
| 06/01/2026 | 3143 | Generations on 1st | DONNA REESE | | 1,010.00 | 0.00 | 178,235.22 |
| 06/01/2026 | :ACH-1017 | Generations on 1st | ISABELLE RICHARDSON | Pre-Authorized Payment | 1,055.00 | 0.00 | 179,290.22 |
| 06/01/2026 | 1101 | Generations on 1st | JACKSON BAER | | 1,055.00 | 0.00 | 180,345.22 |
| 06/01/2026 | :ACH-WEB | Generations on 1st | JOHN TIMMONS | Online Payment - EFT Payment. Mobile App - Resident Services | 435.00 | 0.00 | 180,780.22 |
| 06/01/2026 | 346639080 | Generations on 1st | KALEN GODEL | Debit Card On-Line Payment ; Roommate KAYLA LEHR (r0000093) ; Mobile App - Resident Services | 528.00 | 0.00 | 181,308.22 |
| 06/01/2026 | :ACH-1016 | Generations on 1st | LAVERNA COYLE | Pre-Authorized Payment | 1,060.00 | 0.00 | 182,368.22 |
| 06/01/2026 | 345863940 | Generations on 1st | MICAH WARRINGTON | Recurring Debit Card Payment ; | 1,010.00 | 0.00 | 183,378.22 |
| 06/01/2026 | 1319 | Generations on 1st | NATHAN OLSON | | 1,090.00 | 0.00 | 184,468.22 |
| 06/01/2026 | 346434665 | Generations on 1st | PIPER NAUGHTON | Debit Card On-Line Payment ; Web - Resident Services | 1,090.00 | 0.00 | 185,558.22 |
| 06/01/2026 | 1919 | Generations on 1st | SENIOR CENTER | | 1.00 | 0.00 | 185,559.22 |
| 06/02/2026 | 30342 | Generations on 1st | RED RIVER STATE BANK | per order by SH 6/1 apply to principal debt service | 0.00 | 40,000.00 | 145,559.22 |
| 06/02/2026 | 346843626 | Generations on 1st | KALE DAVIS | Debit Card On-Line Payment ; Web - Resident Services | 527.50 | 0.00 | 146,086.72 |
| 06/03/2026 | ACH | Generations on 1st | BARBARA GOENS | | 1,660.00 | 0.00 | 147,746.72 |
| 06/03/2026 | 13593 | Generations on 1st | BARBARA WEGMAN | | 1,600.00 | 0.00 | 149,346.72 |
| 06/03/2026 | ACH | Generations on 1st | BRITTEN LAPOINTE | | 1,090.00 | 0.00 | 150,436.72 |
| 06/03/2026 | ACH | Generations on 1st | CASEY KIRLEY | | 1,100.00 | 0.00 | 151,536.72 |
| 06/03/2026 | 1011 | Generations on 1st | CHAD JULIUS | | 1,055.00 | 0.00 | 152,591.72 |
| 06/03/2026 | ACH | Generations on 1st | CHARLES OLSON | | 1,620.00 | 0.00 | 154,211.72 |
| 06/03/2026 | ACH | Generations on 1st | CHRISTIAN SNYDER | | 1,075.00 | 0.00 | 155,286.72 |
| 06/03/2026 | ACH | Generations on 1st | CONNOR KAUP | | 1,090.00 | 0.00 | 156,376.72 |
| 06/03/2026 | ACH | Generations on 1st | CYNTHIA WELLS | | 1,090.00 | 0.00 | 157,466.72 |

# Owner Statement

Owner =  Generations On 1st (Generations on 1st)
Generations on 1st
Month = Jun 2026
Book = Cash

| Date | Ref | Property | Name | Memo | Amount | | Balance |
|------|-----|----------|------|------|-------:|------|--------:|
| 06/03/2026 | 0058996832 | Generations on 1st | DARYL TAPIO | | 1,135.00 | 0.00 | 158,601.72 |
| 06/03/2026 | ACH | Generations on 1st | DAWSON TREEBY | | 1,010.00 | 0.00 | 159,611.72 |
| 06/03/2026 | ACH | Generations on 1st | DOUGLAS GROVENBURG | | 1,110.00 | 0.00 | 160,721.72 |
| 06/03/2026 | ACH | Generations on 1st | ELLIOTT STEINER | | 1,010.00 | 0.00 | 161,731.72 |
| 06/03/2026 | ACH | Generations on 1st | HALI ANDERSON | | 1,050.00 | 0.00 | 162,781.72 |
| 06/03/2026 | ACH | Generations on 1st | JANELLE MARTIN | | 1,580.00 | 0.00 | 164,361.72 |
| 06/03/2026 | ACH | Generations on 1st | JUDITH HOFFMAN | | 1,095.00 | 0.00 | 165,456.72 |
| 06/03/2026 | ACH | Generations on 1st | JUDITH ZIRBEL | | 1,135.00 | 0.00 | 166,591.72 |
| 06/03/2026 | ACH | Generations on 1st | KADEN BENNETT | | 1,010.00 | 0.00 | 167,601.72 |
| 06/03/2026 | ACH | Generations on 1st | KAREN JENSEN | | 1,640.00 | 0.00 | 169,241.72 |
| 06/03/2026 | 082199 | Generations on 1st | KYLER MEHLHOFF | | 1,090.00 | 0.00 | 170,331.72 |
| 06/03/2026 | ACH | Generations on 1st | LILY BEADLE | | 995.00 | 0.00 | 171,326.72 |
| 06/03/2026 | ACH | Generations on 1st | LOIS STADHEIM | | 1,135.00 | 0.00 | 172,461.72 |
| 06/03/2026 | 6046 | Generations on 1st | LORNA HARSTAD | | 1,580.00 | 0.00 | 174,041.72 |
| 06/03/2026 | 180 | Generations on 1st | MADISON PREMUS | | 1,135.00 | 0.00 | 175,176.72 |
| 06/03/2026 | ACH | Generations on 1st | MARILYN BOIK | | 1,135.00 | 0.00 | 176,311.72 |
| 06/03/2026 | ACH | Generations on 1st | NICHOLAS PETERSEN | | 1,135.00 | 0.00 | 177,446.72 |
| 06/03/2026 | ACH | Generations on 1st | ORLEY WANGSNESS | | 1,055.00 | 0.00 | 178,501.72 |
| 06/03/2026 | ACH | Generations on 1st | PAIGE HALL | | 1,600.00 | 0.00 | 180,101.72 |
| 06/03/2026 | ACH | Generations on 1st | PHYLLIS JACKSON | | 1,055.00 | 0.00 | 181,156.72 |
| 06/03/2026 | 3300 | Generations on 1st | RAY BRADBERRY | | 1,040.00 | 0.00 | 182,196.72 |
| 06/03/2026 | ACH | Generations on 1st | RENEE HANLON | | 1,640.00 | 0.00 | 183,836.72 |
| 06/03/2026 | ACH | Generations on 1st | SHEILA KAMMERER | | 1,135.00 | 0.00 | 184,971.72 |
| 06/03/2026 | ACH | Generations on 1st | TARYN OPDAHL | | 1,095.00 | 0.00 | 186,066.72 |
| 06/03/2026 | ACH | Generations on 1st | TIMOTHY BEAUDRY | | 1,075.00 | 0.00 | 187,141.72 |
| 06/04/2026 | Zego 542794511 | Generations on 1st | CP Business | CP Business tenant; not Generations. Cut check back to CP Business. | 1,303.00 | 0.00 | 188,444.72 |
| 06/04/2026 | :ACH-WEB | Generations on 1st | ALEXIS BURBACH | Online Payment - EFT Payment. Mobile App - Resident Services | 1,280.00 | 0.00 | 189,724.72 |
| 06/04/2026 | 543095706 | Generations on 1st | ALEXIS CEROLL | | 607.50 | 0.00 | 190,332.22 |
| 06/04/2026 | 347753986 | Generations on 1st | HANNAH HEUER | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,090.00 | 0.00 | 191,422.22 |
| 06/04/2026 | 347715333 | Generations on 1st | KIERA WEISSER | Debit Card On-Line Payment ; Roommate LOGAN AUSTAD (r0000103) ; Mobile App - Resident Services | 380.00 | 0.00 | 191,802.22 |
| 06/05/2026 | 543296659 | Generations on 1st | ALEXIS CEROLL | | 527.50 | 0.00 | 192,329.72 |
| 06/05/2026 | :ACH-WEB | Generations on 1st | DIONNE ZWEIG | Online Payment - EFT Payment. Mobile App - Resident Services | 1,135.00 | 0.00 | 193,464.72 |

# Owner Statement

Owner = Generations On 1st (Generations on 1st)

Generations on 1st

Month = Jun 2026

Book = Cash

| Date | Ref | Owner | Name | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 06/05/2026 | 347937382 | Generations on 1st | JACOBE TRAMP | Debit Card On-Line Payment ; Mobile App - Resident Services | 200.00 | 0.00 | 193,664.72 |
| 06/05/2026 | :ACH-WEB | Generations on 1st | JACOBE TRAMP | Online Payment - EFT Payment. Mobile App - Resident Services | 100.00 | 0.00 | 193,764.72 |
| 06/05/2026 | :ACH-WEB | Generations on 1st | KIERA WEISSER | Online Payment - EFT Payment Paid by Roommate BRENDYN WEISSER(r0000104).Mobile App - Resident Services | 760.00 | 0.00 | 194,524.72 |
| 06/05/2026 | :ACH-WEB | Generations on 1st | KIERA WEISSER | Online Payment - EFT Payment. Mobile App - Resident Services | 380.00 | 0.00 | 194,904.72 |
| 06/07/2026 | 348224544 | Generations on 1st | KALEN GODEL | Debit Card On-Line Payment ; Roommate KAYLA LEHR (r0000093) ; Mobile App - Resident Services | 527.00 | 0.00 | 195,431.72 |
| 06/09/2026 | 348359472 | Generations on 1st | JACOBE TRAMP | Debit Card On-Line Payment ; Mobile App - Resident Services | 835.00 | 0.00 | 196,266.72 |
| 06/10/2026 | 30343 | Generations on 1st | RED RIVER STATE BANK | GenOn1st, Mtg; per cash collateral | 0.00 | 39,666.67 | 156,600.05 |
| 06/12/2026 | 30348 | Generations on 1st | DEAN SHULTZ | Refunding Q-41337 | 0.00 | 985.38 | 155,614.67 |
| 06/12/2026 | 30345 | Generations on 1st | EMILY PETERSON | Refunding Q-41328 | 0.00 | 520.89 | 155,093.78 |
| 06/12/2026 | 30346 | Generations on 1st | HAYDEN MULDER | Refunding Q-41330 | 0.00 | 920.00 | 154,173.78 |
| 06/12/2026 | 30349 | Generations on 1st | Kurundu Jayasekera | Refunding Q-41342 | 0.00 | 615.77 | 153,558.01 |
| 06/15/2026 | GenRETaxEscrow | Generations on 1st | JE-4378 | RE Tax Escrow - due 4/30 & 10/31 | 0.00 | 7,018.26 | 146,539.75 |
| 06/16/2026 | 334 | Generations on 1st | Alexis Burbach | taxes | 0.00 | 10.28 | 146,529.47 |
| 06/16/2026 | 334 | Generations on 1st | Alexis Burbach | res mgr  6.30 | 0.00 | 165.75 | 146,363.72 |
| 06/16/2026 | 334 | Generations on 1st | Alexis Burbach | 3417 | 0.00 | 200.00 | 146,163.72 |
| 06/16/2026 | 30350 | Generations on 1st | ALWAYS SPARKLING | 3511  5 hrs | 0.00 | 212.40 | 145,951.32 |
| 06/16/2026 | 30350 | Generations on 1st | ALWAYS SPARKLING | May building clean | 0.00 | 743.40 | 145,207.92 |
| 06/16/2026 | 30351 | Generations on 1st | APARTMENTS LLC | | 0.00 | 649.00 | 144,558.92 |
| 06/16/2026 | 30352 | Generations on 1st | BRADLEY WARNS | 3401ac, 3207 entrty door, 3309 ac breaker, 3503 bed light reset, 3417 wall anchors + fridge seal, code box tighten, east entry door re-keyed, 3514 kitchen drawer adjust, 3214 reset AC, 3417 adj. doors, windows caulk, tightened handles, remove screws,  3411 caulk outside from leaking, 3212 ac, deadbolt | 0.00 | 336.00 | 144,222.92 |
| 06/16/2026 | 30353 | Generations on 1st | Capital One Commercial | 3309 breaker | 0.00 | 67.74 | 144,155.18 |

### Owner Statement

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Jun 2026

Book = Cash

| Date | Num | | Payee | Memo | | | |
|---|---|---|---|---|---|---|---|
| 06/16/2026 | 30354 | Generations on 1st | GEORGES SANITATION | April garb. service. Rec'd invoice late | 0.00 | 207.09 | 143,948.09 |
| 06/16/2026 | 30355 | Generations on 1st | HOMEMAKER'S VILLA | 3503 ac | 0.00 | 678.83 | 143,269.26 |
| 06/16/2026 | 30355 | Generations on 1st | HOMEMAKER'S VILLA | 3415 ac | 0.00 | 678.83 | 142,590.43 |
| 06/16/2026 | 30355 | Generations on 1st | HOMEMAKER'S VILLA | 3401, 3518, 3502 ac's | 0.00 | 2,038.84 | 140,551.59 |
| 06/16/2026 | 30356 | Generations on 1st | LIBBY BURGHARDT | 3308 touchups, 3315 touchups, 3415 touchups, 3306 touchups, 3314 touchups, 3510 touchups, 3212 drywall repairs and touchups, | 0.00 | 245.00 | 140,306.59 |
| 06/16/2026 | 335 | Generations on 1st | LIBERTY MUTUAL INSURANCE | JUNE 28TH PREM. | 0.00 | 2,722.82 | 137,583.77 |
| 06/16/2026 | 30357 | Generations on 1st | MIDCONTINENT | | 0.00 | 204.03 | 137,379.74 |
| 06/16/2026 | 30358 | Generations on 1st | NORRIS CARPET CARE | #3511 | 0.00 | 132.75 | 137,246.99 |
| 06/16/2026 | 30359 | Generations on 1st | RIDDLE'S GLASS WATERTOWN | install new window glass: 3404, 3310 | 0.00 | 826.36 | 136,420.63 |
| 06/16/2026 | 30360 | Generations on 1st | SCHUMACHER | quarterly contract; elev. maintenance | 0.00 | 511.10 | 135,909.53 |
| 06/17/2026 | 30361 | Generations on 1st | CP BUSINESS MANAGEMENT | tx funds for incorrect property selected on Zego. | 0.00 | 1,303.00 | 134,606.53 |
| 06/18/2026 | :ACH-WEB | Generations on 1st | COLE DRUMHELLER | Online Payment - EFT Payment. Mobile App - Resident Services | 3.39 | 0.00 | 134,609.92 |
| 06/19/2026 | ACH | Generations on 1st | JESSE HEER | ACH | 500.00 | 0.00 | 135,109.92 |
| 06/28/2026 | 350032716 | Generations on 1st | JOSHUA ESCAMILLA-VIGIL | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,020.00 | 0.00 | 136,129.92 |
| 06/28/2026 | 350034474 | Generations on 1st | KALE DAVIS | Debit Card On-Line Payment ; Roommate BROOKLYN MILLIRON (r0000124) ; Mobile App - Resident Services | 527.50 | 0.00 | 136,657.42 |
| 06/28/2026 | 350023109 | Generations on 1st | MATTHEW CAVALLO | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,055.00 | 0.00 | 137,712.42 |
| 06/29/2026 | 30362 | Generations on 1st | ALWAYS SPARKLING | 3411 6.25 hrs | 0.00 | 265.50 | 137,446.92 |
| 06/29/2026 | 30362 | Generations on 1st | ALWAYS SPARKLING | 3417 5.5 HRS | 0.00 | 233.64 | 137,213.28 |
| 06/29/2026 | 30362 | Generations on 1st | ALWAYS SPARKLING | JUNE BUILDING CLEAN; PREP FOR STEAM CLEANING | 0.00 | 743.40 | 136,469.88 |
| 06/29/2026 | 30363 | Generations on 1st | BRIANS GLASS AND DOOR | SE door lock- repin needed, | 0.00 | 100.89 | 136,368.99 |
| 06/29/2026 | 30364 | Generations on 1st | CP BUSINESS MANAGEMENT | 2 GARAGE DOOR REMOTES | 0.00 | 37.86 | 136,331.13 |
| 06/29/2026 | 30365 | Generations on 1st | GEORGES SANITATION | MAY GARBAGE | 0.00 | 207.09 | 136,124.04 |
| 06/29/2026 | 30366 | Generations on 1st | NORRIS CARPET CARE | building stairwell and halll cleaning | 0.00 | 2,259.72 | 133,864.32 |

## Owner Statement

Owner =  Generations On 1st (Generations on 1st)

Generations on 1st

Month = Jun 2026

Book = Cash

| Date | Ref | Owner | Payee | Description | Amount | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/29/2026 | 350221887 | Generations on 1st | CLAYTON ALBAN | Debit Card On-Line Payment ; Web - Resident Services | 1,135.00 | 0.00 | 134,999.32 |
| 06/29/2026 | 350215450 | Generations on 1st | JUSTINE JACOBS | Credit Card On-Line Payment ; Mobile App - Resident Services | 1,010.00 | 0.00 | 136,009.32 |
| 06/29/2026 | 350161576 | Generations on 1st | KALE DAVIS | Debit Card On-Line Payment ; Mobile App - Resident Services | 527.50 | 0.00 | 136,536.82 |
| 06/29/2026 | :ACH-WEB | Generations on 1st | MATTHEW HAEDER | Online Payment - EFT Payment. Web - Resident Services | 1,090.00 | 0.00 | 137,626.82 |
| 06/29/2026 | 350151011 | Generations on 1st | MIKALA WAGNER | Debit Card On-Line Payment ; Mobile App - Resident Services | 1,055.00 | 0.00 | 138,681.82 |
| 06/30/2026 | 336 | Generations on 1st | Alexis Burbach | 3403, 3511 | 0.00 | 400.00 | 138,281.82 |
| 06/30/2026 | 336 | Generations on 1st | Alexis Burbach | res mgr 3.30 | 0.00 | 89.25 | 138,192.57 |
| 06/30/2026 | 336 | Generations on 1st | Alexis Burbach | taxes | 0.00 | 5.53 | 138,187.04 |
| 06/30/2026 | 30368 | Generations on 1st | BRADLEY WARNS | patio cushions, remove bat from landing, #3511ac beauty ring, organize electrical room, replc 3507 deadbold, 3411 caulk windows, tighten toilet, cab loose, entry door. clean out AC filters in lobby, 3214 ac replace, 3511 entry  door adjust, 3411 finish turn maint, 3417 measure blinds | 0.00 | 368.00 | 137,819.04 |
| 06/30/2026 | 30376 | Generations on 1st | CP BUSINESS MANAGEMENT | misc prof | 0.00 | 200.00 | 137,619.04 |
| 06/30/2026 | 30376 | Generations on 1st | CP BUSINESS MANAGEMENT | software fee | 0.00 | 73.00 | 137,546.04 |
| 06/30/2026 | 30376 | Generations on 1st | CP BUSINESS MANAGEMENT | 3511 collected CP recovery fees | 0.00 | 189.47 | 137,356.57 |
| 06/30/2026 | 30376 | Generations on 1st | CP BUSINESS MANAGEMENT | Collected admin fee (Jayasekera) | 0.00 | 700.00 | 136,656.57 |
| 06/30/2026 | 30376 | Generations on 1st | CP BUSINESS MANAGEMENT | June 5% mgmt | 0.00 | 3,884.44 | 132,772.13 |
| 06/30/2026 | 30376 | Generations on 1st | CP BUSINESS MANAGEMENT | 3212 collected CP recovery fees | 0.00 | 160.79 | 132,611.34 |
| 06/30/2026 | 30376 | Generations on 1st | CP BUSINESS MANAGEMENT | 3315 collected CP recovery fees | 0.00 | 50.55 | 132,560.79 |
| 06/30/2026 | 30367 | Generations on 1st | TRUGREEN | mow 5/7,13,23,29 | 0.00 | 169.92 | 132,390.87 |
| 06/30/2026 | 30375 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 5/19-6/19 vacants | 0.00 | 147.43 | 132,243.44 |
| 06/30/2026 | 30370 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 5/22-6/22    house gas | 0.00 | 352.01 | 131,891.43 |
| 06/30/2026 | 30370 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 5/22-6/22    house sewer | 0.00 | 3,234.24 | 128,657.19 |

**Owner Statement**

Owner = Generations On 1st (Generations on 1st)

Generations on 1st

Month = Jun 2026

Book = Cash

| Date | Ref | Owner | Payee | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 06/30/2026 | 30370 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 5/22-6/22  house water | 0.00 | 715.66 | 127,941.53 |
| 06/30/2026 | 30370 | Generations on 1st | WMU WATERTOWN MUNICIPAL UTILITIES | 5/22-6/22  house electric | 0.00 | 677.69 | 127,263.84 |
| 06/30/2026 | 350426664 | Generations on 1st | ALEXANDRIA MACALUSO | Debit Card On-Line Payment ; Web - Resident Services | 1,235.00 | 0.00 | 128,498.84 |
| 06/30/2026 | ach | Generations on 1st | DOUGLAS GROVENBURG | ach for garage remote and electric bill | 83.36 | 0.00 | 128,582.20 |
| 06/30/2026 | :ACH-WEB | Generations on 1st | JAYDEN LICK | Online Payment - EFT Payment Paid by Roommate MELISA LICK(r0000135).Web - Resident Services | 750.00 | 0.00 | 129,332.20 |
| 06/30/2026 | :ACH-WEB | Generations on 1st | JAYDEN LICK | Online Payment - EFT Payment Paid by Roommate QUENTIN BRAUN(r0000136).Web - Resident Services | 480.00 | 0.00 | 129,812.20 |
| 06/30/2026 | 350328836 | Generations on 1st | JOHN TIMMONS | Credit Card On-Line Payment ; Mobile App - Resident Services | 180.00 | 0.00 | 129,992.20 |
| 06/30/2026 | :ACH-WEB | Generations on 1st | JOHN TIMMONS | Online Payment - EFT Payment. Mobile App - Resident Services | 490.37 | 0.00 | 130,482.57 |
| 06/30/2026 | 350429998 | Generations on 1st | MASON CORDINGLEY | Debit Card On-Line Payment ; Web - Resident Services | 1,135.00 | 0.00 | 131,617.57 |
| | | | | **Ending Balance** | **77,798.62** | **116,926.27** | **131,617.57** |
| | | | | Reserves Needed | | 0.00 | |
| | | | | Security Deposits (this period) | | -3,150.00 | |

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30343

06/10/26

$39,666.67**

TO THE
ORDER OF

**** THIRTY NINE THOUSAND SIX HUNDRED SIXTY SIX AND 67/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

NON-NEGOTIABLE

MEMO: Loan Payment

the avoidance of doubt, this subparagraph is not intended to preclude the use of cash collateral for the payment of standard management fees to CP Business Management or a chief restructuring officer ("CRO"), if approved by the Court. Both parties reserve all rights to petition for, or object to, future use of cash collateral to pay "Manager Oversite" fees or approved compensation due to a CRO, after the term of this Stipulation expires.

5. <u>Adequate Protection and Replacement Liens</u>. In consideration of and as adequate protection for use of the Bank's cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:



i. Generations will pay the sum of $39,666.67 on the 15th day of each month to be applied to debt service.

ii. Generations shall remit Generations Pre-Petition Rents in the sum of $40,000 to the Bank, within three (3) business days of the entry of an order granting this stipulation, to be applied to pay down the principal amount of its debt.

iii. The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

iv. The Bank shall be granted perfected replacement liens and security interests, pursuant to 11 U.S.C. § 552, in Debtor' postpetition accounts receivables, general intangibles, cash, and rents of the same priority, dignity, and effect as the prepetition liens and security interests on the

GENERATIONS ON 1ST, LLC
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30342

06/02/26

$40,000.00**

TO THE
ORDER OF       **** FORTY THOUSAND AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

NON-NEGOTIABLE

MEMO: Loan Payment

the avoidance of doubt, this subparagraph is not intended to preclude the use of cash collateral for the payment of standard management fees to CP Business Management or a chief restructuring officer ("CRO"), if approved by the Court.  Both parties reserve all rights to petition for, or object to, future use of cash collateral to pay "Manager Oversite" fees or approved compensation due to a CRO, after the term of this Stipulation expires.

5.    Adequate Protection and Replacement Liens. In consideration of and as adequate protection for use of the Bank's cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

i.    Generations will pay the sum of $39,666.67 on the 15th day of each month to be applied to debt service.

ii.    Generations shall remit Generations Pre-Petition Rents in the sum of $40,000 to the Bank, within three (3) business days of the entry of an order granting this stipulation, to be applied to pay down the principal amount of its debt.

iii.    The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

iv.    The Bank shall be granted perfected replacement liens and security interests, pursuant to 11 U.S.C. § 552, in Debtor' postpetition accounts receivables, general intangibles, cash, and rents of the same priority, dignity, and effect as the prepetition liens and security interests on the

GENERATIONS ON 151, LLC
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30352

06/16/26

$336.00*******

TO THE
ORDER OF

**** THREE HUNDRED THIRTY SIX AND 00/100 DOLLARS

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

## Maintenance Hours
### 2026
**Maintenance Na**l *Bradley Warns*

$32.00 Hourly Rate

From: 1-June

To: 15-June



## Generations on 1st

Invoice #: 3034

Invoice Date: 6/15/2026

Due Date: 6/16/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 5/27 | | 12:00 PM | 2:00 PM | 2:00: | 3401 swap AC unit with new in box from electrical room -- swap ac unit with new in box -- 3207 entry door wreth in way | $64.00 |
| 5/29 | 3309 | 12:00 PM | 1:00 PM | 1:00: | menards for new breaker, swapped out ac breaker | $32.00 |
| 6/3 | | 14:30 | 16:00 | 1:30: | bedroom light reset 3503 -- wall ancors out 3417, fridge seal pushed in -- north entry code box loose/tightened | $48.00 |
| 6/9 | | 9:30 | 10:30 AM | 1:00: | tenant keys having issues with OH entry door - tightened needs rekeyed | $32.00 |
| 6/9 | 3514 | 10:30 | 11:00 | 0:30: | kitchen drawer next to stove needed adjusted | $16.00 |
| 6/9 | 3214 | 11:00 | 11:30 AM | 0:30: | reset ac - checked again later and cooled down | $16.00 |
| 6/9 | 3417 | 11:30 | 12:30 | 1:00: | adjust doors, windows caulked, handles tightened, screws out of walls, blinds iffy | $32.00 |
| 6/9 | 3411 | 12:30 | 13:30 | 1:00: | caulked outside of windows from leaking | $32.00 |
| 6/11 | | 14:00 | 16:00 | 2:00: | deadbolt, ac 3212 | $64.00 |

**Total Hours**    10:30:

**Total Hourly Pay $32/hour**    $336.00

**Generations on 1st Paycheck :**    $336.00

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30376

06/30/26                                        $5,258.25***

TO THE
ORDER OF      **** FIVE THOUSAND TWO HUNDRED FIFTY EIGHT AND 25/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,      58106

NON-NEGOTIABLE



# CP Business Management

**Generations on 1st**

## 2026

| | | | |
|---|---|---|---|
| From: | 1-Jun | Invoice #: | 3019 |
| To: | 30-Jun | Invoice Date: | 6/30/2026 |
| | | Due Date: | 7/1/2026 |

| | | | | |
|---|---|---|---|---|
| 5% | | Management Fee Collected funds | $77,688.87 | $3,884.44 |
| | | **Total Management Fee** | **$77,688.87** | **$3,884.44** |
| | | *Other Collected Income* | | |
| | | 3212 collected CP recovery fees | | $160.79 |
| | | 3315 collected CP recovery fees | | $50.55 |
| | | 3511 collected CP recovery fees | | $189.47 |
| 5700 | | Collected admin fees (jayasekera) | | $700.00 |
| | | **Total Other Collected Income** | | **$1,100.81** |
| | | *Miscellaneous* | | |
| 8004 | | Misc Manager | | $200.00 |
| 7057 | | Software Fee | | $73.00 |
| | | **Total Miscellaneous** | | **$273.00** |

| | |
|---|---|
| **Total Management Fee** | $3,884.44 |
| **Total Other Collected Income** | $1,100.81 |
| **Total Miscellaneous** | $273.00 |
| **Generations on 1st Total** | $5,258.25 |

Please make checks payable to CP Business Management no later than 7/1/2026

**Alexis Burbach**

**2026**

| From: | 1-Jun |
| To: | 15-Jun |

 PAID

## Generations on 1st

| Invoice #: | 3034 |
| Invoice Date: | 6/15/2026 |
| Due Date: | 6/16/2026 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/1 | 3510 | 11:30 AM | 12:00 PM | 0:30: | move in 3510 janelle, battery for remotes, forgot to swap the other on | $12.75 |
| 6/1 | | 15:30 | 16:00 | 0:30: | move in inspection 3514 | $12.75 |
| 6/2 | | 11:30 AM | 12:00 PM | 0:30: | showing Lence 3507, 3417 application given | $12.75 |
| 6/3 | | 11:30 AM | 1:00 PM | 1:30: | showing alannah 3417, showing Aspyn 3514 already approved, pet re | $38.25 |
| 6/9 | | 13:00 | 13:45 | 0:45: | showing Barb and Elmer 3511/3210 mid july | $19.13 |
| 6/10 | | 10:45 | 11:15 AM | 0:30: | showing Tanner, dad 3403 | $12.75 |
| 6/11 | | 9:30 AM | 10:15 AM | 0:45: | dennis for shower surrounds 3514 and 3306 | $19.13 |
| 6/11 | | 6:00 PM | 7:00 PM | 1:00: | clean up parking garage garbage | $25.50 |
| 6/12 | | 11:00 | 11:30 AM | 0:30: | showing Barb/Elmer again. family was to be in town and changed, wa | $12.75 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | **Total Hours** | **6:30:** | | **Total Hourly Pay $25.50/hour** | **$165.75** |

### Maintenance

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Total Hours** | **0:00:** | | **Total Maintenance  $30/hour** | **$0.00** |

### Reimbursement

| | | |
|---|---|---|
| | **Total Reimbursement** | **$0.00** |

### Commission

| | | | |
|---|---|---|---|
| 3417 | 06/09 | Brendyn Weisser, Mackenzie Weig | $200.00 |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | **Total Commissions** | **$200.00** |

| | |
|---|---|
| **Generations Total Hours Amount:** | $165.75 |
| **Generations Total Painting Amount:** | $0.00 |
| **Generations Total Reimbursements:** | $0.00 |
| **Generations Subtotal:** | $165.75 |
| **Generations Sales Tax (6.2%):** | $10.28 |
| **Generations Total Commissions:** | $200.00 |
| **Generations Total Paycheck Amount:** | $376.03 |

30361

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/17/26                    $1,303.00***

**** ONE THOUSAND THREE HUNDRED THREE AND 00/100 DOLLARS

TO THE
ORDER OF

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,      58106

NON-NEGOTIABLE

MEMO: zego pymt from Garty, 542794511

Transaction Details

| | |
|---|---|
| Transaction #: | 542794511 |
| Transaction Status: | Paid Out |
| Resident Name: | Garty Gorh |
| Payment Made By: | Garty Gorh |
| Transaction Date: | 06-04-2026 4:54 am |

**PAID**
30321

Payment Amount:   *Deposited 6/9/24*

Lease payment: $1,303.00 ✔
Platform Fee①: $4.06
Total  $1,307.06

| | |
|---|---|
| Payment Account: | Koda Bank - #2701 |
| Property: | 26 1st Ave SW, Watertown, SD, 57201 |
| Unit: | |
| Property Management Co: | CP Business Management |

*not generations tenant.*
*cut check to CP Business*

*$1,303.⁰⁰*

**GENERATIONS ON 1ST, LLC**

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/29/26   $2,259.72***

**** TWO THOUSAND TWO HUNDRED FIFTY NINE AND 72/100 DOLLARS

NON-NEGOTIABLE

TO THE
ORDER OF

NORRIS CARPET CARE
615 3RD ST SE     57201
WATERTOWN, SD



PAID
30366



# NORRIS AMERICAN CARPET CARE

931 23RD STREET SW
WATERTOWN, SD
605.237.1601 - 605.880.6676
CHECK US OUT ON FACEBOOK!!

"BEST AROUND"

Clean Date
1801

Date: 6/18/26

Name: C. P. Buss, Mgt          Customer Signature: _____

Address: Generations

City/State/Zip: Watertown S.D. 57201

Phone #: _____          Paid Check #: Will Send ✓

☐ Cash     ☐ Charge     ☐ VISA     ☐ Master Card     ☐ Venmo

| ROOM | DESCRIPTION | | SQ. FT. | AMOUNT |
|---|---|---|---|---|
| Steam Clean Cpt 8,928 | x | .20 sq ft = | | 1,785 80 |
| - | x | = | | |
| Steam Clean Steps - 152 | x | 2.25 per = | | 342 00 |
| - | x | = | | |
| As Per Estimate - invoice # 1643 | x | = | | |
| - | x | = | | |
| - | x | = | | |
| - | x | = | | |

Thank - you!

COMMENTS Cleaned up great!

| | SUBTOTAL | 2,127 80 |
|---|---|---|
| | TAX 6.2% | 131 92 |
| | TOTAL | 2,259 72 |

WWW.WATERTOWNUPHOLSTERYCLEANING.COM

30363

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/29/26

$100.89******

**** ONE HUNDRED AND 89/100 DOLLARS

TO THE
ORDER OF

BRIANS GLASS AND DOOR
533 1ST AVE NW #4
WATERTOWN, SD 57201-0743

NON-NEGOTIABLE

# Brian's Glass and Door LLC

516 3rd Ave NW, #5
Watertown, SD 57201
605-886-5328


PAID
30363

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/18/2026 | 100110 |

| Bill To | Ship To |
|---------|---------|
| CP Business Management<br>PO Box 9379<br>Fargo, ND 58106 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| per Brad | Net 30 | | 6/18/2026 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Locks | Master key 6 pin deadbolt to customers master<br>-Brian's Glass supplied lock | 95.00 | 95.00T |
| | | | | 95.00 |
| | | Watertown, SD Sales Tax | 6.20% | 5.89 |
| | | | 0.00% | 0.00 |

generations
SE DOOR By overhead

| | Total | $100.89 |
|--|-------|---------|

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30362

06/29/26

$1,242.54***

TO THE
ORDER OF   **** ONE THOUSAND TWO HUNDRED FORTY TWO AND 54/100 DOLLARS

ALWAYS SPARKLING
26 1st Ave SW
#3310
WATERTOWN, SD   57201

NON-NEGOTIABLE



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238



Invoice #001400

Issue date
Jun 25, 2026

# Invoice #001400

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management | PDF created June 25, 2026 | Due June 25, 2026 |
| livingwatertown@gmail.com | $233.64 | $233.64 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $220.00 | $220.00 |

*Move Out Cleaning: 3417*
*5.5 hours*
*-windows*
*-blinds*
*-wall smudges*
*-baseboards*
*-registers*
*-AC/filter*
*-doors*
*-light switches / outlets*
*-floors*
*-washing machine*
*-fridge*
*-dishwasher*
*-microwave*
*-stove*
*-cabinets / drawers*
*-counter tops*
*-sink*
*-shower*
*-vanity*
*-fixtures*
*-exhaust fan*
*-toilet*



**Pay online**

**To pay your invoice go to https://squareup.com/u/JljtUxUW**

Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 2



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238



30362

Invoice #001400

**Issue date**
Jun 25, 2026

| | |
|---|---|
| Subtotal | $220.00 |
| Codington County | $13.64 |

## Total Due                          $233.64



**Pay online**

**To pay your invoice go to https://squareup.com/u/JIjtUxUW**
Or open the camera on your mobile device and place the QR code in the camera's view.



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238



Invoice #001397

Issue date
Jun 25, 2026

# Invoice #001397

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management | PDF created June 25, 2026 | Due June 25, 2026 |
| livingwatertown@gmail.com | $743.40 | $743.40 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $700.00 | $700.00 |
| *Generations Monthly Building Cleaning -June 2026* | | | |

| | | |
|---|---|---|
| Subtotal | | $700.00 |
| Codington County | | $43.40 |

# Total Due                                        $743.40



**Pay online**
To pay your invoice go to https://squareup.com/u/cF5GDrnz
Or open the camera on your mobile device and place the QR code in the camera's view.



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

**PAID**
30302

Invoice #001398

**Issue date**
Jun 25, 2026

# Invoice #001398

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management | PDF created June 25, 2026 | Due June 25, 2026 |
| livingwatertown@gmail.com | $265.50 | $265.50 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $250.00 | $250.00 |

*3411 move out cleaning*
*6.25 hours*
*-windows*
*-AC*
*-Doors*
*-light switches / outlets*
*-washing machine lid*
*-freezer/fridge*
*-stove*
*-microwave*
*-shower*
*-sink*
*-vanity*
*-fixtures*
*-exhaust fan*
*-toilet*
*-register tops*
*-wall smudges*

| | |
|---|---|
| Subtotal | $250.00 |
| Codington County | $15.50 |

# Total Due

# $265.50



**Pay online**

**To pay your invoice go to https://squareup.com/u/xfIUZQD5**

Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30364

06/29/26

$37.86********

TO THE
ORDER OF

**** THIRTY SEVEN AND 86/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,          58106

NON-NEGOTIABLE

**PAID**
30364

# Order Summary

Order placed June 25, 2026    Order # 112-9072035-0297849

**Ship to**

Alexis Burbach
26 1ST AVE SW APT 3310
WATERTOWN, SD 57201-4236
United States

**Payment method**

Visa  ending in 1559

( View related transactions )

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $35.65 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $35.65 |
| Estimated tax to be collected: | $2.21 |
| **Grand Total:** | **$37.86** |

## Arriving July 6 - July 8



LiftMaster 891LM Security+ 2.0 1-Button Gate Operator Remote Control with Visor Clip - Pack of 2
Sold by: PASHK LLC
Supplied by: Other
$35.65

Back to top

Generations Remotes

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

**Alexis Burbach**

**2026**

| | | | | | |
|---|---|---|---|---|---|
| From: | 15-Jun | | | Invoice #: | 3035 |
| To: | 30-Jun | | | Invoice Date: | 6/30/2026 |
| | | | | Due Date: | 7/1/2026 |

## Generations on 1st

| | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|
| 6/12 | 2:30 PM | 3:00 PM | 0:30: | memos folded and handed out | $12.75 |
| 6/18 | 14:30 | 15:00 | 0:30: | move out 3411 | $12.75 |
| 6/18 | 6:00 PM | 6:30 PM | 0:30: | move in 3417 | $12.75 |
| 6/24 | 8:00 AM | 8:30 AM | 0:30: | abc in generations | $12.75 |
| 6/25 | 14:00 | 14:30 | 0:30: | showing geraldo/wife – spanish 3210/3212 | $12.75 |
| 6/29 | 14:30 | 3:00 PM | 0:30: | move out inspection 3408 | $12.75 |
| 6/30 | 2:30 PM | 3:00 PM | 0:30: | move in 3511 | $12.75 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | Total Hours | 3:30: | | Total Hourly Pay $25.50/hour | $89.25 |

| Unit | Start | End | Total Hours | Maintenance | |
|---|---|---|---|---|---|
| | | | | | |
| | Total Hours | 0:00: | | Total Maintenance  $30/hour | $0.00 |

| | | | | Total Reimbursement | $0.00 |
|---|---|---|---|---|---|

| | | Commission | | |
|---|---|---|---|---|
| 6/19 | 3403 | Tanner Campos | | $200.00 |
| 6/30 | 3511 | Elmer, Barbara Brinkman | | $200.00 |
| | | $200 per new lease | | |
| | | $200 per new lease | | |
| | | Total Commissions | | $400.00 |

| | |
|---|---|
| **Generations Total Hours Amount:** | $89.25 |
| **Generations Total Painting Amount:** | $0.00 |
| **Generations Total Reimbursements:** | $0.00 |
| **Generations Subtotal:** | $89.25 |
| **Generations Sales Tax (6.2%):** | $5.53 |
| **Generations Total Commissions:** | $400.00 |
| **Generations Total Paycheck Amount:** | $494.78 |

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30368

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/30/26

$368.00******

**** THREE HUNDRED SIXTY EIGHT AND 00/100 DOLLARS

NON-NEGOTIABLE

TO THE
ORDER OF

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD     57201

# Maintenance Hours

## 2026

**Maintenance N** *Bradley Warns*

$32.00 Hourly Rate
From: 15-June
To: 30-June



*Generations on 1st*

Invoice #: 3035

Invoice Date: 6/30/2026
Due Date: 7/1/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 6/14 | | 3:30 PM | 4:30 AM | 1:00 | patio cushions taken out / tables organized , bat removed from landing | $32.00 |
| 6/14 | | 3:00 PM | 3:30 PM | 0:30 | new ac border for 3511 | $16.00 |
| 6/14 | | 16:30 | 17:00 | 0:30 | clean up/organize electrical room | $16.00 |
| 6/17 | | 12:00 | 1:00 PM | 1:00 | replace 3507 dead bolt, menards, keys made | $32.00 |
| 6/23 | 3411 | 10:30 | 13:00 | 2:30 | window caulking, tighten master toilet seat, cabinet loose, entry door | $80.00 |
| 6/23 | | 16:00 | 6:00 PM | 2:00 | clean out lobby AC unit/ filters | $64.00 |
| 6/29 | 3214 | 14:30 | 15:30 | 1:00 | replace AC unit | $32.00 |
| 6/30 | | 12:30 | 14:00 | 1:30 | office filing cabinet drawer, 3511 entry door adjusted | $48.00 |
| 6/23 | 3411 | 15:00 | 16:00 | 1:00 | finish up in 3411 unit maintenance - check caulking | $32.00 |
| 6/23 | 3417 | 16:30 | 17:00 | 0:30 | measure blinds | $16.00 |

**Total Hours** 11:30:

**Total Hourly Pay $32/hour** $368.00

**Generations on 1st Paycheck :** $368.00

GENERATIONS ON 1ST, LLC
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30355

06/16/26

$3,396.50***

TO THE
ORDER OF     **** THREE THOUSAND THREE HUNDRED NINETY SIX AND 50/100 DOLLARS

HOMEMAKER'S VILLA
1400 MAIN AVE
MOORHEAD, MN    56560

NON-NEGOTIABLE

# HOMEMAKERS Villa

**Appliances + Service**

*Your Factory Authorized Sales & Service Center*

PAID
20355

1400 Main Ave
Moorhead, MN 56560
Phone 218-236-6724
Fax 218-236-7014
www.homemakersvilla.com

# SALES INVOICE

| ORDER DATE | DELIVERY DATE | INVOICE DATE |
|---|---|---|
| 06/03/26 | 06/03/26 | 06/03/26 |
| **ORDER NO.** | **APPROX TIME** | **INVOICE NO.** |
| 0182657 | | 0182657 |
| **YOUR P.O. NO.** | **ACCOUNT NO.** | **SALESMAN** |
| | 1872 | GARY ENGER |

SOLD TO:
CP BUSINESS MANAGEMENT
1405 1ST AVE N SUITE B
PO BOX 9379
FARGO        ND   58102

TELEPHONE NUMBER:   -237-3369
CELL PHONE NUMBER:  --

SHIP TO: WATERTOWN 3401,3518,~~3503~~ 3502
CALEB PICKED UP AT STORE

| QTY | MODEL NUMBER | COLOR | DESCRIPTION & SERIAL NUMBER | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | AKCQ12ACJ | | FD017978<br>AIR CONDITIONERS | 630.00 | 630.00 |
| 1 | AKCQ12ACJ | | FD017801<br>AIR CONDITIONERS | 630.00 | 630.00 |
| 1 | AKCQ12ACJ | | FA006950<br>AIR CONDITIONERS | 630.00 | 630.00 |

Delivery Instructions:

| | |
|---|---|
| TOTAL AMOUNT | 1890.00 |
| SALES TAX | 148.84 |
| DELIVERY | 0.00 |
| | 0.00 |
| **TOTAL** | 2038.84 |
| PAYMENT WITH ORDER | 0.00 |
| **AMOUNT DUE** | **2038.84** |

Terms: Purchaser agrees that Seller shall retian a purchase money security interest in the above merchandise untill payment is made in full. There is no Finance Charge on accounts paid within 30 days of delivery. On all accounts not paid within 30 days of delivery, a FinanceCharge is computed by a periodic rate of 1.5% per month (or a minimum charge of 50 cents) which is and Annual Percentage Rate of 18% This finance charge is computed 30 days after delivery on the unpaid balance and each 30 day period thereafter.

APPLIED TO 0000000
TERMS: PAY UPON RECEIPT OF INVOICE

DELIVERED BY:

DATE

X _____
**Ordered By**

X _____
**Received in satisfactory condition by**

# HOMEMAKER'S Villa

**Appliances + Service**

*Your Factory Authorized
Sales & Service Center*

**PAID**

1400 Main Ave
Moorhead, MN 56560
Phone 218-236-6724
Fax 218-236-7014
www.homemakersvilla.com

# SALES INVOICE

| ORDER DATE | DELIVERY DATE | INVOICE DATE |
|---|---|---|
| 05/18/26 | 05/18/26 | 05/18/26 |
| ORDER NO. | APPROX TIME | INVOICE NO. |
| 0182390 | | 0182390 |
| YOUR P.O. NO. | ACCOUNT NO. | SALESMAN |
| | 1872 | GARY ENGER |

SOLD TO: CP BUSINESS MANAGEMENT
1405 1ST AVE N SUITE B
PO BOX 9379
FARGO        ND   58102

TELEPHONE NUMBER:    -237-3369
CELL PHONE NUMBER: --

SHIP TO: DROP OFF AT OFFICE FOR
WATERTOWN. ORDERED BY
MINDY.

| QTY | MODEL NUMBER | COLOR | DESCRIPTION & SERIAL NUMBER | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | AKCQ12ACJ | | FD017806 AIR CONDITIONERS | 630.00 | 630.00 |

# 3503

Delivery Instructions:

| | |
|---|---|
| TOTAL AMOUNT | 630.00 |
| SALES TAX | 48.83 |
| DELIVERY | 0.00 |
| | 0.00 |
| **TOTAL** | 678.83 |
| PAYMENT WITH ORDER | 0.00 |
| **AMOUNT DUE** | 678.83 |

Terms: Purchaser agrees that Seller shall retian a purchase money security interest in the above merchandise untill payment is made in full. There is no Finance Charge on accounts paid within 30 days of delivery. On all accounts not paid within 30 days of delivery, a FinanceCharge is computed by a periodic rate of 1.5% per month (or a minimum charge of 50 cents) which is and Annual Percentage Rate of 18% This finance charge is computed 30 days after delivery on the unpaid balance and each 30 day period thereafter.

APPLIED TO 0000000
TERMS: PAY UPON RECEIPT OF INVOICE

DELIVERED BY:

DATE

X _____    X _____
**Ordered By**                **Received in satisfactory condition by**

# HOMEMAKER'S Villa

**Appliances + Service**

*Your Factory Authorized Sales & Service Center*

PAID

1400 Main Ave
Moorhead, MN 56560
Phone 218-236-6724
Fax 218-236-7014
www.homemakersvilla.com

# SALES INVOICE

| ORDER DATE | DELIVERY DATE | INVOICE DATE |
|---|---|---|
| 05/18/26 | 05/18/26 | 05/18/26 |
| ORDER NO. | APPROX TIME | INVOICE NO. |
| 0182391 | | 0182391 |
| YOUR P.O. NO. | ACCOUNT NO. | SALESMAN |
| | 1872 | GARY ENGER |

SOLD TO:
CP BUSINESS MANAGEMENT
1405 1ST AVE N SUITE B
PO BOX 9379
FARGO          ND   58102

TELEPHONE NUMBER:   -237-3369
CELL PHONE NUMBER: --

SHIP TO: DROP OFF AT OFFICE FOR STOCK. ORDERED BY MINDY.

| QTY | MODEL NUMBER | COLOR | DESCRIPTION & SERIAL NUMBER | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | AKCQ12ACJ | | FD017808 <br> AIR CONDITIONERS | 630.00 | 630.00 |

#3415

Delivery Instructions:

| | |
|---|---|
| TOTAL AMOUNT | 630.00 |
| SALES TAX | 48.83 |
| DELIVERY | 0.00 |
| | 0.00 |
| TOTAL | 678.83 |
| PAYMENT WITH ORDER | 0.00 |
| **AMOUNT DUE** | 678.83 |

Terms: Purchaser agrees that Seller shall retian a purchase money security interest in the above merchandise untill payment is made in full. There is no Finance Charge on accounts paid within 30 days of delivery. On all accounts not paid within 30 days of delivery, a FinanceCharge is computed by a periodic rate of 1.5% per month (or a minimum charge of 50 cents) which is and Annual Percentage Rate of 18% This finance charge is computed 30 days after delivery on the unpaid balance and each 30 day period thereafter.

APPLIED TO 0000000
TERMS: PAY UPON RECEIPT OF INVOICE

DELIVERED BY:

DATE

X _____     X _____
**Ordered By**                **Received in satisfactory condition by**

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30350

06/16/26

$955.80*****

TO THE
ORDER OF

**** NINE HUNDRED FIFTY FIVE AND 80/100 DOLLARS

ALWAYS SPARKLING
26 1st Ave SW
#3310
WATERTOWN, SD    57201

## NON-NEGOTIABLE



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238


30350

Invoice #001383

**Issue date**
May 27, 2026

# Invoice #001383

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management | PDF created May 27, 2026 | Due May 27, 2026 |
| livingwatertown@gmail.com | $743.40 | $743.40 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount<br>*Generations Monthly Building Clean —May 2026* | 1 | $700.00 | $700.00 |

| | |
|---|---|
| Subtotal | $700.00 |
| Codington County | $43.40 |

## Total Due                                                    $743.40



**Pay online**

**To pay your invoice go to https://squareup.com/u/oAC6LmyV**

Or open the camera on your mobile device and place the QR code in the camera's view.

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238



PAID
30350

Invoice #001392

Issue date
Jun 12, 2026

**Total Due**      **$212.40**



Pay online

**To pay your invoice go to https://squareup.com/u/OeMmCOPX**

Or open the camera on your mobile device and place the QR code in the camera's view.

**GENERATIONS ON 1S1, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

30359

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/16/26

$826.36******

**** EIGHT HUNDRED TWENTY SIX AND 36/100 DOLLARS

TO THE
ORDER OF

RIDDLE'S GLASS WATERTOWN
125 5TH ST NE
WATERTOWN, SD    57201

NON-NEGOTIABLE



# RIDDLE'S GLASS

**PAID**
30359

## Invoice

| | |
|---|---|
| Invoice No: | 58715 |
| Date: | 5/27/2026 |
| Work Order: | 26078 |
| Page: | 1 of 1 |
| Order No: | 3304,3210 |

Bill To: CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO ND 58106
701-237-3369
livingwatertown@gmail.com

Site Address:

GENERATIONS ON 1ST
26 1ST AVE SW
WATERTOWN SD 57201

| Quantity | Description | Size | Rate | Amount |
|---|---|---|---|---|
| 1 | **IG INSTALL** | | 809.83 | 809.83 |
| | 1 x APT 3304- GLASS | | | |
| | 1 x APT 3310- GLASS | | | |
| | Labor - Residential | | | |
| | 1 x silicone Dow Clear clear silicone | 0" x 0" x 0" | | |
| | 1 x Sales Tax | | | |

Click here to view the invoice online.

If you do not pay your account by the due date you will be liable for all legal costs, disbursements, debt collection costs and any other costs incurred while recovering the outstanding amount. **A 1.5% per month late payment fee will be charged to all past due accounts.**

Payment due within 30 day(s) of invoice.
We accept Amex, Visa, Mastercard, Discover, Check, and Cash.

| | |
|---|---|
| Subtotal: | 809.83 |
| SD Excise Tax: | 16.53 |
| Total: | **$826.36** |

Riddle's Glass Watertown. - Formerly Glass Products, 125 5th St NE, Watertown, SD, 57201, United States
Phone: 605-882-2344  Email: watertown@riddles.glass  Website: www.riddlesglass.com

GENERATIONS ON 1ST, LLC

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30358

06/16/26

$132.75*****

TO THE
ORDER OF

**** ONE HUNDRED THIRTY TWO AND 75/100 DOLLARS

NORRIS CARPET CARE
615 3RD ST SE
WATERTOWN, SD     57201

NON-NEGOTIABLE



# NORRIS AMERICAN CARPET CARE

931 23RD STREET SW

WATERTOWN, SD

605.237.1601 - 605.880.6676

## CHECK US OUT ON FACEBOOK!!



30358

"BEST AROUND"

| 1776 |
| --- |

Date: 6/4/26

Name: Connerators-

Customer Signature: _____

Address: #3511

City/State/Zip: Watertown S.D. 57201

Phone #: _____   Paid Check #: _____

❑ Cash     ❑ Charge     ❑ VISA     ❑ Master Card     ❑ Venmo

| ROOM | DESCRIPTION | | | SQ. FT. | AMOUNT | |
| --- | --- | --- | --- | --- | --- | --- |
| #3511 - 2 BR | - @ | x minimum | = | | 125 | 00 |
| | - | x | = | | | |
| | - | x | = | | | |
| | - | x | = | | | |
| | - | x | = | | | |
| | - | x | = | | | |
| | - | x | = | | | |
| | - | x | = | | | |
| | | Thank you! | | | | |
| COMMENTS | | | SUBTOTAL | | 125 | 00 |
| | | | TAX 6.2% | | 7 | 75 |
| | | | **TOTAL** | | 132 | 75 |

WWW.WATERTOWNUPHOLSTERYCLEANING.COM

Case 25-30002    Doc 490-1    Filed 07/20/26    Entered 07/20/26 11:58:32    Desc
Supporting Documents    Page 49 of 91

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30351

06/16/26

$649.00*****

TO THE
ORDER OF    **** SIX HUNDRED FORTY NINE AND 00/100 DOLLARS

APARTMENTS LLC
2563 COLLECTION CENTER DR
CHICAGO, IL    60693

NON-NEGOTIABLE



Apartments.com™
POWERED BY COSTAR

501 S 5th Street
Richmond, VA 23219



PAID
3635




1740 1 MB 0.672   E0168X   I0337 D15127012778 S2 P11061782 0001:0002

ACCOUNTS PAYABLE
CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO ND 58106-9379

| Invoice | Page 1 of 2 |
|---|---|
| Invoice Number | 124121428 |
| Account #/Location ID | 180274941 |
| Invoice Date | 06/01/2026 |
| CoStar Federal Tax ID | 52-2134617 |
| Payment Terms | Net 30 |
| Due Date | 07/01/2026 |
| Service Period | 06/01/2026 to 06/30/2026 |
| | |
| **Invoice Amount** | **USD 649.00** |

Pay by credit card or checking account online by
registering at **CoStar.BillTrust.com**

Use your personalized **Enrollment Token** below.

## CURRENT INVOICE See the following page(s) for detail

| | |
|---|---|
| Apartments Network 3 Gold | USD 649.00 |
| Sub-Total | USD 649.00 |
| Tax | USD 0.00 |
| **Current Invoice Total** | **USD 649.00** |

For questions about your bill, please call us at 800-894-4720.
Email: Billing@costar.com

Office Hours: Monday - Friday 9:00 AM - 8:00 PM EST

TEAR HERE      **REMITTANCE DOCUMENT - Please Include With Your Payment**      TEAR HERE

Case 25-30002   Doc 490-1   Filed 07/20/26   Entered 07/20/26 11:58:32   Desc
Supporting Documents   Page 50 of 91

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30357

06/16/26

$204.03*****

TO THE
ORDER OF       **** TWO HUNDRED FOUR AND 03/100 DOLLARS

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD    57117

NON-NEGOTIABLE
_____

Case 25-30002   Doc 490-1   Filed 07/20/26   Entered 07/20/26 11:58:32   Desc
Supporting Documents    Page 52 of 91

## MIDCO BUSINESS®

PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 06/09/26 |
| Invoice Number | 38575150115542 |
| Account # | 385751501 |
| Page | 1 of 4 |

**PAID**
30357

GENERATIONS ON 1ST, LLC
26 1ST AVE SW
WATERTOWN SD 57201

Thank you for choosing Midco. We appreciate your business and look forward to serving you for years to come.

## Midco Alerts

**Got questions about your bill?** For help reading your statement, visit **Midco.com/Business/Statements**.

**Get a targeted marketing strategy.** Midco's team works with you to develop a demographic-based targeting strategy to hit the mark when it comes to your customers. See what else our team can do for you at **Midco.com/Advertising.**

**Connecting communities across the Midwest**. We're proud to power homes and businesses in our five-state footprint with our reliable services and local support teams.

### Billing Summary

| | |
|---|---|
| Account Number | 385751501 |
| **Total Amount Due** | **$204.03** |

### Account Activity

| | |
|---|---|
| Previous Balance | $204.03 |
| Payments Received | -$204.03 |
| Balance Forward | $0.00 |

### Current Charges

| | |
|---|---|
| Data and Related Services | $95.00 |
| Voice and Related Services | $40.00 |
| Other Services | $15.00 |
| Taxes, Fees & Surcharges | $54.03 |
| **Total Amount Due** | **$204.03** |

*Payment Due Date: 06/28/26*

**Payment Options**
Online: **Midco.com/Business/MyAccount**. Phone: 1.800.888.1300.
EFT: See reverse side. Mail: Return stub below & do not send cash.

Online: Midco.com/Business          **Phone:** 1.800.888.1300          **Email:** Business.Support@Midco.com



**MIDCO BUSINESS®**

PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 06/09/26 |
| Invoice Number | 38575150115542 |
| Account # | 385751501 |
| Page | 3 of 4 |

# Frequently Asked Questions

### What are State and Local Taxes?
State, local and municipal governments mandate these taxes on equipment and services.

### What is the Carrier Cost Recovery Fee?
The Carrier Cost Recovery Fee includes multiple fees associated with voice services. These include: Federal Access Charges, the Administration Recovery Fee, the Access Recovery Charge, the Local Number Portability Fee, and the Presubscribed Carrier Charge. This does not reflect a direct government charge.

### What are Federal Access Charges?
These charges - proposed and authorized by the Federal Communications Commission (FCC) - provide for access to and maintenance of the local network.

### What is the Administration Recovery Fee?
All carriers providing interstate telecommunications must support relay services, which enables phone conversations between people with speech/hearing impairments and those without.

### What is the Network Access Charge?
The Network Access Charge allows carriers to recoup charges to support access and maintenance of the data network and costs associated with government assessments for the support of speech and hearing-impaired programs. This does not reflect a direct government charge.

### What is the Access Recovery Charge (ARC) Fee?
The Access Recovery Charge (ARC) is a fee related to changes in FCC rules. This monthly fee is a way to recover the costs of providing access to the phone network.

### What is the Presubscribed Carrier Charge?
This charge is for selecting and routing calls to a long-distance carrier.

### What is the Local Number Portability Fee?
The Federal Communications Commission permits phone companies to add this charge to all phone lines as compensation for creating systems that allow residential and business phone customers to retain their existing local phone numbers (at the same location) when switching from one local phone service to another.

### What is the Federal Excise Tax?
The federal government mandates this tax, which is imposed on local and wireless phone services.

### What is the Universal Service Fee?
The Federal Communications Commission (FCC) created the Universal Service Fund (USF). This fee helps make voice and internet/data service affordable and available to all Americans, including low-income consumers and those living in areas where the costs of providing service is high. It also includes public and nonprofit schools and libraries serving low-income communities, as well as rural health care providers. Congress mandated that all telecommunications companies providing interstate service contribute to the USF. A carrier may include this contribution on customers' monthly bill.

### What is the County Government 911 Emergency Surcharge?
Local governments mandate this surcharge to help pay for emergency services such as fire and rescue.

### What is the Telecom Relay Service Charge?
This state service charge helps to pay for the state relay center, which transmits and translates calls for hearing-impaired people.

### What is the Gross Receipts Tax?
This tax is on gross receipts derived from the furnishing of phone services. The service provider collects the tax and reports the collections annually to the Department of Revenue.

### What is Midco's policy on refunds for credit card transactions?
When a customer pays money on an account by credit or debit card, and there needs to be a partial or full refund to that card because of the customer's transaction, it is Midco's policy to issue a credit to the customer's account as long as it is within 30 days of the credit transaction. If there was an error in the amount charged to card by Midco, we may issue a credit to the customer's credit card with a manager's approval.

### What is Midco's policy for returned payments?
If any payment is returned unpaid, Midco will apply a fee to your next monthly statement. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

For customers who have authorized recurring payments: You authorize Midco to make a one-time electronic funds transfer (EFT) from your account to collect a fee. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

### Is a move in your future?
If you plan on moving, please call 1.800.888.1300 or visit **Midco.com/Move** at least two weeks prior to your move to ensure a smooth transition of services. Then complete a change of address form with the U.S. Postal Service at **USPS.com** to make sure your mail always reaches you.

Case 25-30002   Doc 490-1   Filed 07/20/26   Entered 07/20/26 11:58:32   Desc
Supporting Documents   Page 53 of 91

Case 25-30002    Doc 490-1    Filed 07/20/26    Entered 07/20/26 11:58:32    Desc
Supporting Documents    Page 54 of 91

**GENERATIONS ON 1ST, LLC**

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30360

06/16/26

$511.10*****

TO THE
ORDER OF

**** FIVE HUNDRED ELEVEN AND 10/100 DOLLARS

SCHUMACHER
PO BOX 393
DENVER, IA    50622

NON-NEGOTIABLE



**Schumacher**
ELEVATOR

PO Box 393
One Schumacher Way
Denver, Iowa 50622

Phone: (319) 984-5676
Website: www.schumacherelevator.com
Email:accounting@schumacherelevator.com



# Invoice

## Billing Address

SOLD TO ACCT NO 1018221

PARKSIDE PLACE LLC
1405 1ST AVE NORTH
FARGO ND  58102

## Shipping Address

SHIP TO ACCT NO 1016883

PARKSIDE PLACE APARTMENTS
8 2ND ST NE
WATERTOWN SD  57201

## Information

| | |
|---|---|
| **Document Number** | 90684314 |
| **Document Date** | 06/01/2026 |
| | |
| **Purchase Order No.** | |
| **Purchase Order Date** | |
| **Sales Order Number** | 40011195 |
| **Payment Terms** | Net 30 Days |
| **Billing Date** | **06/01/2026** |
| **Currency** | USD |

1  of  1

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | *Quarterly invoice for elevator maintenance.* | | | |
| 0010 | FM QT MAINTENANCE | | 481.26 | 481.26 |
| | HP-PARKSIDE PLACE APTS-WATERTOWN SD | | | |

| | |
|---|---|
| Items Tot | 481.26 |
| State Tax | 20.21 |
| County Tax | 0.00 |
| City Tax | 9.63 |
| **Total Amount** | $    511.10 |

zsec_invoice1std    01/2004

GENERATIONS ON 1ST, LLC

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30353

06/16/26

$67.74******

TO THE
ORDER OF     **** SIXTY SEVEN AND 74/100 DOLLARS

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA    91716-0506

NON-NEGOTIABLE

MEMO: 6004-3002-0037-4038





GENERATIONS ON 1ST, LLC
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30370

06/30/26

$4,979.60***

TO THE
ORDER OF
**** FOUR THOUSAND NINE HUNDRED SEVENTY NINE AND 60/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**
(605) 882-6233
M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

**Customer:** GENERATIONS ON 1ST
**Account Number:** 073-187532-02
**Service Address:** 26 1 Ave SW HOUSE



PAID
30370

### Electric Service



| | Jun 2025 | May 2026 | Jun 2026 |
|---|---|---|---|
| Days of Service | 30 | 28 | 33 |
| kWh Used | 7630 | 7284 | 7562 |
| Avg kWh per day | 254.3 | 260.1 | 229.2 |
| Avg cost per day | $20.69 | $20.46 | $20.54 |

### Gas Service

| | Jun 2025 | May 2026 | Jun 2026 |
|---|---|---|---|
| Days of Service | 30 | 28 | 33 |
| ccf Used | 485 | 532 | 466 |
| Avg ccf per day | 16.2 | 19.0 | 14.1 |
| Avg cost per day | $12.35 | $14.08 | $10.67 |

### Water Service

| | Jun 2025 | May 2026 | Jun 2026 |
|---|---|---|---|
| Days of Service | 30 | 28 | 33 |
| ccf Used | 149 | 148 | 143 |
| Avg ccf per day | 5.0 | 5.3 | 4.3 |
| Avg cost per day | $23.64 | $24.76 | $20.34 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| July 10, 2026 | $4,979.60 | $5,228.59 |

### Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | | $ | 4,939.17 |
| Payments Received | June 12, 2026 Thank you | $ | -4,939.17 |
| **Balance Forward** | | $ | 0.00 |
| Current Charges | | $ | 4,979.60 |
| Total Amount Due | | $ | 4,979.60 |

### Current Charges

| | | |
|---|---|---|
| Electric Service | $ | 677.69 |
| Gas Service | $ | 352.01 |
| Water Service | $ | 715.66 |
| Sewer Service | $ | 3,234.24 |
| Total Current Charges | $ | 4,979.60 |

### Important Info

Average Temperature last year : 61 Degrees
Average Temperature this year : 67 Degrees

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30375

06/30/26

$147.43*******

TO THE
ORDER OF

**** ONE HUNDRED FORTY SEVEN AND 43/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD 57201

NON-NEGOTIABLE

Page 1



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**

**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187745-05
**Service Address:** 26 1 Ave SW 3314

PAID
30375



**Electric Service**

| | May 2026 | May 2026 |
|---|---|---|
| Days of Service | 30 | 2 |
| kWh Used | 46 | 15 |
| Avg kWh per day | 1.5 | 7.5 |
| Avg cost per day | $0.61 | $1.20 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| July 10, 2026 | $2.40 | $2.40 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 18.32 |
| Payments Received   June 12, 2026   Thank you | $ | -18.32 |
| **Balance Forward** | $ | 0.00 |
| Current Charges | $ | 2.40 |
| Total Amount Due | $ | 2.40 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 2.40 |
| Total Current Charges | $ | 2.40 |

| Important Info |
|---|

Average Temperature last year : 61 Degrees
Average Temperature this year : 67 Degrees

**THIS IS YOUR FINAL BILL FOR SERVICE**

**Utility Services**                                                                                                         Page 2

*Electric Services*

| Meter | Read Dates | | | Meter Readings | | Meter | Billed |
| Number | From | To | Days | Previous | Current | Mult | kWh |
|---|---|---|---|---|---|---|---|
| 49567 | 05/20/2026 | 05/22/2026 | 2 | 11,696 | 11,711 | 1 | 15 |

Rate:   RESIDENTIAL ELECTRIC

| | | |
|---|---|---|
| CUSTOMER CHARGE | $ | 0.89 |
| CONSUMPTION | $ | 1.37 |
| STATE TAX | $ | 0.09 |
| CITY TAX | $ | 0.05 |
| **ELECTRIC SERVICES TOTAL** | $ | 2.40 |

*Total Current Charges*                                                                          $            2.40

When you provide a check as payment, you authorize us to either use the information from your check to make a one-
time electronic funds transfer from your account or to process the payment as a check transaction.



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**

**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187738-02
**Service Address:** 26 1 Ave SW 3306



PAID
30375

**Electric Service**

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| July 10, 2026 | $29.03 | $29.03 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 17.39 |
| Payments Received   June 12, 2026   Thank you | $ | -17.39 |
| **Balance Forward** | $ | **0.00** |
| Current Charges | $ | 29.03 |
| Total Amount Due | $ | 29.03 |

|  | May 2026 | Jun 2026 |
|---|---|---|
| Days of Service | 30 | 19 |
| kWh Used | 34 | 207 |
| Avg kWh per day | 1.1 | 10.9 |
| Avg cost per day | $0.58 | $1.53 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 29.03 |
| Total Current Charges | $ | 29.03 |

| Important Info |
|---|

Average Temperature last year : 61 Degrees
Average Temperature this year : 67 Degrees

**THIS IS YOUR FINAL BILL FOR SERVICE**

**Utility Services**

Page 2

*Electric Services*

| Meter | Read Dates | | | Meter Readings | | Meter | Billed |
|---|---|---|---|---|---|---|---|
| Number | From | To | Days | Previous | Current | Mult | kWh |
| 49490 | 05/20/2026 | 06/08/2026 | 19 | 15,693 | 15,900 | 1 | 207 |

Rate:  RESIDENTIAL ELECTRIC

| | | |
|---|---|---|
| CUSTOMER CHARGE | $ | 8.49 |
| CONSUMPTION | $ | 18.84 |
| STATE TAX | $ | 1.15 |
| CITY TAX | $ | 0.55 |
| **ELECTRIC SERVICES TOTAL** | $ | 29.03 |

*Total Current Charges*

| | |
|---|---|
| $ | **29.03** |

When you provide a check as payment, you authorize us to either use the information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction.



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**

**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187672-03
**Service Address:** 26 1 Ave SW 3510

Page 1



PAID
30375

### Electric Service



| | May 2026 | Jun 2026 |
|---|---|---|
| Days of Service | 20 | 12 |
| kWh Used | 24 | 42 |
| Avg kWh per day | 1.2 | 3.5 |
| Avg cost per day | $0.58 | $0.81 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| July 10, 2026 | $9.75 | $9.75 |

| Account Summary | | | |
|---|---|---|---|
| Previous Balance | | $ | 11.69 |
| Payments Received | June 12, 2026   Thank you | $ | -11.69 |
| **Balance Forward** | | **$** | **0.00** |
| Current Charges | | $ | 9.75 |
| Total Amount Due | | $ | 9.75 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 9.75 |
| Total Current Charges | $ | 9.75 |

| Important Info |
|---|

Average Temperature last year : 61 Degrees
Average Temperature this year : 67 Degrees

**THIS IS YOUR FINAL BILL FOR SERVICE**

**Utility Services**                                                                                            Page 2

*Electric Services*

| Meter | Read Dates | | | Meter Readings | | Meter | Billed |
|---|---|---|---|---|---|---|---|
| Number | From | To | Days | Previous | Current | Mult | kWh |
| 49576 | 05/20/2026 | 06/01/2026 | 12 | 35,661 | 35,703 | 1 | 42 |

Rate:   RESIDENTIAL ELECTRIC

| | | |
|---|---|---|
| CUSTOMER CHARGE | $ | 5.36 |
| CONSUMPTION | $ | 3.82 |
| STATE TAX | $ | 0.39 |
| CITY TAX | $ | 0.18 |
| **ELECTRIC SERVICES TOTAL** | $ | 9.75 |

*Total Current Charges*                                                                    $         9.75

When you provide a check as payment, you authorize us to either use the information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction.



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



SCAN ME

Page 1

**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187592-07
**Service Address:** 26 1 Ave SW 3514



PAID
30375

---

**Electric Service**

| | Jun 2026 |
|---|---|
| Days of Service | 6 |
| kWh Used | 29 |
| Avg kWh per day | 4.8 |
| Avg cost per day | $0.94 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| July 10, 2026 | $5.65 | $5.65 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 0.00 |
| Payments Received | $ | 0.00 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 5.65 |
| Total Amount Due | $ | 5.65 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 5.65 |
| Total Current Charges | $ | 5.65 |

| Important Info |
|---|
| Average Temperature last year : 61 Degrees |
| Average Temperature this year : 67 Degrees |

**THIS IS YOUR FINAL BILL FOR SERVICE**

**Utility Services**    Page 2

*Electric Services*

| Meter | Read Dates | | | Meter Readings | | Meter | Billed |
|---|---|---|---|---|---|---|---|
| Number | From | To | Days | Previous | Current | Mult | kWh |
| 49198 | 05/29/2026 | 06/04/2026 | 6 | 25,279 | 25,308 | 1 | 29 |

Rate:    RESIDENTIAL ELECTRIC

| | | |
|---|---|---|
| CUSTOMER CHARGE | $ | 2.68 |
| CONSUMPTION | $ | 2.64 |
| STATE TAX | $ | 0.22 |
| CITY TAX | $ | 0.11 |
| **ELECTRIC SERVICES TOTAL** | $ | 5.65 |

*Total Current Charges* | $ | 5.65

When you provide a check as payment, you authorize us to either use the information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction.



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**

**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187752-06
**Service Address:** 26 1 Ave SW 3403

Page 1



PAID
30375

## Electric Service



| | May 2026 | Jun 2026 |
|---|---|---|
| Days of Service | 1 | 31 |
| kWh Used | 0 | 77 |
| Avg kWh per day | 0.0 | 2.5 |
| Avg cost per day | $0.49 | $0.71 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| July 10, 2026 | $22.16 | $23.26 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 0.49 |
| Payments Received   June 12, 2026   Thank you | $ | -0.49 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 22.16 |
| Total Amount Due | $ | 22.16 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 22.16 |
| Total Current Charges | $ | 22.16 |

| Important Info |
|---|

Average Temperature last year : 61 Degrees
Average Temperature this year : 67 Degrees

**Utility Services**                                                                                      Page 2

*Electric Services*

| Meter | Read Dates | | | Meter Readings | | Meter | Billed |
| Number | From | To | Days | Previous | Current | Mult | kWh |
|---|---|---|---|---|---|---|---|
| 49572 | 05/19/2026 | 06/19/2026 | 31 | 20,531 | 20,608 | 1 | 77 |

Rate:   RESIDENTIAL ELECTRIC

| | | |
|---|---|---|
| CUSTOMER CHARGE | $ | 13.85 |
| CONSUMPTION | $ | 7.01 |
| STATE TAX | $ | 0.88 |
| CITY TAX | $ | 0.42 |
| **ELECTRIC SERVICES TOTAL** | $ | 22.16 |

*Total Current Charges* $ 22.16

When you provide a check as payment, you authorize us to either use the information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction.



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**

Page 1

**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187727-04
**Service Address:** 26 1 Ave SW 3212

PAID
3037S

### Electric Service



|  | Jun 2026 |
|---|---|
| Days of Service | 19 |
| kWh Used | 28 |
| Avg kWh per day | 1.5 |
| Avg cost per day | $0.62 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| July 10, 2026 | $11.72 | $12.30 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 0.00 |
| Payments Received | $ | 0.00 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 11.72 |
| Total Amount Due | $ | 11.72 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 11.72 |
| Total Current Charges | $ | 11.72 |

| Important Info |
|---|

Average Temperature last year : 61 Degrees
Average Temperature this year : 67 Degrees

**Utility Services**                                                                                                    Page 2

*Electric Services*

| Meter | Read Dates | | | Meter Readings | | Meter | Billed |
| Number | From | To | Days | Previous | Current | Mult | kWh |
|---|---|---|---|---|---|---|---|
| 49541 | 06/01/2026 | 06/19/2026 | 18 | 11,120 | 11,148 | 1 | 28 |

Rate:   RESIDENTIAL ELECTRIC

| | | |
|---|---|---|
| CUSTOMER CHARGE | $ | 8.49 |
| CONSUMPTION | $ | 2.55 |
| STATE TAX | $ | 0.46 |
| CITY TAX | $ | 0.22 |
| **ELECTRIC SERVICES TOTAL** | $ | 11.72 |

*Total Current Charges*                                                                                   $        11.72

When you provide a check as payment, you authorize us to either use the information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction.



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**

**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187725-04
**Service Address:** 26 1 Ave SW 3210

PAID
30375

Page 1

**Electric Service**

| Days of Service | May 2026 | Jun 2026 |
|---|---|---|
| Days of Service | 30 | 31 |
| kWh Used | 112 | 157 |
| Avg kWh per day | 3.7 | 5.1 |
| Avg cost per day | $0.78 | $0.96 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| July 10, 2026 | $29.88 | $31.38 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 23.51 |
| Payments Received   June 12, 2026   Thank you | $ | -23.51 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 29.88 |
| Total Amount Due | $ | 29.88 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 29.88 |
| Total Current Charges | $ | 29.88 |

| Important Info |
|---|

Average Temperature last year : 61 Degrees
Average Temperature this year : 67 Degrees

**Utility Services**

*Electric Services*

| Meter | Read Dates | | | Meter Readings | | Meter | Billed |
| Number | From | To | Days | Previous | Current | Mult | kWh |
|---|---|---|---|---|---|---|---|
| 49595 | 05/20/2026 | 06/19/2026 | 30 | 31,808 | 31,965 | 1 | 157 |

Rate:   RESIDENTIAL ELECTRIC

| | | |
|---|---|---:|
| CUSTOMER CHARGE | $ | 13.85 |
| CONSUMPTION | $ | 14.29 |
| STATE TAX | $ | 1.18 |
| CITY TAX | $ | 0.56 |
| **ELECTRIC SERVICES TOTAL** | $ | 29.88 |

*Total Current Charges*

| | | |
|---|---|---:|
| | $ | 29.88 |

When you provide a check as payment, you authorize us to either use the information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction.



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**

**Customer:** GENERATIONS ON 1ST
**Account Number:** 009-187668-01
**Service Address:** 26 1 Ave SW 3507

Page 1

**PAID**
30375

### Electric Service

|  | Jun 2025 | May 2026 | Jun 2026 |
|---|---|---|---|
| Days of Service | 30 | 30 | 31 |
| kWh Used | 276 | 133 | 229 |
| Avg kWh per day | 9.2 | 4.4 | 7.4 |
| Avg cost per day | $1.34 | $0.84 | $1.19 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| July 10, 2026 | $36.84 | $38.67 |

| Account Summary | | | |
|---|---|---|---|
| Previous Balance | | $ | 25.15 |
| Payments Received | June 12, 2026   Thank you | $ | -25.15 |
| **Balance Forward** | | $ | **0.00** |
| Current Charges | | $ | 36.84 |
| Total Amount Due | | $ | 36.84 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 36.84 |
| Total Current Charges | $ | 36.84 |

| Important Info |
|---|

Average Temperature last year : 61 Degrees
Average Temperature this year : 67 Degrees

**Utility Services**

*Electric Services*

| Meter | Read Dates | | | Meter Readings | | Meter | Billed |
|---|---|---|---|---|---|---|---|
| Number | From | To | Days | Previous | Current | Mult | kWh |
| 49598 | 05/20/2026 | 06/19/2026 | 30 | 15,436 | 15,665 | 1 | 229 |

**Rate:** RESIDENTIAL ELECTRIC

| | | |
|---|---|---|
| CUSTOMER CHARGE | $ | 13.85 |
| CONSUMPTION | $ | 20.84 |
| STATE TAX | $ | 1.46 |
| CITY TAX | $ | 0.69 |
| **ELECTRIC SERVICES TOTAL** | $ | 36.84 |

*Total Current Charges*     $    36.84

When you provide a check as payment, you authorize us to either use the information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction.

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

06/29/26

$207.09******

TO THE
ORDER OF

**** TWO HUNDRED SEVEN AND 09/100 DOLLARS

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD   57201

NON-NEGOTIABLE

PAID
30365

## George's Sanitation Inc.

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

# Invoice

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 46534 |

## MAY GARBAGE SERVICE (2026)

| Qua... | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

*Part $ 201.09*
*Gen $ 201.09*

**ATTENTION CUSTOMERS, WE CAN NOW DO AUTOPAY WITH YOUR CHECKING ACCOUNT THROUGH ACH OR WITH DEBIT/CREDIT CARD-IF INTERESTED PLEASE CALL (605-268-0175) OR EMAIL US AT scottgeorge00.sg@gmail.com TO GET SIGNED UP-THANK YOU.**

| | |
|---|---|
| Sales Tax (6.2%) | $24.18 |
| **Total** | **$414.18** |

**PLEASE REFERENCE YOUR INVOICE # ON YOUR PAYMENT**

INVOICE PAYMENT SUBJECT TO A $5.00 LATE FEE IF NOT PAID WITHIN 30 DAYS AFTER RECEIVED

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**

GENERATIONS ON 1ST, LLC

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30354

06/16/26

$207.09*****

TO THE
ORDER OF

**** TWO HUNDRED SEVEN AND 09/100 DOLLARS

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD   57201

NON-NEGOTIABLE

# George's Sanitation Inc.



30354

3367 12th Ave NW
Watertown, SD 57201

605-886-3161

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

# Invoice

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 46181 |

## APRIL GARBAGE SERVICE (2026)

| Qua.. | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

*park $ 207.09*
*gen $ 207.09*

**ATTENTION CUSTOMERS, WE CAN NOW DO AUTOPAY WITH YOUR CHECKING ACCOUNT THROUGH ACH OR WITH DEBIT/CREDIT CARD-IF INTERESTED PLEASE CALL (605-268-0175) OR EMAIL US AT scottgeorge00.sg@gmail.com TO GET SIGNED UP-THANK YOU.**

| Sales Tax (6.2%) | $24.18 |
|---|---|
| **Total** | **$414.18** |

**PLEASE REFERENCE YOUR INVOICE # ON YOUR PAYMENT**

INVOICE PAYMENT SUBJECT TO A $5.00 LATE FEE IF NOT PAID WITHIN 30 DAYS AFTER RECEIVED

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**

GENERATIONS UR TSI, LLC
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30367

06/30/26

$169.92******

TO THE
ORDER OF   **** ONE HUNDRED SIXTY NINE AND 92/100 DOLLARS

TRUGREEN
3334 9th Ave SW
Watertown, SD   57201

NON-NEGOTIABLE



# TRUGREEN.
*Live life outside.℠*

**(605) 882-0643**

Customer # 90239
Invoice # 1954874

mcraig@cpbusmgt.com

Service Address
Generations
Mindy Craig
26 1st Ave SW
Watertown, SD 57201

**PROPERTY MOWING $160.00**

PAID
30367

COMMENTS: Mowed property

5/7, 5/13, 5/23 & 5/29 Thank you!

- ☐ DO NOT MOW FOR _____ HRS
- ☐ DO NOT WATER FOR _____ HRS
- ☐ WATER LAWN MORE OFTEN
- ☐ SHARPEN MOWER BLADE(S)
- ☐ RAISE MOWER HEIGHT
- ☐ KEEP CHILDREN AND PETS OFF LAWN FOR _____ HRS

Wind Direction
N
W + E
S

Wind Speed
[ ] 0-5
[ ] 6-10
[ ] 11-15

TIME:
DATE: May
TECHNICIAN: Ben / Mason

Weather Conditions _____
Temperature _____

Please Stay Off Treated Areas Until Dry or Until Dusts Have Settled If a Granular Treatment       An independent business licensed to serve you by TruGreen Limited Partnership.

| | |
|---|---|
| Today's Invoice Charge | 160.00 |
| WATERTOWN SALES TAX | 9.92 |
| Invoice Total | 169.92 |

**Please Remit          $169.92**

*Please pay within 10 days. If payment has recently been made, please disregard this statement. Thank you!*

Case 25-30002   Doc 490-1   Filed 07/20/26   Entered 07/20/26 11:58:32   Desc
Supporting Documents          Page 82 of 91

# Your Billing Statement as of Jun 8, 2026

PAID
ACH



THE RUINS LLC GENERATIONS ON 1ST LLC
PARKSIDE LLC
PO BOX 9379
FARGO ND 58106

**Account Number**
**9000344025**

**Due Date**
**06/28/2026**

**Amount Due**
**$7,081.82**

**Easily manage your payments online.**





Thank you for being our valued customer!

| Policy | Frequency | Policy Balance | Amount Due |
|---|---|---|---|
| **Package - BKS65299485**<br>09/28/2025 - 09/28/2026 | Monthly - 2 down 10 install | $14,147.64 | $7,073.82 |
| Installment Fee | | | $8.00 |
| **Please Pay Total Amount Due by 06/28/2026** | | | **$7,081.82** |

| Summary for Account 9000344025 | | Amount |
|---|---|---|
| | Previous Account Balance | $21,229.46 |
| 05/26/2026 | Payment | $2,722.82 CR |
| 05/26/2026 | Payment | $1,800.98 CR |
| 05/27/2026 | Payment | $2,558.02 CR |
| 06/08/2026 | Installment Fee | $8.00 |
| 06/28/2026 | **Current Account Balance** | **$14,155.64** |

Visit
mybusinessonline.libertymutual.com
- **Go paperless!**
- Pay your bill
- Manage or enroll in automatic payments
- View payment schedule

For questions, you can
call us at: **844-961-0334**

**Your Agent:**
SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO,ND 58104
701-390-1994

*park 25.431% $1,800.98*

*gen 38.448% $2,722.82*

*Ruins 36.122% $2,558.10*

▼ Please fold, detach at perforation and return bottom portion with your payment in the enclosed envelope. ▼

**\*001123\***
SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104



| Account | Balance | Due Date | Amount Due |
|---|---|---|---|
| 9000344025 | $14,155.64 | **06/28/2026** | **$7,081.82** |

Please send all payments in the envelope provided. Please make checks payable to Liberty Mutual Insurance.

**Amount Paid**  $          ,        .

| .l.lll....l.l.ll.ll....ll.ll...l.l.|

**Lost your envelope? Mail check to:**

Liberty Mutual Insurance
PO BOX 88766
Chicago, IL 60680-1766

THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

88766 500 0009000344025 00000000000 000000000 0001415564 0000708182 6

 **Liberty Mutual.** INSURANCE    Summary    Policy Details    Notices    Settings      **844-961-0334** M-F, 8AM-8PM (EST)

# Billing Portal

| | | | |
|---|---|---|---|
| **Account #:** | 9000344025 | Minimum payment: | |
| **Account of:** | THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC | **$2,558.02** | |
| **Email:** | MCRAIG@CPBUSMGT.COM | Due by: | |
| **Paperless billing:** | Off | **06/28/2026** | |
| **Policies on account:** | BKS65299485 | Account balance: | |
| **Automatic payments:** | Off | **$9,631.84** | |
| **Due day:** | 28 | | |
| **Agent(s):** | SUMMIT INSURANCE AGENCY LLC | | |
| **Billable party:** | Same as Account of | | |
| **Prior billing account:** | 203080050 | | |

**Pay Now**

[ **Current Invoice Details** ]

Visit <u>My Business Online</u> for additional documents and features. Go to <u>Settings</u> to manage your account including **Automatic Payments, Email, or Paperless Billing.**    ✕

# Confirmation

| | |
|---|---|
| Confirmation # | D0005QCVZ |
| Date/time | 06/16/2026 04:58 PM EDT |
| Payment method | EFT - electronic check |
| Amount | $2,722.82 on account ending in 8666 |
| Saved payment account for future use | Yes |

[ **Return to Summary** ]

A confirmation receipt has been sent to the email address on file.

Data has been refreshed.

Case 25-30002    Doc 490-1    Filed 07/20/26    Entered 07/20/26 11:58:32    Desc
Supporting Documents    Page 85 of 91

**GENERATIONS ON 1ST, LLC**

DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30356

06/16/26

$245.00*****

TO THE
ORDER OF    **** TWO HUNDRED FORTY FIVE AND 00/100 DOLLARS

LIBBY BURGHARDT
311 OAK STREET
BRANDT, SD    57218

NON-NEGOTIABLE

May Maintenance Hours
Generations

PAID
30356

Libby? Hours

5/7:    8-8:15 get supplies(.25)
        8:15-8:30 paint touchups 3308(.25)
        8:30-10 drywall/paint touchups 3315(1.5)
        10-10:15 drywall/paint touchups  3415 (.25)
5/13: 12-12:15 paint touchups 3306 (.25)
5/20: 11:45- 12:15 get paint and supplies from diamond (.5)
        12:15-1 small drywall repairs/paint touch up 3314 (.75)
        1-2 paint touchups 3510 (1)
        2-3:45 drywall repairs/paint touchups not done 3212 (1.75)
        3:45-4:15 deprep, clean up 3212(.5)

7hours

Parkside
5/20: 8:45-9:15   grab supplies (.5)
        9:15-9:45 paint touchups 2410 (.5)
        9:45-11:45 drywall repairs and paint to window sills from water damage 2410 (2)

3hours

10@$35

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30345

TO THE
ORDER OF

**** FIVE HUNDRED TWENTY AND 89/100 DOLLARS

EMILY PETERSON, HEIDI PETERSON
268 E EAGLE AVE
GRAND MARSH, WI   53936

06/12/26

$520.89******

NON-NEGOTIABLE

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30346

06/12/26                         $920.00*****

TO THE
ORDER OF      **** NINE HUNDRED TWENTY AND 00/100 DOLLARS

HAYDEN MULDER
1143 ELMWOOD AVE
ROCK RAPIDS, IA   52146          NON-NEGOTIABLE

_____

*Deposit Return*

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30349

TO THE
ORDER OF    **** SIX HUNDRED FIFTEEN AND 77/100 DOLLARS

Kurundu Jayasekera, KATHERINE THOMAS
275 Alum St
Morgantown, WV  26505

06/12/26

$615.77******

Deposit Return

NON-NEGOTIABLE

**GENERATIONS ON 1ST, LLC**
DEBTOR IN POSESSION - CASE #25-30002
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
Fargo, ND 58104

30348

06/12/26

$985.38******

TO THE
ORDER OF

MASON SHELTON NINE HUNDRED EIGHTY FIVE AND 38/100 DOLLARS

DEAN SHULTZ, ALEXIS CEROLL ,
26 1st Ave SW
#3306
Watertown, SD   57201

NON-NEGOTIABLE

**CODINGTON COUNTY TREASURER**

Official Real Estate Tax Notice

14 FIRST AVENUE S.E. * WATERTOWN, SD  57201

(605) 882-6285

2025 TAXES DUE AND PAYABLE IN 2026

2025 – 8954

*handwritten:* 4 7,018.26/mo.

Record#: 9580

**Legal:**    Sch: 14-4    S/T/R:    Acres/Lots: .00

WATERTOWN CITY  GENERATIONS ON 1ST ADD

GENERATIONS ON 1ST ADD

26 1 AVE SW

| Taxes In Name Of | GENERATIONS ON 1ST LLC<br>%JESSE CRAIG<br>1405 1 AVE N<br>FARGO ND  58102 |
|---|---|

| | |
|---|---|
| **First Half** | 42,109.56 |
| **Second Half** | 42,109.56 |
| **TOTAL** | 84,219.12 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 70,748 | 67,423 | 3.081 | 207.74 |
| WATERTOWN SCHOOL Non-Ag | 70,748 | 67,423 | 9.126 | 615.30 |
| WATERTOWN CITY | 70,748 | 67,423 | 1.715 | 115.63 |
| EAST DAKOTA WATER | 70,748 | 67,423 | 0.019 | 1.28 |
| TAX INCREMENT 13 NA | 70,748 | 5,973,687 | 13.941 | 83,279.17 |

*handwritten:* JE TO Escrow @ 7018.26  6/15/24

NA: 84219.12

**TOTAL:**  84,219.12

**\* Indicates a local decision to opt out of the Tax Freeze.** If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (\*).

⬇ Please detach stubs and return with your payment ⬇          ⬇ Please detach stubs and return with your payment ⬇

| **-FIRST PAYMENT-** | CODINGTON Record # 9580 |
|---|---|
| GENERATIONS ON 1ST LLC | |

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025- 8954 | 42,109.56 |

**DELINQUENT AFTER APRIL 30th**

| **-SECOND PAYMENT-** | CODINGTON Record # 9580 |
|---|---|
| GENERATIONS ON 1ST LLC | |

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025- 8954 | 42,109.56 |

**DELINQUENT AFTER OCTOBER 31st**