

July 21, 2026

Jordan J. Feist
Jordan.Feist@woodsfuller.com
605-336-3890 Ext. 661

The Honorable Shon Hastings
U.S. Bankruptcy Court, District
of North Dakota
655 1st Ave N., Ste 210
Fargo, ND 58102

Re:     Generations on 1st, LLC, Case No. 25-30002
        In The United States Bankruptcy Court for The District Of North Dakota

Dear Judge Hastings:

This letter follows the hearing on the Amended Joint Chapter 11 Plan for Generations on 1st, LLC (doc. 409) (the "Plan") held on July 20, 2026.  The purpose of this letter is to inform the Court that Chris Clifton, the Executive Director of Watertown Development Company, is willing to serve on the Oversight Committee established by the Plan.

Sincerely,

WOODS, FULLER, SHULTZ & SMITH P.C.

Jordan J. Feist