## CHAPTER 11 COMPUTATIONS

CASE NUMBER ___25-30003___ CASE NAME ___Parkside Place, LLC___

| CLASS | DESCRIPTION | IMPAIRED / UNIMPAIRED | BALLOTS / ACCEPT | BALLOTS / REJECT | ($) AMOUNT ACCEPT | ($) AMOUNT REJECT | COMMENTS (% ACCEPTING IN AMOUNT & NUMBER) 11U.S.C. § 1126 |
|---|---|---|---|---|---|---|---|
| 1 | Allowed Secured Claim of RRSB | Unimpaired | n/a | n/a | $5,440,000 | $0 | Class 1 is deemed to accept. |
| 2 | Allowed Secured Claim of WDC | Unimpaired | n/a | n/a | $1,605,415.95 | $0 | Class 2 is deemed to accept. |
| 3 | Allowed General Unsecured Claims | Impaired | 3/3 | 0/3 | $9,208,175.08 | $0 | 100% of Class 3 in amount and number accept. Ballots cast by insiders have been disregarded per Section 1129(a)(10). |
| 4 | Administrative Convenience Class | Unimpaired | n/a | n/a | $3,344 | $0 | Class 4 is deemed to accept. |
| 5 | Intercompany Claims | Impaired | n/a | n/a | n/a | Unknown | Class 5 is disregarded for voting purposes. If the Court determines Class 5 may vote, they are deemed to reject. |
| 6 | Equity | Impaired | n/a | n/a | n/a | n/a | Class 6 is comprised exclusively of Insiders and not entitled to vote. If the Court determines Class 6 may vote, they are deemed to reject. |

DEFERRED ADMINISTRATIVE EXPENSES PAYABLE TO CLERK, U.S. BANKRUPTCY COURT AT CONFIRMATION:

FILING FEES:  Adversary No. _____  $_____
Adversary No. _____  $_____
Adversary No. _____  $_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    **Chapter 11**

Parkside Place, LLC,                                      Bankruptcy No. 25-30003

                    Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
RED RIVER STATE BANK'S
FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _the full amount of the RRSB deficiency claim._

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(X) ACCEPTS THE PLAN              ( ) REJECTS THE PLAN

Dated:  07/16/2026                    _Red River State Bank_
                                      NAME OF CREDITOR
                                      (please print or type)

                            By:  _____
                                 (signature)

                                 _300 2nd Ave W_
                                 ADDRESS
                                 _Halstad, MN 56548_

This ballot must be mailed or
electronically transmitted to:
Attorney Kesha L. Tanabe, Esq.
Vogel Law Firm
218 NP Avenue
Fargo, North Dakota 58107-1389

on or before **July 21, 2026.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                          **Chapter 11**

Parkside Place, LLC,                                        Bankruptcy No. 25-30003

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## RED RIVER STATE BANK'S
## FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _12,651_____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN                    (   ) REJECTS THE PLAN

Dated:

_Hme Companies_____
NAME OF CREDITOR
(please print or type)

By: _____
(signature)

_432 5ᵗʰ ST_____
ADDRESS
_Brookings, SD 57006_____

This ballot must be mailed or
electronically transmitted to:
Attorney Kesha L. Tanabe, Esq.
Vogel Law Firm
218 NP Avenue
Fargo, North Dakota 58107-1389

on or before **July 21, 2026.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                         **Chapter 11**

Parkside Place, LLC,                           Bankruptcy No. 25-30003

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## RED RIVER STATE BANK'S
## FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ __$401,353.99__ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN            (  ) REJECTS THE PLAN

Dated: __20__ day of July, 2026

Watertown Development Company
NAME OF CREDITOR
(please print or type)

By: _____

(signature)

PO Box 332      1 E Kemp Ave
ADDRESS
Watertown, SD 57201

This ballot must be mailed or
electronically transmitted to:
Attorney Kesha L. Tanabe, Esq.
Vogel Law Firm
218 NP Avenue
Fargo, North Dakota 58107-1389

on or before **July 21, 2026.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Chapter 11**

Parkside Place, LLC,                                      Bankruptcy No. 25-30003

                          Debtor.

---

### BALLOT FOR ACCEPTING OR REJECTING
### RED RIVER STATE BANK'S
### FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 16,722.52 .

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(   ) ACCEPTS THE PLAN            ( X ) REJECTS THE PLAN

Dated:                          CP Business Management

7.13.2026                       NAME OF CREDITOR
                                (please print or type)

                    By:  _____
                                (signature)

                                1405 1st Ave N
                                ADDRESS
                                Fargo ND 58102

                                _____

This ballot must be mailed or
electronically transmitted to:
Attorney Kesha L. Tanabe, Esq.
Vogel Law Firm
218 NP Avenue
Fargo, North Dakota 58107-1389

on or before **July 21, 2026.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.:  25-30003 |
| | Chapter 11 |
| Parkside Place, LLC, | |
| Debtor. | |

**CERTIFICATE OF SERVICE**

Kesha L. Tanabe, under penalty of perjury, states that she caused the following document(s):

**Computation and Chapter 11 Ballots**

to be filed electronically with the Clerk of Bankruptcy Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to all parties who are registered to receive e-notices in this case.

Dated this 21st day of July, 2026.        **VOGEL LAW FIRM**


BY:*/s/ Kesha L. Tanabe* _____
Kesha L. Tanabe
ktanabe@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone:  701.237.6983
Facsimile:  701.356.6395
ATTORNEYS FOR PLAN PROPONENT RED
RIVER STATE BANK