UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                              Chapter 11

Generations on 1st LLC,                                  Bankruptcy No. 25-30002

                            Debtor.

---

**ORDER APPROVING AMENDED DISCLOSURE STATEMENT**

On February 10, 2026, Debtor Generations on 1st, LLC, filed a Disclosure Statement for Second Amended Chapter 11 Plan of Reorganization of Generations on 1st, LLC.  Doc. 315.  Red River State Bank filed its Disclosure Statement for Creditor's Plan of Liquidation for Generations on 1st, LLC, on February 5, 2026.  Doc. 303.  Following several hearing continuances, the Court scheduled a hearing on these disclosure statements for May 21, 2026.  Doc. 379.

Debtor Generations on 1st, LLC and Red River State Bank filed a Disclosure Statement for Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC, on May 20, 2026, one day before the hearing on the separate disclosure statements filed by Debtor and Red River State Bank.  The joint Disclosure Statement referred to the Joint Chapter 11 Plan for Generations on 1st, LLC, filed the same day.   The joint Disclosure Statement and Joint Chapter 11 Plan included numerous provisions that did not appear in Debtor's or Red River State Bank's disclosure statements.  Jesse Craig objected to the Court considering the joint Disclosure Statement, arguing he did not have sufficient time to consider the joint Disclosure Statement and exhibits and to file objections to it. The Court found cause for continuing the hearing on the joint Disclosure Statement and requiring the joint plan proponents to serve notice of an amended joint Disclosure

Statement and continued hearing.  Given the number of interested parties, their level of sophistication and the comprehensive nature of the joint plan proponents' Disclosure Statement and Joint Chapter 11 Plan, the Court found it appropriate to treat the May 21, 2026, hearing on the disclosure statements as a status conference and combined the hearing on the Disclosure Statement with the hearing on confirmation of the Amended Joint Chapter 11 Plan consistent with 11 U.S.C. §  105(d)(2)(B)(vi).

The Court held a hearing on the Amended Disclosure Statement for Amended Joint Chapter 11 Plan of Liquidation for Generations on 1 st, LLC, on July 14 and 20, 2026 [Doc. 410].  For the reasons stated on the record during the July 20, 2026, hearing, the Court is satisfied that the Amended Disclosure Statement [Doc. 410] provides "adequate information" as required by 11 U.S.C. § 1125. Therefore, **IT IS ORDERED** that the Amended Disclosure Statement  [Doc. 410] is **APPROVED**.

Dated: July 20, 2026.

Shon Hastings, Judge
United States Bankruptcy Court