IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | (Jointly Administered) |
| | ) | |

## **LIMITED OBJECTION TO CONFIRMATION**

Comes now Parkside Place, LLC (the "Debtor"), by and through undersigned counsel, and furnishes this limited objection to confirmation of the plan of reorganization (the "Plan"), ECF No. 442, proposed by Red River State Bank:

To the extent the Debtor's equity interest—or any other party (whether in interest or otherwise)—can provide evidence, at a hearing on confirmation of the Plan, of (i) an ability to make an overbid (in the sum contemplated under the Plan) on the acquisition of the Debtor's eponymous asset, (ii) a desire to do so, and (iii) an ability to do so by August 15, 2026, the Debtor objects to confirmation of the Plan.

For want of ambiguity, "ability to make an overbid" is intended to mean the presentation of evidence, in open court, showing that financing has been committed to the purchase of the subject asset.

Absent such, the Debtor takes no position on confirmation.

*[Signature on Following Page]*

1

Respectfully submitted,

Dated: July 21, 2026                    By:    /s/ Maurice B. VerStandig
                                               Maurice B. VerStandig, Esq.
                                               The Dakota Bankruptcy Firm
                                               1630 1st Avenue N
                                               Suite B PMB 24
                                               Fargo, North Dakota 58102-4246
                                               Phone: (701) 394-3215
                                               mac@dakotabankruptcy.com
                                               *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July, 2026, a copy of the foregoing was

served electronically upon filing via the ECF system.

                                               /s/ Maurice B. VerStandig
                                               Maurice B. VerStandig

2