**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>      Debtor. | Case No.:  25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>      Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |
| Red River State Bank,<br><br>      Plaintiff,<br><br>v.<br><br>Craig Development, LLC, Craig Properties, LLC, Jesse Craig, and Jordan Horner,<br><br>      Defendants. | Adversary No. 26-07003 |

**MOTION TO CONTINUE**

Red River State Bank ("RRSB" or "Plaintiff") hereby moves the Court for an order continuing the following matters that are currently set for hearing on Wednesday, July 22, 2026: (1) Defendants' Motion to Dismiss Plaintiff's Adversary Complaint [ECF 9 in Adversary No. 26-07003]; (2) RRSB's Motion for Derivative Standing [ECF 304 in Generations, Case No. 25-30002]; (3) Debtors' Sixth Motion for Use of Cash Collateral for Parkside and Generations [ECF 277 in both Generations, Case No. 25-30002 and Parkside, Case No. 25-30003]; and (4) Confirmation of RRSB's Plan of Liquidation [ECF 442 in Parkside, Case No. 25-30003]. Counsel to RRSB has conferred with counsel to the Debtors,

counsel to Mr. Craig, and counsel to Watertown Development Corp to confirm their support for a continuance. To that end, movant respectfully requests that the Court postpone the hearing on Wednesday, July 22, 2026, to the following week, preferably to Tuesday, July 28, 2026 or as soon thereafter as the Court's schedule will permit. A continuance will allow the parties to continue informal settlement discussions to resolve pending objections regarding Parkside plan confirmation. Because the matters are interrelated, RRSB respectfully requests that all of the foregoing matters be continued to the same date.

Dated:  July 21, 2026

**VOGEL LAW FIRM**

*/s/ Kesha L. Tanabe*

BY:   Caren W. Stanley (#06100)
cstanley@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone: 701.237.6983
*Attorneys for Red River State Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

*/s/ Kesha L. Tanabe*
Kesha L. Tanabe