UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    Bankruptcy No. 25-30002
                                                          Chapter 11

Generations on 1st, LLC,

                  Debtor, Jointly Administered,

_____/

In Re:                                                    Bankruptcy No. 25-30003
                                                          Chapter 11

Parkside Place, LLC,

                  Debtor, Jointly Administered,

_____/

IN THE MATTER OF:

Sixth Motion by Debtors for Leave to Use Cash
Collateral for Generations on 1st, LLC and
Parkside Place, LLC filed January 10, 2026. (Doc. 277)

Confirmation Hearing on Creditor Red River State Bank's
First Amended Chapter 11 Plan of Liquidation for
Parkside Place, LLC filed June 22, 2026. (Doc. 442)

Motion by Red River State Bank for Derivative Standing
to Pursue Claims on Behalf of the Estates filed
February 6, 2026. (Doc. 304)

_____/

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARINGS

        The parties have stipulated to a continuance of the hearings scheduled for

Wednesday, July 22, 2026. The Court finds cause for granting the continuance.

        IT IS ORDERED that Debtors' Sixth Motion for Leave to Use Cash Collateral for

Generations on 1st, LLC and Parkside Place, LLC (Doc. 277), Motion by Red River

State Bank for Derivative Standing to Pursue Claims on Behalf of the Estates (Doc.

304), and Confirmation Hearing on Creditor Red River State Bank's First Amended

Chapter 11 Plan of Liquidation for Parkside Place, LLC (Doc. 442) shall be continued to

**Tuesday, July 28, 2026, at 10:00 a.m.** in Courtroom #3, Second Floor, Quentin N.

Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota.

Dated: July 21, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically July 21, 2026, to Electronic Mail Notice List for Case No. 25-30002.