# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   NORTH DAKOTA

| | | |
|---|---|---|
| In Re. PARKSIDE PLACE, LLC | § | Case No.  25-30003 |
| | § | |
| | § | Lead Case No.  25-30002 |
| Debtor(s) | § | |

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2026          Petition Date: 01/06/2025

Months Pending: 18          Industry Classification: 6 5 1 3

Reporting Method:          Accrual Basis ○     Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒     Statement of cash receipts and disbursements
☒     Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒     Statement of operations (profit or loss statement)
☒     Accounts receivable aging
☒     Postpetition liabilities aging
☒     Statement of capital assets
☐     Schedule of payments to professionals
☒     Schedule of payments to insiders
☒     All bank statements and bank reconciliations for the reporting period
☐     Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Ted Gavin

Signature of Responsible Party

07/15/2026

Date

Ted Gavin

Printed Name of Responsible Party

1007 N. Orange St, Suite 314, Wilmington, DE 19801

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)          1

Debtor's Name PARKSIDE PLACE, LLC                                                                Case No. 25-30003

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $165,901 | |
| b. Total receipts (net of transfers between accounts) | $48,875 | $981,279 |
| c. Total disbursements (net of transfers between accounts) | $80,061 | $959,881 |
| d. Cash balance end of month (a+b-c) | $134,715 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $80,061 | $959,881 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory     (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d Total current assets | $134,715 |
| e. Total assets | $7,634,520 |
| f. Postpetition payables (excluding taxes) | $38,552 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $22,795 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $61,347 |
| k. Prepetition secured debt | $5,570,487 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $31,723 |
| n. Total liabilities (debt) (j+k+l+m) | $5,663,557 |
| o. Ending equity/net worth (e-n) | $1,970,963 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $43,094 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $43,094 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $13,917 | |
| f. Other expenses | $90 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $59,267 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-30,180 | $356,535 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  PARKSIDE PLACE, LLC                                                    Case No.  25-30003

## Part 5:  Professional Fees and Expenses

|     |                                                              |                   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|-----|--------------------------------------------------------------|-------------------|---|---|---|---|
| a.  | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |          |   |   |   |   |
|     | *Itemized Breakdown by Firm*                                 |                   |   |   |   |   |
|     | Firm Name                                                    | Role              |   |   |   |   |
| i   |                                                              |                   |   |   |   |   |
| ii  |                                                              |                   |   |   |   |   |
| iii |                                                              |                   |   |   |   |   |
| iv  |                                                              |                   |   |   |   |   |
| v   |                                                              |                   |   |   |   |   |
| vi  |                                                              |                   |   |   |   |   |
| vii |                                                              |                   |   |   |   |   |
| viii|                                                              |                   |   |   |   |   |
| ix  |                                                              |                   |   |   |   |   |
| x   |                                                              |                   |   |   |   |   |
| xi  |                                                              |                   |   |   |   |   |
| xii |                                                              |                   |   |   |   |   |
| xiii|                                                              |                   |   |   |   |   |
| xiv |                                                              |                   |   |   |   |   |
| xv  |                                                              |                   |   |   |   |   |
| xvi |                                                              |                   |   |   |   |   |
| xvii|                                                              |                   |   |   |   |   |
| xviii|                                                             |                   |   |   |   |   |
| xix |                                                              |                   |   |   |   |   |
| xx  |                                                              |                   |   |   |   |   |
| xxi |                                                              |                   |   |   |   |   |
| xxii|                                                              |                   |   |   |   |   |
| xxiii|                                                             |                   |   |   |   |   |
| xxiv|                                                              |                   |   |   |   |   |
| xxv |                                                              |                   |   |   |   |   |
| xxvi|                                                              |                   |   |   |   |   |
| xxvii|                                                             |                   |   |   |   |   |
| xxviii|                                                            |                   |   |   |   |   |
| xxix|                                                              |                   |   |   |   |   |
| xxx |                                                              |                   |   |   |   |   |
| xxxi|                                                              |                   |   |   |   |   |
| xxxii|                                                             |                   |   |   |   |   |
| xxxiii|                                                            |                   |   |   |   |   |
| xxxiv|                                                             |                   |   |   |   |   |
| xxxv|                                                              |                   |   |   |   |   |
| xxxvi|                                                             |                   |   |   |   |   |

UST Form 11-MOR (12/01/2021)                              3

Debtor's Name  PARKSIDE PLACE, LLC                                                      Case No.  25-30003

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                                    4

Debtor's Name  PARKSIDE PLACE, LLC                                    Case No.  25-30003

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)   *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)                    5

Debtor's Name PARKSIDE PLACE, LLC                                          Case No.  25-30003

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                              6

Debtor's Name  PARKSIDE PLACE, LLC                                          Case No.  25-30003

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name  PARKSIDE PLACE, LLC                                        Case No.  25-30003

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $64,218 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ◉  No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ |
| i. | Do you have:    Worker's compensation insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◉  No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ◉  No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ |

UST Form 11-MOR (12/01/2021)                          8

Debtor's Name  PARKSIDE PLACE, LLC                                    Case No.  25-30003

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?    Yes ○  No ◉

m. If yes, have you made all Domestic Support Obligation payments?    Yes ○  No ○  N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Ted Gavin
_____
Signature of Responsible Party

CRO
_____
Title

Ted Gavin
_____
Printed Name of Responsible Party

07/15/2026
_____
Date

Debtor's Name PARKSIDE PLACE, LLC      Case No. 25-30003



PageOnePartOne



PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo

Debtor's Name  PARKSIDE PLACE, LLC                                                    Case No.  25-30003



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                                11

Debtor's Name PARKSIDE PLACE, LLC  Case No. 25-30003



PageThree



PageFour

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 06/30/2026**

*PARKSIDE PLACE LLC*                    *Page 1 of 6*
*Customer Number:*          588

>001439  7849909  0001  92855  10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| 👤 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | 8688 | $96,162.45 |

## ND STAR CHECKING          588

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/30/2026 | Beginning Balance | $126,333.05 |
| | 21 Credit(s) This Period | $46,065.79 |
| | 26 Debit(s) This Period | $76,236.39 |
| 06/30/2026 | Ending Balance | $96,162.45 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 06/03/2026 | CPBUSINESSMANAG_ Settlement 000027220691090 | $1,035.00 |
| 06/03/2026 | CP BUSINESS MANA ParkRentCA XXXXX6888 | $4,589.19 |
| 06/03/2026 | CP BUSINESS MANA ParkRent XXXXX6888 | $8,470.00 |
| 06/04/2026 | YARDI CARD DEP 1112Transf XXXXX1916 | $1,080.00 |
| 06/04/2026 | YARDI CARD DEP 1112Transf XXXXX3552 | $1,090.00 |
| 06/04/2026 | YARDI CARD DEP 1112Transf XXXXX1106 | $3,105.00 |
| 06/04/2026 | EDEPOSIT | $2,170.00 |
| 06/05/2026 | YARDI CARD DEP 1112Transf XXXXX1226 | $3,185.00 |
| 06/05/2026 | CPBUSINESSMANAGE Settlement 000027197834258 | $8,580.00 |
| 06/08/2026 | CPBUSINESSMANAGE Settlement 000027216562066 | $1,080.00 |
| 06/10/2026 | YARDI CARD DEP 1112Transf XXXXX1006 | $2,095.00 |
| 06/11/2026 | PAYLEASE.COM CREDIT XXXXX4215 | $45.00 |
| 06/11/2026 | YARDI CARD DEP 1112Transf XXXXX2204 | $1,035.00 |
| 06/11/2026 | EDEPOSIT | $2,141.60 |
| 06/12/2026 | PAYLEASE.COM CREDIT XXXXX2237 | $45.00 |
| 06/12/2026 | xfer from 8658 to 8688 - 2307-1025, 2311-1025, 2305-750, 241 | $3,825.00 |
| 06/15/2026 | CPBUSINESSMANAGE Settlement 000027286014270 | $1,035.00 |
| 06/18/2026 | PayLease.com Settlement 000027346397978 | $465.97 |
| 06/23/2026 | CPBUSINESSMANAGE Settlement 000027337105538 | $3.39 |
| 06/24/2026 | PAYLEASE.COM CREDIT XXXXX9837 | $700.00 |
| 06/30/2026 | EDEPOSIT | $290.64 |

*Handwritten annotations: "3315 + 5265 (wips)", "(tx to savings - not put in as income) dp. directly to savings"*



Member FDIC
EQUAL HOUSING LENDER

PARKSIDE PLACE LLC                                      Statement Ending 06/30/2026                          Page 2 of 6

## INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
| --- | --- | --- | --- |
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |

| NUMBER | AMOUNT | | |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL CHECKS NOT LISTED ───────► | | | |
| --- | --- | --- | --- |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE          BALANCE | | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

027871 1131035 0000000 069415 138830 01/03

# Starion Bank

PO Box 848
Mandan, ND 58554

**Statement Ending 06/30/2026**

*PARKSIDE PLACE LLC*                                    Page 3 of 6

*Customer Number*          '88

## ND STAR CHECKING -          688 (continued)

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 06/02/2026 | CP BUSINESS MANA may15-31 4 XXXXX6888 | $337.79 |
| 06/10/2026 | xfer from 8688 to 8658 - 2410 Burger deposit. Tx from checki | $700.00 |
| 06/17/2026 | CP BUSINESS MANA jun1-15 3. XXXXX6888 | $488.01 |
| 06/17/2026 | Liberty Mutual PAYMENT 140648227658955 | $1,800.98 |
| 06/29/2026 | xfer from 8688 to 8658 - otto security deposit (zego)   *not dp. to chkg in reconciliation* | $700.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 20253 | 06/12/2026 | $1,680.54 | 20278 | 06/24/2026 | $112.00 | 20286 | 06/22/2026 | $1,046.07 |
| 20271* | 06/02/2026 | $144.00 | 20279 | 06/16/2026 | $2,636.47 | 20287 | 06/24/2026 | $288.00 |
| 20273* | 06/01/2026 | $467.28 | 20281* | 06/11/2026 | $3,090.08 | 20289* | 06/29/2026 | $105.00 |
| 20274 | 06/02/2026 | $115.50 | 20282 | 06/12/2026 | $40,000.00 | 20290 | 06/22/2026 | $250.36 |
| 20275 | 06/01/2026 | $250.36 | 20283 | 06/16/2026 | $19,266.67 | 20291 | 06/25/2026 | $212.40 |
| 20276 | 06/02/2026 | $371.70 | 20284 | 06/22/2026 | $495.48 | 20292 | 06/23/2026 | $847.93 |
| 20277 | 06/01/2026 | $228.28 | 20285 | 06/23/2026 | $511.49 | 20293 | 06/25/2026 | $90.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/01/2026 | $125,387.13 | 06/11/2026 | $160,328.85 | 06/23/2026 | $96,679.21 |
| 06/02/2026 | $124,418.14 | 06/12/2026 | $122,518.31 | 06/24/2026 | $96,979.21 |
| 06/03/2026 | $138,512.33 | 06/15/2026 | $123,553.31 | 06/25/2026 | $96,676.81 |
| 06/04/2026 | $145,957.33 | 06/16/2026 | $101,650.17 | 06/29/2026 | $95,871.81 |
| 06/05/2026 | $157,722.33 | 06/17/2026 | $99,361.18 | 06/30/2026 | $96,162.45 |
| 06/08/2026 | $158,802.33 | 06/18/2026 | $99,827.15 | | |
| 06/10/2026 | $160,197.33 | 06/22/2026 | $98,035.24 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



PARKSIDE PLACE LLC                            688              Statement Ending 06/30/2026                    Page 4 of 6



#0000          06/10/2026          $700.00



#0000          06/29/2026          $700.00



#20253          06/12/2026          $1,680.54



#20271          06/02/2026          $144.00



#20273          06/01/2026          $467.28



#20274          06/02/2026          $115.50



#20275          06/01/2026          $250.36



#20276          06/02/2026          $371.70



#20277          06/01/2026          $228.28



#20278          06/24/2026          $112.00

# Starion Bank

PO Box 848
Mandan, ND 58554



#20279          06/16/2026          $2,636.47



#20281          06/11/2026          $3,090.08



#20282          06/12/2026          $40,000.00



#20283          06/16/2026          $19,266.67



#20284          06/22/2026          $495.48



#20285          06/23/2026          $511.49



#20286          06/22/2026          $1,046.07

#20287          06/24/2026          $288.00

#20289          06/29/2026          $105.00

#20290          06/22/2026          $250.36

PARKSIDE PLACE LLC                               38                    Statement Ending 06/30/2026                    Page 6 of 6



| | | |
|---|---|---|
| #20291 | 06/25/2026 | $212.40 |
| #20292 | 06/23/2026 | $847.93 |
| #20293 | 06/25/2026 | $90.00 |

027871 1131035 0000000 069417 138834 03/03

 

# Starion Bank

PO Box 848
Mandan, ND 58554

*Statement Ending 06/30/2026*

PARKSIDE PLACE LLC                          *Page 1 of 4*
**Customer Number:**          658

>002633 7884997 0001 92855 10Z

0058837
DC02

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379



## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| 🎧 | Phone | 701.281.5600 |
| 💻 | Website | Starionbank.com |



## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | 8658 | $38,552.41 |

## REGULAR SAVINGS NON PERS -          658

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2026 | Beginning Balance | $38,178.31 |
| | 8 Credit(s) This Period | $7,009.10 |
| | 3 Debit(s) This Period | $6,635.00 |
| 06/30/2026 | Ending Balance | $38,552.41 |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 04/01/2026 Through 06/30/2026 | |
| Annual Percentage Yield Earned | 0.10% |
| Interest Days | 91 |
| Interest Earned | $9.10 |
| Interest Paid This Period | $9.10 |
| Interest Paid Year-to-Date | $18.37 |
| Average Ledger Balance | $38,412.48 |
| Average Available Balance | $38,412.48 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **04/01/2026** | **Beginning Balance** | | | **$38,178.31** |
| 04/13/2026 | xfer from 8658 to 8688 - dep. returns 2208 1035, 2310 750 | $1,785.00 | | $36,393.31 |
| 04/27/2026 | EDEPOSIT | | $700.00 | $37,093.31 |
| 04/27/2026 | EDEPOSIT | | $2,100.00 | $39,193.31 |
| 05/13/2026 | EDEPOSIT | | $1,400.00 | $40,593.31 |
| 05/14/2026 | xfer from 8658 to 8688 - deposit returns 2211 1025 | $1,025.00 | | $39,568.31 |
| 06/10/2026 | xfer from 8688 to 8658 - 2410 Burger deposit. Tx from checki | | $700.00 | $40,268.31 |
| 06/11/2026 | EDEPOSIT | | $700.00 | $40,968.31 |
| 06/12/2026 | xfer from 8658 to 8688 - 2307-1025, 2311-1025, 2305-750, 241 | $3,825.00 | | $37,143.31 |
| 06/26/2026 | EDEPOSIT | | $700.00 | $37,843.31 |
| 06/29/2026 | xfer from 8688 to 8658 - otto security deposit (zego) | | $700.00 | $38,543.31 |



Member **FDIC**
EQUAL HOUSING LENDER

PARKSIDE PLACE LLC                                  58          Statement Ending 06/30/2026                        Page 2 of 4

## INFORMATION FOR CONSUMER ACCOUNTS
### WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS
**Billing Rights Summary**
### *What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information*: Your name and account number
(2) *Dollar amount*: The dollar amount of the suspected error
(3) *Description of Problem*: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### **Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

## HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| | DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | | |
| | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED ————▶ | | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE        BALANCE | | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

# Starion Bank

PO Box 848
Mandan, ND 58554

*PARKSIDE PLACE LLC*                                        *Page 3 of 4*

*Customer Number.*        *658*

## REGULAR SAVINGS NON PERS -    558 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/30/2026 | INTEREST | | $9.10 | $38,552.41 |
| **06/30/2026** | **Ending Balance** | | | **$38,552.41** |

### Overdraft and Returned Item Fees



| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

PARKSIDE PLACE LLC | '58 | Statement Ending 06/30/2026 | Page 4 of 4

Starionbank.com

7/14/2026 7:03 PM

## Rent Roll

Property = Parkside Place

As Of = 06/28/2026

Month = 06/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | CAM | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|-------------|----------------|-----|------|---------|------------------|----------|
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 519.04 | 0.00 | 09/01/2021 | 08/31/2026 | |
| 202 | COUNTY FAIR FOODS OF WATERT | 1,290.00 | 2,000.00 | 267.15 | 0.00 | 10/01/2021 | 09/30/2026 | |
| 2201 | ERIN KRAVIK | 1,035.00 | 925.00 | 0.00 | 0.00 | 05/04/2024 | 11/30/2026 | |
| 2202 | HOLLY // LISA OHMAN | 1,080.00 | 965.00 | 0.00 | 0.00 | 08/01/2022 | | |
| 2203 | ZOIE FRASER | 1,055.00 | 750.00 | 0.00 | 0.00 | 02/01/2025 | 02/28/2027 | |
| 2204 | JAIME BRANN | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 06/04/2025 | 06/30/2026 | 06/30/2026 |
| 2205 | QUINN KOTEK | 1,025.00 | 925.00 | 0.00 | 0.00 | 07/01/2024 | 06/30/2025 | 06/30/2026 |
| 2206 | JOSIAH KULL | 1,090.00 | 700.00 | 0.00 | 0.00 | 03/10/2026 | 03/31/2027 | |
| 2207 | MARGARET MELAND | 1,035.00 | 1,025.00 | 0.00 | 0.00 | 08/05/2024 | 02/29/2028 | |
| 2208 | ETHAN SPEIDELL | 1,090.00 | 700.00 | 0.00 | 0.00 | 04/01/2026 | 03/31/2027 | |
| 2209 | MARIAH GAUKLER | 1,035.00 | 980.00 | 0.00 | 0.00 | 05/01/2023 | 04/30/2024 | 06/30/2026 |
| 2210 | Mark Keller | 1,080.00 | 945.00 | 0.00 | 0.00 | 03/11/2022 | 04/30/2027 | |
| 2211 | OLIVIA HUSTOFT | 1,090.00 | 700.00 | 0.00 | 0.00 | 05/01/2026 | 04/30/2027 | |
| 2212 | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2301 | JADEEN ROSA CASTRO | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 08/07/2025 | 08/31/2026 | |
| 2302 | TIFFANY SANDERSON | 1,080.00 | 980.00 | 0.00 | 0.00 | 01/01/2023 | 07/31/2027 | |
| 2303 | SAMANTHA ADAM | 1,060.00 | 945.00 | 0.00 | 0.00 | 05/10/2022 | 04/30/2027 | |
| 2304 | CHANDLER PEERY | 1,035.00 | 925.00 | 0.00 | 0.00 | 05/10/2024 | 11/30/2026 | |
| 2305 | TAYLOR VEFLIN | 1,090.00 | 700.00 | 0.00 | 0.00 | 06/01/2026 | 05/31/2027 | |
| 2306 | GARY HOFER | 1,080.00 | 925.00 | 0.00 | 0.00 | 05/15/2024 | 07/31/2027 | |
| 2307 | RYAN PECK | 1,090.00 | 700.00 | 0.00 | 100.00 | 06/01/2026 | 11/30/2026 | |
| 2308 | JORGE ROSA | 1,080.00 | 1,000.00 | 0.00 | 0.00 | 01/10/2025 | 01/09/2026 | |
| 2309 | DAVID TIJERINA | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 03/01/2025 | 02/28/2026 | |
| 2310 | SUSAN BEEBE | 1,090.00 | 700.00 | 0.00 | 0.00 | 05/01/2026 | 04/30/2027 | |
| 2311 | MICHELLE AUGHENBAUGH | 1,090.00 | 700.00 | 0.00 | 0.00 | 06/23/2026 | 06/30/2027 | |
| 2312 | CIARA FRANK | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 08/01/2025 | 07/31/2026 | 07/31/2026 |
| 2401 | ANNA SAMUELSON | 1,025.00 | 1,025.00 | 0.00 | 0.00 | 07/07/2025 | 07/31/2026 | 07/31/2026 |
| 2402 | JOELLE CONSIER | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 04/16/2025 | 04/30/2027 | |
| 2403 | MADELYN PUGSLEY | 1,055.00 | 750.00 | 0.00 | 0.00 | 01/01/2025 | 12/31/2025 | 06/30/2026 |

**Page 1 of 2**

7/14/2026 7:03 PM

## Rent Roll

Property =  Parkside Place

As Of = 06/28/2026

Month = 06/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | CAM | Misc | Move In | Lease Expiration | Move Out |
|------|-------------|-------------|----------------|-----|------|---------|------------------|----------|
| 2404 | BRANDON BROWN | 1,035.00 | 980.00 | 0.00 | 0.00 | 12/01/2022 | 12/31/2026 | |
| 2405 | AMANDA KWASNIEWSKI | 1,090.00 | 700.00 | 0.00 | 0.00 | 02/18/2026 | 02/28/2027 | |
| 2406 | HOPE LEWANDOWSKI | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 03/01/2025 | 03/31/2027 | |
| 2407 | COLE WEGNER | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 08/14/2024 | 08/31/2025 | |
| 2408 | JOSEPH NOELDNER | 1,035.00 | 1,025.00 | 0.00 | 0.00 | 09/01/2023 | 08/31/2026 | 05/31/2026 |
| 2409 | JOSHUA GILLILAND | 1,080.00 | 500.00 | 0.00 | 0.00 | 12/01/2021 | | |
| 2410 | ELIZABETH BURGER | 1,090.00 | 700.00 | 0.00 | 0.00 | 05/22/2026 | 05/31/2027 | |
| 2411 | REYNA REYES | 1,035.00 | 1,035.00 | 0.00 | 0.00 | 12/01/2025 | 11/30/2026 | |
| 2412 | BENJAMIN WAGNER | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 06/01/2024 | 06/30/2027 | |
| **Future Tenants/Applicants** | | | | | | | | |
| 2205 | DEVAN BROCKEL | 0.00 | 700.00 | 0.00 | 0.00 | 08/01/2026 | 07/31/2027 | |
| **Total** | **Parkside Place** | **41,033.00** | **37,805.00** | **786.19** | **100.00** | | | |

| Summary Groups | Actual Rent | Security Deposit | CAM | Misc | # Of Units | % Unit Occupancy | % Sqft Occupied |
|----------------|-------------|------------------|-----|------|------------|------------------|-----------------|
| Current/Notice/Vacant Tenants | 41,033.00 | 37,805.00 | 786.19 | 100.00 | 38 | 97.36 | 97.22 |
| Future Tenants/Applicants | 0.00 | 700.00 | 0.00 | 0.00 | 1 | 0.00 | 0.00 |
| Occupied Units | 0.00 | 0.00 | 0.00 | 0.00 | 37 | 97.36 | 97.22 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 0.00 | 1 | 2.63 | 2.77 |
| **Totals:** | **41,033.00** | **37,805.00** | **786.19** | **100.00** | **38** | **100.00** | **100.00** |

**Page 2 of 2**

| Month | Wk Ending | Post Date | Account | Receipt/Disbursement | Amount |
|-------|-----------|-----------|---------|----------------------|--------|
| 26-06 | 06/05/26 | 06/05/26 | Rent | Receipt | $3,185.00 |
| 26-06 | 06/05/26 | 06/05/26 | Rent | Receipt | $8,580.00 |
| 26-06 | 06/05/26 | 06/04/26 | Rent | Receipt | $1,080.00 |
| 26-06 | 06/05/26 | 06/04/26 | Rent | Receipt | $1,090.00 |
| 26-06 | 06/05/26 | 06/04/26 | Rent | Receipt | $3,105.00 |
| 26-06 | 06/05/26 | 06/04/26 | Rent | Receipt | $2,170.00 |
| 26-06 | 06/05/26 | 06/03/26 | Rent | Receipt | $1,035.00 |
| 26-06 | 06/05/26 | 06/03/26 | Rent | Receipt | $4,589.19 |
| 26-06 | 06/05/26 | 06/03/26 | Rent | Receipt | $8,470.00 |
| 26-06 | 06/12/26 | 06/12/26 | Property Management | Receipt | $45.00 |
| 26-06 | 06/12/26 | 06/12/26 | Transfer | Receipt | $3,825.00 |
| 26-06 | 06/12/26 | 06/11/26 | Property Management | Receipt | $45.00 |
| 26-06 | 06/12/26 | 06/11/26 | Rent | Receipt | $1,035.00 |
| 26-06 | 06/12/26 | 06/11/26 | Rent | Receipt | $2,141.60 |
| 26-06 | 06/12/26 | 06/10/26 | Rent | Receipt | $2,095.00 |
| 26-06 | 06/12/26 | 06/08/26 | Rent | Receipt | $1,080.00 |
| 26-06 | 06/12/26 | 06/12/26 | Transfer | Receipt | $700.00 |
| 26-06 | 06/12/26 | 06/10/26 | Transfer | Receipt | $700.00 |
| 26-06 | 06/19/26 | 06/18/26 | Repairs/Maintenance | Receipt | $465.97 |
| 26-06 | 06/19/26 | 06/15/26 | Rent | Receipt | $1,035.00 |
| 26-06 | 06/26/26 | 06/24/26 | Transfer | Receipt | $700.00 |
| 26-06 | 06/26/26 | 06/23/26 | Rent | Receipt | $3.39 |
| 26-06 | 06/26/26 | 06/26/26 | Rent | Receipt | $700.00 |
| 26-06 | 07/03/26 | 06/30/26 | Rent | Receipt | $290.64 |
| 26-06 | 07/03/26 | 06/30/26 | Clearing-Tenant Deposits | Receipt | $700.00 |
| 26-06 | 07/03/26 | 06/30/26 | Other Income | Receipt | $9.10 |
| | | | | **Total:** | **$48,874.89** |

| Month | Wk Ending | Post Date | Account | Receipt/ Disbursement | Amount |
|---|---|---|---|---|---|
| 26-06 | 06/05/26 | 06/02/26 | Resident Manager | Disbursement | ($337.79) |
| 26-06 | 06/05/26 | 06/02/26 | Repairs/Maintenance | Disbursement | ($144.00) |
| 26-06 | 06/05/26 | 06/02/26 | Painting | Disbursement | ($115.50) |
| 26-06 | 06/05/26 | 06/02/26 | Janitorial | Disbursement | ($371.70) |
| 26-06 | 06/05/26 | 06/01/26 | Janitorial | Disbursement | ($467.28) |
| 26-06 | 06/05/26 | 06/01/26 | Internet, Phone & SW Exp | Disbursement | ($250.36) |
| 26-06 | 06/05/26 | 06/01/26 | Repairs/Maintenance | Disbursement | ($228.28) |
| 26-06 | 06/12/26 | 06/12/26 | Repairs/Maintenance | Disbursement | ($1,680.54) |
| 26-06 | 06/12/26 | 06/12/26 | Mortgage 1st | Disbursement | ($40,000.00) |
| 26-06 | 06/12/26 | 06/11/26 | Property Management | Disbursement | ($3,090.08) |
| 26-06 | 06/12/26 | 06/10/26 | Transfer | Disbursement | ($700.00) |
| 26-06 | 06/12/26 | 06/12/26 | Transfer | Disbursement | ($3,825.00) |
| 26-06 | 06/19/26 | 06/17/26 | Resident Manager | Disbursement | ($488.01) |
| 26-06 | 06/19/26 | 06/17/26 | Insurance | Disbursement | ($1,800.98) |
| 26-06 | 06/19/26 | 06/16/26 | Electric/Gas/Water/Sewer | Disbursement | ($2,636.47) |
| 26-06 | 06/19/26 | 06/16/26 | Mortgage 1st | Disbursement | ($19,266.67) |
| 26-06 | 06/26/26 | 06/25/26 | Repairs/Maintenance | Disbursement | ($212.40) |
| 26-06 | 06/26/26 | 06/25/26 | Professional Fees | Disbursement | ($90.00) |
| 26-06 | 06/26/26 | 06/24/26 | Repairs/Maintenance | Disbursement | ($112.00) |
| 26-06 | 06/26/26 | 06/24/26 | Repairs/Maintenance | Disbursement | ($288.00) |
| 26-06 | 06/26/26 | 06/23/26 | Clearing-Tenant Deposits | Disbursement | ($511.49) |
| 26-06 | 06/26/26 | 06/23/26 | Repairs/Maintenance | Disbursement | ($847.93) |
| 26-06 | 06/26/26 | 06/22/26 | Clearing-Tenant Deposits | Disbursement | ($495.48) |
| 26-06 | 06/26/26 | 06/22/26 | Janitorial | Disbursement | ($1,046.07) |
| 26-06 | 06/26/26 | 06/22/26 | Internet, Phone & SW Exp | Disbursement | ($250.36) |
| 26-06 | 07/03/26 | 06/29/26 | Painting | Disbursement | ($105.00) |
| 26-06 | 07/03/26 | 06/30/26 | Clearing-Tenant Deposits | Disbursement | ($700.00) |
| | | | | **Total:** | **($80,061.39)** |

## Balance Sheet

Owner = PARKSIDE PLACE (all properties)

Month = Jun 2026

Book = Cash

| ACCOUNT | CURRENT BALANCE |
|---|---|
| Parkside Apartment DIP Checking | 83,182.27 |
| Parkside Real Estate Tax Escrow | 7,598.36 |
| **Total DIP Checking Account** | **90,780.63** |
| | |
| TIF Value | 1,463,012.38 |
| Parkside Security Deposit DIP Savings Acct | 38,552.41 |
| | |
| Property and Equipment | |
| Buildings | 6,870,000.00 |
| Appliances/AC | 205,000.00 |
| Land | 425,000.00 |
| Total Property and Equipment | 7,500,000.00 |
| | |
| **Total Assets** | **9,092,345.42** |
| | |
| **LIABILITIES & CAPITAL** | |
| | |
| Liabilities | |
| Parkside Security Deposits DIP Acct | 38,552.41 |
| Mortgage 1st | 4,769,252.49 |
| TIF Mortgage | 1,463,012.38 |
| Total Liabilities | 6,193,712.46 |
| | |
| Capital | |
| Owner Contribution | 2,818.76 |
| Retained Earnings | 2,895,814.20 |
| Total Capital | 2,898,632.96 |
| | |
| **Total Liabilities & Capital** | **9,092,345.42** |

Tuesday, July 14, 2026
06:33 PM

**Parkside: Monthly Cash Profit & Loss**

| line | Week Ending: | 26-01 | 26-02 | 26-03 | 26-04 | 26-05 | 26-06 |
|---|---|---|---|---|---|---|---|
| | **Receipts** | | | | | | |
| | Rent | 42,590 | 39,139 | 43,506 | 41,380 | 43,609 | 41,685 |
| | Other Income | - | - | 9 | - | - | 9 |
| | Transfer | - | - | - | - | 268 | 1,400 |
| | **Income** | **$ 42,590** | **$ 39,139** | **$ 43,515** | **$ 41,380** | **$ 43,877** | **$ 43,094** |
| | | | | | | | |
| | **Disbursements** | | | | | | |
| | Maintenance Disbursements | | | | | | |
| | Maintenance Staff Costs | - | (136) | (232) | (144) | (224) | - |
| | Resident Manager | (325) | (237) | (457) | (1,287) | (288) | (826) |
| | Repairs/Maintenance | (168) | (48) | - | (458) | (2) | (3,047) |
| | Janitorial | (1,152) | (347) | (48) | (1,468) | (1,425) | (1,885) |
| | Painting | (376) | - | (88) | (271) | - | (221) |
| | Plumbing | - | - | (284) | - | - | - |
| | Fire Prevention | - | (541) | - | - | (924) | - |
| | Snow Removal | (271) | (398) | (421) | - | (361) | - |
| | Total Maintenance Disbursements | (2,292) | (1,706) | (1,529) | (3,629) | (3,224) | (5,979) |
| | | | | | | | |
| | Admin/Utility Expenses | | | | | | |
| | Internet, Phone & SW Exp | (412) | (289) | (289) | (289) | (250) | (501) |
| | Property Management | (4,493) | (2,821) | (3,193) | (2,527) | (3,734) | (3,000) |
| | Insurance | (3,225) | - | (1,795) | (3,598) | (1,801) | (1,801) |
| | Electric/Gas/Water/Sewer | (2,630) | (2,909) | (3,078) | - | (5,357) | (2,636) |
| | Elevator | (494) | - | - | (494) | - | - |
| | Garbage | - | (414) | (207) | - | (414) | - |
| | Total Admin/Utility Expenses | (11,254) | (6,433) | (8,562) | (6,908) | (11,556) | (7,938) |
| | | | | | | | |
| | Gen & admin exp (lines 17 + 26) | (13,546) | (8,139) | (10,091) | (10,537) | (14,780) | (13,917) |
| | | | | | | | |
| | Cash Flow from Operations (lines 5 + 17 + 26) | 29,044 | 31,000 | 33,424 | 30,842 | 29,096 | 29,177 |
| | | | | | | | |
| | Financing and Other | | | | | | |
| | US Court Trustee 0.4% | (6) | (739) | - | (411) | - | - |
| | Mortgage 1st | (19,267) | (26,767) | (19,267) | (19,267) | (19,267) | (59,267) |
| | Professional Fees | (505) | (450) | (450) | (200) | - | (90) |
| | Manager Oversite $45/unit | (1,755) | - | - | - | - | - |
| | Total Financing and Other | (21,533) | (27,956) | (19,717) | (19,878) | (19,267) | (59,357) |
| | | | | | | | |
| | **Profit/(Loss) (lines 30 + 37)** | **7,510** | **3,044** | **13,708** | **10,965** | **9,830** | **(30,180)** |

7/15/2026 10:00 AM

# Aged Receivable

Property = Parkside Place  Status: Current, Notice  Month From: 06/2026

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-Payments | Total Owed |
|----------|--------|--------|-------------:|----------:|-----------:|-----------:|-------------:|-------------:|-----------:|
| **Parkside Place** | | | | | | | | | |
| Parkside Place | OHMAN HOLLY // LISA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -30.00 | -30.00 |
| Parkside Place | CONSIER JOELLE | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,080.00 | -1,080.00 |
| Parkside Place | FRANK CIARA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| Parkside Place | ROSA CASTRO JADEEN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,025.00 | -1,025.00 |
| Parkside Place | KWASNIEWSKI AMANDA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 | -1,090.00 |
| Parkside Place | VEFLIN TAYLOR | Current | -1,090.00 | -1,090.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,090.00 |
| Parkside Place | PECK RYAN | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,190.00 | -1,190.00 |
| **Parkside Place** | | | **-1,090.00** | **-1,090.00** | **0.00** | **0.00** | **0.00** | **-5,440.00** | **-6,530.00** |
| | | | | | | | | | |
| **Grand Total** | | | **-1,090.00** | **-1,090.00** | **0.00** | **0.00** | **0.00** | **-5,440.00** | **-6,530.00** |

UserId : mcraig@cpbusmgt.com Date : 07/14/2026 Time : 23:16

# Payables Aging Report

Period: -06/2026

As of : 06/30/2026

| Payee Name Notes | Invoice | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Tuesday, July 14, 2026
06:17 PM

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20282

06/02/26

$40,000.00**

TO THE
ORDER OF      **** FORTY THOUSAND AND 00/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

NON-NEGOTIABLE

MEMO: Loan Payment

use of cash collateral for the payment of standard management fees to CP Business Management or a chief restructuring officer ("CRO"), if approved by the Court. Both parties reserve all rights to petition for, or object to, future use of cash collateral to pay "Manager Oversite" fees or approved compensation due to a CRO, after the term of this Stipulation expires.

5.  Adequate Protection and Replacement Liens. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

i.  Parkside will pay the sum of $19,266.67.00 on the 15th day of each month to be applied to debt service.

ii.  Parkside shall each remit to the Bank, within three (3) business days of the entry of an order granting this stipulation, the added sum of $40,000 to be applied to debt service.

iii.  The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

iv.  The Bank shall be granted perfected replacement liens and security interests, pursuant to 11 U.S.C. § 552, in Debtors' postpetition accounts receivables, general intangibles, cash, and rents of the same priority, dignity, and effect as the prepetition liens and security interests on the prepetition property of Debtor, to the extent of any diminution in cash collateral or prepetition accounts receivables, general intangibles, cash, and

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20283

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/10/26

$19,266.67**

**** NINETEEN THOUSAND TWO HUNDRED SIXTY SIX AND 67/100 DOLLARS

**NON-NEGOTIABLE**

TO THE
ORDER OF

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN   56548

MEMO: Loan Payment

use of cash collateral for the payment of standard management fees to CP

Business Management or a chief restructuring officer ("CRO"), if approved

by the Court. Both parties reserve all rights to petition for, or object to,

future use of cash collateral to pay "Manager Oversite" fees or approved

compensation due to a CRO, after the term of this Stipulation expires.

5.    Adequate Protection and Replacement Liens. In consideration of and as adequate

protection for use of the Banks' cash collateral and post-petition cash generated from rents or other

cash sources of income, the Parties request:



i.    Parkside will pay the sum of $19,266.67.00 on the 15th day of each month
to be applied to debt service.

ii.    Parkside shall each remit to the Bank, within three (3) business days of the
entry of an order granting this stipulation, the added sum of $40,000 to be
applied to debt service.

iii.    The adequate protection payments to the Bank set forth in this
paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements
of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments
are made.

iv.    The Bank shall be granted perfected replacement liens and security
interests, pursuant to 11 U.S.C. § 552, in Debtors' postpetition accounts
receivables, general intangibles, cash, and rents of the same priority,
dignity, and effect as the prepetition liens and security interests on the
prepetition property of Debtor, to the extent of any diminution in cash
collateral or prepetition accounts receivables, general intangibles, cash, and

FARMSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20286

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/16/26

$1,046.07***

TO THE
ORDER OF     **** ONE THOUSAND FORTY SIX AND 07/100 DOLLARS

ALWAYS SPARKLING
26 1st Ave SW
#3310
WATERTOWN, SD    57201

NON-NEGOTIABLE



Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001380

Issue date
May 27, 2026

# Invoice #001380

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management | PDF created May 27, 2026 | Due May 27, 2026 |
| livingwatertown@gmail.com | $63.72 | $63.72 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $60.00 | $60.00 |
| *2307 Refresh — 1.5 hours* | | | |
| *-floors* | | | |
| *-counter tops* | | | |
| *-windows* | | | |
| *-appliance smudges* | | | |
| *-shower* | | | |
| *-toilet* | | | |
| *-AC* | | | |
| *-dusting throughout* | | | |
| *-washer build up* | | | |

| | |
|---|---|
| Subtotal | $60.00 |
| Codington County | $3.72 |

## Total Due

## $63.72



**Pay online**

**To pay your invoice go to https://squareup.com/u/ZxRCxmb0**

Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1

**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001384

Issue date
May 27, 2026

# Invoice #001384

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management | PDF created May 27, 2026 | Due May 27, 2026 |
| livingwatertown@gmail.com | $451.35 | $451.35 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $425.00 | $425.00 |
| *Parkside Monthly Building Clean ---May 2026* | | | |

| | | |
|---|---|---|
| Subtotal | | $425.00 |
| Codington County | | $26.35 |

## Total Due                                                        $451.35



**Pay online**

To pay your invoice go to https://squareup.com/u/8z8zYler

Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238



Invoice #001387

**Issue date**
Jun 5, 2026

# Invoice #001387

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

**Customer**
Mindy Craig CP Business Management
livingwatertown@gmail.com
(605) 237-8806
PO Box 9379
Fargo , ND 58106

**Invoice Details**
PDF created June 8, 2026
$254.88

**Payment**
Due June 5, 2026
$254.88

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 6 | $40.00 | $240.00 |

*2305 Move Out Cleaning:*
*-window tracks and seals*
*-blinds bedroom/livingroom*
*-wall smudges*
*-baseboards*
*-heat registers*
*-doors*
*-light switches/outlets*
*Sweep, Vacuum, Mop*
*-inside washing machine*
*-dishwasher / filter*
*-microwave*
*-cabinets inside/out*
*-counter tops*
*-sink/faucet*
*-shower*
*Vanity inside/out*
*-toilet inside/out*

| | |
|---|---|
| Subtotal | $240.00 |
| Codington County | $14.88 |

## Total Due                                      $254.88



**Pay online**

**To pay your invoice go to https://squareup.com/u/nZzkDNye**
Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238



Invoice #001392

Issue date
Jun 12, 2026

# Invoice #001392

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management | PDF created June 16, 2026 | Due June 12, 2026 |
| livingwatertown@gmail.com | $212.40 | $212.40 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $200.00 | $200.00 |
| *Move Out Cleaning: Apt 3511* | | | |
| *-5 hours* | | | |
| | | | |
| *Inside/Out Cabinets* | | | |
| *Oven* | | | |
| *Washing Machine* | | | |
| *Windows/Screens* | | | |
| *AC* | | | |
| *Light switches/Outlets* | | | |
| *Wall smudges* | | | |
| *Shower* | | | |
| *Sink* | | | |
| *Toilet* | | | |
| *Fixtures* | | | |
| *Exhaust Fan* | | | |
| *Registers* | | | |
| *Doors* | | | |
| *Blinds one bedroom* | | | |
| *Baseboards one bedroom* | | | |

| | |
|---|---|
| Subtotal | $200.00 |
| Codington County | $12.40 |



**Pay online**

**To pay your invoice go to https://squareup.com/u/OeMmCOPX**

Or open the camera on your mobile device and place the QR code in the camera's view.



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238



Invoice #001388

**Issue date**
Jun 5, 2026

# Invoice #001388

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| **Customer** | **Invoice Details** | **Payment** |
|---|---|---|
| Mindy Craig CP Business Management | PDF created June 8, 2026 | Due June 5, 2026 |
| livingwatertown@gmail.com | $276.12 | $276.12 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $260.00 | $260.00 |

*2311 Move Out Cleaning*
*6.5 hours*
*-window tracks/seals*
*-blinds*
*-wall smudges*
*-heat registers*
*-AC / Filter*
*-doors*
*Light switches / outlets*
*Sweep, Vacuum, Mop*
*-washing machine*
*-dryer dust*
*-top of freezer*
*-dishwasher / filter*
*-stove / oven pulled out*
*-microwave*
*Cabinets inside / out light*
*-sink faucet*
*-shower/fixtures*
*-bath sink/vanity*
*-tp holder*
*-mirror*
*-exhaust fan*
*-toilet*



**Pay online**

**To pay your invoice go to https://squareup.com/u/0kx0QjYJ**

Or open the camera on your mobile device and place the QR code in the camera's view.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20293

06/17/26

$90.00******

TO THE
ORDER OF

**** NINETY AND 00/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,    58106

NON-NEGOTIABLE
_____

MEMO: app fees x2, 6/10, 6/11

| Bank Account | Date | Total | Trans # | Resident | Property | Unit | Init Date | Type | Bill Type | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| #8688 | 06-11-2026 | $45.00 | | | | | | | | |
| | | | 543584727 | Mara Otto | Parkside Place | | 06-07-2026 | Mastercard | Application fee | $45.00 |
| #8688 | 06-12-2026 | $45.00 | | | | | | | | |
| | | | 543923198 | Jennifer Otto | Parkside Place | | 06-09-2026 | Mastercard | Application fee | $45.00 |

PAID
20293

PAID
20293

App fees
Cut check to
CP Business

**Alexis Burbach**

**2026**

From:    1-Jun

To:    15-Jun

PAID

*Parkside Place*

| Invoice #: | 2034 |
| Invoice Date: | 6/15/2026 |
| Due Date: | 6/16/2026 |

| Date | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|
| 6/4 | 1:30 PM | 2:15 PM | 0:45: | building walk through , maintenance scheduled | $19.13 |
| 6/5 | 2:00 PM | 3:00 PM | 1:00: | carpet memos handed out, check building pictures of floor stains | $25.50 |
| 6/8 | 12:30 | 13:30 | 1:00: | showing 2311 approved michelle, late - deposit paid | $25.50 |
| 6/10 | 11:45 | 12:15 PM | 0:30: | showing Tanner/dad 2408 | $12.75 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | **Total Hours** | **3:15:** | | **Total Hourly Pay $25.50/hour** | **$82.87** |

| | Start | End | Total Hours | Maintenance | |
|---|---|---|---|---|---|
| | **Total Hours** | **0:00:** | | **Total Maintenance $30/hour** | **$0.00** |

| | | | | **Total Reimbursement** | **$0.00** |
|---|---|---|---|---|---|

| Date | Unit | | Commission | | |
|---|---|---|---|---|---|
| 6/3 | 2205 | | Devan Brockel | | $200.00 |
| 6/6 | 2311 | | Michelle Aughenbaugh | | $200.00 |
| | | | $200 per new lease | | |
| | | | $200 per new lease | | |
| | | | **Total Commissions** | | **$400.00** |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $82.87 |
| Parkside Place Total Painting Amount: | $0.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $82.87 |
| Parkside Place Sales Tax (6.2%): | $5.14 |
| Parkside Place Total Commissions: | $400.00 |
| Parkside Place Total Paycheck Amount: | $488.01 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20292

06/16/26

$847.93*****

TO THE
ORDER OF

**** EIGHT HUNDRED FORTY SEVEN AND 93/100 DOLLARS

RIDDLE'S GLASS WATERTOWN
125 5TH ST NE
WATERTOWN, SD    57201

NON-NEGOTIABLE

Case 25-30002   Doc 501   Filed 07/22/26   Entered 07/22/26 15:46:36   Desc Main
Document      Page 44 of 86



# RIDDLE'S GLASS

**PAID**
20292

## Invoice

| | |
|---|---|
| Invoice No: | 58714 |
| Date: | 5/27/2026 |
| Quote: | 104912 |
| Page: | 1 of 1 |
| Order No: | 2201,2303,2312,2405 |

Bill To: CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO ND 58106
701-237-3369
livingwatertown@gmail.com

Site Address:

PARKSIDE PLACE
8 2ND ST NE
WATERTOWN SD 57201

| Quantity | Description | Size | Rate | Amount |
|---|---|---|---|---|
| 1 | **Parkside IG's** | | | |
| | 1 x Apt. 2201-Glass<br>No Charge, Glass Paid For On I-25-1389 | 32" x 51-1/8" | | |
| | 1 x Apt. 2303-Glass<br>No Charge, Glass Paid For On I-25-1383 | 32" x 51-1/8" | | |
| | 1 x Apt. 2312-Glass<br>Glass Provided By Property Management | 32-3/16" x 51-1/4" | | |
| | 1 x Apt. 2405-Glass | 31-15/16" x 19-15/16" | 104.96 | 104.96 |
| | 1 x silicone Dow Clear<br>clear silicone | 0" x 0" x 0" | 37.50 | 37.50 |
| | Labor - Residential | | | 640.00 |
| | 1 x Sales Tax | | 48.51 | 48.51 |

Click here to view the invoice online.

If you do not pay your account by the due date you will be liable for all legal costs, disbursements, debt collection costs and any other costs incurred while recovering the outstanding amount. **A 1.5% per month late payment fee will be charged to all past due accounts.**

| | | |
|---|---|---|
| Payment due within 30 day(s) of invoice.<br>We accept Amex, Visa, Mastercard, Discover, Check, and Cash. | Subtotal:<br>SD Excise Tax: | 830.97<br>16.96 |
| | Total: | **$847.93** |

Riddle's Glass Watertown. - Formerly Glass Products, 125 5th St NE, Watertown, SD, 57201, United States
Phone: 605-882-2344 Email: watertown@riddles.glass Website: www.riddlesglass.com

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20291

06/16/26                    $212.40*****

TO THE
ORDER OF        **** TWO HUNDRED TWELVE AND 40/100 DOLLARS

NORRIS CARPET CARE
615 3RD ST SE
WATERTOWN, SD   57201

NON-NEGOTIABLE



**NORRIS AMERICAN CARPET CARE**

931 23RD STREET SW

WATERTOWN, SD

605.237.1601 - 605.880.6676

*CHECK US OUT ON FACEBOOK!!*


20291

**1777**

"BEST AROUND"

Date: 6/4/26

Name: Parkside

Customer Signature: _____

Address: _____

City/State/Zip: Watertown S.D. 57201

Phone #: _____   Paid Check #: _____

☐ Cash      ☐ Charge      ☐ VISA      ☐ Master Card      ☐ Venmo

| ROOM | DESCRIPTION | | SQ. FT. | AMOUNT |
|------|-------------|---|---------|--------|
| #2408 | - x | = | | 100 00 |
| | - x | = | | |
| | - x | = | | |
| | - x | = | | 100 00 |
| #2305 | - x | = | | |
| | - x | = | | |
| | - x | = | | |
| | - x | = | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| COMMENTS | | SUBTOTAL | | 200 00 |
| | | TAX 6.2% | | 12 40 |
| | | **TOTAL** | | 212 40 |

WWW.WATERTOWNUPHOLSTERYCLEANING.COM

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20290

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/16/26

$250.36******

TO THE
ORDER OF     **** TWO HUNDRED FIFTY AND 36/100 DOLLARS

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD    57117

NON-NEGOTIABLE

Case 25-30002   Doc 501   Filed 07/22/26   Entered 07/22/26 15:46:36   Desc Main
Document      Page 49 of 86

## MIDCO BUSINESS®

PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 06/09/26 |
| Invoice Number | 38576070115542 |
| Account # | 385760701 |
| Page | 1 of 4 |

PARKSIDE PLACE, LLC
8 2ND ST NE
WATERTOWN SD 57201



**PAID**
20290

Thank you for choosing Midco.  We appreciate your business and look forward to serving you for years to come.

## Midco Alerts

**Got questions about your bill?** For help reading your statement, visit **Midco.com/Business/Statements**.

**Get a targeted marketing strategy.** Midco's team works with you to develop a demographic-based targeting strategy to hit the mark when it comes to your customers. See what else our team can do for you at **Midco.com/Advertising.**

**Connecting communities across the Midwest**. We're proud to power homes and businesses in our five-state footprint with our reliable services and local support teams.

### Billing Summary

| | |
|---|---|
| Account Number | 385760701 |
| **Total Amount Due** | **$250.36** |

### Account Activity

| | |
|---|---|
| Previous Balance | $250.36 |
| Payments Received | -$250.36 |
| Balance Forward | $0.00 |

### Current Charges

| | |
|---|---|
| Data and Related Services | $95.00 |
| Voice and Related Services | $60.00 |
| Other Services | $15.00 |
| Taxes, Fees & Surcharges | $80.36 |
| **Total Amount Due** | **$250.36** |

*Payment Due Date: 06/28/26*

**Payment Options**
Online: **Midco.com/Business/MyAccount**. Phone: 1.800.888.1300.
EFT: See reverse side. Mail: Return stub below & do not send cash.

**Online:** Midco.com/Business      **Phone:** 1.800.888.1300      **Email:** Business.Support@Midco.com

**MIDCO BUSINESS**

PO Box 5010
Sioux Falls, SD 57117-5010

Invoice Date                06/09/26
Invoice Number          38576070115542
Account #                    385760701
Page                            3 of 4

# Frequently Asked Questions

**What are State and Local Taxes?**
State, local and municipal governments mandate these taxes on equipment and services.

**What is the Carrier Cost Recovery Fee?**
The Carrier Cost Recovery Fee includes multiple fees associated with voice services. These include: Federal Access Charges, the Administration Recovery Fee, the Access Recovery Charge, the Local Number Portability Fee, and the Presubscribed Carrier Charge. This does not reflect a direct government charge.

**What are Federal Access Charges?**
These charges - proposed and authorized by the Federal Communications Commission (FCC) - provide for access to and maintenance of the local network.

**What is the Administration Recovery Fee?**
All carriers providing interstate telecommunications must support relay services, which enables phone conversations between people with speech/hearing impairments and those without.

**What is the Network Access Charge?**
The Network Access Charge allows carriers to recoup charges to support access and maintenance of the data network and costs associated with government assessments for the support of speech and hearing-impaired programs. This does not reflect a direct government charge.

**What is the Access Recovery Charge (ARC) Fee?**
The Access Recovery Charge (ARC) is a fee related to changes in FCC rules. This monthly fee is a way to recover the costs of providing access to the phone network.

**What is the Presubscribed Carrier Charge?**
This charge is for selecting and routing calls to a long-distance carrier.

**What is the Local Number Portability Fee?**
The Federal Communications Commission permits phone companies to add this charge to all phone lines as compensation for creating systems that allow residential and business phone customers to retain their existing local phone numbers (at the same location) when switching from one local phone service to another.

**What is the Federal Excise Tax?**
The federal government mandates this tax, which is imposed on local and wireless phone services.

**What is the Universal Service Fee?**
The Federal Communications Commission (FCC) created the Universal Service Fund (USF). This fee helps make voice and internet/data service affordable and available to all Americans, including low-income consumers and those living in areas where the costs of providing service is high. It also includes public and nonprofit schools and libraries serving low-income communities, as well as rural health care providers. Congress mandated that all telecommunications companies providing interstate service contribute to the USF. A carrier may include this contribution on customers' monthly bill.

**What is the County Government 911 Emergency Surcharge?**
Local governments mandate this surcharge to help pay for emergency services such as fire and rescue.

**What is the Telecom Relay Service Charge?**
This state service charge helps to pay for the state relay center, which transmits and translates calls for hearing-impaired people.

**What is the Gross Receipts Tax?**
This tax is on gross receipts derived from the furnishing of phone services. The service provider collects the tax and reports the collections annually to the Department of Revenue.

**What is Midco's policy on refunds for credit card transactions?**
When a customer pays money on an account by credit or debit card, and there needs to be a partial or full refund to that card because of the customer's transaction, it is Midco's policy to issue a credit to the customer's account as long as it is within 30 days of the credit transaction. If there was an error in the amount charged to card by Midco, we may issue a credit to the customer's credit card with a manager's approval.

**What is Midco's policy for returned payments?**
If any payment is returned unpaid, Midco will apply a fee to your next monthly statement. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

For customers who have authorized recurring payments: You authorize Midco to make a one-time electronic funds transfer (EFT) from your account to collect a fee. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

**Is a move in your future?**
If you plan on moving, please call 1.800.888.1300 or visit **Midco.com/Move** at least two weeks prior to your move to ensure a smooth transition of services. Then complete a change of address form with the U.S. Postal Service at **USPS.com** to make sure your mail always reaches you.

Case 25-30002   Doc 501   Filed 07/22/26   Entered 07/22/26 15:46:36   Desc Main Document   Page 50 of 86

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20287

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/16/26

$288.00*******

**** TWO HUNDRED EIGHTY EIGHT AND 00/100 DOLLARS

TO THE
ORDER OF

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

## Maintenance Hours

### 2026

**Maintenance Nai** *Bradley Warns*

$32.00 Hourly Rate

From: 1-June

To: 15-June



*Parkside Place*

Invoice #: 4034

Invoice Date: 6/15/2026

Due Date: 6/16/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 6/3 | 2311 | 6:30 PM | 7:00 PM | 0:30:00 | fridge seal, window/counter caulking, vanity door | $16.00 |
| 6/4 | | 9:00 | 10:00 | 1:00:00 | pick up ac units from Craigs | $32.00 |
| 6/4 | 2305 | 15:30 | 4:30 PM | 1:00: | doors adjusted, fridge/freezer seal pushed in, menards for materials | $32.00 |
| 6/4 | 2206 | 3:00 PM | 3:30 PM | 0:30: | replaced o ring in kitchen sink pipes | $16.00 |
| 6/4 | 2305 | 17:00 | 18:30 | 1:30: | caulk windows and counter tops, island counter top edging, microwave bottom piece, drill ac holes | $48.00 |
| 6/4 | 2408 | 18:30 | 9:00 PM | 2:30: | counter top edging, blinds need replaced, replace screens, adjust doors, counters and windows recaulked | $80.00 |
| 6/9 | 2307 | 13:30 | 14:00 | 0:30: | coax cord outlet loose - tenant worried about it and tightened | $16.00 |
| 6/9 | 2305 | 14:00 | 15:00 | 1:00: | HME never finished baseboards in bathroom - installed and filled | $32.00 |
| 6/9 | | 15:00 | 15:30 | 0:30: | measure 2408 blinds 70.5x79 -- 2311 cabinet looked at for color match | $16.00 |

**Total Hours** 9:00:

**Total Hourly Pay $32/hour** $288.00

**Parkside Place Paycheck :** $288.00

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20289

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/16/26

$105.00*******

TO THE
ORDER OF      **** ONE HUNDRED FIVE AND 00/100 DOLLARS

LIBBY BURGHARDT
311 OAK STREET
BRANDT, SD   57218

NON-NEGOTIABLE

May Maintenance Hours

Generations

5/7:    8-8:15 get supplies(.25)

8:15-8:30 paint touchups 3308(.25)

8:30-10 drywall/paint touchups 3315(1.5)

10-10:15 drywall/paint touchups  3415 (.25)

5/13: 12-12:15 paint touchups 3306 (.25)

5/20: 11:45- 12:15 get paint and supplies from diamond (.5)

12:15-1 small drywall repairs/paint touch up 3314 (.75)

1-2 paint touchups 3510 (1)

2-3:45 drywall repairs/paint touchups not done 3212 (1.75)

3:45-4:15 deprep, clean up 3212(.5)

7hours

Parkside

5/20: 8:45-9:15   grab supplies (.5)

9:15-9:45 paint touchups 2410 (.5)

9:45-11:45 drywall repairs and paint to window sills from water damage 2410 (2)

3hours

10@$35

**PAID**

20289

Libby Hours

PINNACLE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20273

05/25/26

$467.28******

TO THE
ORDER OF    **** FOUR HUNDRED SIXTY SEVEN AND 28/100 DOLLARS

ALWAYS SPARKLING
26 1st Ave SW
#3310
WATERTOWN, SD    57201

NON-NEGOTIABLE



Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001379

Issue date
May 20, 2026

# Invoice #001379

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management | PDF created May 21, 2026 | Due May 20, 2026 |
| livingwatertown@gmail.com | $254.88 | $254.88 |
| (605) 237-8806 | | |
| PO Box 9379 | | |
| Fargo , ND 58106 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 6 | $40.00 | $240.00 |

*2410 Move Out Cleaning:*

*Deep Cleaning Oven--- AC unit, Blinds, Window frames/sills,
one cabinet sticky residue*
*Animals hair particles throughout, light cleaning needed*
*-counter tops*
*-inside/out cabinets*
*-dishwasher/filter*
*-fridge*
*-sink*
*-doors*
*-wall smudges*
*-toilet*
*-sink*
*-mirror*
*-shower*
*-vanity*

| | |
|---|---|
| Subtotal | $240.00 |
| Codington County | $14.88 |

# Total Due $254.88



**Pay online**

**To pay your invoice go to https://squareup.com/u/zls9pLMZ**

Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice 507130

Issue date
Apr 13, 2026

2310 — Move Out Cleaning

Bathroom:
-wall smudges
-toilet
-tp holder
-vanity
-sink
-mirror
-exhaust fan
-shower/fixtures
Kitchen:
-counter tops
-cabinets inside/out
-fridge/freezer pulled out
-stove/oven pulled out
-microwave
-dishwasher
-AC/Filter
-sink/faucet
-wall smudges
Bedroom:
-window sill/window
-fan
Extra:
-blinds throughout
-light switches/outlets throughout
-baseboards throughout
-doors throughout
-washer/dryer smudges
-sweep/vacuum/mop throughout

| | |
|---|---|
| Subtotal | $200.00 |
| Codington County | $12.40 |

**Total Due** **$212.40**

**Pay online**
To pay your invoice go to https://squareup.com/u/15PgAnwa
Or open the camera on your mobile device and place the QR code in the camera's view.



**Always Sparkling**
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Issue date
Apr 13, 2026

2310 — Move Out Cleaning

Bathroom:
-wall smudges
-toilet
-tp holder
-vanity
-sink
-mirror
-exhaust fan
-shower/fixtures
Kitchen:
-counter tops
-cabinets inside/out
-fridge/freezer pulled out
-stove/oven pulled out
-microwave
-dishwasher
-AC/Filter
-sink/faucet
-wall smudges
Bedroom:
-window sill/window
-fan
Extra:
-blinds throughout
-light switches/outlets throughout
-baseboards throughout
-doors throughout
-washer/dryer smudges
-sweep/vacuum/mop throughout

| | |
|---|---|
| Subtotal | $200.00 |
| Codington County | $12.40 |

**Total Due**      **$212.40**

Pay online

To pay your invoice go to https://squareup.com/u/15PgAnwa
Or open the camera on your mobile device and place the QR code in the camera's
view.

Page 2 of 2

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20278

05/31/26

TO THE
ORDER OF    **** ONE HUNDRED TWELVE AND 00/100 DOLLARS        $112.00*******

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD    57201

NON-NEGOTIABLE

## Maintenance Hours
### 2026
**Maintenance Na** *Bradley Warns*
$32.00  Hourly Rate
From:  15-May
To:  31-May



*Parkside Place*

Invoice #:  4033

Invoice Date:  5/31/2026
Due Date:  6/1/2026

| Date | | Start | End | Hours | Scope of Work | Amount |
|---|---|---|---|---|---|---|
| 5/20 | 2410 | 16:30 | 7:00 PM | 2:30: | adjust doors to lock/latch - cabinet door loose, counter tops caulked, recaulked around windows | $80.00 |
| 5/20 | 2410 | 7:30 PM | 8:30 PM | 1:00: | replaced bedroom screens - grab from gen janitor closet | $32.00 |

**Total Hours**  3:30:

**Total Hourly Pay $32/hour**  $112.00

**Parkside Place Paycheck :**  $112.00

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20277

05/25/26                     $228.28*****

TO THE
ORDER OF     **** TWO HUNDRED TWENTY EIGHT AND 28/100 DOLLARS

PT REPAIR, LLC
421 S BROADWAY
WATERTOWN, SD    57201

NON-NEGOTIABLE

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20277

05/25/26                    $228.28*****

TO THE
ORDER OF       **** TWO HUNDRED TWENTY EIGHT AND 28/100 DOLLARS

PT REPAIR, LLC
421 S BROADWAY
WATERTOWN, SD   57201                NON-NEGOTIABLE
                                     _____



STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20275

05/25/26

$250.36******

**** TWO HUNDRED FIFTY AND 36/100 DOLLARS

TO THE
ORDER OF

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD    57117

NON-NEGOTIABLE



 **MIDCO BUSINESS**®

PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 05/09/26 |
| Invoice Number | 38576070115395 |
| Account # | 385760701 |
| Page | 1 of 4 |

PAID

PARKSIDE PLACE, LLC
8 2ND ST NE
WATERTOWN SD 57201

Thank you for choosing Midco. We appreciate your business and look forward to serving you for years to come.

## Midco Alerts

**Got questions about your bill?** For help reading your statement, visit **Midco.com/Business/Statements**.

**Get a targeted marketing strategy.** Midco's team works with you to develop a demographic-based targeting strategy to hit the mark when it comes to your customers. See what else our team can do for you at **Midco.com/Advertising.**

**Connecting communities across the Midwest**. We're proud to power homes and businesses in our five-state footprint with our reliable services and local support teams.

### Billing Summary

| | |
|---|---|
| Account Number | 385760701 |
| **Total Amount Due** | **$250.36** |

### Account Activity

| | |
|---|---|
| Previous Balance | $250.36 |
| Payments Received | -$250.36 |
| Balance Forward | $0.00 |

### Current Charges

| | |
|---|---|
| Data and Related Services | $95.00 |
| Voice and Related Services | $60.00 |
| Other Services | $15.00 |
| Taxes, Fees & Surcharges | $80.36 |
| **Total Amount Due** | **$250.36** |

Payment Due Date: 05/28/26

**Payment Options**
Online: **Midco.com/Business/MyAccount**. Phone: 1.800.888.1300.
...T: See reverse side. Mail: Return stub below & do not send cash.

...line: Midco.com/Business      **Phone:** 1.800.888.1300      Email: Business.Support@Midco.com

# MIDCO BUSINESS®

PO Box 5010
Sioux Falls, SD 57117-5010

## Frequently Asked Questions

**What are State and Local Taxes?**
State, local and municipal governments mandate these taxes on equipment and services.

**What is the Carrier Cost Recovery Fee?**
The Carrier Cost Recovery Fee includes multiple fees associated with voice services. These include: Federal Access Charges, the Administration Recovery Fee, the Access Recovery Charge, the Local Number Portability Fee, and the Presubscribed Carrier Charge. This does not reflect a direct government charge.

**What are Federal Access Charges?**
These charges - proposed and authorized by the Federal Communications Commission (FCC) - provide for access to and maintenance of the local network.

**What is the Administration Recovery Fee?**
All carriers providing interstate telecommunications must support relay services, which enables phone conversations between people with speech/hearing impairments and those without.

**What is the Network Access Charge?**
The Network Access Charge allows carriers to recoup charges to support access and maintenance of the data network and costs associated with government assessments for the support of speech and hearing-impaired programs. This does not reflect a direct government charge.

**What is the Access Recovery Charge (ARC) Fee?**
The Access Recovery Charge (ARC) is a fee related to changes in FCC rules. This monthly fee is a way to recover the costs of providing access to the phone network.

**What is the Presubscribed Carrier Charge?**
This charge is for selecting and routing calls to a long-distance carrier.

**What is the Local Number Portability Fee?**
The Federal Communications Commission permits phone companies to add this charge to all phone lines as compensation for creating systems that allow residential and business phone customers to retain their existing local phone numbers (at the same location) when switching from one local phone service to another.

**What is the Federal Excise Tax?**
The federal government mandates this tax, which is imposed on local and wireless phone services.

**What is the Universal Service Fee?**
The Federal Communications Commission (FCC) created the Universal Service Fund (USF). This fee helps make voice and internet/data service affordable and available to all Americans, including low-income consumers and those living in areas where the costs of providing service is high. It also includes public and nonprofit schools and libraries serving low-income communities, as well as rural health care providers. Congress mandated that all telecommunications companies providing interstate service contribute to the USF. A carrier may include this contribution on customers' monthly bill.

**What is the County Government 911 Emergency Surcharge?**
Local governments mandate this surcharge to help pay for emergency services such as fire and rescue.

**What is the Telecom Relay Service Charge?**
This state service charge helps to pay for the state relay center, which transmits and translates calls for hearing-impaired people.

**What is the Gross Receipts Tax?**
This tax is on gross receipts derived from the furnishing of phone services. The service provider collects the tax and reports the collections annually to the Department of Revenue.

**What is Midco's policy on refunds for credit card transactions?**
When a customer pays money on an account by credit or debit card, and there needs to be a partial or full refund to that card because of the customer's transaction, it is Midco's policy to issue a credit to the customer's account, long as it is within 30 days of the credit transaction. If there was an error in the amount charged to card by Midco, we may issue a credit to the customer's credit card with a manager's approval.

**What is Midco's policy for returned payments?**
If any payment is returned unpaid, Midco will apply a fee to your next monthly statement. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

For customers who have authorized recurring payments: You authorize Midco to make a one-time electronic funds transfer (EFT) from your account to collect a fee. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

**Is a move in your future?**
If you plan on moving, please call 1.800.888.1300 or visit **Midco.com/Move** at least two weeks prior to your move to ensure a smooth transition of services. Then complete a change of address form with the U.S. Postal Service at **USPS.com** to make sure your mail always reaches you.

**Online:** Midco.com/Business     **Phone:** 1.800.888.1300     **Email:** Business.Support@Midco.com

Case 25-30002   Doc 501   Filed 07/22/26   Entered 07/22/26 15:46:36   Desc Main
Document   Page 65 of 86

PARKSIDE PLACE, LLC

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20274

05/25/26                                    $115.50*****

TO THE
ORDER OF        **** ONE HUNDRED FIFTEEN AND 50/100 DOLLARS

HIRSHFIELDS WATERTOWN
114 E KEMP
WATERTOWN, SD    57201

NON-NEGOTIABLE



**Hirshfield's**
PAINTS & COATINGS · WINDOW FASHIONS · WALLPAPER & MORE
CORPORATE OFFICE: (612) 377.3910 FAX: (612) 374-0237
SEND PAYMENTS TO: 725 Second Ave. N. Minneapolis, MN 55405
www.hirshfields.com

Hirshfields Watertown
114 E Kemp
Watertown SD 57201

PAID
AO274

### Sale Invoice

| Number | Date | Page |
|---|---|---|
| 51001090 | 3/31/2026 | 1 |

| Account No | Tax Exempt No |
|---|---|
| 2529300943 | |

**SOLD TO**

CRAIG DEVELOPMENT LLC

1405 1ST AVE N

PO BOX 426

FARGO ND 58102

| Phone | Sales Person | Clerk | Delivered By | Terms | PO Number | Required |
|---|---|---|---|---|---|---|
| (701) 232-1355 | 827 KNOPF | Kaylea | | Net 30 | PARK SIDE | |

| Item Number | Description | Everyday | Quantity | U/M | Tax | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 136DE165550 | ASSURE INT. EGGSHELL TW/B 5GAL<br>Custom Formula B5Y5, C4Y13, I3Y13.5, V5<br>Custom Name sw 6073 carson b formula | 204.95 | 1.00 | 5GAL | Y | 81.90 | 81.90 |
| 31157718 | MASTER SELECT HYDROFLOW 1/2 X 18  EA | 11.69 | 1.00 | EACH | Y | 8.59 | 8.59 |
| 258209020 | 2090 BLUE 2 INCH TAPE | 10.89 | 1.00 | EACH | Y | 7.99 | 7.99 |
| 22012140 | FAST N FINAL SPACKLE 1/2PT | 5.39 | 1.00 | HPT | Y | 3.99 | 3.99 |
| 26502520 | HANDY PAINT PAIL LINERS 6PK | 6.29 | 1.00 | EACH | Y | 4.59 | 4.59 |
| 32280360 | AP H.D. UTILITY KNIFE BLADES .025"  5PK | 2.29 | 1.00 | EACH | Y | 1.69 | 1.69 |

RECEIPT NEEDED FOR REFUND OR EXCHANGE.
CUSTOM AND TINTED ORDERS NON-RETURNABLE
For more Information on Paint Care Fees visit www.paintcare.org

| | |
|---|---|
| SubTotal | *promotional price* $108.75 |
| Sales Tax | $6.75 |
| **Total** | **$115.50** |
| Account Charges | $115.50 |
| **Change Due** | **$0.00** |



3/31/2026 9:07:58 AM

libby

PARKSIDE PLACE, LLC

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20276

05/25/26

$371.70*****

TO THE
ORDER OF

**** THREE HUNDRED SEVENTY ONE AND 70/100 DOLLARS

POPHAM CONSTRUCTION
PO BOX 227
CASTLEWOOD, SD    57223

NON-NEGOTIABLE

**Popham Construction, LLC**
PO Box 227
Castlewood, SD  57223
+16057932757
pconstruction09@gmail.com



# INVOICE

| **BILL TO** | **SHIP TO** | |
|---|---|---|
| CP Business Management | Parkside Apartments | **INVOICE #** 12356 |
| PO Box 9379 | Watertown, SD 57201 | **DATE** 04/30/2026 |
| Fargo, ND  58106 | | **DUE DATE** 05/30/2026 |
| | | **TERMS** Net 30 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 04/27/2026 | Parkside Apartments - Underground Garage Sweeping (Next to County Fair) | 1 | 350.00 | 350.00T |

Thank you for your business!

| | |
|---|---|
| SUBTOTAL | 350.00 |
| TAX | 21.70 |
| TOTAL | 371.70 |
| BALANCE DUE | **$371.70** |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20271

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

05/15/26

$144.00******

**** ONE HUNDRED FORTY FOUR AND 00/100 DOLLARS

**NON-NEGOTIABLE**

TO THE
ORDER OF

DOUG RODENGEN
141 18TH AVE SW
WATERTOWN, SD 57201

## Maintenance Hours
## 2026
**Maintenance Name** *Doug Rodengen*

$32.00  Hourly Rate
From:  1-May
To:  15-May



*Parkside Place*

Invoice #:  4032

Invoice Date:  5/15/2026
Due Date:  5/16/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|------|------|-------|-----|-------------|---------------|---|
| 5/5 | 3308 | 8:00 | 9:00 AM | 1:00: | small paint touch ups, thermostats tightened, doors adjusted | $32.00 |
| 5/5 | 3510 | 9:00 AM | 11:00 AM | 2:00: | adjusted doors/thermostats, replace bathroom light, shelves secured down, caulking counter tops, paint touch ups | $64.00 |
| 5/5 | | 11:00 | 11:30 | 0:30: | entry-hallways-stairwells-garage heaters off | $16.00 |
| 5/6 | 3209 | 10:00 | 11:00 AM | 1:00: | toilet not flushing, slight clog got it taken care of without plumber | $32.00 |

**Total Hours**    4:30:

**Total Hourly Pay $32/hour**    $144.00

**Parkside Place Paycheck :**    $144.00

PARKSIDE PLACE, LLC

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20279

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

05/31/26                                    $2,636.47****

TO THE
ORDER OF    **** TWO THOUSAND SIX HUNDRED THIRTY SIX AND 47/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD   57201

NON-NEGOTIABLE





**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

**SCAN ME**

**PAID**

Page 1

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 070-187355-02
**Service Address:** 8 2 ST NE HOUSE

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| June 10, 2026 | $2,589.77 | $2,719.27 |

### Account Summary

| | | |
|---|---|---|
| Previous Balance | $ | 5,274.49 |
| Payments Received | $ | -5,274.49 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 2,589.77 |
| Total Amount Due | $ | 2,589.77 |

### Current Charges

| | | |
|---|---|---|
| Electric Service | $ | 330.83 |
| Gas Service | $ | 222.30 |
| Water Service | $ | 419.52 |
| Sewer Service | $ | 1,617.12 |
| Total Current Charges | $ | 2,589.77 |

### Important Info

Average Temperature last year : 55 Degrees
Average Temperature this year : 50 Degrees

#### Electric Service




| | Apr 2026 | May 2026 |
|---|---|---|
| Days of Service | 31 | 30 |
| kWh Used | 4147 | 3634 |
| Avg kWh per day | 133.8 | 121.1 |
| Avg cost per day | $12.08 | $11.03 |

#### Gas Service

| | Apr 2026 | May 2026 |
|---|---|---|
| Days of Service | 31 | 30 |
| ccf Used | 335.7 | 298.77 |
| Avg ccf per day | 10.8 | 10.0 |
| Avg cost per day | $7.98 | $7.41 |

#### Water Service



| | Apr 2026 | May 2026 |
|---|---|---|
| Days of Service | 31 | 30 |
| ccf Used | 81 | 76 |
| Avg ccf per day | 2.6 | 2.5 |
| Avg cost per day | $12.81 | $12.50 |



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**

Page 1

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187410-08
**Service Address:** 8 2 ST NE 2307

PAID
20279



### Electric Service



| | Apr 2026 | May 2026 |
|---|---|---|
| **Days of Service** | 33 | 30 |
| **kWh Used** | 38 | 27 |
| **Avg kWh per day** | 1.2 | 0.9 |
| **Avg cost per day** | $0.54 | $0.56 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| June 10, 2026 | $16.84 | $17.68 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 30.08 |
| Payments Received | $ | -30.08 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 16.84 |
| Total Amount Due | $ | 16.84 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 16.84 |
| Total Current Charges | $ | 16.84 |

| Important Info |
|---|
| Average Temperature last year : 55 Degrees |
| Average Temperature this year : 50 Degrees |

All his
( Zach RESP. until 5/31.



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**

**PAID**

**Customer:**  PARKSIDE PLACE, LLC
**Account Number:**  019-187448-09
**Service Address:**  8 2 ST NE 2211

Page 1

### Electric Service



|  | May 2026 |
|---|---|
| **Days of Service** | 5 |
| **kWh Used** | 12 |
| **Avg kWh per day** | 2.4 |
| **Avg cost per day** | $0.68 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| June 10, 2026 | $3.39 | $3.39 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 0.00 |
| Payments Received | $ | 0.00 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 3.39 |
| Total Amount Due | $ | 3.39 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 3.39 |
| Total Current Charges | $ | 3.39 |

| Important Info | |
|---|---|

Attached is your June utility bill.  Please call the office at 605-882-6233 if you have any questions.

5/1 new th
auth. $3.39

**THIS IS YOUR FINAL BILL FOR SERVICE**



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

**SCAN ME**

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187449-08
**Service Address:** 8 2 ST NE 2212

PAID



### Electric Service



| | Apr 2026 | May 2026 |
|---|---|---|
| **Days of Service** | 33 | 30 |
| **kWh Used** | 117 | 28 |
| **Avg kWh per day** | 3.5 | 0.9 |
| **Avg cost per day** | $0.72 | $0.56 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| June 10, 2026 | $16.91 | $17.76 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 39.88 |
| Payments Received | $ | -39.88 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 16.91 |
| Total Amount Due | $ | 16.91 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 16.91 |
| Total Current Charges | $ | 16.91 |

| Important Info |
|---|

Average Temperature last year : 55 Degrees
Average Temperature this year : 50 Degrees



Page 1



**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**

(605) 882-6233

M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com



**SCAN ME**

**Customer:**  PARKSIDE PLACE, LLC
**Account Number:**  019-187413-08
**Service Address:** 8 2 ST NE 2310



### Electric Service

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| June 10, 2026 | $10.20 | $10.20 |

| Account Summary | | |
|---|---|---|
| Previous Balance | $ | 13.32 |
| Payments Received | $ | -12.68 |
| **Balance Forward** | **$** | **0.64** |
| Current Charges | $ | 9.56 |
| Total Amount Due | $ | 10.20 |

| | Apr 2026 | May 2026 |
|---|---|---|
| Days of Service | 20 | 11 |
| kWh Used | 48 | 53 |
| Avg kWh per day | 2.4 | 4.8 |
| Avg cost per day | $0.63 | $0.87 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 9.56 |
| Total Current Charges | $ | 9.56 |

| Important Info |
|---|

Attached is your June utility bill.  Please call the office at 605-882-6233 if you have any questions.





**THIS IS YOUR FINAL BILL FOR SERVICE**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20281

05/31/26                                    $3,090.08***

TO THE
ORDER OF        **** THREE THOUSAND NINETY AND 08/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369,     58106

NON-NEGOTIABLE

## CP Business Management
## 2026



*Parkside Place*

| From: | 1-May | Invoice #: | 2018 |
| To: | 31-May | Invoice Date: | 05/31/2026 |
| | | Due Date: | 06/01/2026 |

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected Funds | $48,195.97 | $2,409.80 |
| | **Total Management Fee** | **$48,195.97** | **$2,409.80** |

| | Other Collected Income | | Total |
|---|---|---|---|
| | 2206 collected CP recovery fees | | $126.71 |
| | 2211 collected CP recovery fees | | $31.17 |
| 5800 | Collected late fees (Brumbaugh, keller) | | $234.40 |
| 5700 | Collected admin fees (keller) | | $50.00 |
| | **Total Other Collected Income** | | **$442.28** |

| | Miscellaneous | | |
|---|---|---|---|
| 8004 | Misc Manager | | $200.00 |
| 7057 | Software Fee | | $38.00 |
| | **Total Miscellaneous** | | **$238.00** |

| | |
|---|---|
| **Total Management Fee** | $2,409.80 |
| **Total Other Collected Income** | $442.28 |
| **Total Miscellaneous** | $238.00 |
| **Parkside Place Total** | $3,090.08 |

Please make checks payable to CP Business Management no later than   5/1/2026

**Alexis Burbach**

**2026**

From: 16-May
To: 31-May

**PAID**

*Parkside Place*

| Invoice #: | 2033 |
| Invoice Date: | 5/31/2026 |
| Due Date: | 6/1/2026 |

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 5/18 | | 11:30 AM | 12:00 PM | 0:30: | showing Manuel 2212/2410 | $12.75 |
| 5/21 | | 2:30 PM | 3:45 PM | 1:15: | building check, move in 2410, old tenants contacted | $31.88 |
| 5/26 | | 17:00 | 18:30 | 1:30: | move out inspections 2311, 2408, maintenance, move in inspection | $38.25 |
| 5/28 | 2305 | 13:00 | 1:30 PM | 0:30: | move out inspection | $12.75 |
| 5/29 | | 14:00 | 14:45 | 0:45: | move in 2307 - clean up yuck in mailroom, tenant notified | $19.13 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | Total Hours | 4:30: | | | Total Hourly Pay $25.50/hour | $114.75 |

| Date | Unit | Start | End | Total Hours | Maintenance | |
|---|---|---|---|---|---|---|
| 5/19 | 2406 | 4:00 PM | 4:30 PM | 0:30: | tighten thermostat knobs, heat stuck on high, working as normal | $15.00 |
| | Total Hours | 0:30: | | | Total Maintenance $30/hour | $15.00 |

| Date | Unit | Reimbursement | |
|---|---|---|---|
| | | Total Reimbursement | $0.00 |

| Date | Unit | Commission | |
|---|---|---|---|
| 5/20 | 2410 | Elizabeth Burger | $200.00 |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | Total Commissions | $200.00 |

| | |
|---|---|
| Parkside Place Total Hours Amount: | $114.75 |
| Parkside Place Total Painting Amount: | $15.00 |
| Parkside Place Total Reimbursements: | $0.00 |
| Parkside Place Subtotal: | $129.75 |
| Parkside Place Sales Tax (6.2%): | $8.04 |
| Parkside Place Total Commissions: | $200.00 |
| Parkside Place Total Paycheck Amount: | $337.79 |

# Your Billing Statement as of Jun 8, 2026

**PAID**
ACH



THE RUINS LLC GENERATIONS ON 1ST LLC
PARKSIDE LLC
PO BOX 9379
FARGO ND 58106

**Account Number**
**9000344025**

**Due Date**
**06/28/2026**

**Amount Due**
**$7,081.82**

**Easily manage your payments online.**





Thank you for being our valued customer!

| Policy | Frequency | Policy Balance | Amount Due |
|---|---|---|---|
| **Package - BKS65299485**<br>09/28/2025 - 09/28/2026 | Monthly - 2 down 10 install | $14,147.64 | $7,073.82 |
| Installment Fee | | | $8.00 |
| **Please Pay Total Amount Due by 06/28/2026** | | | **$7,081.82** |

| Summary for Account 9000344025 | | Amount |
|---|---|---|
| | Previous Account Balance | $21,229.46 |
| 05/26/2026 | Payment | $2,722.82 CR |
| 05/26/2026 | Payment | $1,800.98 CR |
| 05/27/2026 | Payment | $2,558.02 CR |
| 06/08/2026 | Installment Fee | $8.00 |
| 06/28/2026 | **Current Account Balance** | **$14,155.64** |

*park 25.431% $1,800.98*
*gen 38.448% $2,722.82*
*Ruins 34.122% $2,558.10*

Visit
**mybusinessonline.libertymutual.com**
- **Go paperless!**
- Pay your bill
- Manage or enroll in automatic payments
- View payment schedule

For questions, you can call us at: **844-961-0334**

**Your Agent:**
SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO,ND 58104
701-390-1994

---

▼ Please fold, detach at perforation and return bottom portion with your payment in the enclosed envelope. ▼

**\*001123\***
SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104

| Account | Balance | Due Date | Amount Due |
|---|---|---|---|
| 9000344025 | $14,155.64 | **06/28/2026** | **$7,081.82** |

Please send all payments in the envelope provided. Please make checks payable to Liberty Mutual Insurance.

**Amount Paid**  $          ,          .

Lost your envelope? Mail check to:

Liberty Mutual Insurance
PO BOX 88766
Chicago, IL 60680-1766

THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

88766 500 0009000344025 00000000000 000000000 0001415564 0000708182 6

 **Liberty Mutual.**
INSURANCE

Summary      Policy Details      Notices      Settings        **844-961-0334**
M-F, 8AM-8PM (EST)

# Billing Portal

| | |
|---|---|
| **Account #:** | **9000344025** |
| **Account of:** | THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC |
| **Email:** | MCRAIG@CPBUSMGT.COM |
| **Paperless billing:** | Off |
| **Policies on account:** | BKS65299485 |
| **Automatic payments:** | Off |
| **Due day:** | 28 |
| **Agent(s):** | SUMMIT INSURANCE AGENCY LLC |
| **Billable party:** | Same as Account of |
| **Prior billing account:** | 203080050 |

Minimum payment:

**$5,280.84**

Due by:

**06/28/2026**

Account balance:

**$12,354.66**

**Pay Now**

( **Current Invoice Details** )

Visit My Business Online for additional documents and features. Go to Settings to manage your account including **Automatic Payments, Email, or Paperless Billing.**      ✕

# Confirmation

| | |
|---|---|
| Confirmation # | D0005QCVP |
| Date/time | 06/16/2026 04:57 PM EDT |
| Payment method | EFT - electronic check |
| Amount | $1,800.98 on account ending in 8688 |
| Saved payment account for future use | Yes |

( **Return to Summary** )

**A confirmation receipt has been sent to the email address on file.**



**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20253

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

04/13/26                                    $1,680.54***

**** ONE THOUSAND SIX HUNDRED EIGHTY AND 54/100 DOLLARS

NON-NEGOTIABLE

TO THE
ORDER OF      DOUGLAS GROVENBURG
              431 24th St SE #222
              Huron, SD  57350

Deposit Return + April Rent.

**PARKSIDE PLACE, LLC**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20285

06/12/26

$511.49*****

TO THE
ORDER OF

**** FIVE HUNDRED ELEVEN AND 49/100 DOLLARS

LIZETTE SALGADO, STEPHANY HERNANDEZ
825 INDEPENDENCE CT
LONGMONT, CO  80504

NON-NEGOTIABLE

Deposit Return

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

20284

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

06/12/26

$495.48*******

TO THE
ORDER OF   **** FOUR HUNDRED NINETY FIVE AND 48/100 DOLLARS

ANDY NGUYEN, CAROLLEE LABRISE
135 BLUEGRASS CT
MONTROSE, CO  81403

NON-NEGOTIABLE

Deposit Refner

**CODINGTON COUNTY TREASURER**
Official Real Estate Tax Notice
14 FIRST AVENUE S.E. * WATERTOWN, SD  57201

(605) 882-6285

2025 – 12170

## 2025 TAXES DUE AND PAYABLE IN 2026

**Legal:**

Sch: 14-4          S/T/R:                    Acres/Lots: .00

WATERTOWN CITY  PARKSIDE PLACE ADD

PARKSIDE PLACE ADD

8 2 ST NE

Record#: 9358

*$3,799.18 /mo*

**Taxes In Name Of**

PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND  58102

| | |
|---|---|
| **First Half** | 22,795.13 |
| **Second Half** | 22,795.13 |
| **TOTAL** | 45,590.26 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 64,392 | 3.081 | 198.38 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 64,392 | 9.126 | 587.64 |
| WATERTOWN CITY | 67,568 | 64,392 | 1.715 | 110.43 |
| EAST DAKOTA WATER | 67,568 | 64,392 | 0.019 | 1.22 |
| TAX INCREMENT 12 NA | 67,568 | 3,205,838 | 13.941 | 44,692.59 |

*JE to Escrow*
*6/15/26*
*$3799.18*

NA: 45590.26

| **TOTAL:** | 45,590.26 |
|---|---|

* Indicates a local decision to opt out of the Tax Freeze. If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

⬇ Please detach stubs and return with your payment ⬇                    ⬇ Please detach stubs and return with your payment ⬇

| **-FIRST PAYMENT-** | CODINGTON Record # 9358 |
|---|---|
| PARKSIDE PLACE LLC | |

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025- 12170 | 22,795.13 |
| | **DELINQUENT AFTER APRIL 30th** |

| **-SECOND PAYMENT-** | CODINGTON Record # 9358 |
|---|---|
| PARKSIDE PLACE LLC | |

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025- 12170 | 22,795.13 |
| | **DELINQUENT AFTER OCTOBER 31st** |