United States Bankruptcy Court

District of North Dakota

In re:                                                                                          Case No. 25-30002-skh

Generations on 1st LLC                                                                  Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3                         User: admin                                     Page 1 of 3

Date Rcvd: Jul 21, 2026                   Form ID: pdf2some                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol         Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +  Generations on 1st LLC, 1405 1st Avenue N, Fargo, ND 58102-4203

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

**Name                         Email Address**

Caren Stanley

on behalf of Defendant Red River State Bank cstanley@vogellaw.com  lstanley@vogellaw.com;kjohnson@vogellaw.com

Caren Stanley

on behalf of Creditor Red River State Bank cstanley@vogellaw.com  lstanley@vogellaw.com;kjohnson@vogellaw.com

Caren Stanley

on behalf of Plaintiff Red River State Bank cstanley@vogellaw.com  lstanley@vogellaw.com;kjohnson@vogellaw.com

Christianna A. Cathcart

on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com
Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart

on behalf of Debtor Generations on 1st LLC christianna@dakotabankruptcy.com
Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart

District/off: 0868-3            User: admin            Page 2 of 3

Date Rcvd: Jul 21, 2026            Form ID: pdf2some            Total Noticed: 1

           on behalf of Debtor Parkside Place LLC christianna@dakotabankruptcy.com  Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart

           on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com  Cathcart.ChristiannaB114029@notify.bestcase.com

Dan Frisk

           on behalf of Interested Party Craig Holdings  LLC peggy@stflawfirm.com

Dan Frisk

           on behalf of Interested Party Craig Development  LLC peggy@stflawfirm.com

Dan Frisk

           on behalf of Interested Party CP Business Management  Inc. peggy@stflawfirm.com

Dan Frisk

           on behalf of Interested Party Mulinda a/k/a Mindy Craig peggy@stflawfirm.com

Dan Frisk

           on behalf of Interested Party Craig Properties  LLC peggy@stflawfirm.com

Dan Frisk

           on behalf of Interested Party Jesse Craig peggy@stflawfirm.com

David R. Strait

           on behalf of Creditor Watertown Development Company david@austinlawsd.com  aphillips@austinlawsd.com

Douglas Murch

           on behalf of Defendant Jordan Horner dmurch@conmylaw.com  rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch

           on behalf of Defendant Craig Development  LLC dmurch@conmylaw.com, rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch

           on behalf of Interested Party Mulinda a/k/a Mindy Craig dmurch@conmylaw.com  rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch

           on behalf of Interested Party Jesse Craig dmurch@conmylaw.com  rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch

           on behalf of Defendant Craig Properties  LLC dmurch@conmylaw.com, rstallman@conmylaw.com;landerson@conmylaw.com

Douglas Murch

           on behalf of Defendant Jesse Craig dmurch@conmylaw.com  rstallman@conmylaw.com;landerson@conmylaw.com

Drew J. Hushka

           on behalf of Creditor Red River State Bank dhushka@vogellaw.com  lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka

           on behalf of Plaintiff Red River State Bank dhushka@vogellaw.com  lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka

           on behalf of Debtor Generations on 1st LLC dhushka@vogellaw.com  lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka

           on behalf of Defendant Red River State Bank dhushka@vogellaw.com  lstanley@vogellaw.com,kjohnson@vogellaw.com

ERIK A. AHLGREN

           on behalf of Plaintiff The Ruins  LLC erik@ahlgrenlawoffice.net, lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN

           on behalf of Counter-Defendant The Ruins  LLC erik@ahlgrenlawoffice.net, lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren

           on behalf of Counter-Defendant The Ruins  LLC erik@ahlgrenlawoffice.net, trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren

           on behalf of Plaintiff The Ruins  LLC erik@ahlgrenlawoffice.net, trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Jordan J Feist

           on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com  bailey.jacobsma@woodsfuller.com

Kesha Tanabe

District/off: 0868-3                     User: admin                          Page 3 of 3

Date Rcvd: Jul 21, 2026                  Form ID: pdf2some                     Total Noticed: 1

                                         on behalf of Defendant Red River State Bank ktanabe@vogellaw.com  lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe

                                           on behalf of Creditor Red River State Bank ktanabe@vogellaw.com  lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe

                                           on behalf of Plaintiff Red River State Bank ktanabe@vogellaw.com  lstanley@vogellaw.com;kjohnson@vogellaw.com

Maurice VerStandig

                                           on behalf of Debtor Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

                                           on behalf of Counter-Defendant Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

                                           on behalf of Interested Party Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

                                           on behalf of Counter-Defendant Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

                                           on behalf of Debtor Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

                                           on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

                                           on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil

                                           on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

United States Trustee

                                           USTPRegion12.SX.ECF@usdoj.gov


TOTAL: 41

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    Chapter 11

Generations on 1st LLC,                                   Bankruptcy No. 25-30002

                        Debtor.

---

**ORDER APPROVING AMENDED DISCLOSURE STATEMENT**

On February 10, 2026, Debtor Generations on 1st, LLC, filed a Disclosure Statement for Second Amended Chapter 11 Plan of Reorganization of Generations on 1st, LLC.  Doc. 315.  Red River State Bank filed its Disclosure Statement for Creditor's Plan of Liquidation for Generations on 1st, LLC, on February 5, 2026.  Doc. 303.  Following several hearing continuances, the Court scheduled a hearing on these disclosure statements for May 21, 2026.  Doc. 379.

Debtor Generations on 1st, LLC and Red River State Bank filed a Disclosure Statement for Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC, on May 20, 2026, one day before the hearing on the separate disclosure statements filed by Debtor and Red River State Bank.  The joint Disclosure Statement referred to the Joint Chapter 11 Plan for Generations on 1st, LLC, filed the same day.   The joint Disclosure Statement and Joint Chapter 11 Plan included numerous provisions that did not appear in Debtor's or Red River State Bank's disclosure statements.  Jesse Craig objected to the Court considering the joint Disclosure Statement, arguing he did not have sufficient time to consider the joint Disclosure Statement and exhibits and to file objections to it. The Court found cause for continuing the hearing on the joint Disclosure Statement and requiring the joint plan proponents to serve notice of an amended joint Disclosure

Statement and continued hearing.  Given the number of interested parties, their level of sophistication and the comprehensive nature of the joint plan proponents' Disclosure Statement and Joint Chapter 11 Plan, the Court found it appropriate to treat the May 21, 2026, hearing on the disclosure statements as a status conference and combined the hearing on the Disclosure Statement with the hearing on confirmation of the Amended Joint Chapter 11 Plan consistent with 11 U.S.C. §  105(d)(2)(B)(vi).

The Court held a hearing on the Amended Disclosure Statement for Amended Joint Chapter 11 Plan of Liquidation for Generations on 1st, LLC, on July 14 and 20, 2026 [Doc. 410].  For the reasons stated on the record during the July 20, 2026, hearing, the Court is satisfied that the Amended Disclosure Statement [Doc. 410] provides "adequate information" as required by 11 U.S.C. § 1125. Therefore, **IT IS ORDERED** that the Amended Disclosure Statement  [Doc. 410] is **APPROVED**.

Dated: July 20, 2026.

Shon Hastings, Judge
United States Bankruptcy Court