# The VerStandig Law Firm, LLC

# INVOICE

9812 Falls Road, #114-160
Potomac, MD 20854

Invoice # 11157
Date: 07/26/2026
Due On: 08/25/2026

Generations on 1st, LLC

## 00511-Generations on 1st, LLC

## Case Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 07/08/2025 | 0.20 | $200.00 | $40.00 |

Attend status conference regarding stipulation on use of cash collateral.

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 05/15/2026 | 0.90 | $200.00 | $180.00 |

Review monthly operating report, draft supporting exhibits, and file report with the court (0.8); Phone call with M. Craig regarding monthly operating report (0.1)

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 05/22/2026 | 0.10 | $200.00 | $20.00 |

Send email to K. Tanabe responding to lease inquiry

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 06/08/2026 | 0.10 | $200.00 | $20.00 |

Send email to M. Craig requesting early submission of completed monthly operating reports.

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 06/10/2026 | 1.60 | $200.00 | $320.00 |

Send email to M. Craig requesting review of May monthly operating report notes (0.1); Review monthly operating report and draft supporting exhibits for May reporting period (1.5)

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 06/17/2026 | 0.50 | $400.00 | $200.00 |

Call with K. Tanabe re subpoena to VKB, potential grounds for quashing or seeking protective order, concerns about bid chilling, testimony needed for confirmation hearing, and appraisal of asset

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 07/20/2026 | 0.70 | $200.00 | $140.00 |

Draft explanatory notes supporting June monthly operating report, finalize report, and file with the Bankruptcy Court.

Invoice # 11157 - 07/26/2026

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 3.6 | $200.00 | $720.00 |
| Maurice VerStandig | 0.5 | $400.00 | $200.00 |
| | | **Subtotal** | **$920.00** |

## 00512-Generations on 1st, LLC

## Plan and Disclosure Statement

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 05/20/2026 | 1.00 | $400.00 | $400.00 |
| Review revised plan of reorganization draft from K. Tanabe and revised disclosure statement (time includes phone call with K. Tanabe while reviewing documents) | | | | | |
| Maurice VerStandig | Service | 05/21/2026 | 1.00 | $400.00 | $400.00 |
| Attend hearing on disclosure statement approval and scheduling of plan solicitation | | | | | |
| Maurice VerStandig | Service | 05/21/2026 | 0.30 | $400.00 | $120.00 |
| Prepare for disclosure statement hearing | | | | | |
| Christianna Cathcart | Service | 05/21/2026 | 1.00 | $200.00 | $200.00 |
| Attend hearing on disclosure statement for Generations. | | | | | |
| Maurice VerStandig | Service | 05/28/2026 | 0.90 | $400.00 | $360.00 |
| Review revised plan and disclosure statement; E-mail to K. Tanabe & co. re proposed edit and blessing to file (time started on 5/28 and concluded shortly after midnight on 5/29 on the East Coast; billed to 5/28 out of regional deference and in effort to avoid breaking up single time entry) | | | | | |
| Maurice VerStandig | Service | 07/01/2026 | 0.70 | $400.00 | $280.00 |
| Meeting with M. Schmitz and RRSB lawyers to prep for confirmation hearing | | | | | |
| Maurice VerStandig | Service | 07/01/2026 | 0.50 | $400.00 | $200.00 |
| Attend telephonic hearing on motion to continue confirmation hearing | | | | | |
| Maurice VerStandig | Service | 07/13/2026 | 2.20 | $400.00 | $880.00 |

Prepare for confirmation hearing, including preparation of examination outline, review of exhibits, and review of South Dakota law governing appraisers (as well as South Dakota roster of licensed appraisers)

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 07/13/2026 | 0.60 | $400.00 | $240.00 |

Call with M. Schmitz to prepare testimony for confirmation hearing

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 07/13/2026 | 0.10 | $400.00 | $40.00 |

Call with counsel for J. Craig re forthcoming confirmation hearing

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 07/14/2026 | 6.30 | $400.00 | $2,520.00 |

Attend and participate in confirmation hearing (via Zoom)

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 07/14/2026 | 6.30 | $200.00 | $1,260.00 |

Attend and appear as co-counsel on behalf of the debtors at confirmation hearing.

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 07/19/2026 | 2.00 | $400.00 | $800.00 |

Prepare outline of closing argument

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 07/20/2026 | 1.30 | $200.00 | $260.00 |

Attend closing arguments at confirmation hearing on behalf of the Generations.

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 07/20/2026 | 1.30 | $400.00 | $520.00 |

Attend closing arguments (via Zoom)

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 07/24/2026 | 0.40 | $400.00 | $160.00 |

Review confirmation order and forward same to client

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 8.6 | $200.00 | $1,720.00 |
| Maurice VerStandig | 17.3 | $400.00 | $6,920.00 |
| | | **Subtotal** | **$8,640.00** |

# 00514-Generations on 1st, LLC

# Fee and Employment Applications

Invoice # 11157 - 07/26/2026

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 06/28/2026 | 0.60 | $400.00 | $240.00 |

Review time records and draft interim fee application (alongside accompanying notice) for M. Schmitz

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 0.6 | $400.00 | $240.00 |
| | | **Subtotal** | **$240.00** |

| | | **Total** | **$9,800.00** |