# The VerStandig Law Firm, LLC

9812 Falls Road, #114-160
Potomac, MD 20854

# INVOICE

Invoice # 11158
Date: 07/26/2026
Due On: 08/25/2026

Watertown Apartment Cases

## 00519-Watertown Apartment Cases

## Case Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 05/18/2026 | 2.30 | $400.00 | $920.00 |

Call with K. Tanabe re consensual terms of sale-centric plan in both cases (43 mins); Call with K. Tanabe re potential plan structures and provisions (63 mins); Call with T. Gavin re changes to plan terms (15 mins); Call with M. Schmitz re changes to plan terms (6 mins); Review e-mails from T. Gavin and M. Schmitz re same (.1)

| Maurice VerStandig | Service | 05/28/2026 | 0.20 | $400.00 | $80.00 |

Review and approve new cash collateral stipulations

| Maurice VerStandig | Service | 06/16/2026 | 0.50 | $400.00 | $200.00 |

Call with K. Tanabe re subpoena to purchaser in Generations, discussions with equity's counsel, potential for 363 sales

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 3.0 | $400.00 | $1,200.00 |
| | | Subtotal | $1,200.00 |

## 00668-Watertown Apartment Cases

## Employment and Fee Applications

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 05/17/2026 | 1.30 | $400.00 | $520.00 |

Review time entries and begin drafting first fee application in both cases

Invoice # 11158 - 07/26/2026

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 1.3 | $400.00 | $520.00 |
| | | **Subtotal** | **$520.00** |
| | | **Total** | **$1,720.00** |