IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF SECOND AND FINAL APPLICATION OF THE
DAKOTA BANKRUPTCY FIRM FOR ALLOWANCE OF
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

NOTICE IS HEREBY GIVEN that Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC d/b/a/ The Dakota Bankruptcy Firm, counsel for Generations on 1st, LLC in this case, have filed an application for final compensation. The applicants seek (i) allowance of an additional $10,660.00 in attorney' fees, over and above that sought in a previous, interim application; and (ii) final approval of a previously-interim allowance of $35,016.67 in attorneys' fees and $304.05 in expenses; for a total of (iii) $45,980.72 in allowed compensation and reimbursements; with (iv) $36,702.05 to be paid in the form of an allowed administrative expense claim, pursuant to the Debtor's confirmed plan of reorganization (and with the remaining portion having been drawn from trust pursuant to a prior order allowing interim compensation).

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty one (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

1

Respectfully submitted,

Dated: July 26, 2026       By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent, on July 27, 2026, via First Class Mail, postage prepaid, to all parties on the attached mailing matrix (though the attached mailing matrix, underlying motion, and time records are *not* being sent via First Class Mail but, rather, may be reviewed on this Honorable Court's docket or requested from undersigned counsel), *except* no copy will be mailed to (i) this Honorable Court; (ii) The Dakota Bankruptcy Firm; or (iii) the attorneys affiliated with The Dakota Bankruptcy Firm.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2