IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Reorganized Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | (Jointly Administered) |

## MOTION TO APPEAR BY VIDEO CONFERENCE

Come now Generations on 1st, LLC (the "Reorganized Debtor"), and Parkside Place, LLC (the "Debtor"), by and through undersigned counsel, pursuant to Local Rule 5001-2(B), and move to permit counsel for the Debtors to appear at the hearing on July 28, 2026, via video conference, and in support thereof state as follows:

In light of the travel costs that would otherwise be incurred and with an eye toward efficiency and economy, the Debtor respectfully ask their counsel be permitted to appear—and, to the extent necessary, argue—via video conference.

WHEREFORE, the Debtors respectfully prays counsel be permitted to appear, on July 28, 2026, via video conference, and for such other and further relief as may be just and proper.

*[Signature on Following Page]*

Respectfully Submitted,

Dated: July 27, 2026        By:    /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue North
Suite B, PMB 24
Fargo, ND 58104-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtors*

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 27th day of July 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna Cathcart
Christianna Cathcart