**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Generations on 1st, LLC,<br><br>       Debtor. | Case No. 25-30002<br><br>Chapter 11 |
| In re:<br><br>Parkside Place, LLC,<br><br>       Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

Kesha L. Tanabe, counsel to Red River State Bank ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-2 allowing the appearance by the undersigned counsel by video conference at the hearing on July 28, 2026 at 10:00 a.m. ("Hearing") respecting the following matter:

- Confirmation of Creditor's First Amended Chapter 11 Plan of Liquidation for Parkside Place, LLC (Doc. 442);

and any other matters scheduled to take place during the Hearing.

The undersigned makes the request to appear by video conference at the Hearing to save time and expense associated with physical travel to the hearing. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that she be allowed to appear by video conference at the Hearing.

Dated: July 27, 2026.                    **VOGEL LAW FIRM**

                         BY:   */s/ Kesha L. Tanabe*
                                   Kesha L. Tanabe
                                   218 NP Avenue
                                   PO Box 1389
                                   Fargo, ND  58107-1389
                                   Telephone:  (701) 237-6983
                                   Email: ktanabe@vogellaw.com
                                   ATTORNEYS FOR RED RIVER STATE BANK

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of July, 2026, a copy of the foregoing was served

electronically upon filing via the ECF system.

                                   */s/ Kesha L. Tanabe*
                                   Kesha L. Tanabe

2