**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.:  25-30003 |
| Parkside Place, LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

**DECLARATION OF STEVEN HUFF**

Pursuant to 28 U.S.C. § 1746, I, Steven Huff, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am currently employed at Marlow, Woodward, and Huff, PLLC ("MWH") located in Yankton, South Dakota. I have been employed with MWH since 2004.

2. I am a graduate of University of Northern Iowa and from University of Iowa Law School in 1995.

3. I practice primarily in the areas of agricultural and commercial litigation, creditors rights and collection work, bankruptcy, and general litigation.

4. I am licensed to practice law in South Dakota and Iowa and regularly practice in South Dakota bankruptcy court.

5. I have previously served as a court-appointed receiver in past and pending actions in South Dakota, including the following:

   a. Law v. Law, Yankton County Circuit Court Case No. 66DIV22-000053 (terminated receivership inside a divorce and charged with selling disputed martial assets depending on parties valuation between $25 and $40 million dollars)

   b. War Bonnet Ranch Ltd. Pennington County Case No. 51CIV23-001628 (open manage corporate assets including hundreds of head of cattle, substantial corporate equipment, and machinery. and contract for deed payments on a mobile home park in excess of $4 million dollars);

c. Fischer Farms Partnership, Charles Mix Case No. 11CIV21-00008 and 11CIV21-000009 (closed receivership involving 11 civil matters and lasting four years, managing a horse farm with over 200 horses, a defunct cattle feedlot and multiple acreages and insurance claims resulting in sales and paydowns of secured creditors in excess of $6 million dollars);

d. Sunset Bar & Grill Beadle County Case No. 02-CIV25-000299 (open receivership involving shareholder dispute, evicting squatter tenants, wind down and closing and preserving real estate and personal property for the Sunset Bar & Grill in Wessington, SD).

e. Hospitality Builders, Inc. Pennington County Case No. 51CIV22-000224 (open receivership for defunct framing corporation with debts in excess of $30 million and potential bad faith insurance claims that could exceed $20 million dollars)

6.   If appointed as the Creditor Trustee for the Parkside bankruptcy case, I would bill time at approximately $325 per hour, consistent with the billable rate of the trustee for the Generations on 1st, LLC creditor trust.

7.   I am not aware of any conflicts that I would have in representing Parkside Place, LLC as the Creditor Trustee. I am "disinterested" as that term is defined in 11 U.S.C. 101(14). I (i) am not a creditor, an equity security holder, or an insider of Parkside Place, LLC (the "Debtor"); (ii) am not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of the Debtor; and (iii) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connected with, or interest in, the Debtor, or for any other reason. Further, I hold no interest adverse to the interest of the Debtor.

8.   For clarity, I also have no prior connection with the Plan Proponent, Red River State Bank, or any of the other beneficiaries of the Creditor Trust, including Watertown Development Corporation or HME Properties.

2

9.      All facts contained in this declaration are true and correct to the best of my knowledge, information, and belief.

I, Steven Huff, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: July 27, 2026.

_/s/ Steven Huff_
Steven Huff

3