**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.:  25-30003 |
| Parkside Place, LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

**RRSB'S WITNESS LIST FOR PLAN CONFIRMATION HEARING**

Plan Proponent Red River State Bank ("RRSB") hereby provides the following

Witness List with respect to the following matter(s):

- **ECF 442** – Red River State Bank's First Amended Chapter 11 Plan of Liquidation for Parkside Place, LLC

set for hearing on **July 28, 2026, at 10:00 a.m. CST**.

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Danielle Harless<br>Red River State Bank<br>Halstad, MN | Will | Parkside Real Property, cash flow, transaction history, collateral value, sale process, and any relevant matters |
| Jonathan Cuticelli,<br>Hilco Real Estate | May | Parkside Real Property, sale processes, market values and conditions |
| Michael Martin<br>NAI Sioux Falls<br>Sioux Falls, SD | May | Parkside Real Property, sale processes, market values and conditions |
| Kelan Bludorn<br>Archer Land Co. LLC<br>Lake Norden, SD | May | Sale process and terms, commercial property management |
| Dustin Kopman<br>Archer Land Co. LLC<br>Brookings, SD | May | Sale process and terms, commercial property management |
| Vince K. Bellino<br>Omaha, NE | May | Sale process and terms, commercial property management |

| | | |
|---|---|---|
| Jesse Craig<br>Parkside Place, LLC and CP Business Management<br>Fargo, ND | May | All relevant matters |
| Mulinda Craig<br>CP Business Management<br>Fargo, ND | May | Monthly operating reports/cash flow, commercial property management |
| Charles Aarestad<br>Red River State Bank<br>Halstad, MN | May | Parkside Real Property, cash flow, transaction history, value, sale process |
| Josh Luther<br>CBRE Valuation and Advisory Services<br>Sioux Falls, SD | May | Current and historical value |
| Mike Schmitz, CPA<br>Proposed Creditor Trustee<br>Bismarck, ND | May | Disinterestedness and Qualifications to Serve as Creditor Trustee, All Matters related to Creditor Trust |
| Edward T. Gavin,<br>Chief Restructuring Officer<br>Wilmington, DE | May | All relevant matters |
| Steven Huff, Esq.,<br>Proposed Creditor Trustee<br>Yankton, SD | May | Disinterestedness and Qualifications to Serve as Creditor Trustee |

2

Dated: July 27, 2026

**VOGEL LAW FIRM**

BY:

*/s/ Kesha L. Tanabe*
Kesha L. Tanabe
ktanabe@vogellaw.com
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR RED RIVER STATE BANK*

Re:     **Parkside Place, LLC**
        **Case No. 25-30003**


## DECLARATION RE SERVICE


The undersigned, under penalty of perjury, states that on July 27, 2026, she caused the following document(s):

### RRSB'S WITNESS LIST FOR PLAN CONFIRMATION HEARING


to be served electronically to the following:

*All ECF Filing Participants*


Dated July 27, 2026.

                                    */s/ Kesha L. Tanabe*
_____

4