**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Generations on 1st, LLC,<br><br>        Debtor. | Case No. 25-30002<br><br>Chapter 11 |
| In re:<br><br>Parkside Place, LLC,<br><br>        Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

### MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE

Kesha L. Tanabe, counsel to Red River State Bank ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-2 allowing the appearance by the following witnesses by video conference at the hearing on July 28, 2026 at 10:00 a.m. ("Hearing") respecting Confirmation of Creditor's First Amended Chapter 11 Plan of Liquidation for Parkside Place, LLC (Doc. 442), and any other matters scheduled to take place during the Hearing.

The witnesses respectfully requesting appearance by video conference are as follows:

1.     Danielle Harless, Red River State Bank

2.     Charles Aarestad, Red River State Bank

3.     Jonathan Cuticelli, Hilco Real Estate;

4.     Michael Martin, NAI Sioux Falls;

5.     Kelan Bludorn, Archer Land Co. LLC;

6.     Dustin Kopman, Archer Land Co. LLC;

7.      Vince K. Bellino, VKB Properties LLC;

8.      Josh Luther, CBRE Valuation and Advisory Services;

9.      Mike Schmitz, Point CPA;

10.     Edward T. Gavin, Chief Restructuring Officer for Parkside Place, LLC; and

11.     Steven Huff, Esq., Proposed Creditor Trustee.

The undersigned makes the request for the foregoing witnesses to appear by video conference at the Hearing to save time and expense associated with physical travel to the hearing. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that the foregoing witnesses be allowed to appear by video conference at the Hearing.

Dated: July 27, 2026.                    **VOGEL LAW FIRM**

                              BY:   */s/ Kesha L. Tanabe*
                                    Kesha L. Tanabe
                                    218 NP Avenue
                                    PO Box 1389
                                    Fargo, ND  58107-1389
                                    Telephone:  (701) 237-6983
                                    Email: ktanabe@vogellaw.com
                                    ATTORNEYS FOR RED RIVER STATE BANK

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of July, 2026, a copy of the foregoing was served

electronically upon filing via the ECF system.

/s/ *Kesha L. Tanabe*
Kesha L. Tanabe