IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>GENERATIONS ON 1ST, LLC<br><br>Debtor | Case No.:  25-30002<br>(Chapter 11) |
| In re:<br><br>PARKSIDE PLACE, LLC<br><br>Debtor | Case No.:  25-30003<br>(Chapter 11)<br><br>(Jointly Administered) |

**JESSE CRAIG'S WITNESS LIST**

Jesse Craig ("Craig"), by and through his attorney, Douglas W. Murch of Conmy Feste Ltd., hereby identifies his witnesses for the confirmation hearing on Creditor's First Amended Plan of Liquidation for Parkside Place, LLC scheduled for July 28, 2026.

| Witness | Will/May Call | Testimony Synopsis |
|---|---|---|
| Jesse Craig | Will call | Any relevant issues. |
| Mindy Craig | Will call | Any relevant issues. |
| Alan P. Leirness Appraisal Services Inc. | Will call | Valuation matters. |
| Edward Gavin | May call | Any relevant issues. |
| Martin Peterson | May call | Red River State Bank lending for Parkside Place, LLC |

Craig reserves the right to call witnesses by video conference as allowed by the Court and all witnesses identified by other interested parties.

Dated:  July 27, 2026.

/s/ Douglas W. Murch
Douglas W. Murch, ND ID #05983
CONMY FESTE LTD.
3369 45th Street South
Fargo, ND  58104
(701) 293-9911
dmurch@conmylaw.com
ATTORNEY FOR JESSE CRAIG

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| In re: | |
|---|---|
| GENERATIONS ON 1ST, LLC<br><br>Debtor | Case No.: 25-30002<br>(Chapter 11) |
| In re:<br><br>PARKSIDE PLACE, LLC<br><br>Debtor | Case No.: 25-30003<br>(Chapter 11)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste

Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on July 27, 2026, she served a copy of:

**JESSE CRAIG'S WITNESS LIST**

electronically by Notice of Electronic Filing upon all parties who have requested service in this

case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.


/s/ *Leslyn A. Anderson*
Leslyn A. Anderson