IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>GENERATIONS ON 1ST, LLC<br><br>    Debtor | Case No.: 25-30002<br>(Chapter 11) |
| In re:<br><br>PARKSIDE PLACE, LLC<br><br>    Debtor | Case No.: 25-30003<br>(Chapter 11)<br><br>(Jointly Administered) |

**JESSE CRAIG'S EXHIBIT LIST**

Jesse Craig ("Craig"), by and through his attorney, Douglas W. Murch of Conmy Feste Ltd., hereby identifies on Exhibit A hereto his exhibits for the hearing on Creditor's First Amended Plan of Liquidation for Parkside Place, LLC scheduled for July 28, 2026.

Craig reserves the right to supplement this Exhibit List as circumstances warrant and necessitate and further reserves the right to offer any exhibits not listed but included on any other parties' exhibit lists and to offer any exhibits not offered for rebuttal purposes.

Dated: July 27, 2026.

        */s/ Douglas W. Murch*
        Douglas W. Murch, ND ID #05983
        CONMY FESTE LTD.
        3369 45th Street South
        Fargo, ND  58104
        (701) 293-9911
        dmurch@conmylaw.com

        ATTORNEY FOR JESSE CRAIG

**Exhibit A**

| Ex. No. | Date | Witness | Description | Will/ May | Stipulated | Offered | Objection | Reserved | Overruled | Sustained | Withdrawn | Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | | Jesse Craig | VKB Properties, LLC Purchase Agreement 2023 | Will | | | | | | | | |
| E2 | | Jesse Craig | Vogel Law Firm Notice of Default Letter 12-18-2023 | Will | | | | | | | | |
| E3 | | Jesse Craig | Zander Purchase Agreement - Parkside Place LLC 12-17-2026 | Will | | | | | | | | |
| E4 | | Jesse Craig | SellYouMoney, LLC Term Sheet | Will | | | | | | | | |
| E5 | | Mindy Craig | Mindy Craig Email & Codington County Tax Records 6-26-2026 | Will | | | | | | | | |
| E6 | | Mindy Craig | Management Transition and January 2025 Reporting | Will | | | | | | | | |
| E7 | | Alan P. Leirness | Temporary Appraiser Permit | Will | | | | | | | | |
| E8 | | Alan P. Leirness | Appraisal Services Inc. Parkside Place Appraisal Report 7-23-2026 | Will | | | | | | | | |
| E9 | | Edward Gavin | Gavin/Solmonese Engagement Letter 2/25/2026 | May | | | | | | | | |
| E10 | | Jesse Craig | Charles Aarestad Email 10/17/2022 | May | | | | | | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>GENERATIONS ON 1ST, LLC<br><br>      Debtor | Case No.:  25-30002<br>(Chapter 11) |
| In re:<br><br>PARKSIDE PLACE, LLC<br><br>      Debtor | Case No.:  25-30003<br>(Chapter 11)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on July 27, 2026, she served a copy of:

### JESSE CRAIG'S EXHIBIT LIST

electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.

/s/ *Leslyn A. Anderson*
Leslyn A. Anderson