IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>GENERATIONS ON 1ST, LLC<br><br>     Debtor | Case No.:  25-30002<br>(Chapter 11) |
| In re:<br><br>PARKSIDE PLACE, LLC<br><br>     Debtor | Case No.:  25-30003<br>(Chapter 11)<br><br>(Jointly Administered) |

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

Jesse Craig ("Craig") moves this Court to enter an Order under Local Rule 5001-2 allowing the appearance and testimony of Martin Peterson ("Peterson"), a witness for Craig, by video conference at the hearing on the Confirmation of Creditor's First Amended Chapter 11 Plan of Liquidation for Parkside Place, LLC (Doc. 442) scheduled for August 6, 2026, at 9:30 a.m.

Craig moves for Peterson to appear by video conference at the hearing to save time and expense associated with travel to attend the hearing in person.  The request to attend the hearing by video conference will not cause any undue hardship to the other interested parties.

Dated:  July 30, 2026.

       */s/ Douglas W. Murch*
       Douglas W. Murch, ND ID #05983
       CONMY FESTE LTD.
       3369 45th Street South
       Fargo, ND  58104
       (701) 293-9911
       dmurch@conmylaw.com
       ATTORNEY FOR JESSE CRAIG

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>GENERATIONS ON 1ST, LLC<br><br>　　　　Debtor | Case No.:  25-30002<br>(Chapter 11) |
| In re:<br><br>PARKSIDE PLACE, LLC<br><br>　　　　Debtor | Case No.:  25-30003<br>(Chapter 11)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee at the law firm of Conmy Feste

Ltd., and is a person of such age and discretion as to be competent to serve papers.

That on July 30, 2026, she served a copy of:

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

electronically by Notice of Electronic Filing upon all parties who have requested service in this

case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota.


/s/ *Leslyn A. Anderson*
Leslyn A. Anderson

2