**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In Re: | Case No.:  25-30003 |
|---|---|
| Parkside Place, LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

**RRSB'S <u>AMENDED</u> EXHIBIT LIST FOR PLAN CONFIRMATION HEARING**

Plan Proponent Red River State Bank hereby provides the following Amended Exhibit List with respect to the following matter(s):

- **ECF 442** – Red River State Bank's First Amended Chapter 11 Plan of Liquidation for Parkside Place, LLC

- **ECF 496** – Interested Party Jesse Craig's Objection to Creditor's First Amended Plan of Liquidation for Parkside Place, LLC

set for hearing on **August 6, 2026, at 9:30 a.m. CST**.

For the convenience of the Court and the parties, the following exhibits are newly listed on this Amended Exhibit List:

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 167 | | | Affidavit of Charles Aarestad RE: The Mulinda Notes | M | | | | | | | | |
| ECF 264-269 | | | Declaration of Clay Greenwood (First Community Credit Union) Certifying Records Pursuant to Federal Rule of | W | | | | | | | | |

| | | | | M | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Evidence 902(11) | | | | | | | | | | |
| RR-10 | | | Affidavit of Martin Peterson<br><br>Filed by counsel to Mulinda Craig in Codington County, SD Circuit Court cases *Red River State Bank v. Generations on 1st, LLC et al.* (14CIV24-000064) and *Red River State Bank v. Parkside Place, LLC et al.* (14CIV24-000065) | M | | | | | | | | | |
| RR-11 | | | Judgment against Mulinda Craig<br><br>Entered 01/05/2026 in Codington County, SD Circuit Court case *Red River State Bank v. Generations on 1st, LLC et al.* (14CIV24-000064) | M | | | | | | | | | |
| RR-12 | | | Judgment against Mulinda Craig<br><br>Entered 01/02/2026 in Codington County, SD Circuit Court case *Red River State Bank v. Parkside Place, LLC et al.* (14CIV24-000065) | M | | | | | | | | | |
| RR-13 | | | Sioux Falls Argus Leader Affidavit of Publication of Notice of Opportunity to Overbid for Parkside Place | M | | | | | | | | | |
| RR-14 | | | Watertown Public Opinion Affidavit of Publication of Notice of Opportunity to Overbid for Parkside Place | M | | | | | | | | | |
| RR-15 | | | Martin Peterson's Resume dated March 2020 | M | | | | | | | | | |
| RR-16 | | | SBA Form 1919 | M | | | | | | | | | |
| RR-17 | | | SBA Form 1920 | M | | | | | | | | | |
| RR-18 | | | August 2021 Proposal to SD REDI Program | M | | | | | | | | | |
| RR-19 | | | Martin Peterson August 11, 2021 Email | M | | | | | | | | | |
| RR-20 | | | SD REDI Program Term Sheet | M | | | | | | | | | |

The following exhibits were listed on Red River State Bank's original exhibit list filed July 27, 2026 (Doc. 517), all of which were offered at the hearing on July 28, 2026. The demarcations below as to the parties' stipulations or objections and whether the Court received each exhibit, are believed to be consistent with the record.

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 442 | | | Creditor's First Amended Plan of Liquidation for Parkside Place, LLC | W | X | X | | | | | | X |
| ECF 440 | | | Amended Disclosure Statement for Creditor's First Amended Plan of Liquidation for Parkside Place, LLC (440) | W | X | X | | | | | | X |
| ECF 445 | | | Certificate of Service of:<br>1. Amended Disclosure Statement (440)<br>2. First Amended Chapter 11 Plan (442)<br>3. Order Approving Disclosure Statement (444)<br>4. Ballot for Accepting or Rejecting First Amended Chapter 11 Plan of Liquidation | W | X | X | | | | | | X |
| ECF 495 | | | Computation and Ballots for Creditor's First Amended Plan of Liquidation for Parkside Place, LLC | W | X | X | | | | | | X |
| ECF 515 | | | Notice of Filing of Proposed Second Amended Chapter 11 Plan for Parkside Place, LLC<br><br>Exhibit A: Proposed Second Amended Chapter 11 Plan for Parkside Place, LLC | W | | X | X | | | | | |
| ECF 271 | | | Declaration of Danielle Harless RE: Transfers of Funds Unrelated to the Parkside and Generations Projects | W | | X | X | | | | | |
| ECF 339 in | | | Limited Objection by Jesse Craig to Motion for Sale of Real Estate, Free of Liens and | M | | X | X | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-30004 | | | Encumbrances (Doc. 324) Solely as to Compensation of Real Estate Agents filed in The Ruins, LLC bankruptcy (Case No. 25-30004) | | | | | | | | | | |
| ECF 340 in 25-30004 | | | Declaration of Jesse Craig filed May 27, 2026, in The Ruins, LLC bankruptcy (Case No. 25-30004) | M | | X | X | | | | | | |
| Claim No.1 | | | RRSB Proof of Claim – Parkside (filed 1/09/2025) | M | X | X | | | | | | | X |
| ECF 177 | | | Stipulation to Resolve Claim Objection (Generations and Parkside Only) | M | X | X | | | | | | | X |
| ECF 512 | | | Declaration of Steven Huff | M | | X | X | | | | | | |
| ECF 78 | | | Parkside Amended Operating Report for January 2025 | M | X | X | | | | | | | X |
| ECF 148 | | | Parkside Amended Operating Report for February 2025 | M | X | X | | | | | | | X |
| ECF 149 | | | Parkside Amended Operating Report for March 2025 | M | X | X | | | | | | | X |
| ECF 150 | | | Parkside Second Amended Operating Report for April 2025 | M | X | X | | | | | | | X |
| ECF 151 | | | Parkside Amended Operating Report for May 2025 | M | X | X | | | | | | | X |
| ECF 152 | | | Parkside Amended Operating Report for June 2025 | M | X | X | | | | | | | X |
| ECF 156 | | | Parkside Operating Report for July 2025 | M | X | X | | | | | | | X |
| ECF 163 | | | Parkside Operating Report for August 2025 | M | X | X | | | | | | | X |
| ECF 198 | | | Parkside Operating Report for September 2025 | M | X | X | | | | | | | X |
| ECF 237 | | | Parkside Operating Report for October 2025 | M | X | X | | | | | | | X |
| ECF 251 | | | Parkside Operating Report for November 2025 | M | X | X | | | | | | | X |
| ECF 282 | | | Parkside Operating Report for December 2025 | M | X | X | | | | | | | X |
| ECF 323 | | | Parkside Operating Report for January 2026 | M | X | X | | | | | | | X |
| ECF 344 | | | Parkside Operating Report for February 2026 | M | X | X | | | | | | | X |
| ECF 371 | | | Parkside Operating Report for March 2026 | M | X | X | | | | | | | X |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 383 | | | Parkside Operating Report for April 2026 | M | X | X | | | | | | X |
| ECF 420 | | | Parkside Operating Report for May 2026 | M | X | X | | | | | | X |
| ECF 501 | | | Parkside Operating Report for June 2026 | M | X | X | | | | | | X |
| ECF 44 | | | First Stipulation for Use of Cash Collateral dated January 17, 2025 | M | X | X | | | | | | X |
| ECF 54 | | | Amended First Stipulation for Use of Cash Collateral dated February 3, 2025 | M | X | X | | | | | | X |
| ECF 69 | | | Second Stipulation for Use of Cash Collateral dated March 12, 2025 | M | X | X | | | | | | X |
| ECF 91 | | | Third Stipulation for Use of Cash Collateral dated May 5, 2025 | M | X | X | | | | | | X |
| ECF 159 | | | Sixth Stipulation for Use of Cash Collateral dated August 26, 2025 | M | X | X | | | | | | X |
| ECF 218 | | | Seventh Stipulation for Use of Cash Collateral dated October 19, 2025 | M | X | X | | | | | | X |
| ECF 248 | | | Ninth Stipulation for Use of Cash Collateral dated December 13, 2025 | M | X | X | | | | | | X |
| ECF 295 | | | Tenth Stipulation for Use of Cash Collateral dated February 3, 2026 | M | X | X | | | | | | X |
| ECF 359 and 361 | | | Eleventh Stipulation for Use of Cash Collateral (Parkside Only) dated March 31, 2026<br>Exhibit 1 to Stipulation: Cash Collateral Budget | M | X | X | | | | | | X |
| ECF 408 | | | Twelfth Stipulation for Use of Cash Collateral (Parkside Only) filed May 28, 2026 | M | X | X | | | | | | X |
| ECF 463 | | | Thirteenth Stipulation for Use of Cash Collateral (Parkside Only) dated July 6, 2026 | M | X | X | | | | | | X |
| RR-1 | | | Email from Jesse Craig to Charles Aarestad and Danielle Harless dated July 31, 2023.<br><br>Attachment 1: VKB Purchase Agreement – Generations on 1st<br>Attachment 2: VKB Purchase Agreement – Parkside Place | M | X | X | | | | | | X |
| RR-2 | | | Email from Jesse Craig to Charles Aarestad and Danielle Harless dated September 11, 2023.<br><br>Attachment 1: VKB Purchase Agreement – Parkside Place | M | X | X | | | | | | X |

5

| Exhibit | | | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Attachment 2: VKB Purchase Agreement – Generations on 1st | | | | | | | | |
| RR-3 | | | Notice of Opportunity to Overbid for Parkside Place | M | X | X | | | | | X |
| RR-4 | | | Certificate of Service re: Notice of Opportunity to Overbid for Parkside Place | M | X | X | | | | | X |
| RR-5 | | | The Forum of Fargo-Moorhead Affidavit of Publication of Notice of Opportunity to Overbid for Parkside Place | M | X | X | | | | | X |
| RR-6 | | | Sioux Falls Argus Leader Publication Proof re: Notice of Opportunity to Overbid for Parkside Place | M | X | X | | | | | X |
| RR-7 | | | Watertown Public Opinion Publication Proof re: Notice of Opportunity to Overbid for Parkside Place | M | X | X | | | | | X |
| RR-8 | | | Term Sheet for Parkside Place, LLC dated October 19, 2020 | M | X | X | | | | | X |
| RR-9 | | | Closing Memorandum of Understanding on Parkside Place, LLC | M | | X | X | | | | |

\* - O - Original Record & Authenticity Only

\* - A - Admitted into Evidence for all purposes

§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

Dated: August 4, 2026

**VOGEL LAW FIRM**

BY:*/s/ Kesha L. Tanabe*
Kesha L. Tanabe
ktanabe@vogellaw.com
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
*ATTORNEYS FOR RED RIVER STATE BANK*

**Re:** **Parkside Place, LLC**
**Case No. 25-30003**

STATE OF NORTH DAKOTA )
                               ) SS        **CERTIFICATE OF SERVICE**
COUNTY OF CASS          )

On August 4, 2026, the undersigned caused the following document(s):

**RRSB'S <u>AMENDED</u> EXHIBIT LIST FOR PLAN CONFIRMATION HEARING**

to be served electronically to the following:

*All ECF Filing Participants*

Dated August 4, 2026.

                                   */s/ Kesha L. Tanabe*

7