**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Generations on 1st, LLC,<br><br>     Debtor. | Case No. 25-30002<br><br>Chapter 11 |
| In re:<br><br>Parkside Place, LLC,<br><br>     Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

Kesha L. Tanabe, counsel to Red River State Bank ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-2 allowing the appearance by the undersigned counsel by video conference at the hearing on August 18, 2026 at 2:00 p.m. ("Hearing") respecting the following matters:

- Sixth Motion by Debtors Generations on 1st, LLC and Parkside Place, LLC for Leave to Use Cash Collateral (Doc. 277);

- Motion by Red River State Bank for Derivative Standing to Pursue Claims on Behalf of the Estates (Doc. 304);

and any other matters scheduled to take place during the Hearing.

The undersigned makes the request to appear by video conference at the Hearing to save time and expense associated with physical travel to the Hearing. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that she be allowed to appear by video conference at the Hearing.

Dated: August 14, 2026.  **VOGEL LAW FIRM**

BY:  */s/ Kesha L. Tanabe*
Kesha L. Tanabe
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone:  (701) 237-6983
Email: ktanabe@vogellaw.com
ATTORNEYS FOR RED RIVER STATE BANK

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of August, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

*/s/ Kesha L. Tanabe*
Kesha L. Tanabe

2