IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Reorganized Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | (Jointly Administered) |
| | ) | |

**MOTION FOR COUNSEL TO**
**APPEAR AT HEARING VIA VIDEOCONFERENCE**

Come now Generations on 1st, LLC (the "Reorganized Debtor") and Parkside Place, LLC (the "Debtor," and together with the Reorganized Debtor, the "Movants"), by and through undersigned counsel, pursuant to Local Rule 5001-2(B), move to permit counsel for the Movants to appear at the August 18, 2026, hearing via video conference. In light of the travel costs that would otherwise be incurred, and in the interest of efficiency and economy, the Movants respectfully request that their counsel be permitted to appear—and, to the extent necessary, argue—via video conference.

WHEREFORE, the Movants respectfully request that the Court permit their counsel to appear at the August 18, 2026, hearing via video conference and grant such other and further relief as may be just and proper.

*[Signature on Following Page]*

Respectfully Submitted,

Dated: August 17, 2026

By: /s/ Christianna A. Cathcart

Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of August 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart