**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |
| Red River State Bank,<br><br>Plaintiff,<br><br>v.<br><br>Craig Development, LLC, Craig Properties, LLC, Jesse Craig, and Jordan Horner,<br><br>Defendants. | Adversary No. 26-07003 |

**MOTION TO CONTINUE**

Red River State Bank (the "Bank") hereby moves the Court for an order continuing the following matters that are currently set for hearing on Tuesday, August 18, 2026: (1) Debtors' Sixth Motion for Leave to Use Cash Collateral [ECF 277]; (2) the Bank's Motion for Derivative Standing to Pursue Claims on Behalf of the Estate of Parkside Place, LLC [ECF 304]; (3) and the Defendants' Motion to Dismiss Plaintiff's Complaint in Adversary Proceeding No. 26-07003 [ECF 9]. Counsel to the Bank has conferred with counsel to Debtor Parkside Place LLC ("Debtor"), the Debtor's CRO, and counsel to the Defendants to confirm their support for a continuance. To that end, movant respectfully requests that the Court

postpone the hearing on Tuesday, August 18, 2026, to the following week, as the Court's schedule permits.

Dated: August 17, 2026

**VOGEL LAW FIRM**

*/s/ Kesha L. Tanabe*
BY: Caren W. Stanley (#06100)
cstanley@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: 701.237.6983
*Attorneys for Red River State Bank*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 17, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

*/s/ Kesha L. Tanabe*
Kesha L. Tanabe