UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Generations on 1st, LLC,
Debtor, Jointly Administered,
_______________________________________/

Bankruptcy No. 25-30002
Chapter 11

In Re:

Parkside Place, LLC,
Debtor, Jointly Administered,
_______________________________________/

Bankruptcy No. 25-30003
Chapter 11

IN THE MATTER OF:

Sixth Motion by Debtors for Leave to Use Cash Collateral for Generations on 1st, LLC and Parkside Place, LLC filed January 10, 2026. (Doc. 277)

Motion by Red River State Bank for Derivative Standing to Pursue Claims on Behalf of the Estates filed February 6, 2026. (Doc. 304)
__________________________________________________/

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARINGS

Red River State Bank filed a motion to continue the hearings scheduled for Tuesday, August 18, 2026. The Court finds cause for granting the continuance.

IT IS ORDERED that Debtors' Sixth Motion for Leave to Use Cash Collateral for Generations on 1st, LLC and Parkside Place, LLC (Doc. 277), and Motion by Red River State Bank for Derivative Standing to Pursue Claims on Behalf of the Estates (Doc. 304) shall be continued to **Thursday, September 3, 2026, at 11:00 a.m. (Central)** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota.

Dated: August 17, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically August 17, 2026, to Electronic Mail Notice List for Case No. 25-30002.