UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re. PARKSIDE PLACE, LLC | § | Case No. 25-30003 |
| | § | |
| | § | Lead Case No. 25-30002 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2026

Petition Date: 01/06/2025

Months Pending: 19

Industry Classification: 6 5 1 3

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☒ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Ted Gavin
Signature of Responsible Party

08/17/2026
Date

Ted Gavin
Printed Name of Responsible Party

1007 N. Orange St, Suite 314, Wilmington, DE 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name PARKSIDE PLACE, LLC Case No. 25-30003

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $134,715 | |
| b. | Total receipts (net of transfers between accounts) | $42,011 | $1,023,290 |
| c. | Total disbursements (net of transfers between accounts) | $39,365 | $999,246 |
| d. | Cash balance end of month (a+b-c) | $137,360 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $39,365 | $999,246 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $1,166 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ◯ Market ◯ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $135,883 |
| e. | Total assets | $7,635,883 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $22,795 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $22,795 |
| k. | Prepetition secured debt | $5,570,487 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $31,723 |
| n. | Total liabilities (debt) (j+k+l+m) | $5,625,005 |
| o. | Ending equity/net worth (e-n) | $2,010,878 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $36,886 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $36,886 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $14,446 | |
| f. | Other expenses | $528 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $19,267 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $2,646 | $359,181 |

Debtor's Name PARKSIDE PLACE, LLC Case No. 25-30003

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name PARKSIDE PLACE, LLC Case No. 25-30003

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name PARKSIDE PLACE, LLC Case No. 25-30003

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name PARKSIDE PLACE, LLC Case No. 25-30003

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name PARKSIDE PLACE, LLC Case No. 25-30003

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name PARKSIDE PLACE, LLC Case No. 25-30003

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| **Part 6: Postpetition Taxes** | | **Current Month** | **Cumulative** |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $64,218 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○ No ●

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ●

c. Were any payments made to or on behalf of insiders? — Yes ● No ○

d. Are you current on postpetition tax return filings? — Yes ● No ○

e. Are you current on postpetition estimated tax payments? — Yes ● No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ● No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○ No ●

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○ No ○ N/A ●

i. Do you have:
- Worker's compensation insurance? — Yes ○ No ●
  - If yes, are your premiums current? — Yes ○ No ○ N/A ● (if no, see Instructions)
- Casualty/property insurance? — Yes ● No ○
  - If yes, are your premiums current? — Yes ● No ○ N/A ○ (if no, see Instructions)
- General liability insurance? — Yes ● No ○
  - If yes, are your premiums current? — Yes ● No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ● No ○

k. Has a disclosure statement been filed with the court? — Yes ● No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ● No ○

Debtor's Name PARKSIDE PLACE, LLC Case No. 25-30003

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Ted Gavin | Ted Gavin |
| Signature of Responsible Party | Printed Name of Responsible Party |
| CRO | 08/17/2026 |
| Title | Date |

Debtor's Name PARKSIDE PLACE, LLC Case No. 25-30003

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

# Starion Bank

PO Box 848
Mandan, ND 58554

## Statement Ending 07/31/2026

PARKSIDE PLACE LLC — Page 1 of 6

Customer Number 88

### Managing Your Accounts

| | |
|---|---|
| Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| Phone | 701.281.5600 |
| Website | Starionbank.com |

>001455 8296069 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

## Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | 688 | $101,788.01 |

## ND STAR CHECKING - 688

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/01/2026 | **Beginning Balance** | **$96,162.45** |
| | 20 Credit(s) This Period | $41,310.93 |
| | 22 Debit(s) This Period | $35,685.37 |
| 07/31/2026 | **Ending Balance** | **$101,788.01** |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 07/01/2026 | YARDI CARD DEP 1112Transf XXXXX7334 | $1,090.00 |
| 07/02/2026 | YARDI CARD DEP 1112Transf XXXXX9762 | $1,025.00 |
| 07/02/2026 | CPBUSINESSMANAG_ Settlement 000027467722074 | $1,035.00 |
| 07/03/2026 | CPBUSINESSMANAGE Settlement 000027424435922 | $1,080.00 |
| 07/03/2026 | CP BUSINESS MANA ParkRentCA XXXXX6888 | $4,589.19 |
| 07/03/2026 | CP BUSINESS MANA ParkRent XXXXX6888 | $6,410.00 |
| 07/06/2026 | YARDI CARD DEP 1112Transf XXXXX3763 | $1,090.00 |
| 07/06/2026 | CPBUSINESSMANAGE Settlement 000027438692082 | $2,215.00 |
| 07/07/2026 | YARDI CARD DEP 1112Transf XXXXX1809 | $3,250.00 |
| 07/07/2026 | CPBUSINESSMANAGE Settlement 000027462254358 | $5,340.00 |
| 07/08/2026 | CPBUSINESSMANAGE Settlement 000027481185842 | $1,080.00 |
| 07/08/2026 | YARDI CARD DEP 1112Transf XXXXX7497 | $3,175.00 |
| 07/08/2026 | EDEPOSIT | $2,170.00 |
| 07/09/2026 | PAYLEASE.COM CREDIT XXXXX2866 | $750.00 |
| 07/10/2026 | PAYLEASE.COM CREDIT XXXXX4385 | $149.54 |
| 07/10/2026 | YARDI CARD DEP 1112Transf XXXXX8131 | $2,070.00 |
| 07/13/2026 | xfer from 8658 to 8688 - 2204-1025 2205-9025 2403-750 Sec Deposits (tx) | $3,680.00 |
| 07/15/2026 | PAYLEASE.COM CREDIT XXXXX3217 | $367.20 |
| 07/20/2026 | PAYLEASE.COM CREDIT XXXXX8786 | $45.00 |
| 07/23/2026 | PAYLEASE.COM CREDIT XXXXX7950 Sec. Dep tx out of checking to savings | $700.00* |

01455 8296069 003085 0001/0003

Member FDIC — EQUAL HOUSING LENDER

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

***What To Do If You Think You Find A Mistake On Your Statement***

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | | |
|---|---|---|
| NEW BALANCE<br>TRANSFER AMOUNT FROM OTHER SIDE | | $ |
| ADD<br>DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | |
| | | |
| | | |
| SUB TOTAL | | $ |

| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL CHECKS NOT LISTED → | |

| | | |
|---|---|---|
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | BALANCE | $ |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

020670 1145767 0000000 038680 077360 01/03

Starion Bank
PO Box 848
Mandan, ND 58554

*Statement Ending 07/31/2026*

*PARKSIDE PLACE LLC* — *Page 3 of 6*

*Customer Number.* '8

## ND STAR CHECKING - 688 (continued)

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 07/01/2026 | CP BUSINESS MANA june15-30 XXXXX6888 | $403.11 |
| 07/16/2026 | CP BUSINESS MANA jul1-15 7. XXXXX6888 | $209.88 |
| 07/21/2026 | Liberty Mutual PAYMENT 143560752444117 | $1,800.98 |
| 07/22/2026 | QUARTERLY FEE PAYMENT 0000 | $528.00 |
| 07/30/2026 | xfer from 8688 to 8658 - kellar security deposit, paid on pa   Sec. dep. tx to savings | $700.00* |
| 07/31/2026 | CP BUSINESS MANA jul16-31 1 XXXXX6888 | $592.28 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 20288 | 07/01/2026 | $207.09 | 20299 | 07/14/2026 | $2,964.19 | 20306 | 07/30/2026 | $41.40 |
| 20294* | 07/03/2026 | $544.28 | 20300 | 07/21/2026 | $476.00 | 20307 | 07/28/2026 | $1,359.23 |
| 20295 | 07/13/2026 | $207.09 | 20301 | 07/21/2026 | $596.00 | 20308 | 07/27/2026 | $251.15 |
| 20296 | 07/08/2026 | $111.51 | 20303* | 07/14/2026 | $3,476.48 | 20309 | 07/27/2026 | $451.35 |
| 20297 | 07/22/2026 | $64.00 | 20304 | 07/22/2026 | $224.00 | | | |
| 20298 | 07/09/2026 | $19,266.67 | 20305 | 07/27/2026 | $1,210.68 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/01/2026 | $96,642.25 | 07/10/2026 | $112,148.52 | 07/22/2026 | $105,694.10 |
| 07/02/2026 | $98,702.25 | 07/13/2026 | $115,621.43 | 07/23/2026 | $106,394.10 |
| 07/03/2026 | $110,237.16 | 07/14/2026 | $109,180.76 | 07/27/2026 | $104,480.92 |
| 07/06/2026 | $113,542.16 | 07/15/2026 | $109,547.96 | 07/28/2026 | $103,121.69 |
| 07/07/2026 | $122,132.16 | 07/16/2026 | $109,338.08 | 07/30/2026 | $102,380.29 |
| 07/08/2026 | $128,445.65 | 07/20/2026 | $109,383.08 | 07/31/2026 | $101,788.01 |
| 07/09/2026 | $109,928.98 | 07/21/2026 | $106,510.10 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

01455 8296069 003086 006171 0002/0003

The Image for this Item could not be located

#0000 07/30/2026 $700.00

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20288
06/16/26
$207.09*****
TO THE ORDER OF **** TWO HUNDRED SEVEN AND 09/100 DOLLARS
GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD 57201
020288 091310767 88

#20288 07/01/2026 $207.09

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20294
06/29/26
$544.28*****
TO THE ORDER OF **** FIVE HUNDRED FORTY FOUR AND 28/100 DOLLARS
ALWAYS SPARKLING
26 1st Ave SW
#3310
WATERTOWN, SD 57201
020294 091310767 18

#20294 07/03/2026 $544.28

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20295
06/29/26
$207.09*****
TO THE ORDER OF **** TWO HUNDRED SEVEN AND 09/100 DOLLARS
GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD 57201
020295 091310767 88

#20295 07/13/2026 $207.09

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20296
06/29/26
$111.51*****
TO THE ORDER OF **** ONE HUNDRED ELEVEN AND 51/100 DOLLARS
IKES WINDOW WASHING
PO BOX 486
WATERTOWN, SD 57201
020296 091310767 88

#20296 07/08/2026 $111.51

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20297
06/30/26
$64.00******
TO THE ORDER OF **** SIXTY FOUR AND 00/100 DOLLARS
BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD 57201
020297 091310767 88

#20297 07/22/2026 $64.00

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20298
07/01/26
$19,266.67**
TO THE ORDER OF **** NINETEEN THOUSAND TWO HUNDRED SIXTY SIX AND 67/100 DOLLARS
RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN 56548
MEMO: Loan Payment
020298 091310767 8

#20298 07/09/2026 $19,266.67

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20299
06/30/26
$2,964.19***
TO THE ORDER OF **** TWO THOUSAND NINE HUNDRED SIXTY FOUR AND 19/100 DOLLARS
WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD 57201
020299 091310767 18

#20299 07/14/2026 $2,964.19

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20300
07/13/26
$476.00*****
TO THE ORDER OF **** FOUR HUNDRED SEVENTY SIX AND 00/100 DOLLARS
JAIME BRANN, TRISHA BRANN
PO BOX 385
PARK RAPIDS, MN 56470
020300 091310767 8

#20300 07/21/2026 $476.00

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20301
07/13/26
$596.00*****
TO THE ORDER OF **** FIVE HUNDRED NINETY SIX AND 00/100 DOLLARS
MARIAH GAUKLER, CHELSEA GAUKLER
10127 454th Ave
Lidgerwood, ND 58053
020301 091310767 88

#20301 07/21/2026 $596.00

020670 1145767 0000000 038681 077362 02/03

Starion Bank

PO Box 848
Mandan, ND 58554



PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20303
06/30/26
$3,476.48***
TO THE ORDER OF **** THREE THOUSAND FOUR HUNDRED SEVENTY SIX AND 48/100 DOLLARS
CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369, 58106
⑈020303⑈ ⑆091310767⑆ 88⑈

#20303 07/14/2026 $3,476.48

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20304
07/15/26
$224.00*****
TO THE ORDER OF **** TWO HUNDRED TWENTY FOUR AND 00/100 DOLLARS
BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD 57201
⑈020304⑈ ⑆091310767⑆ 686⑈

#20304 07/22/2026 $224.00

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20305
07/21/26
$1,210.68***
TO THE ORDER OF **** ONE THOUSAND TWO HUNDRED TEN AND 68/100 DOLLARS
ALWAYS SPARKLING
26 1st Ave SW
#3310
WATERTOWN, SD 57201
⑈020305⑈ ⑆091310767⑆ 588⑈

#20305 07/27/2026 $1,210.68

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20306
07/21/26
$41.40******
TO THE ORDER OF **** FORTY ONE AND 40/100 DOLLARS
Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA 91716-0506
MEMO: 6004-3002-0037-4038
⑈020306⑈ ⑆091310767⑆ 68⑈

#20306 07/30/2026 $41.40

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20307
07/21/26
$1,359.23***
TO THE ORDER OF **** ONE THOUSAND THREE HUNDRED FIFTY NINE AND 23/100 DOLLARS
HOMEMAKER'S VILLA
1400 MAIN AVE
MOORHEAD, MN 56560
⑈020307⑈ ⑆091310767⑆ 1⑈

#20307 07/28/2026 $1,359.23

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20308
07/21/26
$251.15*****
TO THE ORDER OF **** TWO HUNDRED FIFTY ONE AND 15/100 DOLLARS
MIDCONTINENT
BOX 5010
SIOUX FALLS, SD 57117
⑈020308⑈ ⑆091310767⑆ 588⑈

#20308 07/27/2026 $251.15

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20309
07/22/26
$451.35*****
TO THE ORDER OF **** FOUR HUNDRED FIFTY ONE AND 35/100 DOLLARS
ALWAYS SPARKLING
26 1st Ave SW
#3310
WATERTOWN, SD 57201
⑈020309⑈ ⑆091310767⑆ 18⑈

#20309 07/27/2026 $451.35

01455 8296069 003087 006173 0003/0003

Starionbank.com

020670 1145767 0000000 038682 077364 03/03

# Starion Bank

PO Box 848
Mandan, ND 58554

## Statement Ending 08/02/2026

PARKSIDE PLACE LLC — Page 1 of 2

Customer Number: 658

### Managing Your Accounts

| | | |
|---|---|---|
| Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| Phone | 701.281.5600 |
| Website | Starionbank.com |

>000416 8294171 0001 92855 10Z

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

### Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | 8658 | $35,572.41 |

## REGULAR SAVINGS NON PERS - 3658

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **07/01/2026** | **Beginning Balance** | **$38,552.41** |
| | 1 Credit(s) This Period | $700.00 |
| | 1 Debit(s) This Period | $3,680.00 |
| **08/02/2026** | **Ending Balance** | **$35,572.41** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **07/01/2026** | **Beginning Balance** | | | **$38,552.41** |
| 07/13/2026 | xfer from 8658 to 8688 - 2204-1025 2205-9025 2403-750 | $3,680.00 | | $34,872.41 |
| 07/30/2026 | xfer from 8688 to 8658 - kellar security deposit, paid on pa | | $700.00 | $35,572.41 |
| **08/02/2026** | **Ending Balance** | | | **$35,572.41** |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00416 8294171 000417 000833 0001/0001

EQUAL HOUSING LENDER Member FDIC

**INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS**

**Billing Rights Summary**

***What To Do If You Think You Find A Mistake On Your Statement***

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**HOW TO BALANCE YOUR ACCOUNT**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | | |
|---|---|---|
| NEW BALANCE<br>TRANSFER AMOUNT FROM OTHER SIDE | | $ |
| ADD<br>DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUB TOTAL | | $ |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
| NUMBER | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | BALANCE | $ |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

029178 1145987 0000000 069743 139486 01/01