## Balance Sheet



Owner = PARKSIDE PLACE (all properties)
Month = Jul 2026
Book = Cash

| ACCOUNT | CURRENT BALANCE |
|---|---|
| Parkside Apartment DIP Checking | 91,891.81 |
| Parkside Real Estate Tax Escrow | 11,397.54 |
| **Total DIP Checking Account** | **103,289.35** |
| | |
| TIF Value | 1,463,012.38 |
| Parkside Security Deposit DIP Savings Acct | 35,572.41 |
| | |
| Property and Equipment | |
| Buildings | 6,870,000.00 |
| Appliances/AC | 205,000.00 |
| Land | 425,000.00 |
| Total Property and Equipment | 7,500,000.00 |
| | |
| **Total Assets** | **9,101,874.14** |
| | |
| **LIABILITIES & CAPITAL** | |
| | |
| Liabilities | |
| Parkside Security Deposits DIP Acct | 35,572.41 |
| Mortgage 1st | 4,749,985.82 |
| TIF Mortgage | 1,463,012.38 |
| Total Liabilities | 6,177,425.79 |
| | |
| Capital | |
| Owner Contribution | 2,818.76 |
| Retained Earnings | 2,921,629.59 |
| Total Capital | 2,924,448.35 |
| | |
| **Total Liabilities & Capital** | **9,101,874.14** |

**Parkside: Monthly Cash Profit & Loss**

| line | *Week Ending:* | 26-01 | 26-02 | 26-03 | 26-04 | 26-05 | 26-06 | 26-07 |
|---|---|---|---|---|---|---|---|---|
| 1 | **Receipts** | | | | | | | |
| 2 | Rent | 42,590 | 39,139 | 43,506 | 41,380 | 43,609 | 41,685 | 36,886 |
| 3 | Other Income | - | - | 9 | - | - | 9 | - |
| 4 | Transfer | - | - | - | - | 268 | 1,400 | - |
| 5 | **Income** | **$ 42,590** | **$ 39,139** | **$ 43,515** | **$ 41,380** | **$ 43,877** | **$ 43,094** | **$ 36,886** |
| 6 | | | | | | | | |
| 7 | **Disbursements** | | | | | | | |
| 8 | Maintenance Disbursements | | | | | | | |
| 9 | Maintenance Staff Costs | - | (136) | (232) | (144) | (224) | - | (288) |
| 10 | Resident Manager | (325) | (237) | (457) | (1,287) | (288) | (826) | (1,205) |
| 11 | Repairs/Maintenance | (168) | (48) | - | (458) | (2) | (3,047) | (1,401) |
| 12 | Janitorial | (1,152) | (347) | (48) | (1,468) | (1,425) | (1,885) | (2,318) |
| 13 | Painting | (376) | - | (88) | (271) | - | (221) | - |
| 14 | Plumbing | - | - | (284) | - | - | - | - |
| 15 | Fire Prevention | - | (541) | - | - | (924) | - | - |
| 16 | Snow Removal | (271) | (398) | (421) | - | (361) | - | - |
| 17 | Total Maintenance Disbursements | (2,292) | (1,706) | (1,529) | (3,629) | (3,224) | (5,979) | (5,212) |
| 18 | | | | | | | | |
| 19 | Admin/Utility Expenses | | | | | | | |
| 20 | Internet, Phone & SW Exp | (412) | (289) | (289) | (289) | (250) | (501) | (251) |
| 21 | Property Management | (4,493) | (2,821) | (3,193) | (2,527) | (3,734) | (3,000) | (3,803) |
| 22 | Insurance | (3,225) | - | (1,795) | (3,598) | (1,801) | (1,801) | (1,801) |
| 23 | Electric/Gas/Water/Sewer | (2,630) | (2,909) | (3,078) | - | (5,357) | (2,636) | (2,964) |
| 24 | Elevator | (494) | - | - | (494) | - | - | - |
| 25 | Garbage | - | (414) | (207) | - | (414) | - | (414) |
| 26 | Total Admin/Utility Expenses | (11,254) | (6,433) | (8,562) | (6,908) | (11,556) | (7,938) | (9,234) |
| 27 | | | | | | | | |
| 28 | Gen & admin exp (lines 17 + 26) | (13,546) | (8,139) | (10,091) | (10,537) | (14,780) | (13,917) | (14,446) |
| 29 | | | | | | | | |
| 30 | Cash Flow from Operations (lines 5 + 17 + 26) | 29,044 | 31,000 | 33,424 | 30,842 | 29,096 | 29,177 | 22,440 |
| 31 | | | | | | | | |
| 32 | Financing and Other | | | | | | | |
| 33 | US Court Trustee 0.4% | (6) | (739) | - | (411) | - | - | (528) |
| 34 | Mortgage 1st | (19,267) | (26,767) | (19,267) | (19,267) | (19,267) | (59,267) | (19,267) |
| 35 | Professional Fees | (505) | (450) | (450) | (200) | - | (90) | - |
| 36 | Manager Oversite $45/unit | (1,755) | - | - | - | - | - | - |
| 37 | Total Financing and Other | (21,533) | (27,956) | (19,717) | (19,878) | (19,267) | (59,357) | (19,795) |
| 38 | | | | | | | | |
| 39 | **Profit/(Loss) (lines 30 + 37)** | **7,510** | **3,044** | **13,708** | **10,965** | **9,830** | **(30,180)** | **2,646** |

| Month | Wk Ending | Post Date | Account | Receipt/ Disbursement | Amount |
|---|---|---|---|---|---|
| 26-07 | 07/03/26 | 07/01/26 | Rent | Receipt | $1,090.00 |
| 26-07 | 07/03/26 | 07/02/26 | Rent | Receipt | $1,025.00 |
| 26-07 | 07/03/26 | 07/02/26 | Rent | Receipt | $1,035.00 |
| 26-07 | 07/03/26 | 07/03/26 | Rent | Receipt | $1,080.00 |
| 26-07 | 07/03/26 | 07/03/26 | Rent | Receipt | $4,589.19 |
| 26-07 | 07/03/26 | 07/03/26 | Rent | Receipt | $6,410.00 |
| 26-07 | 07/10/26 | 07/10/26 | Rent | Receipt | $149.54 |
| 26-07 | 07/10/26 | 07/10/26 | Rent | Receipt | $2,070.00 |
| 26-07 | 07/10/26 | 07/09/26 | Rent | Receipt | $750.00 |
| 26-07 | 07/10/26 | 07/08/26 | Rent | Receipt | $1,080.00 |
| 26-07 | 07/10/26 | 07/08/26 | Rent | Receipt | $3,175.00 |
| 26-07 | 07/10/26 | 07/08/26 | Rent | Receipt | $2,170.00 |
| 26-07 | 07/10/26 | 07/07/26 | Rent | Receipt | $3,250.00 |
| 26-07 | 07/10/26 | 07/07/26 | Rent | Receipt | $5,340.00 |
| 26-07 | 07/10/26 | 07/06/26 | Rent | Receipt | $1,090.00 |
| 26-07 | 07/10/26 | 07/06/26 | Rent | Receipt | $2,215.00 |
| 26-07 | 07/17/26 | 07/15/26 | Rent | Receipt | $367.20 |
| 26-07 | 07/17/26 | 07/13/26 | Transfer | Receipt | $3,680.00 |
| 26-07 | 07/24/26 | 07/23/26 | Property Management | Receipt | $700.00 |
| 26-07 | 07/24/26 | 07/20/26 | Property Management | Receipt | $45.00 |
| 26-07 | 07/31/26 | 07/30/26 | Transfer | Receipt | $700.00 |
| | | | | **Total:** | **$42,010.93** |

| Month | Wk Ending | Post Date | Account | Receipt/ Disbursement | Amount |
|---|---|---|---|---|---|
| 26-07 | 07/03/26 | 07/01/26 | Resident Manager | Disbursement | ($403.11) |
| 26-07 | 07/03/26 | 07/01/26 | Garbage | Disbursement | ($207.09) |
| 26-07 | 07/03/26 | 07/03/26 | Janitorial | Disbursement | ($544.28) |
| 26-07 | 07/10/26 | 07/09/26 | Mortgage 1st | Disbursement | ($19,266.67) |
| 26-07 | 07/10/26 | 07/08/26 | Janitorial | Disbursement | ($111.51) |
| 26-07 | 07/17/26 | 07/16/26 | Resident Manager | Disbursement | ($209.88) |
| 26-07 | 07/17/26 | 07/14/26 | Electric/Gas/Water/Sewer | Disbursement | ($2,964.19) |
| 26-07 | 07/17/26 | 07/14/26 | Property Management | Disbursement | ($3,476.48) |
| 26-07 | 07/17/26 | 07/13/26 | Garbage | Disbursement | ($207.09) |
| 26-07 | 07/17/26 | 07/13/26 | Transfer | Disbursement | ($3,680.00) |
| 26-07 | 07/24/26 | 07/22/26 | US Court Trustee 0.4% | Disbursement | ($528.00) |
| 26-07 | 07/24/26 | 07/22/26 | Maintenance Staff Costs | Disbursement | ($64.00) |
| 26-07 | 07/24/26 | 07/22/26 | Maintenance Staff Costs | Disbursement | ($224.00) |
| 26-07 | 07/24/26 | 07/21/26 | Insurance | Disbursement | ($1,800.98) |
| 26-07 | 07/24/26 | 07/21/26 | Property Management | Disbursement | ($476.00) |
| 26-07 | 07/24/26 | 07/21/26 | Property Management | Disbursement | ($596.00) |
| 26-07 | 07/31/26 | 07/31/26 | Resident Manager | Disbursement | ($592.28) |
| 26-07 | 07/31/26 | 07/30/26 | Transfer | Disbursement | ($700.00) |
| 26-07 | 07/31/26 | 07/30/26 | Repairs/Maintenance | Disbursement | ($41.40) |
| 26-07 | 07/31/26 | 07/28/26 | Repairs/Maintenance | Disbursement | ($1,359.23) |
| 26-07 | 07/31/26 | 07/27/26 | Janitorial | Disbursement | ($1,210.68) |
| 26-07 | 07/31/26 | 07/27/26 | Internet, Phone & SW Exp | Disbursement | ($251.15) |
| 26-07 | 07/31/26 | 07/27/26 | Janitorial | Disbursement | ($451.35) |
| | | | | **Total:** | **($39,365.37)** |

# Receivable Summary



Property = Parkside Place Status: Current, Notice Entity Type: Tenant Month From: 07/2026 To 07/2026 [Showing Unit]

| Owner | Property | Unit | Charge To | Opening Balance | Charges | Receipts | Closing Balance |
|---|---|---|---|---|---|---|---|
| **Parkside Place** | | | | | | | |
| PARKSIDE PLACE | Parkside Place | 201 | GT BROTHERS | 0.00 | 3,032.04 | 3,032.04 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 202 | COUNTY FAIR FOODS OF WATERTOWN | 0.00 | 1,557.15 | 1,557.15 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2201 | ERIN KRAVIK | 0.00 | 1,035.00 | 1,035.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2202 | HOLLY // LISA OHMAN | -30.00 | 1,080.00 | 1,090.00 | -40.00 |
| PARKSIDE PLACE | Parkside Place | 2203 | ZOIE FRASER | 0.00 | 1,055.00 | 1,055.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2205 | DEVAN BROCKEL | 0.00 | 0.00 | 0.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2206 | JOSIAH KULL | 0.00 | 1,090.00 | 1,090.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2207 | MARGARET MELAND | 0.00 | 1,035.00 | 1,035.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2208 | ETHAN SPEIDELL | 0.00 | 1,090.00 | 2,180.00 | -1,090.00 |
| PARKSIDE PLACE | Parkside Place | 2210 | Mark Keller | 0.00 | 1,080.00 | 1,080.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2211 | OLIVIA HUSTOFT | 0.00 | 1,090.00 | 1,090.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2301 | JADEEN ROSA CASTRO | -1,025.00 | 1,025.00 | 1,025.00 | -1,025.00 |
| PARKSIDE PLACE | Parkside Place | 2302 | TIFFANY SANDERSON | 0.00 | 1,080.00 | 1,080.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2303 | SAMANTHA ADAM | 0.00 | 1,060.00 | 1,060.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2304 | CHANDLER PEERY | 0.00 | 1,035.00 | 1,035.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2305 | TAYLOR VEFLIN | -1,090.00 | 1,090.00 | 1,090.00 | -1,090.00 |
| PARKSIDE PLACE | Parkside Place | 2306 | GARY HOFER | 0.00 | 1,080.00 | 1,080.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2307 | RYAN PECK | -1,190.00 | 1,190.00 | 1,190.00 | -1,190.00 |
| PARKSIDE PLACE | Parkside Place | 2308 | JORGE ROSA | 0.00 | 1,080.00 | 1,080.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2309 | DAVID TIJERINA | 0.00 | 1,080.00 | 1,080.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2310 | SUSAN BEEBE | 0.00 | 1,090.00 | 1,090.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2311 | MICHELLE AUGHENBAUGH | 0.00 | 1,117.20 | 1,117.20 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2312 | CIARA FRANK | -1,025.00 | 1,025.00 | 0.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2401 | ANNA SAMUELSON | 0.00 | 1,025.00 | 1,025.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2402 | JOELLE CONSIER | -1,080.00 | 1,080.00 | 1,080.00 | -1,080.00 |
| PARKSIDE PLACE | Parkside Place | 2404 | BRANDON BROWN | 0.00 | 1,035.00 | 1,035.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2405 | AMANDA KWASNIEWSKI | -1,090.00 | 1,090.00 | 1,090.00 | -1,090.00 |
| PARKSIDE PLACE | Parkside Place | 2406 | HOPE LEWANDOWSKI | 0.00 | 1,080.00 | 1,080.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2407 | COLE WEGNER | 0.00 | 1,080.00 | 1,080.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2408 | JOSEPH NOELDNER | 0.00 | 1,035.00 | 1,101.78 | -66.78 |
| PARKSIDE PLACE | Parkside Place | 2409 | JOSHUA GILLILAND | 0.00 | 1,080.00 | 1,080.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2410 | ELIZABETH BURGER | 0.00 | 1,090.00 | 2,180.00 | -1,090.00 |
| PARKSIDE PLACE | Parkside Place | 2411 | REYNA REYES | 0.00 | 1,035.00 | 1,035.00 | 0.00 |
| PARKSIDE PLACE | Parkside Place | 2412 | BENJAMIN WAGNER | 0.00 | 1,166.40 | 0.00 | 1,166.40 |
| | **Total** | | | **-6,530.00** | **37,892.79** | **37,958.17** | **-6,595.38** |
| **Grand Total** | | | | **-6,530.00** | **37,892.79** | **37,958.17** | **-6,595.38** |

UserId : mcraig@cpbusmgt.com Date : 08/12/2026 Time : 20:46

# Payables Aging Report



Period: -07/2026

As of : 07/31/2026

| Payee Name | Invoice<br>Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

8/12/2026 1:29 PM

# Rent Roll

Property = Parkside Place

As Of = 07/30/2026

Month = 07/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|---|---|---|---|---|---|---|---|
| **Current/Notice/Vacant Tenants** | | | | | | | |
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 0.00 | 09/01/2021 | 08/31/2026 | 09/30/2026 |
| 202 | COUNTY FAIR FOODS OF WATERT | 1,290.00 | 2,000.00 | 0.00 | 10/01/2021 | 09/30/2026 | 09/30/2026 |
| 2201 | ERIN KRAVIK | 1,035.00 | 925.00 | 0.00 | 05/04/2024 | 11/30/2026 | |
| 2202 | HOLLY // LISA OHMAN | 1,080.00 | 965.00 | 0.00 | 08/01/2022 | 01/31/2027 | |
| 2203 | ZOIE FRASER | 1,055.00 | 750.00 | 0.00 | 02/01/2025 | 02/28/2027 | |
| 2204 | VACANT | 0.00 | 0.00 | 0.00 | | | |
| 2205 | VACANT | 0.00 | 0.00 | 0.00 | | | |
| 2206 | JOSIAH KULL | 1,090.00 | 700.00 | 0.00 | 03/10/2026 | 03/31/2027 | |
| 2207 | MARGARET MELAND | 1,035.00 | 1,025.00 | 0.00 | 08/05/2024 | 02/29/2028 | |
| 2208 | ETHAN SPEIDELL | 1,090.00 | 700.00 | 0.00 | 04/01/2026 | 03/31/2027 | |
| 2209 | VACANT | 0.00 | 0.00 | 0.00 | | | |
| 2210 | Mark Keller | 1,080.00 | 945.00 | 0.00 | 03/11/2022 | 04/30/2027 | |
| 2211 | OLIVIA HUSTOFT | 1,090.00 | 700.00 | 0.00 | 05/01/2026 | 04/30/2027 | |
| 2212 | VACANT | 0.00 | 0.00 | 0.00 | | | |
| 2301 | JADEEN ROSA CASTRO | 1,025.00 | 1,025.00 | 0.00 | 08/07/2025 | 08/31/2026 | |
| 2302 | TIFFANY SANDERSON | 1,080.00 | 980.00 | 0.00 | 01/01/2023 | 07/31/2027 | |
| 2303 | SAMANTHA ADAM | 1,060.00 | 945.00 | 0.00 | 05/10/2022 | 04/30/2027 | |
| 2304 | CHANDLER PEERY | 1,035.00 | 925.00 | 0.00 | 05/10/2024 | 11/30/2026 | |
| 2305 | TAYLOR VEFLIN | 1,090.00 | 700.00 | 0.00 | 06/01/2026 | 05/31/2027 | |
| 2306 | GARY HOFER | 1,080.00 | 925.00 | 0.00 | 05/15/2024 | 07/31/2027 | |
| 2307 | RYAN PECK | 1,090.00 | 700.00 | 100.00 | 06/01/2026 | 11/30/2026 | |
| 2308 | JORGE ROSA | 1,080.00 | 1,000.00 | 0.00 | 01/10/2025 | 07/31/2027 | |
| 2309 | DAVID TIJERINA | 1,080.00 | 1,025.00 | 0.00 | 03/01/2025 | 02/28/2026 | |
| 2310 | SUSAN BEEBE | 1,090.00 | 700.00 | 0.00 | 05/01/2026 | 04/30/2027 | |
| 2311 | MICHELLE AUGHENBAUGH | 1,090.00 | 700.00 | 0.00 | 06/23/2026 | 06/30/2027 | |
| 2312 | CIARA FRANK | 1,025.00 | 1,025.00 | 0.00 | 08/01/2025 | 07/31/2026 | 07/31/2026 |
| 2401 | ANNA SAMUELSON | 1,025.00 | 1,025.00 | 0.00 | 07/07/2025 | 07/31/2026 | 07/31/2026 |
| 2402 | JOELLE CONSIER | 1,080.00 | 1,025.00 | 0.00 | 04/16/2025 | 04/30/2027 | |
| 2403 | VACANT | 0.00 | 0.00 | 0.00 | | | |
| 2404 | BRANDON BROWN | 1,035.00 | 980.00 | 0.00 | 12/01/2022 | 12/31/2026 | |

8/12/2026 1:29 PM

## Rent Roll

Property = Parkside Place

As Of = 07/30/2026

Month = 07/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | Misc | Move In | Lease Expiration | Move Out |
|---|---|---|---|---|---|---|---|
| 2405 | AMANDA KWASNIEWSKI | 1,090.00 | 700.00 | 0.00 | 02/18/2026 | 02/28/2027 | |
| 2406 | HOPE LEWANDOWSKI | 1,080.00 | 1,025.00 | 0.00 | 03/01/2025 | 03/31/2027 | |
| 2407 | COLE WEGNER | 1,080.00 | 1,025.00 | 0.00 | 08/14/2024 | 08/31/2025 | |
| 2408 | JOSEPH NOELDNER | 1,035.00 | 1,025.00 | 0.00 | 09/01/2023 | 08/31/2026 | 05/31/2026 |
| 2409 | JOSHUA GILLILAND | 1,080.00 | 500.00 | 0.00 | 12/01/2021 | | |
| 2410 | ELIZABETH BURGER | 1,090.00 | 700.00 | 0.00 | 05/22/2026 | 05/31/2027 | |
| 2411 | REYNA REYES | 1,035.00 | 1,035.00 | 0.00 | 12/01/2025 | 11/30/2026 | |
| 2412 | BENJAMIN WAGNER | 1,080.00 | 1,025.00 | 0.00 | 06/01/2024 | 06/30/2027 | |
| **Future Tenants/Applicants** | | | | | | | |
| 2205 | DEVAN BROCKEL | 0.00 | 700.00 | 0.00 | 08/01/2026 | 07/31/2027 | |
| 2209 | MARA OTTO | 0.00 | 700.00 | 0.00 | 08/01/2026 | 07/31/2027 | |
| 2408 | CARISSA KELLAR | 0.00 | 700.00 | 0.00 | 09/01/2026 | 08/31/2027 | |
| **Total** | **Parkside Place** | **36,893.00** | **35,525.00** | **100.00** | | | |

| Summary Groups | Actual Rent | Security Deposit | Misc | # Of Units | % Unit Occupancy |
|---|---|---|---|---|---|
| Current/Notice/Vacant Tenants | 36,893.00 | 33,425.00 | 100.00 | 38 | 86.85 |
| Future Tenants/Applicants | 0.00 | 2,100.00 | 0.00 | 3 | 0.00 |
| Occupied Units | 0.00 | 0.00 | 0.00 | 33 | 86.85 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 5 | 13.15 |
| **Totals:** | **36,893.00** | **35,525.00** | **100.00** | **38** | **100.00** |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20288

06/16/26

$207.09*****

TO THE ORDER OF **** TWO HUNDRED SEVEN AND 09/100 DOLLARS

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD 57201

NON-NEGOTIABLE

George's Sanitation Inc.
3367 12th Ave NW
Watertown, SD 57201

605-886-3161

PAID
20288

# Invoice

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 46181 |

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

## APRIL GARBAGE SERVICE (2026)

| Qua... | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

park $ 207.09
gen $ 207.09

**ATTENTION CUSTOMERS, WE CAN NOW DO AUTOPAY WITH YOUR CHECKING ACCOUNT THROUGH ACH OR WITH DEBIT/CREDIT CARD-IF INTERESTED PLEASE CALL (605-268-0175) OR EMAIL US AT scottgeorge00.sg@gmail.com TO GET SIGNED UP-THANK YOU.**

| | |
|---|---|
| Sales Tax (6.2%) | $24.18 |
| **Total** | **$414.18** |

**PLEASE REFERENCE YOUR INVOICE # ON YOUR PAYMENT**

INVOICE PAYMENT SUBJECT TO A $5.00 LATE FEE IF NOT PAID WITHIN 30 DAYS AFTER RECEIVED

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20294

06/29/26

$544.28*****

TO THE ORDER OF **** FIVE HUNDRED FORTY FOUR AND 28/100 DOLLARS

ALWAYS SPARKLING
26 1st Ave SW
#3310
WATERTOWN, SD 57201

NON-NEGOTIABLE

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

PAID 202954

Invoice #001396

Issue date
Jun 25, 2026

# Invoice #001396

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

**Customer**
Mindy Craig CP Business Management
livingwatertown@gmail.com
(605) 237-8806
PO Box 9379
Fargo , ND 58106

**Invoice Details**
PDF created June 25, 2026
$451.35

**Payment**
Due June 25, 2026
$451.35

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount<br>*Parkside Monthly Building Cleaning -June 2026* | 1 | $425.00 | $425.00 |

| | |
|---|---|
| Subtotal | $425.00 |
| Codington County | $26.35 |

## Total Due $451.35

**Pay online**

**To pay your invoice go to https://squareup.com/u/4nnwLn0B**

Or open the camera on your mobile device and place the QR code in the camera's view.

PAID
202904

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001399

Issue date
Jun 25, 2026

# Invoice #001399

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

**Customer**
Mindy Craig CP Business Management
livingwatertown@gmail.com
(605) 237-8806
PO Box 9379
Fargo , ND 58106

**Invoice Details**
PDF created June 25, 2026
$55.76

**Payment**
Due June 25, 2026
$55.76

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount<br>*Refresh Cleaning: 2311*<br>*-windows*<br>*-counters*<br>*-floors*<br>*-toilets*<br>*-exhaust fan* | 1 | $52.50 | $52.50 |

| | |
|---|---|
| Subtotal | $52.50 |
| Codington County | $3.26 |

## Total Due $55.76

**Pay online**

**To pay your invoice go to https://squareup.com/u/KcVHY9rm**

Or open the camera on your mobile device and place the QR code in the camera's view.

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

PAID
20294

Invoice #001401

Issue date
Jun 26, 2026

# Invoice #001401

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

**Customer**
Mindy Craig CP Business Management
livingwatertown@gmail.com
(605) 237-8806
PO Box 9379
Fargo , ND 58106

**Invoice Details**
PDF created June 29, 2026
$37.17

**Payment**
Due June 26, 2026
$37.17

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount<br>*Touch Up 2305*<br>*-floors*<br>*-counter tops*<br>*-walk smudge*<br>*-microwave*<br>*-sink*<br>*-toilet*<br>*-window ledge* | 1 | $35.00 | $35.00 |

| | |
|---|---|
| Subtotal | $35.00 |
| Codington County | $2.17 |

## Total Due $37.17

**Pay online**

To pay your invoice go to https://squareup.com/u/uixgjKV5
Or open the camera on your mobile device and place the QR code in the camera's view.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20295

06/29/26

$207.09*****

TO THE ORDER OF **** TWO HUNDRED SEVEN AND 09/100 DOLLARS

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD 57201

NON-NEGOTIABLE

PAID
26095

# Invoice

George's Sanitation Inc.
3367 12th Ave NW
Watertown, SD 57201

605-886-3161

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 46534 |

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

## MAY GARBAGE SERVICE (2026)

| Qua... | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

Park $ 207.09
Gen $ 207.09

| | |
|---|---|
| Sales Tax (6.2%) | $24.18 |
| **Total** | **$414.18** |

**ATTENTION CUSTOMERS, WE CAN NOW DO AUTOPAY WITH YOUR CHECKING ACCOUNT THROUGH ACH OR WITH DEBIT/CREDIT CARD-IF INTERESTED PLEASE CALL (605-268-0175) OR EMAIL US AT scottgeorge00.sg@gmail.com TO GET SIGNED UP-THANK YOU.**

**PLEASE REFERENCE YOUR INVOICE # ON YOUR PAYMENT**

INVOICE PAYMENT SUBJECT TO A $5.00 LATE FEE IF NOT PAID WITHIN 30 DAYS AFTER RECEIVED

**PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20296

06/29/26

$111.51*****

TO THE ORDER OF **** ONE HUNDRED ELEVEN AND 51/100 DOLLARS

IKES WINDOW WASHING
PO BOX 486
WATERTOWN, SD 57201

NON-NEGOTIABLE

# Invoice

PAID 20296

**Invoice No:** 4327
**Invoice Date:** Jun 18, 2026

**Ike's Window Washing**
PO Box 486
Watertown, SD 57201
605-233-0628 Office
ikesww.com
ikeswindowwashing@gmail.com

IKE'S WINDOW WASHING

**Bill To:**
Parkside Place
PO BOX 9379
Fargo, ND 58106

| Job Date | Description | Job location | Qty | Each | Amount |
|---|---|---|---|---|---|
| Jun 18, 2026 | **Quarterly Clean** | Parkside Place, 8 2nd Street Northeast; Watertown, SD 57201 | 1 | $105.00 | $105.00 |
| | Parkside Place | | | | |

**Service Person(s):** Isaac Holzwarth

| | |
|---|---|
| **6.2% Tax** | $6.51 |
| **Total** | $111.51 |

**Thank you for your Business!**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20297

06/30/26

$64.00******

TO THE ORDER OF **** SIXTY FOUR AND 00/100 DOLLARS

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD 57201

NON-NEGOTIABLE

PAID
20297

# Maintenance Hours

**2026**

**Maintenance N** *Bradley Warns*

$32.00 Hourly Rate
From: 15-June
To: 30-June

Parkside Place

Invoice #: 4035

Invoice Date: 6/30/2026
Due Date: 7/1/2026

| | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|
| 6/23 | 9:30 AM | 10:30 AM | 1:00: | thermostats tightened, stain match end cabinet | $32.00 |
| 6/23 | 1:00 PM | 2:00 PM | 1:00: | overhead weather stripping reattached - fell off | $32.00 |

**Total Hours** **2:00:**

**Total Hourly Pay $32/hour** **$64.00**

**Generations on 1st Paycheck :** $64.00

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20298

07/01/26

$19,266.67**

TO THE ORDER OF **** NINETEEN THOUSAND TWO HUNDRED SIXTY SIX AND 67/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN 56548

NON-NEGOTIABLE

*MEMO: Loan Payment*

use of cash collateral for the payment of standard management fees to CP Business Management or a chief restructuring officer ("CRO"), if approved by the Court. Both parties reserve all rights to petition for, or object to, future use of cash collateral to pay "Manager Oversite" fees or approved compensation due to a CRO, after the term of this Stipulation expires.

5. Adequate Protection and Replacement Liens. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

PAID

i. Parkside will pay the sum of $19,266.67.00 on the 15th day of each month to be applied to debt service.

ii. Parkside shall each remit to the Bank, within three (3) business days of the entry of an order granting this stipulation, the added sum of $40,000 to be applied to debt service.

iii. The adequate protection payments to the Bank set forth in this paragraph 5(i) and (ii) will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

iv. The Bank shall be granted perfected replacement liens and security interests, pursuant to 11 U.S.C. § 552, in Debtors' postpetition accounts receivables, general intangibles, cash, and rents of the same priority, dignity, and effect as the prepetition liens and security interests on the prepetition property of Debtor, to the extent of any diminution in cash collateral or prepetition accounts receivables, general intangibles, cash, and

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20299

06/30/26

$2,964.19***

TO THE ORDER OF **** TWO THOUSAND NINE HUNDRED SIXTY FOUR AND 19/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD 57201

NON-NEGOTIABLE

**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**
(605) 882-6233
M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

PAID
20299

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187414-06
**Service Address:** 8 2 ST NE 2311

**Electric Service**




| | **Jun 2026** |
|---|---|
| **Days of Service** | 19 |
| **kWh Used** | 71 |
| **Avg kWh per day** | 3.7 |
| **Avg cost per day** | $0.84 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| July 10, 2026 | **$15.88** | $16.68 |

**Account Summary**

| | | |
|---|---|---|
| Previous Balance | $ | 0.00 |
| Payments Received | $ | 0.00 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 15.88 |
| Total Amount Due | $ | **15.88** |

**Current Charges**

| | | |
|---|---|---|
| Electric Service | $ | 15.88 |
| Total Current Charges | $ | 15.88 |

**Important Info**

Average Temperature last year : 61 Degrees
Average Temperature this year : 67 Degrees

**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**
(605) 882-6233
M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

PAID
20299

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187410-08
**Service Address:** 8 2 ST NE 2307

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| July 10, 2026 | $10.33 | $10.33 |

## Account Summary

| | | |
|---|---|---|
| Previous Balance | $ | 16.84 |
| Payments Received | $ | -16.84 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 10.33 |
| Total Amount Due | $ | 10.33 |

### Electric Service




| | May 2026 | Jun 2026 |
|---|---|---|
| Days of Service | 30 | 12 |
| kWh Used | 27 | 48 |
| Avg kWh per day | 0.9 | 4.0 |
| Avg cost per day | $0.56 | $0.86 |

## Current Charges

| | | |
|---|---|---|
| Electric Service | $ | 10.33 |
| Total Current Charges | $ | 10.33 |

## Important Info

Average Temperature last year : 61 Degrees
Average Temperature this year : 67 Degrees

**THIS IS YOUR FINAL BILL FOR SERVICE**

**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**
(605) 882-6233
M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

PAID
20299

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187406-04
**Service Address:** 8 2 ST NE 2305

**Electric Service**




| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| July 10, 2026 | $17.69 | $18.58 |

## Account Summary

| | | |
|---|---|---|
| Previous Balance | $ | 0.00 |
| Payments Received | $ | 0.00 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 17.69 |
| Total Amount Due | $ | 17.69 |

| | Jun 2026 |
|---|---|
| **Days of Service** | 22 |
| **kWh Used** | 75 |
| **Avg kWh per day** | 3.4 |
| **Avg cost per day** | $0.80 |

## Current Charges

| | | |
|---|---|---|
| Electric Service | $ | 17.69 |
| Total Current Charges | $ | 17.69 |

## Important Info

Average Temperature last year : 61 Degrees
Average Temperature this year : 67 Degrees

**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**
(605) 882-6233
M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

PAID
20299

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187449-08
**Service Address:** 8 2 ST NE 2212

**Electric Service**




| | May 2026 | Jun 2026 |
|---|---|---|
| **Days of Service** | 30 | 31 |
| **kWh Used** | 28 | 35 |
| **Avg kWh per day** | 0.9 | 1.1 |
| **Avg cost per day** | $0.56 | $0.58 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| July 10, 2026 | **$18.10** | $19.01 |

**Account Summary**

| | | |
|---|---|---|
| Previous Balance | $ | 16.91 |
| Payments Received | $ | -16.91 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 18.10 |
| Total Amount Due | **$** | **18.10** |

**Current Charges**

| | | |
|---|---|---|
| Electric Service | $ | 18.10 |
| Total Current Charges | $ | 18.10 |

**Important Info**

Average Temperature last year : 61 Degrees
Average Temperature this year : 67 Degrees

**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**
(605) 882-6233
M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

PAID
20299

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 070-187355-02
**Service Address:** 8 2 ST NE HOUSE

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| July 10, 2026 | $2,902.83 | $3,047.94 |

## Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | | $ | 2,589.77 |
| Payments Received | June 12, 2026 Thank you | $ | -2,589.13 |
| **Balance Forward** | | **$** | **0.64** |
| Current Charges | | $ | 2,902.19 |
| Total Amount Due | | $ | 2,902.83 |

## Electric Service




| | May 2026 | Jun 2026 |
|---|---|---|
| **Days of Service** | 30 | 31 |
| **kWh Used** | 3634 | 3881 |
| **Avg kWh per day** | 121.1 | 125.2 |
| **Avg cost per day** | $11.03 | $13.74 |

## Current Charges

| | | |
|---|---|---|
| Electric Service | $ | 426.01 |
| Gas Service | $ | 192.02 |
| Water Service | $ | 667.04 |
| Sewer Service | $ | 1,617.12 |
| Total Current Charges | $ | 2,902.19 |

## Gas Service




| | May 2026 | Jun 2026 |
|---|---|---|
| **Days of Service** | 30 | 31 |
| **ccf Used** | 298.77 | 254.01 |
| **Avg ccf per day** | 10.0 | 8.2 |
| **Avg cost per day** | $7.41 | $6.19 |

## Important Info

Average Temperature last year : 61 Degrees
Average Temperature this year : 67 Degrees

## Water Service




| | May 2026 | Jun 2026 |
|---|---|---|
| **Days of Service** | 30 | 31 |
| **ccf Used** | 76 | 132 |
| **Avg ccf per day** | 2.5 | 4.3 |
| **Avg cost per day** | $12.50 | $20.08 |

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20300

07/13/26

$476.00*****

TO THE ORDER OF **** FOUR HUNDRED SEVENTY SIX AND 00/100 DOLLARS

JAIME BRANN, TRISHA BRANN
PO BOX 385
PARK RAPIDS, MN 56470

NON-NEGOTIABLE

Sec Dep. Return

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20301

07/13/26

$596.00*****

TO THE ORDER OF **** FIVE HUNDRED NINETY SIX AND 00/100 DOLLARS

MARIAH GAUKLER, CHELSEA GAUKLER
10127 454th Ave
Lidgerwood, ND 58053

NON-NEGOTIABLE

Sec. Dep. Return

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20303

06/30/26

$3,476.48***

TO THE ORDER OF **** THREE THOUSAND FOUR HUNDRED SEVENTY SIX AND 48/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369, 58106

NON-NEGOTIABLE

PAID
20303

# CP Business Management

Parkside Place

**2026**

From: 1-Jun
To: 30-Jun

Invoice #: 2019
Invoice Date: 06/30/2026
Due Date: 07/01/2026

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected Funds | $39,774.17 | $1,988.71 |
| | **Total Management Fee** | **$39,774.17** | **$1,988.71** |

| | Other Collected Income | | Total |
|---|---|---|---|
| | 2311 collected CP recovery fees | | $193.64 |
| | 2307 collected CP recovery fees | | $150.67 |
| | 2305 collected CP recovery fees | | $180.46 |
| 5800 | Collected late fees | | |
| 5700 | Collected admin fees (Nguyen, Rueschlein) | | $725.00 |
| | | **Total Other Collected Income** | **$1,249.77** |

| | Miscellaneous | | |
|---|---|---|---|
| 8004 | Misc Manager | | $200.00 |
| 7057 | Software Fee | | $38.00 |
| | | **Total Miscellaneous** | **$238.00** |

| | |
|---|---|
| **Total Management Fee** | $1,988.71 |
| **Total Other Collected Income** | $1,249.77 |
| **Total Miscellaneous** | $238.00 |
| **Parkside Place Total** | $3,476.48 |

Please make checks payable to CP Business Management no later than 07/01/2026

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20304

07/15/26

$224.00*****

TO THE ORDER OF **** TWO HUNDRED TWENTY FOUR AND 00/100 DOLLARS

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD 57201

NON-NEGOTIABLE

# Maintenance Hours

**2026**

**Maintenance N** *Bradley Warns*

$32.00 Hourly Rate
From: 1-July
To: 15-July

PAID 20304

Parkside Place

Invoice #: 4036

Invoice Date: 6/30/2026
Due Date: 7/1/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/7 | 2204 | 4:30 PM | 6:00 PM | 1:30: | caulk windows, edge island piece, thermostats tightened, new command hook bathroom | $48.00 |
| 7/7 | 2209 | 6:00 PM | 7:00 PM | 1:00: | tighten thermostats, dryer vent hose, coat closet door opening, tilt ac back | $32.00 |
| 7/7 | 2205 | 19:00 | 19:30 | 0:30: | tighten toilet seat/vanity handle, caulk window, rod bedroom blinds | $16.00 |
| 7/7 | 2403 | 19:30 | 8:30 PM | 1:00: | thermostats tightened, caulk windows, counter siding | $32.00 |
| 7/8 | | 12:00 | 15:00 | 3:00: | items needed in units from menards run/finished, water mess cleaned up in back entry and patio doors | $96.00 |

**Total Hours** **7:00:** **Total Hourly Pay $32/hour** **$224.00**

**Generations on 1st Paycheck :** $224.00

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20305

07/21/26

$1,210.68***

TO THE ORDER OF **** ONE THOUSAND TWO HUNDRED TEN AND 68/100 DOLLARS

ALWAYS SPARKLING
26 1st Ave SW
#3310
WATERTOWN, SD 57201

NON-NEGOTIABLE

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001407

PAID 2025

**Issue date**
Jul 9, 2026

# Invoice #001407

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

**Customer**
Mindy Craig CP Business Management
livingwatertown@gmail.com
(605) 237-8806
PO Box 9379
Fargo , ND 58106

**Invoice Details**
PDF created July 9, 2026
$297.36

**Payment**
Due July 9, 2026
$297.36

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount<br>*2408 Move Out<br>-7 hours-<br>-windows<br>-blinds<br>-wall smudges<br>-baseboards<br>-doors<br>-heat registers<br>-AC unit/filter<br>-washer<br>-dryer<br>-fridge/freezer<br>-stove/oven<br>-dishwasher/filter<br>-microwave<br>-cabinets inside/out<br>-sink<br>-light switches/outlets<br>-counter top<br>-shower<br>-vanity<br>-fixtures<br>-mirror<br>-toilet<br>-exhaust fan* | 7 | $40.00 | $280.00 |

**Pay online**

To pay your invoice go to https://squareup.com/u/Owkh2MC9

Or open the camera on your mobile device and place the QR code in the camera's view.

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001407

Issue date
Jul 9, 2026

| | |
|---|---|
| Subtotal | $280.00 |
| Codington County | $17.36 |

## Total Due $297.36



Pay online

To pay your invoice go to https://squareup.com/u/Owkh2MC9

Or open the camera on your mobile device and place the QR code in the camera's view.

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001406

Issue date
Jul 9, 2026

PAID 20305

# Invoice #001406

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

**Customer**
Mindy Craig CP Business Management
livingwatertown@gmail.com
(605) 237-8806
PO Box 9379
Fargo , ND 58106

**Invoice Details**
PDF created July 9, 2026
$233.64

**Payment**
Due July 9, 2026
$233.64

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 1 | $220.00 | $220.00 |

*2205 Move Out*
*-5.5 hours-*
*Light wipe throughout*
*-windows*
*-blinds*
*-wall smudges*
*-baseboards*
*-heat registers*
*-AC/filter*
*-light switches/outlets*
*-floors*
*-washer*
*-dryer*
*-fridge/freezer*
*-dishwasher/filter*
*-stove/oven*
*-cabinets inside/out*
*-counter tops*
*-sink/faucet*
*-shower*
*-sink*
*-fixtures*
*-mirror*
*toilet*
*-register*

**Pay online**

**To pay your invoice go to https://squareup.com/u/70wmLHy2**

Or open the camera on your mobile device and place the QR code in the camera's view.

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001406

**Issue date**
Jul 9, 2026

| | |
|---|---|
| Subtotal | $220.00 |
| Codington County | $13.64 |

## Total Due $233.64

**Pay online**

To pay your invoice go to https://squareup.com/u/70wmLHy2

Or open the camera on your mobile device and place the QR code in the camera's view.

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001405

Issue date
Jul 9, 2026

PAID 2025

# Invoice #001405

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

**Customer**
Mindy Craig CP Business Management
livingwatertown@gmail.com
(605) 237-8806
PO Box 9379
Fargo , ND 58106

**Invoice Details**
PDF created July 9, 2026
$212.40

**Payment**
Due July 9, 2026
$212.40

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount<br>*2209 Move Out*<br>*-5 hours-*<br>*-windows/tracks*<br>*-blinds*<br>*-wall smudges*<br>*-light switches/outlets*<br>*-dryer*<br>*-ceiling fan*<br>*-shower/fixtures*<br>*-exhaust fan*<br>*-toilet* | 5 | $40.00 | $200.00 |

| | |
|---|---|
| Subtotal | $200.00 |
| Codington County | $12.40 |

## Total Due $212.40

**Pay online**

**To pay your invoice go to https://squareup.com/u/3V6d0eAM**

Or open the camera on your mobile device and place the QR code in the camera's view.

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001404

Issue date
Jul 9, 2026

PAID 20305

# Invoice #001404

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

**Customer**
Mindy Craig CP Business Management
livingwatertown@gmail.com
(605) 237-8806
PO Box 9379
Fargo , ND 58106

**Invoice Details**
PDF created July 9, 2026
$254.88

**Payment**
Due July 9, 2026
$254.88

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount<br>*2204 Move Out Cleaning*<br>*-6 hours-*<br>*Windows/Tracks*<br>*Wall smudges*<br>*AC/filter*<br>*Doors*<br>*Light switches / outlets*<br>*Floors*<br>*Washing machine*<br>*Freezer/Fridge*<br>*Stove/Oven*<br>*Cabinets inside/out*<br>*Counter tops*<br>*Shower/fixtures*<br>*Mirror*<br>*Exhaust fan*<br>*Toilet* | 6 | $40.00 | $240.00 |

| | |
|---|---|
| Subtotal | $240.00 |
| Codington County | $14.88 |

## Total Due $254.88

**Pay online**

**To pay your invoice go to https://squareup.com/u/v5KOHpPS**

Or open the camera on your mobile device and place the QR code in the camera's view.

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001412

Issue date
Jul 10, 2026

PAID
20305

# Invoice #001412

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

**Customer**
Mindy Craig CP Business Management
livingwatertown@gmail.com
(605) 237-8806
PO Box 9379
Fargo , ND 58106

**Invoice Details**
PDF created July 13, 2026
$212.40

**Payment**
Due July 10, 2026
$212.40

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 5 | $40.00 | $200.00 |

*2403 Move Out*
*-5hours-*
*Blinds*
*Wall smudges*
*AC/Filter*
*Light switches/outlets*
*Floors (except carpet)*
*Washer*
*Window screens*
*Dishwasher / filter*
*Stove/Oven*
*Microwave/Filter*
*Cabinets inside/out*
*Sink/faucet*
*Shower*
*Fixtures*
*Toilet*
*Sink*

| | |
|---|---|
| Subtotal | $200.00 |
| Codington County | $12.40 |

## Total Due $212.40

Page 1 of 1

**Pay online**

**To pay your invoice go to https://squareup.com/u/VutY02ed**

Or open the camera on your mobile device and place the QR code in the camera's view.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20306

07/21/26

$41.40******

TO THE ORDER OF **** FORTY ONE AND 40/100 DOLLARS

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA 91716-0506

NON-NEGOTIABLE

MEMO: 6004-3002-0037-4038



MENARDS - WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for items on this receipt will be in the form of an in store credit voucher if the return is done after 10/07/26

If you have questions regarding the charges on your receipt, please

Sale Transaction

2408, 2308

| | |
|---|---|
| 3"X25'FLEX ALU FOIL DUCT | |
| 6399180 | 23.99 |
| ROUND TO OVAL CONNECTOR | |
| 6398925 | 14.99 |
| TOTAL | 38.98 |
| TAX WATERTOWN-SD 6.2% | 2.42 |
| TOTAL SALE | 41.40 |
| Menard Contractor Card 3678 | 41.40 |

PAID 20304

Job # or Name : 0
Auth Code:604210
Chip Inserted
a0000000817002001
ARQC - e0b558764420de66

TOTAL NUMBER OF ITEMS = 2

THE FOLLOWING REBATE RECEIPTS WERE PRINTED FOR THIS TRANSACTION:
4994

GUEST COPY

The Cardholder acknowledges receipt of goods/services in the total amount shown hereon and agrees to pay the card issuer according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, JOZELYNN

37200 06 9789 07/09/26 02:17PM 3097

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20307

07/21/26

$1,359.23***

TO THE ORDER OF **** ONE THOUSAND THREE HUNDRED FIFTY NINE AND 23/100 DOLLARS

HOMEMAKER'S VILLA
1400 MAIN AVE
MOORHEAD, MN 56560

NON-NEGOTIABLE

HOMEMAKER'S Villa
Appliances + Service

*Your Factory Authorized*
*Sales & Service Center*

1400 Main Ave
Moorhead, MN 56560
Phone 218-236-6724
Fax 218-236-7014
www.homemakersvilla.com

# SALES INVOICE

| ORDER DATE | DELIVERY DATE | INVOICE DATE |
|---|---|---|
| 07/15/26 | 07/15/26 | 07/15/26 |
| **ORDER NO.** | **APPROX TIME** | **INVOICE NO.** |
| 0183334 | | 0183334 |
| **YOUR P.O. NO.** | **ACCOUNT NO.** | **SALESMAN** |
| | 1872 | GARY ENGER |

SOLD TO: CP BUSINESS MANAGEMENT
1405 1ST AVE N SUITE B
PO BOX 9379
FARGO ND 58102

TELEPHONE NUMBER: -237-3369
CELL PHONE NUMBER: --

SHIP TO: PARKSIDE PLACE #2202 ANS #2412 WATERTOWN. PICKED UP AT STORE.

PAID 10307

| QTY | MODEL NUMBER | COLOR | DESCRIPTION & SERIAL NUMBER | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | AKCQ12ACJ | | FD016060<br>AIR CONDITIONERS | 630.00 | 630.00 |
| 1 | AKCQ12ACJ | | FD014639<br>AIR CONDITIONERS | 630.00 | 630.00 |

Delivery Instructions:

| | |
|---|---|
| TOTAL AMOUNT | 1260.00 |
| SALES TAX | 99.23 |
| DELIVERY | 0.00 |
| | 0.00 |
| **TOTAL** | 1359.23 |
| PAYMENT WITH ORDER | 0.00 |
| **AMOUNT DUE** | 1359.23 |

Terms: Purchaser agrees that Seller shall retian a purchase money security interest in the above merchandise untill payment is made in full. There is no Finance Charge on accounts paid within 30 days of delivery. On all accounts not paid within 30 days of delivery, a FinanceCharge is computed by a periodic rate of 1.5% per month (or a minimum charge of 50 cents) which is and Annual Percentage Rate of 18% This finance charge is computed 30 days after delivery on the unpaid balance and each 30 day period thereafter.

APPLIED TO 0000000
TERMS: PAY UPON RECEIPT OF INVOICE

DELIVERED BY:

DATE

X ______________________
**Ordered By**

X ______________________
**Received in satisfactory condition by**

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20308

07/21/26

$251.15*****

TO THE ORDER OF

**** TWO HUNDRED FIFTY ONE AND 15/100 DOLLARS

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD 57117

NON-NEGOTIABLE

MIDCO BUSINESS®

PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 07/09/26 |
| Invoice Number | 38576070115641 |
| Account # | 385760701 |
| Page | 1 of 4 |

PARKSIDE PLACE, LLC
8 2ND ST NE
WATERTOWN SD 57201

PAID 2020s

Thank you for choosing Midco. We appreciate your business and look forward to serving you for years to come.

## Billing Summary

| | |
|---|---|
| Account Number | 385760701 |
| **Total Amount Due** | **$251.15** |

## Account Activity

| | |
|---|---|
| Previous Balance | $250.36 |
| Payments Received | -$250.36 |
| Balance Forward | $0.00 |

## Current Charges

| | |
|---|---|
| Data and Related Services | $95.00 |
| Voice and Related Services | $60.00 |
| Other Services | $15.00 |
| Taxes, Fees & Surcharges | $81.15 |
| **Total Amount Due** | **$251.15** |

*Payment Due Date: 07/28/26*

## Midco Alerts

**Statement Notice:** The Federal Universal Service Fund (USF) fee is increasing from 37% to 38.8%. You'll see this change reflected on your July statement.

**Got questions about your bill?** For help reading your statement, visit **Midco.com/Business/Statements**.

**Get a targeted marketing strategy.** Midco's team works with you to develop a demographic-based targeting strategy to hit the mark when it comes to your customers. See what else our team can do for you at **Midco.com/Advertising.**

**Connecting communities across the Midwest**. We're proud to power homes and businesses in our five-state footprint with our reliable services and local support teams.

**Payment Options**
Online: **Midco.com/Business/MyAccount**. Phone: 1.800.888.1300.
EFT: See reverse side. Mail: Return stub below & do not send cash.

**Online:** Midco.com/Business **Phone:** 1.800.888.1300 **Email:** Business.Support@Midco.com

Case 25-30002 Doc 540-1 Filed 08/18/26 Entered 08/18/26 07:13:18 Desc Supporting Documents Page 49 of 59

MIDCO BUSINESS

PO Box 5010
Sioux Falls, SD 57117-5010



## Frequently Asked Questions

**What are State and Local Taxes?**
State, local and municipal governments mandate these taxes on equipment and services.

**What is the Carrier Cost Recovery Fee?**
The Carrier Cost Recovery Fee includes multiple fees associated with voice services. These include: Federal Access Charges, the Administration Recovery Fee, the Access Recovery Charge, the Local Number Portability Fee, and the Presubscribed Carrier Charge. This does not reflect a direct government charge.

**What are Federal Access Charges?**
These charges - proposed and authorized by the Federal Communications Commission (FCC) - provide for access to and maintenance of the local network.

**What is the Administration Recovery Fee?**
All carriers providing interstate telecommunications must support relay services, which enables phone conversations between people with speech/hearing impairments and those without.

**What is the Network Access Charge?**
The Network Access Charge allows carriers to recoup charges to support access and maintenance of the data network and costs associated with government assessments for the support of speech and hearing-impaired programs. This does not reflect a direct government charge.

**What is the Access Recovery Charge (ARC) Fee?**
The Access Recovery Charge (ARC) is a fee related to changes in FCC rules. This monthly fee is a way to recover the costs of providing access to the phone network.

**What is the Presubscribed Carrier Charge?**
This charge is for selecting and routing calls to a long-distance carrier.

**What is the Local Number Portability Fee?**
The Federal Communications Commission permits phone companies to add this charge to all phone lines as compensation for creating systems that allow residential and business phone customers to retain their existing local phone numbers (at the same location) when switching from one local phone service to another.

**What is the Federal Excise Tax?**
The federal government mandates this tax, which is imposed on local and wireless phone services.

**What is the Universal Service Fee?**
The Federal Communications Commission (FCC) created the Universal Service Fund (USF). This fee helps make voice and internet/data service affordable and available to all Americans, including low-income consumers and those living in areas where the costs of providing service is high. It also includes public and nonprofit schools and libraries serving low-income communities, as well as rural health care providers. Congress mandated that all telecommunications companies providing interstate service contribute to the USF. A carrier may include this contribution on customers' monthly bill.

**What is the County Government 911 Emergency Surcharge?**
Local governments mandate this surcharge to help pay for emergency services such as fire and rescue.

**What is the Telecom Relay Service Charge?**
This state service charge helps to pay for the state relay center, which transmits and translates calls for hearing-impaired people.

**What is the Gross Receipts Tax?**
This tax is on gross receipts derived from the furnishing of phone services. The service provider collects the tax and reports the collections annually to the Department of Revenue.

**What is Midco's policy on refunds for credit card transactions?**
When a customer pays money on an account by credit or debit card, and there needs to be a partial or full refund to that card because of the customer's transaction, it is Midco's policy to issue a credit to the customer's account as long as it is within 30 days of the credit transaction. If there was an error in the amount charged to card by Midco, we may issue a credit to the customer's credit card with a manager's approval.

**What is Midco's policy for returned payments?**
If any payment is returned unpaid, Midco will apply a fee to your next monthly statement. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

For customers who have authorized recurring payments: You authorize Midco to make a one-time electronic funds transfer (EFT) from your account to collect a fee. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

**Is a move in your future?**
If you plan on moving, please call 1.800.888.1300 or visit **Midco.com/Move** at least two weeks prior to your move to ensure a smooth transition of services. Then complete a change of address form with the U.S. Postal Service at **USPS.com** to make sure your mail always reaches you.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20309

07/22/26

$451.35*****

TO THE ORDER OF **** FOUR HUNDRED FIFTY ONE AND 35/100 DOLLARS

ALWAYS SPARKLING
26 1st Ave SW
#3310
WATERTOWN, SD 57201

NON-NEGOTIABLE

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

PAID
20309

Invoice #001417

Issue date
Jul 21, 2026

# Invoice #001417

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management<br>livingwatertown@gmail.com<br>(605) 237-8806<br>PO Box 9379<br>Fargo , ND 58106 | PDF created July 21, 2026<br>$451.35 | Due July 21, 2026<br>$451.35 |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount<br>*Parkside Building Clean*<br>*July 2026* | 1 | $425.00 | $425.00 |

| | |
|---|---|
| Subtotal | $425.00 |
| Codington County | $26.35 |

## Total Due $451.35

**Pay online**

**To pay your invoice go to https://squareup.com/u/esaEacyl**

Or open the camera on your mobile device and place the QR code in the camera's view.

**Alexis Burbach**

**2026**

From: 15-Jun

To: 30-Jun

Parkside Place

ACH

Invoice #: 2035

Invoice Date: 6/30/2026

Due Date: 7/1/2026

| | | | | | |
|---|---|---|---|---|---|
| 6/12 | 3:00 PM | 4:00 PM | 1:00: | garbage in garage/mailroom, check carpet cleaning done | $25.50 |
| 6/18 | 2:00 PM | 2:30 PM | 0:30: | move out 2204 | $12.75 |
| 6/22 | 15:15 | 16:15 | 1:00: | fire alarm inspection memos out, 2311 move in inspection done | $25.50 |
| 6/24 | 8:30 | 9:00 AM | 0:30: | move in 2311 | $12.75 |
| 6/24 | 10:00 | 12:15 | 2:15: | walk buildings, chad in building show spots, get quotes, abc keys for | $57.38 |
| 6/26 | 1:30 PM | 2:15 PM | 0:45: | jose, spanish friends to help for showing 2212/2204 - move in inspect | $19.13 |
| 6/30 | 9:30 AM | 10:30 AM | 1:00: | move out 2205, walk building | $25.50 |
| 6/30 | 3:00 PM | 3:30 PM | 0:30: | move out 2403 | $12.75 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | **Total Hours** | **7:30:** | **Total Hourly Pay $25.50/hour** | **$191.25** |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Hours** | **0:00:** | **Total Maintenance $30/hour** | **$0.00** |

Reimbursement

| | |
|---|---|
| **Total Reimbursement** | **$0.00** |

Commission

| | | | |
|---|---|---|---|
| 6/18 | 2209 | Mara Otto | $200.00 |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | **Total Commissions** | **$200.00** |

| | |
|---|---|
| **Parkside Place Total Hours Amount:** | $191.25 |
| **Parkside Place Total Painting Amount:** | $0.00 |
| **Parkside Place Total Reimbursements:** | $0.00 |
| **Parkside Place Subtotal:** | $191.25 |
| **Parkside Place Sales Tax (6.2%):** | $11.86 |
| **Parkside Place Total Commissions:** | $200.00 |
| **Parkside Place Total Paycheck Amount:** | $403.11 |

PAID ACH

**Alexis Burbach**

**2026**

From: 1-Jul

To: 15-Jul

Parkside Place

Invoice #: 2036

Invoice Date: 7/15/2026

Due Date: 7/15/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/1 | 2209 | 10:30 AM | 11:00 AM | 0:30: | move out inspection | $12.75 |
| 7/1 | 2305 | 1:00 PM | 1:30 PM | 0:30: | move in / hand over keys | $12.75 |
| 7/1 | | 18:15 | 18:45 | 0:30: | walk through with potential new cleaner | $12.75 |
| 7/3 | | 11:30 | 12:00 PM | 0:30: | showing carson 2408/2204 | $12.75 |
| 7/7 | | 19:45 | 20:15 | 0:30: | check mailroo, cleanings/maintenance done | $12.75 |
| 7/8 | | 11:00 AM | 12:00 PM | 1:00: | water patio doors/back entry, maintenance, water heater issue | $25.50 |
| 7/9 | | 11:00 AM | 12:30 PM | 1:30: | walk building, check water spots, move fans around | $38.25 |
| 7/9 | | 2:30 PM | 3:00 PM | 0:30: | memos, check 2205, maintenance for 2412 | $12.75 |
| 7/10 | | 9:30 | 10:30 | 1:00: | back entry cleaned up after water mess | $25.50 |
| 7/13 | | 10:30 | 11:15 | 0:45: | clean up mailroom, check carpet stains done | $19.13 |
| 7/15 | | 10:30 | 11:00 | 0:30: | ac issue tripped 2408, 2303 needs new ac | $12.75 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | **Total Hours** | **7:45:** | | **Total Hourly Pay $25.50/hour** | **$197.63** |

Maintenance

| | | | |
|---|---|---|---|
| **Total Hours** | **0:00:** | **Total Maintenance $30/hour** | **$0.00** |

Reimbursement

**Total Reimbursement** **$0.00**

Commission

$200 per new lease

$200 per new lease

**Total Commissions** **$0.00**

| | |
|---|---|
| **Parkside Place Total Hours Amount:** | $197.63 |
| **Parkside Place Total Painting Amount:** | $0.00 |
| **Parkside Place Total Reimbursements:** | $0.00 |
| **Parkside Place Subtotal:** | $197.63 |
| **Parkside Place Sales Tax (6.2%):** | $12.25 |
| **Parkside Place Total Commissions:** | $0.00 |
| **Parkside Place Total Paycheck Amount:** | $209.88 |

# Your Billing Statement as of Jul 8, 2026

THE RUINS LLC GENERATIONS ON 1ST LLC
PARKSIDE LLC
PO BOX 9379
FARGO ND 58106

Account Number
**9000344025**

Due Date
**07/28/2026**

Amount Due
**$7,081.82**

Liberty Mutual. INSURANCE

**Easily manage your payments online.**

Thank you for being our valued customer!

| Policy | Frequency | Policy Balance | Amount Due |
|---|---|---|---|
| **Package - BKS65299485**<br>**09/28/2025 - 09/28/2026** | Monthly - 2 down 10 install | $7,073.82 | $7,073.82 |
| Installment Fee | | | $8.00 |
| **Please Pay Total Amount Due by 07/28/2026** | | | **$7,081.82** |

| Summary for Account 9000344025 | | Amount |
|---|---|---|
| | Previous Account Balance | $14,155.64 |
| 06/16/2026 | Payment | $1,800.98 CR |
| 06/16/2026 | Payment | $2,722.82 CR |
| 06/26/2026 | Payment | $2,558.02 CR |
| 07/08/2026 | Installment Fee | $8.00 |
| 07/28/2026 | **Current Account Balance** | **$7,081.82** |

Park: 25.431% $1800.98

Gen: 38.448% $2,722.82

Ruins: 36.122% $2558.02

PAID
ACH

Visit
mybusinessonline.libertymutual.com
- **Go paperless!**
- Pay your bill
- Manage or enroll in automatic payments
- View payment schedule

For questions, you can call us at: **844-961-0334**

**Your Agent:**
SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO,ND 58104
701-390-1994

Please fold, detach at perforation and return bottom portion with your payment in the enclosed envelope.

***000066***
SUMMIT INSURANCE AGENCY LLC
5302 51ST AVE S STE C
FARGO, ND 58104

| Account | Balance | Due Date | Amount Due |
|---|---|---|---|
| 9000344025 | $7,081.82 | **07/28/2026** | **$7,081.82** |

Please send all payments in the envelope provided. Please make checks payable to Liberty Mutual Insurance.

**Amount Paid** $ , .

**Lost your envelope? Mail check to:**

Liberty Mutual Insurance
PO BOX 88766
Chicago, IL 60680-1766

THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC
PO BOX 9379
FARGO, ND 58106

88766 500 0009000344025 00000000000 000000000 0000708182 0000708182 2

# Billing Portal

| | |
|---|---|
| Account #: | 9000344025 |
| Account of: | THE RUINS LLC GENERATIONS ON 1ST LLC PARKSIDE LLC |
| Email: | MCRAIG@CPBUSMGT.COM |
| Paperless billing: | Off |
| Policies on account: | BKS65299485 |
| Automatic payments: | Off |
| Due day: | 28 |
| Agent(s): | SUMMIT INSURANCE AGENCY LLC |
| Billable party: | Same as Account of |
| Prior billing account: | 203080050 |

| | |
|---|---|
| Minimum payment: | **$5,280.84** |
| Due by: | **07/28/2026** |
| Account balance: | $5,280.84 |

**Pay Now** **Current Invoice Details**

Visit My Business Online for additional documents and features. Go to Settings to manage your account including Automatic Payments, Email, or Paperless Billing.

Parkside

# Confirmation

| | |
|---|---|
| Confirmation # | D0005VWTP |
| Date/time | 07/20/2026 09:59 AM EDT |
| Payment method | EFT - electronic check |
| Amount | $1,800.98 on account ending in 8688 |

**Return to Summary**

A confirmation receipt has been sent to the email address on file.

Office of the U.S. Trustee
300 South 4th Street
Room 1015
Sioux Falls, MN 55415-1329
605-330-4450

Rev. 3/26

Account No.: 683-25-30003
Process Date: 2026-07-07

*006592/1 01-03 D-006592

PARKSIDE PLACE LLC
1405 1ST AVE N
P.O. BOX 426
FARGO ND 58102-4203

See Instructions on Reverse Side

PAID

# Chapter 11 Quarterly Fees Statement

| Date | Description | Amount ($) |
| --- | --- | --- |
| 2026-04-20 | Adjustments to fees charged from previous statement. | 408.00 |
| 2026-04-23 | Account#6832530003 Pay.Gov Tracking#281LVTQ6 | -411.00 |
| 2026-04-03 | Balance Forward | -19.00 |
| 2026-07-07 | Quarter 2, 2026 Fee Due {Disbursements = $137,484.} (6-1) | 550.00 |

**Estimated Balance Due Based On Disbursement Record: $528.00**

An official website of the United States government Here's how you know



For your security, we recommend you close your browser when you complete your payment.

## Payment Confirmation - U.S. Trustee Chapter 11 Quarterly Fee

✓ Before You Begin ✓ Complete Agency Form ✓ Enter Payment Info ✓ Review & Submit 5 **Confirmation**

**Need Help?**

**Contact:**
U.S. Trustee Program

**Email:**
Click to email

### Your payment is submitted

You will not be able to access this information once you leave this page. A confirmation email has been sent to mcraig@cpbusmgt.com, mcraig@cpbusmgt.com.

**Because you are not signed in:**

This payment will not show in your payment activity. You can sign in or create an account now and Pay.gov will have a record of your payment.

**To confirm your payment went through:**

Check your bank statement or account on the payment date

**For questions or to cancel this transaction:**

Contact the federal government agency you paid. Pay.gov is unable to cancel this transaction.

**We value your feedback!**

Do you have any feedback regarding your Pay.gov experience? Please share it here.

Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

### Tracking Information

Pay.gov Tracking ID: 284BMEVK

Agency Tracking ID: 77456332754

Form Name: U.S. Trustee Chapter 11 Quarterly Fee

Application Name: Chapter 11 Quarterly Fee

### Payment Information

Payment Type: Bank account (ACH)

Payment Amount: $528.00

Transaction Date: 07/21/2026 06:04:31 PM EDT

Payment Date: 07/22/2026

Line 1: Remittance #1 - Type: Business, Account: 6832530003, Name: PARKSIDE PLACE, LLC, $528.00

Line 10:

Line 11:

Line 12:

Line 2:

Line 3:

Line 4:

Line 5:

Line 6:

Line 7:

Line 8:

Line 9:

### Account Information

Account Holder Name: PARKSIDE PLACE LLC DEBTOR IN POSESSION CASE #25-30003

Routing Number: 091310767

Account Number: ************8688

## Sign In to your Pay.gov account!

PAID ACH

**Alexis Burbach**

**2026**

From: 15-Jul
To: 31-Jul

Parkside Place

Invoice #: 2037
Invoice Date: 7/31/2026
Due Date: 8/1/2026

| | | | | | |
|---|---|---|---|---|---|
| 7/17 | 10:30 AM | 11:00 AM | 0:30: | walk through appraiser Allan | $12.75 |
| 7/20 | 11:30 AM | 12:00 PM | 0:30: | move out 2312 | $12.75 |
| 7/22 | 12:30 | 13:00 | 0:30: | move out 2401 | $12.75 |
| 7/22 | 17:00 | 5:30 PM | 0:30: | cleaning sheets in place for move outs - quick walk through floors | $12.75 |
| 7/23 | 12:30 | 13:00 | 0:30: | check on maintenance/cleanings | $12.75 |
| 7/27 | 3:30 PM | 4:00 PM | 0:30: | clean up mail room grab items needed | $12.75 |
| 7/28 | 12:30 PM | 1:45 PM | 1:15: | move in inspection 2205, 2209, clean up 2403 carpet replacement | $31.88 |
| 7/29 | 2:00 PM | 3:00 PM | 1:00: | place maintennace items from generations - showing Matt 2401, 240: | $25.50 |
| 7/29 | 6:00 PM | 7:00 PM | 1:00: | showing jon and taylor 2212, 2312, 2401, 2403 | $25.50 |
| 7/26 | 10:00 AM | 3:00 PM | 5:00: | move old janitor closet items throughout building | $150.00 |
| 7/29 | 12:00 PM | 2:00 PM | 2:00: | clean out maintenance, storage, 3507, unload parkside | $60.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | **Total Hours** | **13:15:** | | **Total Hourly Pay $25.50/hour** | **$369.38** |

| | | | |
|---|---|---|---|
| **Total Hours** | **0:00:** | **Total Maintenance $30/hour** | **$0.00** |

Reimbursement

| | |
|---|---|
| **Total Reimbursement** | **$0.00** |

Commission

| | | | |
|---|---|---|---|
| 7/18 | 2408 | Carissa Kellar | $200.00 |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | **Total Commissions** | **$200.00** |

| | |
|---|---|
| **Parkside Place Total Hours Amount:** | $369.38 |
| **Parkside Place Total Painting Amount:** | $0.00 |
| **Parkside Place Total Reimbursements:** | $0.00 |
| **Parkside Place Subtotal:** | $369.38 |
| **Parkside Place Sales Tax (6.2%):** | $22.90 |
| **Parkside Place Total Commissions:** | $200.00 |
| **Parkside Place Total Paycheck Amount:** | $592.28 |

# CODINGTON COUNTY TREASURER

Official Real Estate Tax Notice

14 FIRST AVENUE S.E. * WATERTOWN, SD 57201

(605) 882-6285

2025 - 12170

2025 TAXES DUE AND PAYABLE IN 2026

Record#: 9358

$3,799.18 /mo

**Legal:** Sch: 14-4 S/T/R: Acres/Lots: .00

WATERTOWN CITY PARKSIDE PLACE ADD

PARKSIDE PLACE ADD

8 2 ST NE

**Taxes In Name Of**

PARKSIDE PLACE LLC
%JESSE CRAIG
1405 1 AVE N
FARGO ND 58102

| | |
|---|---|
| **First Half** | 22,795.13 |
| **Second Half** | 22,795.13 |
| **TOTAL** | 45,590.26 |

Taxes Totaling $50.00 or less must be paid in full by April 30th.
Please see reverse side for important information.

| TAXING DISTRICT | ASSESSED VALUE | TAXABLE VALUE | TAX PER $1,000 | TOTAL |
|---|---|---|---|---|
| COUNTY TAX | 67,568 | 64,392 | 3.081 | 198.38 |
| WATERTOWN SCHOOL Non-Ag | 67,568 | 64,392 | 9.126 | 587.64 |
| WATERTOWN CITY | 67,568 | 64,392 | 1.715 | 110.43 |
| EAST DAKOTA WATER | 67,568 | 64,392 | 0.019 | 1.22 |
| TAX INCREMENT 12 NA | 67,568 | 3,205,838 | 13.941 | 44,692.59 |

JE
7.15.26
escrow
$ 3799.18

NA: 45590.26

**TOTAL:** 45,590.26

*** Indicates a local decision to opt out of the Tax Freeze.** If the local vote to increase taxes had not passed, your taxes would not have included the items marked with an asterisk (*).

Please detach stubs and return with your payment

Please detach stubs and return with your payment

**-FIRST PAYMENT-**

PARKSIDE PLACE LLC

CODINGTON Record # 9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025 - 12170 | 22,795.13 |

**DELINQUENT AFTER APRIL 30th**

**-SECOND PAYMENT-**

PARKSIDE PLACE LLC

CODINGTON Record # 9358

| TAX BILL NO. | AMOUNT DUE |
|---|---|
| 2025 - 12170 | 22,795.13 |

**DELINQUENT AFTER OCTOBER 31st**