Exhibit 1

## Parkside: Cash Collateral Budget

| | August |
|---|---|
| **Total Income** | **$ 41,000** |
| Maintenance Expenses | |
| Maintenance Staff Costs | 200 |
| Caretaker/Resident Manager | 300 |
| Repairs / Maintenance | 300 |
| Janitorial | 550 |
| Carpet Cleaning | 150 |
| Painting | 100 |
| Plumbing | 250 |
| Electrical / Fire Protection | 50 |
| HVAC | 75 |
| Elevator | 25 |
| Flooring | - |
| Appliances/Laundry | 100 |
| Extermination | 20 |
| Snow Removal | - |
| Less Resident Chargebacks | - |
| Total Maintenance Expenses | 2,120 |
| Admin/Utility Expenses | |
| Advertising / Marketing | - |
| Lease Commissions | 200 |
| Software Fees | 38 |
| Internet & Telephone Costs/Service | 251 |
| Property Management 5% Collected | 2,000 |
| Real Estate Taxes/Escrow | 3,460 |
| CAM Reimburse | - |
| Property Insurance | 1,650 |
| Electricity - Apts | 100 |
| Electricity - Building | 600 |
| Natural Gas - Building | 250 |
| Water & Sewer | 2,081 |
| Garbage Removal | 230 |
| Total Admin & Utility Exp. | 10,859 |
| Total Operating Expenses | 12,979 |
| **Net Operating Income** | **28,021** |
| Other Expenses | |
| US Trustee | 350 |
| Contingencies | 500 |
| Professional Fees | 25,000 |
| Total Other Expenses | 25,850 |
| Total Monthly Expenses | 38,829 |
| **Net Profit** | **$ 2,171** |

Source: Debtor