**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br><br>Debtor, Jointly Administered. | Bankruptcy No. 25-30002<br>Chapter 11 |
| Parkside Place, LLC,<br><br>Debtor, Jointly Administered. | Bankruptcy No. 25-30003<br>Chapter 11 |

## ORDER AUTHORIZING USE OF CASH COLLATERAL

Debtor Parkside Place, LLC, and Red River State Bank entered a Stipulation for Use of Cash Collateral. Doc. 541. Based upon the budget attached to the Stipulation as Exhibit 1 [Doc. 541-1, Ex. 1], the Stipulation and other documents filed in this case, the Court finds cause for approving the Stipulation for Use of Cash Collateral.

**IT IS ORDERED:**

1. The Stipulation for Use of Cash Collateral allowing Parkside Place LLC to use cash collateral [Doc. 541] is approved. The term of the agreement is from July 22, 2026, through September 16, 2026.

2. The hearing on the Motion for Use of Cash Collateral scheduled for July 7, 2026, is continued to September 16, 2026.

3. The Court is not bound by legal conclusions included in the Stipulation.

Dated: August 19, 2026.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT