UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re: Bankruptcy No. 25-30002
Chapter 11

Generations on 1st, LLC,
Debtor, Jointly Administered,
_______________________________________/

In Re: Bankruptcy No. 25-30003
Chapter 11

Parkside Place, LLC,
Debtor, Jointly Administered,
_______________________________________/

IN THE MATTER OF:

Sixth Motion by Debtors for Leave to Use Cash Collateral for Generations on 1st, LLC and Parkside Place, LLC filed January 10, 2026. (Doc. 277)

Motion by Red River State Bank for Derivative Standing to Pursue Claims on Behalf of the Estates filed February 6, 2026. (Doc. 304)
_________________________________________________/

ORDER RESCHEDULING HEARINGS

PLEASE NOTE that the hearings currently scheduled for Thursday, September 3, 2026, are rescheduled.

IT IS ORDERED that Debtors' Sixth Motion for Leave to Use Cash Collateral for Generations on 1st, LLC and Parkside Place, LLC (Doc. 277), and Motion by Red River State Bank for Derivative Standing to Pursue Claims on Behalf of the Estates (Doc. 304) are rescheduled to **Wednesday, September 16, 2026, at 10:00 a.m. (Central)** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota.

Dated: August 19, 2026.

Shon Hastings

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically August 19, 2026, to Electronic Mail Notice List for Case No. 25-30002.