**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re: Generations on 1st, LLC Case No. 25-30002

Debtor(s).

**NOTICE OF CHANGE OF DEBTOR'S ADDRESS**

Debtor(s) Name: Generations on 1st, LLC

Change of address for: Debtor 1 only ☑ Debtor 2 only ☐ Both Debtors ☐

NEW Mailing Address: P.O. Box 1389
Street Address/P.O. Box Number

Suite/Apartment Number

Fargo — City
ND — State
58107-1389 — Zip Code

Debtor(s) Signature: /s/ Michael T. Schmitz

08/25/2026
Date