**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

In re:

Parkside Place, LLC,

Debtor.

Case No.: 25-30002; 25-30003
Chapter 11 Case

**ORDER CONFIRMING**
**THIRD AMENDED CHAPTER 11 PLAN**
**FOR PARKSIDE PLACE, LLC**

For the reasons stated in the Findings of Fact and Conclusions of Law Re: Confirmation of the Proposed Second Amended Chapter 11 Plan for Parkside Place, LLC, [Doc. 548]

**IT IS ORDERED:**

1. The Creditor's Third Amended Plan of Liquidation for Parkside Place, LLC, [Doc. 550] is CONFIRMED.
2. After the occurrence of the Effective Date, RRSB shall file a notice of the Effective Date with the Court and serve the notice on all creditors, the United States Trustee, and any other parties in interest.
3. The Second Amended Plan proposes a sale of Real Estate Collateral.

Upon Court approval of the sale, the Real Estate Collateral legally described as the Parkside Place Addition to the City of Watertown, Codington County, South Dakota, and commonly known as 8 2nd Street NE, Watertown, SD 57201, shall be sold free and clear of all liens, encumbrances, and interests, including without limitation the following mortgages, assignments of rents and leases, and lis pendens:

8. Satisfaction of a Mortgage dated December 13, 2021, executed by Parkside Place, LLC, a South Dakota limited liability company, to Watertown Development Company for the principal sum of $1,358,724.00 and interest, filed on December 15, 202 and recorded in Book 990 of Mortgages on page 8074.

9. Satisfaction of a Mortgage dated December 13, 2021, executed by Parkside Place, LLC, a South Dakota limited liability company, to Watertown Development Company for the principal sum of $125,000.00 and interest, filed on December 15, 2021 and recorded in Book 990 of Mortgages on page 8075.

10. Satisfaction of an Assignment of Rents and Leases dated December 15, 2021, executed by Parkside Place, LLC, to Red River State Bank, filed on December 15, 2021 and recorded in Book 990 of Mortgages on page 8076.

11. Satisfaction of a Lis Pendens executed by Red River State Bank, Plaintiff(s), v. Parkside Place, LLC, Watertown Development Company, Border Bank, Mulinda Craig, Jesse Craig and Codington County, South Dakota, Defendant(s), dated February 23, 2024, filed February 26, 2024 and recorded in Book 4U of Lis Pendens on page 174.

This Confirmation Order expressly authorizes the Chief Restructuring Officer of Parkside Place, LLC, or Plan Administrator to consummate the Sale on behalf of Debtor, free and clear of the enumerated liens, encumbrances, and interests, and no additional corporate action or resolution by Parkside Place, LLC or its members shall be required.

The Real Estate Collateral will be sold “as is, where is,” and it shall be conveyed to the purchaser by trustee deed executed by the Chief Restructuring Officer of Parkside Place, LLC.

4. This is a final order.
5. In accordance with Fed. R. Bankr. P. 3020(e), 6004(h), and 6006(d) and, notwithstanding any other provisions of the Bankruptcy Code or the Bankruptcy Rules, this Order shall not be stayed and shall be effective and enforceable immediately upon entry.
6. Subject to applicable law, on and after the Effective Date, the Court shall retain jurisdiction over all matters arising out of or relating to this case and the

Plan pursuant to 11 U.S.C. §§ 105(a) and 1142, including those matters listed in the Third Amended Chapter 11 Plan.

Dated: September 8, 2026.

Shon Hastings, Judge
United States Bankruptcy Court