UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re: Bankruptcy No. 25-30002
Chapter 11

Generations on 1st, LLC,
Debtor, Jointly Administered,
_______________________________________/

In Re: Bankruptcy No. 25-30003
Chapter 11

Parkside Place, LLC,
Debtor, Jointly Administered,
_______________________________________/

IN THE MATTER OF:

Motion by Red River State Bank for Derivative Standing
to Pursue Claims on Behalf of the Estates filed
February 6, 2026. (Doc. 304)
__________________________________________________/

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARING

Red River State Bank filed a motion to continue the hearing scheduled for Wednesday, September 16, 2026. The Court finds cause for granting the continuance.

IT IS ORDERED that Motion by Red River State Bank for Derivative Standing to Pursue Claims on Behalf of the Estates (Doc. 304) shall be continued to **Tuesday, November 3, 2026, at 10:30 a.m. (Central)** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota.

Dated: September 10, 2026.

Shon Hastings

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically September 10, 2026, to Electronic Mail Notice List for Case No. 25-30002.