United States Bankruptcy Court
District of North Dakota

In re: Case No. 25-30002-skh
Generations on 1st LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3 User: admin Page 1 of 3
Date Rcvd: Sep 08, 2026 Form ID: pdf2some Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Parkside Place LLC, 1405 1st Ave N, P.O. Box 426, Fargo, ND 58107-0426 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Defendant Red River State Bank cstanley@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Creditor Red River State Bank cstanley@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Plaintiff Red River State Bank cstanley@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Interested Party Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |

| | |
|---|---|
| Christianna A. Cathcart | on behalf of Debtor Generations on 1st LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Debtor Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Dan Frisk | on behalf of Interested Party Craig Holdings LLC peggy@stflawfirm.com |
| Dan Frisk | on behalf of Interested Party Craig Development LLC peggy@stflawfirm.com |
| Dan Frisk | on behalf of Interested Party CP Business Management Inc. peggy@stflawfirm.com |
| Dan Frisk | on behalf of Interested Party Mulinda a/k/a Mindy Craig peggy@stflawfirm.com |
| Dan Frisk | on behalf of Interested Party Craig Properties LLC peggy@stflawfirm.com |
| Dan Frisk | on behalf of Interested Party Jesse Craig peggy@stflawfirm.com |
| David R. Strait | on behalf of Creditor Watertown Development Company david@austinlawsd.com aphillips@austinlawsd.com |
| Douglas Murch | on behalf of Defendant Jordan Horner dmurch@conmylaw.com rstallman@conmylaw.com;landerson@conmylaw.com |
| Douglas Murch | on behalf of Defendant Craig Development LLC dmurch@conmylaw.com, rstallman@conmylaw.com;landerson@conmylaw.com |
| Douglas Murch | on behalf of Interested Party Mulinda a/k/a Mindy Craig dmurch@conmylaw.com rstallman@conmylaw.com;landerson@conmylaw.com |
| Douglas Murch | on behalf of Interested Party Jesse Craig dmurch@conmylaw.com rstallman@conmylaw.com;landerson@conmylaw.com |
| Douglas Murch | on behalf of Defendant Craig Properties LLC dmurch@conmylaw.com, rstallman@conmylaw.com;landerson@conmylaw.com |
| Douglas Murch | on behalf of Defendant Jesse Craig dmurch@conmylaw.com rstallman@conmylaw.com;landerson@conmylaw.com |
| Drew J. Hushka | on behalf of Creditor Red River State Bank dhushka@vogellaw.com lstanley@vogellaw.com,kjohnson@vogellaw.com |
| Drew J. Hushka | on behalf of Plaintiff Red River State Bank dhushka@vogellaw.com lstanley@vogellaw.com,kjohnson@vogellaw.com |
| Drew J. Hushka | on behalf of Debtor Generations on 1st LLC dhushka@vogellaw.com lstanley@vogellaw.com,kjohnson@vogellaw.com |
| Drew J. Hushka | on behalf of Defendant Red River State Bank dhushka@vogellaw.com lstanley@vogellaw.com,kjohnson@vogellaw.com |
| ERIK A. AHLGREN | on behalf of Plaintiff The Ruins LLC erik@ahlgrenlawoffice.net, lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| ERIK A. AHLGREN | on behalf of Counter-Defendant The Ruins LLC erik@ahlgrenlawoffice.net, lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Erik A. Ahlgren | on behalf of Counter-Defendant The Ruins LLC erik@ahlgrenlawoffice.net, trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Erik A. Ahlgren | on behalf of Plaintiff The Ruins LLC erik@ahlgrenlawoffice.net, trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |

| | |
|---|---|
| Jordan J Feist | on behalf of Creditor Watertown Development Company jordan.feist@woodsfuller.com bailey.jacobsma@woodsfuller.com |
| Kesha Tanabe | on behalf of Defendant Red River State Bank ktanabe@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Kesha Tanabe | on behalf of Creditor Red River State Bank ktanabe@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Kesha Tanabe | on behalf of Plaintiff Red River State Bank ktanabe@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Maurice VerStandig | on behalf of Debtor Parkside Place LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Counter-Defendant Generations on 1st LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Interested Party Parkside Place LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Counter-Defendant Parkside Place LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Debtor Generations on 1st LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sarah J. Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 42

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

---

In re:

Parkside Place, LLC,

Debtor.

Case No.: 25-30002; 25-30003
Chapter 11 Case

---

**ORDER CONFIRMING**
**THIRD AMENDED CHAPTER 11 PLAN**
**FOR PARKSIDE PLACE, LLC**

---

For the reasons stated in the Findings of Fact and Conclusions of Law Re: Confirmation of the Proposed Second Amended Chapter 11 Plan for Parkside Place, LLC, [Doc. 548]

**IT IS ORDERED:**

1. The Creditor's Third Amended Plan of Liquidation for Parkside Place, LLC, [Doc. 550] is CONFIRMED.
2. After the occurrence of the Effective Date, RRSB shall file a notice of the Effective Date with the Court and serve the notice on all creditors, the United States Trustee, and any other parties in interest.
3. The Second Amended Plan proposes a sale of Real Estate Collateral.

Upon Court approval of the sale, the Real Estate Collateral legally described as the Parkside Place Addition to the City of Watertown, Codington County, South Dakota, and commonly known as 8 2nd Street NE, Watertown, SD 57201, shall be sold free and clear of all liens, encumbrances, and interests, including without limitation the following mortgages, assignments of rents and leases, and lis pendens:

8. Satisfaction of a Mortgage dated December 13, 2021, executed by Parkside Place, LLC, a South Dakota limited liability company, to Watertown Development Company for the principal sum of $1,358,724.00 and interest, filed on December 15, 202 and recorded in Book 990 of Mortgages on page 8074.

9. Satisfaction of a Mortgage dated December 13, 2021, executed by Parkside Place, LLC, a South Dakota limited liability company, to Watertown Development Company for the principal sum of $125,000.00 and interest, filed on December 15, 2021 and recorded in Book 990 of Mortgages on page 8075.

10. Satisfaction of an Assignment of Rents and Leases dated December 15, 2021, executed by Parkside Place, LLC, to Red River State Bank, filed on December 15, 2021 and recorded in Book 990 of Mortgages on page 8076.

11. Satisfaction of a Lis Pendens executed by Red River State Bank, Plaintiff(s), v. Parkside Place, LLC, Watertown Development Company, Border Bank, Mulinda Craig, Jesse Craig and Codington County, South Dakota, Defendant(s), dated February 23, 2024, filed February 26, 2024 and recorded in Book 4U of Lis Pendens on page 174.

This Confirmation Order expressly authorizes the Chief Restructuring Officer of Parkside Place, LLC, or Plan Administrator to consummate the Sale on behalf of Debtor, free and clear of the enumerated liens, encumbrances, and interests, and no additional corporate action or resolution by Parkside Place, LLC or its members shall be required.

The Real Estate Collateral will be sold "as is, where is," and it shall be conveyed to the purchaser by trustee deed executed by the Chief Restructuring Officer of Parkside Place, LLC.

4. This is a final order.
5. In accordance with Fed. R. Bankr. P. 3020(e), 6004(h), and 6006(d) and, notwithstanding any other provisions of the Bankruptcy Code or the Bankruptcy Rules, this Order shall not be stayed and shall be effective and enforceable immediately upon entry.
6. Subject to applicable law, on and after the Effective Date, the Court shall retain jurisdiction over all matters arising out of or relating to this case and the

Plan pursuant to 11 U.S.C. §§ 105(a) and 1142, including those matters listed in the Third Amended Chapter 11 Plan.

Dated: September 8, 2026.

Shon Hastings, Judge
United States Bankruptcy Court