UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Parkside Place, LLC

CASE NO: 25-30003

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

ECF Docket Reference No. 552

On 9/11/2026, I did cause a copy of the following documents, described below,

Order Confirming Third Amended Chapter 11 Plan for Parkside Place, LLC ECF Docket Reference No. 552

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/11/2026

/s/ Kesha L. Tanabe
Kesha L. Tanabe
Counsel to Plan Proponent Red River State Bank
Vogel Law Firm
218 NP Avenue
Fargo, ND 58102
701-237-6983
ktanabe@vogellaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Parkside Place, LLC

CASE NO: 25-30003

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 552

On 9/11/2026, a copy of the following documents, described below,

Order Confirming Third Amended Chapter 11 Plan for Parkside Place, LLC ECF Docket Reference No. 552

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/11/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kesha L. Tanabe
Vogel Law Firm
218 NP Avenue
Fargo, ND 58102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

MAURICE VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO, ND 58102

DEPARTMENT OF THE TREASURY
15TH & PENNSYLVANIA
WASHINGTON, DC 20222

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101

PARKSIDE PLACE LLC
ATTN: OFFICER OR MANAGING AGENT
1405 1ST AVE N
P.O. BOX 426
FARGO, ND 58107

AUTOMATIC BUILDING CONTROLS, INC.
ATTN: OFFICER OR MANAGING AGENT
4300 W 61ST ST N
SIOUX FALLS, SD 57107

SECURITIES & EXCHANGE COMMISSION
175 W. JACKSON BLVD.
CHICAGO, IL 60604

U.S. ATTORNEY
655 FIRST AVENUE NORTH, SUITE 250
FARGO, ND 58102

BLACKTAIL INVESTMENTS, LLC
ATTN: OFFICER OR MANAGING AGENT
PO BOX 628
FARGO, ND 58107

CP BUSINESS MANAGEMENT, INC.
ATTN: OFFICER OR MANAGING AGENT
1401 1ST AVE N
SUITE B
FARGO, ND 58102

CANNON ELECTRIC LLC
ATTN: OFFICER OR MANAGING AGENT
708 9TH AVE SE, STE 308
WATERTOWN, SD 57201

CLARITY TELECOM, LLC
D/B/A BLUEPEAK FIBER
ATTN: OFFICER OR MANAGING AGENT
7979 E. TUFTS AVE SUITE 850
DENVER, CO 80237

CODINGTON COUNTY TREASURER
14 1ST AVE SE
WATERTOWN, SD 57201

DAKOTA CLEAN, LLC
ATTN: OFFICER OR MANAGING AGENT
509 9TH AVE S
CLEAR LAKE, SD 57226

DOUGLAS MURCH
CONMY FESTE LTD.
3369 45TH STREET SOUTH
FARGO, ND 58104

GEORGE'S SANITATION INC.
ATTN: OFFICER OR MANAGING AGENT
3367 12TH AVE NW
WATERTOWN, SD 57201

HME COMPANIES
ATTN: LANE WARZECHA
432 5TH ST
BROOKINGS, SD 57006

IKE'S WINDOW WASHING, LLC
ATTN: OFFICER OR MANAGING AGENT
1126 E KEMP AVE
WATERTOWN, SD 57201

JUSTICE FIRE & SAFETY, INC.
ATTN: OFFICER OR MANAGING AGENT
3601 N. POTSDAM AVENUE
SIOUX FALLS, SD 57104

LIBERTY MUTUAL GROUP INC.
ATTN: OFFICER OR MANAGING AGENT
175 BERKELEY STREET
BOSTON, MA 02116

MARLI SCHIPPERS
NOONEY & SOLAY, LLP
326 FOUNDERS PARK
RAPID CITY, SD 57701

MULINDA SUE CRAIG
PO BOX 426
FARGO, ND 58107

JESSE CRAIG
PO BOX 426
FARGO, ND 58107

SARAH J. WENCIL
OFFICE OF THE U.S. TRUSTEE
SUITE 1015 U.S. COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

SCHUMACHER ELEVATOR COMPANY
ATTN: OFFICER OR MANAGING AGENT
ONE SCHUMACHER WAY
DENVER, IA 50622

SOUTH DAKOTA DEPARTMENT OF REVENUE
445 E. CAPITOL AVENUE
PIERRE, SD 57501

WATERTOWN DEVELOPMENT COMPANY
C/O JORDAN FEIST
300 SOUTH PHILLIPS AVE., SUITE 300
PO BOX 5027
SIOUX FALLS, SD 57117

ERIK AHLGREN
CHAPTER 7 TRUSTEE FOR THE RUINS, LLC
220 W WASHINGTON AVE, STE 105
FERGUS FALLS, MN 56537

WATERTOWN MUNICIPAL UTILITIES
901 4TH AVE SW
WATERTOWN, SD 57201

WHITE GLOVE CLEANING
ATTN: OFFICER OR MANAGING AGENT
17892 449TH AVE
HAYTI, SD 57241

CHRISTIANNA A. CATHCART
THE DAKOTA BANKRUPTCY FIRM
1630 FIRST AVE N
STE. B PMB 24
FARGO, ND 58102

COUNTY FAIR FOODS OF WATERTOWN INC.
ATTN: OFFICER OR MANAGING AGENT
14 2ND ST NE
WATERTOWN, SD 57201

GT BROTHERS, LLC
ATTN: OFFICER OR MANAGING AGENT
14 2ND ST NE
WATERTOWN, SD 57201