IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | (Jointly Administered) |
| | ) | |

**MOTION TO EXTEND TIME FOR CHIEF RESTRUCTURING OFFICER TO FILE FINAL FEE APPLICATION**

Comes now Parkside Place, LLC ("Parkside" or the "Debtor"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 9006(b), and moves this Honorable Court to extend the deadline for the chief restructuring officer (the "CRO") to file a fee application in this matter, and in support thereof states as follows:

A plan of reorganization (the "Plan"), ECF No. 550, was confirmed in this case on September 8, 2026, *see* Order Confirming Third Amended Chapter 11 Plan for Parkside Place, LLC, ECF No. 552. Pursuant to the Plan, any administrative claims must be filed not later than "the fourteenth calendar day after the Confirmation Date," Plan, ECF No. 550, at §§ 1.2(b), 2.1.

The real estate sale contemplated by the Plan, however, has not yet closed. And there thusly remains work for the CRO to do, in the way of (i) reviewing documents; (ii) monitoring e-mails; and (iii) attending to any obligations correlative to closing. These are tasks for which the CRO ought to be able to seek compensation. Yet the filing of a final final fee application, at this juncture, would not permit such.

Accordingly, the CRO respectfully submits there to exist "cause," Fed. R. Bankr. P. 9006(b)(1), to extend the deadline by which the CRO is to file any compensation application giving rise to an administrative claim, to and through October 5, 2026.

WHEREFORE, the Debtor respectfully prays this Honorable Court (i) extend—to and through October 5, 2026—the deadline for the CRO to seek administrative compensation in this matter; and (ii) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: September 22, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of September, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig