**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Parkside Place, LLC,<br><br>Debtor. | Case No.: 25-30003<br><br>Chapter 11 |

**NOTICE OF: (A) EFFECTIVE DATE AND (B) SUBSTANTIAL CONSUMMATION**

On September 8, 2026, the United States Bankruptcy Court for the District of North Dakota entered an order [Doc. 552] (the "Confirmation Order") confirming Creditor Red River State Bank's *Third Amended Chapter 11 Plan of Liquidation for Parkside Place, LLC* dated September 8, 2026 [Doc. 550] (the "Plan").[1] A true and correct copy of the Confirmation Order was previously served upon you in accordance with Bankruptcy Rule 3020(c)(2).

PLEASE TAKE NOTICE that in accordance with the Confirmation Order and Section 4.7 of the Plan, the Creditor Trust shall have an Oversight Committee (as defined in the Trust Agreement) comprised of the following members: (1) Ms. Danielle Harless for Red River State Bank; (2) Mr. Chris Clifton for Watertown Development Company; and (3) Mr. Lane Warzecha for HME Properties LLC.

PLEASE TAKE FURTHER NOTICE that all conditions precedent enumerated in Article VI of the Plan have been satisfied, and the Effective Date will occur on September 29, 2026**.**

[1] Capitalized terms used but not otherwise defined herein shall have those meanings ascribed to them in the Plan.

PLEASE TAKE FURTHER NOTICE that substantial consummation of the Plan, as defined in Bankruptcy Code Section 1101(2), occurred on September 28, 2026.

Dated: September 29, 2026

**VOGEL LAW FIRM**

*/s/ Kesha L. Tanabe*

Caren W. Stanley (#06100)
cstanley@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983

*COUNSEL FOR PLAN PROPONENT*
*RED RIVER STATE BANK*