IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FEE APPLICATION OF CHIEF RESTRUCTURING OFFICER**

NOTICE IS HEREBY GIVEN that Gavin/Solmonese LLC, chief restructuring officer for Parkside Place, LLC in this case, has filed an application for final compensation. The applicant seeks (i) allowance of reasonable compensation in the amount of $175,000.00, together with (ii) the reimbursement for actual and necessary expenses incurred in the amount of $194.20 for the period from February 23, 2026 through and including September 30, 2026.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty one (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

THIS NOTICE IS FILED by counsel for the reorganized debtor, as an administrative courtesy, but the filing of this notice should *not* lend inference to the undersigned being counsel for Gavin/Solmonese LLC.

Respectfully submitted,

Dated: October 5, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of October, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent, on October 6, 2026, via First Class Mail, postage prepaid, to all parties on the attached mailing matrix (though the attached mailing matrix, underlying motion, and time records are *not* being sent via First Class Mail but, rather, may be reviewed on this Honorable Court's docket or requested from undersigned counsel), *except* no copy will be mailed to (i) this Honorable Court; (ii) The Dakota Bankruptcy Firm; or (iii) the attorneys affiliated with The Dakota Bankruptcy Firm.

/s/ Maurice B. VerStandig
Maurice B. VerStandig