UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br>Parkside Place, LLC | CASE NO: 25-30002, 25-30003<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 567 |

On 10/8/2026, I did cause a copy of the following documents, described below,

JOINT MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT OF COUNT VI UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 and Notice of Motion ECF Docket Reference No. 567

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/8/2026

/s/ Drew J. Hushka
Drew J. Hushka 08230
Attorney at Law
VOGEL LAW FIRM
PO Box 1389
Fargo, ND 58107-1389
701-237-6983
dhushka@vogellaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Parkside Place, LLC

CASE NO: 25-30002, 25-30003

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 567

On 10/8/2026, a copy of the following documents, described below,

JOINT MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT OF COUNT VI UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 and Notice of Motion ECF Docket Reference No. 567

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/8/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Drew J. Hushka
VOGEL LAW FIRM
PO Box 1389
Fargo, ND 58107-1389

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
08683
CASE 25-30002
DISTRICT OF NORTH DAKOTA
FARGO
WED OCT 7 16-21-28 CDT 2026

ADDISON RASSEL WESTON WEBER
26 1ST AVENUE SW
UNIT 3513
WATERTOWN SD 57201-4256

ALEXIS BURBACH
26 1ST AVENUE SW
UNIT 3310
WATERTOWN SD 57201-4236

ALEXIS WILLETT
26 1ST AVENUE SW
UNIT 3318
WATERTOWN SD 57201-4236

ALLIE WEISS
26 1ST AVENUE SW
UNIT 3403
WATERTOWN SD 57201-4237

ALLISON FOOTE
26 1ST AVENUE SW
UNIT 3213
WATERTOWN SD 57201-4200

ALLYSSA KIRCHBERG
26 1ST AVENUE SW
UNIT 3315
WATERTOWN SD 57201-4236

AUTOMATIC BUILDING CONTROLS INC
4300 W 61ST ST N
SIOUX FALLS SD 57107-6474

BAETEFORSETH HVAC
4700 N NORTHVIEW AVE
SIOUX FALLS SD 57107-0869

BARB WEGMAN
26 1ST AVENUE SW
UNIT 3311
WATERTOWN SD 57201-4236

BARBARA GOENS
26 1ST AVENUE SW
UNIT 3301
WATERTOWN SD 57201-4236

BLACKTAIL INVESTMENTS LLC
PO BOX 629
FARGO ND 58107-0629

BLAKE THEISEN
26 1ST AVENUE SW
UNIT 3316
WATERTOWN SD 57201-4236

BRIANNA PEDERSON
26 1ST AVENUE SW
UNIT 3305
WATERTOWN SD 57201-4236

CP BUSINESS MANAGEMENT INC
1401 1ST AVE N
B
FARGO ND 58102-4203

CANNON ELECTRIC LLC
708 9TH AVE SE
308
WATERTOWN SD 57201-5222

CAREN STANLEY ESQ
VOGEL LAW FIRM
218 NP AVENUE
FARGO ND 58102-4834

CARRICO LAW OFFICE
657 W KEMP AVE
WATERTOWN SD 57201-2249

CASEY KIRLEY
26 1ST AVENUE SW
UNIT 3206
WATERTOWN SD 57201-4200

CHRISTIANNA A CATHCART
THE DAKOTA BANKRUPTCY FIRM
1630 FIRST AVE N
STE B PMB 24
FARGO ND 58102-4246

CHARLES OLSON
26 1ST AVENUE SW
UNIT 3501
WATERTOWN SD 57201-4256

CHRISTIANNA A CATHCART ESQ
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N SUITE B PMB 24
FARGO NORTH DAKOTA 58102-4246

CLARITY TELECOM LLC
DBA BLUEPEAK FIBER
7979 E TUFTS AVE SUITE 850
DENVER CO 80237-2845

CLAYTON ALBAN
26 1ST AVENUE SW
UNIT 3313
WATERTOWN SD 57201-4236

CODINGTON COUNTY TREASURER
14 1ST AVE SE
WATERTOWN SD 57201-3611

COUNTY FAIR FOODS OF WATERTOWN INC
14 2ND ST NE
WATERTOWN SD 57201-3622

CYNTHIA WELLS
26 1ST AVENUE SW
UNIT 3407
WATERTOWN SD 57201-4237

DAKOTA CLEAN LLC
509 9TH AVE S
CLEAR LAKE SD 57226-2166

DARYL TAPIO
26 1ST AVENUE SW
UNIT 3413
WATERTOWN SD 57201-4237

DEPARTMENT OF THE TREASURY
15TH PENNSYLVANIA
WASHINGTON DC 20222-0001

DIONNE ZWEIG
26 1ST AVENUE SW
UNIT 3412
WATERTOWN SD 57201-4237

DOUGLAS MURCH
CONMY FESTE LTD
3369 45TH STREET SOUTH
FARGO ND 58104-8988

ETHANIEL WELLNITZ
26 1ST AVENUE SW
UNIT 3502
WATERTOWN SD 57201-4256

JORDAN J FEIST
WOODS FULLER SHULTZ SMITH PC
300 SOUTH PHILLIPS AVENUE
SUITE 300
SIOUX FALLS SD 57104-6322

DAN FRISK
SCHWAB THOMPSON FRISK
820 34TH AVENUE EAST SUITE 200
WEST FARGO ND 58078-7991

GT BROTHERS LLC
14 2ND ST NE
WATERTOWN SD 57201-3622

GENERATIONS ON 1ST LLC
PO BOX 1389
FARGO ND 58107-1389

GEORGES SANITATION INC
3367 12TH AVE NW
WATERTOWN SD 57201-7225

HME COMPANIES LLC
432 5TH STREET
BROOKINGS SD 57006-2007

HME COMPANIES LLC
ATTN LANE WARZECHA
432 5TH STREET
BROOKINGS SD 57006-2007

HALI ANDERSON DANIEL WILLIAMS
26 1ST AVENUE SW
UNIT 3512
WATERTOWN SD 57201-4256

HELGA MYERS
26 1ST AVENUE SW
UNIT 3205
WATERTOWN SD 57201-4200

DREW J HUSHKA
VOGEL LAW FIRM
218 NP AVENUE
PO BOX 1389
FARGO ND 58107-1389

IKES WINDOW WASHING LLC
1126 E KEMP AVE
WATERTOWN SD 57201-3755

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JACOB KRANZ SIERRA OVERSHINER
26 1ST AVENUE SW
UNIT 3510
WATERTOWN SD 57201-4256

JACOBE TRAMP
26 1ST AVENUE SW
UNIT 3416
WATERTOWN SD 57201-4237

JESSE AND MARIE HEER
26 1ST AVENUE SW
UNIT 3404
WATERTOWN SD 57201-4237

JOHN TIMMONS
26 1ST AVENUE SW
UNIT 3505
WATERTOWN SD 57201-4256

JONI DYSTRA
26 1ST AVENUE SW
UNIT 3209
WATERTOWN SD 57201-4200

JORDAN JIERMAN
26 1ST AVENUE SW
UNIT 3214
WATERTOWN SD 57201-4200

JOSHUA ESCAMILLAVIGIL
26 1ST AVENUE SW
UNIT 3516
WATERTOWN SD 57201-4256

JUDITH ZIRBEL
26 1ST AVENUE SW
UNIT 3201
WATERTOWN SD 57201-4200

JUSTICE FIRE SAFETY INC
3601 N POTSDAM AVENUE
SIOUX FALLS SD 57104-7032

KAREN JENSEN
26 1ST AVENUE SW
UNIT 3410
WATERTOWN SD 57201-4237

KEEGAN SCHELLE
26 1ST AVENUE SW
UNIT 3309
WATERTOWN SD 57201-4236

KENDELL GRONHOLZ COLE GILSDORF
26 1ST AVENUE SW
UNIT 3208
WATERTOWN SD 57201-4200

KYLE MARX DAWSON TREEBY
26 1ST AVENUE SW
UNIT 3405
WATERTOWN SD 57201-4237

KYLE WISSEMAN
26 1ST AVENUE SW
UNIT 3308
WATERTOWN SD 57201-4236

LAVERNE COYLE
26 1ST AVENUE SW
UNIT 3408
WATERTOWN SD 57201-4237

LEW KNAPP
26 1ST AVENUE SW
UNIT 3216
WATERTOWN SD 57201-4200

LIBERTY MUTUAL GROUP INC
175 BERKELEY STREET
BOSTON MA 02116-3350

LOIS STADHEIM
26 1ST AVENUE SW
UNIT 3207
WATERTOWN SD 57201-4200

LORNA HARSTAD
26 1ST AVENUE SW
UNIT 3401
WATERTOWN SD 57201-4237

LYNELLE HERSTEDT
26 1ST AVENUE SW
UNIT 3506
WATERTOWN SD 57201-4256

MADISON PREMUS
26 1ST AVENUE SW
UNIT 3509
WATERTOWN SD 57201-4256

MARILYN BOIK
26 1ST AVENUE SW
UNIT 3210
WATERTOWN SD 57201-4200

MARISSA ROBER
26 1ST AVENUE SW
UNIT 3418
WATERTOWN SD 57201-4237

MARLI SCHIPPERS
NOONEY SOLAY LLP
326 FOUNDERS PARK
RAPID CITY SD 57701-8090

MASON MCDONALD
26 1ST AVENUE SW
UNIT 3517
WATERTOWN SD 57201-4256

MULINDA CRAIG
CO DOUGLAS MURCH
CONMY FESTE LTD
3369 45TH STREET SOUTH
FARGO ND 58104-8988

MULINDA SUE CRAIG
PO BOX 426
FARGO ND 58107-0426

NICHOLAS PETERSEN
26 1ST AVENUE SW
UNIT 3508
WATERTOWN SD 57201-4256

NICK KASTEN KARLY MONNIER
26 1ST AVENUE SW
UNIT 3414
WATERTOWN SD 57201-4237

ORLEY WANGSNESS
26 1ST AVENUE SW
UNIT 3307
WATERTOWN SD 57201-4236

PAIGE HALL
26 1ST AVENUE SW
UNIT 3317
WATERTOWN SD 57201-4236

PARKSIDE PLACE LLC
1405 1ST AVE N
PO BOX 426
FARGO ND 58107-0426

PHYLLIS JACKSON
26 1ST AVENUE SW
UNIT 3204
WATERTOWN SD 57201-4200

PIPER NAUGHTON
26 1ST AVENUE SW
UNIT 3417
WATERTOWN SD 57201-4237

RAY BRADBURY
26 1ST AVENUE SW
UNIT 3504
WATERTOWN SD 57201-4256

REAGAN CRANDALL
26 1ST AVENUE SW
UNIT 3303
WATERTOWN SD 57201-4236

RED RIVER STATE BANK
ATTN CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO ND 58107-1389

RED RIVER STATE BANK
114 N MILL ST
PO BOX 98
FERTILE MN 56540-0098

RED RIVER STATE BANK
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO ND 58107-1389

RED RIVER STATE BANK
CO KESHA L TANABE
VOGEL LAW FIRM
PO BOX 1389
FARGO ND 58107-1389

RED RIVER STATE BANK
CO DREW J HUSHKA
VOGEL LAW FIRM
PO BOX 1389
FARGO ND 58107-1389

RENEE HANLON
26 1ST AVENUE SW
UNIT 3201
WATERTOWN SD 57201-4200

SARAH J WENCIL
OFFICE OF THE US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415-1320

SAYLOR HALLSTROM
26 1ST AVENUE SW
UNIT 3415
WATERTOWN SD 57201-4237

MICHAEL SCHMITZ
POINT CPA
PO BOX 1411
58502-1411 ND 58502-1411

SCHUMACHER ELEVATOR COMPANY
ONE SCHUMACHER WAY
DENVER IA 50622

SECURITIES EXCHANGE COMMISSION
175 W JACKSON BLVD
CHICAGO IL 60604-2908

SELMER HATLESTAD
26 1ST AVENUE SW
UNIT 3402
WATERTOWN SD 57201-4237

SHEILA KAMMERER
26 1ST AVENUE SW
UNIT 3203
WATERTOWN SD 57201-4200

SHERMA GEORGE GORE
26 1ST AVENUE SW
UNIT 3514
WATERTOWN SD 57201-4256

SOUTH DAKOTA DEPARTMENT OF REVENUE
445 E CAPITOL AVENUE
PIERRE SD 57501-3100

CAREN STANLEY
VOGEL LAW FIRM
218 NORTHERN PACIFIC AVENUE
FARGO ND 58102-4834

STEVEN ALMQUIST
26 1ST AVENUE SW
UNIT 3518
WATERTOWN SD 57201-4256

STEVEN ROSBACH
26 1ST AVENUE SW
UNIT 3304
WATERTOWN SD 57201-4236

DAVID R STRAIT
AUSTIN STRAIT BENSON THOLE KOEHN LL
25 FIRST AVENUE SOUTHWEST
WATERTOWN SD 57201-3507

KESHA TANABE
VOGEL LAW FIRM
218 NORTHERN PACIFIC AVENUE
FARGO ND 58102-4834

THA DAH HTOO TA MALA WAH
26 1ST AVENUE SW
UNIT 3312
WATERTOWN SD 57201-4236

TIARA DEHOET LUCAS SIMON
26 1ST AVENUE SW
UNIT 3306
WATERTOWN SD 57201-4236

US ATTORNEY
655 FIRST AVENUE NORTH SUITE 250
FARGO ND 58102-4932

UNITED STATES TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415-1320

MAURICE VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO ND 58102-4246

VERNA OLSON
26 1ST AVENUE SW
UNIT 3215
WATERTOWN SD 57201-4200

WATERTOWN DEVELOPMENT COMPANY
1 EAST KEMP AVENUE
WATERTOWN SD 57201-3606

WATERTOWN DEVELOPMENT COMPANY
CO DAVID R STRAIT
AUSTINSTRAITBENSONTHOLEKOEHN LLP
25 FIRST AVENUE SOUTHWEST
WATERTOWN SD 57201-3507

WATERTOWN DEVELOPMENT COMPANY
CO JORDAN FEIST
PO BOX 5027
300 SOUTH PHILLIPS AVE SUITE 300
SIOUX FALLS SD 57104-6322

WATERTOWN MUNICIPAL UTILITIES
901 4TH AVE SW
WATERTOWN SD 57201-4106

WATERTOWN SENIOR ACTIVITY CENTER
26 1ST AVE SW
SUITE 101
WATERTOWN SD 57201-4268

WHITE GLOVE CLEANING
17892 449TH AVE
HAYTI SD 57241-5223

WHITE GLOVE CLEANING SERVICE LLC
2340 S ELLIS RD
APARTMENT 100
SIOUX FALLS SD 57106-7134

WILLOW SEURER
26 1ST AVENUE SW
UNIT 3503
WATERTOWN SD 57201-4256

ZIHUI GONG
26 1ST AVENUE SW
UNIT 3515
WATERTOWN SD 57201-4256

~~EXCLUDE~~

~~THE FOLLOWING RECIPIENTS MAY BEHAVE BEEN BYPASSED FOR NOTICE DUE TO AN UNDELIVERABLE (U) OR DUPLICATE (D) ADDRESS~~

~~EXCLUDE~~

~~(U)CP BUSINESS MANAGEMENT INC~~

~~EXCLUDE~~

~~(U)JESSE CRAIG~~

~~EXCLUDE~~

~~(U)MULINDA AKA MINDY CRAIG~~

~~EXCLUDE~~

~~(U)CRAIG DEVELOPMENT LLC~~

~~EXCLUDE~~

~~(U)CRAIG HOLDINGS LLC~~

~~EXCLUDE~~

~~(U)CRAIG PROPERTIES LLC~~

~~EXCLUDE~~

~~(U)GAVINSOLMONESE LLC~~

~~EXCLUDE~~

~~(D)INTERNAL REVENUE SERVICE~~
~~PO BOX 7346~~
~~PHILADELPHIA PA 19101-7346~~

~~EXCLUDE~~

~~(D)DOUGLAS MURCH~~
~~CONMY FESTE LTD~~
~~3369 45TH STREET SOUTH~~
~~FARGO ND 58104-8988~~

~~EXCLUDE~~

~~(D)RED RIVER STATE BANK~~
~~CO CAREN W STANLEY~~
~~VOGEL LAW FIRM~~
~~PO BOX 1389~~
~~FARGO ND 58107-1389~~

~~EXCLUDE~~

~~(D)WATERTOWN DEVELOPMENT COMPANY~~
~~1 EAST KEMP AVENUE~~
~~WATERTOWN SD 57201-3606~~

~~EXCLUDE~~

~~(D)SARAH J WENCIL~~
~~OFFICE OF THE US TRUSTEE~~
~~SUITE 1015 US COURTHOUSE~~
~~300 SOUTH FOURTH STREET~~
~~MINNEAPOLIS MN 55415-1320~~