UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

In Re. PARKSIDE PLACE, LLC §
§
§
Debtor(s) §

Case No. 25-30003

Lead Case No. 25-30002

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2026

Petition Date: 01/06/2025

Months Pending: 21

Industry Classification: 6 5 1 3

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☒ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☒ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Steve Huff
Signature of Responsible Party

Steve Huff
Printed Name of Responsible Party

10/13/2026
Date

200 W 3rd St, Yankton, SD 57078
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name PARKSIDE PLACE, LLC Case No. 25-30003

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $152,286 | |
| b. | Total receipts (net of transfers between accounts) | $44,173 | $1,118,592 |
| c. | Total disbursements (net of transfers between accounts) | $102,068 | $1,137,517 |
| d. | Cash balance end of month (a+b-c) | $94,391 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $102,068 | $1,137,517 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $3 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $38,412 |
| e. | Total assets | $38,412 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $31,723 |
| n. | Total liabilities (debt) (j+k+l+m) | $31,723 |
| o. | Ending equity/net worth (e-n) | $6,689 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $4,900,000 | $4,900,000 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $4,900,000 | $4,900,000 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $42,998 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $42,998 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $15,286 | |
| f. | Other expenses | $46,037 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $38,934 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-57,260 | $317,355 |

Debtor's Name PARKSIDE PLACE, LLC Case No. 25-30003

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $5,640 | $35,300 | $0 | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | The Dakota Bankruptcy Firm | Lead Counsel | $5,640 | $35,300 | $0 | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name PARKSIDE PLACE, LLC Case No. 25-30003

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name PARKSIDE PLACE, LLC Case No. 25-30003

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $64,218 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | Answer |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | | Yes ◉ No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | | Yes ○ No ◉ |
| c. | Were any payments made to or on behalf of insiders? | | Yes ◉ No ○ |
| d. | Are you current on postpetition tax return filings? | | Yes ◉ No ○ |
| e. | Are you current on postpetition estimated tax payments? | | Yes ◉ No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | | Yes ◉ No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | | Yes ○ No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | | Yes ○ No ○ N/A ◉ |
| i. | Do you have: | Worker's compensation insurance? | Yes ○ No ◉ |
| | | If yes, are your premiums current? | Yes ○ No ○ N/A ◉ (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ◉ No ○ |
| | | If yes, are your premiums current? | Yes ◉ No ○ N/A ○ (if no, see Instructions) |
| | | General liability insurance? | Yes ◉ No ○ |
| | | If yes, are your premiums current? | Yes ◉ No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ◉ No ○ |
| k. | Has a disclosure statement been filed with the court? | | Yes ◉ No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ◉ No ○ |

Debtor's Name PARKSIDE PLACE, LLC    Case No. 25-30003

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Steve Huff | Steve Huff |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Plan Administrator | 10/13/2026 |
| Title | Date |

Debtor's Name PARKSIDE PLACE, LLC Case No. 25-30003

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name PARKSIDE PLACE, LLC Case No. 25-30003

PageThree

PageFour

| Month | Wk Ending | Post Date | Account | Receipt/ Disbursement | Amount |
|---|---|---|---|---|---|
| 26-09 | 09/04/26 | 09/04/26 | Rent | Receipt | $1,543.25 |
| 26-09 | 09/04/26 | 09/04/26 | Rent | Receipt | $3,370.00 |
| 26-09 | 09/04/26 | 09/03/26 | Rent | Receipt | $1,080.00 |
| 26-09 | 09/04/26 | 09/03/26 | Rent | Receipt | $1,090.00 |
| 26-09 | 09/04/26 | 09/03/26 | Rent | Receipt | $2,180.00 |
| 26-09 | 09/04/26 | 09/03/26 | Rent | Receipt | $4,589.19 |
| 26-09 | 09/04/26 | 09/03/26 | Rent | Receipt | $7,515.00 |
| 26-09 | 09/04/26 | 09/02/26 | Rent | Receipt | $1,035.00 |
| 26-09 | 09/11/26 | 09/11/26 | Rent | Receipt | $600.00 |
| 26-09 | 09/11/26 | 09/11/26 | Rent | Receipt | $1,080.00 |
| 26-09 | 09/11/26 | 09/11/26 | Rent | Receipt | $3,260.00 |
| 26-09 | 09/11/26 | 09/10/26 | Rent | Receipt | $50.00 |
| 26-09 | 09/11/26 | 09/10/26 | Rent | Receipt | $1,080.00 |
| 26-09 | 09/11/26 | 09/09/26 | Rent | Receipt | $1,035.00 |
| 26-09 | 09/11/26 | 09/09/26 | Rent | Receipt | $1,080.00 |
| 26-09 | 09/11/26 | 09/08/26 | Property Management | Receipt | $50.00 |
| 26-09 | 09/11/26 | 09/08/26 | Rent | Receipt | $3,215.00 |
| 26-09 | 09/11/26 | 09/08/26 | Rent | Receipt | $4,210.00 |
| 26-09 | 09/18/26 | 09/17/26 | Rent | Receipt | $1,035.00 |
| 26-09 | 09/18/26 | 09/16/26 | Rent | Receipt | $362.05 |
| 26-09 | 09/18/26 | 09/15/26 | Property Management | Receipt | $45.00 |
| 26-09 | 09/18/26 | 09/14/26 | Rent | Receipt | $1,035.00 |
| 26-09 | 09/25/26 | 09/24/26 | Rent | Receipt | $200.00 |
| 26-09 | 09/25/26 | 09/24/26 | rent | Receipt | $1,270.40 |
| 26-09 | 09/25/26 | 09/25/26 | Rent | Receipt | $900.00 |
| 26-09 | 09/25/26 | 09/25/26 | Rent | Receipt | $1,054.71 |
| 26-09 | 10/02/26 | 09/29/26 | Rent | Receipt | $200.00 |
| 26-09 | 10/02/26 | 09/30/26 | Other Income | Receipt | $8.40 |
| | | | | Total: | ($48,827.90) |

| Month | Wk Ending | Post Date | Account | Receipt/ Disbursement | Amount |
|---|---|---|---|---|---|
| 26-09 | 09/04/26 | 09/04/26 | Rent | Disbursement | ($1,080.00) |
| 26-09 | 09/04/26 | 09/01/26 | Resident Manager | Disbursement | ($169.26) |
| 26-09 | 09/04/26 | 09/01/26 | Mortgage 1st | Disbursement | ($19,667.67) |
| 26-09 | 09/11/26 | 09/11/26 | Property Management | Disbursement | ($135.00) |
| 26-09 | 09/11/26 | 09/11/26 | Property Management | Disbursement | ($3,767.04) |
| 26-09 | 09/11/26 | 09/10/26 | Clearing-Tenant Deposits | Disbursement | ($635.00) |
| 26-09 | 09/11/26 | 09/10/26 | Repairs/Maintenance | Disbursement | ($1,835.14) |
| 26-09 | 09/11/26 | 09/10/26 | Electric/Gas/Water/Sewer | Disbursement | ($3,246.75) |
| 26-09 | 09/11/26 | 09/09/26 | Janitorial | Disbursement | ($1,298.31) |
| 26-09 | 09/11/26 | 09/09/26 | Repairs/Maintenance | Disbursement | ($435.12) |
| 26-09 | 09/11/26 | 09/08/26 | Repairs/Maintenance | Disbursement | ($2,038.84) |
| 26-09 | 09/11/26 | 09/08/26 | Internet, Phone & SW Exp | Disbursement | ($251.15) |
| 26-09 | 09/18/26 | 09/15/26 | Resident Manager | Disbursement | ($108.32) |
| 26-09 | 09/18/26 | 09/15/26 | Fire Prevention | Disbursement | ($318.60) |
| 26-09 | 09/18/26 | 09/15/26 | Mortgage 1st | Disbursement | ($19,266.67) |
| 26-09 | 09/25/26 | 09/22/26 | US Court Trustee 0.4% | Disbursement | ($137.41) |
| 26-09 | 09/25/26 | 09/23/26 | Property Management | Disbursement | ($95.00) |
| 26-09 | 09/25/26 | 09/24/26 | Internet, Phone & SW Exp | Disbursement | ($251.15) |
| 26-09 | 10/02/26 | 09/28/26 | Maintenance Staff Costs | Disbursement | ($176.00) |
| 26-09 | 10/02/26 | 09/28/26 | Garbage | Disbursement | ($207.09) |
| 26-09 | 10/02/26 | 09/28/26 | Repairs/Maintenance | Disbursement | ($511.10) |
| 26-09 | 10/02/26 | 09/29/26 | Resident Manager | Disbursement | ($536.73) |
| 26-09 | 10/02/26 | 09/29/26 | US Court Trustee 0.4% | Disbursement | ($45,900.00) |
| 26-09 | 10/02/26 | 09/30/26 | Internet, Phone & SW Exp | Disbursement | ($0.25) |
| | | | | **Total:** | **($48,827.90)** |

## Balance Sheet



Owner = PARKSIDE PLACE (Parkside Place)
Parkside Place
Month = Sep 2026
Book = Cash

| ACCOUNT | CURRENT BALANCE |
|---|---|
| Parkside Apartment DIP Checking | 38,412.08 |
| **Total DIP Checking Account** | **38,412.08** |
| | |
| Property and Equipment | |
| Total Property and Equipment | 0.00 |
| | |
| **Total Assets** | **38,412.08** |
| | |
| **LIABILITIES & CAPITAL** | |
| | |
| Liabilities | |
| Total Liabilities | 0.00 |
| | |
| Capital | |
| Owner Contribution | 2,818.76 |
| Retained Earnings | 35,593.32 |
| Total Capital | 38,412.08 |
| | |
| **Total Liabilities & Capital** | **38,412.08** |

## Balance Sheet



Owner = PARKSIDE PLACE (8 2nd St NE)
8 2nd St NE
Month = Sep 2026
Book = Cash

| ACCOUNT | CURRENT BALANCE |
|---|---|
| No activity for given filter criteria | |

**Parkside: Monthly Cash Profit & Loss**

| line | *Week Ending:* | 26-01 | 26-02 | 26-03 | 26-04 | 26-05 | 26-06 | 26-07 | 26-08 | 26-09 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Receipts** | | | | | | | | | |
| 2 | Rent | 42,590 | 39,139 | 43,506 | 41,380 | 43,609 | 41,685 | 36,886 | 42,704 | 42,990 |
| 3 | Other Income | - | - | 9 | - | - | 9 | - | - | 8 |
| 4 | Transfer | - | - | - | - | 268 | 1,400 | - | - | - |
| 5 | **Income** | **$ 42,590** | **$ 39,139** | **$ 43,515** | **$ 41,380** | **$ 43,877** | **$ 43,094** | **$ 36,886** | **$ 42,704** | **$ 42,998** |
| 6 | | | | | | | | | | |
| 7 | **Disbursements** | | | | | | | | | |
| 8 | Maintenance Disbursements | | | | | | | | | |
| 9 | Maintenance Staff Costs | - | (136) | (232) | (144) | (224) | - | (288) | (368) | (176) |
| 10 | Resident Manager | (325) | (237) | (457) | (1,287) | (288) | (826) | (1,205) | (1,006) | (814) |
| 11 | Repairs/Maintenance | (168) | (48) | - | (458) | (2) | (3,047) | (1,401) | - | (4,820) |
| 12 | Janitorial | (1,152) | (347) | (48) | (1,468) | (1,425) | (1,885) | (2,318) | - | (1,298) |
| 13 | Painting | (376) | - | (88) | (271) | - | (221) | - | (438) | - |
| 14 | Plumbing | - | - | (284) | - | - | - | - | - | - |
| 15 | Fire Prevention | - | (541) | - | - | (924) | - | - | - | (319) |
| 16 | Snow Removal | (271) | (398) | (421) | - | (361) | - | - | - | - |
| 17 | Total Maintenance Disbursements | (2,292) | (1,706) | (1,529) | (3,629) | (3,224) | (5,979) | (5,212) | (1,812) | (7,427) |
| 18 | | | | | | | | | | |
| 19 | Admin/Utility Expenses | | | | | | | | | |
| 20 | Internet, Phone & SW Exp | (412) | (289) | (289) | (289) | (250) | (501) | (251) | - | (503) |
| 21 | Property Management | (4,493) | (2,821) | (3,193) | (2,527) | (3,734) | (3,000) | (3,803) | (2,947) | (3,902) |
| 22 | Insurance | (3,225) | - | (1,795) | (3,598) | (1,801) | (1,801) | (1,801) | - | - |
| 23 | Electric/Gas/Water/Sewer | (2,630) | (2,909) | (3,078) | - | (5,357) | (2,636) | (2,964) | (3,037) | (3,247) |
| 24 | Elevator | (494) | - | - | (494) | - | - | - | - | - |
| 25 | Garbage | - | (414) | (207) | - | (414) | - | (414) | (207) | (207) |
| 26 | Total Admin/Utility Expenses | (11,254) | (6,433) | (8,562) | (6,908) | (11,556) | (7,938) | (9,234) | (6,191) | (7,858) |
| 27 | | | | | | | | | | |
| 28 | Gen & admin exp (lines 17 + 26) | (13,546) | (8,139) | (10,091) | (10,537) | (14,780) | (13,917) | (14,446) | (8,003) | (15,286) |
| 29 | | | | | | | | | | |
| 30 | Cash Flow from Operations (lines 5 + 17 + 26) | 29,044 | 31,000 | 33,424 | 30,842 | 29,096 | 29,177 | 22,440 | 34,701 | 27,712 |
| 31 | | | | | | | | | | |
| 32 | Financing and Other | | | | | | | | | |
| 33 | US Court Trustee 0.4% | (6) | (739) | - | (411) | - | - | (528) | - | (46,037) |
| 34 | Mortgage 1st | (19,267) | (26,767) | (19,267) | (19,267) | (19,267) | (59,267) | (19,267) | (19,267) | (38,934) |
| 35 | Professional Fees | (505) | (450) | (450) | (200) | - | (90) | - | - | - |
| 36 | Manager Oversite $45/unit | (1,755) | - | - | - | - | - | - | - | - |
| 37 | Total Financing and Other | (21,533) | (27,956) | (19,717) | (19,878) | (19,267) | (59,357) | (19,795) | (19,267) | (84,972) |
| 38 | | | | | | | | | | |
| 39 | **Profit/(Loss) (lines 30 + 37)** | **7,510** | **3,044** | **13,708** | **10,965** | **9,830** | **(30,180)** | **2,646** | **15,434** | **(57,260)** |

10/2/2026 10:36 AM

# Aged Receivable

Property = Parkside Place Status: Current, Notice Month From: 09/2026

| Property | Tenant | Status | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| **Parkside Place** | | | | | | | | | |
| Parkside Place | OHMAN HOLLY // LISA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -60.00 | -60.00 |
| Parkside Place | PEERY CHANDLER | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Parkside Place | HOFER GARY | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Parkside Place | BROCKEL DEVAN | Current | 2.88 | 2.88 | 0.00 | 0.00 | 0.00 | 0.00 | 2.88 |
| Parkside Place | KELLAR CARISSA | Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -70.36 | -70.36 |
| **Parkside Place** | | | **2.88** | **2.88** | **0.00** | **0.00** | **0.00** | **-130.36** | **-127.48** |
| **Grand Total** | | | **2.88** | **2.88** | **0.00** | **0.00** | **0.00** | **-130.36** | **-127.48** |

UserId : mcraig@cpbusmgt.com Date : 10/02/2026 Time : 15:35

# Payables Aging Report



Period: -09/2026

As of : 09/30/2026

| Payee Name | Invoice Notes | Property | Invoice Date | Due Date | Account | Invoice # | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

# Starion Bank

PO Box 848
Mandan, ND 58554

## Statement Ending 09/30/2026



Customer Number: '88

### Managing Your Accounts

| | |
|---|---|
| Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| Phone | 701.281.5600 |
| Website | Starionbank.com |

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

### Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ND STAR CHECKING | 588 | $59,785.50 |

## ND STAR CHECKING - 688

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/01/2026 | **Beginning Balance** | **$117,688.50** |
| | 27 Credit(s) This Period | $44,164.60 |
| | 24 Debit(s) This Period | $102,067.60 |
| 09/30/2026 | **Ending Balance** | **$59,785.50** |
| | Service Charges | $0.25 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/02/2026 | CPBUSINESSMANAG_ Settlement 000027995899802 | $1,035.00 |
| 09/03/2026 | YARDI CARD DEP 1112Transf XXXXX0833 | $1,080.00 |
| 09/03/2026 | YARDI CARD DEP 1112Transf XXXXX0511 | $1,090.00 |
| 09/03/2026 | YARDI CARD DEP 1112Transf XXXXX2573 | $2,180.00 |
| 09/03/2026 | CP BUSINESS MANA ParkRentCA XXXXX6888 | $4,589.19 |
| 09/03/2026 | CP BUSINESS MANA ParkRent XXXXX6888 | $7,515.00 |
| 09/04/2026 | YARDI CARD DEP 1112Transf XXXXX8206 | $1,543.25 |
| 09/04/2026 | CPBUSINESSMANAGE Settlement 000027968962062 | $3,370.00 |
| 09/08/2026 | PAYLEASE.COM CREDIT XXXXX2582 | $50.00 |
| 09/08/2026 | CPBUSINESSMANAGE Settlement 000027992760734 | $3,215.00 |
| 09/08/2026 | YARDI CARD DEP 1112Transf XXXXX2222 | $4,210.00 |
| 09/09/2026 | YARDI CARD DEP 1112Transf XXXXX2953 | $1,035.00 |
| 09/09/2026 | CPBUSINESSMANAGE Settlement 000028009762350 | $1,080.00 |
| 09/10/2026 | YARDI CARD DEP 1112Transf XXXXX1181 | $50.00 |
| 09/10/2026 | CPBUSINESSMANAGE Settlement 000028023697046 | $1,080.00 |
| 09/11/2026 | PAYLEASE.COM CREDIT XXXXX2499 | $600.00 |
| 09/11/2026 | YARDI CARD DEP 1112Transf XXXXX1546 | $1,080.00 |
| 09/11/2026 | EDEPOSIT | $3,260.00 |
| 09/14/2026 | CPBUSINESSMANAGE Settlement 000028062433058 | $1,035.00 |
| 09/15/2026 | PAYLEASE.COM CREDIT XXXXX2149 | $45.00 |
| 09/16/2026 | PAYLEASE.COM CREDIT XXXXX1726 | $362.05 |

EQUAL HOUSING LENDER Member FDIC

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

***What To Do If You Think You Find A Mistake On Your Statement***

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | | |
|---|---|---|
| NEW BALANCE<br>TRANSFER AMOUNT FROM OTHER SIDE | | $ |
| ADD<br>DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | |
| | | |
| SUB TOTAL | | $ |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
| NUMBER | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | BALANCE | $ |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

Starion Bank
PO Box 848
Mandan, ND 58554

**Statement Ending 09/30/2026**

PARKSIDE PLACE LLC



Customer Number 388

## ND STAR CHECKING - 388 (continued)

### Other Credits (continued)

| Date | Description | Amount |
|---|---|---|
| 09/17/2026 | YARDI CARD DEP 1112Transf XXXXX6691 | $1,035.00 |
| 09/24/2026 | PAYLEASE.COM CREDIT XXXXX1658 | $200.00 |
| 09/24/2026 | CP BUSINESS MANA 2210rerun XXXXX6888 | $1,270.40 |
| 09/25/2026 | PAYLEASE.COM CREDIT XXXXX8564 | $900.00 |
| 09/25/2026 | PAYLEASE.COM CREDIT XXXXX0812 | $1,054.71 |
| 09/29/2026 | EDEPOSIT | $200.00 |

$1100 ugo
+$700 Deposit laidlaw

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/01/2026 | CP BUSINESS MANA aug15-31 6 XXXXX6888 | $169.26 |
| 09/04/2026 | ACH ITEM RETURNED MARK KELLER INSUFFICIENT FUNDS | $1,080.00 |
| 09/15/2026 | CP BUSINESS MANA sep1-15 4 XXXXX6888 | $108.32 |
| 09/22/2026 | QUARTERLY FEE PAYMENT 0000 | $137.41 |
| 09/29/2026 | CP BUSINESS MANA sept15-28 XXXXX6888 | $536.73 |
| 09/29/2026 | QUARTERLY FEE PAYMENT 0000 | $45,900.00 |
| 09/30/2026 | SERVICE CHARGE | $0.25 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 20318 | 09/10/2026 | $635.00 | 20326 | 09/10/2026 | $1,835.14 | 20333* | 09/11/2026 | $3,767.04 |
| 20321* | 09/11/2026 | $135.00 | 20327 | 09/08/2026 | $2,038.84 | 20334 | 09/28/2026 | $207.09 |
| 20322 | 09/01/2026 | $19,667.67 | 20328 | 09/08/2026 | $251.15 | 20335 | 09/24/2026 | $251.15 |
| 20323 | 09/09/2026 | $1,298.31 | 20329 | 09/28/2026 | $176.00 | 20336 | 09/28/2026 | $511.10 |
| 20324 | 09/15/2026 | $318.60 | 20330 | 09/10/2026 | $3,246.75 | 20337 | 09/23/2026 | $95.00 |
| 20325 | 09/09/2026 | $435.12 | 20331 | 09/15/2026 | $19,266.67 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/01/2026 | $97,851.57 | 09/11/2026 | $121,191.66 | 09/24/2026 | $104,961.96 |
| 09/02/2026 | $98,886.57 | 09/14/2026 | $122,226.66 | 09/25/2026 | $106,916.67 |
| 09/03/2026 | $115,340.76 | 09/15/2026 | $102,578.07 | 09/28/2026 | $106,022.48 |
| 09/04/2026 | $119,174.01 | 09/16/2026 | $102,940.12 | 09/29/2026 | $59,785.75 |
| 09/08/2026 | $124,359.02 | 09/17/2026 | $103,975.12 | 09/30/2026 | $59,785.50 |
| 09/09/2026 | $124,740.59 | 09/22/2026 | $103,837.71 | | |
| 09/10/2026 | $120,153.70 | 09/23/2026 | $103,742.71 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR: | $0.25 |
| Total Service Charge | $0.25 |

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20318
08/14/26
$635.00*****
TO THE ORDER OF **** SIX HUNDRED THIRTY FIVE AND 00/100 DOLLARS
ANNA SAMUELSON
905 10TH ST S
BENSON, MN 56215
⑈020318⑈ ⑆091310767⑆ 8⑈

#20318 09/10/2026 $635.00

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20321
08/19/26
$135.00*****
TO THE ORDER OF **** ONE HUNDRED THIRTY FIVE AND 00/100 DOLLARS
CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369, 58106
MEMO: 553659288 bistodeau app fee 553726261 gruby app fee 551054773 opsal app fee
⑈020321⑈ ⑆091310767⑆ 88⑈

#20321 09/11/2026 $135.00

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20322
08/28/26
$19,667.67**
TO THE ORDER OF **** NINETEEN THOUSAND SIX HUNDRED SIXTY SEVEN AND 67/100 DOLLARS
RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN 56548
MEMO: Loan Payment
⑈020322⑈ ⑆091310767⑆ 88⑈

#20322 09/01/2026 $19,667.67

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20323
08/31/26
$1,298.31***
TO THE ORDER OF **** ONE THOUSAND TWO HUNDRED NINETY EIGHT AND 31/100 DOLLARS
ALWAYS SPARKLING
26 1st Ave SW
#3310
WATERTOWN, SD 57201
⑈020323⑈ ⑆091310767⑆ 8⑈

#20323 09/09/2026 $1,298.31

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20324
08/31/26
$318.60*****
TO THE ORDER OF **** THREE HUNDRED EIGHTEEN AND 60/100 DOLLARS
AUTOMATIC BUILDING CONTROLS
4300 W 61ST ST N
SIOUX FALLS, SD 57107
⑈020324⑈ ⑆091310767⑆ 588⑈

#20324 09/15/2026 $318.60

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20325
08/31/26
$435.12*****
TO THE ORDER OF **** FOUR HUNDRED THIRTY FIVE AND 12/100 DOLLARS
Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA 91716-0506
MEMO: 6664-3002-0027-4039
⑈020325⑈ ⑆091310767⑆ 8⑈

#20325 09/09/2026 $435.12

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20326
08/31/26
$1,835.14***
TO THE ORDER OF **** ONE THOUSAND EIGHT HUNDRED THIRTY FIVE AND 14/100 DOLLARS
DUANES FLOOR COVERING
10 1ST AVE NW
WATERTOWN, SD 57201
⑈020326⑈ ⑆091310767⑆ 38⑈

#20326 09/10/2026 $1,835.14

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20327
08/31/26
$2,038.84***
TO THE ORDER OF **** TWO THOUSAND THIRTY EIGHT AND 84/100 DOLLARS
HOMEMAKER'S VILLA
1400 MAIN AVE
MOORHEAD, MN 56560
⑈020327⑈ ⑆091310767⑆ 688⑈

#20327 09/08/2026 $2,038.84

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20328
08/31/26
$251.15*****
TO THE ORDER OF **** TWO HUNDRED FIFTY ONE AND 15/100 DOLLARS
MIDCONTINENT
BOX 5010
SIOUX FALLS, SD 57117
⑈020328⑈ ⑆091310767⑆ 88⑈

#20328 09/08/2026 $251.15

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106
STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104
20329
08/31/26
$176.00*****
TO THE ORDER OF **** ONE HUNDRED SEVENTY SIX AND 00/100 DOLLARS
BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD 57201
⑈020329⑈ ⑆091310767⑆ 38⑈

#20329 09/28/2026 $176.00

# Starion Bank

PO Box 848
Mandan, ND 58554

## Statement Ending 09/30/2026

PARKSIDE PLACE LLC



Customer Number: 8

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20330

08/31/26 $3,246.75***

TO THE ORDER OF **** THREE THOUSAND TWO HUNDRED FORTY SIX AND 75/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD 57201

⑈020330⑈ ⑆091310767⑆

#20330 09/10/2026 $3,246.75

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20331

09/01/26 $19,266.67**

TO THE ORDER OF **** NINETEEN THOUSAND TWO HUNDRED SIXTY SIX AND 67/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN 56548

MEMO: Loan Payment

⑈020331⑈ ⑆091310767⑆

#20331 09/15/2026 $19,266.67

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20333

08/31/26 $3,767.04***

TO THE ORDER OF **** THREE THOUSAND SEVEN HUNDRED SIXTY SEVEN AND 04/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369, 58106

⑈020333⑈ ⑆091310767⑆

#20333 09/11/2026 $3,767.04

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20334

09/21/26 $207.09*****

TO THE ORDER OF **** TWO HUNDRED SEVEN AND 09/100 DOLLARS

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD 57201

⑈020334⑈ ⑆091310767⑆

#20334 09/28/2026 $207.09

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20335

09/21/26 $251.15*****

TO THE ORDER OF **** TWO HUNDRED FIFTY ONE AND 15/100 DOLLARS

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD 57117

⑈020335⑈ ⑆091310767⑆

#20335 09/24/2026 $251.15

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20336

09/21/26 $511.10*****

TO THE ORDER OF **** FIVE HUNDRED ELEVEN AND 10/100 DOLLARS

SCHUMACHER
PO BOX 393
DENVER, IA 50622

⑈020336⑈ ⑆091310767⑆

#20336 09/28/2026 $511.10

PARKSIDE PLACE, LLC
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20337

09/23/26 $95.00******

TO THE ORDER OF **** NINETY FIVE AND 00/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369, 58106

Zip Application Fees

MEMO: 556348238 APP 556402249 APP

⑈020337⑈ ⑆091310767⑆

#20337 09/23/2026 $95.00

Starionbank.com

Starion Bank

PO Box 848
Mandan, ND 58554

## Statement Ending 09/30/2026

PARKSIDE PLACE LLC



Customer Numbe 658

### Managing Your Accounts

| | |
|---|---|
| Branch | 2754 Brandt Dr S<br>Fargo, ND 58104 |
| Phone | 701.281.5600 |
| Website | Starionbank.com |

PARKSIDE PLACE LLC
DEBTOR IN POSSESSION CASE 25-30003
PO BOX 9379
FARGO ND 58106-9379

### Summary of Accounts



Do you have questions about your statement? You can contact us by phone, email customerservice@starionbank.com or chat online with a Starion Bank representative. Our customer service hours are Monday through Friday from 7 a.m. to 6 p.m.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| REGULAR SAVINGS NON PERS | 658 | $34,605.81 |

## REGULAR SAVINGS NON PERS - 658

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **07/01/2026** | **Beginning Balance** | **$38,552.41** |
| | 6 Credit(s) This Period | $6,058.40 |
| | 3 Debit(s) This Period | $10,005.00 |
| **09/30/2026** | **Ending Balance** | **$34,605.81** |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 07/01/2026 Through 09/30/2026 | |
| Annual Percentage Yield Earned | 0.10% |
| Interest Days | 92 |
| Interest Earned | $8.40 |
| Interest Paid This Period | $8.40 |
| Interest Paid Year-to-Date | $26.77 |
| Average Ledger Balance | $35,075.23 |
| Average Available Balance | $35,075.23 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **07/01/2026** | **Beginning Balance** | | | **$38,552.41** |
| 07/13/2026 | xfer from 8658 to 8688 - 2204-1025 2205-9025 2403-750 | $3,680.00 | | $34,872.41 |
| 07/30/2026 | xfer from 8688 to 8658 - kellar security deposit, paid on pa | | $700.00 | $35,572.41 |
| 08/07/2026 | EDEPOSIT | | $3,250.00 | $38,822.41 |
| 08/07/2026 | xfer from 8658 to 8688 - RENTS. ACCIDENTAL DEP. TO SAVINGS. | $3,250.00 | | $35,572.41 |
| 08/10/2026 | xfer from 8658 to 8688 - Deposit Returns. 2401- 1,025 2408- | $3,075.00 | | $32,497.41 |
| 08/19/2026 | xfer from 8688 to 8658 - 2401 security deposit (8/5/26) | | $700.00 | $33,197.41 |
| 08/19/2026 | xfer from 8688 to 8658 - 2312 DEPOSIT TX FROM CHECKING | | $700.00 | $33,897.41 |
| 08/19/2026 | xfer from 8688 to 8658 - 2403 sec deposit to savings | | $700.00 | $34,597.41 |
| 09/30/2026 | INTEREST | | $8.40 | $34,605.81 |
| **09/30/2026** | **Ending Balance** | | | **$34,605.81** |

EQUAL HOUSING LENDER Member FDIC

### INFORMATION FOR CONSUMER ACCOUNTS WITH ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DISCLOSURE TO READY CREDIT CONSUMER CUSTOMERS

**Billing Rights Summary**

***What To Do If You Think You Find A Mistake On Your Statement***

If you think there is an error on your statement, write to us at the address shown on your statement

In your letter give us the following information:

(1) *Account information:* Your name and account number
(2) *Dollar amount:* The dollar amount of the suspected error
(3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

(1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
(2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
(3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
(4) We can apply any unpaid amount against your credit limit.

**Computing the Interest Charge on Ready Credit**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

(1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
(2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
(3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address on the front of this statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (√) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | | |
|---|---|---|
| NEW BALANCE<br>TRANSFER AMOUNT FROM OTHER SIDE | | $ |
| ADD<br>DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | |
| | | |
| SUB TOTAL | | $ |

| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL CHECKS NOT LISTED → | |

| | | |
|---|---|---|
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE | BALANCE | $ |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

Starion Bank
PO Box 848
Mandan, ND 58554

**Statement Ending 09/30/2026**

*PARKSIDE PLACE LLC* 

*Customer Number:* 58

## REGULAR SAVINGS NON PERS - 658 (continued)

Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Starionbank.com

10/2/2026 11:39 AM

# Rent Roll

Property = Parkside Place

As Of = 09/29/2026

Month = 09/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | CAM | Misc | Move In | Lease Expiration | Move Out |
|---|---|---|---|---|---|---|---|---|
| **Current/Notice/Vacant Tenants** | | | | | | | | |
| 201 | GT BROTHERS | 2,513.00 | 4,000.00 | 519.04 | 0.00 | 09/01/2021 | 08/31/2026 | 09/30/2026 |
| 202 | COUNTY FAIR FOODS OF W | 1,290.00 | 2,000.00 | 267.15 | 0.00 | 10/01/2021 | 09/30/2026 | 09/30/2026 |
| 2201 | ERIN KRAVIK | 1,035.00 | 925.00 | 0.00 | 0.00 | 05/04/2024 | 11/30/2026 | |
| 2202 | HOLLY // LISA OHMAN | 1,080.00 | 965.00 | 0.00 | 0.00 | 08/01/2022 | 01/31/2027 | |
| 2203 | ZOIE FRASER | 1,055.00 | 750.00 | 0.00 | 0.00 | 02/01/2025 | 02/28/2027 | |
| 2204 | FUTURE TENANT | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2205 | DEVAN BROCKEL | 1,090.00 | 700.00 | 0.00 | 0.00 | 08/01/2026 | 07/31/2027 | |
| 2206 | JOSIAH KULL | 1,090.00 | 700.00 | 0.00 | 0.00 | 03/10/2026 | 03/31/2027 | |
| 2207 | MARGARET MELAND | 1,035.00 | 1,025.00 | 0.00 | 0.00 | 08/05/2024 | 02/29/2028 | |
| 2208 | ETHAN SPEIDELL | 1,090.00 | 700.00 | 0.00 | 0.00 | 04/01/2026 | 03/31/2027 | |
| 2209 | MARA OTTO | 1,090.00 | 700.00 | 0.00 | 0.00 | 08/01/2026 | 07/31/2027 | |
| 2210 | Mark Keller | 1,080.00 | 945.00 | 0.00 | 0.00 | 03/11/2022 | 04/30/2027 | |
| 2211 | OLIVIA HUSTOFT | 1,090.00 | 700.00 | 0.00 | 0.00 | 05/01/2026 | 04/30/2027 | |
| 2212 | FUTURE TENANT | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2301 | JADEEN ROSA CASTRO | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 08/07/2025 | 08/31/2026 | |
| 2302 | TIFFANY SANDERSON | 1,080.00 | 980.00 | 0.00 | 0.00 | 01/01/2023 | 07/31/2027 | |
| 2303 | SAMANTHA ADAM | 1,060.00 | 945.00 | 0.00 | 0.00 | 05/10/2022 | 04/30/2027 | |
| 2304 | CHANDLER PEERY | 1,035.00 | 925.00 | 0.00 | 0.00 | 05/10/2024 | 11/30/2026 | |
| 2305 | TAYLOR VEFLIN | 1,090.00 | 700.00 | 0.00 | 0.00 | 06/01/2026 | 05/31/2027 | |
| 2306 | GARY HOFER | 1,080.00 | 925.00 | 0.00 | 0.00 | 05/15/2024 | 07/31/2027 | |
| 2307 | RYAN PECK | 1,090.00 | 700.00 | 0.00 | 100.00 | 06/01/2026 | 11/30/2026 | |
| 2308 | JORGE ROSA | 1,080.00 | 1,000.00 | 0.00 | 0.00 | 01/10/2025 | 07/31/2027 | |
| 2309 | DAVID TIJERINA | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 03/01/2025 | 02/28/2026 | |
| 2310 | SUSAN BEEBE | 1,090.00 | 700.00 | 0.00 | 0.00 | 05/01/2026 | 04/30/2027 | |
| 2311 | MICHELLE AUGHENBAUGH | 1,090.00 | 700.00 | 0.00 | 0.00 | 06/23/2026 | 06/30/2027 | |
| 2312 | MADISON NICOLAISEN | 1,090.00 | 700.00 | 0.00 | -50.00 | 08/20/2026 | 08/31/2027 | |
| 2401 | JONATHAN JOHNSTON | 1,090.00 | 700.00 | 0.00 | -50.00 | 08/13/2026 | 08/31/2027 | |
| 2402 | JOELLE CONSIER | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 04/16/2025 | 04/30/2027 | |
| 2403 | HAYDON BISTODEAU | 1,090.00 | 700.00 | 0.00 | -50.00 | 09/01/2026 | 08/31/2027 | |

10/2/2026 11:39 AM

**Rent Roll**

Property = Parkside Place

As Of = 09/29/2026

Month = 09/2026

| Unit | Tenant Name | Actual Rent | Tenant Deposit | CAM | Misc | Move In | Lease Expiration | Move Out |
|---|---|---|---|---|---|---|---|---|
| 2404 | BRANDON BROWN | 1,035.00 | 980.00 | 0.00 | 0.00 | 12/01/2022 | 12/31/2026 | |
| 2405 | AMANDA KWASNIEWSKI | 1,090.00 | 700.00 | 0.00 | 0.00 | 02/18/2026 | 02/28/2027 | |
| 2406 | HOPE LEWANDOWSKI | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 03/01/2025 | 03/31/2027 | |
| 2407 | COLE WEGNER | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 08/14/2024 | 08/31/2025 | |
| 2408 | CARISSA KELLAR | 1,090.00 | 700.00 | 0.00 | 0.00 | 08/03/2026 | 08/31/2027 | |
| 2409 | JOSHUA GILLILAND | 1,080.00 | 500.00 | 0.00 | 0.00 | 12/01/2021 | | |
| 2410 | ELIZABETH BURGER | 1,090.00 | 700.00 | 0.00 | 0.00 | 05/22/2026 | 05/31/2027 | |
| 2411 | REYNA REYES | 1,035.00 | 1,035.00 | 0.00 | 0.00 | 12/01/2025 | 11/30/2026 | |
| 2412 | BENJAMIN WAGNER | 1,080.00 | 1,025.00 | 0.00 | 0.00 | 06/01/2024 | 06/30/2027 | |
| **Future Tenants/Applicants** | | | | | | | | |
| 2204 | GAUGE LAIDLAW | 1,090.00 | 700.00 | 0.00 | -50.00 | 10/01/2026 | 09/30/2027 | |
| 2212 | RONALD BURSCH | 1,090.00 | 0.00 | 0.00 | 0.00 | 10/23/2026 | 10/31/2027 | |
| **Total** | **Parkside Place** | **42,583.00** | **35,250.00** | **786.19** | **-100.00** | | | |

| Summary Groups | Actual Rent | Security Deposit | CAM | Misc | # Of Units | % Unit Occupancy |
|---|---|---|---|---|---|---|
| Current/Notice/Vacant Tenants | 40,403.00 | 34,550.00 | 786.18 | -50.00 | 38 | 94.73 |
| Future Tenants/Applicant | 2,180.00 | 700.00 | 0.00 | -50.00 | 2 | 0.00 |
| Occupied Units | 0.00 | 0.00 | 0.00 | 0.00 | 36 | 94.73 |
| Total Vacant Units | 0.00 | 0.00 | 0.00 | 0.00 | 2 | 5.26 |
| **Totals:** | **42,583.00** | **35,250.00** | **786.18** | **-100.00** | **38** | **100.00** |

**Parkside Place, LLC**
**September Monthly Operating Report**
**Description of the Assets Sold**

The Debtor sold its real property during September per the terms of the Plan of Liquidation. The following journal entry reflects the impact of this transaction on the Debtor's accounts:

| | | | |
|---|---|---|---|
| **DEBITS** | | | |
| Mortgage 1st | | $4,691,784.81 | |
| TIF Mortgage | | 1,463,012.38 | |
| Loss on Disposition of PP&E | | 2,892,623.53 | |
| **CREDITS** | | | |
| | Parkside Security Deposits DIP Savings Acct | | $34,605.81 |
| | Parkside Security Deposits DIP Acct | | 34,605.81 |
| | Parkside Real Estate Tax Escrow | | 15,196.72 |
| | TIF Value | | 1,463,012.38 |
| | Buildings | | 6,870,000.00 |
| | Appliances/AC | | 205,000.00 |
| | Land | | 425,000.00 |
| **TOTAL** | | **$9,047,420.72** | **$9,047,420.72** |

**Alexis Burbach**

**2026**

From: 15-Aug

To: 31-Aug

## Parkside Place

PAID ACAH

Invoice #: 2027

Invoice Date: 8/31/2026

Due Date: 9/1/2026

| | | | | | |
|---|---|---|---|---|---|
| 8/17 | 3:30 PM | 4:30 PM | 1:00: | showing elizabeth, showing mckenzie both 2204/2212 | $25.50 |
| 8/20 | 8:45 AM | 9:15 AM | 0:30: | move in 2312 | $12.75 |
| 8/25 | 8:45 | 10:30 | 1:45: | memo 2411, check building, 2403 inspection, danielle showing 2212,: | $44.63 |
| 8/26 | 8:00 | 9:00 AM | 1:00: | pick up 2312 inspection, uploads, filed | $25.50 |
| 8/26 | 16:00 | 16:30 | 0:30: | showing Kamilla 2204, 2212 | $12.75 |
| 8/27 | 6:00 PM | 6:30 PM | 0:30: | luis showing with friends 2204/2212 | $12.75 |
| 8/30 | 10:00 AM | 11:00 AM | 1:00: | tenant messages | $25.50 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | **Total Hours** | | **6:15:** | **Total Hourly Pay $25.50/hour** | **$159.38** |

| | | | |
|---|---|---|---|
| **Total Hours** | **0:00:** | **Total Maintenance $30/hour** | **$0.00** |

**Total Reimbursement** **$0.00**

$200 per new lease

$200 per new lease

**Total Commissions** **$0.00**

| | |
|---|---|
| **Parkside Place Total Hours Amount:** | $159.38 |
| **Parkside Place Total Painting Amount:** | $0.00 |
| **Parkside Place Total Reimbursements:** | $0.00 |
| **Parkside Place Subtotal:** | $159.38 |
| **Parkside Place Sales Tax (6.2%):** | $9.88 |
| **Parkside Place Total Commissions:** | $0.00 |
| **Parkside Place Total Paycheck Amount:** | $169.26 |

**Alexis Burbach**

**2026**

From: 1-Sept

To: 15-Sept

PAID AH

Parkside Place

Invoice #: 2028

Invoice Date: 9/15/2026

Due Date: 9/16/2026

| | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|
| 9/8 | 10:30 AM | 1:00 PM | 2:30: | garage picked up, showing ron both units, clean janitor closets, clean | $63.75 |
| 9/9 | 11:00 AM | 11:30 AM | 0:30: | quick check 2204 flooring | $12.75 |
| 9/9 | 15:30 | 16:00 | 0:30: | showing Moriah, Gage 2204/2212 | $12.75 |
| 9/9 | 4:30 | 5:00 AM | 0:30: | showing dan 2204/2212 | $12.75 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | Total Hours | 4:00: | Total Hourly Pay $25.50/hour | $102.00 |

| | Start | End | Total Hours | Maintenance | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | Total Hours | 0:00: | Total Maintenance $30/hour | $0.00 |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | Total Reimbursement | $0.00 |

| | Commission | |
|---|---|---|
| | $200 per new lease | |
| | $200 per new lease | |
| | $200 per new lease | |
| | $200 per new lease | |
| | Total Commissions | $0.00 |

| | |
|---|---|
| **Parkside Place Total Hours Amount:** | $102.00 |
| **Parkside Place Total Painting Amount:** | $0.00 |
| **Parkside Place Total Reimbursements:** | $0.00 |
| **Parkside Place Subtotal:** | $102.00 |
| **Parkside Place Sales Tax (6.2%):** | $6.32 |
| **Parkside Place Total Commissions:** | $0.00 |
| **Parkside Place Total Paycheck Amount:** | $108.32 |

Office of the U.S. Trustee
300 South 4th Street
Room 1015
Sioux Falls, MN 55415-1329
605-330-4450

Rev. 3/26

Account No.: 683-25-30003
Process Date: 2026-08-07

# Delinquency Notice

See Instructions on Reverse Side

*003855/1 01-03 D-003855

PARKSIDE PLACE LLC
1405 1ST AVE N
P.O. BOX 426
FARGO ND 58102-4203

## Chapter 11 Quarterly Fees Statement

| Date | Description | Amount ($) |
|---|---|---|
| 2026-07-21 | Account#6832530003 Pay.Gov Tracking#284BMEVK | -528.00 |
| 2026-07-25 | Adjustments to fees charged from previous statement. | 137.00 |
| 2026-08-07 | Initial Interest Assessed; Interest Rate is 4.00% | 0.41 |
| 2026-07-07 | Balance Forward | 528.00 |

**Estimated Balance Due Based On Disbursement Record: $137.41**

Before You Begin | Complete Agency Form | Enter Payment Info | Review & Submit | 5 Confirmation

**Need Help?**

**Contact:**
U.S. Trustee Program

**Email:**
Click to email

**Your payment is submitted**

You will not be able to access this information once you leave this page. A confirmation email has been sent to mcraig@cpbusmgt.com, mcraig@cpbusmgt.com.

**Because you are not signed in:**

This payment will not show in your payment activity. You can sign in or create an account now and Pay.gov will have a record of your payment.

**To confirm your payment went through:**

Check your bank statement or account on the payment date

**For questions or to cancel this transaction:**

Contact the federal government agency you paid. Pay.gov is unable to cancel this transaction.

**We value your feedback!**

Do you have any feedback regarding your Pay.gov experience? Please share it here.

Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

**Tracking Information**

Pay.gov Tracking ID: 2865LHEI

Agency Tracking ID: 77516785786

Form Name: U.S. Trustee Chapter 11 Quarterly Fee

Application Name: Chapter 11 Quarterly Fee

**Payment Information**

Payment Type: Bank account (ACH)

Payment Amount: $137.41

Transaction Date: 09/21/2026 01:09:55 PM EDT

Payment Date: 09/22/2026

Line 1: Remittance #1 - Type: Business, Account: 6832530003, Name: PARKSIDE PLACE LLC, $137.41

Line 10:

Line 11:

Line 12:

Line 2:

Line 3:

Line 4:

Line 5:

Line 6:

Line 7:

Line 8:

Line 9:

**Account Information**

Account Holder Name: PARKSIDE PLACE LLC DEBTOR IN POSESSION CASE #25-30003

Routing Number: 091310767

Account Number: ************8688

## Sign In to your Pay.gov account!

Sign in

*With a Pay.gov account you can manage payments and view history. If you don't have an existing account, you will have the option to create an account on the sign-in page.*

Return to top

Accessibility Policy | Privacy and Security Policy | Notices and Agreements | For Agencies • Feedback

Pay.gov

Pay.gov Support

**Alexis Burbach**

**2026**

From: 15-Sept
To: 30-Sept

PAID
ALH

## Parkside Place

Invoice #: 2029
Invoice Date: 9/30/2026
Due Date: 10/1/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 9/15 | | 12:00 PM | 1:00 PM | 1:00: | parkside elevator not working messages re-routed | $26.75 |
| 9/21 | | 9:30 AM | 10:00 AM | 0:30: | memos handed out | $12.75 |
| 9/24 | | 11:00 | 11:30 AM | 0:30: | lease signing | $12.75 |
| 9/24 | | 11:30 | 13:00 | 1:30: | set up new tenant codes, emails uploads | $38.25 |
| 9/26 | | 11:00 AM | 12:30 PM | 1:30: | refresh 2204- keys/inspection done | $38.25 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | **Total Hours** | **5:00:** | **Total Hourly Pay $25.50/hour** | **$128.75** |

| Date | Unit | Start | End | Total Hours | Maintenance | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | **Total Hours** | **0:00:** | **Total Maintenance $30/hour** | **$0.00** |

| Date | Unit | Reimbursements | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | **Total Reimbursement** | **$0.00** |

| Date | Unit | Commission | |
|---|---|---|---|
| 9/22 | 2204 | Gaige Laidlaw, Hannah | $200.00 |
| 9/24 | 2212 | Ronald Bursch | $200.00 |
| | | $200 per new lease | |
| | | $200 per new lease | |
| | | **Total Commissions** | **$400.00** |

| | |
|---|---|
| **Parkside Place Total Hours Amount:** | $128.75 |
| **Parkside Place Total Painting Amount:** | $0.00 |
| **Parkside Place Total Reimbursements:** | $0.00 |
| **Parkside Place Subtotal:** | $128.75 |
| **Parkside Place Sales Tax (6.2%):** | $7.98 |
| **Parkside Place Total Commissions:** | $400.00 |
| **Parkside Place Total Paycheck Amount:** | $536.73 |

An official website of the United States government Here's how you know

Browse Payments See All Forms Help About Us

For your security, we recommend you close your browser when you complete your payment.

## Payment Confirmation - U.S. Trustee Chapter 11 Quarterly Fee

Before You Begin | Complete Agency Form | Enter Payment Info | Review & Submit | 5 Confirmation

**Need Help?**

**Contact:**
U.S. Trustee Program

**Email:**
Click to email

### Your payment is submitted

You will not be able to access this information once you leave this page. A confirmation email has been sent to mcraig@cpbusmgt.com, mcraig@cpbusmgt.com.

**Because you are not signed in:**

This payment will not show in your payment activity. You can sign in or create an account now and Pay.gov will have a record of your payment.

**To confirm your payment went through:**

Check your bank statement or account on the payment date

**For questions or to cancel this transaction:**

Contact the federal government agency you paid. Pay.gov is unable to cancel this transaction.

**We value your feedback!**

Do you have any feedback regarding your Pay.gov experience? Please share it here.

Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

### Tracking Information

Pay.gov Tracking ID: 286CPNM9

Agency Tracking ID: 77524296133

Form Name: U.S. Trustee Chapter 11 Quarterly Fee

Application Name: Chapter 11 Quarterly Fee

### Payment Information

Payment Type: Bank account (ACH)

Payment Amount: $45,900.00

Transaction Date: 09/28/2026 03:28:49 PM EDT

Payment Date: 09/29/2026

Line 1: Remittance #1 - Type: Business, Account: 6832530003, Name: PARKSIDE PLACE LLC, $45,900.00

Line 10:

Line 11:

Line 12:

Line 2:

Line 3:

Line 4:

Line 5:

Line 6:

Line 7:

Line 8:

Line 9:

### Account Information

Account Holder Name: PARKSIDE PLACE LLC DEBTOR IN POSESSION CASE #25-30003

Routing Number: 091310767

Account Number: ************8688

## Sign In to your Pay.gov account!

Sign In

*With a Pay.gov account you can manage payments and view history. If you don't have an existing account, you will have the option to create an account on the sign-in page.*

Return to top

**Mindy Craig**

| | |
|---|---|
| **From:** | Kesha L. Tanabe <ktanabe@vogellaw.com> |
| **Sent:** | Thursday, September 24, 2026 3:30 PM |
| **To:** | Mindy Craig |
| **Cc:** | Doug Murch (dmurch@conmylaw.com); Mac VerStandig |
| **Subject:** | Parkside UST Fees |

Hi Mindy,

Do you recall how to process the payment for UST quarterly fees? PAID ACH via web

Can you please process a payment for $45,900?

Thank you,
Kesha

**Kesha L. Tanabe**
Attorney

**T** 701.237.6983 Ext. 6342 | **TF** 800.677.5024
**D** 701.356.6342 | **F** 701.476.7676
218 NP Avenue | Fargo, ND 58102
P.O. Box 1389 | Fargo, ND 58107
vogellaw.com | ktanabe@vogellaw.com
*Connect with me on LinkedIn.*

BEST LAW FIRMS UNITED STATES 2025
VOGEL Law Firm

This communication is from Vogel Law Firm, Ltd. and may contain information that is privileged, confidential, and protected under attorney-client privilege or attorney work product privilege. If you are not the intended recipient, any disclosure, copying, distribution, or use of this message is strictly prohibited. If you received this email in error, please delete it immediately and notify the sender by replying to this email.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20318

08/14/26

$635.00*****

TO THE ORDER OF

**** SIX HUNDRED THIRTY FIVE AND 00/100 DOLLARS

ANNA SAMUELSON
905 10TH ST S
BENSON, MN 56215

NON-NEGOTIABLE

Deposit Return

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20321

08/19/26

$135.00*****

TO THE ORDER OF **** ONE HUNDRED THIRTY FIVE AND 00/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369, 58106

NON-NEGOTIABLE

*MEMO: 553659286 bistodeau app fee 553726984 gruby app fee 554054773 opsal app fee*

App Fees x3
tenants selected wrong property for App Fee

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20322

08/28/26

$19,667.67**

TO THE ORDER OF **** NINETEEN THOUSAND SIX HUNDRED SIXTY SEVEN AND 67/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN 56548

NON-NEGOTIABLE

*MEMO: Loan Payment*

ECF 541 - Parkside Cash ... × + Create

Find text, tools,

compensation due to a CRO, after the term of this Stipulation expires.

5. Adequate Protection and Replacement Liens. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

i. Parkside will pay the sum of $19,266.67.00 on August 24, 2026, and again on the 15th day of each month thereafter, to be applied to debt service.

PAID 20322

ii. The adequate protection payment to the Bank set forth in this paragraph 5 will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

iii. The Bank shall be granted perfected replacement liens and security interests, pursuant to 11 U.S.C. § 552, in Debtors' postpetition accounts receivables, general intangibles, cash, and rents of the same priority.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20323

08/31/26

$1,298.31***

TO THE ORDER OF **** ONE THOUSAND TWO HUNDRED NINETY EIGHT AND 31/100 DOLLARS

ALWAYS SPARKLING
26 1st Ave SW
#3310
WATERTOWN, SD 57201

NON-NEGOTIABLE

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001431

Issue date
Aug 18, 2026

PAID 2023

# Invoice #001431

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

**Customer**
Mindy Craig CP Business Management
livingwatertown@gmail.com
(605) 237-8806
PO Box 9379
Fargo , ND 58106

**Invoice Details**
PDF created August 19, 2026
$451.35

**Payment**
Due August 18, 2026
$451.35

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount<br>*Parkside Building Clean — August 2026*<br>*-biweekly full building*<br>*-off week touch ups* | 1 | $425.00 | $425.00 |

| | |
|---|---|
| Subtotal | $425.00 |
| Codington County | $26.35 |

## Total Due $451.35

**Pay online**

**To pay your invoice go to https://squareup.com/u/7yyFaoJA**

Or open the camera on your mobile device and place the QR code in the camera's view.

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001421

Issue date
Aug 5, 2026

PAID

# Invoice #001421

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management<br>livingwatertown@gmail.com<br>(605) 237-8806<br>PO Box 9379<br>Fargo , ND 58106 | PDF created August 7, 2026<br>$55.76 | Due August 5, 2026<br>$55.76 |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount<br>*2205 Parkside Refresh*<br>*-floors*<br>*-dusting*<br>*-windows*<br>*-toilet*<br>*-counter tops*<br>*-sink* | 1 | $52.50 | $52.50 |

| | |
|---|---|
| Subtotal | $52.50 |
| Codington County | $3.26 |

## Total Due $55.76

Pay online

To pay your invoice go to https://squareup.com/u/uOZK23sz

Or open the camera on your mobile device and place the QR code in the camera's view.

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001422

Issue date
Aug 5, 2026

# Invoice #001422

PAID 10/22

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management<br>livingwatertown@gmail.com<br>(605) 237-8806<br>PO Box 9379<br>Fargo , ND 58106 | PDF created August 7, 2026<br>$55.76 | Due August 5, 2026<br>$55.76 |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount<br>*2209 Refresh Cleaning*<br>*-showerhead*<br>*-dryer*<br>*-floors*<br>*-window ledge*<br>*-counter tops*<br>*-sink*<br>*-toilet*<br>*-light dusting* | 1 | $52.50 | $52.50 |

| | |
|---|---|
| Subtotal | $52.50 |
| Codington County | $3.26 |

**Total Due** **$55.76**

Pay online

To pay your invoice go to https://squareup.com/u/K2yifwgl

Or open the camera on your mobile device and place the QR code in the camera's view.

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001423

Issue date
Aug 5, 2026

# Invoice #001423

PAID [illegible]

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management<br>livingwatertown@gmail.com<br>(605) 237-8806<br>PO Box 9379<br>Fargo , ND 58106 | PDF created August 7, 2026<br>$55.76 | Due August 5, 2026<br>$55.76 |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount<br>*2408 Refresh*<br>*1.5 hours*<br>*-floors*<br>*-AC*<br>*-sink*<br>*-toilet*<br>*-bathroom sink drain*<br>*-exhaust fan*<br>*-dust* | 1 | $52.50 | $52.50 |

| | |
|---|---|
| Subtotal | $52.50 |
| Codington County | $3.26 |

## Total Due $55.76

Pay online

To pay your invoice go to https://squareup.com/u/9s2iqUgD
Or open the camera on your mobile device and place the QR code in the camera's view.

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001428

Issue date
Aug 12, 2026

PAID
20323

# Invoice #001428

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

**Customer**
Mindy Craig CP Business Management
livingwatertown@gmail.com
(605) 237-8806
PO Box 9379
Fargo , ND 58106

**Invoice Details**
PDF created August 12, 2026
$339.84

**Payment**
Due August 12, 2026
$339.84

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount | 8 | $40.00 | $320.00 |

*2312 Move Out:*
*8 hours*
*-windows*
*-blinds*
*-walls*
*-baseboards*
*-doors*
*-light switch / outlet*
*-floors*
*-AC / filter*
*-washing machine*
*-fridge / freezer*
*-stove / oven*
*-microwave*
*-dishwasher*
*-sinks*
*-cabinets / drawers*
*-shower*
*-toilet*
*-mirror*
*-vanity*

| | |
|---|---|
| Subtotal | $320.00 |
| Codington County | $19.84 |

**Pay online**

To pay your invoice go to https://squareup.com/u/PBwZQat0

Or open the camera on your mobile device and place the QR code in the camera's view.

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001428

Issue date
Aug 12, 2026

**Total Due** **$339.84**

**Pay online**

To pay your invoice go to https://squareup.com/u/PBwZQat0

Or open the camera on your mobile device and place the QR code in the camera's view.

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001424

Issue date
Aug 5, 2026

# Invoice #001424

PAID
10323

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mindy Craig CP Business Management<br>livingwatertown@gmail.com<br>(605) 237-8806<br>PO Box 9379<br>Fargo , ND 58106 | PDF created August 7, 2026<br>$254.88 | Due August 5, 2026<br>$254.88 |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount<br>*2401 Move Out*<br>*-cabinets inside/out*<br>*-fridge/freezer*<br>*-dishwasher*<br>*-windows*<br>*-AC/filter*<br>*-blinds*<br>*-wall splatter*<br>*-shower*<br>*-exhaust fan*<br>*-washing machine*<br>*-floors*<br>*-sink*<br>*-counters* | 6 | $40.00 | $240.00 |

| | |
|---|---|
| Subtotal | $240.00 |
| Codington County | $14.88 |

## Total Due $254.88

Pay online

To pay your invoice go to https://squareup.com/u/sv1sQW0d

Or open the camera on your mobile device and place the QR code in the camera's view.

Always Sparkling
26 1st Ave SW
3310, WATERTOWN, SD 57201 United States
(605) 233-0238

Invoice #001429

Issue date
Aug 14, 2026

PAID

# Invoice #001429

As always, payments are to be paid upon receipt. Friendly reminders will be sent if an invoice goes unpaid before your next scheduled cleaning service date.

Effective April 1st, 2025. Invoices that are outstanding for 30 days will be subject to a $25 late fee which is then added onto your cleaning invoice. To avoid late fees, please make sure payments are paid within the 30 day mark.

Thank you for choosing Always Sparkling LLC for your cleaning needs! We appreciate your business.

**Customer**
Mindy Craig CP Business Management
livingwatertown@gmail.com
(605) 237-8806
PO Box 9379
Fargo , ND 58106

**Invoice Details**
PDF created August 14, 2026
$84.96

**Payment**
Due August 14, 2026
$84.96

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Custom Amount<br>*2403 Refresh<br>-windows<br>-baseboards<br>-AC smudge<br>-walls<br>-microwave<br>-shower<br>-toilet<br>-sink<br>-floors<br>-animal hair* | 2 | $40.00 | $80.00 |

| | |
|---|---|
| Subtotal | $80.00 |
| Codington County | $4.96 |

**Total Due** **$84.96**

**Pay online**

To pay your invoice go to https://squareup.com/u/eHkqtzAf

Or open the camera on your mobile device and place the QR code in the camera's view.

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20324

08/31/26

$318.60*****

TO THE ORDER OF

**** THREE HUNDRED EIGHTEEN AND 60/100 DOLLARS

AUTOMATIC BUILDING CONTROLS
4300 W 61ST ST N
SIOUX FALLS, SD 57107

NON-NEGOTIABLE

# Invoice

**AUTOMATIC BUILDING CONTROLS**
4300 W. 61ST St. N. • Sioux Falls, SD 57107
605-336-1200 • FAX 605-336-0088

Invoice No : 183207
Invoice Date : 08/14/2026
Customer Code : APPARPLAW

Location: **Parkside Place**
8 2nd St NE
Watertown, SD 57201

Bill To: **Parkside Place**
PO Box 9379
Fargo, ND 58106

PAID 20324

| P.O. # / Authority | Project Location | Our Contract Number | Terms |
|---|---|---|---|
| | | | Net 30 |

| Quantity / Hours | Item Number | Description | Unit Price / Rate | Amount |
|---|---|---|---|---|
| 12 | MC | Annual Monitor Contract of Fire Alarm System. 09-01-26 to 08-31-27 | 25.00 | 300.00 |

| | |
|---|---|
| Invoice Subtotal | 300.00 |
| Sales Tax | 18.60 |
| Excise Tax | 0.00 |
| **INVOICE TOTAL** | **318.60** |

*Your Business is Appreciated!*

*Life Safety Starts with ABC!®*

FIRE ALARMS • MASS NOTIFICATION • ERCES-BDA • CLOCK SYSTEMS • NURSE CALL • BATTERIES

PAST DUE ACCOUNT SUBJECT TO COLLECTION AT 1.5 PER MONTH

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20325

08/31/26

$435.12*****

TO THE ORDER OF **** FOUR HUNDRED THIRTY FIVE AND 12/100 DOLLARS

Capital One Commercial
PO BOX 60506
CITY OF INDUSTRY, CA 91716-0506

NON-NEGOTIABLE

MEMO: 6004-3002-0037-4038


WATERTOWN
2100 9TH AVE SE
WATERTOWN, SD 57201

Not valid for rebate submissions
Allowable returns for items on this receipt will be in the form of an in store credit voucher if the return is done after 10/6/2026

CRYSTAL CLEAR SCREEN 48" X 100'
4351294 1@96.98 96.98
[redacted]
ROLL'N-CUT SPLINE TOOL
857101004035
4351229 1@9.48 9.48
DOOR STOP RIGID SQ 3"
5PKN830-541 SN
2259408 1@11.47 11.47

Subtotal 133.41
Taxes and Fees 8.27
Total 141.68
Payment Method(s) Used:
Menard Card - 3678 141.68
Job Name or PO #: 0
37297 05 0863 07/08/26 03:22PM 3097

$117.93 Sub
$7.31 tax 6.2%
$125.24

PAID
20325

Patio, 2408
2403, 2306

2408, 2409

MENARDS - WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for items on this receipt will be in the form of an in store credit voucher if the return is done after 10/26/26

If you have questions regarding the charges on your receipt, please email us at:
WTWNfrontend@menards.com

Sale Transaction

| | | |
|---|---|---|
| KITCHEN SINK STRAINER CH | | |
| 6795403 | 2 @3.99 | 7.98 |
| SPRING LOCK REPL.BASKET | | |
| 6790080 | 2 @4.97 | 9.94 |
| TOTAL | | 17.92 |
| TAX WATERTOWN-SD 6.2% | | 1.11 |
| TOTAL SALE | | 19.03 |
| Menard Contractor Card 3678 | | 19.03 |

Job # or Name : 0
Auth Code:252208
Chip Inserted
a0000000817002001
ARQC - 8b62ffdcfe607b77

TOTAL NUMBER OF ITEMS = 4

THE FOLLOWING REBATE RECEIPTS WERE PRINTED FOR THIS TRANSACTION:
4997

GUEST COPY

The Cardholder acknowledges receipt of goods/services in the total amount shown hereon and agrees to pay the card issuer according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, JOZELYNN

37200 05 8581 07/28/26 01:41PM 3097

---

MENARDS - WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for items on this receipt will be in the form of an in store credit voucher if the return is done after 10/21/26

If you have questions regarding the charges on your receipt, please email us at:
WTWNfrontend@menards.com

Sale Transaction

| | | |
|---|---|---|
| 72X72 COLS 1"RD VINYL WH* | | |
| 7917260 | 2 @59.54 | 119.08 |
| ROUND TO OVAL CONNECTOR | | |
| 6398925 | 3 @14.99 | 44.97 |
| 4" X 8' ALUM DRYER VENT | | |
| 6398936 | | 12.99 |
| 4"X8'FLEX ALUM FOIL DUCT | | |
| 6399278 | | 13.99 |
| GOOF OFF PRO EXACT SPRAY | | |
| 5614141 | | 8.47 |
| GO VOC GRAFFITI REMOVER | | |
| 5614143 | | 12.97 |
| KITCHEN SINK STRAINER CH | | |
| 6795403 | 2 @3.99 | 7.98 |
| 4" LONG HANDLE SCRAPER | | |
| 5615319 | | 7.99 |
| HD DUAL-SIDED WIPES, 60 | | |
| 5616172 | | 10.99 |
| GOOF OFF PRO REMOVER | | |
| 5614133 | | 4.46 |
| TOTAL | | 243.89 |
| TAX WATERTOWN-SD 6.2% | | 15.12 |
| TOTAL SALE | | 259.01 |
| Menard Contractor Card 3678 | | 259.01 |

Job # or Name : 0
Auth Code:611403
Chip Inserted
a0000000817002001
ARQC - c6c8e04f150bf661

TOTAL SAVINGS 6.88

TOTAL NUMBER OF ITEMS = 14

THE FOLLOWING REBATE RECEIPTS WERE PRINTED FOR THIS TRANSACTION:
4996

GUEST COPY

The Cardholder acknowledges receipt of goods/services in the total amount shown hereon and agrees to pay the card issuer according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, QUENTIN

37301 05 6764 07/23/26 03:28PM 3097

---

PAID
10/3/25

2403

MENARDS - WATERTOWN
2100 9th Avenue S.E.
Watertown, SD 57201

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for items on this receipt will be in the form of an in store credit voucher if the return is done after 10/25/26

If you have questions regarding the charges on your receipt, please email us at:
WTWNfrontend@menards.com

Sale Transaction

| | |
|---|---|
| PULLDOWN SPRAYHEAD SS | |
| 6790037 | 29.98 |
| TOTAL | 29.98 |
| TAX WATERTOWN-SD 6.2% | 1.86 |
| TOTAL SALE | 31.84 |
| Menard Contractor Card 3678 | 31.84 |

Job # or Name : 0
Auth Code:824477
Chip Inserted
a0000000817002001
ARQC - ad745e5ce04aa56d

TOTAL NUMBER OF ITEMS = 1

THE FOLLOWING REBATE RECEIPTS WERE PRINTED FOR THIS TRANSACTION:
4997

GUEST COPY

The Cardholder acknowledges receipt of goods/services in the total amount shown hereon and agrees to pay the card issuer according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, PIPER

37568 06 2993 07/27/26 05:17PM 3097

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20326

08/31/26

$1,835.14***

TO THE ORDER OF **** ONE THOUSAND EIGHT HUNDRED THIRTY FIVE AND 14/100 DOLLARS

DUANES FLOOR COVERING
10 1ST AVE NW
WATERTOWN, SD 57201

NON-NEGOTIABLE

Since 1971
**Duane's FLOOR COVERING LLC**

# Statement 6474

10 - 1st Ave NW
Watertown, SD 57201
605-886-4932

PAID 10/3/26

Name Parkside #2311

| DATE 8/17/2026 | | |
|---|---|---|
| Carpet , pad & Install | 864. | 00 |
| Pad | | |
| Metal | | |
| Vinyl | | |
| Tile | | |
| Underlayment | | |
| Base | | |
| Adhesive | | |
| Ceramic Tile | | |
| Floor-Filler | | |
| Seam Sealer | | |
| Custom Job | | |
| Carpet Removal | | |
| Laminate | | |
| | | |
| Mileage | | |
| Labor | | |
| TOTAL | 864. | 00 |
| TAX | 53. | 57 |
| TOTAL | 917. | 57 |
| PAID | | |
| BALANCE | | |

Thank You

Since 1971
**Duane's FLOOR COVERING LLC**

# Statement

6475

10 - 1st Ave NW
Watertown, SD 57201
605-886-4932

PAID 10/3/26

Name Parkside #2403

DATE 8/17/2026

| | | |
|---|---|---|
| Carpet, Pad + Install | 864. | 00 |
| Pad | | |
| Metal | | |
| Vinyl | | |
| Tile | | |
| Underlayment | | |
| Base | | |
| Adhesive | | |
| Ceramic Tile | | |
| Floor-Filler | | |
| Seam Sealer | | |
| Custom Job | | |
| Carpet Removal | | |
| Laminate | | |
| | | |
| Mileage | | |
| Labor | | |
| TOTAL | 864. | 00 |
| TAX | 53. | 57 |
| TOTAL | 917. | 57 |
| PAID | | |
| BALANCE | | |

Thank You

DJ

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20327

08/31/26

TO THE ORDER OF **** TWO THOUSAND THIRTY EIGHT AND 84/100 DOLLARS

$2,038.84***

HOMEMAKER'S VILLA
1400 MAIN AVE
MOORHEAD, MN 56560

NON-NEGOTIABLE

HOMEMAKER'S Villa
Appliances + Service

*Your Factory Authorized Sales & Service Center*

1400 Main Ave
Moorhead, MN 56560
Phone 218-236-6724
Fax 218-236-7014
www.homemakersvilla.com

# SALES INVOICE

| ORDER DATE | DELIVERY DATE | INVOICE DATE |
|---|---|---|
| 07/31/26 | 07/31/26 | 07/31/26 |
| ORDER NO. | APPROX TIME | INVOICE NO. |
| 0183667 | | 0183667 |
| YOUR P.O. NO. | ACCOUNT NO. | SALESMAN |
| | 1872 | GARY ENGER |

SOLD TO: CP BUSINESS MANAGEMENT
1405 1ST AVE N SUITE B
PO BOX 9379
FARGO ND 58102

TELEPHONE NUMBER: -237-3369
CELL PHONE NUMBER: --

SHIP TO: WATERTOWN PARKSIDE
#2204,#2208,#2408
MINDY PICKED UP

PAID 20327

| QTY | MODEL NUMBER | COLOR | DESCRIPTION & SERIAL NUMBER | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | AKCQ12ACJ | | FD015645 AIR CONDITIONERS | 630.00 | 630.00 |
| 1 | AKCQ12ACJ | | FD015646 AIR CONDITIONERS | 630.00 | 630.00 |
| 1 | AKCQ12ACJ | | FD017995 AIR CONDITIONERS | 630.00 | 630.00 |

Delivery Instructions:

| | |
|---|---|
| TOTAL AMOUNT | 1890.00 |
| SALES TAX | 148.84 |
| DELIVERY | 0.00 |
| | 0.00 |
| **TOTAL** | 2038.84 |
| PAYMENT WITH ORDER | 0.00 |
| **AMOUNT DUE** | 2038.84 |

Terms: Purchaser agrees that Seller shall retian a purchase money security interest in the above merchandise untill payment is made in full. There is no Finance Charge on accounts paid within 30 days of delivery. On all accounts not paid within 30 days of delivery, a FinanceCharge is computed by a periodic rate of 1.5% per month (or a minimum charge of 50 cents) which is and Annual Percentage Rate of 18% This finance charge is computed 30 days after delivery on the unpaid balance and each 30 day period thereafter.

APPLIED TO 0000000
TERMS: PAY UPON RECEIPT OF INVOICE

DELIVERED BY:

DATE

X ______________________
**Ordered By**

X ______________________
**Received in satisfactory condition by**

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20328

08/31/26

TO THE ORDER OF **** TWO HUNDRED FIFTY ONE AND 15/100 DOLLARS

$251.15*****

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD 57117

NON-NEGOTIABLE

MIDCO BUSINESS

PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 08/09/26 |
| Invoice Number | 38576070115726 |
| Account # | 385760701 |
| Page | 1 of 4 |

PARKSIDE PLACE, LLC
8 2ND ST NE
WATERTOWN SD 57201

PAID

Thank you for choosing Midco. We appreciate your business and look forward to serving you for years to come.

## Billing Summary

| | |
|---|---|
| Account Number | 385760701 |
| **Total Amount Due** | **$251.15** |

## Account Activity

| | |
|---|---|
| Previous Balance | $251.15 |
| Payments Received | -$251.15 |
| Balance Forward | $0.00 |

## Current Charges

| | |
|---|---|
| Data and Related Services | $95.00 |
| Voice and Related Services | $60.00 |
| Other Services | $15.00 |
| Taxes, Fees & Surcharges | $81.15 |
| **Total Amount Due** | **$251.15** |

*Payment Due Date: 08/28/26*

## Midco Alerts

**Got questions about your bill?** For help reading your statement, visit **Midco.com/Business/Statements**.

**Get a targeted marketing strategy.** Midco's team works with you to develop a demographic-based targeting strategy to hit the mark when it comes to your customers. See what else our team can do for you at **Midco.com/Advertising.**

**Connecting communities across the Midwest**. We're proud to power homes and businesses in our five-state footprint with our reliable services and local support teams.

**Payment Options**
Online: **Midco.com/Business/MyAccount**. Phone: 1.800.888.1300.
EFT: See reverse side. Mail: Return stub below & do not send cash.

**Online:** Midco.com/Business **Phone:** 1.800.888.1300 **Email:** Business.Support@Midco.com

MIDCO BUSINESS
PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 08/09/26 |
| Invoice Number | 38576070115726 |
| Account # | 385760701 |
| Page | 3 of 4 |

## Frequently Asked Questions

**What are State and Local Taxes?**
State, local and municipal governments mandate these taxes on equipment and services.

**What is the Carrier Cost Recovery Fee?**
The Carrier Cost Recovery Fee includes multiple fees associated with voice services. These include: Federal Access Charges, the Administration Recovery Fee, the Access Recovery Charge, the Local Number Portability Fee, and the Presubscribed Carrier Charge. This does not reflect a direct government charge.

**What are Federal Access Charges?**
These charges - proposed and authorized by the Federal Communications Commission (FCC) - provide for access to and maintenance of the local network.

**What is the Administration Recovery Fee?**
All carriers providing interstate telecommunications must support relay services, which enables phone conversations between people with speech/hearing impairments and those without.

**What is the Network Access Charge?**
The Network Access Charge allows carriers to recoup charges to support access and maintenance of the data network and costs associated with government assessments for the support of speech and hearing-impaired programs. This does not reflect a direct government charge.

**What is the Access Recovery Charge (ARC) Fee?**
The Access Recovery Charge (ARC) is a fee related to changes in FCC rules. This monthly fee is a way to recover the costs of providing access to the phone network.

**What is the Presubscribed Carrier Charge?**
This charge is for selecting and routing calls to a long-distance carrier.

**What is the Local Number Portability Fee?**
The Federal Communications Commission permits phone companies to add this charge to all phone lines as compensation for creating systems that allow residential and business phone customers to retain their existing local phone numbers (at the same location) when switching from one local phone service to another.

**What is the Federal Excise Tax?**
The federal government mandates this tax, which is imposed on local and wireless phone services.

**What is the Universal Service Fee?**
The Federal Communications Commission (FCC) created the Universal Service Fund (USF). This fee helps make voice and internet/data service affordable and available to all Americans, including low-income consumers and those living in areas where the costs of providing service is high. It also includes public and nonprofit schools and libraries serving low-income communities, as well as rural health care providers. Congress mandated that all telecommunications companies providing interstate service contribute to the USF. A carrier may include this contribution on customers' monthly bill.

**What is the County Government 911 Emergency Surcharge?**
Local governments mandate this surcharge to help pay for emergency services such as fire and rescue.

**What is the Telecom Relay Service Charge?**
This state service charge helps to pay for the state relay center, which transmits and translates calls for hearing-impaired people.

**What is the Gross Receipts Tax?**
This tax is on gross receipts derived from the furnishing of phone services. The service provider collects the tax and reports the collections annually to the Department of Revenue.

**What is Midco's policy on refunds for credit card transactions?**
When a customer pays money on an account by credit or debit card, and there needs to be a partial or full refund to that card because of the customer's transaction, it is Midco's policy to issue a credit to the customer's account as long as it is within 30 days of the credit transaction. If there was an error in the amount charged to card by Midco, we may issue a credit to the customer's credit card with a manager's approval.

**What is Midco's policy for returned payments?**
If any payment is returned unpaid, Midco will apply a fee to your next monthly statement. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

For customers who have authorized recurring payments: You authorize Midco to make a one-time electronic funds transfer (EFT) from your account to collect a fee. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

**Is a move in your future?**
If you plan on moving, please call 1.800.888.1300 or visit **Midco.com/Move** at least two weeks prior to your move to ensure a smooth transition of services. Then complete a change of address form with the U.S. Postal Service at **USPS.com** to make sure your mail always reaches you.

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20329

08/31/26

$176.00*****

TO THE ORDER OF **** ONE HUNDRED SEVENTY SIX AND 00/100 DOLLARS

BRADLEY WARNS
116 2ND AVE SW
WATERTOWN, SD 57201

NON-NEGOTIABLE

# Maintenance Hours

**2026**

**Maintenance** | *Bradley Warns*

$32.00 Hourly Rate
From: 15-Augu:
To: 31-Augu:

PAID
2/3/29

Parkside Place

Invoice #: 4039

Invoice Date: 08/31/2026
Due Date: 8/31/2026

Scope of Work

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/25 | 2403 | 1:30 PM | 3:00 PM | 1:30: | added shelf above washer/dryer -- no material cost, had on hand | $48.00 |

**Total Hours** **1:30:** **Total Hourly Pay $32/hour** **$48.00**

**Parkside Place Paycheck :** $48.00

## Maintenance Hours

**2026**

**Maintenance** | *Bradley Warns*

$32.00 Hourly Rate
From: 1-August
To: 15-Augu:

Parkside Place

Invoice #: 4038

PAID 20324

Invoice Date: 8/15/2026
Due Date: 8/16/2026

| Date | Unit | Start | End | Total Hours | Scope of Work | |
|---|---|---|---|---|---|---|
| 7/31 | | 2:00 PM | 3:00 PM | 1:00: | AC delivery - unit stored | $32.00 |
| 8/11 | | 10:30 AM | 12:00 PM | 1:30: | AC install 2204, 2403, 2212 - double check 2312, 2401 for maintenance | $48.00 |
| 8/11 | 2409 | 17:00 | 18:00 | 1:00: | window latch replaced - baseboard heat secured to wall | $32.00 |
| 8/11 | 2205 | 18:00 | 6:30 PM | 0:30: | entry door stopper installed - window latch replaced | $16.00 |
| | | | Total Hours | 4:00: | Total Hourly Pay $32/hour | $128.00 |

**Parkside Paycheck :** $128.00

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20330

08/31/26

$3,246.75***

TO THE
ORDER OF

**** THREE THOUSAND TWO HUNDRED FORTY SIX AND 75/100 DOLLARS

WMU WATERTOWN MUNICIPAL UTILITIES
901 FOURTH AVE SW
WATERTOWN, SD 57201

NON-NEGOTIABLE

**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**
(605) 882-6233
M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 070-187355-02
**Service Address:** 8 2 ST NE HOUSE

**Electric Service**




| | Jul 2026 | Aug 2026 |
|---|---|---|
| **Days of Service** | 30 | 31 |
| **kWh Used** | 3600 | 4169 |
| **Avg kWh per day** | 120.0 | 134.5 |
| **Avg cost per day** | $13.23 | $14.71 |

**Gas Service**




| | Jul 2026 | Aug 2026 |
|---|---|---|
| **Days of Service** | 30 | 31 |
| **ccf Used** | 223.8 | 238.35 |
| **Avg ccf per day** | 7.5 | 7.7 |
| **Avg cost per day** | $5.72 | $5.85 |

**Water Service**




| | Jul 2026 | Aug 2026 |
|---|---|---|
| **Days of Service** | 30 | 31 |
| **ccf Used** | 135 | 166 |
| **Avg ccf per day** | 4.5 | 5.4 |
| **Avg cost per day** | $21.19 | $24.93 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| September 10, 2026 | $3,071.84 | $3,225.44 |

**Account Summary**

PAID

| | | |
|---|---|---|
| Previous Balance | $ | 2,873.88 |
| Payments Received | $ | -2,873.88 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 3,071.84 |
| Total Amount Due | **$** | **3,071.84** |

**Current Charges**

| | | |
|---|---|---|
| Electric Service | $ | 455.98 |
| Gas Service | $ | 181.42 |
| Water Service | $ | 817.32 |
| Sewer Service | $ | 1,617.12 |
| Total Current Charges | $ | 3,071.84 |

**Important Info**

Average Temperature last year : 72 Degrees
Average Temperature this year : 71 Degrees

Watertown Municipal Utilities
901 4th Ave SW
Watertown, SD 57201
(605) 882-6233
M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187415-07
**Service Address:** 8 2 ST NE 2312

Electric Service




| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| September 10, 2026 | $28.63 | $28.63 |

**Account Summary**

| | | |
|---|---|---|
| Previous Balance | $ | 0.00 |
| Payments Received | $ | 0.00 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 28.63 |
| Total Amount Due | $ | 28.63 |

PAID 10/30

| | Aug 2026 |
|---|---|
| Days of Service | 20 |
| kWh Used | 198 |
| Avg kWh per day | 9.9 |
| Avg cost per day | $1.43 |

**Current Charges**

| | | |
|---|---|---|
| Electric Service | $ | 28.63 |
| Total Current Charges | $ | 28.63 |

**Important Info**

Average Temperature last year : 72 Degrees
Average Temperature this year : 71 Degrees

Ouvs

THIS IS YOUR FINAL BILL FOR SERVICE

Watertown Municipal Utilities
901 4th Ave SW
Watertown, SD 57201
(605) 882-6233
M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187423-08
**Service Address:** 8 2 ST NE 2401

**Electric Service**




| | Aug 2026 |
|---|---|
| Days of Service | 13 |
| kWh Used | 155 |
| Avg kWh per day | 11.9 |
| Avg cost per day | $1.63 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| September 10, 2026 | $21.16 | $21.16 |

**Account Summary**

| | | |
|---|---|---|
| Previous Balance | $ | 0.00 |
| Payments Received | $ | 0.00 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 21.16 |
| Total Amount Due | **$** | **21.16** |

PAID 10380

**Current Charges**

| | | |
|---|---|---|
| Electric Service | $ | 21.16 |
| Total Current Charges | $ | 21.16 |

**Important Info**

Average Temperature last year : 72 Degrees
Average Temperature this year : 71 Degrees

OWS

THIS IS YOUR FINAL BILL FOR SERVICE

**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**
(605) 882-6233
M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187425-09
**Service Address:** 8 2 ST NE 2403




| | Jul 2026 | Aug 2026 |
|---|---|---|
| **Days of Service** | 20 | 29 |
| **kWh Used** | 336 | 207 |
| **Avg kWh per day** | 16.8 | 7.1 |
| **Avg cost per day** | $2.11 | $1.16 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| September 10, 2026 | $33.78 | $33.78 |

## Account Summary

| | | |
|---|---|---|
| Previous Balance | $ | 42.28 |
| Payments Received | $ | -42.28 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 33.78 |
| Total Amount Due | **$** | **33.78** |

PAID

## Current Charges

| | | |
|---|---|---|
| Electric Service | $ | 33.78 |
| Total Current Charges | $ | 33.78 |

## Important Info

Average Temperature last year : 72 Degrees
Average Temperature this year : 71 Degrees

**THIS IS YOUR FINAL BILL FOR SERVICE**

Watertown Municipal Utilities
901 4th Ave SW
Watertown, SD 57201
(605) 882-6233
M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187441-06
**Service Address:** 8 2 ST NE 2204

Electric Service



| | Jul 2026 | Aug 2026 |
|---|---|---|
| Days of Service | 20 | 31 |
| kWh Used | 142 | 159 |
| Avg kWh per day | 7.1 | 5.1 |
| Avg cost per day | $1.18 | $0.97 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| September 10, 2026 | $30.08 | $31.59 |

## Account Summary

| | | |
|---|---|---|
| Previous Balance | $ | 23.52 |
| Payments Received | $ | -23.52 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 30.08 |
| Total Amount Due | $ | 30.08 |

PAID 10330

## Current Charges

| | | |
|---|---|---|
| Electric Service | $ | 30.08 |
| Total Current Charges | $ | 30.08 |

## Important Info

Average Temperature last year : 72 Degrees
Average Temperature this year : 71 Degrees

OWS

Watertown Municipal Utilities
901 4th Ave SW
Watertown, SD 57201
(605) 882-6233
M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187442-06
**Service Address:** 8 2 ST NE 2205

**Electric Service**




| | Jul 2026 | Aug 2026 |
|---|---|---|
| Days of Service | 20 | 14 |
| kWh Used | 185 | 140 |
| Avg kWh per day | 9.3 | 10.0 |
| Avg cost per day | $1.38 | $1.44 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| September 10, 2026 | $20.17 | $20.17 |

**Account Summary**

| | | |
|---|---|---|
| Previous Balance | $ | 27.68 |
| Payments Received | $ | -27.68 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 20.17 |
| Total Amount Due | **$** | **20.17** |

PAID
20330

**Current Charges**

| | | |
|---|---|---|
| Electric Service | $ | 20.17 |
| Total Current Charges | $ | 20.17 |

**Important Info**

Average Temperature last year : 72 Degrees
Average Temperature this year : 71 Degrees

Bill tenant 2days
moved in 8/1/26
$1.44/day x2 $2.88 ✓

THIS IS YOUR FINAL BILL FOR SERVICE

Watertown Municipal Utilities
901 4th Ave SW
Watertown, SD 57201
(605) 882-6233
M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187446-04
**Service Address:** 8 2 ST NE 2209

Electric Service




| | Jul 2026 | Jul 2026 |
|---|---|---|
| Days of Service | 18 | 11 |
| kWh Used | 107 | 63 |
| Avg kWh per day | 5.9 | 5.7 |
| Avg cost per day | $1.07 | $1.03 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| September 10, 2026 | $11.30 | $11.30 |

**Account Summary**

| | | |
|---|---|---|
| Previous Balance | $ | 19.17 |
| Payments Received | $ | -19.17 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 11.30 |
| Total Amount Due | $ | 11.30 |

PAID
10330

**Current Charges**

| | | |
|---|---|---|
| Electric Service | $ | 11.30 |
| Total Current Charges | $ | 11.30 |

**Important Info**

Average Temperature last year : 72 Degrees
Average Temperature this year : 71 Degrees

ous

THIS IS YOUR FINAL BILL FOR SERVICE

**Watertown Municipal Utilities**
**901 4th Ave SW**
**Watertown, SD 57201**
(605) 882-6233
M-F 8AM-5PM & Emergencies 24/7
www.watertownmu.com

**Customer:** PARKSIDE PLACE, LLC
**Account Number:** 019-187449-08
**Service Address:** 8 2 ST NE 2212

**Electric Service**




| | Jul 2026 | Aug 2026 |
|---|---|---|
| **Days of Service** | 30 | 31 |
| **kWh Used** | 288 | 156 |
| **Avg kWh per day** | 9.6 | 5.0 |
| **Avg cost per day** | $1.42 | $0.96 |

| Due Date | Total Amount Due | After Due Date Pay |
|---|---|---|
| September 10, 2026 | $29.79 | $31.28 |

**Account Summary**

| | | |
|---|---|---|
| Previous Balance | $ | 42.54 |
| Payments Received | $ | -42.54 |
| **Balance Forward** | **$** | **0.00** |
| Current Charges | $ | 29.79 |
| Total Amount Due | $ | 29.79 |

PAID 20330

**Current Charges**

| | | |
|---|---|---|
| Electric Service | $ | 29.79 |
| Total Current Charges | $ | 29.79 |

**Important Info**

Average Temperature last year : 72 Degrees
Average Temperature this year : 71 Degrees

OWS

DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20331

09/01/26

$19,266.67**

TO THE ORDER OF **** NINETEEN THOUSAND TWO HUNDRED SIXTY SIX AND 67/100 DOLLARS

RED RIVER STATE BANK
Attn Danielle Harless
300 2ND AVE W
HALSTAD, MN 56548

NON-NEGOTIABLE

MEMO: Loan Payment

ECF 541 - Parkside Cash ... × + Create

Find text, tools,

compensation due to a CRO, after the term of this Stipulation expires.

5. Adequate Protection and Replacement Liens. In consideration of and as adequate protection for use of the Banks' cash collateral and post-petition cash generated from rents or other cash sources of income, the Parties request:

PAID 20331

i. Parkside will pay the sum of $19,266.67.00 on August 24, 2026, and again on the 15th day of each month thereafter, to be applied to debt service.

ii. The adequate protection payment to the Bank set forth in this paragraph 5 will be deemed sufficient to satisfy the requirements of 11 U.S.C. § 362(d)(3)(B) for the equal number of months that payments are made.

iii. The Bank shall be granted perfected replacement liens and security interests, pursuant to 11 U.S.C. § 552, in Debtors' postpetition accounts receivables, general intangibles, cash, and rents of the same priority.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20333

08/31/26

$3,767.04***

TO THE ORDER OF **** THREE THOUSAND SEVEN HUNDRED SIXTY SEVEN AND 04/100 DOLLARS

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369, 58106

NON-NEGOTIABLE

# CP Business Management

**Parkside Place**

**2026**

From: 1-Aug
To: 31-Aug

PAID 10323

Invoice #: 2021
Invoice Date: 08/31/2026
Due Date: 09/01/2026

| | Gross Collected Rents | | Total |
|---|---|---|---|
| 5% | Management Fee Collected Funds | $41,563.21 | $2,078.16 |
| | | | |
| | **Total Management Fee** | **$41,563.21** | **$2,078.16** |

| | Other Collected Income | | Total |
|---|---|---|---|
| | 2312 collected CP recovery fees | | $180.16 |
| | 2401 collected CP recovery fees | | $135.12 |
| | 2408 collected CP recovery fees | | $143.80 |
| | | | |
| | | | |
| 5800 | Collected late fees | | $291.80 |
| 5700 | Collected admin fees (Noeldner) | | $700.00 |
| | | **Total Other Collected Income** | **$1,450.88** |

| | Miscellaneous | | |
|---|---|---|---|
| 8004 | Misc Manager | | $200.00 |
| 7057 | Software Fee | | $38.00 |
| | | | |
| | | **Total Miscellaneous** | **$238.00** |

| | |
|---|---|
| **Total Management Fee** | $2,078.16 |
| **Total Other Collected Income** | $1,450.88 |
| **Total Miscellaneous** | $238.00 |
| **Parkside Place Total** | $3,767.04 |

Please make checks payable to CP Business Management no later than 09/01/2026

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20334

09/21/26

TO THE
ORDER OF **** TWO HUNDRED SEVEN AND 09/100 DOLLARS $207.09*****

GEORGES SANITATION
3367 12TH AVE NW
WATERTOWN, SD 57201

NON-NEGOTIABLE

# Invoice

George's Sanitation Inc.
3367 12th Ave NW
Watertown, SD 57201

605-886-3161

| Due Date | Invoice # |
|---|---|
| DUE ON RECEIPT | 47517 |

Bill To

CP Business Management
P.O. Box 9379
Fargo, ND 58106

PAID 20334

## JULY GARBAGE SERVICE (2026)

| Qua... | Description | Rate | Amount |
|---|---|---|---|
| | Garbage Service @ Parkside Place (6 yd Dumpster, Dumped 2 Times A Week) | 195.00 | 195.00T |
| | Garbage Service @ Generations On 1st Ave-Watertown SD (3yd Dumpster Dumped 4 Times A Week) | 195.00 | 195.00T |

Parkside
$207.09

ATTENTION CUSTOMERS, WE CAN NOW DO AUTOPAY WITH YOUR CHECKING ACCOUNT THROUGH ACH OR WITH DEBIT/CREDIT CARD-IF INTERESTED PLEASE CALL (605-268-0175) OR EMAIL US AT scottgeorge00.sg@gmail.com TO GET SIGNED UP-THANK YOU.

| | |
|---|---|
| Sales Tax (6.2%) | $24.18 |
| **Total** | $414.18 |

PLEASE REFERENCE YOUR INVOICE # ON YOUR PAYMENT

INVOICE PAYMENT SUBJECT TO A $5.00 LATE FEE IF NOT PAID WITHIN 30 DAYS AFTER RECEIVED

PAY ONLINE AT WWW.GEORGESSANITATION.COM WITH PAY NOW BUTTON

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20335

09/21/26

TO THE ORDER OF **** TWO HUNDRED FIFTY ONE AND 15/100 DOLLARS

$251.15*****

MIDCONTINENT
BOX 5010
SIOUX FALLS, SD 57117

NON-NEGOTIABLE

MIDCO BUSINESS®

PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 09/09/26 |
| Invoice Number | 38576070115835 |
| Account # | 385760701 |
| Page | 1 of 4 |

PARKSIDE PLACE, LLC
8 2ND ST NE
WATERTOWN SD 57201

PAID 10335

Thank you for choosing Midco. We appreciate your business and look forward to serving you for years to come.

## Billing Summary

| | |
|---|---|
| Account Number | 385760701 |
| **Total Amount Due** | **$251.15** |

## Account Activity

| | |
|---|---|
| Previous Balance | $251.15 |
| Payments Received | -$251.15 |
| Balance Forward | $0.00 |

## Current Charges

| | |
|---|---|
| Data and Related Services | $95.00 |
| Voice and Related Services | $60.00 |
| Other Services | $15.00 |
| Taxes, Fees & Surcharges | $81.15 |
| **Total Amount Due** | **$251.15** |

*Payment Due Date: 09/28/26*

## Midco Alerts

**Got questions about your bill?** For help reading your statement, visit **Midco.com/Business/Statements**.

**Get a targeted marketing strategy.** Midco's team works with you to develop a demographic-based targeting strategy to hit the mark when it comes to your customers. See what else our team can do for you at **Midco.com/Advertising.**

**Connecting communities across the Midwest**. We're proud to power homes and businesses in our five-state footprint with our reliable services and local support teams.

**Payment Options**
Online: **Midco.com/Business/MyAccount**. Phone: 1.800.888.1300.
EFT: See reverse side. Mail: Return stub below & do not send cash.

**Online:** Midco.com/Business **Phone:** 1.800.888.1300 **Email:** Business.Support@Midco.com

MIDCO BUSINESS®
PO Box 5010
Sioux Falls, SD 57117-5010

| | |
|---|---|
| Invoice Date | 09/09/26 |
| Invoice Number | 38576070115835 |
| Account # | 385760701 |
| Page | 3 of 4 |

## Frequently Asked Questions

**What are State and Local Taxes?**
State, local and municipal governments mandate these taxes on equipment and services.

**What is the Carrier Cost Recovery Fee?**
The Carrier Cost Recovery Fee includes multiple fees associated with voice services. These include: Federal Access Charges, the Administration Recovery Fee, the Access Recovery Charge, the Local Number Portability Fee, and the Presubscribed Carrier Charge. This does not reflect a direct government charge.

**What are Federal Access Charges?**
These charges - proposed and authorized by the Federal Communications Commission (FCC) - provide for access to and maintenance of the local network.

**What is the Administration Recovery Fee?**
All carriers providing interstate telecommunications must support relay services, which enables phone conversations between people with speech/hearing impairments and those without.

**What is the Network Access Charge?**
The Network Access Charge allows carriers to recoup charges to support access and maintenance of the data network and costs associated with government assessments for the support of speech and hearing-impaired programs. This does not reflect a direct government charge.

**What is the Access Recovery Charge (ARC) Fee?**
The Access Recovery Charge (ARC) is a fee related to changes in FCC rules. This monthly fee is a way to recover the costs of providing access to the phone network.

**What is the Presubscribed Carrier Charge?**
This charge is for selecting and routing calls to a long-distance carrier.

**What is the Local Number Portability Fee?**
The Federal Communications Commission permits phone companies to add this charge to all phone lines as compensation for creating systems that allow residential and business phone customers to retain their existing local phone numbers (at the same location) when switching from one local phone service to another.

**What is the Federal Excise Tax?**
The federal government mandates this tax, which is imposed on local and wireless phone services.

**What is the Universal Service Fee?**
The Federal Communications Commission (FCC) created the Universal Service Fund (USF). This fee helps make voice and internet/data service affordable and available to all Americans, including low-income consumers and those living in areas where the costs of providing service is high. It also includes public and nonprofit schools and libraries serving low-income communities, as well as rural health care providers. Congress mandated that all telecommunications companies providing interstate service contribute to the USF. A carrier may include this contribution on customers' monthly bill.

**What is the County Government 911 Emergency Surcharge?**
Local governments mandate this surcharge to help pay for emergency services such as fire and rescue.

**What is the Telecom Relay Service Charge?**
This state service charge helps to pay for the state relay center, which transmits and translates calls for hearing-impaired people.

**What is the Gross Receipts Tax?**
This tax is on gross receipts derived from the furnishing of phone services. The service provider collects the tax and reports the collections annually to the Department of Revenue.

**What is Midco's policy on refunds for credit card transactions?**
When a customer pays money on an account by credit or debit card, and there needs to be a partial or full refund to that card because of the customer's transaction, it is Midco's policy to issue a credit to the customer's account as long as it is within 30 days of the credit transaction. If there was an error in the amount charged to card by Midco, we may issue a credit to the customer's credit card with a manager's approval.

**What is Midco's policy for returned payments?**
If any payment is returned unpaid, Midco will apply a fee to your next monthly statement. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

For customers who have authorized recurring payments: You authorize Midco to make a one-time electronic funds transfer (EFT) from your account to collect a fee. The fee will be determined by the maximum non-sufficient funds (NSF) fee allowed by applicable law.

**Is a move in your future?**
If you plan on moving, please call 1.800.888.1300 or visit **Midco.com/Move** at least two weeks prior to your move to ensure a smooth transition of services. Then complete a change of address form with the U.S. Postal Service at **USPS.com** to make sure your mail always reaches you.

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20336

09/21/26

$511.10*****

TO THE
ORDER OF

**** FIVE HUNDRED ELEVEN AND 10/100 DOLLARS

SCHUMACHER
PO BOX 393
DENVER, IA 50622

NON-NEGOTIABLE

**Schumacher ELEVATOR**
PO Box 393
One Schumacher Way
Denver, Iowa 50622
Phone: (319) 984-5676
Website: www.schumacherelevator.com
Email:accounting@schumacherelevator.com

# Invoice

## Billing Address

SOLD TO ACCT NO 1018221

PARKSIDE PLACE LLC
1405 1ST AVE NORTH
FARGO ND 58102

## Shipping Address

SHIP TO ACCT NO 1016883

PARKSIDE PLACE APARTMENTS
8 2ND ST NE
WATERTOWN SD 57201

## Information

| | |
|---|---|
| **Document Number** | 90694163 |
| **Document Date** | 09/01/2026 |
| **Purchase Order No.** | |
| **Purchase Order Date** | |
| **Sales Order Number** | 40011195 |
| **Payment Terms** | Net 30 Days |
| **Billing Date** | **09/01/2026** |
| **Currency** | USD |

1 of 1

| Item | Material Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | *Quarterly invoice for elevator maintenance.* | | | |
| 0010 | FM QT MAINTENANCE | | 481.26 | 481.26 |
| | HP-PARKSIDE PLACE APTS-WATERTOWN SD | | | |
| | | | Items Tot | 481.26 |
| | | | State Tax | 20.21 |
| | | | County Tax | 0.00 |
| | | | City Tax | 9.63 |
| | | | **Total Amount** | **$ 511.10** |

PAID 20334

**PARKSIDE PLACE, LLC**
DEBTOR IN POSESSION - CASE #25-30003
PO BOX 9379
FARGO, ND 58106

STARION FINANCIAL
2754 Brandt Dr S
FARGO, ND 58104

20337

09/23/26

TO THE ORDER OF **** NINETY FIVE AND 00/100 DOLLARS

$95.00******

CP BUSINESS MANAGEMENT
PO BOX 9379
FARGO, ND 58106
701-237-3369, 58106

NON-NEGOTIABLE

MEMO: 556348138 APP 558402249 APP

Zego Application Fees