**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br><br>Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place, LLC,<br><br>Debtor. | Case No.: 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

# STIPULATION RE FIRST AND FINAL FEE APPLICATION OF GAVIN/SOLMONESE LLC, AS CHIEF RESTRUCTURING OFFICER FOR PARKSIDE PLACE, LLC

This Stipulation (the "Stipulation") is entered into effective October 23, 2026, by and among Red River State Bank ("RRSB") and Gavin/Solmonese LLC ("G/S"), in its capacity as Chief Restructuring Officer ("CRO") for Parkside Place LLC ("Parkside").

## RECITALS

1. On February 25, 2026, RRSB and Parkside stipulated to resolve an application to employ a CRO and RRSB's objection to it. [ECF No. 335, at 1.] Per said stipulation, Michael Schmitz was engaged as CRO for Generations on 1st, LLC ("GO1"), and Edward T. Gavin of G/S as CRO for Parkside, each under an attached agreement. Id., at 2.

2. On October 5, 2026, G/S filed its First and Final Fee Application (the "Application"). [ECF No. 566-1] The Application seeks $175,000.00 in fees and $194.20 in expenses for 416.10 hours of work performed between February 23 and September 30, 2026.

3. RRSB has raised informal objection to the reasonableness of the time expended by G/S, the scope of work, and the amount of fees sought in the Application. RRSB asserts that G/S has not met its burden to prove that this compensation is reasonable, necessary, and beneficial to the estate. G/S disagrees with RRSB's objection and intends to litigate the matter to conclusion.

4. To avoid the expense, uncertainty, and delay of litigation, RRSB has offered and G/S has agreed to accept a cash payment of $90,000 and a claim for $85,000 against the Parkside Creditor Trust, in full satisfaction of any compensation due to G/S for its work in the Parkside case.

## AGREEMENT

In consideration of the covenants in this Stipulation, the Parties agree as follows:

5. Concomitant with the filing of this Stipulation, RRSB shall transfer the contents of the former Debtor-in-Possession's bank account, which is RRSB's cash collateral, in the amount of $56,251 which G/S shall hold in escrow until the Bankruptcy Court enters an order approving the Application.

6. No more than 3 business days after entry of an order approving the Application and this Stipulation, RRSB shall: (a) transfer $33,749 in cash to G/S; and (b) assign $85,000 of its claim against Parkside to G/S, giving G/S a beneficial interest in the Parkside Creditor Trust.

7. G/S agrees to accept the aforementioned consideration in full and final satisfaction of any amounts due to it for services rendered to Parkside in the above-captioned case.

8. Stipulation Subject to Court Order. This Stipulation is conditioned upon, and shall be effective only upon, the entry of an order approving the Stipulation.

9. Complete Agreement. This Stipulation contains the complete agreement of the Parties relative to its subject matter, and may not be modified or waived, except by a writing signed by the Parties.

10. Form of Signatures. The Parties consent to and authorize the filing of this Stipulation on the Bankruptcy Court's docket with their electronic signatures and such signatures shall be effective as original signatures for all purposes.

IN WITNESS WHEREOF, the Parties have executed this Stipulation on the dates indicated below.

Dated: October 23, 2026.

**VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*
Kesha L. Tanabe
ktanabe@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
701.237.6983
*Attorneys for Red River State Bank*

BY:
Edward T. Gavin, CTP, NCPM
Gavin/Solmonese LLC
1007 N. Orange Street, 3rd Fl, Suite 314
Wilmington, DE 19801
(302) 655-8997 ext. 151
*Former CRO for the Debtor*