UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br><br>Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place, LLC,<br><br>Debtor. | Case No.: 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |

ORDER APPROVING FEES

Red River State Bank and Gavin/Solmonese LLC, in its capacity as CRO for the Debtor Parkside Place LLC, entered into a Stipulation [Doc. 572] to resolve the Bank's informal objection to the CRO's First and Final Fee Application [ECF No. 566-1]. Based upon the record, the Court finds cause to approve the Stipulation.

IT IS ORDERED:

1. The Stipulation [Doc. 572] is approved.

2. The First and Final Fee Application of Gavin/Solmonese LLC, as Chief Restructuring Officer for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 23, 2026, through September 30, 2026 (Related Doc. [566]) is approved consistent with the terms of the Stipulation [Doc. 572]. The Court approves $175,000 in fees and $194.20 in expenses. These fees and expenses are approved under 11 U.S.C. § 330 and allowed as an administrative expense under 11 U.S.C. § 503(b)(2).

3. Pursuant to the Stipulation [Doc. 572], Applicant agreed to accept a cash payment of $90,000 and a claim for $85,000 against the Parkside Creditor Trust, in full satisfaction of any compensation due to Applicant for its work in the Parkside case.

Dated: October 28th, 2026.

/s/Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court