**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Parkside Place, LLC,<br><br>Debtor. | Case No.: 25-30003<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

Reference is made to the Motion for Derivative Standing filed by Red River State Bank on February 6, 2026 [ECF 304] (the "Motion"). On November 2, 2026, the undersigned withdrew the Motion and informed all interested parties who are nonelectronic filers of such withdrawal.

Dated: November 2, 2026.

**VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe* ________________________

Kesha L. Tanabe
ktanabe@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: 701.237.6983
Facsimile: 701.356.6395
*ATTORNEYS FOR RED RIVER STATE BANK*