UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Generations on 1st LLC,

Debtor.
_________________________________/

Bankruptcy No. 25-30002
Chapter 11

(Jointly Administered)

In Re:

Parkside Place LLC,

Debtor.
_________________________________/

Bankruptcy No. 25-30003
Chapter 11

**FINAL DECREE CLOSING CASE**

On August 24, 2026, Plan Proponent Red River State Bank filed a Notice of: (A) Entry of Confirmation Order; (B) Effective Date; and (C) Substantial Consummation. Doc. 545. The Plan Proponent represented that substantial consummation of the Second Amended Joint Chapter 11 Plan for Debtor Generations on 1st, LLC, as defined in 11 U.S.C. §1101(2), took place on August 24, 2026, and the effective date of the Plan occurred on August 25, 2026. Id.

Similarly, on September 29, 2026, Creditor and Plan Proponent Red River State Bank filed a Notice of: (A) Effective Date and (B) Substantial Consummation. Doc. 562. The Plan Proponent represented that substantial consummation of the Third Amended Chapter 11 Plan of Liquidation for Parkside Place, LLC, as defined in 11 U.S.C. §1101(2), took place on September 28, 2026, and the effective date of the Plan occurred on September 29, 2026. Id.

Upon review of the documents filed in this case, the Court finds that this case has been fully administered. Therefore, pursuant to Fed. R. Bankr. P. 3022 and 11 U.S.C. § 350(a), **IT IS ORDERED** that this case is closed.

Dated: November 9, 2026.

Shon Hastings, Judge
United States Bankruptcy Court